UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                                           :          Chapter 11
:
GAWKER MEDIA GROUP, INC., *et al.*,[1]    :          Case No. 16-_____ (    )
:
          Debtors.                        :          (Joint Administration Requested)
:
------------------------------------------------------x

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

    **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b), §1109(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for Silicon Valley Bank ("SVB"), a party-in-interest in the above captioned case.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§ 342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of the SVB, hereby requests that all documents filed with Bankruptcy Court in the above-captioned case and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

        Steven E. Fox, Esq.
        RIEMER & BRAUNSTEIN LLP
        Times Square Tower
        Seven Times Square, Suite 2506
        New York, NY 10036
        Tel:    212.789.3100
        Email:  sfox@riemerlaw.com

        -and-

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media Group, Inc. (3231); Gawker Media, LLC (0492). The Debtors' corporate headquarters is located at 114 Fifth Avenue, 2d Floor, New York, New York 10011.

      Alexander G. Rheaume, Esq.
      RIEMER & BRAUNSTEIN LLP
      Three Center Plaza
      Boston, MA 02108
      Tel:   617.523.9000
      Email:  arheaume@riemerlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

Dated:  New York, New York
         June 10, 2016

      Respectfully Submitted,

      **RIEMER & BRAUNSTEIN, LLP**
      *Counsel for Silicon Valley Bank*

      By:  */s/ Steven E. Fox*_____
           Steven E. Fox
           Times Square Tower
           Seven Times Square, Suite 2506
           New York, NY 10036
           Tel:  (212) 789-3100
           Fax:  (212) 789-3195
           Email:  sfox@riemerlaw.com
              -and-
           Alexander G. Rheaume, Esq.
           RIEMER & BRAUNSTEIN LLP
           Three Center Plaza
           Boston, MA 02108
           Tel:  (617) 523-9000
           Email:  arheaume@riemerlaw.com

1992856.1