**MORISON COHEN LLP**
909 Third Avenue
New York, New York 10022-4784
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Joseph T. Moldovan
Robert K. Dakis

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                                         :
                                                               :    Chapter 11
GAWKER MEDIA LLC,                                              :
                                                               :    Case No. 16-11700 (SMB)
               Debtors                                         :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Morrison Cohen LLP ("Morrison"), on behalf of itself appears in this matter and requests that it be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case or any proceeding herein, be served upon the undersigned at the following address or facsimile number:

Joseph T. Moldovan, Esq.
Robert K. Dakis, Esq.
MORISON COHEN LLP
909 Third Avenue
New York, New York 10022-4784
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
E-mail: bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com

#6475477

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Morrison's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Morrison is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 10. 20165
New York, New York

        **MORISON COHEN LLP**

        By: /s/ Joseph T. Moldovan
        Joseph T. Moldovan, Esq.
        Robert K. Dakis, Esq.
        909 Third Avenue
        New York, New York 10022-4784
        Telephone: (212) 735-8600
        Facsimile: (212) 735-8708
        bankruptcy@morrisoncohen.com
        rdakis@morrisoncohen.com
        Attorneys for Morrison Cohen LLP

#6475477