**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
David S. Heller
Keith A. Simon

*Counsel to US VC Partners, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GAWKER MEDIA LLC, | : | Case No. 16-11700 (SMB) |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to US VC Partners, LP and pursuant to Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the address set forth below:

> **LATHAM & WATKINS LLP**
> 330 North Wabash Avenue
> Chicago, IL 60611
> Tel: (312) 876-7700
> Fax: (312) 993-9767
> Attn: David S. Heller
> david.heller@lw.com

> **LATHAM & WATKINS LLP**
> 885 Third Avenue
> New York, New York 10022
> Tel: (212) 906-1200
> Fax: (212) 751-4864
> Attn: Keith A. Simon
> keith.simon@lw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes notices of any application, complaint, demand, hearing, motion, petition, order, plan, disclosure statement, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of US VC Partners, LP, including: (1) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which US VC Partners, LP may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>June 13, 2016 | **LATHAM & WATKINS LLP**<br><br>By: /s/  Keith A. Simon<br>　　Keith A. Simon<br>　　David S. Heller<br>　　885 Third  Avenue<br>　　New York, New York 10022<br>　　Tel:  (212) 906-1200<br>　　Fax: (212) 751-4864<br>　　keith.simon@lw.com<br>　　david.heller@lw.com<br><br>*Counsel for US VC Partners, LP* |