Michael H. Torkin
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for ZDGM LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Gawker Media, LLC, *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b), Sullivan & Cromwell LLP hereby appears in the above-captioned case as counsel to ZDGM LLC, and pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the attorneys identified below at the following address, and further requests to be added to any master service list established in this case:

---

[1]   The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056).  The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja's offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SC1:4151583.1A

>Michael H. Torkin
>Brian D. Glueckstein
>Alexa J. Kranzley
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, New York  10004
>Telephone:  (212) 558-4000
>Facsimile:  (212) 558-3588
>E-mail: torkinm@sullcrom.com
>glueksteinb@sullcrom.com
>kranzleya@sullcrom.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, and schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by United States, overnight or electronic mail, hand delivery, telephone, telex, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim or suit shall be deemed to waive ZDGM LLC's: (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to the above-captioned case, (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this notice, or (v) other rights, claims, actions, defense, setoffs, or recoupments to which

SC1:4151583.1A

ZDGM LLC is or may be entitled, all of which rights, claims, actions, defense, setoffs, and recoupments ZDGM LLC expressly reserves.

| | |
|---|---|
| Dated: New York, New York<br>June 13, 2016 | **SULLIVAN & CROMWELL LLP**<br><br>By: */s/ Michael H. Torkin*<br>Michael H. Torkin<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>Telephone:    (212) 558-4000<br>Facsimile:    (212) 558-3588<br><br>*Counsel for ZDGM LLC* |