**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
::
In re : Chapter 11
::
GAWKER MEDIA, LLC, : Case No. 16-11700 (SMB)
::
Debtor. :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 10, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A:**

- Voluntary Petition for Non-Individuals Filing for Bankruptcy [Docket No. 1]

- Debtor's Motion for an Order (I) Granting a Waiver of the Requirements of Local Rule 1007-2(a), (b), and (c), and (II) Granting an Extension of Time to File Lists Required by Bankruptcy Rule 1007 [Docket No. 2]

- Complaint [Adv. Proc. No. 16-01085, Docket No. 1]

- Temporary Restraining Order [Adv. Proc. No. 16-01085, Docket No. 2]

- Order to Show Cause [Adv. Proc. No. 16-01085, Docket No. 3]

- Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay [Adv. Proc. No. 16-01085, Docket No. 4]

- Memorandum of Law in Support of Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay Temporary Restraining Order and Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 5]

- Declaration of William D. Holden in Support of the Debtor's Motion for (I) A Preliminary Injunction and/or (II) Extension of The Automatic Stay and The Debtor's *Ex Parte* Motion for A Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 6]

- Declaration of Michael S. Winograd in Support of the Debtor's Motion for (I) A Preliminary Injunction, and/or (II) Extension of the Automatic Stay and the Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 7]

- Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 8]

Dated: June 13, 2016

_____
Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 13, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

SRF 8781

**Exhibit A**

16-11700-smb    Doc 23    Filed 06/13/16    Entered 06/13/16 20:41:44    Main Document
Pg 3 of 7

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Brandtale | Attn: General Counsel<br>588 Broadway<br>Ste 503<br>New York NY 10012 | | Overnight Mail |
| Top 20 Creditor | Cloudinary Ltd. | Attn: General Counsel<br>111 W. Evelyn Ave.<br>Suite 206<br>Sunnyvale CA 94086 | | Overnight Mail |
| Top 20 Creditor | DataGram | Attn: General Counsel<br>500 West Madison Street<br>Suite 801<br>Chicago IL 60661 | | Overnight Mail |
| Top 20 Creditor | Fastly | Attn: General Counsel<br>475 Brannan St Ste 320<br>San Francisco CA 94107 | billing@fastly.com | Overnight Mail and Email |
| Top 20 Creditor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: General Counsel<br>One New York Plaza<br>New York NY 10004-1980 | annemarie.crouch@friedfrank.com | Overnight Mail and Email |
| Top 20 Creditor | Getty Images | Attn: General Counsel<br>605 5th Avenue South<br>Suite 400<br>Seattle WA 98104 | sales@gettyimages.com | Overnight Mail and Email |
| Top 20 Creditor | Google Inc. (DoubleClick) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | | Overnight Mail |
| Top 20 Creditor | Google, Inc. (Analytics) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | | Overnight Mail |
| Top 20 Creditor: Counsel for Terry Gene Bollea | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | | Overnight Mail |
| Top 20 Creditor | JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel<br>8 West 38th Street<br>Floor 6<br>New York NY 10018 | | Overnight Mail |
| Top 20 Creditor | Krux Digital | Attn: General Counsel<br>660 4th St, #269<br>San Francisco CA 94107 | | Overnight Mail |
| Counsel to US VC Partners LP | Latham & Watkins | Attn: Mark Morris, Esq.<br>355 South Grand Avenue<br>Los Angeles CA 90071 | Mark.morris@lw.com | Overnight Mail and Email |
| Top 20 Creditor | Medialink | Attn: General Counsel<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles CA 90067 | | Overnight Mail |
| Top 20 Creditor | Moat Inc. | Attn: General Counsel<br>222 S Albany Street #2<br>Ithaca NY 14850 | jonah@moat.com | Overnight Mail and Email |
| Top 20 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>27th Floor<br>New York NY 10022 | dcohen@morrisoncohen.com<br>bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Overnight Mail and Email |
| Claims Agent | Prime Clerk LLC | Attn: Benjamin J. Steele<br>830 3rd Ave FL 9<br>New York NY 10022 | gawkerinfo@PrimeClerk.com<br>serviceqa@primeclerk.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Overnight Mail and Email |
| Top 20 Creditor | Risk Strategies Company | Attn: General Counsel<br>c/o DeWitt Stern Group<br>420 Lexington Avenue, Suite 2700<br>New York NY 10170 | | Overnight Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq. & Kristina K. Alexander, Esq. 1211 Avenue of the Americas New York NY 10036-8704 | Gregg.Galardi@ropesgray.com Stacy.Dasaro@ropesgray.com Kristina.Alexander@ropesgray.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury 100 F St., NE Washington DC 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. Brookfield Place 200 Vesey St., Ste. 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Top 20 Creditor | Shenker & Bonaparte, LLP | Attn: General Counsel 1500 SW 1st Ave #765 Portland OR 97201 | | Overnight Mail |
| First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann 275 Grove Street, Suite 2-200 Newton MA 02466 | jhartmann@svb.com | Overnight Mail and Email |
| Top 20 Creditor | SimpleReach, Inc. | Attn: General Counsel 122 W. 27th St., 7th Floor New York NY 10001 | ops@simplereach.com | Overnight Mail and Email |
| Top 20 Creditor | Specless | Attn: General Counsel 116 W. Illinois St Suite 6E-M Chicago IL 60610 | | Overnight Mail |
| Top 20 Creditor | STAQ, INC. | Attn: General Counsel 44 West 28th Street 14th Floor New York NY 10001 | | Overnight Mail |
| Top 20 Creditor | The Hartford | Attn: General Counsel One Hartford Plaza Hartford CT 06155 | | Overnight Mail |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein One Bowling Green Room 723 New York NY 10004 | | Overnight Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. <br> US Federal Office Building <br> 201 Varick St. Room 1006 <br> New York NY 10014 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division <br> 86 Chambers St. <br> 3rd Fl <br> New York NY 10007 | David.Jones6@usdoj.gov <br> Jeffrey.Oestericher@usdoj.gov <br> Joseph.Cordaro@usdoj.gov <br> Carina.Schoenberger@usdoj.gov | Overnight Mail and Email |
| Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung <br> 90 Third Avenue, 19th Floor <br> New York NY 10022 | ajung@columbusnova.com | Overnight Mail and Email |