**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Daniel H. Tabak
Mark Spatz

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
                                                           :
In re                                                      :    Chapter 11
                                                           :
Gawker Media LLC,                                          :
                                                           :    Case No. 16- 11700 (SMB)
                        Debtor.                            :
                                                           :
                                                           :
-----------------------------------------------------------x

-----------------------------------------------------------x
                                                           :
                                                           :
In re                                                      :    Chapter 11
                                                           :
Gawker Media Group, Inc.,                                  :
                                                           :    Case No. 16- 11719 ()
                        Debtor.                            :
                                                           :
                                                           :
-----------------------------------------------------------x

-----------------------------------------------------------x
                                                           :
                                                           :
In re                                                      :    Chapter 11
                                                           :
Kinja Kft.,                                                :
                                                           :    Case No. 16- 11718 ()
                        Debtor.                            :
                                                           :
                                                           :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rule of Bankruptcy Procedure 9010(b), §1109(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for Terry G. Bollea, a party-in-interest in the above captioned cases.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§ 342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of the Terry G. Bollea, hereby requests that all documents filed with Bankruptcy Court in the above-captioned case and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

> Daniel H. Tabak
> Mark Spatz
> Cohen & Gresser LLP
> 800 Third Avenue
> New York, New York 10022
> Telephone: (212) 957-7600
> Facsimile: (212) 957-4514
> dtabak@cohengresser.com
> mspatz@cohengresser.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

New York, New York
Date:   June 14, 2016

Respectfully submitted,

**COHEN & GRESSER LLP**

*/s/ Daniel H. Tabak*

Daniel H. Tabak
Mark Spatz
800 Third Avenue
New York, NY 10022
Phone:  (212) 957-7600
Facsimile:  (212) 957-4514
dtabak@cohengresser.com
mspatz@cohengresser.com

*Attorneys for Terry G. Bollea*
