ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Kristina K. Alexander
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
                                                :
        Debtors.                :    (Joint Administration Requested)
                                                :
------------------------------------------------------x

## AMENDED AGENDA FOR FIRST DAY HEARING

Date and Time:          June 15, 2016 at 11:00 a.m. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                        United States Bankruptcy Court for the Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green, Courtroom No. 723
                        New York, New York 10004

Copies of Motions:      A copy of each pleading can be viewed on the Court's website at
                        www.nysb.uscourts.gov and the website of the Debtors' proposed notice
                        and claims agent, Prime Clerk LLC, at
                        https://cases.primeclerk.com/gawker. Further information may be obtained
                        by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-
                        917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57218370_2

**I.      Introduction**

1. *First Day Declaration*. Declaration of William D. Holden in Support of First Day Motions [Docket No. 7].

**II.     Final or Interim Relief on Certain First Day Motions**

1. *1007 Waiver Motion*. Debtor's Motion for an Order (I) Granting a Waiver of the Requirements of Local Rule 1007-2(a), (b), and (c), and (II) Granting an Extension of Time to File Lists Required by Bankruptcy Rule 1007 [Docket No. 2].

    Responses Received:  None

    Related Documents:  None

    **Status**: This matter is going forward.

2. *Joint Administration Motion*. Debtors' Motion for Joint Administration [Docket No. 8].

    Responses Received:  None

    Related Documents:  None

    **Status**: This matter is going forward.

3. *Consolidated Creditors List*. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors 50 Largest Unsecured Creditors and (II) Approving the Form and Manner of Notifying Creditors of Commencement of These Chapter 11 Cases [Docket No. 9].

    Responses Received:  None

    Related Documents:  None

    **Status**: This matter is going forward.

4. *Schedules Extension Motion*. Debtors' Motion for Entry of an Order Extending Deadline for Debtors to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 10].

    Responses Received:  None

    Related Documents:  None

    **Status**: This matter is going forward.

2

57218370_2

5. *Case Management Motion*. Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates [Docket No. 11].

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:  None

   **<u>Status</u>**: This matter is going forward.

6. *Cash Management Motion*. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue Using the Debtors Bank Accounts, Business Forms, and Cash Management System, and Granting Related Relief [Docket No. 12].

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:  None

   **<u>Status</u>**: This matter is going forward on an interim basis only.  A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

7. *Wages Motion*. Debtors' Motion for Entry Interim and Final Orders (I) Authorizing, but not Directing, Payment Of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations [Docket No. 13].

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:  None

   **<u>Status</u>**: This matter is going forward on an interim basis only, with respect to certain relief sought in the motion.  A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

8. *Taxes Motion*. Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes [Docket No. 14].

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:  None

   **<u>Status</u>**: This matter is going forward on an interim basis only.  A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

9. *Critical Vendors Motion*. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors [Docket No. 15].

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:  None

    **Status**: This matter is going forward on an interim basis only.  A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

10. *Insurance Motion*. Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, The Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay all Prepetition Obligations Relating Thereto [Docket No. 16].

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:  None

    **Status**: This matter is going forward on an interim basis only.  A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

11. *Utilities Motion*. Debtors' Motion for Entry of an Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have Adequate Assurance of Payment, And (C) Establishing Procedures for Resolving Requests for Additional Assurance [Docket No. 17].

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:  None

    **Status**: This matter is going forward.

12. *DIP Motion*. Debtors Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing [Docket No. 19].

    <u>Responses Received</u>:  None

    <u>Related Documents</u>: None

57218370_2

      A.      Declaration of William D. Holden in Support of DIP Financing Motion. [Docket No. 20].

      **Status**: This matter is going forward on an interim basis only. A hearing on final relief for all matters in the motion will be scheduled on a date to be determined.

**III.**     **Conference regarding *Gawker Media LLC v. Huon, et al.*, Adv. Pro. No. 16-01085**

1. *Motion for Preliminary Injunction.* Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay [Docket No. 4]

      Responses Received: None

      Related Documents:

      A.      Order to Show Cause [Docket No. 3]

      B.      Temporary Restraining Order [Docket No. 2]

      C.      Debtor's *Ex Parte* Motion for a Temporary Restraining Order [Docket No. 8]

      D.      Memorandum of Law in Support of Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay and Debtor's *Ex Parte* Motion for a Temporary Restraining Order [Docket No. 5]

      E.      Complaint [Docket No. 1]

      F.      Declaration of Michael S. Winograd in Support of the Debtor's Motion for (I) a Preliminary Injunction, and/or (II) Extension of the Automatic Stay and the Debtor's *Ex Parte* Motion for a Temporary Restraining Order [Docket No. 7]

      G.      Declaration of William D. Holden in Support of the Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay and the Debtor's Ex Parte Motion for a Temporary Restraining Order [Docket No. 6]

      **Status**: This matter is scheduled for a status conference only.

5

Dated: June 14, 2016
      New York, New York

                                    */s/ Gregg M. Galardi*
                                    ROPES & GRAY LLP
                                    Gregg M. Galardi
                                    Jonathan P. Gill
                                    Kristina K. Alexander
                                    Stacy A. Dasaro
                                    1211 Avenue of the Americas
                                    New York, NY 10036-8704
                                    Telephone: (212) 596-9000
                                    Facsimile: (212) 596-9090
                                    gregg.galardi@ropesgray.com
                                    jonathan.gill@ropesgray.com
                                    kristina.alexander@ropesgray.com
                                    stacy.dasaro@ropesgray.com

                                    *Proposed Counsel to the Debtors*
                                    *and Debtors in Possession*

57218370_2