**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                        :

In re:                                   :         Chapter 11
                                          :

GAWKER MEDIA, LLC, *et al.*,[1]      :         Case No. 16-11700 (SMB)
                                          :

                       Debtors.     :         (Joint Administration Requested)
--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Angie Chantre, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before June 14, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Declaration of William D. Holden in Support of First Day Motions [Docket No. 7]

- Debtors' Motion for Joint Administration [Docket No. 8]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' 50 Largest Unsecured Creditors and (II) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases [Docket No. 9]

- Debtors' Motion for Entry of an Order Extending Deadline for Debtors to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 10]

- Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates [Docket No. 11]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue Using the Debtors' Bank Accounts, Business Forms, and Cash Management System, and Granting Related Relief [Docket No. 12]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492), GMGI Group, Inc. (3231) and Kinja Kft (5056). The Debtors' corporate headquarters is located at 114 Fifth Avenue, 2d Floor, New York, New York 10011.

- Debtors' Motion for Entry Interim and Final Orders (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes [Docket No. 14]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors [Docket No. 15]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay all Prepetition Obligations Relating Thereto [Docket No. 16]

- Debtors' Motion for Entry of an Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance [Docket No. 17]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing [Docket No. 19]

- Declaration of William D. Holden in Support of DIP Financing Motion [Docket No. 20]

- Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 21]

- Notice of Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of

Substantially all of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 24]

- Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent *nunc pro tunc* to the Petition Date [Docket No. 25]

- Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 26]

- Chapter 11 Petition for  Kinja, Kft. [Docket No. 1, Case No. 16-11718]

- Chapter 11 Petition for Gawker Media Group, Inc. [Docket No. 1, Case No. 16-11719]

- Notice of Conference in Adversary Proceeding No. 16-01085 scheduled for June 15, 2016 at 11:00 a.m. (prevailing Eastern Time) [Docket No. 11, Adv. Proc. Case No.16-01085]

On June 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Insurance Parties Service List attached hereto as **Exhibit B**:

- Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay all Prepetition Obligations Relating Thereto [Docket No. 16]

On June 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Taxing Authorities Service List attached hereto as **Exhibit C**:

- Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes [Docket No. 14]

On June 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Utility Parties Service List attached hereto as **Exhibit D**:

- Debtors' Motion for Entry of an Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance [Docket No. 17]

On June 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Defendants Service List attached hereto as **Exhibit E**:

- Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 10, Adv. Proc. Case No.16-01085 ]

- Notice of Conference in Adversary Proceeding No. 16-01085 scheduled for June 15, 2016 at 11:00 a.m. (prevailing Eastern Time) [Docket No. 11, Adv. Proc. Case No.16-01085 ]

On June 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Interested Parties Service List attached hereto as **Exhibit F**:

- Notice of Conference in Adversary Proceeding No. 16-01085 scheduled for June 15, 2016 at 11:00 a.m. (prevailing Eastern Time) [Docket No. 11, Adv. Proc. Case No.16-01085 ]

Dated: June 14, 2016

Angie Chantre

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 14, 2016, by Angie Chantre, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

