**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re: : Chapter 11
: 
GAWKER MEDIA, LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Joint Administration Requested)
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 14, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email and Overnight Mail on Writers Guild of America East, Inc., Attn: Jason Gordon, Director of Communications, 250 Hudson Street, Suite 700, New York, NY, 10013, jgordon@wgaeast.org:

- Declaration of William D. Holden in Support of First Day Motions [Docket No. 7]

- Debtors' Motion for Joint Administration [Docket No. 8]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' 50 Largest Unsecured Creditors and (II) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases [Docket No. 9]

- Debtors' Motion for Entry of an Order Extending Deadline for Debtors to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 10]

- Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates [Docket No. 11]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue Using the Debtors' Bank Accounts, Business Forms, and Cash Management System, and Granting Related Relief [Docket No. 12]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

- Debtors' Motion for Entry Interim and Final Orders (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes [Docket No. 14]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors [Docket No. 15]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay all Prepetition Obligations Relating Thereto [Docket No. 16]

- Debtors' Motion for Entry of an Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance [Docket No. 17]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing [Docket No. 19]

- Declaration of William D. Holden in Support of DIP Financing Motion [Docket No. 20]

- Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 21]

[*Remainder of page intentionally left blank*]

- Notice of Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 24]

- Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent *nunc pro tunc* to the Petition Date [Docket No. 25]

- Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 26]

- Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions [Docket No. 28]

- Amended Agenda for Hearing on June 15, 2016 at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 30]

- Chapter 11 Petition for Kinja, Kft. [Docket No. 1, Case No. 16-11718]

- Chapter 11 Petition for Gawker Media Group, Inc. [Docket No. 1, Case No. 16-11719]

- Notice of Conference in Adversary Proceeding No. 16-01085 scheduled for June 15, 2016 at 11:00 a.m. (prevailing Eastern Time) [Docket No. 11, Adv. Proc. Case No.16-01085]

Dated: June 14, 2016

_____
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 14, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 8849