# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: changreen | Date Created: 6/16/2016 |
| Case: 16−11700−smb | Form ID: pdf001 | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　US VC Partners, LP
unk　　ZDGM LLC
cr　　Terry G. Bollea

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty　　Daniel H. Tabak　　dtabak@cohengresser.com
aty　　Eric Fisher　　efisher@binderschwartz.com
aty　　Gregg M. Galardi　　gregg.galardi@ropesgray.com
aty　　Joseph Thomas Moldovan　　bankruptcy@morrisoncohen.com
aty　　Keith A. Simon　　keith.simon@lw.com
aty　　Michael Torkin　　torkinm@sullcrom.com
aty　　Steven E. Fox　　sfox@riemerlaw.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Gawker Media, LLC　　114 5th Ave.　　2nd Floor　　New York, NY 10011
ust　　United States Trustee　　Office of the United States Trustee　　U.S. Federal Office Building　　201 Varick Street, Room 1006　　New York, NY 10014
intp　　Silicon Valley Bank　　c/o Riemer & Braunstein−S.Fox　　7 Times Square, Ste. 2506　　New York
cr　　Morrison Cohen LLP　　909 Third Avenue　　Nerw York, NY 10022
cna　　Prime Clerk LLC　　830 3rd Avenue　　9th Floor　　New York, NY 10022

TOTAL: 5