**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
Gawker Media LLC, et al.,¹                              :    Case No. 16-11700 (SMB)
                                                        :
                 Debtors.                               :    (Joint Administration Requested)
                                                        :
--------------------------------------------------------x
```

### ORDER EXTENDING DEADLINE FOR THE DEBTORS TO FILE SCHEDULES AND STATEMENTS OF ASSETS AND LIABILITIES

Upon the motion (the "Motion")² of Gawker Media Group Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for an order, pursuant to sections 105(a) and 521 of the Bankruptcy Code and Rules 1007 and 9006 of the Bankruptcy Rules, extending the deadline by which the Debtors must file their Schedules and Statements through and including July 14, 2016; and upon consideration of the First Day Declaration; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

57378602_1

notice of the Motion has been given and no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The deadline by which the Debtors must file their Schedules and Statements is extended by twenty (20) days, through and including July 14, 2016 without prejudice to the Debtors' rights to seek additional extensions.

4. This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Order.

Dated: June 16, 2016
      New York, New York

                            /s/ *Stuart M. Bernstein*
                            HONORABLE STUART M. BERNSTEIN
                            UNITED STATES BANKRUPTCY JUDGE

57378602_1