**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                                   :   Chapter 11
:
Gawker Media LLC, *et al.*,[1]                          :   Case No. 16-11700 (SMB)
:
          Debtors.        :   (Joint Administration Requested)
:
------------------------------------------------------x

**INTERIM ORDER AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO
(A) CONTINUE INSURANCE COVERAGE ENTERED INTO PREPETITION,
(B) RENEW OR PURCHASE NEW INSURANCE POLICIES IN THE
ORDINARY COURSE OF BUSINESS, AND (C) PAY ALL
<u>PREPETITION OBLIGATIONS RELATING THERETO</u>**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors (the "<u>Debtors</u>"), for entry of an interim order (this "<u>Interim Order</u>") authorizing, but not directing, the Debtors to (a) continue insurance coverage entered into prepetition, (b) renew or purchase new insurance policies in the ordinary course of business, and (c) pay all prepetition obligations relating thereto; and upon the First Day Declaration; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary;

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appear therefor, it is hereby

**ORDERED, THAT:**

1. The Motion is GRANTED on an interim basis to the extent provided herein.

2. The final hearing (the "Final Hearing") on the Motion shall be held on July 7, 2016, at 2:00 pm., prevailing Eastern Time. Any objections or responses to entry of a final order on the Motion shall be filed on or before 4:00 p.m., prevailing Eastern Time, on July 1, 2016, and shall be served on: (i) proposed counsel to the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York, Attn: Greg Zipes and Susan Arbeit; (iii) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (iii) counsel to the official committee of unsecured creditors (if any) appointed in these cases; and (iv) counsel to US VC Partners LP, Latham & Watkins, 355 South Grand Ave., Los Angeles, CA 90071, Attn: David S. Heller (david.heller@lw.com) and Keith A. Simon (keith.simon@lw.com).

3. The Debtors are authorized, but not directed, to renew, revise, extend, supplement, change or enter into new insurance coverage and insurance premium financing as needed in its business judgment or purchase additional Insurance Policies as needed in the ordinary course of business, including, without limitation, those described in the Motion and

57378613_2

**Exhibit C** to the Motion, on an interim basis, subject to consultation with any statutory committee appointed in these cases and the U.S. Trustee.

4. The Debtors are authorized, but not directed, to pay, in their sole discretion, all premiums, claims, deductibles, excess, retrospective adjustments, and all other obligations arising under the Insurance Policies including those that (i) were due and payable or related to the period before the Petition Date, and (ii) were due and payable after the Petition Date, on an interim basis in an amount not to exceed $20,216.73, *provided that*, such payments are due and owing, and have not been accelerated.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this order.

6. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity or priority of any claim against the Debtors; (ii) a waiver of the Debtors' right to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Interim Order or the Motion (including any exhibits attached thereto); (v) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (vi) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law; or (vii) to create any rights in favor of, or enhance the status of, any claim held by any person or entity.

7. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

8. Notice of the Motion satisfies the requirements set forth in Bankruptcy Rule 6004(a).

9. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Interim Order.

Dated: June 16, 2016
      New York, New York

                                        /s/ *Stuart M. Bernstein*
                                        THE HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE