UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
                                                :
Gawker Media, LLC.,                             :
                                                :
                                                :        Case No. 16-11700 (SMB)
                        Debtor                  :
------------------------------------------------------------x


ORDER SCHEDULING INITIAL CASE CONFERENCE

Gawker Media, LLC., the ("Debtor ") having filed a petition for reorganization Under Chapter 11 of the Bankruptcy Code June 10th, 2016 and the Court having determined that a Case Management Conference will aid in the efficient conduct of the case, it is


    ORDERED, pursuant to 11 U.S.C. § 105(d), that an Initial Case Management Conference will be conducted by the undersigned Bankruptcy Judge in Room **723**, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 **on Thursday July 7th, 2016 at 2:00 p.m.,** or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional Case Management Conferences; and it is further


    ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: June 16, 2016
New York, New York


                                          /s/ STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

Service List

Gawker Media, LLC
114 5th Ave.
2nd Floor
New York, NY 10011

Gregg M. Galardi
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

United States Bankruptcy Court
Southern District of New York

In re:  
Gawker Media, LLC  
    Debtor

Case No. 16-11700-smb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0208-1      User: changreen      Page 1 of 1      Date Rcvd: Jun 16, 2016  
                     Form ID: pdf001     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2016.
```
db          +Gawker Media, LLC,    114 5th Ave.,    2nd Floor,    New York, NY 10011-5611
cr          +Morrison Cohen LLP,    909 Third Avenue,    Nerw York, NY 10022-4784
cna         +Prime Clerk LLC,    830 3rd Avenue,    9th Floor,    New York, NY 10022-6569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 16 2016 19:32:01      United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Silicon Valley Bank,    c/o Riemer & Braunstein-S.Fox,    7 Times Square, Ste. 2506,    New York
cr            Terry G. Bollea
cr            US VC Partners, LP
unk           ZDGM LLC
                                                                              TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2016                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2016 at the address(es) listed below:
```
              Daniel H. Tabak    on behalf of Creditor Terry G. Bollea dtabak@cohengresser.com
              Eric   Fisher    on behalf of Creditor Terry G. Bollea efisher@binderschwartz.com,
               docket@binderschwartz.com
              Gregg M. Galardi    on behalf of Debtor    Gawker Media, LLC gregg.galardi@ropesgray.com
              Joseph Thomas Moldovan    on behalf of Creditor    Morrison Cohen LLP bankruptcy@morrisoncohen.com
              Keith A. Simon    on behalf of Creditor    US VC Partners, LP keith.simon@lw.com,
               chefiling@lw.com;beth.arnold@lw.com
              Michael   Torkin    on behalf of Unknown    ZDGM LLC s&cmanagingclerk@sullcrom.com
                                                                                              TOTAL: 6
```