**BINDER & SCHWARTZ LLP**
Jessica L. Jimenez
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for Defendant Terry Gene Bollea*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

In re:

GAWKER MEDIA LLC, *et al.*,

                Debtors.

Chapter 11

Case No. 16-11700 (SMB)

-------------------------------------------------------------------------x

GAWKER MEDIA LLC,

                Plaintiff,

against

MEANITH HUON, ASHLEY TERRILL, TERESA THOMAS, SHIVA AYYADURAI, TERRY GENE BOLLEA, CHARLES C. JOHNSON, and GOT NEWS LLC,

                Defendants.

Adversary Proceeding

Case No. 16-01085 (SMB)

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendant Terry Gene Bollea and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

        **BINDER & SCHWARTZ LLP**
        Jessica L. Jimenez
        366 Madison Avenue, 6th Floor
        New York, New York 10017
        Telephone: (212) 510-7008
        Facsimile: (212) 510-7299
        E-mail: jjimenez@binderschwartz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:  June 22, 2016
        New York, New York

**BINDER & SCHWARTZ LLP**

By: /s/ Jessica L. Jimenez
    Jessica L. Jimenez
    366 Madison Avenue, 6th Floor
    New York, New York 10017
    Telephone: (212) 510-7008
    Facsimile: (212) 510-7299
    Email:  jjimenez@binderschwartz.com

*Attorneys for Defendant Terry Gene Bollea*