**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
GAWKER MEDIA, LLC, *et al.*,[1]                                   :    Case No. 16-11700 (SMB)
                                                                  :
                        Debtors.                                  :    (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before June 21, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 52]

- Notice of Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 53] (the "***OCP Motion***")

- Notice of Final Hearing on Certain First Day Motions, scheduled for July 7, 2016 at 2:00 P.M. (prevailing Eastern Time) [Docket No. 54] (the "***Notice of Hearing***")

- Notice of Debtors' Application for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors, *nunc pro tunc* to the Petition Date [Docket No. 55]

- Notice of Supplement to Debtors' Motion for Entry of a Final Order (I) Authorizing, but Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations [Docket No. 56]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

- Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective *nunc pro tunc* to the Petition Date [Docket No. 57]

- Notice of Debtors' Application for Entry of an Order Authorizing the Debtors' to Retain Houlihan Lokey as Investment Banker for the Debtors *nunc pro tunc* to the Petition Date [Docket No. 58]

On or before June 21, 2016, at my direction and under my supervision, employees of Prime Clerk caused the OCP Motion and the Notice of Hearing to be served in the manners set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit B**.

On or before June 21, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Hearing to be served via First Class Mail on 1) the Utilities Service List attached hereto as **Exhibit C**; 2) the Insurance Parties Service List attached hereto as **Exhibit D**; and 3) the Taxing Authorities Service List attached hereto as **Exhibit E**:

Dated: June 22, 2016

State of New York
County of New York

_____
Hassan Alli-Balogun

Subscribed and sworn to (or affirmed) before me on June 22, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Ad-Juster, Inc. (media) | Attn: Michael Lewis<br>13280 Evening Creek Dr. S<br>Suite 100<br>San Diego CA 92128 | accountservices@ad-juster.com | Email |
| Top 50 Creditor | ADP Workforce Now | ADP, LLC<br>1 ADP Boulevard<br>Roseland NJ 07068 | | First Class Mail |
| Top 50 Creditor | Akerman LLP | Attn: General Counsel<br>98 Southeast Seventh Street<br>Three Brickell City Centre, Suite 1100<br>Miami FL 33131 | charles.brumback@akerman.com | Email |
| Top 50 Creditor | AOL Advertising | Attn: General Counsel<br>770 Broadway<br>New York NY 10003 | rebecca.mcdaniel@teamaol.com | Email |
| Top 50 Creditor | Associated Press | Attn: General Counsel<br>450 W. 33rd St<br>New York NY 10001 | apdsalesoperations@ap.org | Email |
| Top 50 Creditor | Atlantic Metro Communications | Atlantic Metro Invoice<br>4 Century Drive, Suite 102<br>Parsippany NJ 7054 | billing@atlanticmetro.net | Email |
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com | Email |
| Top 50 Creditor | Brandtale | Attn: General Counsel<br>588 Broadway<br>Ste 503<br>New York NY 10012 | ben@brandtale.com | Email |
| Top 50 Creditor | C&G Group Kft. | Attn: General Counsel<br>Vörösmarty utca 38<br>1064 Budapest Hungary | | First Class Mail |
| Top 50 Creditor | CDW Direct | Attn: General Counsel<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | drewmcm@cdw.com | Email |

In re Gawker Media LLC, *et al*.
Case No. 16-11700 (SMB)

