UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11

Gawker Media LLC, *et al.*,                                  Case No. 16-11700 (SMB)
                                                                              (Jointly Administered)
                                    Debtors.
---------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. Terry Gene Bollea
   Eric B. Fisher, Esq.
   %Binder & Schwartz, LLP
   28 West 44th Street, Suite #700
   New York, NY 10036

2. Shiva Ayyadurai
   Belmont, MA 02478

3. Ashley A. Terrill
   Jupiter, Fl. 33477

Dated: New York, New York
       June 24, 2016

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:    /s/ Greg M. Zipes
       Greg M. Zipes
       Trial Attorney
       201Varick Street, Room 1006
       New York, New York 10014
       Telephone: (212) 510-0500
       Fax: (212) 668-2255