**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :    Case No. 16-11700 (SMB)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD JUNE 27, 2016**
**AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:         June 27, 2016 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
                       United States Bankruptcy Court for the Southern District of New York
                       Alexander Hamilton Custom House
                       One Bowling Green, Courtroom No. 723
                       New York, New York 10004

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at
                       www.nysb.uscourts.gov and the website of the Debtors' proposed notice
                       and claims agent, Prime Clerk LLC, at
                       https://cases.primeclerk.com/gawker. Further information may be obtained
                       by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-
                       917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57622821_1

**I.     Contested Matters**

   **A.     Sale Motion**

   1. *Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases.* [Docket No. 21].

   Responses Received: *Limited Objection of Terry G. Bollea to Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases.* [Docket No. 51]

   Related Documents: *Debtors' Reply in Further Support of the Sale Motion* [Docket No. 63].

**II.    Uncontested Matters**

   **A.     Critical Vendors Motion**

   1. *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors.* [Docket No. 15]

   Responses Received: None

   Related Documents: None.

   **Status**: This matter is going forward for the purpose of presenting a proposed interim order.

Dated: June 24, 2016
      New York, New York

    */s/ Gregg M. Galardi*
    ROPES & GRAY LLP
    Gregg M. Galardi
    Jonathan P. Gill
    Kristina Alexander
    Stacy A. Dasaro
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone: (212) 596-9000
    Facsimile: (212) 596-9090
    gregg.galardi@ropesgray.com
    jonathan.gill@ropesgray.com
    kristina.alexander@ropesgray.com
    stacy.dasaro@ropesgray.com

    *Proposed Counsel to the Debtors*
    *and Debtors in Possession*