SIMPSON THACHER & BARTLETT LLP
Sandy Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Proposed Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gawker Media LLC, *et al.*<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS BY SIMPSON THACHER & BARTLETT LLP
ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that Simpson Thacher & Bartlett LLP ("**Simpson Thacher**") hereby appears in the above-captioned chapter 11 cases as proposed attorneys for the Official Committee of Unsecured Creditors of Gawker Media LLC, et al. the ("**Committee**").

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Simpson Thacher requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Simpson Thacher at the office,

address and telephone number set forth below, and that Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

>Sandy Qusba, Esq.
>William T. Russell, Jr., Esq.
>Simpson Thacher & Bartlett LLP
>425 Lexington Avenue
>New York, New York 10017
>Ph:     212-455-2000
>Fax:    212-455-2502
>
>E-mail: squsba@stblaw.com
>E-mail: wrussell@stblaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, ECF, telephone, telecopier or otherwise, which affects the above-captioned Debtors, property of such Debtor, or the Committee.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (this "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core and other matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to these Chapter 11 cases or any case, controversy, or proceeding related to these Chapter 11 cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions,

defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      June 27, 2016

                              SIMPSON THACHER & BARTLETT LLP

                              By: /s/ Sandy Qusba
                                    Sandy Qusba
                                    William T. Russell, Jr.

                              425 Lexington Avenue
                              New York, New York 10017
                              Ph:    212-455-2000
                              Fax:   212-455-2502

                              *Proposed Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al.*