UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :        Case No. 16-11700 (SMB)
                                                :
             Debtors.                           :        (Jointly Administered)
                                                :
------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' MOTION FOR (I) AN ORDER (A) AUTHORIZING AND APPROVING BIDDING PROCEDURES, BREAKUP FEE AND EXPENSE REIMBURSEMENT, (B) AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO AND ASSUMPTION OF THE STALKING HORSE ASSET PURCHASE AGREEMENT, (C) APPROVING NOTICE PROCEDURES, (D) SCHEDULING A SALE HEARING AND (E) APPROVING PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AN LEASES AND DETERMINING CURE AMOUNTS AND (II) AN ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS AND ENCUMBRANCES, (B) APPROVING THE ASSET PURCHASE AGREEMENT AND (C) AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on June 13, 2016, the Debtors filed their *Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts an Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57710969_1

*Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Bidding Procedures and Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the entry of the Bidding Procedures and APA Assumption Order was scheduled for June 27, 2016 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the entry of the Bidding Procedures and APA Assumption Order is adjourned to **July 7, 2016 at 2:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections to the entry of the Bidding Procedures and APA Assumption Order were due on June 20, 2016 at 5:00 p.m. (Prevailing Eastern Time), except that any objection by the Official Committee of Unsecured Creditors shall be filed with the Bankruptcy Court no later than **June 30, 2016 at 12:00 p.m. (Prevailing Eastern Time**).

Dated: June 27, 2016
      New York, New York

      */s/ Gregg M. Galardi*
      ROPES & GRAY LLP
      Gregg M. Galardi
      Jonathan P. Gill
      Kristina K. Alexander
      1211 Avenue of the Americas
      New York, NY 10036-8704
      Telephone: (212) 596-9000
      Facsimile: (212) 596-9090
      gregg.galardi@ropesgray.com
      jonathan.gill@ropesgray.com
      kristina.alexander@ropesgray.com

      *Proposed Counsel to the Debtors
      and Debtors in Possession*