**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                         :

In re                               :       Chapter 11
                                           :

Gawker Media LLC, *et al.*,[1]      :       Case No. 16-11700 (SMB)
                                         :

                    Debtors.     :       (Jointly Administered)
                                         :

------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO PAY CLAIMS OF CRITICAL VENDORS AND FOREIGN VENDORS

      **PLEASE TAKE NOTICE** that on June 13, 2016, the Debtors filed their *Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors* [Docket No. 15] (the "Critical Vendors Motion").

      **PLEASE TAKE FURTHER NOTICE** that the hearing on interim relief under the Critical Vendors Motion was previously adjourned to June 27, 2016 at 10:00 a.m. (Prevailing Eastern Time).

      **PLEASE TAKE FURTHER NOTICE** that the hearing on interim and final relief under the Critical Vendors Motion is further adjourned to **July 7, 2016 at 2:00 p.m. (Prevailing Eastern Time).**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: June 27, 2016
       New York, New York

/s/ Gregg M. Galardi
ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Kristina K. Alexander
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
kristina.alexander@ropesgray.com
stacy.dasaro@ropesgray.com

*Proposed Counsel to the Debtors
and Debtors in Possession*