**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAWKER MEDIA LLC, *et. al.*, | ) | Case No. 16-11700 (SMB) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appears as attorney for the Writers Guild

of America East, Inc. and pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section

1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this

case and all documents served or required to be served in this case be given to and served upon:

**WRITERS GUILD OF AMERICA EAST, INC.**
Ann Burdick
250 Hudson Street, Suite 700
New York, NY 10013
Telephone: (212) 767-7844
Facsimile: (212) 582-1909
Email: aburdick@wgaeast.org

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy

Code the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, delivery, telephone or otherwise.

Dated:     July 5, 2016         **WRITERS GUILD OF AMERICA EAST, INC**
New York, New York

BY:   */s/ Ann Burdick*

_____

Ann Burdick (AB 1174)
250 Hudson Street, Suite 700
New York, NY 10013
Telephone: (212) 767-7844
Facsimile: (212) 582-1909
Email: aburdick@wgaeast.org