**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
: 
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
                                                :
       Debtors.                             :    (Jointly Administered)
                                                :
------------------------------------------------------x

**AMENDED AGENDA FOR HEARING TO BE HELD JULY 7, 2016**
**AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Date and Time:    July 7, 2016 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57604040_1

**I.      Uncontested Matters Going Forward**

   **A.     Final or Additional Interim Relief on Certain First Day Motions**

   1. ***Case Management Motion.*** Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates. [Docket No. 11].

      Responses Received: None

      Related Documents: None

      **Status**: This matter is going forward for the purpose of presenting a proposed order.

   2. ***Cash Management Motion.*** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue Using the Debtors' Bank Accounts, Business Forms, and Cash Management System and Granting Related Relief. [Docket No. 12].

      Responses Received: None

      Related Documents:

      A.     Interim Order Authorizing the Debtors to Continue Using the Debtors' Bank Accounts, Business Forms, and Cash Management System and Granting Related Relief. [Docket No. 40].

      **Status**: This matter is going forward for the purpose of presenting a proposed final order.

   3. ***Wages Motion.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations. [Docket No. 13].

      Responses Received: None

      Related Documents:

      A.     Interim Order Authorizing, but Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations. [Docket No. 44].

      B.     Supplement to Debtors' Motion for Entry of a Final Order (I) Authorizing, but Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related

   Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations. [Docket No. 56].

   **Status**: This matter is going forward for the purpose of presenting a proposed final order.

4. *Taxes Motion.* Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes. [Docket No. 14].

  Responses Received: None

  Related Documents:

  A. Interim Order Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes and Hungarian Taxes. [Docket No. 45].

  **Status**: This matter is going forward for the purpose of presenting a proposed final order.

5. *Insurance Motion.* Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay All Prepetition Obligations Relating Thereto. [Docket No. 16].

  Responses Received: None

  Related Documents:

  A. Interim Order Authorizing, but Not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay All Prepetition Obligations Relating Thereto. [Docket No. 46].

  **Status**: This matter is going forward for the purpose of presenting a proposed final order.

6. *Utilities Motion.* Debtors' Motion for Entry of an Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to Have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance. [Docket No. 17].

  Responses Received: None

  Related Documents: None

  **Status**: This matter is going forward for the purpose of presenting a proposed order.

57604040_1

7. **DIP Motion.** Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing. [Docket No. 19].

   Responses Received: None

   Related Documents:

   A. Declaration of William D. Holden in Support of DIP Financing Motion [Docket No. 20]

   B. Interim Order (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing. [Docket No. 38].

   C. Notice of Filing of Proposed Final Order Pursuant to Sections 105, 361, 362, 363, and 362 of the Bankruptcy Code and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedures (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, and (IV) Modifying the Automatic Stay [Docket No. 74]

   **Status**: This matter is going forward for the purpose of presenting a proposed final order.

8. **Critical Vendors Motion.** Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors. [Docket No. 15].

   Responses Received: None

   Related Documents: None.

   **Status**: This matter is going forward for the purpose of presenting a proposed final order.

B. **Additional Matters**

1. **Interim Compensation Motion.** Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals. [Docket No. 52].

   Responses Received: None

Related Documents: None

**Status**: This matter is going forward for the purpose of presenting a proposed order.

2. ***Ordinary Course Professionals Motion.*** Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business. [Docket No. 53].

Responses Received: None

Related Documents: None

**Status**: This matter is going forward for the purpose of presenting a proposed order.

C. **Matters Related to Professional Retention**

1. ***Noticing Agent Application.*** Debtors' Application Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 503(b)(1)(A), and Local Rule 5075-1 For Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* To The Petition Date. [Docket No. 25].

Responses Received: None

Related Documents: None

**Status**: This matter is going forward for the purpose of presenting a proposed order.

2. ***Prime Clerk Retention Application.*** Debtors' Application Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and Local Rules 2014-1 and 2016-1 for Entry of an order Appointing Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* To the Petition Date. [Docket No. 26].

Responses Received: None

Related Documents: None

**Status**: This matter is going forward for the purpose of presenting a proposed order.

3. ***Opportune Retention Application.*** Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors, Nunc Pro Tunc to the Petition Date. [Docket No. 55].

Responses Received: None

Related Documents: None

57604040_1

        **Status**: This matter is going forward for the purpose of presenting a proposed order.

4. ***Ropes & Gray Retention Application.*** Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date. [Docket No. 57].

        Responses Received: None

        Related Documents: None

        **Status**: This matter is going forward for the purpose of presenting a proposed order.

5. ***Houlihan Lokey Retention Application.*** Debtors' Application for Entry of an Order Authorizing the Debtors to Retain Houlihan Lokey as Investment Banker for the Debtors Nunc Pro Tunc to the Petition Date. [Docket No. 58].

        Responses Received: None

        Related Documents: None

        **Status**: This matter is going forward for the purpose of presenting a proposed order.

D. **Sale Motion**

1. *Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases*. [Docket No. 21].

    Responses Received: *Limited Objection of Terry G. Bollea to Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests*

-6-

*and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases.* [Docket No. 51]

Related Documents: *Debtors' Reply in Further Support of the Sale Motion* [Docket No. 63].

**Status**: This matter has been resolved, and is going forward on an uncontested basis for purposes of presenting revised proposed orders and an amendment to the Asset Purchase Agreement.

Dated: July 6, 2016
New York, New York

          */s/ Gregg M. Galardi*
          ROPES & GRAY LLP
          Gregg M. Galardi
          Jonathan P. Gill
          Kristina K. Alexander
          Stacy A. Dasaro
          1211 Avenue of the Americas
          New York, NY 10036-8704
          Telephone: (212) 596-9000
          Facsimile: (212) 596-9090
          gregg.galardi@ropesgray.com
          jonathan.gill@ropesgray.com
          kristina.alexander@ropesgray.com
          stacy.dasaro@ropesgray.com

          *Proposed Counsel to the Debtors*
          *and Debtors in Possession*