UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                          : Chapter 11
                                                :
GAWKER MEDIA, LLC, et al.,[1]                   : Case No. 16-11700 (SMB)
                                                :
                    Debtors.                    : (Jointly Administered)

----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Ingamar Ramirez, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 05, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on 1) the Master Service List attached hereto as **Exhibit A** and in the manners set forth on 2) the Top 50 Creditors Service List attached hereto as **Exhibit B**:

- Notice of Filing of Proposed Final Order (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors and Providing for Adequate Protection, and (IV) Modifying the Automatic Stay [Docket No. 74]

- Agenda for Hearing to be held July 7, 2016 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 75]

Dated: July 06, 2016

/s/ Ingamar Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 06, 2016, by Ingamar Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pollo

PAUL POLLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 9298

# **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Overnight Mail and Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq., Jessica L. Jimenez<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Overnight Mail and Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda<br>875 Third Avenue<br>12th Floor<br>New York NY 10022 | kgenda@cerberuscapital.com | Overnight Mail and Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Overnight Mail and Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| [Proposed] Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>123 North Wacker Dr.<br>4th Floor<br>Chicago IL 60606 | RSnellenbarger@HL.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Chicago IL 60611 | david.heller@lw.com | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Overnight Mail and Email |
| Counsel to US VC Partners LP | Latham & Watkins | Attn: Mark Morris, Esq.<br>355 South Grand Avenue<br>Los Angeles CA 90071 | Mark.morris@lw.com | Overnight Mail and Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Overnight Mail and Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Overnight Mail and Email |
| Counsel to Committee of Unsecured Creditors | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Overnight Mail and Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Overnight Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Overnight Mail and Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Overnight Mail and Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Jason Gordon & Ann Burdick<br>250 Hudson Street Ste 700<br>New York NY 10013 | jgordon@wgaeast.org<br>aburdick@wgaeast.org | Overnight Mail and Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 3

