**Gawker Media Group, Inc.**
**13 Week Cash Flow - DIP Budget**

| ($000's) | -3 Actual 5-27 | -2 Actual 6-3 | -1 Actual 6-10 | 1 Fcst 6-17 | 2 Fcst 6-24 | 3 Fcst 7-1 | 4 Fcst 7-8 | 5 Fcst 7-15 | 6 Fcst 7-22 | 7 Fcst 7-29 | 8 Fcst 8-5 | 9 Fcst 8-12 | 10 Fcst 8-19 | 11 Fcst 8-26 | 12 Fcst 9-2 | 13 Fcst 9-9 | Total Fcst 13 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | | | |
| Operating Receipts | $ 487 | $ 2,091 | $ 874 | $ 403 | $ 410 | $ 1,958 | $ 839 | $ 360 | $ 486 | $ 640 | $ 1,539 | $ 484 | $ 481 | $ 679 | $ 1,850 | $ 484 | $ 10,613 |
| Sublease and Other | | | 31 | 69 | - | - | 100 | - | - | - | 100 | - | - | - | - | 100 | 369 |
| Total Cash Receipts | $ 487 | $ 2,091 | 905 | $ 472 | $ 410 | $ 1,958 | 939 | $ 360 | $ 486 | $ 640 | 1,639 | $ 484 | $ 481 | $ 679 | $ 1,850 | 584 | $ 10,981 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | | | |
| Payroll, Temps and Benefits | (791) | (81) | (504) | (421) | (167) | (933) | (41) | (1,686) | (16) | (935) | (41) | (1,076) | (132) | (6) | (935) | (48) | (6,436) |
| Production | - | - | (89) | - | (219) | (77) | (252) | (95) | (77) | (223) | (83) | (81) | (77) | (77) | (235) | (77) | (1,571) |
| Professional Fees (Non-Rest.) | (182) | - | - | - | (32) | (5) | (5) | (5) | (62) | (17) | (5) | (5) | (32) | (17) | (5) | (5) | (194) |
| Utilities & IT | (40) | (3) | - | - | (28) | (28) | (30) | (31) | (28) | (28) | (30) | (31) | (28) | (28) | (28) | (30) | (347) |
| American Express Bill | - | - | (199) | (80) | - | - | (175) | - | - | - | (225) | - | - | - | - | (225) | (705) |
| Taxes | - | - | - | - | (45) | - | - | - | - | - | - | - | - | - | - | - | (45) |
| Insurance | (14) | - | (14) | - | (23) | - | - | (7) | (16) | - | (94) | - | (7) | (16) | - | - | (162) |
| Rent | - | (265) | (85) | - | - | - | (359) | - | - | - | (359) | - | - | - | (359) | - | (1,076) |
| Kinja | (490) | - | (50) | - | - | - | (150) | - | - | - | - | (150) | - | - | - | (150) | (450) |
| Other | (16) | (9) | (85) | - | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (240) |
| Total Operating Cash Disbursements | $ (1,533) | $ (358) | $ (1,026) | $ (501) | $ (533) | $ (1,063) | $ (1,031) | $ (1,844) | $ (219) | $ (1,222) | $ (856) | $ (1,363) | $ (295) | $ (164) | $ (1,581) | $ (554) | $ (11,226) |
| **Operating Cash Flow** | $ (1,045) | $ 1,733 | $ (121) | $ (28) | $ (123) | $ 895 | $ (93) | $ (1,484) | $ 267 | $ (582) | $ 782 | $ (879) | $ 186 | $ 515 | $ 268 | $ 30 | $ (245) |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | | | | | |
| Total Professional Fees | (1,572) | (93) | (1,395) | - | - | - | (490) | - | (1,736) | - | (325) | - | (1,125) | - | (375) | | (4,051) |
| Office Termination Fee (4th Fl) | - | (125) | - | - | - | - | (125) | - | - | - | (125) | - | - | (125) | - | - | (375) |
| Other | - | - | (200) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Non-Operating Cash Disb. | $ (1,572) | $ (218) | $ (1,595) | $ - | $ - | $ - | $ (615) | $ - | $ (1,736) | $ (125) | $ (325) | $ - | $ (1,125) | $ (125) | $ (375) | | $ (4,426) |
| **Cash Flow Before Financing Costs** | $ (2,617) | $ 1,515 | $ (1,716) | $ (28) | $ (123) | 895 | $ (708) | $ (1,484) | 267 | $ (2,318) | 657 | $ (1,204) | 186 | $ (610) | 143 | $ (345) | $ (4,671) |
| **Financing Costs** | | | | | | | | | | | | | | | | | |
| DIP Commitment Fees & Interest | - | - | - | (440) | - | (51) | - | - | - | - | (148) | - | - | - | (152) | - | (791) |
| SVB Debt | (1) | (264) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Financing Costs | $ (1) | $ (264) | $ - | $ (440) | $ - | $ (51) | $ - | $ - | $ - | $ - | $ (148) | $ - | $ - | $ - | $ (152) | $ - | $ (791) |
| **Net Cash Flow** | $ (2,618) | $ 1,252 | $ (1,716) | $ (468) | $ (123) | 844 | $ (708) | $ (1,484) | 267 | $ (2,318) | 510 | $ (1,204) | 186 | $ (610) | $ (9) | $ (345) | $ (5,462) |
| **Cash & Liquidity** | | | | | | | | | | | | | | | | | |
| Beginning Cash Book Balance | $ 7,088 | $ 4,470 | $ 5,721 | $ 4,006 | $ 4,548 | $ 4,424 | $ 5,268 | $ 7,405 | $ 5,921 | $ 6,189 | $ 3,870 | $ 4,380 | $ 3,176 | $ 3,363 | $ 2,753 | $ 2,744 | $ 4,006 |
| Net Cash Flow | (2,618) | 1,252 | (1,716) | (468) | (123) | 844 | (708) | (1,484) | 267 | (2,318) | 510 | (1,204) | 186 | (610) | (9) | (345) | (5,462) |
| DIP Term Loan Draws / (Paydowns) | - | - | - | 13,275 | - | - | 2,845 | - | - | - | - | - | - | - | - | - | 16,120 |
| DIP Revolver Draws / (Paydowns) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SVB Take Out & L/C Collaterization | - | - | - | (12,265) | - | - | - | - | - | - | - | - | - | - | - | - | (12,265) |
| Ending Cash Book Balance | $ 4,470 | $ 5,721 | $ 4,006 | 4,548 | 4,424 | 5,268 | 7,405 | 5,921 | 6,189 | 3,870 | 4,380 | 3,176 | 3,363 | 2,753 | 2,744 | 2,399 | $ 2,399 |
| SVB Collateral Block | (307) | (1,067) | (1,067) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Revolver Availability | - | - | - | - | - | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total Liquidity** | $ 4,163 | $ 4,654 | $ 2,939 | $ 4,548 | $ 4,424 | $ 5,268 | $ 12,405 | $ 10,921 | $ 11,189 | $ 8,870 | $ 9,380 | $ 8,176 | $ 8,363 | $ 7,753 | $ 7,744 | $ 7,399 | $ 7,399 |
| **DIP Term Loan** | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ 14,000 | $ 14,000 | $ 14,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ - |
| Draws / (Paydowns) | - | - | - | 14,000 | - | - | 3,000 | - | - | - | - | - | - | - | - | - | 17,000 |
| Ending Balance | $ - | $ - | $ - | $ 14,000 | $ 14,000 | $ 14,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | $ 17,000 | 17,000 |
| **DIP Revolver** | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Draws / (Paydowns) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |