**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
GAWKER MEDIA, LLC, *et al.*,[1]                             :    Case No. 16-11700 (SMB)
                                                            :
                        Debtors.                            :    (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Master Service List attached hereto as **Exhibit A**:

- Final Order (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness, (II) Granting Liens, (III) Authorizing use of Cash Collateral by the Debtors and Providing for Adequate Protection, and (IV) Modifying the Automatic Stay [Docket No. 81]

- Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts [Docket No. 82]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: July 13, 2016

*Ingamar D. Ramirez*
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 13, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

SRF 9404

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. 2600 El Camino Real, Suite 300 Palo Alto CA 94306 | Tgaa@bbslaw.com | First Class Mail and Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq., Jessica L. Jimenez 366 Madison Avenue, 6th Floor New York NY 10017 | efisher@binderschwartz.com jjimenez@binderschwartz.com | First Class Mail and Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda 875 Third Avenue 12th Floor New York NY 10022 | kgenda@cerberuscapital.com | First Class Mail and Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. 800 Third Avenue New York NY 10022 | dtabak@cohengresser.com mspatz@cohengresser.com | First Class Mail and Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. 132 S Rodeo Dr Ste 301 Beverley Hills CA 90212 | charder@hmafirm.com | First Class Mail and Email |
| [Proposed] Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger 111 South Wacker Dr. 37th Fl. Chicago IL 60606 | RSnellenbarger@HL.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq. 330 North Wabash Avenue Chicago IL 60611 | david.heller@lw.com | First Class Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq. 885 Third Avenue New York NY 10022 | keith.simon@lw.com | First Class Mail and Email |
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. 909 Third Avenue New York NY 10022 | bankruptcy@morrisoncohen.com rdakis@morrisoncohen.com | First Class Mail and Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 3

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq. <br> 3 Center Plaza <br> Boston MA 02108 | arheaume@riemerlaw.com | First Class Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq. <br> Times Square Tower <br> Seven Times Square, Suite 2506 <br> New York NY 10036 | sfox@riemerlaw.com | First Class Mail and Email |
| Counsel to Debtor | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. <br> 1211 Avenue of the Americas <br> New York NY 10036-8704 | Gregg.Galardi@ropesgray.com <br> Stacy.Dasaro@ropesgray.com <br> Kristina.Alexander@ropesgray.com <br> michael.winograd@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris <br> 919 Third Avenue <br> New York NY 10022 | frederic.ragucci@srz.com <br> adam.harris@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury <br> 100 F St., NE <br> Washington DC 20549 | secbankruptcy@sec.gov <br> NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. <br> Brookfield Place <br> 200 Vesey St., Ste. 400 <br> New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann <br> 275 Grove Street, Suite 2-200 <br> Newton MA 02466 | jhartmann@svb.com | First Class Mail and Email |
| Counsel to Committee of Unsecured Creditors | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. <br> 425 Lexington Avenue <br> New York NY 10017 ` | squsba@stblaw.com <br> wrussell@stblaw.com | First Class Mail and Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. <br> 125 Broad Street <br> New York NY 10004 | torkinm@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com | First Class Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein <br> One Bowling Green <br> Room 723 <br> New York NY 10004 | | First Class Mail |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | First Class Mail and Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | First Class Mail and Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Jason Gordon & Ann Burdick<br>250 Hudson Street Ste 700<br>New York NY 10013 | jgordon@wgaeast.org<br>aburdick@wgaeast.org | First Class Mail and Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 3