Eric S. Goldstein, Esq. (EG0412)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.:  (860) 251-5000
Fax:   (860) 251-5218
*Counsel for UnitedHealthcare Insurance Company
of New York and Unimerica Life Insurance
Company of New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| GAWKER MEDIA LLC, ET AL.[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York, creditors and parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

4929830v1

      Eric S. Goldstein, Esq.
      Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT 06103-1919
      Telephone: (860) 251-5000
      Facsimile:  (860) 251-5218
      egoldstein@goodwin.com
      bankruptcy@goodwin.com
      bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut, this 14th day of July 2016.

      By: /s/ Eric S. Goldstein
           Eric S. Goldstein (EG0412)
           Shipman & Goodwin LLP
           One Constitution Plaza
           Hartford, CT  06103-1919
           (860) 251-5000
      *Counsel for UnitedHealthcare Insurance Company*
      *of New York and Unimerica Life Insurance*
      *Company of New York.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric S. Goldstein
Eric S. Goldstein

4929830v1