**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                                          :
In re                                     :      Chapter 11
                                          :
Gawker Media LLC, et al.,¹                :      Case No. 16-11700 (SMB)
                                          :
                      Debtors.            :      (Jointly Administered)
                                          :
-------------------------------------------------------x
```

**ORDER FURTHER EXTENDING DEADLINE FOR DEBTORS TO FILE**
**SCHEDULES AND STATEMENTS OF ASSETS AND LIABILITIES**

Upon the Motion of Gawker Media LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for an order, pursuant to Rules 1007(c) and 9006(b) of the Bankruptcy Rules, extending the deadline by which the Debtors must file their Schedules and Statements through and including July 18, 2016 (the "Motion")²; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances; and this Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Office of the U.S. Trustee and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Committee, both, having no objection to the relief sought in the Motion; and after due

deliberation and sufficient cause appearing therefor, it here hereby

**ORDERED** that:

1.      The Motion is granted to the extent set forth herein.

2.      The deadline by which the Debtors must file their Schedules and Statements is

extended by an additional four (4) days, through and including July 18, 2016 without prejudice

to the Debtors' rights to seek additional extensions.

3.      This Court shall retain jurisdiction with respect to any and all matters arising from

or relating to the implementation or interpretation of this Order.


Dated: July 14th_, 2016
        New York, New York


                                        /s/ STUART M. BERNSTEIN_____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE