UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                :

In re:                       :       Chapter 11

                             :

GAWKER MEDIA, LLC, *et al.*,[1]   :       Case No. 16-11700 (SMB)

                             :

                  Debtors.    :       (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

       I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

       On July 11, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth 1) on the Core/2002 Service List attached hereto as **Exhibit A**, 2) on the Top 50 Creditors Service List attached hereto as **Exhibit B and** 3) on the Adversary Parties Service List attached hereto as **Exhibit C**:

- Notice of (A) Solicitation of Bids to Purchase Substantially all the Debtors' Assets, (B) Auction and (C) Sale Hearing, copy of which is attached hereto as **Exhibit D**

- Debtors' Motion for Entry of Order Further Extending the Deadline for Debtors to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 83]

Dated: July 14, 2016

                                 Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 14, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                PAUL PULLO
                       Notary Public, State of New York
                          No. 01PU6231078
                       Qualified in Nassau County
                 Commission Expires Nov. 15, 20 18

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**<u>Exhibit A</u>**

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. 2600 El Camino Real, Suite 300 Palo Alto CA 94306 | Tgaa@bbslaw.com | Overnight Mail and Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq., Jessica L. Jimenez 366 Madison Avenue, 6th Floor New York NY 10017 | efisher@binderschwartz.com jjimenez@binderschwartz.com | Overnight Mail and Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda 875 Third Avenue 12th Floor New York NY 10022 | kgenda@cerberuscapital.com | Overnight Mail and Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. 800 Third Avenue New York NY 10022 | dtabak@cohengresser.com mspatz@cohengresser.com | Overnight Mail and Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. 132 S Rodeo Dr Ste 301 Beverley Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| [Proposed] Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger 111 South Wacker Dr. 37th Fl. Chicago IL 60606 | RSnellenbarger@HL.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq. 330 North Wabash Avenue Chicago IL 60611 | david.heller@lw.com | Overnight Mail and Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq. 885 Third Avenue New York NY 10022 | keith.simon@lw.com | Overnight Mail and Email |
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. 909 Third Avenue New York NY 10022 | bankruptcy@morrisoncohen.com rdakis@morrisoncohen.com | Overnight Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Claims Agent | Prime Clerk LLC | Attn: Benjamin J. Steele<br>830 3rd Ave FL 9<br>New York NY 10022 | gawkerinfo@PrimeClerk.com<br>serviceqa@primeclerk.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Overnight Mail and Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Overnight Mail and Email |
| Counsel to Debtor | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com<br>Stacy.Dasaro@ropesgray.com<br>Kristina.Alexander@ropesgray.com<br>michael.winograd@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Overnight Mail and Email |
| Counsel to Committee of Unsecured Creditors | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Overnight Mail and Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Overnight Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Overnight Mail and Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Overnight Mail and Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Jason Gordon & Ann Burdick<br>250 Hudson Street Ste 700<br>New York NY 10013 | jgordon@wgaeast.org<br>aburdick@wgaeast.org | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Ad-Juster, Inc. (media) | Attn: Michael Lewis<br>13280 Evening Creek Dr. S<br>Suite 100<br>San Diego CA 92128 | accountservices@ad-juster.com | Overnight Mail and Email |
| ADP Workforce Now | ADP, LLC<br>1 ADP Boulevard<br>Roseland NJ 07068 | | Overnight Mail |
| Akerman LLP | Attn: General Counsel<br>98 Southeast Seventh Street<br>Three Brickell City Centre, Suite 1100<br>Miami FL 33131 | charles.brumback@akerman.com | Overnight Mail and Email |
| AOL Advertising | Attn: General Counsel<br>770 Broadway<br>New York NY 10003 | rebecca.mcdaniel@teamaol.com | Overnight Mail and Email |
| Associated Press | Attn: General Counsel<br>450 W. 33rd St<br>New York NY 10001 | apdsalesoperations@ap.org | Overnight Mail and Email |
| Atlantic Metro Communications | Atlantic Metro Invoice<br>4 Century Drive, Suite 102<br>Parsippany NJ 07054 | billing@atlanticmetro.net | Overnight Mail and Email |
| Brandtale | Attn: General Counsel<br>588 Broadway<br>Ste 503<br>New York NY 10012 | ben@brandtale.com | Overnight Mail and Email |
