UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
GAWKER MEDIA, LLC, *et al.*,[1]                   : Case No. 16-11700 (SMB)
                                                  :
                                Debtors.          : (Jointly Administered)
------------------------------------------------------------x

### AFFIDAVIT OF PUBLICATION

    I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    This Affidavit of Publication includes sworn statements verifying that the *Notice of (A) Solicitation of Bids to Purchase Substantially all the Debtors' Assets, (B) Auction and (C) Sale Hearing*, as conformed for publication, was published in the national edition of *USA Today* on July 14, 2016 as described on **Exhibit A** attached hereto.

Dated: July 18, 2016

                                                                                                 Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 18, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20*18*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 9584

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, July 14, 2016** - the following legal advertisement **–In re: Gawker Media LLC, et al.–** was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
July 14, 2016

This __14__ day of __July__ month __2016__ year.

Notary Public

YVONNE ANN BATES
NOTARY PUBLIC
REG. #125826
MY COMMISSION EXPIRES 09/30/2019
COMMONWEALTH OF VIRGINIA

USA TODAY  •  7950 Jones Branch Drive, McLean, VA 22108  •  www.usatoday.com

# 4D LIFE

USA TODAY
THURSDAY, JULY 14, 2016

## BOOK BUZZ
### NEW ON THE LIST AND IN PUBLISHING

**Ad man:** Mega-selling author James Patterson famously got his start in advertising, and his latest brainstorm — a new line of short books published under the BookShots imprint — has taken off like, well, a shot. Don Draper would appreciate the sales pitch: "All thriller. No filler. Under 150 pages. Under $5. Impossible to put down." BookShots launched in early June, and two titles published on July 5 make their debut this week on USA TODAY's Best-Selling Books list. *The Trial*, a Women's Murder Club title written by Patterson with Maxine Paetro, lands at No. 2, while Patterson's *Little Black Dress* (with Emily Raymond) arrives at No. 16. The first two BookShots titles, released last month, also landed high on the list: Patterson's *Cross Kill* at No. 3 (it's No. 37 this week), and his *Zoo 2* at No. 14.



**Meet 'Ove':** A curmudgeonly old man from Sweden is busy charming book-buying Americans. *A Man Called Ove* by Fredrik Backman has become a sleeper hit. This week the novel is No. 20; last week it was No. 19, its best showing so far. After landing at No. 150 on Jan. 7, *Ove* has moved steadily up and now has spent 28 weeks on the list. "It's a story about a grumpy old man about to kill himself because he has nothing to live for since his wife died," says Atria Books spokeswoman Ariele Fredman. "Then small occurrences in his neighborhood bring back the importance of being kind to people no matter their differences." The quirky dramatic comedy made its debut in the USA in hardcover in 2014 with a modest first printing of 6,600 copies. (More than 600,000 copies of *Ove* are now in print.)



*Jocelyn McClurg*

## USA TODAY BEST-SELLING BOOKS
BOOKLIST.USATODAY.COM

**WHAT AMERICA'S READING**
The book list appears every Thursday. For each title, the format and publisher listed are for the best-selling version of that title this week. Reporting outlets include Amazon.com, Amazon Kindle, Barnes & Noble.com, Barnes & Noble Inc., Barnes & Noble e-books, BooksAMillion.com, Books-A-Million, Costco, Hudson Booksellers, iBooks (Apple, Inc.) Joseph-Beth Booksellers (Lexington, Ky.; Cincinnati, Charlotte, Cleveland, Pittsburgh), Kobo, Inc., Powell's Books (Portland, Ore.), Powells.com, R.J. Julia Booksellers, Schuler Books & Music (Grand Rapids, Okemos, Eastwood, Alpine, Mich.), Sony Reader Store, Target, Tattered Cover Book Store (Denver).

### THE TOP 10

☐ Rank this week   ☐ Rank last week   (F) Fiction   (NF) Non-fiction   (P) Paperback   (H) Hardcover   (E) E-book   Publisher in *italics*

