**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                      :
In re:                                                :        Chapter 11
                                                      :
GAWKER MEDIA, LLC, *et al.*,[1]                       :        Case No. 16-11700 (SMB)
                                                      :
                                  Debtors.            :        (Jointly Administered)
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- Order Authorizing the Employment and Compensation of certain Professionals in the Ordinary Course of Business [Docket No. 86]

- Order Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and Foreign Vendors [Docket No. 87]

- Order (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for additional Assurance [Docket No. 88] (" the *Utilities Order*")

- Final Order Authorizing, but not Directing, the Debtors to (A) Continue Insurance Coverage Entered into Prepetition, (B) Renew or Purchase New Insurance Policies in the Ordinary Course of Business, and (C) Pay all Prepetition Obligations relating thereto [Docket No. 89] ("the *Insurance Order*")

- Final Order Approving Debtors' Motion for an Order Authorizing Payment of Income Taxes, Property Taxes, Sales and Use Taxes, and Hungarian Taxes [Docket No. 90] ("the *Tax Order*")

- Second Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and related Items, and (II) Directing all

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 91]

- Final Order Authorizing the Debtors to Continue Using Debtors' Bank Accounts, Business Forms, and Cash Management System, and Granting related Relief [Docket No. 92] ("the **Cash Management Order**")

- Order Establishing certain Notice, Case Management, and Administrative Procedures, and Omnibus Hearing Dates [Docket No. 93]

- Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94]

On July 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Cash Management Order to be served via First Class Mail on K&H Bank, Attn: General Counsel, Vigado Ter 1, Budapest, 1051, Hungary.

On July 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Insurance Order to be served via First Class Mail on the Insurance Parties Service List attached hereto as **Exhibit B**.

On July 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Tax Order to be served via First Class Mail on the Taxing Authorities Service List attached hereto as **Exhibit C**.

On July 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Utilities Order to be served by the methods set forth on the Utilities Service List attached hereto as **Exhibit D**.

Dated: July 18, 2016

Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 18, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

2

SRF 9481

## Exhibit A

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. 2600 El Camino Real, Suite 300 Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq., Jessica L. Jimenez 366 Madison Avenue, 6th Floor New York NY 10017 | efisher@binderschwartz.com jjimenez@binderschwartz.com | Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda 875 Third Avenue 12th Floor New York NY 10022 | kgenda@cerberuscapital.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. 800 Third Avenue New York NY 10022 | dtabak@cohengresser.com mspatz@cohengresser.com | Email |
| Top 50 Creditor (Counsel for Terry Gene Bollea) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. 132 S Rodeo Dr Ste 301 Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| [Proposed] Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger 111 South Wacker Dr. 37th Fl. Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq. 330 North Wabash Avenue Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq. 885 Third Avenue New York NY 10022 | keith.simon@lw.com | Email |
| Top 50 Creditor | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. 909 Third Avenue New York NY 10022 | bankruptcy@morrisoncohen.com rdakis@morrisoncohen.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Adam Harris<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Committee of Unsecured Creditors | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Jason Gordon & Ann Burdick<br>250 Hudson Street Ste 700<br>New York NY 10013 | jgordon@wgaeast.org<br>aburdick@wgaeast.org | Email |

## Exhibit B

Exhibit B

Insurance Parties Service List

Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|
| Aegon Magyarország Zrt. | Üllõi út 1. | | Budapest | | 1091 | Hungary |
| AIG Europe Limited | The AIG Building | 58 Fenchurch Street | London | | EC3M 4AB | United Kingdom |
| AIG | 1 World Financial Ctr | | New York | NY | 10281 | |
| Federal Insurance Company | 15 Mountainview Rd | | Warren | NJ | 07059-6711 | |
| Hartford Casualty Insurance Company | One Hartford Plaza | | Hartford | CT | 06155-0001 | |
| Hudson Insurance Company | 100 William St | | New York | NY | 10038 | |
| IPFS Corporation | 30 Montgomery Street | Suite 1000 | Jersey City | NJ | 07302 | |
| National Union Fire Insurance Co. of Pittsburgh, PA | 175 Water Street | 18th Floor | New York | NY | 10038 | |
| Travelers Insurance Co | 220 E 42nd St | | New York | NY | 10017 | |

**<u>Exhibit C</u>**

Exhibit C

Taxing Authorities Service List

Served via First Class Mail

| Name | Address1 | Address2 | City | State |
|------|----------|----------|------|-------|
| Budapesti Önkormányzat | Attn: General Counsel | Városház u. 9-11. | Budapest | |
| Department of the Treasury | 1500 Pennsylvania Avenue, NW | | Washington | DC |
| NAV | Attn: General Counsel | Széchenyi u. 2. | Budapest | |
| New York City Department of Finance | 66 John Street, Room 104 | | New York | NY |
| NYS Department of Taxation and Finance | ATTN: Office of Counsel | Building 9 W A Harriman Campus | Albany | NY |

**Exhibit D**

Exhibit D

Utilities Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| 114 Fifth Ave. Ground Lessee | Attn: General Counsel 114 Fifth Avenue New York NY 10011 | | First Class Mail |
| 114 Fifth Ave. Ground Lessee | Attn: General Counsel PO Box 1965 Hicksville NY 11802 | | First Class Mail |
| Atlantic Metro Communications | Attn: General Counsel 4 Century Drive, Suite 102 Parsippany NJ 07054 | billing@atlanticmetro.net | First Class Mail and Email |
| Cogent Communications | Attn: General Counsel 25 Broadway New York NY 10004 | | First Class Mail |
| Cogent Communications | Attn: General Counsel PO Box 791087 Baltimore MD 21279 | | First Class Mail |
| Con Edison | Attn: General Counsel JAF Station PO Box 1702 New York NY 10116 | | First Class Mail |
| ShoreTel Inc. | Attn: General Counsel 4921 Solution Center Chicago IL 60677 | | First Class Mail |