UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## [PROPOSED] SECOND ORDER FURTHER EXTENDING DEADLINE FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS OF ASSETS AND LIABILITIES

Upon the Motion of Gawker Media LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for an order, pursuant to Rules 1007(c) and 9006(b) of the Bankruptcy Rules, further extending the deadline by which the Debtors must file their Schedules and Statements through and including July 21, 2016 (the "Motion")[2]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances; and this Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Office of the U.S.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

58057985_1

Trustee and the Committee, both, having no objection to the relief sought in the Motion; and after due deliberation and sufficient cause appearing therefor, it here hereby

**ORDERED** that:

1. The Motion is granted to the extent set forth herein.

2. The deadline by which the Debtors must file their Schedules and Statements is extended by an additional three (3) days, through and including July 21, 2016 at 12:00 p.m. (Prevailing Eastern Time) without prejudice to the Debtors' rights to seek additional extensions.

3. This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Order.

Dated: July____, 2016
New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

*The application is denied based upon insufficient notice and the failure to file an affidavit of service.*

*So ORDERED: 7/20/16*

*/s/ SMB
USBJ*

58057985_1