Trevor Hoffmann (NY Bar No. 4067229)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
Telephone (main):  212.659.7300
Facsimile (main):  212.918.8989
Email: trevor.hoffmann@haynesboone.com

ATTORNEYS FOR 114 FIFTH AVENUE OWNER LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for 114 Fifth Avenue Owner LLC ("114 Fifth Avenue"), and pursuant to Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of title 11 of the Unites States Code (the "Bankruptcy Code"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this proceeding, be transmitted to:

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Trevor Hoffmann
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Direct Telephone No.:  (212) 659-4993
Direct Facsimile No.:  (212) 884-9558
e-mail:  trevor.hoffmann@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that:  affects or seeks to affect in any way the rights or interests of 114 Fifth Avenue, or any other party-in-interest in this proceeding; or requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by 114 Fifth Avenue or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of 114 Fifth Avenue to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions,

defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 20, 2016
New York, New York

### HAYNES AND BOONE LLP

By: */s/ Trevor Hoffmann*
Trevor Hoffmann (NY Bar No. 4067229)
30 Rockefeller Plaza, 26th Floor
New York NY 10112
Telephone No.: (212) 659-4993
Facsimile No.:  (212) 884-9558

Attorneys for 114 Fifth Avenue Owner LLC