## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 20th day of July, 2016, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of All Pleadings to be served (i) via U.S. first-class mail, postage prepaid and properly addressed, on each of the parties on the attached Service List and (ii) by ECF notification, using the CM/ECF system, on the parties that are registered or otherwise entitled to receive electronic notices in the case.

                                        */s/ Trevor Hoffmann*
                                        Trevor Hoffmann

**Service List**

Gawker Media, LLC
114 5th Avenue, 2nd Floor
New York, NY 10011

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Gregg M. Galardi
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Sandy Qusba
William T. Russell, Jr.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022