**BROWN RUDNICK LLP**
Andrew P. Strehle
Thomas J. Phillips
Jill C. Wexler
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for Superdry Wholesale, LLC and Superdry Retail, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> GAWKER MEDIA LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-11700 (SMB) <br><br> (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that the law firm of Brown Rudnick LLP ("Counsel") hereby appears in the above-captioned cases on behalf Superdry Wholesale, LLC and Superdry Retail, LLC, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b). Counsel requests that their names be added to the mailing list maintained by the Clerk in the above-captioned cases, and that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be given and served upon Counsel at the address set forth below.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to:

> Andrew P. Strehle
> Thomas J. Phillips
> Jill C. Wexler
> One Financial Center
> Boston, MA 02111
> Telephone:  (617) 856-8200
> Facsimile:  (617) 856-8201
> astrehle@brownrudnick.com
> tphillips@brownrudnick.com
> jwexler@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the rights of Superdry Wholesale, LLC and Superdry Retail, LLC (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to

any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 21, 2016
Boston, Massachusetts

**BROWN RUDNICK LLP**

*/s/ Andrew P. Strehle*
Andrew P. Strehle
Thomas J. Phillips
Jill C. Wexler
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
astrehle@brownrudnick.com
tphillips@brownrudnick.com
jwexler@brownrudnick.com

*Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2016, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Andrew P. Strehle*
      Andrew P. Strehle