ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Kristina K. Alexander
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
: 
In re : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
          Debtors. : (Jointly Administered)
:
----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FINAL HEARING ON DEBTORS'
MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
(I) AUTHORIZING, BUT NOT DIRECTING, PAYMENT OF PREPETITION
WAGES, SALARIES, BUSINESS EXPENSES, EMPLOYEE BENEFITS AND
RELATED ITEMS, AND (II) DIRECTING ALL FINANCIAL INSTITUTIONS
<u>TO HONOR CHECKS FOR PAYMENT OF SUCH OBLIGATIONS</u>**

     **PLEASE TAKE NOTICE** that on June 13, 2016, the Debtors filed their *Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 13] (the "<u>Wages Motion</u>"), which was heard on June 15, 2016.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58147554_2

**PLEASE TAKE FURTHER NOTICE** that, on June 16, 2016, the Court entered the *Interim Order (I) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefit and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 44], granting certain relief and adjourning certain matters to July 7, 2016.

**PLEASE TAKE FURTHER NOTICE** that, after further hearing on July 7, 2016 on certain relief requested in the Wages Motion, the Court entered the *Second Interim Order (I) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 91] on July 13, 2016, granting certain additional relief, and scheduling a final hearing on the remaining relief sought by the Wages Motion for July 26, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the final hearing on the matters set forth in the Wages Motion is hereby adjourned to **August 9, 2016 at 10:00 a.m. (Prevailing Eastern Time).**

Dated: July 21, 2016
       New York, New York

                                                    */s/ Gregg M. Galardi*
                                                    ROPES & GRAY LLP
                                                    Gregg M. Galardi
                                                    Jonathan P. Gill
                                                    Kristina K. Alexander
                                                    Stacy A. Dasaro
                                                    1211 Avenue of the Americas
                                                    New York, NY 10036-8704
                                                    Telephone: (212) 596-9000
                                                    Facsimile: (212) 596-9090
                                                    gregg.galardi@ropesgray.com
                                                    jonathan.gill@ropesgray.com
                                                    kristina.alexander@ropesgray.com
                                                    stacy.dasaro@ropesgray.com

                                                    *Counsel to the Debtors*
                                                    *and Debtors in Possession*

58147554_2