UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                    :
In re                               :     Chapter 11
                                    :
Gawker Media LLC, et al.,[1]        :     Case No. 16-11700 (SMB)
                                    :
            Debtors.                :     (Jointly Administered)
                                    :
------------------------------------------------------x


**SUPPLEMENTAL DECLARATION OF D. REID SNELLENBARGER IN
SUPPORT OF DEBTORS' APPLICATION AN ORDER AUTHORIZING THE
DEBTORS TO RETAIN HOULIHAN LOKEY AS INVESTMENT BANKER FOR THE
DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, D. Reid Snellenbarger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

    1.    I am a Managing Director of Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), and am duly authorized to execute this supplemental declaration (the "Supplemental Declaration") on behalf of Houlihan Lokey, in further support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Houlihan Lokey as Investment Banker *Nunc Pro Tunc* to the Petition Date [Docket No. 58].

    2.    I submit this Supplemental Declaration to supplement my prior declaration dated June 20, 2016 [Ex. C to Docket No. 58] (the "Original Declaration").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.


**Additional Disclosures of Relationships**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed in the Original Declaration.

57916604_1

3. Since the filing of the Original Declaration, Houlihan Lokey has identified connections with additional Interested Parties, as set forth on **Exhibit A** annexed hereto (the "Exhibit A Parties"). Specifically, the Houlihan Lokey Group engaged or otherwise had a relationship with the Exhibit A Parties in the last five (5) years or by whom certain divisions of the Houlihan Lokey Group are currently engaged or with whom a relationship has been identified, as a result of the relationship check performed by Houlihan Lokey. Houlihan Lokey Group's current and/or former services for the Exhibit A Parties relate to situations not involving any Debtor. Houlihan Lokey does not believe that any relationship that the Houlihan Lokey Group, or any of our professionals or employees participating in or connected with Houlihan Lokey's engagement with the Debtors, may have with any Interested Party in connection with any unrelated matter will interfere with or impair Houlihan Lokey's representation of the Debtors in these chapter 11 cases.

4. To the extent Houlihan Lokey discovers any facts bearing on the matters described herein during the period of Houlihan Lokey's retention, Houlihan Lokey undertakes to amend and supplement the information contained in this Supplemental Declaration and in the Original Declaration to disclose such facts.

5. Based upon the information available to me, I believe that Houlihan Lokey is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

Dated: July 20, 2016

_____
D. Reid Snellenbarger

57916604_1

## Exhibit A

## ADDITIONAL RELATIONSHIPS WITH INTERESTED PARTIES

| INTERESTED PARTY | ENGAGEMENT SUMMARY | CLIENT STATUS |
| --- | --- | --- |
| Structure Tone | CF – Capital Markets | Current |
| Cerberus Capital Management LP | CF – Sellside<br>FAS – Various Matters<br>FRG – Creditor | Current; Former |
| Randomhouse | CF – Sellside | Former |
| Kforce, Inc. | CF – Sellside | Former |
| MillerCoors | FAS – Various Matters | Current; Former |
| NVIDIA | FAS – Fairness | Former |
| Ropes & Gray, LLP | FAS – Fairness<br>FRG – Creditor | Former |

Memo: Engagement Summary Abbreviations:
CF = Corporate Finance
FAS = Financial Advisory Services
FRG = Financial Restructuring Group

57916604_1