UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

IN RE:  
GAWKER MEDIA LLC, et al.,

   DEBTOR.

CHAPTER 11

CASE NO. 16-11700 (SMB)

NOTICE OF APPEARANCE

----------------------------------------X

S I R S:

  **PLEASE TAKE NOTICE**, that the undersigned hereby appear as counsel in the above-captioned case on behalf of **204-210 ELIZABETH STREET LLC**, the Owner and Landlord of 208-210 Elizabeth Street, New York, New York, 10013 and request that notice of all matters arising in this case be duly served upon the undersigned attorneys whose name, address and telephone number are set forth below.

  **PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, but is not limited to all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, operating statements, plans, disclosure statements, answers and reply papers pertaining to the above captioned case.

Dated: New York, New York  
   July 25, 2016

ADAM PAUL POLLACK (9833)  
POLLACK & SHARAN, LLP  
ATTORNEYS FOR  
204-210 ELIZABETH STREET LLC  
15 MAIDEN LANE, SUITE 1400  
NEW YORK, NEW YORK 10038  
(212) 619-5800