**Presentment Date and Time: August 17, 2016 at 10:00 a.m. (ET)**
**Objection Date and Time: August 10, 2016 at 10:00 a.m. (ET)**

SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :        Case No. 16-11700 (SMB)
                                              :
                              Debtors.        :        (Jointly Administered)
                                              :
------------------------------------------------------------x

### APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA LLC, *et al.,* FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY SIMPSON THACHER & BARTLETT LLP EFFECTIVE *NUNC PRO TUNC* TO JUNE 24, 2016

The Official Committee of Unsecured Creditors (the "**Committee**") of Gawker Media

LLC, *et al.* (the "**Debtors**"), by its Co-Chair, Ashley Terrill, hereby applies (the "**Application**")

for an Order, substantially in the form attached hereto **Exhibit A**, pursuant to 11 U.S.C. §§

328(a), 330 and 1103(a) of title 11 of the United States Code (as amended, the "**Bankruptcy**

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492);
       Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker
       Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are
       located at Andrassy ut. 66 1062 Budapest, Hungary.

Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (as amended, the "**Local Rules**") authorizing the employment and retention of Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or the "**Firm**") as counsel for the Committee, effective *nunc pro tunc* to June 24, 2016. In support of the Application, the Committee relies upon the Declaration of Ashely Terrill, Committee Co-Chair (the "**Co-Chair Declaration**"), attached hereto as **Exhibit B**, and the Declaration of Sandeep Qusba (the "**Qusba Declaration**"), attached hereto as **Exhibit C**, each incorporated herein by reference. The Committee respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## BACKGROUND

2.      On June 10, 2016, Gawker Media LLC filed a voluntary petition for relief under chapter 11. Gawker Media Group, Inc. and Kinja Kft. followed with voluntary petitions for relief under chapter 11 on June 12, 2016. The factual background regarding the Debtors, including their business operations, their financial affairs and capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in detail in the *Declaration of William D. Holden in Support of First Day Motions* [Docket No. 7].

3.     By Order dated June 16, 2016 [Docket No. 41], these chapter 11 cases are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, neither a trustee nor an examiner has been appointed in these chapter 11 cases.

4.     On June 24, 2016, the Office of the United States Trustee (the "**U.S. Trustee**") appointed the Committee in these cases pursuant to section 1102 of the Bankruptcy Code [Docket No. 62]. The Committee is presently composed of the following three creditors: (i) Terry Gene Bollea; (ii) Shiva Ayyadurai; and (iii) Ashley A. Terrill.

5.     The Committee has retained the Firm as its proposed counsel and Deloitte Financial Advisory Services LLP as its proposed financial advisors.

## RELIEF REQUESTED

6.     Subject to this Court's approval, and pursuant to sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Committee respectfully requests that the Court enter the Order in the form of Exhibit A authorizing the Committee to employ and retain Simpson Thacher as its counsel, effective *nunc pro tunc* to June 24, 2016, to perform the legal services that will be necessary during these chapter 11 cases.

7.     Simpson Thacher is an internationally-recognized law firm with more than 900 attorneys in five offices across the United States and six offices in leading international business centers. Simpson Thacher attorneys have extensive experience and expertise, *inter alia*, in the fields of business reorganizations and restructurings, intellectual property, complex litigation and mergers and acquisitions. The Committee will also have access to other specialized practice

groups within Simpson Thacher as may be needed. The Committee seeks the employment of Simpson Thacher to represent it and to perform services for the Committee to fulfill the Committee's duties and responsibilities consistent with section 1103 and other provisions of the Bankruptcy Code.

A.    **Services to be Provided**

8.    The Committee believes Simpson Thacher is qualified to represent it in these cases in an effective, efficient and timely manner. The Committee anticipates that Simpson Thacher will provide the following services to the Committee, among others:

(a)    advise the Committee with respect to its powers and duties under the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

(b)    assist and advise the Committee in its consultations with the Debtors, the U.S. Trustee and other parties in interest relating to the administration of these cases;

(c)    assist and advise the Committee in its examination and analysis of the pre- and post-petition conduct of the Debtors' affairs;

(d)    assist and advise the Committee in connection with the stalking horse bid of Ziff Davis, LLC, related bid procedures and any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code through the closing thereof;

(e)    assist and advise the Committee with respect to the debtor in possession financing with Cerberus Business Finance, LLC, as administrative and collateral agent, and any other proposed financings;

(f)    assist the Committee in the review, analysis and negotiation of any chapter 11 plan(s) of reorganization or liquidation and accompanying disclosure statement(s) that may be filed;

(g)    take all necessary action to protect and preserve the interests of the Committee, including (i) possible prosecution and/or settlement of actions on the Debtors' behalf, including avoidance and other causes of action against insiders and third parties; (ii) if appropriate, participation in and negotiations regarding litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates, including intra-Debtor claims;

4

(h)     prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses and other papers in support of positions taken by the Committee and appear, as appropriate, before this Court and any appellate and other courts; and

(i)     perform all other necessary legal services in these cases.

9.      Simpson Thacher intends to work closely with the Debtors' representatives and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

10.     The Committee believes Simpson Thacher has the necessary background and experience to deal effectively and efficiently with any potential legal issues that arise in the context of these cases.

**B.      Professional Compensation**

11.     Simpson Thacher intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to the Court's approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York, updated June 17, 2013 (the "**SDNY Guidelines**"), Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 440 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**Revised UST Guidelines**"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] and other Orders of the Court Orders, and seek reimbursement of actual, necessary expenses and other charges that Simpson Thacher incurs.

12.     Simpson Thacher's hourly rates and corresponding rate structure for these chapter 11 cases are the same as Simpson Thacher charges generally for restructuring, workout,

bankruptcy and comparable matters, as well as similar complex corporate, intellectual property and litigation matters, whether in court or otherwise and regardless of whether a fee application is required.

13.     Simpson Thacher's hourly rates vary with the experience and seniority of the individual professionals and paraprofessionals. Simpson Thacher's current hourly rates, effective as of January 1, 2016, for the professionals and paraprofessionals who are expected to provide services to the Committee in chapter 11 cases range as follows:[2]

| Billing Category | Range |
| --- | --- |
| Partners | $1,085-$1,315 |
| Senior Counsel | $1,065 |
| Counsel | $1,030 |
| Associates | $485-$995 |
| Paraprofessionals | $205-$350 |

These rates, as set forth more fully in the Qusba declaration, are reasonable.

14.     The following professionals are presently expected to have primary responsibility for providing services to the Committee: Sandeep Qusba, William Russell, Lori Lesser and Jeffrey Baldwin. In addition, from time to time, as these chapter 11 cases proceed, other Simpson Thacher professionals and paraprofessionals will provide required services to the Committee.

15.     Simpson Thacher will also seek reimbursement for all actual, non-overhead expenses incurred by Simpson Thacher on the Committee's behalf, such as postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research,

---

[2]     These hourly rates are subject to periodic adjustments. Prior to applying any increases in its hourly rates beyond the rates set forth herein, Simpson Thacher will provide ten days' notice of any such increases to the Debtors, the United States Trustee, counsel to US VC Partners as Second Lien Lender, and Cerberus Business Finance LLC as DIP Lender and file the notice on ECF. The United States Trustee retains all rights to object to such rate increase, and the Court retains the right to review any rate increase.

photocopying, outgoing facsimile transmissions, airfare, meals, and lodging, as more fully set forth in the Qusba Declaration. All requests for reimbursement of expenses will be consistent with SDNY Guidelines established by the Bankruptcy Court and/or the Revised UST Guidelines.

16.     The Committee believes that these rates, and the terms and conditions of Simpson Thacher's employment, are reasonable.

**C.      Simpson Thacher's Disinterestedness**

17.     To the best of the Committee's knowledge, information, and belief, based on the annexed Qusba Declaration, Simpson Thacher does not hold or represent an interest adverse to the Committee and, except as disclosed in the Qusba Declaration, does not have any "connections" to the Debtors, their creditors or other parties in interest in these chapter 11 cases. Accordingly, the Committee believes that Simpson Thacher is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

18.     As set forth in the Qusba Declaration, Simpson Thacher has represented, currently represents and will in the future likely represent certain parties in interest or potential parties in interest in these chapter 11 cases in matters unrelated either to the chapter 11 cases or such entities' claims against the Debtors. Further, as part of its customary practice, Simpson Thacher is retained in cases, proceedings, and transactions involving many different parties throughout the United States and worldwide, some of whom may represent or be employed by claimants, and some of whom may be parties in interest in these chapter 11 cases. Simpson Thacher will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or

relationships are discovered or arise, Simpson Thacher will use reasonable efforts to identify and disclose such further developments by filing a supplemental declaration.

