COOLEY LLP
Seth Van Aalten
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Parse.ly, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Gawker Media LLC., et al.,<br><br>                           Debtors,[1] | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>Jointly Administered<br><br>**Related to Docket No. 141** |

## CERTIFICATE OF SERVICE

       I, Seth Van Aalten, hereby certify that on the August 4, 2016, I caused a copy of the following document to be served upon the Clerk of the United States Bankruptcy Court for the Southern District of New York *via electronic filing*:

1)    **Reservation of Rights of Parse.ly, Inc. Regarding Assumption and Assignment of Executory Contract (Docket No. 141)**

       I further certify that I caused a copy of the document to be served upon the parties on the service list attached hereto via first class mail.

---

[1]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).

135093899 v1

Dated: August 4, 2016
   New York, New York

                Respectfully submitted,

                By:    /s/ Seth Van Aalten
                       Seth Van Allten

                Cooley LLP
                1114 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 479-6000
                Facsimile: (212) 479-6275

                *Attorneys for Parse.ly, Inc.*

135093899 v1

## Service List

Gawker Media Group, Inc.
114 Fifth Avenue – 2nd floor
New York, New York 10011
Attn: Heather Dietrick

Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
Attn:   Gregg M. Galardi
        Jonathan P. Gill

Houlihan Lokey, Inc.
111 South Wacker Dr., 37th Floor
Chicago, IL 60606
Attn: Reid Snellenbarger

Office of The United States Trustee
 for the Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Greg Zipes
        Susan Arbeit

Simpson Thacher & Bartlett
425 Lexington Ave.
New York, New York 10017
Attn:   Sandy Qusba
        William T. Russell

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10014
Attn:   Michael H. Torkin
        Alexa J. Kranzley

1.