WHITE AND WILLIAMS LLP
Rafael Vergara, Esq.
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
vergarar@whiteandwilliams.com

*Attorneys for Creditor, Google Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Gawker Media LLC, *et al.*[1], | ) Case No. 16-11700 (SMB) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Sedgwick M. Jeanite, hereby certify that a true and correct copy of the foregoing

Limited Objection and Reservation of Rights of Google, Inc. to Notice of (A) Proposed

Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with

Sales and (B) Associated Cure Costs was filed electronically with the Court on this 5th day of

August, 2016.  Notice of this filing will be sent today to all parties, including the parties on the

attached service list, via the Court's electronic filing system.

Dated:  August 5, 2016

WHITE AND WILLIAMS LLP

By:  */s/ Rafael Vergara*
       Rafael Vergara, Esq.
       7 Times Square, Suite 2900
       New York, NY 10036-6524

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY  10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

17482066v.1

Telephone: (212) 244-9500
vergarar@whiteandwilliams.com

*Counsel for Google Inc.*

17482066v.1

## SERVICE LIST

| | |
|---|---|
| *Debtors*: <br><br> Gawker Media Group, Inc. <br> 114 Fifth Avenue, 2nd Floor <br> New York, New York 10011 <br> Attn: Heather Dietrick | *Counsel to the Debtors*: <br><br> Ropes & Gray LLP <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> Attn: Gregg M. Galardi, Esquire <br>      (Gregg.galardi@ropesgray.com) <br>      Jonathan P. Gill, Esquire <br>      (jonathan.gill@ropesgray.com) |
| *Investment Banker to the Debtors*: <br><br> Houlihan Lokey, Inc. <br> 111 South Wacker, 37th Floor <br> Chicago, IL 60606 <br> Attn: Reid Snellenbarger | *U.S. Trustee*: <br><br> Office of the United States Trustee for the <br> Southern District of New York <br> 201 Varick Street, Suite 1006 <br> New York, NY 10014 <br> Attn: Greg Zipes <br>      Susan Arbeit <br>      Fax: (212) 668-2255 |
| *Counsel to the Official Committee of Unsecured Creditors*: <br><br> Simpson Thacher & Bartlett <br> 425 Lexington Avenue <br> New York, NY 10017 <br> Attn: Sandy Qusba <br>      (squsba@stblae.com) <br>      William T. Russell <br>      (wrussell@stblaw.com) | *Counsel to the Stalking Horse Bidder*: <br><br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, NY 10004 <br> Attn: Michael H. Torkin, Esquire <br>      (torkinm@sullcrom.com) <br>      Alexa J. Kranzley, Esquire <br>      (kranzleya@sullcrom.com) <br>      Fax: (212) 291-9376 |

17482066v.1