**BROWN RUDNICK LLP**
Andrew P. Strehle
Thomas J. Phillips
Jill C. Wexler
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for Superdry Wholesale, LLC and*
*Superdry Retail, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GAWKER MEDIA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Carol S. Ennis being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On the 5th day of August, 2016, I caused to be served a true copy of the following document:

*Limited Objection of Superdry to Debtors' Sale Motion*

by first class mail on the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit and by electronic mail on the Master Service List dated August 3, 2016.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

_____
Carol S. Ennis

Subscribed and sworn to before me this
5th day of August, 2016

_____
Notary Public

**LOUIS J. BRUNO II**
Notary Public, State of New York
Ontario County Reg. #01BR6335736
Commission Expires 01/19/2020

62532420