**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| GAWKER MEDIA LLC, et al., | : | Case No. 16-11700 (SMB) |
| Debtors.[1] | : | Jointly Administered |

**Monthly Operating Report**
**For the Period of June 10, 2016 to June 30, 2016**

**DEBTORS' ADDRESS:**   114 Fifth Avenue
2nd Floor
New York, NY 10011

Andrassy ut 66.
1062 Budapest
Hungary

**DEBTORS' ATTORNEYS:**   1211 Avenue of the Americas
New York, NY 10036-8704
http://www.ropesgray.com
Phone: 212-596-9000
Fax: 212-596-9090
Gregg M. Galardi
Jonathan P. Gill
Kristina K. Alexander
Jonathan M. Agudelo

**REPORT PREPARER:**   Gawker Media LLC, et al.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          8/5/16
William D. Holden                                Date
Chief Restructuring Officer

**Notes:**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Gawker Media LLC (3231), Gawker Media Group, Inc. (0491) and Kinja Kft. (5056). The Debtors' corporate headquarters is located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011.

## NOTES TO THE MONTHLY OPERATING REPORT

*General Notes and Basis of Presentation:*

This Monthly Operating Report ("MOR") includes activity for the following Debtors:

| Debtor | Case No. |
|---|---|
| Gawker Media, LLC | 16-11700 |
| Kinja, Kft | 16-11718 |
| Gawker Media Group, Inc. | 16-11719 |

This MOR has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with principles generally accepted in the United States ("GAAP").

The unaudited consolidated financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

*Specific Notes Regarding the Statement of Operations (MOR-2):*

As the majority of Debtors' operating revenue and expenses are incurred evenly throughout each month, these items were correspondingly allocated across the applicable pre and post-petition periods for the month of June. However, certain expenses, such as reorganization items and litigation related expenses, were accounted for when incurred.

Interest expense and undrawn revolver fees for the DIP loan were not accrued for the period ended June 30, 2016.

*Specific Notes Regarding the Balance Sheet (MOR-3):*

The Debtors have conducted an analysis of trade accounts payable to bifurcate invoices into the pre and post-petition periods. As the Debtors continue to receive invoices which relate to the pre-petition period, the amounts included in the balance sheet are subject to change.

Liabilities subject to compromise exclude contingent, disputed and unliquidated amounts.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<u>GAWKER MEDIA LLC, et al.,</u>    Case No. <u>16-11700 (SMB)</u>
**Debtor**    Reporting Period: <u>6/10/16 - 6/30/16</u>

Federal Tax I.D. # <u>20-3040492</u>

**MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Balances | MOR-1 (CON'T) | Yes | No |
|    Copies of bank statements | | No [1] | No [2] |
|    Cash disbursements journals | | No [2] | No [2] |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|    Copies of IRS Form 6123 or payment receipt | | No [2] | No [2] |
|    Copies of tax returns filed during reporting period | | No [2] | No [2] |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|    Listing of Aged Accounts Payable | | No [2] | No [2] |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable & Adequate Assurance Payments | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

[1] Provided directly to the UST.

[2] Documents will be provided to the UST upon request.

GAWKER MEDIA LLC, et al.,  Case No. 16-11700 (SMB)
**Debtor**  Reporting Period: 6/10/16 - 6/30/16

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| Case No. | Case Name | Bank Cash Receipts [1] | Bank Cash Disbursements [2] [3] | Inter-Debtor Transfers |
|---|---|---|---|---|
| 16-11700 | Gawker Media, LLC | $ 11,098,150 | $ 3,187,666 | $ - |
| 16-11718 | Kinja, Kft [4] | 319,043 | 268,293 | - |
| 16-11719 | Gawker Media Group, Inc. | - | - | - |
| | **Total Debtors** | **$ 11,417,193** | **$ 3,455,959** | **$ -** |

**Notes:**

[1] Represents all receipts (including intracompany activity and excluding intercompany funding activity by and among Debtors).

[2] Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and non-operating disbursements (restructuring fee, financing fees, interest, etc.). Includes intracompany activity and excludes intercompany disbursements.

