UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re : Chapter 11
:
Gawker Media LLC, et al.,[1] : Case No. 16-11700 (SMB)
:
                Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF GREGG D. THOMAS IN FURTHER SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a) AND 330 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THOMAS & LOCICERO AS SPECIAL LITIGATION COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

      I, Gregg D. Thomas, make this Supplemental Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

      1.    I am a partner at Thomas & LoCicero ("TLO") and duly authorized to make this Supplemental Declaration on behalf of TLO. I make this Declaration in further support of the Application of Debtors Pursuant to 11 U.S.C. §§ 327(e), 328(a) and 330, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for entry of an order authorizing the retention and employment of TLO as special litigation counsel effective *nunc pro tunc* to the Petition Date (the "Application") [Docket No. 133].[2] I am admitted and in good standing to practice law in the State of Florida and before the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

58448515_1

2. At the request of the United States Trustee, I make this Supplemental Declaration to clarify certain information contained in the Application and in the Declaration of Gregg D. Thomas in Support of the Application (the "Original Declaration").

3. In paragraph 27 of the Application and paragraph 26 of the Original Declaration, in response to the third question, TLO stated:

> During the 12 month prepetition period, TLo represented and provided legal services to the Debtors **mainly** pursuant to the agreement dated October 25, 2012 with, among others, Gawker Media LLC and covered the Middle District of Florida, Pinellas County Circuit and Second District Court of Appeal, and other similar lawsuits filed against Gawker Media LLC and others. (emphasis added).

4. TLO clarifies that it did in fact provide legal services to the Debtors pursuant to the agreement dated October 25, 2012 and no other agreement.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 8th day of August, 2016.

_____
Gregg D. Thomas

58448515_1