UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re                                                     :   Chapter 11
                                                          :
Gawker Media LLC, *et al.*,[1]                            :   Case No. 16-11700 (SMB)
                                                          :
           Debtors.                                       :   (Jointly Administered)
                                                          :
-----------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF STEVEN BRANNOCK IN FURTHER SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE, BANKRTUPCY RULES 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BRANNOCK & HUMPHRIES AS SPECIAL LITIGATION COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Steven Brannock, make this Supplemental Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1.   I am a shareholder at Brannock & Humphries and duly authorized to make this Supplemental Declaration on behalf of Brannock & Humphries. I make this Supplemental Declaration in further support of the Application of Debtors Pursuant to 11 U.S.C. §§ 327(e), 328(a) and 330, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for entry of an order authorizing the retention and employment of Brannock & Humphries as special litigation counsel effective *nunc pro tunc* to the Petition Date (the "Application") [Docket No. 130].[2] I am admitted and in good standing to practice law all state and federal courts in the State

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

58448537_2

of Florida as well as the 5th, 9th, 10th, 11th, and Federal Circuit Courts of Appeals and the United States Supreme Court.

2.  At the request of the United States Trustee, I make this Supplemental Declaration to clarify certain information contained in the Application and in the Declaration of Steven Brannock in Support of the Application (the "Original Declaration").

3.  In paragraph 27 of the Application, and in paragraph 24 of the Original Declaration, in response to question 1, Brannock & Humphries stated:

> The hourly rates charged by Brannock & Humphries for this engagement are discounted from the rates Brannock & Humphries charges for other comparable clients. The rate structure provided by Brannock & Humphries in this case is **appropriate and not significantly different from (and actually less than)** (a) the rates that Brannock & Humphries charges in other non-bankruptcy representations or (b) the rates of other comparably skilled professionals for similar engagements. (emphasis added).

4.  Brannock & Humphries clarifies that it is charging the Debtors a discount of 5% compared to the rates that Brannock & Humphries charges to other clients for comparable services.

5.  In paragraph 27 of the Application, and in paragraph 24 of the Original Declaration, in response to question 3, Brannock & Humphries stated:

> During the 12 month prepetition period, Brannock & Humphries represented and provided legal services to the Debtors **mainly** pursuant to an agreement dated May 7, 2014, as expanded by the agreement of the parties to eliminate the cap on hours described in the agreement. Brannock & Humphries represented Gawker Media on an hourly basis at the rates described above. There has been no variance in the terms of Brannock & Humphries' retainer pre- or post-petition. (emphasis added).

2

58448537_2

6.	Brannock & Humphries clarifies that it is charging the Debtors pursuant to an agreement dated May 7, 2014 (the "May Agreement") and no other agreement, except that a cap on fees in the May Agreement was eliminated by oral agreement.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 8th day of August, 2016.

*[signature]*
Steven Brannock