ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                          :

In re                                      :        Chapter 11
                                        :

Gawker Media LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)
                                        :
                Debtors.               :        (Jointly Administered)
                                        :
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
APPLICATIONS TO RETAIN (I) BRANNOCK & HUMPHRIES; (II) LEVINE
SULLIVAN KOCH & SCHULZ LLP; AND (III) THOMAS & LOCICERO PL, EACH
AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that on July 25, 2016, the Debtors filed the *Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Brannock & Humphries as Special Litigation Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 130] (the "Brannock Application").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58476645_1

**PLEASE TAKE FURTHER NOTICE** that, on July 25, 2016, the Debtors filed the *Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 132] (the "LSKS Application").

**PLEASE TAKE FURTHER NOTICE** that, on July 25, 2016, the Debtors filed the *Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Thomas & LoCicero PL as Special Litigation Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 133] (the "TLo Application").

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2016, the Official Committee of Unsecured Creditors (the "Committee") filed the *Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Applications for Entry of Orders Authorizing the Retention and Employment of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz LLP, and Thomas & LoCicero PL as Special Litigation Counsel [Dkt. Nos. 130-133]* [Docket No. 142].

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2016 the Debtors filed the *Supplemental Declaration of Gregg D. Thomas in Further Support of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Thomas & LoCicero PL as Special Litigation Counsel Effective Nunc Pro*

*Tunc to the Petition Date* [Docket No. 153] to resolve certain informal objections raised by the Office of the United States Trustee (the "U.S. Trustee").

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2016 the Debtors filed the *Supplemental Declaration of Steven Brannock in Further Support of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Brannock & Humphries as Special Litigation Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 154] to resolve certain informal objections raised by U.S. Trustee.

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2016 the Debtors filed the *Supplemental Declaration of Seth D. Berlin in Further Support of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 155] to resolve certain informal objections raised by U.S. Trustee.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Brannock Application, the LSKS Application, and the TLo Application was scheduled for August 9, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, after consultation with the Committee, and with Court approval, the Hearing on the Brannock Application, the LSKS Application, and the TLo Application is hereby adjourned to **August 18, 2016 at 2:00 p.m. (prevailing Eastern Time).**

Dated: August 8, 2016
      New York, New York

                                                  */s/ Gregg M. Galardi*
                                                  ROPES & GRAY LLP
                                                  Gregg M. Galardi
                                                  Jonathan P. Gill
                                                  Jonathan M. Agudelo
                                                  Stacy A. Dasaro
                                                  1211 Avenue of the Americas
                                                  New York, NY 10036-8704
                                                  Telephone: (212) 596-9000
                                                  Facsimile: (212) 596-9090
                                                  gregg.galardi@ropesgray.com
                                                  jonathan.gill@ropesgray.com
                                                  jonathan.agudelo@ropesgray.com
                                                  stacy.dasaro@ropesgray.com

                                                  *Counsel to the Debtors*
                                                  *and Debtors in Possession*

58476645_1