**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| Debtors. | : | (Jointly Administered) |

**AMENDED AGENDA FOR HEARING TO BE HELD AUGUST 9, 2016**
**AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time: August 9, 2016 at 10:00 am. (Prevailing Eastern Time)

Location of Hearing: The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions: A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

## I. Uncontested Matter

1. Debtors' Motion Pursuant To 11 U.S.C. §§ 502 And 503, Fed. R. Bankr. P. 2002 And 3003(C)(3), And Local Rule 3003-1 For Entry Of Order (I) Establishing A Deadline To File Proofs Of Claim, Certain Administrative Claims, And Procedures Relating Thereto, And (II) Approving The Form And Manner Of Notice Thereof. [Docket No. 127].

   Responses Received: None.

   Related Documents: None.

   **Status: This matter is going forward.**

## II. Resolved Matters

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations. [Docket No. 13].

   Responses Received: The Debtors received an informal objection from the Official Committee of Unsecured Creditors (the "Committee").

   Related Documents:

   a. Interim Order (I) Authorizing, But Not Directing, Payment Of Prepetition Wages, Salaries, Business Expenses, Employee Benefit And Related Items, And (II) Directing All Financial Institutions To Honor Checks For Payment Of Such Obligations. [Docket No. 44].

   b. Supplement To Debtors' Motion For Entry Of A Final Order (I) Authorizing, But Not Directing, Payment Of Prepetition Wages, Salaries, Business Expenses, Employee Benefits And Related Items, And (II) Directing All Financial Institutions To Honor Checks For Payment Of Such Obligations. [Docket No. 56].

   c. Second Interim Order (I) Authorizing, But Not Directing, Payment Of Prepetition Wages, Salaries, Business Expenses, Employee Benefits And Related Items, And (II) Directing All Financial Institutions To Honor Checks For Payment Of Such Obligations. [Docket No. 91].

   d. Notice Of Adjournment Of Final Hearing On Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing, But Not Directing, Payment Of Prepetition Wages, Salaries, Business Expenses, Employee Benefits And Related Items, And (II) Directing All Financial Institutions To Honor Checks For Payment Of Such Obligations. [Docket No. 124].

<u>Status</u>: **After consultation with the Committee, the Debtors will propose a form of Third Interim Order resolving certain of the Committee's remaining informal objections and, subject to Court approval, to adjourn the balance of the informal objections to the August 18 hearing.**

2. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Cahill Gordon & Reindel LLP As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date. [Docket No. 131].

<u>Responses Received</u>:

a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & Locicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142].

b. Informal objection by the Office of the United States Trustee.

<u>Related Documents</u>: None.

<u>**Status**</u>**: This matter is presently going forward. The Debtors believe that the concerns raised by the Committee and the U.S. Trustee have been resolved.**

## III. <u>Adjourned Matters</u>

1. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Brannock & Humphries As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date. [Docket No. 130].

<u>Responses Received</u>:

a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & Locicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142].

b. Informal objection by the Office of the United States Trustee.

Related Documents:

a. Supplemental Declaration of Steven Brannock in Further Support of Debtors' Application Pursuant to Section 327(e) ), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Brannock & Humphries As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date [Docket No. 154]

**Status: The Debtors and the Committee are working toward a consensual resolution and, with Court approval, have agreed to adjourn the application to the August 18 hearing.**

2. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Levine Sullivan Koch & Schulz, LLP As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date. [Docket No. 132].

Responses Received:

a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & Locicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142].

b. Informal objection by the Office of the United States Trustee.

Related Documents:

a. Supplemental Declaration of Seth D. Berlin in Support of Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Levine Sullivan Koch & Schulz, LLP As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date [Docket No. 155].

**Status: The Debtors and the Committee are working toward a consensual resolution and, with Court approval, have agreed to adjourn the application to the August 18 hearing.**

3. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Thomas & LoCicero PL As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date. [Docket No. 133].

Responses Received:

a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & Locicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142].

b. Informal objection by the Office of the United States Trustee.

Related Documents:

a. Supplemental Declaration of Gregg D. Thomas in Further Support of Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Thomas & LoCicero PL As Special Litigation Counsel Effective Nunc Pro Tunc To The Petition Date. [Docket No. 153].

**Status: The Debtors and the Committee are working toward a consensual resolution and, with Court approval, have agreed to adjourn the application to the August 18 hearing.**

Dated: August 8, 2016
New York, New York

*/s/ Gregg M. Galardi*

ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com
stacy.dasaro@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*