ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
                                                :
         Debtors.                               :    (Jointly Administered)
                                                :
---------------------------------------------------------x

**NOTICE OF FILING OF CORRECTIONS TO GAWKER MEDIA LLC'S
STATEMENT OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE** that on July 21, 2016, Gawker Media LLC ("Gawker Media"), filed a Statement of Financial Affairs (the "Original SOFA") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code and Rule 1007(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, Gawker Media hereby corrects SOFA Part 2, Question 4 and SOFA Part 13, Question 30 as set forth in Exhibit 1, annexed hereto (the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

"Corrected SOFA"), in each case solely to add footnote two (2) thereon with respect to certain legal payments. All other information set forth on the Corrected SOFA was included in the Original SOFA.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Original SOFA and the Corrected SOFA are available for inspection online free of charge at https://cases.primeclerk.com/gawker, or through the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 10, 2016
New York, New York

                                            */s/ Gregg M. Galardi*
                                            ROPES & GRAY LLP
                                            Gregg M. Galardi
                                            Jonathan P. Gill
                                            Jonathan M. Agudelo
                                            Stacy A. Dasaro
                                            1211 Avenue of the Americas
                                            New York, NY 10036-8704
                                            Telephone: (212) 596-9000
                                            gregg.galardi@ropesgray.com
                                            jonathan.gill@ropesgray.com
                                            jonathan.agudelo@ropesgray.com
                                            stacy.dasaro@ropesgray.com

                                            *Counsel to the Debtors*
                                            *and Debtors in Possession*

# **EXHIBIT 1**

In re Gawker Media LLC
Case No. 16-11700 (SMB)

**SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders[1,2]**

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Denton, Nick G. A. | 114 Fifth Avenue | Floor 2 | New York | NY | 10012 | USA | | Salary | 6/10/2015 - 6/10/2016 | $ 500,000.16 |
| Denton, Nick G. A. | 114 Fifth Avenue | Floor 2 | New York | NY | 10013 | USA | | Employee Reimbursement - Gym | 6/10/2015 - 6/10/2016 | $ 972.00 |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Salary | 6/10/2015 - 6/10/2016 | $ 384,005.30 |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Employee Reimbursement - Gym | 6/10/2015 - 6/10/2016 | $ 1,007.00 |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Employee Reimbursement - Cell | 6/10/2015 - 6/10/2016 | $ 440.00 |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Salary | 6/10/2015 - 6/10/2016 | $ 204,435.92 |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Employee Reimbursement - Gym | 6/10/2015 - 6/10/2016 | $ 648.00 |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Employee Reimbursement - Cell | 6/10/2015 - 6/10/2016 | $ 640.00 |
| Plunkett, Tom | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Salary | 6/10/2015 - 6/10/2016 | $ 121,684.98 |
| Plunkett, Tom | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | Employee Reimbursement - Gym | 6/10/2015 - 6/10/2016 | $ 718.25 |
| US VC Partners LP | 900 Third Ave | 19th Floor | New York | NY | 10022 | USA | Lender | Work Payment | 5/23/2016 | $ 250,000.00 |
| US VC Partners LP | 900 Third Ave | 19th Floor | New York | NY | 10022 | USA | Lender | Current Creditor Payments | 5/23/2016 | $ 250,000.00 |

[1] *Salary includes payments to ADP prior to filing, but the payment from ADP to employees was on 6/13/2016. This is not a post-petition payment.*

[2] *Debtor has not listed any legal fees paid by Debtor in litigation involving the Debtor and an insider, although technically such payments may have provided an insider with value.*

**In re Gawker Media LLC**
**Case No. 16-11700 (SMB)**

**SOFA Part 13, Question 30 - Payments, distributions, or withdrawals credited to an insider within 1 year preceding commencement of this case**[1,2]

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Amount of money or description of and value of property | Date of Payment | Reason for providing value |
|---|---|---|---|---|---|---|---|---|---|---|
| Denton, Nick G. A. | 114 Fifth Avenue | Floor 2 | New York | NY | 10012 | USA | | $ 500,000.16 | 6/10/2015 - 6/10/2016 | Salary |
| Denton, Nick G. A. | 114 Fifth Avenue | Floor 2 | New York | NY | 10013 | USA | | $ 972.00 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Gym |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 384,005.30 | 6/10/2015 - 6/10/2016 | Salary |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 1,007.00 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Gym |
| Dietrick, Heather | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 440.00 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Cell |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 204,435.92 | 6/10/2015 - 6/10/2016 | Salary |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 648.00 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Gym |
| Kidder, Scott | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 640.00 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Cell |
| Plunkett, Tom | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 121,684.98 | 6/10/2015 - 6/10/2016 | Salary |
| Plunkett, Tom | 114 Fifth Avenue | Floor 2 | New York | NY | 10014 | USA | | $ 718.25 | 6/10/2015 - 6/10/2016 | Employee Reimbursement - Gym |
| US VC Partners LP | 900 Third Ave | 19th Floor | New York | NY | 10022 | USA | Lender | $ 250,000.00 | 5/23/2016 | Work Payment |
| US VC Partners LP | 900 Third Ave | 19th Floor | New York | NY | 10022 | USA | Lender | $ 250,000.00 | 5/23/2016 | Current Creditor Payments |

[1] Salary includes payments to ADP prior to filing, but the payment from ADP to employees was on 6/13/2016. This is not a post-petition payment.

[2] Debtor has not listed any legal fees paid by Debtor in litigation involving the Debtor and an insider, although technically such payments may have provided an insider with value.

**Fill in this information to identify the case and this filing:**

Debtor Name __Gawker Media LLC__

United States Bankruptcy Court for the: __Southern District__   District of __NY__
(State)

Case number (If known): __16-11700__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration __Corrected Statement of Financial Affairs__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/10/16__
MM / DD / YYYY

X _[signature]_
Signature of individual signing on behalf of debtor

__William D. Holden__
Printed name

__CRO__
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors