ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
              Debtors.                                :    (Jointly Administered)
                                                      :
------------------------------------------------------x

### NOTICE OF FILING OF CORRECTED KINJA KFT. SCHEDULE A/B

**PLEASE TAKE NOTICE** that on July 21, 2016, Kinja Kft. ("Kinja"), filed the schedules of assets and liabilities (the "Original Schedules") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code and Rule 1007(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that Kinja hereby corrects Part 11, Question 77 to Schedule A/B as set forth in Exhibit 1, annexed hereto (the "Corrected Schedule"), to delete

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58514852_2

each of the three occurrences of Gawker Media Group, Inc., and to replace each of those references with Gawker Media LLC.

**PLEASE TAKE FURTHER NOTICE** that copies of the Original Schedules and the Corrected Schedule are available for inspection online free of charge at https://cases.primeclerk.com/gawker, or through the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 10, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com
stacy.dasaro@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

58514852_2

# **EXHIBIT 1**

16-11700-smb    Doc 165    Filed 08/10/16    Entered 08/10/16 21:12:46    Main Document
Pg 3 of 5

# **EXHIBIT 1**

Debtor **Kinja, Kft.**  
Name

Case number *(If known)* **16-11718 (SMB)**

| | |
|---|---:|
| **Property** | Unknown |
| **Liability** | Unknown |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $0.00 |
|---|---:|
| Nature of claim | |
| Amount requested $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $0.00 |
|---|---:|
| Nature of claim | |
| Amount requested $0.00 | |

76. **Trusts, equitable or future interests in property**

| None | $0.00 |
|---|---:|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Intercompany Note Receivable - Debtor - Gawker Media LLC** | $13,000,000.00 |
| **Withheld VAT - Domestic Purchases** | $6,982.97 |
| **Deferred Sales income, Interest Income** | $315,751.60 |
| **Intercompany Note Interest Receivable - Debtor -Gawker Media LLC** | $225,102.74 |
| **Intercompany Receivable - Debtor - Gawker Media LLC** | $10,387,174.40 |

78. **Total of Part 11.**     $24,024,870.33
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name: Kinja Kft.
United States Bankruptcy Court for the: Southern District    District of NY
Case number (If known): 16-11718

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule A/B
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/10/16
MM / DD / YYYY

X _(signature)_
Signature of individual signing on behalf of debtor

William D. Holden
Printed name

CRO
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors