**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GAWKER MEDIA, LLC, et al.,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 9, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (A) Solicitation of Bids to Purchase Substantially all the Debtors' Assets, (B) Auction and (C) Sale Hearing, a copy of which is attached hereto as **Exhibit B**

Dated: August 11, 2016

/s/ Ingamar D. Ramirez
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 11, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**CHANEL C PAGAN**
**Notary Public, State of New York**
**No. 01PA6339351**
**Qualified in Bronx County**
**Commission Expires March 28, 2020**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 10093

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 114 Fifth Avenue Ground Lessee LLC | Attn General Counsel | 114 Fifth Avenue | | New York | NY | 10011 | |
| 114 Fifth Avenue Ground Lessee LLC | L&L Holding Company | Attn General Counsel | 142 West 57th street | New York | NY | 10019 | |
| 114 Fifth Avenue Ground Lessee LLC | Wilk Auslander | Attn General Counsel | 1515 Broadway | New York | NY | 10036 | |
| 114 Fifth Owner LP | L&L Holding Company LLC | Attn General Counsel | 142 West 57th Street | New York | NY | 10019 | |
| 114 Owner LP | Allianz Real Estate of America LLC | 60 East 42nd Street | Suite 3710 | New York | NY | 10165 | |
| 204 210 Elizabeth Street LLC | Oscar Z Ianello Associates Inc | Attn General Counsel | 202 Elizabeth Street | New York | NY | 10012 | |
| 204 210 Elizabeth Street LLC | Attn General Counsel | 208 210 Elizabeth Street | 2nd Floor | New York | NY | 10013 | |
| 204 210 Elizabeth Street LLC | Attn General Counsel | 145 Huguenot Street | Suite 503 | New Rochelle | NY | 10801 | |
| 204 210 Elizabeth Street LLC | co SW Management LLC | 145 Huguenot Street | | New Rochelle | NY | 10801 | |
| A Mediocre Corporation | Attn General Counsel | 3200 Belmeade Dr | Suite 100 | Carrolton | TX | 75006 | |
| A Small Orange LLC | Attn General Counsel | 2500 Rockypoint Dr | Suite 105C | Austin | TX | 78754 | |
| A9com Inc | 410 Terry Ave North | | | Seattle | WA | 98109 | |
| Abacus Staffing LLC | 14 Penn Plaza | | | New York | NY | 10122 | |
| Ad Juster Inc | Attn  Mr Michael Lewis | 12741 Treeridge Terrace | | Poway | CA | 92064 | |
| Adam & Eve LLC | Attn General Counsel | 302 Meadowlands Dr | | Hillsborough | NC | 27278 | |
| Admeld LLC | Attn General Counsel | 76 9th Ave | | New York | NY | 10011 | |
| ADP LLC | One ADP Boulevard | | | Roseland | NJ | 07068-0000 | |
| Adsfactor Holdings Limited | Two Landmark East | 100 How Ming Street | Suites 2601 02 26F | Kwun Tong Kowloon | | | HK |
| Adtech US Inc | Attn General Counsel | 770 Broadway | 6th Floor | New York | NY | 10003 | |
| Adtech US Inc | AOL Advertising General Counsel | 22000 AOL Way | | Dulles | VA | 20166 | |
| Aegon Magyarorszag Zrt | Vagyon Uzletag | Ulloi ut 1 | | Budapest | | 1091 | HU |
| AIG | Financial Lines Claims | AIG Europe Limited | 2 8 Altyre Road | Croydon | | CR9 2LG | UK |
| All You Can Move SportPass Europe | Karolyi Mihaly itca 11 I Ihaz 3 | 01 09 176498 | | Budapest | | 1053 | HU |
| Allure Media Pty Limited | Attn General Counsel | 71 Macquarie Street | Level 3 | Sydney | NSW | 2000 | AU |
| Allure Media Pty Limited | Attn General Counsel | 71 Macquarie Street | Level 4 | Sydney | NSW | 2000 | AU |
| Allure Media Pty Limited | Attn General Counsel | 177 185 William Street | Suite 203 | Darlinghurst | NSW | 2010 | AU |
| AM Lab Americas LLC | Attn General Counsel | 1541 South Shields Drive | | Waukegan | IL | 60085 | |
| Amazon | Jacqueline Hamilton | 410 Terry Ave North | | Seattle | WA | 98109 | |
| Amazon Services LLC | Attn: General Counsel | P.O. Box 81226 | | Seattle | WA | 98108-1226 | |
| Amazon Web Services Inc | Attn General Counsel | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Amazon.com, Inc. | Attn: General Counsel | P.O. Box 81226 | | Seattle | WA | 98108-1226 | |
| Amazoncom Inc | Attn General Counsel | 1200   12th Avenue South Suite 1200 | | Seattle | WA | 98144-2734 | |
| AmEx Travel Related Svcs Co Inc | Corporate Svcs Ops AESC P | 20022 North 31st Ave | Mail Code  AZ 088 03 11 | Phoenix | AZ | 85027 | |
| Andrassy Palota Ingatlanforgalmazo | Attn General Counsel | Mariassy | u 7 | Budapest | | 1095 | HU |
| AOL Advertising Inc | 770 Broadway | | | New York | NY | 10003 | |
| Apple Inc | 1 Infinite Loop | | | Cupertino | CA | 95014 | |
| Assembly Media | Attn General Counsel | 909 Third Ave 31st Floor | | New York | NY | 10022 | |
| Atlantic Metro Communications II, Inc. | Attn: General Counsel | PO Box 200057 | | Pittsburgh | PA | 15251-0057 | |
| Barkbox Inc | Attn General Counsel | 221 Canal St | Floor 6 | New York | NY | 10013 | |
