## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of August, 2016, I caused a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of 114 Fifth Owner LP to Debtors' Proposed Assumption and Assignment of 114 Fifth Avenue Lease* to be served by (i) electronic mail via the Court's ECF system to all parties registered and authorized to receive electronic notice in this case (ii) by email to all parties appearing on the Master Service List dated August 3, 2016 and (iii) via overnight courier and by email (where available) to all Objection Notice Parties appearing on Service List below.

*/s/ Trevor Hoffmann*
Trevor Hoffmann

## OBJECTION NOTICE PARTIES
## SERVICE LIST

Gawker Media Group, Inc.
Attn: Heather Dietrick
114 Fifth Avenue, 2nd Floor
New York, NY  10011

Ropes & Gray LLP
Attn: Gregg M. Galardi and Jonathan Gill
1211 Avenue of the Americas
New York, NY  10036

Houlihan Lokey, Inc.
Attn: Reid Snellenbarger
123 North Wacker Drive, 4th Floor
Chicago, IL  60606

Office of the United States Trustee
Southern District of New York
Attn: Greg M. Zipes
201 Varick Street, Suite 1006
New York, NY  10014

Sullivan & Cromwell LLP
Attn: Michael Torkin and Alexa Kranzley
125 Broad Street
New York, NY  10004

Sandeep Qusba
William T. Russell
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017