**BROWN RUDNICK LLP**
Andrew P. Strehle
Thomas J. Phillips
Jill C. Wexler
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for Superdry Wholesale, LLC and Superdry Retail, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GAWKER MEDIA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Jill C. Wexler, certify that I am a member in good standing of the bar in the Commonwealth of Massachusetts and request admission *pro hac vice* before the Honorable Stuart M. Bernstein, to represent Superdry Wholesale, LLC and Superdry Retail, LLC in the above-referenced cases. My office and email address, and my telephone and fax numbers are:

Jill C. Wexler, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201
jwexler@brownrudnick.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: August 16, 2016
Boston, Massachusetts

/s/ Jill C. Wexler
Jill C. Wexler

62539588

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.