**BROWN RUDNICK LLP**
Andrew P. Strehle
Thomas J. Phillips
Jill C. Wexler
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for Superdry Wholesale, LLC and*
*Superdry Retail, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GAWKER MEDIA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

# ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jill C. Wexler, to be admitted, *pro hac vice*, to represent Superdry Wholesale, LLC and Superdry Retail, LLC ("Superdry") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Jill C. Wexler, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Superdry, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: <u>August 16th</u>, 2016

New York, New York  /s/  <u>STUART M. BERNSTEIN</u>
UNITED STATES BANKRUPTCY JUDGE