**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GAWKER MEDIA LLC, et al.,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　I, Peter M. Gilhuly, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Univision Communications Inc. in the above referenced bankruptcy proceeding.

　　　*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Central District of California, and the U.S. Court of Appeals for the Ninth Circuit.

　　　I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: August 17, 2016
       New York, New York

LATHAM & WATKINS LLP

*/s/ Peter M. Gilhuly*
Peter M. Gilhuly
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Peter.Gilhuly@lw.com

*Counsel for Univision Communications Inc.*