**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GAWKER MEDIA LLC, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Peter M. Gilhuly, to be admitted, *pro hac vice*, to represent Univision Communications Inc. in the above referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Central District of California, and the U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Peter M. Gilhuly, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent Univision Communications Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                     UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.