**LATHAM & WATKINS LLP**
Peter M. Gilhuly (*pro hac vice pending*)
Marc A. Zelina
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200

*Counsel for Univision Communications Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GAWKER MEDIA LLC, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Univision Communications Inc., and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone and facsimile numbers:

> Marc A. Zelina, Esq.
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Telephone: (212) 906-1200<br>
Facsimile: (212) 751-4864<br>
Email: Marc.Zelina@lw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of Univision Communications Inc., including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Univision Communications Inc. may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
August 17, 2016

LATHAM & WATKINS LLP

By: */s/ Marc A. Zelina*
Marc A. Zelina
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Email: marc.zelina@lw.com

*Counsel for Univision Communications Inc.*