ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
|  |  |
| :--- | :--- |
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*,1 | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 21, 77, 82, 179** |

---------------------------------------------------------x

**NOTICE OF FILING OF FINAL TRANSCRIPT OF AUCTION
HELD AUGUST 16, 2016 FOR THE
SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that on June 13, 2016, Gawker Media LLC, Gawker Media

Group, Inc. and Kinja Kft., as debtors and debtors in possession in the above-captioned chapter

11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for (I) an Order (A) Authorizing*

*and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing*

*and Approving the Debtors Entry Into and Assumption of the Stalking Horse Asset Purchase*

*Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving*

---

1 The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Claims, Liens, Rights, Interests And Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Sale Motion"),[2] seeking authorization and approval of sale and bidding procedures (the "Bidding Procedures") for substantially all of the Debtors' assets (the "Assets") and attaching a proposed order approving the sale of the Assets (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2016, the Debtors filed revised proposed Bidding Procedures, which is attached as Exhibit A to the *Notice of Filing of (I) Revised Bidding Procedures, a Revised Bidding Procedures Order, and a Revised Sale Order; and (II) First Amendment to Asset Purchase Agreement*, [Docket No. 77].

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2016, the Debtors filed a revised proposed Sale Order (the "Revised Proposed Sale Order"), which is attached as Exhibit E to the *Notice of Filing of (I) Revised Bidding Procedures, a Revised Bidding Procedures Order, and a Revised Sale Order; and (II) First Amendment to Asset Purchase Agreement*.

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2016, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts* [Docket No. 82]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

58550560_3

(the "Bidding Procedures Order"), granting certain relief requested by the Sale Motion as set

forth therein, approving the Bidding Procedures and scheduling an auction (the "Auction") for

the sale of the Assets.

PLEASE TAKE FURTHER NOTICE that, on August 16, 2016, the Debtors filed a

further revised proposed Sale Order [Docket No. 179] (the "Proposed Sale Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order,

the Auction was conducted on August 16, 2016 at the offices of Ropes & Gray LLP, 1211

Avenue of the Americas, New York, NY 10036.

PLEASE TAKE FURTHER NOTICE that, in further support of the Debtors' request

for the entry of the Proposed Sale Order, the Debtors hereby submit as **Exhibit A** hereto, a true

and correct copy of the redacted final transcript of the Auction.


Dated: August 17, 2016                          */s/ Gregg M. Galardi*
       New York, New York                       ROPES & GRAY LLP
                                                Gregg M. Galardi
                                                Jonathan P. Gill
                                                Jonathan M. Agudelo
                                                Stacy A. Dasaro
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Telephone: (212) 596-9000
                                                Facsimile: (212) 596-9090
                                                gregg.galardi@ropesgray.com
                                                jonathan.gill@ropesgray.com
                                                jonathan.agudelo@ropesgray.com
                                                stacy.dasaro@ropesgray.com

                                                *Counsel to the Debtors*
                                                *and Debtors in Possession*

## Exhibit A

**Redacted Transcript of the Auction**

Page 1

1

2          UNITED STATES BANKRUPTCY COURT

           SOUTHERN DISTRICT OF NEW YORK

3

      IN RE:                        )

4                                   )

      GAWKER MEDIA, LLC,            )

5                                   )16-11700(SMB)

                                    )

6      ------------------------------)

7          (CONTAINS HIGHLY CONFIDENTIAL PORTION)

8

9              AUCTION PROCEEDINGS

10             New York, New York

11          Tuesday, August 16, 2016

12

13

14

15

16

17

18

19

20

21

22

23   Reported by:

24   Philip Rizzuti

25   JOB NO. 111338

---

Page 2

August 16, 2016
10:07 a.m.

     AUCTION PROCEEDINGS, held at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York, pursuant to order, before Philip Rizzuti, a Notary Public of the State of New York

---

Page 3

A P P E A R A N C E S :

     ROPES & GRAY
     Attorneys for Debtor
          1211 Avenue of the Americas
          New York, New York 10036
     BY:   GREGG GALARDI, ESQ.


     SULLIVAN & CROMWELL
     Attorneys for Ziff Davis
          125 Broad Street
          New York, New York 10004
     BY:   MICHAEL TORKIN, ESQ.


     LATHAM & WATKINS
     Attorneys for Univision
          355 South Grand Avenue
          Los Angeles, California
     BY:   PETER GILHULY, ESQ.

---

Page 4

A P P E A R A N C E S :

     SIMPSON THACHER & BARTLETT
     Attorneys for the Committee
          425 Lexington Avenue
          New York, New York 10017
     BY:  WILLIAM RUSSELL, ESQ.

---

Page 5

     Auction Proceedings
     MR. GALARDI:  On the record.
     For the record this is Gregg Galardi on behalf of the Gawker Media and the other debtors in this case.  This is the time and place for the auction.  What I would like to do is go through a few of the points that are raised in the bid procedures order.  I am referring to docket number 123 in the Gawker Media case which is the conformed bid procedures, and bid procedures order and the attached bid procedures.
     Very briefly I wanted to start with we did in fact as the parties here know, we did in fact receive a bid, I am going to call it Univision for this, it has been in an acquisition vehicle, but I am going to use for the sake of this auction Univision.  We received a bid from Univision last evening.  The bid was along with a wire deposit that we received by the 5 p.m. deadline.  We did not receive any other bids by the 5 p.m. deadline or afterwards.

---

Page 6

Auction Proceedings

1       Auction Proceedings
2       We did also receive the asset
3   purchase agreement and all of the other
4   documents from Univision at that period
5   of time before the 5 p.m. deadline.  So
6   we do believe, and I will go through the
7   other provisions, but we do believe that
8   we have received a higher or otherwise
9   better bid in that form.
10      I want to say to everyone here I
11  don't believe the union is coming and
12  they are not in the same room, I want to
13  remind everybody that what I am going to
14  say is going to be held strictly
15  confidential.  Obviously we have a
16  transcript, the transcript will be filed
17  with the Bankruptcy Court in further
18  support of the sale motion.
19      To the extent that I believe
20  conversations, and I would caution people
21  before they say things today to think
22  whether that is something that for the
23  benefit of the business should be in the
24  public record.  I know that when I say
25  things that I will prefer not to be in

Page 7

Auction Proceedings

1       Auction Proceedings
2   the public record I will say that I would
3   like to keep this part of the transcript
4   confidential to be for the court's eyes
5   only, and for the U.S. Trustee and for
6   the parties.
7       I know that there will be
8   questions as we go through here that will
9   ask for values of certain things and that
10  will be somewhat confidential
11  information.  As you are all aware this
12  is a very public bankruptcy and a very
13  public process and as I wake up this
14  morning knowing that the union has
15  already spoken to the press regarding the
16  assumption of the collective bargaining
17  agreement by Ziff, we expressed concerns
18  and consulted with the committee
19  regarding those concerns.  And so for
20  everybody's benefit and to realize the
21  highest and otherwise best value for the
22  company I would request people to refrain
23  or be cautious in their statements.
24      I did say to the union that they
25  can come here, certainly the union

Page 8

Auction Proceedings

1       Auction Proceedings
2   representatives can come here and be a
3   party to the public proceedings, we have
4   a room for them, I just spoke to her.
5   They are not intending to come but they
6   will be available to people and will come
7   if certain parties want to speak with
8   them.
9       With respect to the process, one
10  of the first steps under the bid
11  procedures order is to identify who will
12  be speaking today on behalf of the
13  bidder.  If there is an additional person
14  that will be speaking today on behalf of
15  the bidder they can identify themselves
16  at a subsequent time.  But right now on
17  behalf of Ziff Davis who was the stalking
18  horse bid who will be speaking on behalf
19  of Ziff Davis?
20      MR. TORKIN:  I will, Michael
21  Torkin.
22      MR. GALARDI:  We have given the
23  court reporter Michael Torkin's name, the
24  firm and he will be speaking.
25      And on behalf of Univision who

Page 9

Auction Proceedings

1       Auction Proceedings
2   will be speaking on behalf of Univision
3   today?
4       MR. GILHULY:  I will, Peter
5   Gilhuly of Latham & Watkins.
6       MR. GALARDI:  One of the first
7   requirements of the bid procedures is to
8   confirm with each of the bidders that
9   they have not engaged in any collusive
10  behavior.  So what I would ask Michael
11  Torkin to agree to is that there is no
12  agreement that a bidder, that a
13  third-party bidder or some other bidder
14  not show up today and that there is no
15  agreement that Ziff Davis has with any
16  joint venture, partnership, et cetera,
17  that has not been disclosed in the bid
18  documents?
19      MR. TORKIN:  We agree with that
20  statement.
21      MR. GALARDI:  And I would turn to
22  Mr. Gilhuly regarding the same to confirm
23  that there is no agreement that Univision
24  has with any bidder not to show up, and
25  that there is no agreement or joint

Page 10

Auction Proceedings

1
2 account or partnership or any other
3 understanding with a third-party not to
4 appear and to be at this auction that is
5 not disclosed, any other party not
6 disclosed in your bid document.
7     MR. GILHULY:  Univision agrees
8 with that statement as well.
9     MR. GALARDI:  Now there is
10 paragraph 10 of the bid procedures, of
11 the bid procedures order that required
12 the debtors, are authorized and directed
13 to perform all of their respective
14 preclosing obligations under the stalking
15 horse APA, including all obligations set
16 forth in Article 5, preclosing
17 conditions; Article 8, termination;
18 Article 9, miscellaneous.  Section 6.1,
19 cooperation; 6.4, employee matters; 6.6,
20 transfer taxes; 6.7, wage recording;
21 6.10, name changes; 6:14, schedule of
22 employees; and 6.15 schedule of
23 contracts.
24     Based on the debtor's
25 representation the debtor will represent

Page 11

Auction Proceedings

1
2 that they know of no violations of those
3 provisions, have performed their
4 obligations.
5     I would note for the record that
6 with respect to the schedule of
7 employees, there have been employee
8 changes, those were discussed with Ziff
9 Davis.  There were some terminations,
10 there were some changes and there were
11 some hiring's, they were discussed with
12 and to the extent that we were required
13 to seek consent of Ziff Davis under the
14 asset purchase agreement, stalking horse
15 asset purchase agreement we did so.
16     So what I would ask is if the
17 stalking horse bidder would confirm that
18 they too know of no violations of that
19 agreement and as to the preclosing
20 obligations based on my representation
21 and any independent information?
22     MR. TORKIN:  We are not aware of
23 anything to our knowledge.
24     MR. GALARDI:  Now I wanted to make
25 clear also with respect to the bid

Page 12

Auction Proceedings

1
2 procedures and the bidding today that
3 Ziff Davis as a result of the fact that
4 there was a qualified bid and we
5 determined that it was a baseline bid is
6 currently entitled to a breakup fee and
7 expense reimbursement.  So when we are
8 proceeding with the bidding today we are
9 proceeding with the understanding that
10 the breakup fee plus the expense
11 reimbursement which we believe will be at
12 the maximum number will be $3.725
13 million.
14     That will not deviate, that will
15 be the standard number throughout the
16 proceedings today, and my understanding
17 having talked to Ziff Davis is they will
18 be at that number, and I believe the
19 procedures say that we will use that
20 number and not deviate.  If they are
21 under that number it will go to the
22 benefit of the estate, but that will be
23 the number that we use for the bidding
24 throughout today.
25     Mr. Gilhuly is that your

Page 13

Auction Proceedings

1
2 understanding and do you accept it?
3     MR. GILHULY:  Yes.
4     MR. GALARDI:  Now with respect to
5 the bid procedures themselves I just want
6 to run through a couple of little formal
7 procedures.
8     With respect to the bid procedures
9 there is a provision that has
10 participation requirements.  The
11 participation requirements include
12 executing a confidentiality agreement, a
13 statement, supporting documentation
14 reasonably satisfactory to the debtor and
15 in consultation with the committee that
16 they have a bona fide interest, and
17 preliminary proof of the financial
18 capacity to close.
19     The debtors have consulted with
20 the committee throughout this process,
21 have determined that Univision did in
22 fact satisfy those participation
23 requirements, and so I would raise any
24 issue, does anybody have any issue; I
25 know we have consulted with the committee

Page 14

1      Auction Proceedings
2   throughout this process so we have deemed
3   them to have satisfied the requirements.
4      In addition as I mentioned already
5   they have satisfied the bid deadlines,
6   and then there are a list in the bid
7   procedures of the bid requirements to be
8   eligible to participate in the auction,
9   each bid in there, and it goes through A
10  through O. I will run through a couple
11  of these just so that everybody is clear.
12  But the debtor's determination, and again
13  the committee has been consulted on all
14  of these provisions, we do believe that
15  the bid and the entitlement of Univision
16  to participate in this auction has
17  satisfied A through O.
18      A couple of things I just want to
19  make clear are, there is a provision in D
20  that provides that the qualified bidder
21  and not the stalking horse bidder have to
22  include a provision that their bid remain
23  open to the earlier of the consummation
24  of a sale with the successful bidder and
25  20 days after the sale hearing. This is

Page 15

1      Auction Proceedings
2   our backup bidder provision. We will
3   advise everybody that in fact that
4   provision with respect to Univision has
5   been satisfied.
6      That said as I have explained to
7   both bidders and we have had calls with
8   bidders and also with the committee, our
9   understanding of the current stalking
10  horse agreement is as follows: Though
11  there is an intended closing in early
12  September we will call it, there is an
13  option at the Ziff Davis election that it
14  could extend the closing date to a date
15  that is 120 days after the petition was
16  filed, that date would be October 8th.
17      As the bid procedures are
18  currently written though Univision would
19  remain as a backup bidder, it would not
20  remain a backup bidder with respect to
21  all the way to the 8th or 11th of
22  October. We will be asking bidders, both
23  Ziff Davis and Univision, to modify their
24  agreements.
25      One, to ask Ziff Davis to modify

Page 16

1      Auction Proceedings
2   and to be a backup bidder, and two, to
3   shorten the closing date. We have had
4   discussions suggesting early September.
5   We have sent out various potential
6   markups to the APA. We have not gotten
7   back a response to that, but that is one
8   of the things that we will take up when
9   we take our first break which will be
10  pretty short, and I just wanted everybody
11  to be aware of that.
12      We did receive and I point out
13  from paragraph F that the bidder provided
14  commitment to close as soon as practical.
15  My understanding having conversations
16  with Univision is that the close as soon
17  as practical will likely be in early
18  September, and we have suggested to
19  bidders to consider seven days following,
20  within seven days following, or ten days
21  following the entry, the order on the
22  sale becoming a final order.
23      In that respect we have asked
24  backup bidders to consider remaining open
25  seven days longer than that, or in other

