**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11
                                                             :
GAWKER MEDIA LLC, *et al.*,[1]                               :   Case No. 16-11700 (SMB)
                                                             :
                 Debtors.       :   (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 16, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing of Revised Proposed Sale Order Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Rights, Interests and Encumbrances [Docket No. 179] (the "***Revised Proposed Sale Order***")

- Agenda for Hearing to be held August 18, 2016 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 180]

- Notice of Successful Bidder for Sale of Substantially All of the Debtors' Assets [Docket No. 182] (the "***Notice of Successful Bidder***")

On August 16, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Revised Proposed Sale Order and the Notice of Successful Bidder to be served by the method set forth on the Sale Objection Parties Service List attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*[signature: Hassan Alli-Balogun]*

Dated: August 17, 2016

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 17, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature: Paul Pullo]*

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 10224

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda<br>875 Third Avenue<br>12th Floor<br>New York NY 10022 | kgenda@cerberuscapital.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Agent) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | greg.zipes@usdoj.gov<br>susan.arbeit@usdoj.gov | Overnight Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 2

**Exhibit B**

Exhibit B
Sale Objection Parties Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 114 Fifth Avenue Owner LLC | c/o Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | trevor.hoffmann@haynesboone.com | Email |
| 114 Fifth Avenue Owner LLC | c/o Haynes and Boone, LLP | Attn: Noah Shapiro | 30 Rockefeller Plaza 26th Fl | | New York | NY | 10112 | | Overnight Mail |
| 114 Fifth Owner LP | c/o L&L Holding Company, LLC | 142 West 57th Street | | | New York | NY | 10019 | | Overnight Mail |
| 114 Fifth Owner LP | c/o Wilk Auslander LLP | Attn: Jonathan K. Bright | 1515 Broadway | | New York | NY | 10036 | | Overnight Mail |
| 114 Owner LP | c/o Allianz Real Estate of America LLC | Attn: Gary Phillips | 60 East 42nd St Ste 3710 | | New York | NY | 10165 | | Overnight Mail |
| AOL Advertising, Inc. | Attn: General Counsel | 770 Broadway | | | New York | NY | 10003 | | Overnight Mail |
| AOL Advertising, Inc. | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | Overnight Mail |
| Ayyudurai, Shiva | Law Offices of Anthony M. Vassallo | Attn: Anthony M. Vassallo | 305 Fifth Avenue Ste 1B | | Brooklyn | NY | 11215 | | Overnight Mail |
| Fastly, Inc. | c/o Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab & Thomas M. Gaa | 2600 El Camino Real, Suite 300 | | Palo Alto | CA | 94306 | Tgaa@bbslaw.com | Email |
| Fastly, Inc. | Attn: General Counsel | 475 Brannan St, Ste 320 | | | San Francisco | CA | 94107 | | Overnight Mail |
| Google Inc. | Attn: Legal Dept. | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | | Overnight Mail |
| Google Inc. | c/o White and Williams LLP | Attn: Rafael Vergara, Esq. | 7 Times Square, Suite 2900 | | New York | NY | 10036-6524 | | Overnight Mail |
| Parse.ly, Inc. | Attn: General Counsel | 989 Avenue of the Americas | Third Floor | | New York | NY | 10018 | | Overnight Mail |
| Parse.ly, Inc. | c/o Cooley LLP | Seth Van Aalten & Robert Winning | 1114 Avenue of the Americas | | New York | NY | 10036 | | Overnight Mail |
| Superdry Retail, LLC | c/o Brown Rudnick LLP | Attn: Andrew P. Strehle, Thomas Phillips | Jill Wexler | One Financial Center | Boston | MA | 02111 | astrehle@brownrudnick.com; tphillips@brownrudnick.com; jwexler@brownrudnick.com | Email |
| Superdry Retail, LLC | 210 Elizabeth Street | 2nd FL | | | New York | NY | 10012 | | Overnight Mail |
| Superdry Wholesale, LLC | c/o Brown Rudnick LLP | Attn: Andrew P. Strehle, Thomas Phillips | Jill Wexler | One Financial Center | Boston | MA | 02111 | astrehle@brownrudnick.com; tphillips@brownrudnick.com; jwexler@brownrudnick.com | Email |
| Superdry Wholesale, LLC | 210 Elizabeth Street | 2nd FL | | | New York | NY | 10012 | | Overnight Mail |
| Terrill, Ashley | c/o Law Offices of Anthony M. Vassallo | Attn: Anthony M. Vassallo | 305 Fifth Avenue, Suite 1B | | Brooklyn | NY | 11215 | | Overnight Mail |
| Unimerica Life Insurance Company of New York | c/o Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | Latonia C. Williams, Esq. | One Constitution Plaza | Hartford | CT | 06103-1919 | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com | Email |
| Unimerica Life Insurance Company of New York | Attn: General Counsel | 1 Penn Plaza | 8th Floor | | New York | NY | 10119 | | Overnight Mail |
| Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | 250 Hudson Street, Suite 700 | | | New York | NY | 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 1