ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
                                              :
          Debtors.                            :    (Jointly Administered)
                                              :
                                              :    **Re: Docket No. 21, 82, 182, 192**
                                              :
--------------------------------------------------------x

**NOTICE OF FILING OF CLOSING DESIGNATED CONTRACT LIST OF
DESIGNATED CONTRACTS TO BE ASSUMED AND ASSIGNED TO THE
SUCCESSFUL BIDDER ON THE CLOSING DATE IN CONNECTION
WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that on June 13, 2016, Gawker Media LLC, Gawker Media Group, Inc. and Kinja Kft. as debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry Into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*Procedures, (D) Scheduling A Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 21] (the "Sale Motion"), seeking authorization and approval of sale and bidding procedures (the "Bidding Procedures") for substantially all of the Debtors' assets (the "Assets").

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2016, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts* [Docket No. 82] (the "Bidding Procedures Order"). The Bidding Procedures Order scheduled an auction (the "Auction") for the sale of the Assets (the "Sale") and specified, among other things, the procedures regarding the proposed assumption and assignment of the executory contracts and unexpired leases that may be designated to be assumed by the Debtors pursuant to section 365(b) of the Bankruptcy Code and assigned to the Successful Bidder on the Closing Date pursuant to section 365(f) of the Bankruptcy Code in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction was conducted on August 16, 2016, at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, in accordance with the Bidding Procedures Order, the Debtors, in consultation with the Committee, designated the bid from UniModa, LLC, a wholly-owned subsidiary of Univision Communications Inc. (the "Successful Bidder") as the successful bid (the "Successful Bid").

**PLEASE TAKE FURTHER NOTICE** that the Debtors agreed upon the terms of an asset purchase agreement for the Sale of the Assets to the Successful Bidder, as set forth in that certain Asset Purchase Agreement dated as of August 17, 2016 (the "Successful Bid APA"), by and among the Debtors and the Successful Bidder. The Debtors filed the Successful Bid APA with the Bankruptcy Court on August 17, 2016 as Exhibit A to the *Notice of Filing of Asset Purchase Agreement Between the Debtors and the Successful Bidder for Sale of Substantially all of the Debtors' Assets* [Docket No. 192].

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder has provided the Debtors with a list of Non-Residential Leases and Other Executory Contracts that the Successful Bidder elects to be treated as Designated Contracts to be assumed and assigned to the Successful Bidder on the Closing Date (such list, the "Closing Designated Contract List"). The Closing Designated Contract List is attached as **Exhibit A** hereto. Capitalized terms not defined in this paragraph shall have the meanings ascribed to them in the Successful Bid APA.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Paragraph 17 of the Bid Procedures Order, **the deadline for objecting to the assumption and assignment of a Non-Residential Lease or Other Executory Contract solely on the basis of whether the Successful Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code is August 18, 2016 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to approve the Sale (the "Sale Hearing") will be held in the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004-1408, on **August 18, 2016 at 2:00 p.m. (Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by the filing of a hearing agenda noting such adjournment.

| | |
|---|---|
| Dated: August 17, 2016<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Jonathan P. Gill<br>Jonathan M. Agudelo<br>Stacy A. Dasaro<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>jonathan.gill@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br>stacy.dasaro@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

# **EXHIBIT 1**

Closing Designated Contract List

16-11700-smb    Doc 193    Filed 08/17/16    Entered 08/17/16 21:40:11    Main Document
Pg 5 of 9

