**LATHAM & WATKINS LLP**

Peter M. Gilhuly (*pro hac vice pending*)
Marc A. Zelina
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200

*Counsel for Univision Communications Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GAWKER MEDIA LLC, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marc A. Zelina, hereby certify that on August 17, 2016, true and correct copies of the Notice of Appearance and Request for Service of Papers, dated 8/17/16, Motion for Admission to Practice, *Pro Hac Vice*, dated 8/17/16, and [Proposed] Order Granting Admission to Practice, *Pro Hac Vice*, were caused to be served pursuant to the *In Re: Gawker Media LLC, et al.*, Ch. 11 Case No. 16-11700 (SMB) Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates, entered 7/13/16, upon the following entities in the manner indicated.

**VIA FIRST CLASS MAIL**

Office of the United States Trustee
Attn: Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York 10014

**VIA EMAIL**

Those entities listed on the master Service List dated 8/16/16.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056). The offices of Gawker Media, LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja, Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**VIA CM/ECF**

Those entities that have entered an appearance in these proceedings under Fed. R. Bankr. P. 2002.

Dated: New York, New York
August 17, 2016

LATHAM & WATKINS LLP

By: */s/ Marc A. Zelina*
Marc A. Zelina
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Email: marc.zelina@lw.com

*Counsel for Univision Communications Inc.*