**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                         :

In re                                       :          Chapter 11
                                              :

Gawker Media LLC, *et al.*,[1]         :          Case No. 16-11700 (SMB)
                                              :

                Debtors.           :          (Jointly Administered)
                                              :
-------------------------------------------------------x

**AMENDED AGENDA FOR HEARING TO BE HELD**
**AUGUST 18, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Date and Time:       August 18, 2016 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
                                   United States Bankruptcy Court for the Southern District of New York
                                   Alexander Hamilton Custom House
                                   One Bowling Green, Courtroom No. 723
                                   New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
                                 www.nysb.uscourts.gov and the website of the Debtors' proposed notice
                                 and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker.
                                 Further information may be obtained by calling Prime Clerk toll free at
                                 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58535993_6

**I.   Case Management Conference**

**II.  Retentions**

   1. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Brannock & Humphries As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date. [Docket No. 130]

      **Responses Received:**

        a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & LoCicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142]

        b. Informal objection by the Office of the United States Trustee

      **Related Documents:**

        a. Supplemental Declaration of Steven Brannock in Further Support of Debtors' Application Pursuant to Section 327(e) ), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Brannock & Humphries As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date [Docket No. 154]

        b. Debtors' Reply in Support of Applications for Entry of Orders Authorizing the Retention and Employment of Brannock & Humphries, Levine Sullivan Koch & Schulz, LLP and Thomas & LoCicero PL as Special Litigation Counsel [Docket No. 187]

      **Status: The Debtors have resolved the objections of the United States Trustee and the Committee and intend to present a proposed order reflecting the resolution of this matter.**

   2. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Levine Sullivan Koch & Schulz, LLP As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date. [Docket No. 132]

      **Responses Received:**

        a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders

      Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & LoCicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142]

    b. Informal objection by the Office of the United States Trustee

**Related Documents:**

    a. Supplemental Declaration of Seth D. Berlin in Support of Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Levine Sullivan Koch & Schulz, LLP As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date [Docket No. 155]

    b. Debtors' Reply in Support of Applications for Entry of Orders Authorizing the Retention and Employment of Brannock & Humphries, Levine Sullivan Koch & Schulz, LLP and Thomas & LoCicero PL as Special Litigation Counsel [Docket No. 187]

**Status: The Debtors have resolved the objections of the United States Trustee and the Committee and intend to present a proposed order reflecting the resolution of this matter.**

3. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Thomas & LoCicero PL As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date. [Docket No. 133]

    **Responses Received:**

    a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Applications For Entry Of Orders Authorizing The Retention And Employment Of Brannock & Humphries, Cahill Gordon & Reindel LLP, Levine Sullivan Koch & Schulz, LLP And Thomas & Locicero PL As Special Litigation Counsel [DKT. 130 – 133] [Docket No. 142]

    b. Informal objection by the Office of the United States Trustee

    **Related Documents:**

    a. Supplemental Declaration of Gregg D. Thomas in Further Support of Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of Thomas &

    LoCicero PL As Special Litigation Counsel Effective *Nunc Pro Tunc* To The Petition Date. [Docket No. 153]

  b. Debtors' Reply in Support of Applications for Entry of Orders Authorizing the Retention and Employment of Brannock & Humphries, Levine Sullivan Koch & Schulz, LLP and Thomas & LoCicero PL as Special Litigation Counsel [Docket No. 187]

**Status: The Debtors have resolved the objections of the United States Trustee and the Committee and intend to present a proposed order reflecting the resolution of this matter.**

### III. Sale Hearing

4. Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving The Debtors' Entry Into and Assumption of The Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling A Sale Hearing and (E) Approving Procedures For Assumption and Assignment of Certain Contracts and Leases And Determining Cure Amounts and (II) an Order (A) Authorizing The Sale Of Substantially All of The Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests And Encumbrances, (B) Approving The Asset Purchase Agreement and (C) Authorizing The Debtors to Assume and Assign Certain Executory Contracts And Unexpired Leases [Docket No. 21]

  **Responses Received:**

  a. Limited Objection of Terry G. Bollea to Debtors' Motion for (I) An Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases and Determining Cure Amounts and (II) An Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 51]

  **Status:  As set forth on the record at the July 7 hearing, this objection was resolved.**

  b. Limited Objection to Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale and (B) Associated Cure Costs [Docket No. 140]

