United States Bankruptcy Court
For the **Southern District of New York**

| | |
|---|---|
| **Gawker Media, LLC** | } Chapter 11 |
| | } |
| | } Case No. 16-11700 |
| | } |
| Debtor | } **Amount $2,402.27** |
| | AS SET FORTH ON SCHEDULE F |

**Notice of transfer of Claim pursuant to Rule 3001 (e) (1)**
**To Transferor:**

Optimizely, Inc.
631 Howard St, STE 100
San Francisco, CA 94105

The transfer of your claim as shown above in the amount of **$2,402.27** has been transferred to:

    Liquidity Solutions, Inc.
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                        By:/s/ Michael Handler
                                        Liquidity Solutions, Inc.
                                        (201) 968-0001

3644840

In re Gawker Media, LLC
Case No. 16-11700 (SMB)
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denton, Nicholas | Kate Bolger, Levine Sullivan Koch & Schulz, LLP | 321 W.44th Street, Suite 1000 | | New York | NY | 10036 | | Litigation Claim, Case No. 16cv09519, Circuit Court for the State of Oregon, County of Multnomah | Y | Y | Y | | Undetermined |
| Denton, Nick | Chad Bowman, Levine Sullivan Koch & Schulz, LLP | 1899 L Street, NW, Suite 200 | | Washington | DC | 20036 | | Litigation Claim, Case No. 15-3049, US Court of Appeals for the 7th Circuit | Y | Y | Y | | Undetermined |
| Don Buchwald & Assocs., Inc. | c/o William J. Schifino, Jr. | Burr and Forman | P.O. Box 380 | Tampa | FL | 33601 | | Litigation Claim, Case No. 40950062, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida | Y | Y | Y | | Undetermined |
| DoubleVerify, Inc. | 575 8th Avenue 8th Floor | | | New York | NY | 10018 | | Trade Payable | | | | | $2,135.87 |
| DRH Internet Inc | PO Box 412 | | | Schneider | IN | 46376-0412 | | Trade Payable | | | | | $299.99 |
| Duncan, John | 103 East Blithedale Avenue | Suite 7 | | Mill Valley | CA | 94941 | | Trade Payable | | | | | $3,997.50 |
| Fastly | 475 Brannan St, Ste 320 | | | San Francisco | CA | 94107 | | Trade Payable | | | | | $53,869.22 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | One New York Plaza | | | New York | NY | 10004-1980 | | Trade Payable | | | | | $39,578.48 |
| Gawker Media Group, Inc. | 114 Fifth Avenue | 2nd Floor | | New York | NY | 10011 | | Intercompany Note Payable | | | | Y | $250,000.00 |
| Gawker Media Group, Inc. | 114 Fifth Avenue | 2nd Floor | | New York | NY | 10011 | | Intercompany Payable | | | | Y | $67,480.00 |
| Getty Images | 605 5th Avenue South | Suite 400 | | Seattle | WA | 98104 | | Trade Payable | | | | | $19,292.00 |
| Goldin Solutions | 928 Broadway Suite 900 | | | New York | NY | 10010 | | Trade Payable | | | | | $14,843.75 |
| Google Inc. (DoubleClick) | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | | Trade Payable | | | | | $88,201.47 |
| Google, Inc. (Analytics) | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | | Trade Payable | | | | | $22,750.00 |
| Got News, LLC | 717 W Siena LN | | | Clovis | CA | 93619 | | Litigation Claim, Case No. 15CECG03734, Superior Court of California, County of Fresno | Y | Y | Y | | Undetermined |
| Hnetinka, Lee | Email Address on File | | | | | | | Threatened Litigation Claim | Y | Y | Y | | Undetermined |
| Howard, Greg | c/o Gawker Media, LLC | 114 Fifth Avenue, 2nd Floor | | New York | NY | 10011 | | Litigation Claim, Case No. 15CECG03734, Superior Court of California, County of Fresno | Y | Y | Y | | Undetermined |
| Huon, Meanith | PO Box 441 | | | Chicago | IL | 60690 | | Litigation Claim, Case No. 15-3049, US Court of Appeals for the 7th Circuit | Y | Y | Y | | Undetermined |
| Ivari International | Charles J. Harder, Harder Mirell & Abrams LLP | 132 S. Rodeo Drive, Suite 301 | | Beverly Hills | CA | 90212 | | Threatened Litigation Claim | Y | Y | Y | | Undetermined |
| Ivari, Edward | Charles J. Harder, Harder Mirell & Abrams LLP | 132 S. Rodeo Drive, Suite 301 | | Beverly Hills | CA | 90212 | | Threatened Litigation Claim | Y | Y | Y | | Undetermined |
| Johnson, Charles | c/o Got News, LLC | 717 W Siena LN | | Clovis | CA | 93619 | | Litigation Claim, Case No. 15CECG03734, Superior Court of California, County of Fresno | Y | Y | Y | | Undetermined |
| JW Player (Longtail Ad Solutions, Inc.) | 8 West 38th Street | Floor 6 | | New York | NY | 10018 | | Trade Payable | | | | | $12,791.44 |
