# Notice Recipients

District/Off: 0208−1 User: brichards Date Created: 8/18/2016
Case: 16−11700−smb Form ID: trc Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7008124     Optimizely, Inc.     631 Howard St. STE 100     San Francisco, CA 94105

TOTAL: 1