**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
                                                            :
In re                                                       :      Chapter 11
                                                            :
GAWKER MEDIA LLC, *et al.*,[1]                              :      Case No. 16-11700 (SMB)
                                                            :
                                   Debtors.                 :      (Jointly Administered)
                                                            :
-------------------------------------------------------------------X

## <u>AFFIDAVIT OF PUBLICATION</u>

       I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

       This Affidavit of Publication includes sworn statements verifying that 1) the *Notice of Deadline Requiring Filing of Proofs of Claim on or before September 29, 2016*, and 2) the *Notice of Deadline Requiring Filing of Certain Administrative Claims on or before September 29, 2016*, as conformed for publication, were published in the national edition of *USA TODAY* on August 17, 2016 as described on **Exhibit A** and **Exhibit B** respectively, attached hereto.


Dated: August 18, 2016

                                                _____
                                               Ingamar D. Ramirez

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on August 18, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


Signature: _____

                 PAUL PULLO
        Notary Public, State of New York
             No. 01PU6231078
         Qualified in Nassau County
     Commission Expires Nov. 15, 20__18

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

## Exhibit A



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of
USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is
fully acquainted with the facts stated herein: on **Wednesday, August 17, 2016** - the
following legal advertisement **–Gawker General Bar Date–** was published in the
national edition of **USA TODAY.**

Principal Clerk of USA TODAY
August 17, 2016

This ___17___ day of _____ month
___2016___ year

Notary Public

NOTARY
PUBLIC
REG. # 128826
MY COMMISSION
EXPIRES
09/30/2019
COMMONWEALTH OF VIRGINIA
YVONNE ANN BATES

# USA TODAY
WEDNESDAY, AUGUST 17, 2016   E6

# SPORTS 5D

# OLYMPICS


## FOR THE RECORD

### MEDALS TABLE

203 of 306 total medal events

| Nation | G | S | B | Total |
|---|---|---|---|---|
| United States | 28 | 28 | 28 | 84 |
| China | 17 | 15 | 19 | 51 |
| Britain | 19 | 19 | 12 | 50 |
| Russia | 12 | 12 | 14 | 38 |
| France | 7 | 11 | 11 | 29 |
| Japan | 7 | 4 | 18 | 29 |
| Germany | 11 | 8 | 7 | 26 |
| Australia | 7 | 8 | 9 | 24 |
| Italy | 8 | 9 | 6 | 23 |
| Netherlands | 8 | 3 | 3 | 14 |
| South Korea | 6 | 3 | 5 | 14 |
| Canada | 3 | 2 | 9 | 14 |
| Hungary | 6 | 3 | 4 | 13 |
| Brazil | 3 | 4 | 4 | 11 |
| New Zealand | 3 | 6 | 1 | 10 |
| Kazakhstan | 2 | 3 | 5 | 10 |
| Denmark | 1 | 3 | 5 | 9 |
| Cuba | 2 | 2 | 4 | 8 |
| Spain | 4 | 1 | 2 | 7 |
| North Korea | 2 | 3 | 2 | 7 |
| Poland | 2 | 2 | 3 | 7 |
| South Africa | 1 | 5 | 1 | 7 |
| Ukraine | 1 | 4 | 2 | 7 |
| Czech Republic | 1 | 1 | 5 | 7 |
| Kenya | 3 | 3 | 0 | 6 |
| Uzbekistan | 2 | 0 | 4 | 6 |
| Sweden | 1 | 4 | 1 | 6 |
| Croatia | 3 | 2 | 0 | 5 |
| Jamaica | 3 | 0 | 2 | 5 |
| Belgium | 2 | 1 | 2 | 5 |
| Switzerland | 2 | 1 | 2 | 5 |
| Belarus | 1 | 2 | 2 | 5 |
| Ethiopia | 1 | 1 | 3 | 5 |
| Georgia | 1 | 1 | 3 | 5 |
| Azerbaijan | 0 | 2 | 3 | 5 |
| Colombia | 2 | 2 | 0 | 4 |
| Greece | 2 | 1 | 1 | 4 |
| Thailand | 2 | 1 | 1 | 4 |
| Iran | 2 | 0 | 2 | 4 |
| Armenia | 1 | 3 | 0 | 4 |
| Slovenia | 1 | 2 | 1 | 4 |
| Romania | 1 | 1 | 2 | 4 |
| Argentina | 2 | 1 | 0 | 3 |
| Taiwan | 1 | 0 | 2 | 3 |
| Turkey | 0 | 2 | 1 | 3 |
| Lithuania | 0 | 1 | 2 | 3 |
| Norway | 0 | 0 | 3 | 3 |
| Bahrain | 1 | 1 | 0 | 2 |
| Slovakia | 1 | 1 | 0 | 2 |
| Vietnam | 1 | 1 | 0 | 2 |
| Independent | 0 | 1 | 1 | 2 |
| Indonesia | 0 | 2 | 0 | 2 |
| Ireland | 0 | 2 | 0 | 2 |
| Malaysia | 0 | 1 | 1 | 2 |
| Mongolia | 0 | 1 | 1 | 2 |
| Egypt | 0 | 0 | 2 | 2 |
| Israel | 0 | 0 | 2 | 2 |
| Bahamas | 1 | 0 | 0 | 1 |
| Fiji | 1 | 0 | 0 | 1 |
| Kosovo | 1 | 0 | 0 | 1 |
| Puerto Rico | 1 | 0 | 0 | 1 |
| Serbia | 1 | 0 | 0 | 1 |
| Singapore | 1 | 0 | 0 | 1 |
| Algeria | 0 | 1 | 0 | 1 |
| Grenada | 0 | 1 | 0 | 1 |
| Philippines | 0 | 1 | 0 | 1 |
| Qatar | 0 | 1 | 0 | 1 |
| Venezuela | 0 | 1 | 0 | 1 |
| Austria | 0 | 0 | 1 | 1 |
| Estonia | 0 | 0 | 1 | 1 |
| Kyrgyzstan | 0 | 0 | 1 | 1 |
| Moldova | 0 | 0 | 1 | 1 |
| Morocco | 0 | 0 | 1 | 1 |
| Portugal | 0 | 0 | 1 | 1 |

### TUESDAY'S MEDALISTS

**BOXING**
**Mens Light (60kg)**
GOLD—Robson Conceicao, Brazil.
SILVER—Sofiane Oumiha, France.
BRONZE—Lazaro Jorge Alvarez, Cuba.
BRONZE—Otgondalai Dorjnyambuu, Mongolia.

