**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :    Case No. 16-11700 (SMB)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 23, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:          August 23, 2016 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                        United States Bankruptcy Court for the Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green, Courtroom No. 723
                        New York, New York 10004

Copies of Motions:      A copy of each pleading can be viewed on the Court's website at
                        www.nysb.uscourts.gov and the website of the Debtors' proposed notice
                        and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker.
                        Further information may be obtained by calling Prime Clerk toll free at
                        855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58606054_1

-2-

**I.    Uncontested Matter**

1. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 (the "Motion") [Docket No. 151]

    **Responses Received:** none

    **Related Documents:** none

    **Status: The objection deadline of August 18, 2016 at 4:00 p.m. has passed.  The Debtors will be submitting a certificate of no objection on Monday, August 22.  Absent entry of the proposed order, this matter is going forward.**

Dated: August 19, 2016
New York, New York

                                    */s/ Gregg M. Galardi*
                                    ROPES & GRAY LLP
                                    Gregg M. Galardi
                                    Jonathan P. Gill
                                    Jonathan M. Agudelo
                                    Stacy A. Dasaro
                                    1211 Avenue of the Americas
                                    New York, NY 10036-8704
                                    Telephone: (212) 596-9000
                                    gregg.galardi@ropesgray.com
                                    jonathan.gill@ropesgray.com
                                    jonathan.agudelo@ropesgray.com
                                    stacy.dasaro@ropesgray.com

                                    *Counsel to the Debtors
                                    and Debtors in Possession*

58606054_1