**Objection Deadline: September 5, 2016**

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
---------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP
AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 10, 2016 THROUGH JULY 31, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

| | |
|---|---|
| Name of Applicant: | <u>Cahill Gordon & Reindel LLP</u> |
| Authorized to Provide Professional Services to: | <u>The Debtors</u> |
| Date of Retention: | <u>August 11, 2016 *nunc pro tunc* to June 10, 2016</u> |
| Period for Which Compensation and/or Reimbursement is Sought: | <u>June 10, 2016, through and including July 31, 2016</u> |
| Total Amount of Compensation Sought At Agreed Discounted Rates (Not Applying 20% Holdback for Fees) | <u>Fees: $31,557.20</u><br><u>Expenses: $709.26</u> |

This is a(n) **X** monthly ___ interim ___ final application. No prior application was filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order.

Summary Chart of Previous Monthly Fee Statements and Fee Applications

| Monthly Fee Statements | | | |
|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| N/A | | | |
| | | | |
| Fee Applications | | | |
| Date Filed | Period Covered | Fees Requested | Expenses Requested |
| N/A | | | |
| | | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No. 94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors") with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this "Monthly Fee Statement") for the period of June 10, 2016 through and including July 31, 2016 (the "Fee Period") for (a) compensation in the amount of $31,557.20[4] for the actual and necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which is $25,245.76), and (b) reimbursement for the actual and necessary expenses incurred by Cahill during the Fee Period in the amount of $709.26.

### Itemization of Services Rendered and Disbursements Incurred

In support of this Monthly Fee Statement, attached are the following exhibits:

**Exhibit A** is a schedule of the number of hours expended and fees incurred on an aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $9,000.

**Exhibit B** is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 39.70 hours in connection with the Debtors during the Fee Period.

**Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

**Exhibit D** consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $25,955.02, consisting of (a) $25,245.76, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $709.26 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated: August 20, 2016
      New York, New York

/s/ Joel H. Levitin
Susan Buckley
Joel H. Levitin
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
sgordon@cahill.com

*Special Litigation Counsel to the Debtors and Debtors-in-Possession*

# EXHIBIT A

## Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Retention | 29.10 | $23,280.00 |
| Mail Online Litigation | 10.60 | 8,277.20 |
| | | |
| TOTAL | 39.70 | $31,557.20 |

# EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 29.8 | $23,840.00 |
| Kevin J. Burke | Partner | 1981 | Litigation | 800 | 1.60 | 1,280.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 7.70 | 6,160.00 |
| Julia K. Wood | Associate | 2013 | Litigation | 462 | 0.60 | 277.20 |
| TOTAL | | | | | 39.70 | $31,557.20 |

Blended Hourly Rate: $794.89

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $9,000.

# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|---|---|
| Computer Service Reports | $637.50 |
| Court Costs | 39.79 |
| Local Transportation | 31.97 |
| | |
| **Total** | **$709.26** |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

**EXHIBIT D**

Gawker Media LLC
114 Fifth Avenue
New York, NY 10011

242818

August 16, 2016

Re: <u>DIP Special Litigation Counsel</u>

| | | |
|---|---|---|
| For professional services rendered in connection with the DIP Special Litigation Counsel matter during the period ended July 31, 2016 .................................................................................................. | $ | 31,557.20 |
| Disbursements and charges ................................................................. | | 709.26 |
| TOTAL | $ | 32,266.46 |

