ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :   Case No. 16-11700 (SMB)
                                                    :
              Debtors.                              :   (Jointly Administered)
                                                    :
------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF OMNIBUS HEARING

**PLEASE TAKE NOTICE** that on July 13, 2016, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93], which, among other things, scheduled an omnibus hearing for October 4, 2016 at 10:00 a.m. (the "October Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that no matters are currently scheduled to be heard by the Court at the October Omnibus Hearing.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58605414_1

**PLEASE TAKE FURTHER NOTICE** that the October Omnibus Hearing has been adjourned to **October 6, 2016 at 10:30 a.m**.

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings and other documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at https://cases.primeclerk.com/gawker.  You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 19, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-2-

58605414_1