2100 B (12/15)

# United States Bankruptcy Court

Southern District of New York
Case No. 16-11700-smb
Chapter 11

In re: Debtor(s) (including Name and Address)

Gawker Media, LLC
114 5th Ave.
2nd Floor
New York NY 10011

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. : Optimizely, Inc., 631 Howard St. STE 100, San Francisco, CA 94105 | Liquidity Solutions, Inc.<br>One University Plaza, STE 312<br>Hackensack, NJ 07601 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/20/16                                              Vito Genna
                                                              **CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 16-11700-smb
Gawker Media, LLC                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1        User: brichards         Page 1 of 2            Date Rcvd: Aug 18, 2016
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
7008124        +Optimizely, Inc.,   631 Howard St. STE 100,   San Francisco, CA 94105-3934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
              Adam   Pollack    on behalf of Creditor    204-210 Elizabeth Street LLC adam@pollacksharan.com
              Ann   Burdick    on behalf of Interested Party    Writers Guild of America East, Inc.
               aburdick@wgaeast.org
              Anthony M. Vassallo    on behalf of Creditor Ashley   Terrill amvassallo@gmail.com,
               tony@amvasslaw.com
              Daniel H. Tabak    on behalf of Creditor Terry G. Bollea dtabak@cohengresser.com
              Eric   Fisher    on behalf of Creditor Terry G. Bollea efisher@binderschwartz.com,
               docket@binderschwartz.com
              Eric   Goldstein    on behalf of Creditor    Unimerica Life Insurance Company of New York
               egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;jmanning@goodwin.com
              Greg M. Zipes    on behalf of U.S. Trustee    United States Trustee greg.zipes@usdoj.gov
              Gregg M. Galardi    on behalf of Attorney    Ropes & Gray LLP gregg.galardi@ropesgray.com
              Ilana   Volkov    on behalf of Debtor Nicholas G. A. Denton ivolkov@coleschotz.com,
               fpisano@coleschotz.com
              Jessica L Jimenez    on behalf of Creditor Terry G. Bollea jjimenez@binderschwartz.com
              Joseph Thomas Moldovan    on behalf of Creditor    Morrison Cohen LLP bankruptcy@morrisoncohen.com
              Keith A. Simon    on behalf of Creditor    US VC Partners, LP keith.simon@lw.com,
               chefiling@lw.com;beth.arnold@lw.com
              Kenneth G. Turkel    on behalf of Defendant Terry Gene   Bollea kturkel@bajocuva.com,
               teri.deleo@bajocuva.com;lisa.meriwether@bajocuva.com;garnold@bajocuva.com
              Latonia C Williams    on behalf of Creditor    Unimerica Life Insurance Company of New York
               lwilliams@goodwin.com,   bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Marc A. Zelina    on behalf of Interested Party    Univision Communications Inc. marc.zelina@lw.com
              Mark D. Spatz    on behalf of Creditor Terry G. Bollea mspatz@cohengresser.com,
               managingclerks@cohengresser.com
              Meanith  Huon    on behalf of Defendant Meanith   Huon huon.meanith@gmail.com
              Michael   Torkin    on behalf of Unknown    ZDGM LLC s&cmanagingclerk@sullcrom.com
              Michael S Winograd    on behalf of Plaintiff    Gawker Media, LLC michael.winograd@ropesgray.com,
               CourtAlert@ropesgray.com;David.Hennes@ropesgray.com;Elizabeth.Bierut@ropesgray.com
              Peter M. Gilhuly    on behalf of Interested Party    Univision Communications Inc.
               peter.gilhuly@lw.com
              Rafael   Vergara    on behalf of Unknown    Google Inc. vergarar@whiteandwilliams.com
              Sandeep   Qusba    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               Gawker Media LLC, et al. squsba@stblaw.com
              Seth   Van Aalten    on behalf of Creditor    Parse.ly, Inc. svanaalten@cooley.com
              Shane B. Vogt    on behalf of Defendant Terry Gene   Bollea shane.vogt@bajocuva.com,
               garnold@bajocuva.com;lisa.meriwether@bajocuva.com;teri.deleo@bajocuva.com
              Thomas M. Gaa    on behalf of Creditor    Fastly, Inc. tgaa@bbslaw.com,   yessenia@bbslaw.com
              Trevor R. Hoffmann    on behalf of Creditor    114 Fifth Avenue Owner LLC
               trevor.hoffmann@haynesboone.com,   ishmael.kamara@haynesboone.com

```
District/off: 0208-1          User: brichards            Page 2 of 2              Date Rcvd: Aug 18, 2016
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William T. Russell, Jr.    on behalf of Creditor Committee   Official Committee of Unsecured Creditors of Gawker Media LLC, et al. wrussell@stblaw.com

                                                                                        TOTAL: 27