ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :   Case No. 16-11700 (SMB)
                                                      :
            Debtors.                                  :   (Jointly Administered)
                                                      :
------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR AUGUST 23, 2016 AT 10:00 A.M.**

  **PLEASE TAKE NOTICE** that on August 5, 2016, Gawker Media LLC, Gawker Media Group, Inc. and Kinja Kft (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* (the "Motion") [Docket No. 151], and attached as Exhibit A thereto a proposed order granting the Motion.

  **PLEASE TAKE FURTHER NOTICE** that responses to the Motion were due no later than August 18, 2016 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58606051_1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was scheduled to be heard by the United States Bankruptcy Court for the Southern District of New York (the "Court") on August 23, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2016, the Debtors filed the *Certificate of No Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* [Docket No. 210].

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2016, the Court entered the *Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* [Docket No. 212] (the "Order").

[Remainder of Page Intentionally Left Blank]

**PLEASE TAKE FURTHER NOTICE** that, the Order having been entered granting the relief sought in the Motion, and no other matters having been scheduled to be heard by the Court in the above-captioned chapter 11 cases at the Hearing, the Hearing is hereby **cancelled**.

Dated: August 22, 2016
      New York, New York

/s/ Gregg M. Galardi
ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

58606051_1