**Presentment Date and Time:  September 14, 2016 at 10:00 a.m. (ET)**
**Objection Date and Time:  September 7, 2016 at 10:00 a.m. (ET)**

SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[2] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------x

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF GAWKER MEDIA LLC, *et al.,* FOR ENTRY OF AN ORDER PURSUANT TO**
**SECTIONS 327(e), 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE**
**AND FED. R. BANKR. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN**
**AND EMPLOY MOURANT OZANNES AS SPECIAL FOREIGN COUNSEL**
**EFFECTIVE *NUNC PRO TUNC* TO AUGUST 22, 2016**

The Official Committee of Unsecured Creditors (the "**Committee**") of Gawker Media

LLC, *et al.* (the "**Debtors**"), by its co-chair, Ashley Terrill, hereby submits this application (the

"**Application**") for an Order, substantially in the form attached hereto as **Exhibit A**, pursuant to

11 U.S.C. §§ 327(e), 328(a), 330 and 1103(a) of title 11 of the United States Code (as amended,

the "**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy

Procedure (as amended, the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local

---

[2]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

Rules for the United States Bankruptcy Court for the Southern District of New York (as amended, the "**Local Rules**") authorizing the employment and retention of Mourant Ozannes as special foreign counsel for the Committee, effective *nunc pro tunc* to August 22, 2016. In support of the Application, the Committee relies upon the Declaration of Ashley Terrill, Committee Co-Chair (the **"Committee Co-Chair Declaration"**), attached hereto as **Exhibit B**, and the Declaration of Alexander Last (the **"Last Declaration"**), attached hereto as **Exhibit C**, each incorporated herein by reference. The Committee respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## BACKGROUND

2.      On June 10, 2016, Gawker Media LLC filed a voluntary petition for relief under chapter 11. Gawker Media Group, Inc. and Kinja Kft. followed with voluntary petitions for relief under chapter 11 on June 12, 2016. The factual background regarding the Debtors, including their business operations, their financial affairs and capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in detail in the *Declaration of William D. Holden in Support of First Day Motions* [Docket No. 7].

3.      By Order dated June 16, 2016 [Docket No. 41], these chapter 11 cases are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code. As of the date hereof, neither a trustee nor an examiner has been appointed in these chapter 11 cases.

4.      On June 24, 2016, the Office of the United States Trustee (the "**U.S. Trustee**") appointed the Committee in these cases pursuant to section 1102 of the Bankruptcy Code [Docket No. 62]. The Committee is presently composed of the following three creditors: (i) Terry Gene Bollea; (ii) Shiva Ayyadurai; and (iii) Ashley A. Terrill.

5.      The Committee has retained Simpson Thacher & Bartlett LLP as its counsel, Deloitte Financial Advisory Services LLP as its proposed financial advisors, and Mourant Ozannes as its proposed special foreign counsel.

## RELIEF REQUESTED

6.      Subject to this Court's approval, and pursuant to sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Committee respectfully requests that the Court enter the Order in the form of Exhibit A authorizing the Committee to employ and retain Mourant Ozannes as its special foreign counsel, effective *nunc pro tunc* to August 22, 2016, to perform legal services that will be necessary during these chapter 11 cases.

7.      The Committee has selected Mourant Ozannes because Mourant Ozannes and its professionals possess extensive experience and knowledge in the field of Cayman finance and security documents.  The Committee believes that Mourant Ozannes is well-qualified and able to advise and assist it in these chapter 11 cases in an efficient and timely manner.

### A.      Services to be Provided

8.      The Committee respectfully submit that it is necessary and appropriate for it to employ and retain Mourant Ozannes to provide foreign law services, at the direction of Simpson

3

Thacher & Bartlett LLP, to provide the Committee with local Cayman Islands law advice in relation to certain finance, indemnification, and security documents entered into by the Debtors. Gawker Media Group, Inc. is a Cayman Islands entity.

9.      No other law firm is providing the Committee with this service.  Mourant Ozannes will work with Simpson Thacher & Bartlett LLP to ensure that the services provided by each firm are not duplicative of any work performed by any of the Committee's professionals.

10.     Finally, *nunc pro tunc* relief is appropriate here. Since August 22, 2016, the Committee, with the assistance Mourant Ozannes has been reviewing diligently issues related to the prepetition financings in advance of the forthcoming investigation deadline in the debtor in possession financing order. The Committee respectfully submits that the filing of this Application is appropriate and timely under the circumstances, so as to justify *nunc pro tunc* relief.

### B.      Professional Compensation

11.     Mourant Ozannes intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to the Court's approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York, updated June 17, 2013 (the "**SDNY Guidelines**"), Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**Revised UST Guidelines**"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] and other Orders of the Court

4

Orders, and seek reimbursement of actual, necessary expenses and other charges that Mourant Ozannes incurs.

12.    Mourant Ozannes's hourly rates vary with the experience and seniority of the individual professionals. The applicable hourly billing rates by personnel classification for this engagement are as follows:[3]

| Billing Category | Range |
|---|---|
| Partner | $800 |
| Counsel | $700 |
| Paralegal | $300 - $425 |

These rates, as set forth more fully in the Last declaration, are reasonable.

13.    The following professionals are presently expected to have primary responsibility for providing services to the Committee: Alexander Last and Adam Bathgate.  In addition, from time to time, as these chapter 11 cases proceed, other Mourant Ozannes professionals and paraprofessionals may provide required services to the Committee.

14.    Mourant Ozannes will maintain detailed records of actual and necessary costs and expenses incurred in connection with the services described above.    All requests for reimbursement of expenses will be consistent with SDNY Guidelines established by the Bankruptcy Court and/or the Revised UST  Guidelines.

15.    The Committee believes that these rates, and the terms and conditions of Mourant Ozannes's employment, are reasonable.

---

[3]    These hourly rates are subject to periodic adjustments. In the event the hourly rates set forth herein are adjusted during the pendency of these chapter 11 cases, Mourant Ozannes will provide the Bankruptcy Court and the U.S. Trustee with written notice of the new rates.

### C.    **Mourant Ozannes's Disinterestedness**

16.    Upon information and belief, Mourant Ozannes does not represent and does not hold any interest materially adverse to the interests of the Debtors' estates or creditors or equity security holders in the matters upon which Mourant Ozannes is to be engaged, except to the extent set forth in the Last Declaration attached hereto as **Exhibit C**.

17.    The Committee believes that the employment of Mourant Ozannes is necessary and in the best interests of the estates and will enable the Committee to carry out its fiduciary duties owed to unsecured creditors under the Bankruptcy Code. The Committee respectfully submits that the relief requested in the Application is appropriate and should be granted by this Court.

### **Notice**

18.    Notice of this Application has been provided to: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); (vii) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C.

Harris (adam.harris@srz.com); (viii) Thomas & LoCicero PL, 601 S. Boulevard, Tampa, FL 33603, Attn: Gregg D. Thomas, (gthomas@tlolawfirm.com); and (ix) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002. A copy of this Application is also available on the website of the Debtors' notice and claims agent at https://cases.primeclerk.com/gawker. In light of the nature of the relief requested herein, the Committee submits that no other or further notice is necessary.

## NO PRIOR REQUEST

19.     No prior application for the relief requested herein has been made to this or any other court.

**CONCLUSION**

WHEREFORE, the Committee respectfully requests that the Court: (a) enter an order substantially in the form annexed hereto as **Exhibit A**, authorizing the retention and employment of Mourant Ozannes *nunc pro tunc* to August 22, 2016; and (b) grant such other and further relief as the Court may deem just and proper.

