ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
Stacy A. Dasaro
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Gawker Media LLC., *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) SALE TRANSACTION AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on August 22, 2016, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (A) Authorizing The Sale Of Substantially All of The Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests And Encumbrances, (B) Approving The Asset Purchase Agreement and (C) Authorizing The Debtors to Assume and Assign Certain Executory Contracts And Unexpired Leases* [Docket No. [214] (the "Sale Order").[2]  The Sale Order authorized the sale of substantially all of the assets of Gawker Media LLC, Gawker Media Group, Inc. and Kinja Kft.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used herein but not otherwise define shall have the meaning ascribed to them in the Sale Order.

(collectively, the "Debtors") to UniModa, LLC. (the "Buyer"), a wholly-owned subsidiary of Univision Communications Inc. pursuant to the terms of that certain Asset Purchase Agreement dated as of August 17, 2016 (the "APA"). A copy of the APA is attached as Exhibit 1 to the Sale Order. The Sale Order may be obtained free of charge at:

https://cases.primeclerk.com/gawker/Home-DocketInfo.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the APA, the Buyer delivered to the Debtors a list of unexpired leases and executory contracts that the Buyer elected to be treated as Designated Contracts (as such term is defined in the APA) [Docket No. 193] (such list, the "Closing Designated Contracts List"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, on the Closing Date (as such term is defined in the APA), the Debtors will assume and assign to the Buyer those contracts identified in the Closing Designated Contracts List, and Buyer shall accept the assignment of and assume all such contracts.

**PLEASE TAKE FURTHER NOTICE** that the Buyer will pay all Cure Amounts (as defined in the Sale Order, and in the amounts specified Exhibit 3 to the Sale Order, which are identical to the amounts set forth on the Closing Designated Contracts List), subject to the terms of the APA, to the counterparties of the assumed and assigned contracts on the Closing Designated Contracts List.

Dated: August 24, 2016
       New York, New York

                        */s/ Gregg M. Galardi*
                        ROPES &GRAY LLP
                        Gregg M. Galardi
                        Jonathan P. Gill
                        Jonathan M. Agudelo
                        1211 Avenue of the Americas
                        New York, NY 10036-8704
                        Telephone: (212) 596-9000
                        Facsimile: (212) 596-9090
                        gregg.galardi@ropesgray.com
                        jonathan.gill@ropesgray.com
                        jonathan.agudelo@ropesgray.com

