## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GAWKER MEDIA, LLC, | ) Case No. 16-11700-SMB-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR
### PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at sdnyecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Steven A. Ginther, PO Box 475, Jefferson City, MO 65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Chris Koster, Attorney General
State of Missouri

By: /s/ Steven A. Ginther
Steven A. Ginther, Mo. Bar #
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on August 25, 2016.

/s/ Steven A. Ginther