UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                             :    Chapter 11
                                                  :
GAWKER MEDIA LLC, *et al.*,[1]                    :    Case No. 16-11700 (SMB)
                                                  :
                    Debtors.                      :    (Jointly Administered)

---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) on August 24, 2016 by the method set forth on the Master Service List attached hereto as **Exhibit A,** 2) on August 24, 2016 via First Class Mail on the Assumption Parties Service List attached hereto as **Exhibit B,** and 3) on August 25, 2016 via First Class Mail on the Additional Assumption Parties Service List attached hereto as **Exhibit C**:

- Notice of (A) Sale Transaction and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 223]

Dated: August 26, 2016

/s/ Ingamar D. Ramirez
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 26, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 10458-1

**Exhibit A**

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| DIP Agent/Collateral Agent | Cerberus Business Finance LLC | Attn: Kevin Genda<br>875 Third Avenue<br>12th Floor<br>New York NY 10022 | kgenda@cerberuscapital.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 2

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | greg.zipes@usdoj.gov<br>susan.arbeit@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

**<u>Exhibit B</u>**

Exhibit B
Assumption Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 114 Fifth Avenue Ground Lessee LLC. | Attn: General Counsel | 114 Fifth Avenue | | | New York | NY | 10011 | |
| 114 Fifth Avenue Ground Lessee LLC. | L&L Holding Company | Attn: General Counsel | 142 West 57th street | | New York | NY | 10019 | |
| 114 Fifth Avenue Ground Lessee, LLC. | Wilk Auslander | Attn: General Counsel | 1515 Broadway | | New York | NY | 10036 | |
| 114 Fifth Avenue Owner LLC | c/o Haynes and Boone, LLP | Attn: Noah Shapiro | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | |
| 114 Fifth Avenue Owner LLC | c/o Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | |
| 114 Fifth Owner LP | c/o L&L Holding Company, LLC | 142 West 57th Street | | | New York | NY | 10019 | |
| 114 Fifth Owner LP | c/o Wilk Auslander LLP | Attn: Jonathan K. Bright | 1515 Broadway | | New York | NY | 10036 | |
| 114 Fifth Owner LP | L&L Holding Company, LLC. | Attn: General Counsel | 142 West 57th Street | | New York | NY | 10019 | |
| 114th Avenue Ground Lessee Group LLC | c/o Allianz Real Estate of America LLC. | 114th Fifth Avenue | | | New York | NY | 10011 | |
| 3293 Pacific LLC | Attn: General Counsel | 3293 Pacific Ave. | | | Long Beach | CA | 90807 | |
| 3293 Pacific LLC (LA Office) | Matthew Simon | 3293 Pacific Ave | | | Long Beach | CA | 90807 | |
| Ad-Juster, Inc | 13280 Evening Creek DR S STE 100 | | | | San Diego | CA | 92128-4109 | |
| Ad-Juster, Inc. | c/o Mr. Michael Lewis | 12741 Treeridge Terrace | | | Poway | CA | 92064 | |
| Ad-Juster, Inc. (media) | Attn: Michael Lewis | 13280 Evening Creek Dr. S | Suite 100 | | San Diego | CA | 92128 | |
| Adsfactor Holdings Limited | Attn:  General Counsel | Two Landmark East | 100 How Ming Street | Suites 2601-02, 26/F | Kwun Tong Kowloon | | | Hong Kong |
| Adtech US, Inc. | AOL Advertising General Counsel | 22000 AOL Way | | | Dulles | VA | 20166 | |
| Adtech US, Inc. | Attn: General Counsel | 770 Broadway | 6th Floor | | New York | NY | 10003 | |
| All You Can Move SportPass Europe | Karolyi Mihaly itca 11. I. Ihaz. 3. | 01-09-176498 | | | Budapest | | 1053 | Hungary |
