**Objection Deadline: September 8, 2016 at 4:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :        Case No. 16-11700 (SMB)
                                              :
                    Debtors.                  :        (Jointly Administered)
                                              :
-------------------------------------------------------x

### NOTICE OF FILING OF MONTHLY COMPENSATION
### AND STAFFING REPORT OF OPPORTUNE LLP FOR
### THE PERIOD FROM JUNE 10, 2016 THROUGH JUNE 30, 2016

**PLEASE TAKE NOTICE** that on June 20, 2016, the above-captioned debtors and

debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to Bankruptcy*

*Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain*

*Opportune LLP to Provide the Debtors With a Chief Restructuring Officer and Certain*

*Additional Personnel, and (II) Designate William D. Holden as Chief Restructuring Officer for*

*the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 55], with the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One

Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that on July 14, 2016, the Bankruptcy Court

entered the *Order Granting Debtors' Application Pursuant to Bankruptcy Code Sections 105(a)*

*and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to*

*Provide the Debtors With a Chief Restructuring Officer and Certain Additional Personnel, and*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

*(II) Designate William D. Holden as Chief Restructuring Officer for the Debtors, Nunc Pro Tunc to the Petition Date* (the "Opportune Retention Order") [Docket No. 98].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Opportune Retention Order, Opportune LLP hereby files its monthly compensation and staffing report for the period from June 10, 2016 through June 30, 2016 (the "June Monthly Compensation and Staffing Report") in the form attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the June Monthly Compensation and Staffing Report must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the following parties no later than **September 8, 2016 at 4:00 p.m. (ET)**: (a) the Debtors, Gawker Media LLC, 114 Fifth Avenue, New York, NY 10011, Attn: Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (b) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (d) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (e) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (f) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

**PLEASE TAKE FURTHER NOTICE** that all compensation and staffing listed in the June Monthly Compensation and Staffing Report will be subject to review by the Bankruptcy Court in the event an objection is properly filed and served in accordance with the above procedures.

Dated:  August 29, 2016
      New York, New York

*/s/ D. Ross Martin*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.gill@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**June Monthly Compensation and Staffing Report**



August 25, 2016


**Heather Dietrick**

President and General Counsel

Gawker Media LLC

114 Fifth Avenue, 2nd Floor

New York, New York  10011

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Madam:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from June 10, 2016 through June 30, 2016.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**

*Managing Director*

Enclosures.



| Invoice To: | | |
|---|---|---|
| **Gawker Media, LLC** | | |
| 114 Fifth Avenue | | |
| 2nd Floor | | |
| New York, NY 10011 | | |
| *Attn: Heather Dietrick* | | |

| Invoice # | Date | **Amount Due** |
|---|---|---|
| 14183 | 6/30/2016 | $ 294,848.24 |

### SUMMARY OF CHARGES FOR PROJECT SCOOP

| | Amount |
|---|---|
| Time Charges for service rendered June 10, 2016 through June 30, 2016 *(1)* | $ 288,968.00 |
| Expenses | 1,445.43 |
| CODA Monthly Data Storage Fee *(2)* | 4,434.81 |
| **TOTAL AMOUNT DUE** | **$ 294,848.24** |

#### *(1)* Summary of Time Charges by Resource

| Resource | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 179.20 | $ 665.00 | $ 119,168.00 |
| Lyle Bauck | *Director* | 139.20 | 500.00 | 69,600.00 |
| Sarah Abdel-Razek | *Manager* | 128.00 | 400.00 | 51,200.00 |
| Michael Sypert | *Manager* | 119.50 | 400.00 | 47,800.00 |
| Elizabeth Collins | *Consultant* | 4.00 | 300.00 | 1,200.00 |
| **Total Time Charges** | | | | **$ 288,968.00** |

#### *(2)* CODA Monthly Data Storage Fee

| | | |
|---|---|---|
| Total GBs used | | 1.410 |
| Blended Rate | $ | 3,145.26 |
| **Total Storage Fee** | **$** | **4,434.81** |

```
Payment Instruction

Wire Transfer:

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP


Please reference: Gawker Media Group, Inc.
```

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD JUNE 10, 2016 - JUNE 30, 2016*



## SUMMARY OF SERVICES

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period. Attached are time descriptions summarized by day which further describe the professional services performed.

