**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
GAWKER MEDIA LLC, *et al.*,[1]                           :    Case No. 16-11700 (SMB)
                                                         :
                        Debtors.                         :    (Jointly Administered)
------------------------------------------------------------------x

**COMBINED MONTHLY FEE STATEMENT OF PRIME CLERK LLC,
AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR
THE PERIODS FROM (I) JUNE 10, 2016 THROUGH JUNE 30, 2016
AND (II) JULY 1, 2016 THROUGH JULY 31, 2016**

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation for reasonable and necessary fees incurred for the periods from (i) June 10, 2016 through June 30, 2016 and (ii) July 1, 2016 through July 31, 2016 ((i) and (ii) together, collectively the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an aggregate amount equal to $54,601.00 and payment of $43,680.80, or 80% of the total amount and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

in an amount equal to $40.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 14, 2016 *nunc pro tunc* to June 10, 2016 |
| Period for which compensation and reimbursement is sought: | (i) June 10, 2016 through June 30, 2016 and (ii) July 1, 2016 through July 31, 2016 ((i) and (ii), collectively, the "**Statement Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $54,601.00[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $43,680.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $40.00 |

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Steele, Benjamin | Director | 9.40 | $190.00 | $1,786.00 |
| Williams, Matthew | Director | 156.30 | $190.00 | $29,697.00 |
| Hollingsworth, Kimberly | Senior Consultant | 37.60 | $160.00 | $6,016.00 |
| Baer, Herb | Director | 13.60 | $190.00 | $2,584.00 |
| Perry, Selwyn | Senior Consultant | 0.40 | $145.00 | $58.00 |
| Gordon, Steven | Senior Consultant | 1.40 | $140.00 | $196.00 |
| Alli-Balogun, Hassan | Consultant | 14.0 | $135.00 | $1,890.00 |
| Faust, Georgia | Consultant | 47.30 | $120.00 | $5,676.00 |
| Callo, Michael | Consultant | 1.40 | $120.00 | $168.00 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement.

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Ramirez, Ingamar | Consultant | 26.50 | $100.00 | $2,650.00 |
| Kounin, Daniel | Consultant | 33.80 | $100.00 | $3,380.00 |
| Chantre, Angie | Consultant | 5.00 | $100.00 | $500.00 |
| **TOTAL** | | **346.70** | | **$54,601.00** |
| **BLENDED RATE** | | | | **$157.49** |

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---|---|
| Schedules & SOFA | 346.70 | $54,601.00 |
| **TOTAL** | **346.70** | **$54,601.00** |

**Description of Necessary Expenses Incurred During the Statement Period**

| Matter Description | Total |
|---|---|
| Overtime Meals | $40.00 |
| **TOTAL** | **$40.00** |

[*Remainder of page intentionally left blank*]

**Jurisdiction**

1.  The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1.

**Background**

2.  On June 10, 2016 (the "**Petition Date**"), Gawker Media filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. On June 12, GMGI and Kinja each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.  On June 16, 2016, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). On June 24, 2016, the United States Trustee appointed the official committee of unsecured creditors. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

**Retention of Prime Clerk**

4.  On July 14, 2016, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Appointment of Prime Clerk LLC as Administrative Advisor for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date* [Docket No. 99], which authorized the Debtors to

4

employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date in these chapter 11 cases.

**Relief Requested**

5.     Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

6.     Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the amount of $54,601.00 and payment of $43,680.80, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $40.00.

7.     Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative advisor to the Debtors. **Exhibit A** hereto sets forth a detailed statement of hours spent rendering services to the Debtors in support of the compensation for fees incurred during the Statement Period and also sets forth any expenses incurred during the Statement Period. To that end, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type and amount of expenses incurred. In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

8.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested herein by Prime Clerk are fair and

5

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

9.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $54,601.00 and payment of $43,680.80, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $40.00.

