**Hearing Date and Time: September 13, 2016 at 10:00 a.m. (ET)**
**Objection Deadline: September 8, 2016 at 4:00 p.m. (ET)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                        :
In re                                   :       Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :       Case No. 16-11700 (SMB)
                                        :
                    Debtors.            :       (Jointly Administered)
                                        :
                                        :       **Re: Docket No. 233**
                                        :
------------------------------------------------------x

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF CITRIN COOPERMAN & COMPANY, LLP AS INDEPENDENT
AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO
TUNC* TO THE PETITION DATE AND OPPORTUNITY FOR HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") on the application (the

"Application") of the above-captioned debtors and debtors in possession (collectively, the

"Debtors") to retain and employ Citrin Cooperman & Company, LLP as their independent

auditor and accounting services provider effective *nunc pro tunc* to the Petition Date (as defined

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58799956_2

in the Application) will be held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 723, One Bowling Green, New York, New York 10004-1408, on **September 13, 2016 at 10:00 a.m. (prevailing Eastern Time).**

       **PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with a hard copy delivered directly to chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **September 8, 2016**, **at 4:00 p.m**. (**prevailing Eastern Time)** (the "Objection Deadline"), upon: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, New York  10011, Attn. Heather Dietrick (heather@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com);  (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Serivce, Attn: Centralized Insolvency Operation, 2970 Market Street, Philadelphia, PA 19104 (mimi.m.wong@irscounsel.treas.gov); (v) the United States Attorney's Office for the Southern District of New York, Attn: Bankruptcy Division, 86 Chambers Street, 3rd Floor, New York, NY 10007 (david.jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov;

Carina.Schoenberger@usdoj.gov); (vi) counsel to Cerberus Business Finance, LLC, as DIP

Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn:

Adam C. Harris (adam.harris@srz.com); (vii) counsel to US VC Partners LP, as Prepetition

Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago,

IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue,

New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); (viii) counsel for the

Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave.,

New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell

(wrussell@stblaw.com); (ix) Citrin Cooperman & Company, LLP, 529 Fifth Avenue, New York,

NY 10017, Attn: John Bonelli (jbonelli@citrincooperman.com); and (x) parties that have

requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained

free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/gawker.

You may also obtain copies of any pleadings by visiting the Court's website at

http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned

thereafter from time to time without further notice other than an announcement of the adjourned

date or dates at the Hearing or at a later hearing. The Debtors will file an agenda before the

Hearing, which may modify or supplement the Application to be heard at the Hearing.

58799956_2

      **PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely filed and served with respect to the Application, the Debtors shall, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Application, which order the Court may enter with no further notice or opportunity to be heard.

Dated:  August 30, 2016  
       New York, New York

/s/ D. Ross Martin  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*  
*and Debtors in Possession*

58799956_2