**Presentment Date and Time: September 15, 2016 at 4:00 p.m. (ET)**
**Objection Date and Time: September 12, 2016 at 4:00 p.m. (ET)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
:
In re                                             :       Chapter 11
:
Gawker Media LLC, *et al.*,[1]                     :       Case No. 16-11700 (SMB)
:
Debtors.                     :       (Jointly Administered)
:
----------------------------------------------------x

### NOTICE OF PRESENTMENT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF GAWKER MEDIA GROUP, INC. EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016

**PLEASE TAKE NOTICE** that upon the annexed Application (the "Application"), a copy of which is attached hereto, of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to retain and employ Akin Gump Strauss Hauer & Feld LLP as special counsel to the Special Committee of the Board of Gawker Media Group, Inc. ("GMGI"), effective *nunc pro tunc* to August 3, 2016, the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

undersigned will present the *Order Authorizing the Debtors' Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Special Committee of the Board of Gawker Media Group, Inc. effective nunc pro tunc to August 3, 2016*, substantially in the form annexed to the Application as **Exhibit A** (the "Proposed Order") for signature to the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 723, One Bowling Green, New York, New York 10004-1408, on **September 13, 2016 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with a hard copy delivered directly to chambers and served so as to be actually received no later than **September 12, 2016 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline"), upon: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn:  Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn:  Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to the Official Committee of Unsecured Creditors, Simpson

58780680_5

Thacher & Bartlett, 425 Lexington Avenue, New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (vii) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn:   Keith A. Simon (keith.simon@lw.com); (viii) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn:  Adam C. Harris (adam.harris@srz.com); (ix) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn:   Ira S. Dizengoff (idizengoff@akingump.com) and Rachel Ehrlich Albanese (ralbanese@akingump.com); and (x) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained free of charge by visiting the website of Prime Clerk LLC at https://cases.primeclerk.com/gawker.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.


[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

58780680_5

**PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely filed and served with respect to the Application, the requested relief in the Application may be granted without further notice or a hearing.  If an objection is filed, you will be notified of a hearing to consider the requested relief.

Dated:  August 31, 2016
   New York, New York

             /s/ *Gregg M. Galardi*
             Gregg M. Galardi
             D. Ross Martin
             Jonathan M. Agudelo
             ROPES & GRAY LLP
             1211 Avenue of the Americas
             New York, NY 10036-8704
             Telephone: (212) 596-9000
             Facsimile: (212) 596-9090
             gregg.galardi@ropesgray.com
             ross.martin@ropesgray.com
             jonathan.agudelo@ropesgray.com

             *Counsel to the Debtors and the*
             *Debtors in Possession*

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[2] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

**DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL TO SPECIAL COMMITTEE OF GAWKER MEDIA GROUP, INC., EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016**

Gawker Media LLC ("Gawker Media") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") respectfully submit this application (the "Application") for entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, authorizing the Debtors to retain Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as special counsel to the Special Committee (as defined below) of Gawker

---

[2] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Media Group, Inc. ("GMGI"), effective *nunc pro tunc* to August 3, 2016, pursuant to sections 327(e), 328(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  In support of the Application, the Debtors submit (i) the Declaration of Ira S. Dizengoff (the "Dizengoff Declaration"), attached hereto as <u>Exhibit B</u>, and (ii) the Declaration of William D. Holden (the "Holden Declaration"), attached hereto as <u>Exhibit C</u> and hereby incorporate by reference the Declaration of William D. Holden in Support of First Day Motions (the "First Day Declaration") [Docket No. 7].  In further support of the Application, the Debtors respectfully represent as follows:

## **Jurisdiction**

1.      This Court has jurisdiction to consider and determine this application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The legal predicates for the relief requested herein are Section 327(e), 328(a), 330 and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## **Procedural Background**

4.      On June 10, 2016, Gawker Media filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On June 12, 2016, Gawker Media Group, Inc. ("GMGI") and Kinja Kft. ("Kinja") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6

5.      On June 16, 2016 the Court entered an order authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 41].

6.      On June 24, 2016, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee"). No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

7.      The Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

8.      The factual background regarding the Debtors, their business operations, their capital and debt structure, and the events leading up to the filing of these Chapter 11 Cases are set forth in detail in the First Day Declaration.

### Relief Requested

9.      The Debtors seek an order of this Court, pursuant to Sections 327(e), 328(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, authorizing the Debtors to employ and retain Akin Gump, *nunc pro tunc* to August 3, 2016. The Debtors request that the Court approve the employment of Akin Gump as special counsel to the Special Committee of the Board of GMGI, as more fully described herein and in accordance with the proposed Order submitted herewith, to provide legal services in furtherance of providing the Special Committee with counsel to address the Potentially Interested Matters (as defined below), to the extent determined by the Special Committee. For the reasons set forth below, the Debtors submit that the relief requested is in the best interest of the Debtors, their estates, their creditors, stakeholders, and other parties in interest, and therefore, should be granted.

58780680_5

**Retention of Akin Gump**

10.     Certain members of the board of directors of GMGI (the "Board") informed the Board that they may have interests in the allocation of purchase price between the estates, the enforceability of intercompany obligations between the estates, and litigation by certain creditors (the "Potentially Interested Matters").  The Board formed a special committee, consisting of one member of the Board, Mr. Scott Tillman (the "Special Committee").  The Board delegated to the Special Committee the authority of the full board to make decisions regarding the Potentially Interested Matters.  The Special Committee has retained Akin Gump to provide advice, as determined necessary by the Special Committee, regarding the Potentially Interested Matters.  In addition to Akin Gump's internationally respected transactional, litigation and restructuring practices, the attorneys at Akin Gump who will work on this matter have extensive involvement in risk management, first amendment and appellate matters.  Akin Gump has not represented Mr. Tillman, as the sole member of the Special Committee, in the last 12 months.

11.     The Debtors seek to retain Akin Gump to perform services on behalf of the Special Committee (collectively, the "Services") including, but not limited to, evaluating litigation risks and assisting the Special Committee in carrying out its duties in respect of the Potentially Interested Matters.   Akin Gump will be special counsel only to the Special Committee.  Although Akin Gump does not anticipate any duplication of services in light of its narrow engagement for the Special Committee, Akin Gump will work with the Debtors' professionals to ensure that the Services it provides to the Special Committee are not duplicative of any work performed by any of the Debtors' professionals.

12.     The Debtors respectfully submit that Akin Gump is well-qualified and uniquely able to provide the Services in an efficient and cost-effective manner, and Akin Gump's

retention as special counsel to the Special Committee is in the best interests of the Debtors and their estates.

## <u>No Adverse Interest</u>

13.     To the best of the Debtors' knowledge and based upon the Dizengoff Declaration, Akin Gump has not represented, nor does it now represent, any interest adverse to the Debtors with respect to the matters on which it is to be employed.  If any new facts or circumstances are discovered, Akin Gump will supplement its disclosure to the Court.

14.     Subject to Court approval, and in accordance with section 330(a) of the Bankruptcy Code and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses (the "Fee Guidelines"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order") [Docket No. 94], and as set forth in the Dizengoff Declaration, the Debtors propose to compensate Akin Gump on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Akin Gump according to its customary reimbursement policies.  Akin Gump's hourly rates, subject to periodic adjustments, with respect to those Akin Gump lawyers currently expected to provide the Services, subject to change from time to time, are as follows:

| ATTORNEY | POSITION / DEPARTMENT | HOURLY RATE |
|---|---|---|
| Prakash H. Mehta | Partner / Corporate Department | $1,250.00 |
| Ira S. Dizengoff | Partner / Financial Restructuring Department | $1,325.00 |
| Rachel Ehrlich Albanese | Senior Counsel / Financial Restructuring Department | $875.00 |

15.     Akin Gump will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of services rendered, consistent with the Fee Guidelines and the Interim Compensation Order.

