PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
Telephone: (212) 682-0020
Thomas A. Martin, Esq.
tmartin@putneylaw.com
Barbara M. Maisto, Esq.
bmaisto@putneylaw.com
*Attorneys for St. Paul Fire & Marine*
*Insurance Co./Travelers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

Gawker Media LLC, *et al.*,

Debtors.

Chapter 11

Case No. 16-11700 (SMB)

(Jointly Administered)

### ORDER GRANTING RELIEF FROM THE
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)

St. Paul Marine & Fire Insurance Co. ("Travelers"), having moved for an Order, pursuant to 11 U.S.C. § 362(d)(1), seeking relief from the automatic stay herein;

**UPON** reading and filing the Notice of Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1) dated September 2, 2016, together with the exhibit annexed thereto and due process of service thereof, and upon all pleadings and proceedings heretofore had herein, and due deliberation having been had hereon and good and sufficient cause appearing

**NOW**, on motion of Travelers, by and through its counsel Putney, Twombly, Hall & Hirson LLP, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(1) the Motion of Travelers, for Relief from the Automatic Stay is granted; and it is further

**ORDERED**, that the automatic stay instituted upon the filing of the petition for an Order for relief by the Debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by Travelers seeking declaration as to whether Debtor is entitled to coverage under the policies of insurance issued to Debtor as set forth in Travelers's proposed Complaint for Declaratory Judgment.

DATED:

ENTER:

_____

Hon. Stuart M. Bernstein
U.S. Bankruptcy Judge
Southern District of New York