PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
Telephone: (212) 682-0020
Thomas A. Martin, Esq.
tmartin@putneylaw.com
Barbara M. Maisto, Esq.
bmaisto@putneylaw.com
*Attorneys for St. Paul Fire & Marine*
*Insurance Co./Travelers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*, | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

<u>**CERTIFICATE OF SERVICE**</u>

I, Barbara Marissa Maisto, hereby certify that on September 2, 2016, true and correct copies of the Notices of Appearance and Request for Service of Papers for Thomas A. Martin and Barbara M. Maisto, Notice of Motion for Relief From The Automatic Stay, Motion For Relief From The Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Proposed Order, were caused to be served pursuant to this Court's Order Establishing Certain Notice, Case Management and Administrative Procedures and Omnibus Hearing Dates, entered by this Court on July 13, 2016, upon the following entities in the manner indicated:

> <u>***Via First Class Mail***</u>
> Sandeep Qusba, Esq.
> William T. Russell, Jr.
> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, N.Y. 10017-3954
> *Counsel to the Official Committee of Unsecured Creditors*

*Via Federal Express*
Chambers of the Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1418


*Via Federal Express*
Attn: Greg Zipes and Susan Arbeit
Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

*Via Email/CM/ECF*
Upon those entities as set forth on The Master Service List
Per Prime Clerk LLC

Gawker Media LLC
114 Fifth Ave, 2nd Floor
New York, New York 10011
Attn: Heather Dietrick
heather@gawker.com
*Debtors*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
Attn: Gregg M. Gagliardi, Esq.
Gregg.gagliardi@ropesgray.com
*Counsel to Debtors*

Dated: New York, New York
September 2, 2016

**PUTNEY, TWOMBLY, HALL & HIRSON LLP**

By:   */s/ Barbara M. Maisto*
    Barbara M. Maisto
    521 Fifth Avenue
    New York, New York 10175
    (212) 682-0020
    *Attorneys for St. Paul Fire & Marine Insurance*
    *Co./Travelers*