UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                                  :    Chapter 11
                                                                       :
GAWKER MEDIA LLC, et al.,[1]                                           :    Case No. 16-11700 (SMB)
                                                                       :
                            Debtors.                                   :    (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 30, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) via Overnight Mail on Citrin Cooperman & Company, LLP, Attn: General Counsel, 529 Fifth Avenue, New York, NY, 10017, and 2) by the method set forth on the Fee Application Parties Service List attached hereto as **Exhibit A**:

- Notice of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Citrin Cooperman & Company, LLP as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession Effective *nunc pro tunc* to the Petition Date and Opportunity for Hearing [Docket No. 233]

Dated: September 2, 2016

/s/ Ingamar D. Ramirez
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 2, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Mark M Brown

**MARK M BROWN**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02BR6305738**
**Qualified in New York County**
**My Commission Expires June 09, 2018**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 10556

**<u>Exhibit A</u>**

Exhibit A
Fee Application Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtors | Gawker Media LLC | Attn: General Counsel<br>114 Fifth Avenue 2d Floor<br>New York NY 10011 | heather@gawker.com<br>profinvoices@gawker.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Debtors | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com<br>Stacy.Dasaro@ropesgray.com<br>Kristina.Alexander@ropesgray.com<br>michael.winograd@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Hand Delivery |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | greg.zipes@usdoj.gov<br>susan.arbeit@usdoj.gov | Email |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Page 1 of 1