Presentment Date and Time:  September 22, 2016, at 10:00 a.m. (ET)
Objection Date and Time:  September 19, 2016, at 10:00 a.m. (ET)

**SIMPSON THACHER & BARTLETT LLP**
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GAWKER MEDIA LLC, *et al*., | Case No. 16-11700 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA LLC, *et al.* FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e), 328 (a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF RECZICZA DENTONS EUROPE LLP AS SPECIAL COUNSEL EFFECTIVE *NUNC PRO TUNC* TO SEPTEMBER 1, 2016**

The Official Committee of Unsecured Creditors (the "**Committee**") of Gawker Media LLC, *et al.* (the "**Debtors**"), by its Co-Chair, Shiva Ayyadurai, hereby applies (the "**Application**") for an Order, substantially in the form attached hereto as **Exhibit A**, pursuant to 11 U.S.C. §§ 327(e), 328(a), 330, and 1103 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules for the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

United States Bankruptcy Court for the Southern District of New York (as amended, the "**Local Rules**") authorizing the employment and retention of Réczicza Dentons Europe LLP[2] ("**Dentons Europe**" or the "**Firm**") as special counsel to the Committee as to Hungarian law matters, effective *nunc pro tunc* to September 1, 2016.  In support of the Application, the Committee relies upon the declaration of Shiva Ayyadurai, Committee Co-Chair (the "**Co-Chair Declaration**"), attached hereto as **Exhibit B**, and the declaration of Gergely Horváth (the "**Horváth Declaration**"), attached hereto as **Exhibit C**, each incorporated herein by reference. In further support of this Application, the Committee respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief requested herein are sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## BACKGROUND

2.      On June 10, 2016, Gawker Media LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On June 12, 2016, Gawker Media Group, Inc. and Kinja Kft. followed with voluntary petitions for relief under chapter 11 on June 12, 2016. The factual background regarding the Debtors, including their business operations, their financial affairs and

---

[2]    The Committee understands that Dentons Europe is a member of 大成 Salans FMC SNR Denton McKenna Long Group, a Swiss Verein (the "Dentons Verein").  The Dentons Verein is a global legal practice providing client services worldwide through its member firms and affiliates, including Dentons Canada LLP, Dentons Europe LLP, Dentons Hong Kong, Dentons UKMEA LLP, Dentons US LLP, and their subsidiaries and affiliates, each of which is its own legal practice ("Legal Practice").  The Dentons Verein does not itself provide legal or other client services.  This application seeks the employment of Dentons Europe only, and not any other Dentons Legal Practice.  However, Dentons US is assisting Dentons Europe on an administrative basis to facilitate this Application and Dentons Europe's fee applications.  Dentons US is facilitating this Application as an accommodation to Dentons Europe and its fees for such services will not be charged to the Debtors' estate.

capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in detail in the Declaration of *William D. Holden in Support of First Day Motions* [Docket No. 7].

3.    By Order dated June 16, 2016 [Docket No. 41], these chapter 11 cases are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, neither a trustee nor an examiner has been appointed in these chapter 11 cases.

4.    On June 24, 2016, the Office of the United States Trustee (the "**U.S. Trustee**") appointed the Committee in these cases pursuant to section 1102 of the Bankruptcy Code [Docket No. 62]. The Committee is presently composed of the following three creditors: (i) Terry Gene Bollea; (ii) Shiva Ayyadurai; and (iii) Ashley A. Terrill.

5.    The Committee has retained Simpson Thacher & Bartlett LLP ("**Simpson Thacher**") as its primary counsel and Deloitte Financial Advisory Services LLP ("**Deloitte**") as its financial advisor.

6.    The Committee has also retained the Firm as its proposed special counsel as to Hungarian law matters.  While the Firm has been retained as proposed special counsel, the Committee and the Firm  have not executed an engagement letter.

## **RELIEF REQUESTED**

7.    Subject to this Court's approval, and pursuant to sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Committee respectfully requests that the Court enter the Order in the form of Exhibit A authorizing the Committee to employ and retain Dentons Europe as its special counsel,

effective *nunc pro tunc* to September 1, 2016, to perform the legal services that will be necessary during these chapter 11 cases.

8.      Dentons Europe and the team assigned to this matter has more than 20 years of experience in domestic and international bank finance and real estate finance matters, construction projects, Public Private Partnership (PPPs), debt capital markets and derivatives transactions.  Gergely Horváth (who will lead the team) is a Hungarian qualified partner with extensive international experience working in the United Kingdom and heads the Banking and Finance and the Restructuring, Insolvency and Bankruptcy groups of Dentons Europe's Budapest office.  Mr. Horváth's practice primarily focuses on acquisition and project finance, structured financing and financial restructuring transactions (including assistance on Scheme of Arrangements proceedings conducted in the United Kingdom and Chapter 11 proceedings in the United States). Mr. Horváth will be assisted by a team of experienced and duly qualified lawyers, including a retired Hungarian insolvency judge and associates being members of various insolvency-related associations (such as INSOL and TMA).

9.      Since the Committee's appointment, Dentons Europe has been working closely with Simpson Thacher, Deloitte, the Debtors, and other parties-in-interest to become familiar with the Debtors' businesses and many of the potential legal issues that may arise with respect to the matters for which Dentons Europe is being retained.

### A.      <u>Services to be Provided</u>

10.     The Committee believes Dentons Europe is qualified to represent it in these cases in an effective, efficient and timely manner.  Kinja Kft. is a Hungarian entity. The Committee anticipates that the services provided Dentons Europe will be limited to:

>    (a)      Investigating the validity of any liens/charges against the Hungarian Debtor; and

(b)     To the extent necessary, providing advice regarding other aspects of Hungarian law.

11.     No other law firm is providing the Committee with this service.  Dentons Europe intends to work closely with Simpson Thacher and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of the services performed or charged to the Debtors' estates.

12.     Dentons Europe has indicated a willingness to act on behalf of the Committee.

13.     The Committee believes Dentons Europe has the necessary background and legal expertise to address any potential legal issues that arise in the context of this engagement.

14.     Finally, *nunc pro tunc* relief is appropriate here.  Since September 1, 2016, the Committee, with the assistance of Dentons, has been reviewing diligently issues related to the prepetition financings in advance of the forthcoming investigation deadline in the debtor in possession financing order.  The Committee respectfully submits that the filing of this Application is appropriate and timely under the circumstances, so as to justify *nunc pro tunc* relief.

**B.      Professional Compensation**

15.     Dentons Europe intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to the Court's approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York, updated June 17, 2013 (the "**SDNY Guidelines**"), Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 440 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**Revised UST Guidelines**"), the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals [Docket No. 94] and other Orders of the Court

Orders, and seek reimbursement of actual, necessary expenses and other charges that Dentons

Europe incurs.

16.     Dentons Europe's hourly rates and corresponding rate structure for these chapter

11 cases are the same as Dentons Europe charges generally for restructuring, workout,

bankruptcy and comparable matters, as well as similar complex corporate, intellectual property

and litigation matters, whether in court or otherwise and regardless of whether a fee application

is required.

17.     Dentons Europe's hourly rates vary with the experience and seniority of the

individual professionals and paraprofessionals. Dentons Europe's current hourly rates, effective

as of January 1, 2016, for the professionals and paraprofessionals who are expected to provide

services to the Committee in chapter 11 cases range as follows:[3]

| Billing Category | Range |
|------------------|-------|
| Partners | $400-$650 |
| Counsel | $360-$415 |
| Associates | $150-$350 |
| Paraprofessionals | $80-$120 |

These rates, as set forth more fully in the Horváth Declaration, are reasonable.

18.     The following professionals are presently expected to have primary responsibility

for providing services to the Committee: Gergely Horváth, Gabriella Pataki, Bence Böszörményi

and László Juhász.  In addition, from time to time, as these chapter 11 cases proceed, other

---

[3]     These hourly rates are subject to periodic adjustments. Prior to applying any increases in its hourly rates beyond the rates set forth herein, Dentons Europe will provide ten days' notice of any such increases to the Debtors, the United States Trustee, counsel to US VC Partners as Second Lien Lender, and Cerberus Business Finance LLC as DIP Lender and file the notice on ECF. The United States Trustee retains all rights to object to such rate increase, and the Court retains the right to review any rate increase.

Dentons Europe professionals and paraprofessionals will provide required services to the Committee.

19.      Dentons Europe will also seek reimbursement for all actual, non-overhead expenses incurred by Dentons Europe on the Committee's behalf, such as postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, outgoing facsimile transmissions, airfare, meals, and lodging, as more fully set forth in the Horváth Declaration. All requests for reimbursement of expenses will be consistent with SDNY Guidelines established by the Bankruptcy Court and/or the Revised UST Guidelines.

20.      The Committee believes that these rates, and the terms and conditions of Dentons Europe's employment, are reasonable.

