**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
Gawker Media LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                                            :
           Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 13, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:    September 13, 2016 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

58969281_6

**UNCONTESTED MATTERS**

1. Debtors' Motion for Entry Interim and Final Orders (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations [Docket No. 13] (the "Wages Motion")

    **Response Deadline**: September 6, 2016, with respect to entry of a final order.

    **Responses Received**: None.

    **Related Documents**:

    a. Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefit and Related Items, And (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations. [Docket No. 44]

    b. Notice of Supplement to Debtors' Motion for Entry of a Final Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 56]

    c. Second Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 91]

    d. Notice of Adjournment of Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 124]

    e. Third Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing all Financial Institutions to Honor Checks for Payment of such Obligations [Docket No. 170]

    **Status**: **Further relief in respect to severance obligations is now mooted by substantially all of the Debtors' employees having received offers of employment from UniModa, LLC, the purchaser of the Debtors' assets pursuant to the Sale Order (as defined below). The Debtors intend to submit a proposed final order substantially in the form of the Third Interim Order.**

2. Motion of the Official Committee of Unsecured Creditors for An Order Providing that the Official Committee of Unsecured Creditors is not Authorized or Required

       to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 162]

       **Response Deadline**:   September 6, 2016

       **Responses Received**: None.

       **Related Documents**:

       a.    Notice of Motion of the Official Committee of Unsecured Creditors for an Order Providing that the Official Committee of Unsecured Creditors is not Authorized or Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 161]

       **Status: This matter is going forward.**

3.    Application to Employ Citrin Cooperman & Company, LLP as Independent Auditor and Accounting Services Provider Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Citrin Cooperman & Company, LLP as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 233]

       **Response Deadline**:   September 8, 2016

       **Responses Received**: None.

       **Related Documents:**

       a.    Notice of Debtors' Application for Entry Of An Order Authorizing the Retention and Employment of Citrin Cooperman & Company, LLP as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date and Opportunity for Hearing [Docket No. 236]

       **Status: This matter is going forward.**

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**CONTESTED MATTERS**

4. Debtors' Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Entry into and Assumption of the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Contracts and Leases And Determining Cure Amounts and (II) an Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 21]

   **Response Deadline**:  August 5, 2016

   **Remaining Adjourned Response**:

   b. Limited Objection and Reservation of Rights of 114 Fifth Owner LP to Debtors' Proposed Assumption and Assignment of 114 Fifth Avenue Lease [Docket No. 175] (the "114 Fifth Owner LP Objection")

   **Related Documents**:

   a. Order (I) Authorizing The Sale Of Substantially All of The Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests And Encumbrances, (II) Approving and Authorizing The Debtors' Entry Into The Asset Purchase Agreement And (III) Authorizing The Debtors to Assume and Assign Certain Executory Contracts And Unexpired Leases. [Docket No. 214] (the "Sale Order")

   **Status**: **Pursuant to the Sale Order, 114 Fifth Owner LP reserved its rights to object to the assumption and assignment of the lease between 114 Fifth Owner LP and Gawker Media LLC to UniModa, LLC. The Debtors believe the 114 Fifth Owner LP Objection has been resolved or will be resolved prior to the hearing, so this is being listed out of an abundance of caution.**

5. Debtors' Application Pursuant to Sections 327, 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Entry of An Order Authorizing the Retention and Employment of JB Duncan PC As Special Corporate Counsel Effective Nunc Pro Tunc to the Petition Date [Docket No. 139] (the "Application")

   **Response Deadline**:  September 8, 2016

   **Response Received**:  The Debtors received an informal objection from the Official Committee of Unsecured Creditors.

-4-

**Related Document**:

a.  Notice of Adjournment of Hearing on Debtors' Application Pursuant to Sections 327, 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 For Entry of an Order Authorizing the Retention and Employment of JB Duncan PC as Special Corporate Counsel Effective Nunc Pro Tunc to the Petition Date [Docket No. 178]

**Status: The Debtors are withdrawing the Application.**

Dated: September 9, 2016
New York, New York

> */s/ Gregg M. Galardi*
> ROPES & GRAY LLP
> Gregg M. Galardi
> D. Ross Martin
> Jonathan P. Gill
> Jonathan M. Agudelo
> 1211 Avenue of the Americas
> New York, NY 10036-8704
> Telephone: (212) 596-9000
> gregg.galardi@ropesgray.com
> ross.martin@ropesgray.com
> jonathan.gill@ropesgray.com
> jonathan.agudelo@ropesgray.com
>
> *Counsel to the Debtors*
> *and Debtors in Possession*