ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                                :
In re                           :    Chapter 11
                                :
Gawker Media LLC, *et al.*,[1]  :    Case No. 16-11700 (SMB)
                                :
         Debtors.               :    (Jointly Administered)
                                :
                                :
                                :
-----------------------------------------------------x

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that on August 22, 2016, the Court entered the *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Approving and Authorizing the Debtors' Entry Into the Asset Purchase Agreement and (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 214] (the "Sale Order").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020

59052936_4

**PLEASE TAKE FURTHER NOTICE** that the closing of the transactions contemplated by the APA (as defined in the Sale Order) occurred on September 9, 2016. In accordance with the Sale Order, the Debtors hereby file this Notice of Sale Closing.

**PLEASE TAKE FURTHER NOTICE** as a result of the sale of substantially all of the Debtors' assets, the Debtors' new mailing addresses are as follows:

| **Debtor Name** | **New Address** | **Former Address** |
| --- | --- | --- |
| Gawker Media LLC | c/o Opportune LLP<br>Attn: William D. Holden, Chief Restructuring Officer<br>10 East 53rd Street<br>33rd Floor<br>New York, NY 10020 | 114 Fifth Avenue, 2d Floor<br>New York, NY 10011 |
| Gawker Media Group, Inc. | c/o Opportune LLP<br>Attn: William D. Holden, Chief Restructuring Officer<br>10 East 53rd Street<br>33rd Floor<br>New York, NY 10020 | 114 Fifth Avenue, 2d Floor<br>New York, NY 10011 |
| Kinja Kft. | c/o Opportune LLP<br>Attn: William D. Holden<br>10 East 53rd Street<br>33rd Floor<br>New York, NY 10020 | Andrassy ut 66.<br>1062 Budapest, Hungary |

Dated: September 12, 2016         */s/ Gregg M. Galardi*
New York, New York                 ROPES & GRAY LLP
                                   Gregg M. Galardi
                                   Jonathan P. Gill
                                   Jonathan M. Agudelo
                                   1211 Avenue of the Americas
                                   New York, NY 10036-8704
                                   Telephone: (212) 596-9000
                                   Facsimile: (212) 596-9090
                                   gregg.galardi@ropesgray.com
                                   jonathan.gill@ropesgray.com
                                   jonathan.agudelo@ropesgray.com

                                   *Counsel to the Debtors*
                                   *and Debtors in Possession*

59052936_4