ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
                                              :
                                              :
-----------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION
PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE
BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016,
AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF JB DUNCAN PC AS SPECIAL CORPORATE COUNSEL
EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on August 4, 2016, the Debtors filed the *Debtors'*

*Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy*

*Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 for Entry of an Order Authorizing the*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020

59060887_2

*Retention and Employment of JB Duncan PC as Special Corporate Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 139] (the "JB Duncan Retention Application").

**PLEASE TAKE FURTHER NOTICE** that the JB Duncan Retention Application is currently scheduled to be heard at the Omnibus Hearing scheduled for September 13, 2016 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the JB Duncan Retention Application is hereby withdrawn without prejudice and the Debtors respectfully request that this matter be removed from the Court's calendar.

| | |
|---|---|
| Dated: September 12, 2016<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Jonathan P. Gill<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>jonathan.gill@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

-2-

59060887_2