ROPES & GRAY LLP
Gregg M. Galardi
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                               :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                       :    Case No. 16-11700 (SMB)
:
Debtors.                         :    (Jointly Administered)
:
:
:
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION**
**PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE**
**BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016,**
**AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF JB DUNCAN PC AS SPECIAL CORPORATE COUNSEL**
**EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on August 4, 2016, the Debtors filed the *Debtors'*

*Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code, Bankruptcy*

*Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 for Entry of an Order Authorizing the*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020

59060887_2

*Retention and Employment of JB Duncan PC as Special Corporate Counsel Effective Nunc Pro Tunc to the Petition Date* [Docket No. 139] (the "JB Duncan Retention Application").

**PLEASE TAKE FURTHER NOTICE** that the JB Duncan Retention Application is currently scheduled to be heard at the Omnibus Hearing scheduled for September 13, 2016 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the JB Duncan Retention Application is hereby withdrawn without prejudice and the Debtors respectfully request that this matter be removed from the Court's calendar.

Dated: September 12, 2016  
       New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
Jonathan P. Gill  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
jonathan.gill@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*  
*and Debtors in Possession*

-2-