UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
In re : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------x

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF MOURANT OZANNES AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 327(e),
328(a), 330, AND 1103(a) OF THE BANKRUPTCY CODE
EFFECTIVE *NUNC PRO TUNC* TO AUGUST 22, 2016

This matter coming before the court on the Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, *et al.,* for Entry of an Order Pursuant to Sections 327(e), 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Mourant Ozannes Effective *Nunc Pro Tunc* to August 22, 2016 (the "**Application**")[2]; the Court having reviewed the Application and the Declaration of Alexander Last (the "**Last Declaration**"); and the Court having found based on the representations made in the Application and in the Last Declaration that (a) Mourant Ozannes does not hold or represent an interest adverse to the Debtors' estates and (b) Mourant Ozannes is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(e) of the Bankruptcy Code; the Court finding that (a) the Court has jurisdiction over

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Application is sufficient under the circumstances and no further notice is required; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Committee and its constituents; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is granted to the extent provided herein; and it is further

ORDERED that the Committee is authorized, pursuant to sections 327(e), 328(a) and 1103(a) of the Bankruptcy Code, and effective as of August 22, 2016, to employ and retain Mourant Ozannes as its special foreign counsel;

ORDERED, that Mourant Ozannes shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**Dated: September 15th, 2016**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**THE HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**