**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :         Chapter 11
:
GAWKER MEDIA LLC, *et al.*,[1]                      :         Case No. 16-11700 (SMB)
:
                                    Debtors.        :         (Jointly Administered)
---------------------------------------------------------------x

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail to D. Roher at an address that is being redacted in the interest of privacy:

- Notice of Entry of Sale Order [Docket No. 222]  (the "***Notice of Sale Order***")

On September 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail to Medialink at 1155 Avenue of the Americas, FL. 8, New York, NY, 10036-2711:

- Notice of (A) Sale Transaction and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 223]

On September 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Sale Order to be served via First Class Mail on the September 12 SRF 10436 Supplemental Service List attached hereto as **<u>Exhibit A</u>**.

On September 14, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Sale Order to be served via First Class Mail on the September 14 SRF 10436 Supplemental Service List attached hereto as **<u>Exhibit B</u>**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: September 15, 2016

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 15, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

2

SRF 10436-10758, 10436-10806, 10436-10852

## Exhibit A

## September 12 SRF 10436 Supplemental Service List
### Served via First Class Mail

| Name | Address1 | Address2 | City | State | Zip Code |
|------|----------|----------|------|-------|----------|
| C. Drown | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Cogent Communications, Inc. | Attn: General Counsel | 2450 N ST NW | Washington | DC | 20037-3052 |
| J. Brandon | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| MeUndies | Attn: General Counsel | 3650 HOLDREGE AVE | LOS ANGELES | CA | 90016-4304 |
| Skillshare, Inc. | Attn: General Counsel | 210 Elizabeth ST FL 4 | New York | NY | 10012-4213 |

**<u>Exhibit B</u>**

September 14 SRF 10436 Supplemental Service List

Served via First Class Mail

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Namely, Inc | 195 Broadway FL 15 | New York | NY | 10007-3136 |
| S. Krekow | REDACTED | REDACTED | REDACTED | 11206-2464 |