Hearing Date and Time: October 6, 2016 at 10:30 a.m.

SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee
of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
Gawker Media LLC, *et al.*,[1]                                 :    Case No. 16-11700 (SMB)
                                                               :
           Debtors.                                            :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    **Re: Dkt. No. 218**


# NOTICE OF HEARING ON RETENTION APPLICATION

**PLEASE TAKE NOTICE** that on August 23, 2016, the Official Committee of Unsecured Creditors of the above-captioned debtors, by and through its undersigned counsel, filed the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, et al., for Entry of an Order Pursuant to Sections 328(a), 330, and 1103(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016 for Authority to Retain and Employ Deloitte Financial Advisory Services LLP Effective* Nunc Pro Tunc *to June 28, 2016* (the "**Application**") [Dkt. No. 218].  The deadline for responses or objections was September 7, 2016 at 10:00 a.m.  No responses or objections were received.

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

**PLEASE TAKE FURTHER NOTICE** that at the request of the Court, a hearing with respect to the relief requested in the Application will be held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, in Room 723, One Bowling Green, New York, New York 10004-1408, on **October 6, 2016 at 10:30 a.m. (prevailing Eastern Time).** The Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: New York, New York
      September 16, 2016

                                      SIMPSON THACHER & BARTLETT LLP

                                      By: /s/ Sandeep Qusba
                                      Sandeep Qusba
                                      William T. Russell, Jr.
                                      SIMPSON THACHER & BARTLETT LLP
                                      425 Lexington Avenue
                                      New York, New York 10017-3954
                                      Telephone: (212) 455-2000
                                      Facsimile: (212) 455-2502
                                      E-mail: squsba@stblaw.com
                                      E-mail: wrussell@stblaw.com
                                      *Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al.*