UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
GAWKER MEDIA LLC, et al.,[1]                       :   Case No. 16-11700 (SMB)
                                                   :
                              Debtors.             :   (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF PUBLICATION

I, Georgia L. Faust, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes sworn statements verifying that 1) the *Notice of Deadline Requiring Filing of Proofs of Claim on or before September 29, 2016*, and 2) the *Notice of Deadline Requiring Filing of Certain Administrative Claims on or before September 29*, 2016, as conformed for publication, were published in the national edition of *USA TODAY* on September 14, 2016 as described on **Exhibit A** and **Exhibit B** respectively, attached hereto.

Dated: September 16, 2016

Georgia L. Faust

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 16, 2016, by Georgia L. Faust, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 10880

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, September 14, 2016** - the following legal advertisement —**Gawker General Bar Date**— was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
September 14, 2016

This  14  day of  September  month
 2016  year

Notary Public

# 4D LIFE

USA TODAY — WEDNESDAY, SEPTEMBER 14, 2016

# PRIME-TIME NIELSEN RATINGS

## BEYOND THE NUMBERS
### THE NEWS BEHIND THE RATINGS
BY GARY LEVIN

**Hail the ratings**

The Commander in Chief Forum drew a strong **14.7 MILLION** viewers Wednesday on NBC and MSNBC. ABC's *Miss America Pageant* claimed a low **6.3 MILLION** Sunday.

EVAN VUCCI, AP

**Jump-starting fall**

Discovery's *Harley and the Davidsons* roared with **3.4 MILLION** same-day viewers over three nights. Other openers: FX comedies *Atlanta* (**1.1 MILLION** Tuesday) and *Better Things* (**671,000 THURSDAY**); OWN's *Queen Sugar* (**2.7 MILLION** Tuesday); and Showtime's *Masters of Sex*, with **518,000**, Sunday.


COS AELENEL, DISCOVERY COMMUNICATIONS
On the trail of Harley history

**Summer sayonaras**

TNT's *Rizzoli & Isles* (**5.3 MILLION** viewers Monday) and *The Last Ship* (**2.3 MILLION** Sunday); CBS' *Zoo* (**4.2 MILLION** Tuesday) and *BrainDead* (**2.1 MILLION** Sunday); and FX's *Tyrant* (**719,000** Wednesday).

### NIELSEN SOCIAL CONTENT RATINGS

| | Show | Facebook | Twitter |
|---|---|---|---|
| 1 | Candidate Forum (NBC, Wed.) | 834,000 | 886,000 |
| 2 | Miss America (ABC, Sun.) | 1,300,000 | 131,000 |
| 3 | WWE Backlash (PPV, Sun.) | 278,000 | 282,000 |
| 4 | ACM Honors (CBS, Fri.) | 454,000 | 16,000 |
| 5 | WWE Raw (USA, Mon.) | 238,000 | 175,000 |
| 6 | Haves/Have Nots (OWN, Tue.) | 301,000 | 43,000 |
| 7 | Rob & Chyna (E!, Sun.) | 120,000 | 170,000 |
| 8 | Roast/Lowe (Comedy, Mon.) | 139,000 | 103,000 |
| 9 | Big Brother (CBS, Thur.) | 161,000 | 63,000 |
| 10 | Big Brother (CBS, Wed.) | 177,000 | 39,000 |

Data from week ending Sept. 11, 2016; Nielsen Social Content ratings measure interactions on Facebook and Twitter of TV shows (excluding sports) on their initial airdates, including posts or tweets as well as likes, shares and retweets. Source: Nielsen

## THE NETWORK RATINGS RACE, WEEK BY WEEK ENDING SEPT. 11
(in millions)

NBC 11.1 · ABC 4.5 · CBS 4.2 · FOX 3.9 · UNI 1.6 · CW 1.1

### SEASON TO DATE (in millions)

| | CBS | NBC | ABC | FOX | UNI | CW |
|---|---|---|---|---|---|---|
| Total viewers | 9.1 | 8.4 | 6.4 | 4.9 | 2.0 | 1.8 |
| Ages 18-49 | 2.4 | 2.8 | 2.2 | 2.0 | 1.0 | 0.8 |

## NIGHT-BY-NIGHT RATINGS
LEGEND: VIEWERS = IN MILLIONS    (*) = NIELSEN RATINGS TIE
SOURCE: NIELSEN

### MONDAY, September 5

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | American Ninja Warrior (NBC) | 5.8 | *18 | 7.3 |
| | The Big Bang Theory (CBS) | 5.2 | *22 | |
| | Bachelor in Paradise (ABC) | 5.0 | 24 | 6.3 |
| | So You Think Can Dance (Fox) | 2.4 | *58 | 3.4 |
| | Despertar Contigo (UNI) | 1.5 | *77 | |
| | Supergirl (CW) | 1.2 | *92 | |
| 8:30 | 2 Broke Girls (CBS) | 3.9 | *34 | |
| 9:00 | The Big Bang Theory (CBS) | 4.4 | *27 | |
| | Tres Veces Ana (UNI) | 1.8 | *70 | |
| | Supergirl (CW) | 1.2 | *92 | |
| 9:30 | The Odd Couple (CBS) | 3.4 | 40 | |
| 10:00 | Running Wild (NBC) | 3.3 | *41 | 4.3 |
| | Scorpion (CBS) | 3.1 | *46 | |
| | Gordo y Flaca (UNI) | 1.9 | *65 | |
| 10:01 | Mistresses (ABC) | 2.5 | *56 | |

