**PRYOR & MANDELUP, L.L.P.**
**A. Scott Mandelup, Esq.**
**J. Logan Rappaport, Esq.**
**675 Old Country Road**
**Westbury, New York 11590**
**Telephone: (516) 997-0999**
**Facsimile: (516) 333-7333**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No.: 16-11700 (SMB) |
| Gawker Media LLC, *et al.*,[1] | |
| | (Jointly Administered) |
| Debtors. | **NOTICE OF APPEARANCE AND** |
| | **DEMAND FOR SERVICE OF PAPERS** |

-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Pryor & Mandelup, L.L.P. hereby appears in the above-captioned case as counsel for Ian Fette, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").  Request is hereby made for copies of all notices given or required to be given in this case and all papers served in the above-captioned case to be given to and served upon him as follows:

**A. Scott Mandelup, Esq.**
**J. Logan Rappaport, Esq.**
**PRYOR & MANDELUP, L.L.P.**
**675 Old Country Road**
**Westbury, New York 11590**
**phone - (516) 997-0999**
**fax - (516) 333-7333**
e-mail - **asm@pryormandelup.com**
e-mail - **lr@pryormandelup.com**

---

[1]The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media, LLC (0492); Gawker Media Group, Inc. (3231); and Kinja, Kft. (5056).  The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja's offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

1

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above cases.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of Ian Fette, and shall not be deemed or construed to be a waiver of his rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: Westbury, New York
September 20, 2016

PRYOR & MANDELUP, L.L.P.
Attorneys for Ian Fette

By:  */s/A. Scott Mandelup*
A. Scott Mandelup
J. Logan Rappaport
675 Old Country Road
Westbury, New York 11590
(516) 997-0999

TO: Gawker Media, LLC
114 5th Ave., 2nd Floor
New York, NY 10011

Gregg M. Galardi, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Attn: Greg M. Zipes, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

Sandeep Qusba, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Law Office of Anthony M. Vassallo
305 Fifth Avenue
Suite 1B
Brooklyn, NY 11215

I:\Client_files\Fette, Ian\NOA.wpd