UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

*In re*:

Gawker Media LLC, *et al.,*[1]

                    Debtors.

------------------------------------------------------------x

Chapter 11
Case No.: 16-11700 (SMB)

(Jointly Administered)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**STATE OF NEW YORK**   )
                        ) **ss.:**
**COUNTY OF NASSAU**    )

    Kathleen Janssen, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Hauppauge, New York.

    On September 20, 2016, I served the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**, in connection with the above case, on the persons on the attached Service List by email at their respective e-mail addresses or by depositing a true copy of same in a postage-paid, properly-addressed envelope by first class mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Gawker Media, LLC
114 5th Ave., 2nd Floor
New York, NY 10011

Gregg M. Galardi, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Attn: Greg M. Zipes, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022


Sandeep Qusba, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue

---

New York, NY 10017
Law Office of Anthony M. Vassallo
305 Fifth Avenue
Suite 1B
Brooklyn, NY 11215

                                             */s/Kathleen Janssen*
                                             Kathleen Janssen

Sworn to before me this
20th day of September, 2016

*/s/Michael Anthony Farina*
NOTARY PUBLIC
Michael Anthony Farina
Notary Public - State of New York
No.:   02FA4991473
Commissioned in Queens County
Commission Expires: February 3, 2018