**Objection Deadline: October 5, 2016 at 4:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF CITRIN COOPERMAN & COMPANY, LLP OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 10, 2016 THROUGH AUGUST 31, 2016**

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP<br>Independent Auditor and Accounting Services<br>Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016)<br>[Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | June 10, 2016 through and including August 31, 2016 |
| Fees Incurred: | $27,536.65 |
| Payment of Fees Requested (80%): | $22,029.32 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $22,029.32 |

This is a:   X   Monthly _____ Interim_____ Final Application.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY  10020.

**PRELIMINARY STATEMENT**

1. Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc. ("GMGI" and collectively with Gawker Media, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from May 1, 2016 through and including August 31, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Citrin requests: (a) interim allowance and payment of compensation in the amount of $30,372.32 (80% of $37,965.40) of fees on account of reasonable and necessary professional services rendered to the Debtors by Citrin and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Citrin during the Compensation Period. Citrin requests payment in the total amount of $22,029.32. Citrin currently holds $5,000 on retainer as disclosed in the Debtors' application to retain Citrin. Absent the filing of timely objection, Citrin will apply funds held on retainer in partial payment of the fees and expenses requested herein, and further requests that the Debtors transmit the balance of $18,029.32 at that time as well.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates and aggregate hours spent by each Citrin professional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Citrin professionals during the Compensation period is approximately $324.30.

2

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Citrin professionals in rendering services to the Debtors during the Compensation Period.

4. **Exhibit C** sets forth detailed time records of Citrin professionals for the Compensation Period.

[*Remainder of this page intentionally left blank.*]

# NOTICE

5. Pursuant to the Interim Compensation Order, Citrin has directed Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, NY 10020 Attn: William D. Holden, Chief Restructuring Officer (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (e) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: September 20, 2016  
       New York, NY

*/s/ Michael E. Rhodes*  
Michael E. Rhodes  
CITRIN COOPERMAN & COMPANY LLP  
529 Fifth Avenue  
New York, NY 10017  
Telephone: (212) 697-1000  
Facsimile: (212) 697-1004  
mrhodes@citrincooperman.com

*Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession*

# Exhibit A

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bloch, Hilary | Staff | Audit & Accounting | $ 185.00 | 7.25 | $ 1,341.25 |
| Bonelli, John | Principal | Legal | $ 600.00 | 1.50 | $ 900.00 |
| Bossin, Oren | Director | Audit & Accounting | $ 415.00 | 0.75 | $ 311.25 |
| Cianciarus, Michael | Staff | Tax | $ 190.00 | 1.50 | $ 285.00 |
| Fielstein, Howard | Partner | Valuation & Forensic Services | $ 500.00 | 2.60 | $ 1,300.00 |
| Freel, Michael | Manager* | State & Local Tax | $ 405.00 | 8.00 | $ 3,240.00 |
| Freel, Michael | Manager* | State & Local Tax | $ 410.00 | 20.50 | $ 8,405.00 |
| Klein, Brett | Intern | N/A | $ 90.00 | 15.00 | $ 1,350.00 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 5.75 | $ 2,645.00 |
| Porricelli, Thomas | Supervisor | Audit & Accounting | $ 250.00 | 0.75 | $ 187.50 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 560.00 | 3.25 | $ 1,820.00 |
| Rogan, John | Staff | Audit & Accounting | $ 170.00 | 2.25 | $ 382.50 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 475.00 | 10.25 | $ 4,868.75 |
| Saccomano | Intern | N/A | $ 90.00 | 5.56 | $ 500.40 |
| **Total Compensation** | | | **$ 324.30** | **84.91** | **$ 27,536.65** |

* Effective July 1, 2016, in connection with Citrin Cooperman's standard operating practice, Mr. Freel's rate increased from
  $405 to $410/per hour

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners | $ 496.20 | 16.10 | 7,988.75 |
| Principals | $ 600.00 | 1.50 | 900.00 |
| Directors | $ 454.81 | 6.50 | 2,956.25 |
| Managers | $ 408.60 | 28.50 | 11,645.00 |
| Supervisors | $ 250.00 | 0.75 | 187.50 |
| Staff | $ 182.61 | 11.00 | 2,008.75 |
| Interns | $ 90.00 | 20.56 | 1,850.40 |
| **Total Fees Incurred** | | **84.91** | **27,536.65** |

