ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR ENTRY OF A
FINAL ORDER (I) AUTHORIZING, BUT NOT DIRECTING, PAYMENT OF
PREPETITION WAGES, SALARIES, BUSINESS EXPENSES, EMPLOYEE
BENEFITS AND RELATED ITEMS, AND (II) DIRECTING ALL FINANCIAL
INSTITUTIONS TO HONOR CHECKS FOR PAYMENT OF SUCH OBLIGATIONS**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on June 13, 2016, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 13] (the "Wages Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

59120823_4

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2016, the Court entered the *Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 44].

**PLEASE TAKE FURTHER NOTICE** that on June 20, 2016, the Debtors' filed their *Supplement to Debtors' Motion for Entry of a Final Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 56].

**PLEASE TAKE FURTHER NOTICE** that on July 13, 2016, the court entered the *Second Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 91].

**PLEASE TAKE FURTHER NOTICE** that on August 11, 2016, the court entered the *Third Interim Order (I) Authorizing, but not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, Employee Benefits and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 170].

**PLEASE TAKE FURTHER NOTICE** that at the Omnibus Hearing held on September 13, 2016 the Court directed the Debtors to withdraw their request for a final order in respect of the Wages Motion.

59120823_4

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Wages Motion is hereby withdrawn without prejudice.

Dated: September 21, 2016    */s/ Gregg M. Galardi*
New York, New York    ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*