**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11
                                                             :
GAWKER MEDIA LLC, et al.,[1]                                 :   Case No. 16-11700 (SMB)
                                                             :
                        Debtors.                             :   (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Dori B. Goldstein, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 21 00A, to be served via First Class Mail upon the Transferor and Transferee on the date set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: September 21, 2016

Dori B. Goldstein

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 21, 2016, by Dori B. Goldstein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

## **EXHIBIT A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 200 | Optimizely, Inc.<br>631 Howard St, STE 100<br>San Francisco, CA 94105 | Liquidity Solutions, Inc.<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | August 19, 2016 |