UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                       :   Chapter 11
                                                            :
GAWKER MEDIA LLC, et al.,[1]                                :   Case No. 16-11700 (SMB)
                                                            :
                            Debtors.                        :   (Jointly Administered)
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail to G. Tillman at an address that is being redacted in the interest of privacy:

- Notice of Entry of Sale Order [Docket No. 222]

Dated: September 28, 2016

/s/ Sebastian V. Higgins
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 28, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Liz Santodomingo

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

SRF 10436-11133