**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                                    :    Chapter 11
                                                                              :
GAWKER MEDIA LLC, *et al.*,[1]                       :    Case No. 16-11700 (SMB)
                                                                              :
                 Debtors.              :    (Jointly Administered)

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, and 2) via First Class Mail on the Contract Counterparties Service List attached hereto as **Exhibit B**:

- Post-Closing Designation Notice of (A) Assumption and Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs [Docket No. 296]

Dated: September 28, 2016

                                                        Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 28, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                             ADAM ADLER
                                 NOTARY PUBLIC-STATE OF NEW YORK
                                      No. 02AD6306134
                                 Qualified in Nassau County
                       My Commission Expires June 16, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2nd Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | First Class Mail and Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Peter M. Gilhuly<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 | peter.gilhuly@lw.com | First Class Mail and Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, L.L.P. | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson LLP | Attn: Thomas A. Martin, Esq. <br> Barbara M. Maisto, Esq. <br> 521 Fifth Avenue <br> New York NY 10175 | tmartin@putneylaw.com <br> bmaisto@putneylaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. <br> 3 Center Plaza <br> Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. <br> Times Square Tower <br> Seven Times Square, Suite 2506 <br> New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. <br> 919 Third Avenue <br> New York NY 10022 | adam.harris@srz.com <br> frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury <br> 100 F St., NE <br> Washington DC 20549 | secbankruptcy@sec.gov <br> NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. <br> Brookfield Place <br> 200 Vesey St., Ste. 400 <br> New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. <br> One Constitution Plaza <br> Hartford CT 06103-1919 | egoldstein@goodwin.com <br> bankruptcy@goodwin.com <br> bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann <br> 275 Grove Street, Suite 2-200 <br> Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. <br> 425 Lexington Avenue <br> New York NY 10017 ` | squsba@stblaw.com <br> wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. <br> 125 Broad Street <br> New York NY 10004 | torkinm@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein <br> One Bowling Green <br> Room 723 <br> New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. <br> US Federal Office Building <br> 201 Varick St. Room 1006 <br> New York NY 10014 | susan.arbeit@usdoj.gov <br> greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division <br> 86 Chambers St. <br> 3rd Fl <br> New York NY 10007 | David.Jones6@usdoj.gov <br> Jeffrey.Oestericher@usdoj.gov <br> Joseph.Cordaro@usdoj.gov <br> Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung <br> 90 Third Avenue, 19th Floor <br> New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. <br> 250 Hudson Street Ste 700 <br> New York NY 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 2

