ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan P. Gill
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                          :

In re:                                     :         Chapter 11
                                          :

Gawker Media LLC, *et al.*,[1]          :         Case No. 16-11700 (SMB)
                                          :
                  Debtors.       :         (Jointly Administered)
                                          :
------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Peter H. Walkingshaw, Esq., request admission, *pro hac vice*, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft., the Debtors and Debtors in Possession in the above-referenced cases.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

59224369_1

Dated: September 28, 2016
      Boston, Massachusetts

ROPES & GRAY LLP

By: _____
Peter H. Walkingshaw, Esq.
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile:  (617) 951-7050
E-mail: *peter.walkingshaw@ropesgray.com*

*Counsel to the Debtors
and Debtors in Possession*

59224369_1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re: : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter H. Walkingshaw, Esq., to be admitted, *pro hac vice*, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft., the Debtors and Debtors in Possession in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, it is hereby

**ORDERED**, that Peter H. Walkingshaw, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2016
       New York, New York

                                                    _____
                                                    THE HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

59224369_1