EMERY CELLI BRINCKERHOFF & ABADY LLP
Andrew G. Celli, Jr., Esq. (AG3598)
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel.    (212) 763-5000
Fax    (212) 763-5001
Email: acelli@ecbalaw.com

*Attorneys for the Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> Gawker Media LLC, et al. <br><br>                    Debtors. | Chapter 11 <br><br> Case No.16-11700 (SMB) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Emery Celli Brinckerhoff & Abady LLP appears herein as counsel to the Claimants in the above-captioned Chapter 11 case, and requests that copies of all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be given to and served upon the attorney set forth below:

> Andrew G. Celli, Jr., Esq.
> EMERY CELLI BRINCKERHOFF & ABADY LLP
> 600 Fifth Avenue, 10th Floor
> New York, NY 10020
> Tel.    (212) 763-5000
> Fax    (212) 763-5001
> Email: acelli@ecbalaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by

1

mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced Chapter 11 case and proceedings therein.

The Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right(s) of the Claimants: (1) to have final order in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, and (3) for any other rights, claims, actions, setoffs or recoupments to which the Claimants are or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
September 29, 2016

                                        EMERY CELLI BRINCKERHOFF
                                        & ABADY LLP

                                        _____/s_____
                                        Andrew G. Celli, Jr., Esq. (AG3598)
                                        600 Fifth Avenue, 10th Floor
                                        New York, New York 10020
                                        (212) 763-5000

                                        *Attorneys for the Claimants*