UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*, | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING ANONYMOUS CLAIMANTS TO
FILE PROOF OF CLAIM UNDER SEAL ON AN INTERIM BASIS [SMB: 9/28/16]**

The Court having reviewed the confidential *ex parte* letter application of Andrew G. Celli, Jr., dated September 27, 2016, with exhibits thereto, and the Court having found good cause to authorize the filing of sealed proofs of claim **on an interim basis**, it is hereby **[SMB: 9/28/16]**

ORDERED that the Claimants identified in the **ex parte** letter application of Andrew G. Celli, Jr. may file their Proofs of Claim under seal due to the privacy concerns of young adults concerning HIPAA and other private matters requiring sealing; and it is further **[SMB: 9/28/16]**

ORDERED that, **the Claimants, the debtor and the Committee shall schedule a chambers conference to discuss the continued sealing of the proofs of claim;** ~~in the event this order is issued after close of business on the bar date of September 29, 2016, the Claimants' Proofs of Claim shall be deemed filed *nunc pro tunc* on September 29, 2016;~~ and it is further **[SMB: 9/28/16]**

ORDERED that, pursuant to the Court's Chambers Rules, Claimants shall dispose of the sealed Proofs of Claim at the conclusion of the matter **or the termination of this sealing order**; and it is further **[SMB: 9/28/16]**

ORDERED that this Order is without prejudice to the rights of any party in interest, or the United States Trustee, to move to unseal the Proofs of Claim or any portion thereof, on notice to Claimants.

Dated: September 28th, 2016
New York, New York

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE