UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re: : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter H. Walkingshaw, Esq., to be admitted, *pro hac vice*, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft., the Debtors and Debtors in Possession in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, it is hereby

**ORDERED**, that Peter H. Walkingshaw, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 30th, 2016
    New York, New York

                    /s/ STUART M. BERNSTEIN
                    THE HONORABLE STUART M. BERNSTEIN
                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

59224369_1