SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile:  (212) 596-9090

*Counsel to the Official Committee
of Unsecured Creditors of Gawker Media LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gawker Media LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 AUTHORIZING THE ISSUANCE OF SUBPOENAS
FOR THE PRODUCTION OF DOCUMENTS AND THE PROVISION
<u>OF TESTIMONY BY THE DEBTORS</u>**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on September 27, 2016, the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors in these Chapter 11 cases

(collectively, the "Debtors") filed the *Motion of the Official Committee of Unsecured Creditors*

*for Entry of an order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of Subpoenas*

*for the Production of Documents and the Provision of Testimony by the Debtors* [Dkt. No. 294]

(the "<u>Rule 2004 Motion</u>").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

**PLEASE TAKE FURTHER NOTICE** that the Rule 2004 Motion is hereby withdrawn without prejudice by the Committee since, on September 30, the Debtors filed their proposed joint Chapter 11 plan of liquidation and disclosure statement, enabling the Committee to pursue its discovery requests against the Debtors in connection with those new contested matters and without reliance on Bankruptcy Rule 2004.

Dated: October 3, 2016
New York, New York

/s/ William T. Russell, Jr.

SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017
Tel.: 212-455-2000
Fax: 212-455-2502
squsba@stblaw.com
wrussell@stblaw.com

*Counsel to the Official Committee of Unsecured Creditors*

2