**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                               :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]      :    Case No. 16-11700 (SMB)
:
      Debtors.            :    (Jointly Administered)
:
------------------------------------------------------x

## AMENDED AGENDA FOR HEARING TO BE HELD
## OCTOBER 6, 2016 AT 10:30 A.M. (PREVAILING EASTERN TIME)

Date and Time:      October 6, 2016 at 10:30 A.M. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59174991_2

## STATUS CONFERENCE

## UNCONTESTED MATTERS

1. Application Of The Official Committee Of Unsecured Creditors Of Gawker Media LLC, e*t al.,* For Entry Of An Order Pursuant To Sections 328(a), 330 And 1103(a) Of The Bankruptcy Code And Fed. R. Bankr. P. 2014 And 2016 For Authority To Retain And Employ Deloitte Financial Advisory Services LLP Effective *nunc pro tunc* To June 28, 2016. [Docket No. 218]

   **Response Deadline**:   September 7, 2016

   **Responses Received**: None.

   **Related Documents**: None.

   **Status: This matter is going forward.**

2. Debtors' Omnibus Motion For Entry Of Order Pursuant To 11 U.S.C. § 365, Fed. R. Bankr. P. 6006, And LBR 6006-1 (I) Authorizing Assumption And Assignment Of Certain Executory Contracts In Connection With The Sale, (II) Fixing Cure Amounts Relating To Assumed Executory Contracts, And (III) Granting Certain Related Relief [Docket No. 275]

   **Response Deadline**:   September 30, 2016

   **Responses Received**: None.

   **Related Documents**:  None.

   **Status: This matter is going forward.**

3. Notice Of Hearing On Debtors' Motion For Entry Of An Order Extending Exclusive Periods To File Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To Section 1121(d) Of The Bankruptcy Code [Docket No. 277]

   **Response Deadline**:   September 30, 2016

   **Responses Received**: None.

   **Related Documents**: None.

   **Status**: **This matter is going forward.**

4. Debtors' Motion For Entry Of An Order (I) Establishing A Deadline To File Certain Administrative Claims And Procedures Relating Thereto And (II) Approving The Form And Manner Of Notice Thereof) [Docket No. 281]

   **Response Deadline**:   September 30, 2016

59174991_2

**Responses Received**:

a.   Informal Request by Unimoda for relief from Bar Date Order

**Related Documents**: None.

**Status: A modified order will be submitted relieving Unimoda from filing an administrative claim.**

5.   Debtors' Motion For Entry Of An Order Extending Time To Assume Or Reject Unexpired Leases Of Nonresidential Real Property Pursuant To 11 U.S.C. § 365(d)(4). [Docket No. 284]

**Response Deadline**:   October 3, 2016

**Responses Received**: None.

**Related Documents:** None.

**Status: This matter is going forward.**

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**CONTESTED MATTERS**

1. Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C. 362(d). [Docket No.243]

    **Response Deadline:** October 3, 2016

    **Responses Received:**

    a. Debtors' Objection To Motion For Relief From The Automatic Stay By St. Paul Fire & Marine Insurance Company [Docket 307]

    **Related Documents:**

    a. Complaint For Declaratory Judgment [Docket No. 244]

    b. Proposed Order Granting Relief From The Automatic Stay Pursuant To 11U.S.C. 362(d) [Docket No. 245]

    **Status: This matter is going forward.**

Dated: October 4, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com
*Counsel to the Debtors
and Debtors in Possession*

-4-

59174991_2