ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PRESENTMENT OF DEBTORS'
APPLICATION PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE
BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL RULES
2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL
COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF GAWKER MEDIA
GROUP, INC. EFFECTIVE NUNC PRO TUNC TO AUGUST 3, 2016**

**PLEASE TAKE NOTICE** that on September 1, 2016, the Debtors filed the *Notice of

Presentment of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the

Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for

Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer &*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59097014_6

*Feld LLP as Special Counsel to the Special Committee of the Board of Gawker Media Group, Inc. effective nunc pro tunc to August 3, 2016* [Docket No. 239] (the "Notice of Presentment").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notice of Presentment, the proposed order annexed as Exhibit A to the underlying application to employ Akin Gump Strauss Hauer & Feld LLP as special counsel to the Special Committee of the Board of Gawker Media Group, Inc. (the "Application") was scheduled to be presented for signature to the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court") for signature on September 15, 2016 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notice of Presentment if an objection to the Application is filed, the Debtors are required to provide notice of a hearing to consider the requested relief.

**PLEASE TAKE FURTHER NOTICE** that, on September 12, 2016, the Official Committee of Unsecured Creditors (the "Committee") filed an objection to the Application [Docket No. 260] (the "Committee Objection").

**PLEASE TAKE FURTHER NOTICE** that, a hearing was scheduled on the Application for October 6, 2016 at 10:00 a.m. (prevailing Eastern Time).

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

16-11700-smb    Doc 318    Filed 10/04/16    Entered 10/04/16 18:42:51    Main Document
                                    Pg 3 of 3

-3-

**PLEASE TAKE FURTHER NOTICE** that, with the consent of the Committee and no objection from the United States Trustee, the hearing on the Application is hereby adjourned and rescheduled for **November 15, 2016 at 10:00 a.m. (prevailing Eastern Time).**

Dated: October 4, 2016  
      New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*  
*and Debtors in Possession*

-3-
59097014_6