UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
In re : Chapter 11
:
Gawker Media LLC, *et al.,*[1] : Case No. 16-11700 (SMB)
:
Debtors. : (Jointly Administered)
---------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Saul Ewing LLP hereby submits this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") appears herein as counsel to various creditors/writers listed in the Bankruptcy Rule 2019 statement filed simultaneously herewith ("Claimants"), and requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

**SAUL EWING LLP**
Sharon L. Levine, Esq.
Dipesh Patel, Esq.
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700 (Telephone)
(973) 286-6821 (Facsimile)
slevine@saul.com
dpatel@saul.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by any one of the Claimants to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any one of the Claimants' substantive or procedural rights, including: (i) the right to have final orders in non- core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which any one of the Claimants is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: October 5, 2016               **SAUL EWING LLP**

                         By:     */s/Sharon L. Levine*
                                 Sharon L. Levine
                                 Dipesh Patel
                                 1037 Raymond Boulevard
                                 Suite 1520
                                 Newark, NJ 07102
                                 Telephone: (973) 286-6713
                                 Facsimile:  (973) 286-6821
                                 slevine@saul.com
                                 dpatel@saul.com

                                          -and-

                                 555 Fifth Avenue
                                 Suite 1700
                                 New York, NY 10017
                                 Telephone: (212) 980-7200

                                 *Attorneys for Claimants*