**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                       :
In re                                                  :          Chapter 11
                                                       :
Gawker Media LLC, *et al.,*[1]                         :          Case No. 16-11700 (SMB)
                                                       :
                          Debtors.                     :          (Jointly Administered)
-------------------------------------------------------x

## VERIFIED STATEMENT OF SAUL EWING LLP
## PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Saul Ewing LLP

makes the following representations:

1.      Saul Ewing LLP represents the creditors/writers listed on **Exhibit A** attached

hereto (collectively, the "Interested Parties") with respect to their claims against and interests in

the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2.      The claims and interests of the Interested Parties against the Debtors may include,

but are not necessarily limited to, secured claims, unsecured claims, and administrative  claims.

At this time, Saul Ewing LLP cannot specify the amounts of these claims or interests.

3.      Each of the Interested Parties has retained Saul Ewing LLP to represent its

individual interests in connection with these cases.

4.      Upon information and belief, Saul Ewing LLP does not hold any claims against or

equity interests in the Debtors.

5.      Saul Ewing LLP reserves the right to revise and supplement this Verified

Statement.

---

[1]      The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492);
Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group,
Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10
East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP,
Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

6.      The undersigned declares under penalty of perjury that this Verified  Statement is true and accurate to the best of her knowledge, information and belief.

Dated: October 5, 2016                    **SAUL EWING LLP**

                                By:      */s/Sharon L. Levine*
                                         Sharon L. Levine
                                         Dipesh Patel
                                         1037 Raymond Boulevard
                                         Suite 1520
                                         Newark, NJ 07102
                                         Telephone: (973) 286-6713
                                         Facsimile: (973) 286-6821
                                         slevine@saul.com
                                         dpatel@saul.com

                                            -and-

                                         555 Fifth Avenue
                                         Suite 1700
                                         New York, NY 10017
                                         Telephone:  (212) 980-7200

                                         *Attorneys for Interested Parties*

2

# Exhibit A

### List of Interested Parties

| | | |
|---|---|---|
| James King | Kelly Stout | Katharine Trendacosta |
| Irin Carmon | Julianne E. Shepherd | Brendan O'Connor |
| Gabrielle Darbyshire | Angelica Alzona | Michael Ballaban |
| Sam Faulkner Biddle | Andrew Collins | Joanna Rothkopf |
| John Cook | William Turton | Kate Dries |
| Joseph Keenan Trotter | Patrick George | Hannah Keyser |
| Anna Merlan | Tim Marchman | Hamilton Nolan |
| Erin Ryan | Tom Scocca | Emma Carmichael |
| Ryan Goldberg | Robert Finger | Clover Hope |
| Ashley Feinberg | Tom Ley | Sophie Kleeman |
| Diana Moskovitz | Alan Henry | Stephen Totilo |
| Katherine Drummond | Andrew Magary | Georgia K. Faircloth |
| Barry Petchesky | Lacey Donohue | Matt Novak |
| Sam Woolley | Patrick Laffoon | Jennifer Ouellette |
| Kevin Draper | Jordan Sargent | Gregory Howard |
| Andrew Orin | William Haisley | Samer Kalaf |
| Gabrielle Bluestone | Mario Aguilar | Rich Juzwiak |
| Thorin Klosowski | Timothy Burke | Patrick Redford |
| Albert Burneko | Veronica de Souza | Madeleine Davies |
| Matt Hardigree | Eleanor Shechet | Heather Dietrick |
| James J. Cooke | Alexander Pareene | |