**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
Gawker Media LLC, *et al.,*[1]                      :    Case No. 16-11700 (SMB)
                                                    :
            Debtors.                                :    (Jointly Administered)
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sharon L. Levine, a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey, request admission, ***pro hac vice***, to represent various creditors/writers in the above-referenced cases.

My address is:     Saul Ewing LLP
                   1037 Raymond Blvd., Suite 1520
                   Newark, New Jersey 07102
                   Tel: (973) 286-6713
                   Fax: (973) 286-6821
                   Email: slevine@saul.com

I agree to pay the fee of $200.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 5, 2016                    By:    /s/ *Sharon L. Levine*
                                                 Sharon L. Levine

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.