**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
:
In re                                                            :    Chapter 11
                                                                 :
Gawker Media LLC, *et al.,*[1]                     :    Case No. 16-11700 (SMB)
                                                                 :
                  Debtors.    :    (Jointly Administered)
-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                           )    SS:
COUNTY OF ESSEX        )

      Dipesh Patel, being duly sworn, deposes, and says:

      1.    I am an associate with the Saul Ewing LLP.

      2.    On October 5, 2016, I caused true and accurate copies of: (1) Saul Ewing LLP's Notice of Appearance on Behalf of Various Creditors/Writers; (2) Saul Ewing LLP's Bankruptcy Rule 2019 Statement; and (3) Application for Admission to Practice, *Pro Hac Vice* (with proposed order) to be served upon the following entities in the manner indicated below:

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
Attn:  Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York  10014

**VIA EMAIL**
Those entities listed on the Master Service List dated September 28, 2016.

**VIA CM/ECF**
Those entities that have entered an appearance in these proceedings
under Fed. R. Bankr. P. 2002.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

By: _____
Dipesh Patel

Subscribed and sworn to before
me this 5th day of October, 2016.

_____
Judah Gillman
Notary Public, State of New Jersey
My commission expires:

JUDAH H. GILLMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/20/2020