UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
Gawker Media LLC, *et al.,*[1]                           :    Case No. 16-11700 (SMB)
                                                         :
            Debtors.                                     :    (Jointly Administered)
---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sharon L. Levine, Esq., to be admitted, **pro hac vice**, to represent various creditors/writers in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey, it is hereby

**ORDERED,** that Sharon L. Levine, Esq., is admitted to practice, **pro hac vice**, in the above-referenced cases to represent various creditors/writers in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York          /s/ STUART M. BERNSTEIN
       October 7th, 2016           The Honorable Stuart M. Bernstein
                                   United States Bankruptcy Judge

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.