UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, et al.,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                     )   SS:
COUNTY OF ESSEX      )

Dipesh Patel, being duly sworn, deposes, and says:

1. I am an associate with the Saul Ewing LLP.

2. On October 7, 2016, I caused a true and accurate copy of Matt Novak's Limited Objection and Reservation of Rights to the Debtors' Post-Closing Designation Notice of (A) Assumption of Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs to be served upon the following entities in the manner indicated below:

### VIA FIRST CLASS MAIL
Office of the United States Trustee
Attn: Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York 10014

### VIA EMAIL
Those entities listed on the Master Service List dated September 28, 2016 and on those parties required to receive notice pursuant to the Debtors' Post-Closing Designation Notice of (A) Assumption and Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs [D.I. 296].

### VIA CM/ECF
Those entities that have entered an appearance in these proceedings
under Fed. R. Bankr. P. 2002.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

By: _____
Dipesh Patel

Subscribed and sworn to before
Me this 11th day of October, 2016.

_____
Judah Gillman
Notary Public, State of New Jersey
My commission expires:

**JUDAH H. GILLMAN**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 3/20/2020**