**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11
                                                                  :
GAWKER MEDIA LLC, *et al.*,[1]                                    :   Case No. 16-11700 (SMB)
                                                                  :
                     Debtors.                                     :   (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 6, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 328]

- Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 329]

- Order Approving Debtors' Omnibus Motion for Entry of Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection with the Sale, (II) Fixing Cure Amounts Relating to Assumed Executory Contracts, and (III) Granting Certain Related Relief [Docket No. 330]

On October 6, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Interested Parties Service List attached hereto as **Exhibit B**:

- Order Granting Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 328]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

On October 6, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Affected Parties Service List attached hereto as **Exhibit C**:

- Order Approving Debtors' Omnibus Motion for Entry of Order Authorizing Assumption and Assignment of Certain Executory Contracts in Connection with the Sale, (II) Fixing Cure Amounts Relating to Assumed Executory Contracts, and (III) Granting Certain Related Relief [Docket No. 330]

Dated: October 11, 2016

/s/ Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 11, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, L.L.P. | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

**<u>Exhibit B</u>**

Exhibit B

Interested Service List

Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 204 210 Elizabeth Street LLC | c/o SW Management LLC | 145 Huguenot Street | Fifth Floor | New Rochelle | NY | 10801 |
| Brown Rudnick LLP | Attn: A. Strehle, T. Phillips, J. Wexler | One Financial Center | | Boston | MA | 02111 |
| Pollack Sharan LLP | Attn: Adam Paul Pollack | 15 Maiden Lane | Suite 1400 | New York | NY | 10038 |
| SkillShare Inc. | Attn: General Counsel | 208 210 Elizabeth Street | 3rd Floor | New York | NY | 10012 |
| Skillshare Inc. | Attn: General Counsel | 407 Broome Street | 5th Floor | New York | NY | 10013 |
| Superdry Wholesale LLC | Attn: General Counsel | 210 Elizabeth Street | 2nd Floor | New York | NY | 10012 |

