UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
In re:                               :    Chapter 11
                                     :
Gawker Media LLC, *et al.*,[1]       :    Case No. 16-11700 (SMB)
                                     :
            Debtors.                 :    (Jointly Administered)
                                     :
---------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dalila Argaez Wendlandt, Esq., to be admitted, *pro hac vice*, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft., the Debtors and Debtors in Possession in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Massachusetts, the State of New York, and the State of Illinois, and is admitted to practice before the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Federal Circuit, and the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Dalila Argaez Wendlandt, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, to represent Gawker Media LLC, Gawker Media Group, Inc., and Kinja Kft. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

59339494_1

Dated: October 13th , 2016
New York, New York

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

59339494_1