SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------x

**THIRD MONTHLY STATEMENT OF SIMPSON THACHER & BARTLETT LLP FOR FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **September 1, 2016 through and including September 30, 2016** |
| **Fees Incurred:** | **$281,964.00** |
| **Expenses Incurred:** | **$2,299.16** |
| **Total Fees and Expenses Due:** | **$284,263.16** |

**This is a Monthly Fee Statement.**

## SUMMARY

1.       Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Monthly Statement**") for the period from September 1, 2016 through and including September 30, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests: (a) interim allowance and payment of compensation in the amount of $225,571.20 (80% of $281,964.00) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher, and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,299.16 incurred by Simpson Thacher during the Compensation Period.

## FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

2.       **Exhibit** A sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners and counsel is approximately $1,217.10 and associates is approximately $761.32. The blended hourly billing rate of paraprofessionals during the Compensation Period is approximately $310.00.

3.       **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5.      **Exhibit D** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

6.      **Exhibit E** sets forth a complete itemization of expenses incurred by Simpson Thacher in connection with services rendered to the Committee during the Compensation Period for which Simpson Thacher seeks reimbursement.

## NOTICE

7.      Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: October 17, 2016
        New York, New York

                                        Respectfully submitted,

                                        SIMPSON THACHER & BARTLETT LLP


                                        By:    /s/ Sandeep Qusba
                                               Sandeep Qusba
                                               William T. Russell, Jr.

                                               425 Lexington Avenue
                                               New York, New York 10017-3954
                                               Telephone: (212) 455-2000
                                               Facsimile: (212) 455-2502
                                               E-mail: squsba@stblaw.com
                                               E-mail: wrussell@stblaw.com

## EXHIBIT A

### Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| LORI E. LESSER | Partner | Litigation | 1994 | 1,300.00 | 2.30 | 2,990.00 |
| SANDY QUSBA | Partner | Corporate | 1994 | 1,315.00 | 31.00 | 40,765.00 |
| WILLIAM T. RUSSELL JR | Partner | Litigation | 1991 | 1,315.00 | 51.50 | 67,722.50 |
| JONATHAN GOLDSTEIN | Partner | Tax | 2004 | 1,195.00 | 5.80 | 6,931.00 |
| MORRIS MASSEL | Counsel | Corporate | 2000 | 1,030.00 | 43.50 | 44,805.00 |
| JONATHAN S. PALL | Other Associate | Corporate | 2006 | 750.00 | 9.00 | 6,750.00 |
| JEFFREY E. BALDWIN | Associate | Litigation | 2009 | 995.00 | 40.20 | 39,999.00 |
| JONATHAN R. MYERS | Associate | Litigation | 2016 | 585.00 | 52.00 | 30,420.00 |
| JULIA E. HEALD | Associate | Litigation | 2016 | 585.00 | 27.60 | 16,146.00 |
| NICHOLAS BAKER | Associate | Corporate | 2008 | 995.00 | 21.60 | 21,492.00 |
| BRIAN J. MENDICK | Associate | Tax | NA | 485.00 | 1.10 | 533.50 |
| JENNIFER AVILA | Paralegal | Litigation - Para | NA | 310.00 | 11.00 | 3,410.00 |

# EXHIBIT B

## Task Code Summary

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|--------|-------------|-------|--------|
| 002724-0005 | BUSINESS OPERATIONS | 0.90 | 1,183.50 |
| 002724-0006 | CASE ADMINISTRATION | 4.30 | 4,070.00 |
| 002724-0007 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.30 | 1,709.50 |
| 002724-0008 | CORPORATE GOVERNANCE AND BOARD MATTERS | 1.60 | 1,720.00 |
| 002724-0009 | EMPLOYEE BENEFITS AND PENSIONS | 0.50 | 657.50 |
| 002724-0010 | EMPLOYMENT AND FEE APPLICATIONS | 16.00 | 14,043.50 |
| 002724-0011 | EMPLOYMENT AND FEE APPLICATION OBJECTIONS | 3.00 | 3,472.00 |
| 002724-0012 | FINANCING AND CASH COLLATERAL | 11.60 | 8,999.50 |
| 002724-0013 | LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS | 110.30 | 77,582.50 |
| 002724-0014 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 35.80 | 36,394.50 |
| 002724-0016 | PLAN AND DISCLOSURE STATEMENT | 29.80 | 37,635.00 |
| 002724-0018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 0.30 | 394.50 |
| 002724-0020 | TAX | 9.30 | 10,392.50 |
| 002724-0021 | VALUATION | 8.20 | 8,159.00 |
| 002724-0022 | INTELLECTUAL PROPERTY ISSUES | 3.50 | 4,184.00 |
| 002724-0023 | INTERCOMPANY ISSUES | 46.70 | 54,850.50 |
| 002724-0024 | ASSET DISPOSITION | 8.60 | 10,996.00 |
| 002724-0025 | NON-STB FEE APPLICATIONS | 1.20 | 1,213.00 |
| 002724-0028 | LIEN INVESTIGATION | 4.20 | 4,307.00 |

# EXHIBIT C

## Disbursement Summary

| EXPENSES | AMOUNTS |
|---|---|
| TELEPHONE | 443.38 |
| LOCAL TRAVEL | 184.33 |
| MEALS - OVERTIME | 85.40 |
| ONLINE RESEARCH | 26.22 |
| OT- CARFARE | 27.25 |
| PACER | 79.10 |
| CONFERENCE ROOM SERVICES | 80.35 |
| FILING FEES | 636.27 |
| Transcript Charges | 574.86 |
| WORD PROCESSING | 162.00 |
| **TOTAL:** | **2,299.16** |

