UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
GAWKER MEDIA LLC, et al.,[1]                                   :    Case No. 16-11700 (SMB)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF PUBLICATION

I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes a sworn statement verifying that the *Notice of Deadline Requiring Filing of Certain Administrative Claims on or before November 15, 2016*, as conformed for publication, was published in the national edition of *USA TODAY* on October 13, 2016 as described on **Exhibit A**, attached hereto.

Dated: October 17, 2016

_____
Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 17, 2016, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_16_

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, October 13, 2016** - the following legal advertisement —**In re Gawker Media LLC, et al.**— was published in the national edition of **USA TODAY**.

Principal Clerk of USA TODAY
October 13, 2016

This 13 day of October month 2016 year

Notary Public

# It's trick or treat on Wall Street

**Halloween Indicator followers prepare for season of gains**

**Mark Hulbert**
Special to USA TODAY

Wall Street wants you back!

If you were one of those investors who this past spring "sold in May and went away," you should know that the seasonal winds will soon shift and begin blowing in a bullish direction.

I'm referring, of course, to the well-known six-month-on, six-month-off seasonal pattern that goes by the name of the "Halloween Indicator." Followers also refer to it as "Sell in May and Go Away." In contrast to most of the alleged patterns that Wall Street claims to have discovered, this one turns out to be based on solid statistics. The stock market historically has produced the bulk of its gains in the "winter" months between Halloween and May Day.

Since the Dow Jones industrial average was created in 1896, for example, it has produced an average winter gain of 5.2%, vs. just 1.7% during the summer. Not only is this difference significant at the 95% confidence level that statisticians often use to determine if a pattern is more than just a random fluke, it is not unique just to the U.S. Ben Jacobsen, a finance professor at the TIAS Business School in the Netherlands, has detected the Halloween Indicator in almost all foreign countries' stock markets as well and as far back as 1694 in the United Kingdom.

The stock market since this past May Day has closely followed this seasonal script. This week, for example, the Dow was 1.7% ahead of where it stood at the beginning of May, right in line with the long-term average.

Halloween Indicator followers, therefore, have not missed out on any spectacular gains. In addition, they were able to sleep like a baby during the extraordinary volatility surrounding the surprising U.K. decision in late June to leave the European Union as well as shrug off the tedium of the last two months during which equity investors were frustrated by the stock market's unusually tight trading range.

To be sure, the upcoming six-month positive period will begin just as a hotly contested election season comes to a close. Fortunately for followers of the Halloween Indicator, there's no evidence the winter months are any worse for the stock market following a Presidential election than in any other years.

Some investors may also wonder if the odds of a positive Halloween-through-May Day period are any different in years (like 2016) where the stock market didn't actually go down during the preceding summer months. The answer is no.

Jacobsen did find, however, that the Halloween Indicator is stronger in some industries and stock market sectors than others. The sectors which his research found to have the strongest historical returns during the winter months are automotive, chemicals, construction/housing, industrial equipment and industrial materials.

One way to exploit the Halloween Indicator in these sectors is to invest in exchange-traded funds that are benchmarked to them. Examples include the Select SPDR Industrials (XLI) and Select SPDR Materials (XLB) funds.

Several stocks within the S&P 500 from these seasonally-favored sectors are cheap now, with price-to-earnings ratios below 10 (when calculated on the basis of estimated earnings per share over the coming 12 months). They include LyondellBasel Industries, Dow Chemical and Pitney Bowes. The comparable P-E ratio for the overall S&P 500 index is 18.4.

*Mark Hulbert, founder of the Hulbert Financial Digest, has been tracking investment advisers' performances for four decades. For more information, email him at mark@hulbertratings.com or go to www.hulbertratings.com.*

---

# Time's up for tax filers

**Procrastinators get busy: Oct. 17 is extension deadline**

**Michael Rowand**
Special for USA TODAY

It might not be April, but for about 13.5 million Americans, it's tax season. That's because the Oct. 17 deadline for submitting returns for those granted extensions is approaching fast.

"Don't procrastinate," says Melissa Labant, director of tax policy and advocacy at the American Institute of Certified Public Accountants. "It always takes longer than you anticipate to gather all your tax data, prepare your return and submit it."

If you blow the deadline, consequences can include separate penalties for late filing and late payment, plus interest, and it can add up fast.

More Americans continue to switch from paper returns to e-filing, which is something Labant recommends. But, "make sure that you have a copy (of your) 2014 tax return handy. You may need some of the information on that return," including your adjusted gross income.

Some taxpayers are eligible for additional extensions. Military members in combat zones generally are eligible for extensions up to 180 days after their last day in the combat zone.

