UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                           :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
:
        Debtors.                  :    (Jointly Administered)
:
------------------------------------------------------x

# AGENDA FOR HEARING TO BE HELD
## OCTOBER 20, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)

Date and Time:         October 20, 2016 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
                       United States Bankruptcy Court for the Southern District of New York
                       Alexander Hamilton Custom House
                       One Bowling Green, Courtroom No. 723
                       New York, New York 10004

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at
                       www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                       agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                       information may be obtained by calling Prime Clerk toll free at 855-639-
                       3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59376789_2

**UNCONTESTED MATTER**

1. Debtors' Second Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Further Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 [Docket No. 314]

    **Response Deadline**: October 17, 2016

    **Responses Received**: None.

    **Related Documents**:

    a. Notice of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 [Docket No. 151]

    b. Certificate of No Objection to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 [Docket No. 210]

    c. Order signed on 8/22/2016 Granting Motion Extending Time Period Within Which Debtors May Remove Actions [Docket No. 212]

    **Status**: The objection deadline of October 17, 2016 at 4:00 p.m. has passed. The Debtors will be submitting a certificate of no objection on October 19, 2016. Absent entry of the proposed order, this matter is going forward.

Dated: October 18, 2016
New York, New York

/s/ *Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-2-

59376789_2