UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                          :      Chapter 11
                                                               :
GAWKER MEDIA LLC, *et al.*,[1]                                 :      Case No. 16-11700 (SMB)
                                                               :
                               Debtors.                        :      (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 17, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee App Parties Service List attached hereto as **Exhibit A**:

- Third Monthly Statement of Simpson Thacher & Bartlett LLP for Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2016 through September 30, 2016 [Docket No. 351]

Dated: October 18, 2016

_____
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 18, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

SRF 11551

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtors | Gawker Media LLC | Attn: William D. Holden, Chief Restructuring Officer & Heather Dietrick, Esq. 10 East 53rd Street 33rd Floor New York NY 10011 | heather@gawker.com profinvoices@gawker.com WHolden@opportune.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq. 330 North Wabash Avenue Suite 2800 Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq. 885 Third Avenue New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Debtors | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. 1211 Avenue of the Americas New York NY 10036-8704 | Gregg.Galardi@ropesgray.com Stacy.Dasaro@ropesgray.com Kristina.Alexander@ropesgray.com michael.winograd@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. 919 Third Avenue New York NY 10022 | frederic.ragucci@srz.com adam.harris@srz.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. 425 Lexington Avenue New York NY 10017 ` | squsba@stblaw.com wrussell@stblaw.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein One Bowling Green Room 723 New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. US Federal Office Building 201 Varick St. Room 1006 New York NY 10014 | greg.zipes@usdoj.gov susan.arbeit@usdoj.gov | Overnight Mail and Email |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)