Objection Deadline: November 4, 2016

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                 :

In re                                         :        Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]    :        Case No. 16-11700 (SMB)
                                              :
                   Debtors.          :        (Jointly Administered)
                                              :
------------------------------------------------------x

**THIRD MONTHLY STATEMENT OF CAHILL GORDON & REINDEL LLP
AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016</u>**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

| | |
|---|---|
| Name of Applicant: | <u>Cahill Gordon & Reindel LLP</u> |
| Authorized to Provide Professional Services to: | <u>The Debtors</u> |
| Date of Retention: | <u>August 11, 2016 *nunc pro tunc* to June 10, 2016</u> |
| Period for Which Compensation and/or Reimbursement is Sought: | <u>September 1, 2016, through and including September 30, 2016</u> |
| Total Amount of Compensation Sought At Agreed Discounted Rates (Not Applying 20% Holdback for Fees) | <u>Fees: $7,360.00</u><br><u>Expenses: $32.50</u> |

This is a(n) **X** monthly ___ interim ___ final application. No prior application was filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) will be served in accordance with the Interim Compensation Order (as defined herein), and any objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order.

Pg 3 of 12


## Summary Chart of Previous Monthly Fee Statements and Fee Applications

| Monthly Fee Statements | | | | | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| August 19, 2016 | 6/10-7/31/16 | $31,557.20 | $709.26 | $25,245.76 | $709.26 |
| September 19, 2016 | 8/1/16-8/31/16 | $25,440.00 | $99.16 | $20,352.00 | $99.16 |
| | | | | | |
| Fee Applications | | | | | |
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
| N/A | | | | | |
| | | | | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by this Court on July 13, 2016 [Docket No. 94] (the "Interim Compensation Order"), Cahill Gordon & Reindel LLP ("Cahill"), Special Litigation Counsel to the debtors and debtors in possession in these proceedings (the "Debtors") with respect to the Mail Media Litigation (as defined in the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cahill dated July 25, 2016 (the "Cahill Retention Application") [Docket No. 131][3]), hereby files this monthly fee statement (this "Monthly Fee Statement") for the period of September 1, 2016 through and including September 30, 2016 (the "Fee Period") for (a) compensation in the amount of $7,360.00[4] for the actual and necessary legal services rendered by Cahill to the Debtors during the Fee Period (80% of which is $5,888.00), and (b) reimbursement for the actual and necessary expenses incurred by Cahill during the Fee Period in the amount of $32.50.

**Itemization of Services Rendered and Disbursements Incurred**

In support of this Monthly Fee Statement, attached are the following exhibits:

**Exhibit A** is a schedule of the number of hours expended and fees incurred on an aggregate basis by Cahill's attorneys during the Fee Period with respect to certain categories.

---

[3] The Cahill Retention Application was granted by Order dated August 11, 2016 [Docket No. 169].

[4] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $3,000.00 for this period.

**Exhibit B** is a schedule providing certain information regarding the Cahill attorneys and paraprofessionals for whose work compensation is sought in this Monthly Fee Statement. Attorneys have expended a total of 9.20 hours in connection with the Debtors during the Fee Period.

**Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cahill is seeking reimbursement in this Monthly Fee Statement.

**Exhibit D** consists of Cahill's invoice rendered to, and approved by, the Debtors, which includes time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Cahill requests that it be allowed reimbursement for its reasonable fees and expenses incurred during the Fee Period in the total amount of $5,920.50, consisting of (a) $5,888.00, which is 80% of the reasonable fees incurred by the Debtors for actual and necessary professional services rendered by Cahill, and (b) $32.50 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated:   October 19, 2016
         New York, New York

/s/ Joel H. Levitin
Susan Buckley
Joel H. Levitin
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
sgordon@cahill.com

*Special Litigation Counsel to the
Debtors and Debtors-in-Possession*

# EXHIBIT A

## Statement of Fees by Subject Matter

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Mail Online Litigation | 5.30 | $4,240.00 |
| Monthly Fee Statement | 3.90 | $3,120.00 |
| | | |
| **TOTAL** | 9.20 | $7,360.00 |

## EXHIBIT B

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 8.00 | $6,400.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 1.20 | $960.00 |
| | | | | | | |
| **TOTAL** | | | | | 9.20 | $7,360.00 |

Blended Hourly Rate: $800

---

[5] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $3,000 for this period.

## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period[6]

| Service Description | Amount |
|---|---|
| Word Processing | $32.50 |
| **Total** | **$32.50** |

---

[6] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.

**EXHIBIT D**

16-11700-smb    Doc 358    Filed 10/19/16    Entered 10/19/16 14:01:15    Main Document
Pg 10 of 12

FED. TAX ID NO. 13-5510029

WIRE TRANSFER
HSBC BANK USA, 110 WILLIAM STREET, N.Y., N.Y. 10038
ABA #021001088
CAHILL GORDON & REINDEL LLP
A/C #015-70965-5

Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street
33rd Floor
New York, NY 10022

BILL NO.

CAHILL GORDON & REINDEL LLP          244590
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

October 12, 2016

Re: DIP Special Litigation Counsel

| | | |
|---|---|---|
| For professional services rendered in connection with the DIP Special Litigation Counsel matter during the period ended September 30, 2016 | $ | 7,360.00 |
| Disbursements and charges | | 32.50 |
| TOTAL | $ | 7,392.50 |

GAWKER MEDIA LLC  
DIP Special Litigation Counsel  
Page 2

October 12, 2016

FOR PROFESSIONAL SERVICES RENDERED

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/12/16 | Buckley, S | E-corr to/from COC re: current status of settlement and Gawker archives | 0.30 |
| 09/13/16 | Buckley, S | E-corr. COC re: settlement issues (.10); e-corr to/from J. Levitin re: objections not received (.10) | 0.20 |
| 09/14/16 | Levitin, JH | Preparing August fee statement and corresp re same. | 0.50 |
| 09/14/16 | Buckley, S | Rev. corr. from Oliveri re settlement progress (.10); e-mem. COC re: same (.10); rev. Levitin template and rev. draft of monthly statement details. (.20) | 0.40 |
| 09/15/16 | Levitin, JH | Corresp w/ S Buckley regarding statement issues. | 0.20 |
| 09/15/16 | Buckley, S | Internal communications re: monthly fee statement for August | 0.30 |
| 09/16/16 | Buckley, S | Gathering information for monthly statement (.50); categorizing all time for monthly statement (.50); revise draft of statement (1.0) | 2.00 |
| 09/19/16 | Levitin, JH | Finalizing fee statement for filing (.4) and discussions w/ S Buckley re same (.1). | 0.50 |
| 09/19/16 | Buckley, S | TC J. Levitin re: today's filing | 0.10 |
| 09/20/16 | Buckley, S | Rev. corr. from opposing counsel (.10); review his revised draft of settlement agreement (.40); mem. to client re: proposed revisions and suggested response (.30); e-corr to/from S. Abdel re: litigation going forward (.20) | 1.00 |
| 09/21/16 | Buckley, S | Rev. COC comments on new draft and respond | 0.40 |
| 09/23/16 | Buckley, S | Rev. mem. from COC and respond (.40); communications with new counsel for Gawker (.20) | 0.60 |
| 09/28/16 | Buckley, S | Correspondence with Will Holden re: settlement (.30); rev. corr. from opposing counsel re: same (.10) | 0.40 |
| 09/29/16 | Buckley, S | Prep. for conference call re: settlement (.30); conf. call Will Holden re: settlement (.50); e-corr. and TC opposing counsel (.50); revise settlement docs per discussions (.70); mem. to Holden re: revisions (.30) | 2.30 |

GAWKER MEDIA LLC  October 12, 2016
DIP Special Litigation Counsel
Page 3

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| | | TOTAL TIME | 9.20 |

--------------------TIME RECAP--------------------

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Buckley, S | 800.00 | 8.00 | 6,400.00 |
| Levitin, JH | 800.00 | 1.20 | 960.00 |
| TOTAL | | 9.20 | $7,360.00 |

| DISBURSEMENTS AND CHARGES | AMOUNT |
|---|---|
| Word Processing | 32.50 |
| Total Disbursements | $32.50 |