ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :   Case No. 16-11700 (SMB)
                                                       :
                    Debtors.                           :   (Jointly Administered)
                                                       :
-------------------------------------------------------x

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR OCTOBER 20, 2016 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that on October 3, 2016, Gawker Media LLC, Gawker Media Group, Inc. and Kinja Kft (collectively, the "Debtors") filed the *Debtors' Second Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* (the "Motion") [Docket No. 314], and attached as Exhibit A thereto a proposed order granting the Motion.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59467070_1

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion were due no later than October 17, 2016 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was scheduled to be heard by the United States Bankruptcy Court for the Southern District of New York (the "Court") on October 20, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that on October 19, 2016, the Debtors filed the *Certificate of No Objection to Debtors' Second Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* [Docket No. 359].

**PLEASE TAKE FURTHER NOTICE** that on October 20, 2016, the Court entered the *Second Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006(b) Extending Time Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* [Docket No. 361] (the "Order").

[remainder of page intentionally left blank]

59467070_1

**PLEASE TAKE FURTHER NOTICE** that, the Order having been entered granting the relief sought in the Motion, and no other matters having been scheduled to be heard by the Court in the above-captioned chapter 11 cases at the Hearing, the Hearing is hereby **cancelled**.

Dated: October 20, 2016
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

59467070_1