**Objection Deadline: November 4, 2016, at 4:00 p.m.**

BRANNOCK & HUMPHRIES
Steven L. Brannock
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone: (813) 223-4300
Facsimile: (813) 262-0604

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                   :
In re                                              :        Chapter 11
                                                   :
Gawker Media LLC, *et al.,*[1]                     :        Case No. 16-11700 (SMB)
                                                   :
                     Debtors.                      :        (Jointly Administered)
                                                   :
-------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF BRANNOCK & HUMPHRIES OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JUNE 10, 2016, THROUGH SEPTEMBER 30, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing address are c/o William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Name of Applicant:                          Brannock & Humphries
                                            Counsel to the Debtors and Debtors in Possession

Date of Retention:                          September 23, 2016 (*nunc pro tunc* to June 10, 2016)
                                            [Docket No. 287]

Period for Which Fees and Expenses are
Incurred:                                   June 10, 2016 through and including September
                                            30, 2016

Fees Incurred:                              $19,638.48

Payment of Fees Requested (80%):            $15,710.78

Expenses Incurred:                          $286.04

Total Fees and Expenses Due:                $15,996.82

This is a:___X___Monthly _____ Interim_____ Final Application.

## PRELIMINARY STATEMENT

Brannock & Humphries ("B&H"), attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Kinja Kft. ("Kinja", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from June 10, 2016, through and including September 30, 2016, (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). B&H requests: (a) interim allowance and payment of compensation in the amount of $15,710.78 (80% of $19,638.48) of fees on account of reasonable and necessary professional services rendered to the Debtors by B&H and (b) reimbursement of actual and necessary costs and expenses in the amount of $286.04 incurred by B&H during the Compensation Period. B&H requests payment in the total amount of $15,996.82. B&H currently holds $16,658.00 on retainer as disclosed in the Debtors' application to retain B&H. Absent the filing of a timely objection, B&H will apply the funds held on retainer in full payment of the $15,996.82 fees and expenses requested herein.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each B&H professional and paraprofessional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of B&H attorneys during the Compensation period is approximately $458.51. The blended hourly billing rate of legal assistants during the Compensation Period is approximately $137.93.

2.    **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by B&H professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

3.    **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

4.    **Exhibit D** sets forth detailed time records of B&H professionals for the Compensation Period.

5.    **Exhibit E** sets forth a complete itemization of expenses incurred by B&H in connection with services rendered to the Debtors during the Compensation Period for which B&H seeks reimbursement.

### NOTICE

6.    Pursuant to the Interim Compensation Order, B&H has asked Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third

Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com); (e) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com).   Additionally, B&H is serving unredacted copies of the fee statement by FedEx to The Honorable Stuart M. Bernstein, U.S. Bankruptcy Court for the Southern District of New York, 1 Bowling Green, Room 723, New York, NY 10004, and by FedEx and e-mail to United States Trustee William K. Harrington, U.S. Trustee for the Southern District of New York, Attn: Greg M. Zipes & Susan Arbeit (Greg.zipes@usdoj.gov; Susan.arbeit@usdoj.gov), 201 Varick Street, Room 1006, New York, NY 10014.

Dated:   October 20, 2016

<div style="margin-left:40%">

**/s/Steven L. Brannock**
Steven L. Brannock
Brannock & Humphries
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone:  (813) 223-4300
Facsimile:  (813) 262-0604
sbrannock@bhappeals.com

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

</div>

## Exhibit A

**Timekeeper Summary**

**TOTAL TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION[2] |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 30.4 | $14,440.00 | $13,848.63 |
| Philip J. Padovano | Shareholder | Appellate | 1973 | $475.00 | 2.6 | $1,235.00 | $1,049.75 |
| Ceci Culpepper Berman | Shareholder | Appellate | 2000 | $400.00 | 9.3 | $3,720.00 | $3,162.00 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 11.3 | $1,582.00 | $1,561.00 |
| Courtney Phillips | Paralegal | Appellate | N/A | $60.00 | 0.3 | $18.00 | $17.10 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION[3] |
|---|---|---|---|---|
| Partners and Counsel | $458.51 | 42.3 | $19,395.00 | $18,060.38 |
| Paraprofessionals/Staff | $137.93 | 11.6 | $1,600.00 | $1,578.10 |
| Total Fees Incurred | | 53.9 | $20,995.00 | $19,638.48 |

---

[2] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Matter.
[3] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Matter.

