OBJECTION DEADLINE: NOVEMBER 4, 2016 AT 4:00 P.M. (PREVAILING EASTERN TIME)

THOMAS & LOCICERO PL
Gregg D. Thomas
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re                                                    :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                           :    Case No. 16-11700 (SMB)
:
　　　　　　Debtors.                                       :    (Jointly Administered)
:
---------------------------------------------------------x

**FIRST MONTHLY STATEMENTS OF THOMAS & LOCICERO PL OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JUNE 10, 2016 THROUGH SEPTEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | Thomas & LoCicero PL<br>Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | June 10, 2016 (*nunc pro tunc* to June 10, 2016)<br>[Docket No. 101] |
| Period for Which Fees and Expenses are Incurred: | June 10, 2016 through and including September 30, 2016 |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| Fees Incurred: | $6,400.00 |
| Reduction of fees for portions attributable to Non-Debtor Defendants[2] | $ 960.00 |
| Total Net fees: | $5,440.00 |
| Payment of Fees Requested (80%): | $4,352.00 |
| Expenses Incurred: | $3,445.02 |
| Total Fees and Expenses Due: | $7,797.02 |

This is a:___X___Monthly _____ Interim_____ Final Application.

---

[2] Pursuant to Paragraph 6 of this Court's Order Authorizing the Retention of Thomas & LoCicero PL as Special Litigation Counsel (Dkt. 288) (the "Retention Order"), with respect to compensation of TLo for services performed in connection with Actions involving Non-Debtor Defendants, the Debtors' estate shall be liable for 85% of the fees and 100% of expenses for services rendered jointly on behalf of the Debtors and Non-Debtor Defendants.Compensation for services rendered on behalf of both the Debtors and Non-Debtor Defendants (the"Non-Debtor Allocation") shall be due pursuant to arrangements between TLo and the Non-Debtor defendants. As described in paragraph 11 of the Debtors' Application (Dkt. 132) and in paragraph 5 of the Declaration of Gregg D. Thomas in support thereof (Dkt. 132), this matter is as follows: *Bollea I*.

2

## PRELIMINARY STATEMENT

Thomas & LoCicero PL ("Thomas & LoCicero"), attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Kinja Kft. ("Kinja", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from June 10, 2016 through and including September 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Thomas & LoCicero requests: (a) interim allowance and payment of compensation in the amount of $4,352.00 (80% of $5,440.00) of fees on account of reasonable and necessary professional services rendered to the Debtors by Thomas & LoCicero and (b) reimbursement of actual and necessary costs and expenses in the amount of $3,445.02 incurred by Thomas & LoCicero during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Thomas & LoCicero professional and paraprofessional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Thomas & LoCicero attorneys during the Compensation period is approximately $367.82.

2. **Exhibit B** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

3. **Exhibit C** sets forth detailed time records and expenses of Thomas & LoCicero professionals for the Compensation Period of June 10 – September 30, 2016.

3

## NOTICE

Pursuant to the Interim Compensation Order, Thomas & LoCicero has directed Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com); (e) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com).

Dated: October 20, 2016
New York, NY

                                                                                                        /s/ *Gregg D. Thomas*
                                                                                                         Gregg D. Thomas

GREGG D. THOMAS
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (212) 984-3070
gthomas@tlolawfirm.com

*Counsel to the Debtors and Debtors in Possession*

# Exhibit A

## Timekeeper Summary

## Exhibit A

### Timekeeper Summary

## TIMEKEEPER SUMMARY

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Gregg D. Thomas | Partner | Litigation | 1976 | $495.00 | 3.7 | $1,831.50 |
| Rachel E. Fugate | Partner | Litigation | 1998 | $320.00 | 9.6 | $3,072.00 |
| James J. McGuire | Partner | Litigation | 1993 | $365.00 | 4.1 | $1,496.50 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $367.82 | 17.4 | $6,400.00 |
|  |  |  |  |
|  |  |  |  |
| Total Fees Incurred |  | 17.4 | $6,400.00 |

