**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
: 
In re                                                  :   Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :   Case No. 16-11700 (SMB)
                                                       :
              Debtors.                                 :   (Jointly Administered)
                                                       :
---------------------------------------------------x

**SECOND MONTHLY STATEMENT OF CITRIN COOPERMAN & COMPANY, LLP OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016</u>**

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP<br>Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | September 1, 2016 through and including September 30, 2016 |
| Fees Incurred: | <u>$41,233.75</u> |
| Payment of Fees Requested (80%): | <u>$32,987.00</u> |
| Expenses Incurred: | <u>$0.00</u> |
| Total Fees and Expenses Due: | <u>$32,987.00</u> |

This is a:__X__Monthly _____ Interim_____ Final Application.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

## PRELIMINARY STATEMENT

1. Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc. ("GMGI" and collectively with Gawker Media, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from September 1, 2016 through and including September 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Citrin requests: (a) interim allowance and payment of compensation in the amount of $32,987.00 (80% of $41,233.75) of fees on account of reasonable and necessary professional services rendered to the Debtors by Citrin and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Citrin during the Compensation Period. Citrin requests payment in the total amount of $32,987.00.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates and aggregate hours spent by each Citrin professional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Citrin professionals during the Compensation period is approximately $388.08.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Citrin professionals in rendering services to the Debtors during the Compensation Period.

2

4. **Exhibit C** sets forth detailed time records of Citrin professionals for the Compensation Period.

*[Remainder of this page intentionally left blank.]*

## NOTICE

5. Pursuant to the Interim Compensation Order, Citrin has directed Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, 114 Fifth Avenue, New York, NY 10011, Attn: Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (e) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated:  October 20, 2016
        New York, NY

/s/ Michael E. Rhodes
Michael E. Rhodes
CITRIN COOPERMAN & COMPANY LLP
529 Fifth Avenue
New York, NY 10017
Telephone: (212) 697-1000
Facsimile:  (212) 697-1004
mrhodes@citrincooperman.com

*Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession*

4

# Exhibit A

## Timekeeper Summary

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Freel, Michael | Manager | State & Local Tax | $ 410.00 | 55.00 | $ 22,550.00 |
| Gaebel, Katerina | Staff | Audit & Accounting | $ 170.00 | 10.75 | $ 1,827.50 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 10.50 | $ 4,830.00 |
| Porricelli, Thomas | Supervisor** | Audit & Accounting | $ 250.00 | 11.00 | $ 2,750.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 560.00 | 12.50 | $ 7,000.00 |
| Rogan, John | Staff | Audit & Accounting | $ 180.00 | 2.75 | $ 495.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 475.00 | 3.75 | $ 1,781.25 |
| Total Compensation | | | $ 388.08 | 106.25 | $ 41,233.75 |

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 540.38 | 16.25 | 8,781.25 |
| Directors | $ 460.00 | 10.50 | 4,830.00 |
| Managers | $ 410.00 | 55.00 | 22,550.00 |
| Supervisors | $ 250.00 | 11.00 | 2,750.00 |
| Staff | $ 172.04 | 13.50 | 2,322.50 |
| Total Fees Incurred | | 106.25 | 41,233.75 |

# Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 214 | Other Special Projects | 11.25 | $ 4,102.50 |
| 238 | Bankruptcy-Meeting, Correspond | 3.00 | $ 1,680.00 |
| 300 | Taxes - General | 10.50 | $ 4,830.00 |
| 309 | Prep of Commercial Rent Tax | 3.25 | $ 620.00 |
| 609/613 | SALT Consulting & Projects/SALT Professionals | 78.25 | $ 30,001.25 |
| TOTAL | | 106.25 | $ 41,233.75 |

