ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                          :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

### NOTICE OF REMOVAL OF THE OLIVER GROUP CONTRACTS FROM POST-CLOSING DESIGNATION NOTICE

     **PLEASE TAKE NOTICE** that on September 27, 2016, the above-captioned debtors (the "Debtors") filed the *Post-Closing Designation Notice of (A) Assumption and Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs* [Docket No. 296] (the "Post-Closing Designation Notice"). The Post-Closing Designation Notice listed certain executory contracts on Schedule 1 thereto (the "Schedule") that the Debtors were assuming and assigning to UniModa, LLC ("UniModa") in connection with the sale of assets approved by the *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Encumbrances, (II) Approving and Authorizing the Debtors' Entry Into the Asset Purchase Agreement and (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 214].

**PLEASE TAKE FURTHER NOTICE** that two pre-petition contracts between the Debtors and The Oliver Group were listed in rows 193-94 of the Schedule ("The Oliver Group Contracts").

**PLEASE TAKE FURTHER NOTICE** that The Oliver Group Contracts were inadvertently listed in the Schedule.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will assume The Oliver Group Contracts effective September 27, 2016 but not assign them to UniModa.  UniModa, The Oliver Group, and the Official Committee of Unsecured Creditors in these chapter 11 cases consent to the foregoing treatment of The Oliver Group Contracts.

Dated: October 21, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-2-