UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**ORDER EXTENDING INTERIM SEALING OF PROOFS OF CLAIM**

　　　　IT IS HEREBY ORDERED that the interim sealing of Proofs of Claim authorized by the Court's previous Order (Dkt. No. 304) is extended. The interim sealing of the Proofs of Claim shall remain in effect under further order of the Court, without prejudice to the rights of any party in interest or the United States Trustee to move to unseal the Proofs of Claim or any portion thereof on notice to Claimants, and without prejudice to the withdrawal of the Proofs of Claim by Claimants, such withdrawal which may be accomplished under the interim seal without disclosure of the sealed information.

　　　　Dated: October 24th, 2016
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE