**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                 :

In re                                                :        Chapter 11
                                                 :

GAWKER MEDIA LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)
                                                 :

                         Debtors.         :        (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 20, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- First Monthly Statement of Brannock & Humphries of Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Debtors and Debtors in Possession for the Period from June 10, 2016 Through September 30, 2016 [Docket No. 363]

- First Monthly Statement of Levine Sullivan Koch & Schulz, LLP of Fees for Professional Services Rendered and Disbursements Incurred as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from June 10, 2016 Through September 30, 2016 [Docket No. 364]

- Third Monthly Fee Statement of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period of September 1, 2016 Through September 30, 2016 [Docket No. 365]

- First Monthly Statements of Thomas & Locicero PL of Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Debtors and Debtors in Possession for the Period from June 10, 2016 Through September 30, 2016 [Docket No. 366]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Second Monthly Statement of Citrin Cooperman & Company, LLP for Fees for Professional Services Rendered and Disbursements Incurred as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession for the Period from September 1, 2016 Through September 30, 2016 [Docket No. 367]

- Third Monthly Statement of Ropes & Gray LLP of Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Debtors and Debtors in Possession for the Period from September 1, 2016 Through September 30, 2016 [Docket No. 368]

Dated: October 25, 2016

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 25, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. <br> 2600 El Camino Real, Suite 300 <br> Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. <br> 366 Madison Avenue, 6th Floor <br> New York NY 10017 | efisher@binderschwartz.com <br> jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq. <br> One Financial Center <br> Boston MA 02111 | astrehle@brownrudnick.com <br> tphillips@brownrudnick.com <br> jwexler@brownrudnick.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. <br> 800 Third Avenue <br> New York NY 10022 | dtabak@cohengresser.com <br> mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady LLP | Attn: Andrew G. Celli, Jr., Esq. <br> 600 Fifth Avenue, 10th Floor <br> New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. <br> 132 S Rodeo Dr Ste 301 <br> Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. <br> 30 Rockefeller Plaza <br> 26th Floor <br> New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger <br> 111 South Wacker Dr. 37th Fl. <br> Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation <br> 2970 Market St. <br> Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation <br> P.O. Box 7346 <br> Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq. <br> 330 North Wabash Avenue <br> Suite 2800 <br> Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq. <br> 885 Third Avenue <br> New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq. <br> 885 Third Avenue <br> New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther. <br> PO Box 475 <br> Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. <br> 909 Third Avenue <br> New York NY 10022-4784 | bankruptcy@morrisoncohen.com <br> rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. <br> 15 Maiden Lane <br> Suite 1400 <br> New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, L.L.P. | Attn: A. Scott Mandelup, Esq. <br> J. Logan Rappaport, Esq. <br> 675 Old Country Road <br> Westbury NY 11590 | asm@pryormandelup.com <br> lr@pryormandelup.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson LLP | Attn: Thomas A. Martin, Esq. <br> Barbara M. Maisto, Esq. <br> 521 Fifth Avenue <br> New York NY 10175 | tmartin@putneylaw.com <br> bmaisto@putneylaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. <br> 3 Center Plaza <br> Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. <br> Times Square Tower <br> Seven Times Square, Suite 2506 <br> New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. <br> 1037 Raymond Blvd., Suite 1520 <br> Newark NJ 07102 | slevine@saul.com <br> dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. <br> 919 Third Avenue <br> New York NY 10022 | adam.harris@srz.com <br> frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury <br> 100 F St., NE <br> Washington DC 20549 | secbankruptcy@sec.gov <br> NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. <br> Brookfield Place <br> 200 Vesey St., Ste. 400 <br> New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. <br> One Constitution Plaza <br> Hartford CT 06103-1919 | egoldstein@goodwin.com <br> bankruptcy@goodwin.com <br> bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann <br> 275 Grove Street, Suite 2-200 <br> Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. <br> 425 Lexington Avenue <br> New York NY 10017 ` | squsba@stblaw.com <br> wrussell@stblaw.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. <br> 125 Broad Street <br> New York NY 10004 | torkinm@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein <br> One Bowling Green <br> Room 723 <br> New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. <br> US Federal Office Building <br> 201 Varick St. Room 1006 <br> New York NY 10014 | susan.arbeit@usdoj.gov <br> greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division <br> 86 Chambers St. <br> 3rd Fl <br> New York NY 10007 | David.Jones6@usdoj.gov <br> Jeffrey.Oestericher@usdoj.gov <br> Joseph.Cordaro@usdoj.gov <br> Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung <br> 90 Third Avenue, 19th Floor <br> New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. <br> 250 Hudson Street Ste 700 <br> New York NY 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 2