SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg

    - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (*pro hac vice* pending)
Robert A. Weber (*pro hac vice* pending)

*Attorneys for Peter Thiel and Thiel Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| Debtors. | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Peter Thiel and Thiel Capital LLC (together, the "Thiel Parties") appear in the above-captioned chapter 11 case, by their counsel, Skadden, Arps, Slate, Meagher & Flom LLP.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices given or required to be given and all documents

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.

served or required to be served in the above-captioned case be given and served on the following, as counsel to the Thiel Parties.

| | |
|---|---|
| Shana A. Elberg<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3882<br>Fax: (917) 777-3882<br>Shana.Elberg@skadden.com | Anthony W. Clark<br>Robert A. Weber<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 651-3000<br>Fax: (302) 651-3001<br>Anthony.Clark@skadden.com<br>Robert.Weber@skadden.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only notice and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interest of any party in interest in this case.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Thiel Parties' right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

(iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
October 26, 2016

      SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

By: /s/ Shana A. Elberg

Shana A. Elberg
Four Times Square
New York, New York 10036
(212) 735-3000

   - and –

Anthony W. Clark
Robert A. Weber
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*