SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg

    - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (*pro hac vice* pending)
Robert A. Weber (*pro hac vice* pending)

*Attorneys for Peter Thiel and Thiel Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| | : |
| Debtors. | : |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Anthony W. Clark, respectfully request admission to practice, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases.

    I certify that I am a member in good standing of the bars of the state of Delaware and the Commonwealth of Pennsylvania, and the bars of the United States District Court for the District of Delaware and the Eastern District of Pennsylvania.

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date:  October 26, 2016

                By:    /s/ Anthony W. Clark
                     Anthony W. Clark
                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                     One Rodney Square
                     920 N. King Street
                     P.O. Box 636
                     Wilmington, Delaware  19899-0636
                     Telephone: (302) 651-3000
                     Fax: (302) 574-3080
                     Anthony.Clark@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg

    - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (*pro hac vice* pending)
Robert A. Weber (*pro hac vice* pending)

*Attorneys for Peter Thiel and Thiel Capital LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases (together, the "Thiel Parties") and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware and the Commonwealth of Pennsylvania, and the bars of the United States District Court for the District of Delaware and the Eastern District of Pennsylvania.

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.

ORDERED that, Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Thiel Parties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
         _____, 2016

                       HONORABLE STUART M. BERNSTEIN
                       UNITED STATES BANKRUPTCY JUDGE

1373410-NYCSR03A - MSW