SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg

    - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (*pro hac vice* pending)
Robert A. Weber (*pro hac vice* pending)

*Attorneys for Peter Thiel and Thiel Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    In re                                      :    Chapter 11
                                                :
GAWKER MEDIA LLC, et al.[1]        :    Case No. 16-11700 (SMB)
                                                :
                                                :
    Debtors.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

        I, Robert A. Weber, respectfully request admission to practice, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases.

        I certify that I am a member in good standing of the bar of the state of Delaware.

        I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.

Date:  October 26, 2016

By: /s/ Robert A. Weber
Robert A. Weber
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
920 N. King Street
P.O. Box 636
Wilmington, Delaware  19899-0636
Telephone: (302) 651-3000
Fax: (302) 574-3144
Robert.Weber@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg

   - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (*pro hac vice* pending)
Robert A. Weber (*pro hac vice* pending)

*Attorneys for Peter Thiel and Thiel Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| Debtors. | : |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of Robert A. Weber to be admitted, *pro hac vice*, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases (together, the "Thiel Parties") and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware.

  ORDERED that, Robert A. Weber is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Thiel Parties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
    _____, 2016

                         HONORABLE STUART M. BERNSTEIN
                         UNITED STATES BANKRUPTCY JUDGE

---

[1]  The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.