**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    In re                                            :   Chapter 11
                                                  :
GAWKER MEDIA LLC, et al.[1]             :   Case No. 16-11700 (SMB)
                                                  :
                                                  :
    Debtors.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

        Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases (together, the "Thiel Parties") and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware and the Commonwealth of Pennsylvania, and the bars of the United States District Court for the District of Delaware and the Eastern District of Pennsylvania.

ORDERED that, Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Thiel Parties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
        October 27, 2016

                                                    /s/ STUART M. BERNSTEIN
                                                    HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.