UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    In re                              :  Chapter 11
                                       :
    GAWKER MEDIA LLC, et al.¹          :  Case No. 16-11700 (SMB)
                                       :
                                       :
            Debtors.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert A. Weber to be admitted, *pro hac vice*, to represent Peter Thiel and Thiel Capital LLC in the above-captioned cases (together, the "Thiel Parties") and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware.

ORDERED that, Robert A. Weber is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Thiel Parties, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       October 27th, 2016

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden, 10 East 53rd Street, 33rd Flr., New York NY 10020.