

**In re Gawker Media LLC (16-11700)- Rule 2004 Motion Adjournment and Objection Deadline**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
10/27/2016 03:18 PM
Cc:
"Martin, D. Ross", "Galardi, Gregg"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>

Dear Chambers,

On October 11, 2016, the Debtors filed a Rule 2004 Motion [Docket No. 341].  A hearing was scheduled on the Motion for November 3, 2016 at 10:00 a.m. with an objection deadline of October 27, at 4:00 p.m.. As discussed yesterday, the Debtors will be filing a notice to adjourn the hearing on the Motion to November 15, at 10:00 a.m.  In connection with the adjournment, the Debtors hereby request permission to update the objection deadline to November 8, at 4:00 p.m.

*[handwritten: Granted SMB 10/28/16]*

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated objection deadline. Thank you.

Best,
Alex

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.