**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                :

In re                         :        Chapter 11

                                :

GAWKER MEDIA LLC, *et al.*,[1]  :       Case No. 16-11700 (SMB)

                                :

               Debtors.    :        (Jointly Administered)

--------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Nicholas Duncan, depose and say that I am employed by Prime Clerk LLC (“*Prime Clerk*”), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Parties Service List attached hereto as **Exhibit A**:

- Monthly Fee Statement of Prime Clerk LLC, as Administrative Advisor to the Debtors for the Period from September 1, 2016 Through September 30, 2016 [Docket No. 378]

Dated: October 27, 2016

                                          Nicholas Duncan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 27, 2016, by Nicholas Duncan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                         **MARK M BROWN**
              **NOTARY PUBLIC-STATE OF NEW YORK**
                 **No. 02BR6305738**
             **Qualified in New York County**
          **My Commission Expires June 09, 2018**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.’s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.’s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**<u>Exhibit A</u>**

Exhibit A

Fee Application Parties Service List

Served as set below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METOD OF SERVICE |
|---|---|---|---|---|
| Debtors | Gawker Media LLC | Attn: General Counsel<br>114 Fifth Avenue 2d Floor<br>New York NY 10011 | heather@gawker.com<br><br>profinvoices@gawker.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Debtors | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Stacy A. Dasaro, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br><br>adam.harris@srz.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | greg.zipes@usdoj.gov<br>susan.arbeit@usdoj.gov | Overnight Mail and Email |