**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
                                                :
           Debtors.                             :    (Jointly Administered)
                                                :
------------------------------------------------------x

## AGENDA FOR HEARING TO BE HELD
## NOVEMBER 03, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)

Date and Time:        November 03, 2016 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
                      United States Bankruptcy Court for the Southern District of New York
                      Alexander Hamilton Custom House
                      One Bowling Green, Courtroom No. 723
                      New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
                      www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                      agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                      information may be obtained by calling Prime Clerk toll free at 855-639-
                      3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59568627_1

**CONTESTED MATTER**

1. Debtors' Motion for the Entry of an Order Approving (I) The Adequacy of the Disclosure Statement, (II) The Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) The Form of Ballots and Notices in Connection Therewith, and (IV) The Scheduling of Certain Dates with Respect Thereto [Docket No. 309]

   **Response Deadline**:   October 31, 2016

   **Responses Received**:

   a. Reservation of Rights by the Official Committee of Unsecured Creditors to Debtors' Motion for the Entry of an Order Approving (I) The Adequacy of the Disclosure Statement, (II) The Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) The Form of Ballots and Notices in Connection Therewith, and (IV) The Scheduling of Certain Dates with Respect Thereto [Dkt. 309] [Docket No. 389]

   b. Reservation of Rights of Certain Former and Current Writers, Employees and Independent Contactors Regarding the Debtor's Disclosure Statement [Docket No. 390]

   **Related Documents**:

   a. Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. [Docket No. 308]

   The Debtors will be submitting an Amended Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.

   **Status: The Debtors will seek approval of an Amended Disclosure Statement that reflects resolutions of various issues raised by the Committee and settlements with certain creditors.**

**UNCONTESTED MATTERS**

2   Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

**Response Deadline:** October 27, 2016

**Responses Received:** None.

**Related Documents:**

a.  Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

**Status: This matter has been adjourned to December 29, 2016 at 10:00 a.m. (Eastern Time); the Debtors will be filing a Notice of Adjournment reflecting the revised hearing date and objection deadline.**

Dated: November 1, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-3-

59568627_1