# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| GAWKER MEDIA, LLC, | ) Case No. 16-11700 |
| | ) |
| Debtors. | ) |
| | ) Chapter 11 |
| | ) |
| | ) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN,** that pursuant to Fed. R. Bankr. P. 9010(b), Locke Lord LLP hereby appear as counsel for and on behalf of Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (collectively, the "***Publicis Media Agencies***," or "***Publicis***") a party in interest and creditor with respect to the above captioned case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Fed. R. Bankr. P. 2002, it is requested that all notices given or required to be given in this case, including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Casey B. Howard
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281
Telephone: 212-812-8342
choward@lockelord.com

and

Jonathan W. Young
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-239-0367
Fax: 855-595-1190
jonathan.young@lockelord.com

AM 59522304.1

and

Michael B. Kind
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336
michael.kind@lockelord.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation, all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests, complaints, demands and other documents brought before the Court whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the Debtors, the property of the Debtors or their estates.

**NOTICE IS FURTHER GIVEN** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is intended to waive (i) Publicis's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) Publicis's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Publicis may be entitled to in law or in equity, all of which such rights, claims, actions, defenses, setoffs, and recoupments Publicis expressly reserves.

AM 59522304.1

Dated: November 2, 2016

Respectfully submitted,

*/s/ Casey B. Howard*

**LOCKE LORD LLP**
Casey B. Howard
Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281
Telephone: 212-812-8342
choward@lockelord.com

*Counsel to Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (collectively, the "Publicis Media Agencies," or "Publicis")*

AM 59522304.1

## Certificate of Service

    I, Casey B. Howard, an attorney, certify that on October 25, 2016, I caused the foregoing **Notice of Appearance and Request for Notice and Service of Papers** to be served by electronic notice through the CM/ECF system of the United States Bankruptcy Court for the Southern District of New York on those parties entitled to electronic service.

                                    */s/ Casey B. Howard*