**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                    :    Chapter 11
                                         :
Gawker Media LLC, *et al.*,[1]           :    Case No. 16-11700 (SMB)
                                         :
         Debtors.                        :    (Jointly Administered)
                                         :
------------------------------------------------------x

## AMENDED AGENDA FOR HEARING TO BE HELD
## NOVEMBER 03, 2016 AT 10:30 A.M. (PREVAILING EASTERN TIME)

Date and Time:       November 03, 2016 at 10:30 A.M. (Prevailing Eastern Time)

Location of Hearing: The Honorable Judge Stuart M. Bernstein
                     United States Bankruptcy Court for the Southern District of New York
                     Alexander Hamilton Custom House
                     One Bowling Green, Courtroom No. 723
                     New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at
                     www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                     agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                     information may be obtained by calling Prime Clerk toll free at 855-639-
                     3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59568627_2

**CONTESTED MATTER**

1. Debtors' Motion for the Entry of an Order Approving (I) The Adequacy of the Disclosure Statement, (II) The Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) The Form of Ballots and Notices in Connection Therewith, and (IV) The Scheduling of Certain Dates with Respect Thereto [Docket No. 309]

    **Response Deadline**:    October 31, 2016

    **Responses Received**:

    a. Reservation of Rights by the Official Committee of Unsecured Creditors to Debtors' Motion for the Entry of an Order Approving (I) The Adequacy of the Disclosure Statement, (II) The Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) The Form of Ballots and Notices in Connection Therewith, and (IV) The Scheduling of Certain Dates with Respect Thereto [Dkt. 309] [Docket No. 389]

    b. Reservation of Rights of Certain Former and Current Writers, Employees and Independent Contactors Regarding the Debtor's Disclosure Statement [Docket No. 390]

    **Related Documents**:

    a. Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. [Docket No. 308]

    b. Notice of Filing of Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Liquidation [Docket No. 403]

    c. Notice of Filing of Revised Proposed Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures with Respect to Confirmation of the Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) the Form of Ballots and Notices in Connection therewith, and (IV) the Scheduling of Certain Dates with Respect thereto [Docket No. 404]

    d. Notice of Filing of Exhibit C to the Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Liquidation [Docket No. 405]

> **Status:** The Debtors will go forward seeking approval of the Disclosure Statement with respect to the Amended Joint Plan for the Debtors' Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.

**UNCONTESTED MATTERS**

2  Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

**Response Deadline:** October 27, 2016

**Responses Received:** None.

**Related Documents:**

a.  Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

**Status:** This matter has been adjourned to December 29, 2016 at 10:00 a.m. (Eastern Time); the Debtors will be filing a Notice of Adjournment reflecting the revised hearing date and objection deadline.

Dated: November 2, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*