Thomas M. Gaa, Esq., (Admitted in California)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Telephone: (650) 857-9500
*Counsel to Fastly. Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>GAWKER MEDIA, LLC, *et. al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.  16-11700 (SMB)<br><br>Jointly Administered |

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR FASTLY, INC.**

**PLEASE TAKE NOTICE** that as of August 15, 2016, the mailing address for Fastly, Inc., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has changed to:

> Lawrence M. Schwab, Esq.
> Thomas M. Gaa, Esq.
> **Bialson, Bergen & Schwab**
> **633 Menlo Avenue, Suite 100**
> **Menlo Park, CA 94025**
>
> Former Address
> Lawrence M. Schwab, Esq.
> Thomas M. Gaa, Esq.
> Bialson, Bergen & Schwab
> 2600 El Camino Real, Suite 300
> Palo Alto, CA 94036

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

documents that require receipt or service by the Creditor are to be directed to the new address.

Dated: November 3, 2016              Respectfully submitted,

                                         /s/ Thomas M. Gaa
                                         Thomas M. Gaa, Esq.
                                         BIALSON, BERGEN & SCHWAB
                                         633 Menlo Avenue, Suite 100
                                         Menlo Park, CA 94025
                                         Telephone: (650) 857-9500
                                         Facsimile: (650) 494-2738
                                         Email: tom@bbslaw.com

                                         Attorneys for Fastly, Inc.