UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :

In re                                        :        Chapter 11
                                            :

GAWKER MEDIA LLC, *et al.*,[1]                :        Case No. 16-11700 (SMB)
                                            :

                     Debtors.          :        (Jointly Administered)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

       I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

       On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Reservation of Rights by the Official Committee of Unsecured Creditors to Debtors' Motion for the Entry of an order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft., (III) the Form of Ballots and Notices in Connection Therewith, and (IV) the Scheduling of Certain Dates with Respect Thereto [Docket No. 389]

- Notice of Objection of Debtor Gawker Media LLC to Proof of Claim No. 6 Filed by Mitchell Williams, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 391] (the "***Objection to Williams POC***")

- Notice of Debtors' First Omnibus Objection to Proofs of Claim Filed by Meanith Huon, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 392] (the "***Objection to Huon POC***")

- Notice of Debtors' First Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 393] (the "***Objection to XP Vehicles POC***")

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Notice of Debtors' First Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 394] (the "**First Omni Objection**")

- Notice of Debtors' Second Omnibus Objection to Claims (Satisfied Claims) [Docket No. 395] (the "**Second Omni Objection**")

- Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 396] (the "**Objection to Johnson POC**")

- Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 397] (the "**Objection to Got News POC**")

- Notice of Hearing and Response Deadline on Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 398] (the "***Notice of Hearing on Objection to Ayyadurai POC***")

- Notice of Objection of Debtor Gawker Media LLC to Proofs of Claim No. 269 Filed by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) [Docket No. 399] (the "**Objection to Terrill POC**")

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Objection to Williams POC to be served via Email and First Class Mail on Rahul Munshi, Console Law Offices LLC, 1525 Locust Street, Ninth Floor, Philadelphia, PA 19102, munshi@consolelaw.com.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Objection to Huon POC to be served via Email and First Class Mail on Meanith Huon whose address has been redacted for privacy.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Objection to XP Vehicles POC to be served via Email and First Class Mail on XP Vehicles Group, 601 Van Ness Avenue, E3613, San Francisco, CA 94102, legal@xpvehicles.com.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the First Omni Objection to be served by the method set forth on the First Omni Affected Parties Service List attached hereto as **Exhibit B**.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Second Omni Objection to be served by the method set forth on the Second Omni Affected Parties Service List attached hereto as **Exhibit C**.

2

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Objection to Johnson POC and Objection to Got News POC to be served via Email and First Class Mail on The Burns Law Firm, 1717 Park Avenue, St. Louis, MO 63104, john@burns-law-firm.com.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Objection to Terrill POC to be served via Email and First Class Mail on Ashley Terrill, c/o Anthony M. Vassallo, Law Office of Anthony M. Vassallo, 305 Fifth Avenue, Brooklyn, NY 11215, tony@amvasslaw.com.

On October 31, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Hearing on Objection to Ayyadurai POC to be served via Email and First Class Mail on Shiva Ayyadurai, c/o Anthony M. Vassallo, Law Office of Anthony M. Vassallo, 305 Fifth Avenue, Brooklyn, NY 11215, tony@amvasslaw.com.

Dated: November 3, 2016

Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 3, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, L.L.P. | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

