UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                               :    Chapter 11
                                                    :
GAWKER MEDIA LLC, et al.,[1]                        :    Case No. 16-11700 (SMB)
                                                    :
                       Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail to S. Lapidus at an address that is being redacted in the interest of privacy:

- Notice of Deadline Requiring Filing of Certain Administrative Claims on or Before November 15, 2016 [Pages 7-10, Docket No. 339]

- Request for Payment of General Administrative Claim [Page 12, Docket No. 339]

Dated: November 4, 2016

                                                    Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 4, 2016, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

SRF 11851