## EXHIBIT A

CAHILL GORDON & REINDEL LLP
Susan Buckley
Joel H. Levitin
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
                                                     :
In re                                                :    Chapter 11
                                                     :
Gawker Media LLC, *et al.*,[7]                       :    Case No. 16-11700 (SMB)
                                                     :
              Debtors.                               :    (Jointly Administered)
                                                     :
-----------------------------------------------------x

**DECLARATION OF SUSAN BUCKLEY IN SUPPORT OF THE**
**FIRST INTERIM APPLICATION OF CAHILL GORDON & REINDEL LLP**
**AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM JUNE 10, 2016 THROUGH SEPTEMBER 30, 2016**

I, Susan Buckley, being duly sworn, state the following under penalty of perjury:

1.     I am a partner in the law firm of Cahill Gordon & Reindel LLP ("Cahill"), located at 80 Pine Street, New York, New York 10005. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Court

---

[7] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

for the Southern District of New York. There are no disciplinary proceedings pending against me.

2. I have read the foregoing fee application of Cahill for the Fee Period (the "Fee Application").[8] To the best of my knowledge, information, and belief, the statements contained in the Fee Application are true and correct. In addition, I believe that the Fee Application generally complies in all material respects with Local Rule 2016-1 and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.*

3. In connection therewith, I hereby certify that:

a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are generally permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at or below rates customarily employed by Cahill and generally accepted by Cahill's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

c) Cahill did not increase hourly rates from those disclosed in the Retention Application during the Fee Period;

d) in providing a reimbursable expense, Cahill does not make a profit on that expense, whether the service is performed by Cahill in-house or through a third party;

e) in accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between Cahill and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, or Local Rules; and

f) all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

---

[8] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 7, 2016      Respectfully submitted,
       New York, New York

/s/ Susan Buckley
Susan Buckley
Partner, Cahill Gordon & Reindel LLP