UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

**FIRST INTERIM FEE APPLICATION OF CITRIN COOPERMAN & COMPANY, LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 10, 2016 THROUGH SEPTEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP |
| Authorized to Provide Professional Services as: | Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | June 10, 2016 through and including September 30, 2016 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary | $68,770.40 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Fees and Expenses Due: | $68,770.40 |

This is a:_____Monthly___X____Interim_____Final Application.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| | | Amounts Requested | | Amounts Approved/ Pending Approval | | Holdback Amounts |
|---|---|---|---|---|---|---|
| Docket No. Date Filed | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Docket No. #279 Date Filed: 09/20/16 | 06/10/16 - 8/31/16 | $27,536.65 | $0.00 | $22,029.32 | $0.00 | $5,507.33 |
| Docket No. #XXX Date Filed: 10/20/16 | 06/10/16 - 8/31/16 | $41,233.75 | $0.00 | $32,987.00 | $0.00 | $8,246.75 |
| TOTALS: | | $68,770.40 | $0.00 | $55,016.32 | $0.00 | $13,754.08 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
### For the Period June 10, 2016 through September 30, 2016

| Name | Position | Billable Hours | Hourly Rate | Total Fees |
|------|----------|----------------|-------------|------------|
| Bonelli, John | Principal | 1.50 | $ 600.00 | $ 900.00 |
| Rhodes, Michael | Partner | 15.75 | $ 560.00 | $ 8,820.00 |
| Fielstein, Howard | Partner | 2.60 | $ 500.00 | $ 1,300.00 |
| Ruvere, Eugene | Partner | 14.00 | $ 475.00 | $ 6,650.00 |
| LiRosi, Paul | Director | 16.25 | $ 460.00 | $ 7,475.00 |
| Bossin, Oren | Director | 0.75 | $ 415.00 | $ 311.25 |
| Freel, Michael | Manager | 75.50 | $ 410.00 | $ 30,955.00 |
| Freel, Michael | Manager | 8.00 | $ 405.00 | $ 3,240.00 |
| Porricelli, Thomas | Supervisor | 11.00 | $ 250.00 | $ 2,750.00 |
| Porricelli, Thomas | Supervisor | 0.75 | $ 250.00 | $ 187.50 |
| Cianciarus, Michael | Staff | 1.50 | $ 190.00 | $ 285.00 |
| Bloch, Hilary | Staff | 7.25 | $ 185.00 | $ 1,341.25 |
| Rogan, John | Staff | 2.75 | $ 180.00 | $ 495.00 |
| Rogan, John | Staff | 2.25 | $ 170.00 | $ 382.50 |
| Gaebel, Katerina | Staff | 10.75 | $ 170.00 | $ 1,827.50 |
| Klein, Brett | Intern | 15.00 | $ 90.00 | $ 1,350.00 |
| Saccomano | Intern | 5.56 | $ 90.00 | $ 500.40 |
| **Totals** | | **191.16** | | **$ 68,770.40** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
### For the Period of June 10, 2016 through September 30, 2016

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Other Special Projects | 12 | $ 4,413.75 |
| Audit of Employee Benefit Plan | 0.75 | 187.50 |
| Bankruptcy-Meeting, Correspond | 15.85 | $ 6,061.25 |
| Taxes - General | 19.50 | $ 8,740.00 |
| Preparation of NYC Commercial Rent Tax Return | 5.50 | $ 1,002.50 |
| State and Local Tax Consulting & Projects | 137.56 | $ 48,365.40 |
| | 191.16 | $ 68,770.40 |

**Average Hourly Rate: $359.75**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
:
In re                                                              :          Chapter 11
:
Gawker Media LLC, *et al.*,[2]                       :          Case No. 16-11700 (SMB)
:
Debtors.                        :          (Jointly Administered)
:
-------------------------------------------------------x

**FIRST INTERIM FEE APPLICATION OF CITRIN COOPERMAN & COMPANY, LLP
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INDEPENDENT AUDITOR AND
ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN
POSSESSION FOR THE PERIOD FROM JUNE 10, 2016 THROUGH SEPTEMBER 30,
2016**

Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting

services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc.

