**Exhibit E**

**Time Detail**



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

October 1, 2016                                                              Invoice  18412    SDB
In Reference To: 00923-000 - General
Client: Gawker Media, LLC

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/11/16 | NES | Exchange email with H. Dietrick regarding ▓▓▓▓ ▓▓▓▓. | 0.50 515.00/hr | 257.50 |
| 06/12/16 | NES | Exchange email H. Dietrick regarding ▓▓▓▓ ▓▓. | 0.40 515.00/hr | 206.00 |
| 06/14/16 | NES | Review and suggest revisions to ▓▓▓▓ ▓▓▓▓ (1.4); review and analyze underlying story (.8). | 2.20 515.00/hr | 1,133.00 |
| 06/20/16 | SDB | Telephone conference with C. O'Connor regarding various matters and ▓▓▓▓ (.6); exchange email with C. O'Connor regarding same (.2); address access matter (.3); exchange email with H. Dietrick regarding ▓▓▓▓ (.3); telephone conference with office of Judge Case regarding ▓▓ (.2). | 1.60 515.00/hr | 824.00 |
| 06/21/16 | SDB | Review and revise ▓▓▓▓ (.6); review NY law regarding same (.5); exchange email with H. Dietrick regarding ▓▓ (.3). | 1.40 515.00/hr | 721.00 |
| 06/21/16 | NES | Review ▓▓▓▓ and exchange email with H. Dietrick regarding ▓▓. | 0.40 515.00/hr | 206.00 |
| 06/22/16 | KMB | Forward authorities to C. O'Connor regarding access matters. | 0.60 515.00/hr | 309.00 |
| 06/23/16 | SDB | Telephone conference with H. Dietrick regarding ▓▓▓▓ and address ▓▓. | 0.60 515.00/hr | 309.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | | | | |
|---|---|---|---|---|
| William Holden | | | | October 1, 2016 |
| I.D. 00923-000 - SDB | | | | Invoice 18412 |
| Re: General | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/24/16 | SDB | Prepare materials for H. Dietrick for use in ▮▮▮▮▮, and exchange email with H. Dietrick regarding ▮▮▮▮. | 1.30 515.00/hr | 669.50 |
| 06/24/16 | RRR | Identify, review and compile requested documents for client. | 1.40 215.00/hr | 301.00 |
| 06/28/16 | SDB | Address ▮▮▮ question with C. O'Connor. | 0.20 515.00/hr | 103.00 |
| 06/29/16 | SDB | Preliminary review of ▮▮▮▮▮ (.4); review draft response (.8); telephone conference with C. O'Connor regarding ▮▮▮ (.7); address prepublication counseling (.1); exchange email with H. Dietrick regarding ▮▮▮▮ (.3). | 2.30 515.00/hr | 1,184.50 |
| 06/29/16 | RRR | Identify, review and prepare files requested by client. | 0.90 215.00/hr | 193.50 |
| 06/29/16 | NES | Review ▮▮▮▮▮ and review and revise draft correspondence from ▮▮▮▮ same. | 0.80 515.00/hr | 412.00 |
| 06/30/16 | NES | Review revised ▮▮▮▮▮ and ▮▮▮▮ same. | 0.50 515.00/hr | 257.50 |
| 06/30/16 | SDB | Review and revise ▮▮▮▮▮ (1.5); exchange email with client regarding ▮▮ (.5). | 2.00 515.00/hr | 1,030.00 |
| 06/30/16 | SDB | Review and analyze ▮▮▮▮▮ (.8); review and revise ▮▮▮▮ (1.4); exchange email with clients regarding same (.3). | 2.50 515.00/hr | 1,287.50 |
