Change of Address

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| Gawker Media LLC ) | |
| ) | Chapter 11 |
| ) | Case No. 16-11700 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Newmark & Co. Real Estate, Inc., a Creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in this case) to change its address for purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Newmark & Co. Real Estate, Inc.
110 E. 59th Street, 7Th FL
New York, NY 10022

**New Address**
Newmark & Co. Real Estate, Inc., c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Newmark & Co. Real Estate, Inc.

By: _____
Title: Assistant General Counsel
Date: 11/8/16