SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
---------------------------------------------------------x

**FOURTH MONTHLY STATEMENT OF**
**SIMPSON THACHER & BARTLETT LLP FOR**
**FEES FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **October 1, 2016 through and including October 31, 2016** |
| **Fees Incurred:** | **$317,869.00** |
| **Expenses Incurred:** | **$19,456.03** |
| **Total Fees and Expenses Due:** | **$337,325.03** |

**This is a Monthly Fee Statement.**

## SUMMARY

1.      Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Monthly Statement**") for the period from October 1, 2016 through and including October 31, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests: (a) interim allowance and payment of compensation in the amount of $254,295.20 (80% of $317,869.00) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher, and (b) reimbursement of actual and necessary costs and expenses in the amount of $19,456.03 incurred by Simpson Thacher during the Compensation Period.

## FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

2.      **Exhibit** A sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners and counsel is approximately $1,206.70 and associates is approximately $696.37.

3.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4.    **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5.    **Exhibit D** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

6.    **Exhibit E** sets forth a complete itemization of expenses incurred by Simpson Thacher in connection with services rendered to the Committee during the Compensation Period for which Simpson Thacher seeks reimbursement.

**NOTICE**

7.      Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: November 10, 2016
          New York, New York

                                        Respectfully submitted,

                                        SIMPSON THACHER & BARTLETT LLP


                                        By:    */s/ Sandeep Qusba*
                                               Sandeep Qusba
                                               William T. Russell, Jr.

                                               425 Lexington Avenue
                                               New York, New York 10017-3954
                                               Telephone: (212) 455-2000
                                               Facsimile: (212) 455-2502
                                               E-mail: squsba@stblaw.com
                                               E-mail: wrussell@stblaw.com

## EXHIBIT A

### Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| LORI E. LESSER | Partner | Litigation | 1994 | 1,300.00 | 2.30 | 2,990.00 |
| SANDY QUSBA | Partner | Corporate | 1994 | 1,315.00 | 32.30 | 42,474.50 |
| WILLIAM T. RUSSELL JR | Partner | Litigation | 1991 | 1,315.00 | 60.70 | 79,820.50 |
| JONATHAN GOLDSTEIN | Partner | Tax | 2004 | 1,195.00 | 1.70 | 2,031.50 |
| MORRIS MASSEL | Counsel | Corporate | 2000 | 1,030.00 | 58.10 | 59,843.00 |
|  |  |  |  |  |  |  |
| JEFFREY E. BALDWIN | Associate | Litigation | 2009 | 995.00 | 61.90 | 61,590.50 |
| JONATHAN R. MYERS | Associate | Litigation | 2016 | 585.00 | 31.70 | 18,544.50 |
| JULIA E. HEALD | Associate | Litigation | 2016 | 585.00 | 41.30 | 24,160.50 |
| NICHOLAS BAKER | Associate | Corporate | 2008 | 995.00 | 0.60 | 597.00 |
| JONATHAN E. ENDEAN | Associate | Corporate | NA | 485.00 | 47.20 | 22,892.00 |
| MORRIS MASSEL | Counsel | Corporate | 2000 | 1,030.00 | 58.10 | 59,843.00 |

**EXHIBIT B**

**Task Code Summary**

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|--------|-------------|-------|--------|
| | | | |
| 002724-0003 | AVOIDANCE ACTION ANALYSIS | 7.40 | 9,731.00 |
| 002724-0006 | CASE ADMINISTRATION | 10.60 | 10,574.00 |
| 002724-0007 | CLAIMS ADMINISTRATION AND OBJECTIONS | 10.70 | 12,633.50 |
| 002724-0010 | EMPLOYMENT AND FEE APPLICATIONS | 7.60 | 7,691.00 |
| 002724-0013 | LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS | 125.40 | 100,844.00 |
| 002724-0014 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 29.60 | 31,041.50 |
| 002724-0016 | PLAN AND DISCLOSURE STATEMENT | 127.60 | 121,515.50 |
| 002724-0020 | TAX | 2.10 | 2,557.50 |
| 002724-0022 | INTELLECTUAL PROPERTY ISSUES | 7.60 | 6,309.50 |
| 002724-0023 | INTERCOMPANY ISSUES | 8.20 | 8,176.50 |
| 002724-0024 | ASSET DISPOSITION | 0.20 | 263.00 |
| 002724-0025 | NON-STB FEE APPLICATIONS | 4.10 | 4,296.50 |
| 002724-0027 | EXECUTORY LEASES AND CONTRACTS | 1.70 | 2,235.50 |

## **EXHIBIT C**

### **Disbursement Summary**

| EXPENSES | AMOUNTS |
|---|---|
| TRANSCRIPTS | 241.26 |
| SUBWAY | 5.50 |
| MEALS - OVERTIME | 46.06 |
| ONLINE RESEARCH | 18,881.50 |
| PACER | 25.10 |
| OT - CARFARE | 10.55 |
| FILING FEES | 246.06 |
| PRINTING | 54.70 |
| **TOTAL:** | **19,510.73** |

**<u>EXHIBIT D</u>**

**Time Detail**

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0003   AVOIDANCE ACTION ANALYSIS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/10/16 | Emails committee, STB team re potential avoidance actions (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/14/16 | Review and revise demand letter and emails STB team re same (.5) | 0.50 | 657.50 |
| QUSBA, S | 10/17/16 | TC w/ B. Russell re demand letter (.2); tc w/ Committee re same (.6); review revised draft of demand letter (.2). | 1.00 | 1,315.00 |
| RUSSELL JR, W. T. | 10/17/16 | Revise demand letter to debtors and t/cs, emails Committee, STB team re same (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/19/16 | Emails Deloitte re potential avoidance actions and related info request to debtors (.5) | 0.50 | 657.50 |
| QUSBA, S | 10/21/16 | Review Debtors' response to Demand Letter (.3); meeting w/ M. Massel, J. Baldwin and J. Heald re same (.3). | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 10/21/16 | Review debtor response to STN demand and emails STB team re same (.6) | 0.60 | 789.00 |
| QUSBA, S | 10/25/16 | Review and comment on draft papers re standing (1.7). | 1.70 | 2,235.50 |
| RUSSELL JR, W. T. | 10/25/16 | Review and revise motion for standing (1.7) | 1.70 | 2,235.50 |
|  |  | MATTER TOTAL | 7.40 | 9,731.00 |

