**Hearing Date and Time: December 1, 2016 at 10:30 a.m. (ET)**
**General Objection Deadline: November 21, 2016 at 4:00 p.m. (ET)**
**Ropes & Gray Application Objection Deadline: November 22, 2016 at 4:00 p.m. (ET)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

**NOTICE OF HEARING ON FIRST INTERIM FEE**
**APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period June 10, 2016 through September 30, 2016 (the "First Interim Fee Applications") filed by certain professionals retained in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Expenses for Professionals* [Docket No. 94], will be held before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), on **December 1, 2016, at 10:30 a.m. (prevailing Eastern Time)**. The First Interim Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Cahill Gordon & Reindel LLP [Docket No. 416] | Special Litigation Counsel for the Debtors | $64,357.20 | $840.92 |
| Prime Clerk LLC [Docket No. 417] | Administrative Advisor for the Debtors | $57,848.65 | $114.07 |
| Citrin Cooperman & Company, LLP [Docket No. 418] | Independent Auditor and Accounting Services Provider for the Debtors | $68,770.40 | $0.00 |
| Levine Sullivan Koch & Schulz, LLP [Docket No. 419] | Special Litigation Counsel for the Debtors | $299,783.77 | $9,144.63 |
| Brannock & Humphries [Docket No. 420] | Special Litigation Counsel for the Debtors | $19,638.48 | $286.04 |
| Houlihan Lokey Capital, Inc. [Docket No. 421] | Investment Banker for the Debtors | $5,082,615.00 | $29,316.70 |
| Ropes & Gray LLP [Docket No. 430] | Attorneys for the Debtors | $3,981,458.75 | $50,031.25 |

-2-

59653028_4

**PLEASE TAKE FURTHER NOTICE** that the First Interim Fee Applications were filed with the Court on or before November 7, 2016.[2] Copies of the First Interim Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the First Interim Fee Applications shall be in writing, shall conform to the Bankruptcy Rules, and the Local Rules, shall be filed with the Bankruptcy Court, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy delivered directly to chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **November 21, 2016 at 4:00 p.m. (prevailing Eastern Time), and, solely with respect to the Ropes & Gray Application, no later than November 22, 2016 at 4:00 p.m. (prevailing Eastern Time)** (as applicable, the "Objection Deadline"), upon the following parties: (i) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern

---

[2] On November 9, 2016, Ropes & Gray LLP filed an amended First Interim Fee Application to amend their originally-filed First Interim Fee Application [Docket No. 422].

-3-

District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Avenue, New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (vii) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); (viii) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); and (ix) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served with respect to the First Interim Fee Applications in accordance with this notice, each professional may submit an order to the Court after the applicable Objection Deadline, which the Court may enter, granting the First Interim Fee Applications, with no further notice or opportunity to be heard.

Pg 5 of 5

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the First Interim Fee Applications to be heard at the Hearing.

Dated: November 9, 2016     /s/ Gregg M. Galardi
       New York, New York

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

59653028_4