UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                :

In re                                            :          Chapter 11

Gawker Media LLC, *et al.*,[1]              :          Case No. 16-11700 (SMB)

                  Debtors.         :          (Jointly Administered)

---------------------------------------------------------x

**SUPPLEMENTAL ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DELOITTE FINANCIAL ADVISORY SERVICES LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE EFFECTIVE *NUNC PRO TUNC* TO JUNE 28, 2016**

This matter coming before the Court on the oral application of the Official Committee of Unsecured Creditors of Gawker Media LLC, *et al.* ("**Committee**") for entry of a supplemental order authorizing the employment and retention of Deloitte Financial Advisory Services LLP as Financial Advisor to the Committee; the Court having reviewed the Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Deloitte Financial Advisory Services LLP Effective *Nunc Pro Tunc* to June 28, 2016 (the "**Application**")[2], the Declaration of John Doyle (the "**Doyle Declaration**"), the Declaration of Ashley A. Terrill and the Order Authorizing the Retention and Employment of Deloitte Financial Advisory Services LLP as Financial Advisor to the Official Committee of Unsecured Creditors

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Effective *Nunc Pro Tunc* to June 28, 2016 (the "**Deloitte Retention Order**"); and the Court having found based on the representations made in the Application and in the Doyle Declaration that (a) Deloitte Financial Advisory Services LLP ("**Deloitte FAS**") does not hold or represent an interest adverse to the Debtors' estates and (b) Deloitte FAS is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Application is sufficient under the circumstances and no further notice is required; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Committee and its constituents; and after a hearing having been held on October 6, 2016 and having received clarification from the Court on November 3, 2016, and due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the ~~Application is granted and the~~ Deloitte Retention Order is amended and supplemented to the extent provided herein; and it is further**[SMB: 11/10/16]**

ORDERED that the Committee is authorized, pursuant to section 328(a) of the Bankruptcy Code, and effective as of June 28, 2016, to employ and retain Deloitte FAS as its financial advisor to perform the following additional services under the terms of the Engagement Letter:

- Assist Counsel and the Committee in understanding the Debtors' 363 sale process and go-to-market approach, including the marketing process, marketing materials, analysis of virtual room, letters of interest, transaction structure, interpretation of the due diligence process, and, as mutually agreed, such other advisory support as may be requested including but not limited to advice and recommendations related to evaluation of bids.

and it is further

ORDERED, that all terms and conditions of the Deloitte Retention Order shall remain in effect and are incorporated by reference herein, to the extent not inconsistent with this Order; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: November 10th, 2016
       New York, New York

                        /s/ STUART M. BERNSTEIN
                        THE HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE