MOURANT OZANNES
Alex Last
94 Solaris Avenue
Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands
Telephone: (345) 949-4123
Facsimile: (345) 949-4647

*Special Counsel as to Cayman Islands Law to
the Official Committee of Unsecured Creditors of
Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re                                                  :    Chapter 11
:
Gawker Media LLC, *et. al.*,[1]                        :    Case No. 16-11700 (SMB)
:
               Debtors.  :    (Jointly Administered)
:
-----------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF MOURANT OZANNES OF FEES FOR
PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS
SPECIAL COUNSEL AS TO CAYMAN ISLANDS LAW FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 18
2016 THROUGH 13 SEPTEMBER 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinfa Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 Budapest, Hungary.

1

| | |
|---|---|
| **Name of Applicant:** | Mourant Ozannes |
| | Special Counsel as to Cayman Islands Law |
| **Date of Retention:** | July 18, 2016 |
| **Period for Which Fees and Expenses are Incurred:** | July 18, 2016 through and including September 13, 2016 |
| **Fees Incurred:** | $23,130 |
| **Expenses Incurred:** | $0 |
| **Total Fees and Expenses Due:** | $23,130 |

2

## SUMMARY

1. Mourant Ozannes ("**Mourant**"), special counsel as to Cayman Islands law for the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements for the period from July 18, 2016 through and including September 13, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Mourant requests: (a) interim allowance and payment of compensation in the amount of $23,130 of fees on account of reasonable and necessary professional services rendered to the Committee by Mourant during the Compensation Period.

**FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD**

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Mourant professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Mourant partners and counsel is approximately $716.37. The blended hourly billing rate of paraprofessionals during the Compensation Period is approximately $359.59.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Mourant professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5. **Exhibit D** sets forth detailed time records of Mourant professionals for the Compensation Period.

3

## NOTICE

6. Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, NY 10022, Attn: Keith A Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: November 9, 2016
       Grand Cayman, Cayman Islands

                                              Respectfully Submitted,

                                              MOURANT OZANNES

By: _____
      Alex Last

                                              94 Solaris Avenue
                                              Camana Bay, PO Box 1348
                                              Grand Cayman KY1-1108
                                              Cayman Islands
                                              Telephone: (345) 949-4123
                                              Facsimile: (345) 949-4647
                                              Email: alex.last@mourantozannes.com

8026109/68675234/2

**EXHIBIT A**

**Timekeeper summary**

| Name of professional | Title | Department | Year of admission | Hourly rate ($) | Hours billed | Total compensation |
|---|---|---|---|---|---|---|
| Alastair Syvret | Partner | Corporate | 1992 | 820 | 1.00 | 820 |
| Alex Last | Partner | Corporate | 1999 | 800 | 2.50 | 2,000 |
| Adam Bathgate | Counsel | Corporate | 2006 | 700 | 19.10 | 13,370 |
| Jo-Anne Maher | Paralegal | Corporate | N/A | 425 | 9.20 | 3,910 |
| Corey Stokes | Paralegal | Corporate | N/A | 300 | 10.10 | 3,030 |
| TOTAL | | | | | 41.9 | 23,130 |

8026109/68675234/2

**EXHIBIT B**

**Task Code Summary**

| Matter | Description | Hours | Amount ($) |
| --- | --- | --- | --- |
| 002724-0010 | Employment and fee applications | 37.5 | 19,800 |
| 002724-0012 | Financing and cash collateral | 4.4 | 3,330 |

2

8026109/68675234/2

**EXHIBIT C**

**Disbursement summary**

None incurred

8026109/68675234/2

## EXHIBIT D

### Time detail

| Work date | Timekeeper | WIP hours | WIP amount ($) | Narrative | Classification |
|---|---|---|---|---|---|
| 18/07/2016 | Adam Bathgate | 0.60 | 420 | Various preliminary attendances on matter | Employment and fee applications |
| 25/07/2016 | Adam Bathgate | 0.10 | 70 | Follow-up correspondence with Simpson Thacher | Employment and fee applications |
| 01/08/2016 | Adam Bathgate | 0.50 | 350 | Conference call with Simpson Thacher re application for approval as special counsel | Employment and fee applications |
| 01/08/2016 | Adam Bathgate | 0.40 | 280 | Review of sample application documents | Employment and fee applications |
| 01/08/2016 | Adam Bathgate | 0.50 | 350 | Instructing paralegals on conflict searches | Employment and fee applications |
| 01/08/2016 | Alex Last | 0.50 | 400 | Call with Simpson Thacher | Employment and fee applications |
| 01/08/2016 | Alex Last | 0.50 | 400 | Discussion with paralegals | Employment and fee applications |
| 02/08/2016 | Adam Bathgate | 4.00 | 2,800 | Preparing declaration to be submitted in support of application to be retained as special Cayman Islands counsel | Employment and fee applications |
| 03/08/2016 | Adam Bathgate | 3.00 | 2,100 | Further drafting of declaration to be submitted | Employment and fee applications |
| 03/08/2016 | Corey Stokes | 2.00 | 600 | Carrying out conflict searches | Employment and fee applications |