4

SRF 8821

**Exhibit A**

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Ad-Juster, Inc. (media) | Attn: Michael Lewis<br>13280 Evening Creek Dr. S<br>Suite 100<br>San Diego CA 92128 | accountservices@ad-juster.com | Overnight Mail and Email |
| Top 50 Creditor | ADP Workforce Now | ADP, LLC<br>1 ADP Boulevard<br>Roseland NJ 07068 | | Overnight Mail |
| Top 50 Creditor | Akerman LLP | Attn: General Counsel<br>98 Southeast Seventh Street<br>Three Brickell City Centre, Suite 1100<br>Miami FL 33131 | charles.brumback@akerman.com | Overnight Mail and Email |
| Top 50 Creditor | AOL Advertising | Attn: General Counsel<br>770 Broadway<br>New York NY 10003 | rebecca.mcdaniel@teamaol.com | Overnight Mail and Email |
| Top 50 Creditor | Associated Press | Attn: General Counsel<br>450 W. 33rd St<br>New York NY 10001 | apdsalesoperations@ap.org | Overnight Mail and Email |
| Top 50 Creditor | Atlantic Metro Communications | Atlantic Metro Invoice<br>4 Century Drive, Suite 102<br>Parsippany NJ 7054 | billing@atlanticmetro.net | Overnight Mail and Email |
| Top 50 Creditor | Brandtale | Attn: General Counsel<br>588 Broadway<br>Ste 503<br>New York NY 10012 | ben@brandtale.com | Overnight Mail and Email |
| Top 50 Creditor | C&G Group Kft. | Attn: General Counsel<br>Vörösmarty utca 38<br>1064 Budapest Hungary | | Overnight Mail |
| Top 50 Creditor | CDW Direct | Attn: General Counsel<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | drewmcm@cdw.com | Overnight Mail and Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda<br>875 Third Avenue<br>12th Floor<br>New York NY 10022 | kgenda@cerberuscapital.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Cloudinary Ltd. | Attn: General Counsel<br>111 W. Evelyn Ave.<br>Suite 206<br>Sunnyvale CA 94086 | billing@cloudinary.com | Overnight Mail and Email |
| Top 50 Creditor | Cogent Communications | Attn: General Counsel<br>2450 N Street NW<br>Washington DC 20037 | billing@cogentco.com | Overnight Mail and Email |
| Top 50 Creditor | Concur Technologies, Inc. | Attn: General Counsel<br>62157 Collections Center Drive<br>Chicago IL 60693 | ARCustomerSupport@concur.com | Overnight Mail and Email |
| Top 50 Creditor | Corey Foster | 1019 Larkwoord Rd<br>Kingston Springs  TN 37082 | corey@gawker.com | Overnight Mail and Email |
| Top 50 Creditor | Creative Circle, LLC. | Attn: General Counsel<br>28027 Network Place<br>Chicago IL 60673-1280 | CollectionsNY@creativecircle.com | Overnight Mail and Email |
| Top 50 Creditor | DataGram | Attn: General Counsel<br>500 West Madison Street<br>Suite 801<br>Chicago IL 60661 | billing@datagram.com | Overnight Mail and Email |
| Top 50 Creditor | Equinox Fitness Clubs | Corporate Accounts Office<br>895 Broadway<br>New York NY 10003 | corpbilling@equinox.com | Overnight Mail and Email |
| Top 50 Creditor | Fastly | Attn: General Counsel<br>475 Brannan St, Ste 320<br>San Francisco CA 94107 | billing@fastly.com<br>marketing@fastly.com | Overnight Mail and Email |
| Top 50 Creditor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: General Counsel<br>One New York Plaza<br>New York NY 10004-1980 | annemarie.crouch@friedfrank.com | Overnight Mail and Email |
| Top 50 Creditor | Getty Images | Attn: General Counsel<br>605 5th Avenue South<br>Suite 400<br>Seattle WA 98104 | sales@gettyimages.com | Overnight Mail and Email |
| Top 50 Creditor | Google Inc. (DoubleClick) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Google, Inc. (Analytics) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverly Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| Top 50 Creditor | Jelle Claeys Automotive Artwork | Attn: General Counsel<br>48 Corte De Rosas<br>Fremont CA 94555 | info@jelleclaeys.be | Overnight Mail and Email |
| Top 50 Creditor | Joshua M Lees | 957 Kent Ave<br>Brooklyn NY 11205 | | Overnight Mail |
| Top 50 Creditor | JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel<br>8 West 38th Street<br>Floor 6<br>New York NY 10018 | payments@jwplayer.com | Overnight Mail and Email |
| Top 50 Creditor | Krux Digital | Attn: General Counsel<br>660 4th St, #269<br>San Francisco CA 94107 | billing@krux.com | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Chicago IL 60611 | david.heller@lw.com | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Overnight Mail and Email |