Page 1 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda<br>875 Third Avenue<br>12th Floor<br>New York NY 10022 | kgenda@cerberuscapital.com | Email |
| Top 50 Creditor | Cloudinary Ltd. | Attn: General Counsel<br>111 W. Evelyn Ave.<br>Suite 206<br>Sunnyvale CA 94086 | billing@cloudinary.com | Email |
| Top 50 Creditor | Cogent Communications | Attn: General Counsel<br>2450 N Street NW<br>Washington DC 20037 | billing@cogentco.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Top 50 Creditor | Concur Technologies, Inc. | Attn: General Counsel<br>62157 Collections Center Drive<br>Chicago IL 60693 | ARCustomerSupport@concur.com | Email |
| Top 50 Creditor | Corey Foster | 1019 Larkwoord Rd<br>Kingston Springs  TN 37082 | corey@gawker.com | Email |
| Top 50 Creditor | Creative Circle, LLC. | Attn: General Counsel<br>28027 Network Place<br>Chicago IL 60673-1280 | CollectionsNY@creativecircle.com | Email |
| Top 50 Creditor | DataGram | Attn: General Counsel<br>500 West Madison Street<br>Suite 801<br>Chicago IL 60661 | billing@datagram.com | Email |
| Top 50 Creditor | Equinox Fitness Clubs | Corporate Accounts Office<br>895 Broadway<br>New York NY 10003 | corpbilling@equinox.com | Email |
| Top 50 Creditor | Fastly | Attn: General Counsel<br>475 Brannan St, Ste 320<br>San Francisco CA 94107 | billing@fastly.com<br>marketing@fastly.com | Email |
| Top 50 Creditor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: General Counsel<br>One New York Plaza<br>New York NY 10004-1980 | annemarie.crouch@friedfrank.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Getty Images | Attn: General Counsel<br>605 5th Avenue South<br>Suite 400<br>Seattle WA 98104 | sales@gettyimages.com | Email |
| Top 50 Creditor | Google Inc. (DoubleClick) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Email |
| Top 50 Creditor | Google, Inc. (Analytics) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| [Proposed] Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>123 North Wacker Dr.<br>4th Floor<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Top 50 Creditor | Jelle Claeys Automotive Artwork | Attn: General Counsel<br>48 Corte De Rosas<br>Fremont CA 94555 | info@jelleclaeys.be | Email |
| Top 50 Creditor | Joshua M Lees | 957 Kent Ave<br>Brooklyn NY 11205 | | First Class Mail |
| Top 50 Creditor | JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel<br>8 West 38th Street<br>Floor 6<br>New York NY 10018 | payments@jwplayer.com | Email |
| Top 50 Creditor | Krux Digital | Attn: General Counsel<br>660 4th St, #269<br>San Francisco CA 94107 | billing@krux.com | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to US VC Partners LP | Latham & Watkins | Attn: Mark Morris, Esq.<br>355 South Grand Avenue<br>Los Angeles CA 90071 | Mark.morris@lw.com | Email |
| Top 50 Creditor | L-Cut Digital Media, Inc. | Attn: General Counsel<br>150 S. 1 St. Apt 2D<br>Brooklyn NY 11211 | lcutdigital@gmail.com | Email |
| Top 50 Creditor | Market Halsey Urban Renewal, LLC | Attn: General Counsel<br>112 West 34th Street Ste. 2106<br>New York NY 10120 | hrozell@jjop.com | First Class Mail and Email |
| Top 50 Creditor | Marlena Agency Inc. | Attn: General Counsel<br>322 Ewing St.<br>Princeton NJ 8540 | marlena@marlenaagency.com | Email |
| Top 50 Creditor | Medialink | Attn: General Counsel<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles CA 90067 | accounting@medialink.com | Email |
| Top 50 Creditor | Merrill Communications, LLC | Attn: General Counsel<br>One Merrill Circle<br>Saint Paul MN 55108 | Billing@merrillcorp.com | Email |
| Top 50 Creditor | Metropolitan Cleaning, LLC | Attn: General Counsel<br>142 West 57th Street<br>New York NY 10019 | jessica.fluke@metbldg.com | Email |
| Top 50 Creditor | Moat Inc. | Attn: General Counsel<br>222 S Albany Street #2<br>Ithaca NY 14850 | jonah@moat.com | Email |
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | NSONE Inc. | Attn: General Counsel<br>16 Beaver Street<br>3rd Floor<br>New York NY 10004 | support@ns1.com | Email |
| Top 50 Creditor | Operative Media, Inc | Attn: General Counsel<br>6 East 32nd Street, 3rd Floor<br>New York NY 10016 | AR@operative.com | Email |
| Top 50 Creditor | Optimizely, Inc. | Attn: General Counsel<br>631 Howard Street, Suite 100<br>San Francisco CA 94105 | sales@optimizely.com | Email |
| Top 50 Creditor | Pacific Coast News | c/o Bwp Media USA, Inc<br>22287 Mulholland Hwy<br>Calabasas CA 91302 | plubbock@photoshot.com | Email |
| Top 50 Creditor | REDBOOKS | Attn: General Counsel<br>330 Seventh Avenue, Floor 10<br>New York NY 10001 | michael.emerson@redbooks.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Top 50 Creditor | Risk Strategies Company | Attn: General Counsel<br>c/o DeWitt Stern Group<br>420 Lexington Avenue, Suite 2700<br>New York NY 10170 | | First Class Mail |
| Counsel to Debtor | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq. & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com<br>Stacy.Dasaro@ropesgray.com<br>Kristina.Alexander@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |

In re Gawker Media LLC, *et al*.
Case No. 16-11700 (SMB)

Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. Brookfield Place 200 Vesey St., Ste. 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Top 50 Creditor | Shenker & Bonaparte, LLP | Attn: General Counsel 1500 SW 1st Ave #765 Portland OR 97201 | brooke@bb-law.net | Email |
| Top 50 Creditor | ShoreTel Inc. | Attn: General Counsel 4921 Solution Center Chicago IL 60677-4009 | skysupport@shoretel.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann 275 Grove Street, Suite 2-200 Newton MA 02466 | jhartmann@svb.com | Email |
| Top 50 Creditor | SimpleReach, Inc. | Attn: General Counsel 122 W. 27th St., 7th Floor New York NY 10001 | ops@simplereach.com | Email |
| Top 50 Creditor | Sizmek Technologies Inc. | Attn: General Counsel 220 5th Avenue New York NY 10001 | Barbara.Blyden@sizmek.com | Email |
| Top 50 Creditor | Specless | Attn: General Counsel 116 W. Illinois St Suite 6E-M Chicago IL 60610 | steve@gospecless.com | Email |
| Top 50 Creditor | STAQ, INC. | Attn: General Counsel 44 West 28th Street 14th Floor New York NY 10001 | ar@staq.com | Email |
| Top 50 Creditor | Submarine Leisure Club, Inc. (Wirecutter) | Attn: General Counsel 2424 Pine Street San Francisco CA 94115 | notes@thewirecutter.com | Email |
| Top 50 Creditor | Submersive Media | Attn: General Counsel 580 Broadway Suite 905 New York NY 10012 | info@submersivemedia.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. 125 Broad Street New York NY 10004 | torkinm@sullcrom.com gluecksteinb@sullcrom.com kranzleya@sullcrom.com | Email |
| Top 50 Creditor | The Hartford | Attn: General Counsel One Hartford Plaza Hartford CT 06155 | | First Class Mail |
| Top 50 Creditor | The Oliver Group | Attn: General Counsel 595 Greenhaven Rd Pawcatuck CT 06379 | cnilsen@the-olivergroup.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein One Bowling Green Room 723 New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. US Federal Office Building 201 Varick St. Room 1006 New York NY 10014 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division 86 Chambers St. 3rd Fl New York NY 10007 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung 90 Third Avenue, 19th Floor New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Jason Gordon Director of Communications 250 Hudson Street Ste 700 New York NY 10013 | jgordon@wgaeast.org | Email |