**Exhibit B**

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Ad-Juster, Inc. (media) | Attn: Michael Lewis<br>13280 Evening Creek Dr. S<br>Suite 100<br>San Diego CA 92128 | accountservices@ad-juster.com | Overnight Mail and Email |
| ADP Workforce Now | ADP, LLC<br>1 ADP Boulevard<br>Roseland NJ 07068 | | Overnight Mail |
| Akerman LLP | Attn: General Counsel<br>98 Southeast Seventh Street<br>Three Brickell City Centre, Suite 1100<br>Miami FL 33131 | charles.brumback@akerman.com | Overnight Mail and Email |
| AOL Advertising | Attn: General Counsel<br>770 Broadway<br>New York NY 10003 | rebecca.mcdaniel@teamaol.com | Overnight Mail and Email |
| Associated Press | Attn: General Counsel<br>450 W. 33rd St<br>New York NY 10001 | apdsalesoperations@ap.org | Overnight Mail and Email |
| Atlantic Metro Communications | Atlantic Metro Invoice<br>4 Century Drive, Suite 102<br>Parsippany NJ 07054 | billing@atlanticmetro.net | Overnight Mail and Email |
| Brandtale | Attn: General Counsel<br>588 Broadway<br>Ste 503<br>New York NY 10012 | ben@brandtale.com | Overnight Mail and Email |
| C&G Group Kft. | Attn: General Counsel<br>Vörösmarty utca 38<br>1064 Budapest Hungary | | Overnight Mail |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| CDW Direct | Attn: General Counsel<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | | Overnight Mail |
| Cloudinary Ltd. | Attn: General Counsel<br>111 W. Evelyn Ave.<br>Suite 206<br>Sunnyvale CA 94086 | billing@cloudinary.com | Overnight Mail and Email |
| Cogent Communications | Attn: General Counsel<br>2450 N Street NW<br>Washington DC 20037 | billing@cogentco.com | Overnight Mail and Email |
| Concur Technologies, Inc. | Attn: General Counsel<br>62157 Collections Center Drive<br>Chicago IL 60693 | ARCustomerSupport@concur.com | Overnight Mail and Email |
| Corey Foster | 1019 Larkwood Rd<br>Kingston Springs  TN 37082 | corey@gawker.com | Overnight Mail and Email |
| Creative Circle, LLC. | Attn: General Counsel<br>28027 Network Place<br>Chicago IL 60673-1280 | CollectionsNY@creativecircle.com | Overnight Mail and Email |
| DataGram | Attn: General Counsel<br>500 West Madison Street<br>Suite 801<br>Chicago IL 60661 | billing@datagram.com | Overnight Mail and Email |
| Equinox Fitness Clubs | Corporate Accounts Office<br>895 Broadway<br>New York NY 10003 | corpbilling@equinox.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Fastly | Attn: General Counsel<br>475 Brannan St, Ste 320<br>San Francisco CA 94107 | billing@fastly.com<br>marketing@fastly.com | Overnight Mail and Email |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: General Counsel<br>One New York Plaza<br>New York NY 10004-1980 | annemarie.crouch@friedfrank.com | Overnight Mail and Email |
| Getty Images | Attn: General Counsel<br>605 5th Avenue South<br>Suite 400<br>Seattle WA 98104 | sales@gettyimages.com | Overnight Mail and Email |
| Google Inc. (DoubleClick) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |
| Google, Inc. (Analytics) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |
| Jelle Claeys Automotive Artwork | Attn: General Counsel<br>48 Corte De Rosas<br>Fremont CA 94555 | info@jelleclaeys.be | Overnight Mail and Email |
| Joshua M Lees | 957 Kent Ave<br>Brooklyn NY 11205 | | Overnight Mail |
| JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel<br>8 West 38th Street<br>Floor 6<br>New York NY 10018 | payments@jwplayer.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Krux Digital | Attn: General Counsel<br>660 4th St, #269<br>San Francisco CA 94107 | billing@krux.com | Overnight Mail and Email |
| L-Cut Digital Media, Inc. | Attn: General Counsel<br>150 S. 1 St. Apt 2D<br>Brooklyn NY 11211 | lcutdigital@gmail.com | Overnight Mail and Email |
| Market Halsey Urban Renewal, LLC | Attn: General Counsel<br>112 West 34th Street Ste. 2106<br>New York NY 10120 | hrozell@jjop.com | Overnight Mail and Email |
| Marlena Agency Inc. | Attn: General Counsel<br>278 Hamilton Ave<br>Princeton NJ 08540 | marlena@marlenaagency.com | Overnight Mail and Email |
| Medialink | Attn: General Counsel<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles CA 90067 | accounting@medialink.com | Overnight Mail and Email |
| Merrill Communications, LLC | Attn: General Counsel<br>One Merrill Circle<br>Saint Paul MN 55108 | Billing@merrillcorp.com | Overnight Mail and Email |
| Metropolitan Cleaning, LLC | Attn: General Counsel<br>142 West 57th Street<br>New York NY 10019 | jessica.fluke@metbldg.com | Overnight Mail and Email |
| Moat Inc. | Attn: General Counsel<br>222 S Albany Street #2<br>Ithaca NY 14850 | jonah@moat.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| NSONE Inc. | Attn: General Counsel<br>16 Beaver Street<br>3rd Floor<br>New York NY 10004 | support@ns1.com | Overnight Mail and Email |
| Operative Media, Inc | Attn: General Counsel<br>6 East 32nd Street, 3rd Floor<br>New York NY 10016 | AR@operative.com | Overnight Mail and Email |
| Optimizely, Inc. | Attn: General Counsel<br>631 Howard Street, Suite 100<br>San Francisco CA 94105 | sales@optimizely.com | Overnight Mail and Email |
| Pacific Coast News | c/o Bwp Media USA, Inc<br>22287 Mulholland Hwy<br>Calabasas CA 91302 | plubbock@photoshot.com | Overnight Mail and Email |
| REDBOOKS | Attn: General Counsel<br>330 Seventh Avenue, Floor 10<br>New York NY 10001 | michael.emerson@redbooks.com | Overnight Mail and Email |
| Risk Strategies Company | Attn: General Counsel<br>c/o DeWitt Stern Group<br>420 Lexington Avenue, Suite 2700<br>New York NY 10170 | | Overnight Mail |
| Shenker & Bonaparte, LLP | Attn: General Counsel<br>1500 SW 1st Ave<br>#765<br>Portland OR 97201 | brooke@bb-law.net | Overnight Mail and Email |
| ShoreTel Inc. | Attn: General Counsel<br>4921 Solution Center<br>Chicago IL 60677-4009 | skysupport@shoretel.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| SimpleReach, Inc. | Attn: General Counsel<br>122 W. 27th St., 7th Floor<br>New York NY 10001 | ops@simplereach.com | Overnight Mail and Email |
| Sizmek Technologies Inc. | Attn: General Counsel<br>220 5th Avenue<br>New York NY 10001 | Barbara.Blyden@sizmek.com | Overnight Mail and Email |
| Specless | Attn: General Counsel<br>116 W. Illinois St<br>Suite 6E-M<br>Chicago IL 60610 | steve@gospecless.com | Overnight Mail and Email |
| STAQ, INC. | Attn: General Counsel<br>44 West 28th Street<br>14th Floor<br>New York NY 10001 | ar@staq.com | Overnight Mail and Email |
| Submarine Leisure Club, Inc. (Wirecutter) | Attn: General Counsel<br>2424 Pine Street<br>San Francisco CA 94115 | notes@thewirecutter.com | Overnight Mail and Email |
| Submersive Media | Attn: General Counsel<br>580 Broadway<br>Suite 905<br>New York NY 10012 | info@submersivemedia.com | Overnight Mail and Email |
| The Hartford | Attn: General Counsel<br>One Hartford Plaza<br>Hartford CT 06155 | | Overnight Mail |
| The Oliver Group | Attn: General Counsel<br>595 Greenhaven Rd<br>Pawcatuck CT 06379 | cnilsen@the-olivergroup.com | Overnight Mail and Email |