| C&G Group Kft. | Attn: General Counsel<br>Vörösmarty utca 38<br>1064 Budapest Hungary | | Overnight Mail |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| CDW Direct | Attn: General Counsel<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | | Overnight Mail |
| Cloudinary Ltd. | Attn: General Counsel<br>111 W. Evelyn Ave.<br>Suite 206<br>Sunnyvale CA 94086 | billing@cloudinary.com | Overnight Mail and Email |
| Cogent Communications | Attn: General Counsel<br>2450 N Street NW<br>Washington DC 20037 | billing@cogentco.com | Overnight Mail and Email |
| Concur Technologies, Inc. | Attn: General Counsel<br>62157 Collections Center Drive<br>Chicago IL 60693 | ARCustomerSupport@concur.com | Overnight Mail and Email |
| Corey Foster | 1019 Larkwoord Rd<br>Kingston Springs  TN 37082 | corey@gawker.com | Overnight Mail and Email |
| Creative Circle, LLC. | Attn: General Counsel<br>28027 Network Place<br>Chicago IL 60673-1280 | CollectionsNY@creativecircle.com | Overnight Mail and Email |
| DataGram | Attn: General Counsel<br>500 West Madison Street<br>Suite 801<br>Chicago IL 60661 | billing@datagram.com | Overnight Mail and Email |
| Equinox Fitness Clubs | Corporate Accounts Office<br>895 Broadway<br>New York NY 10003 | corpbilling@equinox.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|---------|-------|-------------------|
| Fastly | Attn: General Counsel<br>475 Brannan St, Ste 320<br>San Francisco CA 94107 | billing@fastly.com<br>marketing@fastly.com | Overnight Mail and Email |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: General Counsel<br>One New York Plaza<br>New York NY 10004-1980 | annemarie.crouch@friedfrank.com | Overnight Mail and Email |
| Getty Images | Attn: General Counsel<br>605 5th Avenue South<br>Suite 400<br>Seattle WA 98104 | sales@gettyimages.com | Overnight Mail and Email |
| Google Inc. (DoubleClick) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |
| Google, Inc. (Analytics) | Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | collections-us@google.com | Overnight Mail and Email |
| Jelle Claeys Automotive Artwork | Attn: General Counsel<br>48 Corte De Rosas<br>Fremont CA 94555 | info@jelleclaeys.be | Overnight Mail and Email |
| Joshua M Lees | 957 Kent Ave<br>Brooklyn NY 11205 | | Overnight Mail |
| JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel<br>8 West 38th Street<br>Floor 6<br>New York NY 10018 | payments@jwplayer.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|---------|-------|-------------------|
| Krux Digital | Attn: General Counsel<br>660 4th St, #269<br>San Francisco CA 94107 | billing@krux.com | Overnight Mail and Email |
| L-Cut Digital Media, Inc. | Attn: General Counsel<br>150 S. 1 St. Apt 2D<br>Brooklyn NY 11211 | lcutdigital@gmail.com | Overnight Mail and Email |
| Market Halsey Urban Renewal, LLC | Attn: General Counsel<br>112 West 34th Street Ste. 2106<br>New York NY 10120 | hrozell@jjop.com | Overnight Mail and Email |
| Marlena Agency Inc. | Attn: General Counsel<br>278 Hamilton Ave<br>Princeton NJ 08540 | marlena@marlenaagency.com | Overnight Mail and Email |
| Medialink | Attn: General Counsel<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles CA 90067 | accounting@medialink.com | Overnight Mail and Email |
| Merrill Communications, LLC | Attn: General Counsel<br>One Merrill Circle<br>Saint Paul MN 55108 | Billing@merrillcorp.com | Overnight Mail and Email |
| Metropolitan Cleaning, LLC | Attn: General Counsel<br>142 West 57th Street<br>New York NY 10019 | jessica.fluke@metbldg.com | Overnight Mail and Email |
| Moat Inc. | Attn: General Counsel<br>222 S Albany Street #2<br>Ithaca NY 14850 | jonah@moat.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| NSONE Inc. | Attn: General Counsel<br>16 Beaver Street<br>3rd Floor<br>New York NY 10004 | support@ns1.com | Overnight Mail and Email |
| Operative Media, Inc | Attn: General Counsel<br>6 East 32nd Street, 3rd Floor<br>New York NY 10016 | AR@operative.com | Overnight Mail and Email |
| Optimizely, Inc. | Attn: General Counsel<br>631 Howard Street, Suite 100<br>San Francisco CA 94105 | sales@optimizely.com | Overnight Mail and Email |
| Pacific Coast News | c/o Bwp Media USA, Inc<br>22287 Mulholland Hwy<br>Calabasas CA 91302 | plubbock@photoshot.com | Overnight Mail and Email |
| REDBOOKS | Attn: General Counsel<br>330 Seventh Avenue, Floor 10<br>New York NY 10001 | michael.emerson@redbooks.com | Overnight Mail and Email |
| Risk Strategies Company | Attn: General Counsel<br>c/o DeWitt Stern Group<br>420 Lexington Avenue, Suite 2700<br>New York NY 10170 | | Overnight Mail |
| Shenker & Bonaparte, LLP | Attn: General Counsel<br>1500 SW 1st Ave<br>#765<br>Portland OR 97201 | brooke@bb-law.net | Overnight Mail and Email |
| ShoreTel Inc. | Attn: General Counsel<br>4921 Solution Center<br>Chicago IL 60677-4009 | skysupport@shoretel.com | Overnight Mail and Email |