| | | Title/Author | Description |
|---|---|---|---|
| 1 | 4 | **Me Before You** / Jojo Moyes | A love story set in a small English village, in which a young local woman helps care for a quadriplegic (F) (E) *Pamela Dorman Books* |
| 2 | — | **The Trial** / James Patterson, Maxine Paetro | Detective Lindsay Boxer is caught in the crosshairs of murderer Kingfisher when he unleashes violence (F) (E) *Little, Brown* |
| 3 | — | **Magic** / Danielle Steel | At an annual party in Paris, three couples face changes in their relationships (F) (E) *Delacorte* |
| 4 | 15 | **Night** / Elie Wiesel | Classic about the Holocaust based on the late author's experience in Nazi camps (NF) (P) *Farrar, Straus and Giroux* |
| 5 | 17 | **Before the Fall** / Noah Hawley | A painter and the 4-year-old heir of a wealthy family are the only survivors of a plane crash (F) (E) *Grand Central Publishing* |
| 6 | 3 | **First Comes Love** / Emily Giffin | Two sisters in their 30s try to find their way back to each other in the wake of a family tragedy that divides them (F) (H) *Ballantine* |
| 7 | 1 | **Crisis of Character** / Gary J. Byrne | A critical account by a former Secret Service agent who worked in the Clinton White House (NF) (H) *Center Street* |
| 8 | — | **Hitched** / Kendall Ryan | Noah Tate has to make Olivia Cane fall in love with him and carry his child to save his father's company (F) (E) *Kendall Ryan Books* |
| 9 | 2 | **The Games** / James Patterson, Mark Sullivan | Bodies begin turning up in Rio as a ruthless underworld tries to disrupt the Olympics (F) (E) *Little, Brown* |
| 10 | 7 | **The BFG** / Roald Dahl | Sophie is snatched from her orphanage bed by the BFG — Big Friendly Giant — and adventure ensues (F) (P) *Puffin* |