19. The Committee believes that the employment of Simpson Thacher is necessary and in the best interests of the estates and will enable the Committee to carry out its fiduciary duties owed to unsecured creditors under the Bankruptcy Code. The Committee respectfully submits that the relief requested in the Application is appropriate and should be granted by this Court.

## **Notice**

20. Notice of this Application has been provided to: (i) the Office of the United States Trustee for the Southern District of New York, Attn: Greg Zipes and Susan Arbeit; (ii) counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com), Jonathan P. Gill (jonathan.gill@ropesgray.com) and Kristina Alexander (kristina.alexander@ropesgray.com); (iii) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 606011, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) parties that have requested notice pursuant to Bankruptcy Rule 2002. A copy of this Application is also available on the website of the Debtors' notice and claims agent at https://cases.primeclerk.com/gawker. In light of the nature of the relief requested herein, the Committee submits that no other or further notice is necessary.

## NO PRIOR REQUEST

21.    No prior application for the relief requested herein has been made to this or any other court.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court: (a) enter an order substantially in the form annexed hereto as **Exhibit A**, authorizing the retention and employment of Simpson Thacher; and (b) grant such other and further relief as the Court may deem just and proper.

Dated: July 25, 2016
New York, New York

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA LLC, *et al.*

By: _/s/_ _____
Ashley Terrill, Committee Co-Chair,
on behalf of the Committee

Sandeep Qusba
William T. Russell, Jr.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: squsba@stblaw.com
E-mail: wrussell@stblaw.com

**<u>EXHIBIT A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
Gawker Media LLC, *et al.,*[1]            :        Case No. 16-11700 (SMB)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
-----------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE EFFECTIVE *NUNC PRO TUNC* TO JUNE 24, 2016

This matter coming before the court on the Application of the Official Committee of

Unsecured Creditors of Gawker Media LLC, *et al.,* for Entry of an Order Pursuant to Sections

328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 for

Authority to Retain and Employ Simpson Thacher & Bartlett LLP Effective *Nunc Pro Tunc* to

June 24, 2016 (the "**Application**")[2]; the Court having reviewed the Application and the

Declaration of Sandeep Qusba (the "**Qusba Declaration**") and the Declaration of Ashely Terrill,

Committee Co-Chair; and the Court having found based on the representations made in the

Application and in the Qusba Declaration that (a) Simpson Thacher & Bartlett LLP does not hold

or represent an interest adverse to the Debtors' estates and (b) Simpson Thacher & Bartlett LLP

is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

by section 327(a) of the Bankruptcy Code; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Application is sufficient under the circumstances and no further notice is required; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Committee and its constituents; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED that the Committee is authorized, pursuant to section 328(a) of the Bankruptcy Code, and effective as of June 24, 2016, to employ and retain Simpson Thacher as its counsel;

ORDERED, that Simpson Thacher shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court; and it is further

ORDERED, that prior to any increases in its hourly rates beyond the rates set forth in the Application, Simpson Thacher shall provide ten days' notice of any such increases to the Debtors, the United States Trustee, counsel to US VC Partners as Second Lien Lender, and Cerberus Business Finance LLC as DIP Lender and file the notice on ECF. The United States Trustee retains all rights to object to such rate increase, and the Court retains the right to review any rate increase; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

2

Dated: _____ __, 2016
      New York, New York

_____

THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

**Committee Co-Chair Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :        Case No. 16-11700 (SMB)
                                            :
                              Debtors.      :        (Jointly Administered)
                                            :
--------------------------------------------------------------x

**DECLARATION OF ASHLEY TERRILL, COMMITTEE CO-CHAIR IN SUPPORT OF APPLICATION OF THE  OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA, LLC,  *et al.*, FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY SIMPSON THACHER & BARTLETT LLP EFFECTIVE *NUNC PRO TUNC* JUNE 24, 2016**

Pursuant to 28 U.S.C § 1746, I, Ashley Terrill, Committee Co-Chair, hereby submit this declaration (the "**Declaration**") under penalty of perjury:

1.      I am a creditor of Gawker Media, LLC (together with its debtor affiliates, the "**Debtors**") and was appointed by the Office of the United States Trustee as a member of the Official Committee of Unsecured Creditors (the "**Committee**") of the Debtors. I am the Co-Chair of the Committee, and I was part of the process and involved in selecting and engaging counsel for the Committee.

2.      I have reviewed and am familiar with the contents of the Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, *et al.,* for Entry of an Order Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Simpson Thacher & Bartlett LLP Effective

---

[1]      The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

*Nunc Pro Tunc* to June 24, 2016 (the "**Application**").[2] In support of the Application, the Committee relies upon the Declaration of Sandeep Qusba, which is attached to the Application as **Exhibit C**.

3.      Several law firms appeared at the Committee formation meeting held on June 24, 2016 and sought to represent the Committee as lead bankruptcy counsel. The Committee considered and interviewed each firm, prior to selecting Simpson Thacher as its counsel. The Committee selected Simpson Thacher because of Simpson Thacher's extensive general legal experience and knowledge, and in particular, its recognized expertise in the fields of creditors' rights and business reorganization under chapter 11 of the Bankruptcy Code, complex litigation, intellectual property, and mergers and acquisitions.

4.      The members of the Committee also reviewed Simpson Thacher's rates for bankruptcy services as set forth in the Application. Simpson Thacher informed the Committee these rates are generally consistent with Simpson Thacher's comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. The Committee believes these rates are reasonable. Each Committee member will also receive copies of Simpson Thacher's monthly invoices and fee applications and will have a full opportunity to review the fees to confirm they are reasonable.

5.      The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to the Committee, information provided to the Committee by Simpson Thacher, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration on behalf

---

[2]      Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

of the Committee, and if called upon to testify, I would testify competently to the facts set forth

herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States, that the foregoing statements are true and correct.

Dated: July 25, 2016                              Respectfully submitted

                                                  /s/ _____
                                                  Ashley Terrill, Committee Co-Chair, as
                                                  authorized and on behalf of the Committee

## **EXHIBIT C**

**Qusba Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :       Case No. 16-11700 (SMB)
                                                :
                             Debtors.           :       (Jointly Administered)
                                                :
------------------------------------------------------------x

## <u>DECLARATION OF SANDEEP QUSBA</u>

STATE OF NEW YORK              )
                              ) ss:
COUNTY OF NEW YORK            )

     SANDEEP QUSBA, being duly sworn, states the following under penalty of perjury:

     1.     I am a member of the law firm of Simpson Thacher & Bartlett LLP ("**Simpson**

**Thacher**"), with an office at 425 Lexington Avenue, New York, New York 10017. I am a

member in good standing of the Bar of the State of New York and I am admitted to practice

before the Supreme Court of New York and the United States District Court for the Southern

District of New York. There are no disciplinary proceedings pending against me.

     2.     I submit this declaration (the "**Qusba Declaration**") in support of the Application

of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Sections

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d, Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66, 1062 Budapest, Hungary.

328(a), 330 and 1103(a) of the Bankruptcy Code and Fed R. Bankr. P. Rules 2014 and 2016 for

Authority to Retain and Employ Simpson Thacher & Bartlett LLP Effective *Nunc Pro Tunc* to

June 24, 2016 (the "**Application**").[2] Except as otherwise noted, I have personal knowledge of the

matters set forth herein.

      3.     To the extent that any information disclosed herein requires amendment or

modification upon Simpson Thacher's receipt of additional information or as additional creditor

information becomes available, a supplemental declaration will be submitted to the Court.

## Simpson Thacher Qualifications

      4.     The Committee has selected Simpson Thacher as its counsel because of the firm's

extensive general legal experience and knowledge, and in particular, its recognized expertise,

*inter alia*, in the fields of creditors' rights and business reorganization under chapter 11 of the

Bankruptcy Code, complex litigation, intellectual property, and mergers and acquisitions. The

Committee believes that Simpson Thacher is well qualified to represent it in these chapter 11

cases in an effective, efficient and timely manner.