[3] Bank cash disbursements will be used to calculate the U.S. Trustee quarterly fee for each individual case.

[4] Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0037.

GAWKER MEDIA LLC, et al.,  Case No. 16-11700 (SMB)
Debtor  Reporting Period: 6/10/16 - 6/30/16

**BANK BALANCES** [1]

| Entity | Bank | Account No. [2] | Description | Ending Bank Balance |
|---|---|---|---|---|
| Gawker Media Group, Inc. | Silicon Valley Bank | 2079 | Operating | $ 7,769 |
| Gawker Media, LLC | Silicon Valley Bank | 2011 | Operating | 6,016,312 |
| Gawker Media, LLC | Silicon Valley Bank | 7785 | LC/Collateral | 5,567,169 |
| Gawker Media, LLC | Silicon Valley Bank | 0192 | Lockbox | - |
| Gawker Media, LLC | Silicon Valley Bank | 9122 | Indemnity Reserve | 250,000 |
| Gawker Media, LLC | Silicon Valley Bank | 9103 | Cash Management Reserve | 100,000 |
| Gawker Media, LLC | Silicon Valley Bank | 9118 | Legal Fee Reserve | 17,325 |
| Kinja, Kft | Silicon Valley Bank | 2064 | Operating | 87,862 |
| Kinja, Kft [3] | K&H Bank Zrt. | 0002 | Operating | 76,440 |
| **Total Debtors Bank Cash** | | | | **$ 12,122,878** |

[1] As part of the Debtors monthly close process, all bank accounts have been reconciled to the applicable bank statements without exception. Copies of the bank reconciliations will be provided to the UST upon request. The Debtors were authorized to use these accounts on a post-petition basis pursuant to the final order signed on July 13, 2016 (Docket No. 0092).

[2] Last four digits of the account number.

[3] Account held in Hungary denominated in Hungarian Forint ("HUF") As of the end of the reporting period, the account balance was HUF 20,659,417, which was converted to USD using an exchange rate 0.0037.

GAWKER MEDIA LLC, et al.,            Case No. <u>16-11700 (SMB)</u>
Debtor            Reporting Period: <u>6/10/16 - 6/30/16</u>

## CONSOLIDATED STATEMENT OF OPERATIONS

| | June 10, 2016 to June 30, 2016 |
|---|---:|
| **Revenue:** | |
| Operating revenue | $3,364,927 |
| | |
| **Cost of sales:** | |
| Campaign costs | 71,337 |
| Advertising serving cost | 133,227 |
| Hosting and IT services expense | 75,360 |
| Total cost of sales | $279,924 |
| | |
| **Gross Profit** | **$3,085,003** |
| | |
| **Expenses:** | |
| Selling and marketing expenses | 17,248 |
| Payroll and benefits | 1,410,860 |
| Miscellaneous Office Expenses | 1,593 |
| General and administrative expenses | 202,150 |
| Rent expense | 276,599 |
| Professional Fees, non-restructuring | 132,125 |
| Software and research & development expenses | 59,997 |
| Depreciation Expense | 118,505 |
| Insurance Expense | 21,748 |
| Bad Debt Expense | (36,841) |
| Interest Expense | 42,778 |
| Total expenses | **2,246,761** |
| | |
| **Net Operating Income** | **$838,242** |
| | |
| Reorganization items, net | 3,625,025 |
| | |
| **Other Income and Expenses:** | |
| Other Revenue | 69,986 |
| Other Expense | 267,611 |
| Net Other Income | ($197,625) |
| | |
| **Net Income** | **($2,984,409)** |

| GAWKER MEDIA LLC, et al., | Case No. 16-11700 (SMB) |
|---|---|
| **Debtor** | **Reporting Period:** 6/10/16 - 6/30/16 |