| BizFilings by CT | Attn General Counsel | 8020 Excelsior Drive | Suite 200 | Madison | WI | 53717 | |
| Blogwire Hungary Szellemi | Alkotast Hasznosito KFT | Attn Attila Talos | Csorsz u 41 Gellert Torony 5th Fl | Budapest | | 1124 | HU |
| BlueAproncom | Attn General Counsel | 5 Crosby Street | 3rd Fl | New York | NY | 10013 | |
| Bodolai, L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bombas | Attn General Counsel | 115 West 29 Street | | New York | NY | 10001 | |
| Branded Entertainment Network Inc | 13159 Collections Center Drive | | | Chicago | IL | 60693 | |
| Brooklinen | Attn General Counsel | 81 Prospect St | | Brooklyn | NY | 11201 | |
| BrowerStack Inc | Attn General Counsel | 4512 Legacy Drive Suite 100 | | Plano | TX | 75024 | |
| Brown Rudnick LLP | co Andrew P Strehle | RE SuperDry Wholesale | One Financial Center | Boston | MA | 02111-0000 | |
| Cadreon LLC | 653 Front Street | | | San Francisco | CA | 94111 | |
| Casper Sleep Inc | Attn General Counsel | 45 Bond Street Floor 2 | | New York | NY | 10012 | |
| CBS Local Digital Media | Attn General Counsel | 1271 Avenue of the Americas | 44th Floor | New York | NY | 10012 | |
| ClickMeter | 2601 Mission St | | | San Francisco | CA | 94110 | |
| ClubW | Attn General Counsel | 5340 Alla Rd | Suite 105 | Los Angeles | CA | 90066 | |
| Cogent Communications Inc | Attn General Counsel | 1015 31st Street | | Washington | DC | 20007 | |
| Combat Flip Flops LLC | Attn General Counsel | 275 118th Ave SE | Suite 200 | Bellevue | WA | 98005 | |
| Comic Cartel LLC | Attn General Counsel | 3715 Bloomington Ave | | Minneapolis | MN | 55407 | |
| comScore Inc | Attn General Counsel | 7 Penn Plaza | 10th Floor | New York | NY | 10001 | |
| Corporate Communications Bt | Szilagyi Erzsebet faso 65 | | | Budapest | | 1026 | HU |
| Corporation Service Company | Attn General Counsel | 300 Deschutes Way SW | Suite 304 | Turnwater | WA | 98051 | |
| Creative Circle LLC | Attn  General Counsel | 470 Park Ave S | 14th Floor | New York | NY | 10016 | |
| Creative Circle LLC | Attn  General Counsel | 5900 Wilshire Blvd | 11th floor | Los Angeles | CA | 90036 | |
| Criquets | Attn General Counsel | 1603 S First St | | Austin | TX | 78704 | |
| Criteo | 100 Ave of the Americas | | | New York | NY | 10011 | |
| CytexOne Technology LLC | Attn General Counsel | 50 Hudson Street | 3rd Floor | New York | NY | 10013 | |
| Daily Harvest | 113 University Pl | | | New York | NY | 10003 | |
| Dashlane Inc | Attn General Counsel | 156 5th Ave | Suite 504 | New York | NY | 10010 | |
| Datadog Inc | Attn Legal Notice | 286 Fifth Avenue | 12th Floor | New York | NY | 10001 | |
| Datagram Incorporated | Attn General Counsel | 33 Whitehall Street | 25th Floor | New York | NY | 10004 | |
| David J Jemal Esq | Attn David J Jemal Esq | 110 West 34th Street | 9th Floor | New York | NY | 10001 | |
| Deserto, F. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| DineInfresh Inc dba Plated | Attn General Counsel | 22 West 18th Street | Floor 5 | New York | NY | 10012 | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| DMCA Designated Agent | co Dogwood Labs Inc | 1644 Platte St | 4th Floor | Denver | CO | 80202 | |
| Dogwood Labs Inc dba StatusPageio | 113 E Stuart St | | | Fort Collins | CO | 80525 | |
| Dollar Shave Club Inc | Attn General Counsel | 513 Boccaccio Ave | | Venice | CA | 90291 | |
| DOUBLECLICK | 76 9th Ave | | | New York | NY | 10011 | |
| Dr Torzsa Peter Bt | Tatra u 11 | | | Budapest | | 1136 | HU |
| DreamHost | Attn General Counsel | 135 S State College Blvd | | Brea | CA | 90821 | |
| Dries, K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Driftaway Inc | Attn General Counsel | 37 Greenpoint Ave E5A | | Brooklyn | NY | 11222 | |
| Dropbox Inc | Attn General Counsel | Dept LA 24086 | | Pasadena | CA | 91185-4086 | |
| Earnest Inc | Attn General Counsel | 3001 19th Street | | San Francisco | CA | 94110 | |
| Emprese Cedente | Nameaction Brasil Ltda Al Joaquim | Eugenio de Lima 881 J Paulista | Av das Nacoes Uds 12901cj 1 201 | Sao Paulo | | 01403-001 | BR |
| EnterNet 2001 Kft | Attn General Counsel | Vaci ut 188 | | Budapest | | 1138 | HU |
| Euclid Managers LLC | Attn General Counsel | 2345 Grand Blvd Suite 1150 | | Kansas City | MO | 64108 | |
| EVERBANK COMMERCIAL FINANCE INC | 10 Waterview Boulevard | | | Parsippany | NJ | 07054-0000 | |
| F451 Media Editora Ltda | Attn General Counsel | Rua Amauri 40 | | Jardim Europa | CEP | 01448-000 | BR |
| Facebook Inc | Attn General Counsel | 1 Hacker Way | | Menlo Park | CA | 94025 | |
| Facebook Ireland Limited | Attn General Counsel | 1 Hacker Way | | Menlo Park | CA | 94025 | |
| Faircloth, K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Fastly, Inc. | Attn: General Counsel | P.O. Box 78266 | | San Francisco | CA | 94107 | |