Page 17

1      Auction Proceedings
2   words 14 days from the entry, from that
3   order becoming a final order. That way
4   if the first bidder does not close we
5   will have an opportunity to work through
6   certain mechanics for seven days to be to
7   close with the backup bidder.
8      I would also just ask, and our
9   reading of the agreement, but I would ask
10  Mr. Gilhuly to confirm that their bid is
11  not conditioned on any unperformed due
12  diligence, obtaining financing or any
13  internal approval; I would note in
14  certain of their schedules there was
15  comments that had not reviewed the
16  certain agreements, we have in fact
17  provided them those agreements. But
18  notwithstanding that review you confirm
19  that your deal is not conditioned on
20  unperformed due diligence, obtaining
21  financing or any other internal
22  approvals?
23      MR. GILHULY: I can so confirm.
24      MR. GALARDI: I have already
25  mentioned confidentiality. I will put on

Page 18

1    Auction Proceedings
2  the record a couple of other issues that
3  bidders can consider. The bidders are
4  aware of it, the committee is aware of
5  it, but I am going to put it on the
6  record.
7    Prior to the discussions obviously
8  we have met a number of times with the
9  committee, and in consultation with the
10  committee, and I don't believe that there
11  are any objections, but I would ask Mr.
12  Russell on behalf of the committee to
13  confirm that so far there are no
14  objections to the level of consultation
15  we have had with the committee to date
16  with respect to the bid process, the
17  negotiations with the parties and keeping
18  you abreast of the determinations?
19    MR. RUSSELL: We have no
20  objections to date to the level of
21  consultation the debtors have provided to
22  the committee.
23    MR. GALARDI: And that was William
24  Russell of Simpson Thacher.
25    Finally we have had conversations

Page 19

1    Auction Proceedings
2  with the bidders and with respect to the
3  committee regarding the bidding matrix.
4  We did advise bidders that there were
5  certain contracts and we have been
6  reviewing the documents. There are
7  certain contracts that are particularly
8  interesting, crucial. We also were
9  talking to the bidders about revisions to
10  the asset purchase agreement regarding
11  contract designations.
12    Again I don't believe that we have
13  received a change in the form that we
14  would request, but we will be working on
15  such a change under the contract. So
16  that I explain myself, under the contract
17  the bidder, the original bidder was
18  required to designate contracts. They
19  did in fact comply with their requirement
20  to give is designated contract lists on
21  August 12th. That list broke contracts
22  into three categories. One was they
23  would be assumed. Two they would be
24  maybe's. And three they would be
25  excluded.

Page 20

1    Auction Proceedings
2    The concern we had with that list
3  was that the assumes could be changed
4  three days prior to the closing and the
5  assumed could then become excluded. We
6  have asked all of the bidders to instead
7  modify the agreement to provide that
8  whatever is on the assumed list become
9  irrevocable as of the closing date, as of
10  the sale hearing date, and that therefore
11  if there is any contract as to which they
12  are not certain and want more time, that
13  those contracts be put on what is called
14  the maybe list, unless they are already
15  determined to be excluded.
16    In that way we don't have to go
17  forward with the hearing, have a contract
18  assumed -- approved as an assumption by
19  court order, and then tell the party
20  three days before closing that their
21  contract was not assumed. That is one of
22  the considerations that we will give
23  weight to. And so we would ask the
24  bidders to review their list and be able
25  to tell us as we will go through the bids

Page 21

1    Auction Proceedings
2  today before we get back on the record,
3  will you irrevocably determine to take
4  this contract if you are the successful
5  bidder. In that context and in the
6  bidding matrix if there is any
7  equivocation whatsoever it will be
8  treated as a rejected left behind
9  contract for valuing the bids.
10    So one of the major contracts that
11  we have advised all of the bidders are is
12  the Fifth Avenue lease. The Fifth Avenue
13  lease as people know has a one year LC
14  outstanding plus a few percent. That LC
15  has been cash collateralized and we have
16  calculated, and there may be some dispute
17  about this, but we have calculated that
18  the 502(b)(6) damage claim is really the
19  greater of 15 percent of the balance of
20  the term which we believe is 12 years.
21  People can look at that lease if they so
22  desire. Paragraph 47 does allow for an
23  early cancellation, but we have
24  calculated the back end of that to
25  probably be greater than the 15 percent.

Page 22

Auction Proceedings

1
2      That means that that claim is
3  about $6.3 million if my recollection is
4  correct, of which is completely -- 5.4 is
5  completely cash collateralized.  The
6  committee and we at this point in the
7  auction to be clear are valuing rejection
8  claims or unsecured claims at a hundred
9  cents on the dollar.  Obviously we
10 reserve the right should this become an
11 issue, and right now we are not sure it
12 is an issue, to take a closer look at
13 what unsecured claims will in fact pay
14 and come up with a determination.  But
15 right now we have agreed to proceed on a
16 dollar for dollar whether you assume it.
17 If you reject it we are treating it as a
18 dollar deduct.
19      So in the instance of the lease
20 that I am using that would be if you
21 reject that lease or you are not going to
22 take an assumption of that lease it will
23 be a $6.4 million deduct.  I will note
24 and we have had conversations with the
25 landlord, there is an agreement we are

Page 23

Auction Proceedings

1
2  just finalizing whereby anybody, either
3  of the bidders that wants to remain in
4  the Fifth Avenue property will have a
5  period of time to remain in that property
6  up to January 7th.  Happy to share the
7  current form of the stipulation.  They
8  will remain up to January 7, 2017 which
9  is I think the 210th day following the
10 filing which is all we could do under the
11 Bankruptcy Code.
12      We will not have a separate
13 sublease.  We will as the debtors remain
14 liable on that.  There is a default
15 provision that says if we don't comply
16 with 365(d)(3) we will get three days
17 notice, we will cure.  We will cure to
18 remain in that premises.  So that we
19 believe we can allow people at least
20 until January 7th.
21      I will add for tax reasons there
22 is a significant motivation of the
23 company should we close this deal and
24 receive sale proceeds this calendar year,
25 that we would be out of those premises by

Page 24

Auction Proceedings

1
2  December 31st of this year.  That is
3  seven days shorter, but it does have an
4  economic consequence.  We will try to
5  value that economic consequence to the
6  extent that the bidders, one bidder
7  chooses to assume and the other bidder
8  chooses not to assume.  At present I
9  don't have a commitment from either
10 bidder to assume that lease and so we
11 have been fortunately not required to
12 make that mathematical judgment.
13      The other contract issues that I
14 just want bidders to be aware of is one,
15 we have encouraged all bidders to assume
16 and take an assumption and assignment of
17 the collective bargaining agreement.  I
18 believe one of the bidders Ziff Davis has
19 announced to do so at this present time,
20 although there is a referral in the
21 designated contract that they would
22 subject to an agreement.  I do not
23 believe Univision has an actual written
24 agreement.
25      There were a series of other

Page 25

Auction Proceedings

1
2  agreements that we did mention which I
3  will not put on the record, but we have
4  mentioned to the committee and the two
5  bidders that also raise rejection damage
6  claims that we will continue to look at,
7  and to the extent that we see differences
8  or we don't that get irrevocable we will
9  put values on those things for people and
10 express our view on that.
11      I don't know if anybody -- since
12 there are only two bidders there is not
13 going to be a two pass rule obviously,
14 there will be a single pass and that is
15 it.  We will keep going until we get to
16 the highest or otherwise best price.
17      There will be at least initially
18 pursuant to the bid procedures order
19 unless the debtors in consultation with
20 the committee agree otherwise, there will
21 be a million overbid.
22      The bid of -- and I want to keep
23 this confidential -- the bid of Univision
24 is $95 million.  So we believe in
25 determining that baseline bid that they

Page 26

```
1        Auction Proceedings
2   have covered that 3.725 that I mentioned
3   before, plus the million dollars and 25.
4        And I will say that we are going
5   to absent questions go off the record,
6   there are certain aspects of the
7   Univision which is quite common, anybody
8   that has been in a bankruptcy auction
9   before, we are going to go back with
10  Univision to discuss various provisions
11  in their contract, not as to the
12  economics, but as to provisions that we
13  think would be beneficial for various
14  reasons that I am not going to put on the
15  record.  We have described some of those
16  things to the bidders, we will keep both
17  bidders and the committee obviously
18  involved.
19       I don't know if anybody has any
20  questions about the procedure.
21       MR. TORKIN:  This is Michael
22  Torkin.  Let's go off the record on the
23  questions; can we go off the record now?
24       MR. GALARDI:  You want to make it
25  confidential?
```

Page 27

```
1        Auction Proceedings
2        MR. TORKIN:  We can make it
3   confidential.
4        MR. GALARDI:  Let's go off the
5   record.
6        Is there anybody here that is not
7   bound by a NDA?
8        So let's go off the record and
9   then we will decide whether to put it on
10  the record.
11       Off the record.
12       (Recess taken.)
13       MR. GALARDI:  Back on the record.
14       MR. TORKIN:  So our perspective is
15  a couple of things.  We don't think
16  Univision's bid and their failure to be a
17  backup bidder in conformity with
18  paragraph D is appropriate.  We don't
19  agree to amend our contract to change the
20  outside date, and that we would request
21  that Univision live by the terms of the
22  bid procedures.  That is --
23       MR. GALARDI:  Can I ask one
24  question, why do you believe they did not
25  comply with D?
```

Page 28

```
1        Auction Proceedings
2        MR. TORKIN:  Well you are saying
3   that they are not willing to stay until
4   the debtor has consummated the sale with
5   the successful bidder.
6        MR. GALARDI:  No, the words are
7   the earlier of the consummation and 20
8   days after the sale hearing.
9        MR. TORKIN:  Correct.  If they
10  are --
11       MR. GALARDI:  20 days after the
12  sale hearing they are prepared to --
13       MR. TORKIN:  Okay, that is fine.
14  I thought I heard something differently.
15       MR. GALARDI:  The problem is the
16  20 days after the sale hearing, it could
17  be much earlier than you are prepared to
18  close if you exercise your option to
19  October 8th.  20 days after the sale
20  hearing, let's take the calendar, the
21  18th is the sale hearing.  Thirty days
22  has September, April, June and November.
23  So thirteen more in August.  September
24  7th.  They have agreed to remain as the
25  backup bidder to September 7th.
```

Page 29

```
1        Auction Proceedings
2        MR. TORKIN:  Okay.
3        MR. RUSSELL:  For clarification
4   Univision agreed to exactly the backup
5   provision without any alteration.
6        MR. TORKIN:  Okay, it just was not
7   clear to me what you said.
8        MR. GALARDI:  I understand, so now
9   it is clear.
10       MR. TORKIN:  From Ziff Davis's
11  perspective, just so when you go back to
12  talk to Univision about the aspects of
13  the agreement that we had been discussing
14  earlier, we are prepared to be at a
15  purchase price net to the estate that
16  Univision is at, but we would not include
17  that issue in our contract.
18       So when you go back and have your
19  discussions and come back to us, so that
20  there is parity based on everything that
21  we have been told about what is important
22  to this business, what is important to
23  the debtors, and the philosophy of the
24  business, understand that our bid should
25  be viewed as net to the estate exactly
```

Page 30

Auction Proceedings

1  
2  equal to the Univision bid but without
3  the problematic issues that you have
4  raised off the record.
5      MR. GALARDI:  Okay, I understand
6  that.  We may ask to come back on the
7  record later, but I am not going to have
8  a conversation now, we may ask you for
9  clarifications on that.
10     But I think at this point it is
11 time for us to break, I apologize, but
12 everybody who has been through this
13 before knows that now this is the worse
14 period of time for the next three to four
15 hours.  I believe that there is going to
16 be a turn of a document, I apologize, but
17 then things usually go quickly once you
18 get to that point on numbers.
19     There is food, there won't be a
20 great lunch but, you know, people can go
21 out, we will obviously not start without
22 other people.  And again I apologize, but
23 it is standard operating procedure.  So
24 if you can go off the billable hour while
25 you are here that would be great for us.

Page 31

Auction Proceedings

1  
2  Thank you.
3      Off the record.
4      (Recess taken.)
5      MR. GALARDI:  We are going to go
6  back on the record now.
7      One thing that I did not mention
8  but I would mention, so everybody is in
9  the room, and I mentioned it to the
10 bidder and I mentioned it to the
11 committee.  The matter of ultimate
12 approval of the highest or otherwise best
13 bid was put to, we have an independent
14 director, Scott Tillman, and so his is
15 the ultimate authority and I just wanted
16 to make sure that everybody in the room
17 was aware, he is obviously available, we
18 keep him apprised of the circumstances.
19     Then I would like to express
20 appreciation to both sides to give us the
21 time that they did to work through some
22 issues.
23     So I am going to announce on the
24 record certain of the Univision
25 modifications to the bid that we received

Page 32

Auction Proceedings

1  
2  last night, I think four or five of these
3  will be on the public record and then two
4  I will put on what I will ask to be put
5  as confidential, marked as confidential.
6      First and foremost the Univision
7  bid will now assume the CBA as is.
8      Second, they have modified the
9  language with respect to employees, that
10 they will take 95 percent, no less than
11 95 percent in number of the employees
12 that are currently employed by the
13 debtors.
14     I have been advised, and again
15 prior to today I have understood that
16 Nick Denton had no conversations with
17 Univision, and Univision had no
18 discussions with Nick Denton.  They have
19 had discussions, there is a term sheet, I
20 don't believe there is an agreement, and
21 that still remains a condition to
22 closing.
23     They have agreed to modify the
24 closing condition, and I may get this
25 technically wrong, but we will work on

Page 33

Auction Proceedings

1  
2  the language.  They will close within
3  seven days following the entry of the
4  sale order, or seven days of the sale
5  order becoming final, but in no event
6  shall that day be earlier than September
7  9th.  So if it runs before that it will
8  be September 9th.  If those seven days
9  run after September 9th it will be after
10 September 9th.
11     They have also agreed to be the
12 backup bidder for seven days longer than
13 the days that I just listed.  So if they
14 turn out to be the backup bidder and Ziff
15 is the bidder and is willing to close
16 within that period of time they will
17 remain on the hook for those seven days.
18     They have also agreed, and we will
19 obviously have to go through this, they
20 have agreed that subject to revisions to
21 the document they gave us last night that
22 they will identify the contracts on their
23 assumed list that will be an assumption
24 irrevocable, they won't be able to change
25 before closing.  Which will mean that

Page 34

1      Auction Proceedings
2  maybe some of the assumes will be moved
3  to the maybe list and we will spend the
4  next break working on that issue.
5      We will agree to a procedure by
6  which, and hopefully the court will
7  approve in the sale order, and if not we
8  will file a motion that will essentially
9  have what I call a fairly standard, they
10 tell us go ahead try to assume it, or we
11 don't want it.  We will either file a
12 motion to reject or we will give notice
13 of an assumption to the third-party.  The
14 third-party will come in and have a right
15 to object, seek out a good assurance,
16 whatever it is.  But that way we will not
17 have the problem of assuming certain
18 contracts and then taking them off before
19 the closing.
20      Now at this point I am going to
21 mark the transcript as confidential, and
22 unless somebody has an objection here I
23 am going to put two provisions on that I
24 think are related that are confidential
25 and should not leave this room.