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 1. | 1475 | Agreement of Lease | • 114 Fifth Avenue Ground Lessee LLC. (VEN0973) | $7,078.95 | **ACCEPT** |
| 2 | 1890 | Lease and Guaranty | • 114 Fifth Avenue Ground Lessee LLC. (VEN0977)<br>• 114 Owner LP (VEN0978) | $0.00 | **ACCEPT** |
| 3. | 1486 | Partial Surrender Agreement - 4th Floor of 114 Fifth Avenue, dated 12/21/15 | • 114 Fifth Owner LP (VEN0975)<br>• 114 Fifth Avenue Ground Lessee, LLC. (VEN0976) | $0.00 | **ACCEPT** |
| 4. | 1891 | Lease and Guarantor Aggreement | • 114th Avenue Ground Lessee Group LLC (VEN0979)<br>• 114 Owner LP (VEN0980) | $0.00 | **ACCEPT** |
| 14 | 1476 | California Commercial Lease Agreement - 3293 Paific Ave., Long Beach, CA 90807 | • 3293 Pacific LLC (VEN0327) | $0.00 | **ACCEPT** |
| 66. | 1268 | Amendment effective as of 3/15/2015 | • Ad-Juster, Inc. (VEN0116) | $0.00 | **ACCEPT** |
| 67. | 1525 | Amendment effective as of 3/15/2016 | • Ad-Juster, Inc. (VEN0116) | $8,280.00 | **ACCEPT** |
| 68 | 1995 | Amendment to License Agreement, effective 3/15/12 | • Ad-Juster, Inc. (VEN0116) | $0.00 | **ACCEPT** |
| 74 | 1039 | Google Services Agreement dated 4/8/2013 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 77 | 1065 | Pixel Media Advertising Sales Representation Agreement | • Adsfactor Holdings Limited (VEN0088)<br>• Pixel Media Asia Limited (VEN0089) | $0.00 | **ACCEPT** |
| 79. | 1575 | Marketplace by AdTech Publisher Terms and Conditions | • Adtech US, Inc. (VEN0120)<br>• Adtech US, Inc. (VEN0651) | $0.00 | **ACCEPT** |
| 85. | 1642 | Megbizasi Szerzodes | • All You Can Move SportPass Europe (VEN0439) | $0.00 | **ACCEPT** |
| 95 | 1010 | Amazon Associates Program Amendment Notice dated 10/8/2015 | • Amazon Services LLC (VEN0001) | $0.00 | **ACCEPT** |
| 96. | 1012 | MASTER TERMS AND CONDITIONS FOR INTERNET ADVERTISING Effective date 4/24/2013 | • Amazon Services LLC (VEN0001) | $0.00 | **ACCEPT** |
| 104 | 1478 | Supplementation of the Lease Agreement - J-1062 Budapest, Andrassy ut 66, lot No. 28715 | • Andrassy Palota Ingatlanforgalmazo (VEN0967) | $0.00 | **ACCEPT** |
| 105. | 1479 | Amendment No. 2 to the Lease Agreement | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0968) | $0.00 | **ACCEPT** |
| 106. | 1480 | Lease - property H-1062 Budapest, Andrassy ut 66, lot No. 28715 | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0969) | $0.00 | **ACCEPT** |