        **Status: The Debtors and counsel to Unimerica have agreed to adjourn Unimerica's objection to the September 13 hearing.**

c.    Reservation of Rights of Parse.ly, Inc. Regarding Assumption and Assignment of Executory Contract [Docket No. 141]

        **Status: Reservation of rights regarding cure amount.**

d.    Limited Objection and Reservation of Rights of Google Inc. to Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases In Connection With Sale and (B) Associated Cure Costs [Docket No. 145]

        **Status: Resolved.**

e.    Limited Objection of Superdry to Debtors' Sale Motion [Docket No. 146]

        **Status: Moot, as the sublease is not subject to assumption and assignment to the Successful Bidder.**

f.    Reservation of Rights of Dr. Shiva Ayyadurai and Ashley Terrill Regarding Debtors' Motion Authorizing, *Inter Alia*, the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, and (B) Approving the Asset Purchase Agreement [Docket No. 148]

        **Status: This matter is going forward**

g.    Limited Objections of Writers Guild of America, East, to Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (B) Associate Cure Costs [Docket No. 160]

        **Status: Resolved.**

h.    Limited Objection and Reservation of Rights of 114 Fifth Owner LP to Debtors' Proposed Assumption and Assignment of 114 Fifth Avenue Lease [Docket No. 175]

        **Status: Resolved.**

i.    Informal objection of Fastly solely with respect to certain cure amounts set forth on the Cure Notice

        **Status: Resolved.**

j.    Informal objection of AOL Advertising, Inc. solely with respect to certain cure amounts set forth on the Cure Notice

        **Status: Resolved.**

**Related Documents:**

a. Debtors' Reply in Further Support of the Sale Motion [Docket No. 21] [Docket No. 63]

b. Notice of Filing of (I) Revised Bidding Procedures, a Revised Bidding Procedures Order, and a Revised Sale Order; and (II) First Amendment to Asset Purchase Agreement [Docket No. 77]

c. Order (I) Authorizing And Approving Bidding Procedures, Breakup Fee And Expense Reimbursement, (II) Authorizing And Approving The Debtors Performance Of Pre-Closing Obligations Under The Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling A Sale Hearing And (V) Approving Procedures For Assumption And Assignment Of Certain Contracts And Leases And Determining Cure Amounts [Docket No. 82]

d. Notice of (A) Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale And (B) Associated Cure Costs [Docket No. 105]

e. Notice of Filing of Conformed Bidding Procedures, Sale Notice, Cure Notice, and First Amendment to Asset Purchase Agreement [Docket No. 123]

f. Notice of Filing of Revised Proposed Sale Order Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Rights, Interests and Encumbrances [Docket No. 179]

g. Notice of Successful Bidder for Sale of Substantially All of the Debtors' Assets [Docket No. 182]

h. Notice of Filing of Final Transcript of Auction Held August 16, 2016 For the Sale of Substantially All of the Debtors' Assets [Docket No. 189]

i. Debtors' Reply in Support of Motion for an Order Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, and Related Relief [Docket No. 190]

j. Notice of Filing of Asset Purchase Agreement Between the Debtors and the Successful Bidder for Sale of Substantially All of the Debtors' Assets [Docket No. 192]

k. Notice of Filing of Closing Designated Contract List of Designated Contracts to be Assumed and Assigned to the Successful Bidder on the Closing Date in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 193]

**Status: This matter is going forward.**

IV. **Adjourned Matters**

5. Debtors' Application Pursuant To Sections 327(e), 328(a), And 330 Of The Bankruptcy Code, Bankruptcy Rules 2014 And 2016, And Local Rules 2014-1 And 2016-1 For Entry Of An Order Authorizing The Retention And Employment Of JB Duncan PC As Special Corporate Counsel Effective *Nunc Pro Tunc* To The Petition Date [Docket No. 139]

   **Responses Received:**

   a. Informal objection by the Official Committee of Unsecured Creditors

   b. Informal objection by the Office of the United States Trustee

   **Related Documents:**

   a. Notice of Adjournment of Hearing on Debtors' Application Pursuant to Sections 327(e), 328(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Entry of an Order Authorizing the Retention and Employment of JB Duncan PC as Special Corporate Counsel Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 178]

   **Status: The Debtors and are working with the Committee and the Office of the United States Trustee toward a consensual resolution. With Court approval, the Debtors, the Committee, and the United States Trustee have agreed to adjourn this matter to the September 13 hearing.**

Dated: August 18, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com
stacy.dasaro@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*