| Kargo (Vendor) | 826 Broadway | 5th Floor | | New York | NY | 10003 | | Trade Payable | | | | | $4,000.00 |
| Keith M. Davidson & Assocs., P.L.C. | 8383 Wilshire Blvd. | Suite 510 | | Beverly Hills | CA | 90211 | | Litigation Claim, Case No. 40950062, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida | Y | Y | Y | | Undetermined |
| Kidder, Scott | c/o Gawker Media, LLC | 114 Fifth Avenue, 2nd Floor | | New York | NY | 10011 | | Employment Claim | | | | | $81,250.00 |
| King, James | Susan Buckley, Cahill Gordon & Reindel LLP | 80 Pine Street | | New York | NY | 10005 | | Litigation Claim, Case No. 159134/2015, Supreme Court of the State of New York, County of New York | Y | Y | Y | | Undetermined |
| Kinja, Kft. | 1124 Budapest, Csörsz utca 41 | | | Budapest | | | Hungary | Intercompany Note Payable | | | | Y | $13,000,000.00 |
| Kinja, Kft. | 1124 Budapest, Csörsz utca 41 | | | Budapest | | | Hungary | Intercompany Payable | | | | Y | $10,387,174.40 |
| Krux Digital | 660 4th St, #269 | | | San Francisco | CA | 94107 | | Trade Payable | | | | | $38,893.32 |
| Lickerish Ltd. | Image Rights International, Inc. | Aws Shemmeri, Esq. | 51 Melcher St., 1st Floor | Boston | MA | 02210 | | Threatened Litigation Claim | Y | Y | Y | | Undetermined |
| Loyd, Matthew Christian aka "Matt Loyd" aka "Spice Boy" | c/o Morgan Barfield | Coreless Barfield Trial Group, LLC | 4301 W. Boy Scout Blvd., Suite 300 | Tampa | FL | 33606 | | Litigation Claim, Case No. 40950062, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida | Y | Y | Y | | Undetermined |
| Mail Media Inc. d/b/a Mail Online | Thomas Clare, Elizabeth Locke and Joseph Oliveri, Clare Locke LLP | 902 Prince Street | | Alexandria | VA | 22314 | | Litigation Claim, Case No. 159134/2015, Supreme Court of the State of New York, County of New York | Y | Y | Y | | Undetermined |
| Market Halsey Urban Renewal, LLC | 112 West 34th Street Ste. 2106 | | | New York | NY | 10120 | | Trade Payable | | | | | $1,770.52 |
| Medialink | 1901 Avenue of the Stars | Suite 1775 | | Los Angeles | CA | 90067 | | Trade Payable | | | | | $37,800.00 |
| Merrill Communications, LLC | One Merrill Circle | | | Saint Paul | MN | 55108 | | Trade Payable | | | | | $10,666.01 |
| Metropolitan Cleaning, LLC | 142 West 57th Street | | | New York | NY | 10019 | | Trade Payable | | | | | $7,078.95 |
| Moat Inc. | 222 S Albany Street #2 | | | Ithaca | NY | 14850 | | Trade Payable | | | | | $13,288.44 |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | 909 Third Avenue | | New York | NY | 10022 | | Trade Payable | | | | | $115,379.48 |
| Newmark & Co. Real Estate, Inc. | 125 Park Avenue | 11th Floor | | New York | NY | 10017 | | Trade Payable | | | | | $420,000.00 |
| NSONE Inc. | 16 Beaver Street | 3rd Floor | | New York | NY | 10004 | | Trade Payable | | | | | $4,680.00 |
| Operative Media, Inc | 6 East 32nd Street, 3rd Floor | | | New York | NY | 10016 | | Trade Payable | | | | | $3,546.00 |
| Optimizely, Inc. | 631 Howard Street, Suite 100 | | | San Francisco | CA | 94105 | | Trade Payable | | | | | $2,402.27 |
| Pacific Coast News | c/o Bwp Media USA, Inc | 22287 Mulholland Hwy | | Calabasas | CA | 91302 | | Trade Payable | | | | | $1,300.00 |
| Plant Specialists LLC | 42-25 Vernon Boulevard | | | Long Island City | NY | 11101 | | Trade Payable | | | | | $714.79 |
| Plunkett, Tom | c/o Gawker Media, LLC | 114 Fifth Avenue, 2nd Floor | | New York | NY | 10011 | | Employment Claim | | | | | $54,989.00 |
| Proskauer Rose LLP | Eleven Times Square | | | New York | NY | 10036 | | Trade Payable | | | | | $1,673.44 |
| QZZR | 86 W. Main, Suite B | | | Lehi | UT | 84043 | | Trade Payable | | | | | $998.00 |
| REDBOOKS | 330 Seventh Avenue, Floor 10 | | | New York | NY | 10001 | | Trade Payable | | | | | $440.91 |
| Richards, Layton & Finger | 920 North King Street | | | Wilmington | DE | 19801 | | Trade Payable | | | | | $443.60 |

**TRANSFER NOTICE**

OPTIMIZELY INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **GAWKER MEDIA, LLC** (the "Debtor"), in the aggregate amount of **$2,402.27,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 16-11700.

IN WITNESS WHEREOF, Assignor has signed below as of the 2nd day of August, 2016

OPTIMIZELY INC

(Signature)

Sean Dempsey / VP Controller

(Print Name and Title)

Liquidity Solutions, Inc.

Michael Handler

GAWKER MEDIA, LLC
OPTIMIZELY INC

3644840