**CANOE-KAYAK**
**Men's Kayak Single 1000m**
GOLD—Marcus Walz, Spain.
SILVER—Josef Dostal, Czech Republic.
BRONZE—Roman Anoshkin, Russia.

**Men's Canoe Single 1000m**
GOLD—Sebastian Brendel, Germany.

SILVER—Isaquias Queiroz dos Santos, Brazil.
BRONZE—Serghei Tarnovschi, Moldova.

**Women's Kayak Single 200m**
GOLD—Lisa Carrington, New Zealand.
SILVER—Marta Walczykiewicz, Poland.
BRONZE—Inna Osipenko-Radomska, Azerbaijan.

**Women's Kayak Double 500m**
GOLD—Hungary (Gabriella Szabo, Danuta Kozak).
SILVER—Germany (Franziska Weber, Tina Dietze).
BRONZE—Poland (Karolina Naja, Beata Mikolajczyk).

**CYCLING (TRACK)**
**Men's Keirin**
GOLD—Jason Kenny, Britain.
SILVER—Matthijs Buchli, Netherlands.
BRONZE—Azizulhasni Awang, Malaysia.

**Women's Sprint**
GOLD—Kristina Vogel, Germany.
SILVER—Rebecca James, Britain.
BRONZE—Katy Marchant, Britain.

**Women's Omnium**
GOLD—Laura Trott, Britain.
SILVER—Sarah Hammer, United States.
BRONZE—Jolien D'hoore, Belgium.

**DIVING**
**Men's 3m Springboard**
GOLD—Yuan Cao, China.
SILVER—Jack Laugher, Britain.
BRONZE—Patrick Hausding, Germany.

**GYMNASTICS - ARTISTIC**
**Men's Parallel Bars**
GOLD—Oleg Verniaiev, Ukraine.
SILVER—Danell Leyva, United States.
BRONZE—David Belyavskiy, Russia.

**Men's Horizontal Bar**
GOLD—Fabian Hambuechen, Germany.
SILVER—Danell Leyva, United States.
BRONZE—Nile Wilson, Britain.

**Women's Floor Exercise**
GOLD—Simone Biles, United States.
SILVER—Aly Raisman, United States.
BRONZE—Amy Tinkler, Britain.

**SAILING**
**Men**
**Finn**
GOLD—Giles Scott, Britain.
SILVER—Vasilij Zbogar, Slovenia.
BRONZE—Caleb Paine, United States.

**Laser**
GOLD—Tom Burton, Australia.
SILVER—Tonci Stipanovic, Croatia.
BRONZE—Sam Meech, New Zealand.

**Women**
**Radial**
GOLD—Marit Bouwmeester, Netherlands.
SILVER—Annalise Murphy, Ireland.
BRONZE—Anne-Marie Rindom, Denmark.

**Mixed**
**Nacra 17**
GOLD—Argentina (Santiago Lange, Cecilia Carranza Saroli).
SILVER—Australia (Lisa Darmanin, Jason Waterhouse).
BRONZE—Austria (Tanja Frank, Thomas Zajac).

**SWIMMING**
**Men's 10km**
GOLD—Ferry Weertman, Netherlands.
SILVER—Spiros Gianniotis, Greece.
BRONZE—Marc-Antoine Olivier, France.

**SYNCHRONIZED SWIMMING**
**Women**
**Duets**
GOLD—Russia (Natalia Ishchenko, Svetlana Romashina).
SILVER—China (Xuechen Huang, Wenyan Sun).
BRONZE—Japan (Yukiko Inui, Risako Mitsui).

**TABLE TENNIS**
**Women's Team**
GOLD—China (Ning Ding, Xiaoxia Li, Shiwen Liu).
SILVER—Germany (Ying Han, Xiaona Shan, Petrissa Solja).
BRONZE—Japan (Kasumi Ishikawa, Ai Fukuhara, Mima Ito).

**TRACK AND FIELD**
**Men's 110 Hurdles**
GOLD—Omar McLeod, Jamaica

SILVER—Orlando Ortega, Spain
BRONZE—Dimitri Bascou, France

**Men's High Jump**
GOLD—Derek Drouin, Canada
SILVER—Mutaz Essa Barshim, Qatar
BRONZE—Bohdan Bondarenko, Ukraine

**Men's Triple Jump**
GOLD—Christian Taylor, United States.
SILVER—Will Claye, United States.
BRONZE—Bin Dong, China.

**Women's Discus Throw**
GOLD—Sandra Perkovic, Croatia.
SILVER—Melina Robert-Michon, France.
BRONZE—Denia Caballero, Cuba.

**Women's 1500**
GOLD—Faith Chepngetich Kipyegon, Kenya
SILVER—Genzebe Dibaba, Ethiopia
BRONZE—Jennifer Simpson, United States

**WEIGHTLIFTING**
**Men's +105kg**
GOLD—Lasha Talakhadze, Georgia.
SILVER—Gor Minasyan, Armenia.
BRONZE—Irakli Turmanidze, Georgia.

**WRESTLING**
**Men's Greco-Roman 66 kg**
GOLD—Davor Stefanek, Serbia.
SILVER—Migran Arutyunyan, Armenia.
BRONZE—Shmagi Bolkvadze, Georgia.
BRONZE—Rasul Chunayev, Azerbaijan.

**Men's Greco-Roman 98 kg**
GOLD—Artur Aleksanyan, Armenia.
SILVER—Yasmany Daniel Lugo Cabrera, Cuba.
BRONZE—Cenk Ildem, Turkey.
BRONZE—Ghasem Gholamreza Rezaei, Iran.

### TUESDAY'S SCORES

**BASKETBALL**
**Women**
**Quarterfinals**
Serbia 73, Australia 71
Spain 64, Turkey 62

United States 110, Japan 64
France 68, Canada 63

**FIELD HOCKEY**
**Men**
**Semifinals**
Argentina 5, Germany 2
Belgium 3, Netherlands 1

**SOCCER**
**Women**
**Semifinals**
Sweden 0, Brazil 0, Sweden wins 4-3 on penalty kicks
Germany 2, Canada 0

**TEAM HANDBALL**
**Women**
**Quarterfinals**
Netherlands 32, Brazil 23
France 27, Spain 26
Norway 33, Sweden 20
Russia 31, Angola 27

**VOLLEYBALL**
**Women**
**Quarterfinals**
Netherlands 3, South Korea 1 (25-19, 25-14, 23-25, 25-20)
United States 3, Japan 0 (25-16, 25-23, 25-22)
Serbia 3, Russia 0 (25-9, 25-22, 25-21)

**WATER POLO**
**Men**
**Quarterfinals**
Montenegro 9, Hungary 9, Montenegro wins penalty shootout 4-2
Serbia 10, Spain 7
Croatia 10, Brazil 6
Italy 9, Greece 5

**BASKETBALL**
**Women**
**Thursday**
**Semifinals**
Serbia vs. Spain, 2 p.m.

United States vs. France, 6 p.m.