GAWKER MEDIA LLC  
DIP Special Litigation Counsel  
Page 2

August 16 2016

FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/10/16 | Wood, JK | Conversation with Ms. Buckley re: settlement agreements. | 0.10 |
| 06/12/16 | Buckley, S | Mem. to CO'C updating her on status of plaintiff's response on settlement (.20); e-corr. to/from CO'C re: same (.10). | 0.30 |
| 06/14/16 | Buckley, S | Rev. corr. from opposing counsel responding to settlement proposal (.10); respond to same (.10); briefly review their proposed revisions to settlement agreement (.30). | 0.50 |
| 06/15/16 | Buckley, S | Mem. to CO'C re: proposed revisions to settlement agreement and confidentiality issue. | 0.20 |
| 06/16/16 | Wood, JK | Email correspondence with Ms. O'Connor, Ms. Orso, and Ms. Buckley re: engagement letters for Jane-Claire Quigley, Max Read, and Tommy Craggs (.30). | 0.30 |
| 06/17/16 | Buckley, S | Rev. corr. from JWood re: individual retention agreements (.10); respond to same (.10) | 0.20 |
| 06/17/16 | Wood, JK | Email correspondence with Ms. O'Connor and Ms. Orso re: engagement letters for Jane-Claire Quigley, Max Read, and Tommy Craggs. | 0.20 |
| 06/21/16 | Buckley, S | Respond to questions from CO'C re: status and provide estimates per CO'C (.30); review revisions to settlement docs per plaintiff's counsel (.50); e-corr. to/from CO'C re: same and procedure going forward (.20). | 1.00 |
| 06/22/16 | Buckley, S | Rev. corr. from Oliveri re: settlement (.20); e-corr. CO'C re: same (.10); e-corr. to/from CO'C re: advice from bankruptcy counsel (.30); further correspondence re: impact of stay (.20); corr. to Oliveri re: status (.10); e-corr. CO'C re: same (.10). | 1.00 |
| 06/23/16 | Buckley, S | TCs with bankruptcy counsel for procedures going forward for settlement (.30); TCs KBurke and DJanuszewski re: impact on individual defendant and Ropes & Gray advice (.30); IF re: stip requirements as to damages/fees/costs as it relates to request for confidentiality (.40) | 1.00 |

GAWKER MEDIA LLC  
DIP Special Litigation Counsel  
Page 3

August 16, 2016

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/28/16 | Buckley, S | TC W. Hartnett re: bankruptcy retention (.10); TC KBurke re: bankruptcy procedure (.20); TC CO'C re: possible retention (.20); memo to R&G attaching current settlement documents (.30); e-corr. CO'C re: same (.20) | 1.00 |
| 06/30/16 | Buckley, S | E-corr. to/from Ropes Gray re: conference call on possible retention. | 0.20 |
| 07/01/16 | Buckley, S | Communications to/from R&G re: Cahill retention issues and motion. | 0.50 |
| 07/06/16 | Buckley, S | Conf. call Ropes and Gray re: schedule and motion to be filed on Monday (.40); TC KBurke re: same (.20); TC CO'C re: omnibus motion for approval of certain settlements and reaction to Mail Online's new proposal (.40). | 1.00 |
| 07/06/16 | Burke, KJ | Conf. call with Debtors' counsel re: 327(e) retention (.40); review and revise 327(e) retention application (1.20). | 1.60 |
| 07/07/16 | Buckley, S | Review and revise motion papers to be filed with bankruptcy court for Cahill retention (3.0); gather facts for same (1.60); mem. to R&G with additional comments (.40). | 5.00 |
| 07/08/16 | Buckley, S | TC KBurke re: notice to all Cahill employees (.20); gather additional facts for 327(e) motion (.60); draft riders for Buckley declaration (.90); conf. call Ropes & Gray attorneys re: timing and list (.30). | 2.00 |
| 07/11/16 | Buckley, S | E-corr. to/from JOliveri re: status of settlement. | 0.20 |
| 07/12/16 | Buckley, S | TC Joe Oliveri at Clare Locke re: procedure going forward and our comments on settlement issues outstanding (.30); e-corr. CO'C re: same (.10). | 0.40 |
| 07/13/16 | Buckley, S | Conf. call CO'C reporting on call with opposing counsel (.40); TCs KBurke re: conflict list forwarded by R&G (.30); TC SDasaro at R&G re: same (.20); e-corr KBurke and client re: conflict check (.30); draft new revised paragraph 1 of settlement agreement for CO'C and mem. re: same (.80). | 2.00 |
| 07/14/16 | Buckley, S | Discussions with CO'C re: R&G instructions (.50); e-corr. SDasaro re: conflict issues (.20); e-corr. to/from CO'C re: call with R&G on list (.20); e-corr. to/from | 2.00 |