Dated: August 23, 2016
      New York, New York

                                          Respectfully submitted,

                                          THE OFFICIAL COMMITTEE OF UNSECURED
                                          CREDITORS OF GAWKER MEDIA LLC, *et al.*

By:    */s/*
                         Ashley Terrill, as authorized and
                         on behalf of the Committee

Sandeep Qusba
William T. Russell, Jr.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: squsba@stblaw.com
E-mail: wrussell@stblaw.com

## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)
                                        :
                            Debtors.    :        (Jointly Administered)
                                        :
-----------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MOURANT OZANNES AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 327(e), 328(a), 330, AND 1103(a) OF THE BANKRUPTCY CODE EFFECTIVE *NUNC PRO TUNC* TO AUGUST 22, 2016

This matter coming before the court on the Application of the Official Committee of

Unsecured Creditors of Gawker Media LLC, *et al.,* for Entry of an Order Pursuant to Sections

327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016

for Authority to Retain and Employ Mourant Ozannes Effective *Nunc Pro Tunc* to August 22,

2016 (the "**Application**")[2]; the Court having reviewed the Application and the Declaration of

Alexander Last (the "**Last Declaration**"); and the Court having found based on the

representations made in the Application and in the Last Declaration that (a) Mourant Ozannes

does not hold or represent an interest adverse to the Debtors' estates and (b) Mourant Ozannes is

a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by

section 327(e) of the Bankruptcy Code; the Court finding that (a) the Court has jurisdiction over

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Application is sufficient under the circumstances and no further notice is required; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Committee and its constituents; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED that the Committee is authorized, pursuant to sections 327(e), 328(a) and 1103(a) of the Bankruptcy Code, and effective as of August 22, 2016, to employ and retain Mourant Ozannes as its special foreign counsel;

ORDERED, that Mourant Ozannes shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____ __, 2016
    New York, New York

_____
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## __EXHIBIT B__

**Committee Co-Chair Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                :

In re                              :          Chapter 11
                                :

Gawker Media LLC, *et al.*,[1]      :          Case No. 16-11700 (SMB)
                                :

              Debtors.      :          (Jointly Administered)
                                :

-------------------------------------------------------------x

**DECLARATION OF ASHLEY TERRILL, COMMITTEE CO-CHAIR, IN SUPPORT OF APPLICATION OF THE  OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA, LLC,  *et al.*, FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e), 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MOURANT OZANNES AS SPECIAL FOREIGN COUNSEL
EFFECTIVE *NUNC PRO TUNC* AUGUST 22, 2016**

Pursuant to 28 U.S.C § 1746, I, Ashley Terrill, Committee Co-Chair, hereby submit this declaration (the "**Declaration**") under penalty of perjury:

      1.      I am a creditor of Gawker Media, LLC (together with its debtor affiliates, the "**Debtors**") and was appointed by the Office of the United States Trustee as a member of the Official Committee of Unsecured Creditors (the "**Committee**") of the Debtors. I am the Co-Chair of the Committee, and I was part of the process and involved in selecting and engaging counsel for the Committee.

      2.      I have reviewed and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, et al., for Entry of an Order Pursuant to Sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016 for Authority to Retain and Employ Mourant Ozannes*

---

[1]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

*as Special Foreign Counsel Effective* Nunc Pro Tunc *to August 22, 2016* (the "**Application**").[2] In support of the Application, the Committee relies upon the Declaration of Alexander Last, which is attached to the Application as **Exhibit C**.

3.      The Committee selected Mourant Ozannes because of Mourant Ozannes's extensive Cayman legal experience and knowledge, and in particular, its recognized expertise in with regard to certain finance and security documents entered into by the Debtors.

4.      The members of the Committee also reviewed Mourant Ozannes's rates for bankruptcy services as set forth in the Application. Mourant Ozannes informed the Committee these rates are generally consistent with Mourant Ozanne's comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. The Committee believes these rates are reasonable. Each Committee member will also receive copies of Mourant Ozannes's monthly invoices and fee applications and will have a full opportunity to review the fees to confirm they are reasonable.

5.      The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to the Committee, information provided to the Committee by Mourant Ozannes, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration on behalf of the Committee, and if called upon to testify, I would testify competently to the facts set forth herein.

---

[2]      Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: August __, 2016                                   Respectfully submitted,

                                                         /s/ _____
                                                         Ashley Terrill, Committee Co-Chair, as
                                                         authorized and on behalf of the Committee

## **EXHIBIT C**

**Last Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                             :

In re                                   :           Chapter 11
                                           :

Gawker Media LLC, *et al.*,[1]           :           Case No. 16-11700 (SMB)
                                         :

                    Debtors.        :           (Jointly Administered)
                                         :
-----------------------------------------------------------x

**DECLARATION OF ALEXANDER LAST IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA, LLC, *et al.*, FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e), 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MOURANT OZANNES AS SPECIAL <u>FOREIGN COUNSEL EFFECTIVE *NUNC PRO TUNC* TO AUGUST 22, 2016</u>**

        Pursuant to 28 U.S.C § 1746, I, Alexander Last, hereby submit this declaration (the "**Declaration**") under penalty of perjury:

        1.      I am a partner of the law firm of Mourant Ozannes ("**Mourant**" or the "**Firm**"), with an office at 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Cayman Islands.[2]  I am admitted to practice as an attorney-at-law in the Cayman Islands pursuant to the Legal Practitioners Law (2007 Revision) of the Cayman Islands.  There are no disciplinary proceedings pending against me.

---

[1]      The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d, Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66, 1062 Budapest, Hungary.

[2]      Capitalized terms used in this Declaration but not otherwise defined herein have the meaning ascribed to such terms in the Application.

2.      I submit this Declaration in support of the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, et al., for Entry of an Order Pursuant to Sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016 for Authority to Retain and Employ Mourant Ozannes as Special Foreign Counsel Effective* Nunc Pro Tunc *to August 22, 2016* (the "**Application**"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      To the extent that any information disclosed herein requires amendment or modification upon Mourant's receipt of additional information or as additional creditor information becomes available, a supplemental declaration will be submitted to the Court.

## MOURANT OZANNES QUALIFICATIONS

4.      Mourant is an offshore law firm advising on the laws of the British Virgin Islands, the Cayman Islands, Guernsey and Jersey (collectively, the "**Mourant Jurisdictions**"). The Committee has selected Mourant as its Cayman Islands legal counsel because of the Firm's extensive legal expertise and knowledge on matters of Cayman Islands law.

5.      The Committee believes that Mourant is well-qualified to represent it as special Cayman Islands counsel.

## SERVICES TO BE PROVIDED

6.      Mourant will provide the Committee with local Cayman Islands law advice in relation to certain finance, indemnification, and security documents entered into by the Debtors.

## PROFESSIONAL COMPENSATION

7.      Mourant intends to apply for allowance of compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of

the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the SDNY Guidelines, the Revised UST Guidelines, and any other applicable procedures or orders of the Court. Mourant's hourly rates and corresponding rate structure for these chapter 11 cases are the same as Mourant charges generally for restructuring, workout, bankruptcy, insolvency, and comparable matters, as well as similar complex corporate, finance, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters are typically global in scope and involve great complexity, high stakes, and severe time pressures.

8.      Mourant's hourly rates are set at a level designed to fairly compensate Mourant for the work of its professionals. Hourly rates vary with the experience and seniority of the individuals assigned. Mourant's current hourly rates, effective as of February 1, 2016, for the principal professionals who are expected to be providing services to the Committee, range as follows:

| Name | Title | Billing rate |
|------|-------|--------------|
| Alexander Last | Partner | $800 |
| Adam Bathgate | Counsel | $700 |
| Jo-Anne Maher | Paralegal | $425 |
| Corey Stokes | Paralegal | $300 |

9.      In addition, from time to time, other Mourant professionals will provide required services to the Committee.

10.     It is Mourant's policy to charge its clients on Cayman Islands finance, corporate or investment funds transactions for identifiable, non-overhead expenses incurred in connection

3

with that client's transaction that would not have been incurred except for representation of that particular client.

11.     In order to comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 440 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**Revised UST Guidelines**"). Mourant will charge the Committee only the amount actually incurred by Mourant in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, and outgoing facsimile transmissions.

12.     Mourant further states that pursuant to Bankruptcy Rule 2016(b) it has not shared, nor agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, senior associates, associates, articled clerks, legal assistants, paralegals and other staff associated with Mourant; or (b) any compensation another person or party has received or may receive. Mourant does not currently use contract attorneys.

13.     Mourant intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Mourant in these chapter 11 cases.  The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Revised UST Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> **Answer**: No.
>
> **Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Answer**: No.

**Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Not applicable. Mourant was retained by the Committee after the Petition Date.

## DISINTERESTEDNESS

14.     Except as otherwise set forth herein, Mourant (a) does not have any connection with the Debtors or their affiliates, their creditors, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, or any other party in interest, or its respective attorneys and accountants, (b) is a "disinterested person", as that term is defined in section 101(14) of the Bankruptcy Code, and (c) does not hold or represent any interest adverse to the estate.