                        *Counsel to the Debtors*
                        *and Debtors in Possession*

## **Exhibit A**

Closing Designated Contracts List

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 1. | 1475 | Agreement of Lease | • 114 Fifth Avenue Ground Lessee LLC. (VEN0973) | $7,078.95 | **ACCEPT** |
| 2 | 1890 | Lease and Guaranty | • 114 Fifth Avenue Ground Lessee LLC. (VEN0977)<br>• 114 Owner LP (VEN0978) | $0.00 | **ACCEPT** |
| 3. | 1486 | Partial Surrender Agreement - 4th Floor of 114 Fifth Avenue, dated 12/21/15 | • 114 Fifth Owner LP (VEN0975)<br>• 114 Fifth Avenue Ground Lessee, LLC. (VEN0976) | $0.00 | **ACCEPT** |
| 4. | 1891 | Lease and Guarantor Aggreement | • 114th Avenue Ground Lessee Group LLC (VEN0979)<br>• 114 Owner LP (VEN0980) | $0.00 | **ACCEPT** |
| 14 | 1476 | California Commercial Lease Agreement - 3293 Paific Ave., Long Beach, CA 90807 | • 3293 Pacific LLC (VEN0327) | $0.00 | **ACCEPT** |
| 66. | 1268 | Amendment effective as of 3/15/2015 | • Ad-Juster, Inc. (VEN0116) | $0.00 | **ACCEPT** |
| 67. | 1525 | Amendment effective as of 3/15/2016 | • Ad-Juster, Inc. (VEN0116) | $8,280.00 | **ACCEPT** |
| 68 | 1995 | Amendment to License Agreement, effective 3/15/12 | • Ad-Juster, Inc. (VEN0116) | $0.00 | **ACCEPT** |
| 74 | 1039 | Google Services Agreement dated 4/8/2013 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 77 | 1065 | Pixel Media Advertising Sales Representation Agreement | • Adsfactor Holdings Limited (VEN0088)<br>• Pixel Media Asia Limited (VEN0089) | $0.00 | **ACCEPT** |
| 79. | 1575 | Marketplace by AdTech Publisher Terms and Conditions | • Adtech US, Inc. (VEN0120)<br>• Adtech US, Inc. (VEN0651) | $0.00 | **ACCEPT** |
| 85. | 1642 | Megbizasi Szerzodes | • All You Can Move SportPass Europe (VEN0439) | $0.00 | **ACCEPT** |
| 95 | 1010 | Amazon Associates Program Amendment Notice dated 10/8/2015 | • Amazon Services LLC (VEN0001) | $0.00 | **ACCEPT** |
| 96. | 1012 | MASTER TERMS AND CONDITIONS FOR INTERNET ADVERTISING Effective date 4/24/2013 | • Amazon Services LLC (VEN0001) | $0.00 | **ACCEPT** |
| 104 | 1478 | Supplementation of the Lease Agreement - J-1062 Budapest, Andrassy ut 66, lot No. 28715 | • Andrassy Palota Ingatlanforgalmazo (VEN0967) | $0.00 | **ACCEPT** |
| 105. | 1479 | Amendment No. 2 to the Lease Agreement | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0968) | $0.00 | **ACCEPT** |