| Amazon | Jacqueline Hamilton | 410 Terry Ave North | | | Seattle | WA | 98109 | |
| Amazon Services, LLC | P.O. Box 81226 | | | | Seattle | WA | 98108-1226 | |
| Amazon Web Services, Inc | Attn. General Counsel | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | |
| Amazon.com, Inc. | Attn: General Counsel | 1200 - 12th Avenue South, Suite 1200 | | | Seattle | WA | 98144-2734 | |
| Amazon.com, Inc. | Attn: General Counsel | P.O. Box 81226 | | | Seattle | WA | 98108-1226 | |
| Andrassy Palota Ingatlanfogalmazo Kft | Tatra u. 11. | | | | | | | Hungary |
| Andrassy Palota Ingatlanforgalmazo | Attn: General Counsel | Mariassy | u. 7 | | Budapest | | 1095 | Hungary |
| Andrassy Palota Ingatlanforgalmazo Kft. | Attn: General Counsel | Mariassy | u. 7 | | Budapest | | 1095 | Hungary |
| Andrassy Palota Ingatlanforgalmazo Kft. | Attn: Norbert Schomer and Borbala Csuhay | Mariassy | u. 7 | | Budapest | | H-1095 | Hungary |
| Andrassy Palota Kft | Andrassy Palota Ingatlanforgalmazo Kft. | Attn: General Counsel | Vörösmarty utca 38. | u. 7 | Budapest | | 1064 | Hungary |
| Andrássy Palota Kft. | 1095 Budapest, Máriássy u. 7 | | | | | | | Hungary |
| Andrássy Palota Kft. | Máriássy u. 7 | | | | Budapest | | 1095 | Hungary |
| AOL Advertising | 770 Broadway | | | | New York | NY | 10003 | |
| AOL Advertising | Attn: General Counsel | 770 Broadway | | | New York | NY | 10003 | |
| AOL Advertising | General Post Office | PO Box 5696 | | | New York | NY | 10087 | |
| AOL Advertising Inc. | 770 Broadway | | | | New York | NY | 10003 | |
| AOL Advertising, Inc. | Attn: General Counsel | 770 Broadway | | | New York | NY | 10003 | |
| AOL Advertising, Inc. | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | |
| Cadreon, LLC. | 653 Front Street | | | | San Francisco | CA | 94111 | |
| CDW Direct | 200 N. Milwaukee Ave | | | | Vernon Hills | IL | 60061 | |
| CDW Direct | Attn: Elizabeth Tran | PO Box 75723 | | | Chicago | IL | 60675-5723 | |
| CDW Direct | Attn: General Counsel | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| CDW Direct | P.O. Box 75723 | | | | Chicago | IL | 60675 | |
| CDW, LLC | Attn: Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| Cloudinary Ltd. | 111 W Evelyn Ave., Suite 206 | | | | Sunnyvale | CA | 94086 | |
| Cloudinary Ltd. | 111 W. Evelyn Ave. | Suite 206 | | | Sunnyvale | CA | 94086 | |
| Cloudinary Ltd. | 2421 Park Blvd. | Suite A202 | | | Palo Alto | CA | 94306 | |
| Cloudinary Ltd. | Attn: General Counsel | 111 W. Evelyn Ave. | Suite 206 | | Sunnyvale | CA | 94086 | |
| Cogent Communications | 2450 N Street NW | | | | Washington | DC | 20037 | |
| Cogent Communications | Attn: General Counsel | 2450 N Street NW | | | Washington | DC | 20037 | |
| Cogent Communications | Attn: General Counsel | 25 Broadway | | | New York | NY | 10004 | |
| Cogent Communications | Attn: General Counsel | PO Box 791087 | | | Baltimore | MD | 21279 | |
| Cogent Communications | PO Box 791087 | | | | Baltimore | MD | 21279 | |
| Cogent Communications, Inc. | Attn: General Counsel | 1015 31st Street | | | Washington | DC | 20007 | |
| DataGram | 33 Whitehall Street, 25th Floor | | | | New York | NY | 10004 | |
| DataGram | 500 West Madison Street | Suite 801 | | | Chicago | IL | 60661 | |
| DataGram | Attn: General Counsel | 375 Pearl St | | | New York | NY | 10038 | |
| Datagram Incorporated | Attn: Legal Department | 33 Whitehall Street, 25th Floor | | | New York | NY | 10004 | |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 4