1. Developed and maintained a 13-week cash flow forecast.

2. Assisted with financing issues including assistance with preparation of reports and liaison with creditors.

3. Responded to ad hoc inquiries from counsel, creditors, and management regarding bankruptcy matters.

4. Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

5. Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

6. Management of liquidity including oversight and approval of expenditures and cash payments.

7. Prepared for and provided deposition and testimony.

## SUMMARY OF EXPENSES

| | | |
|---|---|---|
| Travel Expenses | $ | 636.23 |
| Meals and Entertainment | | 553.70 |
| Miscellaneous Expenses | | 53.90 |
| Office Supplies | | 76.58 |
| Parking | | 50.50 |
| Conference Call | | 74.52 |
| **Total Expenses** | **$** | **1,445.43** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 6/10/16 | 10.80 | $ 665 | $ 7,182.00 | Finalization of petitions for GMLLC, APA and DIP. Continued preparation of First Day Motions, petitions and declaration. Coordination on DIP financing and budget related items. Met briefly with UST. |
| Sat | 6/11/16 | 2.20 | $ 665 | $ 1,463.00 | Calls and follow up on various motions and elements of the petitions. Working on employee motion. |
| Sun | 6/12/16 | 12.00 | $ 665 | $ 7,980.00 | Working at the offices of Ropes & Gray finalizing all elements of Petitions for GMGI and KINJA and all supporting first day motions and the initial declaration. |
| Mon | 6/13/16 | 12.20 | $ 665 | $ 8,113.00 | Working through items surrounding the funding of the DIP and Payoff to SVB. Initial set up CODA gathering. Working on payroll changes. Participating in sessions with company regarding AP Cut-off. Vendor management discussion with company personnel. |
| Tue | 6/14/16 | 12.80 | $ 665 | $ 8,512.00 | Discussions, meetings and follow up related to AP Cut-off and Vendor Management. Continued build-out and design of CODA. Review and updating of DIP Budget. Finalization of all First Day Motions in advance of First Day Hearing. Running down last minute open items related to insurance financing. |
| Wed | 6/15/16 | 12.50 | $ 665 | $ 8,312.50 | Continuation of addressing last minute items related to insurance programs. Prepare for and attend First Day Hearing. Following up on Vendor Management meeting. Coordinating gathering of employment contracts for CODA. Analyze and review extension of contract for a vendor. Initial investigation into EchoSign. Setting up borrowing notice and flow of funds schedule. Finalizing exhibits for DIP documents. |
| Thu | 6/16/16 | 11.50 | $ 665 | $ 7,647.50 | Breakfast meeting with Scott Tillman (Independent Board Member). Developing supporting information for Critical Vendor motion. Coordinating DIP funding and resolving final comments related to SVB payoff. Continued review of contracts in CODA and targeting deliverable as outlined in APA. Working on payments process related to employee motion. Coordinating cash balances in Hungary. Verifying treatment of employees previously receiving options for salary. Opening up bank accounts and coordinating the sending of multiple employee related wires. Initial review of Sale and Use Tax audit materials. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 6/17/16 | 5.50 | $ 665 | $ 3,657.50 | Call with Citrin Accountants to discuss Sales and Use Tax Audit. Initial responses to IDI and Operating Guidelines developed. Addressing process issues related to contracts being compiled in CODA. Working on process related to payments through ADP for freelancers. Working through retention application and interim compensation motion. Final compilation and send of contracts pursuant to APA deadline. |
| Sat | 6/18/16 | 1.20 | $ 665 | $ 798.00 | Coordination related to EIN on petitions. Multiple threads on employee related open items. Review and distribute the Critical Vendor analyses. |
| Sun | 6/19/16 | 1.20 | $ 665 | $ 798.00 | Addressing requests related to employee salaries. Providing additional analysis and support for the submission of next day motion on employee severance. |
| Mon | 6/20/16 | 13.50 | $ 665 | $ 8,977.50 | Turning comments on OCP Motion. Addressing open items regarding the supplemental wages motion. Coordinating payments through Hungary. Analysis of pre and post petition benefit payments. Working through list of OCP Professionals. Review and sign-off of supplemental wages motion. Developing view on potential sale of certain investments. Support the development of the Creditor Matrix. Review of status of subtenant leases. |
| Tue | 6/21/16 | 10.00 | $ 665 | $ 6,650.00 | Internal SOFA and Schedule Kick-Off Meeting. SOFA and Schedule Kick-Off Meeting with Prime Clerk. Review of initial Cash DIP Budget Report. Research and review payroll payments. Review of various contracts for vendors in CODA. Working through data requests from ZIFF regarding FY2016 projections. Finalizing the coordination of balances of cash in Hungarian bank accounts. Coordinating the receipt of account control agreements with SVB. Research into issues related to the vesting of employee options. Researching and socializing pontential concerns related to the sale of certain short-term investments. |
| Wed | 6/22/16 | 9.00 | $ 665 | $ 5,985.00 | Working through addtional comments related to Critical Vendors supplement going to Chambers. Setting up remote access to K&H bank accounts. Research and assess potential vendor issues. Gawker and Prime Clerk SOFA and Schedule Kick Off Meeting. Addressing vendor concerns with sales team. Review of various personnel issues. Review of initial DIP Budget package. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 6/23/16 | 10.50 | $ 665 | $ 6,982.50 | Development and refinement of list of issues for the UST related to the IDI.  Addressing issues with Florida counsel.  In-depth review of 13-Week File in advance of sending to Cerberus.  Review of SOFA and Schedule Work streams and delegations of duties.  Coordination of work streams related to CODA.  Overseeing the development of financials for the initial deck to buyers.  Addressing final comments related to retention application.  Coordination of insurance certificates to UST.  Preparation for Formation Meeting tomorrow.  Board Call.  Continued discussion regarding potential sale of short-term investments.   Review of MOR template. |
| Fri | 6/24/16 | 7.50 | $ 665 | $ 4,987.50 | Unsecured Creditors Formation Meeting.  Follow up meeting with UST.  Continued review of potential sale of certain short-term investments.  Researching and resolving various comments related to APA.  Responding to Stalking Horse Bidder requests.  Working through SVB payoff details.  Researching possible D&O tail coverage options. |
| Sat | 6/25/16 | 1.20 | $ 665 | $ 798.00 | Review of working draft of Executive Summary.  Reviewing alternative precedents for 363 time tracking.   Reviewing status on CODA contract tracking. |
| Mon | 6/27/16 | 11.70 | $ 665 | $ 7,780.50 | Address First Day Hearings follow up items.  Resolving issues on vendor contract.  Review of sales target adjustments.  Review of Executive Summary.  Preparation for and participation in afternoon meeting on Sale process and UCC objections.  Setting up calls regarding D&O Tails.  Review of materials collected for SOFAs and Schedules.  Setting up and review of analysis for Supplemental Employee Motion.  Review of Executory Contracts. |
| Tue | 6/28/16 | 11.40 | $ 665 | $ 7,581.00 | Confirming the coordination of Hungarian cash.   Analyze and review Hungary taxes.  Connecting with Cirtin regarding Sales & Use Audit.  Review of UCC bidding procedures response and follow up call. Research into certain unsecured claims.  Providing UST Operating Guidelines questions back to Ropes.  Responding to vendor issues and follow up calls.  Continued review of contracts in CODA.  Working with LSKS on retention.  Review of certain short-term investments documents.  Review of weekly DIP package.  Responding to supplemental analysis for severance. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 6/29/16 | 11.20 | $ 665 | $ 7,448.00 | Extensive CODA review.  Review of 13-Week report.  Review of 5500 forms for submission.  Conference call with vendor regarding executory contract status. Review of financials for May close.  Assessment of customer pulling product.  Final review of ability to sell certain short-term investments in light of reps and warranties required.  Weekly disbursements meeting.  Reviewing severance analysis files. |
| Thu | 6/30/16 | 11.30 | $ 665 | $ 7,514.50 | Review of various employee related matters.  Call with vendor regarding pre-petition invoice.  Review of weekly DIP reporting package.  Call with sales team in regards to certain customer inquiries.  Initiated extensive review of legal documents.  Pushing close of KINJA invoices for Q2.  Board call.  Review and signature of updated Borrowing Notice.  Prep and call with UCC advisors.  Analysis of total spend by legal matter initiated. |
| **Total Holden** | | **179.20** | | **$ 119,168.00** | |