Dated: August 30, 2016
      New York, New York                                        Prime Clerk LLC

*/s/ Adam M. Adler*
Adam M. Adler
830 Third Avenue, 9th Floor
New York, NY 10022
Telephone: (212) 257-5445
Email: aadler@primeclerk.com

## Exhibit A

**Fee and Expense Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through June  2016**

| **Initial** | **Employee Name** | **Title** | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|---|
| KIH | Hollingsworth, Kimberly | SC  - Senior Consultant | 18.80 | $160.00 | $3,008.00 |
| BJS | Steele, Benjamin J | DI  - Director | 4.30 | $190.00 | $817.00 |
| MMW | Williams, Matthew M | DI  - Director | 29.00 | $190.00 | $5,510.00 |
|  |  | **TOTAL:** | **52.10** |  | **$9,335.00** |

**Hourly Fees by Task Code through June  2016**

| **Task Code** | **Task Code Description** | **Hours** | **Total** |
|---|---|---|---|
| SOFA | Schedules & SOFA | 52.10 | $9,335.00 |
|  | **TOTAL:** | **52.10** | **$9,335.00** |

Gawker Media

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 06/15/16 | KIH | SC | Prepare for SOAL/SOFA conference call | Schedules & SOFA | 1.40 |
| 06/16/16 | BJS | DI | Attend kickoff call with S. Dasaro and S. Abdel-Razak re SOFA/Schedule preparation | Schedules & SOFA | 0.50 |
| 06/21/16 | BJS | DI | Prepare for SOFA/Schedule meeting with client | Schedules & SOFA | 0.40 |
| 06/22/16 | BJS | DI | Attend meeting with W. Holden, S. Abdel-Razak, M. Williams and Gawker staff re SOFA/Schedule preparation (1.2); prepare materials for meeting (1.3) | Schedules & SOFA | 2.50 |
| 06/22/16 | KIH | SC | Prepare SOFA and SOAL logs re checklist for status of required data | Schedules & SOFA | 3.50 |
| 06/22/16 | MMW | DI | Prepare for and participate in conference with company, Opportune and B. Steele re Schedules and SOFAs | Schedules & SOFA | 1.90 |
| 06/22/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 0.50 |
| 06/23/16 | BJS | DI | Review SOFA/Schedule data | Schedules & SOFA | 0.20 |
| 06/23/16 | KIH | SC | Review and prepare data for SOFA Q4 | Schedules & SOFA | 4.70 |
| 06/23/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 1.80 |
| 06/24/16 | KIH | SC | Prepare and update draft materials for SOFA/SOAL prep (.7); team prep with M Williams (.4) | Schedules & SOFA | 1.10 |
| 06/24/16 | KIH | SC | Prepare SOFA question 4 | Schedules & SOFA | 0.50 |
| 06/27/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 9.00 |
| 06/28/16 | BJS | DI | Review SOFA/Schedule data | Schedules & SOFA | 0.20 |
| 06/28/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 5.10 |
| 06/29/16 | KIH | SC | Confer and coordinate with M Williams re SOAL/SOFA prep | Schedules & SOFA | 0.30 |
| 06/29/16 | KIH | SC | Set-up case information in Best Case re SOAL/SOFA prep of debtors | Schedules & SOFA | 0.70 |
| 06/29/16 | MMW | DI | Analyze SOFA/Schedule trial balance data and prepare same | Schedules & SOFA | 6.20 |
| 06/30/16 | BJS | DI | Review SOFA/Schedule data | Schedules & SOFA | 0.50 |
| 06/30/16 | KIH | SC | Confer and coordinate with case team re templates, forms, | Schedules & | 1.00 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | and assignments | SOFA | |
| 06/30/16 | KIH | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.60 |
| 06/30/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 4.10 |
| 06/30/16 | MMW | DI | Confer and coordinate with case team re SOFA/Schedule status | Schedules & SOFA | 0.40 |
| | | | | **Total Hours** | **52.10** |

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Overtime Meals | | | $20.00 |
| | | **Total Expenses** | **$20.00** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through July 2016