16.     Akin Gump will be entitled to participate in any carve-outs for the benefit of the Debtors' professionals that may be available in these cases.

### STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

17.     The following information is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

Question:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Answer:     No.

Question:     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Answer:     No.

Question:     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Answer:     Not applicable.

Question:     Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Answer:     Akin Gump and the Debtors are currently working on a budget and staffing plan for Akin Gump's work for the Debtors.  The budget contemplates that Akin Gump will work with the Special Committee in guiding it as to the Potentially Interested Matters.  The budget necessarily will involve a projection of future events with limited information and is subject to change as the case develops.

58780680_5

## Basis for Relief

18.     Section 327(e) of the Bankruptcy Code authorizes a debtor in possession to employ one or more attorneys to represent the debtor on specified matters so long as those attorneys do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which they are to be employed.  See 11 U.S.C. § 327(e).

19.     Section 328(a) of the Bankruptcy Code authorizes the employment of a professional person "on any reasonable terms and conditions of employment, including on a retainer [or] on an hourly basis . . ." 11 U.S.C. § 328(a).

20.     Akin Gump is disinterested and qualified to be retained under section 327(e) because it does not have an "interest adverse to the debtor or to the estate with respect to the matter on which [it] is to be employed."  *See* 11 U.S.C. § 327(e); *Bank of Brussels Lambert v. Coan (In re AroChem Corp.)*, 176 F.3d 610, 622 (2d Cir. 1992).

21.     Finally, *nunc pro tunc* relief is appropriate here.  Since August 3, 2016, Akin Gump has been advising the Special Committee and assisting it in respect of the Potentially Interested Matters.  In addition, this was the active period of the auction and sale.  The Debtors respectfully submit that the filing of this Application is appropriate and timely under the circumstances, so as to justify *nunc pro tunc* relief.

22.     For the reasons set forth in this Application, the Dizengoff Declaration and the Holden Declaration, the Debtors submit that Akin Gump's retention and employment satisfies section 327(e) and this Application should be approved as in the best interests of the Debtors and their estates.

## Waiver of Stay

23.     To the extent applicable, the Debtors also request that the Court waive the stay imposed by Bankruptcy Rule 6004(h), which provides that "[a]n order authorizing the use, sale,

or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the Court orders otherwise." Fed. R. Bankr. P. 6004(h).  As described above, the relief that the Debtors seek in this Application will assist the Debtors in preserving value for their estates and creditors by providing the Special Committee with counsel to address the Potentially Interested Matters to the extent the Special Committee deems necessary. Accordingly, the Debtors respectfully request that the Court waive the fourteen-day stay imposed by Bankruptcy Rule 6004(h), as the need for the relief sought herein justifies immediate relief.

### Notice

24.    Notice of this Motion has been provided in conformity with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93].  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request that this Court enter an Order (a) authorizing the Debtors to retain Akin Gump as special counsel to the Special Committee of the Board, *nunc pro tunc* to August 3, 2016, for the purposes and upon the terms as set forth herein; and (b) granting to the Debtors such other and further relief as may be just or proper.

Dated:  August 31, 2016
New York, New York

/s/ *Gregg M. Galardi*
Gregg M. Galardi
D. Ross Martin
Jonathan Agudelo
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                             :

In re                         :       Chapter 11
                             :

Gawker Media LLC, *et al.*,[1]     :       Case No. 16-11700 (SMB)
                             :

            Debtors.     :       (Jointly Administered)
                             :

------------------------------------------------------x

### ORDER AUTHORIZING THE DEBTORS' RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF GAWKER MEDIA GROUP, INC. EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016

Upon the application (the "Application")[2] of the Debtors for an Order, pursuant to sections 327(e), 328(a), and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") authorizing the employment of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as special counsel to the Special Committee of GMGI, effective *nunc pro tunc* to August 3, 2016; and upon the First Day Declaration, the Dizengoff Declaration and the Holden Declaration; and the Court having reviewed the Application, the First Day Declaration, the Dizengoff Declaration and the Holden Declaration; and the Court being satisfied with the representations made in the Application and the Dizengoff Declaration that Akin Gump represents no interest adverse to the Debtors with respect to the matters on which Akin Gump will be employed, that its employment is necessary and in the best interests of the Debtors'

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Application.

estates, creditors, and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it further appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED THAT,

1.      The Application is GRANTED as set forth herein.

2.      Pursuant to Bankruptcy Code sections 327(e), 328(a) and 330, the Debtors, as debtors and debtors in possession, are authorized to employ and retain Akin Gump as special counsel to the Special Committee of the Board of GMGI, effective *nunc pro tunc* to August 3, 2016, in accordance with the Application, the Dizengoff Declaration, the Holden Declaration, and this Order, to perform the Services.

3.      To the extent any of the Application, the Dizengoff Declaration, or the Holden Declaration is inconsistent with this Order, the terms of this Order shall govern.

4.      Akin Gump shall be compensated in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order") [Docket No. 94] and shall be entitled to participate in any carve-outs for the benefit of the Debtors' professionals that may be available in these cases; provided, however, that Akin Gump shall be permitted to redact the time entries submitted to parties other than the Court and the United States Trustee in connection with their Monthly Fee Statements to remove information protected by the attorney-client privilege,

attorney work-product doctrine or other applicable privileges, as determined by Akin Gump in its

sole discretion.

5.      Prior to any increases in Akin Gump's rates, Akin Gump shall file a supplemental

affidavit with the Court and provide ten business days' notice to the Debtors, the United States

Trustee and the Official Committee of Unsecured Creditors, which supplemental affidavit shall

explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the

Bankruptcy Code and state whether the Debtors have consented to the rate increase.  The United

States Trustee retains all rights to object to any rate increase on all grounds including, but not

limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and

the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy

Code.

6.      Notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h),

this Order shall be effective and enforceable immediately upon entry hereof.

7.      Notwithstanding any otherwise applicable provisions to the contrary, during the

pendency of the retention authorized herein, Akin Gump will not represent present or future

clients of Akin Gump on matters adverse to the Debtors in these cases.

8.      The Debtors are authorized and empowered to take all actions they deem

necessary to implement the relief granted in this Order.

9.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this Order.

Dated:  _____, 2016
        New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3

58780680_5

**Exhibit B**

**Dizengoff Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)
                                        :
                    Debtors.            :        (Jointly Administered)
                                        :
------------------------------------------------------x

### DECLARATION OF IRA S. DIZENGOFF IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF GAWKER MEDIA GROUP, INC., EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016

I, Ira S. Dizengoff, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a partner at Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") and duly authorized to make this Declaration on behalf of Akin Gump. I make this Declaration in support of the application (the "Application")[2] of the Debtors for an order, pursuant to Bankruptcy Code sections 327(e), 328(a), and 330, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 authorizing the employment of Akin Gump as special counsel to the Special Committee of GMGI, effective *nunc pro tunc* to August 3, 2016. I am admitted and in good standing to practice law in the State of New York and before the United States District Court for the Southern District of New York.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Application.

**Debtors' Retention of Akin Gump as Special Counsel to the Special Committee**

2. Pursuant to the Application, the Debtors seek authority to retain Akin Gump, *nunc pro tunc* to August 3, 2016, as special counsel to the Special Committee.

3. Akin Gump is well-qualified to serve as special counsel to the Special Committee and to render the Services in these cases.  In addition to Akin Gump's internationally respected transactional, litigation and restructuring practices, the attorneys at Akin Gump who will work on this matter have extensive involvement in risk management, first amendment and appellate matters.  Akin Gump will bring these skills to bear in assisting the Special Committee in respect of the Potentially Interested Matters.  Accordingly, Akin Gump's knowledge and expertise qualifies it to represent the Special Committee in furtherance of the interests of the Debtors' estates and creditors.  Akin Gump has not represented Mr. Tillman, as the sole member of the Special Committee, in the last 12 months.