### C.      Dentons Europe's Disinterestedness

21.      To the best of the Committee's knowledge, information, and belief, based on the annexed Horváth Declaration, Dentons Europe does not hold or represent an interest adverse to the Committee and, except as disclosed in the Horváth Declaration, does not have any "connections" to the Debtors, their creditors or other parties in interest in these chapter 11 cases. Accordingly, the Committee believes that Dentons Europe is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

22.      As set forth in the Horváth Declaration, Dentons Europe has represented, currently represents and will in the future likely represent certain parties in interest or potential parties in interest in these chapter 11 cases in matters unrelated either to the chapter 11 cases or such entities' claims against the Debtors. Further, as part of its customary practice, Dentons Europe is retained in cases, proceedings, and transactions involving many different parties throughout the United States and worldwide, some of whom may represent or be employed by

claimants, and some of whom may be parties in interest in these chapter 11 cases. Dentons
Europe will periodically review its files during the pendency of these chapter 11 cases to ensure
that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or
relationships are discovered or arise, Dentons Europe will use reasonable efforts to identify and
disclose such further developments by filing a supplemental declaration.

23.     The Committee has been advised that Dentons Europe is a member of the
Dentons Verein. Dentons Europe has advised the Committee that the Dentons Verein is a global
legal practice providing client services worldwide through its member firms and affiliates, each
of which is its own Legal Practice. Dentons Europe has made clear to the Committee that it is
not retaining any Dentons Legal Practice other than Dentons Europe and that:

- Each Legal Practice maintains separate books and records, profit pools, financial
  statements, budgets and income tax records in accordance with its own methods of
  accounting and on its respective year-ends.

- The Dentons Verein Legal Practices do not share revenues, profits, or losses.

- Member firms in the Dentons Verein have no access to each other's client data and files.
  Attorneys in Dentons Europe can access only the client documents and files, whether
  electronic or hard copy, maintained by and at Dentons Europe. They have no access to
  the documents or files of any other member of the Verein.

- Member firms do not share privileged information with other member firms unless they
  are retained by and working together for a client on the same matter. Any other sharing of
  information is limited to the business of the member firms, *e.g.*, for marketing purposes.

24.     Dentons Europe is the only member of the Dentons Verein that the Committee is
seeking to retain in this case. If another member of the Dentons Verein is called upon to assist
the Committee, retention papers and disclosures will be supplemented.[4]

---

[4]  As noted in footnote 2, Dentons US is assisting Dentons Europe on an administrative basis to facilitate this
Application and Dentons Europe's fee applications. Dentons US currently represents an employee of Gawker
with respect to a claim for wages and other benefits. (*See* Horváth Declaration, ¶ 27.) The Committee believes
(Continued . . .)

25.    The Committee believes that the employment of Dentons Europe is necessary and in the best interests of the estates and will enable the Committee to carry out its fiduciary duties owed to unsecured creditors under the Bankruptcy Code. The Committee respectfully submits that the relief requested in the Application is appropriate and should be granted by this Court.

### <u>NOTICE</u>

26.    Notice of this Application has been provided to: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com); (ii) counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com), Jonathan   P.   Gill   (jonathan.gill@ropesgray.com)   and   Kristina   Alexander (kristina.alexander@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, Attn: Greg Zipes and Susan Arbeit; (iv) the Internal Revenue Service, Attn: Centralized Insolvency Operation, 2970 Market Street, Philadelphia, PA 19104 (mimi.m.wong@irscounsel.treas.gov); (v) the United States Attorney's Office for the Southern District of New York, Attn: Bankruptcy Division, 86 Chambers Street, 3rd Floor, New York, NY 10007 (david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; carina.schoenberger@usdoj.gov); (vi) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); (vii) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 606011, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue,

---

(. . . continued)

that this representation by Dentons US does not create a conflict of interest because Dentons Europe is the only member of the Dentons Verein that the Committee is seeking to retain in this case.

New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (viii) parties

that have requested notice pursuant to Bankruptcy Rule 2002. A copy of this Application is also

available    on    the    website    of    the    Debtors'    notice    and    claims    agent    at

https://cases.primeclerk.com/gawker. In light of the nature of the relief requested herein, the

Committee submits that no other or further notice is necessary.

## NO PRIOR REQUEST

27.    No previous request for the relief sought in this Application has been made to this

Court or any other court.

WHEREFORE, the Committee respectfully requests that the Court: (a) enter an order

substantially in the form annexed hereto as Exhibit A, authorizing the retention and employment

of Dentons Europe; and (b) grant such other and further relief as the Court may deem just and

proper.

Dated: September __, 2016

By: _____

Shiva Ayyadurai, Committee Co-Chair
Official Committee of Unsecured Creditors of
Gawker Media, LLC *et al*.

**<u>Exhibit A</u>**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| GAWKER MEDIA LLC, *et al.*, | Case No. 16-11700 (SMB) |
| Debtors.[1] | Jointly Administered |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RECZICZA
DENTONS EUROPE LLP AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO SECTIONS 327(e), 328(a), 330, AND
1103(a) OF THE BANKRUPTCY CODE EFFECTIVE
*NUNC PRO TUNC* TO SEPTEMBER 1, 2016**

This matter coming before the court on the Application of the Official Committee of

Unsecured Creditors of Gawker Media LLC, et al. for Entry of an Order Pursuant to Sections

327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016

Authorizing the Retention and Employment of Récziczia Dentons Europe LLP as Special

Counsel effective *nunc pro tunc* to September 1, 2016 (the "**Application**")[2]; the Court having

reviewed the Application and the Declaration of Gergely Horváth (the "**Horváth Declaration**")

and the Declaration of Shiva Ayyadurai, Committee Co-Chair; and the Court having found based

on the representations made in the Application and in the Horváth Declaration that (a) Récziczia

Dentons Europe LLP does not hold or represent an interest adverse to the Debtors' estates and

(b) Récziczia Dentons Europe LLP is a "disinterested person" as defined in section 101(14) of the

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492);
Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker
Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. King Kft.'s offices are
located at Andrassy ut. 66 1062 Budapest, Hungary.

[2]    Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to
them in the Application.

Bankruptcy Code and as required by section 327(e) of the Bankruptcy Code; the Court finding

that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b)

this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Application is

sufficient under the circumstances and no further notice is required; and the Court having

determined that the legal and factual basis set forth in the Application establish just cause for the

relief granted herein and the Court having determined that the relief sought in the Application is

in the best interests of the Committee and its constituents; and after due deliberation and

sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED that the Committee is authorized, pursuant to sections 327(e), 328(a) and

1103(a) of the Bankruptcy Code, and effective as of September 1, 2016, to employ and retain

Dentons Europe as special counsel; and it is further

ORDERED, that Dentons Europe shall be compensated in accordance with the

procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy

Rules, the Local Rules and any other such procedures as may be fixed by order of this Court; and

it is further

ORDERED, that prior to any increases in its hourly rates beyond the rates set forth in the

Application, Dentons Europe shall provide ten days' notice of any such increases to the Debtors,

the United States Trustee, counsel to US VC Partners as Second Lien Lender, and Cerberus

Business Finance LLC as DIP Lender and file the notice on ECF. The United States Trustee

retains all rights to object to such rate increase, and the Court retains the right to review any rate

increase; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016
      New York, New York

                                     _____
                                     THE HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**(Committee Co-Chair Declaration)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GAWKER MEDIA LLC, *et al.*, | Case No. 16-11700 (SMB) |
| Debtors.[1] | Jointly Administered |

**DECLARATION OF SHIVA AYYADURAI IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA LLC, *et al.* FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e), 328 (a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF RECZICZA DENTONS EUROPE LLP AS SPECIAL COUNSEL EFFECTIVE *NUNC PRO TUNC* TO SEPTEMBER 1, 2016**

Pursuant to 28 U.S.C § 1746, I, Shiva Ayyadurai, Committee Co-Chair, hereby submit this declaration (the "**Declaration**") under penalty of perjury:

1.      I am a creditor of Gawker Media, LLC (together with its debtor affiliates, the "**Debtors**") and was appointed by the Office of the United States Trustee as a member of the Official Committee of Unsecured Creditors (the "**Committee**") of the Debtors.  I am the Co- Chair of the Committee, and I was part of the process and involved in selecting and engaging counsel for the Committee.

2.      I have reviewed and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC,* et al. *for Entry of an Order Pursuant to Sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Réczicza Dentons Europe LLP as Special*

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011.  King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

*Counsel Effective* nunc pro tunc *to September 1, 2016* (the "**Application**").[2]  In support of the Application, the Committee relies upon the Declaration of Gergely Horváth, which is attached to the Application as **<u>Exhibit C</u>**.

3.      The Committee selected Dentons Europe to serve as special counsel and investigate liens against the Hungarian Debtor and other potential sources of value to unsecured creditors.

4.      Since the Committee's appointment, Dentons Europe has been working closely with Simpson Thacher, the Committee's financial advisors, the Debtors, and other parties-in interest to become familiar with the Debtors' businesses and many of the potential legal issues that may arise with respect to the matters for which Dentons Europe is being retained.  For these reasons, the Committee believes that Dentons Europe is both well-qualified and uniquely able to represent the Committee in the Chapter 11 Cases in an efficient and timely manner.

5.      The members of the Committee also reviewed Dentons Europe's rates for bankruptcy services as set forth in the Application.  Dentons Europe informed the Committee these rates are generally consistent with Dentons Europe's comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services.  The Committee believes these rates are reasonable.  Each Committee member will also receive copies of Dentons Europe's monthly invoices and fee applications and will have a full opportunity to review the fees to confirm they are reasonable.