### TUESDAY, September 6

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | America's Got Talent (NBC) | 12.0 | 5 | 14.0 |
| | NCIS (CBS) | 7.5 | 9 | 8.4 |
| | Bachelor in Paradise (ABC) | 5.6 | 21 | 6.2 |
| | Brooklyn Nine-Nine (Fox) | 1.4 | *80 | 1.3 |
| | The Flash (CW) | 0.9 | 98 | 3.5 |
| 8:31 | New Girl (Fox) | 1.1 | *95 | 1.2 |
| 9:00 | Zoo (CBS) | 4.2 | 30 | 6.0 |
| | MADtv (CW) | 0.7 | *99 | 0.8 |
| 9:01 | Lucifer (Fox) | 1.3 | *85 | 1.4 |
| 9:03 | Bachelor: After Paradise (ABC) | 3.9 | *34 | 3.5 |
| 9:55 | Mexico/Honduras (UNI) | 3.1 | *46 | |
| 10:00 | Better Late Than Never (NBC) | 6.9 | 10 | 8.6 |
| | Mistresses (ABC) | 2.6 | *53 | |

### WEDNESDAY, September 7

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | Candidate Forum (NBC) | 14.7 | 3 | |
| | Big Brother (CBS) | 6.1 | *16 | 7.5 |
| | Masterchef (Fox) | 4.3 | 29 | 5.0 |
| | The Goldbergs (ABC) | 3.3 | *41 | 3.1 |
| | Despertar Contigo Wed (UNI) | 1.6 | *74 | |
| | Penn & Teller: Fool Us (CW) | 1.5 | *77 | 1.7 |
| 8:30 | The Goldbergs (ABC) | 2.9 | 50 | 6.7 |
| 9:00 | America's Got Talent (NBC) | 10.6 | *6 | 12.3 |
| | Masterchef (Fox) | 4.4 | *27 | 4.4 |
| | Modern Family (ABC) | 3.2 | *44 | 8.8 |
| | American Gothic (CBS) | 2.5 | *56 | 3.8 |
| | Tres Veces Ana (UNI) | 2.0 | 64 | 2.0 |
| | Whose Line Is It Anyway? (CW) | 1.3 | *85 | 1.5 |
| 9:30 | Whose Line Is It Anyway? (CW) | 1.3 | *85 | 1.3 |
| | Black-ish (ABC) | 2.6 | *53 | 6.5 |
| 10:00 | Running Wild (NBC) | 5.2 | *22 | |
| | Modern Family (ABC) | 2.6 | *53 | 2.6 |
| | Color De La Pasion (UNI) | 1.4 | *80 | |
| 10:31 | The Middle (ABC) | 2.4 | *58 | |

### THURSDAY, September 8

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | NFL Kickoff Show (NBC) | 10.6 | *6 | |
| | The Big Bang Theory (CBS) | 6.4 | 12 | 7.9 |
| | The $100,000 Pyramid (ABC) | 4.1 | 31 | |
| | Rosewood (Fox) | 1.9 | *65 | 1.8 |
| | Despertar Contigo (UNI) | 1.6 | *74 | |
| | Legends of Tomorrow (CW) | 0.7 | *99 | 2.1 |
| 8:31 | Life in Pieces (CBS) | 4.0 | *32 | 8.1 |
| 8:41 | Panthers/Broncos (NBC) | 25.2 | 1 | |
| 9:00 | Big Brother (CBS) | 5.7 | 20 | 7.3 |
| | The $100,000 Pyramid (ABC) | 3.6 | *38 | 2.8 |
| | Bones (Fox) | 2.4 | *58 | 2.1 |
| | Tres Veces Ana (UNI) | 1.9 | *65 | 2.0 |
| | Beauty and the Beast (CW) | 0.7 | *99 | 0.9 |
| 9:59 | Code Black (CBS) | 3.1 | *46 | 7.3 |
| 10:00 | Match Game (ABC) | 2.8 | *51 | 2.4 |
| 10:03 | Color De La Pasion (UNI) | 1.7 | *72 | |

### FRIDAY, September 9

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | Despertar Contigo (UNI) | 1.5 | *77 | |
| | Masters of Illusion (CW) | 1.3 | *85 | 1.1 |
| 8:30 | Masters of Illusion (CW) | 1.3 | *85 | 1.0 |
| 9:00 | Dateline (NBC) | 6.3 | *13 | 5.9 |
| | Acm Honors (CBS) | 3.7 | 37 | |
| | 20/20 (ABC) | 3.6 | *38 | |
| | Tres Veces Ana (UNI) | 1.8 | *70 | 1.9 |
| | Penn & Teller: Fool Us (CW) | 1.4 | *80 | 1.2 |
| | Masterchef (Fox) | 1.1 | *95 | 1.4 |
| 10:00 | 20/20 (ABC) | 4.6 | 26 | 5.6 |
| | Color De La Pasion (UNI) | 1.6 | *74 | |