**Exhibit B**

**Task Code Summary**

**TASK CODE SUMMARY**

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 204 | Workpaper review | 0.75 | 311.25 |
| 238 | Bankruptcy-Meeting, Correspond | 12.85 | 4,381.25 |
| 240 | Audit of Employee Benefit Plan | 0.75 | 187.50 |
| 300 | Taxes - General | 9.00 | 3,910.00 |
| 309 | Prep of Commercial Rent Tax | 2.25 | 382.50 |
| 609/613 | SALT Consulting & Projects/SALT Professionals | 59.31 | 18,364.15 |
| **TOTAL** | | **84.91** | **27,536.65** |

**<u>Exhibit C</u>**

**Time Detail**

**Citrin Cooperman & Company, LLP**
**Billing Worksheet**
**Client - Client Code**
**For the Period: 05/01/2016 - 08/31/2016**
**WIP Approved ( 08/31/2016 )**

| WIP - Gawker Media (0) - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 06/10/2016 | discuss sales tax audit and bankruptcy issues with Eugene R.; e-mails to/from Eugene R. and Mike R. re: same | $ 405 | 1.00 | $ 405.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/15/2016 | discuss bankruptcy issue with Eugene R. and e-mail Mike R. re: NYS sales tax audit | $ 405 | 0.25 | $ 101.25 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 06/15/2016 | CRT in superforms | $ 170 | 2.00 | $ 340.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 06/16/2016 | Call with Mike Rhodes and e mail re issues in case and review public information on filing | $ 500 | 1.20 | $ 600.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/16/2016 | e-mails to/from Ethan Sommer and Mike R. re: bankruptcy and sales tax | $ 405 | 0.50 | $ 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/17/2016 | NYS sales tax conference call with Eugene R., Will Holden, Ethan Sommer, Josh Albertson and Jaime Weber; post call discussion with Eugene | $ 405 | 1.00 | $ 405.00 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 06/17/2016 | Converted return to PDF; combined files | $ 170 | 0.25 | $ 42.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/17/2016 | Prepare for and conduct conference call with client regarding status and next steps related to New York sales tax audit; document call notes; internal correspondence on next steps. | $ 475 | 0.75 | $ 356.25 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 06/20/2016 | Call with M. Devito, M. Rhodes, M Shiebolk and J. Bonelli | $ 500 | 0.40 | $ 200.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/20/2016 | prep for call with NYS auditor, discuss issues and strategy with Eugene R. | $ 405 | 1.00 | $ 405.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/20/2016 | Internal conversation regarding approach to discussion with auditor to request postponement of upcoming sales tax audit meeting. | $ 475 | 0.50 | $ 237.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/23/2016 | review additional AMEX support received from Ethan Sommer, call NYS auditor re: audit status, e-mail from Ethan re: NYS refund notices | $ 405 | 0.50 | $ 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/24/2016 | review NYS notices re: assessment receivable overpayments, call NYS Tax Dept re: same and discuss with rep, e-mail to Ethan Sommer re: MCTMT overpayments | $ 405 | 0.50 | $ 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/27/2016 | tele conv. with NYS sales tax auditor re: bankruptcy issue and request for extension of time to respond; discuss with Eugene R. and e-mail summarizing conversation with auditor | $ 405 | 0.75 | $ 303.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/28/2016 | e-mails to/from Mike R., Eugene R. and Ethan Sommer re: NYS sales tax audit; set Brett K. up to print out and organize additional info | $ 405 | 1.00 | $ 405.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/28/2016 | Correspondence with client regarding sales tax audit. | $ 475 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/30/2016 | help Brett K. with questions re: sales tax audit support; e-mail additional instructions to Brett | $ 405 | 1.50 | $ 607.50 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 06/30/2016 | Matcted amex receipts to the stores receipts for the state audit | $ 90 | 4.25 | $ 382.50 |