**<u>Exhibit B</u>**

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| A Mediocre Corporation | Attn: General Counsel | 3200 Belmeade Dr. | Suite 1000 | | Carrolton | TX | 75006 | |
| A Small Orange, LLC | Attn: General Counsel | 2500 Rockypoint Dr. | Suite 105C | | Austin | TX | 78754 | |
| A9.com, Inc. | 410 Terry Ave. North | | | | Seattle | WA | 98109 | |
| Abacus Staffing, LLC | 14 Penn Plaza | | | | New York | NY | 10122 | |
| Access Intelligence, LLC | Attn: General Counsel | PO Box 9187 | | | Gaithersburg | MD | 20898 | |
| Adam & Eve LLC | Attn: General Counsel | 302 Meadowlands Dr | | | Hillsborough | NC | 27278 | |
| Ad-Juster, Inc | 13280 Evening Creek DR S STE 100 | | | | San Diego | CA | 92128-4109 | |
| Ad-Juster, Inc. | c/o Mr. Michael Lewis | 12741 Treeridge Terrace | | | Poway | CA | 92064 | |
| Adsfactor Holdings Limited | Attn: General Counsel | 100 How Ming Street | | | Kwun Tong Kowloon | | | Hong Kong |
| AdSlot Technologies, LTD. | Attn: General Counsel | 373 Park Avenue South | 4th Floor | | New York | NY | 10016 | |
| Aegon Magyarorszag Zrt. | Vagyon Uzletag | Ulloi ut 1. | | | Budapest | | 1091 | Hungary |
| Aegon Magyarország Zrt. | Üllői út 1. | | | | Budapest | | 1091 | Hungary |
| AGIS Fire & Security Kft. | Montevideo u. 3/a | Szep Zsuzsanna ugyvezeto igazgato | | | Budapest | | 1037 | Hungary |
| Allure Media Pty Limited | Attn: General Counsel | 177-185 William Street | Suite 203 | | Darlinghurst | NSW | 2010 | Australia |
| Amazon Services, LLC | Attn: General Counsel | 8329 W. Sunset Road #220 | | | Las Vegas | NV | 89113 | |
| Amazon Web Services, Inc | Attn. General Counsel | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | |
| Apple Inc. | 1 Infinite Loop | | | | Cupertino | CA | 95014 | |
| Asana, Inc. | 1550 Bryant Street | | | | San Francisco | CA | 94103 | |
| Assembly Media | Attn: General Counsel | 909 Third Ave. 31st Floor | | | New York | NY | 10022 | |
| Atlantic Metro Communications II, Inc. | Attn: General Counsel | PO Box 200057 | | | Pittsburgh | PA | 15251-0057 | |
| Barkbox, Inc. | Attn: General Counsel | 221 Canal St | Floor 6 | | New York | NY | 10013 | |
| BizFilings by CT | Attn: General Counsel | 8020 Excelsior Drive | Suite 200 | | Madison | WI | 53717 | |
| BlueApron.com | Attn: General Counsel | 5 Crosby Street | 3rd Fl. | | New York | NY | 10013 | |
| Bodolai Laszlo | Attn: General Counsel | 2040 Budaors | u. 26 | | Tarogatu | | 2040 | Hungary |
| Bodolai, László | Attn: General Counsel | budaor 10404072-40754473 | tarogato u. 26 | | Budapest | | 2040 | Hungary |
| Bombas | Attn: General Counsel | 115 West 29 Street | | | New York | NY | 10001 | |
| Branded Entertainment Network, Inc. | 13159 Collections Center Drive | | | | Chicago | IL | 60693 | |
| Brandtale Inc. | 588 Broadway, Suite 503 | | | | New York | NY | 10012 | |
| Brooklinen | Attn: General Counsel | 81 Prospect St. | | | Brooklyn | NY | 11201 | |