**<u>Exhibit C</u>**

Exhibit C
Assumption Parties Service List
Served via First Clas Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| Blizzard Entertainment | c/o Liquid Advertising | Attn: Shuly Millstein | 138 Eucalyptus Drive | El Segundo | CA | 90245 | |
| Blizzard Entertainment c/o Liquid Advertising | Attn: Shuly Millstein | 138 Eucalyptus Drive | | El Segundo | CA | 90245 | |
| Bloomsbury | Attn: Alona Fryman | 1385 Broadway | 5th Floor | New York | NY | 10018 | |
| Carat USA, Inc. | Attn: Allison Polzien | 150 E 42nd Street | | New York | NY | 10017 | |
| Carmichael Lynch | Attn: General Counsel | 110 North Fifth Street | | Minneapolis | MN | 55403 | |
| Empowering Media from Dentsu Aegis Network | Attn: Christina Sarver | Dentsu Aegis Network Americas | 150 East 42nd Street | New York | NY | 10017 | |
| Essence Digital Ltd. | Attn: Will Huey | 54 W 21st St | 11th Floor | New York | NY | 10010 | |
| Essence Digital Ltd. | Attn: Jamarr Mills | 54 W 21st St | 11th Floor | New York | NY | 10010 | |
| Gilt Groupe, Inc. | Attn: Cassie Leventhal | 250 Vesey Street | 21st Floor | New York | NY | 10281 | |
| Horizon Media Inc. | Attn: Connie Cardona | 75 Varick Street | | New York | NY | 10013 | |
| Icon International | Attn: Dale Neves | 107 Elm Street | 2 Stamford Plaza | Stamford | CT | 06902 | |
| INNOCEAN WORLDWIDE | Attn: Jeremy Quon | 180 5th Street | Suite 200 | Huntington Beach | CA | 92648 | |
| iProspect | Attn: General Counsel | 401 N Michigan Avenue | 14th Floor | Chicago | IL | 60611 | |
| iProspect.com, Inc. | Attn: Bre Normoyle | One South Station | Suite 300 | Boston | MA | 02110 | |
| Irving Harvey LLC | 368 Broadway | #203 | | New York | NY | 10013 | |
| MC Media | Attn: Michelle Furdyna | P.O. Box 542008 | | Omaha | NE | 68154 | |
| MC Media | Attn: Sarah Abdelhamid | P.O. Box 542008 | | Omaha | NE | 68154 | |
| MC Media | Attn: Heejeong Seo | P.O. Box 542008 | | Omaha | NE | 68154 | |
| McGarrah Jessee Media LP | Attn: General Counsel | 121 W. 6th Street | | Austin | TX | 78701 | |
| Media Storm | Attn: General Counsel | 99 Washington St. | | Norwalk | CT | 06854 | |
| Mediacom - MSNYPCOM | Attn: Meghan Salviejo | P.O. Box 4614 | Grand Central Station | New York | NY | 10163 | |
| Mediacom - MSNYPCOM | Attn: Kendra Hwang | P.O. Box 4614 | Grand Central Station | New York | NY | 10163 | |
| MEDIAEDGE:CIA MEC | Attn: Daniel Ventricelli | P.O. Box 4614 | Grand Central Station | New York | NY | 10163 | |
| Merkley + Partners | Attn: Emily Jaeckel | 200 Varick Street | 12th Floor | New York | NY | 10014 | |
| Mindshare New York | Attn: Justin Kim | P.O. Box 4614 | Grand Central Station | New York | NY | 10163 | |
| Noble People LLC | Attn: Raya Leefmans | 13 Crosby St | Suite 402 | New York | NY | 10013 | |
| Noble People LLC | Attn: General Counsel | 312 Arizon Ave | | Santa Monica | CA | 90401 | |
| Off Base Productions | Attn: Sam Wikamulia | 1028 Kearny Street | | San Francisco | CA | 94133 | |
| OMD Digital | Attn: Digital Media Reconciliation | 195 Broadway | 29th Floor | New York | NY | 10007 | |
| PHD | Attn: John Haslbauer | 195 Broadway | | New York | NY | 10007 | |
| PMG | Attn: General Counsel | 2821 West 7th Street | #270 | Fort Worth | Texas | 76107 | |
| Prometheus | Attn: Digital Media Reconciliation | 195 Broadway | 29th FL | New York | NY | 10007 | |
| Prometheus | Attn: Digital Media Reconciliation | 195 Broadway | 29th FL | New York | NY | 10007 | |
| Razorfish Seattle | Attn: Andrea Stowell | 27-01 Queens Plaza North | 3rd Floor Mail Room | Long Island City | NY | 11101 | |
| Razorfish Seattle | Attn: Makoto Edani | 27-01 Queens Plaza North | 3rd Floor Mail Room | Long Island City | NY | 11101 | |

Exhibit C
Assumption Parties Service List
Served via First Clas Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| Space150 | Attn: Jason Cain | 212 3rd Avenue North | #150 | Minneapolis | MN | 55401 | |
| Square Enix | c/o Liquid Advertising | Attn: Shuly Millstein | 138 Eucalyptus Drive | El Segundo | CA | 90245 | |
| Starcom | Attn: Carly Rosenberg | 35 W. Wacker Drive | | Chicago | IL | 60601 | |
| Starcom | Attn: Hubert Repetowski | 35 W. Wacker Drive | | Chicago | IL | 60601 | |
| Submersive Media | Attn: General Council | 580 Broadway | #950 | New York | NY | 10012 | |
| Submersive, LLC | Attn: General Council | 580 Broadway | #950 | New York | NY | 10012 | |
| Tangible Media, Inc. | Attn: General Counsel | 12 W 37th Street | 2nd Floor | New York | NY | 10018 | |
| United HealthCare Insurance Company of New York | Att: Plan Administrator | 2950 Expressway Drive | Suite 240 | Islandia | NY | 11749 | |
| United HealthCare Insurance Company of New York | Spectera, Inc. | Attention: Account Management Services | 2811 Lord Baltimore Drive | Baltimore | MD | 21244 | |
| Wargaming | Attn: General Counsel | 105 | Agion Omologiton Avenue | Nicosia | | 1080 | Cyprus |