**<u>EXHIBIT D</u>**

**Time Detail**

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0005   BUSINESS OPERATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/07/16 | Review D&O policy and summary and emails STB team re same (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/19/16 | Review financial info from debtors (.3) | 0.30 |
| | | MATTER TOTAL | 0.90 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0006   CASE ADMINISTRATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|----------|------|-------------|-------|
| BAKER, N | 09/01/16 | EM to S. Qusba, M Massel and W. Russel re Deloitte NDA | 0.40 |
| BAKER, N | 09/02/16 | review of NDAs and EM to Deloitte re NDA query | 0.30 |
| HEALD, J. E. | 09/06/16 | Review docket and update case calendar | 0.10 |
| HEALD, J. E. | 09/12/16 | Prep. proposed order re: confidential information. | 0.40 |
| QUSBA, S | 09/12/16 | Review Committee's motion to limit sharing of confidential and privileged information with unsecureds; t/c with G. Zipes regarding Committee's motion regarding sharing of info with unsecureds. | 0.70 |
| HEALD, J. E. | 09/16/16 | Review docket and update case calendar | 0.50 |
| MASSEL, M | 09/20/16 | Analyzing strategy & exclusivity & bar date motions. | 1.00 |
| HEALD, J. E. | 09/21/16 | Review docket and update case calendar | 0.20 |
| MASSEL, M | 09/21/16 | Call w/ Ropes & follow-up. | 0.70 |
|  |  | MATTER TOTAL | 4.30 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0007   CLAIMS ADMINISTRATION AND OBJECTIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/20/16 | Review draft admin bar date order and emails STB team re same (.3) | 0.30 |
| RUSSELL JR, W. T. | 09/27/16 | Review draft protective inter-debtor proofs of claim and emails STB team re same (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/29/16 | Review filings re proofs of claim and emails STB team re same (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/29/16 | T/c counsel to creditor w/ sealed claim (.2) | 0.20 |
|  |  | MATTER TOTAL | 1.30 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0008   CORPORATE GOVERNANCE AND BOARD MATTERS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BAKER, N | 09/06/16 | review of operating agreements and resolutions re corporation governance structure | 1.10 |
| BAKER, N | 09/07/16 | review of 3rd amended operating agreement and t/c w/ S. Qusba re same | 0.10 |
| RUSSELL JR, W. T. | 09/22/16 | T/c debtors; emails STB team re debtor governance issues (.4) | 0.40 |
| | | MATTER TOTAL | 1.60 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0009   EMPLOYEE BENEFITS AND PENSIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|----------|------|-------------|-------|
| QUSBA, S | 09/12/16 | Correspondence with G. Galardi regarding potential Denton employment agreement. | 0.30 |
| RUSSELL JR, W. T. | 09/19/16 | Review hearing transcript re wage notice (.2) | 0.20 |
| | | MATTER TOTAL | 0.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0010   EMPLOYMENT AND FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BAKER, N | 09/01/16 | review and comments to Dentons application and EM re NDA | 0.40 |
| MYERS, J. R. | 09/02/16 | Emails re signature pages and professionals' NDAs | 0.60 |
| MYERS, J. R. | 09/07/16 | Emails re Dentons and JB Duncan applications | 0.60 |
| MYERS, J. R. | 09/08/16 | Filing application | 0.10 |
| MASSEL, M | 09/12/16 | Reviewing & preparing fee statement. | 2.80 |
| MASSEL, M | 09/13/16 | Drafting fee statement & revising same. | 2.20 |
| MYERS, J. R. | 09/13/16 | Finalizing NDA. | 0.20 |
| RUSSELL JR, W. T. | 09/13/16 | Review fee app and emails Massel re same (.4) | 0.40 |
| MYERS, J. R. | 09/15/16 | Submitted proposed orders. | 0.50 |
| MYERS, J. R. | 09/15/16 | Updated local counsel NDA | 1.10 |
| HEALD, J. E. | 09/16/16 | Prep. STB Second Monthly Fee Statement for filing | 0.50 |
| MYERS, J. R. | 09/16/16 | scheduled hearing and filed notice of hearing | 1.00 |
| MASSEL, M | 09/19/16 | Analyzing Deloitte issues (.8) & related tc w/ R. Young (.3); Reviewing Fee App models & related research (.6). | 1.70 |
| MASSEL, M | 09/20/16 | Drafting fee application & research re: same. | 2.80 |
| MYERS, J. R. | 09/21/16 | Local counsel NDA sent to Ropes | 0.50 |
| MYERS, J. R. | 09/23/16 | Emailed chambers re proposed order | 0.60 |
| | | MATTER TOTAL | 16.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0011   EMPLOYMENT AND FEE APPLICATION OBJECTIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BALDWIN, J. E. | 09/07/16 | Revise objection re: Duncan objection (.20); emails w/ W. Russell re: Akin application (.10); call w/ J. Myers re: Akin application (.10). | 0.40 |
| BALDWIN, J. E. | 09/08/16 | Call w/ W. Russell re: Akin application (.10); email J. Myers re: Akin application (.10). | 0.20 |
| BALDWIN, J. E. | 09/09/16 | Research/review case law (.30); review/revise objection re: Akin retention (.20). | 0.50 |
| RUSSELL JR, W. T. | 09/09/16 | Emails, t/cs debtors, Akin, STB team re Akin application and objection to it (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/09/16 | Revise opposition to Akin application (.3) | 0.30 |