Those in federally declared disaster areas — such as those affected by Hurricane Hermine, the Louisiana flooding and the flooding and landslides in West Virginia — are usually eligible for extra extensions. To determine your eligibility, check the IRS website at www.irs.gov/uac/tax-relief-in-disaster-situations.

If you are a victim of a disaster but it is not covered under a federal disaster area, Labant says, "you may still request an extension of time to file if you have 'good cause' to file late. The IRS will determine whether your particular situation warrants an extension."

If you are working on your taxes now, you can view it as a valuable opportunity. The IRS suggests taxpayers take this time to review their withholding rates because of several changes that could slow the pace of refunds next year, including extra scrutiny to prevent identity theft.

"With these changes, it makes good sense on many different levels to check on your withholding and plan ahead for next tax season," IRS Commissioner John Koskinen said in an IRS statement.

Now is a good time for small businesses, which make estimated tax payments each quarter, to examine those estimates. "They may want to adjust those estimated tax payments for the remainder of the year," Labant says.

"It is also a good time to be thinking about financial planning" more broadly, Labant contends, including 401(k) contributions and portfolio diversification. Using this time for a personal finance checkup can save yourself money and a headache later.

---

# GOOD NEWS FOR SOME CAR BUYERS: ANDROID AUTO NOW EASIER TO FIND

**Rick Popely**
Cars.com

Forget about fuel economy, acceleration times or reliability. What many new-car shoppers want to know is if they'll be able to integrate their smartphone with a car's multimedia system.

Android Auto and Apple CarPlay, which allow operation of smartphone apps for navigation, text messaging and music through their car's dashboard touch-screen, steering-wheel buttons or voice commands, have rapidly become must-have features for many who are in the market for a new vehicle.

The auto industry is racing to keep up with the growing demand. Less than a year ago, fewer than 50 vehicles were offering one or both, or were scheduled to. For the 2017 model year, the list has grown to more than 100, and more announcements are expected in the coming months.

General Motors now offers both Android Auto and Apple CarPlay on 30 models. Ford wasn't even on the list a year ago, but for the 2017 model year it becomes the first full-line vehicle manufacturer to offer Android Auto and CarPlay on every vehicle line it sells, including its luxury Lincoln brand.

Android devices dominate the U.S. smartphone market, but more 2017 vehicles will be available with CarPlay than with Android Auto. BMW and Porsche will offer CarPlay on most of their models, but so far neither has announced plans to add Android Auto. Mercedes-Benz offers both systems on most models, but you can only get CarPlay on the GLS-Class and SL-Class. The Nissan Maxima also has CarPlay only for 2017.

Stay tuned, though, because automakers will continue to add vehicles that offer one or both systems during the current model year and beyond.

Don't hold your breath waiting for Toyota to join the crowd. Toyota is following its own path and doesn't intend to offer Android Auto or CarPlay. Instead, it is developing its own system and currently offers Scout GPS Link, which allows integrating a smartphone navigation app with the vehicle multimedia system, on several Toyota and Lexus models.

The ability to seamlessly integrate smartphone apps with a car's multimedia system answers a crying need from millions who rely heavily on their handheld device for many, if not all, of their communication, navigation and infotainment needs.

A basic truth remains, though: Everyone may not be fully satisfied by current versions of Android Auto, so don't count on every app working equally well in the car as it does on the phone alone. Android Auto works basically the same on all vehicles, but each manufacturer has different multimedia systems with different controls and displays, so what you see and get might vary.

That is why it remains imperative to find out before you buy a car how well your phone and apps will work with that car. Try it out before you buy.

Shoppers also should be aware that Android Auto may not be available on every version of a vehicle that offers it. For example, you can't get it on the 2017 Chevrolet Malibu L trim, which is the base model, and Kia makes it available only on models with the UVO multimedia system, a feature reserved for more-expensive models. Though Ford offers it on all of its vehicles, it also requires the Sync 3 infotainment system, which is optional on many models and not available on some.

One final caution: The list of vehicles that will offer Android Auto for 2017 is based on information obtained from vehicle manufacturers last month.

## WHO'S GOT IT?

2017 vehicles offering Android Auto:

| | | | |
|---|---|---|---|
| **Acura** | Spark | Sierra | **Mercedes-Benz** |
| NSX | Suburban | 2500HD/3500HD | B-Class |
| **Audi** | Tahoe | Yukon | CLA-Class |
| A3 | Trax | Yukon XL | CLS-Class |
| A4 | Volt | **Honda** | E-Class |
| A6 | **Chrysler** | Accord | GLA-Class |
| A7 | 300 | Civic | GLE-Class |
| Allroad | Dodge | Ridgeline | SLC-Class |
| Q7 | Challenger | **Hyundai** | **Mitsubishi** |
| TT | **Ford** | Azera | Mirage |
| **Buick** | C-Max | Elantra | Mirage G4 |
| Encore | Edge | Elantra GT | Outlander |
| LaCrosse | Escape | Santa Fe | **Subaru** |
| Regal | Expedition | Santa Fe Sport | Impreza |
| Cadillac | Explorer | Sonata | **Volkswagen** |
| ATS | Fiesta | Tucson | Beetle |
| CTS | Flex | Veloster | CC |
| CT6 | Focus | **Kia** | e-Golf |
| Escalade | Fusion | Cadenza | Golf |
| XTS | F-150 | Forte | Golf GTI |
| XT5 | F-Series | Optima | Golf R |
| **Chevrolet** | SuperDuty | Sedona | Golf SportWagen |
| Bolt | Mustang | Sorento | Jetta |
| Camaro | Taurus | Soul | Passat |
| Colorado | Transit | Sportage | Tiguan |
| Corvette | Transit Connect | **Lincoln** | **Volvo** |
| Cruze | **Genesis** | Continental | S90 (Late availability) |
| Impala | G80 | MKC | V90 Cross Country |
| Malibu | **GMC** | MKT | XC90 (Late availability) |
| Silverado | Acadia | MKX | |
| Silverado 2500HD/3500HD | Canyon | MKZ | |
| Sonic | Sierra | Navigator | |

*But shoppers should be aware that Android Auto may not be available on every version of a vehicle that offers it.*

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
In re: Gawker Media LLC, et al. : Chapter 11, Case No. 16-11700 (SMB)
Debtors. : (Jointly Administered)

**NOTICE OF DEADLINE REQUIRING FILING OF CERTAIN ADMINISTRATIVE CLAIMS ON OR BEFORE NOVEMBER 15, 2016 TO ALL PERSONS AND ENTITIES WITH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS LISTED BELOW:**

The United States Bankruptcy Court for the Southern District of New York has entered an order (the "Order") establishing **November 15, 2016 at 5:00 p.m. (prevailing Eastern Time)** (the "General Administrative Claims Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts) to file a request for payment (a "Request for Payment") for each General Administrative Claim (as defined below) against any of the following Debtors (collectively, the "Debtors"): (i) Gawker Media LLC, Federal Employer Identification No. 20-3040492, Case No. 16-11700; (ii) Kinja Kft., Federal Employer Identification No. HU 12945054, Case No. 16-11718; or (iii) Gawker Media Group, Inc., Federal Employer Identification Number 27-1973231, Case No. 16-11719. The General Administrative Claims Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose **only between August 1, 2016 and September 30, 2016, inclusive**.

1. **Who Must File a Request for Payment.** You MUST file a Request for Payment if you have a General Administrative Claim that is not one of the types of General Administrative Claim described in the Order as exempt from the requirement that a Request for Payment be filed. A "General Administrative Claim" constitutes a claim (as defined under Section 101(5) of the Bankruptcy Code) arising under sections 503(b) and/or 507(a)(2) of the Bankruptcy Code **only between August 1, 2016 and September 30, 2016, inclusive**, including: (a) the actual and necessary costs and expenses incurred of preserving the Debtors' estates and operating the business of the Debtors.

2. **What to File.** A Request for Payment must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed Request for Payment any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available. Your Request for Payment form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account). Any holder of a General Administrative Claim against more than one Debtor must file a separate Request for Payment with respect to each such Debtor and all holders of claims must identify on their Request for Payment the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. A list of the names of the Debtors and their case numbers is set forth above.

3. **When and Where to File.** Except as provided for herein, a Request for Payment must be filed so as to be **actually received on or before November 15, 2016 at 5:00 p.m. (prevailing Eastern Time)** at either of the following addresses: **Delivery by first-class U.S. mail, overnight mail, or hand delivery:** Gawker Media LLC Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; **Hand delivery only:** United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004. A Request for Payment may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **Consequences of Failure to File a Request for Payment by the General Administrative Claims Bar Date.** ANY HOLDER OF A GENERAL ADMINISTRATIVE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AND THAT FAILS TO TIMELY FILE A REQUEST FOR PAYMENT IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH GENERAL ADMINISTRATIVE CLAIM AND SHALL NOT PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH GENERAL ADMINISTRATIVE CLAIM.

5. **Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Order (which contains a more detailed description of the requirements for filing a Request for Payment), a Request for Payment form or related documents you may do so by contacting Prime Clerk at (a) (855) 639-3375; or (b) the Debtors' restructuring website, https://cases.primeclerk.com/gawker/.