**GAWKER MEDIA LITIGATION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 8.3 | $3,942.50 | $3,351.13 |
| Philip J. Padovano | Shareholder | Appellate | 1973 | $475.00 | 2.6 | $1,235.00 | $1,049.75 |
| Ceci Culpepper Berman | Shareholder | Appellate | 2000 | $400.00 | 9.3 | $3,720.00 | $3,162.00 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 1.0 | $140.00 | $119.00 |
| Courtney Phillips | Paralegal | Appellate | N/A | $60.00 | 0.1 | $6.00 | $5.10 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|
| Partners and Counsel | $429.41 | 20.2 | $8,897.50 | $7,562.88 |
| Paraprofessionals/Staff | $132.73 | 1.1 | $146.00 | $124.10 |
| Total Fees Incurred | | 21.3 | $9,043.50 | $7,686.98 |

**GAWKER BANKRUPTCY RETENTION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 22.1 | $10,497.50 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 10.3 | $1,442.00 |
| Courtney Phillips | Paralegal | Appellate | N/A | $60.00 | 0.2 | $12.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $475.00 | 22.1 | $10,497.50 |
| Paraprofessionals/Staff | $141.17 | 10.5 | $1,454.00 |
| Total Fees Incurred | | 32.6 | $11,951.50 |

**<u>Exhibit B</u>**

**Task Code Summary**

**TASK CODE SUMMARY**

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Litigation | 21.3 | $7,686.98 |
| B&H Retention & Fee Applications | 32.6 | $11,951.50 |
| **TOTAL:** | 53.9 | $19,638.48 |

## **Exhibit C**

**Disbursement Summary**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNTS |
|---|---:|
| CourtCall Charges | $109.00 |
| Photocopy | $49.60 |
| Travel | $27.98 |
| Online Research | $99.46 |
| **Total:** | **$286.04** |

**<u>Exhibit D</u>**

**Time Detail**

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 6/10/2016 | CCB | Before leaving for hearing, emails with P. Safier and P. Padovano regarding ████████ ████████████████████ ████████████████████████ (.7); travel to/from St. Petersburg for hearing and attend hearing on motion for stay pending appeal, bond, and other post-trial discovery issues, including work at courthouse with R. Fugate, M. Berry, and P. Safier to work on notice of appeal, emergency stay pending appeal (7.7); follow-up upon return to office about amending suggestion of bankruptcy to correct filing date(.2). | 8.60 | $400.00 | $3,440.00 |
| 6/10/2016 | PJP | Review motion  for stay and provisional motion for stay (1.8); prepare comments and revisions ████████ (.4); Phone Conference with Seth, Paul, Nathan & Ceci re: ████████████ (.4). | 2.60 | $475.00 | $1,235.00 |
| 6/10/2016 | CLP | Review email from C. Berman and call trial counsel regarding ████████████. | 0.10 | $60.00 | $6.00 |
| 6/13/2016 | SUD | Office conference with C. Berman regarding ████████████████ ████████████████████. | 0.20 | $140.00 | $28.00 |
| 6/14/2016 | CCB | Receipt and review of DCA suggestion of bankruptcy filing. | 0.10 | $400.00 | $40.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

### Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 6/17/2016 | CCB | Telephone conference with P. Safier regarding ██████████ (.2); locate article by Second DCA judge about impact of bankruptcy filing on appellate proceedings and ██████ ██████████ (.1). | 0.30 | $400.00 | $120.00 |
| 6/20/2016 | SLB | Conference regarding ██████████ ██████████ ██████████ ████████. | 0.80 | $475.00 | $380.00 |
| 6/22/2016 | SLB | Review, analysis and revision of agreed stay order and ██████████ (.6); extensive conference regarding ████ ██████████ (.6). | 1.20 | $475.00 | $570.00 |
| 6/22/2016 | SUD | Email with S. Brannock regarding ████ ██████████ ██. | 0.30 | $140.00 | $42.00 |
| 6/27/2016 | SLB | Review and revise draft stay order (.3); conference with trial counsel regarding ████ (.2). | 0.50 | $475.00 | $237.50 |
| 6/29/2016 | CCB | Correspondence with P. Safier regarding ██████████ ██████████ ████████ █. | 0.30 | $400.00 | $120.00 |
| 7/6/2016 | SUD | Telephone conferences with P. Safier regarding ██████████. | 0.20 | $140.00 | $28.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

---

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/6/2016 | SLB | Various conferences with trial counsel regarding ███████ ███ . | 0.40 | $475.00 | $190.00 |
| 7/11/2016 | SUD | Telephone conference with Paul Safier regarding ████████████ (.1); email Paul Safier regarding ████ ████████████████ (.1). | 0.20 | $140.00 | $28.00 |
| 7/14/2016 | SLB | Consider strategy in connection with ███ █████████████████████ (.3); review █████ ███████████████ (.2). | 0.50 | $475.00 | $237.50 |
| 9/12/2016 | SLB | Preparation for and participation in strategy conferences regarding ████████ █████████████████ ███████ (1.0); review draft proposed stipulations concerning appellate timing issues in the Second DCA (.8). | 1.80 | $475.00 | $855.00 |
| 9/13/2016 | SLB | Further strategy conferences among the team regarding ████████ ████████████████ (.8); preparation for conferences and review of draft stipulations (.5). | 1.30 | $475.00 | $617.50 |
| 9/14/2016 | SLB | Exchange email correspondence regarding ██████████████████ ██████████████████ ███████ . | 0.30 | $475.00 | $142.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/14/2016 | SUD | Office conference with S. Brannock regarding ███████ ████████████████. | 0.10 | $140.00 | $14.00 |
| 9/15/2016 | SLB | Consider strategy relating to ████████ ███████████ (.2); exchange emails regarding ████ (.2). | 0.30 | $475.00 | $142.50 |
| 9/29/2016 | SLB | Conference regarding ████████████ ████████████████████ ████ (.5); consideration of issues relating to █████████████████████████ ████ (.7). | 1.20 | $475.00 | $570.00 |

|  |  |
|--|--|
| **Total Service Amount:** | **$9,043.50** |
| **Amount Due This Invoice:** | **$9,043.50** |

*This invoice is due upon receipt*

### Staff Summary

| Name | Initials | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| Ceci Berman | CCB | 9.30 | $400.00 | $3,720.00 |
| Courtney L. Phillips | CLP | 0.10 | $60.00 | $6.00 |
| Philip J. Padovano | PJP | 2.60 | $475.00 | $1,235.00 |
| Sarah DePerto | SUD | 1.00 | $140.00 | $140.00 |
| Steven L. Brannock | SLB | 8.30 | $475.00 | $3,942.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

### Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Services: | | | | | |
| 7/5/2016 | SUD | Review ███████ (.2); conference with S. Brannock regarding ███ (.1); review motion for entry of order authorizing retention (.2); conference with S. Brannock regarding ███ (.1). | 0.60 | $140.00 | $84.00 |
| 7/14/2016 | SUD | Run conflict check relevant to bankruptcy retention (1.7); conference with S. Brannock regarding ███ (.2); review items needed to complete retention application (.1); conference with S. Brannock and S. Ehrhard regarding ███ (.1). | 2.10 | $140.00 | $294.00 |
| 7/15/2016 | SUD | Continue bankruptcy conflict check (1.9); review draft retention application (.3); conference with S. Brannock regarding ███ (.1); email S. Ehrhard regarding ████████████ (.1). | 2.40 | $140.00 | $336.00 |
| 7/18/2016 | SLB | Continue to work on the motion papers relating to Brannock & Humphries retention as counsel. | 0.80 | $475.00 | $380.00 |
| 7/19/2016 | SLB | Continued work on the retention motions. | 1.40 | $475.00 | $665.00 |
| 7/19/2016 | SUD | Revise retention application (.5); conference with S. Brannock regarding ███ (.1). | 0.60 | $140.00 | $84.00 |
| 7/21/2016 | SLB | Continued work on retention motions and applications. | 0.80 | $475.00 | $380.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

# Invoice

|  |  |
|---|---|
| William Holden | **Invoice Date:** Oct 19, 2016 |
| Gawker Media LLC | **Invoice Num:** 4348 |
| 114 Fifth Avenue | **Billing Through:** Sep 30, 2016 |
| 2nd Floor |  |
| New York, NY 10011 |  |

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/22/2016 | SLB | Edit, proof and review retention application. | 1.50 | $475.00 | $712.50 |
| 7/27/2016 | CLP | Review emails from S. Brannock regarding ███████████ (.1); email S. Brannock regarding ████████ (.1). | 0.20 | $60.00 | $12.00 |
| 8/1/2016 | SLB | Work on issues relating to ███████ ████████████ (.4); review retention applications(.8); various conferences regarding ████████ (.3); consideration of issues raised by the retention(.2). | 1.70 | $475.00 | $807.50 |
| 8/6/2016 | SLB | Conference regarding ████████ ██████████. | 0.30 | $475.00 | $142.50 |
| 8/8/2016 | SLB | Preparation for bankruptcy retention hearing including various conferences with bankruptcy counsel and co-counsel regarding ████████ (1.1); review retention materials prior to the hearing (.7). | 1.80 | $475.00 | $855.00 |
| 8/8/2016 | SUD | Telephone conference with Ropes lawyer regarding ███████████████ and conference with S. Brannock regarding ████. | 0.10 | $140.00 | $14.00 |
| 8/9/2016 | SLB | Prepare for (.8) and participation in hearing on retention of counsel for the appeal (1.3). | 2.10 | $475.00 | $997.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

|                          | **Invoice**                       |
|--------------------------|-----------------------------------|
| William Holden           | **Invoice Date:** Oct 19, 2016    |
| Gawker Media LLC         | **Invoice Num:** 4348             |
| 114 Fifth Avenue         | **Billing Through:** Sep 30, 2016 |
| 2nd Floor                |                                   |
| New York, NY 10011       |                                   |