## Exhibit B

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---|
| | |
| Courier Service | $160.00 |
| CourtCall Charges | $81.00 |
| Filing Fees | $1,476.00 |
| Travel | $118.48 |
| Photocopy | $155.54 |
| | |
| | |
| | |
| Transcript of Testimony | $1,454.00 |
| | |
| **Total:** | **$3,445.02** |

## Exhibit C

**Redacted Time and Expense Detail**

601 South Boulevard
Tampa, FL 33606
813-984-3060
Federal Tax I.D. No.: 20-3966788

| | |
|---|---|
| Gawker Media, LLC<br>114 5th Avenue<br>2nd Floor<br>New York NY 10011-5611 | Page: 1<br>October 20, 2016<br>Account No:    474-000001<br>Statement No:    175472 |

Attn: William Holden

Terry Bollea v. Gawker Media LLC

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/10/2016 | REF | Attend hearing on motion for stay of judgment and update clients re same. | 320.00 | 4.00 | 1,280.00 |
| | JJM | Review notice and related materials to ensure they are ready for filing (.9); conduct numerous phone calls with clerk of Pinellas County and clerk of Second DCA re notice of appeal, need for case number, and possible emergency motion for stay (1.2); review and respond to emails and phone calls from counsel at hearing (2.0). | 365.00 | 4.10 | 1,496.50 |
| 06/16/2016 | GDT | Review emails from S. Vogt to T. McCreary regarding stay of proceedings and cancellation of hearing (.1); review M. Berry email confirming application of bankruptcy stay (.1); review email from Circuit Court Clerk's office regarding preparation of the record on appeal--forward to M. Berry, P. Safier and S. Berlin (.2); review M. Berry's email regarding _____ (.1); review email from T. McCreary regarding decision regarding June status hearing (.1). | 495.00 | 0.60 | 297.00 |
| 06/17/2016 | GDT | Review and respond to emails _____ (.1); review K. Brown's emails regarding the _____ (.1); review email from M. Berry regarding _____ (.1). | 495.00 | 0.30 | 148.50 |
| 06/23/2016 | GDT | Review Order from Second DCA regarding stay of proceedings and need to report to the Court in 120 days. | 495.00 | 0.10 | 49.50 |
| | | For Current Services Rendered | | 9.10 | 3,271.50 |

Gawker Media, LLC                                                              Page 2
                                                                   October 20, 2016
                                                       Account No:    474-000001
                                                       Statement No:      175472
Terry Bollea v. Gawker Media LLC


                                Recapitulation
| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregg Thomas | 1.00 | $495.00 | $495.00 |
| Rachel E Fugate | 4.00 | 320.00 | 1,280.00 |
| James J McGuire | 4.10 | 365.00 | 1,496.50 |

                                  Expenses

| Date | Description | Amount |
|---|---|---|
| 06/10/2016 | Riesdorph Reporting Group, Inc. - Attendance at hearing before The Honorable Pamela A.M. Campbell on 6/10/16, rough draft and transcript of hearing. | 997.00 |
| 06/10/2016 | Rachel E. Fugate - Travel expenses re hearing on 6/10/16. | 89.33 |
| 06/15/2016 | Clerk of Court, Pinellas County - Filing fee. | 121.00 |
| 06/15/2016 | Clerk, Second District Court of Appeal - Filing fee for new Appeal. | 300.00 |
| 06/30/2016 | Copy charges for June 2016 (714 @ .07). | 49.98 |
| 07/25/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to Bajo Cuva Cohen & Turkel on 7/25/16. | 14.00 |
| 07/25/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Second District Court of Appeals in Lakeland, FL, on 7/25/16. | 65.00 |
| 07/26/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Pinellas County Courthouse on 7/26/16. | 28.50 |
| 07/27/2016 | The Florida Bar - Pro Hac Vice admission fees for Seth Berlin, Paul Safier, and Michael Berry. | 750.00 |
| 07/29/2016 | Second District Court of Appeal - Pro Hac Vice fee for S. Berlin, P. Safier, and M. Berry. | 305.00 |
| 07/31/2016 | Copy charges for July 2016 (501 @ .07). | 35.07 |
| 08/09/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Pinellas County Courthouse on 8/9/16. | 24.50 |
| 08/11/2016 | Riesdorph Reporting Group, Inc. - Attendance at hearing before The Honorable Pamela A.M. Campbell on 8/11/16 and transcript of hearing. | 457.00 |
| 08/11/2016 | Rachel E. Fugate - Travel expenses to attend hearing in St. Petersburg, FL, on 8/11/16. | 29.15 |
| 08/23/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to Ken Turkel, Bajo Cuva Cohen & Turkel, P.A., on 8/23/16. | 14.00 |
| 08/23/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to JP Morgan Chase on 8/23/16. | 14.00 |
| 08/31/2016 | Copy charges for August 2016 (972 @ .07). | 68.04 |
| 09/30/2016 | Copy charges for September 2016 (35 @ .07). | 2.45 |
| | Total Expenses | 3,364.02 |
| | Total Current Work | 6,635.52 |
| | Balance Due | $6,635.52 |