## Exhibit C

## Time Detail

Citrin Cooperman & Company, LLP
Billing Worksheet
Client - Client Code
For the Period: 09/01/2016 - 09/30/2016
WIP Approved ( 09/30/2016 )

| WIP - Gawker Media (0) - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/14/2016 | Netsuite research and meeting with Rhodes | $ 250.00 | 2.00 | $ 500.00 |
| ACCT | 214 Other Special Projects | Gaebel, Katerina | 09/14/2016 | Looked into intercompany payable accounts for Mike Rhodes. | $ 170.00 | 1.25 | $ 212.50 |
| ACCT | 214 Other Special Projects | Gaebel, Katerina | 09/15/2016 | Meeting at Gawker with Mike Rhodes. | $ 170.00 | 2.00 | $ 340.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/16/2016 | Intercompany | $ 250.00 | 1.50 | $ 375.00 |
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/22/2016 | Sales Tax Liability - meeting with rhodes - tax issues - expense research | $ 250.00 | 4.50 | $ 1,125.00 |
| ACCT | 613 SALT Professionals | Gaebel, Katerina | 09/22/2016 | Printing missing invoices to PDF for Mike Rhodes. | $ 170.00 | 7.50 | $ 1,275.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/23/2016 | Downloaded and identified the 2014 Tax items for Paul LiRosi | $ 250.00 | 0.75 | $ 187.50 |
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/26/2016 | Respond to questions from SALT | $ 250.00 | 1.00 | $ 250.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/28/2016 | Call with GM | $ 250.00 | 0.75 | $ 187.50 |
| Cons | 238 Bankruptcy-Metting, Correspond | Rhodes, Michael | 9/13/2016 | Bankruptcy appointment hearing | $ 560.00 | 3.00 | $ 1,680.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/15/2016 | Intercompany accounting | $ 560.00 | 3.00 | $ 1,680.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/21/2016 | Correcting Accounting Entries | $ 560.00 | 1.00 | $ 560.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/22/2016 | NYS sales tax audit - invoice research | $ 560.00 | 1.00 | $ 560.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/26/2016 | Sales tax audit and other requests | $ 560.00 | 2.00 | $ 1,120.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/28/2016 | Sales tax audit requests | $ 560.00 | 1.50 | $ 840.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/29/2016 | Call to review UCC requests | $ 560.00 | 1.00 | $ 560.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/15/2016 | Internal correspondence regarding status of sales/use tax audit and approach to case; review of related audit workpapers; correspondence with auditor. | $ 475.00 | 2.75 | $ 1,306.25 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/15/2016 | NYS sales tax audit - discuss status and next steps with Eugene R.; review auditor's capital exception workpapers and related notes; review e-mails from Eugene with additional audit support; compare and cross-reference auditor's computer and hardware exceptions spreadsheet to PBC depreciation support schedules; summary e-mail of ways to try to reduce capital exceptions portion of additional tax to Eugene | $ 410.00 | 6.75 | $ 2,767.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/16/2016 | Internal discussion with M. Freel regarding initial fixed asset review. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/16/2016 | NYS sales tax audit - start reviewing auditor's expense w/p's; discuss auditor's capital asset exceptions with Eugene R.; e-mail to Mike R. re: additional capital asset support needed | $ 410.00 | 4.25 | $ 1,742.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/19/2016 | Internal correspondence regarding approach expense review for sales tax audit. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/19/2016 | NYS sales tax audit - review auditor's expense workpapers and add'l support e-mails, research re: same and notes to file re: arguments to make for reduction of additional tax due; call Mike R. to discuss additional capital assets support; discuss positions to take re: certain expenses with Eugene R.; review computer equipment invoices and pull information overlooked by auditor on his last visit | $ 410.00 | 7.25 | $ 2,972.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/20/2016 | NYS sales tax audit - continue review of auditor's expense exceptions; pull additional support and additional research re: same; add to summary of notes and arguments for reductions of tax | $ 410.00 | 3.75 | $ 1,537.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/21/2016 | Internal discussions regarding findings related to expense portion of sales tax audit. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/21/2016 | NYS sales tax audit - review auditor's expense exceptions workpapers; research re: same (taxability of digital photo license and campaign cost expenses, etc.) and pull additional support; notes to file and discuss with Eugene R. | $ 410.00 | 5.50 | $ 2,255.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/22/2016 | NYS sales tax audit - review auditor's expense exceptions w/p's; additional research re: same and pull additional support; discuss with Eugene R. | $ 410.00 | 5.25 | $ 2,152.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/23/2016 | NYS sales tax audit - continue review of auditor's expense exceptions; add'l research re: same and pull additional support | $ 410.00 | 2.50 | $ 1,025.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/26/2016 | NYS sales tax audit - continue review of auditor's expense workpapers and related Concur support; additional research re: same and pull additional support; review auditor's schedules re: quarterly expense account amounts | $ 410.00 | 3.75 | $ 1,537.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/27/2016 | continue review of auditor's expense w/p's; discuss w/ Eugene R. | $ 410.00 | 3.00 | $ 1,230.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/28/2016 | Internal correspondence regarding status of sales tax audit and next steps. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/28/2016 | continue review of auditor's expense w/p's; discuss expense and fixed asset support/arguments with Eugene R. | $ 410.00 | 0.75 | $ 307.50 |