**Exhibit B**

Exhibit B
First Omni Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | Address 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 3101102 | Aguilar, Mario | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | First Class Mail and Email |
| 3101077 | Alzona, Angelica | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101150 | Ballaban, Michael | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099236 | Biddle, Sam Faulkner | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3098815 | Bluestone, Gabrielle | Andrew Lavoott Bluestone | Attorney at Law | Woolworth Building 233 Broadway, 27th Floor | New York | NY | 10279 | alb@bluestonelawfirm.com | First Class Mail and Email |
| 3100586 | Bluestone, Gabrielle | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | First Class Mail and Email |
| 3098815 | Bluestone, Gabrielle | 233 Broadway Suite 2702 | | | New York | NY | 10279 | gbluestone@gmail.com | Email |
| 3101026 | Burke, Timothy | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101068 | Burneko, Albert | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099219 | Carmichael, Emma | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101051 | Carmon, Irin | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100963 | Collins, Andrew | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101094 | Cooke, James J. | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101114 | Cook, John | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099033 | Darbyshire, Gabrielle | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099090 | Davies, Madeleine | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101105 | de Souza, Veronica | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099669 | Donohue, Lacey | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101087 | Draper, Kevin | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101134 | Dries, Kate | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100608 | Drummond, Katherine | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099594 | Escobedo Shepherd, Julianne | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101153 | Faircloth, Georgia Kelly | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100841 | Feinberg, Ashley | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100943 | Finger, Robert | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101030 | George, Patrick | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099497 | Goldberg, Ryan | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100812 | Haisley, William | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101049 | Hardigree, Matt | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101127 | Henry, Alan | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099607 | Hope, Clover | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100669 | Howard, Gregory | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101082 | Juzwiak, Rich | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101058 | Kalaf, Samer | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099394 | Keyser, Hannah | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099049 | King, James | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099257 | Kleeman, Sophie | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3098927 | Klosowski, Thorin | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101148 | Laffoon, Patrick | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100970 | Magary, Andrew | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101047 | Marchman, Tim | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101073 | Merlan, Anna | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100924 | Moskovitz, Diana | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101160 | Nolan, Hamilton | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099068 | Novak, Matt | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101138 | O'Connor, Brendan | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101084 | Orin, Andrew | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099031 | Ouellette, Jennifer | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101141 | Pareene, Alexander | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099647 | Petchesky, Barry | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101092 | Redford, Patrick | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099694 | Rothkopf, Joanna | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100779 | Ryan, Erin | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |

Exhibit B
First Omni Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | Address 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 3101155 | Sargent, Jordan | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100856 | Scocca, Tom | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101120 | Shechet, Eleanor | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3098895 | Stout, Kelly | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099134 | Totilo, Stephen | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099323 | Trendacosta, Katharine | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3100636 | Trotter, Joseph Keenan | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3099002 | Turton, William | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |
| 3101060 | Woolley, Sam | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | slevine@saul.com | Email |