("GMGI" and collectively with  Gawker Media, the "Debtors"), hereby seeks allowance of

compensation and reimbursement of expenses pursuant to sections 330 and 331 of title 11 of the

United States Code (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United

States Bankruptcy Court for the Southern District of New York (the "Local Rules"), for the period

commencing June 10, 2016 through and including September 30, 2016 (the "Application Period").

In support of this first interim fee application (the "Application"), Citrin respectfully represents as

follows:

---

[2] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

## JURISDICTION

1.  The Court has jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

2.  The statutory predicates for the relief requested herein are: (i) sections 328, 330 and 331 of the Bankruptcy Code; (ii) Rule 2016 of the Bankruptcy Rules; (iii) Rule 2016-1 of the Local Rules; and (iv) the Compensation Order (as defined below).

## BACKGROUND

3.  On June 10, 2016 (the "Petition Date"), each of the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

4.  On June 24, 2016, the United States Trustee for the Southern District of New York appointed the committee of unsecured creditors (the "Committee") [Docket No. 62].

5.  On July 13, 2016, the Court signed the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 94] (the "Compensation Order").

## RETENTION OF CITRIN

6.  On August 30, 2016, the *Debtors' Application for Entry of an Order Authorizing and Approving the Employment and Retention of Citrin Cooperman & Company, LLP as*

2

*Independent Auditor and Accounting Services Provider Nunc Pro Tunc to the Petition Date* [Docket No. 233] was filed.

7.   On September 15, 2016, this Court approved Citrin's retention as independent auditor and accounting services provider *nunc pro tunc* to the Petition Date [Docket No. 268] (the "Retention Order").

## RELIEF REQUESTED

8.   By this Application, Citrin seeks compensation of 100% of its total reasonable and necessary fees incurred, in the amount of $68,770.40, together with reimbursement of 100% of actual and necessary expenses in the amount of $0.00 incurred during the Application Period. Citrin submits this application in accordance with the Compensation Order and Retention Order. All services for which Citrin requests compensation were performed for, or on behalf of, the Debtors.

## BASIS FOR RELIEF

9.   This Application is the first interim fee application filed by Citrin in these cases. In connection with the professional services rendered, by this Application, Citrin seeks interim approval and compensation in the amount of $68,770.40.  A detailed statement of hours spent rendering professional services to the Debtors, in support of Citrin's request for compensation for fees incurred during the Application Period is attached hereto as Exhibit A.  Exhibit A (i) identifies the professionals who rendered services in each project category; (ii) describes each service such professional performed; and (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the

time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services;
and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

## DESCRIPTION OF SERVICES RENDERED

11. Citrin provides below an overview of the services it rendered as independent
auditor and accounting services provider to the Debtors during the Application Period.

12. Citrin served or advised the Debtors in the following areas throughout the
Application Period:

- Citrin performed certain procedures in order to maintain an understanding of the
  chapter 11 process and the Debtors' potential plans in order to evaluate the potential
  implications to the other work performed and the advisory services provided.

- In connection with the New York State sales tax audit, Citrin has corresponded with
  the New York State auditor and responded to inquiries posed by the auditor.
  Further, Citrin has researched historical transactions within the Debtors' accounting
  systems and accumulated supporting documentation that the auditor has requested.
  Citrin has calculated potential exposure and provided updates to the Debtors'
  representatives.

- Citrin has prepared the annual New York City Commercial Rent Tax return for the
  period June 1, 2015 through May 31, 2016.

- Citrin has prepared the interim New York City Commercial Rent Tax return for the
  period une 1, 2016 through August 31, 2016.

- Citrin has researched historical intercompany accounting transactions between
  GMGI and Gawker Media and its affiliate in Hungary, Kinja, KFT based on
  inquiries made by the Debtors' representatives.

4

- Citrin calculated 2016 net operating loss carryforwards through June 10, 2016, which included calculating tax-basis depreciation for the period January 1, 2016 through June 10, 2016.

- Citrin responded to tax inquiries posed by the Debtors' representatives.

- Citrin responded to tax notices received from the Internal Revenue Serivce, the states of New York and Pennsylvania and the city of Westerville, Ohio.

## ALLOWANCE OF COMPENSATION

13. **Compensation Sought.** Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and skill required, Citrin requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Application Period in the sum of $68,770.40.