| 07/01/16 | SDB | Exchange email with C. O'Connor regarding ▮▮▮▮▮ (.4); review and revise same (.6). | 1.00 515.00/hr | 515.00 |
| 07/06/16 | SDB | Exchange email with C. O'Connor regarding ▮▮▮. | 0.20 515.00/hr | 103.00 |
| 07/08/16 | SDB | Telephone conference with H. Dietrick regarding ▮▮▮. | 0.20 515.00/hr | 103.00 |
| 07/10/16 | SDB | Telephone conference with H. Dietrick regarding ▮▮▮▮. | 0.40 515.00/hr | 206.00 |
| 07/13/16 | SDB | Review revised ▮▮▮▮▮ exchange email with H. Dietrick regarding ▮▮ (.2); exchange email with C. O'Connor | 0.30 515.00/hr | 154.50 |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | October 1, 2016 |
|---|---|
| I.D. 00923-000 - SDB | Invoice 18412 |
| Re: General | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | regarding ▓▓▓ (.1). | | |
| 07/15/16 | KMB | Review ▓▓▓▓. | 1.00 515.00/hr | 515.00 |
| 07/18/16 | SDB | Respond to inquiries from C. O'Connor regarding ▓▓▓. | 0.20 515.00/hr | 103.00 |
| 07/19/16 | JAK | Prepare ▓▓▓▓ and compile cited exhibits for ▓▓. | 3.20 380.00/hr | 1,216.00 |
| 07/20/16 | RNP | Research ▓▓▓▓; identify, review and prepare exhibits to accompany ▓▓▓. | 2.70 215.00/hr | 580.50 |
| 07/20/16 | KMB | Revise ▓▓▓. | 2.00 515.00/hr | 1,030.00 |
| 07/21/16 | RNP | Research ▓▓▓▓. | 1.60 215.00/hr | 344.00 |
| 07/21/16 | KMB | Revise ▓▓▓ and revise ▓▓ ▓▓▓. | 2.50 515.00/hr | 1,287.50 |
| 07/26/16 | RNP | Research ▓▓▓▓. | 1.00 215.00/hr | 215.00 |
| 07/26/16 | KMB | Revise and finalize ▓▓▓. | 2.60 515.00/hr | 1,339.00 |
| 07/29/16 | SDB | Telephone conference and exchange email with C. O'Connor regarding ▓▓▓. | 0.40 515.00/hr | 206.00 |
| 07/29/16 | KMB | Exchange email with C. O'Connor regarding ▓▓▓. | 0.20 515.00/hr | 103.00 |
| 08/03/16 | SDB | Exchange email with C. O'Connor regarding ▓▓▓. | 0.10 515.00/hr | 51.50 |
| 08/04/16 | SDB | Review and analyze ▓▓▓ and address ▓▓▓. | 0.60 515.00/hr | 309.00 |
| 08/09/16 | SDB | Exchange email with C. O'Connor regarding ▓▓▓. | 0.20 515.00/hr | 103.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | | | |
|---|---|---|---|
| William Holden | | | October 1, 2016 |
| I.D. 00923-000 - SDB | | | Invoice 18412 |
| Re: General | | | Page 4 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/11/16 | SDB | Telephone conference with insurer and coverage counsel ▮▮▮ ▮▮▮ (.5); draft email to insurer regarding ▮▮ (.4). | 0.90 515.00/hr | 463.50 |
| 08/11/16 | KMB | Prepare for and participate in telephone conference with C. O'Connor, L. Obie ▮▮▮▮▮▮ and follow up regarding ▮▮. | 1.00 515.00/hr | 515.00 |
| 09/01/16 | SDB | Telephone conference with C. O'Connor regarding ▮▮▮ ▮▮ and address ▮▮. | 0.80 515.00/hr | 412.00 |
| 09/02/16 | SDB | Address ▮▮▮ issues. | 0.30 515.00/hr | 154.50 |
| 09/12/16 | SDB | Address ▮▮▮▮ with client. | 0.50 515.00/hr | 257.50 |
| | | **For professional services rendered** | **43.50** | **$19,690.50** |