1

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0006   CASE ADMINISTRATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/01/16 | Review debtors' contracts and e-mails Qusba re same (.4). | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/02/16 | Review draft contract re website support for debtors and e-mails Qusba re same (.3). | 0.30 | 394.50 |
| HEALD, J. E. | 10/03/16 | Review docket and update case calendar (.2); prep. filings for service (.2) | 0.40 | 234.00 |
| PADUA, M | 10/03/16 | Filed Letter to Judge Bernstein and Notice of Withdrawal of the Motion at U.S. Bankruptcy Court for the Southern District of New York In Re: Gawker Media LLC (Case No. 16-11700). | 1.00 | 170.00 |
| HEALD, J. E. | 10/04/16 | Coordinate committee call time change | 0.30 | 175.50 |
| RUSSELL JR, W. T. | 10/04/16 | Emails debtors, STB team, committee re pending motions and related issues (.7) | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 10/05/16 | Prep for 10/6 hearing (.7) | 0.70 | 920.50 |
| HEALD, J. E. | 10/06/16 | Review docket and update case calendar; prep. agenda for 10/7 call | 0.40 | 234.00 |
| RUSSELL JR, W. T. | 10/06/16 | Hearing and status conference and emails, confs, t/cs, debtors, Deloitte, committee, STB team re same (3.0) | 3.00 | 3,945.00 |
| HEALD, J. E. | 10/11/16 | Review docket and update case calendar | 0.50 | 292.50 |
| RUSSELL JR, W. T. | 10/11/16 | Review Rule 2004 motion and emails STB team re same (.6) | 0.60 | 789.00 |
| BAKER, N | 10/12/16 | EM w/ Deloitte and Ropes & Gray re NDA for Deloitte Hungary | 0.20 | 199.00 |
| HEALD, J. E. | 10/12/16 | Review docket and update case calendar | 0.20 | 117.00 |
| BAKER, N | 10/13/16 | further EM to Deloitte re NDA issues | 0.10 | 99.50 |
| HEALD, J. E. | 10/13/16 | Review case calendar and update docket, draft agenda for 10/14 committee call | 0.40 | 234.00 |
| HEALD, J. E. | 10/14/16 | Compile Deloitte Hungary NDA | 0.30 | 175.50 |
| HEALD, J. E. | 10/17/16 | Compile and distribute Deloitte Hungary NDA | 0.10 | 58.50 |
| MASSEL, M | 10/19/16 | Oc w/ S. Qusba re: status. | 0.20 | 206.00 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| HEALD, J. E. | 10/20/16 | Review docket and update case calendar, draft agenda for 10/21 committee call | 0.50 | 292.50 |
| HEALD, J. E. | 10/24/16 | Review docket and update case calendar | 0.50 | 292.50 |
| HEALD, J. E. | 10/27/16 | Review docket; draft agenda for 10/28 Committee call | 0.30 | 175.50 |
| HEALD, J. E. | 10/28/16 | Review docket and update case calendar | 0.20 | 117.00 |
| HEALD, J. E. | 10/31/16 | Update case calendar | 0.30 | 175.50 |
| | | MATTER TOTAL | 11.60 | 10,744.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0007   CLAIMS ADMINISTRATION AND OBJECTIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| BAKER, N | 10/04/16 | EM to W. Russell re purchase price adjustment admin claims by Uni | 0.20 | 199.00 |
| MASSEL, M | 10/05/16 | Reviewing claims register. | 1.00 | 1,030.00 |
| HEALD, J. E. | 10/07/16 | Rsch. re status of various proofs of claims | 0.80 | 468.00 |
| HEALD, J. E. | 10/08/16 | Rsch. re status of various proofs of claim | 0.30 | 175.50 |
| RUSSELL JR, W. T. | 10/20/16 | Chambers conference re sealing motions and confs debtor, creditors re same (.7) | 0.70 | 920.50 |
| QUSBA, S | 10/22/16 | Review objection to S. Ayyadurai's claims (.7). | 0.70 | 920.50 |
| QUSBA, S | 10/23/16 | Review and comment on draft Stipulation between Debtors and Debtor (.4); correspondence with J. Endean and M. Massel re same (.2). | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 10/23/16 | Review draft stip re Denton dischargability (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/23/16 | Review claims objection (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/24/16 | Review proposed order and draft confi agreement re sealed proof of claim and emails Ropes, STB team re same (.7) | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 10/24/16 | Review sealed proof of claim (.2) | 0.20 | 263.00 |
| RUSSELL JR, W. T. | 10/24/16 | Review nondischargeability complaint (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/25/16 | Emails STB team re proof of claim issues (.7) | 0.70 | 920.50 |
| QUSBA, S | 10/30/16 | Begin review of draft objections (1.4). | 1.40 | 1,841.00 |
| RUSSELL JR, W. T. | 10/30/16 | Review draft claims objections and emails debtors, STB team re same. | 0.60 | 789.00 |
| MASSEL, M | 10/31/16 | Reviewing claims objections. | 1.00 | 1,030.00 |
| RUSSELL JR, W. T. | 10/31/16 | Review draft claims objections. | 0.70 | 920.50 |
| | | MATTER TOTAL | 10.70 | 12,633.50 |