4

8026109/68675234/2

| Work date | Timekeeper | WIP hours | WIP amount ($) | Narrative | Classification |
|---|---|---|---|---|---|
| 04/08/2016 | Jo-Anne Maher | 3.20 | 1,360 | Carrying out conflict searches | Employment and fee applications |
| 04/08/2016 | Corey Stokes | 3.60 | 1,080 | Carrying out conflict searches | Employment and fee applications |
| 05/08/2016 | Corey Stokes | 1.70 | 510 | Carrying out conflict searches | Employment and fee applications |
| 08/08/2016 | Adam Bathgate | 0.30 | 210 | Arranging next stages of conflict search resolution | Employment and fee applications |
| 08/08/2016 | Adam Bathgate | 0.30 | 210 | Preparing text of email to be sent to involved partners on matters showing potential conflicts | Employment and fee applications |
| 08/08/2016 | Adam Bathgate | 0.50 | 350 | Internal meeting to discuss conflict situation | Employment and fee applications |
| 08/08/2016 | Adam Bathgate | 0.70 | 490 | Follow-up attendances arising from meeting | Employment and fee applications |
| 08/08/2016 | Jo-Anne Maher | 0.50 | 212.50 | Internal meeting to discuss conflict situation | Employment and fee applications |
| 08/08/2016 | Corey Stokes | 0.50 | 150 | Internal meeting to discuss conflict situation | Employment and fee applications |
| 08/08/2016 | Corey Stokes | 0.30 | 90 | Carrying out conflict searches | Employment and fee applications |
| 09/08/2016 | Adam Bathgate | 1.60 | 1,120 | Revising draft declaration following conflict search results | Employment and fee applications |
| 09/08/2016 | Jo-Anne Maher | 5.00 | 2,125 | Carrying out conflict searches | Employment and fee applications |

8026109/68675234/2

| Work date | Timekeeper | WIP hours | WIP amount ($) | Narrative | Classification |
|---|---|---|---|---|---|
| 08/08/2016 | Corey Stokes | 2.00 | 600 | Carrying out conflict searches | Employment and fee applications |
| 10/08/2016 | Alastair Syvret | 0.20 | 164 | Telephone call with Alex discussing conflict position | Employment and fee applications |
| 10/08/2016 | Alex Last | 0.20 | 160 | Telephone call with Alastair Syvret discussing conflict position | Employment and fee applications |
| 10/08/2016 | Alastair Syvret | 0.30 | 246 | Review of draft declaration | Employment and fee applications |
| 10/08/2016 | Alastair Syvret | 0.50 | 410 | Further review of draft declaration | Employment and fee applications |
| 10/08/2016 | Jo-Anne Maher | 0.50 | 212.50 | Preparing conflict search report | Employment and fee applications |
| 16/08/2016 | Adam Bathgate | 0.20 | 140 | Review of Simpson Thacher comments on draft declaration. | Employment and fee applications |
| 16/08/2016 | Adam Bathgate | 0.10 | 70 | Revising draft declaration per Simpson Thacher comments | Employment and fee applications |
| 17/08/2016 | Adam Bathgate | 0.20 | 140 | Discussion AL re next steps | Employment and fee applications |
| 17/08/2016 | Alex Last | 0.20 | 160 | Discussion AB re next steps | Employment and fee applications |
| 17/08/2016 | Adam Bathgate | 1.00 | 700 | Finalising revisions to draft declaration | Employment and fee applications |
| 12/09/2016 | Adam Bathgate | 2.00 | 1,400 | Review of second lien financing documents and memorandum and articles of Cayman debtor | Financing and cash collateral |

6

8026109/68675234/2

| Work date | Timekeeper | WIP hours | WIP amount ($) | Narrative | Classification |
|---|---|---|---|---|---|
| 12/09/2016 | Adam Bathgate | 1.40 | 980 | Review of form of non-disclosure agreement | Employment and fee applications |
| 13/09/2016 | Adam Bathgate | 0.30 | 210 | Revising non-disclosure agreement | Employment and fee applications |
| 13/09/2016 | Adam Bathgate | 0.10 | 70 | Correspondence Simpson Thacher re non-disclosure agreement | Employment and fee applications |
| 13/09/2016 | Adam Bathgate | 0.80 | 770 | Further consideration of second lien documents. | Financing and cash collateral |
| 13/09/2016 | Adam Bathgate | 0.30 | 210 | Discussion AL re memorandum and articles and security issues | Financing and cash collateral |
| 13/09/2016 | Adam Bathgate | 0.20 | 70 | Correspondence Simpson Thacher re second lien documents and constitutional documents of Cayman debtor | Financing and cash collateral |
| 13/09/2016 | Alex Last | 0.80 | 640 | Review of second lien documents and memorandum and articles. | Financing and cash collateral |
| 13/09/2016 | Alex Last | 0.30 | 240 | Discussion AB re memorandum and articles and security issues | Financing and cash collateral |

7