| Counsel to US VC Partners LP | Latham & Watkins | Attn: Mark Morris, Esq.<br>355 South Grand Avenue<br>Los Angeles CA 90071 | Mark.morris@lw.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | L-Cut Digital Media, Inc. | Attn: General Counsel<br>150 S. 1 St. Apt 2D<br>Brooklyn NY 11211 | lcutdigital@gmail.com | Overnight Mail and Email |
| Top 50 Creditor | Market Halsey Urban Renewal, LLC | Attn: General Counsel<br>112 West 34th Street Ste. 2106<br>New York NY 10120 | hrozell@jjop.com | Overnight Mail and Email |
| Top 50 Creditor | Marlena Agency Inc. | Attn: General Counsel<br>322 Ewing St.<br>Princeton NJ 8540 | marlena@marlenaagency.com | Overnight Mail and Email |
| Top 50 Creditor | Medialink | Attn: General Counsel<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles CA 90067 | accounting@medialink.com | Overnight Mail and Email |
| Top 50 Creditor | Merrill Communications, LLC | Attn: General Counsel<br>One Merrill Circle<br>Saint Paul MN 55108 | Billing@merrillcorp.com | Overnight Mail and Email |
| Top 50 Creditor | Metropolitan Cleaning, LLC | Attn: General Counsel<br>142 West 57th Street<br>New York NY 10019 | jessica.fluke@metbldg.com | Overnight Mail and Email |
| Top 50 Creditor | Moat Inc. | Attn: General Counsel<br>222 S Albany Street #2<br>Ithaca NY 14850 | jonah@moat.com | Overnight Mail and Email |
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>27th Floor<br>New York NY 10022 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Overnight Mail and Email |
| Top 50 Creditor | NSONE Inc. | Attn: General Counsel<br>16 Beaver Street<br>3rd Floor<br>New York NY 10004 | support@ns1.com | Overnight Mail and Email |
| Top 50 Creditor | Operative Media, Inc | Attn: General Counsel<br>6 East 32nd Street, 3rd Floor<br>New York NY 10016 | AR@operative.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Optimizely, Inc. | Attn: General Counsel<br>631 Howard Street, Suite 100<br>San Francisco CA 94105 | sales@optimizely.com | Overnight Mail and Email |
| Top 50 Creditor | Pacific Coast News | c/o Bwp Media USA, Inc<br>22287 Mulholland Hwy<br>Calabasas CA 91302 | plubbock@photoshot.com | Overnight Mail and Email |
| Top 50 Creditor | REDBOOKS | Attn: General Counsel<br>330 Seventh Avenue, Floor 10<br>New York NY 10001 | michael.emerson@redbooks.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Overnight Mail and Email |
| Top 50 Creditor | Risk Strategies Company | Attn: General Counsel<br>c/o DeWitt Stern Group<br>420 Lexington Avenue, Suite 2700<br>New York NY 10170 | | Overnight Mail |
| Counsel to Debtor | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq. & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com<br>Stacy.Dasaro@ropesgray.com<br>Kristina.Alexander@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Shenker & Bonaparte, LLP | Attn: General Counsel<br>1500 SW 1st Ave<br>#765<br>Portland OR 97201 | brooke@bb-law.net | Overnight Mail and Email |
| Top 50 Creditor | ShoreTel Inc. | Attn: General Counsel<br>4921 Solution Center<br>Chicago IL 60677-4009 | skysupport@shoretel.com | Overnight Mail and Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Overnight Mail and Email |
| Top 50 Creditor | SimpleReach, Inc. | Attn: General Counsel<br>122 W. 27th St., 7th Floor<br>New York NY 10001 | ops@simplereach.com | Overnight Mail and Email |
| Top 50 Creditor | Sizmek Technologies Inc. | Attn: General Counsel<br>220 5th Avenue<br>New York NY 10001 | Barbara.Blyden@sizmek.com | Overnight Mail and Email |
| Top 50 Creditor | Specless | Attn: General Counsel<br>116 W. Illinois St<br>Suite 6E-M<br>Chicago IL 60610 | steve@gospecless.com | Overnight Mail and Email |
| Top 50 Creditor | STAQ, INC. | Attn: General Counsel<br>44 West 28th Street<br>14th Floor<br>New York NY 10001 | ar@staq.com | Overnight Mail and Email |
| Top 50 Creditor | Submarine Leisure Club, Inc. (Wirecutter) | Attn: General Counsel<br>2424 Pine Street<br>San Francisco CA 94115 | notes@thewirecutter.com | Overnight Mail and Email |
| Top 50 Creditor | Submersive Media | Attn: General Counsel<br>580 Broadway<br>Suite 905<br>New York NY 10012 | info@submersivemedia.com | Overnight Mail and Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | The Hartford | Attn: General Counsel<br>One Hartford Plaza<br>Hartford CT 06155 | | Overnight Mail |
| Top 50 Creditor | The Oliver Group | Attn: General Counsel<br>595 Greenhaven Rd<br>Pawcatuck CT 06379 | cnilsen@the-olivergroup.com | Overnight Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Overnight Mail and Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