**Exhibit B**

Exhibit B
Ordinary Course Professionals Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Jalsovszky Law Firm | Attn: Katalin Perényi | Csörsz utca 41. | | Budapest | | 1124 | Hungary | kperenyi@jalsovszky.com | First Class Mail and Email |
| John Duncan | Attn: President or General Counsel | 522 Northern Avenue | Suite 105 | Mill Valley | CA | 94941 | | john@slide.com | First Class Mail and Email |
| Klasko Immigration Law Partners, LLP | Attn: President or General Counsel | 1601 Market Street | Suite 2600 | Philadelphia | PA | 19103 | | rklasko@klaskolaw.com | First Class Mail and Email |
| Levine Sullivan Koch & Schulz, LLP | Attn: Katherine Mary Bolger, Esq. | 321 West 44th Street | Suite 1000 | New York | NY | 10036 | 10036 | kbolger@lskslaw.com | First Class Mail and Email |
| Maples & Calder | Attn: President or General Counsel | PO Box 309 | Upland House | Grand Cayman | | KY1-1104 | Cayman Islands | accounts@maplesandcalder.com | First Class Mail and Email |
| Proskauer Rose LLP | Attn: President or General Counsel | Accounts Recievable | Eleven Times Square | New York | NY | 10036 | | mbatten@proskauer.com | First Class Mail and Email |
| THOMAS & LoCICERO PL | Attn: Gregg D Thomas, Esq., | 601 South Boulevard | | Tampa | FL | 33606 | | gthomas@tlolawfirm.com | First Class Mail and Email |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Page 1 of 1

**Exhibit C**

## Exhibit C

Utilities Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 114 Fifth Ave. Ground Lessee | Attn: President or General Counsel | PO Box 1965 | | Hicksville | NY | 11802 |
| 115 Fifth Ave Ground Lessee | Attn: President or General Counsel | 114 Fifth Avenue | | New York | NY | 10011 |
| Atlantic Metro Communications | Attn: President or General Counsel | 4 Century Drive Suite 102 | | Parsippany | NJ | 7054 |
| Cogent Communications | Attn: President or General Counsel | PO Box 791087 | | Baltimore | MD | 21279 |
| Cogent Communications | Attn: President or General Counsel | 25 Broadway | | New York | NY | 10004 |
| Con Edison | Attn: President or General Counsel | JAF Station | PO Box 1702 | New York | NY | 10116 |
| ShoreTel Inc | Attn: President or General Counsel | 4921 Solution Center | | Chicago | IL | 60677 |

**Exhibit D**

Exhibit D

Insurance Parties Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| Aegon Magyarország Zrt. | Attn: President or General Counsel | Üllõi út 1. | | Budapest | | 1091 | HU |
| AIG Europe Limited | Attn: President or General Counsel | The AIG Building | 58 Fenchurch Street | London | | EC3M 4AB | UK |
| Federal Insurance Company | Attn: President or General Counsel | 15 Mountainview Rd | | Warren | NJ | 07059-6711 | |
| Hartford Casualty Insurance Company | Attn: President or General Counsel | One Hartford Plaza | | Hartford | CT | 06155-0001 | |
| Hudson Insurance Company | Attn: President or General Counsel | 100 William St | | New York | NY | 10038 | |
| IPFS Corporation | Attn: President or General Counsel | 30 Montgomery Street | Suite 1000 | Jersey City | NJ | 07302 | |
| National Union Fire Insurance Co. of Pittsburgh, PA | Attn: President or General Counsel | 175 Water Street | 18th Floor | New York | NY | 10038 | |

**<u>Exhibit E</u>**

Exhibit E

Taxing Authorities Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|
| Budapesti Önkormányzat | Attn: Genearl Counsel | Városház u. 9-11. | Budapest | | 1052 | HU |
| Department of the Treasury | 1500 Pennsylvania Avenue, NW | | Washington | DC | 20220 | |
| NAV | Attn: Genearl Counsel | Széchenyi u. 2. | Budapest | | 1054 | HU |
| New York City Department of Finance | 66 John Street, Room 104 | | New York | NY | 10038 | |
| NYS Department of Taxation and Finance | Attn: Office of Counsel | Building 9 W A Harriman Campus | Albany | NY | 12227 | |

In re Gawker Media, LLC, *et al.*

Case No. 16-11700 (SMB)                                                                            Page 1 of 1