Exhibit B

Top 50 Creditors Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|---------|-------|-------------------|
| SimpleReach, Inc. | Attn: General Counsel<br>122 W. 27th St., 7th Floor<br>New York NY 10001 | ops@simplereach.com | Overnight Mail and Email |
| Sizmek Technologies Inc. | Attn: General Counsel<br>220 5th Avenue<br>New York NY 10001 | Barbara.Blyden@sizmek.com | Overnight Mail and Email |
| Specless | Attn: General Counsel<br>116 W. Illinois St<br>Suite 6E-M<br>Chicago IL 60610 | steve@gospecless.com | Overnight Mail and Email |
| STAQ, INC. | Attn: General Counsel<br>44 West 28th Street<br>14th Floor<br>New York NY 10001 | ar@staq.com | Overnight Mail and Email |
| Submarine Leisure Club, Inc. (Wirecutter) | Attn: General Counsel<br>2424 Pine Street<br>San Francisco CA 94115 | notes@thewirecutter.com | Overnight Mail and Email |
| Submersive Media | Attn: General Counsel<br>580 Broadway<br>Suite 905<br>New York NY 10012 | info@submersivemedia.com | Overnight Mail and Email |
| The Hartford | Attn: General Counsel<br>One Hartford Plaza<br>Hartford CT 06155 | | Overnight Mail |
| The Oliver Group | Attn: General Counsel<br>595 Greenhaven Rd<br>Pawcatuck CT 06379 | cnilsen@the-olivergroup.com | Overnight Mail and Email |

**Exhibit C**

Exhibit C

Adversary Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Defendant Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq., Jessica L. Jimenez 366 Madison Avenue, 6th FL New York NY 10017 | efisher@binderschwartz.com jjimenez@binderschwartz.com | Overnight Mail and Email |
| Counsel to Daulerio, A J, Denton, Nick, Gawker Media Group Inc | Brannock & Humphries | Attn: Celene Humphries, Steven L Brannock 1111 West Cass Street Suite 200 Tampa FL 33606 | | Overnight Mail |
| Charles C. Johnson | Charles C. Johnson | 2770 Mesa Avenue Clovis CA 93611 | | Overnight Mail |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Mark Spatz, Esq. 800 Third Avenue New York NY 10022 | mspatz@cohengresser.com | Overnight Mail and Email |
| Counsel to Clem, HeatherBollea et Al, Terry Gene Appellee, Bubba The Love Sponge Clem (Also Known As: Clem, Todd Alan) | Cohen Jayson Foster P A | Attn: Barry A Cohen, Esq., Michael W Gaines, Esq. 201 E Kennedy Blvd Suite 1950 Tampa FL 33606 | | Overnight Mail |
| Counsel to Gawker Media, LLC, Irin Carmon, Nick Denton | Gawker Media, LLC | Attn: Courtenay O'connor, Esq., 210 Elizabeth St New York City NY  10012 | Coconnor@gawker.Com | Overnight Mail and Email |
| Counsel to Gawker Media, LLC, Irin Carmon, Gabby Darbyshire, Nick Denton, Jezebel.com | Giskan, Solotaroff Anderson & Stewart | Attn:  David L  Feige, Oren S. Giskan, 11 Broadway Suite 2150 New York NY  10004 | Gslaw@davidfeige.Com Ogiskan@gslawny.Com | Overnight Mail and Email |
| Got News, LLC | Got News, LLC | P.O. Box 3102 Clovis CA 93611 | | Overnight Mail |
| Counsel to Terry Gene Bollea | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. 132 S Rodeo Dr Ste 301 Beverley Hills CA 90212 | charder@hmafirm.com | Overnight Mail and Email |
| John M. Berman, Esq. | John M. Berman, Esq. | 7175 SW Beveland Street, Suite 220 Tigard OR 97223 | | Overnight Mail |
| Counsel to Blogwire Hungary Szellemi, Daulerio, A J, Denton, Nick, Gawker Media Group Inc | Levine Sullivan Koch & Schulz Llp | Attn: Michael D Sullivan, Esq. 1899 L Street NW Suite 200 Washington DC 20036 | | Overnight Mail |
| Counsel to Gawker Media, LLC,  John Cook, Sam Biddle, Nicholas Guido Denton | Levine Sullivan Koch & Schulz, LLP | Attn: Katherine Mary Bolger, Esq. 321 West 44th Street, Suite 1000 New York  NY  10036 | Kbolger@lskslaw.Com | Overnight Mail and Email |