### THE REST

| | | Title/Author | Description |
|---|---|---|---|
| 11 | — | The Sister/Louise Jensen | Grace Matthews finds out secrets about her best friend when she opens a memory box (F) (E) *Bookouture* |
| 12 | 8 | The Girls/Emma Cline | In 1969, a teenage girl is seduced into a dangerous cult by an older girl (F) (E) *Random House* |
| 13 | — | The Guardian/Nicholas Sparks | Widow Julie Barenson is ready to love again, but choosing a man may be dangerous (F) (E) *Grand Central Publishing* |
| 14 | 12 | The Girl on the Train/Paula Hawkins | Psychological thriller about the disappearance of a young married woman (F) (E) *Riverhead* |
| 15 | 10 | Foreign Agent/Brad Thor | The CIA calls on former Navy SEAL Scot Harvath as terrorism spins out of control (F) (E) *Atria/Emily Bestler Books* |
| 16 | — | Little Black Dress/James Patterson, Emily Raymond | Jane Avery's outlook on life changes when she buys a black dress to go out in New York City (F) (E) *Little, Brown* |
| 17 | 11 | After You/Jojo Moyes | In this sequel to "Me Before You," grieving caretaker Louisa Clark looks for happiness (F) (E) *Pamela Dorman Books* |
| 18 | 29 | Alexander Hamilton/Ron Chernow | Bio of first treasury secretary: Maker of friends and enemies (NF) (P) *The Penguin Press* |
| 19 | 9 | End of Watch/Stephen King | Brady Hartsfield is back in the final volume of King's noir trilogy starring gumshoe Bill Hodges (F) (H) *Scribner* |
| 20 | 19 | A Man Called Ove/Fredrik Backman | A man finds his solitary world shattered when a young family moves in next door (F) (P) *Washington Square Press* |
| 21 | 13 | Here's to Us/Elin Hilderbrand | After the untimely death of celebrity chef Deacon Thorpe, the women in his life (romantic rivals) gather in Nantucket to say goodbye (F) (E) *Little, Brown* |
| 22 | — | What the Dead Know/Laura Lippman | A woman claims to be one of two sisters kidnapped 30 years earlier (F) (E) *William Morrow Paperbacks* |
| 23 | 24 | Miss Peregrine's Home for Peculiar Children/Ransom Riggs | Jacob, 16, discovers the crumbling ruins of an old home that may still be inhabited (F) (P) *Quirk Books* |
| 24 | 21 | The Trials of Apollo: The Hidden Oracle/Rick Riordan | Youth: Apollo has to learn how to survive as a mortal teenage boy in New York City after being cast out by Zeus, his father; first in series (F) (H) *Disney-Hyperion* |
| 25 | 22 | The Nightingale/Kristin Hannah | World War II fiction about the choices two sisters must make in Nazi-occupied France (F) (E) *St. Martin's Press* |
| 26 | 23 | Bay of Sighs/Nora Roberts | After bringing the guardians to the island of Capri, traveler Sawyer King is drawn to a mermaid (F) (P) *Berkley* |
| 27 | — | Saga Volume 6/Brian K. Vaughan, Fiona Staples | Graphic novel: Hazel begins her life as a kindergartener as her family learns tough lessons (F) (H) *Image Comics* |
| 28 | — | Betrayal/Fern Michaels | A woman tries to prove her husband's innocence after he is convicted of an unspeakable crime (F) (E) *Zebra* |
| 29 | 31 | Bill O'Reilly's Legends and Lies: The Patriots/David Fisher | Companion to docudrama that looks at the Revolutionary War through its leaders (NF) (H) *Henry Holt and Co.* |
| 30 | — | Moonshot/Alessandra Torre | Tyler Rollins, the daughter of a Yankee legend, starts a secret relationship with a baseball star (F) (E) *Alessandra Torre* |
| 31 | 25 | Say You'll Stay/Corinne Michaels | Presley Townsend-Benson gets a second chance when she moves back to her small hometown (F) (E) *BAAE Publishing* |
| 32 | 35 | Return to the Isle of the Lost/Melissa de la Cruz | Youth: Mal and her friends Evie, Carlos and Jay receive threatening messages demanding they return home; second in series (F) (H) *Disney-Hyperion* |
| 33 | 18 | A Game of Thrones/George R.R. Martin | Trouble and coldness descend on a kingdom where the seasons are out of balance; book one in series (F) (E) *Bantam* |
| 34 | 37 | The Girl in the Ice/Robert Bryndza | Detective Erika Foster investigates when a boy discovers a woman beneath a thick sheet of ice (F) (E) *Bookouture* |
| 35 | 5 | Shadow Rider/Christine Feehan | Paranormal romance: Shadow rider Stefano Ferraro, who can manipulate light and dark, meets Francesca Cappello, a woman trying to start over in Chicago (F) (E) *Jove* |
| 36 | 27 | Tom Clancy Duty and Honor/Grant Blackwood | After thwarting an attack, Jack Ryan Jr. sets out to find who wants him dead and why (F) (E) *G.P. Putnam's Sons* |
| 37 | 28 | Cross Kill/James Patterson | Alex Cross watched killer Gary Soneji die, then sees Soneji kill his partner; part of Alex Cross series (F) (E) *Little, Brown* |
| 38 | 43 | When Breath Becomes Air/Paul Kalanithi | An essay by the late neurosurgeon confronting his terminal illness (NF) (H) *Random House* |
| 39 | — | Bossypants/Tina Fey | The comedy writer and actress riffs on her life and career (NF) (E) *Little, Brown* |
| 40 | — | Make Me Love You/Johanna Lindsey | Brooke Whitworth becomes a pawn in the rivalry between her brother, Robert, and his sworn enemy (F) (E) *Pocket* |
| 41 | — | Pivot/Adam Markel | Subtitle: "The Art and Science of Reinventing Your Career and Life" (NF) (H) *Atria Books* |
| 42 | 42 | Wake Up America/Eric Bolling | Subtitle: "The Nine Virtues That Made Our Nation Great — and Why We Need Them More Than Ever" (NF) (H) *St. Martin's Press* |
| 43 | — | Escape/Carolyn Jessop, Laura Palmer | Memoir: Jessop details her life with her family before escaping from an ultra-fundamentalist religious sect (NF) (E) *Broadway Books* |
| 44 | 56 | The Life-Changing Magic of Tidying Up/Marie Kondo | Subtitle: "The Japanese Art of Decluttering and Organizing" (NF) (H) *Ten Speed Press* |
| 45 | — | The Black Ice/Michael Connelly | Maverick cop Harry Bosch investigates "suicide" of LAPD narc (F) (E) *Little, Brown* |
| 46 | — | SEALs of Summer 3/Lynn Raye Harris, Cora Seton, Zoe York, et al. | Titles include "Hot SEAL Rescue," "A SEAL's Oath," "Fall Dirty," "Bring the Heat," and "A SEAL's Promise" (F) (E) *SOS Ladies* |
| 47 | — | Packing Light/Allison Vesterfelt | Subtitle: "Thoughts on Living Life with Less Baggage" (NF) (E) *Moody* |
| 48 | — | From Kiss to Queen/Janet Chapman | Jane Abbott saves Prince Markov Lakeland when his plane crashes in the woods in Maine (F) (E) *Jove* |
| 49 | 118 | The House of Secrets/Brad Meltzer, Tod Goldberg | First in series featuring Hazel Nash, the grown daughter of Jack Nash, the host of America's favorite conspiracy TV show, "The House of Secrets" (F) (E) *Grand Central Publishing* |
| 50 | 57 | Milk and Honey/Rupi Kaur | Poetry collection that is divided into four chapters that explore four pains (F) (P) *Andrews McMeel Publishing* |

---

# 'Once Upon a Cop': A black officer's all too timely story

**BOOK REVIEW**
**CHARISSE JONES**

As the nation reels in the wake of the police killings of two black men in Minnesota and Louisiana and the gunning down of five law enforcement officers in Dallas, the perspective of a top cop — a black cop — makes one sit up and take notice.