## Services To Be Provided

      5.     Simpson Thacher will provide the following legal services:

(a)     advise the Committee with respect to its powers and duties under the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

(b)     assist and advise the Committee in its consultations with the Debtors, the U.S. Trustee and other parties in interest relating to the administration of these cases;

(c)     assist and advise the Committee in its examination and analysis of the pre- and post-petition conduct of the Debtors' affairs;

---

[2]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

(d)     assist and advise the Committee in connection with the stalking horse bid of Ziff Davis, LLC, related bid procedures and any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code through the closing thereof;

(e)     assist and advise the Committee with respect to the debtor in possession financing with Cerberus Business Finance, LLC, as administrative and collateral agent, and any other proposed financings;

(f)     assist the Committee in the review, analysis and negotiation of any chapter 11 plan(s) of reorganization or liquidation and accompanying disclosure statement(s) that may be filed;

(g)     take all necessary action to protect and preserve the interests of the Committee, including (i) possible prosecution and/or settlement of actions on the Debtors' behalf, including avoidance and other causes of action against insiders and third parties; (ii) if appropriate, participation in and negotiations regarding litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates, including intra-Debtor claims;

(h)     prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses and other papers in support of positions taken by the Committee and appear, as appropriate, before this Court and any appellate and other courts; and

(i)     perform all other necessary legal services in these cases.

**Professional Compensation**

6.      Simpson Thacher intends to apply for allowance of compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the SDNY Guidelines, the Revised UST Guidelines, and any other applicable procedures or orders of the Court. Simpson Thacher's hourly rates and corresponding rate structure for these chapter 11 cases are the same as Simpson Thacher charges generally for restructuring, workout, bankruptcy, insolvency, and comparable matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee

3

application is required. These rates and the rate structure reflect that such restructuring and other complex matters are typically global in scope and involve great complexity, high stakes, and severe time pressures.

7.      Simpson Thacher's hourly rates are set at a level designed to fairly compensate Simpson Thacher for the work of its professionals. Hourly rates vary with the experience and seniority of the individuals assigned. Simpson Thacher's current hourly rates, effective as of January 1, 2016, for the principal professionals and paraprofessionals who are expected to be providing services to the Debtors, range as follows:

| Partner/Senior Counsel/Associate/Paralegals | Billing Rate |
|---|---|
| Sandeep Qusba | $1,315 |
| William T. Russell, Jr. | $1,315 |
| Lori Lesser | $1,300 |
| Jeffrey Baldwin | $995 |
| Randy Moonan | $705 |
| Julia Heald | $485 |
| Jonathan Myers | $485 |
| Stephanie Crosskey | $310 |

8.      In addition, from time to time, other Simpson Thacher professionals and paraprofessionals will provide required services to the Debtors.

9.      It is Simpson Thacher's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Simpson Thacher's policy to charge its clients only the amount actually incurred by Simpson Thacher in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, outgoing facsimile transmissions, airfare, meals, and lodging.

4

10.     Simpson Thacher has modified its expense reimbursement policies for this engagement to ensure compliance with the SDNY Guidelines. Photocopies will be charged at $0.10 per page.

11.     Simpson Thacher further states that pursuant to Bankruptcy Rule 2016(b) it has not shared, nor agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the partners, senior counsel, counsel, associates, contract attorneys and paraprofessionals associated with Simpson Thacher; or (b) any compensation another person or party has received or may receive. Simpson Thacher currently uses contract attorneys and will not charge a markup with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by Simpson Thacher in connection with work performed in these cases have been and will continue to be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

12.     Simpson Thacher intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Simpson Thacher in these chapter 11 cases. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Revised UST Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> **Answer**: No.
>
> **Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> **Answer**: No.
>
> **Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any

5

adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Simpson Thacher was retained by the Committee after the Petition Date; therefore, this question is not applicable.

**Question**: Has the Committee approved your prospective budget and staffing plan, and, if so for what budget period?

**Answer**: Simpson Thacher is working with the Committee on a budget for this case, but this budget has not, as of the date of this Declaration, been formally adopted by the Committee. The budget will reflect that Simpson Thacher will assist the Committee with the sale process, the allocation of proceeds, the investigation of estate claims and any plan process. The budget involves a projection of future events with limited information and is subject to change as the case develops. Simpson Thacher will work with the Committee to develop a staffing plan to accompany the budget.

### **Disinterestedness**

13.    Except as otherwise set forth herein, Simpson Thacher (a) does not have any connection with the Debtors or their affiliates, their creditors, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, or any other party in interest, or its respective attorneys and accountants, (b) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, and (c) does not hold or represent any interest adverse to the estate.

14.    Simpson Thacher and certain of its partners, senior counsel, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Simpson Thacher has searched its electronic database for its connections to the entities listed on **Schedule 1** annexed hereto.[3] This list was provided by the Debtors. The Debtors provided their information in the

---

[3]    Certain entities on the list are currently being reviewed. Simpson Thacher will file promptly supplemental disclosures as required.

format in which they maintain it, which did not consistently disclose the full correct legal name

or other information needed for every name to be checked. All statements made herein or in the

schedules hereto concerning Simpson Thacher's connections to parties in interest are based upon

(y) information from, and discussions I or other Simpson Thacher personnel reporting to me

have had with the attorney at Simpson Thacher responsible for conflicts matters and (z)

information generated by the Finance Department at Simpson Thacher. The information listed on

**Schedule 1** may have changed without Simpson Thacher's knowledge and may change during

the pendency of these chapter 11 cases. Accordingly, Simpson Thacher will update this

Declaration as necessary and when Simpson Thacher becomes aware of material information.[4]

15.    The following is a list of the categories that Simpson Thacher has searched:

- Debtors and Trade Names
- Current and Recent Former Directors and Officers
- Potential Contract Counterparties
- Insurers
- Other Interested Parties
- Landlords
- Litigants
- Professionals
- Shareholders
- Significant Unsecured Creditors
- Significant Vendors
- Taxing Authorities and Key Court Personnel for the Southern District of New York
- Utilities
- Employees and Independent Contractors

---

[4]    Neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been authoritatively defined, and I am therefore required to exercise some degree of professional judgment in preparing this declaration, as well as in defining the scope of how to search for relevant facts.  Out of an abundance of caution, I may be disclosing items that are not, in my judgment, disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.  One such judgment I employed is that, when our conflicts check clearly indicated that a name on the Conflicts Checklist had not been an active client within the past two years, I treated that as not a "connection" required to be disclosed at this time.  A further judgment I employed is that where a party in interest was only reported as an affiliate of a former client, I concluded that relationship was too attenuated to qualify as a connection required to be disclosed.

16.    Simpson Thacher's search of the parties in interest listed on **Schedule 1** reveals that, although certain Simpson Thacher attorneys and paraprofessionals may have previously worked at other law firms that represented certain parties who may now be potential parties in interest in these chapter 11 cases, to the best of Simpson Thacher's knowledge, such people have not worked on matters relating to the Committee while at Simpson Thacher.

17.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I nor Simpson Thacher has any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as disclosed or otherwise described herein and in **Schedule 2** annexed hereto.

18.    From time to time, Simpson Thacher may refer, or may have referred, work to other professionals to be retained in these chapter 11 cases. Likewise, certain such professionals may refer or may have referred work to Simpson Thacher. In addition, we believe it likely that many of the professionals who may appear in these cases may be trustees, witnesses, advisors or counsel, as the case may be, in other transactions or cases in which Simpson Thacher also represents a client. Simpson Thacher may retain various such professionals or affiliates thereof to provide forensic, litigation support and financial advisory services to Simpson Thacher or Simpson Thacher's clients in a variety of past, present or future engagements. Current employees at Simpson Thacher may be former employees of, or related to employees of, one or more of the other professionals in this case. In addition, attorneys at Simpson Thacher belong to professional organizations to which other professionals who may appear in these cases may also belong. Simpson Thacher does not maintain searchable records of any of these relationships, but I do not personally know of any that exist.

8

**Specific Disclosures**

19.        **Schedule 2** to this Declaration (the "**Conflicts Checklist**") lists the results of Simpson Thacher's conflicts searches of the entities listed on **Schedule 1**. Many of the firm's representations of the clients listed on **Schedule 2** consist of representations in episodic transactional matters and will not affect the firm's representation of the Committee in these chapter 11 cases. Also, Simpson Thacher does not represent, and has not represented, within the time period covered by our conflicts database, any other entity in any matter adverse and/or related to the Debtors or their estates.

20.        Simpson Thacher is one of the largest law firms in the country and has a diverse client base. No single client referenced on **Schedule 2** accounted for more than 1% of Simpson Thacher's total value of time billed on an annual basis for 2015.