**CONSOLIDATED BALANCE SHEET**

|  | **June 30, 2016** |
|---|---:|
| **Assets:** |  |
| Cash | $12,077,500 |
| Accounts receivable, net | 11,576,683 |
| Prepaid expenses | 3,416,006 |
| Other current assets | 612,036 |
| Total current assets | $27,682,224 |
|  |  |
| Fixed assets | $12,314,422 |
| Other Assets | 807,839 |
| Loan receivable | 200,000 |
| **Total assets** | **$41,004,486** |
|  |  |
| **Liabilities & Equity:** |  |
| Accounts payable | $705,454 |
| Accrued expenses | 3,959,156 |
| Other current liabilities | 138,128 |
| Cerberus DIP term loan | 14,000,000 |
| Total current liabilities | $18,802,739 |
|  |  |
| Liabilities subject to compromise | $143,299,631 |
|  |  |
| US VC Partners LP term loan | $15,000,000 |
| Deferred tax liability | 390,610 |
| Deferred rent liability | 976,626 |
| **Total liabilities** | $178,469,606 |
|  |  |
| Preferred stock | $8,140 |
| Common stock | 904 |
| Paid in capital | 4,436,424 |
| Retained earnings | (141,910,588) |
| **Total liabilities & equity** | **$41,004,486** |

GAWKER MEDIA LLC, et al.,  Case No. 16-11700 (SMB)
**Debtor**  Reporting Period: 6/10/16 - 6/30/16

## STATUS OF POST-PETITION TAXES [1] [2]

|  | Beginning Tax Liability | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ 146,478 | $ (146,478) | Various | Wire | $ - |
| FICA-Employee | - | 53,995 | (53,995) | Various | Wire | - |
| FICA-Employer | - | 53,623 | (53,623) | Various | Wire | - |
| Unemployment | - | 62 | (62) | Various | Wire | - |
| Income | - | 20,006 | (20,006) | N/A | N/A | - |
| Other: | - | - | - | N/A | N/A | - |
| Total Federal Taxes | $ - | $ 274,164 | $ (274,164) | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 62,499 | $ (62,499) | Various | Wire | $ - |
| Sales | - | - | - | Various | Wire | - |
| Excise | - | - | - | Various | Wire | - |
| Unemployment | - | 1,311 | (1,311) | Various | Wire | - |
| Real Property | - | - | - | Various | Wire | - |
| Personal Property | - | - | - | N/A | N/A | - |
| Other: | - | - | - | N/A | N/A | - |
| Total State and Local | $ - | $ 63,810 | $ (63,810) | | | $ - |
| **Total Taxes** | $ - | $ 337,974 | $ (337,974) | | | $ - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable [3] | 452,431 | 226,259 | 26,764 | 0 | 0 | **$705,454** |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
As a result of the filing, certain payments of post-petition invoices in the period June 10, 2016 to June 30, 2016 were delayed due to the need to bifurcate invoices into pre and post-petition. Subsequent to June, the Debtors have become current on substantially all post-petition invoices.

[1] Copies of IRS Form 6123 and all state, local and federal tax forms and returns can be provided to the UST upon request.

[2] This schedule excludes any Kinja, Kft. taxes related to Hungary employee wages, however it does inlcude their state and local coporate income taxes.

[3] Reflects only trade related payables which an invoice has been received and recorded into the general ledger. The aging schedule excludes all accruals. Detail copy of the accounts payable aging will be provided to the U.S. Trustee upon request.

GAWKER MEDIA LLC, et al.,      Case No. 16-11700 (SMB)
**Debtor**      **Reporting Period:** 6/10/16 - 6/30/16

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Proforma Accounts Receivable at June 10, 2016 | $ 11,464,483 |
|   Plus: Amounts billed during the period | 3,364,927 |
|   Less: Amounts collected during the period *(Book Cash Receipts)* | (2,989,866) |
|   Less: Credit Memos / Write Offs | (27,624) |
| Total Accounts Receivable at June 30, 2016 | $ **11,811,921** |

| Accounts Receivable Aging (by transaction date) | Amount |
|---|---:|
| 0 - 30 days old | $ 7,471,354 |
| 31 - 60 days old | 801,672 |
| 61 - 90 days old | 1,820,439 |
| 91+ days old | 1,718,456 |
| Total Accounts Receivable, net of allowance | $ **11,811,921** |
|   Less: Bad Debts (Amount considered uncollectible) | (235,238) |
| Net Accounts Receivable | $ **11,576,683** |

| GAWKER MEDIA LLC, et al., | | Case No. | 16-11700 (SMB) |
|---|---|---|---|
| Debtor | | Reporting Period: | 6/10/16 - 6/30/16 |