| FCG Advisors LLC | One Main Street Suite 202 | | | Chatham | NJ | 07928-0000 | |
| Federal Insurance Company | DeWitt Stern Group Inc | Attn General Counsel | 160 Federal Street | Boston | MA | 02110-0000 | |
| Federal Insurance Company | DeWitt Stern Group Inc | 420 Lexington Avenue | Suite 2700 | New York | NY | 10170 | |
| Ferenc, S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Fidelity Investments | One Destiny Way | Mailzone WA2L | | Westlake | TX | 76262 | |
| Fluxmob LLC | Attn General Counsel | 16381 Fairway Ln | | Huntington Beach | CA | 92649 | |
| Framebridge Inc | Attn General Counsel | 4501 Forbes Blvd | Suite 6 | Lanham | MD | 20706 | |
| FREEDOMPOP | Attn General Cousnel | co STS Media Inc | 11301 Olympic Blvd 112 | Los Angeles | CA | 90064 | |
| Future Publishing Limited | Attn General Counsel | Quay House The Ambury | | Bath | | BA1 1UA | UK |
| Future Publishing Limited | Attn General Counsel | Beauford Court | 30 Monmouth Street | Bath | | BA1 2BW | UK |
| Galloway Ashton | 343 Gold St | 412 | | Brooklyn | NY | 11201 | |
| Geek Fuel LLC | Attn General Counsel | 2900 Fox Street | | Denver | CO | 80202 | |
| Getty Images US Inc | Attn General Counsel | 75 Varick Street | 5th Floor | New York | NY | 10013 | |
| GitHub Inc | Attn General Counsel | 88 Colin P Kelly Jr St | | San Francisco | CA | 94107 | |
| GlobalSign | Two International Drive | Suite 150 | | Portsmouth | NH | 03801-0000 | |
| Globalway Participacoes Ltda | Rua Campo Verde 61 | 6 andar CEP 01456 101 | | Jardim Paulistano  SP | | | BR |
| Golden Solutions | 928 Broadway Suite 900 | | | New York | NY | 10010 | |
| Gordon, W. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Gorilla Nation Media LLC | Attn Walder Amaya | 5140 W Goldleaf Circle | 3rd Floor | Los Angeles | CA | 90056 | |
| Grayson, N. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Graze Inc | Attn General Counsel | 25 Colony Rd | | Jersey City | NJ | 07305-0000 | |
| Green Fox Academy | Attn General Counsel | Csorsz utca 41 | | Budapest | | 1124 | HU |
| GroupDynamics Kft | Attn General Counsel | Zibhy Geza u 10 | | Budapest | | 1146 | HU |
| Gunnar Optiks | 2236 Rutherford Road | Suite 123 | | Carlsbad | CA | 92008 | |
| HackerOne | 535 Mission Street | | | San Francisco | CA | 94105 | |
| Handycom | Attn General Counsel | 33 West 19th St | 6th Fl | New York | NY | 10011 | |
| Happ Socks AB | Attn General Counsel | 12 14 Kungsgatan | | Stockholm | | 11135 | SE |
| Happy Socks | Attn General Counsel | Kungsgatan 12 | | Stockholm | | 11135 | SE |
| Hardigree, M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| HelloFresh | Attn General Counsel | 85 Broad St | 18th Floor | New York | NY | 10004 | |
| Henry, A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Hey Gorgeous | 270 West 38th Street | Suite 2000 20th floor | | New York | NY | 10018 | |
| Hostgatorcom LLC | Attn General Counsel | 2500 Ridgepoint Drive | | Austin | TX | 78754 | |
| Huckberry | 290 Utah Street | | | San Francisco | CA | 94103 | |
| IDrive Inc | 26115 Mureau Rd | | Suite A | Calabasas | CA | 91302 | |
| Incisive VNU Limited | dba Incisive Incisive Ltd | 32 34 Broadwick Street | | London | | W1A 2HG | UK |
| Index Exchange Inc | Attn Joe Casale | 74 Wingold Ave | | Toronto | ON | M6B 1P5 | CA |
| Infobahn Inc | Attn General Counsel | 1 22 7 Dogenzaka | | Shibuya ku Tokyo | | | JP |
| Ingram Yuzek Gainen Carroll | & Bertolotti LLP | Attn David G Ebert | 250 Park Avenue 6th Floor | New York | NY | 10177 | |
| Inkkas | Attn General Counsel | 38 E 29th Street | | New York | NY | 10016 | |
| Integral Ad Science Inc | Attn General Counsel | 95 Morton Street | 8th Floor | New York | NY | 10014 | |
| InVisionApp | Attn General Counsel | 41 Madison Ave | | New York | NY | 10010 | |
| IseeQ Kft | Attn General Counsel | Madach Imre ut 13 14 | B7 | Budapest | | 1075 | HU |
| James Bit Design | Attn General Counsel | 130 E 36th St | Apt 2 | New York | NY | 10016 | |
| JapanCrate | Attn General Counsel | 2037 Irving Street | 228 | San Francisco | CA | 94122 | |
| Kargo Global Inc | Attn General Counsel | 36 E 12th Street 6th Floor | | New York | NY | 10003 | |
| Karma Mobility Inc | Attn General Counsel | 568 Broadway | 11th Fl | New York | NY | 10012 | |
| Kawartha Outdoor | Attn General Counsel | 355 La Fata St | Unit C | St Helena | CA | 94574 | |
| Kid Thursday LLC dba Status Audio | Attn General Counsel | 9 Binney Lane | | Old Greenwich | CT | 06870-0000 | |
| Kixer | 4001 W Alameda Ave Suite 100 | | | Burbank | CA | 91505 | |
| Kolozsvari, T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Krux Digital Inc | Attn General Counsel | 181 South Park | Suite 200 | San Francisco | CA | 94107 | |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 5