Page 35

1      Auction Proceedings
2      (Continued in highly confidential
3  portion of transcript.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 36



Page 37



TSG Reporting - Worldwide    877-702-9580

Page 42

```
 1        Auction Proceedings
 2        MR. GALARDI:  We just explained
 3   certain of the changes.  I will turn to
 4   Ziff, obviously we have not written these
 5   provisions out and modified the
 6   agreement, that would be another break.
 7   Based on that we stand by the baseline
 8   bid of Univision being at $95 million the
 9   highest or otherwise best bid.  Obviously
10   the committee has been involved and we
11   have consulted with them, I don't know if
12   I have consent or not, if you have talked
13   to your members about that, but our view
14   is it is still the highest or best bid.
15   We started with it and we have only
16   improved upon it, so I think that is
17   pretty straightforward.
18        I will give now Ziff who had the
19   courtesy to give us the time, how you
20   would like to proceed with the bidding,
21   if you would like to see the document,
22   that will take another probably couple of
23   hours I got to believe.
24        MR. TORKIN:  I don't think we need
25   the document.  What I would like to see
```

Page 43

```
 1        Auction Proceedings
 2   is some bullets that cover all of these
 3   things that we can then all work off of.
 4   You know you can say delete this section,
 5   delete that section.  And then once we
 6   see the actual text we would like to have
 7   half hour to an hour to see where we
 8   stand on all of these provisions.  I
 9   think we have talked a lot about them so
10   we understand where they are, and then we
11   will come back with the response if that
12   works for you.
13        MR. GALARDI:  Yes, and I think
14   that is perfectly appropriate.  So what
15   we do is we will go back to our
16   adjournment as we usually do in the
17   auctions and we will get you some bullets
18   and we will work on those documents and
19   you can take a look at it.  Then when you
20   are ready, because you gave us the
21   courtesy, we will come back on whenever
22   you are ready to go back on to the
23   record.
24        MR. TORKIN:  Sounds good.
25        MR. GALARDI:  Thank you very much.
```

Page 44

```
 1        Auction Proceedings
 2        Off the record.
 3        (Recess taken.)
 4        MR. GALARDI:  Back on the record.
 5   I think we have everybody here, we
 6   have representatives from Ziff Davis here
 7   and we have representatives Univision
 8   here.  Let's go back on the record, and
 9   when you get to the provision that you
10   are going to put on, let's call it the X
11   provision.
12        MR. TORKIN:  Okay.
13        MR. GALARDI:  You know what I am
14   talking about?
15        MR. TORKIN:  Can we call it the
16   put provision?
17        MR. GALARDI:  We will call it the
18   put provision, and just to make it clear
19   we are going to make that express in the
20   document, we think that is a better way
21   to do it so that no one has secret
22   agreements with respect to that, and we
23   understand that people will see that one
24   thing.
25        With respect to that one thing
```

Page 45

```
 1        Auction Proceedings
 2   that we would like, and I have expressed
 3   this and I will say it on the record, we
 4   would like that put if it is exercised
 5   not to be exercised for a period of time
 6   so that people can go meet the editorial
 7   staff so that they can understand why
 8   they may think you want to take it before
 9   you exercise that put.  But you will
10   always have up to three days prior to the
11   closing to exercise that put.  So we are
12   thinking seven days or ten days after the
13   hearing, however it works in your
14   schedules to meet with those people.
15   That is the important point.
16        With that what we have is what we
17   said is a higher or otherwise better bid
18   with Ziff as modified.  I will go through
19   a couple of things that we think are
20   neutral.  The CBA is being assumed by
21   both parties, so that is a neutral and
22   not a deduction or a concern with respect
23   to the bid unless somebody changes that.
24        Now I will turn the bidding over
25   to Michael Torkin on behalf of Ziff.
```

Page 46

Auction Proceedings

1
2    MR. TORKIN:  Michael Torkin for
3 the record for Ziff.  We have already
4 agreed to assume the CBA, so that is
5 neutral as Gregg mentioned.
6    We accept employees not less than
7 95 percent, we will make offers to not
8 less than 95 percent of the employees.
9    We do not have as a condition to
10 closing a non-compete with Nick Denton,
11 we already have something in place.  We
12 believe that any remaining contract that
13 does not have that satisfied has
14 conditionality.
15    With respect to closing, we think
16 we are obligated to close within one
17 business day of satisfaction of the
18 conditions.  So we believe the seven day
19 construct is irrelevant to Ziff Davis
20 from our contract's perspective.
21    We are not going to be a backup
22 bidder.
23    We agree irrevocably to assume all
24 of the contracts on the assume list, not
25 on the maybe list.  So the assume list

Page 47

Auction Proceedings

1
2 will not change.  So we will confirm
3 that, and as we understand it as it
4 compares to Univision we are on contract
5 parity in terms of what has been
6 irrevocably agreed to at this juncture.
7    With respect to the confidential
8 matter, we I guess are on parity because
9 that has been dropped.
10    Ziff Davis will adopt the put
11 construct that we have just discussed,
12 and we raise the bid by $1 million net to
13 the estate off of the Univision bid.
14    MR. GALARDI:  Give me two minutes,
15 don't leave the room, I just want to talk
16 to the committee for one second.
17    Off the record.
18    (Recess taken.)
19    MR. GALARDI:  Back on the record.
20    Based on a review and in
21 consultation with the committee and also
22 so that everybody understands, the main
23 contracts that have been referred to
24 which we have talked about is one is the
25 lease, they are on parity on that.  Two

Page 48

Auction Proceedings

1
2 is the CBA, they are on parity on that.
3 There are like three other contracts that
4 I believe both parties have said maybe
5 to, have not put a definite assignment or
6 assumption to and so therefore it is
7 parity, it is either both a deduction or
8 not.  So we think that that as Michael
9 said is a parity.
10    So based on that, based on the
11 extra million dollars, based on the bid
12 increment, that in consultation with the
13 committee we would deem the Ziff bid a
14 higher and otherwise better bid at this
15 point by that value.
16    MR. TORKIN:  So let's confirm what
17 that is.  I believe it is $92,275,000 net
18 to the estate from our perspective.
19    So Gregg --
20    MR. GALARDI:  So I will do it my
21 way.  I will go $96 million minus 3.725
22 breakup fee, that is the way I do it, and
23 pursuant to the rules they always get
24 credit, but it is net to the estate.
25    MR. TORKIN:  Or we can just bid

Page 49

Auction Proceedings

1
2 off of that with the condition that any
3 time Univision bids, maybe just keep it
4 simpler, any time Univision bids they
5 agree to pay our breakup fee and expense
6 reimbursement and we move off the million
7 dollars of $92,275,000?
8    MR. GALARDI:  Correct, yes.  I
9 think the way to think about it, either
10 way we will make an actual number, but in
11 order to beat the bid now if they go up I
12 have to subtract the number I mentioned
13 before, 3.725, to improve the value to
14 the estate.
15    MR. GILHULY:  Gregg I have had
16 experience with this, it is much better
17 for you to say 96 and we will always
18 understand there is a deduct.
19    MR. GALARDI:  Exactly, and that is
20 how I like to do it, especially when we
21 are adding by a million dollars because
22 it is very easy for me to add one to
23 another number, after that I may be lost.
24    MR. GILHULY:  We are going to take
25 a very brief break.

Auction Proceedings

1
2    MR. GALARDI:  I am not going to
3    hold anybody, is it a brief break so
4    people get up, or should we stay, ten
5    minutes, twenty minutes?
6        MR. GILHULY:  It could be shorter
7    than that.
8        MR. GALARDI:  That is fine.
9        Off the record.
10       (Recess taken.)
11       MR. GALARDI:  I think everybody is
12   back in the room.  Back on the record.
13       One clarification that I think is
14   worth making.  When Ziff bid it was
15   expressed that it was based on the Ziff
16   form of the APA subject only to
17   modifications to be agreed to to reflect
18   the changes that we had agreed to with
19   Univision.
20       My understanding unless otherwise
21   agreed to by the parties is, and I know
22   there has been some discussions with
23   Univision, Univision has been bidding on
24   it's agreement with it's terms subject to
25   things that we may have worked out or

Auction Proceedings

1
2    not, but that has been minor.  So
3    whenever somebody uses a number I have
4    yet to say okay this provision is worth X
5    dollars in your provision if you tighten
6    it up or are deducting it.  I have yet to
7    do that because I haven't had to do that.
8    If and when we have to do that, we may
9    have to do that, but I am hoping we don't
10   have to do that.
11       So we will all go forward on the
12   understanding that people are bidding on
13   their contract with their number subject
14   to the changes that we have specifically
15   referenced, and otherwise it is the same
16   agreement, okay.
17       Peter is that your understanding
18   of what --
19       MR. GILHULY:  Yes, that is my
20   understanding.
21       MR. GALARDI:  And Michael that was
22   your clarification?
23       MR. TORKIN:  Yes, that is our
24   understanding as well.
25       MR. GALARDI:  Okay, so with that

Auction Proceedings

1
2    then the bidding would turn now to
3    Univision, but we are going to use the
4    simple formula until somebody screws it
5    up, that we are going to use the top line
6    number.  So we are treating the bid as if
7    it was $96 million.
8        So now we would turn to Univision
9    to make the bid and when they give the
10   bid we will deduct the breakup fee, that
11   3.725, and then determine whether that is
12   the higher or otherwise better bid.
13       MR. GILHULY:  Univision increases
14   it's $95 million bid by assuming the New
15   York lease in total, which we are
16   informed is worth $6.3 million.
17       MR. GALARDI:  $6.3 million is what
18   we had put on the value of that.  That is
19   an assumption and assignment subject to
20   adequate assurance performance which will
21   include so that everybody here knows, and
22   we will have to reach out to the landlord
23   to make sure that all of this works, but
24   our understanding is you will have to
25   satisfy the adequate assurance of future

Auction Proceedings

1
2    performance.  That will mean, among other
3    things, one is that there will have to be
4    an LC which we currently have cash
5    collateralized, the cash collateral is
6    5.4, I think it's a year's rent which may
7    be 5.2 or 5.3, I am not exactly sure.
8    And there is a parent guarantee of that
9    lease and I know that the landlord will
10   insist on that parent guarantee as well
11   as a financial wherewithal.
12       Before I put full value on that, I
13   know are you going forward with the
14   assumption and assignment, one is have
15   you had a direct conversation, has the
16   landlord agreed that this could be
17   assumed and assigned at this sale hearing
18   and met your adequate protection, and is
19   comfortable with your adequate assurance,
20   or is that something that I have to deal
21   with in the next hour or two?
22       MR. GILHULY:  I had a direct
23   conversation with the landlord's attorney
24   without disclosing the identity of my
25   client, but by giving him the general

Page 54

```
1        Auction Proceedings
2  financials.  So I would say it is
3  somewhere in between those two.
4        I can also represent that the
5  landlord is very excited to have the
6  lease assumed by a credit tenant.
7        MR. GALARDI:  With respect to that
8  it is at least the debtor's view that
9  that is an otherwise higher or better bid
10 by at least a million dollars, that is
11 all I need to determine now.
12       For you to make your next bid what
13 I will have to do is take a break and
14 call the landlord, but I believe it will
15 be a $6.4 million jump in the value based
16 upon our understanding of getting us off
17 of the liability.
18       The committee and we as I
19 mentioned I think earlier, but I know I
20 have mentioned in separate calls, there
21 is a cash collateral LC which is $5.4
22 million.  The question as to the value of
23 the balance which is an unsecured claim
24 we have agreed to this point to treat as
25 a dollar for dollar increase.
```

Page 55

```
1        Auction Proceedings
2        We have not gotten into what will
3  unsecured claims be, it is at least the
4  debtor's view that the unsecured claims
5  will pay dollar for dollar, and depending
6  upon how I have to deal with that issue
7  going forward, but even using simply the
8  LC and return of the cash collateral
9  underlying the cash collateral LC, that
10 is a $5.4 million value.  So we would
11 treat that as a higher and otherwise
12 higher bid.
13       I will turn to you whether you
14 want some time for me to get more
15 granular about that.  I believe the
16 landlord based on my conversations will
17 take the assumption and assignment of
18 that, will welcome the assumption and
19 assignment of that lease.
20       MR. TORKIN:  Just to clarify, if
21 for whatever reason the landlord objected
22 or didn't go over the tenant would result
23 in a rejection damages to the estate,
24 that would be payable by Univision to the
25 estate?
```

Page 56

```
1        Auction Proceedings
2        MR. GALARDI:  I have not heard
3  them say that, I will certainly clarify
4  it.  But I am proceeding under the view
5  that it is an assumption and assignment,
6  and that is why I have to take my break
7  with the landlord to confirm and get
8  comfortable with that.  I have not heard
9  them say it is a revocable so one way or
10 another you get $6.4 million.  Thank you
11 for the idea, I will certainly use it if
12 I can't get the assumption and
13 assignment.
14       MR. TORKIN:  We will take some
15 time and get back.
16       MR. GALARDI:  We will too.
17 Thank you.  Off the record.
18       (Recess taken.)
19       MR. GALARDI:  We are back on the
20 record now.
21       So when last we left we had a bid
22 from Ziff at 96, at which point Univision
23 overbid that by offering what it had
24 previously offered in cash, $95 million
25 plus the assumption of the Fifth Avenue
```

Page 57

```
1        Auction Proceedings
2  lease.  We have gone back to Univision to
3  firm up the $6.4 million value that we
4  believed was appropriate, we still
5  believe the $6.4 million appropriate.  We
6  went back to Univision and we also went
7  back to the landlord.
8        Univision in connection with that
9  has agreed to issue to the landlord a
10 replacement LC in the full amount that we
11 currently have outstanding.  Univision
12 has also agreed to offer up the
13 creditworthy guarantee of the parent
14 company to replace the current guarantee
15 that we have.  Based upon that we are not
16 discounting the $6.4 million, we are
17 giving them full value for the $6.4
18 million.
19       MR. GILHULY:  Let me just clarify
20 for the record that we will offer that if
21 necessary.  If we are able to negotiate a
22 more favorable deal with the landlord
23 then that --
24       MR. GALARDI:  Correct, if we have
25 to fight it on adequate assurance that is
```