| 108. | 1712 | Lease Agreement, dated 2/17/15 | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0971) | $0.00 | **ACCEPT** |
| 109. | 1723 | Amendment No. 2 to the Lease Agreement, dated 2/17/15 | • Andrassy Palota Kft. (VEN0333) | $0.00 | **ACCEPT** |
| 111. | 1713 | Supplementation of the Lease Agreement dated 2/24/2015 | • Andrassy Palota Kft. (VEN0333) | $0.00 | **ACCEPT** |
| 112. | 1724 | Sublease Agreement | • Andrassy Palota Kft. (VEN0333)<br>• Brody ArtYard Kft. (VEN0456) | $0.00 | **ACCEPT** |
| 114. | 1279 | Seller Master Agreement effective date 2/11/2016 | • AOL Advertising Inc. (VEN0125) | $24,615.19 | **ACCEPT** |
| 163. | 1570 | Amendment to the Standard Terms and Conditions for Internet Advertising | • Cadreon, LLC. (VEN0355) | $0.00 | **ACCEPT** |
| 164 | NA | Standard Terms and Conditions for Internet Advertising | • Cadreon, LLC. (VEN0355) | $0.00 | **ACCEPT** |
| 167 | 2048 | Invoice, Sales Order #HBKK393 | • CDW Direct (VEN0679) | $589.85 | **ACCEPT** |
| 170 | 1154 | Terms of Use | • Cloudinary Ltd. (VEN0167) | $60,186.27 | **ACCEPT** |
| 172. | 1161 | Dedicated Internet Access Customer Order Form/ Netwrok Services Terms & Conditions | • Cogent Communications, Inc. (VEN0012) | $1,299.99 | **ACCEPT** |
| 204. | 1962 | Customer Subscriber Agreement, Account DG43238 | • DataGram (VEN0013) | $19,504.52 | **ACCEPT** |
| 205. | 1162 | Invoice/ Customer Subscriber Agreement | • DataGram (VEN0013) | $0.00 | **ACCEPT** |
| 206 | 1477 | Master Service Agreement dated 8/13/2012 | • Datagram Incorporated (VEN0328) | $0.00 | **ACCEPT** |
| 216. | 1668, 1670, 1769, 1290, N/A | DoubleClick Advertising Platform Agreement dated as of 10/1/2013<br>   • Order Form - DFP Audience Management Service effective date 10/1/2013<br>   • Order Form - DART/DoubleClick for Publishers Service effective date 10/1/2013<br>   • Order Form - Google Analytics Premium Service effective date 8/1/2014<br>   • Order Form - Data Analysis effective date 4/14/2015 | • Google Inc. (VEN0022) | $110,951.48 | **ACCEPT** |
| 227 | 1228 | Promotion and/or Shop Agreement dated 9/2/2015 | • DreamHost (VEN0081) | $0.00 | **ACCEPT** |
| 246. | 2007 | Office Backup Network | • Enternet 2001 Kft. (VEN0620) | $0.00 | **ACCEPT** |
| 261. | 1813 | Facebook Live Beta Program Signed Terms | • Facebook, Inc. (VEN0006) | $0.00 | **ACCEPT** |