**United States 110, Japan 64**
**United States**
L. Whalen 5-8 0-0 10, S. Augustus 5-8 0-0 10, S. Bird 0-1 0-0 0, M. Moore 7-9 2-2 19, A. McCoughtry 5-6 3-6 13, B. Stewart 1-3 0-0 2, T. Catchings 2-2 0-0 6, E. Delle Donne 5-8 0-0 11, D. Taurasi 7-11 0-1 19, S. Fowles 5-7 0-0 10, T. Charles 2-5 0-0 4, B. Griner 3-4 0-0 6, TOTAL 47-72 5-9 110
**Japan (64)**
K. Kondo 1-3 0-0 3, Y. Miyazawa 1-3 0-0 3, Y. Mamiya 3-11 2-2 8, M. Kurihara 4-9 0-0 12, M. Takada 2-5 2-2 6, N. Miyoshi 0-2-0-0 0, R. Tokashiki 6-14 2-2 14, M. Nagaoka 0-3 0-0 0, A. Yoshida 1-4 1-2 4, R. Machida 1-4 0-0 2, S. Motokawa 5-9 1-2 12, A. O-0 4 0-0 0, TOTAL 24-71 8-10 64

| | | | | | |
|---|---|---|---|---|---|
| United States | 30 | 26 | 25 | 29 | — 110 |
| Japan | 23 | 23 | 13 | 5 | — 64 |

3-Point goals—United States 11-18 (S. Bird 0-1, M. Moore 3-3, B. Stewart 0-1, T. Catchings 2-2, E. Delle Donne 1-3, D. Taurasi 5-8), Japan 8-21 (K. Kondo 1-2, Y. Miyazawa 1-2, M. Kurihara 4-7, N. Miyoshi 0-2, A. Yoshida 1-1, R. Machida 0-2, S. Motokawa 1-5). Rebounds—United States 44 (B. Griner 7), Japan 19 (Y. Mamiya 3). Assists—United States 28 (T. Charles 5), Japan 17 (A. Yoshida 8). Total fouls—United States 14, Japan 12.

### GYMNASTICS

**Men**
**Parallel Bars**
**Final**
1. Oleg Verniaiev, Ukraine, 16.041.
2. Danell Leyva, United States, 15.900.
3. David Belyavskiy, Russia, 15.783.
4. Shudi Deng, China, 15.766.
5. Manrique Larduet, Cuba, 15.625.
6. Andrei Vasile Muntean, Romania, 15.600.

7. Ryohei Kato, Japan, 15.233.
8. Hao You, China, 14.833.

**Horizontal Bar**
**Final**
1. Fabian Hambuechen, Germany, 15.766.
2. Danell Leyva, United States, 15.500.
3. Nile Wilson, Britain, 15.466.
4. Samuel Mikulak, United States, 15.400.
5. Francisco Barretto Junior, Brazil, 15.208.
6. Manrique Larduet, Cuba, 15.033.
7. Epke Zonderland, Netherlands, 14.033.
8. Oleg Verniaiev, Ukraine, 13.366.

**Women**
**Floor Exercise**
**Final**
1. Simone Biles, United States, 15.966.
2. Alexandra Raisman, U.S., 15.500.
3. Amy Tinkler, Britain, 14.933.
4. Vanessa Ferrari, Italy, 14.766.
5. Yan Wang, China, 14.666.
6. Erika Fasana, Italy, 14.533.
7. Mai Murakami, Japan, 14.533.
8. Giulia Steingruber, Switzerland, 11.800.

### TRACK AND FIELD

**Men's 110 Hurdles**
1. Omar McLeod, Jamaica, 13.05.
2. Orlando Ortega, Spain, 13.17.
3. Dimitri Bascou, France, 13.24.
4. Pascal Martinot-Lagarde, France, 13.29.
5. Devon Allen, United States, 13.31.

**Men's Triple Jump**
1. Christian Taylor, United States, (17.86), 58-7 1-4.
2. Will Claye, United States, (17.76), 58-3 1-4.
3. Bin Dong, China, (17.58), 57-8 1-4.

**Women's 1500**
1. Faith Chepngetich Kipyegon, Kenya, 4:08.92.
2. Genzebe Dibaba, Ethiopia, 4:10.27.
3. Jennifer Simpson, United States, 4:10.53.
4. Shannon Rowbury, United States, 4:11.05.

## OLYMPICS ON TV
Times Eastern. Programs live where noted. Check local listings.

**Wednesday**
**NBC**
**10 a.m.-5 p.m.**
Track and field (live): men's 3,000m steeplechase, gold medal final; equestrian, team jumping gold medal final (live); gymnastics, gala; men's volleyball, quarterfinal (live); canoe/kayak, sprint qualifying heats; women's water polo, semifinal, USA vs. Hungary (live)

**8 p.m.-midnight**
Track and field, gold medal finals (live): women's long jump, women's 200m, women's100m hurdles; women's diving, platform qualifying; women's beach volleyball, gold medal final (live)

**12:35-1:35 a.m.**
Women's beach volleyball, medal round

**NBC Sports Network**
**8 a.m.-midnight**
Canoe/kayak, sprint qualifying heats (live); track and field (live): men's 3,000m steeplechase, gold medal final; men's soccer, semifinals (live); cycling, BMX qualifying; gymnastics, gala; men's basketball, quarterfinals (live); women's wrestling, freestyle, gold medal finals; men's boxing, welter, gold medal final; women's boxing, elimination matches; women's beach volleyball, bronze medal match (live); men's table tennis, team gold medal final; Taekwondo, gold medal finals

**MSNBC**
**11 a.m.-5 p.m.**
Women's field hockey, semifinal, Netherlands vs. Germany (live); women's wrestling, qualifying; men's handball, quarterfinals; gymnastics, gala (live); sailing, gold medal finals

**USA**
**9 a.m.-5 p.m.**

Men's badminton, singles quarterfinals; men's basketball, quarterfinals (live); women's water polo, semifinal, Russia vs. Italy (live); men's table tennis, team bronze medal match; Taekwondo, quarterfinals and semifinals