GAWKER MEDIA LLC  
DIP Special Litigation Counsel  
Page 4  

August 16, 2016

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| | | CO'C on Heather instructions (.10); TC CO'C exploring options to reduce costs (.50); TC Gregg Galardi re: possible solution (.30); e-corr. to/from JLevitin re: Galardi advice (.20). | |
| 07/15/16 | Levitin, JH | Discussion w/ S. Buckley re: conflict process and follow up. | 0.50 |
| 07/15/16 | Buckley, S | TC Joel Levitin re: conflict list and TC with GGalardi (.20); prep memo to all Cahill employees re: SDNY judges, US Trustees, stock and other issues (1.0); do second conflict check for Gawker and review lists (.80); e-corr. R&G re: revised draft of motion (.30); rev. response (.40); review responses to all employee memo (.30). | 3.00 |
| 07/18/16 | Levitin, JH | Disc's w/ G. Galardi re: retention application issues (.3); Disc's w/ G. Zypes re: conflict check issues (.3); Disc's w/ S. Buckley re: status (.2). | 0.80 |
| 07/18/16 | Buckley, S | E-corr. and TC with MRoitmann at R&G re: current motion draft (.40); TC JLevitin re: call with US Trustee (.20). | 0.60 |
| 07/19/16 | Levitin, JH | Review of Sun Edison filings (1.0); revision of Buckley declaration (2.0). | 3.00 |
| 07/19/16 | Buckley, S | E-corr. to/from R&G and Joel Levitin re: draft motion and declaration (.40); review JLevitin revised draft and make additions (2.0); TC JLevitin re: outstanding questions (.20); gather additional financial data re: bills paid within 90 days (.30); e-corr. Administration re: rates (.20); further additions to draft per JLevitin (.70); circulate revised draft to R&G with answers to their questions (.20). | 4.00 |
| 07/20/16 | Buckley, S | E-corr. to/from SDasaro re: corporate entities who retained Cahill (.10); check engagement letter (.10). | 0.20 |
| 07/22/16 | Levitin, JH | Revising retention papers (2.0); discussions w/ S. Buckley re: same (.4). | 2.40 |
| 07/22/16 | Buckley, S | Review and revise current draft of application to appear as special litigation counsel (1.60); conf. JLevitin re: same (.40); e-corr. to/from R&G re: revisions (.20); TC JLevitin re: nunc pro tunc issue (.10); TC CO'C re: status (.20). | 2.50 |

GAWKER MEDIA LLC                                                                August 16, 2016
DIP Special Litigation Counsel
Page 5

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/25/16 | Levitin, JH | Review of revised retentions application (.5); discussions w/ S. Buckley re: same (.2). | 0.70 |
| 07/25/16 | Buckley, S | TC JLevitin re: current drafts (.10); rev. new draft forwarded by R&G (.30); respond to R&G re: same (.10). | 0.50 |
| 07/26/16 | Levitin, JH | Review of as filed retention application. | 0.30 |
| 07/26/16 | Buckley, S | Rev. R&G filings of yesterday (.40); TC JLevitin re: Gawker notice sent to London and motion date (.10). | 0.50 |

TOTAL TIME                                                                                  39.70

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Buckley, S | 800.00 | 29.80 | 23,840.00 |
| Burke, KJ | 800.00 | 1.60 | 1,280.00 |
| Levitin, JH | 800.00 | 7.70 | 6,160.00 |
| Wood, JK | 462.00 | 0.60 | 277.20 |
| TOTAL | | 39.70 | $31,557.20 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---|---|
| Computer Service Reports | 637.50 |
| Court Costs | 39.79 |
| Local Transportation | 31.97 |
| Total Disbursements | $709.26 |