15.     Mourant and certain of its partners, counsel, senior associates, associates, articled clerks, legal assistants, and paralegals may have in the past represented, may currently represent, and likely in the future will represent parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Mourant has searched its electronic database for its connections to the entities listed on **SCHEDULE 1** annexed hereto. This list was provided by the Debtors. The Debtors provided their information in the format in which they maintain it, which did not consistently disclose the full correct legal name or other information needed for every name to be checked. All statements made herein or in the schedules hereto concerning Mourant's connections to parties in interest are based upon (i) information from, and discussions I or other Mourant personnel reporting to me have had with the attorney Mourant responsible for conflicts matters and (ii) information generated by the Finance Department at Mourant. The information listed on **SCHEDULE 1** may have changed without Mourant's knowledge and may change during the pendency of these

5

chapter 11 cases. Accordingly, Mourant will update this Declaration as necessary and when Mourant becomes aware of material information.[3]

16.    Mourant has searched its databases for connections to entities falling under the following categories, as listed on **SCHEDULE 1** annexed hereto:

- Debtors and Trade Names
- Current and Recent Former Directors and Officers
- Potential Contract Counterparties
- Insurers
- Other Interested Parties
- Landlords
- Litigants
- Professionals
- Shareholders
- Significant Customers
- Significant Unsecured Creditors
- Significant Vendors
- Taxing Authorities
- U.S. Trustee and Key Court Personnel for the Southern District of New York
- Utilities
- Employees and Independent Contractors

17.    Mourant's search of the parties in interest listed on **SCHEDULE 1** reveals that, although certain Mourant personnel may have previously worked at other law firms that represented certain parties who may now be potential parties in interest in these chapter 11 cases, to the best of Mourant's knowledge, such people have not worked on matters relating to the Committee while at Mourant.

18.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I nor Mourant has any connection with the Debtors, their creditors, or

---

[3]    I am advised that neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been authoritatively defined, and I am therefore required to exercise some degree of professional judgment in preparing this declaration, as well as in defining the scope of how to search for relevant facts. Out of an abundance of caution, I may be disclosing items that I have been advised are not disqualifying or problematic under the Bankruptcy Code or that are not, in my judgment, disqualifying or problematic under applicable standards of professional ethics.

any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as disclosed or otherwise described herein and in **SCHEDULE 2** annexed hereto.

19.    The nature of Mourant's work as specialist "offshore" counsel means it frequently works alongside major law firms in the United States and elsewhere on transactions where there is some nexus to any one or more of the Mourant Jurisdictions. Typically this will mean either that one or more vehicles incorporated, registered or otherwise connected to a Mourant Jurisdiction are involved, or transaction security is to be taken over assets located in a Mourant Jurisdiction or governed by the laws of a Mourant Jurisdiction.

20.    Accordingly, Mourant has worked alongside or opposite all or substantially all of the major law firms listed in **SCHEDULE 1** in transactions or cases not connected to these proceedings in which Mourant also represents, or has represented, a client.

21.    In addition, certain current Mourant partners or employees may be former employees or former partners of one or more of the organisations listed in **SCHEDULE 1**. I am satisfied that no such Mourant partner or employee has, during the course of that prior employment, carried out any work related to the Debtors or these proceedings which would present a conflict of interest for Mourant in representing the Committee in these proceedings.

## SPECIFIC DISCLOSURES

22.    **SCHEDULE 2** to this Declaration (the "**Conflicts Checklist**") lists the results of Mourant's conflicts searches of the entities listed on **SCHEDULE 1**. Many of the firm's representations of the clients listed on **SCHEDULE 2** consist of representations in episodic transactional matters and will not affect the Firm's limited engagement by the Committee in these chapter 11 cases. Also, Mourant does not represent, and has not represented, within the

time period covered by our conflicts database, any other entity in any matter adverse and/or related to the Debtors or their estates.

23.     Mourant is one of the largest offshore law firms worldwide and has a large and diverse client base. No single client referenced in **SCHEDULE 2** accounted for more than 1% of Mourant's total revenue for its most recent financial year ending on January 31, 2016.

24.     Mourant advises clients in transactions and litigation cases, including restructuring and insolvency matters, with third parties with whom the Debtors may also have a relationship; for example, Mourant may represent certain creditors or directors of that creditor, and the Debtors may have a separate relationship, such as a supplier or customer, with such creditor. In certain circumstances, the interests of Mourant's clients may be adverse to those of the Debtors with respect to the third party. I do not know whether the Conflicts Checklist or Mourant's conflict checking system captures all connections of this nature or whether such situations are properly considered "connections" within the meaning of the Bankruptcy Rules, although, where the conflict check disclosed such instances, I have included them on the attached **SCHEDULE 2**. Other than as set forth on **SCHEDULE 2**, I am not aware of Mourant representing any creditor in connection with the Debtors.

25.     In addition, Mourant may have represented, may currently represent, or may in the future represent, a borrower, issuer of securities, financial advisor, underwriter of securities, lead bank or other client in financing transactions, merger and acquisition transactions, litigation or arbitration matters, insolvency matters or other matters unrelated to these proceedings in which one or more parties in interest (or an affiliate) or a professional involved in these proceedings, including, but not limited to those listed on the Conflicts Checklist, happens to be involved, although not Mourant's client.

26.    Mourant may also represent, in matters unrelated to the Debtors or the Committee, companies that may be considered competitors of the Debtors.

27.    I am advised that Bankruptcy Rule 2014(a) or other applicable law does not require disclosure of each present or future engagement Mourant receives from a party in interest as long as it is unrelated to these proceedings. Mourant intends to accept engagements from other parties in interest (whether existing or new clients) that are unrelated to the Debtors. However, in no event will Mourant represent any party in these chapter 11 proceedings or otherwise with respect to the Debtors, or their estates or the Committee.

28.    Certain of the parties in interest in these proceedings are companies with publicly traded securities. Mourant personnel may own, directly or indirectly, debt or equity securities issued by such companies. It is impractical to determine the extent of such holdings for all publicly traded parties in interest.

29.    Attorneys at or employees of Mourant may receive services from parties in interest or professionals involved in these proceedings. Attorneys at or other employees at Mourant or their spouses or relatives may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, other parties in interest. Attorneys at Mourant may have relatives or spouses who are members of professional firms involved in these proceedings or employed by parties in interest. We have conducted no investigation of our colleagues' banking, insurance, brokerage or investment activities or familiar connections in preparing this Declaration.

30.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: August 25, 2016

_____
Alexander Last

9

## **SCHEDULE 1**

## **LIST OF PARTIES IN INTEREST SEARCHED**

## SCHEDULE 1

### List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors and Trade Names |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Potential Contract Counterparties |
| 1(d) | Insurers |
| 1(e) | Other Interested Parties |
| 1(f) | Landlords |
| 1(g) | Litigants |
| 1(h) | Professionals |
| 1(i) | Shareholders |
| 1(j) | Significant Customers |
| 1(k) | Significant Unsecured Creditors |
| 1(l) | Significant Vendors |
| 1(m) | Taxing Authorities |
| 1(n) | U.S. Trustee and Key Court Personnel for the Southern District of New York |
| 1(o) | Utilities |
| 1(p) | Employees and Independent Contractors |

## SCHEDULE 1(a)

## Debtors and Trade Names

| | |
|---|---|
| Gawker Media Group, Inc. | Blogwire |
| Gawker Media LLC | Deadspin |
| Kinja Kft. | Defamer |
| Blogwire Hungary Intellectual Property Licensing LLC | Gawker |
| Blogwire Hungary Kft. | Gawker Stalker |
| Gawker.Com | Gizmodo |
| Blogwire Hungary Intellectual Property Licensing LLC | io9 |
| Blogwire Hungary Kft. | Jalopnik |
| Curbed.com LLC | Jezebel |
| Gawker Sales LLC | Kinja |
| Gawker.Com | Kotaku |
| RGFREE | Lifehacker |
| Vox Media, Inc. | Sploid |
| | Valleywag |

**SCHEDULE 1(b)**

**Current and Recent Former Directors and Officers**

Albertson, Josh

Darbyshire, Gabrielle

Denton, Nicholas

Dietrick, Heather

Epstein, Jason

Fette, Ian

Holden, William

Kidder, Scott

Plunkett, Thomas

Szasz, Peter

Tillman, Scott

Weinbrecht, Adrian

**SCHEDULE 1(c)**

**Potential Contract Counterparties**

114 Fifth Avenue Ground Lessee LLC

114 Fifth Owner LP

204-210 Elizabeth Street LLC c/o S.W. Management LLC

204-210 Elizabth Street LLC

3293 Pacific LLC

A Mediocre Corporation

A Small Orange, LLC.