| 106. | 1480 | Lease - property H-1062 Budapest, Andrassy ut 66, lot No. 28715 | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0969) | $0.00 | **ACCEPT** |
| 108. | 1712 | Lease Agreement, dated 2/17/15 | • Andrassy Palota Ingatlanforgalmazo Kft. (VEN0971) | $0.00 | **ACCEPT** |
| 109. | 1723 | Amendment No. 2 to the Lease Agreement, dated 2/17/15 | • Andrassy Palota Kft. (VEN0333) | $0.00 | **ACCEPT** |
| 111. | 1713 | Supplementation of the Lease Agreement dated 2/24/2015 | • Andrassy Palota Kft. (VEN0333) | $0.00 | **ACCEPT** |
| 112. | 1724 | Sublease Agreement | • Andrassy Palota Kft. (VEN0333)<br>• Brody ArtYard Kft. (VEN0456) | $0.00 | **ACCEPT** |
| 114. | 1279 | Seller Master Agreement effective date 2/11/2016 | • AOL Advertising Inc. (VEN0125) | $24,615.19 | **ACCEPT** |
| 163. | 1570 | Amendment to the Standard Terms and Conditions for Internet Advertising | • Cadreon, LLC. (VEN0355) | $0.00 | **ACCEPT** |
| 164 | NA | Standard Terms and Conditions for Internet Advertising | • Cadreon, LLC. (VEN0355) | $0.00 | **ACCEPT** |
| 167 | 2048 | Invoice, Sales Order #HBKK393 | • CDW Direct (VEN0679) | $589.85 | **ACCEPT** |
| 170 | 1154 | Terms of Use | • Cloudinary Ltd. (VEN0167) | $60,186.27 | **ACCEPT** |
| 172. | 1161 | Dedicated Internet Access Customer Order Form/ Netwrok Services Terms & Conditions | • Cogent Communications, Inc. (VEN0012) | $1,299.99 | **ACCEPT** |
| 204. | 1962 | Customer Subscriber Agreement, Account DG43238 | • DataGram (VEN0013) | $19,504.52 | **ACCEPT** |
| 205. | 1162 | Invoice/ Customer Subscriber Agreement | • DataGram (VEN0013) | $0.00 | **ACCEPT** |
| 206 | 1477 | Master Service Agreement dated 8/13/2012 | • Datagram Incorporated (VEN0328) | $0.00 | **ACCEPT** |
| 216. | 1668, 1670, 1769, 1290, N/A | DoubleClick Advertising Platform Agreement dated as of 10/1/2013<br>• Order Form - DFP Audience Management Service effective date 10/1/2013<br>• Order Form - DART/DoubleClick for Publishers Service effective date 10/1/2013<br>• Order Form - Google Analytics Premium Service effective date 8/1/2014<br>• Order Form - Data Analysis effective date 4/14/2015 | • Google Inc. (VEN0022) | $110,951.48 | **ACCEPT** |
| 227 | 1228 | Promotion and/or Shop Agreement dated 9/2/2015 | • DreamHost (VEN0081) | $0.00 | **ACCEPT** |
| 246. | 2007 | Office Backup Network | • Enternet 2001 Kft. (VEN0620) | $0.00 | **ACCEPT** |
| 261. | 1813 | Facebook Live Beta Program Signed Terms | • Facebook, Inc. (VEN0006) | $0.00 | **ACCEPT** |