Exhibit B
Assumption Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| DreamHost | Attn: General Counsel | 135 S. State College Blvd | | | Brea | CA | 90821 | |
| EnterNet 2001 Kft. | Attn: General Counsel | Vaci ut 188 | | | Budapest | | 1138 | Hungary |
| EnterNet 2001 Kft. | Váci út 19 | | | | Budapest | | 1134 | Hungary |
| Facebook, Inc. | Attn: General Counsel | 1 Hacker Way | | | Menlo Park | CA | 94025 | |
| Fastly | 475 Brannan St, Ste 320 | | | | San Francisco | CA | 94107 | |
| Fastly | DEPT LA 24348 | | | | Pasadena | CA | 91185-4348 | |
| Fastly, Inc. | Attn: General Counsel | 475 Brannan St, Ste 320 | | | San Francisco | CA | 94107 | |
| Fastly, Inc. | c/o Bialson, Bergen & Schwab | Attn: Thomas M. Gaa | 633 Menlo Avenue, Ste 100 | | Menlo Park | CA | 94025 | |
| Fastly, Inc. | c/o Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab & Thomas M. Gaa | 2600 El Camino Real, Suite 300 | | Palo Alto | CA | 94306 | |
| Fastly, Inc. | P.O. Box 78266 | | | | San Francisco | CA | 94107 | |
| Ferenc, S. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Future Publishing Limited | Attn: General Counsel | Beauford Court | 30 Monmouth Street | | Bath | | BA1 2BW | United Kingdom |
| Future Publishing Limited | Attn: General Counsel | Quay House, The Ambury | | | Bath | | BA1 1UA | United Kingdom |
| Getty Images | 605 5th Avenue South | Suite 400 | | | Seattle | WA | 98104 | |
| Getty Images | Attn: General Counsel | 605 5th Avenue South | Suite 400 | | Seattle | WA | 98104 | |
| Getty Images | PO Box 953604 | | | | Saint Louis | MO | 63195 | |
| Getty Images (US), Inc. | Attn: General Counsel | 75 Varick Street | 5th Floor | | New York | NY | 10013 | |
| GlobalSign | Two International Drive | Suite 150 | | | Portsmouth | NH | 03801 | |
| Google Inc. | Attn: Legal Dept. | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Google Inc. | c/o White and Williams LLP | Attn: Rafael Vergara, Esq. | 7 Times Square, Suite 2900 | | New York | NY | 10036-6524 | |
| Google Inc. | Nikesh Arora | SVP and Chief Business Officer | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Google Inc. (DoubleClick) | Attn: General Counsel | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Google Inc. (DoubleClick) | Dept. 33654 | P.O. Box 39000 | | | San Francisco | CA | 94139 | |
| Google, Inc. | David Curtin | 1600 Amphitheatre Pkwy | | | Mountian View | CA | 94043 | |
| Google, Inc. (Analytics) | Attn: General Counsel | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Google, Inc. (Analytics) | Dept. 33654 | P.O. Box 39000 | | | San Francisco | CA | 94139 | |
| Gorilla Nation Media, LLC | Attn: Walder Amaya | 5140 W. Goldleaf Circle | 3rd Floor | | Los Angeles | CA | 90056 | |
| Happy Socks | Attn: General Counsel | Kungsgatan 12 | | | Stockholm | | 11135 | Sweden |
| Happy Socks AB | Attn: General Counsel | 12-14 Kungsgatan | | | Stockholm | | 11135 | Sweden |
| HelloFresh | Attn: General Counsel | 85 Broad St. | 18th Floor | | New York | NY | 10004 | |
| Hostgator.com, LLC. | Attn: General Counsel | 2500 Ridgepoint Drive | | | Austin | TX | 78754 | |
| Huckberry | 290 Utah Street | | | | San Francisco | CA | 94103 | |
| Hudson Insurance Company | 100 William Street, 5th Floor | | | | New York | NY | 10038 | |
| Hudson Insurance Company | 100 William St | | | | New York | NY | 10038 | |
| IDrive Inc. | Attn: General Counsel | 26115 Mureau Rd | Suite A | | Calabasas | CA | 91302 | |
| Index Exchange Inc. | Attn: Joe Casale | 74 Wingold Ave | | | Toronto | ON | M6B 1P5 | Canada |
| JW Player (Longtail Ad Solutions, Inc.) | 8 West 38th Street | Floor 6 | | | New York | NY | 10018 | |
| JW Player (Longtail Ad Solutions, Inc.) | Attn: General Counsel | 8 West 38th Street | Floor 6 | | New York | NY | 10018 | |
| JW Player / LongTail Ad Solutions, Inc. | Attn: General Counsel | 8 W 38th St | | | New York | NY | 10018 | |
| Kargo Global, Inc. | Attn: General Counsel | 36 E 12th Street 6th Floor | | | New York | NY | 10003 | |
| Kid Thursday LLC, dba Status Audio | Attn: General Counsel | 9 Binney Lane | | | Old Greenwich | CT | 06870 | |
| Kixer | 4001 W Alameda Ave. | Suite 100 | | | Burbank | CA | 91505 | |
| Krux Digital | 660 4th St, #269 | | | | San Francisco | CA | 94107 | |
| Krux Digital | Attn: General Counsel | 660 4th St, #269 | | | San Francisco | CA | 94107 | |
| Krux Digital, Inc. | Attn: General Counsel | 181 South Park | Suite 200 | | San Francisco | CA | 94107 | |
| LendingTree, LLC. | Attn: General Counsel | 11115 Rushmore Drive | | | Charlotte | NC | 28277 | |
| Linked Sro. | Attn: General Counsel | 41 | | | MatuSkovo | | 92501 | Slovaki |
| Linked Sro. | Attn: General Counsel | 92501 Slovensko | | | MatuSkovo | | 41 | Slovaki |
| LiveIntent, Inc. | Attn: General Counsel | 100 Church St | 7th Floor | | New York | NY | 10007 | |
| LiveRail, Inc. | Attn: Legal/Contracts | 1601 Willow Road | | | Menlo Park | CA | 94025 | |
| Mark Monitor, Inc. | P.O. Box 71398 | | | | Chicago | IL | 60694-1398 | |
| Market Halsey Urban Renewal LLC. | Attn: General Counsel | 165 Halsey Street | A/k/a 109-131 Market Street | 9th Floor | Newark | NJ | 07102 | |
| Market Halsey Urban Renewal, LLC | 112 West 34th Street Ste. 2106 | | | | New York | NY | 10120 | |
| Market Halsey Urban Renewal, LLC | Attn: General Counsel | 112 West 34th Street Ste. 2106 | | | New York | NY | 10120 | |
| Market Halsey Urban Renewal, LLC | Attn: David J. Jemail, Esq. | 110 West 34th Street | 9th floor | | New York | NY | 10001 | |
| Market Halsey Urban Renewal, LLC. | c/o JJ Operating Inc. | Attn: General Counsel | 112 West 34th St. | Suite 2106 | New York | NY | 10120 | |
| Medialink | 1901 Avenue of the Stars | Suite 1775 | | | Los Angeles | CA | 90067 | |
| Medialink | Attn: General Counsel | 1901 Avenue of the Stars | Suite 1775 | | Los Angeles | CA | 90067 | |
| MediaLink LLC | 8687 MelroseAvenue | 8th Floor | | | Los Angeles | CA | 90069 | |
| MediaLink LLC | Attn: General Counsel | 1901 Avenue of the Stars | Suite 1775 | | Los Angeles | CA | 90067 | |