**Gawker Media LLC - Time Summary**
**Lyle Bauck, Director**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 6/10/16 | 8.20 | $ 500 | $ 4,100.00 | Research status of ADP payroll funding.  Provide comments to Ropes and Gray on the draft wages motion.  Per request from W. Holden (Opportune), analyze and review severance numbers included in the wages motion.  Analyze and review outstanding checks and discuss next steps with J. Weber (Gawker).  Call with J. Albertson (Gawker) and Jocelyn (SVB) re:  petition filing and handling of the bank accounts prior to Cash Management Order. |
| Sat | 6/11/16 | 3.40 | $ 500 | $ 1,700.00 | Continue to research status of ADP payroll funding.  Read and review agreement with new board member S. Tillman to assess cash flow impact. Address various questions and comments related to the wages motion per conversation with W. Holden (Opportune) and K. Alexander (R&G). |
| Sun | 6/12/16 | 9.80 | $ 500 | $ 4,900.00 | Per request from K. Alexander (R&G), prepare schedule of cash balances as of the petition date.  Draft email to K. Alexander (R&G) re:  OCP professionals.  Provide comments and edits on the wages motion based on discussion with K. Alexander (R&G).  Provide comments on the insurance motion based on discussions with S. Dasaro (R&G).  Analyze and review supporting numbers for the wage motion to create interim amounts for the first day motion.  Analyze and review supporting numbers for the tax motion to create interim amounts for the first day motion.  Read and review draft cash management motion.  Read and review draft W. Holden (Opportune) declaration.  Read and respond to email from S. Dasaro (R&G) re: foreign vendors motion and timing of related payments. |
| Mon | 6/13/16 | 11.80 | $ 500 | $ 5,900.00 | Analyze and review latest draft of the 13 week cash flow.  Meeting with J. Weber re: bank accounts and outstanding checks.  Prepare list of taxing authorities for the Debtors and provide to Ropes and Gray. Continue to analyze and review latest draft of the 13 week cash flow. Discuss with J. Weber (Gawker) status of pending wires made pre-petition. |