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| AC | Chantre, Angie | CO - Consultant | 5.00 | $100.00 | $500.00 |
| DK | Kounin, Daniel | CO - Consultant | 33.80 | $100.00 | $3,380.00 |
| IDR | Ramirez, Ingamar D | CO - Consultant | 26.50 | $100.00 | $2,650.00 |
| MJC | Callo, Michael J | CO - Consultant | 1.40 | $120.00 | $168.00 |
| GLF | Faust, Georgia L | CO - Consultant | 47.30 | $120.00 | $5,676.00 |
| HSA | Alli-Balogun, Hassan S | CO - Consultant | 14.00 | $135.00 | $1,890.00 |
| SG | Gordon, Steven | SC - Senior Consultant | 1.40 | $140.00 | $196.00 |
| SLP | Perry, Selwyn L | SC - Senior Consultant | 0.40 | $145.00 | $58.00 |
| KIH | Hollingsworth, Kimberly | SC - Senior Consultant | 18.80 | $160.00 | $3,008.00 |
| HCB | Baer, Herb C | DI - Director | 13.60 | $190.00 | $2,584.00 |
| BJS | Steele, Benjamin J | DI - Director | 5.10 | $190.00 | $969.00 |
| MMW | Williams, Matthew M | DI - Director | 127.30 | $190.00 | $24,187.00 |
| | | **TOTAL:** | **294.60** | | **$45,266.00** |