25. In addition, Akin Gump will be special counsel only to the Special Committee; it will not be acting for the Debtors.  Although Akin Gump does not anticipate any duplication of services in light of its narrow engagement for the Special Committee, Akin Gump will work with the Debtors' professionals to ensure that the Services it provides to the Special Committee are not duplicative of any work performed by any of the Debtors' professionals.

**Disclosures of Akin Gump**

26. In connection with its proposed retention under section 327(e) of the Bankruptcy Code, Akin Gump searched its client/matter records for references to any of the Debtors or individuals and entities that may be parties in interest in these chapter 11 cases, as listed on Schedule 1 hereto, to determine whether it had any conflicts or other connections that might cause it to hold or represent an interest adverse to the Debtors with respect to the matters on which Akin Gump is to be employed.

58780680_5

27.     In addition, I caused to be sent a general inquiry to all Akin Gump partners and employees by electronic mail to determine if any such person (i) owns or recently owned stock in any of the Debtors, (ii) holds a claim against any of the Debtors, or (iii) has ever been an officer, director, or employee of any of the Debtors.  No affirmative responses were received.

28.     Akin Gump employs more than 900 lawyers and advisors in 21 offices around the world.  It has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations, among other individuals and entities. Some of these individuals and entities are, or may consider themselves to be, creditors or parties in interest in the Debtors' chapter 11 cases or to otherwise have interests in these cases.  As set forth on Schedule 2 hereto, Akin Gump currently represents or has in the past represented the persons or entities listed among the interested parties (or their affiliates) in matters unrelated to the chapter 11 cases and the Services for which Akin Gump is to be retained.

29.     Further, Akin Gump, its partners, and/or its employees:

    a.     may have appeared in the past, and may appear in the future, in other cases unrelated to these cases or unrelated to the Services for which Akin Gump is to be retained where the Debtors' creditors or other parties with an interest in the Debtors may be involved;

    b.     may represent, or may have represented, certain of the Debtors' creditors or other parties with an interest in the Debtors in matters that are unrelated to these chapter 11 cases or unrelated to the Services for which Akin Gump is to be retained; and

    c.     may have had dealings with creditors or other parties with an interest in the Debtors that are unrelated to these chapter 11 cases or unrelated to the Services for which Akin Gump is to be retained.

30.     The proposed engagement of Akin Gump is not prohibited by Bankruptcy Rule 5002.

31.     Akin Gump is confident based on its diligence that it does not have any further disclosures to make in connection with this proposed representation.  However, despite the

3

efforts described above, if Akin Gump discovers additional information that it determines to be worthy of disclosure, it will submit a supplemental declaration to the Court containing such additional information.

32.     To the best of my knowledge, information, and belief, Akin Gump does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters for which Akin Gump is proposed to be retained. Accordingly, I believe that Akin Gump satisfies the requirements for employment as special counsel pursuant to section 327(e) of the Bankruptcy Code.

### **Professional Compensation**

33.     Subject to the Court's approval, Akin Gump will charge for its services on an hourly basis in one-tenth hour (.1) increments.   Akin Gump will likely incur expenses in connection with its engagement.   It is Akin Gump's general policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case.   Akin Gump will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients and at actual cost or an estimated actual cost where the actual cost is difficult to determine.   Akin Gump believes that it is fairer to charge these expenses to the particular client rather than increasing hourly rates uniformly and spreading the expenses among all clients.  Akin Gump does not currently hold a retainer from the Debtors.

34.     Akin Gump intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this chapter 11 case in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses (the "Fee Guidelines"), and the Order Establishing Procedures for

4

Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order") [Docket No. 94].

35.     Subject to attorney-client privilege limitations, Akin Gump also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and fee applications to be filed by Akin Gump in these chapter 11 cases.  Notwithstanding the foregoing, Akin Gump reserves the right to ask for exceptions to any such rules and guidelines to the extent it deems appropriate under the circumstances.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

36.     The following information is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

Question:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Answer:     No.

Question:     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Answer:     No.

Question:     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Answer:     Not applicable.

Question:     Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Answer:     Akin Gump and the Debtors are currently working on a budget and staffing plan for Akin Gump's work for the Debtors. The budget contemplates that Akin Gump will work with the Special Committee in guiding it as to the Potentially Interested Matters to the extent the Special Committee deems necessary. The budget necessarily will involve a projection of future events with limited information and is subject to change as the case develops.

5

37.     No promises have been received by Akin Gump, or any partner, counsel, or associate of Akin Gump, as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the U.S. Trustee Guidelines.

38.     Akin Gump has not shared or agreed to share any of its compensation from the Debtors with any person, other than with partners, counsel, associates, or other employees of Akin Gump as permitted by section 504 of the Bankruptcy Code.

39.     Akin Gump will use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid any unnecessary duplication of services.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 31st day of August, 2016.

*/s/ Ira S. Dizengoff*
Ira S. Dizengoff

## Schedule 1

### Schedule of Search Parties

#### Debtors and Trade Names

| | |
|---|---|
| Gawker Media Group, Inc. | Blogwire |
| Gawker Media LLC | Deadspin |
| Kinja Kft. | Defamer |
| Blogwire Hungary Intellectual Property Licensing LLC | Gawker |
| | Gawker Stalker |
| Blogwire Hungary Kft. | Gizmodo |
| Gawker.Com | io9 |
| Blogwire Hungary Intellectual Property Licensing LLC | Jalopnik |
| | Jezebel |
| Blogwire Hungary Kft. | Kinja |
| Curbed.com LLC | Kotaku |
| Gawker Sales LLC | Lifehacker |
| Gawker.Com | Sploid |
| RGFREE | Valleywag |
| Vox Media, Inc. | |

#### Current and Recent Former Directors and Officers

| | |
|---|---|
| Albertson, Josh | Holden, William |
| Darbyshire, Gabrielle | Kidder, Scott |
| Denton, Nicholas | Plunkett, Thomas |
| Dietrick, Heather | Szasz, Peter |
| Epstein, Jason | Tillman, Scott |
| Fette, Ian | Weinbrecht, Adrian |

#### Potential Contract Counterparties

| | |
|---|---|
| 114 Fifth Avenue Ground Lessee LLC | Adtech US, Inc. |
| 114 Fifth Owner LP | Aegon Magyarorszag Zrt. |
| 204-210 Elizabeth Street LLC c/o S.W. Management LLC | AGIS Fire & Security Kft. |
| | AIG |
| 204-210 Elizabth Street LLC | Alan Henry |
| 3293 Pacific LLC | Alan Kwon |
| A Mediocre Corporation | Albert Burneko |
| A Small Orange, LLC. | Aleksander Chan |
| A9.com, Inc. | Alex Cranz |
| Access Inteligence, LLC | Alex Dickinson |
| Adam Clark Estes | Alex Pareene |
| Adam Pash | Alexandra Cannon |
| Adam Weinstein | Alexandra Philippides |
| Ad-Juster, Inc. | Alexandre Dohrmann |
| Admeld, LLC | Alissa Walker |
| Adsfactor Holdings Limited | All You Can Move SportPass Europe |
| AdSlot Technologies, LTD. | Allison Jones |

Schedule 1-1

Allison Wentz
Allure Media Pty Limited
AM Lab Americas, LLC.
Amanda Marandola
Amazon Services LLC
Amazon Web Services, Inc.
Amazon.com, Inc.
Anastasia Weeks
Andrassy Palota Ingatlanfogalmazo Kft.
Andrea Park
Andrew Collins
Andrew Cush
Andrew Gorenstein
Andrew Harding
Andy Orin
Angela Alzona
Angela Wang
Anna Merlan
Anthony Carnevale
Anthony Hack
AOL Advertising Inc.
Ariana Cohen
Ariel Viera
Ashley Feinberg
Ashton Galloway
Atlantic Metro Communications II, Inc.
Attila Illes
Ava Gyurina
Balazs Keki
BarkBox, Inc.
Barry Petchesky
Ben Regenspan
BlueApron.com
Brainy Labs, LLC
Brandon McCoy
Brendan O'Connor
Bridget Brown
Bryan Lufkin
Bryan Menegus
C&G Group Kft c/o Brody House Group
Cadreon, LLC
Caitleen Weaver
Camila Cabrer
Camilla Baker
Casey Speer
Casper Sleep Inc.