6.      Based on representations made to the Committee by Dentons Europe, the Committee will receive copies of Dentons Europe's monthly invoices and fee applications, and will have a full opportunity to review those fees to ensure they are reasonable prior to final payment of any fees and expenses in these Chapter 11 Cases.

---

[2]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

7.      The Committee and Dentons Europe expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the first interim period, recognizing that in the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Dentons Europe. The Committee will continue to review the staffing plan and budget, along with Dentons Europe's invoices, and together with Dentons Europe, make adjustments as may be necessary or appropriate.

8.      The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by other executives or employees, and my personal opinion based upon the foregoing. I am authorized to submit this Declaration on behalf of the Committee, and if called upon to testify, I would testify competently to the facts set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.


Date: September ___, 2016

_____
Shiva Ayyadurai, Committee Co-Chair, as
authorized and on behalf of the Committee

## Exhibit C

**(Horváth Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| GAWKER MEDIA LLC, *et al.*, | Case No. 16-11700 (SMB) |
| Debtors.[9] | Jointly Administered |

**DECLARATION OF GERGELY HORVÁTH IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GAWKER MEDIA LLC, *et al.* FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e), 328 (a), 330 AND 1103(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF RECZICZA DENTONS EUROPE LLP AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE *NUNC PRO TUNC* TO SEPTEMBER 1, 2016**

I, GERGELY HORVÁTH, hereby declare under penalty of perjury:

1.      I am a partner with Réczicza Dentons Europe LLP ("**Dentons Europe**"), which maintains offices for the practice of law in Budapest, Hungary at Andrássy út 11, Budapest, 1061, Hungary.  I am an attorney admitted to practice in Hungary.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "**Horváth Declaration**") in support of the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC,* et al. *for Entry of an Order Pursuant to Sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Réczicza Dentons Europe LLP as Special Counsel Effective* nunc pro tunc *to September 1, 2016* (the

---

[9]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy út 66, 1062 Budapest, Hungary.

"**Application**").[10] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      To the extent that any information disclosed herein requires amendment or modification upon Dentons Europe's receipt of additional information or as additional creditor information becomes available, a supplemental declaration will be submitted to the Court.

## Dentons Europe Qualifications

4.      I am the head of the Banking and Finance and the Restructuring, Insolvency and Bankruptcy groups of Dentons Europe's Budapest office.   I have more than 20 years of experience in domestic and international bank finance and real estate finance matters, construction projects, Public Private Partnership (PPPs), debt capital markets and derivatives transactions, including extensive international experience working in the United Kingdom.   Mr. Horváth's practice primarily focuses on acquisition and project finance, structured financing and financial restructuring transactions.   My practice primarily focuses on acquisition and project finance, structured financing and financial restructuring transactions (including assistance on Scheme of Arrangements proceedings conducted in the United Kingdom and Chapter 11 proceedings in the United States).

5.      The Committee selected Dentons Europe to serve as special counsel and investigate liens against the Hungarian Debtor and other potential sources of value to unsecured creditors.

## Services to Be Provided

6.      The legal services provided Dentons Europe will be limited to:

  a. Investigating the validity of any liens/charges against the Hungarian Debtor; and

---

[10]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

b.  To the extent necessary, providing advice regarding other aspects of Hungarian law.

**Professional Compensation**

7.      Dentons Europe intends to apply for allowance of compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the SDNY Guidelines, the Revised UST Guidelines, and any other applicable procedures or orders of the Court. Dentons Europe's hourly rates and corresponding rate structure for these chapter 11 cases are the same as Dentons Europe charges generally for restructuring, workout, bankruptcy, insolvency, and comparable matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters are typically global in scope and involve great complexity, high stakes, and severe time pressures.

8.      The terms of the proposed employment of Dentons Europe provide generally that certain attorneys and other personnel within Dentons Europe will undertake this representation at their hourly rates typically used in bankruptcy cases and as agreed with the Debtor, and that Dentons Europe will be reimbursed for reasonable and necessary expenses, subject to the approval of the Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the orders of this Court.

9.      The hourly rates of Dentons Europe for matters implicated in the Chapter 11 Case range as follows:

- the hourly rates for partners and senior counsel range from $400 per hour to $650 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field;

- the hourly rates for counsel range from $360 per hour to $415 per hour;

- the hourly rates for associates range from $150 per hour to $350 per hour, based upon year of graduation from law school; and

- the hourly rates for paraprofessionals range from $80 per hour to $120 per hour.

10.    Although certain additional professionals and paraprofessionals at Dentons Europe may provide services to the Debtor from time to time, the principal attorneys and paralegal presently designated to represent the Debtor, and their current hourly rates typically used in bankruptcy cases and as agreed with the Debtor are:

| Professional | Position | Hourly Rate |
|---|---|---|
| Gergely Horváth | Partner | $450 |
| László Juhász | Counsel | $360 |
| Gabriella Pataki | Associate | $250 |
| Bence Böszörményi | Associate | $180 |
| Márton Lénárt | Paralegal | $100 |

11.    The hourly rates of the attorneys and paralegals of Dentons Europe are subject to periodic adjustments to reflect economic and other conditions and to reflect their increased expertise and experience in their area of law.[11]

12.    The hourly rates set forth above are set at a level designed to compensate Dentons Europe fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  In addition, from time to time, as this Chapter 11 Case proceeds, it is likely that the representation of the Committee by Dentons Europe will require the active participation of

---

[11]    In the event the hourly rates set forth herein are adjusted during the pendency of this Chapter 11 Case, Dentons Europe will provide the Court, the U.S. Trustee and the Debtor with written notice of such new hourly rates.

attorneys and paraprofessionals from other departments, in addition to the attorneys and paraprofessionals assigned to this Chapter 11 Case.

13.    No promises have been received by Dentons Europe or by any partner, counsel or associate thereof as to compensation in connection with its representation of the Committee in this Chapter 11 Case other than as set forth in the Application.

14.    Dentons Europe has no agreement with any entity to share any compensation received by Dentons Europe.

**Disinterestedness**

15.    Dentons Europe is a member of 大成 Salans FMC SNR Denton McKenna Long Group, a Swiss Verein (the "**Dentons Verein**"). The Dentons Verein is a global legal practice providing client services worldwide through its member firms and affiliates, including Dentons Canada LLP, Dentons Europe LLP, Dentons Hong Kong, Dentons UKMEA LLP, Dentons US LLP, and their subsidiaries and affiliates, each of which is its own legal practice ("**Legal Practice**"). The Dentons Verein does not itself provide legal or other client services. Dentons Europe has made clear to the Committee that it is not retaining any Dentons Legal Practice other than Dentons Europe and that:

- Each Legal Practice maintains separate books and records, profit pools, financial statements, budgets and income tax records in accordance with its own methods of accounting and on its respective year-ends.

- The Dentons Verein Legal Practices do not share revenues, profits, or losses.

- Member firms in the Dentons Verein have no access to each other's client data and files. Attorneys in Dentons Europe can access only the client documents and files, whether electronic or hard copy, maintained by and at Dentons Europe. They have no access to the documents or files of any other member of the Verein.

- Member firms do not share privileged information with other member firms unless they are retained by and working together for a client on the same matter.

Any other sharing of information is limited to the business of the member firms, *e.g.*, for marketing purposes.

16.     Dentons Europe is the only member of the Dentons Verein that the Committee is seeking to retain in these cases.  If another member of the Dentons Verein is called upon to assist the Committee, retention papers and disclosures will be supplemented.[12]

17.     Neither I, Dentons Europe, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor, its secured and unsecured creditors or any other parties in interest herein or its professionals, other than as described in this Declaration.

18.     To the best of my knowledge, information, and belief formed after reasonable inquiry, other than in connection with this case, and except as set forth below, neither I nor Dentons Europe has any connection with the Debtor, its creditors, the United States Trustee, or any other party with an actual or potential interest in this Chapter 11 Case, or their respective known attorneys or accountants, except that (a) Dentons Europe may have appeared from time to time in the past, and may appear in the future, in other cases where one or more of such parties may have been or may be involved; and (b) Dentons Europe may have been retained by certain creditors and other parties in interest or its attorneys, accountants, or professionals in other cases unrelated to the debtor's chapter 11 case.

19.     Other than as set forth herein, Dentons Europe is neither a creditor of the Debtor, an equity holder of the Debtor, nor an insider of the Debtor.  For so long as it represents the Committee, Dentons Europe will not represent any entities other than the Committee in connection with this Chapter 11 Case.

---

[12]    Dentons US is assisting Dentons Europe on an administrative basis to facilitate this Application and Dentons Europe's fee applications.  Dentons US is facilitating this Application as an accommodation to Dentons Europe and its fees for such services will not be charged to the Debtors' estate.

20.     To check and clear potential conflicts of interest in this case, Dentons Europe researched its client database to determine whether it has any relationship with any of the parties listed on **Schedule 1** attached hereto.  Schedule 1 was assembled from information provided by the Debtor, and contains a listing of the Debtor, its affiliates, its secured creditors, its unsecured creditors and other parties in interest.  To the best of my knowledge and information, Dentons Europe does not represent any other party in interest in this Chapter 11 Case, or its attorneys or accountants, except as set forth in **Schedule 2** which is attached hereto.  Dentons Europe's review of the voluminous list of the Debtor's remaining list of creditors and interested parties is ongoing.  Dentons Europe will submit by supplemental filing any additional connections with any of the Debtor's remaining creditors and interested parties.