### SATURDAY, September 10

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 6:55 | Cronicas Juan Gabriel (UNI) | 1.9 | *65 | 1.9 |
| 7:36 | Brigham Young/Utah (Fox) | 1.7 | *72 | 3.3 |
| 8:00 | Crimetime (NBC) | 3.2 | *44 | 3.6 |
| | America's Got Talent (NBC) | 2.1 | *62 | |
| 8:07 | Virginia Tech/Tennessee (ABC) | 5.8 | *18 | 5.5 |
| 9:00 | Crimetime (NBC) | 3.0 | 49 | 3.7 |
| | Aquarius (NBC) | 1.3 | *85 | |
| 10:00 | 48 Hours (CBS) | 4.0 | *32 | 4.9 |
| | Aquarius (NBC) | 1.2 | *92 | |
| 10:03 | Guadalajara/Jaguares (UNI) | 1.3 | *85 | 1.1 |

### SUNDAY, September 11

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 7:00 | 60 Minutes (CBS) | 7.9 | 8 | 10.8 |
| | Funniest Home Videos (ABC) | 3.8 | 36 | 4.9 |
| | Sal y Pimienta (UNI) | 1.1 | *95 | 1.8 |
| 7:30 | Football Night in America (NBC) | 4.7 | 25 | 5.6 |
| 7:56 | Football Night in America (NBC) | 12.2 | 4 | 12.0 |
| 8:00 | Celebrity Family Feud (ABC) | 6.7 | 11 | 7.3 |
| | Son of Zorn (Fox) | 6.1 | *16 | |
| 8:01 | Big Brother (CBS) | 6.2 | 15 | 7.1 |
| 8:30 | The Simpsons (Fox) | 3.3 | *41 | |
| 8:35 | Patriots/Cardinals (NBC) | 23.1 | 2 | 22.0 |
| 9:00 | Miss America (ABC) | 6.3 | *13 | |
| | Family Guy (Fox) | 2.8 | *51 | 1.8 |
| | Braindead (CBS) | 2.2 | 61 | |
| 9:30 | Last Man on Earth (Fox) | 1.9 | *65 | 1.3 |
| 10:00 | Braindead (CBS) | 2.1 | *62 | 3.7 |
| 10:05 | Aqui y Ahora (UNI) | 1.4 | *80 | 1.7 |

## NETWORK TOP 20


RON CHENOY, USA TODAY SPORTS

| | Show | Viewers (millions) |
|---|---|---|
| 1 | Panthers/Broncos (NBC) | 25.2 |
| 2 | Patriots/Cardinals (NBC) | 23.1 |
| 3 | Candidate Forum (NBC) | 14.7 |
| 4 | Football Night in America (NBC) | 12.2 |
| 5 | America's/Talent (Tue.) (NBC) | 12.0 |
| 6 | America's/Talent (Wed.) (NBC) | 10.6 |
| * | NFL Kickoff Show (NBC) | 10.6 |
| 8 | 60 Minutes (CBS) | 7.9 |
| 9 | NCIS (CBS) | 7.5 |
| 10 | Better Late Than Never (NBC) | 6.9 |
| 11 | Celebrity Family Feud (ABC) | 6.7 |
| 12 | The Big Bang Theory (CBS) | 6.4 |
| 13 | Dateline (NBC) | 6.3 |
| * | Miss America (ABC) | 6.3 |
| 15 | Big Brother (Sun.) (CBS) | 6.2 |
| 16 | Big Brother (Wed.) (CBS) | 6.1 |
| * | Son of Zorn (Fox) | 6.1 |
| 18 | American Ninja Warrior (NBC) | 5.8 |
| * | Virginia Tech/Tennessee (ABC) | 5.8 |
| 20 | Big Brother (Thur.) (CBS) | 5.7 |

## CABLE TOP 10


"FEAR THE WALKING DEAD" BY RICHARD FOREMAN JR., AMC
Colman Domingo, Karen Bethzabe, Ramses Jimenez, Alycia Debnam-Carey

| | Show | Viewers (millions) |
|---|---|---|
| 1 | Ole Miss/Florida St. (ESPN) | 8.4 |
| 2 | Rizzoli & Isles (TNT) | 5.3 |
| 3 | Major Crimes (TNT) | 4.1 |
| 4 | Candidate Forum (MSNBC) | 3.4 |
| * | Fear/Walking Dead (AMC) | 3.4 |
| * | Harley (Mon.) (Discovery) | 3.4 |
| * | Harley (Tue.) (Discovery) | 3.4 |
| * | WWE Raw (USA) 8:00 | 3.4 |
| 9 | Harley (Wed.) (Discovery) | 3.3 |
| * | The Kelly File (Fox News) | 3.3 |

---

## MOVIES

# Gritty, endearing 'Moonlight' climbs quickly in Toronto

**Andrea Mandell**
@andreamandell
USA TODAY

TORONTO  There's a new critical darling in town.

At Toronto International Film Festival, festgoers are trading lists of what they've seen, liked and loved. One query often heard: "Have you seen *Moonlight*?"

"It's clear that the busy, creaky machinery of Oscar season — driven by journalists and frequently set in motion at festivals like Toronto and Telluride — has already begun to grind in the movie's favor," wrote *Los Angeles Times* film critic Justin Chang.

Co-produced by Brad Pitt, *Moonlight* is a coming-of-age story adapted from Tarell Alvin McCraney's biographical play and directed by Barry Jenkins (*Medicine for Melancholy*).