| Category | Task Code | Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 07/05/2016 | help Brett K. with questions re: audit support, follow up with Brett | $ 410 | 0.50 | $ 205.00 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/05/2016 | Printed Out and numbered amex receipts | $ 90 | 6.00 | $ 540.00 |
| taxes | 609 SALT Consulting & Projects | Saccomano | 07/05/2016 | Printed out and numbered Amex receipts. | $ 90 | 2.85 | $ 256.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/06/2016 | review NYS sales tax audit support; e-mails to/from Will Holden re: auditor contact info and documents received from NYS; discuss with Eugene R. and review network files re: same | $ 410 | 3.25 | $ 1,332.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/07/2016 | review and organize NYS audit support, discuss same and additional info that needs to be printed with Brett K. | $ 410 | 5.25 | $ 2,152.50 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/07/2016 | Printing out files to be organized for the audit | $ 90 | 1.50 | $ 135.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/08/2016 | prep for NYS sales tax audit | $ 410 | 5.00 | $ 2,050.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/11/2016 | NYS sales tax audit - discuss backup support with Brett K. and organize same; e-mails re: new audit meeting date and audit, discuss audit issues with Eugene R. and tele conf call with Mike R. | $ 410 | 3.50 | $ 1,435.00 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/11/2016 | Matching Amex receipts to their reference numbers | $ 90 | 3.25 | $ 292.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/11/2016 | Internal and client correspondence regarding sales tax audit. | $ 475 | 0.25 | $ 118.75 |
| taxes | 609 SALT Consulting & Projects | Saccomano | 07/11/2016 | Labeling amex receipts for NYS sales tax audit | $ 90 | 2.71 | $ 243.90 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/22/2016 | NYS sales tax audit, discuss with Eugene R. | $ 410 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/25/2016 | organize notes for Eugene R. to prepare him for meeting with client and auditor; e-mails from Eugene and overview of audit status and info received/needed with Eugene | $ 410 | 2.00 | $ 820.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/25/2016 | Prepare for sales tax auditor/client meeting. | $ 475 | 0.50 | $ 237.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/26/2016 | discuss NYS sales tax audit with Eugene R., organize expense and fixed asset support w/p's we have for his meeting with the auditors next | $ 410 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/26/2016 | Prepare for and conduct meeting with client and New York sales tax auditors; document meeting notes; coordinate meetings with auditors; correspondence with client on IRS inquiry on missing returns. | $ 475 | 3.00 | $ 1,425.00 |
| ACCT | 204 Workpaper review | Bossin, Oren | 07/27/2016 | | $ 415 | 0.75 | $ 311.25 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bloch, Hilary | 07/29/2016 | check for client conflicts | $ 185 | 5.00 | $ 925.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bloch, Hilary | 08/01/2016 | check for client conflicts | $ 185 | 2.25 | $ 416.25 |
| taxes | 613 SALT Professionals | Freel, Michael | 08/02/2016 | NYS sales tax audit; discuss with Eugene R.; e-mails to NYS auditors with supporting schedules and discuss same with auditors | $ 410 | 0.50 | $ 205.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/02/2016 | Prepare for and meet with New York sales tax auditors; correspondence with client on status of case. | $ 475 | 1.50 | $ 712.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/03/2016 | Meetings with New York sales tax auditors; correspondence with client; review of additional expense invoices provided by client; review of fixed asset information provided by client. | $ 475 | 1.75 | $ 831.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/05/2016 | Review of auditor workpapers; email to client on same. | $ 475 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/08/2016 | Review client provided information (data on sampled expense accounts, interco transactions, etc.); correspondence with auditor on same. | $ 475 | 0.25 | $ 118.75 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| taxes | 300 Tax General | LiRosi, Paul | 08/09/2016 | tax call with gawker, andrew and mike rhodes - meeting with andrew on tax basis of assets | $ | 460 | 1.00 | $ | 460.00 |
| Cons | 300 Tax General | Rhodes, Michael | 08/09/2016 | Tax call | $ | 560 | 0.75 | $ | 420.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bonelli, John | 08/10/2016 | Assemble 327(a) application, confer with engagement team | $ | 600 | 1.50 | $ | 900.00 |
| taxes | 300 Tax General | LiRosi, Paul | 08/12/2016 | call on sale/reviewed schedule provided by client for NOL treatment/research NYS/NYC nol calc. | $ | 460 | 3.75 | $ | 1,725.00 |
| CEB | 240 Audit of Employee Benefit Plan | Porricelli, Thomas | 08/12/2016 | Rolled the 401k file and prepared EL /114 Letter | $ | 250 | 0.75 | $ | 187.50 |
| Cons | 300 Tax General | Rhodes, Michael | 08/12/2016 | Tax call | $ | 560 | 1.00 | $ | 560.00 |
| Cons | 238 Bankruptcy-Meeting, Correspond | Rhodes, Michael | 08/12/2016 | Bankruptcy court application | $ | 560 | 1.50 | $ | 840.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/12/2016 | Brief review of auditor workpapers; consideration regarding next steps. | $ | 475 | 0.25 | $ | 118.75 |
| taxes | 300 Tax General | Cianciarus | 08/15/2016 | 2016 Basis Depreciation Calculation for Paul | $ | 190 | 1.50 | $ | 285.00 |
| taxes | 300 Tax General | LiRosi, Paul | 08/15/2016 | call with client on fixed asset basis on sale; sale analysis, NYS NOL's, and basis issues. | $ | 460 | 1.00 | $ | 460.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 08/18/2016 | Calls and e mails with John Bonelli and Mike Rhodes | $ | 500 | 0.60 | $ | 300.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 08/19/2016 | Follow up calls and e mails with John Bonelli and Mike Rhodes | $ | 500 | 0.40 | $ | 200.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/24/2016 | Prepare for and conduct call with New York sales tax auditor. | $ | 475 | 0.50 | $ | 237.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/26/2016 | Call with W. Holden regarding New York sales tax audit status and bankruptcy matters. | $ | 475 | 0.25 | $ | 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/31/2016 | Correspondence with New York sales tax auditor and client. | $ | 475 | 0.25 | $ | 118.75 |
| Total Fees Incurred | | | | | | | 84.91 | | 27,536.65 |



## CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY 10011*

*Invoice No.*   *706121*
*Date*          *09/20/2016*
*Client No.*    *42254.0*

**FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2016 AS FOLLOWS:**

**NYS SALES AND USE TAX AUDIT**
| | | | |
|---|---|---|---|
| E. RUVERE | 10.25 HRS @ $475/HR | $ | 4,868.75 |
| M. FREEL | 8.00 HRS @ $405/HR | | 3,240.00 |
| M. FREEL | 20.50 HRS @ $410/HR | | 8,405.00 |
| A. SACCOMANO | 5.56 HRS @ $ 90/HR | | 500.40 |
| B. KLEIN | 15.00 HRS @ $ 90/HR | | 1,350.00 |

**SECTION 327 (a) BANKRUPTCY COURT APPLICATION**
| | | |
|---|---|---|
| H. FIELSTEIN | 2.60 HRS @ $500/HR | 1,300.00 |
| J. BONELLI | 1.50 HRS @ $600/HR | 900.00 |
| M. RHODES | 1.50 HRS @ $560/HR | 840.00 |
| H. BLOCH | 7.25 HRS @ $185/HR | 1,341.25 |

**NYC COMMERCIAL RENT TAX**
| | | |
|---|---|---|
| J. ROGAN | 2.25 HRS @ $170/HR | 382.50 |

**AUDIT OF THE GAWKER MEDIA 401(K) PLAN**
| | | |
|---|---|---|
| T. PORRICELLI | 0.75 HRS @ $250/HR | 187.50 |

**ACCOUNTING AND TAX ADVISORY SERVICES**
| | | |
|---|---|---|
| M. RHODES | 1.75 HRS @ $560/HR | 980.00 |
| P. LIROSI | 5.75 HRS @ $460/HR | 2,645.00 |
| O. BOSSIN | 0.75 HRS @ $415/HR | 311.25 |
| M. CIANCIARUSO | 1.50 HRS @ $190/HR | 285.00 |

| | |
|---|---|
| Total Fees this Period | 27,536.65 |
| Less: Retainer Applied | (5,000.00) |
| Total This Invoice | $ 22,536.65 |

**Payment due upon receipt**
Please include this page or make reference to the invoice number and client number on your check.
Remit to our NY address.

| CONNECTICUT | NEW JERSEY | NEW YORK | PHILADELPHIA | WESTCHESTER | LONG ISLAND |
|---|---|---|---|---|---|
| 37 North Avenue | Eisenhower Corporate Campus | 529 Fifth Avenue | 1800 JFK Blvd. 20th Fl | 709 Westchester Avenue | 131 Sunnyside Boulevard, Suite 110 |
| Norwalk, CT 06851 | 290 W. Mt. Pleasant Ave. STE. 3310 | New York, NY 10017 | Philadelphia, PA 19103 | White Plains, NY 10604 | Plainview, NY 11803 |
| 203.847.4068 | Livingston, NJ 07039 | 212.697.1000 | 215.545.4800 | 914.949.2990 | 516.349.2150 |
| | 973.218.0500 | | | | |