| BrowerStack, Inc. | Attn: General Counsel | 4512 Legacy Drive, Suite 100 | | | Plano | TX | 75024 | |
| Casper Sleep Inc. | Attn: General Counsel | 45 Bond Street, Floor 2 | | | New York | NY | 10012 | |
| ClearSide, Inc. | Attn: General Counsel | Dept 3392 | PO Box 123392 | | Dallas | TX | 75312-3392 | |
| ClickMeter | 1355 Market Street | | | | San Francisco | CA | 94103 | |
| ClickMeter | 2601 Mission St. | | | | San Francisco | CA | 94110 | |
| ClubW | Attn: General Counsel | 5340 Alla Rd | Suite 105 | | Los Angeles | CA | 90066 | |
| Colliers International | Attn: General Counsel | Csorsz utca 41. | | | Budapest | | 1124 | Hungary |
| Combat Flip Flops LLC | Attn: General Counsel | 275 118th Ave SE | Suite 200 | | Bellevue | WA | 98005 | |
| Comic Cartel, LLC | Attn: General Counsel | 3715 Bloomington Ave | | | Minneapolis | MN | 55407 | |
| ComScore Inc. | ComScore Inc. | 14140 Collection Center Dr | | | Chicago | IL | 60693 | |
| comScore, Inc. | Attn: General Counsel | 7 Penn Plaza | 10th Floor | | New York | NY | 10001 | |
| Corporate Communications Bt | Váci u. 67 | | | | Budapest | | 1056 | Hungary |
| Corporate Communications Bt. | Szilagyi Erzsebet faso 65. | | | | Budapest | | 1026 | Hungary |
| Corporation Service Company | Attn: General Counsel | 300 Deschutes Way SW | Suite 304 | | Turnwater | WA | 98051 | |
| Creative Circle, LLC | Attn:  General Counsel | 5900 Wilshire Blvd. | 11th floor | | Los Angeles | CA | 90036 | |
| Creative Circle, LLC | Attn:  General Counsel | 470 Park Ave S. | 14th Floor | | New York | NY | 10016 | |
| Creative Circle, LLC. | Attn: General Counsel | 28027 Network Place | | | Chicago | IL | 60673-1280 | |
| Criquets | Attn: General Counsel | 1603 S. First St. | | | Austin | TX | 78704 | |
| Criteo | 100 Ave of the Americas | | | | New York | NY | 10011 | |
| CytexOne Technology, LLC | Attn: General Counsel | 50 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Daily Harvest | 113 University Pl | | | | New York | NY | 10003 | |

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Dashlane Inc. | Attn: General Counsel | 156 5th Ave | Suite 504 | | New York | NY | 10010 | |
| Datadog, Inc. | Attn: Legal Notice | 286 Fifth Avenue | 12th Floor | | New York | NY | 10001 | |
| DeWitt Stern Group, Inc. | Attn: General Counsel | 420 Lexington Avenue | | | New York | NY | 10170 | |
| Dewitt Stern Group, Inc. | Attn: General Counsel | 160 Federal Street | | | Boston | MA | 02110 | |
| DineInfresh, Inc. dba Plated | Attn: General Counsel | 22 West 18th Street | Floor 5 | | New York | NY | 10012 | |
| DMCA Designated Agent | Attn: General Counsel | c/o Dogwood Labs, Inc. | 1644 Platte St. | 4th Floor | Denver | CO | 80202 | |
| Dogwood Labs, Inc. dba StatusPage.io | 113 E Stuart St | | | | Fort Collins | CO | 80525 | |
| Dollar Shave Club, Inc. | Attn: General Counsel | 513 Boccaccio Ave | | | Venice | CA | 90291 | |
| Dr. Torzsa Peter Bt. | Tátra u. 9 | | | | Budapest | | 1136 | Hungary |
| Dr. Torzsa Peter Bt. | Tatra u. 11. | | | | Budapest | | 1136 | Hungary |
| Driftaway, Inc | Attn: General Counsel | 37 Greenpoint Ave E5A | | | Brooklyn | NY | 11222 | |
| Dropbox Inc. | Attn: General Counsel | Dept LA 24086 | | | Pasadena | CA | 91185-4086 | |