| RUSSELL JR, W. T. | 09/10/16 | Revise Akin objection and emails STB team re same (.3) | 0.30 |
| BALDWIN, J. E. | 09/12/16 | Review objection to Akin retention(.10) and emails w/ J. Myers re: same (.10). | 0.20 |
| RUSSELL JR, W. T. | 09/14/16 | Emails STB team, debtors re Akin application (.2) | 0.20 |
| MASSEL, M | 09/19/16 | Corresp re: Akin issues. | 0.20 |
| RUSSELL JR, W. T. | 09/19/16 | Emails STB team re Akin retention issues (.3) | 0.30 |
| | | MATTER TOTAL | 3.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0012   FINANCING AND CASH COLLATERAL**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BAKER, N | 09/06/16 | review of payoff letter and t/c w/ S. Qusba re open questions re same (.5) | 0.50 |
| BAKER, N | 09/06/16 | review of first and second lien documents re authorization to borrow and obligors and guarantee terms | 0.70 |
| BAKER, N | 09/07/16 | t/c w 1st lien lender counsel re background on financing | 0.30 |
| RUSSELL JR, W. T. | 09/07/16 | Emails debtors, STB team re DIP payoff issues (.3) | 0.30 |
| PALL, J. S. | 09/14/16 | Review collateral docs; prepare collateral memo. | 5.00 |
| PALL, J. S. | 09/15/16 | Prepare Collateral Memo; t/c re: same. | 4.00 |
| RUSSELL JR, W. T. | 09/15/16 | Review DIP payoff letters (.2) | 0.20 |
| BAKER, N | 09/21/16 | response to S. Qusba query re status of 1st lien guarantees | 0.10 |
| | | MATTER TOTAL | 11.10 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0013   LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BALDWIN, J. E. | 09/01/16 | O/c w/ W. Russell, S. Qusba and J. Heald re: discovery. | 1.30 |
| BALDWIN, J. E. | 09/01/16 | Review/analyze case law research re: potential contested issues. | 2.90 |
| RUSSELL JR, W. T. | 09/01/16 | Develop strategy for allocation and avoidance action issues w/ STB team (1.2) | 1.20 |
| AVILA, J | 09/02/16 | Review filed documents for inclusion in files as per S. Crosskey | 2.00 |
| BAKER, N | 09/06/16 | t/c w/ S. Qusba re validity of obligations and contribution claims | 0.70 |
| BALDWIN, J. E. | 09/06/16 | Analysis re: document requests. | 1.20 |
| AVILA, J | 09/07/16 | Review docket and manage electronic database as per R. Moonan | 1.00 |
| BAKER, N | 09/07/16 | meeting w/ S. Qusba, W. Russel, J. Baldwin and M. Massel re issues on avoidance actions | 1.60 |
| BALDWIN, J. E. | 09/07/16 | Draft/revise document requests, and analysis for same. | 2.30 |
| AVILA, J | 09/08/16 | Review latest filed documents as per R. Moonan | 3.00 |
| MYERS, J. R. | 09/08/16 | Research for opposition. | 1.50 |
| MYERS, J. R. | 09/08/16 | Compared committee confidentiality motions and emailed M. Massel | 2.80 |
| BALDWIN, J. E. | 09/09/16 | O/c w/ N. Baker et al. re: potential claims. | 0.70 |
| HEALD, J. E. | 09/09/16 | Meeting w/ S. Qusba, N. Baker, J. Baldwin, J. Myers re: avoidance action research | 0.90 |
| MYERS, J. R. | 09/09/16 | drafted opposition | 5.70 |
| MYERS, J. R. | 09/09/16 | strategy research meeting | 0.70 |
| BALDWIN, J. E. | 09/12/16 | Review/revise research items summary (.20); call w/ J. Myers re: research items (.20); review case law (.40). | 0.80 |
| HEALD, J. E. | 09/12/16 | Rsch. re: potential avoidance actions | 1.30 |
| MYERS, J. R. | 09/12/16 | edited and filed opposition | 1.00 |
| MYERS, J. R. | 09/12/16 | calls with J. Baldwin re: research | 0.30 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| MYERS, J. R. | 09/13/16 | Legal research into potential claims. | 3.90 |
| QUSBA, S | 09/13/16 | Attend court hearing regarding wage motion, Citron employment and Committee's motion regarding access to information. | 1.30 |
| HEALD, J. E. | 09/14/16 | Rsch. re: potential claims (3.3); t/c w/ J. Myers re: same (.5) | 3.80 |
| MASSEL, M | 09/14/16 | Revising info requests. | 0.30 |
| MYERS, J. R. | 09/14/16 | Strategy research for potential claims. | 1.20 |
| MYERS, J. R. | 09/14/16 | Call with J. Heald re strategy research | 0.70 |
| AVILA, J | 09/15/16 | Review latest filed documents as per R. Moonan | 2.50 |
| HEALD, J. E. | 09/18/16 | Rsch. re: potential contested matters | 2.00 |
| MYERS, J. R. | 09/18/16 | Research into strategic claims. | 3.10 |
| HEALD, J. E. | 09/19/16 | Rsch. re: potential contested matters | 0.20 |
| MYERS, J. R. | 09/19/16 | Research into strategic claims. | 2.80 |
| BALDWIN, J. E. | 09/20/16 | Email J. Myers and J. Heald re: research projects (.10). | 0.10 |
| MYERS, J. R. | 09/20/16 | Research re potential claims | 1.10 |
| BALDWIN, J. E. | 09/21/16 | O/c w/ J. Heald and J. Myers re: legal research (1.00) and prep for same (.10); call w/ W. Russell re: Rule 2004 motion (.10); call w/ J. Myers re: Rule 2004 motion (.10); emails w/ J. Myers and J. Heald re: legal research (.20). | 1.50 |
| HEALD, J. E. | 09/21/16 | Mtg. w/ J. Baldwin & J.  Myers re: research on potential claims | 1.00 |
| MYERS, J. R. | 09/21/16 | Research re potential claims | 3.50 |
| MYERS, J. R. | 09/21/16 | Call w J. Baldwin potential motion | 0.30 |