The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

### LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
In re: TPP ACQUISITION, INC. d/b/a The Picture People, § Chapter 11
Debtor. § Case No. 16-33437-hdh-11

**NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) BIDDING PROCEDURES; (III) AUCTION; (IV) SALE HEARING AND (V) RELATED RELIEF AND DATES**

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Debtor is soliciting offers for the purchase of substantially all of the assets and assumption of substantially all of the liabilities of the Debtor with respect thereto consistent with the bidding procedures (the "Bidding Procedures") approved by the Bankruptcy Court by entry of an order dated October 11, 2016 (Docket No. 239) (the "Bidding Procedures Order"). Potential bidders interested in bidding on assets should contact the Debtor's investment banker, SSG Capital Advisors, LLC Attn: J. Scott Victor and Teresa Kohl, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive, West Conshohocken, PA 19428, jsvictor@ssgca.com, tkohl@ssgca.com to request a confidentiality agreement. All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order. To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

PLEASE TAKE FURTHER NOTICE that, if the Debtor receives more than one qualified bid within the requirements and time frame specified by the Bidding Procedures, the Debtor may determine, in the exercise of its business judgment, to schedule an auction (the "Auction") to accept additional competitive bids from qualified bidders with respect to the sale of the assets on October 24, 2016 at 10:00 a.m. (Central Time), at the offices of Haynes and Boone LLP, 2323 Victory Ave, Suite 700, Dallas, TX 75219, or such later date and time as selected by the Debtor. The Auction shall be conducted in a timely fashion according to the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the sale of all or substantially all of the assets to one or more successful bidder(s) (the "Sale Hearing") is presently scheduled to take place on November 2, 2016 at 9:00 a.m. (Central Time), or as soon thereafter as may be heard, before the Honorable Harlin D. Hale, United States Bankruptcy Court, Northern District of Texas – Dallas Division, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor Courtroom No. 3, Dallas, TX 75242-1496 or before any other judge who may be sitting in his place and stead.

PLEASE TAKE FURTHER NOTICE that, except as otherwise set forth in the Bidding Procedures Order, objections, if any, to the sale of the assets, the assumption and assignment of the contracts, or any relief requested in the motion other than the relief granted by this Court in the Bidding Procedures Order must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and applicable local rules; (d) filed with the Clerk of the Bankruptcy Court for the Northern District of Texas, by no later than **5:00 p.m. (Central Time) on October 20, 2016** (the "General Objection Deadline"); and (e) served in accordance with applicable local rules so as to be received on or before the relevant objection deadline by the following (collectively, the "Objection Notice Parties"): (i) counsel for the Debtor, Haynes and Boone LLP, 2323 Victory Ave, Suite 700, Dallas, TX 75219 (attn.: Robert D. Albergotti and Ian T. Peck), Email: robert.albergotti@haynesboone.com; ian.peck@haynesboone.com; (ii) counsel for the Stalking Horse Bidder, Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, New York, NY 10036 (attn.: Donald E. Rothman and Steven E. Fox), Email: drothman@riemerlaw.com; sfox@riemerlaw.com; and Vinson & Elkins L.L.P., 3700 Trammell Crow Center, 2001 Ross Avenue, Suite 3700, Dallas, TX 75201-2975 (attn.: Josiah M. Daniel, III), Email: jdaniel@velaw.com; (iii) co-counsel for the Official Committee of Unsecured Creditors, Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197 (attn.: Samuel Newman), Email: SNewman@gibsondunn.com; and Emmett & Parvin LLP, 1701 N. Market St., Suite 404, Dallas, TX 75202 (attn.: Wade Emmert), Email: wade@emmettparvin.com; and (iv) Office of the United States Trustee for the Northern District of Texas, 1100 Commerce St. # 976, Dallas, TX 75242 (these procedures are collectively referred to as the "General Objection Procedures"). Each objection shall state the legal and factual basis of such objection.

CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE GENERAL OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE APPLICABLE PURCHASE AND SALE AGREEMENT RELATED THERETO. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT CERTAIN OF THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE that copies of the motion, and any exhibits thereto, including the Bidding Procedures Order, Bidding Procedures, and the Amended Stalking Horse APA, are available upon request to counsel for the Debtor, Robert D. Albergotti and Ian T. Peck, Haynes and Boone LLP, 2323 Victory Ave, Suite 700, Dallas, TX 75219, robert.albergotti@haynesboone.com; ian.peck@haynesboone.com.

Dated: October 11, 2016
HAYNES AND BOONE, LLP, By: /s/ Robert D. Albergotti, Robert D. Albergotti, TBN 00969800, Ian T. Peck, TBN 24013306, Jarom J. Yates, TBN 24071134, 2323 Victory Avenue, Suite 700, Dallas, TX 75219, Telephone: 214.651.5000, Facsimile: 214.651.5940, Email: robert.albergotti@haynesboone.com, Email: ian.peck@haynesboone.com, Email: jarom.yates@haynesboone.com, ATTORNEYS FOR DEBTOR

---

**Call Us Today!**

Place your ad in USA TODAY to get your phone ringing
**800-397-0070**