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/12/2016 | SLB | Various conferences with co-counsel regarding ███████████ ███████████████ (.5); review of potential agreements regarding fee applications (.6). | 1.10 | $475.00 | $522.50 |
| 8/15/2016 | SLB | Various conferences with co-counsel regarding ███████████ ████████████████ ███████. | 0.70 | $475.00 | $332.50 |
| 8/16/2016 | SLB | Review of correspondence regarding ███ ██████████████ (.5); various conferences regarding ████████ ████████ (.4); prepare for upcoming bankruptcy retention hearing (.4). | 1.30 | $475.00 | $617.50 |
| 8/17/2016 | SLB | Continued participation in conferences regarding ███████████ (.7); preparation for retention hearing including review of agreements and retention application (1.5). | 2.20 | $475.00 | $1,045.00 |
| 8/18/2016 | SLB | Prepare for (.5) and attend (1.5) Gawker bankruptcy retention hearing. | 2.00 | $475.00 | $950.00 |
| 8/29/2016 | SLB | Conference with co-counsel regarding ███ ████████████████ ███████████. | 0.40 | $475.00 | $190.00 |
| 9/13/2016 | SLB | Conference regarding ██████████ ██████████ (.3) and █████████ ██████████████ █████████ (.1). | 0.40 | $475.00 | $190.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/16/2016 | SUD | Prepare draft fee filings for submission to bankruptcy court (0.4); email with S. Brannock regarding ▮ (0.1). | 0.50 | $140.00 | $70.00 |
| 9/19/2016 | SUD | Review bills and continue bankruptcy fee filings (1.2); conference with S. Brannock regarding ▮ (0.3); conference with S. Ehrhard regarding billing reports (0.1); telephone conference with Alex McGee regarding ▮▮▮▮▮ (0.1); email Seth Berlin, Mike Berry and Paul Safier regarding ▮▮▮ (0.1). | 1.80 | $140.00 | $252.00 |
| 9/19/2016 | SLB | Work on issues relating to the fee retention and fee submission. | 0.50 | $475.00 | $237.50 |
| 9/20/2016 | SLB | Continued work on retention and fee submission issues including redacting of fee entries and preparation of additional materials necessary for the bankruptcy filing. | 1.30 | $475.00 | $617.50 |
| 9/20/2016 | SUD | Edit monthly statement (0.8); various conferences with S. Brannock regarding ▮ (0.4); telephone conference with Alex McGee regarding ▮▮▮▮ (0.2). | 1.40 | $140.00 | $196.00 |
| 9/21/2016 | SLB | Various conferences regarding ▮▮▮▮ (.3); work on bankruptcy submissions relating to payment (.9). | 1.20 | $475.00 | $570.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

### Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/21/2016 | SUD | Email Ropes & Gray regarding ██████ ████████ (0.1); conference with S. Brannock regarding ████████ (0.1); revise draft monthly statement and email Michael Berry regarding ████████ (0.2). | 0.40 | $140.00 | $56.00 |
| 9/23/2016 | SLB | Work on issues relating the retention in Gawker including review of court's order approving the retention. | 0.30 | $475.00 | $142.50 |
| 9/23/2016 | SUD | Telephone conference with Alex McGee regarding ████████ (0.1); review and discuss ████ with S. Brannock (0.2). | 0.30 | $140.00 | $42.00 |
| 9/29/2016 | SUD | Office conference with S. Brannock regarding ████████ and email to Ropes & Gray regarding ████. | 0.10 | $140.00 | $14.00 |
| 9/29/2016 | SLB | Conference regarding ████████ and regarding ████████ ████. | 0.30 | $475.00 | $142.50 |

**Total Service Amount:** $11,951.50

**Amount Due This Invoice:** $11,951.50

*This invoice is due upon receipt*

**Staff Summary**

| | | | | |
|---|---|---|---|---|
| **Courtney L. Phillips** | CLP | 0.20 | $60.00 | $12.00 |
| **Sarah DePerto** | SUD | 10.30 | $140.00 | $1,442.00 |
| **Steven L. Brannock** | SLB | 22.10 | $475.00 | $10,497.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

**<u>Exhibit E</u>**

**Expense Detail**

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

# Invoice

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4345

**Billing Through:** Sep 30, 2016

### Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 6/10/2016 | | Hearing - Mileage | | | $23.98 |
| 6/10/2016 | | Hearing - Parking | | | $4.00 |
| 6/30/2016 | | Photocopy charges | | | $49.60 |
| 7/31/2016 | | Online Research | | | $99.46 |

| | | |
|---|---|---|
| **Total Expenses:** | **$177.04** |
| **Amount Due This Invoice:** | **$177.04** |

*This invoice is due upon receipt*

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4343

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Reimbursable Expenses:** | | | | | |
| 8/8/2016 | | CourtCall - Telephonic Hearing Appearance | | | $65.00 |
| 8/16/2016 | | CourtCall - Telephonic Hearing Appearance | | | $44.00 |

**Total Expenses:** $109.00

**Amount Due This Invoice:** $109.00

*This invoice is due upon receipt*

We appreciate your business.