**We accept Visa, MasterCard, Discover, and American Express.**

601 South Boulevard
Tampa, FL 33606
813-984-3060
Federal Tax I.D. No.: 20-3966788

Gawker Media, LLC
114 5th Avenue
2nd Floor
New York NY  10011-5611

Attn: William Holden

Page: 1
October 20, 2016
Account No:   474-000006
Statement No:       175473

Bankruptcy

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 06/10/2016 | GDT | Telephone conferences regarding | 495.00 | 0.40 | 198.00 |
| | REF | Meet and confer with LSKS team, bankruptcy counsel and client re | 320.00 | 4.80 | 1,536.00 |
| 06/20/2016 | GDT | Review Terry Bollea's notice of filing two Orders from the Bankruptcy Court in the Southern District of New York. | 495.00 | 0.10 | 49.50 |
| 06/28/2016 | GDT | Emails to and from S. Berlin (.1); telephone with S. Berlin regarding (.1). | 495.00 | 0.20 | 99.00 |
| 07/19/2016 | GDT | Review emails to and from counsel from Ropes and Gray. | 495.00 | 0.10 | 49.50 |
| 07/25/2016 | GDT | Review Order from Bankruptcy Court regarding stay. | 495.00 | 0.10 | 49.50 |
| 08/05/2016 | REF | Conference call with bankruptcy counsel re | 320.00 | 0.50 | 160.00 |
| 08/08/2016 | GDT | Attend hearing telephonically on retention motions in Gawker Bankruptcy. | 495.00 | 0.20 | 99.00 |
| 08/09/2016 | GDT | Attend Gawker bankruptcy hearing by telephone. | 495.00 | 0.80 | 396.00 |
| 08/16/2016 | GDT | Review emails regarding scheduling hearing before Bankruptcy Court. | 495.00 | 0.10 | 49.50 |
| 08/18/2016 | GDT | Telephonic attendance at retention hearing in Bankruptcy Court in the Southern District of New York. | 495.00 | 0.30 | 148.50 |

Gawker Media, LLC

October 20, 2016

Account No: 474-000006
Statement No: 175473

Bankruptcy

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 09/14/2016 | GDT | Review email from M. Berry and attached stipulation regarding lifting of the bankruptcy stay to proceed to an appeal in the Second DCA (.2); office conference with R. Fugate (.1); email to M. Berry (.1). | 495.00 | 0.40 | 198.00 |
|  | REF | Review stipulation re lifting stay in bankruptcy proceeding and confer with G. Thomas | 320.00 | 0.30 | 96.00 |
|  |  | For Current Services Rendered |  | 8.30 | 3,128.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregg Thomas | 2.70 | $495.00 | $1,336.50 |
| Rachel E Fugate | 5.60 | 320.00 | 1,792.00 |

Expenses

| 08/09/2016 | CourtCall - Conference call fee for hearing on 8/9/16. | 44.00 |
|---|---|---|
| 08/18/2016 | CourtCall - Conference call fee for hearing on 8/18/16. | 37.00 |
|  | Total Expenses | 81.00 |
|  | Total Current Work | 3,209.50 |
|  | Balance Due | $3,209.50 |

**We accept Visa, MasterCard, Discover, and American Express.**