| Category | Code/Name | Person | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 09/29/2016 | review auditor's expense error sheets for accuracy; review e-mails and related invoice support from Mike R. and Tom P.; prepare spreadsheet summarizing and cross-referencing support and positions; summary e-mail to Eugene R. with additional clarifications needed | $ 410.00 | 9.75 | $ 3,997.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/30/2016 | e-mails from/to Eugene R. re: sales tax audit; pull additional fixed assets support | $ 410.00 | 2.50 | $ 1,025.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/19/2016 | Respond to tax question | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/21/2016 | tax notice review | $ 460.00 | 0.75 | $ 345.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/22/2016 | review of tax notice with Tom | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/23/2016 | respond to tax notice | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/28/2016 | various tax notices/call with Lynn on tax | $ 460.00 | 2.00 | $ 920.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/29/2016 | prepared all items per clients request - emailed to will and lynn reviewed PA tax notice and had a call with PA department of revenue regarding payroll | $ 460.00 | 2.00 | $ 920.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/29/2016 | call with Mike, Lynn, Will/sent email to all on request list | $ 460.00 | 1.25 | $ 575.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/13/2016 | | $ 460.00 | 2.50 | $ 1,150.00 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 09/16/2016 | Q1 2016 CRT prep | $ 180.00 | 2.75 | $ 495.00 |
| taxes | 309 Prep of Commercial Rent Tax | Porricelli, Thomas | 09/16/2016 | Review of the CRT Return for Q1 | $ 250.00 | 0.50 | $ 125.00 |
| | | | | | | 106.25 | 41,233.75 |



Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

Gawker Media
114 Fifth Avenue, Floor 2
New York, NY 10011

Invoice No.   714684
Date          10/20/2016
Client No.    42254.0

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2016 AS FOLLOWS:

NYS SALES AND USE TAX AUDIT
    M. RHODES         4.50 HRS @ $560/HR          $   2,520.00
    E. RUVERE         3.75 HRS @ $475/HR             1,781.25
    M. FREEL          55.00 HRS @ $410/HR          22,550.00
    K. GAEBEL         7.50 HRS @ $170/HR             1,275.00
    T. PORRICELLI     7.50 HRS @ $250/HR             1,875.00

SECTION 327 (a) BANKRUPTCY COURT APPLICATION
    M. RHODES         3.00 HRS @ $560/HR             1,680.00

NYC COMMERCIAL RENT TAX
    J. ROGAN          2.75 HRS @ $180/HR               495.00
    T. PORRICELLI     0.50 HRS @ $250/HR               125.00

ACCOUNTING AND TAX ADVISORY SERVICES
    M. RHODES         5.00 HRS @ $560/HR             2,800.00
    P. LIROSI          10.50 HRS @ $460/HR             4,830.00
    T. PORRICELLI     3.00 HRS @ $250/HR               750.00
    K. GAEBEL         3.25 HRS @ $170/HR               552.50

                            Total This Invoice    $   41,233.75

**Payment due upon receipt**

Please include this page or make reference to the invoice number and client number on your check.
Remit to our NY address.

| CONNECTICUT | NEW JERSEY | NEW YORK | PHILADELPHIA | WESTCHESTER | LONG ISLAND |
|---|---|---|---|---|---|
| 37 North Avenue | Eisenhower Corporate Campus | 529 Fifth Avenue | 1800 JFK Blvd. 20th FL | 709 Westchester Avenue | 131 Sunnyside Boulevard, Suite 110 |
| Norwalk, CT 06850 | 290 W. Mt. Pleasant Ave. STE. 3310 | New York, NY 10017 | Philadelphia, PA 19103 | White Plains, NY 10604 | Plainview, NY 11803 |
| 203.847.4068 | Livingston, NJ 07039 | 212.697.1000 | 215.545.4800 | 914.949.2990 | 516.349.2150 |
| | 973.218.0500 | | | | |