**<u>Exhibit C</u>**

Exhibit C
Second Omni Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | Address 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 2932785 | Ad-Juster, Inc. (media) | Attn: Michael Lewis | 13280 Evening Creek Dr. S | Suite 100 | San Diego | CA | 92128 | | First Class Mail |
| 2932826 | AOL Advertising | 770 Broadway | | | New York | NY | 10003 | | First Class Mail |
| 2932815 | Associated Press | 450 W. 33rd St | | | New York | NY | 10001 | | First Class Mail |
| 2678101 | Brandtale | 588 Broadway | Ste 503 | | New York | NY | 10012 | | First Class Mail |
| 2677640 | Cloudinary Ltd. | 111 W. Evelyn Ave. | Suite 206 | | Sunnyvale | CA | 94086 | | First Class Mail |
| 2678276 | Con Edison (210) | JAF Station | PO Box 1702 | | New York | NY | 10116 | | First Class Mail |
| 2681602 | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000 | | | Bellevue | WA | 98004 | | First Class Mail |
| 2681602 | Concur Technologies, Inc. | 62157 Collections Center Drive | | | Chicago | IL | 60693 | | First Class Mail |
| 2678048 | DataGram | 500 West Madison Street | Suite 801 | | Chicago | IL | 60661 | creditdepartment@gettyimages.com | First Class Mail and Email |
| 2678091 | DoubleVerify, Inc. | 575 8th Avenue 8th Floor | | | New York | NY | 10018 | | First Class Mail |
| 2678356 | DRH Internet Inc | PO Box 412 | | | Schneider | IN | 46376-0412 | | First Class Mail |
| 2932804 | Fastly | 475 Brannan St, Ste 320 | | | San Francisco | CA | 94107 | | First Class Mail |
| 2932809 | Getty Images | 605 5th Avenue South | Suite 400 | | Seattle | WA | 98104 | | First Class Mail |
| 2678208 | Goldin Solutions | 928 Broadway Suite 900 | | | New York | NY | 10010 | | First Class Mail |
| 2932755 | Google, Inc. (Analytics) | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | | First Class Mail |
| 2932827 | JW Player (Longtail Ad Solutions, Inc.) | 8 West 38th Street | Floor 6 | | New York | NY | 10018 | | First Class Mail |
| 2932796 | Kargo (Vendor) | 826 Broadway | 5th Floor | | New York | NY | 10003 | | First Class Mail |
| 2932832 | Kidder, Scott | 30 Monroe Place | Apt 2A | | Brooklyn | NY | 11201 | skidder@gmail.com | First Class Mail and Email |
| 2678135 | Krux Digital | 660 4th St, #269 | | | San Francisco | CA | 94107 | | First Class Mail |
| 2967620 | Liquidity Solutions as Transferee of Optimizely, Inc. | Attn: Michael Handler | One University Plaza | Suite 312 | Hackensack | NJ | 07601 | | First Class Mail |
| 2932821 | Market Halsey Urban Renewal, LLC | 112 West 34th Street Ste. 2106 | | | New York | NY | 10120 | | First Class Mail |
| 2677788 | Medialink | 1901 Avenue of the Stars | Suite 1775 | | Los Angeles | CA | 90067 | | First Class Mail |
| 2677703 | Metropolitan Cleaning, LLC | 142 W. 57th Street | | | New York | NY | 10019 | Julianne.Voll@metbldg.com | First Class Mail and Email |
| 2677562 | NSONE Inc. | Attn: General Counsel | 16 Beaver Street | 3rd Floor | New York | NY | 10004 | apullin@ns1.com | First Class Mail and Email |
| 2932808 | Operative Media, Inc | 6 East 32nd Street, 3rd Floor | | | New York | NY | 10016 | | First Class Mail |
| 2677596 | Pacific Coast News | c/o Bwp Media USA, Inc | 22287 Mulholland Hwy | | Calabasas | CA | 91302 | plubbock@photoshot.com | First Class Mail and Email |
| 2678006 | Plant Specialists LLC | 42-25 Vernon Boulevard | | | Long Island City | NY | 11101 | | First Class Mail |
| 2678198 | QZZR | 86 W. Main, Suite B | | | Lehi | UT | 84043 | | First Class Mail |
| 2932833 | REDBOOKS | 330 Seventh Avenue, Floor 10 | | | New York | NY | 10001 | | First Class Mail |
| 2932780 | Richards, Layton & Finger | 920 North King Street | | | Wilmington | DE | 19801 | | First Class Mail |
| 2678043 | ShoreTel Inc. | 4921 Solution Center | | | Chicago | IL | 60677-4009 | | First Class Mail |
| 2932822 | SimpleReach, Inc. | 122 W. 27th St., 7th Floor | | | New York | NY | 10001 | | First Class Mail |
| 3096648 | Sizmek Technologies, Inc. | Attn: Kala Smith | 500 W. 5th Street, Suite 900 | | Austin | TX | 78701 | Kala.Smith@Sizmek.com; Patena.Key@Sizmek.com | First Class Mail and Email |
| 2932812 | Specless | Attn: General Counsel | 350 North Orleans | St Suite 9000N | Chicago | IL | 60654 | | First Class Mail |
| 2932814 | STAQ, INC. | 44 West 28th Street | 14th Floor | | New York | NY | 10001 | | First Class Mail |
| 2932830 | Submarine Leisure Club, Inc. (Wirecutter) | 2424 Pine Street | | | San Francisco | CA | 94115 | | First Class Mail |
| 2932806 | Submersive Media | 580 Broadway | Suite 905 | | New York | NY | 10012 | | First Class Mail |
| 2932770 | The Hartford | One Hartford Plaza | | | Hartford | CT | 06155 | | First Class Mail |
| 2677659 | Time Shred Services, Inc. | 120 Church Street | | | Freeport | NY | 11520 | | First Class Mail |