14. No agreement or understanding exists between Citrin and any other nonaffiliated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## CERTIFICATE OF COMPLIANCE AND WAIVER

15. Finally, the undersigned representative of Citrin certifies that Citrin has reviewed the requirements of Rule 2016-1 of the Local Rules and that the Application substantially complies with the Local Rules. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-1, Citrin believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Citrin respectfully requests that the Court enter an order: (i) granting Citirn allowance of compensation for professional services rendered to the Debtors during the Application Period in the amount of $68,770.40, which represents 100% of the total compensation

5

for professional services rendered during the Application Period; (ii) authorizing and directing the

Debtors to pay the Applicant compensation in the amount of $68,770.40; and (iii) granting such

other and further relief as is just and proper.

Dated:  November 7, 2016
        New York, NY

                                        Respectfully submitted,
                                        Citrin Cooperman & Company, LLP

                                        /s/ Michael E. Rhodes
                                        Michael E. Rhodes
                                        CITRIN COOPERMAN & COMPANY LLP
                                        529 Fifth Avenue
                                        New York, NY 10017
                                        Telephone:  (212) 697-1000
                                        Facsimile:  (212) 697-1004
                                        mrhodes@citrincooperman.com

                                        *Independent Auditor and Accounting
                                        Services Provider to the Debtors and
                                        Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :        Case No. 16-11700 (SMB)
                                                    :
                            Debtors.                :        (Jointly Administered)
                                                    :
-------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENT FOR
PROFESSIONALS IN RESPECT OF FIRST INTERIM FEE APPLICATION OF
CITRIN COOPERMAN & COMPANY, LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER TO THE
DEBTORS FOR THE PERIOD JUNE 10, 2016 THROUGH SEPTEMBER 30, 2016**

MICHAEL E. RHODES, deposes and says:

    1.   I am a Partner of Citrin Cooperman & Company, LLP ("Citrin"), which has an

office located at 529 Fifth Avenue, New York, New York 10017. I make this certification in

connection with the firm interim fee application (the "Application") of Citrin, in the above-

captioned debtors' (the "Debtors") chapter 11 cases.

    2.   I submit this certification with respect to Citrin's compliance with and pursuant to

the Court's General Order M-447, the Amended Guidelines for Fees and Disbursements for

Professionals in the Southern District of New York adopted by the Court on November 25, 2009

(the "Local Guidelines"), and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 adopted on January

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

30, 1996 (the "UST Guidelines") (collectively, and with the Order to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered in these cases on July 13, 2016 (the "Compensation Order"), the "Guidelines").

3.  In compliance with the Guidelines, I hereby certify that:

a.  I have read the Application and am familiar with the services for which compensation is being sought that are described therein;

b.  To the best of my knowledge, information and belief, the fees and disbursements sought in the Application are in substantial compliance with the Guidelines.

c.  The fees and disbursements sought in the Application are billed at rates or in accordance with practice customarily employed by Citrin for similar services and generally accepted by Citrin's clients.

d.  Citrin has not made a profit with respect to expenses requested in the Application.

e.  No agreement or understanding exists between Citrin and any other non-affiliated person or persons for the sharing of compensation received or to be received for professional services rendered or in connection with these cases.

f.  Citrin has not entered into any agreement with the office of the United States Trustee, the Debtors, any creditor or any other party in interest, for the purpose of fixing the amount of any of the fees or other compensation allowed out of or paid from the assets of the Debtors.

g.  Copies of the Application were provided to the appropriate parties on or about the date set for the filing of Applications by the Compensation Order.

2

Declarant:  Michael E. Rhodes
Title:  Partner

Dated:  November 7, 2016

# Exhibit A

## CUMULATIVE TIME SUMMARY
### For the Period of June 10, 2016 through August 31, 2016

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Rhodes, Michael | Partner | $ 560.00 | 3.25 | $ 1,820.00 |
| Fielstein, Howard | Partner | $ 500.00 | 2.60 | $ 1,300.00 |
| Ruvere, Eugene | Partner | $ 475.00 | 10.25 | $ 4,868.75 |
| Bonelli, John | Principal | $ 600.00 | 1.50 | $ 900.00 |
| LiRosi, Paul | Director | $ 460.00 | 5.75 | $ 2,645.00 |
| Bossin, Oren | Director | $ 415.00 | 0.75 | $ 311.25 |
| Freel, Michael | Manager | $ 410.00 | 20.50 | $ 8,405.00 |
| Freel, Michael | Manager | $ 405.00 | 8.00 | $ 3,240.00 |
| Porricelli, Thomas | Supervisor | $ 250.00 | 0.75 | $ 187.50 |
| Cianciarus, Michael | Staff | $ 190.00 | 1.50 | $ 285.00 |
| Bloch, Hilary | Staff | $ 185.00 | 7.25 | $ 1,341.25 |
| Rogan, John | Staff | $ 170.00 | 2.25 | $ 382.50 |
| Klein, Brett | Intern | $ 90.00 | 15.00 | $ 1,350.00 |
| Saccomano | Intern | $ 90.00 | 5.56 | $ 500.40 |
| Total Fees | | $ 324.30 | 84.91 | $ 27,536.65 |