**Disbursements**

| Description | Amount |
|-------------|--------|
| Filing Fees | 45.00 |
| **Total Disbursements** | **$45.00** |

| | |
|---|---|
| **Total Amount of this Bill** | **$19,735.50** |

### Levine Sullivan Koch & Schulz, LLP

| William Holden | October 1, 2016 |
|---|---|
| I.D. 00923-000 - SDB | Invoice  18412 |
| Re: General | Page  5 |

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 18.00 | 515.00 | 9,270.00 |
| Nathan E. Siegel | 4.80 | 515.00 | 2,472.00 |
| Katherine M. Bolger | 9.90 | 515.00 | 5,098.50 |
| Ryan R. Relyea | 2.30 | 215.00 | 494.50 |
| Rebecca N. Pottash | 5.30 | 215.00 | 1,139.50 |
| Jeremy A Kutner | 3.20 | 380.00 | 1,216.00 |
| **Totals** | **43.50** |  | **$19,690.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

October 1, 2016                                                                 Invoice  18095      MB

In Reference To: 00923-002 - Bollea v. Gawker Media, et al.

Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/10/16 | RRR | Continue to review appellate emergency motion to stay and identify, review and prepare documents for appendix. | 4.50 215.00/hr | 967.50 |
| 06/10/16 | MSM | Draft proposed order for Judge Campbell denying motion for stay of order granting stay with conditions. | 0.50 330.00/hr | 165.00 |
| 06/10/16 | MB | Prepare for and attend hearing on motion for stay of execution (3.7); multiple telephone conferences with clients and other counsel regarding ▮▮▮▮▮▮▮▮▮ (1.8); formulate strategy regarding ▮▮▮▮ (.8); review and revise appellate motion for emergency stay (1.5); review and revise suggestion of bankruptcy (.4); review and analyze possible response to correspondence from plaintiff's counsel to Judge Campbell regarding hearing (.9); return travel from Florida to Philadelphia (3.8). | 12.90 490.00/hr | 6,321.00 |
| 06/10/16 | PJS | Review and revise appellate stay motion (1.1); prepare for and participate in trial court hearing on motion to stay execution (3.9); review and revise possible post-hearing filings, and develop strategy regarding ▮▮▮ (3.8); confer with S. Vogt regarding proposed orders (.2); return travel to Philadelphia (3.8). | 12.80 405.00/hr | 5,184.00 |
| 06/10/16 | ALS | Plan strategy and review documents in light of court hearing and bankruptcy filing. | 0.50 490.00/hr | 245.00 |
| 06/10/16 | SDB | Address hearing and strategy for same (.4); address notice of appeal (.4); review and analyze order proposed by plaintiff (.3); | 3.90 515.00/hr | 2,008.50 |