4

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0010   EMPLOYMENT AND FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| BAKER, N | 10/05/16 | EM to W. Russell re Opportune Application | 0.10 | 99.50 |
| MASSEL, M | 10/06/16 | Reviewing Deloitte issues & revising order/letter. | 1.10 | 1,133.00 |
| MASSEL, M | 10/10/16 | Revising order & related corresp. | 0.40 | 412.00 |
| MASSEL, M | 10/10/16 | Reviewing time entries for fee statement (1.7); Corresp. w/ proofs re: fee stmts (.2). | 1.70 | 1,751.00 |
| MASSEL, M | 10/11/16 | Preparing fee stmt & revising fee app. draft (1.6); Corresp. re: Deloitte order (.1). | 1.70 | 1,751.00 |
| MASSEL, M | 10/13/16 | Preparing fee statement. | 0.70 | 721.00 |
| MASSEL, M | 10/14/16 | Reviewing Deloitte order & related calls w/ Deloitte counsel (.5). | 0.50 | 515.00 |
| MYERS, J. R. | 10/17/16 | Reviewed and filed STB fee statement. | 0.30 | 175.50 |
| MASSEL, M | 10/19/16 | Drafting fee application. | 0.50 | 515.00 |
| MASSEL, M | 10/21/16 | Tc w/ G. Zipes re: fee stmts (.2); Internal follow-up re: same (.4). | 0.60 | 618.00 |
| | | MATTER TOTAL | 7.60 | 7,691.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0013   LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| BALDWIN, J. E. | 10/03/16 | Attend call w/ Ropes & Gray re: Rule 2004 requests (.40) and prep for same (.10); review Rule 2004 Requests and Deloitte requests (.20) and draft chart of Rule 2004 requests and Deloitte requests (.70); draft/revise letter to Judge Bernstein re: Rule 2004 Request (.50); draft notice of withdrawal re: Rule 2004 request (.30); email w/ W. Russell et al. re: letter to Bernstein and draft notice of withdrawal (.20). | 2.40 | 2,388.00 |
| QUSBA, S | 10/03/16 | T/c with R. Martin, B. Russell, J. Baldwin and G. Galardi regarding 2004 discovery request and confirmation discovery. | 0.30 | 394.50 |
| BALDWIN, J. E. | 10/04/16 | Revise/finalize charts of Rule 2004 requests and Deloitte requests (.40) and email Ropes & Gray re: same (.10). | 0.50 | 497.50 |
| MYERS, J. R. | 10/07/16 | researched status of claims | 2.50 | 1,462.50 |
| SILVERSTEIN, E | 10/07/16 | Docket research for J. Myers | 0.70 | 133.00 |
| MYERS, J. R. | 10/08/16 | update on proofs of claims | 0.20 | 117.00 |
| MASSEL, M | 10/10/16 | Analyzing potential claims. | 0.60 | 618.00 |
| RUSSELL JR, W. T. | 10/12/16 | Outline potential response to Rule 2004 motion and emails STB team re same (.6) | 0.60 | 789.00 |
| BALDWIN, J. E. | 10/13/16 | Review Debtors' Rule 2004 motion and discovery requests (.40); draft/revise email to Ropes & Gray re: Committee and Deloitte document requests (.30). | 0.70 | 696.50 |
| BALDWIN, J. E. | 10/13/16 | Draft demand letter to Ropes & Gray re: Debtors causes of action and Committee standing. | 2.80 | 2,786.00 |
| MYERS, J. R. | 10/13/16 | call w J. Baldwin re 2004 research | 0.20 | 117.00 |
| MYERS, J. R. | 10/13/16 | 2004 examination research | 3.20 | 1,872.00 |
| MYERS, J. R. | 10/13/16 | standing research | 0.80 | 468.00 |
| QUSBA, S | 10/13/16 | Review Debtors' 2004 motion regarding P. Thiel. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 10/13/16 | T/c Massel re Rule 2004 issues (.2) | 0.20 | 263.00 |

6

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/13/16 | T/c debtors re Rule 2004 issues (.2) | 0.20 | 263.00 |
| BALDWIN, J. E. | 10/14/16 | Call w/ Deloitte re: valuation. | 0.50 | 497.50 |
| BALDWIN, J. E. | 10/14/16 | Call w/ J. Myers re: legal research related to Debtors' Rule 2004 motion. | 0.20 | 199.00 |
| BALDWIN, J. E. | 10/14/16 | Revise demand letter to Debtors re: Committee standing (.30); emails w/ W. Russell, et al. re: demand letter (.20); email Committee re: demand letter (.10). | 0.60 | 597.00 |
| MYERS, J. R. | 10/14/16 | research re Debtors' Rule 2004 motion | 2.00 | 1,170.00 |
| BALDWIN, J. E. | 10/17/16 | Calls w/ J. Heald re: standing motion (.20); review inter-company agreement (.20) and email W. Russell & S. Qusba re: same (.10); call w/ J. Myers re: Rule 2004 objection (.20); revise demand letter (.20); o/c w/ W. Russell & S. Qusba re: debtor claims (.40); review research re: vote designation (.30); draft Committee Second Request for Production to Debtors (1.30); draft Committee First Set of Interrogatories to Debtors (2.80). | 5.40 | 5,373.00 |
| HEALD, J. E. | 10/17/16 | Corresp. w/ J. Baldwin re standing & adversary proceedings (.3); rsch. and draft standing motion (3.7) | 4.00 | 2,340.00 |
| MYERS, J. R. | 10/17/16 | call w J. Baldwin re research | 0.40 | 234.00 |
| BALDWIN, J. E. | 10/18/16 | Finalize Committee demand letter (.20) and email Ropes & Gray re: same (.10); call w/ J. Myers re: Rule 2004 objection (.20). | 0.50 | 497.50 |
| HEALD, J. E. | 10/18/16 | Rsch. and draft standing motion | 6.30 | 3,685.50 |
| MYERS, J. R. | 10/18/16 | Drafting response to Rule 2004 motion | 3.00 | 1,755.00 |
| BALDWIN, J. E. | 10/19/16 | O/c w/ W. Russell, S. Qusba, et al. re: contested matters (1.30); calls w/ J. Heald & J. Myers re: Rule 2004 objection and standing motion (.30); revise Committee 2nd RFP & Committee ROGs (.30); email Deloitte re: Committee 2nd RFP & ROGs (.10); call w/ J. Heald re: documents produced by Debtors (.10); email W. Russell re: documents produced by Debtors (.20); email Deloitte re: documents produced by Debtors (.20); review case law re: vote designation and standing (1.30). | 3.80 | 3,781.00 |