Insurance Parties Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|------|-------|-------------|---------|
| Aegon Magyarország Zrt. | Ulloi ut 1 | | Budapest,  1091 | | | Hungary |
| AIG Europe Limited | The AIG Building | 58 Fenchurch Street | London,  EC3M 4AB | | | United Kingdom |
| Federal Insurance Company | 15 Mountainview Rd | | Warren | NJ | 07059-6711 | |
| Hartford Casualty Insurance Company | One Hartford Plaza | | Hartford | CT | 06155-0001 | |
| Hudson Insurance Company | 100 William St | | New York | NY | 10038 | |
| National Union Fire Insurance Co. of Pittsburgh, PA | 175 Water Street | 18th Floor | New York | NY | 10038 | |

**Exhibit C**

Exhibit C

Taxing Authorities Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|------|-----------|------|-------|----------|
| Department of the Treasury | 1500 Pennsylvania Avenue, NW | Washington | D.C. | 20220 |
| New York City Department of Finance | 66 John Street, Room 104 | New York | NY | 10038 |
| NYS Department of Taxation and FinanceATTN: Office of Counsel | Building 9 W A Harriman Campus | Albany | NY | 12227 |

**Exhibit D**

Exhibit D

Utility Parties Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|------|-----------|-----------|------|-------|----------|
| 114 Fifth Ave. Ground Lessee | PO Box 1965 | | Hicksville | NY | 11802 |
| 115 Fifth Ave. Ground Lessee | 114 Fifth Avenue | | New York | NY | 10011 |
| Atlantic Metro Communications | 4 Century Drive, Suite 102 | | Parsippany | NJ | 07054 |
| Cogent Communications | PO Box 791087 | | Baltimore | MD | 21279 |
| Cogent Communications | 25 Broadway | | New York | NY | 10004 |
| Con Edison | JAF Station | PO Box 1702 | New York | NY | 10116 |
| ShoreTel Inc. | 4921 Solution Center | | Chicago | IL | 60677 |

**<u>Exhibit E</u>**

Exhibit E

Defendants Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Charles C. Johnson | Charles C. Johnson | 2770 Mesa Avenue<br>Clovis CA 93611 | | Overnight Mail |
| Got News, LLC | Got News, LLC | P.O. Box 3102<br>Clovis CA 93611 | | Overnight Mail |
| Counsel to Terry Gene Bollea | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| John M. Berman, Esq. | John M. Berman, Esq. | 7175 SW Beveland Street, Suite 220<br>Tigard OR 97223 | | Overnight Mail |
| Counsel to The Huon Law Firm | The Huon Law Firm | Attn: Meanith Huon, Esq.<br>P.O. Box 441<br>Chicago IL 60690 | | Overnight Mail |