Exhibit C

Adversary Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Gawker Media, LLC , Nick Denton, Irin Carmon, Gabby Darbyshire, Jezebel.com | Lynch Thompson LLP | Attn: Amanda Szuch Mlinarcik, Esq., Amy J. Hansen, Esq., Daniel Francis Lynch, Esq., 150 S Wacker Dr Suite 2600 Chicago  IL 60606 | Aszuch@lynchandstern.Com Ahansen@lynchthompson.Com Dlynch@lynchthompson.Com | Overnight Mail and Email |
| Counsel to Breaking Media, Breakingmedia.Com, Abovethelaw.Com, Elie Mystal, David Lat, John Lerner, David Minkin, John Does 1 to 100, Breaking Media, Inc., John Doe Nos. 101 to 200, MadisonRecord.com, Brian Timpone, Steve Gonzalez, Steve Korris, Lawyergossip.Com, John Doe No. 201, Holly Meyer, Belleville News-Democrat, John Doe No. 301, Beth Hundsdorfer, Newnation.Org, John Doe No.S 401, 402, 403, The Alton Telegraph, Jim Shrader, Sanford Schmidt, John Doe Nos. 501 to 600, Breaking Media, Llc, Gawker Media, Llc, Gawker Sales, Llc, Blogwire Hungary Szellemi Alkotast Hasznosito Kft, Gawker Media Group, Inc, Gawker Entertainment, Llc, Gawker Technology, Llc | Mandell Menkes, LLC | Attn: Steven P. Mandell, Esq., Elizabeth A.F. Morris, Esq., Sharon Renae Albrecht, Esq., Steven L Baron, Esq. One North Franklin Suite 3600 Chicago IL 60606 | Smandell@mandellmenkes.Com Emorris@mandellmenkes.Com Salbrecht@mandellmenkes.Com Sbaron@mandellmenkes.Com | Overnight Mail and Email |
| Counsel to Gawker Media, LLC, Irin Carmon, Gabby Darbyshire, Jezebel.com, Nick Denton | Parikh Law Group | Attn: Justin David Kaplan, Esq. 233 S. Wacker Drive 84th Floor Chicago IL 60606 | Jkaplan@parikhlawgroup.Com | Overnight Mail and Email |
| | Rachel E Fugate | 601 S Boulevard Tampa  FL 33606 | | Overnight Mail |
| Counsel for Gawker Media Group, Inc., and Kinja Kft. | Ropes & Gray LLP | Attn: Michael S. Winograd 1211 Avenue of the Americas New York NY 10036-8704 | michael.winograd@ropesgray.com | Overnight Mail and Email |
| Counsel to The Huon Law Firm | The Huon Law Firm | Attn: Meanith Huon, Esq. P.O. Box 441 Chicago IL 60690 | | Overnight Mail |
| Counsel to Blogwire Hungary Szellemi, Daulerio, A J, Denton, Nick, Gawker Media Group Inc | Thomas & Locicero PL | Attn: Gregg D Thomas, Esq., 601 South Boulevard Tampa FL 33606 | | Overnight Mail |