In his memoir *Once A Cop* (Atria, 308 pp., ★★★ out of four), Corey Pegues, who rose to deputy inspector in the New York Police Department before leaving the force in 2013, gives us an incisive look at life on both sides of the blue line.

Pegues has straddled multiple worlds since he was a child growing up in Queens. He was a teenage crack dealer who also was a popular high school basketball player. As a police officer, he felt a connection to the residents of the underprivileged communities he often patrolled, unlike many of his peers. He was a black man who endured racism and resentment from some white officers but enjoyed the friendship and respect of more than a few as well.

That duality gives Pegues a nuanced perspective of the often fractious relationship between communities of color and law enforcement. He feels, for instance, that New York's controversial "stop, question, and frisk" policy could be useful but was abused as a result of political pressure. He believes most officers want to do a good job and get home safely rather than engage in confrontation.

Yet Pegues also recounts his own feelings of powerlessness when he was a rookie manning a police rally and watched some of his fellow officers topple barricades and aim racial epithets at David Dinkins, New York's first black mayor. "Police can't police police," he writes of the memory.


MICHAEL LAW/MICHAUD LORMIL JR./THE LAW OF PHOTOGRAPHY
**Author Corey Pegues climbed the NYPD ranks.**

Apart from the most publicized instances of police brutality, "the real problem, the real frustration, is the day to day," he says. "There's an arrogance about the way a lot of cops treat minorities." And Pegues reveals his own complicated relationship with the NYPD: Saying he was harassed because of his activism, Pegues filed suit against the department, *The New York Post* and Nassau County for race discrimination, defamation and other allegations.

Pegues speaks plainly about the advantages affluence can provide, and how poverty can make someone a target for abuse in various guises, including an officer needing to log a certain number of citations. "For poor people," he writes, "time and money are scarce, and they often find themselves committing infractions they can't avoid. Maybe they can't afford to get a brake light fixed ... Maybe they're out on the corner drinking because there's a difficult situation at home."

*Once A Cop* is not all police work. There are riveting glimpses of a different sort as Pegues reminisces about the golden age of hip-hop in Queens, home to Run DMC, LL Cool J and other rap luminaries in all their Kangol-wearing glory. Those vignettes are fleeting. There could have been more.

But perhaps Pegues felt at this moment in America it was more important to relay his experiences wearing a badge. To that end, his example is a somewhat hopeful one.

When Pegues became a lieutenant, he forbade his officers from sending those arrested for offenses such as turnstile jumping to central booking simply because they did not have an I.D. — an act that was not a crime but because of the booking process led to arrest records for people who were often young, black or brown.

He wanted to protect as well as serve. "The power *not* to arrest someone," he writes. "That power lies 100% with the police officer — and that's a lot of power for one person to have."

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    : Chapter 11
Gawker Media LLC, *et al.*,[1]    : Case No. 16-11700 (SMB)
                Debtors.              : (Jointly Administered)

**NOTICE OF (A) SOLICITATION OF BIDS TO PURCHASE SUBSTANTIALLY ALL THE DEBTORS' ASSETS, (B) AUCTION AND (C) SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 13, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling A Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Sale Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[2]

2. As outlined in the Sale Motion, the Debtors have agreed upon the terms of a Stalking Horse APA with the Stalking Horse Bidder and will seek capable and willing bidders for all or substantially all of the Debtors' assets (the "Acquired Assets") prior to the Auction date as provided in the Sale Motion and the Bidding Procedures Order (defined below). The proposed sale shall be free and clear of liens, claims, interests and other encumbrances, with all such liens, claims, interests and other encumbrances attaching with the same validity and priority to the sale proceeds. The Stalking Horse Bidder has committed to assume certain liabilities of the Debtors solely to the extent set forth in the Stalking Horse APA.

3. On July 8, 2016, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts* (the "Bidding Procedures Order") [Docket No. 82]. The Bidding Procedures Order approved, among other things, the Debtors' performance of certain pre-closing obligations under the Stalking Horse APA and the Bidding Procedures, which specify, among other things, procedures under which interested parties may submit a "Qualified Bid" to purchase the Acquired Assets. All interested parties are invited to submit a Qualified Bid pursuant to the terms of the Bidding Procedures.