21.        Simpson Thacher advises clients in transactions and litigations, including restructuring and bankruptcy matters, with third parties with whom the Debtors may also have a relationship; for example, Simpson Thacher may represent certain creditors or directors of that creditor, and the Debtors may have a separate relationship, such as a supplier or customer, with such creditor. In certain circumstances, the interests of Simpson Thacher's clients may be adverse to those of the Debtors with respect to the third party. I do not know whether the Conflicts Checklist or Simpson Thacher's conflict checking system captures all connections of this nature or whether such situations are properly considered "connections" within the meaning of the Bankruptcy Rules, although, where the conflict check disclosed such instances, I have included them on the attached **Schedule 2**. Other than as set forth on **Schedule 2**, I am not aware of Simpson Thacher representing any creditor in connection with the Debtors.

9

22.     In addition, Simpson Thacher may have represented, may currently represent, or may in the future represent, a borrower, issuer of securities, financial advisor, underwriter of securities, lead bank or other client in financing transactions, merger and acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters unrelated to these cases in which one or more parties in interest (or an affiliate) or a professional involved in these cases, including, but not limited to those listed on the Conflicts Checklist, happens to be involved, although not as Simpson Thacher's client.

23.     Simpson Thacher may also represent, in matters unrelated to the Debtors or the Committee, companies that may be considered competitors of the Debtors.

24.     I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Simpson Thacher receives from a party in interest as long as it is unrelated to these cases. Simpson Thacher intends to accept engagements from other parties in interest (whether existing or new clients) that are unrelated to the Debtors. However, in no event will Simpson Thacher represent any party in these chapter 11 cases or otherwise with respect to the Debtors, or their estates or the Committee.

25.     From time to time, some of the members of the Firm invest in limited liability vehicles ("**STB Investment Funds**") that in turn are passive minority investors in certain private equity funds and other asset management vehicles managed by clients of Simpson Thacher ("**Client Funds**"). When one of the Client Funds makes an investment, it calls on its limited partners, including the relevant STB Investment Fund, to fund their pro rata share of the investment. The STB Investment Fund, upon receiving a capital call, may meet the call from funds on hand but eventually obtains the funds to meet the call from its individual members, pro rata to their initial commitment. The STB Investment Funds may have investments directly or

indirectly in the parties in interest listed on **Schedule 1**. In all such instances, the STB

Investment Funds hold less than 1% in value of the Client Funds and thus of the outstanding

securities of such party in interest.

26.    certain of the parties in interest in these cases are companies with publicly traded

securities. Simpson Thacher personnel may own debt or equity securities issued by such

companies. It is impractical to determine the extent of such holdings for all publicly traded

parties in interest.

27.    Attorneys at or employees of Simpson Thacher may receive services from parties

in interest or professionals involved in these cases. Attorneys at or other employees at Simpson

Thacher or their spouses or relatives may have beneficial ownership of securities issued by, or

banking, insurance, brokerage or money management relationships with, other parties in interest.

Attorneys at Simpson Thacher may have relatives or spouses who are members of professional

firms involved in these cases or employed by parties in interest. We have conducted no

investigation of our colleagues' banking, insurance, brokerage or investment activities or familial

connections in preparing this Declaration.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States, that the foregoing statements are true and correct.

Dated: July 26, 2016

_____

Sandeep Qusba, Esq.

Yvette M. Maldonado
NOTARY PUBLIC, State of New York
01MA6334829
Qualified in Richmond County
Commission Expires December 21, 2019

11

## SCHEDULE 1

## LIST OF PARTIES IN INTEREST SEARCHED

**SCHEDULE 1**

**List of Schedules**

| <u>Schedule</u> | <u>Category</u> |
|---|---|
| 1(a) | Debtors and Trade Names |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Potential Contract Counterparties |
| 1(d) | Insurers |
| 1(e) | Other Interested Parties |
| 1(f) | Landlords |
| 1(g) | Litigants |
| 1(h) | Professionals |
| 1(i) | Shareholders |
| 1(j) | Significant Customers |
| 1(k) | Significant Unsecured Creditors |
| 1(l) | Significant Vendors |
| 1(m) | Taxing Authorities |
| 1(n) | U.S. Trustee and Key Court Personnel for the Southern District of New York |
| 1(o) | Utilities |
| 1(p) | Employees and Independent Contractors |

## SCHEDULE 1(a)

## Debtors and Trade Names

| | |
|---|---|
| Gawker Media Group, Inc. | Blogwire |
| Gawker Media LLC | Deadspin |
| Kinja Kft. | Defamer |
| Blogwire Hungary Intellectual Property Licensing LLC | Gawker |
| | Gawker Stalker |
| Blogwire Hungary Kft. | Gizmodo |
| Gawker.Com | io9 |
| Blogwire Hungary Intellectual Property Licensing LLC | Jalopnik |
| Blogwire Hungary Kft. | Jezebel |
| Curbed.com LLC | Kinja |
| Gawker Sales LLC | Kotaku |
| Gawker.Com | Lifehacker |
| RGFREE | Sploid |
| Vox Media, Inc. | Valleywag |

## SCHEDULE 1(b)

### Current and Recent Former Directors and Officers

Albertson, Josh

Darbyshire, Gabrielle

Denton, Nicholas

Dietrick, Heather

Epstein, Jason

Fette, Ian

Holden, William

Kidder, Scott

Plunkett, Thomas

Szasz, Peter

Tillman, Scott

Weinbrecht, Adrian

**SCHEDULE 1(c)**

**Potential Contract Counterparties**

114 Fifth Avenue Ground Lessee LLC

114 Fifth Owner LP

204-210 Elizabeth Street LLC c/o S.W. Management LLC

204-210 Elizabth Street LLC

3293 Pacific LLC

A Mediocre Corporation

A Small Orange, LLC.

A9.com, Inc.

Access Inteligence, LLC

Adam Clark Estes

Adam Pash

Adam Weinstein

Ad-Juster, Inc.

Admeld, LLC

Adsfactor Holdings Limited

AdSlot Technologies, LTD.

Adtech US, Inc.

Aegon Magyarorszag Zrt.

AGIS Fire & Security Kft.

AIG

Alan Henry

Alan Kwon

Albert Burneko

Aleksander Chan

Alex Cranz

Alex Dickinson

Alex Pareene

Alexandra Cannon

Alexandra Philippides

Alexandre Dohrmann

Alissa Walker

All You Can Move SportPass Europe

Allison Jones

Allison Wentz

Allure Media Pty Limited

AM Lab Americas, LLC.

Amanda Marandola

Amazon Services LLC

Amazon Web Services, Inc.

Amazon.com, Inc.

Anastasia Weeks

Andrassy Palota Ingatlanfogalmazo Kft.

Andrea Park

Andrew Collins

Andrew Cush

Andrew Gorenstein

| | |
|---|---|
| Andrew Harding | Bryan Menegus |
| Andy Orin | C&G Group Kft c/o Brody House Group |
| Angela Alzona | Cadreon, LLC. |
| Angela Wang | Caitleen Weaver |
| Anna Merlan | Camila Cabrer |
| Anthony Carnevale | Camilla Baker |
| Anthony Hack | Casey Speer |
| AOL Advertising Inc. | Casper Sleep Inc. |
| Ariana Cohen | Catherine LeClair |
| Ariel Viera | Cecilia D'Anastasio |
| Ashley Feinberg | Chad Bernstein |
| Ashton Galloway | Chelsey Hoffman |
| Atlantic Metro Communications II, Inc. | Cheryl Eddy |
| Attila Illes | Chris Neveu |
| Ava Gyurina | Chris Person |
| Balazs Keki | Chris Vespoli |
| BarkBox, Inc. | Christina Blacken |
| Barry Petchesky | ClickMeter |
| Ben Regenspan | ClickStream |
| BlueApron.com | Cloudinary Ltd. |
| Brainy Labs, LLC | Clover Hope |
| Brandon McCoy | ClubW |
| Brendan O'Connor | Colleen McMillan |
| Bridget Brown | Colliers International |
| Bryan Lufkin | Colliers International Kft. |

Coltiers Nemzetkozi Ingattanuzemeltet6 es Kezel6 Kft.

Combat Flip Flops, LLC.

Comic Cartel ComScore, Inc.

Corporate Communications Bt.

Courtenay O'Connor

Daniel Morgan

Darren Orf

Dashlane Inc.

DataGram

Datagram Incorporated

Dave McKenna

David Tracy

Dayna Evans

Devin Clark

Diana Moskovitz

Diane Kelly

Diego Pineda

DineInFresh, Inc. dba Plated

Dollar Shave Club, Inc.

DOUBLECLICK

Dr. Torzsa Peter Bt.

DreamHost

Drew Magary

Driftaway Inc.

Earnest Inc.