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS [1] | | | | |
|---|---|---|---|---|
| NAME [2] | Title | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Employees | N/A | Gross Salary | $ 48,300 | $ 48,300 |
| Board Members | N/A | Board Fees | 15,273 | 15,273 |
| | | | - | - |
| | | | - | - |
| **TOTAL PAYMENTS TO INSIDERS** | | | **$ 63,573** | **$ 63,573** |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Deloitte | N/A | $ - | $ - | $ - | $ 50,000 |
| Houlihan Lokey | 7/14/2016 | - | - | - | 1,160,000 |
| Latham & Watkins | 7/8/2016 | - | - | - | 305,000 |
| Levine Sullivan | N/A | - | - | - | 75,000 |
| Opportune LLP | 7/14/2016 | - | - | - | 300,000 |
| Prime Clerk | 7/14/2016 | - | - | - | 100,000 |
| Ropes & Gray LLP | 7/14/2016 | - | - | - | 1,000,000 |
| Shulte Roth & Zabel | 7/8/2016 | - | - | - | 41,075 |
| Simpson Thacher & Barlett | N/A | - | - | - | 115,000 |
| Ordinary Course Professionals | N/A | - | - | - | - |
| **TOTAL** | | **$ -** | **$ -** | **$ -** | **$ 3,146,075** |

*INCLUDE ESTIMATES AS INVOICES HAVE NOT BEEN RECEIVED*

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | DESCRIPTION | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION [3] |
|---|---|---|---|---|
| Silicon Valley Bank | Term Loan | $ 222,222 | $ 6,222,222 | $ - |
| Silicon Valley Bank | Letter of Credit | N/A | 5,302,066 | - |
| US VC Partners LP | Term Loan | N/A | - | 15,000,000 |
| Cerberus Business Finance LLC | DIP Term Loan | N/A | - | 14,000,000 |
| Cerberus Business Finance LLC | DIP Commitment Fee | N/A | 440,000 | - |
| Cerberus Business Finance LLC | DIP Revolver | N/A | - | - |
| Cerberus Business Finance LLC | DIP Undrawn Fee | N/A | - | 2,500 |
| Cerberus Business Finance LLC | Interest | N/A | - | 52,500 |
| **TOTAL PAYMENTS** | | **$ 222,222** | **$ 11,964,288** | **$ 29,055,000** |

**Notes:**

[1] For purposes of this report where information regarding "insiders" is disclosed, the Debtors have included information with respect to certain individuals who (i) served as officers and/or directors during the relevant time periods and/or (ii) are shareholders holding 5% or more of the equity of any Debtors. Furthermore, the information listed in respect of payments made to insiders does not include expenses paid to insiders using an American Express credit card. The Debtors directly pay the statements issued by American Express.

[2] Names of the insiders are not disclosed and will be provided to the U.S. Trustee upon request. Insider payments made in HUF currency were converted at an exchange rate of 0.0037 to USD.

[3] Amounts exclude accrued interest, where applicable.

GAWKER MEDIA LLC, et al.,  Case No. 16-11700 (SMB)
**Debtor**  Reporting Period: 6/10/16 - 6/30/16

**DEBTOR QUESTIONNAIRE**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6. Have any payments been made on pre-petition liabilities this reporting period? [1] | ✓ | |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | ✓ | |
| 8. Are any post petition payroll taxes past due? | | ✓ |
| 9. Are any post petition State or Federal income taxes past due? | | ✓ |
| 10. Are any post petition real estate taxes past due? | | ✓ |
| 11. Are any other post petition taxes past due? | | ✓ |
| 12. Have any pre-petition taxes been paid during this reporting period? [1] | ✓ | |
| 13. Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 14. Are any wage payments past due? | | ✓ |
| 15. Have any post petition loans been received by the Debtor from any party? | ✓ | |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |

[1] All payments of pre-petition amounts are pursuant to court orders.