Exhibit A
Supplemental Service List
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| LaFauci, M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Laszlo, B. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee, K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Leesacom | 3704 Pacific Avenue | Suite 200 | | Virginia Beach | VA | 23451 | |
| LendingTree LLC | Attn General Counsel | 11115 Rushmore Drive | | Charlotte | NC | 28277 | |
| LexisNexis co RELX Inc | 555 Middlecreek Parkway | | | Colorado Springs | CO | 80921 | |
| Lifesize Cloud | 1601 S MoPac Expy Suite 100 | | | Austin | TX | 78746 | |
| Lifesize Inc | 1601 S Mopac Expressway | Suite 100 | | Austin | TX | 78746 | |
| Linked Sro | Attn General Counsel | 92501 Slovensko | | MatuSkovo | | 41 | SK |
| LiveIntent Inc | Attn General Counsel | 100 Church St | 7th Floor | New York | NY | 10007 | |
| LiveRail Inc | Attn LegalContracts | 1601 Willow Road | | Menlo Park | CA | 94025 | |
| Logentries | 34 Farnsworth Street | | | Boston | MA | 02210-0000 | |
| LOLA | Attn General Counsel | 41 Union Sq W | Suite 301 | New York | NY | 10003 | |
| LongTail Ad Solutions Inc | Attn David Otten | 8 W 38th St | | New York | NY | 10018 | |
| Lucas, J. M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lucidchart | Attn General Counsel | 10808 South Riverfront Parkway | Building 14 | South Jordan | UT | 84095 | |
| Lyft | 548 Market Street | Suite 68514 | | San Francisco | CA | 94104 | |
| Lynn, A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Madison Plus Select Inc | Attn General Counsel | 270 West 38th | Suite 1102 | New York | NY | 10018 | |
| Magyar Telekom | Attn General Counsel | Krisztina krt 55 | | Budapest | | 1013 | HU |
| Magyar Telekom Nyrt | 1013 Budapest Krisztina krt 55 | pf 512 | | Budapest | | 1519 | HU |
| Market Halsey Urban Renewal LLC | 165 Halsey Street | Aka 109 131 Market Street | 9th Floor | Newark | NJ | 07102-0000 | |
| Market Halsey Urban Renewal LLC | Attn David J Jemail Esq | 110 West 34th Street | 9th floor | New York | NY | 10001 | |
| Market Halsey Urban Renewal LLC | co JJ Operating Inc | 112 West 34th St | Suite 2106 | New York | NY | 10120 | |
| MarkMonitor Inc | Attn General Counsel | 45 Fremont Street | Suite 1400 | San Francisco | CA | 94105 | |
| Mediagene Inc | Attn General Counsel | 23 2 Maruyama cho 6th Floor | | Shibuya ku Tokyo | | | JP |
| Mediagene Inc fka Infobahn Inc | Attn General Counsel | 1 22 7 Dogenzaka 9th Floor | | Shibuya ku Tokyo | | | JP |
| MediaLink LLC | Attn Wenda Harris Millard | 90 Park Avenue | 20th Floor | New York | NY | 10016 | |
| MediaMind Technologies Inc | Attn General Counsel | 1633 Broadway | | New York | NY | 10019 | |
| Menegus, B. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Merch Direct LLC | Attn President | 54 Drexel Drive | | Bay Shore | NY | 11706 | |
| Merchant Importacao Exportacao | e Comercio LTDA  ME | Rua Ministro Gastao Mesquita | 43 cnj 902 Perdizes | Sao Paulo | | | BR |
| MeUndies | Attn General Counsel | 5909 Blackwelder St | | Culver City | CA | 90232 | |
| Ministry of Supply | Attn General Counsel | 105 South St | | Boston | MA | 02111-0000 | |
| Moat Inc | Attn General Counsel | 162 5th Avenue | 11th Floor | New York | NY | 10011 | |
| Moat Inc | Attn General Counsel | 126 5th Avenue | 7th Floor | New York | NY | 10011 | |
| Mobiles Republic Inc | Attn General Counsel | 210 Elizabeth St 3rd floor | | New York | NY | 10012 | |
| Morrison Cohen LLP | David A Cohen | 909 Third Avenue | | New York | NY | 10022-4784 | |
| Mott & Bow | 29 7th Ave South | | | New York | NY | 10014 | |
| Movement Ventures LLC | 86 West Main Street | | | Lehi | UT | 84043 | |
| MoviePass | 175 Varick Street Suite 604 | | | New York | NY | 10012 | |
| MVMT Watches | Attn General Counsel | 6041 Bristol Parkway | Suite 100 | Culver City | CA | 90230 | |
| Nameaction BR Serv de Inter Ltd ME | Terra Networks Brasil SA | Ctro Empresarial Nacoes Uds Tor N | Av Nacoes Unidas 12901 cj 1201 | Sao Paulo | | 04578-000 | BR |
| Nameaction Brasil Ltda | Alameda Joaquim Eugenio | de Lima 881 | Jardim Paulista | São Paulo | | 01403-001 | BR |
| Nameaction Brasil Ltda | Ctro Empresarial Nacoes Uds Tor N | Avenida das Nacoes Unidas | 12901cj 1 201 | Sao Paulo | | 04578-000 | BR |
| NameAction Inc | Av Providencia 201 Office 22 | | | Santiago | | | CL |
| Natl Union Fire Ins Co | of Pittsburgh PA | 32 Old Slip Financial Square | | New York | NY | 10005 | |
| NatureBox | Attn General Counsel | 1052 Commercial St | | San Carlos | CA | 94070 | |
| Nervora Digital Media Group FZ LLC | Block 3 | Loft Office Building | Al Sufouh Road | Dubai Media City | | | UAE |
| NetMediaEurope | Attn  General Counsel | 60 Rue Caumartin | | Paris | | 75009 | FR |
| Netsuite Inc | Attn General Counsel | 2955 Campus Drive | Suite 100 | San Mateo | CA | 94403-2511 | |
| Netus Media Pty Limited | dba Allure Media Pty Ltd | 52 Alfred Street | Level 10 | Milsons point | NSW | 2061 | AU |
| Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas | Attn: General Counsel | PO Box 912816 | | Denver | CO | 80291 | |