Page 58

Auction Proceedings

1
2  what we are going to court with, but I
3  understand the landlord is flexible, and
4  I have also mentioned that, and when we
5  hear what Ziff has done in response you
6  will understand that the landlord is
7  flexible.
8       So Ziff then asked us well are we
9  giving $6.4 million value; yes we are.
10  So in response to that and therefore to
11  move backward to the 95, 96 here is what
12  Ziff has offered and we will accept the
13  $6.4 million as equivalent value.
14       Ziff has agreed to put $6.4
15  million in escrow at the closing which
16  would be used for us to pay the rejection
17  damage claim. The estate would get the
18  upside if the rejection damage claim is
19  less than $6.4 million, but the estate
20  would be at risk if the rejection damage
21  claim is greater than $6.4 million, but
22  in escrow on that date.
23       Ziff will have the balance of the
24  365(d)(4) period to assume or reject that
25  lease, to determine to assume or reject

Page 59

Auction Proceedings

1
2  that lease, and that would run to January
3  7th, although we have made clear and so
4  we are not discounting, they have agreed
5  that that decision will actually be made
6  by year end December 31, 2016, so that we
7  don't have to deal with the tax issue and
8  understand that. So it really is that.
9       During that period of time Ziff
10  will advise us whether to take an
11  assumption or a rejection of that lease.
12  Ziff will be able to make that decision
13  any time from today through December
14  31st.
15       The agreement with the landlord is
16  as follows, and all of this is obviously
17  subject to documentation, but I have been
18  on the phone with the landlord and the
19  committee has been on the landlord along
20  with it.
21       If the decision is made prior to
22  October 3rd then the lease can be
23  rejected under normal terms rejection of
24  the lease. If however a decision is made
25  after October 3rd Ziff has agreed with

Page 60

Auction Proceedings

1
2  the landlord to remain in the occupancy
3  through March 31, 2017, that is to take
4  account of the holiday period and the
5  non-holiday period.
6       In the event that it does in fact
7  stay beyond January 7, 2017 obviously it
8  will indemnify us as it will for all of
9  the property, it will be the responsible
10  party. Whether we document that as a
11  holdover agreement or other agreement,
12  that is a documentation issue with the
13  landlord, but the landlord has agreed
14  that they will have those premises.
15       All the other marketing provisions
16  and the other provisions of the agreement
17  that has been circulated on the lease
18  stipulation have been as set forth in the
19  lease stipulation that we have sent out.
20       With that the debtors believe that
21  with that, that proposal that is a higher
22  and otherwise better bid, and so that we
23  don't have to do math with $6.4 million
24  in it, we now have neutralized the two
25  lease provisions, the assumption being

Page 61

Auction Proceedings

1
2  equivalent to the stipulation.
3       So we are back now to a bid where
4  Ziff is at 96 in gross terms and where
5  Univision is 95, 1 million less, because
6  we have taken off that lease math, that
7  lease issue of $6.4 million.
8       So the bid now goes back to
9  Univision to outbid Ziff's $96 million,
10  which again so everybody is doing the
11  math, it's 96 minus 3.725 which is the
12  actual out of cash amount, but we are
13  using the whole numbers for the purpose
14  of doing the bid.
15       So the bid would have to go to
16  Univision at 97.
17       MR. GILHULY: Give us a second.
18       MR. GALARDI: Before I do, Michael
19  have I correctly --
20       MR. TORKIN: You did it incredibly
21  well. Yes we agree.
22       MR. GALARDI: Can we have that in
23  big bold letters.
24       MR. GILHULY: All right.
25  Univision supplements it's bid by

Page 62

Auction Proceedings

agreeing to assume the Taboola agreement which we are informed is worth $1.4 million to the estate, and the Times International contract which we are informed is worth $140,000 to the estate, and supplements the difference with $460,000 of additional cash to get to a bid which is $97 million.

MR. GALARDI:  You got to make my life miserable, right?

MR. GILHULY:  You made ours miserable.

MR. GALARDI:  So the first thing I will ask Michael before I have to go do math and be asked the questions about the agreement again, is Ziff prepared to assume those two agreements and therefore take us back out of the issue on the contracts, or do you want time to consider that?

MR. TORKIN:  Give us a minute.

MR. GALARDI:  Off the record.

(Recess taken.)

MR. GALARDI:  Back on the record.

Page 63

Auction Proceedings

MR. TORKIN:  Ziff Davis will take the two contracts.  So I think we would still be ahead by --

MR. GALARDI:  I am just going to go back to the way I did it.  They cancel out.  Ziff is now at 96 and Univision is at 95 -- hold on.

Are you taking the contracts and doing the cash too?

MR. TORKIN:  No.  I think we are 500 and change ahead of them as a result.

MR. GALARDI:  But the bid increment is a million; right?

MR. TORKIN:  But they didn't go a million.  We are saying we are taking the contract, they have not done the full bid.

MR. GALARDI:  Let me just go in my own head.

MR. GILHULY:  I think you are right, we took the contract --

MR. TORKIN:  They took the contracts and they added $400,000 if I understand correctly -- 460, whatever it

Page 64

Auction Proceedings

was to get to the even number in my small way to get to 97.  So that technically you have to be at 98.  Taking those two contracts I don't think does it without the cash, that is what I am trying to figure out.

MR. TORKIN:  We will put in the --

MR. GALARDI:  Here is what they are now doing, they are assuming the Taboola contract, they are assuming the Times International contract, and they are adding the same $460,000, and that is Ziff Davis doing that.

Again for the sake of not adding 460, can I just call that the Taboola agreement, and given that that is the Taboola agreement we understand that it has the assumption of those two contracts and $460,000 cash so that I can now go back to the 96 and 95 numbers.

Actually let's call it 98, 97, is that okay with everyone, clear; do you want me to do it a different way, do you want me to do it in the cash?

Page 65

Auction Proceedings

So in the cash way then --

MR. TORKIN:  Sorry, are we at 96,460,000 and they are at 95,460,000?

MR. GALARDI:  That is exactly right, yes, let's do it that, it is just as easy.  95.460.  We have Ziff at $96,460,000, and assuming the two contracts so we don't have to talk about the contracts any more, and we have Univision at $95,460,000, assuming those two same contracts that have been identified.

MR. GILHULY:  Univision bids 98 million.

MR. GALARDI:  Okay.

MR. TORKIN:  We will go to 99.

MR. GILHULY:  Univision bids 100 million.

MR. TORKIN:  We will go to 101.

MR. GILHULY:  Univision goes to 102.

MR. TORKIN:  We will go to 103.

MR. GILHULY:  Univision goes to 105.

Page 66

1      Auction Proceedings
2          MR. TORKIN:  We will take five
3   minutes.
4          MR. GALARDI:  Off the record.
5          (Recess taken.)
6          MR. GALARDI:  Back on the record.
7          Just so that, because I know the
8   transcript is often a little bit
9   confusing.  What the last bid is, and we
10  will be clear is, $105 million in cash,
11  and the contracts that have been assumed
12  on my list by Univision, it is 105 by
13  Univision, is the CBA, the Taboola, the
14  Times International and the Fifth Avenue
15  is being sought to be assumed.  Those
16  assumptions are irrevocable, that is they
17  will get approved on the 18th, there is
18  no give back period at all.
19         With respect to Ziff Davis the
20  last number they gave me was 103.  They
21  too were assuming subject to their
22  document with the CBA, the CBA, the
23  union, Taboola, Times International, the
24  deal that I put on the record to make
25  neutral the Fifth Avenue, it is not a

Page 67

1      Auction Proceedings
2   definitive assumption or rejection, it's
3   105.  The ones that are being assumed are
4   being assumed irrevocable just as we had
5   talked about before.
6          Any disagreement about where we
7   stand; so the bid is now back to Ziff
8   Davis with the highest and best bid
9   currently at 105 with Univision.
10         MR. TORKIN:  Ziff Davis will go to
11  106.
12         MR. GILHULY:  Univision will go to
13  107.5.
14         MR. TORKIN:  We will go to 108.5,
15  Ziff Davis.
16         MR. GILHULY:  Univision will go to
17  109.5.
18         MR. TORKIN:  Ziff Davis will go to
19  110.5.
20         MR. GILHULY:  Univision will go to
21  111.5.
22         MR. TORKIN:  Ziff is at 112.5.
23         MR. GILHULY:  Univision is at
24  113.5.
25         MR. TORKIN:  Ziff Davis is at

Page 68

1      Auction Proceedings
2   114.5.
3          MR. GILHULY:  We are going to take
4   a short break.
5          MR. GALARDI:  Again so we are all
6   clear, each party is still bidding on the
7   terms of the document that they provided
8   to us, there has not been a change in
9   those terms other than what we have
10  expressly said on the record.
11         Off the record.
12         (Recess taken.)
13         MR. GALARDI:  I guess we can go
14  back on the record.
15         When we left the bid was at 114.5
16  from Ziff Davis.
17         MR. GILHULY:  Univision bids
18  115.5.
19         MR. TORKIN:  Ziff is at 116.5.
20         MR. GILHULY:  Univision is at
21  117.5.
22         MR. TORKIN:  Ziff is at 118.5.
23         MR. GILHULY:  Univision is at
24  119.5.
25         MR. TORKIN:  Ziff is at 120.5.

Page 69

1      Auction Proceedings
2          MR. GILHULY:  We are going to take
3   a break.
4          MR. GALARDI:  Off the record.
5          (Recess taken.)
6          MR. GALARDI:  So I had 120.5 is
7   the last bid from Ziff, am I still on
8   that number?
9          MR. GILHULY:  Yes.
10         MR. GALARDI:  I turn to Univision,
11  the bidding is at 120.5 from Ziff.
12         MR. GILHULY:  Univision bids 125
13  million.
14         MR. GALARDI:  $125 million from
15  Univision.
16         MR. TORKIN:  Two minutes.
17         MR. GALARDI:  Off the record.
18         (Recess taken.)
19         MR. GALARDI:  Back on the record.
20         The last bid was $125 million by
21  Univision with all of the other contracts
22  that we have talked about previously.
23         MR. TORKIN:  126 from Ziff.
24         MR. GILHULY:  Univision bids 130.
25         MR. TORKIN:  Ziff Davis goes to

Page 70

Auction Proceedings

131.

MR. GILHULY:  Univision goes to 135.

MR. TORKIN:  Univision wins.

MR. GALARDI:  Before we go, one, my appreciation to everyone about the effort that they have made today and the patience early on in getting to the documents.

Two, a question on mechanics.  We have an obligation to identify the higher and otherwise better bid.  I do have to go make a break myself just to call the independent board members, I think this is going to take no more than me making one quick phone call, I have to keep them abreast of this conversation, I am sure we can consult with the committee.

What I would ask is that people stay here for a few seconds, you can even start working on corporate documents to the extent that there were questions or issues about that.

I think the highest and otherwise

Page 71

Auction Proceedings

best bid, it is pretty obvious given where we have been today, but I do want to make a quick call to the board and I will be back in five minutes for that one independent director to confirm that, and we can confirm all of the other provisions, but I do think the record is pretty clear on that, but I will probably lay out if there is questions before anybody leaves.

Give me five minutes.  Off the record.

(Recess taken.)

MR. GALARDI:  So just very quickly back on the record.  I have consulted with the Creditors' Committee, I have called the independent director and at the conclusion of this we do declare that Univision is the highest or otherwise best bid at 135 with all the statements made on the record.

We do understand that Ziff Davis is not going to be a backup bidder.  That doesn't mean in my view that we are not

Page 72

Auction Proceedings

going to try to finalize the documentation.  If we don't finalize the documentation you get released at the time that I get -- if we do not finalize the documentation my understanding is that we have to have court approval.

Now if I am misstating, this is why I wanted you to be back here.

MR. TORKIN:  Well I have to check the agreement, but I think if you picked another successful bidder at the auction --

MR. GALARDI:  Well check your documentation, I am not holding you, whatever your documentation says --

MR. TORKIN:  Whatever it says it says.

MR. GALARDI:  So I just wanted to make sure that we put that on the record, we understand that and we understand the potential risk by declaring Univision the highest and otherwise better bid.  But we will obviously just hold you to your documentation.

Page 73

Auction Proceedings

And once again thank you to both of you guys and everybody participating. Thank you for participating.

Let's figure out what documents need to be finalized.  I don't know if you have any objections or concerns about the way the auction was conducted, I would ask you to voice them here.

MR. TORKIN:  No, not that we are aware of.

MR. GALARDI:  A typical lawyer answer.

I appreciate it and thank you again and thank your client for that.  So with that we will officially close the auction.

Thanks.

(Time noted:  7:00 p.m.)

Page 74

1
2              C E R T I F I C A T E
3   STATE OF NEW YORK   )
4                  : ss.
5   COUNTY OF NEW YORK   )
6
7       I, Philip Rizzuti, a Notary
8   Public within and for the State of New
9   York, do hereby certify:
10      That the within auction
11  proceedings are a true and accurate record.
12      I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of this
16  matter.
17      IN WITNESS WHEREOF, I have
18  hereunto set my hand this 16th day of
19  August, 2016.
20      _____
21      PHILIP RIZZUTI
22
23
24
25

Page 75

1
2   ----------------- I N D E X ---------------
3   WITNESS      EXAMINATION BY      PAGE
4   None
5
6   ------------- INFORMATION REQUESTS -----------
7   DIRECTIONS:      None
8   RULINGS:      None
9   TO BE FURNISHED:  None
10  REQUESTS:      None
11  MOTIONS:      None
12  CONFIDENTIAL:      36 to 41
13
14  ----------------- EXHIBITS -----------------
15  None marked
16
17
18
19
20
21
22
23
24
25

**A**

**a.m (1)**
2:5
**ability (2)**
39:21 41:8
**able (4)**
20:24 33:24 57:21
59:12
**abreast (2)**
18:18 70:18
**absent (1)**
26:5
**accept (3)**
13:2 46:6 58:12
**account (2)**
10:2 60:4
**accurate (1)**
74:11
**acquisition (1)**
5:18
**action (1)**
74:14
**actual (4)**
24:23 43:6 49:10
61:12
**add (2)**
23:21 49:22
**added (1)**
63:24
**adding (3)**
49:21 64:13,15
**addition (1)**
14:4
**additional (2)**
8:13 62:8
**adequate (5)**
52:20,25 53:18,19
57:25
**adjournment (1)**
43:16
**adopt (1)**
47:10
**advise (3)**
15:3 19:4 59:10
**advised (2)**
21:11 32:14
**agree (8)**
9:11,19 25:20 27:19
34:5 46:23 49:5
61:21
**agreed (22)**
22:15 28:24 29:4
32:23 33:11,18,20
36:18,21 46:4 47:6
50:17,18,21 53:16