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 262. | 1036 | Instant Article Terms v.10.16.2015 | • Facebook, Inc. (VEN0006)<br>• Facebook Ireland Limited (VEN0007) | $0.00 | **ACCEPT** |
| 263 | 1172 | Instant Article Terms v.10.16.2015 | • Facebook, Inc. (VEN0006)<br>• Facebook Ireland Limited (VEN0007) | $0.00 | **ACCEPT** |
| 266 | 1163 | Service Order dated 4/10/2015 | • Fastly, Inc. (VEN0014) | $53,869.22 | **ACCEPT** |
| 298. | 1667 | Trademark and Domain Name License Agreement for Gizmodo, Kotaku, and LifeHacker in the United Kingdom | • Future Publishing Limited (VEN0422) | $0.00 | **ACCEPT** |
| 299 | 1816 | Content License Agreement for Gizmodo, Kotaku, and Lifehacker in the United Kingdom | • Future Publishing Limited (VEN0671) | $0.00 | **ACCEPT** |
| 300. | 1815 | Trademark, Domain Names and Secondary Domain Names License Agreement for Gizmodo, Kotaku, and Lifehacker in the United Kingdom | • Future Publishing Limited (VEN0671) | $0.00 | **ACCEPT** |
| 312. | 1933 | Getty Images' North America Editorial Subscription and Premium Access License Agreement | • Getty Images (US), Inc. (VEN0580) | $19,292.00 | **ACCEPT** |
| 315. | 1793 | Managed SSL Service Agreement- Version 1.1 | • GlobalSign (VEN0493) | $0.00 | **ACCEPT** |
| 319. | 1819 | Content Hosting Services Agreement dated as of February 25, 2015 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 320 | 1838 | Google AdSense Online Terms of Service | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 322. | 1170 | Publisher Current Agreement<br>• Google-Sold Ads Agreement dated 2/3/2014 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 327. | 1662 | Advertising Representation Agreement, dated 1/1/13 | • Gorilla Nation Media, LLC (VEN0072) | $0.00 | **ACCEPT** |
| 346. | 1183 | Promotion and/or Shop Agreement | • Happ Socks AB (VEN0767) | $0.00 | **ACCEPT** |
| 347 | 1216 | Promotion and/or Shop Agreement | • Happy Socks (VEN0040) | $0.00 | **ACCEPT** |
| 349. | 1218 | Promotion and/or Shop Agreement | • HelloFresh (VEN0074) | $0.00 | **ACCEPT** |
| 350 | 1220 | Referral Partner Agreement | • Hostgator.com, LLC. (VEN0076) | $0.00 | **ACCEPT** |
| 351. | 1221 | Affiliate Agreement | • Huckberry (VEN0077) | $0.00 | **ACCEPT** |
| 352. | 1928 | Insurance Policy | • Hudson Insurance Company (VEN0596)<br>• Euclid Managers, LLC (VEN0647) | $0.00 | **ACCEPT** |
| 353. | 1928 | Insurance Policy, #ELW112704 | • Hudson Insurance Company (VEN0596)<br>• Euclid Managers, LLC (VEN0647) | $0.00 | **ACCEPT** |
| 354. | 1530 | Connected Services Policy, #ELW112704 | • Hudson Insurance Company (VEN0645)<br>• Euclid Managers, LLC (VEN0646) | $0.00 | **ACCEPT** |
| 357. | 1186 | Promotion and/or Shop Agreement | • IDrive Inc. (VEN0042) | $0.00 | **ACCEPT** |
| 362 | 1274 | Master Service Agreement | • Index Exchange Inc. (VEN0121) | $0.00 | **ACCEPT** |
| 416 | 1968 | Enterprise Edition and Ads Edition Addendum to JW Player Terms of Service | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 417. | 1967 | Order Form dated 10/30/2015 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 418. | 1156 | Order Form dated 2/23/16 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $12,791.44 | **ACCEPT** |
| 419. | 1969 | Order Form dated 2/23/2016 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 420. | NA | Terms of Service | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 441. | 1292 | Advertising Insertion Order | • Kargo Global, Inc. (VEN0131) | $4,000.00 | **ACCEPT** |
| 446 | 1257 | Promotion and/or Shop Agreement | • Kid Thursday LLC., dba Status Audio (VEN0059) | $0.00 | **ACCEPT** |
| 447. | 1781 | Kixer Publisher Agreememt effective date 9/10/2015 | • Kixer (VEN0078) | $0.00 | **ACCEPT** |
| 448. | 1280 | Krux Digital, Inc. Service Order #2 effective 12/31/2014 | • Krux Digital, Inc. (VEN0126) | $38,893.32 | **ACCEPT** |
| 459. | 1211 | Agreement | • LendingTree, LLC. (VEN0069) | $0.00 | **ACCEPT** |
| 463. | 1702 | Development Agreement | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 464. | 1709 | Development Agreement Change | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 465. | 1729 | Development Agreement Change - contractor fee | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 466. | 1278 | LiveIntent's Plattform Agreement and Addendum to the IAB AAAA's Terms and Conditions | • LiveIntent, Inc. (VEN0124) | $0.00 | **ACCEPT** |
| 467. | 1276 | Agreement for Yield Management Services | • LiveRail, Inc. (VEN0122) | $0.00 | **ACCEPT** |
| 468. | 1275 | LiveRail Master Services Agreement | • LiveRail, Inc. (VEN0122) | $0.00 | **ACCEPT** |
| 509. | 1930 | "Meet Point Room" License Agreement | • Market Halsey Urban Renewal, LLC. (VEN0015) | $0.00 | **ACCEPT** |
| 510. | 1495 | First Amendment to "Meet Point Room" License Agreement, dated 11/3/15 | • Market Halsey Urban Renewal, LLC. (VEN0015) | $1,770.52 | **ACCEPT** |
| 515 | 1578 | MarkMonitor Master Services Agreement | • MarkMonitor Inc. (VEN0360) | $0.00 | **ACCEPT** |
| 532. | 1935 | Master Services Agreement | • MediaLink LLC (VEN0601)<br>• MediaLink LLC (VEN0658) | $37,800.00 | **ACCEPT** |