**CNBC**
**5-8 p.m.**
Men's volleyball, quarterfinal, Italy vs. Iran (live); women's field hockey, semifinal

**GOLF CHANNEL**
**5-6:30 a.m. and 3-5 p.m.**
Golf Central Live From the Olympics
**6:30 a.m.-3 p.m.**
Women's golf, first round (live)

**NBC BASKETBALL CHANNEL**
**10 a.m.-midnight**
Men's basketball, quarterfinal 1, Australia vs. Lithuania (live), quarterfinal 1 (encore), quarterfinal 2, Spain vs. France (live), quarterfinal 2 (encore), quarterfinal 3, USA vs. Argentina (live), quarterfinal 3 (encore), quarterfinal 4, Croatia vs. Serbia (live), quarterfinal 4 (encore)

**NBC SOCCER CHANNEL**
**Noon-midnight**
Men's soccer, semifinal 1, Honduras vs. Brazil (live), semifinal 1 (encore), semifinal 2, Germany vs. Nigeria (live), semifinal 2 (encore), match of the day

**TELEMUNDO**
**10:30 a.m.-5 p.m.**
News recap; men's soccer, semifinals; track and field; boxing

**NBC UNIVERSO**
**5-8 p.m.**
Volleyball; basketball; boxing

## MARKETPLACE TODAY

To view more Classified listings, visit: www.USATODAYClassifieds.com

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

**ADVERTISE HERE**

**USA TODAY's Marketplace Today**

**Call us today! 1-800-397-0070**

**Advertise in USA TODAY!**
**(800) 397-0070**
sales@russelljohns.com
Place your advertisement in USA TODAY's Marketplace Classified section today!

### NOTICES
### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.  Chapter 11, Case No. 16-11700 (SMB)
Debtors.  (Jointly Administered)
**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2016**

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.  Chapter 11, Case No. 16-11700 (SMB)
Debtors.  (Jointly Administered)
**NOTICE OF DEADLINE REQUIRING FILING OF CERTAIN ADMINISTRATIVE CLAIMS ON OR BEFORE SEPTEMBER 29, 2016**

### LEGAL NOTICES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
In re:  **SynCardia Systems, Inc. , Debtor.**  Chapter 11
Case No. 16-11599 (MFW)
**NOTICE OF SALE OF CERTAIN ASSETS OF THE DEBTOR AND SALE HEARING**

**<u>Exhibit B</u>**

16-11700-smb    Doc 201    Filed 08/18/16    Entered 08/18/16 18:20:27    Main Document
Pg 5 of 7



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of
USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is
fully acquainted with the facts stated herein: on **Wednesday, August 17, 2016 -** the
following legal advertisement **–Gawker Admin Bar Date–** was published in the national
edition of **USA TODAY.**

Principal Clerk of USA TODAY
August 17, 2016

This ___17___ day of ___August___ month
___2016___ year.

Notary Public

ANTOINNE ANN BATES
NOTARY PUBLIC 28826
MY COMMISSION EXPIRES
09/30/2019
COMMONWEALTH OF VIRGINIA

**USA TODAY**
WEDNESDAY, AUGUST 17, 2016   E6

# SPORTS 5D



# OLYMPICS

## FOR THE RECORD

### MEDALS TABLE

203 of 306 total medal events

| Nation | G | S | B | Total |
|---|---|---|---|---|
| United States | 28 | 28 | 28 | 84 |
| China | 17 | 15 | 19 | 51 |
| Britain | 19 | 19 | 12 | 50 |
| Russia | 12 | 12 | 14 | 38 |
| France | 7 | 11 | 11 | 29 |
| Japan | 7 | 4 | 18 | 29 |
| Germany | 11 | 8 | 7 | 26 |
| Australia | 7 | 8 | 9 | 24 |
| Italy | 8 | 9 | 6 | 23 |
| Netherlands | 8 | 3 | 3 | 14 |
| South Korea | 6 | 3 | 5 | 14 |
| Canada | 3 | 2 | 9 | 14 |
| Hungary | 6 | 3 | 4 | 13 |
| Brazil | 3 | 4 | 4 | 11 |
| New Zealand | 3 | 6 | 1 | 10 |
| Kazakhstan | 2 | 3 | 5 | 10 |
| Denmark | 1 | 3 | 5 | 9 |
| Cuba | 2 | 2 | 4 | 8 |
| Spain | 4 | 1 | 2 | 7 |
| North Korea | 2 | 3 | 2 | 7 |
| Poland | 2 | 2 | 3 | 7 |
| South Africa | 1 | 5 | 1 | 7 |
| Ukraine | 1 | 4 | 2 | 7 |
| Czech Republic | 1 | 1 | 5 | 7 |
| Kenya | 3 | 3 | 0 | 6 |
| Uzbekistan | 2 | 0 | 4 | 6 |
| Sweden | 1 | 4 | 1 | 6 |
| Croatia | 3 | 2 | 0 | 5 |
| Jamaica | 3 | 0 | 2 | 5 |
| Belgium | 2 | 1 | 2 | 5 |
| Switzerland | 2 | 1 | 2 | 5 |
| Belarus | 1 | 2 | 2 | 5 |
| Ethiopia | 1 | 1 | 3 | 5 |
| Georgia | 1 | 1 | 3 | 5 |
| Azerbaijan | 0 | 2 | 3 | 5 |
| Colombia | 2 | 2 | 0 | 4 |
| Greece | 2 | 1 | 1 | 4 |
| Thailand | 2 | 1 | 1 | 4 |
| Iran | 2 | 0 | 2 | 4 |
| Armenia | 1 | 3 | 0 | 4 |
| Slovenia | 1 | 2 | 1 | 4 |
| Romania | 1 | 1 | 2 | 4 |
| Argentina | 2 | 1 | 0 | 3 |
| Taiwan | 1 | 0 | 2 | 3 |
| Turkey | 0 | 2 | 1 | 3 |
| Lithuania | 0 | 1 | 2 | 3 |
| Norway | 0 | 0 | 3 | 3 |
| Bahrain | 1 | 1 | 0 | 2 |
| Slovakia | 1 | 1 | 0 | 2 |
| Vietnam | 1 | 1 | 0 | 2 |
| Independent | 0 | 1 | 1 | 2 |
| Indonesia | 0 | 2 | 0 | 2 |
| Ireland | 0 | 2 | 0 | 2 |
| Malaysia | 0 | 1 | 1 | 2 |
| Mongolia | 0 | 1 | 1 | 2 |
| Egypt | 0 | 0 | 2 | 2 |
| Israel | 0 | 0 | 2 | 2 |
| Bahamas | 1 | 0 | 0 | 1 |
| Fiji | 1 | 0 | 0 | 1 |
| Kosovo | 1 | 0 | 0 | 1 |
| Puerto Rico | 1 | 0 | 0 | 1 |
| Serbia | 1 | 0 | 0 | 1 |
| Singapore | 1 | 0 | 0 | 1 |
| Algeria | 0 | 1 | 0 | 1 |
| Grenada | 0 | 1 | 0 | 1 |
| Philippines | 0 | 1 | 0 | 1 |
| Qatar | 0 | 1 | 0 | 1 |
| Venezuela | 0 | 1 | 0 | 1 |
| Austria | 0 | 0 | 1 | 1 |
| Estonia | 0 | 0 | 1 | 1 |
| Kyrgyzstan | 0 | 0 | 1 | 1 |
| Moldova | 0 | 0 | 1 | 1 |
| Morocco | 0 | 0 | 1 | 1 |
| Portugal | 0 | 0 | 1 | 1 |