A9.com, Inc.

Access Inteligence, LLC

Adam Clark Estes

Adam Pash

Adam Weinstein

Ad-Juster, Inc.

Admeld, LLC

Adsfactor Holdings Limited

AdSlot Technologies, LTD.

Adtech US, Inc.

Aegon Magyarorszag Zrt.

AGIS Fire & Security Kft.

AIG

Alan Henry

Alan Kwon

Albert Burneko

Aleksander Chan

Alex Cranz

Alex Dickinson

Alex Pareene

Alexandra Cannon

Alexandra Philippides

Alexandre Dohrmann

Alissa Walker

All You Can Move SportPass Europe

Allison Jones

Allison Wentz

Allure Media Pty Limited

AM Lab Americas, LLC.

Amanda Marandola

Amazon Services LLC

Amazon Web Services, Inc.

Amazon.com, Inc.

Anastasia Weeks

Andrassy Palota Ingatlanfogalmazo Kft.

Andrea Park

Andrew Collins

Andrew Cush

Andrew Gorenstein

| | |
|---|---|
| Andrew Harding | Bryan Menegus |
| Andy Orin | C&G Group Kft c/o Brody House Group |
| Angela Alzona | Cadreon, LLC. |
| Angela Wang | Caitleen Weaver |
| Anna Merlan | Camila Cabrer |
| Anthony Carnevale | Camilla Baker |
| Anthony Hack | Casey Speer |
| AOL Advertising Inc. | Casper Sleep Inc. |
| Ariana Cohen | Catherine LeClair |
| Ariel Viera | Cecilia D'Anastasio |
| Ashley Feinberg | Chad Bernstein |
| Ashton Galloway | Chelsey Hoffman |
| Atlantic Metro Communications II, Inc. | Cheryl Eddy |
| Attila Illes | Chris Neveu |
| Ava Gyurina | Chris Person |
| Balazs Keki | Chris Vespoli |
| BarkBox, Inc. | Christina Blacken |
| Barry Petchesky | ClickMeter |
| Ben Regenspan | ClickStream |
| BlueApron.com | Cloudinary Ltd. |
| Brainy Labs, LLC | Clover Hope |
| Brandon McCoy | ClubW |
| Brendan O'Connor | Colleen McMillan |
| Bridget Brown | Colliers International |
| Bryan Lufkin | Colliers International Kft. |

Coltiers Nemzetkozi Ingattanuzemeltet6 es Kezel6 Kft.

Combat Flip Flops, LLC.

Comic Cartel ComScore, Inc.

Corporate Communications Bt.

Courtenay O'Connor

Daniel Morgan

Darren Orf

Dashlane Inc.

DataGram

Datagram Incorporated

Dave McKenna

David Tracy

Dayna Evans

Devin Clark

Diana Moskovitz

Diane Kelly

Diego Pineda

DineInFresh, Inc. dba Plated

Dollar Shave Club, Inc.

DOUBLECLICK

Dr. Torzsa Peter Bt.

DreamHost

Drew Magary

Driftaway Inc.

Earnest Inc.

Eleanor Shechet

Elisa Solinas

Emily Ambruso

Emily Herzig

Emma Carmichael

Emprese Cedente

Eric Goldfarb

Eric Ravenscraft

Erika Audie

Erin Gloria Ryan

Erin Pettigrew

Esther Inglis-Arkell

Ethan Sommer

Evan Narcisse

Eyal Ebel

F451

F451 fka Spicy Media Editora Ltda

F451 Media Editora Ltda.

Fabiola Lara

Facebook Ireland Limited

Facebook, Inc.

Fastly, Inc.

Federal Insurance Company

Fluxmob, LLC.

Framebridge, Inc.

Fritzie Andrade

Future Publishing Limited

Gabrielle Bluestone

GeekFuel, LLC.

Germain Lussier

Giri Nathan

Globalway Participacoes Ltda.

Gloria Clark

Google Inc.

Gorilla Nation Media, LLC

Grace Robertson Graze Inc.

Green Fox Academy

Greg Howard

Greg Lopez

GroupDynamics Kft

Gunnar Optiks

Gyorgy Bokros

Hajtas Pajtas Kft.

Handy.com

Hannah Keyser

Happy Socks

Heather Dietrick

Heather Hynes

Heidi Grothaus

HelloFresh

Hillary Crosley

Hostgator.com, LLC.

Huckberry

Hunter Slaton

Ian Fette

IDrive Inc.

Ilona Bilevych

Incisive Ltd

Incisive VNU Limited dba Incisive Incisive Ltd

Incisive VNU Ltd

Index Exchange Inc.

Infobahn Inc.

Integral Ad Science, Inc.

IseeQ Kft.

J.K Trotter

Jake Inferrera

Jalsovszky Law

James Bartus

James Bit Design

James Delgiudice

Jamie Weber

JapanCrate

Jared Auslander

Jason Parham

Jason Schreier

| | |
|---|---|
| Jason Torchinsky | JW Player / LongTail Ad Solutions, Inc. |
| Jay Hathaway | Kaila Hale-Stern |
| Jeffrey Hilder | Kanwar Gill |
| Jennifer Ouellette | Kara Brown |
| Jia Tolentino | Kargo Global, Inc. |
| Jillian Marie Lucas | Karma Mobility Inc. |
| Jim Boos | Kate Dries |
| Jim Cooke | Kate Knibbs |
| Jim Cooke | Kate Lovejoy |
| Joanna Rothkopf | Katharine Trendacosta |
| Joel Johnson | Kathryn McGinnis |
| John Appel | Katie Drummond |
| John Cook | Kavitha Reddy |
| John Gelini | Kelly Conaboy |
| Jordan Sargent | Kelly Faircloth |
| Josh Bottino | Kelly Monson |
| Josh Laurito | Kelly Stout |
| Joshua Albertson | Kerrie Uthoff |
| Judy Steinbach | Kevin Draper |
| Julia Alvidrez | Kid Thursday LLC., dba Staus Audio |
| Julian Muller | Kirk Hamilton |
| Julianne Escobedo Shepherd | Kixer |
| Jung Sin | Kolozsvari Timea |
| Justin Cross | Kravitha Reddy |
| Justin Potter | Krux Digital, Inc. |

Lacey Donohue

Lauren Bertolini

Leah Beckmann

Leah Finnegan

LendingTree, LLC.

Lindsay Chipman

Lindsey Jaffe

Lisa Bolano

LiveIntent, Inc.

LiveRail, Inc.

LOLA

Lucy Haller

Madeleine Davies

Madeleine Stone

Madison Plus Select, Inc.

Malcolm Read

Mandy Mandelstein

Margaret Taormina

Marina Galperina

Mario Aguilar

Maritza Sanche

Mark Weldon

Market Halsey Urban Renewal, LLC.

MarkMonitor Inc.

Matt Hardigree

Matt Novak

Matthew Hamer

Matthew Kulper

Mediagene, Inc.

MediaGene, Inc. fka Infobahn, Inc.

MediaMind Technologies, Inc.

Megan Gilbert

Megbizott

Melissa Green

Melissa Murray

Merch Direct, LLC

Merchant Importacao, Exportacao e Comercio, Ltda - ME

MeUndies

Mia Libby

Michael Fahey

Michael Kuntz

Michael Lindsay

Michael Nunez

Michael Orell

Michael Roselli

Michele LaFauci

Michelle Chiang

Mike Ballaban

Mikolaj Szabo

Ministry of Supply

Miranda Langrehr

Moat, Inc.

Mobiles Republic, Inc.

Mollie Horan

Moore Stephens Hezicomp Kft.

Mott & Bow

MoviePass

MVMT Watches

Nameaction Brasil Serv de Inter Ltda ME

NameAction Inc.