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 262. | 1036 | Instant Article Terms v.10.16.2015 | • Facebook, Inc. (VEN0006)<br>• Facebook Ireland Limited (VEN0007) | $0.00 | **ACCEPT** |
| 263 | 1172 | Instant Article Terms v.10.16.2015 | • Facebook, Inc. (VEN0006)<br>• Facebook Ireland Limited (VEN0007) | $0.00 | **ACCEPT** |
| 266 | 1163 | Service Order dated 4/10/2015 | • Fastly, Inc. (VEN0014) | $53,869.22 | **ACCEPT** |
| 298. | 1667 | Trademark and Domain Name License Agreement for Gizmodo, Kotaku, and LifeHacker in the United Kingdom | • Future Publishing Limited (VEN0422) | $0.00 | **ACCEPT** |
| 299 | 1816 | Content License Agreement for Gizmodo, Kotaku, and Lifehacker in the United Kingdom | • Future Publishing Limited (VEN0671) | $0.00 | **ACCEPT** |
| 300. | 1815 | Trademark, Domain Names and Secondary Domain Names License Agreement for Gizmodo, Kotaku, and Lifehacker in the United Kingdom | • Future Publishing Limited (VEN0671) | $0.00 | **ACCEPT** |
| 312. | 1933 | Getty Images' North America Editorial Subscription and Premium Access License Agreement | • Getty Images (US), Inc. (VEN0580) | $19,292.00 | **ACCEPT** |
| 315. | 1793 | Managed SSL Service Agreement- Version 1.1 | • GlobalSign (VEN0493) | $0.00 | **ACCEPT** |
| 319. | 1819 | Content Hosting Services Agreement dated as of February 25, 2015 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 320 | 1838 | Google AdSense Online Terms of Service | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 322. | 1170 | Publisher Current Agreement<br>• Google-Sold Ads Agreement dated 2/3/2014 | • Google Inc. (VEN0022) | $0.00 | **ACCEPT** |
| 327. | 1662 | Advertising Representation Agreement, dated 1/1/13 | • Gorilla Nation Media, LLC (VEN0072) | $0.00 | **ACCEPT** |
| 346. | 1183 | Promotion and/or Shop Agreement | • Happ Socks AB (VEN0767) | $0.00 | **ACCEPT** |
| 347 | 1216 | Promotion and/or Shop Agreement | • Happy Socks (VEN0040) | $0.00 | **ACCEPT** |
| 349. | 1218 | Promotion and/or Shop Agreement | • HelloFresh (VEN0074) | $0.00 | **ACCEPT** |
| 350 | 1220 | Referral Partner Agreement | • Hostgator.com, LLC. (VEN0076) | $0.00 | **ACCEPT** |
| 351. | 1221 | Affiliate Agreement | • Huckberry (VEN0077) | $0.00 | **ACCEPT** |
| 352. | 1928 | Insurance Policy | • Hudson Insurance Company (VEN0596)<br>• Euclid Managers, LLC (VEN0647) | $0.00 | **ACCEPT** |
| 353. | 1928 | Insurance Policy, #ELW112704 | • Hudson Insurance Company (VEN0596)<br>• Euclid Managers, LLC (VEN0647) | $0.00 | **ACCEPT** |
| 354. | 1530 | Connected Services Policy, #ELW112704 | • Hudson Insurance Company (VEN0645)<br>• Euclid Managers, LLC (VEN0646) | $0.00 | **ACCEPT** |
| 357. | 1186 | Promotion and/or Shop Agreement | • IDrive Inc. (VEN0042) | $0.00 | **ACCEPT** |
| 362 | 1274 | Master Service Agreement | • Index Exchange Inc. (VEN0121) | $0.00 | **ACCEPT** |
| 416 | 1968 | Enterprise Edition and Ads Edition Addendum to JW Player Terms of Service | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 417. | 1967 | Order Form dated 10/30/2015 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 418. | 1156 | Order Form dated 2/23/16 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $12,791.44 | **ACCEPT** |
| 419 | 1969 | Order Form dated 2/23/2016 | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 420. | NA | Terms of Service | • JW Player / LongTail Ad Solutions, Inc. (VEN0037) | $0.00 | **ACCEPT** |
| 441. | 1292 | Advertising Insertion Order | • Kargo Global, Inc. (VEN0131) | $4,000.00 | **ACCEPT** |
| 446 | 1257 | Promotion and/or Shop Agreement | • Kid Thursday LLC., dba Status Audio (VEN0059) | $0.00 | **ACCEPT** |
| 447. | 1781 | Kixer Publisher Agreememt effective date 9/10/2015 | • Kixer (VEN0078) | $0.00 | **ACCEPT** |
| 448. | 1280 | Krux Digital, Inc. Service Order #2 effective 12/31/2014 | • Krux Digital, Inc. (VEN0126) | $38,893.32 | **ACCEPT** |
| 459. | 1211 | Agreement | • LendingTree, LLC. (VEN0069) | $0.00 | **ACCEPT** |
| 463. | 1702 | Development Agreement | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 464. | 1709 | Development Agreement Change | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 465. | 1729 | Development Agreement Change - contractor fee | • Linked Sro. (VEN0457) | $0.00 | **ACCEPT** |
| 466. | 1278 | LiveIntent's Plattform Agreement and Addendum to the IAB AAAA's Terms and Conditions | • LiveIntent, Inc. (VEN0124) | $0.00 | **ACCEPT** |
| 467. | 1276 | Agreement for Yield Management Services | • LiveRail, Inc. (VEN0122) | $0.00 | **ACCEPT** |
| 468. | 1275 | LiveRail Master Services Agreement | • LiveRail, Inc. (VEN0122) | $0.00 | **ACCEPT** |
| 509 | 1930 | "Meet Point Room" License Agreement | • Market Halsey Urban Renewal, LLC. (VEN0015) | $0.00 | **ACCEPT** |
| 510. | 1495 | First Amendment to "Meet Point Room" License Agreement, dated 11/3/15 | • Market Halsey Urban Renewal, LLC. (VEN0015) | $1,770.52 | **ACCEPT** |
| 515 | 1578 | MarkMonitor Master Services Agreement | • MarkMonitor Inc. (VEN0360) | $0.00 | **ACCEPT** |
| 532. | 1935 | Master Services Agreement | • MediaLink LLC (VEN0601)<br>• MediaLink LLC (VEN0658) | $37,800.00 | **ACCEPT** |