Exhibit B
Assumption Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| MediaLink LLC | Attn: Wenda Harris Millard | 90 Park Avenue, | 20th Floor | | New York | NY | 10016 | |
| Mediamind Tech Inc. - Sales | 135 West 18th Street | 5th Floor | | | New York | NY | 10011 | |
| MediaMind Technologies, Inc. | Attn: General Counsel | 1633 Broadway | | | New York | NY | 10019 | |
| MediaMind Techologies Inc. | P.O. Box 28246 | | | | New York | NY | 10087-8246 | |
| Merch Direct, LLC | Attn: Business Affairs Department | 54 Drexel Drive | | | Bay Shore | NY | 11706 | |
| Merch Direct, LLC | Attn: President | 54 Drexel Drive | | | Bay Shore | NY | 11706 | |
| Moat Inc. | 222 S Albany Street #2 | | | | Ithaca | NY | 14850 | |
| Moat Inc. | 222 S Albany Street | | | | Ithaca | NY | 14850 | |
| Moat Inc. | 28 East 28th Street | | | | New York | NY | 10016 | |
| Moat Inc. | Attn: General Counsel | 126 5th Avenue | 7th Floor | | New York | NY | 10011 | |
| Moat Inc. | Attn: General Counsel | 222 S Albany Street #2 | | | Ithaca | NY | 14850 | |
| Moat, Inc. | Attn: General Counsel | 162 5th Avenue | 11th Floor | | New York | NY | 10011 | |
| Mobiles Republic, Inc. | Attn: General Counsel | 210 Elizabeth St., 3rd floor | | | New York | NY | 10012 | |
| Nervora Digital Media Group, FZ-LLC | Attn: General Counsel | Block #3 | Loft Office Building | Al Sufouh Road | Dubai Media City | | | UAE |
| NSONE Inc. | 16 Beaver Street | 3rd Floor | | | New York | NY | 10004 | |
| NSONE Inc. | Attn: General Counsel | 16 Beaver Street | 3rd Floor | | New York | NY | 10004 | |
| Ole Media Management L.P. dba Jingle Punks | Attn: General Counsel | 266 King Street West | Suite 500 | | Toronto | ON | M5V 1H8 | Canada |
| Operative Media, Inc | Attn: General Counsel | 6 East 32nd Street, 3rd Floor | | | New York | NY | 10016 | |
| Operative Media, Inc | Box 200663 | | | | Pittsburgh | PA | 15251-2662 | |
| Operative Media, Inc. | 6 East 32nd Street | 3rd Floor | | | New York | NY | 10016 | |
| Optimizely, Inc. | 631 Howard Street, Suite 100 | | | | San Francisco | CA | 94105 | |
| Optimizely, Inc. | Attn: General Counsel | 631 Howard Street | Suite 100 | | San Francisco | CA | 94105 | |
| Optimizely, Inc. | DEPT CH 19940 | | | | Palatine | IL | 60055-9940 | |
| Parse LLC | Attn: General Counsel | 1601 Willow Road | | | Menlo Park | CA | 94025 | |
| Parse.ly, Inc. | Attn: General Counsel | 989 Avenue of the Americas | Third Floor | | New York | NY | 10018 | |
| Parse.ly, Inc. | c/o Cooley LLP | Attn: Seth Van Aalten | Robert Winning | 1114 Avenue of the Americas | New York | NY | 10036 | |
| Press Association, Inc. | 450 West 33rd Street | | | | New York | NY | 10001 | |
| Salesforce.com, Inc. | The Landmark @ One Market | Suite 300 | | | San Francisco | CA | 94105 | |
| Shopify | Attn: Legal Department | 150 Elgin Street, Suite 800 | | | Ottawa | ON | K2P 1L4 | Canada |