**Gawker Media LLC - Time Summary**
**Lyle Bauck, Director**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 6/14/16 | 10.60 | $ 500 | $ 5,300.00 | Research addresses of taxing authorities per request from K. Hollingsworth (PC). Prepare for and participate in meeting with J. Weber (Gawker) and E. Sommer (Gawker) re: AP cut-off and release code process. Review questions from the US Trustee regarding first day motions and prepare responses. Prepare memo for K. Alexander (R&G) re: independent contractors and temp employees. Read and respond to various emails from K. Alexander (R&G) re: editorial incentive program. Analyze and review historical cash flow detail and research unreconciled amounts. Read and review memo from S. Dasaro (R&G) re: creditor matrix. Continue to research and address US Trustee questions regarding first day motions and responses. Read and respond to email correspondence from K. Alexander (R&G) in preparation for the first day hearing. |
| Wed | 6/15/16 | 9.60 | $ 500 | $ 4,800.00 | Read and review email correspondence re: insurance premium financing. Prepare for and attend first day hearing. Email correspondence with S. Dasaro (R&G) re: Hungarian health benefits. Read and review the revised order and provide comments to S. Dasaro (R&G). Email correspondence with H. Grothaus (Gawker) re: certain employee benefits including payments due. Analyze and review the latest 13 week cash flow budget. |
| Thu | 6/16/16 | 4.80 | $ 500 | $ 2,400.00 | Continued email correspondence with H. Grothaus (Gawker) re: certain employee benefits including payments due. Review docket for status update on filing of first day orders. Email correspondence with P. Szasz (Gawker) re: timing and cadence of bank statements. Review draft supplemental wage motion language prepared by S. Dasaro (R&G). |
| Fri | 6/17/16 | 2.60 | $ 500 | $ 1,300.00 | Review email from H. Grothaus (Gawker) re: 1095/1094 work for ACA. Review email from K. Alexander (R&G) re: current timeline. Review draft interim comp motion. Review draft OCP motion. Review emails re: Opportune retention. |
| Sat | 6/18/16 | 0.40 | $ 500 | $ 200.00 | Review email correspondence re: critical vendors motion. Continue to review emails re: Opportune retention. |
| Sun | 6/19/16 | 2.80 | $ 500 | $ 1,400.00 | Review email from W. Holden (Opportune) re: US Trustee prep and bankruptcy reporting requirements. Analyze and review historical editorial incentive payment files. Analyze and review historical sales incentive files. |

**Gawker Media LLC - Time Summary**
**Lyle Bauck, Director**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|-------|--------|-------------|-------------|
| Mon | 6/20/16 | 11.10 | $ 500 | $ 5,550.00 | Continue to analyze and review historical editorial incentive payment files.  Consolidate editorial incentive payment files and create master summary of historical spend.  Continue to analyze and review historical sales incentive files.  Review draft supplemental wages motion.  Draft memo to K. Alexander (R&G) re:  comments and edits to supplemental wages motion.  Review email correspondence re: severance related to the draft supplemental wages motion.  Prepare for and participate on a call with H. Grothaus (Gawker) re: certain employee benefits. |
| Tue | 6/21/16 | 7.80 | $ 500 | $ 3,900.00 | Analyze and review monthly operating report template for the SDNY.  Prepare template and excel worksheet for the Monthly Operating Report.  Review email correspondence from P. Szasz (Gawker) re:  Kinja funding requirements and cash process.  Read and respond to K. Alexander (R&G) email re: EIN number inquiry.  Continue to prepare template and excel worksheet for the Monthly Operating Report. |
| Wed | 6/22/16 | 8.10 | $ 500 | $ 4,050.00 | Prepare for and participate in the DIP budget variance review meeting.  Participate in a kick-off meeting for statement of financial affairs and schedules.  Prepare for and participate in a review of critical vendors with S. Dasaro (R&G) and K. Alexander (R&G).  Prepare for and participate in the weekly disbursement meeting.  Email correspondence with Gawker insurance brokers to request revised Certificate of Insurance with UST noted on the certificate. |
| Thu | 6/23/16 | 6.70 | $ 500 | $ 3,350.00 | Continue to prepare template and excel worksheet for the Monthly Operating Report. Edit and review monthly operating report template per comments from W. Holden (Opportune).  Review monthly operating report template with J. Weber (Gawker).  Review latest DIP weekly reporting package.  Review sale process update provided by R. Snellenbarger (HL). |
| Sat | 6/25/16 | 0.50 | $ 500 | $ 250.00 | Continue to read and review draft Opportune retention application. |
| Sun | 6/26/16 | 0.60 | $ 500 | $ 300.00 | Analyze and review professional fee forecast and impact of holdbacks. |