## Hourly Fees by Task Code through July 2016

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOFA | Schedules & SOFA | 294.60 | $45,266.00 |
| | **TOTAL:** | **294.60** | **$45,266.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 07/01/16 | AC | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.00 |
| 07/01/16 | BJS | DI | Review SOFA/Schedule data | Schedules & SOFA | 0.20 |
| 07/01/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 1.80 |
| 07/01/16 | HCB | DI | Assist preparation of SOFA for all debtors | Schedules & SOFA | 2.30 |
| 07/01/16 | HSA | CO | Prepare SOFA question 3 and 11 | Schedules & SOFA | 3.50 |
| 07/01/16 | IDR | CO | Review and revise SOFA for all debtors | Schedules & SOFA | 2.00 |
| 07/01/16 | KIH | SC | Confer and correspond with M. Williams re SOFA for all debtors | Schedules & SOFA | 0.30 |
| 07/01/16 | KIH | SC | Confer and coordinate with M. Williams re insider payments | Schedules & SOFA | 0.50 |
| 07/01/16 | KIH | SC | Confer and correspond with W. Holden re SOFA for all debtors | Schedules & SOFA | 0.40 |
| 07/01/16 | KIH | SC | Supervise and quality control SOFA for all debtors | Schedules & SOFA | 1.20 |
| 07/01/16 | MJC | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 1.10 |
| 07/01/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 5.20 |
| 07/01/16 | SG | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.60 |
| 07/01/16 | SLP | SC | Input SOFA P13Q28 | Schedules & SOFA | 0.40 |
| 07/04/16 | KIH | SC | Analyze data for SOFA re Kinja Kft | Schedules & SOFA | 0.90 |
| 07/04/16 | KIH | SC | Analyze payments to insiders and prepare analysis re SOFA questions 4 and 30 | Schedules & SOFA | 7.10 |
| 07/05/16 | BJS | DI | Review SOFA/Schedule data | Schedules & SOFA | 0.10 |
| 07/05/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.80 |
| 07/05/16 | KIH | SC | Confer and coordinate with case team re SOFA/Schedules update | Schedules & SOFA | 0.40 |
| 07/05/16 | MMW | DI | Prepare for and participate in telephone conference with the company re Gawker/GMGI Schedule AB preparation | Schedules & SOFA | 0.50 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 07/05/16 | MMW | DI | Prepare for and participate in telephone conference with the company re Kinja Schedule AB preparation | Schedules & SOFA | 0.50 |
| 07/05/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 6.40 |
| 07/06/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.50 |
| 07/06/16 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.70 |
| 07/06/16 | KIH | SC | Confer and correspond with L. Bauck re SOFA data for insiders | Schedules & SOFA | 0.50 |
| 07/06/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 4.10 |
| 07/06/16 | MMW | DI | Review and revise Schedule AB | Schedules & SOFA | 3.90 |
| 07/07/16 | DK | CO | Prepare Schedule AB Q3,7,8,11,39,41,55,60-65,73,77 | Schedules & SOFA | 3.20 |
| 07/07/16 | DK | CO | Prepare SOFA Q7 | Schedules & SOFA | 3.50 |
| 07/07/16 | DK | CO | Correspond with M. Williams for schedules and SOFA for all debtors | Schedules & SOFA | 0.50 |
| 07/07/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.70 |
| 07/07/16 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.60 |
| 07/07/16 | HSA | CO | Prepare SOFA Question 3 | Schedules & SOFA | 1.40 |
| 07/07/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.00 |
| 07/07/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 7.30 |
| 07/07/16 | MMW | DI | Review and revise Schedule AB | Schedules & SOFA | 3.90 |
| 07/07/16 | SG | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.80 |
| 07/08/16 | AC | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.00 |
| 07/08/16 | DK | CO | Review and revise Schedules A and B | Schedules & SOFA | 3.10 |
| 07/08/16 | DK | CO | Review and revise SOFA Q7 | Schedules & SOFA | 2.10 |
| 07/08/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 6.20 |
| 07/08/16 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.80 |
| 07/08/16 | HSA | CO | Prepare SOFA question 11 and 3 | Schedules & SOFA | 1.50 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 07/08/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 6.50 |
| 07/08/16 | KIH | SC | Prepare SOFA Q4 re additional information | Schedules & SOFA | 2.10 |
| 07/08/16 | KIH | SC | Updates to case management re schedules and SOFA | Schedules & SOFA | 0.90 |
| 07/08/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 3.80 |
| 07/08/16 | MMW | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.20 |
| 07/08/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 3.40 |
| 07/08/16 | MMW | DI | Prepare for and participate in telephone conference with M. Sypert (Opportune) | Schedules & SOFA | 0.30 |
| 07/09/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk | Schedules & SOFA | 1.40 |
| 07/10/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 0.70 |
| 07/11/16 | KIH | SC | Confer and correspond with S Abdel-Razek re SOFA | Schedules & SOFA | 0.10 |
| 07/11/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 4.70 |
| 07/11/16 | MMW | DI | Review and revise schedule data | Schedules & SOFA | 2.20 |
| 07/12/16 | BJS | DI | Attend meeting with W. Holden, S. Abdel-Razak and M. Williams re SOFA/Schedule drafts (2.8); review drafts in preparation for same (1.8) | Schedules & SOFA | 4.60 |
| 07/12/16 | KIH | SC | Confer and correspond with M. Williams re SOFA updates | Schedules & SOFA | 0.30 |
| 07/12/16 | MMW | DI | Onsite client meetings re: SOFA/Schedule preparation | Schedules & SOFA | 7.10 |
| 07/12/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 1.70 |
| 07/12/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk | Schedules & SOFA | 0.50 |
| 07/13/16 | DK | CO | Review and revise SOFA Q7 | Schedules & SOFA | 3.20 |
| 07/13/16 | DK | CO | Review and revise Schedule AB Q41,Q60-65,Q72 | Schedules & SOFA | 3.60 |
| 07/13/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.00 |
| 07/13/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.00 |
| 07/13/16 | KIH | SC | Review and revise SOFA Q4 and Q30 | Schedules & SOFA | 1.50 |
| 07/13/16 | MJC | CO | Review and revise SOFA | Schedules & | 0.30 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | | Schedules & SOFA | |
| 07/13/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 4.20 |
| 07/13/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 4.40 |
| 07/14/16 | AC | CO | Prepare SOFA for July 14 | Schedules & SOFA | 1.00 |
| 07/14/16 | DK | CO | Prepare Schedule AB | Schedules & SOFA | 2.90 |
| 07/14/16 | GLF | CO | Review and revise Schedule F | Schedules & SOFA | 2.00 |
| 07/14/16 | HCB | DI | Review and revise Schedule A/B (1.1); Review and revise SOFA 3 and 11 (.9) | Schedules & SOFA | 2.00 |
| 07/14/16 | HSA | CO | Review and revise SOFA Schedules 3 and 11 | Schedules & SOFA | 1.20 |
| 07/14/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.00 |
| 07/14/16 | KIH | SC | Review and revise SOFA Q4 and Q30 re intercompany claims | Schedules & SOFA | 2.40 |
| 07/14/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 5.90 |
| 07/14/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 4.50 |
| 07/15/16 | GLF | CO | Review and revise Schedule F | Schedules & SOFA | 2.70 |
| 07/15/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 2.40 |
| 07/15/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 3.90 |
| 07/15/16 | MMW | DI | Quality assurance review of the cure schedule service list | Schedules & SOFA | 1.30 |
| 07/16/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 1.90 |
| 07/17/16 | GLF | CO | Prepare Schedule G | Schedules & SOFA | 5.40 |
| 07/17/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 1.20 |
| 07/17/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk | Schedules & SOFA | 0.90 |
| 07/18/16 | BJS | DI | Review and comment on SOFA/Schedule drafts | Schedules & SOFA | 0.20 |
| 07/18/16 | DK | CO | Review and revise Schedule AB | Schedules & SOFA | 4.20 |
| 07/18/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 8.70 |
| 07/18/16 | HSA | CO | Review and revise Schedule F, D and Question 3 | Schedules & | 1.40 |