Catherine LeClair
Cecilia D'Anastasio
Chad Bernstein
Chelsey Hoffman
Cheryl Eddy
Chris Neveu
Chris Person
Chris Vespoli
Christina Blacken
ClickMeter
ClickStream
Cloudinary Ltd.
Clover Hope
ClubW
Colleen McMillan
Colliers International
Colliers International Kft.
Coltiers Nemzetkozi Ingattanuzemeltet6 es
Kezel6 Kft.
Combat Flip Flops, LLC.
Comic Cartel
ComScore, Inc.
Corporate Communications Bt.
Courtenay O'Connor
Daniel Morgan
Darren Orf
Dashlane Inc.
DataGram
Datagram Incorporated
Dave McKenna
David Tracy
Dayna Evans
Devin Clark
Diana Moskovitz
Diane Kelly
Diego Pineda
DineInFresh, Inc. dba Plated
Dollar Shave Club, Inc.
DoubleClick
Dr. Torzsa Peter Bt.
DreamHost
Drew Magary
Driftaway Inc.
Earnest Inc.
Eleanor Shechet
Elisa Solinas

Schedule 1-2

Emily Ambruso
Emily Herzig
Emma Carmichael
Emprese Cedente
Eric Goldfarb
Eric Ravenscraft
Erika Audie
Erin Gloria Ryan
Erin Pettigrew
Esther Inglis-Arkell
Ethan Sommer
Evan Narcisse
Eyal Ebel
F451
F451 fka Spicy Media Editora Ltda
F451 Media Editora Ltda.
Fabiola Lara
Facebook Ireland Limited
Facebook, Inc.
Fastly, Inc.
Federal Insurance Company
Fluxmob, LLC.
Framebridge, Inc.
Fritzie Andrade
Future Publishing Limited
Gabrielle Bluestone
GeekFuel, LLC.
Germain Lussier
Giri Nathan
Globalway Participacoes Ltda.
Gloria Clark
Google Inc.
Gorilla Nation Media, LLC
Grace Robertson
Graze Inc.
Green Fox Academy
Greg Howard
Greg Lopez
GroupDynamics Kft
Gunnar Optiks
Gyorgy Bokros
Hajtas Pajtas Kft.
Handy.com
Hannah Keyser
Happy Socks
Heather Dietrick

Heather Hynes
Heidi Grothaus
HelloFresh
Hillary Crosley
Hostgator.com, LLC
Huckberry
Hunter Slaton
Ian Fette
IDrive Inc.
Ilona Bilevych
Incisive Ltd
Incisive VNU Limited dba Incisive Incisive
    Ltd.
Incisive VNU Ltd
Index Exchange Inc.
Infobahn Inc.
Integral Ad Science, Inc.
IseeQ Kft.
J.K Trotter
Jake Inferrera
Jalsovszky Law
James Bartus
James Bit Design
James Delgiudice
Jamie Weber
JapanCrate
Jared Auslander
Jason Parham
Jason Schreier
Jason Torchinsky
Jay Hathaway
Jeffrey Hilder
Jennifer Ouellette
Jia Tolentino
Jillian Marie Lucas
Jim Boos
Jim Cooke
Joanna Rothkopf
Joel Johnson
John Appel
John Cook
John Gelini
Jordan Sargent
Josh Bottino
Josh Laurito
Joshua Albertson

Schedule 1-3

| | |
|---|---|
| Judy Steinbach | Madison Plus Select, Inc. |
| Julia Alvidrez | Malcolm Read |
| Julian Muller | Mandy Mandelstein |
| Julianne Escobedo Shepherd | Margaret Taormina |
| Jung Sin | Marina Galperina |
| Justin Cross | Mario Aguilar |
| Justin Potter | Maritza Sanche |
| JW Player / LongTail Ad Solutions, Inc. | Mark Weldon |
| Kaila Hale-Stern | Market Halsey Urban Renewal, LLC |
| Kanwar Gill | MarkMonitor Inc. |
| Kara Brown | Matt Hardigree |
| Kargo Global, Inc. | Matt Novak |
| Karma Mobility Inc. | Matthew Hamer |
| Kate Dries | Matthew Kulper |
| Kate Knibbs | Mediagene, Inc. |
| Kate Lovejoy | MediaGene, Inc. fka Infobahn, Inc. |
| Katharine Trendacosta | MediaMind Technologies, Inc. |
| Kathryn McGinnis | Megan Gilbert |
| Katie Drummond | Megbizott |
| Kavitha Reddy | Melissa Green |
| Kelly Conaboy | Melissa Murray |
| Kelly Faircloth | Merch Direct, LLC |
| Kelly Monson | Merchant Importacao, Exportacao e |
| Kelly Stout |   Comercio, Ltda - ME |
| Kerrie Uthoff | MeUndies |
| Kevin Draper | Mia Libby |
| Kid Thursday LLC., dba Staus Audio | Michael Fahey |
| Kirk Hamilton | Michael Kuntz |
| Kixer | Michael Lindsay |
| Kolozsvari Timea | Michael Nunez |
| Kravitha Reddy | Michael Orell |
| Krux Digital, Inc. | Michael Roselli |
| Lacey Donohue | Michele LaFauci |
| Lauren Bertolini | Michelle Chiang |
| Leah Beckmann | Mike Ballaban |
| Leah Finnegan | Mikolaj Szabo |
| LendingTree, LLC. | Ministry of Supply |
| Lindsay Chipman | Miranda Langrehr |
| Lindsey Jaffe | Moat, Inc. |
| Lisa Bolano | Mobiles Republic, Inc. |
| LiveIntent, Inc. | Mollie Horan |
| LiveRail, Inc. | Moore Stephens Hezicomp Kft. |
| LOLA | Mott & Bow |
| Lucy Haller | MoviePass |
| Madeleine Davies | MVMT Watches |
| Madeleine Stone | Nameaction Brasil Serv de Inter Ltda ME |

Schedule 1-4

NameAction Inc.
Nandita Raghuram
Natasha Vargas-Cooper
Nathan Grayson
NatureBox
Nervora Digital Media Group, FZ-LLC
NetMediaEurope
Netus Media Pty Limited dba Allure Media
Pty LTD
Nevora Digital Media Group
NewsCred, Inc.
Nicholas Murphy
Nick Stango
Noble People
OCP Collective Corp. dba Adcade, Inc.
Omar Kardoudi
OnMarc Media
Operative Media, Inc.
Oppenheim Ugyvedi Iroda
Opportune LLP
Optimizely, Inc.
Oriole Media Corporation dba Juice Mobile
Oscar Z. Ianello Associates, Inc.
Owen & Fred Corp.
Pacific Shaving Company
Parachute Home
Patricia Hernadez
Patrick Ballester
Patrick Klepek
Patrick Laffoon
Patrick Redford
Paul Sundue
PAX
Percona, Inc.
Perfect World Entertainment
Peri Hochwald
Pixel Media Asia Limited
Platinum Rye, LLC.
Pop Chart Lab
Poprageous
Puja Patel
Quench USA, Inc.
Quip NYC Inc.
Rhone Apparel Inc.
Riley MacLeod
Rob Harvilla