21.     To the best of my knowledge, information and belief, Dentons Europe has no connection (as such term is used in section 101(14) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 5002(b)) with the Debtor, its creditors, other parties in interest herein, the Debtor's current respective attorneys or professionals, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge in this District, and does not hold any adverse interest or represent any entity having an adverse interest in connection with the Debtor's case except as set forth in Schedule 2.

22.     To the extent set forth on Schedule 2, I, Dentons Europe, and certain of its partners, counsel, and associates may currently represent, or may have previously represented, and may in the future represent persons, entities and their affiliates that are claimants, interest holders, other parties in interest, or professionals of the debtor (and other professionals to be retained in this case) in matters totally unrelated to the Debtor or its chapter 11 case.

23.    The Debtor has many creditors and/or investors.  A firm the size of Dentons Europe necessarily may have contacts and relationships with such parties and entities and/or professionals retained by them which may include present representations of or against certain creditors of the Debtor in matters unrelated to the Debtor and its Chapter 11 Case, as well as minor equity holdings in such parties and entities by partners in Dentons Europe.  Dentons Europe may supplement this declaration from time to time to disclose any such additional material contacts or relationships with significant parties as and if they become known.

24.    To the best of my knowledge, information and belief, Dentons Europe is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that the firm and its partners, counsel and associates:

    a.    Are not creditors (including by reason of unpaid fees and expenses for prepetition services), equity security holders or insiders of the Debtor;

    b.    Are not and were not, within two (2) years before the date of the filing of the Debtor's Chapter 11 petition, a director, officer, or employee of the Debtor;

    c.    Are not related to the U.S. Trustee in the region in which the case of the Debtor is pending; and have had no connection with the U.S. Trustee, or with members of the U.S. Trustee's Office; and

    d.    Do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason with respect to the matters for which the Dentons Europe is being retained as special counsel to the Committee.

25.    Dentons Europe will periodically review its files during the pendency of this Chapter 11 Case to ensure that no conflicts or other disqualifying circumstances exist or arise and if any new relevant facts or relationships are discovered or arise, Dentons Europe will use

8

reasonable efforts to identify such further developments by filing a supplemental declaration pursuant to Local Rule 2014-1(a). Such a supplemental declaration will be filed regarding any new relevant facts or relationships that are discovered or arise with respect to any interested parties.

26.    As noted, Dentons Europe is a member of the Dentons Verein, a global legal practice providing client services worldwide through its member firms and affiliates, including Dentons Canada LLP, Dentons US LLP, Dentons Hong Kong, Dentons UKMEA LLP, Dentons Europe LLP, and their subsidiaries and affiliates, each of which is its own Legal Practice. The Dentons Verein does not itself provide legal or other client services and only Dentons Europe is being retained in this case. Attached as **Schedule 3** are connections that members of the Dentons Verein, other than Dentons Europe, and certain of its partners, counsel, and associates may currently represent, or may have previously represented, and may in the future represent persons, entities and their affiliates that are claimants, interest holders, other parties in interest, or professionals of the Debtor (and other professionals to be retained in this case) in matters totally unrelated to the Debtor's pending chapter 11 case.

27.    Dentons US currently represents an employee of the Debtor with respect to a claim for wages and other benefits. The name of such employee will be provided to the US Trustee, the Committee, the Debtors and the Bankruptcy Court upon request. An ethical wall is in place separating the Dentons US attorneys which represent this employee from the matter relating to Dentons Europe's retention as special counsel to the Committee. Accordingly, Dentons US's representation of the Debtor's employee does not create a conflict of interest that would preclude Dentons Europe's retention as special counsel to the Committee.

9

28.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: September 8 , 2016

_____
Gergely Horvath

**SCHEDULE 1**

**List of Schedules**

| **Schedule** | **Category** |
|---|---|
| 1(a) | Debtors and Trade Names |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Potential Contract Counterparties |
| 1(d) | Insurers |
| 1(e) | Other Interested Parties |
| 1(f) | Landlords |
| 1(g) | Litigants |
| 1(h) | Professionals |
| 1(i) | Shareholders |
| 1(j) | Significant Customers |
| 1(k) | Significant Unsecured Creditors |
| 1(l) | Significant Vendors |
| 1(m) | Taxing Authorities |
| 1(n) | U.S. Trustee and Key Court Personnel for the Southern District of New York |
| 1(o) | Utilities |
| 1(p) | Employees and Independent Contractors |

**SCHEDULE 1(a)**

**Debtors and Trade Names**

| | |
|---|---|
| Gawker Media Group, Inc. | Blogwire |
| Gawker Media LLC | Deadspin |
| Kinja Kft. | Defamer |
| Blogwire Hungary Intellectual Property Licensing LLC | Gawker |
| Blogwire Hungary Kft. | Gawker Stalker |
| Gawker.Com | Gizmodo |
| Blogwire Hungary Intellectual Property Licensing LLC | io9 |
| Blogwire Hungary Kft. | Jalopnik |
| Curbed.com LLC | Jezebel |
| Gawker Sales LLC | Kinja |
| Gawker.Com | Kotaku |
| RGFREE | Lifehacker |
| Vox Media, Inc. | Sploid |
| | Valleywag |

## SCHEDULE 1(b)

### Current and Recent Former Directors and Officers

Albertson, Josh

Darbyshire, Gabrielle

Denton, Nicholas

Dietrick, Heather

Epstein, Jason

Fette, Ian

Holden, William

Kidder, Scott

Plunkett, Thomas

Szasz, Peter

Tillman, Scott

Weinbrecht, Adrian

## SCHEDULE 1(c)

### Potential Contract Counterparties

114 Fifth Avenue Ground Lessee LLC

114 Fifth Owner LP

204-210 Elizabeth Street LLC c/o S.W. Management LLC

204-210 Elizabth Street LLC

3293 Pacific LLC

A Mediocre Corporation

A Small Orange, LLC.

A9.com, Inc.

Access Intelligence, LLC

Adam Clark Estes

Adam Pash

Adam Weinstein

Ad-Juster, Inc.

Admeld, LLC

Adsfactor Holdings Limited

AdSlot Technologies, LTD.

Adtech US, Inc.

Aegon Magyarorszag Zrt.

AGIS Fire & Security Kft.

AIG

Alan Henry

Alan Kwon

Albert Burneko

Aleksander Chan

Alex Cranz

Alex Dickinson

Alex Pareene

Alexandra Cannon

Alexandra Philippides

Alexandre Dohrmann

Alissa Walker

All You Can Move SportPass Europe

Allison Jones

Allison Wentz

Allure Media Pty Limited

AM Lab Americas, LLC.

Amanda Marandola

Amazon Services LLC

Amazon Web Services, Inc.

Amazon.com, Inc.

Anastasia Weeks

Andrassy Palota Ingatlanfogalmazo Kft.

Andrea Park

Andrew Collins

Andrew Cush

Andrew Gorenstein

| | |
|---|---|
| Andrew Harding | Bryan Menegus |
| Andy Orin | C&G Group Kft c/o Brody House Group |
| Angela Alzona | Cadreon, LLC. |
| Angela Wang | Caitleen Weaver |
| Anna Merlan | Camila Cabrer |
| Anthony Carnevale | Camilla Baker |
| Anthony Hack | Casey Speer |
| AOL Advertising Inc. | Casper Sleep Inc. |
| Ariana Cohen | Catherine LeClair |
| Ariel Viera | Cecilia D'Anastasio |
| Ashley Feinberg | Chad Bernstein |
| Ashton Galloway | Chelsey Hoffman |
| Atlantic Metro Communications II, Inc. | Cheryl Eddy |
| Attila Illes | Chris Neveu |
| Ava Gyurina | Chris Person |
| Balazs Keki | Chris Vespoli |
| BarkBox, Inc. | Christina Blacken |
| Barry Petchesky | ClickMeter |
| Ben Regenspan | ClickStream |
| BlueApron.com | Cloudinary Ltd. |
| Brainy Labs, LLC | Clover Hope |
| Brandon McCoy | ClubW |
| Brendan O'Connor | Colleen McMillan |
| Bridget Brown | Colliers International |
| Bryan Lufkin | Colliers International Kft. |

Colliers Nemzetkozi Ingatlanuzemeltető es Kezelő Kft.

Combat Flip Flops, LLC.

Comic Cartel ComScore, Inc.

Corporate Communications Bt.

Courtenay O'Connor

Daniel Morgan

Darren Orf

Dashlane Inc.

DataGram

Datagram Incorporated

Dave McKenna

David Tracy

Dayna Evans

Devin Clark

Diana Moskovitz

Diane Kelly

Diego Pineda

DineInFresh, Inc. dba Plated

Dollar Shave Club, Inc.

DOUBLECLICK

Dr. Torzsa Peter Bt.

DreamHost

Drew Magary

Driftaway Inc.

Earnest Inc.

Eleanor Shechet

Elisa Solinas

Emily Ambruso

Emily Herzig

Emma Carmichael

Emprese Cedente

Eric Goldfarb

Eric Ravenscraft

Erika Audie

Erin Gloria Ryan

Erin Pettigrew

Esther Inglis-Arkell

Ethan Sommer

Evan Narcisse

Eyal Ebel

F451

F451 fka Spicy Media Editora Ltda

F451 Media Editora Ltda.