The film, which unfolds in three chapters, follows the journey of an impoverished African-American child named Chiron growing up in the projects of Miami.

The first finds skinny 10-year-old Chiron (Alex Hibbert), nicknamed "Little," relentlessly bullied and left to fend for himself by his crack addict mother (Naomie Harris), until he meets Juan (Mahershala Ali), a drug dealer who takes him under his wing. Then comes the second chapter with Chiron at 16 (Ashton Sanders), tormented by his classmates and coming to terms with being gay. Finally, a decade later, Chiron (Trevante Rhodes) is shown as an adult remade into a formidable drug dealer himself.

At the film's gala debut Saturday, the audience gave a rousing standing ovation. During the Q&A that followed, Ali wiped away tears as McCraney said his performance brought back memories of the real drug dealer who helped him learn to ride a bike as a child. "I miss that drug dealer dearly. To sit with him for 45 minutes (onscreen) is a gift," McCraney said.

Chiron and Juan's relationship "speaks to who black people have access to in the neighborhoods," Ali told USA TODAY. "I'm not going to say a drug dealer is the best role model, but mentors can come in all shapes and sizes. And the fact that this particular person had enough empathy in his heart to reach out and help this young man is something that really inspired me as an actor."

The *Moonlight* script blew Ali away. "There are so many young black boys who just don't have father figures, for a myriad of reasons," he said. "To be able to play somebody who was so supportive of him just hits a place in my heart."

Harris acknowledged that the absentee mother was a tough role to sign on for. "I had real issues with taking on the character," the English actress said at the Q&A. "I always said I was only going to portray positive images of black women. I drew the line at playing a crack addict. But then I read this incredible script that moved me so much. ... I realized I had so much judgment about what it means to be a crack addict. With any form of addiction, there's a beating heart underneath it."

Critics are swooning, with *Rolling Stone* deeming it a "masterpiece." It hits theaters Oct. 21.

**Mahershala Ali teaches Alex Hibbert, floating, about more than swimming in *Moonlight*.**
DAVID BORNFRIEND, A24

Naomie Harris drew the line at playing crack-addicted women, until she read *Moonlight* script.
A24

---



# MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

## NOTICES
### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, *et al.*,[1]    Chapter 11, Case No. 16-11700 (SMB)
Debtors.    (Jointly Administered)
**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a Proof of Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. Governmental units may have until **December 9, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Units Bar Date," and together with the General Bar Date, the "Bar Dates") to file proofs of claim. The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date").

1. **Who Must File a Proof of Claim.** You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Filing Date, and it is not one of the types of claim described in the Order as exempt from the requirement that a Proof of Claim be filed. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

2. **What to File.** Your filed Proof of Claim must conform substantially to Official Form No. 410; a case-specified Proof of Claim form accompanies this notice. You will receive a different Proof of Claim form for each claim scheduled in your name by the Debtors. You may utilize the Proof of Claim form(s) provided by the Debtors to file your claim. Additional Proof of Claim forms may be obtained at https://cases.primeclerk.com/gawker or at: www.uscourts.gov/forms/bankruptcy-forms (such form, the "Proof of Claim"). All Proof of Claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

3. **When and Where to File.** All proofs of claim must be filed so as to be **actually received** on or before the applicable Bar Date at either of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004; Claims and noticing agent's website located at under the link entitled "Submit a Claim" (the "Electronic Notice System"): https://cases.primeclerk.com/gawker.

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

4. **Executory Contracts and Unexpired Leases.** If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before August 9, 2016, the date of entry of the Bar Order, you must file a Proof of Claim form(s) provided by the Debtors to file your claim. If you have a claim arising from the rejection of an executory contract or unexpired lease as to which the order is dated after the date of entry of the Bar Order, you must file a Proof of Claim form with respect to such claim by the date fixed by the Bankruptcy Court in the applicable order authorizing rejection of such contract or lease.

5. **Consequences of Failure to File a Proof of Claim by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

6. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, *et al.*,[1]    Chapter 11, Case No. 16-11700 (SMB)
Debtors.    (Jointly Administered)
**NOTICE OF DEADLINE REQUIRING FILING OF CERTAIN ADMINISTRATIVE CLAIMS ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Administrative Claim Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a request for payment (a "Request for Payment") for each General Administrative Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. The General Administrative Claims Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose after the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date"), through July 31, 2016, inclusive.

1. **Who Must File a Request for Payment.** You MUST file a Request for Payment if you have a General Administrative Claim and it is not one of the types of General Administrative Claims described in the Order as exempt from the requirement that a Request for Payment be filed. A "General Administrative Claim" constitutes a claim (as defined under Section 101(5) of the Bankruptcy Code) arising under sections 503(b) and/or 507(a)(2) of the Bankruptcy Code between the Filing Date and July 31, 2016, inclusive, including: (a) the actual and necessary costs and expenses incurred of preserving the Debtors' estates and operating the business of the Debtors.

2. **What to File.** A Request for Payment must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Request for Payment any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available. Your Request for Payment form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account). Any holder of a General Administrative Claim against more than one Debtor must file a separate Request for Payment with respect to each such Debtor and all holders of claims must identify on their Request for Payment the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. A list of the names of the Debtors and their case numbers is set forth above.