| Earnest, Inc. | Attn: General Counsel | 300119th Street | | | San Francisco | CA | 94110 | |
| EnterNet 2001 Kft. | Attn: General Counsel | Vaci ut 188 | | | Budapest | | H-1138 | Hungary |
| Equinox Fitness Clubs | Corporate Accounts Office | 895 Broadway | | | New York | NY | 10003 | |
| Equinox Fitness Clubs | Attn: Corporate Accounts | P.O. Box 1774 | | | New York | NY | 10156 | |
| EQUINOX HOLDINGS, INC. | 895 Broadway | | | | New York | NY | 10003 | |
| Everbank Commercial Finance, Inc. | 10 Waterview Boulevard | | | | Parsippany | NJ | 07054 | |
| FCG Advisors, LLC | One Main Street Suite 202 | | | | Chatham | NJ | 07928 | |
| Fidelity Investments | One Destiny Way | Mailzone WA2L | | | Westlake | TX | 76262 | |
| Fluxmob, LLC. | Attn: General Counsel | 16381 Fairway Ln | | | Huntington Beach | CA | 92649 | |
| Framebridge | Attn. General Counsel | 3218 O St NW | Suite 2 | | Washington | DC | 20007 | |
| Framebridge, Inc. | Attn: General Counsel | 4501 Forbes Blvd | Suite 6 | | Lanham | MD | 20706 | |
| FREEDOMPOP | Attn: General Counsel | c/o STS Media, Inc | 11301 Olympic Blvd | | Los Angeles | CA | 90064 | |
| FREEDOMPOP | Attn: General Cousnel | c/o STS Media, Inc | 11301 Olympic Blvd | # 112 | Los Angeles | CA | 90064 | |
| Future Publishing Limited | Attn: General Counsel | Quay House, The Ambury | | | Bath | | BA1 1UA | United Kingdom |
| Geek Fuel LLC | Attn: General Counsel | 2900 Fox Street | | | Denver | CO | 80202 | |
| GitHub, Inc. | Attn: General Counsel | 88 Colin P Kelly Jr St | | | San Francisco | CA | 94107 | |
| Globalway Participacoes Ltda | Rua Campo Verde, 61 | 6 andar, CEP 01456-101 | | | Jardim Paulistano | SP | | Brazil |
| Graze Inc. | Attn: General Counsel | 25 Colony Rd. | | | Jersey City | NJ | 07305 | |
| Green Fox Academy | Attn: General Counsel | Csorsz utca 41 | | | Budapest | | 1124 | Hungary |
| Greenhouse Software, Inc. | 110 Fifth Ave. | FL 3 | | | New York | NY | 10010 | |
| Greenhouse Software, Inc. | Attn: General Counsel | 110 Fifth Ave. | FL 3 | | New York | NY | 10010 | |
| GroupDynamics Kft | Attn: General Counsel | Zibhy Geza u 10 | | | Budapest | | 1146 | Hungary |
| GroupDynamics Kft. | Markovits I. u. 4. | | | | Budapest | | 1011 | Hungary |
| Gunnar Optiks | 2236 Rutherford Road | Suite 123 | | | Carlsbad | CA | 92008 | |
| HackerOne | HackerOne | PO Box 166 | | | San Francisco | CA | 94104-0166 | |
| HackerOne | 535 Mission Street | | | | San Francisco | CA | 94105 | |
| Handy.com | Attn: General Counsel | 33 West 19th St | 6th Fl | | New York | NY | 10011 | |
| Happy Socks AB | Attn: General Counsel | 12-14 Kungsgatan | | | Stockholm | | 11135 | Sweden |
| Hey Gorgeous | 270 West 38th Street | Suite 2000 | | | New York | NY | 10018 | |
| IDrive Inc. | Attn: General Counsel | 26115 Mureau Rd | Suite A | | Calabasas | CA | 91302 | |
| Incisive Ltd | Attn: General Counsel | 32-34 Broadwick Street | | | London | | W1A 2HG | United Kingdom |
| Incisive VNU Limited dba Incisive Incisive Ltd | Attn: General Counsel | 32-34 Broadwick Street | | | London | | W1A 2HG | United Kingdom |
| Incisive VNU Ltd | Attn: General Counsel | 32-34 Broadwick Street | | | London | | W1A 2HG | United Kingdom |
| Infobahn Inc. | Attn: General Counsel | 1-22-7 Dogenzaka | 9th Floor | | Tokyo | | 150-0043 | Japan |