| BALDWIN, J. E. | 09/22/16 | Legal research and review re: Rule 2004 motion (1.60); draft/revise Rule 2004 motion, order and notice (4.70); revise document subpoena (.90); email W. Russell re: same (.10); review legal research by J. Heald (.20); email Deloitte re: document requests (.10). | 7.60 |
| HEALD, J. E. | 09/22/16 | Rsch. re: potential claims | 5.20 |
| MYERS, J. R. | 09/22/16 | Research re strategy for potential claims | 7.70 |
| MYERS, J. R. | 09/22/16 | Call with J. Baldwin re potential discovery motion | 0.10 |
| MYERS, J. R. | 09/22/16 | Additions to potential discovery motion | 1.70 |
| RUSSELL JR, W. T. | 09/22/16 | Analyze potential avoidance actions and emails, t/cs, STB team re same (1.1) | 1.10 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| AVILA, J | 09/23/16 | Review latest filed documents as per R. Moonan | 1.00 |
| BALDWIN, J. E. | 09/23/16 | O/c and emails w/ J. Myers re: legal research (.20); | 0.20 |
| MYERS, J. R. | 09/23/16 | FInalized memorandum re legal standards and emailed N. Baker | 1.70 |
| RUSSELL JR, W. T. | 09/23/16 | Review and revise Rule 2004 motion and emails STB team re same .8) | 0.80 |
| AVILA, J | 09/26/16 | Review latest filed documents as per R. Moonan | 1.50 |
| BALDWIN, J. E. | 09/26/16 | Draft 30(b)(6) subpoena topics (.80); revise Rule 2004 motion and order (.50); revise document subpoena (.50); emails w/ W. Russell et al. re: revised Rule 2004 motion documents (.20); email creditors committee re: Rule 2004 motion (.10); review case management order (.20). | 2.30 |
| MASSEL, M | 09/26/16 | Reviewing 2004 motion & exhibits. | 1.00 |
| MYERS, J. R. | 09/26/16 | Call wtih J. Heald re research | 0.10 |
| MYERS, J. R. | 09/26/16 | call w J. Baldwin re motion edits | 0.10 |
| MYERS, J. R. | 09/26/16 | follow-up research re strategic claims | 1.30 |
| MYERS, J. R. | 09/26/16 | cite checked draft motion | 1.80 |
| QUSBA, S | 09/26/16 | Review and comment on discovery motion; t/c with J. Baldwin regarding same. | 0.80 |
| BALDWIN, J. E. | 09/27/16 | Revise Rule 2004 motion and related exhibits (.80); emails w/ committee & Deloitte re: Rule 2004 motion (.20); oversee Rule 2004 filing (.20); draft letter to Judge Bernstein re: Rule 2004 hearing (1.20); prepare exhibits to Bernstein letter (.10); emails w/ W. Russell et al. re: Bernstein letter on Rule 2004 (.20). | 2.70 |
| HEALD, J. E. | 09/27/16 | Rsch. re: potential claims | 4.30 |
| MASSEL, M | 09/27/16 | Reviewing motion & related corresp. | 0.30 |
| QUSBA, S | 09/27/16 | Finalize discovery motion. | 0.40 |
| BALDWIN, J. E. | 09/28/16 | Finalize and oversee filing of letter to Judge Bernstein re: Rule 2004 hearing (.30); analysis of claims against GMGI (.30) and email J. Heald re: same (.10). | 0.70 |
| HEALD, J. E. | 09/28/16 | Rsch. re: potential claims | 2.80 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BALDWIN, J. E. | 09/29/16 | Draft order to show cause re: Rule 2004 hearing (.50); call w/ Chambers re: order to show cause (.10); emails w/ W. Russell et al. re Rule 2004 order to show cause (.10). | 0.70 |
| MASSEL, M | 09/29/16 | Corresp. re: 2004 motion. | 0.20 |
| | | MATTER TOTAL | 110.30 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0014   MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| HEALD, J. E. | 09/01/16 | Review case docket and update case calendar, draft agenda for 9/2 call | 0.20 |
| BAKER, N | 09/02/16 | t/c w/ committee re bi-weekly update | 1.00 |
| BALDWIN, J. E. | 09/02/16 | Attend creditors committee meeting. | 0.80 |
| MYERS, J. R. | 09/02/16 | Call with commitee. | 1.10 |
| RUSSELL JR, W. T. | 09/02/16 | Committee meetings/call (1.2) | 1.20 |
| MYERS, J. R. | 09/06/16 | Call with J. Heald re committee call. | 0.40 |
| BAKER, N | 09/08/16 | t/c w/ committee member re update on meeting w/ Ropes and follow up discussion w/ W. Russel and S. Qusba | 1.00 |
| HEALD, J. E. | 09/08/16 | Review docket and update case calendar; draft agenda for 9/9 committee call | 0.30 |
| RUSSELL JR, W. T. | 09/08/16 | T/cs, emails committee members re various issues (1.1) | 1.10 |
| BAKER, N | 09/09/16 | weekly t/c w/ committee re update on sale process | 1.10 |
| BALDWIN, J. E. | 09/09/16 | Attend creditors committee meeting. | 1.00 |
| HEALD, J. E. | 09/09/16 | Standing t/c w/ Committee, Deloitte, STB | 0.90 |
| MASSEL, M | 09/09/16 | Committee call & follow-up on strategic issues. | 1.70 |
| QUSBA, S | 09/09/16 | T/c with Committee and FTI regarding allocation issues, retention issues and next steps. | 0.60 |
| RUSSELL JR, W. T. | 09/09/16 | Committee meeting/call (1.1) | 1.10 |
| MASSEL, M | 09/12/16 | Creditor corresp. re: bar date. | 0.20 |
| HEALD, J. E. | 09/15/16 | Review docket and update case calendar; draft agenda for 9/16 call | 0.30 |
| BAKER, N | 09/16/16 | update t/c w/ committee | 1.30 |
| HEALD, J. E. | 09/16/16 | Standing call w/ Committee, Deloitte, STB | 1.40 |
| MASSEL, M | 09/16/16 | CLIENT TOTAL call. | 1.50 |
| QUSBA, S | 09/16/16 | Meeting with Full Committee | 0.80 |
| RUSSELL JR, W. T. | 09/16/16 | Committee meeting/call (1.4) | 1.40 |
| RUSSELL JR, W. T. | 09/16/16 | T/cs, emails committee members re various issues (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/18/16 | Emails committee members (.2) | 0.20 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| MYERS, J. R. | 09/19/16 | Forwarding transcripts to client; obtaining copy of transcript. | 0.80 |