**SUMMARY BY LEVEL**
**For the Period of June 10, 2016 through August 31, 2016**

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 496.20 | 16.10 | 7,988.75 |
| Principals | $ 600.00 | 1.50 | 900.00 |
| Directors | $ 454.81 | 6.50 | 2,956.25 |
| Managers | $ 408.60 | 28.50 | 11,645.00 |
| Supervisors | $ 250.00 | 0.75 | 187.50 |
| Staff | $ 182.61 | 11.00 | 2,008.75 |
| Interns | $ 90.00 | 20.56 | 1,850.40 |
| Total Fees | | 84.91 | 27,536.65 |

## TASK CODE SUMMARY
### For the Period of June 10, 2016 through August 31, 2016

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 204 | Workpaper review | 0.75 | 311.25 |
| 238 | Bankruptcy-Meeting, Correspond | 12.85 | 4,381.25 |
| 240 | Audit of Employee Benefit Plan | 0.75 | 187.50 |
| 300 | Taxes - General | 9.00 | 3,910.00 |
| 309 | Prep of Commercial Rent Tax | 2.25 | 382.50 |
| 609/613 | SALT Consulting & Projects/SALT Professionals | 59.31 | 18,364.15 |
| Total Fees | | 84.91 | 27,536.65 |

Citrin Cooperman & Company, LLP
Billing Worksheet
Client - Client Code
For the Period: 06/10/2016 - 08/31/2016
WIP Approved ( 08/31/2016 )

**WIP - Gawker Media (0) -**

| | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 06/10/2016 | discuss sales tax audit and bankruptcy issues with Eugene R.; e-mails to/from Eugene R. and Mike R. re: same | $ | 405 | 1.00 | $ | 405.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/15/2016 | discuss bankruptcy issue with Eugene R. and e-mail Mike R. re: NYS sales tax audit | $ | 405 | 0.25 | $ | 101.25 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 06/15/2016 | CRT in superforms | $ | 170 | 2.00 | $ | 340.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fleistein, Howard | 06/16/2016 | Call with Mike Rhodes and e mail re issues in case and review public information on filing | $ | 500 | 1.20 | $ | 600.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/16/2016 | e-mails to/from Ethan Sommer and Mike R. re: bankruptcy and sales tax | $ | 405 | 0.50 | $ | 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/17/2016 | NYS sales tax conference call with Eugene R., Will Holden, Ethan Sommer, Josh Albertson and Jaime Weber; post call discussion with Eugene | $ | 405 | 1.00 | $ | 405.00 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 06/17/2016 | Converted return to PDF; combined files | $ | 170 | 0.25 | $ | 42.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/17/2016 | Prepare for and conduct conference call with client regarding status and next steps related to New York sales tax audit; document call notes; internal correspondence on next steps. | $ | 475 | 0.75 | $ | 356.25 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fleistein, Howard | 06/20/2016 | Call with M. Devito, M. Rhodes, M Shlebolk and J. Bonelli | $ | 500 | 0.40 | $ | 200.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/20/2016 | prep for call with NYS auditor, discuss issues and strategy with Eugene R. | $ | 405 | 1.00 | $ | 405.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/20/2016 | Internal conversation regarding approach to discussion with auditor to request postponement of upcoming sales tax audit meeting. | $ | 475 | 0.50 | $ | 237.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/23/2016 | review additional AMEX support received from Ethan Sommer, call NYS auditor re: audit status, e-mail from Ethan re: NYS refund notices | $ | 405 | 0.50 | $ | 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/24/2016 | review NYS notices re: assessment receivable overpayments, call NYS Tax Dept re: same and discuss with rep, e-mail to Ethan Sommer re: MCTMT overpayments | $ | 405 | 0.50 | $ | 202.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/27/2016 | tele conv. with NYS sales tax auditor re: bankruptcy issue and request for extension of time to respond; discuss with Eugene R. and e-mail summarizing conversation with auditor to Eugene | $ | 405 | 0.75 | $ | 303.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 06/28/2016 | e-mails to/from Mike R., Eugene R. and Ethan Sommer re: NYS sales tax audit; set Brett K. up to print out end organize additional info | $ | 405 | 1.00 | $ | 405.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 06/28/2016 | Correspondence with client regarding sales tax audit. | $ | 475 | 0.25 | $ | 118.75 |