## Levine Sullivan Koch & Schulz, LLP

| | | | |
|---|---|---|---|
| William Holden | | | October 1, 2016 |
| I.D. 00923-002 - MB | | | Invoice 18095 |
| Re: Bollea v. Gawker Media, et al. | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | review and revise stay papers (.4); address client bankruptcy and suggestion of bankruptcy (.8); telephone conferences, and exchange email with client regarding ▮ (.8); review correspondence to court from plaintiff regarding hearing (.2); review order on temporary stay (.1); address TRO entry in bankruptcy case and ramifications of same (.2); address email from C. Harder regarding ▮ (.3). | | |
| 06/10/16 | NES | Revise appellate motions for stay for filing if necessary (4.8); telephone conference and exchange email with H. Dietrick and bankruptcy counsel regarding ▮ (1.5); telephone conferences with Florida team regarding ▮ (.7); review bankruptcy pleadings and TRO Order (.8). | 7.80 515.00/hr | 4,017.00 |
| 06/11/16 | SDB | Respond to inquiry from G. Galardi regarding ▮. | 0.20 515.00/hr | 103.00 |
| 06/12/16 | MB | Formulate strategy regarding next steps in light of bankruptcy filing. | 0.50 490.00/hr | 245.00 |
| 06/12/16 | SDB | Analyze possible response to correspondence from plaintiff's counsel to court regarding alleged misrepresentations. | 0.30 515.00/hr | 154.50 |
| 06/13/16 | MB | Formulate strategy regarding plaintiff's correspondence to Judge Campbell and next steps in light of bankruptcy filing (.7); telephone conference with H. Dietrick regarding ▮ (.5); exchange email with T. McCreary and S. Vogt regarding hearing and formulate response to same (.3); telephone conference with G. Galardi and M. Winograd regarding ▮ (.9); address numerous issues regarding next steps in light of bankruptcy filing (1.3). | 3.70 490.00/hr | 1,813.00 |
| 06/13/16 | NES | Telephone conferences regarding ▮ (1.5); telephone conference with H. Dietrick regarding ▮ (.4). | 1.90 515.00/hr | 978.50 |
| 06/14/16 | PJS | Draft, and oversee filing of, suggestions of bankruptcy in Bollea proceedings (.4); assemble and transmit materials requested by bankruptcy counsel (.1). | 0.50 405.00/hr | 202.50 |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | | | | October 1, 2016 |
| I.D. 00923-002 - MB | | | | Invoice 18095 |
| Re: Bollea v. Gawker Media, et al. | | | | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/14/16 | MB | Formulate strategy regarding ▮▮▮▮▮ exchange email with G. Galardi and M. Winograd regarding ▮▮ (.6); exchange email with T. McCreary and S. Vogt regarding hearing (.3); address preparation and filing of suggestions of bankruptcy in appeals court (.2); review order setting hearing and exchange email with G. Galardi and M. Winograd regarding ▮▮▮ (.3). | 1.40 490.00/hr | 686.00 |
| 06/14/16 | NES | Exchange email and telephone conference with Ropes & Gray, H. Dietrick regarding ▮▮▮▮▮. | 0.70 515.00/hr | 360.50 |
| 06/15/16 | MB | Analyze issues regarding case status in light of bankruptcy proceeding (.6); telephone conference with M. Winograd regarding ▮▮▮▮▮▮▮▮ (.4); review filings in bankruptcy case concerning motion for preliminary injunction and analyze impact on trial court proceedings (.6). | 1.60 490.00/hr | 784.00 |
| 06/15/16 | NES | Telephone conference with M. Winograd ▮▮▮▮▮▮ ▮. | 0.60 515.00/hr | 309.00 |
| 06/16/16 | MB | Review correspondence from S. Vogt to Judge Campbell's chambers regarding hearing (.3); exchange email with H. Dietrick and Gawker's bankruptcy counsel regarding ▮▮ (.2); exchange email with S. Vogt regarding stay of litigation and formulate strategy regarding ▮▮ (.6); exchange email with Gawker's bankruptcy counsel regarding same (.2); telephone conference with G. Thomas regarding ▮▮▮▮▮ (.3). | 1.60 490.00/hr | 784.00 |
| 06/17/16 | PJS | Review and analyze transcript of bankruptcy proceeding pertaining to stay of Bollea action (.4); telephone conference with C. Berman regarding ▮▮▮▮▮ (.3). | 0.70 405.00/hr | 283.50 |
| 06/17/16 | MB | Formulate strategy regarding ▮▮▮▮▮▮ ▮▮▮▮▮. | 1.40 490.00/hr | 686.00 |
| 06/19/16 | MB | Formulate strategy regarding ▮▮▮▮▮ ▮▮▮▮. | 0.40 490.00/hr | 196.00 |
| 06/20/16 | MB | Review orders staying proceedings filed by plaintiff in trial court and | 0.10 490.00/hr | 49.00 |

### Levine Sullivan Koch & Schulz, LLP

William Holden                                                                          October 1, 2016
I.D. 00923-002 - MB                                                                       Invoice 18095
Re: Bollea v. Gawker Media, et al.                                                              Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | appeals court. | | |
| 06/22/16 | PJS | Develop strategy regarding ███████████████ (.7); telephone conference with S. Brannock regarding ███████ ███████ (.5). | 1.20 405.00/hr | 486.00 |
| 06/22/16 | MB | Formulate strategy regarding ██████████. | 0.70 490.00/hr | 343.00 |
| 06/22/16 | SDB | Telephone conference with H. Dietrick regarding ███████ (.4); telephone conference with S. Brannock regarding ██████████ (.5); address issues related to record on appeal (.3); telephone conference with M. Winograd regarding ████████████ ████████████████████ (.6); review and revise proposed order staying execution pending appeal (1.8); exchange email with M. Winograd and J. Gill regarding █████ (.3); exchange email with S. Brannock regarding █████ (.3); address document production in adversary proceeding and exchange email with Ropes counsel regarding █████ (.6); begin preliminary outline of appeal brief (1.0). | 2.30 515.00/hr | 1,184.50 |
| 06/22/16 | NES | Strategize regarding ██████████████████ ████. | 0.30 515.00/hr | 154.50 |
| 06/23/16 | PJS | Begin drafting merits brief for appeal and develop strategy regarding same. | 2.80 405.00/hr | 1,134.00 |
| 06/24/16 | SDB | Address outline and record for appeal brief. | 1.50 515.00/hr | 772.50 |
| 06/28/16 | PJS | Continue drafting merits appeal brief (.9); develop strategy regarding ██████████ (.3); exchange email with C. Berman regarding ██████████████████████ (.2). | 1.40 405.00/hr | 567.00 |
| 06/28/16 | SDB | Address issues related to appellate record. | 0.40 515.00/hr | 206.00 |
| 06/30/16 | SDB | Review and revise preliminary draft of initial section of appeal brief. | 1.30 515.00/hr | 669.50 |
| 07/05/16 | SDB | Continue to draft and outline initial section of appeal brief. | 1.50 515.00/hr | 772.50 |