7

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| HEALD, J. E. | 10/19/16 | Rsch. and draft standing motion (4.4); t/c w/ J. Baldwin, J. Myers re: same (.3); review docs received from debtors for board materials (.9) | 5.60 | 3,276.00 |
| MASSEL, M | 10/19/16 | Reviewing demand letter & related corresp. | 0.30 | 309.00 |
| MASSEL, M | 10/19/16 | Internal mtg. re: litigation issues. | 1.00 | 1,030.00 |
| MYERS, J. R. | 10/19/16 | Drafting Rule 2004 response | 2.00 | 1,170.00 |
| MYERS, J. R. | 10/19/16 | call re discovery w J. Baldwin | 0.10 | 58.50 |
| MYERS, J. R. | 10/19/16 | call re further strategic research | 0.10 | 58.50 |
| BALDWIN, J. E. | 10/20/16 | Email Deloitte re: documents produced by Debtors (.10); finalize and serve on Debtors Committee 2nd RFP and ROGs (.30); calls w/ J. Myers re: Rule 2004 objection (.20); call w/ J. Heald re: claims against Denton and GMGI (.10); review Debtors' response to demand letter (.20); draft/revise objection to Debtors' Rule 2004 motion (6.30); review case law re: standing motion (1.40). | 8.60 | 8,557.00 |
| HEALD, J. E. | 10/20/16 | Rsch. re: potential claims (2.6); rsch. and prep. standing motion (2.4) | 5.00 | 2,925.00 |
| MASSEL, M | 10/20/16 | Tc w/ D. Tabak & S. Qusba re: lit. issues. | 0.50 | 515.00 |
| MASSEL, M | 10/20/16 | Ocs w/ S. Qusba re: potential claims. | 0.60 | 618.00 |
| MYERS, J. R. | 10/20/16 | edits to discovery requests | 1.40 | 819.00 |
| MYERS, J. R. | 10/20/16 | strategic claims research | 1.40 | 819.00 |
| MYERS, J. R. | 10/20/16 | call with J. Baldwin re interrogatories | 0.20 | 117.00 |
| MYERS, J. R. | 10/20/16 | additional research re Rule 2004 motion | 1.70 | 994.50 |
| QUSBA, S | 10/20/16 | TC w/ M. Massel and D. Tabak re Debtors' 2004 motion and response (.4). | 0.40 | 526.00 |
| BALDWIN, J. E. | 10/21/16 | O/c w/ S. Qusba, W. Russell, M. Massell re: standing motion (.40); revise objection to Debtors Rule 2004 motion (.40); email W. Russell re: Rule 2004 objection (.10); comms. w/ J. Myers and J. Heald re: standing motion (.30); draft/revise Committee standing motion and review documents for same (7.40). | 8.60 | 8,557.00 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| HEALD, J. E. | 10/21/16 | Draft and rsch. standing motion (6.9); mtg. w/ J. Baldwin, M. Morris, S. Qusba re: same (.5); corresp. w/ J. Baldwin & J. Myers re: same (.7) | 8.10 | 4,738.50 |
| MYERS, J. R. | 10/21/16 | Research for potential standing motion | 4.00 | 2,340.00 |
| QUSBA, S | 10/21/16 | Review and comment on objection to Debtors' 2004 motion (1.1). | 1.10 | 1,446.50 |
| RUSSELL JR, W. T. | 10/21/16 | Review and revise Rule 2004 objection and emails STB team re same (.8) | 0.80 | 1,052.00 |
| MYERS, J. R. | 10/23/16 | Fact research for standing motion | 1.70 | 994.50 |
| RUSSELL JR, W. T. | 10/23/16 | Review revised 2004 objection (.4) | 0.40 | 526.00 |
| BALDWIN, J. E. | 10/24/16 | Review letter from Debtors re: responses to Committee doc requests (.20); draft/revise Committee standing motion (5.80); review case law re: claims in standing motion (2.60). | 8.60 | 8,557.00 |
| HEALD, J. E. | 10/24/16 | Rsch. re: potential claims | 2.60 | 1,521.00 |
| MYERS, J. R. | 10/24/16 | standing motion research | 4.50 | 2,632.50 |
| QUSBA, S | 10/24/16 | Review revised non-dischargeability stipulation w/ Debtor and correspondence w/ Comm members re same (.3). | 0.30 | 394.50 |
| BALDWIN, J. E. | 10/25/16 | Emails w/ D. Tabak re: Rule 2004 objection (.10); review bankruptcy filings for Rule 2004 objection (.30); revise Rule 2004 objection (.20); emails w/ W. Russell re: Rule 2004 objection (.20); call w/ Skadden re: Rule 2004 objection (.20); call w/ W. Russell re: discovery (.10); review J. Heald summary of documents (.20); review documents produced by Debtors in Data Room (1.80); draft response letter to Debtors' 10/24/2016 letter re: Committee document requests (1.60); draft/revise adversary proceeding complaints (1.10); revise standing motion per W. Russell comments (.80); review Debtor documents for standing motion (1.20). | 7.80 | 7,761.00 |
| HEALD, J. E. | 10/25/16 | T/cs w/ J. Baldwin re: discovery | 0.30 | 175.50 |
| MYERS, J. R. | 10/25/16 | pulled docket materials | 0.10 | 58.50 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| BALDWIN, J. E. | 10/26/16 | Review Rule 2004 objection (.10); revise/finalize response letter to 10/24/2016 letter from Debtors re: Committee doc requests (.20), and emails w/ W. Russell re: revisions to same (.20); draft/revise proposed adversary complaints (2.40); revise standing motion (.80). | 3.70 | 3,681.50 |
| MYERS, J. R. | 10/26/16 | reviewed debtors' discovery responses | 0.70 | 409.50 |
| MYERS, J. R. | 10/27/16 | reviewed emails re discovery | 0.10 | 58.50 |
| MYERS, J. R. | 10/31/16 | reviewed liquidation plan and objections to Johnson and Huon claims. | 0.40 | 234.00 |
| | | MATTER TOTAL | 126.10 | 100,977.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0014   MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| <u>EMPLOYEE</u> | <u>DATE</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| BALDWIN, J. E. | 10/05/16 | Attend call w/ creditors committee re: proposed plan. | 1.00 | 995.00 |
| ENDEAN, J. E. | 10/05/16 | Call with Committee regarding proposal by Ropes. | 0.90 | 436.50 |
| QUSBA, S | 10/05/16 | T/c with Committee regarding plan structure and status conference hearing; t/c with S. Ayyadurai and A. Terril regarding same. | 1.60 | 2,104.00 |
| BALDWIN, J. E. | 10/07/16 | Attend weekly creditors committee call. | 0.50 | 497.50 |
| ENDEAN, J. E. | 10/07/16 | Preparation for and participation in weekly call with committee | 0.40 | 194.00 |
| QUSBA, S | 10/07/16 | Status update on plan negotiations. | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/07/16 | Committee call/meeting | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/11/16 | T/cs, emails committee members re various issues (.8) | 0.80 | 1,052.00 |
| BALDWIN, J. E. | 10/14/16 | Attend weekly creditors committee call. | 0.80 | 796.00 |
| ENDEAN, J. E. | 10/14/16 | Weekly conference call with Cmty | 0.80 | 388.00 |
| MASSEL, M | 10/14/16 | Committee call. | 1.00 | 1,030.00 |
| MYERS, J. R. | 10/14/16 | committee call | 0.70 | 409.50 |
| QUSBA, S | 10/14/16 | T/c with Committee and Deloitte regarding plan negotiation status and litigation issues. | 1.00 | 1,315.00 |
| RUSSELL JR, W. T. | 10/14/16 | Committee emails, calls/meeting (.9) | 0.90 | 1,183.50 |
| BALDWIN, J. E. | 10/17/16 | Emails w/ Creditors Committee re: draft demand letter (.20); call w/ Creditors Committee re: demand letter (.60). | 0.80 | 796.00 |
| ENDEAN, J. E. | 10/17/16 | T/c with Committee re: litigation strategy | 0.70 | 339.50 |
| HEALD, J. E. | 10/17/16 | T/c w/ Committee, STB re: adversary proceedings | 0.70 | 409.50 |
| RUSSELL JR, W. T. | 10/17/16 | T/cs, emails committee re strategic issues (1.3) | 1.30 | 1,709.50 |
| RUSSELL JR, W. T. | 10/18/16 | Emails committee, STB team re strategy issues (.4) | 0.40 | 526.00 |
| BALDWIN, J. E. | 10/21/16 | Call w/ Creditors Committee (.60); email Creditors Committee re: Rule 2004 objection (.10). | 0.70 | 696.50 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 10/21/16 | Weekly call with Committee of Unsecured Creditors | 0.40 | 194.00 |
| HEALD, J. E. | 10/21/16 | Committee call | 0.50 | 292.50 |
| MASSEL, M | 10/21/16 | Committee call. | 0.50 | 515.00 |
| QUSBA, S | 10/21/16 | Prepare for and participate in full Committee meeting re plan status, allocation issues and demand letter and response (.4). | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/21/16 | Committee meeting/call (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 10/23/16 | T/c committee member, Deloitte, STB team re allocation issues (1.0) | 1.00 | 1,315.00 |
| RUSSELL JR, W. T. | 10/25/16 | T/cs, emails committee re Deloitte retention issues (.6) | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 10/25/16 | T/cs committee members re various issues (.7) | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 10/27/16 | Review disclosure statement objection and emails STB team re same (1.1) | 1.10 | 1,446.50 |