**Exhibit F**

Exhibit F

Interested Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Daulerio, A J, Denton, Nick, Gawker Media Group Inc | Brannock & Humphries | Attn: Celene Humphries, Steven L Brannock<br>1111 West Cass Street Suite 200<br>Tampa FL 33606 | | Overnight Mail |
| Counsel to Clem, HeatherBollea et Al, Terry Gene Appellee, Bubba The Love Sponge Clem (Also Known As: Clem, Todd Alan) | Cohen Jayson Foster P A | Attn: Barry A Cohen, Esq., Michael W Gaines, Esq.<br>201 E Kennedy Blvd Suite 1950<br>Tampa FL 33606 | | Overnight Mail |
| Counsel to Gawker Media, LLC, Irin Carmon, Nick Denton | Gawker Media, LLC | Attn: Courtenay O'connor, Esq.,<br>210 Elizabeth St<br>New York City  NY  10012 | Coconnor@gawker.Com | Overnight Mail and Email |
| Counsel to Gawker Media, LLC, Irin Carmon, Gabby Darbyshire, Nick Denton, Jezebel.com | Giskan, Solotartoff Anderson & Stewart | Attn:  David L.  Feige, Oren S. Giskan,<br>11 Broadway Suite 2150<br>New York  NY  10004 | Gslaw@davidfeige.Com<br>Ogiskan@gslawny.Com | Overnight Mail and Email |
| Counsel to Blogwire Hungary Szellemi, Daulerio, A J, Denton, Nick, Gawker Media Group Inc | Levine Sullivan Koch & Schulz Llp | Attn: Michael D Sullivan, Esq.<br>1899 L Street NW Suite 200<br>Washington DC 20036 | | Overnight Mail |
| Counsel to Gawker Media, LLC,  John Cook, Sam Biddle, Nicholas Guido Denton | Levine Sullivan Koch & Schulz, LLP | Attn: Katherine Mary Bolger, Esq.<br>321 West 44th Street, Suite 1000<br>New York  NY  10036 | Kbolger@lskslaw.Com | Overnight Mail and Email |
| Counsel to Gawker Media, LLC , Nick Denton, Irin Carmon, Gabby Darbyshire, Jezebel.com | Lynch Thompson LLP | Attn: Amanda Szuch Mlinarcik, Esq., Amy J. Hansen, Esq., Daniel Francis Lynch, Esq.,<br>150 S Wacker Dr Suite 2600<br>Chicago  IL 60606 | Aszuch@lynchandstern.Com<br>Ahansen@lynchthompson.Com<br>Gslaw@davidfeige.Com<br>Dlynch@lynchthompson.Com | Overnight Mail and Email |

Exhibit F

Interested Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Breaking Media, Breakingmedia.Com, Abovethelaw.Com, Elie Mystal, David Lat, John Lerner, David Minkin, John Does 1 to 100, Breaking Media, Inc., John Doe Nos. 101 to 200, MadisonRecord.com, Brian Timpone, Steve Gonzalez, Steve Korris, Lawyergossip.Com, John Doe No. 201, Holly Meyer, Belleville News-Democrat, John Doe No. 301, Beth Hundsdorfer, Newnation.Org, John Doe No.S 401, 402, 403, The Alton Telegraph, Jim Shrader, Sanford Schmidt, John Doe Nos. 501 to 600, Breaking Media, Llc, Gawker Media, Llc, Gawker Sales, Llc, Blogwire Hungary Szellemi Alkotast Hasznosito Kft, Gawker Media Group, Inc, Gawker Entertainment, Llc, Gawker Technology, Llc | Mandell Menkes, LLC | Attn: Steven P. Mandell, Esq., Elizabeth A.F. Morris, Esq., Sharon Renae Albrecht, Esq., Steven L Baron, Esq. One North Franklin Suite 3600 Chicago IL 60606 | Smandell@mandellmenkes.Com Emorris@mandellmenkes.Com Salbrecht@mandellmenkes.Com Sbaron@mandellmenkes.Com | Overnight Mail and Email |
| Counsel to Gawker Media, LLC, Irin Carmon, Gabby Darbyshire, Jezebel.com, Nick Denton | Parikh Law Group | Attn: Justin David Kaplan, Esq., Justin David Kaplan, Esq., 233 S. Wacker Drive 84th Floor Chicago IL 60606 | Jkaplan@parikhlawgroup.Com | Overnight Mail and Email |
| | Rachel E Fugate | 601 S Boulevard Tampa  FL 33606 | | Overnight Mail |
| Counsel to Blogwire Hungary Szellemi, Daulerio, A J, Denton, Nick, Gawker Media Group Inc | THOMAS & LoCICERO PL | Attn: Gregg D Thomas, Esq., 601 South Boulevard Tampa FL 33606 | | Overnight Mail |