**<u>Exhibit D</u>**

SRF 9426

ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Marc B. Roitman
Kristina K. Alexander
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                 :
In re:                                           :        Chapter 11
                                                 :
Gawker Media LLC, *et al.*,[1]                   :        Case No. 16-11700 (SMB)
                                                 :
                          Debtors.               :        (Jointly Administered)
                                                 :
-------------------------------------------------------x

### NOTICE OF (A) SOLICITATION OF BIDS TO PURCHASE SUBSTANTIALLY ALL THE DEBTORS' ASSETS, (B) AUCTION AND (C) SALE HEARING

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On June 13, 2016, the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Authorizing and*

*Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and*

*Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase*

*Agreement, (C) Approving Notice Procedures, (D) Scheduling A Sale Hearing and (E)*

*Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and*

---

[1]      The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja's offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Sale Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[2]

2.          As outlined in the Sale Motion, the Debtors have agreed upon the terms of a Stalking Horse APA with the Stalking Horse Bidder and will seek capable and willing bidders for all or substantially all of the Debtors' assets (the "Acquired Assets") prior to the Auction date as provided in the Sale Motion and the Bidding Procedures Order (defined below).  The proposed sale shall be free and clear of liens, claims, interests and other encumbrances, with all such liens, claims, interests and other encumbrances attaching with the same validity and priority to the sale proceeds.  The Stalking Horse Bidder has committed to assume certain liabilities of the Debtors solely to the extent set forth in the Stalking Horse APA.

3.          On July 8, 2016, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts* (the "Bidding Procedures Order") [Docket No. 82].  The Bidding Procedures Order approved, among other things, the Debtors' performance of certain pre-closing obligations under the Stalking Horse APA and the Bidding Procedures, which

---

[2] Capitalized terms not otherwise defined herein have the meanings given them in the Sale Motion.

specify, among other things, procedures under which interested parties may submit a "Qualified Bid" to purchase the Acquired Assets. All interested parties are invited to submit a Qualified Bid pursuant to the terms of the Bidding Procedures.

4.       You may obtain a copy of the Bidding Procedures Order, the Bidding Procedures, and the Stalking Horse APA by: (a) sending a written request to the Debtors' counsel, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Marc B. Roitman (marc.roitman@ropesgray.com); or (b) accessing the website maintained by the Debtors' claims and noticing agent, Prime Clerk, at http://cases.primeclerk.com/gawker.

5.       The Bidding Procedures establish **August 15, 2016 at 5:00 p.m. (Prevailing Eastern Time)** as the deadline by which all Qualifying Bid Documents and Qualified Bids must be actually received by the Debtors' investment banker and legal advisors, as set forth in the Bidding Procedures (the "Bid Deadline").

6.       In the event the Debtors timely receive, on or before the Bid Deadline, one or more Qualified Bids in addition to the Stalking Horse APA, the Debtors shall conduct an Auction at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, on **August 16, 2016 at 10:00 a.m. (Prevailing Eastern Time)** or such later time on such day or such other place as the Debtors notify all Qualified Bidders.

7.       If no Qualified Bids (other than the Stalking Horse Bid) are received by the Bid Deadline, then the Stalking Horse Bidder will be deemed the Successful Bidder, the Stalking Horse APA will be the Successful Bid, and, at the Sale Hearing, the Debtors will seek final Bankruptcy Court approval of the sale of the Acquired Assets to the Stalking Horse Bidder in accordance with the terms of the Stalking Horse APA.

8.      The Sale Hearing will be held in the United States Bankruptcy Court for
the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York
10004-1408, on **August 18, 2016 at 2:00 p.m. (Prevailing Eastern Time)** or such other date
and time that the Bankruptcy Court may later direct.