4. You may obtain a copy of the Bidding Procedures Order, the Bidding Procedures, and the Stalking Horse APA by: (a) sending a written request to the Debtors' counsel, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Marc B. Roitman (marc.roitman@ropesgray.com); or (b) accessing the website maintained by the Debtors' claims and noticing agent, Prime Clerk, at http://cases.primeclerk.com/gawker.

5. The Bidding Procedures establish **August 15, 2016 at 5:00 p.m. (Prevailing Eastern Time)** as the deadline by which all Qualifying Bid Documents and Qualified Bids must be actually received by the Debtors' investment banker and legal advisors, as set forth in the Bidding Procedures (the "Bid Deadline").

6. In the event the Debtors timely receive, on or before the Bid Deadline, one or more Qualified Bids in addition to the Stalking Horse APA, the Debtors shall conduct an Auction at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, on **August 16, 2016 at 10:00 a.m. (Prevailing Eastern Time)** or such later time on such day or such other place as the Debtors may determine, notify all Qualified Bidders.

7. If no Qualified Bids (other than the Stalking Horse Bid) are received by the Bid Deadline, then the Stalking Horse Bidder will be deemed the Successful Bidder, the Stalking Horse APA will be deemed the Successful Bid, and, at the Sale Hearing, the Debtors will seek final Bankruptcy Court approval of the sale of the Acquired Assets to the Stalking Horse Bidder in accordance with the terms of the Stalking Horse APA.

8. The Sale Hearing will be held in the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004-1408, on **August 18, 2016 at 2:00 p.m. (Prevailing Eastern Time)** or such other date and time that the Bankruptcy Court may later direct.

9. Objections to the relief sought in the Sale Order, if any, must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules and any orders of the Court; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; (iv) be filed with the Court no later than **August 5, 2016 at 4:00 p.m. (Prevailing Eastern Time)** (the "Sale Objection Deadline"); provided, that if and only if the Stalking Horse Bidder is **not** the Successful Bidder for the Debtors' assets, counterparties to the Debtors' Non-Residential Leases and Other Executory Contracts shall have until **August 18, 2016 at 12:00 p.m. (Prevailing Eastern Time)** to object to the assumption and assignment of a Non-Residential Lease or Other Executory Contract **solely on the issue of whether the Successful Bidder or Back-Up Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code**; and (v) be served in accordance with the Bankruptcy Rules and the Local Rules, so as to be actually received no later than the Sale Objection Deadline, as applicable, by the following parties (the "Objection Notice Parties"): (a) the Debtors: Gawker Media Group, Inc., 114 Fifth Avenue, 2d Floor, New York, New York 10011; Attn: Heather Dietrick; (b) counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Attn: Gregg M. Galardi, Esq. and Jonathan P. Gill, Esq.; (c) the proposed investment banker to the Debtors, Houlihan Lokey, Inc., 1111 South Wacker Drive, 37th Floor, Chicago, Illinois, 60606; Attn: Reid Snellenbarger; (d) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014; Fax: (212) 668-2255; (e) counsel to the official committee of unsecured creditors, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017; Attn: Sandeep Qusba, Esq. and William T. Russell, Jr., Esq.; and (f) counsel to the Stalking Horse Bidder, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; Attn: Michael H. Torkin, Esq. and Alexa J. Kranzley, Esq., Fax: (212) 291-9376.

10. The Auction or the Sale Hearing or both may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court or on the Bankruptcy Court's docket.

11. **Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Acquired Assets as approved by the Sale Order, and (iii) shall be deemed to "consent" for purposes of section 363(f)(2) of the Bankruptcy Code.**

Dated: July 11, 2016, New York, New York
/s/ Gregg M. Galardi _____, ROPES & GRAY LLP, Gregg M. Galardi, Jonathan P. Gill, Marc B. Roitman, Kristina K. Alexander, 1211 Avenue of the Americas, New York, NY 10036-8704, Telephone: (212) 596-9000, Facsimile: (212) 596-9090, Email: Gregg.Galardi@ropesgray.com, Jonathan.Gill@ropesgray.com, Marc.Roitman@ropesgray.com, Kristina.Alexander@ropesgray.com, *Counsel to the Debtors and Debtors in Possession*

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja's offices are located at Andrassy ut 66. 1062 Budapest, Hungary.
[2] Capitalized terms not otherwise defined herein have the meanings given them in the Sale Motion.

**To advertise in USA TODAY, email:**
**sales@russelljohns.com**