Eleanor Shechet

Elisa Solinas

Emily Ambruso

Emily Herzig

Emma Carmichael

Emprese Cedente

Eric Goldfarb

Eric Ravenscraft

Erika Audie

Erin Gloria Ryan

Erin Pettigrew

Esther Inglis-Arkell

Ethan Sommer

Evan Narcisse

Eyal Ebel

F451

F451 fka Spicy Media Editora Ltda

F451 Media Editora Ltda.

Fabiola Lara

Facebook Ireland Limited

Facebook, Inc.

Fastly, Inc.

Federal Insurance Company

Fluxmob, LLC.

Framebridge, Inc.

Fritzie Andrade

Future Publishing Limited

Gabrielle Bluestone

GeekFuel, LLC.

Germain Lussier

Giri Nathan

Globalway Participacoes Ltda.

Gloria Clark

Google Inc.

Gorilla Nation Media, LLC

Grace Robertson Graze Inc.

Green Fox Academy

Greg Howard

Greg Lopez

GroupDynamics Kft

Gunnar Optiks

Gyorgy Bokros

Hajtas Pajtas Kft.

Handy.com

Hannah Keyser

Happy Socks

Heather Dietrick

Heather Hynes

Heidi Grothaus

HelloFresh

Hillary Crosley

Hostgator.com, LLC.

Huckberry

Hunter Slaton

Ian Fette

IDrive Inc.

Ilona Bilevych

Incisive Ltd

Incisive VNU Limited dba Incisive Incisive Ltd

Incisive VNU Ltd

Index Exchange Inc.

Infobahn Inc.

Integral Ad Science, Inc.

IseeQ Kft.

J.K Trotter

Jake Inferrera

Jalsovszky Law

James Bartus

James Bit Design

James Delgiudice

Jamie Weber

JapanCrate

Jared Auslander

Jason Parham

Jason Schreier

| | |
|---|---|
| Jason Torchinsky | JW Player / LongTail Ad Solutions, Inc. |
| Jay Hathaway | Kaila Hale-Stern |
| Jeffrey Hilder | Kanwar Gill |
| Jennifer Ouellette | Kara Brown |
| Jia Tolentino | Kargo Global, Inc. |
| Jillian Marie Lucas | Karma Mobility Inc. |
| Jim Boos | Kate Dries |
| Jim Cooke | Kate Knibbs |
| Jim Cooke | Kate Lovejoy |
| Joanna Rothkopf | Katharine Trendacosta |
| Joel Johnson | Kathryn McGinnis |
| John Appel | Katie Drummond |
| John Cook | Kavitha Reddy |
| John Gelini | Kelly Conaboy |
| Jordan Sargent | Kelly Faircloth |
| Josh Bottino | Kelly Monson |
| Josh Laurito | Kelly Stout |
| Joshua Albertson | Kerrie Uthoff |
| Judy Steinbach | Kevin Draper |
| Julia Alvidrez | Kid Thursday LLC., dba Staus Audio |
| Julian Muller | Kirk Hamilton |
| Julianne Escobedo Shepherd | Kixer |
| Jung Sin | Kolozsvari Timea |
| Justin Cross | Kravitha Reddy |
| Justin Potter | Krux Digital, Inc. |

Lacey Donohue

Lauren Bertolini

Leah Beckmann

Leah Finnegan

LendingTree, LLC.

Lindsay Chipman

Lindsey Jaffe

Lisa Bolano

LiveIntent, Inc.

LiveRail, Inc.

LOLA

Lucy Haller

Madeleine Davies

Madeleine Stone

Madison Plus Select, Inc.

Malcolm Read

Mandy Mandelstein

Margaret Taormina

Marina Galperina

Mario Aguilar

Maritza Sanche

Mark Weldon

Market Halsey Urban Renewal, LLC.

MarkMonitor Inc.

Matt Hardigree

Matt Novak

Matthew Hamer

Matthew Kulper

Mediagene, Inc.

MediaGene, Inc. fka Infobahn, Inc.

MediaMind Technologies, Inc.

Megan Gilbert

Megbizott

Melissa Green

Melissa Murray

Merch Direct, LLC

Merchant Importacao, Exportacao e Comercio, Ltda - ME

MeUndies

Mia Libby

Michael Fahey

Michael Kuntz

Michael Lindsay

Michael Nunez

Michael Orell

Michael Roselli

Michele LaFauci

Michelle Chiang

Mike Ballaban

Mikolaj Szabo

Ministry of Supply

Miranda Langrehr

Moat, Inc.

Mobiles Republic, Inc.

Mollie Horan

Moore Stephens Hezicomp Kft.

Mott & Bow

MoviePass

MVMT Watches

Nameaction Brasil Serv de Inter Ltda ME

NameAction Inc.

Nandita Raghuram

Natasha Vargas-Cooper

Nathan Grayson

NatureBox

Nervora Digital Media Group, FZ-LLC

NetMediaEurope

Netus Media Pty Limited dba Allure Media Pty LTD

Nevora Digital Media Group

NewsCred, Inc.

Nicholas Murphy

Nick Stango

Noble People

OCP Collective Corp. dba Adcade, Inc.

Omar Kardoudi

OnMarc Media

Operative Media, Inc.

Oppenheim Ugyvedi Iroda

Opportune LLP

Optimizely, Inc.

Oriole Media Corporation dba Juice Mobile

Oscar Z. Ianello Associates, Inc.

Owen & Fred Corp.

Pacific Shaving Company

Parachute Home

Patricia Hernadez

Patrick Ballester

Patrick Klepek

Patrick Laffoon

Patrick Redford

Paul Sundue

PAX

Percona, Inc.

Perfect World Entertainment

Peri Hochwald

Pixel Media Asia Limited

Platinum Rye, LLC.

Pop Chart Lab

Poprageous

Puja Patel

Quench USA, Inc.

| | |
|---|---|
| Quip NYC Inc. | SkimBit LTD. |
| Rhone Apparel Inc. | SmartFX |
| Riley MacLeod | SocialFlow, Inc. |
| Rob Harvilla | Sophie Kleeman |
| Robert Finger | Soundfreaq |
| Ryan Brown | Specless, LLC. |
| S&T Consulting Hungary Kft. | Spicy Media Editora LTDA |
| Sam Biddle | SpruceWares |
| Sam Scherer | Squarespace, Inc. |
| Sam Woolley | Stackcommerce |
| Samantha Lagani | Staq, Inc. |
| Samer Kalaf | Starcom SMG |
| Samuel Griffel | Stassa Edwards |
| Sarah Dedewo | Stephanie Schrader |
| Sarah Wiest | Stephen Totilo |
| Scott Kidder | Steve Climaco |
| Sean Buckley | Steven Polletta |
| Sean MacDonald | Stowawy Cosmetics |
| SeatGeek | STS Meida, Inc. |
| Shane Roberts | Stuart Cheshire |
| Shep McAllister | Sultana Khan |
| Shopify | Superdry Wholesale, LLC |
| SimpleReach, Inc. | Suzy Kuzy, LLC. |
| Skillshare, Inc. | Szolgaltato |
| Skimbit Limited | Taboola Inc. |

Tamas Neltz

Tara Jacoby

Taylor Berman

Technorati, Inc.

Terra Networks Brasil S.A.

TGT

The Rubicon Project, Inc.

The Sasquatch Soap Co., LLC. dba Dr.

Squatch

The Status Audio

Thorin Klosowski

Tim Burke

Time Shred Services, Inc.

Times Internet Limited

Tom Ley

Tom Plunkett

Tom Scocca

Tommy Craggs

Toth Eva Nagykanizsa

Tremor Video, Inc.

UCMS Group Hungary Kft.

Udemy.com

Veronica de Souza

Victor Jeffreys

Viddler, Inc.

VNU Business Media Europe Limited

Waves Gear, LLC.

We Work

Wesley Siler

WeWork LA LLC

Whitson Gordon

William Arkin

William Haisley

William Turton

Wine Awesomeness

Wrights Media, LLC

Writers Guild of America, East

Yannick LeJacq

Zach Custer

Zachary Connett

Zoe Stahl

**SCHEDULE 1(d)**

**Insurers**

Aegon Magyarorszag Zrt.

AIG Europe Limited

Dewitt Stern Group, Inc.

Federal Insurance Company

Hartford Casualty Insurance Company

Hudson Insurance Company

National Union Fire Insurance Co. of Pittsburgh PA

United Healthcare Insurance Company

**SCHEDULE 1(e)**

**<u>Other Interested Parties</u>**

Cerberus Business Finance LLC

Houlihan Lokey, Inc.