| Neveu, C. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| New Relic | Attn General Counsel | 188 Spear Street | Suite 1200 | San Francisco | CA | 94105 | |
| NewsCredInc | Attn General Counsel | 27 W24th Street | Suite 505 | New York | NY | 10010 | |
| Nielsen Company US LLC | Attn General Counsel | 890 Hillview Court | Suite 300 | Milpitas | CA | 95035 | |
| OCP Collective Corp dba Adcade Inc | Attn General Counsel | 110 5th Avenue | 5th Floor | New York | NY | 10011 | |
| Ole Media Management LP | dba Jingle Punks | 266 King Street West | Suite 500 | Toronto | ON | M5V 1H8 | CA |
| Operative Media Inc | 6 East 32nd Street | 3rd Floor | | New York | NY | 10016 | |
| Oppenheim Ugyvedi Iroda | Attn General Counsel | Karolyi Mihaly u 12 | | Budapest | | 1053 | HU |
| Oriole Media Corporation | dba Juice Mobile | 315 W 36th St | | New York | NY | 10018 | |
| Owen & Fred Corp | Attn General Counsel | 61 Greenpoint Ave | 6th Floor | Brooklyn | NY | 11222 | |
| PACER Service Center | Attn: General Counsel | P.O Box 71364 | | Philadelphia | PA | 19176-1364 | |
| Pacific Shaving Company | Attn: General Counsel | PO Box 590022 | | San Francisco | CA | 94159 | |
| Parachute Home | Attn General Counsel | 54 Paloma Ave | | Venice | CA | 90291 | |
| Parse LLC | Attn General Counsel | 1601 Willow Road | | Menlo Park | CA | 94025 | |
| Parsely Inc | Attn General Counsel | 989 Avenue of the Americas | Third Floor | New York | NY | 10018 | |
| PAX Labs Inc | 660 Alabama St 2nd Fl | | | San Francisco | CA | 94110 | |
| Percona Inc | Attn General Counsel | 2300 Benson Rd S | B85 | Renton | WA | 98055 | |
| Perfect World Entertainment 1236 | 101 Redwood Shores Parkway | Suite 400 | | Redwood City | CA | 94065 | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Pineda, D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Pixel Media Asia Limited | Attn General Counsel | Two Landmark East 100 How Ming St | Suites 2601 02 26 Fl | Kwun Tong Kowloon | | | HK |
| Platinum Rye LLC | Attn General Counsel | 150 Fifth Avenue | 3rd Floor | New York | NY | 10011 | |
| Pop Chart Lab | Attn General Counsel | 325 Gold Street | Suite | Brooklyn | NY | 11201 | |
| Poprageous | Attn General Counsel | 915 Mateo Street | 302 | Los Angeles | CA | 90021 | |
| Press Association Inc | 450 West 33rd Street | | | New York | NY | 10001 | |
| Puro Sound Labs LLC | Attn General Counsel | 1952 Thomas Ave | | San Diego | CA | 92109 | |
| Quantcast Corporation | Attn Legal Department | 201 Third Street | 2nd Floor | San Francisco | CA | 94103 | |
| Quantcast International Limited | Glandore Business Centres | Fitzwilliam Hall | Fitzwilliam Place | Dublin 2 | | | IE |
| Quench USA Inc | Attn General Counsel | 780 5th Avenue | Suite 200 | King Prussia | PA | 19406 | |
| Quip NYC Inc | Attn General Counsel | 175 Varick St | | New York | NY | 10014 | |
| Rainbow Broadband Inc | Attn Customer Care Center | 14 Penn Plaza | Suite 2100 | New York | NY | 10122 | |
| Razorfish | Attn General Counsel | 27 01 Queens Plaza North | 3rd Floor Mail Room | Long Island City | NY | 11101 | |
| Rhone Apparel Inc | Attn General Counsel | 59 Grove St | Ste 1H | New Canaan | CT | 06820-0000 | |
| Risk Strategies Company | Attn General Counsel | 160 Federal Street | | Boston | MA | 02110-0000 | |
| Salesforcecom Inc | The Landmark @ One Market | Suite 300 | | San Francisco | CA | 94105 | |
| Sanche, M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| SeatGeek | Attn General Counsel | 235 Park Avenue S | Floor 12 | New York | NY | 10003 | |
| Sentry | 1 Baker Street | Suite 5B | | San Francisco | CA | 94117 | |
| SEOmoz Inc | Attn Legal Department | 1100 2nd Avenue Suite 500 | | Seattle | WA | 98101 | |
| Shopify | Attn Legal Department | 150 Elgin Street Suite 800 | | Ottawa | ON | K2P 1L4 | CA |
| Shoretel Sky | 1385 Broadway | 7th Floor | | New York | NY | 10018 | |
| Shutterstock Inc | Empire State Building | 350 Fifth Ave | 21st Fl | New York | NY | 10118 | |
| Silicon Valley Bank | Attn General Counsel | 3003 Tasman Drive | | Santa Clara | CA | 95054 | |
| Simplereach Inc | Attn General Counsel | 41 W 25th St | 8th Floor | New York | NY | 10010 | |
| SkimBit LTD | Attn General Counsel | Transworld House 100 City Road | | London | | EC1Y 2BP | UK |
| Slack | Attn Legal Department | Slack Technologies Inc | 155 5th Street | San Francisco | CA | 94103 | |
| SmartFX | 601 NE 36th street | | | Miami | FL | 33137 | |
| SmartFX co Brainy Labs LLC | Attn General Counsel | 3470 East Coast Ave | | Miami | FL | 33137 | |
| SmartNews | Attn Rich Jaroslovsky | 717 Market Street Suite 100 | | San Francisco | CA | 94103 | |
| SmartNews Inc | Attn General Counsel | Jingumae Dai 23 Building 3F 6 25 16 | | Shibuya ku Tokyo | | 150-0001 | JP |
| SocialFlow Services | 52 Vanderbilt Ave 12th Floor | | | New York | NY | 10017 | |
| Soundfreaq | Attn General Counsel | 1319 S Ogden Drive | | Los Angeles | CA | 90019 | |
| Specless Inc | Attn General Counsel | 643 W Wellington | Ave 5 | Chicago | IL | 60657 | |