54:24 57:9,12 58:14
59:4,25 60:13
**agreeing (1)**
62:2
**agreement (33)**
6:3 7:17 9:12,15,23
9:25 11:14,15,19
13:12 15:10 17:9
19:10 20:7 22:25
24:17,22,24 29:13
32:20 37:3 42:6
50:24 51:16 59:15
60:11,11,16 62:2,17
64:17,18 72:11
**agreements (6)**
15:24 17:16,17 25:2
44:22 62:18
**agrees (1)**
10:7
**ahead (3)**
34:10 63:4,12
**allow (2)**
21:22 23:19
**alluded (1)**
36:3
**alteration (1)**
29:5
**amend (1)**
27:19
**Americas (2)**
2:9 3:7
**amount (2)**
57:10 61:12
**Angeles (1)**
3:22
**announce (1)**
31:23
**announced (1)**
24:19
**answer (1)**
73:13
**anybody (8)**
13:24 23:2 25:11 26:7
26:19 27:6 50:3
71:11
**APA (3)**
10:15 16:6 50:16
**apologize (3)**
30:11,16,22
**appear (1)**
10:4
**appreciate (1)**
73:14
**appreciation (2)**
31:20 70:7
**apprised (1)**

31:18
**appropriate (4)**
27:18 43:14 57:4,5
**approval (3)**
17:13 31:12 72:7
**approvals (1)**
17:22
**approve (1)**
34:7
**approved (2)**
20:18 66:17
**April (1)**
28:22
**Article (3)**
10:16,17,18
**asked (5)**
16:23 20:6 41:5 58:8
62:16
**asking (1)**
15:22
**aspects (2)**
26:6 29:12
**asset (5)**
6:2 11:14,15 19:10
37:13
**assigned (1)**
53:17
**assignment (8)**
24:16 48:5 52:19
53:14 55:17,19 56:5
56:13
**assume (15)**
22:16 24:7,8,10,15
32:7 34:10 46:4,23
46:24,25 58:24,25
62:2,18
**assumed (13)**
19:23 20:5,8,18,21
33:23 45:20 53:17
54:6 66:11,15 67:3
67:4
**assumes (2)**
20:3 34:2
**assuming (7)**
34:17 52:14 64:10,11
65:8,11 66:21
**assumption (18)**
7:16 20:18 22:22
24:16 33:23 34:13
48:6 52:19 53:14
55:17,18 56:5,12,25
59:11 60:25 64:19
67:2
**assumptions (1)**
66:16
**assurance (5)**

34:15 52:20,25 53:19
57:25
**attached (1)**
5:13
**attorney (1)**
53:23
**Attorneys (4)**
3:6,13,20 4:5
**auction (82)**
1:9 2:7 5:1,6,20 6:1
7:1 8:1 9:1 10:1,4
11:1 12:1 13:1 14:1
14:8,16 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1,7 23:1
24:1 25:1 26:1,8
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1,13 73:1,8
73:17 74:10
**auctions (1)**
43:17
**August (5)**
1:11 2:4 19:21 28:23
74:19
**authority (1)**
31:15
**authorized (1)**
10:12
**available (2)**
8:6 31:17
**Avenue (10)**
2:8 3:7,21 4:6 21:12
21:12 23:4 56:25
66:14,25
**aware (8)**
7:11 11:22 16:11 18:4
18:4 24:14 31:17
73:11

**B**

**back (42)**
16:7 21:2,24 26:9
27:13 29:11,18,19
30:6 31:6 36:19
40:20 41:13,14
43:11,15,21,22 44:4

44:8 47:19 50:12,12
56:15,19 57:2,6,7
61:3,8 62:19,25
63:6 64:21 66:6,18
67:7 68:14 69:19
71:5,16 72:9
**backup (13)**
15:2,19,20 16:2,24
17:7 27:17 28:25
29:4 33:12,14 46:21
71:24
**backward (1)**
58:11
**balance (4)**
21:19 38:16 54:23
58:23
**bankruptcy (5)**
1:2 6:17 7:12 23:11
26:8
**bargaining (2)**
7:16 24:17
**BARTLETT (1)**
4:4
**based (12)**
10:24 11:20 29:20
42:7 47:20 48:10,10
48:11 50:15 54:15
55:16 57:15
**baseline (3)**
12:5 25:25 42:7
**beat (1)**
49:11
**becoming (3)**
16:22 17:3 33:5
**behalf (9)**
5:4 8:12,14,17,18,25
9:2 18:12 45:25
**behavior (1)**
9:10
**believe (28)**
6:6,7,11,19 12:11,18
14:14 18:10 19:12
21:20 23:19 24:18
24:23 25:24 27:24
30:15 32:20 38:9
40:15 42:23 46:12
46:18 48:4,17 54:14
55:15 57:5 60:20
**believed (1)**
57:4
**beneficial (1)**
26:13
**benefit (3)**
6:23 7:20 12:22
**best (8)**
7:21 25:16 31:12 42:9

42:14 67:8 71:2,21
**better (11)**
6:9 36:4 44:20 45:17
48:14 49:16 52:12
54:9 60:22 70:13
72:23
**beyond (1)**
60:7
**bid (84)**
5:8,11,12,13,16,20,21
6:9 8:10,18 9:7,17
10:6,10,11 11:25
12:4,5 13:5,8 14:5,6
14:7,9,15,22 15:17
17:10 18:16 25:18
25:22,23,25 27:16
27:22 29:24 30:2
31:13,25 32:7 37:9
38:22,24 42:8,9,14
45:17,23 47:12,13
48:11,13,14,25
49:11 50:14 52:6,9
52:10,12,14 54:9,12
55:12 56:21 60:22
61:3,8,14,15,25 62:9
63:13,18 66:9 67:7
67:8 68:15 69:7,20
70:13 71:2,21 72:23
**bidder (38)**
8:13,15 9:12,13,13,24
11:17 14:20,21,24
15:2,19,20 16:2,13
17:4,7 19:17,17
21:5 24:6,7,10
27:17 28:5,25 31:10
33:12,14,15 36:15
37:21 38:5,7 39:10
46:22 71:24 72:12
**bidders (25)**
9:8 15:7,8,22 16:19
16:24 18:3,3 19:2,4
19:9 20:6,24 21:11
23:3 24:6,14,15,18
25:5,12 26:16,17
36:10 38:14
**bidding (12)**
12:2,8,23 19:3 21:6
42:20 45:24 50:23
51:12 52:2 68:6
69:11
**bids (10)**
5:24 20:25 21:9 49:3
49:4 65:14,18 68:17
69:12,24
**big (1)**
61:23

**billable (1)**
30:24
**bit (1)**
66:8
**blood (1)**
74:14
**board (2)**
70:15 71:4
**bold (1)**
61:23
**bona (1)**
13:16
**bound (1)**
27:7
**break (11)**
16:9 30:11 34:4 42:6
49:25 50:3 54:13
56:6 68:4 69:3
70:14
**breakup (5)**
12:6,10 48:22 49:5
52:10
**brief (2)**
49:25 50:3
**briefly (1)**
5:14
**Broad (1)**
3:14
**broke (1)**
19:21
**bullets (2)**
43:2,17
**business (5)**
6:23 29:22,24 38:11
46:17

---

**C**

**C (4)**
3:2 4:2 74:2,2
**calculated (3)**
21:16,17,24
**calendar (2)**
23:24 28:20
**California (1)**
3:22
**call (16)**
5:17 15:12 34:9 36:3
37:14,16 40:21
44:10,15,17 54:14
64:16,22 70:14,17
71:4
**called (2)**
20:13 71:18
**calls (2)**
15:7 54:20
**cancel (1)**

63:6
**cancellation (1)**
21:23
**capacity (1)**
13:18
**case (2)**
5:5,11
**cash (16)**
21:15 22:5 53:4,5
54:21 55:8,9 56:24
61:12 62:8 63:10
64:6,20,25 65:2
66:10
**categories (1)**
19:22
**caution (1)**
6:20
**cautious (1)**
7:23
**CBA (7)**
32:7 45:20 46:4 48:2
66:13,22,22
**cents (1)**
22:9
**certain (13)**
7:9 8:7 17:6,14,16
19:5,7 20:12 26:6
31:24 34:17 38:14
42:3
**certainly (3)**
7:25 56:3,11
**certify (2)**
74:9,12
**cetera (1)**
9:16
**change (7)**
19:13,15 27:19 33:24
47:2 63:12 68:8
**changed (1)**
20:3
**changes (7)**
10:21 11:8,10 42:3
45:23 50:18 51:14
**check (2)**
72:10,14
**chooses (2)**
24:7,8
**circulated (1)**
60:17
**circumstances (1)**
31:18
**claim (6)**
21:18 22:2 54:23
58:17,18,21
**claims (6)**
22:8,8,13 25:6 55:3,4

**clarification (5)**
29:3 37:11 40:8 50:13
51:22
**clarifications (1)**
30:9
**clarify (3)**
55:20 56:3 57:19
**clarifying (1)**
38:19
**clear (12)**
11:25 14:11,19 22:7
29:7,9 44:18 59:3
64:23 66:10 68:6
71:9
**client (2)**
53:25 73:15
**close (11)**
13:18 16:14,16 17:4,7
23:23 28:18 33:2,15
46:16 73:16
**closer (1)**
22:12
**closing (19)**
15:11,14 16:3 20:4,9
20:20 32:22,24
33:25 34:19 36:7,15
37:19 39:17 40:9
45:11 46:10,15
58:15
**Code (1)**
23:11
**collateral (4)**
53:5 54:21 55:8,9
**collateralized (3)**
21:15 22:5 53:5
**collective (2)**
7:16 24:17
**collusive (1)**
9:9
**come (10)**
7:25 8:2,5,6 22:14
29:19 30:6 34:14
43:11,21
**comes (2)**
40:8,11
**comfortable (2)**
53:19 56:8
**coming (2)**
6:11 40:16
**comments (1)**
17:15
**commitment (2)**
16:14 24:9
**committee (27)**
4:5 7:18 13:15,20,25
14:13 15:8 18:4,9

18:10,12,15,22 19:3
22:6 25:4,20 26:17
31:11 42:10 47:16
47:21 48:13 54:18
59:19 70:19 71:17
**common (1)**
26:7
**company (3)**
7:22 23:23 57:14
**company's (1)**
38:21
**compares (1)**
47:4
**completely (2)**
22:4,5
**comply (3)**
19:19 23:15 27:25
**concern (2)**
20:2 45:22
**concerns (3)**
7:17,19 73:7
**conclusion (1)**
71:19
**condition (6)**
32:21,24 36:6 40:9
46:9 49:2
**conditionality (1)**
46:14
**conditioned (2)**
17:11,19
**conditions (3)**
10:17 37:7 46:18
**conducted (1)**
73:8
**confidential (22)**
1:7 6:15 7:4,10 25:23
26:25 27:3 32:5,5
34:21,24 35:2 36:1
36:25 37:1 38:1
39:1 40:1 41:1,17
47:7 75:12
**confidentiality (3)**
13:12 17:25 37:24
**confirm (13)**
9:8,22 11:17 17:10,18
17:23 18:13 37:7
47:2 48:16 56:7
71:6,7
**conformed (1)**
5:11
**conformity (1)**
27:17
**confusing (1)**
66:9
**connection (1)**
57:8

**consent (2)**
11:13 42:12
**consequence (2)**
24:4,5
**consider (4)**
16:19,24 18:3 62:21
**considerations (1)**
20:22
**construct (2)**
46:19 47:11
**consult (1)**
70:19
**consultation (7)**
13:15 18:9,14,21
25:19 47:21 48:12
**consulted (6)**
7:18 13:19,25 14:13
42:11 71:16
**consummated (1)**
28:4
**consummation (2)**
14:23 28:7
**CONTAINS (1)**
1:7
**content (3)**
40:25 41:4,6
**context (2)**
21:5 36:18
**continue (1)**
25:6
**Continued (2)**
35:2 41:16
**contract (23)**
19:11,15,16,20 20:11
20:17,21 21:4,9
24:13,21 26:11
27:19 29:17 39:18
46:12 47:4 51:13
62:5 63:17,22 64:11
64:12
**contract's (1)**
46:20
**contracts (23)**
10:23 19:5,7,18,21
20:13 21:10 33:22
34:18 46:24 47:23
48:3 62:20 63:3,9
63:24 64:5,19 65:9
65:10,12 66:11
69:21
**conversation (6)**
30:8 37:21 40:5 53:15
53:23 70:18
**conversations (6)**
6:20 16:15 18:25
22:24 32:16 55:16

**cooperation (1)**
10:19
**corporate (1)**
70:22
**correct (7)**
22:4 28:9 37:9,11
39:23 49:8 57:24
**correctly (2)**
61:19 63:25
**COUNTY (1)**
74:5
**couple (7)**
13:6 14:10,18 18:2
27:15 42:22 45:19
**court (7)**
1:2 6:17 8:23 20:19
34:6 58:2 72:7
**court's (1)**
7:4
**courtesy (2)**
42:19 43:21
**covenant (1)**
40:8
**cover (1)**
43:2
**covered (1)**
26:2
**credit (2)**
48:24 54:6
**Creditors' (1)**
71:17
**creditworthy (1)**
57:13
**CROMWELL (1)**
3:12
**crucial (1)**
19:8
**cure (2)**
23:17,17
**current (3)**
15:9 23:7 57:14
**currently (6)**
12:6 15:18 32:12 53:4
57:11 67:9

————————
**D**
**D (4)**
14:19 27:18,25 75:2
**damage (5)**
21:18 25:5 58:17,18
58:20
**damages (1)**
55:23
**date (11)**
15:14,14,16 16:3
18:15,20 20:9,10

27:20 39:14 58:22
**Davis (26)**
3:13 8:17,19 9:15
11:9,13 12:3,17
15:13,23,25 24:18
44:6 46:19 47:10
63:2 64:14 66:19
67:8,10,15,18,25
68:16 69:25 71:23
**Davis's (1)**
29:10
**day (5)**
23:9 33:6 46:17,18
74:18
**days (30)**
14:25 15:15 16:19,20
16:20,25 17:2,6
20:4,20 23:16 24:3
28:8,11,16,19,21
33:3,4,8,12,13,17
36:15 37:18 39:12
39:14 45:10,12,12
**deadline (3)**
5:23,25 6:5
**deadlines (1)**
14:5
**deal (8)**
17:19 23:23 36:23
53:20 55:6 57:22
59:7 66:24
**debtor (5)**
3:6 10:25 13:14 28:4
39:20
**debtor's (4)**
10:24 14:12 54:8 55:4
**debtors (9)**
5:5 10:12 13:19 18:21
23:13 25:19 29:23
32:13 60:20
**December (3)**
24:2 59:6,13
**decide (2)**
27:9 38:6
**decides (1)**
38:7
**decision (4)**
59:5,12,21,24
**declare (1)**
71:19
**declaring (1)**
72:22
**deduct (4)**
22:18,23 49:18 52:10
**deducting (1)**
51:6
**deduction (2)**