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 534. | 1937 | MediaMind Included Publisher Network - Terms and Conditions | • MediaMind Technologies, Inc. (VEN0603) | $0.00 | **ACCEPT** |
| 535. | 1210 | Online Store Production and Distribution Agreement | • Merch Direct, LLC (VEN0068)<br>• Merch Direct, LLC (VEN0676) | $0.00 | **ACCEPT** |
| 550. | 1539 | Addendum to the Master Services Agreement | • Moat, Inc. (VEN0340) | $13,288.44 | **ACCEPT** |
| 551 | 1565 | Master Services Agreement | • Moat, Inc. (VEN0340) | $0.00 | **ACCEPT** |
| 552. | 1977 | Master Services Agreement - Moat Pro (Duplicate of Contract ID No. 2000) | • Moat, Inc. (VEN0340) | $0.00 | **ACCEPT** |
| 553. | 1171 | Termsheet, effective 7/1/2013 | • Mobiles Republic, Inc. (VEN0025) | $0.00 | **ACCEPT** |
| 567. | 1077 | Digital Advertising Sales Representation Agreement | • Nervora Digital Media Group, FZ-LLC (VEN0099) | $0.00 | **ACCEPT** |
| 585. | 1864 | SERVICE AGREEMENT, effective 1/26/16 | • NSONE, Inc. (VEN0551) | $4,680.00 | **ACCEPT** |
| 588. | 1900 | Non-Exclusive Synchronization / Master Use Blanket License Agreement | • Ole Media Management L.P. dba Jingle Punks (VEN0581)<br>• OLE Media Management (GP) L.P. (VEN0582)<br>• OLE Media Management (GP) Inc. (VEN0583) | $0.00 | **ACCEPT** |
| 591. | 2002 | Operative Contract Renewal Update | • Operative Media, Inc. (VEN0118) | $0.00 | **ACCEPT** |
| 592. | 2001 | Operative.One Digitial Standard Schedule | • Operative Media, Inc. (VEN0118) | $3,546.00 | **ACCEPT** |
| 596 | 1165 | Optimizely Order Form, dated 6/15/2015 | • Optimizely, Inc. (VEN0017) | $2,402.27 | **ACCEPT** |
| 620 | 1803 | Parse.ly Order Form and Agreement | • Parsely, Inc. (VEN0505) | $0.00 | **ACCEPT** |
| 632 | 1984 | Current News License Agreement | • Press Association, Inc. (VEN0579) | $0.00 | **ACCEPT** |
| 633. | 1903 | First Amendment to Current News License Agreement | • Press Association, Inc. (VEN0579) | $0.00 | **ACCEPT** |
| 635 | 1898 | Second Amendment to Current News License Agreement | • Press Association, Inc. (VEN0579) | $1,091.99 | **ACCEPT** |
| 679. | 1792 | Professional Services Letter Agreement dated 5/22/2013 | • Salesforce.com, Inc. (VEN0491) | $0.00 | **ACCEPT** |
| 685. | 1246 | Partner Program Agreement | • Shopify (VEN0100) | $0.00 | **ACCEPT** |
| 686. | 1808 | Partner Program Agreement | • Shopify (VEN0100) | $0.00 | **ACCEPT** |
| 687. | 2022 | Extension of existing contract. | • Shoretel Sky (VEN0674) | $926.87 | **ACCEPT** |
| 697. | 1282 | Skimlinks Publisher Agreement | • SkimBit LTD. (VEN0127) | $0.00 | **ACCEPT** |
| 698 | 1851 | Terms of Service | • Slack (VEN0538) | $0.00 | **ACCEPT** |
| 699. | 1199 | Promotion and/or Shop Agreement | • SmartFX (VEN0102) | $0.00 | **ACCEPT** |
| 700. | 1249 | Promotion and/or Shop Agreement | • SmartFX (VEN0102) | $0.00 | **ACCEPT** |
| 703. | NA | Service Agreement dated 2/1/2012 | • SocialFlow Services (VEN0744) | $0.00 | **ACCEPT** |