### TUESDAY'S MEDALISTS

**BOXING**
**Mens Light (60kg)**
GOLD—Robson Conceicao, Brazil.
SILVER—Sofiane Oumiha, France.
BRONZE—Lazaro Jorge Alvarez, Cuba.
BRONZE—Otgondalai Dorjnyambuu, Mongolia.

**CANOE-KAYAK**
**Men's Kayak Single 1000m**
GOLD—Marcus Walz, Spain.
SILVER—Josef Dostal, Czech Republic.
BRONZE—Roman Anoshkin, Russia.
**Men's Canoe Single 1000m**
GOLD—Sebastian Brendel, Germany.

SILVER—Isaquias Queiroz dos Santos, Brazil.
BRONZE—Serghei Tarnovschi, Moldova.
**Women's Kayak Single 200m**
GOLD—Lisa Carrington, New Zealand.
SILVER—Marta Walczykiewicz, Poland.
BRONZE—Inna Osipenko-Radomska, Azerbaijan.
**Women's Kayak Double 500m**
GOLD—Hungary (Gabriella Szabo, Danuta Kozak).
SILVER—Germany (Franziska Weber, Tina Dietze).
BRONZE—Poland (Karolina Naja, Beata Mikolajczyk).
**CYCLING (TRACK)**
**Men's Keirin**
GOLD—Jason Kenny, Britain.
SILVER—Matthijs Buchli, Netherlands.
BRONZE—Azizulhasni Awang, Malaysia.
**Women's Sprint**
GOLD—Kristina Vogel, Germany.
SILVER—Rebecca James, Britain.
BRONZE—Katy Marchant, Britain.
**Women's Omnium**
GOLD—Laura Trott, Britain.
SILVER—Sarah Hammer, United States.
BRONZE—Jolien D'hoore, Belgium.
**DIVING**
**Men's 3m Springboard**
GOLD—Yuan Cao, China.
SILVER—Jack Laugher, Britain.
BRONZE—Patrick Hausding, Germany.
**GYMNASTICS - ARTISTIC**
**Men's Parallel Bars**
GOLD—Oleg Verniaiev, Ukraine.
SILVER—Danell Leyva, United States.
BRONZE—David Belyavskiy, Russia.
**Men's Horizontal Bar**
GOLD—Fabian Hambuechen, Germany.
SILVER—Danell Leyva, United States.
BRONZE—Nile Wilson, Britain.
**Women's Floor Exercise**
GOLD—Simone Biles, United States.
SILVER—Aly Raisman, United States.
BRONZE—Amy Tinkler, Britain.
**SAILING**
**Men**
**Finn**
GOLD—Giles Scott, Britain.
SILVER—Vasilij Zbogar, Slovenia.
BRONZE—Caleb Paine, United States.
**Laser**
GOLD—Tom Burton, Australia.
SILVER—Tonci Stipanovic, Croatia.
BRONZE—Sam Meech, New Zealand.
**Women**
**Radial**
GOLD—Marit Bouwmeester, Netherlands.
SILVER—Annalise Murphy, Ireland.
BRONZE—Anne-Marie Rindom, Denmark.
**Mixed**
**Nacra 17**
GOLD—Argentina (Santiago Lange, Cecilia Carranza Saroli).
SILVER—Australia (Lisa Darmanin, Jason Waterhouse).
BRONZE—Austria (Tanja Frank, Thomas Zajac).
**SWIMMING**
**Men's 10km**
GOLD—Ferry Weertman, Netherlands.
SILVER—Spiros Gianniotis, Greece.
BRONZE—Marc-Antoine Olivier, France.
**SYNCHRONIZED SWIMMING**
**Women**
**Duets**
GOLD—Russia (Natalia Ishchenko, Svetlana Kolmashina).
SILVER—China (Xuechen Huang, Wenyan Sun).
BRONZE—Japan (Yukiko Inui, Risako Mitsui).
**TABLE TENNIS**
**Women's Team**
GOLD—China (Ning Ding, Xiaoxia Li, Shiwen Liu).
SILVER—Germany (Ying Han, Xiaona Shan, Petrissa Solja).
BRONZE—Japan (Kasumi Ishikawa, Ai Fukuhara, Mima Ito).
**TRACK AND FIELD**
**Men's 110 Hurdles**
GOLD—Omar McLeod, Jamaica

SILVER—Orlando Ortega, Spain
BRONZE—Dimitri Bascou, France
**Men's High Jump**
GOLD—Derek Drouin, Canada
SILVER—Mutaz Essa Barshim, Qatar
BRONZE—Bohdan Bondarenko, Ukraine
**Men's Triple Jump**
GOLD—Christian Taylor, United States.
SILVER—Will Claye, United States.
BRONZE—Bin Dong, China.
**Women's Discus Throw**
GOLD—Sandra Perkovic, Croatia.
SILVER—Melina Robert-Michon, France.
BRONZE—Denia Caballero, Cuba.
**Women's 1500**
GOLD—Faith Chepngetich Kipyegon, Kenya
SILVER—Genzebe Dibaba, Ethiopia
BRONZE—Jennifer Simpson, United States
**WEIGHTLIFTING**
**Men's +105kg**
GOLD—Lasha Talakhadze, Georgia.
SILVER—Gor Minasyan, Armenia.
BRONZE—Irakli Turmanidze, Georgia.
**WRESTLING**
**Men's Greco-Roman 66 kg**
GOLD—Davor Stefanek, Serbia.
SILVER—Migran Arutyunyan, Armenia.
BRONZE—Shmagi Bolkvadze, Georgia.
BRONZE—Rasul Chunayev, Azerbaijan.
**Men's Greco-Roman 98 kg**
GOLD—Artur Aleksanyan, Armenia.
SILVER—Yasmany Daniel Lugo Cabrera, Cuba.
BRONZE—Cenk Ildem, Turkey.
BRONZE—Ghasem Gholamreza Rezaei, Iran.