Nandita Raghuram

Natasha Vargas-Cooper

Nathan Grayson

NatureBox

Nervora Digital Media Group, FZ-LLC

NetMediaEurope

Netus Media Pty Limited dba Allure Media Pty LTD

Nevora Digital Media Group

NewsCred, Inc.

Nicholas Murphy

Nick Stango

Noble People

OCP Collective Corp. dba Adcade, Inc.

Omar Kardoudi

OnMarc Media

Operative Media, Inc.

Oppenheim Ugyvedi Iroda

Opportune LLP

Optimizely, Inc.

Oriole Media Corporation dba Juice Mobile

Oscar Z. Ianello Associates, Inc.

Owen & Fred Corp.

Pacific Shaving Company

Parachute Home

Patricia Hernadez

Patrick Ballester

Patrick Klepek

Patrick Laffoon

Patrick Redford

Paul Sundue

PAX

Percona, Inc.

Perfect World Entertainment

Peri Hochwald

Pixel Media Asia Limited

Platinum Rye, LLC.

Pop Chart Lab

Poprageous

Puja Patel

Quench USA, Inc.

| | |
|---|---|
| Quip NYC Inc. | SkimBit LTD. |
| Rhone Apparel Inc. | SmartFX |
| Riley MacLeod | SocialFlow, Inc. |
| Rob Harvilla | Sophie Kleeman |
| Robert Finger | Soundfreaq |
| Ryan Brown | Specless, LLC. |
| S&T Consulting Hungary Kft. | Spicy Media Editora LTDA |
| Sam Biddle | SpruceWares |
| Sam Scherer | Squarespace, Inc. |
| Sam Woolley | Stackcommerce |
| Samantha Lagani | Staq, Inc. |
| Samer Kalaf | Starcom SMG |
| Samuel Griffel | Stassa Edwards |
| Sarah Dedewo | Stephanie Schrader |
| Sarah Wiest | Stephen Totilo |
| Scott Kidder | Steve Climaco |
| Sean Buckley | Steven Polletta |
| Sean MacDonald | Stowawy Cosmetics |
| SeatGeek | STS Meida, Inc. |
| Shane Roberts | Stuart Cheshire |
| Shep McAllister | Sultana Khan |
| Shopify | Superdry Wholesale, LLC |
| SimpleReach, Inc. | Suzy Kuzy, LLC. |
| Skillshare, Inc. | Szolgaltato |
| Skimbit Limited | Taboola Inc. |

| | |
|---|---|
| Tamas Neltz | VNU Business Media Europe Limited |
| Tara Jacoby | Waves Gear, LLC. |
| Taylor Berman | We Work |
| Technorati, Inc. | Wesley Siler |
| Terra Networks Brasil S.A. | WeWork LA LLC |
| TGT | Whitson Gordon |
| The Rubicon Project, Inc. | William Arkin |
| The Sasquatch Soap Co., LLC. dba Dr. | William Haisley |
| Squatch | William Turton |
| The Status Audio | Wine Awesomeness |
| Thorin Klosowski | Wrights Media, LLC |
| Tim Burke | Writers Guild of America, East |
| Time Shred Services, Inc. | Yannick LeJacq |
| Times Internet Limited | Zach Custer |
| Tom Ley | Zachary Connett |
| Tom Plunkett | Zoe Stahl |
| Tom Scocca | |
| Tommy Craggs | |
| Toth Eva Nagykanizsa | |
| Tremor Video, Inc. | |
| UCMS Group Hungary Kft. | |
| Udemy.com | |
| Veronica de Souza | |
| Victor Jeffreys | |
| Viddler, Inc. | |

## SCHEDULE 1(d)

### Insurers

Aegon Magyarorszag Zrt.

AIG Europe Limited

Dewitt Stern Group, Inc.

Federal Insurance Company

Hartford Casualty Insurance Company

Hudson Insurance Company

National Union Fire Insurance Co. of Pittsburgh PA

United Healthcare Insurance Company

**SCHEDULE 1(e)**

**Other Interested Parties**

Cerberus Business Finance LLC

Houlihan Lokey, Inc.

K&H Bank

Latham & Watkins

Prime Clerk LLC

Riemer & Braunstein, LLP

Schulte Roth & Zabel LLP

Securities & Exchange Commission

Securities & Exchange Commission – NY Office

Silicon Valley Bank

Sullivan & Cromwell LLP

US VC Partners LP

## SCHEDULE 1(f)

### <u>Landlords</u>

Andrassy Palota Ingatlanforgalmazo Korlatolt Felelossegu Tarsasag

114 Fifth Owner LP

**SCHEDULE 1(g)**

**Litigants**

| | |
|---|---|
| Aulistar Mark | Rachel Atwood |
| Andrew Hudson | Michael Kennelly |
| Zachary Cianflone | Alyssa Bereznak |
| Lindsay MaHarry | Lily Newman |
| Katherine Castellana | Kwame Opam |
| Elizabeth Nadybal | Terry Gene Bollea |
| Chelsea Lo Pinto | Mitchell Williams |
| Tim Barribeau | Meanith Huon |
| Patrick Frawley | Ashley Terrill |
| Elizabeth Weinbloom | Charles Johnson and Got News, LLC |
| Kristin Chan | Teresa Thomas |
| Samuel Julian | Shiva Ayyadurai |
| Brian Colgan | Christopher Sadowski |
| Benjamin Dorson | |

## SCHEDULE 1(h)

### Professionals

Akerman LLP

Cahill Gordon & Reindel LLC

Citrin Cooperman & Co., LLP

Giskan Solotaroff & Anderson LLP

Goldin Solutions

Jalsovszky Law Firm

John Duncan

Klasko Immigration Law Partners, LLP

Levine Sullivan Koch & Schulz, LLP

Maples & Calder Morrison Cohen LLP

Newmark & Co. Real Estate, Inc.

Oppenheim Law Firm

Opportune LLP

Proskauer Rose LLP

Trifolium LLC

Wilk Auslander

Zwillgen PLLC

## SCHEDULE 1(i)

### Shareholders

Berman, Taylor

Bertolini, Lauren

Blakeley, Richard Erand

Bluestone, Gabrielle

Brown, Ryan

Carmichael, Emma

Carmon, Irin

Chan, Casey

Coen, Jessica

Cooke, Jim

Craggs, Tommy

Crecente, Brian

D'Addario, John

Darbyshire, Gaby

Daulerio, Albert

DelGiudice, James

Denton, Nick

Diaz, Jesus

Dietrick, Heather

Dimmitt, Elizabeth

Dimmitt, Genevieve

Duncan, John

Ebel, Eyal

Furman, Eliot, as custodian for Alexander Tiberius Furman under the NYUTMA

Futrelle, Genevieve

Giacoman, Gabriela

Gorenstein, Andrew

Greenmount Creek Limited

Hale-Stern, Kaila

Hamer, Matt

Hardigree, Matt

Holmes, Anna

Jefferson, Whitney

Kang, Daniel

Kidder, Scott

Kozma, Jozsef

Lam, Brian

Layne, Ken

Lehnhoff, Jim

Leitch, Will

Lisanti, Mark

Lopez, Greg

Ma, Jesse

McGill, Erin

Nachlin, Jim

Newitz, Annalee

| | |
|---|---|
| Nolan, Hamilton | Woerner, Meredith |
| O'Connor, Maureen | Albertson, Josh |
| Pash, Adam | Annis, Rose |
| Petrány, Máté | Baker, Camie |
| Pettigrew, Erin | Batty, Chris |
| Plunkett, Tom | Biddle, Sam |
| Read, Malcom | Bodnár, István |
| Robischon, Noah | Burke, Tim |
| Schreier, Jason | Climaco, Steve |
| Schwartz, Diane | Cook, John |
| Schweizer, Julia | Curtis, Dustin |
| Scocca, Thomas | Donohue, Lacey |
| Sicha, Choire | Drummond, Katie |
| Spinelli, Mike | Fette, Ian |
| Steele, Lockhart | George, Patrick |
| Stein, Sadie | Georgopulos, Steph |
| Takayama, Greg | Gonzalez, Robert |
| Tate, Ryan | Graham, Kevin |
| Thomas, Owen | Grothaus, Heidi |
| Toder, Matthew | Hathaway, Jay |
| Trapani, Gina | Henry, Alan |
| US VC Partners LP | Hilder, Jeff |
| Vuong, Phillip | Jeffries, Victor |
| Wert, Ray | Juzwiak, Rich |
| Winkelman (Ortega), Samantha | Kéki, Balázs |