16-11700-smb    Doc 193    Filed 08/24/16    Entered 08/24/16 17:05:50    Main Document
Pg 78 of 89

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 534. | 1937 | MediaMind Included Publisher Network - Terms and Conditions | • MediaMind Technologies, Inc. (VEN0603) | $0.00 | **ACCEPT** |
| 535. | 1210 | Online Store Production and Distribution Agreement | • Merch Direct, LLC (VEN0068) <br> • Merch Direct, LLC (VEN0676) | $0.00 | **ACCEPT** |
| 550. | 1539 | Addendum to the Master Services Agreement | • Moat, Inc. (VEN0340) | $13,288.44 | **ACCEPT** |
| 551 | 1565 | Master Services Agreement | • Moat, Inc. (VEN0340) | $0.00 | **ACCEPT** |
| 552. | 1977 | Master Services Agreement - Moat Pro (Duplicate of Contract ID No. 2000) | • Moat, Inc. (VEN0340) | $0.00 | **ACCEPT** |
| 553. | 1171 | Termsheet, effective 7/1/2013 | • Mobiles Republic, Inc. (VEN0025) | $0.00 | **ACCEPT** |
| 567. | 1077 | Digital Advertising Sales Representation Agreement | • Nervora Digital Media Group, FZ-LLC (VEN0099) | $0.00 | **ACCEPT** |
| 585. | 1864 | SERVICE AGREEMENT, effective 1/26/16 | • NSONE, Inc. (VEN0551) | $4,680.00 | **ACCEPT** |
| 588. | 1900 | Non-Exclusive Synchronization / Master Use Blanket License Agreement | • Ole Media Management L.P. dba Jingle Punks (VEN0581) <br> • OLE Media Management (GP) L.P. (VEN0582) <br> • OLE Media Management (GP) Inc. (VEN0583) | $0.00 | **ACCEPT** |
| 591. | 2002 | Operative Contract Renewal Update | • Operative Media, Inc. (VEN0118) | $0.00 | **ACCEPT** |
| 592. | 2001 | Operative.One Digitial Standard Schedule | • Operative Media, Inc. (VEN0118) | $3,546.00 | **ACCEPT** |
| 596. | 1165 | Optimizely Order Form, dated 6/15/2015 | • Optimizely, Inc. (VEN0017) | $2,402.27 | **ACCEPT** |
| 620 | 1803 | Parse.ly Order Form and Agreement | • Parsely, Inc. (VEN0505) | $0.00 | **ACCEPT** |
| 632 | 1984 | Current News License Agreement | • Press Association, Inc. (VEN0579) | $0.00 | **ACCEPT** |
| 633. | 1903 | First Amendment to Current News License Agreement | • Press Association, Inc. (VEN0579) | $0.00 | **ACCEPT** |
| 635 | 1898 | Second Amendment to Current News License Agreement | • Press Association, Inc. (VEN0579) | $1,091.99 | **ACCEPT** |
| 679. | 1792 | Professional Services Letter Agreement dated 5/22/2013 | • Salesforce.com, Inc. (VEN0491) | $0.00 | **ACCEPT** |
| 685. | 1246 | Partner Program Agreement | • Shopify (VEN0100) | $0.00 | **ACCEPT** |
| 686. | 1808 | Partner Program Agreement | • Shopify (VEN0100) | $0.00 | **ACCEPT** |
| 687. | 2022 | Extension of existing contract. | • Shoretel Sky (VEN0674) | $926.87 | **ACCEPT** |
| 697. | 1282 | Skimlinks Publisher Agreement | • SkimBit LTD. (VEN0127) | $0.00 | **ACCEPT** |
| 698 | 1851 | Terms of Service | • Slack (VEN0538) | $0.00 | **ACCEPT** |
| 699. | 1199 | Promotion and/or Shop Agreement | • SmartFX (VEN0102) | $0.00 | **ACCEPT** |
| 700. | 1249 | Promotion and/or Shop Agreement | • SmartFX (VEN0102) | $0.00 | **ACCEPT** |
| 703. | NA | Service Agreement dated 2/1/2012 | • SocialFlow Services (VEN0744) | $0.00 | **ACCEPT** |
| 706. | 1524 | Agreement for Professional Services, entered as of 4/1/2016 | • Specless, Inc. (VEN0631) | $29,250.00 | **ACCEPT** |