| ShoreTel Inc. | Attn: General Counsel | 4921 Solution Center | | | Chicago | IL | 60677 | |
| Shoretel Sky | 1385 Broadway | 7th Floor | | | New York | NY | 10118 | |
| SkimBit LTD. | Attn: General Counsel | Transworld House, 100 City Road | | | London | | EC1Y 2BP | United Kingdom |
| Slack | Attn: Legal Department | Slack Technologies, Inc. | 155 5th Street | | San Francisco | CA | 94103 | |
| SmartFX | 601 N.E. 36th street | | | | Miami | FL | 33137 | |
| SmartFX | Attn: General Counsel | 3470 East Coast Ave | | | Miami | FL | 33137 | |
| SmartFX c/o Brainy Labs, LLC | Attn: General Counsel | 3470 East Coast Ave | | | Miami | FL | 33137 | |
| SocialFlow Services | 52 Vanderbilt Ave. | 12th Floor | | | New York | NY | 10017 | |
| SocialFlow, Inc | 52 Vanderbilt Avenue 12th Floor | | | | New York | NY | 10017 | |
| Specless | Attn: General Counsel | 350 North Orleans St | Suite 9000N | | Chicago | IL | 60654 | |
| Specless Inc. | Attn: General Counsel | 350 North Orleans St | Suite 9000N | | Chicago | IL | 60654 | |
| Specless, Inc. | Attn: General Counsel | 643 W. Wellington | Ave #5 | | Chicago | IL | 60657 | |
| Specless, LLC. | Attn: Stephen Corby | 116 West Illinois Street | Suite 5E | | Chicago | IL | 60654 | |
| Squarespace, Inc. | Attn: General Counsel | 459 Broadway | | | New York | NY | 10013 | |
| STAQ, INC. | 44 West 28th Street | 14th Floor | | | New York | NY | 10001 | |
| STAQ, INC. | Attn: General Counsel | 44 West 28th Street | 14th Floor | | New York | NY | 10001 | |
| Staq, Inc. | Attn: General Counsel | 44 West 28th Street | 8th Floor | | New York | NY | 10001 | |
| Submersive Media | 580 Broadway | Suite 905 | | | New York | NY | 10012 | |
| Submersive Media | Attn: General Counsel | 37 E. 28th St. Suite #30 | | | New York | NY | 10016 | |
| Submersive Media | Attn: General Counsel | 580 Broadway, #905 | | | New York | NY | 10012 | |
| Taboola Inc. | Attn: General Counsel | 28 West 23rd Street, 5th Fl | | | New York | NY | 10010 | |
| Taboola, Inc. | 44 West 18th Street | Suite 702 | | | New York | NY | 10011 | |
| TGT | Attn: General Counsel | 63 Flushing Ave. | | | Brooklyn | NY | 11206 | |
| The Rubicon Project, Inc. | Attn: Legal Department | 12181 Bluff Creek Drive | 4th Floor | | Los Angeles | CA | 90094 | |
| Time Warner Cable | PO Box9227 | | | | Uniondale | NY | 11555 | |
| Time Warner Cable Enterprises LLC | Attn: General Counsel | 3179 Erie Blvd E. | | | Syracuse | NY | 13214 | |
| Times Internet Limited | Attn: General Counsel | 10 Darya Ganji | | | New Delhi | | 110002 | India |
| Times Internet Limited | Attn: General Counsel | MPD Tower | Phase-V | Opposite DLF Golf Course | DLF City Gurgaon | Haryana | 122002 | India |
| Viddler Inc. | Attn: General Counsel | 520 Evans Street | | | Bethlehem | PA | 18015 | |
| Viddler, Inc. | 520 Evans Street | Suite 1 | | | Bethlehem | PA | 18015 | |
| Waves Gear, LLC | Attn. General Counsel | 203 N Lasalle St. | M5 | | Chicago | IL | 60601 | |