**Gawker Media LLC - Time Summary**
**Lyle Bauck, Director**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 6/27/16 | 8.80 | $ 500 | $ 4,400.00 | Read and review email correspondence re: status of critical vendors. Email correspondence with H. Grothaus (Gawker) re: UHC payments. Draft email follow up to S. Zhu (Dewiit) re: certificate of insurance. Email correspondence with R. Roscia (USI) re: certificate of insurance for workers comp. Analyze and review invoices recorded in NetSuite to ensure proper pre vs. post coding. Read and review email from S. Razek (Opportune) re: sofas and schedules timing and related files. |
| Tue | 6/28/16 | 9.90 | $ 500 | $ 4,950.00 | Analyze and review historical sales commissions files. Per request from the UST, prepare summary of sales incentives by person for Q4-15 and Q1-16. Per request from the UST, prepare summary of editorial incentives paid from January 2016 to April 2016. Edit and revise editorial incentive summary file with inclusion of projected May 2016 payments. Prepare summary of estimated severance for J. Alberston (Gawker) and I. Fette (Gawker). |
| Wed | 6/29/16 | 10.60 | $ 500 | $ 5,300.00 | Edit and revise sales incentives summary file for inclusion of Q2-2016 payments assuming 100% pay-out. Edit and revise the sales incentives summary file per edits from W. Holden (Opportune). Edit and revise summary severance file per edits from W. Holden (Opportune). Edit and review summary editorial incentive file per edits from W. Holden (Opportune). Edit and revise the sales incentives summary file per edits from K. Alexander (R&G). Edit and revise summary severance file per edits from K. Alexander (R&G). Edit and review summary editorial incentive file per edits from K. Alexander (R&G). Analyze and review detailed severance summary by person prepared by H. Grothaus (Gawker). |
| Thu | 6/30/16 | 11.10 | $ 500 | $ 5,550.00 | Continue to analyze and review detailed severance summary by person prepared by H. Grothaus (Gawker). Edit and revise detailed severance summary by person prepared by H. Grothaus (Gawker). Prepare summary of Jack Daniels receipts and disbursement included in the 13 week cash flow and send to W. Holden (Opportune). Work with M. Sypert (Opportune) to include CODA contract code for each person. Continue to review detailed severance summary. Read and review a sample offer letters and employment agreements to understand severance provisions. |
| **Total Bauck** | | **139.20** | | **$ 69,600.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Fri | 6/10/16 | 9.00 | $ 400 | $ 3,600.00 | All hands call with company, counsel and advisors. Working on Critical Vendor motion support including analysis of open accounts payable. Updating 13 week cash flow model payroll and wages assumptions based on information from the company. Coordinating with Prime Clerk to provide information needed to support the filing / website set up. Review of the revised draft of the DIP agreement received from SRZ in preparation for follow up call. Update call with Cerberus. Attending company all hands meeting to communicate filing to employees. Discussion with company personnel re: bank accounts usage. |
| Sun | 6/12/16 | 3.00 | $ 400 | $ 1,200.00 | Updating 13 week cash flow model in preparation for circulation to Cerberus. Creating a version comparison summary to highlight edits from last version of 13 week cash flow circulated. |
| Mon | 6/13/16 | 12.00 | $ 400 | $ 4,800.00 | All hands call with company, counsel and advisors. Meeting with various company personnel to walk through vendor management. Meeting with finance to walk through process to reconcile cash. Contract review meeting with finance and legal. Updating the cash flow model for salary changes. Working on a summary schedule of critical vendors including description of the services they provide per UST request. |
| Tue | 6/14/16 | 13.00 | $ 400 | $ 5,200.00 | All hands call with company, counsel and advisors. Meeting with Campaign Manager re: planned campaign costs in the near future and updating the 13WCF accordingly. Review of the sale process update circulated by HL. Discussions with Ropes & Gray re: creditor matrix approach and division of responsibilities. Meeting with Finance team to walk through the A/P cut off procedures and coding of invoices going forward including new process of approving coding of invoices booked in A/P. Meeting with finance to walk through cash reconciliation. |
| Wed | 6/15/16 | 9.50 | $ 400 | $ 3,800.00 | Finalizing the Vendor Management presentation for circulation to company personnel. Preparing an introduction presentation on the SOFAs and Schedules to walk finance through the process and milestones. Creating a tracker for SOFAs and a tracker for schedules of the request list and information to be obtained from the company. Correspondence to find a time slot for a call with Prime Clerk and Ropes and Gray to walk through process for SOFAs and schedules and division of work streams. Review of Prime Clerk templates provided on SOFAs and Schedules. Updating the Critical Vendor analysis requested by the UST to include invoice level detail. Coordinating with Legal team to obtain the contracts for all the applicable critical vendors. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|--------|------|--------|----------------|-------------|
| Thu | 6/16/16 | 9.00 | $ 400 | $ 3,600.00 | Call with Prime Clerk and Ropes and Gray to walk through templates for SOFAs and Schedules and determine division of responsibility and approach to gather information from the company. SOFAs and Schedules kick off meeting with the company. Various emails with P. Szasz (Kinja) to discuss pre-petition invoices and credit card usage. Discussions with finance on process to respond to some vendors and international contractors requesting pre-petition payments. Following up with company on open items for the creditor matrix. Review of litigation spreadsheet provided by the legal team. Reaching out to SVB to ensure back accounts are unlocked pursuant to the cash management order. Meeting with VP of revenue to discuss the involvement of a certain vendors in various campaigns for purposes of cash flow modeling. |
| Fri | 6/17/16 | 8.00 | $ 400 | $ 3,200.00 | Preparing a list of all vendors and customers in the last 12 months for Ropes and Gray for purposes of performing conflict checks. Review of current timeline and milestone document circulated by Ropes & Gray. Responding to various inquiries from Ropes and Gray on certain vendors including any open or unpaid pre-petition claims. Following up with legal on outstanding contracts for critical vendors. Discussions with J. Weber (Gawker) to obtain the legal names for various vendors on the creditor's list. Finalizing the list of contracts from CODA and circulating to Ropes and Gray to deliver to Ziff Davis. Circulating the updated critical vendor analysis and contracts to Ropes and Gray for review. |
| Mon | 6/20/16 | 9.50 | $ 400 | $ 3,800.00 | Gathering supporting information for the OCP motion and circulating to Ropes and Gray. Updating the 13 week budget to reflect the list of salary adjustments circulated by Heather. Various emails with P. Szasz (Kinja) to obtain a list of all pre-petition invoices received to date. Discussions with H. Grothaus (Gawker) on Immigration counsel invoices to determine nature of the work (pre vs. post-petition). Review of various emails on Kinja Cash transfers. Responding to inquiries from Ropes and Gray on the critical vendor analysis and contracts. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 6/21/16 | 8.00 | $ 400 | $ 3,200.00 | Opportune team call to walkthrough the SOFAs and Schedules division of responsibilities and milestones. Update call with Prime Clerk to discuss SOFAs and Schedules. Responding to various emails from Ropes an Gray on critical vendors in order to circulate the latest version to the UST included follow up with company personnel to obtain the appropriate responses where necessary. Various emails with HL, Company and Opportune re: May actuals and numbers to include in data site. Updating the variance reporting package for the prior week including reconciliation of book cash to bank cash. |
| Wed | 6/22/16 | 9.00 | $ 400 | $ 3,600.00 | Meeting with Finance to walk through the variance reporting package for internal sign off prior to circulating to Cerberus. Call with Ropes and Gray to walk through open items on the critical vendor analysis and contracts. Prepare for and participate in the weekly disbursements meeting with Finance to identify all the payments to be process this week. Circulating the final list of payments to be paid this week subsequent to the meeting in order to ensure they are processed by Finance and coded appropriately. SOFAs and Schedules kick off meeting with all required company personnel, Prime Clerk and Opportune. |
| Thu | 6/23/16 | 9.00 | $ 400 | $ 3,600.00 | Meeting with HL and Company to discuss gawker.com standalone P&L. Meeting with Finance to start gathering the appropriate data for SOFAs and Schedules. Review and approval of new invoices booked to ensure appropriate designation and coding. Review of Sale Process update material circulated by HL. Review of revised creditor matrix document circulated by Prime Clerk and identifying open items requiring follow up. Preparing summary emails of request list by individual for information required for SOFAs and Schedules for all 3 entities. |
| Fri | 6/24/16 | 1.00 | $ 400 | $ 400.00 | Preparing a summary of payments made 90 days prior to filing for Ropes and Gray and responding to inquiries on the file. |
| Mon | 6/27/16 | 10.00 | $ 400 | $ 4,000.00 | Updating the templates for SOFAs and Schedules with information received from the client today for all 3 entities and circulating the templates to Prime Clerk to start populating the forms. Creating a list of the open items and following up on open items for SOFAs and Schedules with the appropriate company personnel. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 6/28/16 | 9.50 | $ 400 | $    3,800.00 | Contract review process meeting. Meeting with the Finance team to discuss work plan for SOFAs and Schedules open items including deadlines and milestones. Call with Prime Clerk to discuss status of creditor matrix. Preparing this week's variance reporting package including reconciliation of book cash to bank cash. Various emails with P. Szasz regarding pre-petition payables and open items on SOFAs and Schedules. |
| Wed | 6/29/16 | 8.50 | $ 400 | $    3,400.00 | Prepare for and participate in the weekly disbursements meeting with Finance to identify all the payments to be process this week. Circulating the final list of payments to be paid this week subsequent to the meeting in order to ensure they are processed by Finance and coded appropriately. Meeting with Finance to walk through the variance reporting package for internal sign off prior to circulating to Cerberus. Prepare for and participate on a call with a vendor to explain the BK process and the automatic stay preventing payment. |
| **Total Abdel-Razek** | | **128.00** | | **$    51,200.00** | |