|  |  |  |  | SOFA |  |
|---|---|---|---|---|---|
| 07/18/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 4.00 |
| 07/18/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 4.70 |
| 07/18/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk re SOFA/Schedule | Schedules & SOFA | 1.20 |
| 07/18/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 5.90 |
| 07/19/16 | DK | CO | Review and revise Schedule AB | Schedules & SOFA | 6.30 |
| 07/19/16 | DK | CO | Review and revise SOFA Q7 | Schedules & SOFA | 1.20 |
| 07/19/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.80 |
| 07/19/16 | HSA | CO | Review and revise Schedule G | Schedules & SOFA | 3.70 |
| 07/19/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 2.90 |
| 07/19/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk re SOFA/Schedule | Schedules & SOFA | 0.70 |
| 07/19/16 | MMW | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.70 |
| 07/20/16 | GLF | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.50 |
| 07/20/16 | HCB | DI | Review and revise Schedule G | Schedules & SOFA | 0.50 |
| 07/20/16 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.70 |
| 07/20/16 | HSA | CO | Review and revise SOFA 3 | Schedules & SOFA | 1.30 |
| 07/20/16 | IDR | CO | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.00 |
| 07/20/16 | KIH | SC | Confer and correspond with W. Holden re analysis of payment to insiders | Schedules & SOFA | 0.20 |
| 07/20/16 | MMW | DI | Prepare Statement/SOFA drafts for circulation/review | Schedules & SOFA | 3.80 |
| 07/20/16 | MMW | DI | Prepare for and participate in telephone conference with Opportune, Ropes and Prime Clerk re SOFA/Schedule | Schedules & SOFA | 0.90 |
| 07/20/16 | MMW | DI | Analyze SOFA/Schedule data and prepare same | Schedules & SOFA | 3.40 |
| 07/20/16 | MMW | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 4.80 |
| 07/26/16 | MMW | DI | Prepare Statement/SOFA data for review | Schedules & SOFA | 0.90 |
| 07/27/16 | MMW | DI | Analyze Statement/SOFA data | Schedules & | 0.90 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 07/28/16 | GLF | CO | Review and revise Schedule G | Schedules & SOFA | 1.20 |
| 07/28/16 | MMW | DI | Analyze Statement/SOFA data | Schedules & SOFA | 1.20 |
| 07/29/16 | MMW | DI | Analyze Statement/SOFA data | Schedules & SOFA | 0.90 |
| | | | | **Total Hours** | **294.60** |

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Overtime Meals | | | $20.00 |
| | | **Total Expenses** | **$20.00** |