Robert Finger
Ryan Brown
S&T Consulting Hungary Kft.
Sam Biddle
Sam Scherer
Sam Woolley
Samantha Lagani
Samer Kalaf
Samuel Griffel
Sarah Dedewo
Sarah Wiest
Scott Kidder
Sean Buckley
Sean MacDonald
SeatGeek
Shane Roberts
Shep McAllister
Shopify
SimpleReach, Inc.
Skillshare, Inc.
Skimbit Limited
SkimBit LTD.
SmartFX
SocialFlow, Inc.
Sophie Kleeman
Soundfreaq
Specless, LLC.
Spicy Media Editora LTDA
SpruceWares
Squarespace, Inc.
Stackcommerce
Staq, Inc.
Starcom SMG
Stassa Edwards
Stephanie Schrader
Stephen Totilo
Steve Climaco
Steven Polletta
Stowawy Cosmetics
STS Meida, Inc.
Stuart Cheshire
Sultana Khan
Superdry Wholesale, LLC
Suzy Kuzy, LLC.
Szolgaltato
Taboola Inc.

Schedule 1-5

Tamas Neltz
Tara Jacoby
Taylor Berman
Technorati, Inc.
Terra Networks Brasil S.A.
TGT
The Rubicon Project, Inc.
The Sasquatch Soap Co., LLC. dba Dr.
  Squatch
The Status Audio
Thorin Klosowski
Tim Burke
Time Shred Services, Inc.
Times Internet Limited
Tom Ley
Tom Plunkett
Tom Scocca
Tommy Craggs
Toth Eva Nagykanizsa
Tremor Video, Inc.
UCMS Group Hungary Kft.

Udemy.com
Veronica de Souza
Victor Jeffreys
Viddler, Inc.
VNU Business Media Europe Limited
Waves Gear, LLC.
We Work
Wesley Siler
WeWork LA LLC
Whitson Gordon
William Arkin
William Haisley
William Turton
Wine Awesomeness
Wrights Media, LLC
Writers Guild of America, East
Yannick LeJacq
Zach Custer
Zachary Connett
Zoe Stahl

## Insurers

Aegon Magyarorszag Zrt.
AIG Europe Limited
Dewitt Stern Group, Inc.
Federal Insurance Company
Hartford Casualty Insurance Company

Hudson Insurance Company
National Union Fire Insurance Co. of
  Pittsburgh PA
United Healthcare Insurance Company

## Other Interested Parties

Cerberus Business Finance LLC
Houlihan Lokey, Inc.
K&H Bank
Latham & Watkins
Prime Clerk LLC
Riemer & Braunstein, LLP
Schulte Roth & Zabel LLP

Securities & Exchange Commission
Securities & Exchange Commission – NY
  Office
Silicon Valley Bank
Sullivan & Cromwell LLP
US VC Partners LP

## Landlords

Andrassy Palota Ingatlanforgalmazo
  Korlatolt Felelossegu Tarsasag

114 Fifth Owner LP

## Litigants

Aulistar Mark
Andrew Hudson
Zachary Cianflone
Lindsay MaHarry

Katherine Castellana
Elizabeth Nadybal
Chelsea Lo Pinto
Tim Barribeau

58780680_5

Patrick Frawley
Elizabeth Weinbloom
Kristin Chan
Samuel Julian
Brian Colgan
Benjamin Dorson
Rachel Atwood
Michael Kennelly
Alyssa Bereznak
Lily Newman

Kwame Opam
Terry Gene Bollea
Mitchell Williams
Meanith Huon
Ashley Terril
Charles Johnson and Got News, LLC
Teresa Thomas
Shiva Ayyadurai
Christopher Sadowski

**<u>Professionals</u>**

Akerman LLP
Cahill Gordon & Reindel LLC
Citrin Cooperman & Co., LLP
Giskan Solotaroff & Anderson LLP
Goldin Solutions
Jalsovszky Law Firm
John Duncan
Klasko Immigration Law Partners, LLP
Levine Sullivan Koch & Schulz, LLP
Maples & Calder

Morrison Cohen LLP
Newmark & Co. Real Estate, Inc.
Oppenheim Law Firm
Opportune LLP
Proskauer Rose LLP
Ropes & Gray LLP
Trifolium LLC
Wilk Auslander
Zwillgen PLLC

**<u>Shareholders</u>**

Albertson, Josh
Annis, Rose
Baker, Camie
Batty, Chris
Berman, Taylor
Bertolini, Lauren
Biddle, Sam
Blakeley, Richard Erand
Bluestone, Gabrielle
Bodnár, István
Brown, Ryan
Burke, Tim
Carmichael, Emma
Carmon, Irin
Chan, Casey
Climaco, Steve
Coen, Jessica
Cook, John
Cooke, Jim
Craggs, Tommy
Crecente, Brian
Curtis, Dustin
D'Addario, John
Darbyshire, Gaby

Daulerio, Albert
DelGiudice, James
Denton, Nick
Diaz, Jesus
Dietrick, Heather
Dimmitt, Elizabeth
Dimmitt, Genevieve
Donohue, Lacey
Drummond, Katie
Duncan, John
Ebel, Eyal
Fette, Ian
Furman, Eliot, as custodian for Alexander
   Tiberius Furman under the NYUTMA
Futrelle, Genevieve
George, Patrick
Georgopulos, Steph
Giacoman, Gabriela
Gonzalez, Robert
Gorenstein, Andrew
Graham, Kevin
Greenmount Creek Limited
Grothaus, Heidi
Hale-Stern, Kaila