Fabiola Lara

Facebook Ireland Limited

Facebook, Inc.

Fastly, Inc.

Federal Insurance Company

Fluxmob, LLC.

Framebridge, Inc.

Fritzie Andrade

Future Publishing Limited

Gabrielle Bluestone

GeekFuel, LLC.

Germain Lussier

Giri Nathan

Globalway Participacoes Ltda.

Gloria Clark

Google Inc.

Gorilla Nation Media, LLC

Grace Robertson Graze Inc.

Green Fox Academy

Greg Howard

Greg Lopez

GroupDynamics Kft

Gunnar Optiks

Gyorgy Bokros

Hajtas Pajtas Kft.

Handy.com

Hannah Keyser

Happy Socks

Heather Dietrick

Heather Hynes

Heidi Grothaus

HelloFresh

Hillary Crosley

Hostgator.com, LLC.

Huckberry

Hunter Slaton

Ian Fette

IDrive Inc.

Ilona Bilevych

Incisive Ltd

Incisive VNU Limited dba Incisive Incisive Ltd

Incisive VNU Ltd

Index Exchange Inc.

Infobahn Inc.

Integral Ad Science, Inc.

IseeQ Kft.

J.K Trotter

Jake Inferrera

Jalsovszky Law

James Bartus

James Bit Design

James Delgiudice

Jamie Weber

JapanCrate

Jared Auslander

Jason Parham

Jason Schreier

| | |
|---|---|
| Jason Torchinsky | JW Player / LongTail Ad Solutions, Inc. |
| Jay Hathaway | Kaila Hale-Stern |
| Jeffrey Hilder | Kanwar Gill |
| Jennifer Ouellette | Kara Brown |
| Jia Tolentino | Kargo Global, Inc. |
| Jillian Marie Lucas | Karma Mobility Inc. |
| Jim Boos | Kate Dries |
| Jim Cooke | Kate Knibbs |
| Jim Cooke | Kate Lovejoy |
| Joanna Rothkopf | Katharine Trendacosta |
| Joel Johnson | Kathryn McGinnis |
| John Appel | Katie Drummond |
| John Cook | Kavitha Reddy |
| John Gelini | Kelly Conaboy |
| Jordan Sargent | Kelly Faircloth |
| Josh Bottino | Kelly Monson |
| Josh Laurito | Kelly Stout |
| Joshua Albertson | Kerrie Uthoff |
| Judy Steinbach | Kevin Draper |
| Julia Alvidrez | Kid Thursday LLC., dba Staus Audio |
| Julian Muller | Kirk Hamilton |
| Julianne Escobedo Shepherd | Kixer |
| Jung Sin | Kolozsvari Timea |
| Justin Cross | Kravitha Reddy |
| Justin Potter | Krux Digital, Inc. |

Lacey Donohue

Lauren Bertolini

Leah Beckmann

Leah Finnegan

LendingTree, LLC.

Lindsay Chipman

Lindsey Jaffe

Lisa Bolano

LiveIntent, Inc.

LiveRail, Inc.

LOLA

Lucy Haller

Madeleine Davies

Madeleine Stone

Madison Plus Select, Inc.

Malcolm Read

Mandy Mandelstein

Margaret Taormina

Marina Galperina

Mario Aguilar

Maritza Sanche

Mark Weldon

Market Halsey Urban Renewal, LLC.

MarkMonitor Inc.

Matt Hardigree

Matt Novak

Matthew Hamer

Matthew Kulper

Mediagene, Inc.

MediaGene, Inc. fka Infobahn, Inc.

MediaMind Technologies, Inc.

Megan Gilbert

Megbizott

Melissa Green

Melissa Murray

Merch Direct, LLC

Merchant Importacao, Exportacao e Comercio, Ltda - ME

MeUndies

Mia Libby

Michael Fahey

Michael Kuntz

Michael Lindsay

Michael Nunez

Michael Orell

Michael Roselli

Michele LaFauci

Michelle Chiang

Mike Ballaban

Mikolaj Szabo

Ministry of Supply

Miranda Langrehr

Moat, Inc.

Mobiles Republic, Inc.

Mollie Horan

Moore Stephens Hezicomp Kft.

Mott & Bow

MoviePass

MVMT Watches

Nameaction Brasil Serv de Inter Ltda ME

NameAction Inc.

Nandita Raghuram

Natasha Vargas-Cooper

Nathan Grayson

NatureBox

Nervora Digital Media Group, FZ-LLC

NetMediaEurope

Netus Media Pty Limited dba Allure Media Pty LTD

Nevora Digital Media Group

NewsCred, Inc.

Nicholas Murphy

Nick Stango

Noble People

OCP Collective Corp. dba Adcade, Inc.

Omar Kardoudi

OnMarc Media

Operative Media, Inc.

Oppenheim Ugyvedi Iroda

Opportune LLP

Optimizely, Inc.

Oriole Media Corporation dba Juice Mobile

Oscar Z. Ianello Associates, Inc.

Owen & Fred Corp.

Pacific Shaving Company

Parachute Home

Patricia Hernadez

Patrick Ballester

Patrick Klepek

Patrick Laffoon

Patrick Redford

Paul Sundue

PAX

Percona, Inc.

Perfect World Entertainment

Peri Hochwald

Pixel Media Asia Limited

Platinum Rye, LLC.

Pop Chart Lab

Poprageous

Puja Patel

Quench USA, Inc.

| | |
|---|---|
| Quip NYC Inc. | SkimBit LTD. |
| Rhone Apparel Inc. | SmartFX |
| Riley MacLeod | SocialFlow, Inc. |
| Rob Harvilla | Sophie Kleeman |
| Robert Finger | Soundfreaq |
| Ryan Brown | Specless, LLC. |
| S&T Consulting Hungary Kft. | Spicy Media Editora LTDA |
| Sam Biddle | SpruceWares |
| Sam Scherer | Squarespace, Inc. |
| Sam Woolley | Stackcommerce |
| Samantha Lagani | Staq, Inc. |
| Samer Kalaf | Starcom SMG |
| Samuel Griffel | Stassa Edwards |
| Sarah Dedewo | Stephanie Schrader |
| Sarah Wiest | Stephen Totilo |
| Scott Kidder | Steve Climaco |
| Sean Buckley | Steven Polletta |
| Sean MacDonald | Stowawy Cosmetics |
| SeatGeek | STS Meida, Inc. |
| Shane Roberts | Stuart Cheshire |
| Shep McAllister | Sultana Khan |
| Shopify | Superdry Wholesale, LLC |
| SimpleReach, Inc. | Suzy Kuzy, LLC. |
| Skillshare, Inc. | Szolgaltato |
| Skimbit Limited | Taboola Inc. |

Tamas Neltz

Tara Jacoby

Taylor Berman

Technorati, Inc.

Terra Networks Brasil S.A.

TGT

The Rubicon Project, Inc.

The Sasquatch Soap Co., LLC. dba Dr.
Squatch

The Status Audio

Thorin Klosowski

Tim Burke

Time Shred Services, Inc.

Times Internet Limited

Tom Ley

Tom Plunkett

Tom Scocca

Tommy Craggs

Toth Eva Nagykanizsa

Tremor Video, Inc.

UCMS Group Hungary Kft.

Udemy.com

Veronica de Souza

Victor Jeffreys

Viddler, Inc.

VNU Business Media Europe Limited

Waves Gear, LLC.

We Work

Wesley Siler

WeWork LA LLC

Whitson Gordon

William Arkin

William Haisley

William Turton

Wine Awesomeness

Wrights Media, LLC

Writers Guild of America, East

Yannick LeJacq

Zach Custer

Zachary Connett

Zoe Stahl

**SCHEDULE 1(d)**

**Insurers**

Aegon Magyarorszag Zrt.

AIG Europe Limited

Dewitt Stern Group, Inc.

Federal Insurance Company

Hartford Casualty Insurance Company

Hudson Insurance Company

National Union Fire Insurance Co. of Pittsburgh PA

United Healthcare Insurance Company

**SCHEDULE 1(e)**

**Other Interested Parties**

Cerberus Business Finance LLC

Houlihan Lokey, Inc.

K&H Bank

Latham & Watkins

Prime Clerk LLC

Riemer & Braunstein, LLP

Schulte Roth & Zabel LLP

Securities & Exchange Commission

Securities & Exchange Commission - NY Office

Silicon Valley Bank

Sullivan & Cromwell LLP

US VC Partners LP

## SCHEDULE 1(f)

### **Landlords**

Andrassy Palota Ingatlanforgalmazo Korlatolt Felelossegu Tarsasag

114 Fifth Owner LP

**SCHEDULE 1(g)**

<u>**Litigants**</u>

| | |
|---|---|
| Aulistar Mark | Rachel Atwood |
| Andrew Hudson | Michael Kennelly |
| Zachary Cianflone | Alyssa Bereznak |
| Lindsay MaHarry | Lily Newman |
| Katherine Castellana | Kwame Opam |
| Elizabeth Nadybal | Terry Gene Bollea |
| Chelsea Lo Pinto | Mitchell Williams |
| Tim Barribeau | Meanith Huon |
| Patrick Frawley | Ashley Terrill |
| Elizabeth Weinbloom | Charles Johnson and Got News, LLC |
| Kristin Chan | Teresa Thomas |
| Samuel Julian | Shiva Ayyadurai |
| Brian Colgan | Christopher Sadowski |
| Benjamin Dorson | |

**SCHEDULE 1(h)**

**<u>Professionals</u>**

Akerman LLP

Cahill Gordon & Reindel LLC

Citrin Cooperman & Co., LLP

Giskan Solotaroff & Anderson LLP

Goldin Solutions

Jalsovszky Law Firm

John Duncan

Klasko Immigration Law Partners, LLP

Levine Sullivan Koch & Schulz, LLP

Maples & Calder Morrison Cohen LLP

Newmark & Co. Real Estate, Inc.