3. **When and Where to File.** Except as provided for herein, a Request for Payment must be filed so as to be **actually received** on or before **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** at either of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

A Request for Payment may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **Consequences of Failure to File a Request for Payment by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A REQUEST FOR PAYMENT IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

5. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**Exhibit B**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, September 14, 2016** - the following legal advertisement —**Gawker Admin Bar Date**— was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
September 14, 2016

This __14__ day of __September__ month __2016__ year

Notary Public

# 4D LIFE

USA TODAY
WEDNESDAY, SEPTEMBER 14, 2016

# PRIME-TIME NIELSEN RATINGS

## BEYOND THE NUMBERS
### THE NEWS BEHIND THE RATINGS
BY GARY LEVIN


EVAN VUCCI, AP

**Hail the ratings**

The Commander in Chief Forum drew a strong **14.7 MILLION** viewers Wednesday on NBC and MSNBC. ABC's *Miss America Pageant* claimed a low **6.3 MILLION** Sunday.

**Jump-starting fall**

Discovery's *Harley and the Davidsons* roared with **3.4 MILLION** same-day viewers over three nights. Other openers: FX comedies *Atlanta* (**1.1 MILLION** Tuesday) and *Better Things* (**671,000 THURSDAY**); OWN's *Queen Sugar* (**2.7 MILLION** Tuesday); and Showtime's *Masters of Sex*, with **518,000**, Sunday.

COS AELENEL, DISCOVERY COMMUNICATIONS
*On the trail of Harley history*

**Summer sayonaras**

TNT's *Rizzoli & Isles* (**5.3 MILLION** viewers Monday) and *The Last Ship* (**2.3 MILLION** Sunday); CBS' *Zoo* (**4.2 MILLION** Tuesday) and *BrainDead* (**2.1 MILLION** Sunday); and FX's *Tyrant* (**719,000** Wednesday).

### NIELSEN SOCIAL CONTENT RATINGS

| Show | Facebook | Twitter |
|---|---|---|
| 1 Candidate Forum (NBC, Wed.) | 834,000 | 886,000 |
| 2 Miss America (ABC, Sun.) | 1,300,000 | 131,000 |
| 3 WWE Backlash (PPV, Sun.) | 278,000 | 282,000 |
| 4 ACM Honors (CBS, Fri.) | 454,000 | 16,000 |
| 5 WWE Raw (USA, Mon.) | 238,000 | 175,000 |
| 6 Haves/Have Nots (OWN, Tue.) | 301,000 | 43,000 |
| 7 Rob & Chyna (E!, Sun.) | 120,000 | 170,000 |
| 8 Roast/Lowe (Comedy, Mon.) | 139,000 | 103,000 |
| 9 Big Brother (CBS, Thur.) | 161,000 | 63,000 |
| 10 Big Brother (CBS, Wed.) | 177,000 | 39,000 |

Data from week ending Sept. 11, 2016; Nielsen Social Content ratings measure interactions on Facebook and Twitter of TV shows (excluding sports) on their initial airdates, including posts or tweets as well as likes, shares and retweets. Source: Nielsen

## THE NETWORK RATINGS RACE, WEEK BY WEEK ENDING SEPT. 11
(in millions)

NBC 11.1 | ABC 4.5 | CBS 4.2 | FOX 3.9 | UNI 1.6 | CW 1.1

### SEASON TO DATE (in millions)

| | CBS | NBC | ABC | FOX | UNI | CW |
|---|---|---|---|---|---|---|
| Total viewers | 9.1 | 8.4 | 6.4 | 4.9 | 2.0 | 1.8 |
| Ages 18-49 | 2.4 | 2.8 | 2.2 | 2.0 | 1.0 | 0.8 |

## NIGHT-BY-NIGHT RATINGS

LEGEND: VIEWERS = IN MILLIONS  (*) = NIELSEN RATINGS TIE
SOURCE: NIELSEN

### MONDAY, September 5

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | American Ninja Warrior (NBC) | 5.8 | *18 | 7.3 |
| | The Big Bang Theory (CBS) | 5.2 | *22 | |
| | Bachelor in Paradise (ABC) | 5.0 | 24 | 6.3 |
| | So You Think Can Dance (Fox) | 2.4 | *58 | 3.4 |
| | Despertar Contigo (UNI) | 1.5 | *77 | |
| | Supergirl (CW) | 1.2 | *92 | |
| 8:30 | 2 Broke Girls (CBS) | 3.9 | *34 | |
| 9:00 | The Big Bang Theory (CBS) | 4.4 | *27 | |
| | Tres Veces Ana (UNI) | 1.8 | *70 | |
| | Supergirl (CW) | 1.2 | *92 | |
| 9:30 | The Odd Couple (CBS) | 3.4 | 40 | |
| 10:00 | Running Wild (NBC) | 3.3 | *41 | 4.3 |
| | Scorpion (CBS) | 3.1 | *46 | |
| | Gordo y Flaca (UNI) | 1.9 | *65 | |
| 10:01 | Mistresses (ABC) | 2.5 | *56 | |