| Infobahn, Inc. | Attn: General Counsel | 1-22-7 Dogenzaka, 9th Floor | | | Shibuya-ku, Tokyo | | | Japan |
| Inkkas | Attn: General Counsel | 38 E 29th Street | | | New York | NY | 10016 | |
| Integral Ad Science, Inc. | 37 East 18th Street, 7th Floor | | | | New York | NY | 10003 | |
| Integral Ad Science, Inc. | Box 200197 | | | | Pittsburgh | PA | 15251-0197 | |

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Integral Ad Science, Inc. | Attn: General Counsel | 95 Morton Street, | 8th Floor | | New York | NY | 10014 | |
| InVisionApp | Attn: General Counsel | 41 Madison Ave | | | New York | NY | 10010 | |
| IPFS Corporation | Attn: General Counsel | 30 Montgomery Street | Suite 1000 | | Jersey City | NJ | 07302 | |
| IPFS Corporation | DeWitt Stern Group, Inc. | 30 Montgomery Street | | | Jersey City | NJ | 07302 | |
| IseeQ Kft. | Attn: General Counsel | Madach Imre ut 13-14 | B/7 | | Budapest | | 1075 | Hungary |
| James Bit Design | Attn: General Counsel | 130 E. 36th St. | Apt 2 | | New York | NY | 10016 | |
| JapanCrate | Attn: General Counsel | 2037 Irving Street | #228 | | San Francisco | CA | 94122 | |
| JW Player / LongTail Ad Solutions, Inc. | Attn: General Counsel | 8 W 38th St | | | New York | NY | 10018 | |
| Karma Mobility Inc. | Attn: General Counsel | 568 Broadway | 11th Fl | | New York | NY | 10012 | |
| Kawartha Outdoor | Attn: General Counsel | 355 La Fata St. | Unit C | | St. Helena | CA | 94574 | |
| Kid Thursday LLC, dba Status Audio | Attn: General Counsel | 9 Binney Lane | | | Old Greenwich | CT | 06870 | |
| Leesa.com | 3704 Pacific Avenue | Suite 200 | | | Virginia Beach | VA | 23451 | |
| LexisNexis c/o RELX Inc. | 555 Middlecreek Parkway | | | | Colorado Springs | CO | 80921 | |
| Lifesize Cloud | 1601 S. MoPac Expy Suite 100 | | | | Austin | TX | 78746 | |
| Lifesize, Inc. | 1601 S. Mopac Expressway | Suite 100 | | | Austin | TX | 78746 | |
| Logentries | 34 Farnsworth Street | | | | Boston | MA | 02210 | |
| LOLA | Attn: General Counsel | 41 Union Sq W | Suite 301 | | New York | NY | 10003 | |
| LOLA | Attn. General Counsel | 41 Union Sq W | | | New York | NY | 10003 | |
| Lucidchart | Attn: General Counsel | 10808 South Riverfront Parkway, Building 14 | | | South Jordan | UT | 84095 | |
| Lyft | 548 Market Street | Suite 68514 | | | San Francisco | CA | 94104 | |
| Lyft | 720 14th Street | | | | San Francisco | CA | 95814 | |
| Madison Plus Select, Inc. | Attn: General Counsel | 33 Nassau Avenue 2nd FL | Suite 80 | | Brooklyn | NY | 11222 | |
| Madison Plus Select, Inc. | Attn: General Counsel | 270 West 38th | | | New York | NY | 10018 | |
| Magyar Telekom | Attn: General Counsel | Krisztina krt 55 | | | Budapest | | 1013 | Hungary |
| Magyar Telekom Nyrt. | Pf. 434. | | | | Budapest | | 1519 | Hungary |
| Magyar Telekom Nyrt.: | 1013 Budapest, Krisztina krt. 55, | pf. 512 | | | Budapest | | 1519 | Hungary |
| Magyar Telekom Nyrt.: | Attn: General Counsel | Krisztina krt. 55 | | | Budapest | | 1013 | Hungary |
| Mediagene, Inc. | 6th Floor 23-2 | Maruyama-cho | Shibuya-ku | | Tokyo | | | Japan |
| Mediagene, Inc. | Attn: General Counsel | Maruyama-cho | Shibuya-ku | | Tokyo | | 150-0044 | Japan |