| HEALD, J. E. | 09/22/16 | Review docket and update case calendar (.2); draft agenda for 9/23 call with committee (.2) | 0.40 |
| BALDWIN, J. E. | 09/23/16 | Attend creditors committee meeting. | 1.40 |
| MASSEL, M | 09/23/16 | Committee call & pre-calls w/ committee members. | 1.50 |
| MYERS, J. R. | 09/23/16 | Attended call with committee members. | 1.40 |
| QUSBA, S | 09/23/16 | T/c with Committee and Deloitte regarding plan, timing and next steps. | 1.40 |
| BALDWIN, J. E. | 09/26/16 | Attend creditors committee call. | 0.80 |
| MASSEL, M | 09/26/16 | Committee call & follow-up. | 1.00 |
| RUSSELL JR, W. T. | 09/26/16 | T/cs committee re various issues (.8) | 0.80 |
| MASSEL, M | 09/27/16 | CLIENT TOTAL call w/ Deloitte. | 1.00 |
| HEALD, J. E. | 09/29/16 | Review docket and update case calendar, prep. agenda for 9/30 committee call | 0.40 |
| BAKER, N | 09/30/16 | t/c w/ committee re allocation issues | 0.50 |
| BALDWIN, J. E. | 09/30/16 | Attend creditors committee conference call. | 1.00 |
| QUSBA, S | 09/30/16 | T/c with Committee and Deloitte, J. Heald, B. Russell and J. Endean | 1.20 |
| RUSSELL JR, W. T. | 09/30/16 | Committee call/meeting. | 1.00 |
|  |  | MATTER TOTAL | 35.80 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0016   PLAN AND DISCLOSURE STATEMENT**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/07/16 | T/c Committee members re plan and sale issues (.4) | 0.40 |
| QUSBA, S | 09/08/16 | Meeting with J. Doyle, B. Russell, J. Baldwin, G. Galardi, W. Holden, etc. regarding allocation and plan issues; t/c with B. Russell, J. Baldwin, J. Doyle regarding recap of same; t/c with D. Tabak, B. Russell, M. Massel and N. Baker regarding allocation issues. | 2.30 |
| RUSSELL JR, W. T. | 09/09/16 | T/c debtors re allocation issues (.2) | 0.20 |
| RUSSELL JR, W. T. | 09/09/16 | T/c Deloitte, Baker re allocation issues (.6) | 0.60 |
| BAKER, N | 09/19/16 | review of Ropes EM re plan filing | 0.10 |
| QUSBA, S | 09/21/16 | T/c with G. Galardi, M. Ross, M. Massel and B. Russell regarding plan process, timeline and related discovery. | 0.50 |
| RUSSELL JR, W. T. | 09/21/16 | T/c debtors re case status and plan issues (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/21/16 | T/cs, emails STB team re plan and confirmation strategy and discovery issues (.8) | 0.80 |
| RUSSELL JR, W. T. | 09/22/16 | Revise discovery requests to debtors re allocation and intercompany issues (.8) | 0.80 |
| RUSSELL JR, W. T. | 09/22/16 | Review allocation scenarios w/ Deloitte, STB (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/23/16 | Review Deloitte allocation analysis (.7) | 0.70 |
| RUSSELL JR, W. T. | 09/24/16 | Review allocation analysis (.3) | 0.30 |
| RUSSELL JR, W. T. | 09/25/16 | Review allocation w/ committee, Deloitte, STB team and emails re same (1.0) | 1.00 |
| RUSSELL JR, W. T. | 09/25/16 | Emails STB team re allocation and plan strategy issues (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/26/16 | Revise draft discovery and Rule 2004 motion and emails STB re same (.6) | 0.60 |
| BAKER, N | 09/27/16 | review of waterfall analysis sent by R&G | 0.20 |
| RUSSELL JR, W. T. | 09/27/16 | Revise Rule 2004 motion and emails committee, STB team re same (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/27/16 | Review debtor response to information requests and emails STB team re same (.5) | 0.50 |
| RUSSELL JR, W. T. | 09/27/16 | Emails, t/cs Debtors, STB team re draft plan (.5) | 0.50 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/27/16 | T/cs w/ committee, Deloitte, STB team re allocation analysis issues (1.0) | 1.00 |
| BAKER, N | 09/28/16 | meeting w/ W. Russel, J. Baldwin, M. Massel and S. Qusba re potential allocation results | 1.70 |
| MASSEL, M | 09/28/16 | Reviewing plan draft & related corresp. (1.4); Internal mtg. re: plan issues (1.8). | 3.20 |
| QUSBA, S | 09/28/16 | Meeting with M. Massel, B. Doyle, J. Goldstein, W. Holden, G. Galardi, R. Martin and others regarding plan, waterfall and allocation; meeting with J. Goldstein, M. Massel and B. Doyle regarding recap; meeting with B. Russell regarding same. | 2.30 |
| RUSSELL JR, W. T. | 09/28/16 | Confs, t/cs, emails STB team, Deloitte, debtors, committee re plan and allocation issues (2.3) | 2.30 |
| RUSSELL JR, W. T. | 09/28/16 | Review draft plan (.9) | 0.90 |
| RUSSELL JR, W. T. | 09/29/16 | T/c w/ Debtors, Deloitte re tax issues (.6) | 0.60 |
| RUSSELL JR, W. T. | 09/29/16 | Analyze plan allocation issues w/ Deloitte and STB team (.8) | 0.80 |
| RUSSELL JR, W. T. | 09/29/16 | T/c Debtors re allocation issues (.5) | 0.50 |
| RUSSELL JR, W. T. | 09/29/16 | Analyze confirmation issues and t/cs, emails committee, STB team re same (1.1) | 1.10 |
| RUSSELL JR, W. T. | 09/30/16 | Analyze allocation scenarios (.9); t/cs, e-mails debtors re plan and related issues (.4); t/cs, e-mails committee members and counsel, Deloitte, STB team re plan, confirmation and allocation issues (2.4). | 3.70 |
| | | MATTER TOTAL | 29.80 |