8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 06/30/2016 | help Brett K. with questions re: sales tax audit support; e-mail additional instructions to Brett | $ | 405 | 1.50 | $ | 607.50 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 06/30/2016 | Matched amex receipts to the stores receipts for the state audit | $ | 90 | 4.25 | $ | 382.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/05/2016 | help Brett K. with questions re: audit support, follow up with Brett | $ | 410 | 0.50 | $ | 205.00 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/05/2016 | Printed Out and numbered amex receipts | $ | 90 | 6.00 | $ | 540.00 |
| taxes | 609 SALT Consulting & Projects | Saccomano | 07/05/2016 | Printed out and numbered Amex receipts. | $ | 90 | 2.85 | $ | 256.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/05/2016 | review NYS sales tax audit support; e-mails to/from Will Holden re: auditor contact info and documents received from NYS; discuss with Eugene R. and review network files re: same | $ | 410 | 3.25 | $ | 1,332.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/07/2016 | review and organize NYS audit support, discuss same and additional info that needs to be printed with Brett K. | $ | 410 | 5.25 | $ | 2,152.50 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/07/2016 | Printing out files to be organized for the audit | $ | 90 | 1.50 | $ | 135.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/08/2016 | prep for NYS sales tax audit | $ | 410 | 5.00 | $ | 2,050.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/11/2016 | NYS sales tax audit - discuss backup support with Brett K. and organize same; e-mails re: new audit meeting date and audit, discuss audit issues with Eugene R. and tele conf call with Mike R. | $ | 410 | 3.50 | $ | 1,435.00 |
| taxes | 609 SALT Consulting & Projects | Klein, Brett | 07/11/2016 | Matching Amex receipts to their reference numbers | $ | 90 | 3.25 | $ | 292.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/11/2016 | Internal and client correspondence regarding sales tax audit. | $ | 475 | 0.25 | $ | 118.75 |
| taxes | 609 SALT Consulting & Projects | Saccomano | 07/11/2016 | Labeling amex receipts for NYS sales tax audit | $ | 90 | 2.71 | $ | 243.90 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/22/2016 | NYS sales tax audit, discuss with Eugene R. organize notes for Eugene R. to prepare him for meeting with client and auditor; e-mails from Eugene and overview of audit status and info received/needed with Eugene | $ | 410 | 0.25 | $ | 102.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/25/2016 | | $ | 410 | 2.00 | $ | 820.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/25/2016 | Prepare for sales tax auditor/client meeting. | $ | 475 | 0.50 | $ | 237.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 07/26/2016 | discuss NYS sales tax audit with Eugene R., organize expense and fixed asset support w/p's we have for his meeting with the auditors next week | $ | 410 | 0.25 | $ | 102.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 07/26/2016 | Prepare for and conduct meeting with client and New York sales tax auditors; document meeting notes; coordinate meetings with auditors; correspondence with client on IRS inquiry on missing returns. | $ | 475 | 3.00 | $ | 1,425.00 |
| ACCT | 204 Workpaper review | Bossin, Oren | 07/27/2016 | | $ | 415 | 0.75 | $ | 311.25 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bloch, Hilary | 07/29/2016 | check for client conflicts | $ | 185 | 5.00 | $ | 925.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bloch, Hilary | 08/01/2016 | check for client conflicts | $ | 185 | 2.25 | $ | 416.25 |
| taxes | 613 SALT Professionals | Freel, Michael | 08/02/2016 | NYS sales tax audit; discuss with Eugene R.; e-mails to NYS auditors with supporting schedules and discuss same with auditors | $ | 410 | 0.50 | $ | 205.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/02/2016 | Prepare for and meet with New York sales tax auditors; correspondence with client on status of case. | $ | 475 | 1.50 | $ | 712.50 |