### Levine Sullivan Koch & Schulz, LLP

William Holden
I.D. 00923-002 - MB
Re: Bollea v. Gawker Media, et al.

October 1, 2016
Invoice 18095
Page 5

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/06/16 | PJS | Oversee drafting of notices of filing in order to get hearing and trial transcripts in the record (.5); continue outlining revised appeal brief (.5). | 1.00 405.00/hr | 405.00 |
| 07/06/16 | RRR | Identify, review and prepare list of trial court hearing transcripts to be filed for appellate record. | 0.60 215.00/hr | 129.00 |
| 07/06/16 | RNP | Identify, review and prepare all trial and hearing transcripts and draft notices of filing for record on appeal. | 1.90 215.00/hr | 408.50 |
| 07/06/16 | SDB | Address record issues and outline for appeal brief. | 0.80 515.00/hr | 412.00 |
| 07/07/16 | RRR | Identify, review and prepare hearing and trial transcripts for filing as part of record on appeal. | 2.20 215.00/hr | 473.00 |
| 07/07/16 | PJS | Review and revise draft notices of filing for hearing and trial transcripts, addressing related confidentiality issues (.8); continue outlining merits appeal brief (.9). | 1.70 405.00/hr | 688.50 |
| 07/07/16 | SDB | Address appeal brief and record issues. | 0.70 515.00/hr | 360.50 |
| 07/08/16 | RRR | Continue to identify, review and prepare trial court hearing transcripts for filing. | 1.40 215.00/hr | 301.00 |
| 07/08/16 | PJS | Outline initial section of merits appeal brief (1.0); review and revise notice of filing of transcripts (.3). | 1.30 405.00/hr | 526.50 |
| 07/08/16 | SDB | Respond to inquiry from H. Dietrick regarding ███████████ ███████████. | 0.40 515.00/hr | 206.00 |
| 07/11/16 | PJS | Telephone conference with trial court clerk regarding preparation of appellate record once stay is lifted (.2); telephone conference with Florida appellate counsel regarding ████ (.2); review and revise draft notices of filing of transcripts (.2); exchange email with court reporter regarding confidentiality issues (.1); continue outlining initial sections of appeal brief (.7). | 1.40 405.00/hr | 567.00 |
| 07/11/16 | SDB | Address status of record on appeal and submission of transcripts. | 0.30 515.00/hr | 154.50 |
| 07/12/16 | SDB | Draft initial section of appeal brief and review record in connection | 5.30 515.00/hr | 2,729.50 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| William Holden | October 1, 2016 |
| I.D. 00923-002 - MB | Invoice 18095 |
| Re: Bollea v. Gawker Media, et al. | Page 6 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | with same. | | |
| 07/13/16 | PJS | Continue drafting initial sections of merits appeal brief. | 0.80<br>405.00/hr | 324.00 |
| 07/14/16 | PJS | Continue drafting initial section for merits appeal brief. | 3.10<br>405.00/hr | 1,255.50 |
| 07/15/16 | PJS | Draft initial section of merits appeal brief. | 1.70<br>405.00/hr | 688.50 |
| 07/15/16 | SDB | Telephone conference with G. Thomas regarding ███████ ███████. | 0.20<br>515.00/hr | 103.00 |
| 07/18/16 | PJS | Continue drafting section of merits appeal. | 2.40<br>405.00/hr | 972.00 |
| 07/19/16 | PJS | Continue drafting section of merits appeal. | 3.80<br>405.00/hr | 1,539.00 |
| 07/20/16 | PJS | Continue drafting section of merits appeal (1.7); draft directions to clerk regarding appellate record and review and revise accompanying notices of filing (.8). | 2.50<br>405.00/hr | 1,012.50 |
| 07/21/16 | PJS | Continue drafting section of merits appeal brief. | 2.60<br>405.00/hr | 1,053.00 |
| 07/22/16 | ALS | Prepare pro hac vice motions for S. Berlin, P. Safier, and M. Berry in connection with merits appeal. | 0.60<br>490.00/hr | 294.00 |
| 07/22/16 | PJS | Address strategy regarding supplementing appellate record. | 0.40<br>405.00/hr | 162.00 |
| 07/22/16 | MB | Review and revise pro hac vice motion. | 0.20<br>490.00/hr | 98.00 |
| 07/27/16 | ALS | Finalize pro hac vice applications for merits appeal. | 0.30<br>490.00/hr | 147.00 |
| 07/29/16 | SDB | Telephone conference with H. Dietrick regarding ███████ ███ (.6); review and revise ███████ ███████ (.7). | 1.30<br>515.00/hr | 669.50 |
| 08/01/16 | SDB | Telephone conference with H. Dietrick regarding ███████ ███████. | 0.30<br>515.00/hr | 154.50 |
| 08/02/16 | PJS | Continue drafting section of merits appeal brief. | 2.60<br>405.00/hr | 1,053.00 |
| 08/03/16 | PJS | Continue drafting section of merits appeal. | 2.40<br>405.00/hr | 972.00 |