| BALDWIN, J. E. | 10/28/16 | Attend creditors committee weekly call. | 0.90 | 895.50 |
| ENDEAN, J. E. | 10/28/16 | Weekly meeting with Committee of Unsecured Creditors | 0.90 | 436.50 |
| HEALD, J. E. | 10/28/16 | T/c w/ Committee, Deloitte, STB | 1.20 | 702.00 |
| MASSEL, M | 10/28/16 | CLIENT TOTAL call. | 1.00 | 1,030.00 |
| QUSBA, S | 10/28/16 | TC w/ full Committee re various settlements and plan issues (1.0); tc w/ D. Tabak (numerous) re various plan issues and next steps (.8). | 1.80 | 2,367.00 |
| RUSSELL JR, W. T. | 10/28/16 | Committee call/meetings. | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 10/30/16 | Telephone call, emails Committee members re plan issues. | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/31/16 | Revise note to clients re revised plan. | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/31/16 | Telephone calls Committee members re various issues. | 1.20 | 1,578.00 |
| | | MATTER TOTAL | 29.60 | 31,041.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0016   PLAN AND DISCLOSURE STATEMENT**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/03/16 | T/c Debtors re Rule 2004 exams and confirmation discovery issues (.4); review Deloitte analysis of info provided by debtors (.5); revise letter to Court and draft notice re Rule 2004 motion and e-mails STB team re same (.6); revise markup of 2004 discovery for debtors and e-mails Baldwin re same (.4). | 1.90 | 2,498.50 |
| RUSSELL JR, W. T. | 10/04/16 | Review Gawker corporate records (.4). | 0.40 | 526.00 |
| MASSEL, M | 10/05/16 | Reviewing plan models (.6); Calls w/ Ropes & UCC members re: plan issues (1.3); Corresp. w/ clients & internally re: same (.3); Committee call re: plan (1.0). | 4.20 | 4,326.00 |
| QUSBA, S | 10/05/16 | T/c with G. Galardi, R. Martin and B. Russell regarding structural issues and status conference. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 10/05/16 | Review Plan waterfall and distribution information from debtors (.8) | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 10/05/16 | Emails, t/cs debtors re plan issues (.8). | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 10/05/16 | Emails, confs, t/cs committee, STB team re plan re allocation issues (2.4) | 2.40 | 3,156.00 |
| RUSSELL JR, W. T. | 10/06/16 | Emails, t/cs Massel, Deloitte re retention issues (.6) | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 10/06/16 | T/c debtors re plan issues (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 10/06/16 | Emails Deloitte, debtors re info requests (.3) | 0.30 | 394.50 |
| MASSEL, M | 10/07/16 | Call w/ W. Russell re: status (.2); Oc w/ S. Qusba re: strategy (.4); Committee call (.5). | 1.10 | 1,133.00 |
| RUSSELL JR, W. T. | 10/10/16 | T/c Deloitte re allocation issues (.2) | 0.20 | 263.00 |
| RUSSELL JR, W. T. | 10/11/16 | T/c Debtors re plan issues (.2) | 0.20 | 263.00 |
| RUSSELL JR, W. T. | 10/11/16 | Emails STB team re plan issues (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/12/16 | Analyze plan term sheet and emails STB team re same (.6) | 0.60 | 789.00 |
| BALDWIN, J. E. | 10/13/16 | O/c w/ W. Russell, S. Qusba & M. Massel re: plan issues & term sheet. | 1.50 | 1,492.50 |
| MASSEL, M | 10/13/16 | Tc w/ Ropes re: term sheet (.2); Internal mtg. re: same (1.0); Revising term sheet (2.6). | 3.80 | 3,914.00 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 10/13/16 | Meeting with M. Massel, B. Russell and J. Baldwin regarding plan term sheet and litigation issues. | 1.00 | 1,315.00 |
| RUSSELL JR, W. T. | 10/13/16 | Analyze plan issues w/ STB team (1.4) | 1.40 | 1,841.00 |
| RUSSELL JR, W. T. | 10/13/16 | Review status of info requests to debtor (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/13/16 | Revise correspondence w/ debtor and emails STB team re same (.2) | 0.20 | 263.00 |
| ENDEAN, J. E. | 10/14/16 | T/c w/ R. Martin re: settlement term sheet | 0.80 | 388.00 |
| ENDEAN, J. E. | 10/14/16 | Reviewed settlement term sheet | 0.20 | 97.00 |
| MASSEL, M | 10/14/16 | Call w/ Deloitte re: valuation & plan discovery. | 0.50 | 515.00 |
| MASSEL, M | 10/14/16 | Call w/ R. Martin re: settlement term sheet (1.0); Revising term sheet & related corresp. | 1.80 | 1,854.00 |
| QUSBA, S | 10/14/16 | T/c with B. Russell and Deloitte team regarding various issues, including allocation; review and comment on term sheet regarding plan modifications. | 1.80 | 2,367.00 |
| RUSSELL JR, W. T. | 10/14/16 | Revise plan term sheet and emails STB team re same (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 10/14/16 | T/c Deloitte re valuation issues (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 10/14/16 | T/cs, emails STB team re plan issues (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 10/17/16 | Emails Baldwin, Deloitte re discovery to serve on the debtors | 0.50 | 657.50 |
| ENDEAN, J. E. | 10/19/16 | Rev. and analyzed Debtor's disclosure statement | 3.40 | 1,649.00 |
| MASSEL, M | 10/19/16 | Analyzing Plan/DS (1.5); Drafting OS objection outline (23.5). | 5.00 | 5,150.00 |
| QUSBA, S | 10/19/16 | Meeting w/ Bill Russell, M. Massel, J. Endean and J. Baldwin re objection, discovery and litigation strategy (1.0). | 1.00 | 1,315.00 |
| RUSSELL JR, W. T. | 10/19/16 | Analyze strategic issues re confirmation and related issues w/ STB team (.1.4) | 1.40 | 1,841.00 |
| RUSSELL JR, W. T. | 10/19/16 | Revise discovery requests to debtors and emails Baldwin re same (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 10/19/16 | Review and analyze disclosure statement (.9) | 0.90 | 1,183.50 |
| ENDEAN, J. E. | 10/20/16 | Research and analysis of disclosure statement | 1.00 | 485.00 |
| ENDEAN, J. E. | 10/20/16 | Mtg w/ M. Massel re: response to disclosure statement | 0.90 | 436.50 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 10/20/16 | Research and drafting response to disclosure statement | 2.20 | 1,067.00 |
| MASSEL, M | 10/20/16 | Oc w/ J. Endean re: DS objection. | 0.70 | 721.00 |
| MASSEL, M | 10/20/16 | Researching & drafting DS outline. | 3.40 | 3,502.00 |
| RUSSELL JR, W. T. | 10/20/16 | Emails committee, Deloitte, STB team re allocation issues (.9) | 0.90 | 1,183.50 |
| ENDEAN, J. E. | 10/21/16 | Worked on disclosure statement objection | 1.10 | 533.50 |
| ENDEAN, J. E. | 10/21/16 | Meetings with S. Qusba, J. Baldwin, M. Massel re: litigation strategy and disclosure statement objection | 1.70 | 824.50 |
| ENDEAN, J. E. | 10/21/16 | Worked on draft of disclosure statement objection | 3.20 | 1,552.00 |
| MASSEL, M | 10/21/16 | Oc w/ J. Endean re: DS obligation (.70); Multiple tcs w/ Ropes, S. Qusba & Deloitte, B. Russell re: Plan & tax issues (1.8); Analyzing Plan issues (.5). | 3.00 | 3,090.00 |
| QUSBA, S | 10/21/16 | TC (numerous) w/ J. Doyle re allocation analysis (.4). | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/21/16 | T/cs, emails STB, Deloitte, committee re tax and allocation issues (1.2) | 1.20 | 1,578.00 |
| ENDEAN, J. E. | 10/22/16 | Worked on draft of disclosure statement objection | 1.90 | 921.50 |
| ENDEAN, J. E. | 10/23/16 | Rev. comments re: opposition to disclosure statement | 0.20 | 97.00 |
| ENDEAN, J. E. | 10/23/16 | Call with M. Massel re: opposition to disclosure statement | 0.20 | 97.00 |
| MASSEL, M | 10/23/16 | Revising DS objection & related tc w/ J. Endean. | 2.80 | 2,884.00 |
| QUSBA, S | 10/23/16 | Review Deloitte allocation material (.7); tc w/ D. Tabak, B. Russell and Deloitte team re allocation and plan process (1.4). | 2.10 | 2,761.50 |
| RUSSELL JR, W. T. | 10/23/16 | Analyze Deloitte allocation scenarios (.7) | 0.70 | 920.50 |
| ENDEAN, J. E. | 10/24/16 | Worked on researching and drafting the objection to disclosure statement motion | 0.50 | 242.50 |
| ENDEAN, J. E. | 10/24/16 | Worked on researching and drafting the objection to disclosure statement motion | 6.20 | 3,007.00 |
| RUSSELL JR, W. T. | 10/24/16 | Review disclosure statement (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 10/24/16 | Analyze Deloitte allocation scenarios and emails Deloitte, STB team, committee members re same (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 10/24/16 | Review IP allocation analysis and emails Deloitte, STB team re same (.7) | 0.70 | 920.50 |