9.      Objections to the relief sought in the Sale Order, if any, must: (i) be in
writing; (ii) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules and
any orders of the Court; (iii) state with particularity the legal and factual basis for the objection
and the specific grounds therefor; (iv) be filed with the Court no later than **August 5, 2016 at
4:00 p.m. (Prevailing Eastern Time)** (the "Sale Objection Deadline"); provided, that if and
only if the Stalking Horse Bidder is **not** the Successful Bidder for the Debtors' assets,
counterparties to the Debtors' Non-Residential Leases and Other Executory Contracts shall have
until **August 18, 2016 at 12:00 p.m. (Prevailing Eastern Time)** to object to the assumption and
assignment of a Non-Residential Lease or Other Executory Contract *solely on the issue of
whether the Successful Bidder or Back-Up Bidder can provide adequate assurance of future
performance as required by section 365 of the Bankruptcy Code*; and (v) be served so as to be
actually received no later than the Sale Objection Deadline, as applicable, by the following
parties (the "Objection Notice Parties"): (a) the Debtors: Gawker Media Group, Inc., 114 Fifth
Avenue, 2d Floor, New York, New York 10011; Attn: Heather Dietrick; (b) counsel to the
Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Attn: Gregg
M. Galardi, Esq. and Jonathan P. Gill, Esq.; (c) the proposed investment banker to the Debtors,
Houlihan Lokey, Inc., 111 South Wacker Drive, 37th Floor, Chicago, Illinois, 60606; Attn: Reid
Snellenbarger; (d) the Office of the United States Trustee for the Southern District of New York,
201 Varick Street, Suite 1006, New York, New York 10014; Fax: (212) 668-2255; (e) counsel to

the official committee of unsecured creditors, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017; Attn: Sandeep Qusba, Esq. and William T. Russell, Jr., Esq.; and (f) counsel to the Stalking Horse Bidder, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; Attn: Michael H. Torkin, Esq. and Alexa J. Kranzley, Esq., Fax: (212) 291-9376.

10.     On or before July 15, 2016, the Debtors shall file with the Court and serve via first class mail the Cure Notice on all non-Debtor counterparties to all Non-Residential Leases and Other Executory Contracts, and their respective known counsel, and provide a copy of same to the Stalking Horse Bidder.  Upon request by a counterparty under any Non-Residential Lease or Other Executory Contract, the Debtors shall serve, by electronic mail, the evidence of adequate assurance of future performance under the Non-Residential Leases and Other Executory Contracts provided by the Stalking Horse Bidder.  Objections, if any, to the proposed assumption and assignment of any Non-Residential Lease or Other Executory Contract or to the cure amount proposed with respect thereto must:  (i) be in writing, (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules and any order orders of the Court, (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed cure amount, the correct cure amount alleged by the objecting counterparty, together with any applicable and appropriate documentation in support thereof and (iv) be filed with the Court and served so as to be actually received by the Objection Notice Parties before the Sale Objection Deadline.

11.     Promptly following the Debtors' selection of the Successful Bidder and the Back-Up Bidder, if any, at the conclusion of the Auction, the Debtors shall announce the Successful Bidder and the Back-Up Bidder, if any, and shall file with the Court a notice of the

Successful Bidder and the Back-Up Bidder, if any.  If and only if the Stalking Horse Bidder is **not** the Successful Bidder for the Debtors' assets, counterparties to the Debtors' Non-Residential Leases and Other Executory Contracts shall have until **August 18, 2016 at 12:00 p.m. (Prevailing Eastern Time)** to object to the assumption and assignment of a Non-Residential Lease or Other Executory Contract *solely on the issue of whether the Successful Bidder or Back-Up Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code*.  For the avoidance of doubt, if the Stalking Horse Bidder is the Successful Bidder, all adequate assurance objections must be filed by the Sale Objection Deadline.

12.     The Auction or the Sale Hearing or both may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court or on the Bankruptcy Court's docket.

13.     *Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Acquired Assets as approved by the Sale Order, and (iii) shall be deemed to "consent" for purposes of section 363(f)(2) of the Bankruptcy Code*.

Dated: July 11, 2016
      New York, New York

                                            */s/  Gregg M. Galardi*

                                            ROPES & GRAY LLP
                                            Gregg M. Galardi
                                            Jonathan P. Gill
                                            Marc B. Roitman
                                            Kristina K. Alexander
                                            1211 Avenue of the Americas
                                            New York, NY 10036-8704
                                            Telephone: (212) 596-9000
                                            Facsimile: (212) 596-9090
                                            Email: Gregg.Galardi@ropesgray.com
                                                       Jonathan.Gill@ropesgray.com
                                                       Marc.Roitman@ropesgray.com
                                                       Kristina.Alexander@ropesgray.com

                                            *Counsel to the Debtors*
                                            *and Debtors in Possession*

If you have questions about this notice, please call
(855) 639-3375 (domestic toll-free), (917) 651-0323 (international),
email gawkerinfo@primeclerk.com, or
visit https://cases.primeclerk.com/gawker.