K&H Bank

Latham & Watkins

Prime Clerk LLC

Riemer & Braunstein, LLP

Schulte Roth & Zabel LLP

Securities & Exchange Commission

Securities & Exchange Commission – NY Office

Silicon Valley Bank

Sullivan & Cromwell LLP

US VC Partners LP

## SCHEDULE 1(f)

### **Landlords**

Andrassy Palota Ingatlanforgalmazo Korlatolt Felelossegu Tarsasag

114 Fifth Owner LP

**SCHEDULE 1(g)**

**Litigants**

| | |
|---|---|
| Aulistar Mark | Rachel Atwood |
| Andrew Hudson | Michael Kennelly |
| Zachary Cianflone | Alyssa Bereznak |
| Lindsay MaHarry | Lily Newman |
| Katherine Castellana | Kwame Opam |
| Elizabeth Nadybal | Terry Gene Bollea |
| Chelsea Lo Pinto | Mitchell Williams |
| Tim Barribeau | Meanith Huon |
| Patrick Frawley | Ashley Terrill |
| Elizabeth Weinbloom | Charles Johnson and Got News, LLC |
| Kristin Chan | Teresa Thomas |
| Samuel Julian | Shiva Ayyadurai |
| Brian Colgan | Christopher Sadowski |
| Benjamin Dorson | |

**SCHEDULE 1(h)**

**<u>Professionals</u>**

Akerman LLP

Cahill Gordon & Reindel LLC

Citrin Cooperman & Co., LLP

Giskan Solotaroff & Anderson LLP

Goldin Solutions

Jalsovszky Law Firm

John Duncan

Klasko Immigration Law Partners, LLP

Levine Sullivan Koch & Schulz, LLP

Maples & Calder Morrison Cohen LLP

Newmark & Co. Real Estate, Inc.

Oppenheim Law Firm

Opportune LLP

Proskauer Rose LLP

Trifolium LLC

Wilk Auslander

Zwillgen PLLC

## SCHEDULE 1(i)

### Shareholders

Berman, Taylor

Bertolini, Lauren

Blakeley, Richard Erand

Bluestone, Gabrielle

Brown, Ryan

Carmichael, Emma

Carmon, Irin

Chan, Casey

Coen, Jessica

Cooke, Jim

Craggs, Tommy

Crecente, Brian

D'Addario, John

Darbyshire, Gaby

Daulerio, Albert

DelGiudice, James

Denton, Nick

Diaz, Jesus

Dietrick, Heather

Dimmitt, Elizabeth

Dimmitt, Genevieve

Duncan, John

Ebel, Eyal

Furman, Eliot, as custodian for Alexander Tiberius Furman under the NYUTMA

Futrelle, Genevieve

Giacoman, Gabriela

Gorenstein, Andrew

Greenmount Creek Limited

Hale-Stern, Kaila

Hamer, Matt

Hardigree, Matt

Holmes, Anna

Jefferson, Whitney

Kang, Daniel

Kidder, Scott

Kozma, Jozsef

Lam, Brian

Layne, Ken

Lehnhoff, Jim

Leitch, Will

Lisanti, Mark

Lopez, Greg

Ma, Jesse

McGill, Erin

Nachlin, Jim

Newitz, Annalee

| | |
|---|---|
| Nolan, Hamilton | Woerner, Meredith |
| O'Connor, Maureen | Albertson, Josh |
| Pash, Adam | Annis, Rose |
| Petrány, Máté | Baker, Camie |
| Pettigrew, Erin | Batty, Chris |
| Plunkett, Tom | Biddle, Sam |
| Read, Malcom | Bodnár, István |
| Robischon, Noah | Burke, Tim |
| Schreier, Jason | Climaco, Steve |
| Schwartz, Diane | Cook, John |
| Schweizer, Julia | Curtis, Dustin |
| Scocca, Thomas | Donohue, Lacey |
| Sicha, Choire | Drummond, Katie |
| Spinelli, Mike | Fette, Ian |
| Steele, Lockhart | George, Patrick |
| Stein, Sadie | Georgopulos, Steph |
| Takayama, Greg | Gonzalez, Robert |
| Tate, Ryan | Graham, Kevin |
| Thomas, Owen | Grothaus, Heidi |
| Toder, Matthew | Hathaway, Jay |
| Trapani, Gina | Henry, Alan |
| US VC Partners LP | Hilder, Jeff |
| Vuong, Phillip | Jeffries, Victor |
| Wert, Ray | Juzwiak, Rich |
| Winkelman (Ortega), Samantha | Kéki, Balázs |

| | |
|---|---|
| Knibbs, Katharine | Szász, Péter |
| Körtesi, Gáspár | Szatmári, András |
| Laurito, Josh | Taomina, Margaret |
| Libby, Mia | Tiku, Nitasha |
| Magary, Drew | Totilo, Stephen |
| Marchman, Tim | Trotter, JK |
| McAllister, Shep | Udvardi, Ramóna |
| McKenna, Dave | Walker, Alissa |
| Mittelhammer, Eric | Weaver, Caity |
| Morgan, Daniel | Weinstein, Adam |
| Neltz, Tamas | Wentz, Allison |
| Nevins, Maxwell | |
| Novak, Matt | |
| O'Connor, Courtenay | |
| Pareene, Alex | |
| Parham, Jason | |
| Petchesky, Barry | |
| Popken, Ben | |
| Price, John | |
| Reddy, Kavi | |
| Regenspan, Ben | |
| Roberts, Shane | |
| Sargent, Jordan | |
| Sommer, Ethan | |
| Sundue, Paul | |

## SCHEDULE 1(j)
## Significant Customers

| | |
|---|---|
| 20th Century Fox | Desk.com |
| 360i | Dialect Inc |
| A9.com Inc. (Amazon Match Buy) | DigitasLBi |
| Accordant Media | Dollar Shave Club |
| Adslot | Draftkings |
| Aegis Group | Earnest |
| Alliance Games | Empowering Media LA |
| Allure Media - GM | Empowering Media NY |
| Amazon | Essence |
| Amazon Commerce Revenue | f451 - US |
| AOL One | Facebook |
| Asana (Customer) | Factorylabs |
| Assembly | Fallon |
| Baru Advertising | Future Publishing Ltd (US) |
| Blue Apron | General Mills, Inc. |
| Blue Wheel Media | Google (BizDev) |
| Bluehost | Graze |
| Brigade Marketing | Havas |
| Casper | Horizon Media |
| Centro | HostGator |
| Cisco | Hover |
| Cramer-Krassel | HTC Blinkfeed |
| Criteo | IBM |
| Crossmedia | Indochino |

| | |
|---|---|
| Initiative LA | Nokia |
| Initiative NY | NVIDIA |
| Interpublic Group of Companies | Omnicom Group |
| iSocket, Inc. | Pereira & Odell |
| ITVS | Petrol |
| Kepler Group | PGR Media |
| Ketchum | Protein |
| Kovel Fuller | Publicis Groupe |
| Kruskopf & Company | R/West |
| Liquid Advertising | Rachael Piper Consulting |
| LivWell | Randomhouse |
| Logmein.com | RED Interactive Agency |
| MarkLogic | Rodger's Townsend |
| McGarrah Jessee | RPA |
| Me Undies | Rubicon |
| Mediagene Inc - US | Skillshare |
| Mediasmith | Slack |
| Mediastorm, LLC | Spacetime Media |
| Merkley and Partners | SquareSpace |
| MillerCoors | StackSocial |
| MNI | Status Audio |
| MODCo Media | Sterling Rice Group |
| Mullen | Superdry Wholesale LLC |
| NameCheap | Taboola (Biz Dev) |
| Newscred | Tangible Media |

TaxFyle

The Garage Team Mazda

TubeMogul

UCB

Udemy

Varidesk

Viewster.com

VOX Media - Curbed Investment

VSN

WavesGear

weBoost

Wieden & Kennedy

Wildcard Properties LLC

WPP

Wright's Media

Zeno Group

## SCHEDULE 1(k)

### Significant Unsecured Creditors

| | |
|---|---|
| Ad-Juster, Inc. (media) | Google Inc. (DoubleClick) |
| ADP Workforce Now | Google, Inc. (Analytics) |
| Akerman LLP | Hunter Slaton |
| Alex Palmer | Ian Fette |
| Andrew Harding | Jelle Claeys Automotive Artwork |
| AOL Advertising | Joshua M Lees |
| Associated Press | JW Player (Longtail Ad Solutions, Inc.) |
| Blane Bachelor | Katherine Fry |
| Brandtale | Kinja Accounts Payable |
| CDW Direct | Krux Digital |
| Cloudinary Ltd. | L-Cut Digital Media, Inc. |
| Concur Technologies, Inc. | Market Halsey Urban Renewal, LLC |
| Corbis Corporation | Marlena Agency Inc. |
| Corey Foster | Medialink |
| Creative Circle, LLC. | Merrill Communications, LLC |
| DataGram | Metropolitan Cleaning, LLC |
| DoubleVerify, Inc. | Moat Inc. |
| DRH Internet Inc | Morrison Cohen LLP |
| Equinox Fitness Clubs - Corp Accts | Newmark & Co. Real Estate, Inc. |
| Fastly | Nick Wong Photography |
| Fried, Frank, Harris, Shriver & Jacobson LLP | NSONE Inc. |
| Getty Images | Operative Media, Inc |
| Giaco Furino | Optimizely, Inc. |

Pacific Coast News

Plant Specialists LLC

QZZR

REDBOOKS

Risk Strategies Company

Shenker & Bonaparte, LLP

SimpleReach, Inc.