| Specless LLC | Attn Stephen Corby | 116 West Illinois Street | Suite 5E | Chicago | IL | 60654 | |
| Spicy Media Editora LTDA | Attn General Counsel | Rua Amauri 40 | | Jardim Europa | CEP | 01448-000 | BR |
| Spicy Media Editora LTDA | Attn General Counsel | Avenida Reboucas 227 | | Cerqueira Cesar | CEP | 05401-000 | BR |
| SpruceWares | Attn. General Counsel | PO Box 343 | | Deer Isle | ME | 04627 | |
| Squarespace Inc | Attn General Counsel | 459 Broadway | | New York | NY | 10013 | |
| Stackcommerce | Attn General Counsel | 21 Market St | | Venice | CA | 90291 | |
| Steinbach, J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Stowaway Cosmetics | Attn General Counsel | 1 State St FL 25 | | New York | NY | 10004 | |
| Strategic Advisers, Inc. c/o Fidelty Ivestments - ECM | Attn: Administrative Team | Client Services Relationship Manager | PO BOX 770001 | Cincinnati | OH | 45277 | |
| Strategic Advisors Inc | Attn General Counsel | 82 Devonshire Street | | Boston | MA | 02109-0000 | |
| Submersive Media | Attn General Counsel | 580 Broadway 905 | | New York | NY | 10012 | |
| Suzy Kuzy LLC | Attn General Counsel | 427 N Tatnail St | 48918 | Wilmington | DE | 19801 | |
| Taboola Inc | Attn General Counsel | 28 West 23rd Street 5th Fl | | New York | NY | 10010 | |
| TBWA Worldwide Inc | dba TBWAMEDIA ARTS LAB | 12539 Beatrice St | | Los Angeles | CA | 90066 | |
| Technorati Inc | Attn General Counsel | 995 Market Street 2nd Floor | | San Francisco | CA | 94103 | |
| Terra Networks Brasil SA | Ctro Empresarial Nacoes Uds Tor N | Avenida das Nacoes Unidas | 12901cj 1 201 | Sao Paulo | | 04578-000 | BR |
| TGT | Attn General Counsel | 63 Flushing Ave | | Brooklyn | NY | 11206 | |
| The Nielsen Company US LLC | Attn General Counsel | 85 Broad Street | | New York | NY | 10004 | |
| The Rubicon Project Inc | Attn Legal Department | 12181 Bluff Creek Drive | 4th Floor | Los Angeles | CA | 90094 | |
| The Sasquatch Soap Co LLC | dba Dr Squatch | 316 California Ave | 938 | Reno | CA | 89509 | |
| The Slate Group LLC | Attn General Counsel | 1350 Connecticut Aven NW Suite 410 | | Washington | DC | 20036 | |
| The Space Matters | Attn Zsolt Bako | Zrinyi utca 5 | | Szeged | | 6720 | HU |
| The Space Matters | Attn General Counsel | Retek utca 16 2 em 10 | | Szeged | | 6723 | HU |
| The Status Audio | Attn General Counsel | 175 Varick Street 8th Floor | | New York | NY | 10014 | |
| Thomson Reuters | West Publishing Corporation | Attn General Counsel | 610 Opperman Drive | St Paul | MN | 55164-1803 | |
| Time Shred Services Inc | 628 W 45th Street | | | New York | NY | 10037 | |
| Time Warner Cable Enterprises LLC | Attn General Counsel | 3179 Erie Blvd E | | Syracuse | NY | 13214 | |
| Times Internet Limited | Attn General Counsel | 10 Darya Ganji | | New Delhi | | 110002 | IN |
| Times Internet Limited | MPD Tower DLF City | Phase V | Opposite DLF Golf Course | Guaragon | Haryana | 122002 | IN |
| TokyoTreat Ltd | Attn General Counsel | Minato Ku Mita 3 2 21 103 | | Tokyo | | 108-0073 | JP |
| Tremor Video Inc | 1501 Broadway 801 | | | New York | NY | 10036 | |
| Trinet HR Corporation | Attn General Counsel | 1100 San Leandro Blvd | Suite 400 | San Leandro | CA | 94577 | |
| Tushy LLC | Attn Monica Pereira | 601 W 26th St 325 | | New York | NY | 10001 | |
| TVEyes Inc | Attn General Counsel | 1150 Post Road | | Fairfield | CT | 06824-0000 | |
| UCMS Group Hungary Kft | Attn Bela Kakuk | Hermina ut 17 4th floor | | Budapest | | 1146 | HU |
| Udemycom | Attn General Counsel | 600 Harrison St 3rd Floor | | San Francisco | CA | 94107 | |
| Unimerica Life Insurance Co NY | Attn General Counsel | 1 Penn Plaza | 8th Floor | New York | NY | 10119 | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Union Bond and Trust Company | 1300 SW Fifth avenue Suite 3300 | | | Portland | OR | 97201 | |
| VNU Business Media Europe Limited | Attn  General Counsel | 32 34 Broadwick Street | | London | | W1A 2HG | UK |
| Vook Inc | 229 W 43rd St 8th Floor | | | New York | NY | 10036 | |
| Waves Gear LLC | Attn General Counsel | 203 N Lasalle St | M5 | Chicago | IL | 60601 | |
| Waves Gear LLC | Attn General Counsel | 1408 Grant St | | Calistoga | CA | 94515 | |
| WavesGear | Attn Blake Macleod | 355 La Fata St Unit C | | St Helena | CA | 94574 | |
| Weldon, M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| WEST PUBLISHING CORPORATION | Attn General Counsel | 610 Opperman Drive | | St Paul | MN | 55164-1803 | |
| WeWork | Attn General Counsel | 156 2nd Street | | San Francisco | CA | 94105 | |
| Wine Awesomeness x | Attn General Counsel | 270 Lafayette | Suie 1105 | New York | NY | 10012 | |
| WiTopia | 11654 Plaza America Drive 316 | | | Reston | VA | 20190-4700 | |
| Wrights Media LLC | Attn Richard Wright | 2407 Timberloch Place B | | The Woodlands | TX | 77380 | |
| Writers Guild of America East | 250 Hudson Street Suite 700 | | | New York | NY | 10013 | |
| Zapier Inc | 243 Buena Vista Ave 508 | | | Sunnyvale | CA | 94086 | |