45:22 48:7
**deem (1)**
48:13
**deemed (1)**
14:2
**default (1)**
23:14
**definite (1)**
48:5
**definitive (1)**
67:2
**delete (2)**
43:4,5
**Denton (3)**
32:16,18 46:10
**depending (1)**
55:5
**deposit (1)**
5:22
**described (1)**
26:15
**description (1)**
36:4
**designate (1)**
19:18
**designated (2)**
19:20 24:21
**designations (1)**
19:11
**desire (1)**
21:22
**determination (2)**
14:12 22:14
**determinations (1)**
18:18
**determine (4)**
21:3 52:11 54:11
58:25
**determined (3)**
12:5 13:21 20:15
**determining (1)**
25:25
**deviate (2)**
12:14,20
**difference (1)**
62:7
**differences (1)**
25:7
**different (1)**
64:24
**differently (1)**
28:14
**diligence (2)**
17:12,20
**direct (2)**
53:15,22

**directed (1)**
10:12
**DIRECTIONS (1)**
75:7
**director (3)**
31:14 71:6,18
**disagreement (1)**
67:6
**disclosed (4)**
9:17 10:5,6 36:11
**disclosing (1)**
53:24
**discounting (2)**
57:16 59:4
**discuss (1)**
26:10
**discussed (4)**
11:8,11 37:8 47:11
**discussing (1)**
29:13
**discussions (6)**
16:4 18:7 29:19 32:18
32:19 50:22
**dispute (1)**
21:16
**DISTRICT (1)**
1:2
**docket (1)**
5:10
**document (12)**
10:6 30:16 33:21 40:2
40:13,15 42:21,25
44:20 60:10 66:22
68:7
**documentation (9)**
13:13 59:17 60:12
72:3,4,6,15,16,25
**documented (1)**
40:3
**documents (7)**
6:4 9:18 19:6 43:18
70:10,22 73:5
**doing (6)**
39:18 61:10,14 63:10
64:10,14
**dollar (8)**
22:9,16,16,18 54:25
54:25 55:5,5
**dollars (6)**
26:3 48:11 49:7,21
51:5 54:10
**dropped (2)**
36:6 47:9
**due (2)**
17:11,20

**E**

**E (7)**
3:2,2 4:2,2 74:2,2
75:2
**earlier (6)**
14:23 28:7,17 29:14
33:6 54:19
**early (5)**
15:11 16:4,17 21:23
70:9
**easy (2)**
49:22 65:7
**economic (3)**
24:4,5 38:2
**economically (1)**
36:12
**economics (1)**
26:12
**editorial (2)**
38:8 45:6
**effort (1)**
70:8
**either (6)**
23:2 24:9 34:11 36:23
48:7 49:9
**election (1)**
15:13
**eligible (1)**
14:8
**embodied (1)**
37:2
**employed (1)**
32:12
**employee (4)**
10:19 11:7 36:19
37:25
**employees (7)**
10:22 11:7 32:9,11
36:20 46:6,8
**employment (1)**
36:20
**encouraged (1)**
24:15
**engaged (1)**
9:9
**entitled (1)**
12:6
**entitlement (1)**
14:15
**entry (3)**
16:21 17:2 33:3
**equal (1)**
30:2
**equivalent (2)**
58:13 61:2

**equivocation (1)**
21:7
**escrow (2)**
58:15,22
**especially (1)**
49:20
**ESQ (4)**
3:9,16,23 4:8
**essentially (2)**
34:8 39:18
**estate (13)**
12:22 29:15,25 47:13
48:18,24 49:14
55:23,25 58:17,19
62:4,6
**et (1)**
9:16
**evening (1)**
5:21
**event (2)**
33:5 60:6
**everybody (13)**
6:13 14:11 15:3 16:10
30:12 31:8,16 44:5
47:22 50:11 52:21
61:10 73:3
**everybody's (1)**
7:20
**exactly (5)**
29:4,25 49:19 53:7
65:5
**EXAMINATION (1)**
75:3
**excited (1)**
54:5
**excluded (3)**
19:25 20:5,15
**executing (1)**
13:12
**exercise (3)**
28:18 45:9,11
**exercised (3)**
37:18 45:4,5
**EXHIBITS (1)**
75:14
**expense (3)**
12:7,10 49:5
**experience (1)**
49:16
**explain (1)**
19:16
**explained (2)**
15:6 42:2
**express (3)**
25:10 31:19 44:19
**expressed (4)**

7:17 38:14 45:2 50:15
**expressly (1)**
68:10
**extend (2)**
15:14 39:2
**extent (5)**
6:19 11:12 24:6 25:7
70:23
**extra (1)**
48:11
**eyes (1)**
7:4

**F**

**F (2)**
16:13 74:2
**fact (9)**
5:15,16 12:3 13:22
15:3 17:16 19:19
22:13 60:6
**failure (1)**
27:16
**fairly (1)**
34:9
**far (1)**
18:13
**favorable (1)**
57:22
**fee (5)**
12:6,10 48:22 49:5
52:10
**fide (1)**
13:16
**Fifth (6)**
21:12,12 23:4 56:25
66:14,25
**fight (1)**
57:25
**figure (2)**
64:7 73:5
**file (2)**
34:8,11
**filed (2)**
6:16 15:16
**filing (1)**
23:10
**final (3)**
16:22 17:3 33:5
**finalize (3)**
72:2,3,5
**finalized (1)**
73:6
**finalizing (1)**
23:2
**Finally (1)**
18:25

**financial (3)**
13:17 37:4 53:11
**financials (1)**
54:2
**financing (2)**
17:12,21
**fine (2)**
28:13 50:8
**firm (2)**
8:24 57:3
**first (7)**
8:10 9:6 16:9 17:4
32:6 36:2 62:14
**five (4)**
32:2 66:2 71:5,12
**flexibility (1)**
41:7
**flexible (2)**
58:3,7
**following (5)**
16:19,20,21 23:9 33:3
**follows (2)**
15:10 59:16
**food (1)**
30:19
**foremost (1)**
32:6
**form (4)**
6:9 19:13 23:7 50:16
**formal (1)**
13:6
**formula (1)**
52:4
**forth (2)**
10:16 60:18
**fortunately (1)**
24:11
**forward (4)**
20:17 51:11 53:13
55:7
**four (2)**
30:14 32:2
**full (4)**
53:12 57:10,17 63:17
**FURNISHED (1)**
75:9
**further (2)**
6:17 74:12
**future (2)**
38:10 52:25

**G**

**Galardi (84)**
3:9 5:2,4 8:22 9:6,21
10:9 11:24 13:4
17:24 18:23 26:24

27:4,13,23 28:6,11
28:15 29:8 30:5
31:5 37:14,20 38:23
39:4,7,13,23,25
40:12,19 41:3,9,11
42:2 43:13,25 44:4
44:13,17 47:14,19
48:20 49:8,19 50:2
50:8,11 51:21,25
52:17 54:7 56:2,16
56:19 57:24 61:18
61:22 62:10,14,23
62:25 63:5,13,19,23
64:9 65:5,16 66:4,6
68:5,13 69:4,6,10,14
69:17,19 70:6 71:15
72:14,19 73:12
**Gawker (3)**
1:4 5:4,10
**Gawker.com (6)**
36:17 39:2,4,19 40:25
41:4
**general (1)**
53:25
**getting (2)**
54:16 70:9
**Gilhuly (40)**
3:23 9:4,5,22 10:7
12:25 13:3 17:10,23
37:10,16 40:18
49:15,24 50:6 51:19
52:13 53:22 57:19
61:17,24 62:12
63:21 65:14,18,21
65:24 67:12,16,20
67:23 68:3,17,20,23
69:2,9,12,24 70:3
**give (12)**
19:20 20:22 31:20
34:12 42:18,19
47:14 52:9 61:17
62:22 66:18 71:12
**given (4)**
8:22 37:25 64:17 71:2
**giving (3)**
53:25 57:17 58:9
**go (52)**
5:7 6:6 7:8 12:21
20:16,25 26:5,9,22
26:23 27:4,8 29:11
29:18 30:17,20,24
31:5 33:19 34:10
39:8,9 40:13,20
41:13 43:15,22 44:8
45:6,18 48:21 49:11
51:11 55:22 61:15

62:15 63:6,15,19
64:20 65:17,20,23
67:10,12,14,16,18
67:20 68:13 70:6,14
**goes (6)**
14:9 61:8 65:21,24
69:25 70:3
**going (35)**
5:17,19 6:13,14 18:5
22:21 25:13,15 26:4
26:9,14 30:7,15
31:5,23 34:20,23
36:8 40:12 44:10,19
46:21 49:24 50:2
52:3,5 53:13 55:7
58:2 63:5 68:3 69:2
70:16 71:24 72:2
**good (3)**
34:15 40:14 43:24
**gotten (2)**
16:6 55:2
**Grand (1)**
3:21
**granular (1)**
55:15
**Gray (2)**
2:8 3:5
**great (2)**
30:20,25
**greater (3)**
21:19,25 58:21
**Gregg (5)**
3:9 5:3 38:17 46:5
48:19 49:15
**gross (1)**
61:4
**guarantee (4)**
53:8,10 57:13,14
**guess (2)**
47:8 68:13
**guys (1)**
73:3

**H**

**half (1)**
43:7
**hand (1)**
74:18
**Happy (1)**
23:6
**head (1)**
63:20
**hear (1)**
58:5
**heard (3)**
28:14 56:2,8

**hearing (10)**
14:25 20:10,17 28:8
28:12,16,20,21
45:13 53:17
**held (2)**
2:7 6:14
**hereunto (1)**
74:18
**higher (9)**
6:8 45:17 48:14 52:12
54:9 55:11,12 60:21
70:12
**highest (9)**
7:21 25:16 31:12 42:9
42:14 67:8 70:25
71:20 72:23
**highly (9)**
1:7 35:2 36:1,25 37:1
38:1 39:1 40:1 41:1
**hiring's (1)**
11:11
**hold (3)**
50:3 63:8 72:24
**holding (1)**
72:15
**holdover (1)**
60:11
**holiday (1)**
60:4
**hook (1)**
33:17
**hope (1)**
39:15
**hopefully (1)**
34:6
**hoping (1)**
51:9
**horse (6)**
8:18 10:15 11:14,17
14:21 15:10
**hour (4)**
30:24 43:7,7 53:21
**hours (2)**
30:15 42:23
**hundred (1)**
22:8

**I**

**idea (1)**
56:11
**identified (1)**
65:13
**identify (4)**
8:11,15 33:22 70:12
**identity (1)**
53:24

**important (3)**
29:21,22 45:15
**improve (1)**
49:13
**improved (1)**
42:16
**include (4)**
13:11 14:22 29:16
52:21
**including (1)**
10:15
**increase (1)**
54:25
**increases (1)**
52:13
**incredibly (1)**
61:20
**increment (2)**
48:12 63:14
**indemnify (1)**
60:8
**independent (5)**
11:21 31:13 70:15
71:6,18
**information (3)**
7:11 11:21 75:6
**informed (3)**
52:16 62:3,6
**initially (1)**
25:17
**insist (1)**
53:10
**instance (1)**
22:19
**intended (1)**
15:11
**intending (1)**
8:5
**interest (1)**
13:16
**interested (1)**
74:15
**interesting (1)**
19:8
**internal (2)**
17:13,21
**International (4)**
62:5 64:12 66:14,23
**involved (2)**
26:18 42:10
**irrelevant (1)**
46:19
**irrevocable (5)**
20:9 25:8 33:24 66:16
67:4
**irrevocably (3)**

21:3 46:23 47:6
**issue (15)**
13:24,24 22:11,12
29:17 34:4 36:19
38:4,4 55:6 57:9
59:7 60:12 61:7
62:19
**issues (7)**
18:2 24:13 30:3 31:22
37:25 38:16 70:24

**J**

**January (5)**
23:6,8,20 59:2 60:7
**JOB (1)**
1:25
**joint (2)**
9:16,25
**judgment (1)**
24:12
**jump (1)**
54:15
**juncture (1)**
47:6
**June (1)**
28:22

**K**

**keep (7)**
7:3 25:15,22 26:16
31:18 49:3 70:17
**keeping (1)**
18:17
**know (19)**
5:16 6:24 7:7 11:2,18
13:25 21:13 25:11
26:19 30:20 42:11
43:4 44:13 50:21
53:9,13 54:19 66:7
73:6
**knowing (1)**
7:14
**knowledge (1)**
11:23
**knows (2)**
30:13 52:21

**L**

**lack (1)**
36:4
**landlord (20)**
22:25 52:22 53:9,16
54:5,14 55:16,21
56:7 57:7,9,22 58:3
58:6 59:15,18,19
60:2,13,13

**landlord's (1)**
53:23
**language (2)**
32:9 33:2
**Latham (2)**
3:19 9:5
**lawyer (1)**
73:12
**lay (1)**
71:10
**LC (7)**
21:13,14 53:4 54:21
55:8,9 57:10
**lease (23)**
21:12,13,21 22:19,21
22:22 24:10 47:25
52:15 53:9 54:6
55:19 57:2 58:25
59:2,11,22,24 60:17
60:19,25 61:6,7
**leave (4)**
34:25 36:13 38:11
47:15
**leaves (1)**
71:11
**leaving (1)**
41:2
**left (3)**
21:8 56:21 68:15
**let's (10)**
26:22 27:4,8 28:20
44:8,10 48:16 64:22
65:6 73:5
**letters (1)**
61:23
**level (2)**
18:14,20
**Lexington (1)**
4:6
**liability (1)**
54:17
**liable (1)**
23:14
**life (1)**
62:11
**line (1)**
52:5
**list (12)**
14:6 19:21 20:2,8,14
20:24 33:23 34:3
46:24,25,25 66:12
**listed (1)**
33:13
**lists (1)**
19:20
**little (2)**

13:6 66:8
**live (1)**
27:21
**LLC (1)**
1:4
**LLP (1)**
2:8
**longer (3)**
16:25 33:12 36:6
**look (4)**
21:21 22:12 25:6
43:19
**Los (1)**
3:22
**lost (1)**
49:23
**lot (1)**
43:9
**lunch (1)**
30:20

**M**

**main (1)**
47:22
**major (1)**
21:10
**making (2)**
50:14 70:16
**March (1)**
60:3
**mark (1)**
34:21
**marked (2)**
32:5 75:15
**marketing (1)**
60:15
**markups (1)**
16:6
**marriage (1)**
74:14
**math (4)**
60:23 61:6,11 62:16
**mathematical (1)**
24:12
**matrix (2)**
19:3 21:6
**matter (3)**
31:11 47:8 74:16
**matters (1)**
10:19
**maximum (1)**
12:12
**maybe's (1)**
19:24
**mean (4)**
33:25 38:19 53:2