| 706. | 1524 | Agreement for Professional Services, entered as of 4/1/2016 | • Specless, Inc. (VEN0631) | $29,250.00 | **ACCEPT** |
| 708. | 1271 | Consent and Agreement for Assignment, original agreement dated 6/18/2015 | • Specless, LLC. (VEN0119)<br>• Specless, Inc. (VEN0631) | $0.00 | **ACCEPT** |
| 720. | 1254 | Referral Partner Program- Term Sheet | • Squarespace, Inc. (VEN0106) | $0.00 | **ACCEPT** |
| 722. | 1910 | Order Form, contract start date 6/1/2015 | • Staq, Inc. (VEN0331) | $10,237.50 | **ACCEPT** |
| 723. | 1909 | Order Form, contract start date 6/1/2015 | • Staq, Inc. (VEN0331) | $0.00 | **ACCEPT** |
| 729. | 2023 | Advertising Agreement (development and technical production) | • Submersive Media (VEN0655) | $8,385.71 | **ACCEPT** |
| 731 | 2005 | Assignment Agreement | • Szatmári Ferenc (VEN0622) | $0.00 | **ACCEPT** |
| 742. | 1293 | Amedment to Taboola Publisher Agreement | • Taboola Inc. (VEN0132) | $0.00 | **ACCEPT** |
| 743 | 1294 | Taboola Publisher Agreement | • Taboola Inc. (VEN0132) | $0.00 | **ACCEPT** |
| 752 | 1784 | Promotion and/or Shop Agreement | • TGT (VEN0111) | $0.00 | **ACCEPT** |
| 761 | 1288 | Guaranteed Orders Service Addendum | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 762. | 1042 | Guaranteed Orders Service Addendum to the AAC Platform Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 763. | 1041 | Rubicon Project Platform AAC Access and Services Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 764 | 1287 | Rubicon Project Platform AAC Access and Services Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 778. | 1866 | Order Form and Service Agreement, Terms and Conditions | • Time Warner Cable Enterprises LLC (VEN0553) | $0.00 | **ACCEPT** |
| 779 | 1066 | Trademark, Domain Name(s) and Secondary Domain Name(s) License Agreement, commencement date 1/1/2013 | • Times Internet Limited (VEN0090)<br>• Times Internet Limited (VEN0130) | $0.00 | **ACCEPT** |
| 780. | 1067 | Website Content License Agreement, commencement date 1/1/2013 | • Times Internet Limited (VEN0090)<br>• Times Internet Limited (VEN0130) | $0.00 | **ACCEPT** |
| 797. | 2049 | Video Storage and Hosting March through December 2016 | • Viddler, Inc. (VEN0143) | $1,000.00 | **ACCEPT** |
| 813. | 1263 | Promotion and/or Shop Agreement | • Waves Gear, LLC. (VEN0114) | $0.00 | **ACCEPT** |
| 814. | 1775 | Promotion and/or Shop Agreement | • WavesGear (VEN0511) | $0.00 | **ACCEPT** |

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 815 | 1494 | WeWork Membership Agreement - Terms and Conditions | • WeWork (VEN0924) | $0.00 | **ACCEPT** |
| 816. | 1481 | License Agreement - office space at 7083 Hollywood Blvd, Los Angeles, CA 90028 | • WeWork LA LLC (VEN0345) | $0.00 | **ACCEPT** |
| 821 | 1926 | Agency Agreement, entered 3/1/2011 | • Wright's Media, LLC. (VEN0021) | $0.00 | **ACCEPT** |
| 822. | 1529 | Collective Bargaining Agreement | • Writers Guild of America, East (VEN0332) | $0.00 | **ACCEPT** |
| | N/A | Master Subscription Agreement dated May 1, 2015 | Fastly, Inc. (VEN0014) | $0.00 | **ACCEPT** |