### TUESDAY'S SCORES

**BASKETBALL**
**Women**
**Quarterfinals**
Serbia 73, Australia 71
Spain 64, Turkey 62

United States 110, Japan 64
France 68, Canada 63
**FIELD HOCKEY**
**Men**
**Semifinals**
Argentina 5, Germany 2
Belgium 3, Netherlands 1
**SOCCER**
**Women**
**Semifinals**
Sweden 0, Brazil 0, Sweden wins 4-3 on penalty kicks
Germany 2, Canada 0
**TEAM HANDBALL**
**Women**
**Quarterfinals**
Netherlands 32, Brazil 23
France 27, Spain 26
Norway 33, Sweden 20
Russia 31, Angola 27
**VOLLEYBALL**
**Women**
**Quarterfinals**
Netherlands 3, South Korea 1 (25-19, 25-14, 23-25, 25-20)
United States 3, Japan 0 (25-16, 25-23, 25-22)
Serbia 3, Russia 0 (25-9, 25-22, 25-21)
**WATER POLO**
**Men**
**Quarterfinals**
Montenegro 9, Hungary 9, Montenegro wins penalty shootout 4-2
Serbia 10, Spain 7
Croatia 10, Brazil 6
Italy 9, Greece 5

### BASKETBALL

**Women**
**Thursday**
**Semifinals**
Serbia vs. Spain, 2 p.m.

United States vs. France, 6 p.m.
**United States 110, Japan 64**
**United States**
L. Whalen 5-8 0-0 10, S. Augustus 5-8 0-0 10, S. Bird 0-1 0-0 0, M. Moore 7-9 2-2 19, A. McCoughtry 5-6 3-4 13, B. Stewart 1-3 0-0 2, T. Catchings 2-2 0-0 6, E. Delle Donne 5-8 0-0 11, D. Taurasi 7-11 0-1 19, S. Fowles 5-7 0-0 10, T. Charles 2-5 0-0 4, B. Griner 3-4 0-0 6, TOTAL 47-72 5-9 110
**Japan (64)**
K. Kondo 1-3 0-0 3, Y. Miyazawa 1-3 0-0 3, Y. Mamiya 3-11 2-2 8, M. Kurihara 4-9 0-0 12, M. Takada 2-5 2-2 6, N. Miyoshi 0-2-0 0-0, R. Tokashiki 6-14 2-2 14, M. Nagaoka 0-3 0-0 0, A. Yoshida 1-4 1-2 4, R. Machida 1-4 0-0 2, S. Motokawa 5-9 1-2 12, A. O 0-4 0-0 0, TOTAL 24-71 8-10 64
United States   30 26 25 29 —  110
Japan   23 23 13 5 —  64
3-Point goals—United States 11-18 (S. Bird 0-1, M. Moore 3-3, B. Stewart 0-1, T. Catchings 2-2, E. Delle Donne 1-3, D. Taurasi 5-8), Japan 8-21 (K. Kondo 1-2, Y. Miyazawa 1-2, M. Kurihara 4-7, N. Miyoshi 0-2, A. Yoshida 1-1, R. Machida 0-2, S. Motokawa 1-5). Rebounds—United States 44 (B. Griner 7), Japan 19 (Y. Mamiya 3). Assists—United States 28 (T. Charles 5), Japan 17 (A. Yoshida 8). Total fouls—United States 14, Japan 12.

### GYMNASTICS

**Men**
**Parallel Bars**
**Final**
1. Oleg Verniaiev, Ukraine, 16.041.
2. Danell Leyva, United States, 15.900.
3. David Belyavskiy, Russia, 15.783.
4. Shudi Deng, China, 15.766.
5. Manrique Larduet, Cuba, 15.625.
6. Andrei Vasile Muntean, Romania, 15.600.

7. Ryohei Kato, Japan, 15.233.
8. Hao You, China, 14.833.
**Horizontal Bar**
**Final**
1. Fabian Hambuechen, Germany, 15.766.
2. Danell Leyva, United States, 15.500.
3. Nile Wilson, Britain, 15.466.
4. Samuel Mikulak, United States, 15.400.
5. Francisco Barretto Junior, Brazil, 15.208.
6. Manrique Larduet, Cuba, 15.033.
7. Epke Zonderland, Netherlands, 14.033.
8. Oleg Verniaiev, Ukraine, 13.366.
**Women**
**Floor Exercise**
**Final**
1. Simone Biles, United States, 15.966.
2. Alexandra Raisman, U.S., 15.500.
3. Amy Tinkler, Britain, 14.933.
4. Vanessa Ferrari, Italy, 14.766.
5. Yan Wang, China, 14.666.
6. Erika Fasana, Italy, 14.533.
7. Mai Murakami, Japan, 14.533.
8. Giulia Steingruber, Switzerland, 11.800.

### TRACK AND FIELD

**Men's 110 Hurdles**
1. Omar McLeod, Jamaica, 13.05.
2. Orlando Ortega, Spain, 13.17.
3. Dimitri Bascou, France, 13.24.
4. Pascal Martinot-Lagarde, France, 13.29.
5. Devon Allen, United States, 13.31.
**Men's Triple Jump**
1. Christian Taylor, United States, (17.86), 58-7 1-4.
2. Will Claye, United States, (17.76), 58-3 1-4.
3. Bin Dong, China, (17.58), 57-8 1-4.
**Women's 1500**
1. Faith Chepngetich Kipyegon, Kenya, 4:08.92.
2. Genzebe Dibaba, Ethiopia, 4:10.27.
3. Jennifer Simpson, United States, 4:10.53.
4. Shannon Rowbury, United States, 4:11.05.

### OLYMPICS ON TV

Times Eastern. Programs live where noted. Check local listings.