Knibbs, Katharine

Körtesi, Gáspár

Laurito, Josh

Libby, Mia

Magary, Drew

Marchman, Tim

McAllister, Shep

McKenna, Dave

Mittelhammer, Eric

Morgan, Daniel

Neltz, Tamas

Nevins, Maxwell

Novak, Matt

O'Connor, Courtenay

Pareene, Alex

Parham, Jason

Petchesky, Barry

Popken, Ben

Price, John

Reddy, Kavi

Regenspan, Ben

Roberts, Shane

Sargent, Jordan

Sommer, Ethan

Sundue, Paul

Szász, Péter

Szatmári, András

Taomina, Margaret

Tiku, Nitasha

Totilo, Stephen

Trotter, JK

Udvardi, Ramóna

Walker, Alissa

Weaver, Caity

Weinstein, Adam

Wentz, Allison

**SCHEDULE 1(j)**
**Significant Customers**

| | |
|---|---|
| 20th Century Fox | Desk.com |
| 360i | Dialect Inc |
| A9.com Inc. (Amazon Match Buy) | DigitasLBi |
| Accordant Media | Dollar Shave Club |
| Adslot | Draftkings |
| Aegis Group | Earnest |
| Alliance Games | Empowering Media LA |
| Allure Media - GM | Empowering Media NY |
| Amazon | Essence |
| Amazon Commerce Revenue | f451 - US |
| AOL One | Facebook |
| Asana (Customer) | Factorylabs |
| Assembly | Fallon |
| Baru Advertising | Future Publishing Ltd (US) |
| Blue Apron | General Mills, Inc. |
| Blue Wheel Media | Google (BizDev) |
| Bluehost | Graze |
| Brigade Marketing | Havas |
| Casper | Horizon Media |
| Centro | HostGator |
| Cisco | Hover |
| Cramer-Krassel | HTC Blinkfeed |
| Criteo | IBM |
| Crossmedia | Indochino |

| | |
|---|---|
| Initiative LA | Nokia |
| Initiative NY | NVIDIA |
| Interpublic Group of Companies | Omnicom Group |
| iSocket, Inc. | Pereira & Odell |
| ITVS | Petrol |
| Kepler Group | PGR Media |
| Ketchum | Protein |
| Kovel Fuller | Publicis Groupe |
| Kruskopf & Company | R/West |
| Liquid Advertising | Rachael Piper Consulting |
| LivWell | Randomhouse |
| Logmein.com | RED Interactive Agency |
| MarkLogic | Rodger's Townsend |
| McGarrah Jessee | RPA |
| Me Undies | Rubicon |
| Mediagene Inc - US | Skillshare |
| Mediasmith | Slack |
| Mediastorm, LLC | Spacetime Media |
| Merkley and Partners | SquareSpace |
| MillerCoors | StackSocial |
| MNI | Status Audio |
| MODCo Media | Sterling Rice Group |
| Mullen | Superdry Wholesale LLC |
| NameCheap | Taboola (Biz Dev) |
| Newscred | Tangible Media |

TaxFyle

The Garage Team Mazda

TubeMogul

UCB

Udemy

Varidesk

Viewster.com

VOX Media - Curbed Investment

VSN

WavesGear

weBoost

Wieden & Kennedy

Wildcard Properties LLC

WPP

Wright's Media

Zeno Group

**SCHEDULE 1(k)**

**Significant Unsecured Creditors**

| | |
|---|---|
| Ad-Juster, Inc. (media) | Google Inc. (DoubleClick) |
| ADP Workforce Now | Google, Inc. (Analytics) |
| Akerman LLP | Hunter Slaton |
| Alex Palmer | Ian Fette |
| Andrew Harding | Jelle Claeys Automotive Artwork |
| AOL Advertising | Joshua M Lees |
| Associated Press | JW Player (Longtail Ad Solutions, Inc.) |
| Blane Bachelor | Katherine Fry |
| Brandtale | Kinja Accounts Payable |
| CDW Direct | Krux Digital |
| Cloudinary Ltd. | L-Cut Digital Media, Inc. |
| Concur Technologies, Inc. | Market Halsey Urban Renewal, LLC |
| Corbis Corporation | Marlena Agency Inc. |
| Corey Foster | Medialink |
| Creative Circle, LLC. | Merrill Communications, LLC |
| DataGram | Metropolitan Cleaning, LLC |
| DoubleVerify, Inc. | Moat Inc. |
| DRH Internet Inc | Morrison Cohen LLP |
| Equinox Fitness Clubs - Corp Accts | Newmark & Co. Real Estate, Inc. |
| Fastly | Nick Wong Photography |
| Fried, Frank, Harris, Shriver & Jacobson LLP | NSONE Inc. |
| | Operative Media, Inc |
| Getty Images | Optimizely, Inc. |
| Giaco Furino | |

Pacific Coast News

Plant Specialists LLC

QZZR

REDBOOKS

Risk Strategies Company

Shenker & Bonaparte, LLP

SimpleReach, Inc.

Sizmek Technologies Inc.

Specless

STAQ, INC.

Submarine Leisure Club, Inc. (Wirecutter)

Submersive Media

The Hartford

The Oliver Group

Viddler, Inc.

## SCHEDULE 1(l)

### Significant Vendors

| | |
|---|---|
| 114 Fifth Avenue | Hatch Content, LLC |
| ADP PayEx | HeartWork, Inc. |
| Advanced Electronic Solutions, Inc. | Houlihan Lokey |
| AMA Consulting Engineers P.C. | Howard Kennedy |
| AMEX Corporate GM - 01006 | Inform Interiors |
| Andrew Liszewski | Jesus Diaz (vendor) |
| Apple Inc. (media) | Kforce Inc. |
| Baby Llama Productions LLC | Kornhaber Brown, LLC |
| Bajibot Media | Lay It Out, Inc. |
| Big Mango, Inc. | Leiberts Royal Green Appliances Inc. |
| Bird & Bird LLP | Lewis Rice LLC |
| Brannock & Humphries | LionTree Advisors LLC |
| Cahill Gordon & Reindel LLP | LJ DUFFY, Inc. |
| Cannes Trip 2015 | Maples & Calder (GM LLC) |
| Catalyst | NetRatings, LLC |
| Cerberus Capital Management LP | Netsuite, Inc. |
| ComScore Inc. | NVE, Inc. |
| Con Edison (210) | OCP Collective Corp. |
| CytexOne Technology, LLC | Olson Kundig Architects |
| Dynect, Inc | Olson Kundig Interiors |
| Emma C Lanigan (Cookson) | OnMarc Media Inc. |
| Fidelity 401k | Opportune LLP |
| Harder Mirell & Abrams | Redscout LLC |

Robert Half

Ropes & Gray LLP

Santa Monica Air Center, Inc.

Structure Tone

SW Management LLC

TangentVector, Inc.

Tapestry Associates LLC

Thomas & Locicero PL

Treasury of the United States

TrueForm Concrete, LLC

Veritas Pictures, Inc.

Versus LLC

Vizu Corporation

Voya Financial 401K

WB Wood NY

Young America Capital

**SCHEDULE 1(m)**

**<u>Taxing Authorities</u>**

Internal Revenue Service

Budapesti Önkormányzat

Hungary National Tax Authority

New York City Department of Finance

New York State Commissioner of Taxation and Finance

## SCHEDULE 1(n)

### U.S. Trustee and Key Court Personnel for the Southern District of New York

| | |
|---|---|
| Cecilia G. Morris | Kathleen Schmitt |
| James L. Garrity | Linda A. Riffkin |
| Martin Glenn | Lisa Penpraze |
| Mary Kay Vyskocil | Maria Catapano |
| Michael E. Wiles | Mary V. Moroney |
| Robert D. Drain | Myrna R. Fields |
| Robert E. Grossman | Nadkarni Joseph |
| Sean H. Lane | Paul K. Schwartzberg |
| Shelley C. Chapman | Richard C. Morrissey |
| Stuart M. Bernstein | Serene Nakano |
| Alicia Leonhard | Susan Arbeit |
| Amanda Cassara | Susan Golden |
| Andrea B. Schwartz | Sylvester Sharp |
| Andy Velez-Rivera | Victor Abriano |
| Anna M. Martinez | William K. Harrington |
| Brian S. Masumoto | |
| Cheuk M. Ng | |
| Danny A. Choy | |
| Ercilia A. Mendoza | |
| Greg M. Zipes | |
| Guy A. Van Baalen | |
| Ilusion Rodriguez | |

1

## SCHEDULE 1(o)

### Utilities

114 Fifth Avenue Ground Lessee

Atlantic Metro Communications

Benefit Resource, Inc.