| 708. | 1271 | Consent and Agreement for Assignment, original agreement dated 6/18/2015 | • Specless, LLC. (VEN0119) <br> • Specless, Inc. (VEN0631) | $0.00 | **ACCEPT** |
| 720. | 1254 | Referral Partner Program- Term Sheet | • Squarespace, Inc. (VEN0106) | $0.00 | **ACCEPT** |
| 722 | 1910 | Order Form, contract start date 6/1/2015 | • Staq, Inc. (VEN0331) | $10,237.50 | **ACCEPT** |
| 723. | 1909 | Order Form, contract start date 6/1/2015 | • Staq, Inc. (VEN0331) | $0.00 | **ACCEPT** |
| 729. | 2023 | Advertising Agreement (development and technical production) | • Submersive Media (VEN0655) | $8,385.71 | **ACCEPT** |
| 731 | 2005 | Assignment Agreement | • Szatmári Ferenc (VEN0622) | $0.00 | **ACCEPT** |
| 742. | 1293 | Amedment to Taboola Publisher Agreement | • Taboola Inc. (VEN0132) | $0.00 | **ACCEPT** |
| 743 | 1294 | Taboola Publisher Agreement | • Taboola Inc. (VEN0132) | $0.00 | **ACCEPT** |
| 752 | 1784 | Promotion and/or Shop Agreement | • TGT (VEN0111) | $0.00 | **ACCEPT** |
| 761 | 1288 | Guaranteed Orders Service Addendum | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 762. | 1042 | Guaranteed Orders Service Addendum to the AAC Platform Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 763. | 1041 | Rubicon Project Platform AAC Access and Services Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 764. | 1287 | Rubicon Project Platform AAC Access and Services Agreement | • The Rubicon Project, Inc. (VEN0039) | $0.00 | **ACCEPT** |
| 778. | 1866 | Order Form and Service Agreement, Terms and Conditions | • Time Warner Cable Enterprises LLC (VEN0553) | $0.00 | **ACCEPT** |
| 779 | 1066 | Trademark, Domain Name(s) and Secondary Domain Name(s) License Agreement, commencement date 1/1/2013 | • Times Internet Limited (VEN0090) <br> • Times Internet Limited (VEN0130) | $0.00 | **ACCEPT** |
| 780. | 1067 | Website Content License Agreement, commencement date 1/1/2013 | • Times Internet Limited (VEN0090) <br> • Times Internet Limited (VEN0130) | $0.00 | **ACCEPT** |
| 797. | 2049 | Video Storage and Hosting March through December 2016 | • Viddler, Inc. (VEN0143) | $1,000.00 | **ACCEPT** |
| 813. | 1263 | Promotion and/or Shop Agreement | • Waves Gear, LLC. (VEN0114) | $0.00 | **ACCEPT** |
| 814. | 1775 | Promotion and/or Shop Agreement | • WavesGear (VEN0511) | $0.00 | **ACCEPT** |

| No. | Contract ID | Contract Description | Counter Party(ies) and Vendor ID | Cure Amount (USD) | Contract Designation as of August 15, 2016 |
|---|---|---|---|---|---|
| 815 | 1494 | WeWork Membership Agreement - Terms and Conditions | • WeWork (VEN0924) | $0.00 | **ACCEPT** |
| 816. | 1481 | License Agreement - office space at 7083 Hollywood Blvd, Los Angeles, CA 90028 | • WeWork LA LLC (VEN0345) | $0.00 | **ACCEPT** |
| 821 | 1926 | Agency Agreement, entered 3/1/2011 | • Wright's Media, LLC. (VEN0021) | $0.00 | **ACCEPT** |
| 822. | 1529 | Collective Bargaining Agreement | • Writers Guild of America, East (VEN0332) | $0.00 | **ACCEPT** |
|  | N/A | Master Subscription Agreement dated May 1, 2015 | Fastly, Inc. (VEN0014) | $0.00 | **ACCEPT** |