Exhibit B
Assumption Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| Waves Gear, LLC. | Attn: General Counsel | 1408 Grant St. | | | Calistoga | CA | 94515 | |
| WavesGear | Attn: Blake Macleod | 355 La Fata St., Unit C | | | St. Helena | CA | 94574 | |
| WeWork | 175 Varick St | | | | New York | NY | 10014 | |
| WeWork | Attn: General Counsel | 156 2nd Street | | | San Francisco | CA | 94105 | |
| WeWork LA LLC | Attn: General Counsel | 156 2nd Street | | | San Francisco | CA | 94105 | |
| Wright's Media, LLC. | Attn: Richard Wright | 2407 Timberloch Place, #B | | | The Woodlands | TX | 77380 | |
| Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | 250 Hudson Street, Suite 700 | | | New York | NY | 10013 | |
| Writers Guild of America, East | 250 Hudson Street, Suite 700 | | | | New York | NY | 10013 | |

**<u>Exhibit C</u>**

Exhibit C

Additional Assumption Parties Service List

Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|
| Brody ArtYard Kft | c/o Kinja, Kft. | Vörösmarty utca 38. | | Budapest | | 1064 | Hungary |
| Euclid Managers, LLC | Attn: General Counsel | 2345 Grand Blvd. | Suite 1150 | Kansas City | MO | 64108 | |
| Facebook Ireland Limited | Attn: General Counsel | 1 Hacker Way | | Menlo Park | CA | 94025 | |
| Pixel Media Asia Limited | Attn: General Counsel | Two Landmark East, 100 How Ming Street | Suites 2601-02, 26 Fl | Kwun Tong Kowloon | | | Hong Kong |
| Szatmári Ferenc | Attn: General Counsel | Rottenbiller u. 15. 111/32 | | Budapest | | 1077 | Hungary |