**Gawker Media LLC - Time Summary**
**Michael Sypert, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 6/10/16 | 0.50 | $ 400 | $ 200.00 | Create new site on CODA for Gawker Media. |
| Sun | 6/12/16 | 3.50 | $ 400 | $ 1,400.00 | Configuring the initial metadata columns needed to track contracts entered into CODA. |
| Mon | 6/13/16 | 9.00 | $ 400 | $ 3,600.00 | Setup security roles and add Prime Clerk users to CODA system. Add additional metadata columns to CODA, create file folders for contracts in the sale data room, and load IP Agreements to CODA. |
| Tue | 6/14/16 | 9.00 | $ 400 | $ 3,600.00 | Conference call with Prime Clerk to walk through the CODA application. Researhc and address questions Prime Clerk encountered during their contract review. Add employment agreements to the CODA system. Add leases to the CODA system. Add offer letter to the CODA system. Edit and revise fields to included in the CODA system. |
| Wed | 6/15/16 | 5.90 | $ 400 | $ 2,360.00 | Review of Prime Clerk's status on applying metadata to contracts and performed additional review. Discussion with Adam Adler (Prime Clerk) regarding their process in extracting metadata. Assist Bridget Brown (Gawker) by uploading additional contracts and answering questions. Conitnue discussion regarding additional questions from Prime Clerk that they encountered during their contract review. |
| Thu | 6/16/16 | 3.40 | $ 400 | $ 1,360.00 | Add additional fields to the 3rd Party metadata in CODA. Review and assess contracts where the 3rd party was not defined. Discussion with Gawker regarding contracts currently loaded. Continue to add contracts to the CODA system. Review and assess timing for the final deliverable. |
| Fri | 6/17/16 | 2.50 | $ 400 | $ 1,000.00 | Monitor additional contracts added to CODA to confirm they were in queue to be reviewed in order to meet the deadline. Analyze and review files from the sale process data room. |
| Mon | 6/20/16 | 5.80 | $ 400 | $ 2,320.00 | Add additional fields to CODA to track when documents were sent to Ziff Davis. Add Read-Only access group for the buyers and rearranged files to allow access by Read-Only group. Conference call with CODA support. Continue to edit and revise the files in CODA for the Read-Only group. Download list of specific Employment Agreement to send to Ropes and Gray. |