58780680_5

Hamer, Matt

Hardigree, Matt

Hathaway, Jay

Henry, Alan

Hilder, Jeff

Holmes, Anna

Jefferson, Whitney

Jeffries, Victor

Juzwiak, Rich

Kang, Daniel

Kéki, Balázs

Kidder, Scott

Knibbs, Katharine

Körtesi, Gáspár

Kozma, Jozsef

Lam, Brian

Laurito, Josh

Layne, Ken

Lehnhoff, Jim

Leitch, Will

Libby, Mia

Lisanti, Mark

Lopez, Greg

Ma, Jesse

Magary, Drew

Marchman, Tim

McAllister, Shep

McGill, Erin

McKenna, Dave

Mittelhammer, Eric

Morgan, Daniel

Nachlin, Jim

Neltz, Tamas

Nevins, Maxwell

Newitz, Annalee

Nolan, Hamilton

Novak, Matt

O'Connor, Courtenay

O'Connor, Maureen

Pareene, Alex

Parham, Jason

Pash, Adam

Petchesky, Barry

Petrány, Máté

Pettigrew, Erin

Plunkett, Tom

Popken, Ben

Price, John

Read, Malcom

Reddy, Kavi

Regenspan, Ben

Roberts, Shane

Robischon, Noah

Sargent, Jordan

Schreier, Jason

Schwartz, Diane

Schweizer, Julia

Scocca, Thomas

Sicha, Choire

Sommer, Ethan

Spinelli, Mike

Steele, Lockhart

Stein, Sadie

Sundue, Paul

Szász, Péter

Szatmári, András

Takayama, Greg

Taomina, Margaret

Tate, Ryan

Thomas, Owen

Tiku, Nitasha

Toder, Matthew

Totilo, Stephen

Trapani, Gina

Trotter, JK

Udvardi, Ramóna

US VC Partners LP

Vuong, Phillip

Walker, Alissa

Weaver, Caity

Weinstein, Adam

Wentz, Allison

Wert, Ray

Winkelman (Ortega), Samantha

Woerner, Meredith

Schedule 1-8

**Significant Customers**

| | |
|---|---|
| 20th Century Fox | HTC Blinkfeed |
| 360i | IBM |
| A9.com Inc. (Amazon Match Buy) | Indochino |
| Accordant Media | Initiative LA |
| Adslot | Initiative NY |
| Aegis Group | Interpublic Group of Companies |
| Alliance Games | iSocket, Inc. |
| Allure Media - GM | ITVS |
| Amazon | Kepler Group |
| Amazon Commerce Revenue | Ketchum |
| AOL One | Kovel Fuller |
| Asana (Customer) | Kruskopf & Company |
| Assembly | Liquid Advertising |
| Baru Advertising | LivWell |
| Blue Apron | Logmein.com |
| Blue Wheel Media | MarkLogic |
| Bluehost | McGarrah Jessee |
| Brigade Marketing | Me Undies |
| Casper | Mediagene Inc - US |
| Centro | Mediasmith |
| Cisco | Mediastorm, LLC |
| Cramer-Krasselt | Merkley and Partners |
| Criteo | MillerCoors |
| Crossmedia | MNI |
| Desk.com | MODCo Media |
| Dialect Inc | Mullen |
| DigitasLBi | NameCheap |
| Dollar Shave Club | Newscred |
| Draftkings | Nokia |
| Earnest | NVIDIA |
| Empowering Media LA | Omnicom Group |
| Empowering Media NY | Pereira & Odell |
| Essence | Petrol |
| f451 - US | PGR Media |
| Facebook | Protein |
| Factorylabs | Publicis Groupe |
| Fallon | R/West |
| Future Publishing Ltd (US) | Rachael Piper Consulting |
| General Mills, Inc. | Randomhouse |
| Google (BizDev) | RED Interactive Agency |
| Graze | Rodger's Townsend |
| Havas | RPA |
| Horizon Media | Rubicon |
| HostGator | Skillshare |
| Hover | Slack |

Schedule 1-9

Spacetime Media
SquareSpace
StackSocial
Status Audio
Sterling Rice Group
Superdry Wholesale LLC
Taboola (Biz Dev)
Tangible Media
TaxFyle
The Garage Team Mazda
TubeMogul
UCB

Udemy
Varidesk
Viewster.com
VOX Media - Curbed Investment
VSN
WavesGear
weBoost
Wieden & Kennedy
Wildcard Properties LLC
WPP
Wright's Media
Zeno Group

**Significant Unsecured Creditors**

Ad-Juster, Inc. (media)
ADP Workforce Now
Akerman LLP
Alex Palmer
Andrew Harding
AOL Advertising
Associated Press
Blane Bachelor
Brandtale
CDW Direct
Cloudinary Ltd.
Concur Technologies, Inc.
Corbis Corporation
Corey Foster
Creative Circle, LLC.
DataGram
DoubleVerify, Inc.
DRH Internet Inc
Equinox Fitness Clubs - Corp Accts
Fastly
Fried, Frank, Harris, Shriver & Jacobson
LLP
Getty Images
Giaco Furino
Google Inc. (DoubleClick)
Google, Inc. (Analytics)
Hunter Slaton
Ian Fette
Jelle Claeys Automotive Artwork
Joshua M Lees
JW Player (Longtail Ad Solutions, Inc.)

Katherine Fry
Kinja Accounts Payable
Krux Digital
L-Cut Digital Media, Inc.
Market Halsey Urban Renewal, LLC
Marlena Agency Inc.
Medialink
Merrill Communications, LLC
Metropolitan Cleaning, LLC
Moat Inc.
Morrison Cohen LLP
Newmark & Co. Real Estate, Inc.
Nick Wong Photography
NSONE Inc.
Operative Media, Inc
Optimizely, Inc.
Pacific Coast News
Plant Specialists LLC
QZZR
Redbooks
Risk Strategies Company
Shenker & Bonaparte, LLP
SimpleReach, Inc.
Sizmek Technologies Inc.
Specless
Staq, Inc.
Submarine Leisure Club, Inc. (Wirecutter)
Submersive Media
The Hartford
The Oliver Group
Viddler, Inc.

**Significant Vendors**

| | |
|---|---|
| 114 Fifth Avenue | Lay It Out, Inc. |
| ADP PayEx | Leiberts Royal Green Appliances Inc. |
| Advanced Electronic Solutions, Inc. | Lewis Rice LLC |
| AMA Consulting Engineers P.C. | LionTree Advisors LLC |
| AMEX Corporate GM - 01006 | LJ Duffy, Inc. |
| Andrew Liszewski | Maples & Calder (GM LLC) |
| Apple Inc. (media) | NetRatings, LLC |
| Baby Llama Productions LLC | Netsuite, Inc. |
| Bajibot Media | NVE, Inc. |
| Big Mango, Inc. | OCP Collective Corp. |
| Bird & Bird LLP | Olson Kundig Architects |
| Brannock & Humphries | Olson Kundig Interiors |
| Cahill Gordon & Reindel LLP | OnMarc Media Inc. |
| Cannes Trip 2015 | Opportune LLP |
| Catalyst | Redscout LLC |
| Cerberus Capital Management LP | Robert Half |
| ComScore Inc. | Ropes & Gray LLP |
| Con Edison (210) | Santa Monica Air Center, Inc. |
| CytexOne Technology, LLC | Structure Tone |
| Dynect, Inc | SW Management LLC |
| Emma C Lanigan (Cookson) | TangentVector, Inc. |
| Fidelity 401k | Tapestry Associates LLC |
| Harder Mirell & Abrams | Thomas & Locicero PL |
| Hatch Content, LLC | Treasury of the United States |
| HeartWork, Inc. | TrueForm Concrete, LLC |
| Houlihan Lokey | Veritas Pictures, Inc. |
| Howard Kennedy | Versus LLC |
| Inform Interiors | Vizu Corporation |
| Jesus Diaz (vendor) | Voya Financial 401K |
| Kforce Inc. | WB Wood NY |
| Kornhaber Brown, LLC | Young America Capital |

**Taxing Authorities**

Internal Revenue Service
Budapesti Önkormányzat
Hungary National Tax Authority
New York City Department of Finance
New York State Commissioner of Taxation and Finance

**U.S. Trustee and Key Court Personnel for the Southern District of New York**

| | |
|---|---|
| Cecilia G. Morris | Robert E. Grossman |
| James L. Garrity | Sean H. Lane |
| Martin Glenn | Shelley C. Chapman |
| Mary Kay Vyskocil | Stuart M. Bernstein |
| Michael E. Wiles | Alicia Leonhard |
| Robert D. Drain | Amanda Cassara |

58780680_5

Andrea B. Schwartz

Andy Velez-Rivera

Shannon Scott

Brian S. Masumoto

Cheuk M. Ng

Danny A. Choy

Ercilia A. Mendoza

Greg M. Zipes

Guy A. Van Baalen

Ilusion Rodriguez

Kathleen Schmitt

Linda A. Riffkin

Lisa Penpraze

Maria Catapano

Mary V. Moroney

Myrna R. Fields

Nadkarni Joseph

Paul K. Schwartzberg

Richard C. Morrissey

Serene Nakano

Susan Arbeit

Susan Golden

Sylvester Sharp

Victor Abriano

William K. Harrington

**Utilities**

114 Fifth Avenue Ground Lessee

Atlantic Metro Communications

Benefit Resource, Inc.

Cogent Communications

Con Edison

ShoreTel Inc.