Oppenheim Law Firm

Opportune LLP

Proskauer Rose LLP

Trifolium LLC

Wilk Auslander

Zwillgen PLLC

**SCHEDULE 1(i)**

**Shareholders**

Berman, Taylor

Bertolini, Lauren

Blakeley, Richard Erand

Bluestone, Gabrielle

Brown, Ryan

Carmichael, Emma

Carmon, Irin

Chan, Casey

Coen, Jessica

Cooke, Jim

Craggs, Tommy

Crecente, Brian

D'Addario, John

Darbyshire, Gaby

Daulerio, Albert

DelGiudice, James

Denton, Nick

Diaz, Jesus

Dietrick, Heather

Dimmitt, Elizabeth

Dimmitt, Genevieve

Duncan, John

Ebel, Eyal

Furman, Eliot, as custodian for Alexander Tiberius Furman under the NYUTMA

Futrelle, Genevieve

Giacoman, Gabriela

Gorenstein, Andrew

Greenmount Creek Limited

Hale-Stern, Kaila

Hamer, Matt

Hardigree, Matt

Holmes, Anna

Jefferson, Whitney

Kang, Daniel

Kidder, Scott

Kozma, Jozsef

Lam, Brian

Layne, Ken

Lehnhoff, Jim

Leitch, Will

Lisanti, Mark

Lopez, Greg

Ma, Jesse

McGill, Erin

Nachlin, Jim

Newitz, Annalee

| | |
|---|---|
| Nolan, Hamilton | Woerner, Meredith |
| O'Connor, Maureen | Albertson, Josh |
| Pash, Adam | Annis, Rose |
| Petrány, Máté | Baker, Camie |
| Pettigrew, Erin | Batty, Chris |
| Plunkett, Tom | Biddle, Sam |
| Read, Malcom | Bodnár, István |
| Robischon, Noah | Burke, Tim |
| Schreier, Jason | Climaco, Steve |
| Schwartz, Diane | Cook, John |
| Schweizer, Julia | Curtis, Dustin |
| Scocca, Thomas | Donohue, Lacey |
| Sicha, Choire | Drummond, Katie |
| Spinelli, Mike | Fette, Ian |
| Steele, Lockhart | George, Patrick |
| Stein, Sadie | Georgopulos, Steph |
| Takayama, Greg | Gonzalez, Robert |
| Tate, Ryan | Graham, Kevin |
| Thomas, Owen | Grothaus, Heidi |
| Toder, Matthew | Hathaway, Jay |
| Trapani, Gina | Henry, Alan |
| US VC Partners LP | Hilder, Jeff |
| Vuong, Phillip | Jeffries, Victor |
| Wert, Ray | Juzwiak, Rich |
| Winkelman (Ortega), Samantha | Kéki, Balázs |

| | |
|---|---|
| Knibbs, Katharine | Szász, Péter |
| Körtesi, Gáspár | Szatmári, András |
| Laurito, Josh | Taomina, Margaret |
| Libby, Mia | Tiku, Nitasha |
| Magary, Drew | Totilo, Stephen |
| Marchman, Tim | Trotter, JK |
| McAllister, Shep | Udvardi, Ramóna |
| McKenna, Dave | Walker, Alissa |
| Mittelhammer, Eric | Weaver, Caity |
| Morgan, Daniel | Weinstein, Adam |
| Neltz, Tamas | Wentz, Allison |
| Nevins, Maxwell | |
| Novak, Matt | |
| O'Connor, Courtenay | |
| Pareene, Alex | |
| Parham, Jason | |
| Petchesky, Barry | |
| Popken, Ben | |
| Price, John | |
| Reddy, Kavi | |
| Regenspan, Ben | |
| Roberts, Shane | |
| Sargent, Jordan | |
| Sommer, Ethan | |
| Sundue, Paul | |

## SCHEDULE 1(j)

### Significant Customers

| | |
|---|---|
| 20th Century Fox | Crossmedia |
| 360i | Desk.com |
| A9.com Inc. (Amazon Match Buy) | Dialect Inc |
| Accordant Media | DigitasLBi |
| Adslot | Dollar Shave Club |
| Aegis Group | Draftkings |
| Alliance Games | Earnest |
| Allure Media - GM | Empowering Media LA |
| Amazon | Empowering Media NY |
| Amazon Commerce Revenue | Essence |
| AOL One | f451 - US |
| Asana (Customer) | Facebook |
| Assembly | Factorylabs |
| Baru Advertising | Fallon |
| Blue Apron | Future Publishing Ltd (US) |
| Blue Wheel Media | General Mills, Inc. |
| Bluehost | Google (BizDev) |
| Brigade Marketing | Graze |
| Casper | Havas |
| Centro | Horizon Media |
| Cisco | HostGator |
| Cramer-Krasselt | Hover |
| Criteo | HTC Blinkfeed |

| | |
|---|---|
| IBM | NameCheap |
| Indochino | Newscred |
| Initiative LA | Nokia |
| Initiative NY | NVIDIA |
| Interpublic Group of Companies | Omnicom Group |
| iSocket, Inc. | Pereira & Odell |
| ITVS | Petrol |
| Kepler Group | PGR Media |
| Ketchum | Protein |
| Kovel Fuller | Publicis Groupe |
| Kruskopf & Company | R/West |
| Liquid Advertising | Rachael Piper Consulting |
| LivWell | Randomhouse |
| Logmein.com | RED Interactive Agency |
| MarkLogic | Rodger's Townsend |
| McGarrah Jessee | RPA |
| Me Undies | Rubicon |
| Mediagene Inc - US | Skillshare |
| Mediasmith | Slack |
| Mediastorm, LLC | Spacetime Media |
| Merkley and Partners | SquareSpace |
| MillerCoors | StackSocial |
| MNI | Status Audio |
| MODCo Media | Sterling Rice Group |
| Mullen | Superdry Wholesale LLC |

| | |
|---|---|
| Taboola (Biz Dev) | VOX Media - Curbed Investment |
| Tangible Media | VSN |
| TaxFyle | WavesGear |
| The Garage Team Mazda | weBoost |
| TubeMogul | Wieden & Kennedy |
| UCB | Wildcard Properties LLC |
| Udemy | WPP |
| Varidesk | Wright's Media |
| Viewster.com | Zeno Group |

**SCHEDULE 1(k)**

**Significant Unsecured Creditors**

| | |
|---|---|
| Ad-Juster, Inc. (media) | Google Inc. (DoubleClick) |
| ADP Workforce Now | Google, Inc. (Analytics) |
| Akerman LLP | Hunter Slaton |
| Alex Palmer | Ian Fette |
| Andrew Harding | Jelle Claeys Automotive Artwork |
| AOL Advertising | Joshua M Lees |
| Associated Press | JW Player (Longtail Ad Solutions, Inc.) |
| Blane Bachelor | Katherine Fry |
| Brandtale | Kinja Accounts Payable |
| CDW Direct | Krux Digital |
| Cloudinary Ltd. | L-Cut Digital Media, Inc. |
| Concur Technologies, Inc. | Market Halsey Urban Renewal, LLC |
| Corbis Corporation | Marlena Agency Inc. |
| Corey Foster | Medialink |
| Creative Circle, LLC. | Merrill Communications, LLC |
| DataGram | Metropolitan Cleaning, LLC |
| DoubleVerify, Inc. | Moat Inc. |
| DRH Internet Inc | Morrison Cohen LLP |
| Equinox Fitness Clubs - Corp Accts | Newmark & Co. Real Estate, Inc. |
| Fastly | Nick Wong Photography |
| Fried, Frank, Harris, Shriver & Jacobson LLP | NSONE Inc. |
| Getty Images | Operative Media, Inc |
| Giaco Furino | Optimizely, Inc. |

Pacific Coast News

Plant Specialists LLC

QZZR

REDBOOKS

Risk Strategies Company

Shenker & Bonaparte, LLP

SimpleReach, Inc.

Sizmek Technologies Inc.

Specless

STAQ, INC.

Submarine Leisure Club, Inc. (Wirecutter)

Submersive Media

The Hartford

The Oliver Group

Viddler, Inc.