### TUESDAY, September 6

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | America's Got Talent (NBC) | 12.0 | 5 | 14.0 |
| | NCIS (CBS) | 7.5 | 9 | 8.4 |
| | Bachelor in Paradise (ABC) | 5.6 | 21 | 6.2 |
| | Brooklyn Nine-Nine (Fox) | 1.4 | *80 | 1.3 |
| | The Flash (CW) | 0.9 | 98 | 3.5 |
| 8:31 | New Girl (Fox) | 1.1 | *95 | 1.2 |
| 9:00 | Zoo (CBS) | 4.2 | 30 | 6.0 |
| | MADtv (CW) | 0.7 | *99 | 0.8 |
| 9:01 | Lucifer (Fox) | 1.3 | *85 | 1.4 |
| 9:03 | Bachelor: After Paradise (ABC) | 3.9 | *34 | 3.5 |
| 9:55 | Mexico/Honduras (UNI) | 3.1 | *46 | |
| 10:00 | Better Late Than Never (NBC) | 6.9 | 10 | 8.6 |
| | Mistresses (ABC) | 2.6 | *53 | |

### WEDNESDAY, September 7

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | Candidate Forum (NBC) | 14.7 | 3 | |
| | Big Brother (CBS) | 6.1 | *16 | 7.5 |
| | Masterchef (Fox) | 4.3 | 29 | 5.0 |
| | The Goldbergs (ABC) | 3.3 | *41 | 3.1 |
| | Despertar Contigo Wed (UNI) | 1.6 | *74 | |
| | Penn & Teller: Fool Us (CW) | 1.5 | *77 | 1.7 |
| 8:30 | The Goldbergs (ABC) | 2.9 | 50 | 6.7 |
| 9:00 | America's Got Talent (NBC) | 10.6 | *6 | 12.3 |
| | Masterchef (Fox) | 4.4 | *27 | 4.4 |
| | Modern Family (ABC) | 3.2 | *44 | 8.8 |
| | American Gothic (CBS) | 2.5 | *56 | 3.8 |
| | Tres Veces Ana (UNI) | 2.0 | 64 | 2.0 |
| | Whose Line Is It Anyway? (CW) | 1.3 | *85 | 1.5 |
| 9:30 | Whose Line Is It Anyway? (CW) | 1.3 | *85 | 1.3 |
| | Black-ish (ABC) | 2.6 | *53 | 6.5 |
| 10:00 | Running Wild (NBC) | 5.2 | *22 | |
| | Modern Family (ABC) | 2.6 | *53 | 2.6 |
| | Color De La Pasion (UNI) | 1.4 | *80 | |
| 10:31 | The Middle (ABC) | 2.4 | *58 | |

### THURSDAY, September 8

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | NFL Kickoff Show (NBC) | 10.6 | *6 | |
| | The Big Bang Theory (CBS) | 6.4 | 12 | 7.9 |
| | The $100,000 Pyramid (ABC) | 4.1 | 31 | |
| | Rosewood (Fox) | 1.9 | *65 | 1.8 |
| | Despertar Contigo (UNI) | 1.6 | *74 | |
| | Legends of Tomorrow (CW) | 0.7 | *99 | 2.1 |
| 8:31 | Life in Pieces (CBS) | 4.0 | *32 | 8.1 |
| 8:41 | Panthers/Broncos (NBC) | 25.2 | 1 | |
| 9:00 | Big Brother (CBS) | 5.7 | 20 | 7.3 |
| | The $100,000 Pyramid (ABC) | 3.6 | *38 | 2.8 |
| | Bones (Fox) | 2.4 | *58 | 2.1 |
| | Tres Veces Ana (UNI) | 1.9 | *65 | 2.0 |
| | Beauty and the Beast (CW) | 0.7 | *99 | 0.9 |
| 9:59 | Code Black (CBS) | 3.3 | *46 | 7.3 |
| 10:00 | Match Game (ABC) | 2.8 | *51 | 2.4 |
| 10:03 | Color De La Pasion (UNI) | 1.7 | *72 | |

### FRIDAY, September 9

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | Despertar Contigo (UNI) | 1.5 | *77 | |
| | Masters of Illusion (CW) | 1.3 | *85 | 1.1 |
| 8:30 | Masters of Illusion (CW) | 1.3 | *85 | 1.0 |
| 9:00 | Dateline (NBC) | 6.3 | *13 | 5.9 |
| | Acm Honors (CBS) | 3.7 | 37 | |
| | 20/20 (ABC) | 3.6 | *38 | |
| | Tres Veces Ana (UNI) | 1.8 | *70 | 1.9 |
| | Penn & Teller: Fool Us (CW) | 1.4 | *80 | 1.2 |
| | Masterchef (Fox) | 1.1 | *95 | 1.4 |
| 10:00 | 20/20 (ABC) | 4.6 | 26 | 5.6 |
| | Color De La Pasion (UNI) | 1.6 | *74 | |

### SATURDAY, September 10

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 6:55 | Cronicas Juan Gabriel (UNI) | 1.9 | *65 | 1.9 |
| 7:36 | Brigham Young/Utah (Fox) | 1.7 | *72 | 3.3 |
| 8:00 | Crimetime (NBC) | 3.2 | *44 | 3.6 |
| | America's Got Talent (NBC) | 2.1 | *62 | |
| 8:07 | Virginia Tech/Tennessee (ABC) | 5.8 | *18 | 5.5 |
| 9:00 | Crimetime (NBC) | 3.0 | 49 | 3.7 |
| | Aquarius (NBC) | 1.3 | *85 | |
| 10:00 | 48 Hours (CBS) | 4.0 | *32 | 4.9 |
| | Aquarius (NBC) | 1.2 | *92 | |
| 10:03 | Guadalajara/Jaguares (UNI) | 1.3 | *85 | 1.1 |