| MediaGene, Inc. fka Infobahn, Inc. | Attn: General Counsel | 1-22-7 Dogenzaka | | | Tokyo | | 150-0043 | Japan |
| MediaGene, Inc. fka Infobahn, Inc. | Attn: General Counsel | 23-2 Maruyama-cho, Shibuya-ku | | | Tokyo | | 150-0044 | Japan |
| MeUndies | Attn: General Counsel | 3650 HOLDREGE AVE | | | LOS ANGELES | CA | 90016-4304 | |
| MeUndies | Attn: General Counsel | 5909 Blackwelder St. | | | Culver City | CA | 90232 | |
| Ministry of Supply | Attn: General Counsel | 105 South St | | | Boston | MA | 02111 | |
| Mott & Bow | 29 7th Ave South | | | | New York | NY | 10014 | |
| Movement Ventures, LLC. | 86 West Main Street | | | | Lehi | UT | 84043 | |
| MoviePass | 175 Varick Street, Suite 604 | | | | New York | NY | 10012 | |
| MVMT Watches | Attn: General Counsel | 6041 Bristol Parkway | Suite 100 | | Culver City | CA | 90230 | |
| NatureBox | Attn: General Counsel | 1052 Commercial St. | | | San Carlos | CA | 94070 | |
| NETRATINGS | Attn: General Counsel | 24150 Network Place | | | Chicago | IL | 60673-1241 | |
| NETRATINGS | Attn:  Mr. Michael Lewis | 24150 Network Place | | | Chicago | IL | 60673-1241 | |
| Netsuite Inc. | Attn: General Counsel | 2955 Campus Drive | Suite 100 | | San Mateo | CA | 94403-2511 | |
| Netsuite, Inc. | 15612 Collections Center Drive | | | | Chicago | IL | 60693 | |
| Nevada Property 1 LLC dba The Cosmopolitan of | Attn: General Counsel | PO Box 912816 | | | Denver | CO | 80291 | |
| New Relic | Attn: General Counsel | 188 Spear Street | Suite 1200 | | San Francisco | CA | 94105 | |
| NewsCred, Inc. | Attn: General Counsel | 27 W 24th Street | Suite 505 | | New York | NY | 10010 | |
| Nielsen Company (US), LLC. | Attn: General Counsel | 890 Hillview Court | Suite 300 | | Milpitas | CA | 95035 | |
| Novak, M | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| OCP Collective Corp. dba Adcade, Inc. | Attn: General Counsel | 110 5th Avenue | 5th Floor | | New York | NY | 10011 | |
| OnMarc Media | Attn: General Counsel | 1420 Kirkway Road | | | Bloomfield Hills | MI | 48302 | |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 5

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| OperationsInc, LLC | Attn: General Counsel | 535 Connecticut Avenue | | | Norwalk | CT | 06854 | |
| Owen & Fred | Attn: General Counsel | 61 Greenpoint | 6th Floor | | Brooklyn | NY | 11222 | |
| PACER Service Center | Attn: General Counsel | P.O. Box 71364 | | | Philadelphia | PA | 19176-1364 | |
| Pacific Coast News BWP Media USA Inc | Attn: General Counsel | P.O. Box 70327 | | | Los Angeles | CA | 90070 | |
| Pacific Shaving Company | Attn: General Counsel | PO Box 590022 | | | San Francisco | CA | 94159 | |
| Parachute Home | Attn: General Counsel | 54 Paloma Ave | | | Venice | CA | 90291 | |
| Parse LLC | Attn: General Counsel | 1601 Willow Road | | | Menlo Park | CA | 94025 | |
| PAX | 660 Alabama St, 2nd Fl | | | | San Francisco | CA | 94110 | |
| Percona, Inc. | Attn: General Counsel | 2300 Benson Rd S | #B85 | | Renton | WA | 98055 | |
| Perfect World Entertainment 1236 | 101 Redwood Shores Parkway | Suite 400 | | | Redwood City | CA | 94065 | |
| Pixel Media Asia Limited | Attn: General Counsel | Two Landmark East, 100 How Ming Stre | Suites 2601-02, 26 Fl | | Kwun Tong Kowloon | | | Hong Kong |