16

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0018   RELIEF FROM STAY AND ADEQUATE PROTECTION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/23/16 | Review draft lift stay stip and emails STB team re same (.3) | 0.30 |
| | | MATTER TOTAL | 0.30 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0020   TAX**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| GOLDSTEIN, J | 09/02/16 | tax analysis re purchase price allocation (.3); TC re purchase price allocation (.5) | 0.80 |
| GOLDSTEIN, J | 09/20/16 | TC w Deloitte team | 0.60 |
| MASSEL, M | 09/22/16 | Deloitte call re: taxes & analyzing same. | 0.80 |
| QUSBA, S | 09/22/16 | Review Deloitte presentation; t/c with J. Doyle and M. Harrison regarding same. | 0.90 |
| GOLDSTEIN, J | 09/27/16 | review tax model | 0.20 |
| GOLDSTEIN, J | 09/28/16 | Conf w Ropes, Deloitte; TC w Deloitte; review tax analysis | 2.80 |
| GOLDSTEIN, J | 09/29/16 | TC re tax model; review tax model; follow up TC w Deloitte | 1.20 |
| MENDICK, B. J. | 09/29/16 | Meeting with Jon Goldstein regarding Gawker bankruptcy | 0.30 |
| MENDICK, B. J. | 09/29/16 | Gawker bankruptcy call with opposing lawyers and accountants | 0.30 |
| MENDICK, B. J. | 09/29/16 | Reading through Gawker waterfall analysis | 0.50 |
| QUSBA, S | 09/29/16 | T/c with Ropes, Opportune, B. Russell, J. Goldstein and Deloitte regarding tax implications. | 0.70 |
| GOLDSTEIN, J | 09/30/16 | update re proposal | 0.20 |
| | | MATTER TOTAL | 9.30 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0021   VALUATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BALDWIN, J. E. | 09/07/16 | Attend meeting w/ W. Russell, S. Qusba, M. Massel and N. Baker re: valuation. | 1.20 |
| BALDWIN, J. E. | 09/08/16 | Attend meeting w/ Ropes & Gray, Opportune and Deloitte re: valuation (2.20); mtg. w/ Deloitte re: valuation (.40); call w/ N. Baker re: valuation (.20). | 2.80 |
| BALDWIN, J. E. | 09/09/16 | Attend meeting w/ S. Qusba et al. re: valuation. | 0.20 |
| BALDWIN, J. E. | 09/27/16 | Call w/ Deloitte & committee member re: valuation. | 1.00 |
| BALDWIN, J. E. | 09/28/16 | O/c w/ S. Qusba, M. Massel, N. Baker and W. Russell re: valuation issues (1.50); review emails and excel re: valuation (.20); review transfer pricing memorandum (.50). | 2.20 |
| BALDWIN, J. E. | 09/29/16 | Call w/ Deloitte re: valuation analysis (.30); call w/ Ropes & Gray re: valuation (.50). | 0.80 |
| | | MATTER TOTAL | 8.20 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0022   INTELLECTUAL PROPERTY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|----------|------|-------------|-------|
| BAKER, N | 09/08/16 | review of L. Lesser comments and EM to L. Lesser re same | 0.60 |
| LESSER, L. E. | 09/08/16 | Review and comment on IP license. | 1.80 |
| BAKER, N | 09/13/16 | review of finalized license agreement and EM to L. Lesser re same (.4); EM to Ropes re need for NDA (.2); | 0.60 |
| LESSER, L. E. | 09/13/16 | Review IP license and email N. Baker. | 0.50 |
| | | MATTER TOTAL | 3.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0023   INTERCOMPANY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| QUSBA, S | 09/01/16 | Meeting with B. Russell, J. Heald and J. Baldwin regarding intercompany claims, allocation issues and discovery (.7) | 0.70 |
| BALDWIN, J. E. | 09/02/16 | Call w/ G. Galardi re: intercompamy issues and other matters. | 0.70 |
| MASSEL, M | 09/06/16 | Corresp re: sale proceeds allocation & related internal calls. | 0.50 |
| QUSBA, S | 09/06/16 | Draft outline of potential causes of action and preliminary research regarding same. | 3.70 |
| RUSSELL JR, W. T. | 09/06/16 | Emails STB team, debtors re info requests to debtors (.3) | 0.30 |
| BAKER, N | 09/07/16 | meeting w/ S. Qusba and M. Massel re intercompany claims and indemnity | 0.30 |
| MASSEL, M | 09/07/16 | Research re: /I/c issues (1.0); Drafting strategy memo (2.0); Oc w/ S. Qusba re: same (.3); Oc w/ litigators re: same (1.5). | 4.80 |
| QUSBA, S | 09/07/16 | Meeting with B. Russell, N. Baker, M. Massel and J. Baldwin regarding potential affirmative claims analysis; meeting with M. Massel and N. Baker regarding litigation theories. | 2.00 |
| RUSSELL JR, W. T. | 09/07/16 | Develop strategy re intercompany issues w/ STB team (1.5) | 1.50 |
| BAKER, N | 09/08/16 | review of revised interco notes | 0.10 |
| MASSEL, M | 09/08/16 | CLIENT TOTAL call. | 0.50 |
| RUSSELL JR, W. T. | 09/08/16 | Meeting w/ Debtors, Deloitte, STB team re sale proceeds allocation, provision of information and related issues (2.2) | 2.20 |
| RUSSELL JR, W. T. | 09/08/16 | Conf STB team re strategy re allocation issues (.3) | 0.30 |
| BAKER, N | 09/09/16 | t/c w/ J. Doyle (Deloitte) re allocation issues | 0.80 |
| BAKER, N | 09/09/16 | meeting w/ J. Myer and J. Heald re research issues on intercompany issues | 0.40 |
| MASSEL, M | 09/09/16 | Oc w/ S. Qusba re: intero issues (1.0); Call w/ Deloitte re: same (.8). | 1.80 |
| QUSBA, S | 09/09/16 | T/c with B. Russell, N. Baker, M. Massel, J. Goldstein, J. Doyle and O. Setola regarding initial issues with allocation approach. | 0.50 |