9

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/03/2016 | Meetings with New York sales tax auditors; correspondence with client; review of additional expense invoices provided by client; review of fixed asset information provided by client. | $ | 475 | 1.75 $ | 831.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/05/2016 | Review of auditor workpapers; email to client on same. | $ | 475 | 0.25 $ | 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/08/2016 | Review client provided information (data on sampled expense accounts, interco transactions, etc.); correspondence with auditor on same. | $ | 475 | 0.25 $ | 118.75 |
| taxes | 300 Tax General | LiRosi, Paul | 08/09/2016 | tax call with gawker, andrew and mike rhodes - meeting with andrew on tax basis of assets | $ | 460 | 1.00 $ | 460.00 |
| Cons | 300 Tax General | Rhodes, Michael | 08/09/2016 | Tax call | $ | 560 | 0.75 $ | 420.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Bonelli, John | 08/10/2016 | Assemble 327(e) application, confer with engagement team | $ | 600 | 1.50 $ | 900.00 |
| taxes | 300 Tax General | LiRosi, Paul | 08/12/2016 | call on sale/reviewed schedule provided by client for NOL treatment/research NYS/NYC nol calc. | $ | 460 | 3.75 $ | 1,725.00 |
| CEB | 240 Audit of Employee Benefit Plan | Porricelli, Thomas | 08/12/2016 | Rolled the 401k file and prepared EL /114 Letter | $ | 250 | 0.75 $ | 187.50 |
| Cons | 300 Tax General | Rhodes, Michael | 08/12/2016 | Tax call | $ | 560 | 1.00 $ | 560.00 |
| Cons | 238 Bankruptcy-Meeting, Correspond | Rhodes, Michael | 08/12/2016 | Bankruptcy court application | $ | 560 | 1.50 $ | 840.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/12/2016 | Brief review of auditor workpapers; consideration regarding next steps. | $ | 475 | 0.25 $ | 118.75 |
| taxes | 300 Tax General | Clandarus | 08/15/2016 | 2016 Basis Depreciation Calculation for Paul LiRosi | $ | 190 | 1.50 $ | 285.00 |
| taxes | 300 Tax General | LiRosi, Paul | 08/15/2016 | call with client on fixed asset basis on sale; sale analysis, NYS NOL's, and basis issues. | $ | 460 | 1.00 $ | 460.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 08/18/2016 | Calls and e mails with John Bonelli and Mike Rhodes | $ | 500 | 0.60 $ | 300.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Fielstein, Howard | 08/19/2016 | Follow up calls and e mails with John Bonelli and Mike Rhodes | $ | 500 | 0.40 $ | 200.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/24/2016 | Prepare for and conduct call with New York sales tax auditor. | $ | 475 | 0.50 $ | 237.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/26/2016 | Call with W. Holden regarding New York sales tax audit status and bankruptcy matters. | $ | 475 | 0.25 $ | 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 08/31/2016 | Correspondence with New York sales tax auditor and client. | $ | 475 | 0.25 $ | 118.75 |
| **Total Fees Incurred** | | | | | | | 84.91 | 27,536.65 |

**CUMULATIVE TIME SUMMARY**
**For the Period of September 1, 2016 through September 30, 2016**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Rhodes, Michael | Partner | $ 560.00 | 12.50 | $ 7,000.00 |
| Ruvere, Eugene | Partner | $ 475.00 | 3.75 | $ 1,781.25 |
| LiRosi, Paul | Director | $ 460.00 | 10.50 | $ 4,830.00 |
| Freel, Michael | Manager | $ 410.00 | 55.00 | $ 22,550.00 |
| Porricelli, Thomas | Supervisor | $ 250.00 | 11.00 | $ 2,750.00 |
| Rogan, John | Staff | $ 180.00 | 2.75 | $ 495.00 |
| Gaebel, Katerina | Staff | $ 170.00 | 10.75 | $ 1,827.50 |
| Total Fees | | $ 388.08 | 106.25 | $ 41,233.75 |