**Levine Sullivan Koch & Schulz, LLP**

William Holden
I.D. 00923-002 - MB
Re: Bollea v. Gawker Media, et al.

October 1, 2016
Invoice 18095
Page 7

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/04/16 | PJS | Continue drafting section of merits appeal. | 1.70<br>405.00/hr | 688.50 |
| 08/05/16 | SDB | Telephone conference with H. Dietrick regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.4); exchange email with G. Galardi regarding ▮▮ (.1). | 0.50<br>515.00/hr | 257.50 |
| 08/05/16 | PJS | Continue drafting section of merits appeal. | 2.10<br>405.00/hr | 850.50 |
| 08/09/16 | SDB | Respond to inquiry from N. Denton regarding ▮▮▮▮▮ ▮▮▮▮▮. | 0.30<br>515.00/hr | 154.50 |
| 08/10/16 | SDB | Telephone conference with H. Dietrick regarding ▮▮▮▮ ▮▮▮▮▮ (.5); ▮▮▮▮ (.8). | 1.30<br>515.00/hr | 669.50 |
| 08/31/16 | PJS | Continue drafting merits appeal brief. | 0.70<br>405.00/hr | 283.50 |
| 09/01/16 | PJS | Continue drafting merits appeal brief. | 1.30<br>405.00/hr | 526.50 |
| 09/06/16 | MB | Analyze issues regarding ▮▮▮▮▮▮▮ ▮▮▮▮. | 0.70<br>490.00/hr | 343.00 |
| 09/06/16 | PJS | Continue drafting merits appeal brief. | 1.10<br>405.00/hr | 445.50 |
| 09/06/16 | SDB | Exchange email with H. Dietrick regarding ▮▮▮▮. | 0.20<br>515.00/hr | 103.00 |
| 09/07/16 | MB | Exchange email with H. Dietrick regarding ▮▮▮▮▮. | 0.10<br>490.00/hr | 49.00 |
| 09/07/16 | SDB | Address ▮▮▮▮ and exchange email with H. Dietrick regarding ▮▮. | 0.20<br>515.00/hr | 103.00 |
| 09/08/16 | MB | Formulate strategy ▮▮▮▮▮▮ and exchange email with H. Dietrick regarding ▮. | 0.30<br>490.00/hr | 147.00 |
| 09/08/16 | PJS | ▮▮▮▮▮▮▮▮▮. | 0.20<br>405.00/hr | 81.00 |
| 09/12/16 | MB | Formulate strategy regarding appeal brief and record and analyze issues regarding same. | 0.30<br>490.00/hr | 147.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | | | | |
|---|---|---|---|---|
| William Holden | | | | October 1, 2016 |
| I.D. 00923-002 - MB | | | | Invoice 18095 |
| Re: Bollea v. Gawker Media, et al. | | | | Page 8 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/12/16 | PJS | ███████████████ (.2); develop strategy for drafting appeal brief (.3); telephone conference with clerk of Pinellas County Circuit Court regarding state of efforts to prepare record for appeal (.3). | 0.80 405.00/hr | 324.00 |
| 09/13/16 | PJS | Continue drafting merits appeal brief. | 6.60 405.00/hr | 2,673.00 |
| 09/13/16 | SDB | Formulate strategy regarding appeal brief and oversee drafting of same. | 0.60 515.00/hr | 309.00 |
| 09/14/16 | MB | Formulate strategy regarding appeal and record on appeal and analyze issues regarding same (.2); analyze issues regarding press reports about J. Francis's involvement in litigation (.3). | 0.50 490.00/hr | 245.00 |
| 09/14/16 | PJS | Continue drafting merits appeal brief. | 3.60 405.00/hr | 1,458.00 |
| 09/15/16 | PJS | Continue drafting merits appeal brief. | 8.20 405.00/hr | 3,321.00 |
| 09/16/16 | MB | Formulate strategy regarding appeal brief. | 0.30 490.00/hr | 147.00 |
| 09/19/16 | PJS | Continue drafting merits appeal brief. | 3.40 405.00/hr | 1,377.00 |
| 09/20/16 | PJS | Continue drafting merits appeal brief. | 9.60 405.00/hr | 3,888.00 |
| 09/20/16 | MB | Formulate strategy regarding appeal brief. | 0.20 490.00/hr | 98.00 |
| 09/21/16 | PJS | Continue drafting merits appeal brief. | 0.50 405.00/hr | 202.50 |
| 09/22/16 | PJS | Continue drafting merits appeal brief. | 5.00 405.00/hr | 2,025.00 |
| 09/23/16 | PJS | Continue drafting merits appeal brief. | 10.10 405.00/hr | 4,090.50 |
| 09/24/16 | PJS | Continue drafting merits appeal brief. | 1.10 405.00/hr | 445.50 |
| 09/26/16 | PJS | Continue drafting merits appeal brief. | 6.30 405.00/hr | 2,551.50 |
| 09/27/16 | PJS | Continue drafting merits appeal brief. | 4.20 405.00/hr | 1,701.00 |