15

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/24/16 | Review correspondence from debtors re confirmation discovery and emails STB team re same (.4) | 0.40 | 526.00 |
| ENDEAN, J. E. | 10/25/16 | Worked on researching and drafting the objection to disclosure statement motion | 7.60 | 3,686.00 |
| QUSBA, S | 10/25/16 | Review and comment on draft objection and review cases re same (3.6). | 3.60 | 4,734.00 |
| RUSSELL JR, W. T. | 10/25/16 | Emails, correspondence w/ Debtors re confirmation discovery issues (.8) | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 10/25/16 | Review preliminary allocation analysis and emails STB team re same (.6) | 0.60 | 789.00 |
| BALDWIN, J. E. | 10/26/16 | Review Debtors' disclosure statement (.40) and email W. Russell re: settlement scope and releases (.20). | 0.60 | 597.00 |
| ENDEAN, J. E. | 10/26/16 | Worked on researching and drafting the objection to disclosure statement motion | 4.90 | 2,376.50 |
| MASSEL, M | 10/26/16 | Revising DS objection & related research. | 5.80 | 5,974.00 |
| QUSBA, S | 10/26/16 | TC w/ D. Tabak re potential settlement and allocation (.3); tc w/ S. Ayyadurai re same (.3); tc w/ G. Galardi re same (.3). | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 10/26/16 | Revise letter to debtors re confirmation discovery and emails STB team re same (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/26/16 | T/cs, emails committee, STB team re plan negotiation issues (.9) | 0.90 | 1,183.50 |
| ENDEAN, J. E. | 10/27/16 | Revised objection to disclosure statement | 0.90 | 436.50 |
| MASSEL, M | 10/27/16 | Revising DS objection (2.6); Oc w/ S.Qusba re: same (.5). | 3.10 | 3,193.00 |
| RUSSELL JR, W. T. | 10/27/16 | T/cs, emails committee members, STB team re plan and settlement issues (.9) | 0.90 | 1,183.50 |
| BALDWIN, J. E. | 10/28/16 | O/c w/ W. Russell, S. Qusba et al. re: disclosure statement. | 0.10 | 99.50 |
| ENDEAN, J. E. | 10/28/16 | Conversation with M. Massell, S. Qusba, B. Russell about objection to disclosure statement | 0.40 | 194.00 |
| ENDEAN, J. E. | 10/28/16 | Drafted reservation of rights to disclosure statement | 1.00 | 485.00 |
| ENDEAN, J. E. | 10/28/16 | Revised objection to disclosure statement reflecting B. Russell comments | 0.50 | 242.50 |