Sizmek Technologies Inc.

Specless

STAQ, INC.

Submarine Leisure Club, Inc. (Wirecutter)

Submersive Media

The Hartford

The Oliver Group

Viddler, Inc.

## SCHEDULE 1(l)

### Significant Vendors

| | |
|---|---|
| 114 Fifth Avenue | Hatch Content, LLC |
| ADP PayEx | HeartWork, Inc. |
| Advanced Electronic Solutions, Inc. | Houlihan Lokey |
| AMA Consulting Engineers P.C. | Howard Kennedy |
| AMEX Corporate GM - 01006 | Inform Interiors |
| Andrew Liszewski | Jesus Diaz (vendor) |
| Apple Inc. (media) | Kforce Inc. |
| Baby Llama Productions LLC | Kornhaber Brown, LLC |
| Bajibot Media | Lay It Out, Inc. |
| Big Mango, Inc. | Leiberts Royal Green Appliances Inc. |
| Bird & Bird LLP | Lewis Rice LLC |
| Brannock & Humphries | LionTree Advisors LLC |
| Cahill Gordon & Reindel LLP | LJ DUFFY, Inc. |
| Cannes Trip 2015 | Maples & Calder (GM LLC) |
| Catalyst | NetRatings, LLC |
| Cerberus Capital Management LP | Netsuite, Inc. |
| ComScore Inc. | NVE, Inc. |
| Con Edison (210) | OCP Collective Corp. |
| CytexOne Technology, LLC | Olson Kundig Architects |
| Dynect, Inc | Olson Kundig Interiors |
| Emma C Lanigan (Cookson) | OnMarc Media Inc. |
| Fidelity 401k | Opportune LLP |
| Harder Mirell & Abrams | Redscout LLC |

Robert Half

Ropes & Gray LLP

Santa Monica Air Center, Inc.

Structure Tone

SW Management LLC

TangentVector, Inc.

Tapestry Associates LLC

Thomas & Locicero PL

Treasury of the United States

TrueForm Concrete, LLC

Veritas Pictures, Inc.

Versus LLC

Vizu Corporation

Voya Financial 401K

WB Wood NY

Young America Capital

**SCHEDULE 1(m)**

**<u>Taxing Authorities</u>**

Internal Revenue Service

Budapesti Önkormányzat

Hungary National Tax Authority

New York City Department of Finance

New York State Commissioner of Taxation and Finance

**SCHEDULE 1(n)**

**U.S. Trustee and Key Court Personnel for the Southern District of New York**

| | |
|---|---|
| Cecilia G. Morris | Kathleen Schmitt |
| James L. Garrity | Linda A. Riffkin |
| Martin Glenn | Lisa Penpraze |
| Mary Kay Vyskocil | Maria Catapano |
| Michael E. Wiles | Mary V. Moroney |
| Robert D. Drain | Myrna R. Fields |
| Robert E. Grossman | Nadkarni Joseph |
| Sean H. Lane | Paul K. Schwartzberg |
| Shelley C. Chapman | Richard C. Morrissey |
| Stuart M. Bernstein | Serene Nakano |
| Alicia Leonhard | Susan Arbeit |
| Amanda Cassara | Susan Golden |
| Andrea B. Schwartz | Sylvester Sharp |
| Andy Velez-Rivera | Victor Abriano |
| Anna M. Martinez | William K. Harrington |
| Brian S. Masumoto | |
| Cheuk M. Ng | |
| Danny A. Choy | |
| Ercilia A. Mendoza | |
| Greg M. Zipes | |
| Guy A. Van Baalen | |
| Ilusion Rodriguez | |

**SCHEDULE 1(o)**

**Utilities**

114 Fifth Avenue Ground Lessee

Atlantic Metro Communications

Benefit Resource, Inc.

Cogent Communications

Con Edison

ShoreTel Inc.

## SCHEDULE 1(p)

### Employees and Independent Contractors

| | |
|---|---|
| Asd Mario Aguilar | Camila Cabrer |
| Joshua Albertson | Alexandra Cannon |
| Angelica Alzona | Emma Carmichael |
| Fritzie Andrade | Anthony Carnevale |
| Erika Audie | Casey Chan |
| Jared Auslander | Michelle Chiang |
| Ilene Baker | Devin Clark |
| Michael Ballaban | Gloria Clark |
| Patrick Ballester | Steve Climaco |
| Chad Bernstein | Ariana Cohen |
| Lauren Bertolini | Andrew Collins |
| Sam Biddle | Zachary Connett |
| Ilona Bilevych | John Cook |
| Christina Blacken | James Cooke |
| Gabrielle Bluestone | Alexandra Cranz |
| James Boos | Hillary Crosley |
| Joshua Bottino | Justin Cross |
| Robert Bricken | Andrew Cush |
| Ryan Brown | Zach Custer |
| Kara Brown | Madeleine Davies |
| Bridget Brown | Maritza De Leon |
| Timothy Burke | Veronica de Souza |
| Albert Burneko | Sarah Dedewo |

| | |
|---|---|
| Ernest Deeb | Melissa Green |
| Nick Denton | Samuel Griffel |
| Alexander Dickinson | Heidi Grothaus |
| Heather Dietrick | Ava Gyurina |
| Alexandre Dohrmann | Anthony Hack |
| Lacey Donohue | William Haisley |
| Kevin Draper | Lucy Haller |
| Kathryn Dries | Kirk Hamilton |
| Katherine Drummond | Matt Hardigree |
| Eyal Ebel | Andrew Harding |
| Cheryl Eddy | Alan Henry |
| Stassa Edwards | Patricia Hernandez-Ramos |
| Adam Estes | Emily Herzig |
| Michael Fahey | Clover Hope |
| Georgia Faircloth | Mollie Horan |
| Ashley Feinberg | Heather Hynes |
| Ian Fette | Attila Illes |
| Robert Finger | Jacob Inferrera |
| Ashton Galloway-Taylor | Victor Jeffreys |
| Marina Galperina | Richard Juzwiak |
| John Gelini | Samer Kalaf |
| Patrick George | Omar Kardoudi Segarra |
| Kanwar Gill | Hannah Keyser |
| Ariel Gononsky | Sophie Kleeman |
| George Grayson | Patrick Klepek |

| | |
|---|---|
| Thorin Klosowski | Daniel Morgan |
| Michele Lafauci | Diana Moskovitz |
| Patrick Laffoon | Julian Muller |
| Samantha Lagani | Nick Murphy |
| Miranda Langrehr | Melissa Murray |
| Joshua Laurito | Evan Narcisse |
| Catherine LeClair | Giri Nathan |
| Thomas Ley | Tamas Neltz |
| Mia Libby | Chris Neveu |
| Michael Lindsay | Hamilton Nolan |
| Katelyn Lovejoy | Matthew Novak |
| Germain Lussier | Michael Nunez |
| Riley MacLeod | Brendan O'Connor |
| Andrew Magary | Courtenay O'Connor |
| Amanda Mandelstein | Michael Orell |
| Timothy Marchman | Darren Orf |
| Alex Mason | Andrew Orin |
| Shepherd McAllister | Raphael Orlove |
| Kathryn McGinnis | Jennifer Ouellette |
| David McKenna | Alexander Pareene |
| Colleen McMillan | Andrea Park |
| Bryan Menegus | Adam Pash |
| Anna Merlan | Puja Patel |
| Maria Misra | Christopher Person |
| Kelly Monson | Barry Petchesky |