**Exhibit B**

SRF 10093

ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Marc B. Roitman
Kristina K. Alexander
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :   Case No. 16-11700 (SMB)
                                                      :
          Debtors.                                    :   (Jointly Administered)
                                                      :
-------------------------------------------------------x

**NOTICE OF (A) SOLICITATION OF BIDS TO PURCHASE SUBSTANTIALLY
ALL THE DEBTORS' ASSETS, (B) AUCTION AND (C) SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 13, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling A Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja's offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Sale Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[2]

        2.      As outlined in the Sale Motion, the Debtors have agreed upon the terms of a Stalking Horse APA with the Stalking Horse Bidder and will seek capable and willing bidders for all or substantially all of the Debtors' assets (the "Acquired Assets") prior to the Auction date as provided in the Sale Motion and the Bidding Procedures Order (defined below). The proposed sale shall be free and clear of liens, claims, interests and other encumbrances, with all such liens, claims, interests and other encumbrances attaching with the same validity and priority to the sale proceeds. The Stalking Horse Bidder has committed to assume certain liabilities of the Debtors solely to the extent set forth in the Stalking Horse APA.

        3.      On July 8, 2016, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts* (the "Bidding Procedures Order") [Docket No. 82]. The Bidding Procedures Order approved, among other things, the Debtors' performance of certain pre-closing obligations under the Stalking Horse APA and the Bidding Procedures, which

---

[2] Capitalized terms not otherwise defined herein have the meanings given them in the Sale Motion.

specify, among other things, procedures under which interested parties may submit a "Qualified Bid" to purchase the Acquired Assets. All interested parties are invited to submit a Qualified Bid pursuant to the terms of the Bidding Procedures.

4. You may obtain a copy of the Bidding Procedures Order, the Bidding Procedures, and the Stalking Horse APA by: (a) sending a written request to the Debtors' counsel, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Marc B. Roitman (marc.roitman@ropesgray.com); or (b) accessing the website maintained by the Debtors' claims and noticing agent, Prime Clerk, at http://cases.primeclerk.com/gawker.

5. The Bidding Procedures establish **August 15, 2016 at 5:00 p.m. (Prevailing Eastern Time)** as the deadline by which all Qualifying Bid Documents and Qualified Bids must be actually received by the Debtors' investment banker and legal advisors, as set forth in the Bidding Procedures (the "Bid Deadline").