71:25
**meaning (1)**
37:17
**means (1)**
22:2
**mechanics (2)**
17:6 70:11
**Media (3)**
1:4 5:4,10
**meet (2)**
45:6,14
**members (2)**
42:13 70:15
**mention (3)**
25:2 31:7,8
**mentioned (12)**
14:4 17:25 25:4 26:2
31:9,10 37:12 46:5
49:12 54:19,20 58:4
**met (2)**
18:8 53:18
**Michael (11)**
3:16 8:20,23 9:10
26:21 45:25 46:2
48:8 51:21 61:18
62:15
**million (45)**
12:13 22:3,23 25:21
25:24 26:3 42:8
47:12 48:11,21 49:6
49:21 52:7,14,16,17
54:10,15,22 55:10
56:10,24 57:3,5,16
57:18 58:9,13,15,19
58:21 60:23 61:5,7
61:9 62:4,9 63:14
63:16 65:15,19
66:10 69:13,14,20
**minor (1)**
51:2
**minus (2)**
48:21 61:11
**minute (1)**
62:22
**minutes (7)**
47:14 50:5,5 66:3
69:16 71:5,12
**miscellaneous (1)**
10:18
**miserable (2)**
62:11,13
**misstating (1)**
72:8
**modification (2)**
36:9 37:5
**modifications (3)**

31:25 37:3 50:17
**modified (3)**
32:8 42:5 45:18
**modify (4)**
15:23,25 20:7 32:23
**morale (1)**
38:3
**morning (1)**
7:14
**mothball (1)**
36:23
**motion (3)**
6:18 34:8,12
**MOTIONS (1)**
75:11
**motivation (1)**
23:22
**move (2)**
49:6 58:11
**moved (1)**
34:2

**N**

**N (3)**
3:2 4:2 75:2
**name (2)**
8:23 10:21
**NDA (1)**
27:7
**necessary (1)**
57:21
**need (4)**
36:23 42:24 54:11
73:6
**negotiate (1)**
57:21
**negotiations (1)**
18:17
**net (5)**
29:15,25 47:12 48:17
48:24
**neutral (5)**
36:12 45:20,21 46:5
66:25
**neutralized (1)**
60:24
**New (16)**
1:2,10,10 2:9,9,12 3:8
3:8,15,15 4:7,7
52:14 74:3,5,8
**Nick (3)**
32:16,18 46:10
**night (2)**
32:2 33:21
**non-compete (1)**
46:10

**non-confidential (2)**
40:21 41:15
**non-highly (1)**
41:16
**non-holiday (1)**
60:5
**normal (1)**
59:23
**Notary (2)**
2:11 74:7
**note (3)**
11:5 17:13 22:23
**noted (1)**
73:19
**notice (2)**
23:17 34:12
**notwithstanding (1)**
17:18
**November (1)**
28:22
**number (18)**
5:10 12:12,15,18,20
12:21,23 18:8 32:11
49:10,12,23 51:3,13
52:6 64:2 66:20
69:8
**numbers (3)**
30:18 61:13 64:21

**O**

**O (2)**
14:10,17
**object (1)**
34:15
**objected (1)**
55:21
**objection (1)**
34:22
**objections (4)**
18:11,14,20 73:7
**obligated (1)**
46:16
**obligation (1)**
70:12
**obligations (4)**
10:14,15 11:4,20
**obtaining (2)**
17:12,20
**obvious (1)**
71:2
**obviously (17)**
6:15 18:7 22:9 25:13
26:17 30:21 31:17
33:19 37:23 38:2
39:15 40:3 42:4,9
59:16 60:7 72:24

**occupancy (1)**
60:2
**October (5)**
15:16,22 28:19 59:22
59:25
**offer (3)**
36:20 57:12,20
**offered (2)**
56:24 58:12
**offering (1)**
56:23
**offers (1)**
46:7
**offices (1)**
2:8
**officially (1)**
73:16
**okay (11)**
28:13 29:2,6 30:5
39:24 44:12 51:4,16
51:25 64:23 65:16
**once (3)**
30:17 43:5 73:2
**ones (1)**
67:3
**open (2)**
14:23 16:24
**operating (1)**
30:23
**opportunity (1)**
17:5
**option (5)**
15:13 28:18 36:13,14
37:12
**order (15)**
2:10 5:9,12 8:11
10:11 16:21,22 17:3
17:3 20:19 25:18
33:4,5 34:7 49:11
**original (1)**
19:17
**outbid (1)**
61:9
**outcome (1)**
74:15
**outside (1)**
27:20
**outstanding (2)**
21:14 57:11
**overbid (1)**
25:21 56:23

**P**

**P (4)**
3:2,2 4:2,2
**p.m (4)**

5:23,24 6:5 73:19

**PAGE (1)**
75:3
**paragraph (4)**
10:10 16:13 21:22
27:18
**parent (3)**
53:8,10 57:13
**parity (7)**
29:20 47:5,8,25 48:2
48:7,9
**part (2)**
7:3 41:15
**participate (2)**
14:8,16
**participating (2)**
73:3,4
**participation (3)**
13:10,11,22
**particular (1)**
40:6
**particularly (1)**
19:7
**parties (8)**
5:15 7:6 8:7 18:17
45:21 48:4 50:21
74:13
**partnership (2)**
9:16 10:2
**party (5)**
8:3 10:5 20:19 60:10
68:6
**pass (2)**
25:13,14
**patience (1)**
70:9
**pay (4)**
22:13 49:5 55:5 58:16
**payable (1)**
55:24
**people (16)**
6:20 7:22 8:6 21:13
21:21 23:19 25:9
30:20,22 38:9 44:23
45:6,14 50:4 51:12
70:20
**percent (8)**
21:14,19,25 32:10,11
36:21 46:7,8
**perfectly (1)**
43:14
**perform (1)**
10:13
**performance (2)**
52:20 53:2
**performed (1)**

11:3
**period (10)**
6:4 23:5 30:14 33:16
45:5 58:24 59:9
60:4,5 66:18
**person (1)**
8:13
**perspective (4)**
27:14 29:11 46:20
48:18
**Peter (5)**
3:23 9:4 37:6 40:16
51:17
**petition (1)**
15:15
**Philip (4)**
1:24 2:10 74:7,21
**philosophy (1)**
29:23
**phone (2)**
59:18 70:17
**picked (1)**
72:11
**place (2)**
5:6 46:11
**plus (4)**
12:10 21:14 26:3
56:25
**point (10)**
16:12 22:6 30:10,18
34:20 40:24 45:15
48:15 54:24 56:22
**points (2)**
5:8 40:14
**portion (3)**
1:7 35:3 41:17
**possible (1)**
37:25
**potential (2)**
16:5 72:22
**practical (2)**
16:14,17
**preclosing (3)**
10:14,16 11:19
**prefer (1)**
6:25
**preliminary (1)**
13:17
**premises (3)**
23:18,25 60:14
**prepared (4)**
28:12,17 29:14 62:17
**present (2)**
24:8,19
**press (1)**
7:15

**pretty (4)**
16:10 42:17 71:2,9
**previously (2)**
56:24 69:22
**price (2)**
25:16 29:15
**prior (8)**
18:7 20:4 32:15 36:15
39:12,14 45:10
59:21
**probably (3)**
21:25 42:22 71:9
**problem (2)**
28:15 34:17
**problematic (1)**
30:3
**procedure (3)**
26:20 30:23 34:5
**procedures (17)**
5:9,12,13,13 8:11 9:7
10:10,11 12:2,19
13:5,7,8 14:7 15:17
25:18 27:22
**proceed (2)**
22:15 42:20
**proceeding (3)**
12:8,9 56:4
**proceedings (74)**
1:9 2:7 5:1 6:1 7:1 8:1
8:3 9:1 10:1 11:1
12:1,16 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1
74:11
**proceeds (1)**
23:24
**process (5)**
7:13 8:9 13:20 14:2
18:16
**proof (1)**
13:17
**proper (2)**
37:22,24

**property (3)**
23:4,5 60:9
**proposal (2)**
38:21 60:21
**protection (1)**
53:18
**provide (2)**
20:7 36:22
**provided (4)**
16:13 17:17 18:21
68:7
**provides (1)**
14:20
**provision (24)**
13:9 14:19,22 15:2,4
23:15 29:5 36:2,5
38:12,18,18,20,24
38:25 40:6,23 41:5
44:9,11,16,18 51:4,5
**provisions (13)**
6:7 11:3 14:14 26:10
26:12 34:23 40:4
42:5 43:8 60:15,16
60:25 71:8
**public (9)**
2:11 6:24 7:2,12,13
8:3 32:3 36:25 74:8
**purchase (5)**
6:3 11:14,15 19:10
29:15
**purpose (2)**
38:12 61:13
**pursuant (3)**
2:10 25:18 48:23
**put (32)**
17:25 18:5 20:13 25:3
25:9 26:14 27:9
31:13 32:4,4 34:23
37:14,16 38:24,24
38:25 39:22 40:2
44:10,16,18 45:4,9
45:11 47:10 48:5
52:18 53:12 58:14
64:8 66:24 72:20
**putting (1)**
38:2

**_____ Q _____**

**qualified (2)**
12:4 14:20
**question (4)**
27:24 40:22 54:22
70:11
**questions (8)**
7:8 26:5,20,23 40:19
62:16 70:23 71:10

**quick (2)**
70:17 71:4
**quickly (2)**
30:17 71:15
**quite (1)**
26:7

**_____ R _____**

**R (3)**
3:2 4:2 74:2
**raise (3)**
13:23 25:5 47:12
**raised (2)**
5:8 30:4
**raising (1)**
40:14
**reach (1)**
52:22
**reading (1)**
17:9
**ready (2)**
43:20,22
**realize (1)**
7:20
**really (2)**
21:18 59:8
**reason (1)**
55:21
**reasonably (1)**
13:14
**reasons (2)**
23:21 26:14
**receive (5)**
5:16,24 6:2 16:12
23:24
**received (5)**
5:20,23 6:8 19:13
31:25
**Recess (12)**
27:12 31:4 44:3 47:18
50:10 56:18 62:24
66:5 68:12 69:5,18
71:14
**recollection (1)**
22:3
**record (54)**
5:2,3 6:24 7:2 11:5
18:2,6 21:2 25:3
26:5,15,22,23 27:5,8
27:10,11,13 30:4,7
31:3,6,24 32:3
43:23 44:2,4,8 45:3
46:3 47:17,19 50:9
50:12 56:17,20
57:20 62:23,25 66:4
66:6,24 68:10,11,14

69:4,17,19 71:8,13
71:16,22 72:20
74:11
**recording (1)**
10:20
**referenced (1)**
51:15
**referral (1)**
24:20
**referred (1)**
47:23
**referring (1)**
5:9
**reflect (1)**
50:17
**refrain (1)**
7:22
**regarding (6)**
7:15,19 9:22 19:3,10
37:13
**reimbursement (3)**
12:7,11 49:6
**reject (5)**
22:17,21 34:12 58:24
58:25
**rejected (2)**
21:8 59:23
**rejection (9)**
22:7 25:5 55:23 58:16
58:18,20 59:11,23
67:2
**related (2)**
34:24 74:13
**relates (1)**
40:10
**relationship (1)**
36:24
**released (1)**
72:4
**remain (11)**
14:22 15:19,20 23:3,5
23:8,13,18 28:24
33:17 60:2
**remaining (2)**
16:24 46:12
**remains (1)**
32:21
**remind (1)**
6:13
**remove (2)**
40:25 41:6
**rent (1)**
53:6
**replace (1)**
57:14
**replacement (1)**

57:10
**Reported (1)**
1:23
**reporter (1)**
8:23
**represent (2)**
10:25 54:4
**representation (2)**
10:25 11:20
**representatives (3)**
8:2 44:6,7
**request (3)**
7:22 19:14 27:20
**REQUESTS (2)**
75:6,10
**required (4)**
10:11 11:12 19:18
24:11
**requirement (1)**
19:19
**requirements (6)**
9:7 13:10,11,23 14:3
14:7
**requiring (1)**
40:24
**reserve (1)**
22:10
**resolve (1)**
38:15
**respect (18)**
8:9 11:6,25 13:4,8
15:4,20 16:23 18:16
19:2 32:9 44:22,25
45:22 46:15 47:7
54:7 66:19
**respective (1)**
10:13
**response (4)**
16:7 43:11 58:5,10
**responsible (1)**
60:9
**result (2)**
12:3 55:22 63:12
**return (1)**
55:8
**review (3)**
17:18 20:24 47:20
**reviewed (1)**
17:15
**reviewing (1)**
19:6
**revise (1)**
37:8
**revisions (2)**
19:9 33:20
**revocable (1)**

56:9
**right (14)**
8:16 22:10,11,15
34:14 37:15 39:11
39:22 40:2 61:24
62:11 63:14,22 65:6
**risk (2)**
58:20 72:22
**Rizzuti (4)**
1:24 2:11 74:7,21
**room (8)**
6:12 8:4 31:9,16
34:25 36:14 47:15
50:12
**Ropes (2)**
2:8 3:5
**rule (1)**
25:13
**rules (1)**
48:23
**RULINGS (1)**
75:8
**run (4)**
13:6 14:10 33:9 59:2
**runs (1)**
33:7
**Russell (5)**
4:8 18:12,19,24 29:3

---
**S**
---

**S (2)**
3:2 4:2
**sake (2)**
5:19 64:15
**sale (16)**
6:18 14:24,25 16:22
20:10 23:24 28:4,8
28:12,16,19,21 33:4
33:4 34:7 53:17
**satisfaction (1)**
46:17
**satisfactory (1)**
13:14
**satisfied (5)**
14:3,5,17 15:5 46:13
**satisfy (2)**
13:22 52:25
**saying (3)**
28:2 38:20 63:16
**says (4)**
23:15 72:16,17,18
**schedule (4)**
10:21,22 11:6 40:10
**schedules (2)**
17:14 45:14
**Scott (1)**

31:14
**screws (1)**
52:4
**second (4)**
32:8 36:8 47:16 61:17
**seconds (1)**
70:21
**secret (1)**
44:21
**section (3)**
10:18 43:4,5
**see (6)**
25:7 42:21,25 43:6,7
44:23
**seek (2)**
11:13 34:15
**sent (2)**
16:5 60:19
**separate (2)**
23:12 54:20
**September (10)**
15:12 16:4,18 28:22
28:23,25 33:6,8,9,10
**series (1)**
24:25
**services (1)**
36:22
**set (3)**
10:15 60:18 74:18
**seven (12)**
16:19,20,25 17:6 24:3
33:3,4,8,12,17 45:12
46:18
**share (1)**
23:6
**sheet (1)**
32:19
**short (2)**
16:10 68:4
**shorten (1)**
16:3
**shorter (2)**
24:3 50:6
**show (2)**
9:14,24
**sides (1)**
31:20
**significant (1)**
23:22
**simple (1)**
52:4
**simpler (1)**
49:4
**simply (1)**
55:7
**Simpson (2)**