**Wednesday**
**NBC**
**10 a.m.-5 p.m.**
Track and field (live): men's 3,000m steeplechase, gold medal final; equestrian; team jumping gold medal final (live); gymnastics, gala; men's volleyball, quarterfinal (live); canoe/kayak, sprint qualifying heats; women's water polo, semifinal, USA vs. Hungary (live)
**8 p.m.-midnight**
Track and field, gold medal finals (live): women's long jump, women's 200m, women's 100m hurdles; women's diving, platform qualifying; women's beach volleyball, gold medal final (live)
**12:35-1:35 a.m.**
Women's beach volleyball, medal round
**NBC Sports Network**
**8 a.m.-midnight**
Canoe/kayak, sprint qualifying heats (live); track and field (live): men's 3,000m steeplechase, gold medal final; men's soccer, semifinals (live); cycling, BMX qualifying; gymnastics, gala; men's basketball, quarterfinals (live); women's wrestling, freestyle, gold medal finals; men's boxing, welter, gold medal final; women's boxing, elimination matches; women's beach volleyball, bronze medal match (live); men's table tennis, team gold medal final; Taekwondo, gold medal finals
**MSNBC**
**11 a.m.-5 p.m.**
Women's field hockey, semifinal, Netherlands vs. Germany (live); women's wrestling, qualifying; men's handball, quarterfinals; gymnastics, gala (live); sailing, gold medal finals
**USA**
**9 a.m.-5 p.m.**

Men's badminton, singles quarterfinals; men's basketball, quarterfinals (live); women's water polo, semifinal, Russia vs. Italy (live); men's table tennis, team bronze medal match; Taekwondo, quarterfinals and semifinals
**CNBC**
**5-8 p.m.**
Men's volleyball, quarterfinal, Italy vs. Iran (live); women's field hockey, semifinal
**GOLF CHANNEL**
**5-6:30 a.m. and 3-5 p.m.**
Golf Central Live From the Olympics
**6:30 a.m.-3 p.m.**
Women's golf, first round (live)
**NBC BASKETBALL CHANNEL**
**10 a.m.-midnight**
Men's basketball, quarterfinal 1, Australia vs. Lithuania (live), quarterfinal 1 (encore), quarterfinal 2, Spain vs. France (live), quarterfinal 2 (encore), quarterfinal 3, USA vs. Argentina (live), quarterfinal 3 (encore), quarterfinal 4, Croatia vs. Serbia (live), quarterfinal 4 (encore)
**NBC SOCCER CHANNEL**
**Noon-midnight**
Men's soccer, semifinal 1, Honduras vs. Brazil (live), semifinal 1 (encore), semifinal 2, Germany vs. Nigeria (live), semifinal 2 (encore), match of the day
**TELEMUNDO**
**10:30 a.m.-5 p.m.**
News recap; men's soccer, semifinals; track and field; boxing
**NBC UNIVERSO**
**5-8 p.m.**
Volleyball; basketball; boxing

---

## MARKETPLACE TODAY

To view more Classified listings, visit: www.USATODAYClassifieds.com

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES

### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.[1]   Chapter 11, Case No. 16-11700 (SMB)
Debtors.   (Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a Proof of Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. Governmental units may have until **December 9, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Units Bar Date," and together with the General Bar Date, the "Bar Dates") to file proofs of claim. The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date").

1. **Who Must File a Proof of Claim.** You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Filing Date, and it is not one of the types of claim described in the Order as exempt from the requirement that a Proof of Claim be filed. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

2. **What to File.** Your filed Proof of Claim must conform substantially to Official Form No. 410; a case-specific Proof of Claim form accompanies this notice. You will receive a different Proof of Claim form for each claim scheduled in your name by the Debtors. You may utilize the Proof of Claim form(s) provided by the Debtors to file your claim. Additional Proof of Claim forms may be obtained at https://cases.primeclerk.com/gawker or at www.uscourts.gov/forms/bankruptcy-forms (such form, the "Proof of Claim"). All Proof of Claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

3. **When and Where to File.** All proofs of claim must be filed so as to be **actually received** on or before the applicable Bar Date at either of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004. Claims and noticing agent's website located at under the link entitled "Submit a Claim" (the "Electronic Notice System"): https://cases.primeclerk.com/gawker.

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

4. **Executory Contracts and Unexpired Leases.** If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before August 9, 2016, the date of entry of the Bar Order, you must file a Proof of Claim by the Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a Proof of Claim with respect to such claim by the date fixed by the Bankruptcy Court in the applicable order authorizing rejection of such contract or lease.

5. **Consequences of Failure to File a Proof of Claim by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

6. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.[1]   Chapter 11, Case No. 16-11700 (SMB)
Debtors.   (Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF CERTAIN ADMINISTRATIVE CLAIMS ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Administrative Claim Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a request for payment (a "Request for Payment") for each General Administrative Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. The General Administrative Claims Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose after the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date"), through July 31, 2016, inclusive.

1. **Who Must File a Request for Payment.** You MUST file a Request for Payment if you have a General Administrative Claim and it is not one of the types of claim described in the Order as exempt from the requirement that a Request for Payment be filed. A "General Administrative Claim" constitutes a claim (as defined under Section 101(5) of the Bankruptcy Code) arising under sections 503(b) and/or 507(a)(2) of the Bankruptcy Code between the Filing Date and July 31, 2016, inclusive, including: (a) the actual and necessary costs and expenses incurred of preserving the Debtors' estates and operating the business of the Debtors.

2. **What to File.** A Request for Payment must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Request for Payment any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available. Your Request for Payment form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account). Any holder of a General Administrative Claim against more than one Debtor must file a separate Request for Payment with respect to each such Debtor and all holders of claims must identify on their Request for Payment the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. A list of the names of the Debtors and their case numbers is set forth above.

3. **When and Where to File.** Except as provided for herein, a Request for Payment must be filed so as to be **actually received on or before September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** at either of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

A Request for Payment may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **Consequences of Failure to File a Request for Payment by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A REQUEST FOR PAYMENT IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

5. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

### LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
In re:   SynCardia Systems, Inc. , Debtor.   Chapter 11
Case No. 16-11599 (MFW)

**NOTICE OF SALE OF CERTAIN ASSETS OF THE DEBTOR AND SALE HEARING**

PLEASE TAKE NOTICE that SynCardia Systems, Inc. (the "Debtor") proposes to enter into an Asset Purchase Agreement dated as of July 1, 2016 (the "Stalking Horse APA"), pursuant to which Debtor proposes to sell the its Assets, including claims of the Debtor against its current directors and officers, to Sindex SSI Lending, LLC or an alternative successful bidder (the "Buyer") who will be selected following an auction to be held on **September 14, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Auction").