Cogent Communications

Con Edison

ShoreTel Inc.

## SCHEDULE 1(p)

### Employees and Independent Contractors

| | |
|---|---|
| Asd Mario Aguilar | Camila Cabrer |
| Joshua Albertson | Alexandra Cannon |
| Angelica Alzona | Emma Carmichael |
| Fritzie Andrade | Anthony Carnevale |
| Erika Audie | Casey Chan |
| Jared Auslander | Michelle Chiang |
| Ilene Baker | Devin Clark |
| Michael Ballaban | Gloria Clark |
| Patrick Ballester | Steve Climaco |
| Chad Bernstein | Ariana Cohen |
| Lauren Bertolini | Andrew Collins |
| Sam Biddle | Zachary Connett |
| Ilona Bilevych | John Cook |
| Christina Blacken | James Cooke |
| Gabrielle Bluestone | Alexandra Cranz |
| James Boos | Hillary Crosley |
| Joshua Bottino | Justin Cross |
| Robert Bricken | Andrew Cush |
| Ryan Brown | Zach Custer |
| Kara Brown | Madeleine Davies |
| Bridget Brown | Maritza De Leon |
| Timothy Burke | Veronica de Souza |
| Albert Burneko | Sarah Dedewo |

| | |
|---|---|
| Ernest Deeb | Melissa Green |
| Nick Denton | Samuel Griffel |
| Alexander Dickinson | Heidi Grothaus |
| Heather Dietrick | Ava Gyurina |
| Alexandre Dohrmann | Anthony Hack |
| Lacey Donohue | William Haisley |
| Kevin Draper | Lucy Haller |
| Kathryn Dries | Kirk Hamilton |
| Katherine Drummond | Matt Hardigree |
| Eyal Ebel | Andrew Harding |
| Cheryl Eddy | Alan Henry |
| Stassa Edwards | Patricia Hernandez-Ramos |
| Adam Estes | Emily Herzig |
| Michael Fahey | Clover Hope |
| Georgia Faircloth | Mollie Horan |
| Ashley Feinberg | Heather Hynes |
| Ian Fette | Attila Illes |
| Robert Finger | Jacob Inferrera |
| Ashton Galloway-Taylor | Victor Jeffreys |
| Marina Galperina | Richard Juzwiak |
| John Gelini | Samer Kalaf |
| Patrick George | Omar Kardoudi Segarra |
| Kanwar Gill | Hannah Keyser |
| Ariel Gononsky | Sophie Kleeman |
| George Grayson | Patrick Klepek |

| | |
|---|---|
| Thorin Klosowski | Daniel Morgan |
| Michele Lafauci | Diana Moskovitz |
| Patrick Laffoon | Julian Muller |
| Samantha Lagani | Nick Murphy |
| Miranda Langrehr | Melissa Murray |
| Joshua Laurito | Evan Narcisse |
| Catherine LeClair | Giri Nathan |
| Thomas Ley | Tamas Neltz |
| Mia Libby | Chris Neveu |
| Michael Lindsay | Hamilton Nolan |
| Katelyn Lovejoy | Matthew Novak |
| Germain Lussier | Michael Nunez |
| Riley MacLeod | Brendan O'Connor |
| Andrew Magary | Courtenay O'Connor |
| Amanda Mandelstein | Michael Orell |
| Timothy Marchman | Darren Orf |
| Alex Mason | Andrew Orin |
| Shepherd McAllister | Raphael Orlove |
| Kathryn McGinnis | Jennifer Ouellette |
| David McKenna | Alexander Pareene |
| Colleen McMillan | Andrea Park |
| Bryan Menegus | Adam Pash |
| Anna Merlan | Puja Patel |
| Maria Misra | Christopher Person |
| Kelly Monson | Barry Petchesky |

| | |
|---|---|
| Alexandra Philippides | Ethan Sommer |
| Diego Pineda | Casey Speer |
| Steven Polletta | Zoe Stahl |
| John Price | Nicholas Stango |
| Nandita Raghuram | Judith Steinbach |
| Eric Ravenscraft | Madeleine Stone |
| Kavitha Reddy | Kelly Stout |
| Patrick Redford | Richard Sundue |
| Benjamin Regenspan | Margaret Taormina |
| Shane Roberts | Jia Tolentino |
| Grace Robertson | Jason Torchinsky |
| Michael Roselli | Stephen Totilo |
| Joanna Rothkopf | David Tracy |
| William Sansom | Katharine Trendacosta |
| Jordan Sargent | Joseph Trotter |
| Samuel Scherer | William Turton |
| Stephanie Schrader | Kerrie Uthoff |
| Jason Schreier | Christopher Vespoli |
| Jillian Schulz | Alissa Walker |
| Taryn Schweitzer | Angela Wang |
| Thomas Scocca | Jamie Weber |
| Eleanor Shechet | Anastasia Weeks |
| Julianne Shepherd | Allison Wentz |
| Hunter Slaton | Samuel Woolley |
| Elisa Solinas | András Szatmári |

| | |
|---|---|
| Attila Kocsis | Brian Ashcraft |
| Balázs Kéki | Andrew Liszewski |
| Balázs Pőcze | Jamie Condliffe |
| Dmitry Lambrianov | Chris Mills |
| Gábor Kacsik | James Whitbrook |
| Gáspár Körtesi | David Nield |
| György Bokros | Kathryn Jezer-Morton |
| Ildikó Kriston | Madeleine Collier |
| István Bodnár | Fruzsina Kuhari |
| János Hardi | Robert Stokes |
| László Heves | Adam Kovac |
| Levente Molnár | Jared "Jay Allen" Goodwin |
| Linda Bucsánszki | Anthony Dejolde |
| Luca Németh | Carlos Rebato |
| Márton Borlay | Carlos Hierro |
| Mikhail Mitrofanov | Matias Martinez |
| Olivér Kovács | Eduardo Marin |
| Péter Szász | Miguel Redondo |
| Ramóna Udvardi | Zolani Stewart |
| Szabolcs Vida | Reshma Bhai |
| Szilvia Németh | Manisha Aggarwal |
| Zoltán Balázs | Lindsay Handmer |
| Zoltán Kalmár | Daniel Strudwick |
| George Dvorsky | Eva Jurczyk |
| Luke Plunkett | Mihir Patkar |

| | |
|---|---|
| Toshihisa Nakamura | Anupa Mistry |
| Kirsten O'Regan | Brodie Lancaster |
| Alexandra Nursall | Jess Shanahan |
| Nicholas Cameron | Jesus Diaz |
| Ralph Jones | Herbert Lui (Wonder Shuttle Media, Inc) |
| Elizabeth Edgar | Graham Ruthven |
| Rawiya Elkhadir | Stacy May Fowles |
| Ian Dransfield | Andrew Gibney |
| Stefan Janke | Daniel Harris |
| Mark Wilson | Alex Hess |
| Sniff Petrol Limited | Chris Koentges |
| James Fell | Kevin O'Brien |
| Peter Ryan | Achal Prabhala |
| Manuel Mendez Perez | David Sommer |
| Angel Jiminez | Monica Heisey |
| Jacob Rose | Sara Mcculloch |
| Bram Gieben | Jakob Wenngren |
| Eva Holland | Alex Bejerstrand |
| Nathan Thompson | Halmar Sveinbjornsson |
| Priya Elias | Amit Reut |
| Scaachi Koul | Rosa Gregori |
| Helen Appleyard | Sarah Moroz |
| Omar Karduodi Segarra | Jason Richards |
| Cara Ellison | Ravi Somaiya |
| Estelle Tang | Reut Amit |

| | |
|---|---|
| Michael "Massoud" Martin | Anthony Mark Dewhurst |
| Fariha Roisin | Peter Orosz |
| William Herkewitz | Ryan Pierce |
| Lev Hellebust (Bratishenko) | Neill Watson |
| Pranav Dixit | George Williams |
| Danny Allen | Chris Harris |
| Karan Atul Shah | Natasha Chenier |
| James Baker | Esther Sassaman |
| Gary Cutlack | Luke Malone |
| Adelaide Dugdale | Mikhail Mitrofanov |
| Katherine Hannaford | Leo Wichtowski |
| Brian Hogg | Kevin Mahon |
| Andrew James | Simon Parkin |
| Chris Mcveigh | Quintin Smith |
| Apoorva Prasad | Kathleen Williams |
| Michelle Tofi | Ollie Barder |
| Yareniz Saavedra Padilla | Simon Mapp |
| Carlos Risco | Andrew Mcmillen |
| Elias Notario Perez | David Veselka |
| Eric Tecayehuatl | Kevin Mahon |
| Robert Boffard | David Gilson |
| Guy Combs | Mark O'Neill |
| Joel Meadows | Spanner Spencer |
| Chris Harris | Tom Cassell |
| Guy Porepp | Kenneth Gibson |