**Gawker Media LLC - Time Summary**
**Michael Sypert, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 6/21/16 | 3.50 | $ 400 | $ 1,400.00 | Conference call with Opportune and Prime Clerk to discuss SOFAs and Schedules.  Review requirements necessary to populate SOFAs and Schedules using CODA. |
| Wed | 6/22/16 | 10.40 | $ 400 | $ 4,160.00 | Continue to edit and revise the CODA system fields.  Edit and revise files in CODA to improve searchability.  Conference call with Bridget Brown (Gawker) regarding SOFAs and Schedules. |
| Thu | 6/23/16 | 8.50 | $ 400 | $ 3,400.00 | Rearranging CODA for SOFA and Schedule Review by Gawker, Prime Clerk, and Ropes & Gray.  Populate Phase I of the Executory Contract Review process.  Conference call with Hanah Kim (Ropes and Gray) to discuss SOFA and Schedule Process. |
| Sat | 6/25/16 | 4.00 | $ 400 | $ 1,600.00 | Edit and revise the fields to include a tracker for review status.  Continue to edit and revise the CODA system. |
| Sun | 6/26/16 | 9.00 | $ 400 | $ 3,600.00 | Add additional users for Ropes and Gray.  Populate Phase II of the Executory Contract Review process in CODA.  Add additional KINJA contracts identified by Ropes and Gray. |
| Mon | 6/27/16 | 13.60 | $ 400 | $ 5,440.00 | Updates to SOFA and Schedules per comments from Bridget Brown (Gawker).  Add additional contracts for Schedule G analysis.  Add additional KINJA contracts identified by Ropes and Gray to CODA.  Add Vendors to CODA and began associating the Counterparty with the corresponding Vendor. |
| Tue | 6/28/16 | 12.10 | $ 400 | $ 4,840.00 | Populate Nature of Debtor's Interest column in CODA.  Edit and revise the CODA system to consolide duplicative columns.  Meeting with Prime Clerk and got them started on the review of the first round of contracts.   Add additional KINJA contracts identified by Ropes and Gray.  Populating second round of contracts for review in their corresponding Vendor folder in CODA. |
| Wed | 6/29/16 | 9.70 | $ 400 | $ 3,880.00 | Conference call with Adam Adler (Prime Clerk) re: Schedule G.  Add remaining Contractor contracts to CODA associated with open AP.  Continue to add KINJA contracts identified by Ropes and Gray.  Edit and revise the CODA system index and structure. |

**Gawker Media LLC - Time Summary**
**Michael Sypert, Manager**
**Restructuring**


OPPORTUNE

| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 6/30/16 | 9.10 | $ 400 | $    3,640.00 | Prepare draft of Schedule G.  Anlayze and reivew initial draft of Schedule G. Conference call with Adam Adler (Prime Clerk) and Bridget Brown (Gawker) re:  CODA system and Schedule G. Analyze and review and cleansing Licensing-Outbound-International agreements.  Assist with severan summary analysis. Research and review IP contracts. |
| **Total Sypert** | | **119.50** | | **$    47,800.00** | |