**Employees and Independent Contractors**

Asd Mario Aguilar

Joshua Albertson

Angelica Alzona

Fritzie Andrade

Erika Audie

Jared Auslander

Ilene Baker

Michael Ballaban

Patrick Ballester

Chad Bernstein

Lauren Bertolini

Sam Biddle

Ilona Bilevych

Christina Blacken

Gabrielle Bluestone

James Boos

Joshua Bottino

Robert Bricken

Ryan Brown

Kara Brown

Bridget Brown

Timothy Burke

Albert Burneko

Camila Cabrer

Alexandra Cannon

Emma Carmichael

Anthony Carnevale

Casey Chan

Michelle Chiang

Devin Clark

Gloria Clark

Steve Climaco

Ariana Cohen

Andrew Collins

Zachary Connett

John Cook

James Cooke

Alexandra Cranz

Hillary Crosley

Justin Cross

Andrew Cush

Zach Custer

Madeleine Davies

Maritza De Leon

Veronica de Souza

Sarah Dedewo

Ernest Deeb

Nick Denton

Alexander Dickinson

Heather Dietrick

Alexandre Dohrmann

Lacey Donohue

Kevin Draper

Kathryn Dries

Schedule 1-12

| | |
|---|---|
| Katherine Drummond | Miranda Langrehr |
| Eyal Ebel | Joshua Laurito |
| Cheryl Eddy | Catherine LeClair |
| Stassa Edwards | Thomas Ley |
| Adam Estes | Mia Libby |
| Michael Fahey | Michael Lindsay |
| Georgia Faircloth | Katelyn Lovejoy |
| Ashley Feinberg | Germain Lussier |
| Ian Fette | Riley MacLeod |
| Robert Finger | Andrew Magary |
| Ashton Galloway-Taylor | Amanda Mandelstein |
| Marina Galperina | Timothy Marchman |
| John Gelini | Alex Mason |
| Patrick George | Shepherd McAllister |
| Kanwar Gill | Kathryn McGinnis |
| Ariel Gononsky | David McKenna |
| George Grayson | Colleen McMillan |
| Melissa Green | Bryan Menegus |
| Samuel Griffel | Anna Merlan |
| Heidi Grothaus | Maria Misra |
| Ava Gyurina | Kelly Monson |
| Anthony Hack | Daniel Morgan |
| William Haisley | Diana Moskovitz |
| Lucy Haller | Julian Muller |
| Kirk Hamilton | Nick Murphy |
| Matt Hardigree | Melissa Murray |
| Andrew Harding | Evan Narcisse |
| Alan Henry | Giri Nathan |
| Patricia Hernandez-Ramos | Tamas Neltz |
| Emily Herzig | Chris Neveu |
| Clover Hope | Hamilton Nolan |
| Mollie Horan | Matthew Novak |
| Heather Hynes | Michael Nunez |
| Attila Illes | Brendan O'Connor |
| Jacob Inferrera | Courtenay O'Connor |
| Victor Jeffreys | Michael Orell |
| Richard Juzwiak | Darren Orf |
| Samer Kalaf | Andrew Orin |
| Omar Kardoudi Segarra | Raphael Orlove |
| Hannah Keyser | Jennifer Ouellette |
| Sophie Kleeman | Alexander Pareene |
| Patrick Klepek | Andrea Park |
| Thorin Klosowski | Adam Pash |
| Michele Lafauci | Puja Patel |
| Patrick Laffoon | Christopher Person |
| Samantha Lagani | Barry Petchesky |

Schedule 1-13

| | |
|---|---|
| Alexandra Philippides | Anastasia Weeks |
| Diego Pineda | Allison Wentz |
| Steven Polletta | Samuel Woolley |
| John Price | András Szatmári |
| Nandita Raghuram | Attila Kocsis |
| Eric Ravenscraft | Balázs Kéki |
| Kavitha Reddy | Balázs Pőcze |
| Patrick Redford | Dmitry Lambrianov |
| Benjamin Regenspan | Gábor Kacsik |
| Shane Roberts | Gáspár Körtesi |
| Grace Robertson | György Bokros |
| Michael Roselli | Ildikó Kriston |
| Joanna Rothkopf | István Bodnár |
| William Sansom | János Hardi |
| Jordan Sargent | László Heves |
| Samuel Scherer | Levente Molnár |
| Stephanie Schrader | Linda Bucsánszki |
| Jason Schreier | Luca Németh |
| Jillian Schulz | Márton Borlay |
| Taryn Schweitzer | Mikhail Mitrofanov |
| Thomas Scocca | Olivér Kovács |
| Eleanor Shechet | Péter Szász |
| Julianne Shepherd | Ramóna Udvardi |
| Hunter Slaton | Szabolcs Vida |
| Elisa Solinas | Szilvia Németh |
| Ethan Sommer | Zoltán Balázs |
| Casey Speer | Zoltán Kalmár |
| Zoe Stahl | George Dvorsky |
| Nicholas Stango | Luke Plunkett |
| Judith Steinbach | Brian Ashcraft |
| Madeleine Stone | Andrew Liszewski |
| Kelly Stout | Jamie Condliffe |
| Richard Sundue | Chris Mills |
| Margaret Taormina | James Whitbrook |
| Jia Tolentino | David Nield |
| Jason Torchinsky | Kathryn Jezer-Morton |
| Stephen Totilo | Madeleine Collier |
| David Tracy | Fruzsina Kuhari |
| Katharine Trendacosta | Robert Stokes |
| Joseph Trotter | Adam Kovac |
| William Turton | Jared "Jay Allen" Goodwin |
| Kerrie Uthoff | Anthony Dejolde |
| Christopher Vespoli | Carlos Rebato |
| Alissa Walker | Carlos Hierro |
| Angela Wang | Matias Martinez |
| Jamie Weber | Eduardo Marin |

Schedule 1-14

| | |
|---|---|
| Miguel Redondo | David Sommer |
| Zolani Stewart | Monica Heisey |
| Reshma Bhai | Sara Mcculloch |
| Manisha Aggarwal | Jakob Wenngren |
| Lindsay Handmer | Alex Bejerstrand |
| Daniel Strudwick | Halmar Sveinbjornsson |
| Eva Jurczyk | Amit Reut |
| Mihir Patkar | Rosa Gregori |
| Toshihisa Nakamura | Sarah Moroz |
| Kirsten O'Regan | Jason Richards |
| Alexandra Nursall | Ravi Somaiya |
| Nicholas Cameron | Reut Amit |
| Ralph Jones | Michael "Massoud" Martin |
| Elizabeth Edgar | Fariha Roisin |
| Rawiya Elkhadir | William Herkewitz |
| Ian Dransfield | Lev Hellebust (Bratishenko) |
| Stefan Janke | Pranav Dixit |
| Mark Wilson | Danny Allen |
| Sniff Petrol Limited | Karan Atul Shah |
| James Fell | James Baker |
| Peter Ryan | Gary Cutlack |
| Manuel Mendez Perez | Adelaide Dugdale |
| Angel Jiminez | Katherine Hannaford |
| Jacob Rose | Brian Hogg |
| Bram Gieben | Andrew James |
| Eva Holland | Chris Mcveigh |
| Nathan Thompson | Apoorva Prasad |
| Priya Elias | Michelle Tofi |
| Scaachi Koul | Yareniz Saavedra Padilla |
| Helen Appleyard | Carlos Risco |
| Omar Karduodi Segarra | Elias Notario Perez |
| Cara Ellison | Eric Tecayehuatl |
| Estelle Tang | Robert Boffard |
| Anupa Mistry | Guy Combs |
| Brodie Lancaster | Joel Meadows |
| Jess Shanahan | Chris Harris |
| Jesus Diaz | Guy Porepp |
| Herbert Lui (Wonder Shuttle Media, Inc) | Anthony Mark Dewhurst |
| Graham Ruthven | Peter Orosz |
| Stacy May Fowles | Ryan Pierce |
| Andrew Gibney | Neill Watson |
| Daniel Harris | George Williams |
| Alex Hess | Chris Harris |
| Chris Koentges | Natasha Chenier |
| Kevin O'Brien | Esther Sassaman |
| Achal Prabhala | Luke Malone |