## SCHEDULE 1(l)

### Significant Vendors

| | |
|---|---|
| 114 Fifth Avenue | Hatch Content, LLC |
| ADP PayEx | HeartWork, Inc. |
| Advanced Electronic Solutions, Inc. | Houlihan Lokey |
| AMA Consulting Engineers P.C. | Howard Kennedy |
| AMEX Corporate GM - 01006 | Inform Interiors |
| Andrew Liszewski | Jesus Diaz (vendor) |
| Apple Inc. (media) | Kforce Inc. |
| Baby Llama Productions LLC | Kornhaber Brown, LLC |
| Bajibot Media | Lay It Out, Inc. |
| Big Mango, Inc. | Leiberts Royal Green Appliances Inc. |
| Bird & Bird LLP | Lewis Rice LLC |
| Brannock & Humphries | LionTree Advisors LLC |
| Cahill Gordon & Reindel LLP | LJ DUFFY, Inc. |
| Cannes Trip 2015 | Maples & Calder (GM LLC) |
| Catalyst | NetRatings, LLC |
| Cerberus Capital Management LP | Netsuite, Inc. |
| ComScore Inc. | NVE, Inc. |
| Con Edison (210) | OCP Collective Corp. |
| CytexOne Technology, LLC | Olson Kundig Architects |
| Dynect, Inc | Olson Kundig Interiors |
| Emma C Lanigan (Cookson) | OnMarc Media Inc. |
| Fidelity 401k | Opportune LLP |
| Harder Mirell & Abrams | Redscout LLC |

Robert Half

Ropes & Gray LLP

Santa Monica Air Center, Inc.

Structure Tone

SW Management LLC

TangentVector, Inc.

Tapestry Associates LLC

Thomas & Locicero PL

Treasury of the United States

TrueForm Concrete, LLC

Veritas Pictures, Inc.

Versus LLC

Vizu Corporation

Voya Financial 401K

WB Wood NY

Young America Capital

**SCHEDULE 1(m)**

**Taxing Authorities**

Internal Revenue Service

Budapesti Önkormányzat

Hungary National Tax Authority

New York City Department of Finance

New York State Commissioner of Taxation and Finance

## SCHEDULE 1(n)

### U.S. Trustee and Key Court Personnel for the Southern District of New York

| | |
|---|---|
| Cecilia G. Morris | Greg M. Zipes |
| James L. Garrity | Guy A. Van Baalen |
| Martin Glenn | Ilusion Rodriguez |
| Mary Kay Vyskocil | Kathleen Schmitt |
| Michael E. Wiles | Linda A. Riffkin |
| Robert D. Drain | Lisa Penpraze |
| Robert E. Grossman | Maria Catapano |
| Sean H. Lane | Mary V. Moroney |
| Shelley C. Chapman | Myrna R. Fields |
| Stuart M. Bernstein | Nadkarni Joseph |
| Alicia Leonhard | Paul K. Schwartzberg |
| Amanda Cassara | Richard C. Morrissey |
| Andrea B. Schwartz | Serene Nakano |
| Andy Velez-Rivera | Susan Arbeit |
| Anna M. Martinez | Susan Golden |
| Brian S. Masumoto | Sylvester Sharp |
| Cheuk M. Ng | Victor Abriano |
| Danny A. Choy | William K. Harrington |
| Ercilia A. Mendoza | |

**SCHEDULE 1(o)**

**<u>Utilities</u>**

114 Fifth Avenue Ground Lessee

Atlantic Metro Communications

Benefit Resource, Inc.

Cogent Communications

Con Edison

ShoreTel Inc.

## SCHEDULE 1(p)

### Employees and Independent Contractors

| | |
|---|---|
| Asd Mario Aguilar | Camila Cabrer |
| Joshua Albertson | Alexandra Cannon |
| Angelica Alzona | Emma Carmichael |
| Fritzie Andrade | Anthony Carnevale |
| Erika Audie | Casey Chan |
| Jared Auslander | Michelle Chiang |
| Ilene Baker | Devin Clark |
| Michael Ballaban | Gloria Clark |
| Patrick Ballester | Steve Climaco |
| Chad Bernstein | Ariana Cohen |
| Lauren Bertolini | Andrew Collins |
| Sam Biddle | Zachary Connett |
| Ilona Bilevych | John Cook |
| Christina Blacken | James Cooke |
| Gabrielle Bluestone | Alexandra Cranz |
| James Boos | Hillary Crosley |
| Joshua Bottino | Justin Cross |
| Robert Bricken | Andrew Cush |
| Ryan Brown | Zach Custer |
| Kara Brown | Madeleine Davies |
| Bridget Brown | Maritza De Leon |
| Timothy Burke | Veronica de Souza |
| Albert Burneko | Sarah Dedewo |

| | |
|---|---|
| Ernest Deeb | Melissa Green |
| Nick Denton | Samuel Griffel |
| Alexander Dickinson | Heidi Grothaus |
| Heather Dietrick | Ava Gyurina |
| Alexandre Dohrmann | Anthony Hack |
| Lacey Donohue | William Haisley |
| Kevin Draper | Lucy Haller |
| Kathryn Dries | Kirk Hamilton |
| Katherine Drummond | Matt Hardigree |
| Eyal Ebel | Andrew Harding |
| Cheryl Eddy | Alan Henry |
| Stassa Edwards | Patricia Hernandez-Ramos |
| Adam Estes | Emily Herzig |
| Michael Fahey | Clover Hope |
| Georgia Faircloth | Mollie Horan |
| Ashley Feinberg | Heather Hynes |
| Ian Fette | Attila Illes |
| Robert Finger | Jacob Inferrera |
| Ashton Galloway-Taylor | Victor Jeffreys |
| Marina Galperina | Richard Juzwiak |
| John Gelini | Samer Kalaf |
| Patrick George | Omar Kardoudi Segarra |
| Kanwar Gill | Hannah Keyser |
| Ariel Gononsky | Sophie Kleeman |
| George Grayson | Patrick Klepek |

| | |
|---|---|
| Thorin Klosowski | Daniel Morgan |
| Michele Lafauci | Diana Moskovitz |
| Patrick Laffoon | Julian Muller |
| Samantha Lagani | Nick Murphy |
| Miranda Langrehr | Melissa Murray |
| Joshua Laurito | Evan Narcisse |
| Catherine LeClair | Giri Nathan |
| Thomas Ley | Tamas Neltz |
| Mia Libby | Chris Neveu |
| Michael Lindsay | Hamilton Nolan |
| Katelyn Lovejoy | Matthew Novak |
| Germain Lussier | Michael Nunez |
| Riley MacLeod | Brendan O'Connor |
| Andrew Magary | Courtenay O'Connor |
| Amanda Mandelstein | Michael Orell |
| Timothy Marchman | Darren Orf |
| Alex Mason | Andrew Orin |
| Shepherd McAllister | Raphael Orlove |
| Kathryn McGinnis | Jennifer Ouellette |
| David McKenna | Alexander Pareene |
| Colleen McMillan | Andrea Park |
| Bryan Menegus | Adam Pash |
| Anna Merlan | Puja Patel |
| Maria Misra | Christopher Person |
| Kelly Monson | Barry Petchesky |

| | |
|---|---|
| Alexandra Philippides | Ethan Sommer |
| Diego Pineda | Casey Speer |
| Steven Polletta | Zoe Stahl |
| John Price | Nicholas Stango |
| Nandita Raghuram | Judith Steinbach |
| Eric Ravenscraft | Madeleine Stone |
| Kavitha Reddy | Kelly Stout |
| Patrick Redford | Richard Sundue |
| Benjamin Regenspan | Margaret Taormina |
| Shane Roberts | Jia Tolentino |
| Grace Robertson | Jason Torchinsky |
| Michael Roselli | Stephen Totilo |
| Joanna Rothkopf | David Tracy |
| William Sansom | Katharine Trendacosta |
| Jordan Sargent | Joseph Trotter |
| Samuel Scherer | William Turton |
| Stephanie Schrader | Kerrie Uthoff |
| Jason Schreier | Christopher Vespoli |
| Jillian Schulz | Alissa Walker |
| Taryn Schweitzer | Angela Wang |
| Thomas Scocca | Jamie Weber |
| Eleanor Schechet | Anastasia Weeks |
| Julianne Shepherd | Allison Wentz |
| Hunter Slaton | Samuel Woolley |
| Elisa Solinas | András Szatmári |

| | |
|---|---|
| Attila Kocsis | Brian Ashcraft |
| Balázs Kéki | Andrew Liszewski |
| Balázs Pőcze | Jamie Condliffe |
| Dmitry Lambrianov | Chris Mills |
| Gábor Kacsik | James Whitbrook |
| Gáspár Körtesi | David Nield |
| György Bokros | Kathryn Jezer-Morton |
| Ildikó Kriston | Madeleine Collier |
| István Bodnár | Fruzsina Kuhari |
| János Hardi | Robert Stokes |
| László Heves | Adam Kovac |
| Levente Molnár | Jared "Jay Allen" Goodwin |
| Linda Bucsánszki | Anthony Dejolde |
| Luca Németh | Carlos Rebato |
| Márton Borlay | Carlos Hierro |
| Mikhail Mitrofanov | Matias Martinez |
| Olivér Kovács | Eduardo Marin |
| Péter Szász | Miguel Redondo |
| Ramóna Udvardi | Zolani Stewart |
| Szabolcs Vida | Reshma Bhai |
| Szilvia Németh | Manisha Aggarwal |
| Zoltán Balázs | Lindsay Handmer |
| Zoltán Kalmár | Daniel Strudwick |
| George Dvorsky | Eva Jurczyk |
| Luke Plunkett | Mihir Patkar |