### SUNDAY, September 11

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 7:00 | 60 Minutes (CBS) | 7.9 | 8 | 10.8 |
| | Funniest Home Videos (ABC) | 3.8 | 36 | 4.9 |
| | Sal y Pimienta (UNI) | 1.1 | *95 | 1.8 |
| 7:30 | Football Night in America (NBC) | 4.7 | 25 | 5.6 |
| 7:56 | Football Night in America (NBC) | 12.2 | 4 | 12.0 |
| 8:00 | Celebrity Family Feud (ABC) | 6.7 | 11 | 7.3 |
| | Son of Zorn (Fox) | 6.1 | *16 | |
| 8:01 | Big Brother (CBS) | 6.2 | 15 | 7.1 |
| 8:30 | The Simpsons (Fox) | 3.3 | *41 | |
| 8:35 | Patriots/Cardinals (NBC) | 23.1 | 2 | 22.0 |
| 9:00 | Miss America (ABC) | 6.3 | *13 | |
| | Family Guy (Fox) | 2.8 | *51 | 1.8 |
| | Braindead (CBS) | 2.2 | 61 | |
| 9:30 | Last Man on Earth (Fox) | 1.9 | *65 | 1.3 |
| 10:00 | Braindead (CBS) | 2.1 | *62 | 3.7 |
| 10:05 | Aqui y Ahora (UNI) | 1.4 | *80 | 1.7 |

## NETWORK TOP 20


RON CHENOY, USA TODAY SPORTS

| | Show | Viewers (millions) |
|---|---|---|
| 1 | Panthers/Broncos (NBC) | 25.2 |
| 2 | Patriots/Cardinals (NBC) | 23.1 |
| 3 | Candidate Forum (NBC) | 14.7 |
| 4 | Football Night in America (NBC) | 12.2 |
| 5 | America's/Talent (Tue.) (NBC) | 12.0 |
| 6 | America's/Talent (Wed.) (NBC) | 10.6 |
| * | NFL Kickoff Show (NBC) | 10.6 |
| 8 | 60 Minutes (CBS) | 7.9 |
| 9 | NCIS (CBS) | 7.5 |
| 10 | Better Late Than Never (NBC) | 6.9 |
| 11 | Celebrity Family Feud (ABC) | 6.7 |
| 12 | The Big Bang Theory (CBS) | 6.4 |
| 13 | Dateline (NBC) | 6.3 |
| * | Miss America (ABC) | 6.3 |
| 15 | Big Brother (Sun.) (CBS) | 6.2 |
| 16 | Big Brother (Wed.) (CBS) | 6.1 |
| * | Son of Zorn (Fox) | 6.1 |
| 18 | American Ninja Warrior (NBC) | 5.8 |
| * | Virginia Tech/Tennessee (ABC) | 5.8 |
| 20 | Big Brother (Thur.) (CBS) | 5.7 |

## CABLE TOP 10


"FEAR THE WALKING DEAD" BY RICHARD FOREMAN JR., AMC
Colman Domingo, Karen Bethzabe, Ramses Jimenez, Alycia Debnam-Carey

| | Show | Viewers (millions) |
|---|---|---|
| 1 | Ole Miss/Florida St. (ESPN) | 8.4 |
| 2 | Rizzoli & Isles (TNT) | 5.3 |
| 3 | Major Crimes (TNT) | 4.1 |
| 4 | Candidate Forum (MSNBC) | 3.4 |
| * | Fear/Walking Dead (AMC) | 3.4 |
| * | Harley (Mon.) (Discovery) | 3.4 |
| * | Harley (Tue.) (Discovery) | 3.4 |
| * | WWE Raw (USA) 8:00 | 3.4 |
| 9 | Harley (Wed.) (Discovery) | 3.3 |
| * | The Kelly File (Fox News) | 3.3 |

---

## MOVIES

# Gritty, endearing 'Moonlight' climbs quickly in Toronto

**Andrea Mandell**
@andreamandell
USA TODAY


A24
**Naomie Harris drew the line at playing crack-addicted women, until she read *Moonlight* script.**

TORONTO  There's a new critical darling in town.

At Toronto International Film Festival, festgoers are trading lists of what they've seen, liked and loved. One query often heard: "Have you seen *Moonlight*?"

"It's clear that the busy, creaky machinery of Oscar season — driven by journalists and frequently set in motion at festivals like Toronto and Telluride — has already begun to grind in the movie's favor," wrote *Los Angeles Times* film critic Justin Chang.

Co-produced by Brad Pitt, *Moonlight* is a coming-of-age story adapted from Tarell Alvin McCraney's biographical play and directed by Barry Jenkins (*Medicine for Melancholy*).

The film, which unfolds in three chapters, follows the journey of an impoverished African-American child named Chiron growing up in the projects of Miami.

The first finds skinny 10-year-old Chiron (Alex Hibbert), nicknamed "Little," relentlessly bullied and left to fend for himself by his crack addict mother (Naomie Harris), until he meets Juan (Mahershala Ali), a drug dealer who takes him under his wing. Then comes the second chapter with Chiron at 16 (Ashton Sanders), tormented by his classmates and coming to terms with being gay. Finally, a decade later, Chiron (Trevante Rhodes) is shown as an adult remade into a formidable drug dealer himself.