| Plant Specialists, LLC. | Attn: General Counsel | 42-25 Vernon Blvd | | | Long Island City | NY | 11101 | |
| Platinum Rye, LLC. | Attn: General Counsel | 150 Fifth Avenue | 3rd Floor | | New York | NY | 10011 | |
| Pop Chart Lab | Attn: General Counsel | 325 Gold Street | Suite | | Brooklyn | NY | 11201 | |
| Poprageous | Attn: General Counsel | 915 Mateo Street | #302 | | Los Angeles | CA | 90021 | |
| Press Association, Inc. | 450 West 33rd Street | | | | New York | NY | 10001 | |
| Puro Sound Labs, LLC. | Attn: General Counsel | 1952 Thomas Ave | | | San Diego | CA | 92109 | |
| Quantcast Corporation | 535 Mission Street | 201 Third Street | | | San Francisco | CA | 94103 | |
| Quantcast International Limited | Attn: Legal Department | Glandore Business Centres | Fitzwilliam Hall | Fitzwilliam Place | Dublin | | | Ireland |
| Quench USA, Inc. | Attn: General Counsel | 780 5th Avenue | Suite 200 | | King Prussia | PA | 19406 | |
| Quip NYC Inc. | Attn. General Counsel | 175 Varick St. | | | New York | NY | 10014 | |
| Rainbow Broadband, Inc. | Attn: Customer Care Center | 14 Penn Plaza | Suite 2100 | | New York | NY | 10122 | |
| Razorfish | Attn: General Counsel | 27-01 Queens Plaza North | 3rd Floor Mail Room | | Long Island City | NY | 11101 | |
| Red Books LLC | Attn: General Counsel | PO Box 1514 | | | Summit | NJ | 07902 | |
| Rhone Apparel Inc. | Attn: General Counsel | 59 Grove St. | Ste 1H | | New Canaan | CT | 06820 | |
| S&T Consulting Hungary Kft. | Attn: General Counsel | puskas Tivadar Way 14 | Budaors | | Budapest | | | Hungary |
| SeatGeek | Attn. General Counsel | 235 Park Avenue S. | Floor 12 | | New York | NY | 10003 | |
| Sentry | 1 Baker Street | Suite 5B | | | San Francisco | CA | 94117 | |
| SEOmoz, Inc. | Attn: Legal Department | 1100 2nd Avenue, Suite 500 | | | Seattle | WA | 98101 | |
| Shutterstock, Inc. | Attn: General Counsel | Empire State Building | 350 Fifth Ave | 21st Fl | New York | NY | 10118 | |
| SimpleReach, Inc. | Attn: General Counsel | 122 W. 27th St., 7th Floor | | | New York | NY | 10001 | |
| SimpleReach, Inc. | Attn: General Counsel | 41 W. 25th St. | 8th Floor | | New York | NY | 10010 | |
| SmartNews | Attn: General Counsel | 717 Market Street, Suite 100 | | | San Francisco | CA | 94103 | |
| SmartNews, Inc. | Attn: General Counsel | Jingumae Dai 23 Building 3F, 6-25-16 | | | Shibuya-ku, Tokyo | | 150-0001 | Japan |
| SocialFlow Services | 52 Vanderbilt Ave. | 12th Floor | | | New York | NY | 10017 | |
| Soundfreaq | Attn. General Counsel | 1319 S Ogden Drive | | | Los Angeles | CA | 90019 | |
| SpruceWares | Attn: General Counsel | PO Box 343 | | | Deer Isle | ME | 04627 | |
| Stackcommerce | Attn: General Counsel | 21 Market St | | | Venice | CA | 90291 | |
| Strategic Advisers, Inc. c/o Fidelity Investments - E | Client Services Relationship Manager | Attn: Administrative Team | PO BOX 770001 | | Cincinnati | OH | 45277 | |
| Strategic Advisors, Inc. | 1550 Bryant Street | 82 Devonshire Street | | | Boston | MA | 02109 | |
| Szatmári Ferenc | Attn: General Counsel | Rottenbiller u. 15. 111/32 | | | Budapest | | 1077 | Hungary |
| TBWA Worldwide, Inc. d/b/a TBWA\MEDIA ARTS | 333 Hudson St. | 12539 Beatrice St. | | | Los Angeles | CA | 90066 | |