21

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|----------|------|-------------|-------|
| BAKER, N | 09/12/16 | Review of EM w/ Ropes re intercompany proofs of claims | 0.10 |
| RUSSELL JR, W. T. | 09/12/16 | Review board resolution and emails, t/cs debtors, STB team re intercompany issues (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/13/16 | Emails Deloitte, debtors re intercompany info (.3) | 0.30 |
| RUSSELL JR, W. T. | 09/14/16 | Emails STB team, Deloitte re financial info from debtors (.2) | 0.20 |
| MASSEL, M | 09/15/16 | Corresp. re: investigation issues. | 0.60 |
| RUSSELL JR, W. T. | 09/15/16 | Emails, t/cs debtors, Deloitte, STB team re info re intercompany issues (.7) | 0.70 |
| MASSEL, M | 09/16/16 | Deloitte call. | 0.70 |
| QUSBA, S | 09/16/16 | T/c with B. Russell, M. Massel, J. Doyle and others from Deloitte regarding initial diligence. | 0.50 |
| RUSSELL JR, W. T. | 09/16/16 | Emails Deloitte, debtors, STB team re info requests re intercompany info (.5) | 0.50 |
| RUSSELL JR, W. T. | 09/16/16 | T/c Deloitte re preliminary analysis of intercompany issues (6) | 0.60 |
| MASSEL, M | 09/19/16 | Oc w/ S. Qusba re: strategy. | 0.40 |
| QUSBA, S | 09/20/16 | T/c with M. Massel and B. Russell regarding diligence status and next steps. | 0.20 |
| RUSSELL JR, W. T. | 09/20/16 | Emails, t/cs Deloitte, STB team re info requests to debtors (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/20/16 | Analyze potential intercompany issues (.5) | 0.50 |
| MASSEL, M | 09/21/16 | Interco & claims analysis. | 2.50 |
| BAKER, N | 09/22/16 | Response to S. Qusba query re Kinja obligations under debt instruments | 0.20 |
| MASSEL, M | 09/22/16 | Drafting interco theories. | 3.20 |
| QUSBA, S | 09/22/16 | Meeting with M. Massel regarding potential intercompany claims and review same. | 0.60 |
| QUSBA, S | 09/25/16 | T/c with S. Agyadurai, J. Doyle, B. Russell and M. Harrison regarding allocation analysis; t/c iwth S. Agyadurai regarding next steps. | 1.10 |
| QUSBA, S | 09/26/16 | T/c with D. Tabak regarding next steps; t/c with full committee, B. Russell and M. Massel regarding strategy regarding interco issues. | 1.00 |
| RUSSELL JR, W. T. | 09/26/16 | Review material re intercompany claims and emails STB team re same (.7) | 0.70 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| MASSEL, M | 09/27/16 | Multiple calls w/ Client, Deloitte & S. Qusba re: I/C issues & related litigation. | 1.20 |
| QUSBA, S | 09/27/16 | T/c with J. Doyle, O. Sefola, committee members, B. Russell and M. Massel regarding allocation analysis | 0.70 |
| MASSEL, M | 09/28/16 | Mtg. w/ Debtors professionals (2.0); Reviewing I/C proofs of claim (.5). | 2.50 |
| QUSBA, S | 09/28/16 | Review and comment on draft proofs of claim. | 0.40 |
| BAKER, N | 09/29/16 | t/c w/ S. Qusba re status of allocation issues (.3) and meeting w/ J. Edean re consideration of allocation issues (.5) | 0.80 |
| MASSEL, M | 09/29/16 | Company call. | 0.50 |
| QUSBA, S | 09/29/16 | T/c with B. Russell and D. Tabak regarding allocation proposal; t/c with G. Galardi, B. Russell and M. Massel regarding allocation proposal; t/c with B. Russell and M. Massel regarding same. | 1.70 |
| QUSBA, S | 09/30/16 | T/c with S. Ayyadurai regarding allocation; t/c with G. Galardi regarding allocation; t/c with S. Ayyadurai and B. Russell regarding allocation; t/c with J. Doyle regarding same. | 2.40 |
| | | MATTER TOTAL | 46.70 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0024   ASSET DISPOSITION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RUSSELL JR, W. T. | 09/01/16 | Review Denton bankruptcy issues (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/02/16 | T/c debtors re sale closing, allocation and other issues (.5) | 0.50 |
| RUSSELL JR, W. T. | 09/02/16 | Develop strategy re various issues and t/cs, emails Qusba, Massel, Baker, Baldwin re same (.9) | 0.90 |
| BAKER, N | 09/07/16 | review of winddown service, funds flow and license agreement | 0.60 |
| RUSSELL JR, W. T. | 09/07/16 | Emails debtors, STB team re Univision sale issues (.4) | 0.40 |
| RUSSELL JR, W. T. | 09/08/16 | Emails debtors re sale-related issues (.7) | 0.70 |
| BAKER, N | 09/09/16 | EM w/ L. Lesser re licensing agreement issues (.2) | 0.20 |
| QUSBA, S | 09/09/16 | T/c (numerous) with Committee chair regarding closing. | 1.30 |
| RUSSELL JR, W. T. | 09/09/16 | Emails STB team, debtors re sale issues (.7) | 0.70 |
| MASSEL, M | 09/12/16 | Oc w/ S. Qusba re: sale issues. | 0.20 |
| RUSSELL JR, W. T. | 09/13/16 | Emails STB team, committee, debtors re sale follow up issues (.7) | 0.70 |
| RUSSELL JR, W. T. | 09/15/16 | Review Univision wind down services agreement and emails STB team, debtors re same (.9) | 0.90 |
| RUSSELL JR, W. T. | 09/26/16 | Review redacted Univision license agreement and emails STB team re same (.7) | 0.70 |
| RUSSELL JR, W. T. | 09/29/16 | Emails committee re Univision agreements (.4) | 0.40 |
| | | MATTER TOTAL | 8.60 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0025   NON-STB FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| HEALD, J. E. | 09/01/16 | Prep. Hungarian counsel retention application | 0.50 |
| RUSSELL JR, W. T. | 09/19/16 | Emails STB team re Deloitte retention application (.3) | 0.30 |
| RUSSELL JR, W. T. | 09/21/16 | Review fee apps and emails STB team re same (.4) | 0.40 |
| | | MATTER TOTAL | 1.20 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0028   LIEN INVESTIGATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| BAKER, N | 09/09/16 | EM w/ Cayman and Hungarian counsel re consideration of liens | 0.40 |
| BAKER, N | 09/14/16 | EM to Hungarian counsel re areas of loan review | 0.40 |
| BAKER, N | 09/15/16 | review of J. Pall memo, t/c w/ J. Pall re same and EM summary to STB group re lien investigation results | 1.60 |
| RUSSELL JR, W. T. | 09/15/16 | Review lien perfection issues and emails STB team re same (.4) | 0.40 |
| BAKER, N | 09/16/16 | review of Hungarian investigation analysis and response EM questions | 1.40 |
| | | MATTER TOTAL | 4.20 |

## EXHIBIT E

### Expense Detail

| Cost Code | Date | ID | Name | Quantity | Rate | Amount | Description |
|-----------|------|-----|------|----------|------|--------|-------------|
| | | | | | | | |
| 251S | 9/8/2016 | 11363 | NICHOLAS BAKER | 50.95 | 1.00 | 50.95 | CONFERENCE ROOM SERVICES |
| 251S | 9/8/2016 | 11363 | NICHOLAS BAKER | 29.40 | 1.00 | 29.40 | CONFERENCE ROOM SERVICES |
| 252H | 8/9/2016 | 11363 | NICHOLAS BAKER | 1.00 | 636.27 | 636.27 | FILING FEES - :VENDOR: CT CORPORATION SYSTEM |
| 109H | 8/10/2016 | 14743 | RANDY MOONAN | 1.00 | 58.11 | 58.11 | LOCAL TRAVEL |
| 109H | 8/17/2016 | 1547 | WILLIAM T. RUSSELL JR | 1.00 | 126.22 | 126.22 | LOCAL TRAVEL |
| 221H | 9/8/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 26.95 | 26.95 | MEALS - OVERTIME |
| 221S | 6/29/2016 | 11363 | NICHOLAS BAKER | 9.50 | 2.10 | 19.95 | MEALS - OVERTIME |
| 221S | 6/28/2016 | 11363 | NICHOLAS BAKER | 5.50 | 2.10 | 11.55 | MEALS - OVERTIME |
| 221H | 9/20/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 26.95 | 26.95 | MEALS - OVERTIME |
| 261H | 8/8/2016 | 11529 | LLOYD COLONA | 1.00 | 13.11 | 13.11 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 8/8/2016 | 11529 | LLOYD COLONA | 1.00 | 13.11 | 13.11 | ONLINE RESEARCH - BLOOMBERG LAW |
| 248H | 9/8/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 27.25 | 27.25 | OT - CARFARE |
| 124H | 9/14/2016 | 15388 | JULIA E. HEALD | 1.00 | 238.58 | 238.58 | TRANSCRIPT CHARGES |
| 124H | 8/23/2016 | 15388 | JULIA E. HEALD | 1.00 | 43.10 | 43.10 | TRANSCRIPT CHARGES |
| 124H | 9/6/2016 | 15388 | JULIA E. HEALD | 1.00 | 293.18 | 293.18 | TRANSCRIPT CHARGES |

| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.80 | 0.80 | PACER |
|------|----------|-------|-------------------|------|------|------|-------|
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.50 | 0.50 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 1.00 | 1.00 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.50 | 0.50 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.60 | 0.60 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.50 | 0.50 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.40 | 0.40 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.30 | 0.30 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.30 | 0.30 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 1.00 | 1.00 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.40 | 0.40 | PACER |

| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.60 | 0.60 | PACER |
|------|----------|-------|-------------------|------|------|------|-------|
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 2.30 | 2.30 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/7/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 2.20 | 2.20 | PACER |
| 231S | 7/11/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.40 | 0.40 | PACER |
| 231S | 7/11/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.50 | 0.50 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.50 | 1.50 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 2.10 | 2.10 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.30 | 1.30 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 2.40 | 2.40 | PACER |
| 231S | 7/12/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/12/2016 | 15388 | JULIA E. HEALD | 1.00 | 0.40 | 0.40 | PACER |

| 231S | 7/12/2016 | 15518 | SHEILA STERLING | 1.00 | 0.40 | 0.40 | PACER |
|---|---|---|---|---|---|---|---|
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.60 | 0.60 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.40 | 0.40 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.10 | 1.10 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.80 | 0.80 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.60 | 1.60 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.70 | 0.70 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.40 | 0.40 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.30 | 0.30 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |

| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.50 | 0.50 | PACER |
|---|---|---|---|---|---|---|---|
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.90 | 0.90 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.60 | 0.60 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.30 | 0.30 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.50 | 1.50 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.20 | 1.20 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 2.80 | 2.80 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.30 | 0.30 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.10 | 1.10 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.70 | 0.70 | PACER |

| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 3.00 | 3.00 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.80 | 0.80 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.80 | 0.80 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.60 | 0.60 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 1.20 | 1.20 | PACER |
| 231S | 7/29/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.80 | 0.80 | PACER |
| 231S | 7/31/2016 | 15388 | JULIA E. HEALD | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/31/2016 | 15388 | JULIA E. HEALD | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/31/2016 | 15388 | JULIA E. HEALD | 1.00 | 2.10 | 2.10 | PACER |
| 231S | 7/31/2016 | 15388 | JULIA E. HEALD | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/31/2016 | 15388 | JULIA E. HEALD | 1.00 | 2.20 | 2.20 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.10 | 1.10 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.60 | 0.60 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.40 | 0.40 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.50 | 0.50 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.80 | 0.80 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.50 | 0.50 | PACER |

| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
|------|----------|-------|-------------------|------|------|------|-------|
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 8/25/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.20 | 0.20 | PACER |
| 231S | 7/6/2016 | 16058 | JONATHAN R. MYERS | 1.00 | 0.10 | 0.10 | PACER |
| 231S | 7/28/2016 | 11770 | JEFFREY E. BALDWIN | 1.00 | 1.10 | 1.10 | PACER |
| 105H | 8/15/2016 | 557 | S T. B | 1.00 | 18.50 | 18.50 | TELEPHONE |
| 105H | 8/12/2016 | 15388 | JULIA E. HEALD | 1.00 | 41.26 | 41.26 | TELEPHONE |
| 105H | 8/12/2016 | 557 | S T. B | 1.00 | 18.49 | 18.49 | TELEPHONE |
| 105H | 8/8/2016 | 15388 | JULIA E. HEALD | 1.00 | 25.06 | 25.06 | TELEPHONE |
| 105H | 8/5/2016 | 15388 | JULIA E. HEALD | 1.00 | 48.33 | 48.33 | TELEPHONE |
| 105H | 8/5/2016 | 13730 | MORRIS MASSEL | 1.00 | 3.83 | 3.83 | TELEPHONE |
| 105H | 8/1/2016 | 15388 | JULIA E. HEALD | 1.00 | 9.41 | 9.41 | TELEPHONE |
| 105H | 8/1/2016 | 13730 | MORRIS MASSEL | 1.00 | 7.45 | 7.45 | TELEPHONE |
| 105H | 7/29/2016 | 15388 | JULIA E. HEALD | 1.00 | 58.39 | 58.39 | TELEPHONE |
| 105H | 7/27/2016 | 15388 | JULIA E. HEALD | 1.00 | 28.76 | 28.76 | TELEPHONE |
| 105H | 7/25/2016 | 15388 | JULIA E. HEALD | 1.00 | 5.34 | 5.34 | TELEPHONE |
| 105H | 7/25/2016 | 15388 | JULIA E. HEALD | 1.00 | 10.28 | 10.28 | TELEPHONE |
| 105H | 7/22/2016 | 15388 | JULIA E. HEALD | 1.00 | 59.01 | 59.01 | TELEPHONE |

| 105H | 9/7/2016 | 557 | S T. B | 1.00 | 18.49 | 18.49 | TELEPHONE |
|------|----------|-----|--------|------|-------|-------|-----------|
| 105H | 7/18/2016 | 15388 | JULIA E. HEALD | 1.00 | 6.93 | 6.93 | TELEPHONE |
| 105H | 7/15/2016 | 15388 | JULIA E. HEALD | 1.00 | 25.31 | 25.31 | TELEPHONE |
| 105H | 7/14/2016 | 15388 | JULIA E. HEALD | 1.00 | 5.00 | 5.00 | TELEPHONE |
| 105H | 7/14/2016 | 11363 | NICHOLAS BAKER | 1.00 | 11.46 | 11.46 | TELEPHONE |
| 105H | 7/14/2016 | 2346 | LORI E. LESSER | 1.00 | 11.79 | 11.79 | TELEPHONE |
| 105H | 8/15/2016 | 557 | S T. B | 1.00 | 30.29 | 30.29 | TELEPHONE |
| 103S | 9/19/2016 | 16514 | MATTHEW MURRAY | 0.10 | 45.00 | 4.50 | WORD PROCESSING Format continue. MASSEL, MORR |
| 103S | 9/19/2016 | 16514 | MATTHEW MURRAY | 1.10 | 45.00 | 49.50 | WORD PROCESSING Format, save to system, e-mail |
| 103S | 9/19/2016 | 16514 | MATTHEW MURRAY | 2.40 | 45.00 | 108.00 | WORD PROCESSING PDF conversion to Word, apply |