**SUMMARY BY LEVEL**
For the Period of September 1, 2016 through September 30, 2016

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $     540.38 | 16.25 | 8,781.25 |
| Directors | $     460.00 | 10.50 | 4,830.00 |
| Managers | $     410.00 | 55.00 | 22,550.00 |
| Supervisors | $     250.00 | 11.00 | 2,750.00 |
| Staff | $     172.04 | 13.50 | 2,322.50 |
| Total Fees | | 106.25 | 41,233.75 |

**TASK CODE SUMMARY**

**For the Period of September 1, 2016 through September 30, 2016**

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 214 | Other Special Projects | 11.25 | $ 4,102.50 |
| 238 | Bankruptcy-Meeting, Correspond | 3.00 | $ 1,680.00 |
| 300 | Taxes - General | 10.50 | $ 4,830.00 |
| 309 | Prep of Commercial Rent Tax | 3.25 | $ 620.00 |
| 609/613 | SALT Consulting & Projects/SALT Professionals | 78.25 | $ 30,001.25 |
| Total Fees | | 106.25 | $ 41,233.75 |

**Citrin Cooperman & Company, LLP**
Billing Worksheet
Client - Client Code
For the Period: 09/01/2016 - 09/30/2016
WIP Approved ( 09/30/2016 )

| WIP - Gawker Media (0) - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/14/2016 | Netsuite research and meeting with Rhodes | $ 250.00 | 2.00 | $ 500.00 |
| ACCT | 214 Other Special Projects | Gaebel, Katerina | 09/14/2016 | Looked into intercompany payable accounts for Mike Rhodes. | $ 170.00 | 1.25 | $ 212.50 |
| ACCT | 214 Other Special Projects | Gaebel, Katerina | 09/15/2016 | Meeting at Gawker with Mike Rhodes. | $ 170.00 | 2.00 | $ 340.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/19/2016 | Intercompany | $ 250.00 | 1.50 | $ 375.00 |
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/22/2016 | Sales Tax Liability - meeting with rhodes - tax issues - expense research | $ 250.00 | 4.50 | $ 1,125.00 |
| ACCT | 613 SALT Professionals | Gaebel, Katerina | 09/22/2016 | Printing missing invoices to PDF for Mike Rhodes. | $ 170.00 | 7.50 | $ 1,275.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/23/2016 | Downloaded and identified the 2014 Tax items for Paul LiRosi | $ 250.00 | 0.75 | $ 187.50 |
| ACCT | 613 SALT Professionals | Porricelli, Thomas | 09/26/2016 | Respond to questions from SALT | $ 250.00 | 1.00 | $ 250.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 09/28/2016 | Call with GM | $ 250.00 | 0.75 | $ 187.50 |
| Cons | 236 Bankruptcy-Meeting, Correspond | Rhodes, Michael | 9/13/2016 | Bankruptcy appointment hearing | $ 560.00 | 3.00 | $ 1,680.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/15/2016 | Intercompany accounting | $ 560.00 | 3.00 | $ 1,680.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/21/2016 | Correcting Accounting Entries | $ 560.00 | 1.00 | $ 560.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/22/2016 | NYS sales tax audit - invoice research | $ 560.00 | 1.00 | $ 560.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/26/2016 | Sales tax audit and other requests | $ 560.00 | 2.00 | $ 1,120.00 |
| Cons | 613 SALT Professionals | Rhodes, Michael | 09/28/2016 | Sales tax audit requests | $ 560.00 | 1.50 | $ 840.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 09/29/2016 | Call to review UCC requests | $ 560.00 | 1.00 | $ 560.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/15/2016 | Internal correspondence regarding status of sales/use tax audit and approach to case; review of related audit workpapers; correspondence with auditor. | $ 475.00 | 2.75 | $ 1,306.25 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/15/2016 | NYS sales tax audit - discuss status and next steps with Eugene R.; review auditor's capital exception workpapers and related notes; review e-mails from Eugene with additional audit support; compare and cross-reference auditor's computer and hardware exceptions spreadsheet to PBC depreciation support schedules; summary e-mail of ways to try to reduce capital exceptions portion of additional tax to Eugene | $ 410.00 | 6.75 | $ 2,767.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/16/2016 | Internal discussion with M. Freel regarding initial fixed asset review. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/16/2016 | NYS sales tax audit - start reviewing auditor's expense wfp's; discuss auditor's capital asset exceptions with Eugene R.; e-mail to Mike R. re: additional capital asset support needed | $ 410.00 | 4.25 | $ 1,742.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 09/19/2016 | Internal correspondence regarding approach expense review for sales tax audit. | $ 475.00 | 0.25 | $ 118.75 |