**Levine Sullivan Koch & Schulz, LLP**

William Holden
I.D. 00923-002 - MB
Re: Bollea v. Gawker Media, et al.

October 1, 2016
Invoice 18095
Page 9

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 09/27/16 | MSM | Legal research regarding ▉▉▉▉. | 2.30 330.00/hr | 759.00 |
| 09/28/16 | PJS | Continue drafting merits appeal brief. | 1.80 405.00/hr | 729.00 |
| 09/28/16 | MSM | Legal research regarding ▉▉▉▉. | 0.90 330.00/hr | 297.00 |
| 09/29/16 | PJS | Continue drafting merits appeal brief. | 9.80 405.00/hr | 3,969.00 |
| 09/29/16 | MSM | Legal research regarding ▉▉▉▉. | 1.70 330.00/hr | 561.00 |
| 09/30/16 | PJS | Continue drafting merits appeal brief. | 7.30 405.00/hr | 2,956.50 |
| 09/30/16 | MSM | Legal research regarding ▉▉▉▉. | 4.50 330.00/hr | 1,485.00 |
| **For professional services rendered** | | | **216.40** | **$91,152.00** |

## Disbursements

| Description | Amount |
|-------------|-------:|
| Travel | 977.91 |
| Electronic Document Management Services | 6,311.22 |
| Litigation Support Vendors | -50.00 |
| **Total Disbursements** | **$7,239.13** |

| **Total Amount of this Bill** | **$98,391.13** |
|---|---|

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | October 1, 2016 |
|---|---|
| I.D. 00923-002 - MB | Invoice 18095 |
| Re: Bollea v. Gawker Media, et al. | Page 10 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 23.80 | 515.00 | 12,257.00 |
| Nathan E. Siegel | 11.30 | 515.00 | 5,819.50 |
| Michael Berry | 26.90 | 490.00 | 13,181.00 |
| Alia L. Smith | 1.40 | 490.00 | 686.00 |
| Paul J. Safier | 132.50 | 405.00 | 53,662.50 |
| Maxwell S. Mishkin | 9.90 | 330.00 | 3,267.00 |
| Ryan R. Relyea | 8.70 | 215.00 | 1,870.50 |
| Rebecca N. Pottash | 1.90 | 215.00 | 408.50 |
| **Totals** | **216.40** | | **$91,152.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