16

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| MASSEL, M | 10/28/16 | Revising DS reservation & objection (.5); Call w/ Ropes re: resolutions (.5); Reviewing claims related docs (.5). | 1.50 | 1,545.00 |
| QUSBA, S | 10/28/16 | TC w/ G. Galardi, R. Martin, B. Russell and M. Massel re next steps (.7); review revised disclosure statement objection (.3); meeting w/ J. Endean re same (.3) . | 1.30 | 1,709.50 |
| RUSSELL JR, W. T. | 10/28/16 | Telephone call, emails, debtors, Quesba re Plan issues. | 1.80 | 2,367.00 |
| RUSSELL JR, W. T. | 10/28/16 | Review and revise reservation of rights re disclosure statement and emails STB team re same. | 0.50 | 657.50 |
| BALDWIN, J. E. | 10/31/16 | Emails to W. Russell re: terms of employment agreements. | 0.30 | 298.50 |
| ENDEAN, J. E. | 10/31/16 | Rev. & filed reservations of rights to disclosure statement motion | 1.40 | 679.00 |
| MASSEL, M | 10/31/16 | Reviewing & commenting on Plan (4.1); Calls w/ clients & Ross Martin re: same (.6); Preparing plan summary for clients (.8); Oc w/ S. Qusba re: same (.3). | 5.80 | 5,974.00 |
| RUSSELL JR, W. T. | 10/31/16 | Review revised plan and disclosure statement and emails debtors, STB team re same. | 1.40 | 1,841.00 |
| | | MATTER TOTAL | 127.60 | 121,515.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0020   TAX**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| GOLDSTEIN, J | 10/20/16 | question re tax treatment; TC w Sandy; TC w Deloitte | 0.80 | 956.00 |
| QUSBA, S | 10/20/16 | Correspondence w/ D. Tabak, Deloitte and J. Goldstein re various tax issues, including with respect to Hungary (.4). | 0.40 | 526.00 |
| GOLDSTEIN, J | 10/21/16 | TC w Deloitte; TC w Dan; review allocation | 0.90 | 1,075.50 |
| | | MATTER TOTAL | 2.10 | 2,557.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0022   INTELLECTUAL PROPERTY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| JORDAN-DAVIS, V. R | 10/21/16 | Call with L Lesser regarding assignment and background; legal research | 0.70 | 409.50 |
| LESSER, L. E. | 10/21/16 | T/C Deloitte and T/C v. Jordan-Davis re: royalty research. | 1.00 | 1,300.00 |
| JORDAN-DAVIS, V. R | 10/24/16 | Legal research on IP valuation | 3.50 | 2,047.50 |
| JORDAN-DAVIS, V. R | 10/25/16 | Legal research on IP valuation; Emails with L Lesser, N Leibowitz, Buzz, Patrick | 0.80 | 468.00 |
| LESSER, L. E. | 10/26/16 | Review Deloitte slides and V. Jordan-Davis email re: royalties and T/C W. Russell. | 1.30 | 1,690.00 |
| RUSSELL JR, W. T. | 10/26/16 | T/c Lesser re IP issues (.3) | 0.30 | 394.50 |
| | | MATTER TOTAL | 7.60 | 6,309.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0023   INTERCOMPANY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| MASSEL, M | 10/10/16 | Tcs w/ D. Tabak & related corresp. & internal tcs re: I/C issues. | 0.70 | 721.00 |
| ENDEAN, J. E. | 10/14/16 | Discussed agreement btwn Cmty. and Gawker re: allocation | 0.50 | 242.50 |
| ENDEAN, J. E. | 10/19/16 | Internal mtng w/ Russell, Qusba, Massell, Baldwin re: litigation strategy | 1.40 | 679.00 |
| QUSBA, S | 10/20/16 | Research re interco claims and review articles and cases re various causes of action (3.6); tc w/ J. Baldwin re LLC Agreement (.2). | 3.80 | 4,997.00 |
| ENDEAN, J. E. | 10/23/16 | Reviewed draft stipulation between Debtors and N. Denton and sent to cmty | 0.30 | 145.50 |
| ENDEAN, J. E. | 10/24/16 | Emailed R&G sign-off on draft stip w/ 12/30 deadline | 0.10 | 48.50 |
| ENDEAN, J. E. | 10/25/16 | Worked on researching and drafting the objection to disclosure statement motion | 0.60 | 291.00 |
| RUSSELL JR, W. T. | 10/25/16 | Review preliminary analysis of intercompany issues and email Deloitte re same (.8) | 0.80 | 1,052.00 |
| | | MATTER TOTAL | 8.20 | 8,176.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0024   ASSET DISPOSITION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 10/02/16 | T/c Debtors, Opportune, Qusba re post-sale contracts (.2). | 0.20 | 263.00 |
| | | MATTER TOTAL | 0.20 | 263.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0025   NON-STB FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| RUSSELL JR, W. T. | 10/08/16 | Review revised Deloitte retention order and emails STB team re same (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 10/10/16 | Emails STB team, Deloitte re retention order (.3) | 0.30 | 394.50 |
| HEALD, J. E. | 10/11/16 | Prep. proposed Deloitte retention order for submission | 1.50 | 877.50 |
| RUSSELL JR, W. T. | 10/13/16 | Review Deloitte fee statement (.2) | 0.20 | 263.00 |
| RUSSELL JR, W. T. | 10/14/16 | T/c Deloitte counsel re retention order (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 10/21/16 | Review debtor professionals' fee statements (.7) | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 10/24/16 | T/cs, emails Qusba, Deloitte counsel re retention issues (.7) | 0.70 | 920.50 |
| | | MATTER TOTAL | 4.10 | 4,296.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0027   EXECUTORY LEASES AND CONTRACTS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 10/02/16 | Review Onix deck and correspondence with B. Russell regarding same (.8); t/c with B. Russell, W. Holden and G. Galardi regarding same (.4) | 1.20 | 1,578.00 |
| RUSSELL JR, W. T. | 10/25/16 | Review and revise debtor contract and emails Ropes, STB team re same (.5) | 0.50 | 657.50 |
| | | MATTER TOTAL | 1.70 | 2,235.50 |