| | |
|---|---|
| Alexandra Philippides | Ethan Sommer |
| Diego Pineda | Casey Speer |
| Steven Polletta | Zoe Stahl |
| John Price | Nicholas Stango |
| Nandita Raghuram | Judith Steinbach |
| Eric Ravenscraft | Madeleine Stone |
| Kavitha Reddy | Kelly Stout |
| Patrick Redford | Richard Sundue |
| Benjamin Regenspan | Margaret Taormina |
| Shane Roberts | Jia Tolentino |
| Grace Robertson | Jason Torchinsky |
| Michael Roselli | Stephen Totilo |
| Joanna Rothkopf | David Tracy |
| William Sansom | Katharine Trendacosta |
| Jordan Sargent | Joseph Trotter |
| Samuel Scherer | William Turton |
| Stephanie Schrader | Kerrie Uthoff |
| Jason Schreier | Christopher Vespoli |
| Jillian Schulz | Alissa Walker |
| Taryn Schweitzer | Angela Wang |
| Thomas Scocca | Jamie Weber |
| Eleanor Shechet | Anastasia Weeks |
| Julianne Shepherd | Allison Wentz |
| Hunter Slaton | Samuel Woolley |
| Elisa Solinas | András Szatmári |

| | |
|---|---|
| Attila Kocsis | Brian Ashcraft |
| Balázs Kéki | Andrew Liszewski |
| Balázs Pőcze | Jamie Condliffe |
| Dmitry Lambrianov | Chris Mills |
| Gábor Kacsik | James Whitbrook |
| Gáspár Körtesi | David Nield |
| György Bokros | Kathryn Jezer-Morton |
| Ildikó Kriston | Madeleine Collier |
| István Bodnár | Fruzsina Kuhari |
| János Hardi | Robert Stokes |
| László Heves | Adam Kovac |
| Levente Molnár | Jared "Jay Allen" Goodwin |
| Linda Bucsánszki | Anthony Dejolde |
| Luca Németh | Carlos Rebato |
| Márton Borlay | Carlos Hierro |
| Mikhail Mitrofanov | Matias Martinez |
| Olivér Kovács | Eduardo Marin |
| Péter Szász | Miguel Redondo |
| Ramóna Udvardi | Zolani Stewart |
| Szabolcs Vida | Reshma Bhai |
| Szilvia Németh | Manisha Aggarwal |
| Zoltán Balázs | Lindsay Handmer |
| Zoltán Kalmár | Daniel Strudwick |
| George Dvorsky | Eva Jurczyk |
| Luke Plunkett | Mihir Patkar |

| | |
|---|---|
| Toshihisa Nakamura | Anupa Mistry |
| Kirsten O'Regan | Brodie Lancaster |
| Alexandra Nursall | Jess Shanahan |
| Nicholas Cameron | Jesus Diaz |
| Ralph Jones | Herbert Lui (Wonder Shuttle Media, Inc) |
| Elizabeth Edgar | Graham Ruthven |
| Rawiya Elkhadir | Stacy May Fowles |
| Ian Dransfield | Andrew Gibney |
| Stefan Janke | Daniel Harris |
| Mark Wilson | Alex Hess |
| Sniff Petrol Limited | Chris Koentges |
| James Fell | Kevin O'Brien |
| Peter Ryan | Achal Prabhala |
| Manuel Mendez Perez | David Sommer |
| Angel Jiminez | Monica Heisey |
| Jacob Rose | Sara Mcculloch |
| Bram Gieben | Jakob Wenngren |
| Eva Holland | Alex Bejerstrand |
| Nathan Thompson | Halmar Sveinbjornsson |
| Priya Elias | Amit Reut |
| Scaachi Koul | Rosa Gregori |
| Helen Appleyard | Sarah Moroz |
| Omar Karduodi Segarra | Jason Richards |
| Cara Ellison | Ravi Somaiya |
| Estelle Tang | Reut Amit |

| | |
|---|---|
| Michael "Massoud" Martin | Anthony Mark Dewhurst |
| Fariha Roisin | Peter Orosz |
| William Herkewitz | Ryan Pierce |
| Lev Hellebust (Bratishenko) | Neill Watson |
| Pranav Dixit | George Williams |
| Danny Allen | Chris Harris |
| Karan Atul Shah | Natasha Chenier |
| James Baker | Esther Sassaman |
| Gary Cutlack | Luke Malone |
| Adelaide Dugdale | Mikhail Mitrofanov |
| Katherine Hannaford | Leo Wichtowski |
| Brian Hogg | Kevin Mahon |
| Andrew James | Simon Parkin |
| Chris Mcveigh | Quintin Smith |
| Apoorva Prasad | Kathleen Williams |
| Michelle Tofi | Ollie Barder |
| Yareniz Saavedra Padilla | Simon Mapp |
| Carlos Risco | Andrew Mcmillen |
| Elias Notario Perez | David Veselka |
| Eric Tecayehuatl | Kevin Mahon |
| Robert Boffard | David Gilson |
| Guy Combs | Mark O'Neill |
| Joel Meadows | Spanner Spencer |
| Chris Harris | Tom Cassell |
| Guy Porepp | Kenneth Gibson |

Clare Kane

Zolani Stewart

## SCHEDULE 2

## DISCLOSURE OF
## OF RELATIONSHIPS WITH PARTIES LISTED ON SCHEDULE 1

**<u>Schedule 2</u>**

**List of "Connections" with Interested Parties**

This exhibit contains the names of parties on the Conflicts Checklist which our conflict checking personnel advise me are current clients; affiliates of current clients; or persons with whom Simpson Thacher has some relationship involving the provision of legal services (such as a committee of independent directors of the entity or being designated by that entity to represent parties underwriting or providing financing for the entity) to a third-party where its fees may be borne in whole or part by such party in interest.

| NAME OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|
| Adam Weinstein | STB represents New Mountain Capital, and an individual by the name of Adam Weinstein is a Director of New Mountain Capital. We were unable to determine if this relates to the same individual. |
| AIG | STB represents AIG and its affiliates and directors in various matters, none of which are related to the Debtors. |
| Apple Inc. (media) | STB represents Apple Inc. in various matters, none of which are related to the Debtors. |
| Assembly | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Centro | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |

| NAME OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|
| Cerberus Business Finance LLC | STB represents William L. Richter, a co-founder of Cerberus Capital Management in certain matters, none of which are related to the Debtors. |
| Cisco | STB represents Cisco in various matters, none of which are related to the Debtors. |
| Earnest | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Essence | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Facebook, Inc. and Facebook Ireland Limited | STB represents (a) Mark Zuckerberg, Founder and CEO of Facebook, with respect to his investment in Facebook and (b) the underwriters in the Facebook IPO, including in related litigation. None of these matters are related to the Debtors. |
| Fallon | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Getty Images | Getty Images is owned by The Carlyle Group, a client of the Firm. STB represents The Carlyle Group in various matters, but not with respect to its interest in Getty Images. STB's representation is unrelated to the Debtors. |
| HTC Blinkfeed | We represent a client in connection with a M&A transaction involving HTC Corporation, which is unrelated to the Debtors. |
| John Cook | STB represents the audit committee of Brown-Forman. An individual by the name of John Cook is a member of the committee. We also represented an individual with the name John Cook in connection with his investment in Centaur Luxco S.a r.l. We were unable to determine if these matters relate to the same "John Cook." |
| MNI | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| National Union Fire Insurance Co. of Pittsburgh PA | STB represents National Union Fire Insurance Co. of Pittsburgh PA, a subsidiary of our client, AIG (as noted above), in matters unrelated to the Debtors. |

2

| Name of Party in Interest | Description of "connection" |
|---|---|
| NetRatings, LLC | STB represented The Nielsen Company in connection with its investment in NetRatings, LLC. |
| New York City Department of Finance | New York City Department of Finance is not a client of STB; however, STB represents the City of New York in various matters unrelated to the Debtors. |
| Protein | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| R/West | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Robert Half | STB represents Robert Half International in various matters, none of which are related to the Debtors. |
| RPA | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| TGT | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| UCB | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Vizu Corporation | STB represents The Nielsen Company, the parent of Vizu Corporation but does not represent Vizu Corporation. |
| VNU Business Media Europe Limited | STB represents The Nielsen Company, the parent of VNU Business Media Europe Limited. STB is not currently representing VNU Business Media Europe Limited. |
| VSN | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Judge Mary Kay Vyskocil | Judge Vyskocil is a former member of STB prior to her appointment to the Bankruptcy Court for the Southern District of New York. |
| WeWork<br><br>WeWork LA LLC | STB represents a vehicle formed by WeWork and Rhone Group in matters unrelated to the Debtors. |
| WPP | STB acts as a designated underwriters' counsel for WPP in matters unrelated to the Debtors. |