6. In the event the Debtors timely receive, on or before the Bid Deadline, one or more Qualified Bids in addition to the Stalking Horse APA, the Debtors shall conduct an Auction at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, on **August 16, 2016 at 10:00 a.m. (Prevailing Eastern Time)** or such later time on such day or such other place as the Debtors notify all Qualified Bidders.

7. If no Qualified Bids (other than the Stalking Horse Bid) are received by the Bid Deadline, then the Stalking Horse Bidder will be deemed the Successful Bidder, the Stalking Horse APA will be the Successful Bid, and, at the Sale Hearing, the Debtors will seek final Bankruptcy Court approval of the sale of the Acquired Assets to the Stalking Horse Bidder in accordance with the terms of the Stalking Horse APA.

8. The Sale Hearing will be held in the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004-1408, on **August 18, 2016 at 2:00 p.m. (Prevailing Eastern Time)** or such other date and time that the Bankruptcy Court may later direct.

9. Objections to the relief sought in the Sale Order, if any, must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules and any orders of the Court; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; (iv) be filed with the Court no later than **August 5, 2016 at 4:00 p.m. (Prevailing Eastern Time)** (the "Sale Objection Deadline"); provided, that if and only if the Stalking Horse Bidder is **not** the Successful Bidder for the Debtors' assets, counterparties to the Debtors' Non-Residential Leases and Other Executory Contracts shall have until **August 18, 2016 at 12:00 p.m. (Prevailing Eastern Time)** to object to the assumption and assignment of a Non-Residential Lease or Other Executory Contract *solely on the issue of whether the Successful Bidder or Back-Up Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code*; and (v) be served so as to be actually received no later than the Sale Objection Deadline, as applicable, by the following parties (the "Objection Notice Parties"): (a) the Debtors: Gawker Media Group, Inc., 114 Fifth Avenue, 2d Floor, New York, New York 10011; Attn: Heather Dietrick; (b) counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Attn: Gregg M. Galardi, Esq. and Jonathan P. Gill, Esq.; (c) the proposed investment banker to the Debtors, Houlihan Lokey, Inc., 111 South Wacker Drive, 37th Floor, Chicago, Illinois, 60606; Attn: Reid Snellenbarger; (d) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014; Fax: (212) 668-2255; (e) counsel to

the official committee of unsecured creditors, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017; Attn: Sandeep Qusba, Esq. and William T. Russell, Jr., Esq.; and (f) counsel to the Stalking Horse Bidder, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; Attn: Michael H. Torkin, Esq. and Alexa J. Kranzley, Esq., Fax: (212) 291-9376.

10. On or before July 15, 2016, the Debtors shall file with the Court and serve via first class mail the Cure Notice on all non-Debtor counterparties to all Non-Residential Leases and Other Executory Contracts, and their respective known counsel, and provide a copy of same to the Stalking Horse Bidder. Upon request by a counterparty under any Non-Residential Lease or Other Executory Contract, the Debtors shall serve, by electronic mail, the evidence of adequate assurance of future performance under the Non-Residential Leases and Other Executory Contracts provided by the Stalking Horse Bidder. Objections, if any, to the proposed assumption and assignment of any Non-Residential Lease or Other Executory Contract or to the cure amount proposed with respect thereto must: (i) be in writing, (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules and any order orders of the Court, (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed cure amount, the correct cure amount alleged by the objecting counterparty, together with any applicable and appropriate documentation in support thereof and (iv) be filed with the Court and served so as to be actually received by the Objection Notice Parties before the Sale Objection Deadline.

11. Promptly following the Debtors' selection of the Successful Bidder and the Back-Up Bidder, if any, at the conclusion of the Auction, the Debtors shall announce the Successful Bidder and the Back-Up Bidder, if any, and shall file with the Court a notice of the

Successful Bidder and the Back-Up Bidder, if any. If and only if the Stalking Horse Bidder is **not** the Successful Bidder for the Debtors' assets, counterparties to the Debtors' Non-Residential Leases and Other Executory Contracts shall have until **August 18, 2016 at 12:00 p.m. (Prevailing Eastern Time)** to object to the assumption and assignment of a Non-Residential Lease or Other Executory Contract *solely on the issue of whether the Successful Bidder or Back-Up Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code*. For the avoidance of doubt, if the Stalking Horse Bidder is the Successful Bidder, all adequate assurance objections must be filed by the Sale Objection Deadline.

12. The Auction or the Sale Hearing or both may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court or on the Bankruptcy Court's docket.

13. *Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Acquired Assets as approved by the Sale Order, and (iii) shall be deemed to "consent" for purposes of section 363(f)(2) of the Bankruptcy Code*.

Dated: July 11, 2016
     New York, New York

                                                */s/  Gregg M. Galardi*
                                                ROPES & GRAY LLP
                                                Gregg M. Galardi
                                                Jonathan P. Gill
                                                Marc B. Roitman
                                                Kristina K. Alexander
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Telephone: (212) 596-9000
                                                Facsimile: (212) 596-9090
                                                Email: Gregg.Galardi@ropesgray.com
                                                            Jonathan.Gill@ropesgray.com
                                                           Marc.Roitman@ropesgray.com
                                                           Kristina.Alexander@ropesgray.com

                                                *Counsel to the Debtors*
                                                *and Debtors in Possession*

 

                   If you have questions about this notice, please call
         (855) 639-3375 (domestic toll-free), (917) 651-0323 (international),
                      email gawkerinfo@primeclerk.com, or
                   visit https://cases.primeclerk.com/gawker.