4:4 18:24
**single (1)**
25:14
**site (1)**
36:17
**small (1)**
64:3
**somebody (4)**
34:22 45:23 51:3 52:4
**somewhat (1)**
7:10
**soon (2)**
16:14,16
**Sorry (1)**
65:3
**sought (1)**
66:15
**Sounds (1)**
43:24
**South (1)**
3:21
**SOUTHERN (1)**
1:2
**speak (1)**
8:7
**speaking (5)**
8:12,14,18,24 9:2
**specifically (1)**
51:14
**spend (1)**
34:3
**spoke (1)**
8:4
**spoken (1)**
7:15
**ss (1)**
74:4
**staff (1)**
45:7
**stalking (6)**
8:17 10:14 11:14,17
14:21 15:9
**stand (3)**
42:7 43:8 67:7
**standard (3)**
12:15 30:23 34:9
**start (3)**
5:14 30:21 70:22
**started (1)**
42:15
**State (3)**
2:11 74:3,8
**statement (3)**
9:20 10:8 13:13
**statements (2)**
7:23 71:21

**STATES (1)**
1:2
**stay (6)**
28:3 39:6,7 50:4 60:7
70:21
**steps (1)**
8:10
**stipulation (4)**
23:7 60:18,19 61:2
**straightforward (1)**
42:17
**Street (1)**
3:14
**strictly (1)**
6:14
**subject (8)**
24:22 33:20 50:16,24
51:13 52:19 59:17
66:21
**sublease (1)**
23:13
**subsequent (1)**
8:16
**subtract (1)**
49:12
**successful (4)**
14:24 21:4 28:5 72:12
**suggested (1)**
16:18
**suggesting (1)**
16:4
**SULLIVAN (1)**
3:12
**supplements (2)**
61:25 62:7
**support (1)**
6:18
**supporting (1)**
13:13
**sure (6)**
22:11 31:16 52:23
53:7 70:18 72:20
**surprise (1)**
36:10

**T**

**T (2)**
74:2,2
**Taboola (6)**
62:2 64:11,16,18
66:13,23
**take (24)**
16:8,9 21:3 22:12,22
24:16 28:20 32:10
42:22 43:19 45:8
49:24 54:13 55:17

56:6,14 59:10 60:3
62:19 63:2 66:2
68:3 69:2 70:16
**taken (13)**
27:12 31:4 44:3 47:18
50:10 56:18 61:6
62:24 66:5 68:12
69:5,18 71:14
**talk (4)**
29:12 38:8 47:15 65:9
**talked (6)**
12:17 42:12 43:9
47:24 67:5 69:22
**talking (2)**
19:9 44:14
**tax (2)**
23:21 59:7
**taxes (1)**
10:20
**technically (2)**
32:25 64:4
**tell (3)**
20:19,25 34:10
**ten (3)**
16:20 45:12 50:4
**tenant (2)**
54:6 55:22
**term (2)**
21:20 32:19
**termination (1)**
10:17
**terminations (1)**
11:9
**terms (7)**
27:21 47:5 50:24
59:23 61:4 68:7,9
**text (1)**
43:6
**Thacher (2)**
4:4 18:24
**thank (8)**
31:2 43:25 56:10,17
73:2,4,14,15
**Thanks (1)**
73:18
**thing (5)**
31:7 39:10 44:24,25
62:14
**things (13)**
6:21,25 7:9 14:18
16:8 25:9 26:16
27:15 30:17 43:3
45:19 50:25 53:3
**think (32)**
6:21 23:9 26:13 27:15
30:10 32:2 34:24

37:10 42:16,24 43:9
43:13 44:5,20 45:8
45:19 46:15 48:8
49:9,9 50:11,13
53:6 54:19 63:3,11
63:21 64:5 70:15,25
71:8 72:11
**thinking (1)**
45:12
**third-party (4)**
9:13 10:3 34:13,14
**thirteen (1)**
28:23
**Thirty (1)**
28:21
**thought (1)**
28:14
**three (12)**
19:22,24 20:4,20
23:16 30:14 36:15
37:18 39:11,13
45:10 48:3
**tighten (1)**
51:5
**Tillman (1)**
31:14
**time (24)**
5:6 6:5 8:16 20:12
23:5 24:19 30:11,14
31:21 33:16 37:18
37:22 39:14 42:19
45:5 49:3,4 55:14
56:15 59:9,13 62:20
72:5 73:19
**times (5)**
18:8 62:4 64:12 66:14
66:23
**timing (2)**
37:24 39:16
**today (14)**
6:21 8:12,14 9:3,14
12:2,8,16,24 21:2
32:15 59:13 70:8
71:3
**told (1)**
29:21
**tomorrow (1)**
39:15
**top (1)**
52:5
**topic (1)**
40:20
**Torkin (64)**
3:16 8:20,21 9:11,19
11:22 26:21,22 27:2
27:14 28:2,9,13

29:2,6,10 38:17,25
39:5,9,20,24 40:7,22
41:7,10 42:24 43:24
44:12,15 45:25 46:2
46:2 48:16,25 51:23
55:20 56:14 61:20
62:22 63:2,11,15
64:8 65:3,17,20,23
66:2 67:10,14,18,22
67:25 68:19,22,25
69:16,23,25 70:5
72:10,17 73:10
**Torkin's (1)**
8:23
**total (1)**
52:15
**transcript (7)**
6:16,16 7:3 34:21
35:3 41:17 66:8
**transfer (1)**
10:20
**transition (1)**
36:22
**treat (3)**
36:11 54:24 55:11
**treated (1)**
21:8
**treating (2)**
22:17 52:6
**true (1)**
74:11
**Trustee (1)**
7:5
**try (3)**
24:4 34:10 72:2
**trying (2)**
38:15 64:7
**Tuesday (1)**
1:11
**turn (9)**
9:21 30:16 33:14 42:3
45:24 52:2,8 55:13
69:10
**twenty (1)**
50:5
**two (21)**
16:2 19:23 25:4,12,13
32:3 34:23 38:16
47:14,25 53:21 54:3
60:24 62:18 63:3
64:5,19 65:8,12
69:16 70:11
**typical (1)**
73:12

**U**

**U.S (1)**
7:5
**ultimate (2)**
31:11,15
**underlying (1)**
55:9
**understand (18)**
29:8,24 30:5 38:9,13
43:10 44:23 45:7
47:3 49:18 58:3,6
59:8 63:25 64:18
71:23 72:21,21
**understanding (14)**
10:3 12:9,16 13:2
15:9 16:15 50:20
51:12,17,20,24
52:24 54:16 72:6
**understands (1)**
47:22
**understood (1)**
32:15
**unilateral (1)**
39:22
**union (5)**
6:11 7:14,24,25 66:23
**UNITED (1)**
1:2
**Univision (77)**
3:20 5:17,20,21 6:4
8:25 9:2,23 10:7
13:21 14:15 15:4,18
15:23 16:16 24:23
25:23 26:7,10 27:21
29:4,12,16 30:2
31:24 32:6,17,17
39:10 40:24 42:8
44:7 47:4,13 49:3,4
50:19,23,23 52:3,8
52:13 55:24 56:22
57:2,6,8,11 61:5,9
61:16,25 63:7 65:11
65:14,18,21,24
66:12,13 67:9,12,16
67:20,23 68:17,20
68:23 69:10,12,15
69:21,24 70:3,5
71:20 72:22
**Univision's (1)**
27:16
**unperformed (2)**
17:11,20
**unsecured (5)**
22:8,13 54:23 55:3,4
**unwise (1)**
38:10
**upside (1)**

58:18
**URLs (2)**
39:5 40:10
**use (6)**
5:19 12:19,23 52:3,5
56:11
**uses (1)**
51:3
**usually (2)**
30:17 43:16

**V**

**value (14)**
7:21 24:5 38:3 48:15
49:13 52:18 53:12
54:15,22 55:10 57:3
57:17 58:9,13
**values (2)**
7:9 25:9
**valuing (2)**
21:9 22:7
**various (3)**
16:5 26:10,13
**vehicle (1)**
5:18
**venture (1)**
9:16
**view (6)**
25:10 42:13 54:8 55:4
56:4 71:25
**viewed (1)**
29:25
**violations (2)**
11:2,18
**voice (1)**
73:9

**W**

**wage (1)**
10:20
**wake (1)**
7:13
**want (21)**
6:10,12 8:7 13:5
14:18 20:12 24:14
25:22 26:24 34:11
37:20 38:4,15 41:12
45:8 47:15 55:14
62:20 64:24,25 71:3
**wanted (6)**
5:14 11:24 16:10
31:15 72:9,19
**wants (2)**
23:3 39:11
**Watkins (2)**
3:19 9:5

**way (16)**
15:21 17:3 20:16
34:16 44:20 48:21
48:22 49:9,10 56:9
63:6 64:3,24 65:2
73:8 74:15
**weight (1)**
20:23
**welcome (1)**
55:18
**went (2)**
57:6,6
**whatsoever (1)**
21:7
**WHEREOF (1)**
74:17
**wherewithal (1)**
53:11
**William (2)**
4:8 18:23
**willing (2)**
28:3 33:15
**wins (1)**
70:5
**wire (1)**
5:22
**WITNESS (2)**
74:17 75:3
**wording (1)**
39:25
**words (2)**
17:2 28:6
**work (6)**
17:5 31:21 32:25
39:16 43:3,18
**worked (1)**
50:25
**working (3)**
19:14 34:4 70:22
**works (3)**
43:12 45:13 52:23
**worse (1)**
30:13
**worth (5)**
50:14 51:4 52:16 62:3
62:6
**written (4)**
15:18 24:23 40:15
42:4
**wrong (1)**
32:25

**X**

**X (4)**
39:14 44:10 51:4 75:2

**Y**

**year (4)**
21:13 23:24 24:2 59:6
**year's (1)**
53:6
**years (1)**
21:20
**York (16)**
1:2,10,10 2:9,9,12 3:8
3:8,15,15 4:7,7
52:15 74:3,5,9

**Z**

**Ziff (58)**
3:13 7:17 8:17,19
9:15 11:8,13 12:3
12:17 15:13,23,25
24:18 29:10 33:14
38:7 42:4,18 44:6
45:18,25 46:3,19
47:10 48:13 50:14
50:15 56:22 58:5,8
58:12,14,23 59:9,12
59:25 61:4 62:17
63:2,7 64:14 65:7
66:19 67:7,10,15,18
67:22,25 68:16,19
68:22,25 69:7,11,23
69:25 71:23
**Ziff's (1)**
61:9

**0**

**1**

**1 (2)**
47:12 61:5
**1.4 (1)**
62:3
**10 (1)**
10:10
**10:07 (1)**
2:5
**100 (1)**
65:18
**10004 (1)**
3:15
**10017 (1)**
4:7
**10036 (1)**
3:8
**101 (1)**
65:20
**102 (1)**
65:22

**103 (2)**
65:23 66:20
**105 (5)**
65:25 66:10,12 67:3,9
**106 (1)**
67:11
**107.5 (1)**
67:13
**108.5 (1)**
67:14
**109.5 (1)**
67:17
**110.5 (1)**
67:19
**111.5 (1)**
67:21
**111338 (1)**
1:25
**112.5 (1)**
67:22
**113.5 (1)**
67:24
**114.5 (2)**
68:2,15
**115.5 (1)**
68:18
**116.5 (1)**
68:19
**117.5 (1)**
68:21
**118.5 (1)**
68:22
**119.5 (1)**
68:24
**11th (1)**
15:21
**12 (1)**
21:20
**120 (1)**
15:15
**120.5 (3)**
68:25 69:6,11
**1211 (2)**
2:8 3:7
**123 (1)**
5:10
**125 (4)**
3:14 69:12,14,20
**126 (1)**
69:23
**12th (1)**
19:21
**13 (1)**
39:5
**130 (1)**
69:24

**131 (1)**
70:2
**135 (2)**
70:4 71:21
**14 (1)**
17:2
**140,000 (1)**
62:6
**15 (2)**
21:19,25
**16 (2)**
1:11 2:4
**16-11700(SMB) (1)**
1:5
**16th (1)**
74:18
**18th (2)**
28:21 66:17

**2**

**20 (5)**
14:25 28:7,11,16,19
**2016 (4)**
1:11 2:4 59:6 74:19
**2017 (3)**
23:8 60:3,7
**210th (1)**
23:9
**25 (1)**
26:3

**3**

**3.725 (6)**
12:12 26:2 48:21
49:13 52:11 61:11
**31 (2)**
59:6 60:3
**31st (2)**
24:2 59:14
**355 (1)**
3:21
**36 (1)**
75:12
**365(d)(3) (1)**
23:16
**365(d)(4) (1)**
58:24
**3rd (2)**
59:22,25

**4**

**400,000 (1)**
63:24
**41 (1)**
75:12
**425 (1)**

4:6
**460 (2)**
 63:25 64:16
**460,000 (3)**
 62:8 64:13,20
**47 (1)**
 21:22

———————— **5** ————————

**5 (4)**
 5:23,24 6:5 10:16
**5.14 (2)**
 40:8,17
**5.2 (1)**
 53:7
**5.3 (1)**
 53:7
**5.4 (4)**
 22:4 53:6 54:21 55:10
**500 (1)**
 63:12
**502(b)(6) (1)**
 21:18

———————— **6** ————————

**6.1 (1)**
 10:18
**6.10 (1)**
 10:21
**6.15 (1)**
 10:22
**6.3 (3)**
 22:3 52:16,17
**6.4 (15)**
 10:19 22:23 54:15
  56:10 57:3,5,16,17
  58:9,13,14,19,21
  60:23 61:7
**6.6 (1)**
 10:19
**6.7 (1)**
 10:20
**6:14 (1)**
 10:21

———————— **7** ————————

**7 (3)**
 23:8 40:10 60:7
**7.1(g) (1)**
 36:5
**7:00 (1)**
 73:19
**7th (5)**
 23:6,20 28:24,25 59:3

———————— **8** ————————

**8 (1)**
 10:17
**8th (3)**
 15:16,21 28:19

———————— **9** ————————

**9 (1)**
 10:18
**92,275,000 (2)**
 48:17 49:7
**95 (13)**
 25:24 32:10,11 36:20
  42:8 46:7,8 52:14
  56:24 58:11 61:5
  63:8 64:21
**95,460,000 (2)**
 65:4,11
**95.460 (1)**
 65:7
**96 (10)**
 48:21 49:17 52:7
  56:22 58:11 61:4,9
  61:11 63:7 64:21
**96,460,000 (2)**
 65:4,8
**97 (4)**
 61:16 62:9 64:3,22
**98 (3)**
 64:4,22 65:14
**99 (1)**
 65:17
**9th (4)**
 33:7,8,9,10