PLEASE TAKE FURTHER NOTICE that, on July 1, 2016, the Debtor filed its Debtor's Motion Pursuant To 11 U.S.C. §§ 105(A), 363, 365 And Fed. R. Bankr. P. 2002, 6004, 6006 For (A) Order (i) Establishing Bidding Procedures Relating To The Sale Of (1) The Debtor's Business And (2) Any Or All Of The Debtor's Assets; (ii) Approving Bid Protections In Connection With The Sale Of The Debtor's Business; (iii) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts; (iv) Approving Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements; (v) Scheduling A Hearing To Consider The Proposed Sales; And (vi) Granting Certain Related Relief And (B) An Order (i) Authorizing The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances, And Interests; (ii) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (iii) Granting Certain Related Relief (the "Sale Motion"; D.I. 9) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on August 5, 2016, the Bankruptcy Court entered an Order (i) Establishing Bidding Procedures Relating To The Sale Of (A) The Debtor's Business And (B) Any Or All Of The Debtor's Assets; (ii) Approving Bid Protections In Connection With The Sale Of The Debtor's Business; (iii) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts; (iv) Approving Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements; (v) Scheduling A Hearing To Consider The Proposed Sales; And (vi) Granting Certain Related Relief (the "Bidding Procedures Order"; D.I. 175).

PLEASE TAKE FURTHER NOTICE that any person or entity that is interested in bidding upon all or a portion of the assets to be sold must comply with the Bidding Procedures Order. Under the procedures set forth therein, an interested bidder must, among other things, submit to the Debtor a Qualified Bid to purchase the assets to be sold, on or before September 13, 2016 at 5:00 p.m. (prevailing eastern time). In order to be considered as a Qualified Bid, the bid must comply with the requirements set forth in the Bidding Procedures Order. In the event that you wish to explore the possibility of submitting a Qualified Bid, please contact Jonathan Koevary, Esq. at Olshan Frome Wolosky LLP, whose contact information is at the end of this notice, who will provide you with a copy of the Bidding Procedures Order and information concerning how to obtain access to due diligence materials. PLEASE TAKE FURTHER NOTICE that the Auction is scheduled to take place on **September 14, 2016 at 10:00 a.m. (prevailing Eastern Time)** at the offices of counsel for the Debtor, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, or such other place, or later date and time as the Debtor shall file with the Court and notify all Qualified Bidders, the Stalking Horse Purchaser and its counsel, the Committee, and all creditors who have informed the Debtor that they intend to attend the auction. The Auction shall be conducted openly and all creditors may attend. If any creditor wants to receive notice of any changes in the date, time or location, they should provide their email address or fax number to the Debtor's attorneys listed at the end of this Notice.

PLEASE TAKE FURTHER NOTICE that within the earlier of 3 business hours after the conclusion of the Auction or by 12:00 noon (prevailing Eastern Time) on Thursday, September 15, 2016, or, if there are no Qualified Bids, the Bid Deadline, the Debtor shall file with the Court and serve notice by email to the Buyer, or (if neither are available) overnight mail on all contract counterparties whose contracts are to be, or may be, assumed and assigned, and entities that have requested notice in this chapter 11 Case , a notice that identifies the Successful Bidder(s) and, in the case of an Auction, the Back-Up Bidder(s), the amount of such bids.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court scheduled a hearing on the Sale Motion and the contemplated sale for **September 16, 2016 at 10:30 p.m. (prevailing eastern time)** at 824 Market Street, Wilmington, Delaware, 19801 (the "Sale Hearing"). At the Sale Hearing, the Debtor will ask that the Bankruptcy Court enter the proposed Order (i) Authorizing the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (ii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (iii) Granting Certain Related Relief (the "Sale Order"). PLEASE TAKE FURTHER NOTICE that the Stalking Horse APA contemplates, and the Sale Order, if approved, shall authorize the assumption and assignment of various executory contracts and unexpired leases which are the property of the Debtor (the "Assumed Contracts"). Additional individual notice setting forth the proposed cure amounts for such contracts, and objection deadlines related thereto, will be given to all counterparties to Assumed Contracts.

PLEASE TAKE FURTHER NOTICE that, on or before **September 9, 2016 at 4:00 p.m. (prevailing eastern time)**, any objections to the relief requested in the Sale Motion and any objections to the proposed sale contemplated by the Stalking Horse APA MUST BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT, 824 KING STREET, WILMINGTON, DE 19801, AND SERVED AT THE SAME TIME ON THE FOLLOWING PARTIES (the "Notice Parties"): (i) counsel to the Debtor, (a) Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, New York 10019 (Attn: Michael Fox, mfox@olshanlaw.com, and Jonathan Koevary, jkoevary@olshanlaw.com), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Justin Rucki, jrucki@ycst.com); (ii) Canaccord Genuity Inc., 350 Madison Avenue, New York, NY 10017 (Attn: Geoffrey Richards, GRichards@canaccordgenuity.com); (iii) counsel to the Stalking Horse Purchaser Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Adam G. Landis, landis@lrclaw.com, and Kerri K. Mumford, mumford@lrclaw.com); (iv) counsel to the Committee, Arent Fox LLP, 1675 Broadway Avenue, New York, NY 10019 (Attn: George P. Angelich, george.angelich@arentfox.com, and Robert M. Hirsh, robert.hirsh@arentfox.com), and Shaw Fishman Glantz & Towbin, LLC, 919 N. Market Street, Suite 600, Wilmington, DE 19801 (Attn: Thomas M. Horan, thoran@shawfishman.com); and (v) counsel to the U.S. Trustee, J. Caleb Boggs Building, 844 King Street, Room 2207, Wilmington, DE 19801 (Attn: Juliet Sarkessian, juliet.m.sarkessian@usdoj.gov).

PLEASE TAKE FURTHER NOTICE that, notwithstanding the foregoing, in the event that the Stalking Horse Bidder is not the Successful Bidder, any objections to the ability of such other Successful Bidder to demonstrate adequate assurance of future performance to any party to an Assumed Contract **CAN BE MADE ORALLY AT THE SALE HEARING ON SEPTEMBER 16, 2016 AT 10:30 A.M., OR FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE NOTICE PARTIES IDENTIFIED ABOVE BEFORE THE SALE HEARING. PLEASE TAKE FURTHER NOTICE** that failure to timely object to the Sale Motion shall be deemed a consent to the relief requested therein, and to the entry of the Sale Order. PLEASE TAKE FURTHER NOTICE that copies of the Sale Motion, the Bidding Procedures Order, the proposed form of Sale Order, the Stalking Horse APA and all exhibits related to each of the foregoing may be obtained for a fee at http://www.deb.uscourts.gov/ or free of charge by contacting undersigned counsel, or on the Debtor's noticing agent website: https://omnimgt.com/SynCardia.

## ADVERTISE HERE
# USA TODAY's Marketplace Today
## Call us today! 1-800-397-0070

### Advertise in USA TODAY!
# (800) 397-0070
**sales@russelljohns.com**
Place your advertisement in USA TODAY's Marketplace Classified section today!