Clare Kane

Zolani Stewart

## SCHEDULE 2

**DISCLOSURE OF**
**RELATIONSHIPS WITH PARTIES LISTED ON SCHEDULE 1**

## <u>SCHEDULE 2</u>

**List of "Connections" with Interested Parties**

This exhibit contains the names of parties on the Conflicts Checklist which our conflict checking personnel advise me are current clients; affiliates of current clients; or persons with whom Mourant has some relationship involving the provision of legal services (such as a committee of independent directors of the entity or being designated by that entity to represent parties underwriting or providing financing for the entity) to a third-party where its fees may be borne in whole or part by such party in interest.

| Name of Party in Interest | Description of "Connection" |
|---|---|
| Aegis Group | MO represented Aegis Group in various matters, none of which are related to the Debtors. |
| AIG | MO represents AIG and its affiliates and directors in various matters, none of which are related to the Debtors. |
| Akerman LLP | MO worked with Akerman LLP as an intermediary for a matter which was not related to the Debtors. |
| Andrew Hudson | An individual by the name of Andrew Hudson was a related party to a matter unrelated to the Debtors in which MO provided advice.  We were unable to determine whether this matter relates to the same "Andrew Hudson". |
| Andrew James | We have acted for multiple clients with the name "Andrew James".  Based on the information provided, we were unable to determine whether these matters relate to the same "Andrew James".  None of these matters relate to the Debtors. |
| Anthony Mark Dewhurst | An individual by the name of Anthony Mark Dewhurst was a related party to a matter unrelated to the Debtors in which MO provided advice.  We were unable to determine whether this matter relates to the same "Anthony Mark Dewhurst". |
| Apple Inc. (media) | MO represented Apple Inc. in various matters, none of which are related to the Debtors. |
| Assembly | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Bird & Bird LLP | MO has worked in parallel with the law firm of Bird & Bird LLP on various matters, none of which are related to the Debtors. |
| Cahill Gordon & Reindel LLC | MO advised Cahill Gordon & Reindel LLC on a matter, which was not related to the Debtors. |
| Casper | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Catalyst | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Centro | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |

| | |
|---|---|
| Cerberus Business Finance LLC | MO represents Cerberus Business Finance LLC for various matters, none of which are related to the Debtors. |
| Cerberus Capital Management LP | MO represents Cerberus Capital Management II, L.P. for a matter, which is not related to the Debtors. |
| Cheryl Eddy | MO represented an individual by the name of Cheryl Eddy in various matters, none of which are related to the Debtors.  We were unable to determine whether these matters relate to the same "Cheryl Eddy". |
| Citrin Cooperman & Co., LLP | MO represents Citrin Cooperman & Co., LLP for various matters, none of which are related to the Debtors. |
| Colliers International/Colliers International Kft. | MO represents Colliers International and its affiliates for various matters, none of which are related to the Debtors. |
| Daniel Morgan | MO represented an individual by the name of Daniel Morgan in various matters, none of which are related to the Debtors.  We were unable to determine whether these matters relate to the same "Daniel Morgan". |
| Emma Carmichael | An individual by the name of Emma Carmichael was a related party to a matter unrelated to the Debtors in which MO provided advice.  We were unable to determine whether this matter relates to the same "Emma Carmichael". |
| Essence | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| Federal Insurance Company | MO represents Federal Insurance Company in various matters, none of which are related to the Debtors. |
| Fried, Frank, Harris, Shriver & Jacobson LLP | MO works in parallel with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP in various matters, none of which are related to the Debtors. |
| Google Inc. | MO represents Google Inc. in various matters, none of which relate to the Debtors. |
| Howard Kennedy | MO works in parallel with the law firm of Howard Kennedy LLP on various matters, none of which are related to the Debtors. |
| IBM | MO represents various IBM entities in various matters, none of which relate to the Debtors. |

| | |
|---|---|
| Internal Revenue Service | The Internal Revenue Service has been a related party on various matters which MO has been involved in, none of which relate to the Debtors. |
| Interpublic Group of Companies | MO has acted on various matters involving Interpublic Group, none of which relate to the Debtors. |
| James Baker | MO represented an individual by the name of James Baker in a matter unrelated to the Debtors.  We were unable to determine whether this matter relates to the same "James Baker". |
| James Cooke | An individual by the name of James Cooke was a related party to various matters, none of which relate to the Debtors.  We were unable to determine whether these matters relate to the same "James Cooke". |
| John Duncan | An individual by the name of John Duncan was a related party in a matter unrelated to the Debtors.  We were unable to determine whether this matter relates to the same "John Duncan". |
| Latham & Watkins | MO works in parallel with the law firm of Latham & Watkins on various matters, none of which relate to the Debtors. |
| Mark O'Neill | We have acted for multiple clients with the name "Mark O'Neill".  Based on the information provided, we were unable to determine whether these matters relate to the same "Mark O'Neill".  None of these matters relate to the Debtors. |
| Mark Wilson | An individual by the name of Mark Wilson was a related party in various matters, none of which relate to the Debtors.  We were unable to determine whether these matters relate to the same "Mark Wilson". |
| Michael "Massoud" Martin | MO represented an individual by the name of Michael Martin in a matter unrelated to the Debtors.  We were unable to determine whether this matter relates to the same "Michael Martin". |
| Mullen | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| National Union Fire Insurance Co. of Pittsburgh PA | The entity has been a related party on a matter which MO has been involved in, which does not relate to the Debtors. |
| Nick Wong Photography | Nick Wong Photography has been a related party on two matters that MO advised on, none of which relate to |

| | the Debtors. |
|---|---|
| Omnicom Group | MO acted on a matter involving Omnicom Europe Limited, which did not relate to the Debtors. |
| Proskauer Rose LLP | MO works in parallel with the law firm of Proskauer Rose LLP on various matters, none of which relate to the Debtors. |
| Publicis Groupe | MO acted on a matter involving Publicis Graphics Group Holding SA, which did not relate to the Debtors. |
| Puja Patel | An individual by the name of Puja Patel was a related party in a matter unrelated to the Debtors.  We were unable to determine whether these matters relate to the same "Puja Patel". |
| Riemer & Braunstein, LLP | MO works in parallel with the law firm of Riemer & Braunstein LLP on various matters, none of which relate to the Debtors. |
| Robert Gonzalez | MO represented an individual by the name of Robert Gonzalez in a matter unrelated to the Debotrs.  We were unable to determine whether these matters relate to the same "Robert Gonzalez". |
| Ropes & Gray LLP | MO works in parallel with the law firm of Ropes & Gray LLP on various matters, none of which relate to the Debtors. |
| Schulte Roth & Zabel LLP | MO works in parallel with the law firm of Schulte Roth & Zabel LLP on various matters, none of which relate to the Debtors. |
| Silicon Valley Bank | MO represents Silicon Valley Bank in various matters, none of which relate to the Debtors. |
| Sullivan & Cromwell LLP | MO works in parallel with Sullivan & Cromwell LLP on various matters, none of which relate to the Debtors. |
| WPP | MO represents WPP plc and its affiliates and directors in various matters, none of which are related to the Debtors. |