**Gawker Media LLC - Time Summary**
**Elizabeth Collins, Consultant**
**Restructuring**



OPPORTUNE

| Day | Date | Time | Rate | Cost Incurred | | Description |
|---|---|---|---|---|---|---|
| Wed | 6/29/16 | 2.00 | $ 300 | $ | 600.00 | Downloading contracts from CODA to send to Ropes and Gray for additional review. |
| Thu | 6/30/16 | 2.00 | $ 300 | $ | 600.00 | Downloading contracts requested for review by Ropes and Gray. Research and organize contracts for the cure list.  Analyze and review contracts to confirm proper Employment Agreements were associated with the correct employees. |
| **Total Collins** | | **4.00** | | **$** | **1,200.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD JUNE 10, 2016 - JUNE 30, 2016*



| Date | Amount | Professional | Expense Type | Description |
|------|--------|--------------|--------------|-------------|
| 6/10/16 | $  15.96 | Lyle Bauck | Travel Expenses | Taxi - Ropes & Gray offices to Home |
| 6/10/16 | 74.18 | William Holden | Travel Expenses | Taxi - Gawker office to Home |
| 6/10/16 | 132.00 | William Holden | Travel Expenses | Taxi - Rye to NYSD Courthouse |
| 6/11/16 | 33.28 | William Holden | Office Supplies | Office Supplies required at client |
| 6/12/16 | 13.56 | Lyle Bauck | Travel Expenses | Taxi - Ropes & Gray offices to Home |
| 6/12/16 | 13.55 | Lyle Bauck | Meals and Entertainment | Working Breakfast (L. Bauck) |
| 6/12/16 | 24.31 | Sarah Abdel-Razek | Meals and Entertainment | Working Dinner (S. Abdel-Razek) |
| 6/12/16 | 50.50 | William Holden | Parking | Weekend Parking in NYC |
| 6/12/16 | 35.59 | William Holden | Meals and Entertainment | Working Lunch (W. Holden) |
| 6/12/16 | 109.46 | William Holden | Meals and Entertainment | Working Dinner (W. Holden, L.Bauck) |
| 6/13/16 | 45.24 | Sarah Abdel-Razek | Meals and Entertainment | Working Team Dinner (W. Holden, L. Bauck, S. Abdel-Razek) |
| 6/13/16 | 12.95 | William Holden | Travel Expenses | Taxi - Opportune office to Gawker office |
| 6/14/16 | 44.91 | Lyle Bauck | Meals and Entertainment | Working Dinner (L. Bauck, W. Holden) |
| 6/14/16 | 13.50 | Sarah Abdel-Razek | Meals and Entertainment | Working Dinner (S. Abdel-Razek) |
| 6/14/16 | 116.35 | William Holden | Travel Expenses | Taxi - Gawker office to Home |
| 6/14/16 | 7.62 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/15/16 | 17.95 | Lyle Bauck | Miscellaneous Expenses | Internet on flight for client work |
| 6/15/16 | 31.49 | Lyle Bauck | Travel Expenses | Taxi - Home to US Bankruptcy Court |
| 6/15/16 | 39.46 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/16/16 | 22.41 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/16/16 | 36.94 | William Holden | Meals and Entertainment | Working Breakfast with Independent Board Member |
| 6/20/16 | 8.48 | Lyle Bauck | Travel Expenses | Taxi - Gawker office to Home |
| 6/20/16 | 17.95 | Lyle Bauck | Miscellaneous Expenses | Internet on flight for client work |
| 6/20/16 | 12.52 | Sarah Abdel-Razek | Meals and Entertainment | Working Dinner (S. Abdel-Razek) |
| 6/21/16 | 74.38 | William Holden | Travel Expenses | Taxi - Gawker office to Home |
| 6/21/16 | 36.64 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/22/16 | 74.52 | N/A | Conference Call | Conference Call fees |
| 6/22/16 | 43.30 | William Holden | Office Supplies | Office Supplies required at client |
| 6/22/16 | 9.77 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/27/16 | 29.12 | Lyle Bauck | Meals and Entertainment | Working Dinner (L. Bauck) |
| 6/27/16 | 19.20 | Sarah Abdel-Razek | Meals and Entertainment | Working Dinner (S. Abdel-Razek) |
| 6/27/16 | 18.00 | William Holden | Miscellaneous Expenses | Internet on flight for client work |
| 6/27/16 | 15.24 | William Holden | Meals and Entertainment | Working Dinner (W. Holden) |
| 6/28/16 | 38.22 | Sarah Abdel-Razek | Meals and Entertainment | Working Team Dinner (W. Holden, L. Bauck, S. Abdel-Razek) |
| 6/28/16 | 81.43 | William Holden | Travel Expenses | Taxi - Gawker office to Home |
| 6/29/16 | 75.45 | William Holden | Travel Expenses | Taxi - Gawker office to Home |
| **Total** | **$  1,445.43** | | | |