Schedule 1-15

Mikhail Mitrofanov
Leo Wichtowski
Kevin Mahon
Simon Parkin
Quintin Smith
Kathleen Williams
Ollie Barder
Simon Mapp
Andrew Mcmillen
David Veselka

Kevin Mahon
David Gilson
Mark O'Neill
Spanner Spencer
Tom Cassell
Kenneth Gibson
Clare Kane
Zolani Stewart
Josephine Huetlin

**Official Committee of Unsecured Creditors**

Terry Gene Bollea
Shiva Ayyadurai

Ashley A. Terrill

**Notice of Appearance Parties as of August 11. 2016**

114 Fifth Avenue Owner LLC
204-210 Elizabeth Street LLC
Fastly, Inc.
Morrison Cohen LLP
Silicon Valley Bank
Superdry Wholesale, LLC and Superdry
    Retail, LLC
Terry G. Bollea

Terry Gene Bollea
UnitedHealthcare Insurance Company of
    New York
Unimerica Life Insurance Company of
    New York
US VC Partners, LP
Writers Guild of America East, Inc.
ZDGM LLC

58780680_5

## Schedule 2

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to These Chapter 11 Cases**

### Debtors and Trade Names
Akin Gump has in the past represented (but does not currently represent) Gawker Media LLC and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

### Current and Recent Former Directors and Officers
Akin Gump has not represented any of these individuals.

### Potential Contract Counterparties
Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| AIG | Google Inc. |
| Amazon Services, LLC | Perfect World Entertainment |
| Amazon Web Services, Inc. | WeWork |
| Amazon.com, Inc. | WeWork LA LLC |
| DoubleClick | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Adtech US, Inc. | Cook, John* |
| AOL Advertising Inc. | Federal Insurance Company |
| Colliers International | Terra Networks Brasil S.A. |
| Colliers International Kft. | TGT* |
| Colliers Nemzetközi Ingatlanüzemeltető és | |
| Kezelő Kft. | |

### Insurers
Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| AIG Europe Limited | Hartford Casualty Insurance Company |

58780680_5

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Federal Insurance Company                          United Healthcare Insurance Company
National Union Fire Insurance Co. of
Pittsburgh PA

**Other Interested Parties**
Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:
Cerberus Business Finance LLC                    Houlihan Lokey, Inc.


Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:
Latham & Watkins                                          Schulte Roth & Zabel LLP

**Landlords**
Akin Gump has not represented these companies.

**Litigants**
Akin Gump has not represented any of these individuals or companies.

**Professionals**
Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Cahill Gordon & Reindel LLP                       Proskauer Rose LLP
Maples & Calder                                           Ropes & Gray LLP

**Shareholders**
Akin Gump has in the past represented the following individuals on matters wholly unrelated to the Debtors' chapter 11 cases:

Cook, John*                                                  Price, John*


**Significant Customers**
Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Amazon                                                        Google (BizDev)
Amazon Commerce Revenue                        HTC Blinkfeed

58780680_5

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| 20th Century Fox | IBM |
| AOL One | Nokia |
| Cisco | Randomhouse |
| General Mills | |

## Significant Unsecured Creditors

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Google, Inc. (Analytics) | Merrill Communications, LLC |
| Google, Inc. (DoubleClick) | The Hartford |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| ADP Workforce Now | Associated Press |
| AOL Advertising | |

## Significant Vendors

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| AMEX Corporate GM | Houlihan Lokey |
| Cerberus Capital Management LP | Voya Financial 401K |
| Fidelity 401k | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| ADP PayEx | |
| Apple Inc. | Robert Half |
| Cahill Gordon & Reindel LLP | Ropes & Gray LLP |
| Maples & Calder (GM LLC) | |

## Taxing Authorities

Akin Gump has not represented any of these entities.

## U.S. Trustee and Key Court Personnel for the Southern District of New York

Akin Gump has not represented any of these individuals.

## Utilities

Akin Gump has not represented any of these companies.

58780680_5

**Employees and Independent Contractors**

Akin Gump has in the past represented the following individuals on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Cook, John* | Williams, George* |
| James, Andrew* | |
| Price, John* | |

**Official Committee of Unsecured Creditors**

Akin Gump has not represented any of these individuals.

**Notice of Appearance Parties as of August 11. 2016**

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Unimerica Life Insurance Company of New York | UnitedHealthcare Insurance Company of New York |

\*       Due to commonality of names of the individuals and entities marked in this schedule with an asterisk (\*), Akin Gump was unable to determine whether such individuals or entities are in fact parties whom Akin Gump currently represents, and/or has in the past represented, in matters unrelated to these chapter 11 cases.  However, Akin Gump has included such individuals and entities in this schedule in an abundance of caution.

**Exhibit C**
**Holden Declaration**

Exhibit C

58780680_5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                                        :
In re                                   :      Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :      Case No. 16-11700 (SMB)
                                        :
                    Debtors.            :      (Jointly Administered)
                                        :
--------------------------------------------------------x

## DECLARATION OF WILLIAM D. HOLDEN IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF GAWKER MEDIA GROUP, INC., EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016

I, William D. Holden, being duly sworn, hereby declare as follows:

1.      I am the Chief Restructuring Officer of Gawker Media LLC ("Gawker Media"), located at 114 Fifth Avenue, 2nd Floor, New York, New York 10014.

2.      I submit this declaration (this "Declaration") in support of the application (the "Application")[2] of the Debtors for an order, pursuant to Bankruptcy Code sections 327(e), 328(a), and 330, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 authorizing the employment of Akin Gump as special counsel to the Special Committee of the Board, effective *nunc pro tunc* to August 3, 2016.  The facts set forth herein are based on my personal knowledge or information provided to me by the Debtors' management, the Board, and other professionals.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

## The Selection of Akin Gump for the Special Committee

3.      Akin Gump is proposed to serve as special counsel to the Special Committee, responsible for the matters described in the Application.  The Special Committee in its sole discretion selected Akin Gump as counsel.

4.      The Debtors believe that the engagement of Akin Gump on behalf of the Special Committee will provide a significant benefit to the Debtors and their estates by providing the Special Committee with counsel to address the Potentially Interested Matters to the extent the Special Committee deems necessary.  In addition to Akin Gump's internationally respected transactional, litigation and restructuring practices, the attorneys at Akin Gump who will work on this matter have extensive involvement in risk management, first amendment, and appellate matters.  I believe that Akin Gump will bring these skills to bear in this engagement.  In addition, the Special Committee wanted separate and independent counsel to guide it in connection with the Potentially Interested Matters.  Accordingly, I believe that the Debtors' estates and creditors will benefit from Akin Gump's knowledge and expertise in its representation of the Special Committee.

5.      In addition, under the contemplated engagement, Akin Gump will charge only those actual and necessary expenses, for which it bills its clients, incurred in connection with the rendering of legal services described in the Application, by category and nature of services rendered.

## Rate Structure

6.      Mr. Tillman will be responsible for monitoring the services provided by Akin Gump.  He will be responsible for reviewing the invoices regularly submitted by Akin Gump.

2

## Cost Supervision

7.      The Debtors and Akin Gump are working on a prospective budget for the period from August 3, 2016 through October 31, 2016.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases.  The Debtors will continue to review the invoices that Akin Gump submits, and together with Akin Gump, amend the budget periodically as may be appropriate.  Pursuant to 28 U.S.C. § 1746, l declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 31, 2016

_____
William D. Holden