Toshihisa Nakamura

Kirsten O'Regan

Alexandra Nursall

Nicholas Cameron

Ralph Jones

Elizabeth Edgar

Rawiya Elkhadir

Ian Dransfield

Stefan Janke

Mark Wilson

Sniff Petrol Limited

James Fell

Peter Ryan

Manuel Mendez Perez

Angel Jiminez

Jacob Rose

Bram Gieben

Eva Holland

Nathan Thompson

Priya Elias

Scaachi Koul

Helen Appleyard

Omar Karduodi Segarra

Cara Ellison

Estelle Tang

Anupa Mistry

Brodie Lancaster

Jess Shanahan

Jesus Diaz

Herbert Lui (Wonder Shuttle Media, Inc)

Graham Ruthven

Stacy May Fowles

Andrew Gibney

Daniel Harris

Alex Hess

Chris Koentges

Kevin O'Brien

Achal Prabhala

David Sommer

Monica Heisey

Sara Mcculloch

Jakob Wenngren

Alex Bejerstrand

Halmar Sveinbjornsson

Amit Reut

Rosa Gregori

Sarah Moroz

Jason Richards

Ravi Somaiya

Reut Amit

| | |
|---|---|
| Michael "Massoud" Martin | Anthony Mark Dewhurst |
| Fariha Roisin | Peter Orosz |
| William Herkewitz | Ryan Pierce |
| Lev Hellebust (Bratishenko) | Neill Watson |
| Pranav Dixit | George Williams |
| Danny Allen | Chris Harris |
| Karan Atul Shah | Natasha Chenier |
| James Baker | Esther Sassaman |
| Gary Cutlack | Luke Malone |
| Adelaide Dugdale | Mikhail Mitrofanov |
| Katherine Hannaford | Leo Wichtowski |
| Brian Hogg | Kevin Mahon |
| Andrew James | Simon Parkin |
| Chris Mcveigh | Quintin Smith |
| Apoorva Prasad | Kathleen Williams |
| Michelle Tofi | Ollie Barder |
| Yareniz Saavedra Padilla | Simon Mapp |
| Carlos Risco | Andrew Mcmillen |
| Elias Notario Perez | David Veselka |
| Eric Tecayehuatl | Kevin Mahon |
| Robert Boffard | David Gilson |
| Guy Combs | Mark O'Neill |
| Joel Meadows | Spanner Spencer |
| Chris Harris | Tom Cassell |
| Guy Porepp | Kenneth Gibson |

Clare Kane                                        Zolani Stewart

## **SCHEDULE 2**

**DISCLOSURE OF**
**DENTONS EUROPE RELATIONSHIPS WITH PARTIES LISTED ON SCHEDULE 1**

## Schedule 2

### List of Dentons Europe "Connections" with Interested Parties

- This exhibit contains the names of parties on the Conflicts Checklist which Dentons Europe's conflict checking personnel advise me are current clients; affiliates of current clients; or persons with whom Dentons Europe has some relationship involving the provision of legal services (such as a committee of independent directors of the entity or being designated by that entity to represent parties underwriting or providing financing for the entity) to a third-party where its fees may be borne in whole or part by such party in interest.

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| K&H Bank Zrt. | Involved Party | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| AIG Europe Limited | Insurer | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cerberus Business Finance LLC | Involved Party | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

2

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| Latham & Watkins | Involved Party | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Securities & Exchange Commission | Involved Party | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| ADP PayEx | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| AMEX Corporate GM 01006 | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Apple Inc. (Media) | Secured Creditor | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |

| Name Of Party In Interest | Category Of Party In Interest | Description Of "Connection" |
|---|---|---|
| Bird & Bird LLP | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cahill Gordon & Reindel LLP | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cerberus Capital Management LP | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cogent Communications | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Fidelity 401k | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| LionTree Advisors LLC | Secured Creditor | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Ropes & Gray LLP | Secured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| AIG | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon Services LLC | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon Web Services, Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| | | |
| Amazon.com, Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Casper Sleep Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Colliers International Kft. | Unsecured Creditor | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Colliers Nemzetkozi Ingatlanuzemeltető es | Unsecured Creditor | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| DOUBLECLICK | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| MediaMind Technologies, Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| | | of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Starcom SMG | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Szolgaltato | Unsecured Creditor | Based on the name provided to us, we are unable to ascertain whether this entity is a client. |
| 20th Century Fox | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| A9.com, Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| ADP Workforce Now | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Name Of Party In Interest | Category Of Party In Interest | Description Of "Connection" |
|---|---|---|
| Amazon | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon Commerce Revenue | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Casper | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cisco | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Corbis Corporation | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| | | 11 case. |
| Criteo | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Essence | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Facebook | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Facebook Ireland Limited | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Facebook, Inc. | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
|  |  |  |
| Getty Images | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| MarkLogic | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Nokia | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| NVIDIA | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Omnicom Group | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| Silicon Valley Bank | Involved Party | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google Inc. | Counterparty | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google (BizDev) | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google Inc. (DoubleClick) | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google, Inc. (Analytics) | Unsecured Creditor | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| Cahill Gordon & Reindel LLC | Counsel | Dentons Europe in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| John Duncan | Counsel | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Proskauer Rose LLP | Counsel | Dentons Europe currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

## SCHEDULE 3

**DISCLOSURE OF
DENTONS VEREIN MEMBER RELATIONSHIPS
WITH PARTIES LISTED ON SCHEDULE 1**

**Schedule 3**

**List of Dentons Verein Member "Connections" with Interested Parties**

This exhibit contains the names of parties on the Conflicts Checklist which conflict checking

personnel for Dentons Canada LLP, Dentons US LLP, Dentons Hong Kong and Dentons

UKMEA LLP (each, a "**Dentons Verein Member**") advise me are current clients; affiliates of

current clients; or persons with whom a Dentons Verein Member has some relationship

involving the provision of legal services (such as a committee of independent directors of the

entity or being designated by that entity to represent parties underwriting or providing financing

for the entity) to a third-party where its fees may be borne in whole or part by such party in

interest.

| NAME OF PARTY IN INTEREST | CATEGORY OF PARTY IN INTEREST | DESCRIPTION OF "CONNECTION" |
|---|---|---|
| David Tracy | Employee | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Ryan Brown | Employee | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| AIG Europe Limited | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| Federal Insurance Company | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Hartford Casualty Insurance Company | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Hudson Insurance Company | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| National Union Fire Insurance Co. of Pittsburgh PA | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| United Healthcare Insurance Company | Insurer | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cerberus Business Finance LLC | Involved Party | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| K&H Bank | Involved Party | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Latham & Watkins | Involved Party | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Securities & Exchange Commission | Involved Party | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Sullivan & Cromwell LLP | Involved Party | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| ADP PayEx | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| AMEX Corporate GM 01006 | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Apple Inc. (media) | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cerberus Capital Management LP | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Cogent Communications | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Con Edison | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Fidelity 401k | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| HeartWork, Inc. | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Houlihan Lokey, Inc. | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Netsuite, Inc. | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Ropes & Gray LLP | Secured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Robert Half | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| Treasury of the United States | Secured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Read, Malcom | Shareholder | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Adtech US, Inc. | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| AIG | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Allure Media Pty Limited | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| Amazon Services LLC | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon Web Services, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon.com, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Colliers International Kft. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Colliers Nemzetkozi Ingatlanuzemeltető es | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Handy.com | Tradename | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| --- | --- | --- |
| DOUBLECLICK | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Eric Goldfarb | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Incisive VNU Ltd | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| LendingTree, LLC | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| MarkMonitor Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Mott & Bow | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| PAX | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Shopify | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| SocialFlow, Inc. | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Rubicon Project, Inc., The | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Tim Burke | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| WeWork LA LLC | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| 20th Century Fox | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| A9.com, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Allure Media GM | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Amazon Commerce Revenue | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| AOL Advertising | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| AOL One | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Assembly | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| CDW Direct | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Centro | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Charles Johnson | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Cisco | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
|---|---|---|
| Concur Technologies, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Criteo | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| DoubleVerify, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Draftkings | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Essence | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

13

| | | |
|---|---|---|
| Facebook | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Facebook Ireland Limited | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Facebook, Inc. | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Future Publishing Limited | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| General Mills, Inc. | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Havas | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| | | |
|---|---|---|
| Interpublic Group of Companies | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Logmein.com | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| MarkLogic | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Mediasmith | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| MillerCoors | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Mullen | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Nokia | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Omnicom Group | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Operative Media, Inc | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Protein | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Publicis Groupe | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Rubicon | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Superdry Wholesale LLC | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Hartford, The | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| UCB | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| VOX Media - Curbed Investment | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Wieden & Kennedy | Unsecured Creditor | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| WPP | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Silicon Valley Bank | Involved Party | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| IBM | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Iogmein | Involved Party | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google Inc. | Counterparty | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Netus Media Pty Limited dba Allure Media Pty LTD | Counterparty | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Google (BizDev) | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |

| Google Inc. (DoubleClick) | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
|---|---|---|
| Google, Inc. (Analytics) | Unsecured Creditor | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| John Duncan | Counsel | Dentons Verein Member in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtor's chapter 11 case. |
| Proskauer Rose LLP | Counsel | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |
| Simpson Thacher & Bartlett | Counsel | Dentons Verein Member currently represents and has in the past represented this entity and/or certain affiliates or subsidiaries of this entity in matters wholly unrelated to the Debtor's chapter 11 case. |