At the film's gala debut Saturday, the audience gave a rousing standing ovation. During the Q&A that followed, Ali wiped away tears as McCraney said his performance brought back memories of the real drug dealer who helped him learn to ride a bike as a child. "I miss that drug dealer dearly. To sit with him for 45 minutes (onscreen) is a gift," McCraney said.

Chiron and Juan's relationship "speaks to who black people have access to in the neighborhoods," Ali told USA TODAY. "I'm not going to say a drug dealer is the best role model, but mentors can come in all shapes and sizes. And the fact that this particular person had enough empathy in his heart to reach out and help this young man is something that really inspired me as an actor."

The *Moonlight* script blew Ali away. "There are so many young black boys who just don't have father figures, for a myriad of reasons," he said. "To be able to play somebody who was so supportive of him just hits a place in my heart."

Harris acknowledged that the absentee mother was a tough role to sign on for. "I had real issues with taking on the character," the English actress said at the Q&A. "I always said I was only going to portray positive images of black women. I drew the line at playing a crack addict. But then I read this incredible script that moved me so much. ... I realized I had so much judgment about what it means to be a crack addict. With any form of addiction, there's a beating heart underneath it."

Critics are swooning, with *Rolling Stone* deeming it a "masterpiece." It hits theaters Oct. 21.

DAVID BORNFRIEND, A24
**Mahershala Ali teaches Alex Hibbert, floating, about more than swimming in *Moonlight*.**

---

# MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

## NOTICES
### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.[1]  Chapter 11, Case No. 16-11700 (SMB)
Debtors.  (Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a Proof of Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. Governmental units may have until **December 9, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Units Bar Date," and together with the General Bar Date, the "Bar Dates") to file proofs of claim. The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date").

1. **Who Must File a Proof of Claim.** You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Filing Date, and it is not one of the types of claim described in the Order as exempt from the requirement that a Proof of Claim be filed. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

2. **What to File.** Your filed Proof of Claim must conform substantially to Official Form No. 410; a case-specified Proof of Claim form accompanies this notice. You will receive a different Proof of Claim form for each claim scheduled in your name by the Debtors. You may utilize the Proof of Claim form(s) provided by the Debtors to file your claim. Additional Proof of Claim forms may be obtained at https://cases.primeclerk.com/gawker or at: www.uscourts.gov/forms/bankruptcy-forms (such form, the "Proof of Claim"). All Proof of Claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

3. **When and Where to File.** All proofs of claim must be filed so as to be **actually received** on or before the applicable Bar Date at **either** of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004; **Claims and noticing agent's website located at under the link entitled "Submit a Claim" (the "Electronic Notice System"):** https://cases.primeclerk.com/gawker.

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Notice System).

4. **Executory Contracts and Unexpired Leases.** If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before August 9, 2016, the date of entry of the Bar Order, you must file a Proof of Claim form(s) provided by the Debtors to file your claim. from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a Proof of Claim with respect to such claim by the date fixed by the Bankruptcy Court in the applicable order authorizing rejection of such contract or lease.

5. **Consequences of Failure to File a Proof of Claim by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

6. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of Claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re Gawker Media LLC, et al.[1]  Chapter 11, Case No. 16-11700 (SMB)
Debtors.  (Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF CERTAIN ADMINISTRATIVE CLAIMS ON OR BEFORE SEPTEMBER 29, 2016**

TO ALL PERSONS AND ENTITIES WITH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS LISTED BELOW:

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **September 29, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Administrative Claim Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a request for payment (a "Request for Payment") for each General Administrative Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja, Kft., Federal Employer Identification No. HU 12945056, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. The General Administrative Claims Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose after the filing of the chapter 11 petitions on June 10, 2016 (with respect to Gawker Media LLC) or June 12, 2016 (with respect to Gawker Media Group, Inc. and Kinja Kft.) (the filing date with respect to each Debtor, the "Filing Date"), through July 31, 2016, inclusive.

1. **Who Must File a Request for Payment.** You MUST file a Request for Payment if you have a General Administrative Claim and it is not one of the types of General Administrative Claims described in the Order as exempt from the requirement that a Request for Payment be filed. A "General Administrative Claim" constitutes a claim (as defined under Section 101(5) of the Bankruptcy Code) arising under sections 503(b) and/or 507(a)(2) of the Bankruptcy Code between the Filing Date and July 31, 2016, inclusive, including: (a) the actual and necessary costs and expenses incurred of preserving the Debtors' estates and operating the business of the Debtors.

2. **What to File.** A Request for Payment must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Request for Payment any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available. Your Request for Payment form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account). Any holder of a General Administrative Claim against more than one Debtor must file a separate Request for Payment with respect to each such Debtor and all holders of claims must identify on their Request for Payment the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. A list of the names of the Debtors and their case numbers is set forth above.

3. **When and Where to File.** Except as provided for herein, a Request for Payment must be filed so as to be **actually received** on or before September 29, 2016 at 5:00 p.m. (prevailing Eastern Time) at **either** of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC, Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

A Request for Payment may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **Consequences of Failure to File a Request for Payment by the Bar Date.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A REQUEST FOR PAYMENT IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

5. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of Claim form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.