| Technorati, Inc. | Attn: General Counsel | 360 Post Street | Suite 1100 | | San Francisco | CA | 94108 | |
| Technorati, Inc. | Attn: General Counsel | 995 Market Street, 2nd Floor | | | San Francisco | CA | 94103 | |
| TGT | Attn: General Counsel | 63 Flushing Ave. | | | Brooklyn | NY | 11206 | |
| The Nielsen Company (US), LLC | Attn: General Counsel | 85 Broad Street | | | New York | NY | 10004 | |
| The Oliver Group | | 595 Greenhaven Rd | | | Pawcatuck | CT | 06379 | |
| The Sasquatch Soap Co., LLC. dba Dr. Squatch | Attn: General Counsel | 316 California Ave | # 938 | | Reno | NV | 89509 | |
| The Slate Group LLC | Attn: General Counsel | 1350 Connecticut Aven, NW Suite 410 | | | Washington | DC | 20036 | |
| The Space Matters | Attn: General Counsel | Retek utca 16. 2. em 10 | | | Szeged | | 6723 | Hungary |

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Thomson Reuters | West Publishing Corporation | Attn: General Counsel | 610 Opperman Drive, P.O. Box 64833 | | St. Paul | MN | 55164-1803 | |
| TokyoTreat Ltd. | Attn: General Counsel | Minato-Ku Mita 3-2-21-103 | | | Tokyo | | 108-0073 | Japan |
| Tremor Video, Inc. | 1501 Broadway #801 | | | | New York | NY | 10036 | |
| Trifolium LLC | 6273 Deborah Drive | | | | Warrenton | VA | 20187 | |
| Trinet HR Corporation | Attn: General Counsel | 1100 San Leandro Blvd. | Suite 400 | | San Leandro | CA | 94577 | |
| Tushy, LLC. | Attn: Monica Pereira | 601 W. 26th St., #325 | | | New York | NY | 10001 | |
| TVEyes Inc. | Attn: General Counsel | 1150 Post Road | | | Fairfield | CT | 06824 | |
| TVEyes, Inc. | 2150 Post Road | | | | Fairfield | CT | 06824 | |
| Udemy.com | Attn: General Counsel | 600 Harrison St., 3rd Floor | | | San Francisco | CA | 94107 | |
| Unimerica Life Insurance Company | c/o Shipman & Goodwin LLP | Attn: Eric S Goldstein Esq, Latonia C Will | One Constitution Plaza | | Hartford | CT | 06103-1919 | |
| Unimerica Life Insurance Company of New York | c/o Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | Latonia C. Williams, Esq. | One Constitution Plaza | Hartford | CT | 06103-1919 | |
| Unimerica Life Insurance Company of New York | Attn: General Counsel | 1 Penn Plaza | 8th Floor | | New York | NY | 10119 | |
| Union Bond and Trust Company | 1300 SW Fifth Ave | Suite 3300 | | | Portland | OR | 97201 | |
| VividCortex, Inc. | 696 Berkmar Cir | | | | Charlottesville | VA | 22901 | |
| VNU Business Media Europe Limited | Attn: General Counsel | 32-34 Broadwick Street | | | London | | W1A 2HG | United Kingdom |
| Vook, Inc. | One New York Plaza Suite 4500 | | | | New York | NY | 10004 | |
| Vook, Inc. | 229 W. 43rd St., 8th Floor | | | | New York | NY | 10036 | |
| Weldon, Mark | Attn: General Counsel | 1201 Broadway | Ste 705 | | New York | NY | 10001 | |
| WEST PUBLISHING CORPORATION | Attn: General Counsel | 610 Opperman Drive, P.O. Box 64833 | | | St. Paul | MN | 55164-1803 | |
| Wine Awesomeness | Attn: General Counsel | 270 Lafayette | Suite 1105 | | New York | NY | 10012 | |
| WiTopia | 11654 Plaza America Drive #316 | | | | Reston | VA | 20190-4700 | |
| Zapier Inc | 243 Buena Vista Ave 508 | | | | Sunnyvale | CA | 94086 | |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Page 5 of 5