14

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 09/19/2016 | NYS sales tax audit - review auditor's expense workpapers and add'l support e-mails, research re: same and notes to file re: arguments to make for reduction of additional tax due; call Mike R. to discuss additional capital assets support; discuss positions to take re: certain expenses with Eugene R.; review computer equipment invoices and pull information overlooked by auditor on his last visit | $ | 410.00 | 7.25 | $ | 2,972.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/20/2016 | NYS sales tax audit - continue review of auditor's expense exceptions; pull additional support and additional research re: same; add to summary of notes and arguments for reductions of tax | $ | 410.00 | 3.75 | $ | 1,537.50 |
| taxes | 613 SALT Professionals | Ruvero, Eugene | 09/21/2016 | Internal discussions regarding findings related to expense portion of sales tax audit. | $ | 475.00 | 0.25 | $ | 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/21/2016 | NYS sales tax audit - review auditor's expense exceptions workpapers; research re: same (taxability of digital photo license and campaign cost expenses, etc.) and pull additional support; notes to file and discuss with Eugene R. | $ | 410.00 | 5.50 | $ | 2,255.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/22/2016 | NYS sales tax audit - review auditor's expense exceptions w/p's; additional research re: same and pull additional support; discuss with Eugene R. | $ | 410.00 | 5.25 | $ | 2,152.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/23/2016 | NYS sales tax audit - continue review of auditor's expense exceptions; add'l research re: same and pull additional support | $ | 410.00 | 2.50 | $ | 1,025.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/26/2016 | NYS sales tax audit - continue review of auditor's expense workpapers and related Concur support; additional research re: same and pull additional support; review auditor's schedules re: quarterly expense account amounts | $ | 410.00 | 3.75 | $ | 1,537.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/27/2016 | continue review of auditor's expense w/p's; discuss w/ Eugene R. | $ | 410.00 | 3.00 | $ | 1,230.00 |
| taxes | 613 SALT Professionals | Ruvero, Eugene | 09/28/2016 | Internal correspondence regarding status of sales tax audit and next steps. | $ | 475.00 | 0.25 | $ | 118.75 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/28/2016 | continue review of auditor's expense w/p's; discuss expense and fixed asset support/arguments with Eugene R. | $ | 410.00 | 0.75 | $ | 307.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/29/2016 | review auditor's expense error sheets for accuracy; review e-mails and related invoice support from Mike R. and Tom P.; prepare spreadsheet summarizing and cross-referencing support and positions; summary e-mail to Eugene R. with additional clarifications needed | $ | 410.00 | 9.75 | $ | 3,997.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 09/30/2016 | e-mails from/to Eugene R. re: sales tax audit; pull additional fixed assets support | $ | 410.00 | 2.50 | $ | 1,025.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/19/2016 | Respond to tax question | $ | 460.00 | 0.50 | $ | 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/21/2016 | tax notice review | $ | 460.00 | 0.75 | $ | 345.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/22/2016 | review of tax notice with Tom | $ | 460.00 | 0.50 | $ | 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/23/2016 | respond to tax notice | $ | 460.00 | 1.00 | $ | 460.00 |

15

| taxes | 300 Tax General | LiRosi, Paul | 09/28/2016 | various tax notices/call with Lynn on tax prepared all items per clients request - emailed to will and lynn reviewed PA tax notice and had a call with PA department of revenue regarding payroll | $ 480.00 | 2.00 | $ | 920.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/28/2016 | call with Mike, Lynn, Will/sent email to all on request list | $ 480.00 | 2.00 | $ | 920.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/29/2016 | | $ 480.00 | 1.25 | $ | 575.00 |
| taxes | 300 Tax General | LiRosi, Paul | 09/13/2016 | | $ 480.00 | 2.50 | $ | 1,150.00 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 09/16/2016 | Q1 2016 CRT prep | $ 180.00 | 2.75 | $ | 495.00 |
| taxes | 309 Prep of Commercial Rent Tax | Porticelli, Thomas | 09/16/2016 | Review of the CRT Return for Q1 | $ 250.00 | 0.50 | $ | 125.00 |
| | | | | | | 106.25 | | 41,233.75 |