October 1, 2016                                                                                    Invoice 18142    CRB
In Reference To: 00923-005 - Mitchell Williams
Client: Gawker Media, LLC
Claim Number: AIG Claim: 0398294708US

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 08/31/16 | CRB | Telephone conference with R. Warden regarding trial of plaintiff's claims against The MLB Network. | 0.20 490.00/hr | 98.00 |
| 09/09/16 | RRR | Identify, review and preserve .pdf and .html versions of at-issue web pages. | 0.20 215.00/hr | 43.00 |
| 09/12/16 | CRB | Monitor status of trial proceedings in claim against The MLB Network and exchange email with C. O'Connor regarding ███. | 0.30 490.00/hr | 147.00 |
| **For professional services rendered** | | | **0.70** | **$288.00** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Experts | 650.00 |
| **Total Disbursements** | **$650.00** |
| **Total Amount of this Bill** | **$938.00** |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | October 1, 2016 |
|---|---|
| I.D. 00923-005 - CRB | Invoice  18142 |
| Re: Mitchell Williams | Page  2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chad R. Bowman | 0.50 | 490.00 | 245.00 |
| Ryan R. Relyea | 0.20 | 215.00 | 43.00 |
| **Totals** | | | **$288.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LSKS** LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

October 1, 2016                                                                Invoice 18131    NES
In Reference To: 00923-008 - Chuck Johnson
Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/16/16 | NES | Review ▮▮▮▮▮▮▮▮ (.1); exchange email with C. O'Connor regarding ▮▮▮ (.1). | 0.20 515.00/hr | 103.00 |
| 07/08/16 | NES | Review court order filed in Johnson case and exchange email with C. O'Connor regarding ▮▮▮▮▮. | 0.20 515.00/hr | 103.00 |
| 09/09/16 | RRR | Identify, review and preserve .pdf and .html versions of at-issue web pages. | 0.30 215.00/hr | 64.50 |

| | | | | |
|---|---|---|---|---|
| | **For professional services rendered** | | **0.70** | **$270.50** |
| | **Total Amount of this Bill** | | | **$270.50** |

### Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| William Holden | October 1, 2016 |
| I.D. 00923-008 - NES | Invoice 18131 |
| Re: Chuck Johnson | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.40 | 515.00 | 206.00 |
| Ryan R. Relyea | 0.30 | 215.00 | 64.50 |
| **Totals** | | | **$270.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

October 1, 2016

In Reference To: 00923-010 - Ashley Terrill

Client: Gawker Media, LLC

Invoice  18217    KMB

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/10/16 | AL | Legal research regarding ███████ ████. | 2.50 380.00/hr | 950.00 |
| 06/10/16 | AL | Revise pre-motion correspondence (1.4); legal research█ ██████████ (1.0). | 2.40 380.00/hr | 912.00 |
| 06/10/16 | KMB | Review and revise correspondence to court regarding motion to dismiss (1.0); exchange email with C. Harder regarding extension after bankruptcy filing (.3); strategize regarding ████████████ ███████ (.9). | 2.20 515.00/hr | 1,133.00 |
| 06/11/16 | AL | Continue legal research █████████ ████. | 1.60 380.00/hr | 608.00 |
| 06/12/16 | KMB | Telephone conference with M. Winograd regarding ███████ ███████ (.3); draft correspondence to court and revise same (.8); telephone conference with M. Winograd and D. Hennes regarding ██████████ ██ (1.0). | 2.10 515.00/hr | 1,081.50 |
| 06/13/16 | SB | Revise, serve and file suggestion of bankruptcy regarding Gawker Media LLC and correspondence to Judge Buchwald seeking extension of time for individual defendants to respond to second amended complaint in light of Gawker bankruptcy and preliminary injunction proceedings. | 0.50 215.00/hr | 107.50 |
| 06/13/16 | KMB | Telephone conferences and exchange numerous email with client | 2.20 515.00/hr | 1,133.00 |

{00993664;v1}