## EXHIBIT E

### Expense Detail

| Cost Code | Date | ID | Name | Amount | Description |
|---|---|---|---|---|---|
| 252H | 9/30/2016 | 11363 | NICHOLAS BAKER | 246.06 | FILING FEES - :VENDOR: CT CORPORATION SYSTEM |
| 214H | 10/12/2016 | 7944 | PAMELA CAMPBELL | 5.5 | SUBWAY |
| 221H | 10/25/2016 | 15788 | JONATHAN E. ENDEAN | 16.7 | MEALS - OVERTIME |
| 221H | 10/27/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 29.36 | MEALS - OVERTIME |
| 225S | 9/8/2016 | 16058 | JONATHAN R. MYERS | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/8/2016 | 16058 | JONATHAN R. MYERS | 218.03 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/8/2016 | 16058 | JONATHAN R. MYERS | 243.89 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/9/2016 | 16058 | JONATHAN R. MYERS | 436.05 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/9/2016 | 16058 | JONATHAN R. MYERS | 609.71 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/12/2016 | 16058 | JONATHAN R. MYERS | 145.36 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/12/2016 | 16058 | JONATHAN R. MYERS | 365.83 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/13/2016 | 16058 | JONATHAN R. MYERS | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/13/2016 | 16058 | JONATHAN R. MYERS | 436.05 | ONLINE RESEARCH - WEST LAW |

| 225S | 9/13/2016 | 16058 | JONATHAN R. MYERS | 1,341.37 | ONLINE RESEARCH - WEST LAW |
|------|-----------|-------|-------------------|----------|----------------------------|
| 225S | 9/14/2016 | 15388 | JULIA E. HEALD | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/16/2016 | 16058 | JONATHAN R. MYERS | 72.68 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/16/2016 | 16058 | JONATHAN R. MYERS | 243.88 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/18/2016 | 15388 | JULIA E. HEALD | 243.88 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/18/2016 | 16,058.00 | JONATHAN R. MYERS | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/18/2016 | 16,058.00 | JONATHAN R. MYERS | 363.38 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/18/2016 | 16,058.00 | JONATHAN R. MYERS | 1,707.19 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/20/2016 | 16058 | JONATHAN R. MYERS | 145.36 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/20/2016 | 16058 | JONATHAN R. MYERS | 609.71 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/21/2016 | 16058 | JONATHAN R. MYERS | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/21/2016 | 16058 | JONATHAN R. MYERS | 1,889.52 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/21/2016 | 16058 | JONATHAN R. MYERS | 3,902.15 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/22/2016 | 15388 | JULIA E. HEALD | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/22/2016 | 15388 | JULIA E. HEALD | 72.68 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/22/2016 | 15388 | JULIA E. HEALD | 243.88 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/22/2016 | 16,058.00 | JONATHAN R. MYERS | 715.66 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/22/2016 | 16,058.00 | JONATHAN R. MYERS | 3,048.56 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/27/2016 | 15,388.00 | JULIA E. HEALD | 0 | ONLINE RESEARCH - WEST LAW |

| 225S | 9/27/2016 | 15388 | JULIA E. HEALD | 341.19 | ONLINE RESEARCH - WEST LAW |
|------|-----------|-------|----------------|--------|----------------------------|
| 225S | 9/27/2016 | 15388 | JULIA E. HEALD | 609.71 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/27/2016 | 15388 | JULIA E. HEALD | 27.1 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/28/2016 | 15388 | JULIA E. HEALD | 0 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/28/2016 | 15388 | JULIA E. HEALD | 726.74 | ONLINE RESEARCH - WEST LAW |
| 225S | 9/28/2016 | 15388 | JULIA E. HEALD | 121.94 | ONLINE RESEARCH - WEST LAW |
| 248H | 10/26/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 10.55 | OT - CARFARE |
| 231S | 9/1/2016 | 11770 | JEFFREY E. BALDWIN | 3 | PACER |
| 231S | 9/1/2016 | 11770 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/1/2016 | 11,770.00 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/7/2016 | 11770 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/7/2016 | 11770 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/7/2016 | 11770 | JEFFREY E. BALDWIN | 1.1 | PACER |
| 231S | 9/7/2016 | 11770 | JEFFREY E. BALDWIN | 0.2 | PACER |
| 231S | 9/7/2016 | 11770 | JEFFREY E. BALDWIN | 3 | PACER |
| 231S | 9/7/2016 | 13730 | MORRIS MASSEL | 0.2 | PACER |
| 231S | 9/7/2016 | 13730 | MORRIS MASSEL | 0.5 | PACER |
| 231S | 9/7/2016 | 13730 | MORRIS MASSEL | 0.2 | PACER |
| 231S | 9/19/2016 | 90130 | ID LIBRARY | 0.1 | PACER |
| 231S | 9/19/2016 | 90130 | ID LIBRARY | 1.3 | PACER |
| 231S | 9/19/2016 | 90130 | ID LIBRARY | 0.1 | PACER |
| 231S | 9/19/2016 | 90130 | ID LIBRARY | 0.2 | PACER |
| 231S | 9/21/2016 | 11770 | JEFFREY E. BALDWIN | 0.4 | PACER |

| 231S | 9/21/2016 | 11770 | JEFFREY E. BALDWIN | 3 | PACER |
|------|-----------|-------|--------------------|------|-------|
| 231S | 9/21/2016 | 11770 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/21/2016 | 13276 | BRIAN ROE | 0.1 | PACER |
| 231S | 9/21/2016 | 13276 | BRIAN ROE | 1 | PACER |
| 231S | 9/21/2016 | 13276 | BRIAN ROE | 2.1 | PACER |
| 231S | 9/21/2016 | 13276 | BRIAN ROE | 0.2 | PACER |
| 231S | 9/22/2016 | 15388 | JULIA E. HEALD | 0.1 | PACER |
| 231S | 9/22/2016 | 15388 | JULIA E. HEALD | 0.8 | PACER |
| 231S | 9/22/2016 | 15388 | JULIA E. HEALD | 0.6 | PACER |
| 231S | 9/22/2016 | 15388 | JULIA E. HEALD | 0.7 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 0.1 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 3 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 1.2 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 0.4 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 0.5 | PACER |
| 231S | 9/29/2016 | 11770 | JEFFREY E. BALDWIN | 0.5 | PACER |
| 124H | 9/27/2016 | 15388 | JULIA E. HEALD | 165.74 | TRANSCRIPTS |
| 124H | 10/4/2016 | 15388 | JULIA E. HEALD | 75.52 | TRANSCRIPTS |