RÉCZICZA DENTONS EUROPE LLP
Gergely Horváth

Andrássy út 11.
Budapest, Hungary H-1061
Telephone: (36) 1488 5200
Facsimile: (36) 1488 5299

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al*[1], | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

**FIRST STATEMENT OF RÉCZICZA DENTONS EUROPE LLP OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JULY 1, 2016 THROUGH OCTOBER 31, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut. 66, 1062 Budapest, Hungary.



| | |
|---|---|
| Name of Applicant: | Réczicza Dentons Europe LLP |
| | Hungarian Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | September 2016 (*nunc pro tunc* to July1, 2016) |
| Period for Which Fees and Expenses are Incurred: | July 1, 2016 through and including October 31, 2016 |
| Fees Incurred: | $7,681.50 |
| Expenses Incurred: | $149.03 |
| Total Fees and Expenses Due: | $7,830.53 |

This is a Fee Statement.



## SUMMARY

1. Réczicza Dentons Europe LLP ("**Réczicza Dentons**"), attorneys the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Statement**") for the period from July 1, 2016 through and including October 31, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Réczicza Dentons requests: (a) interim allowance and payment of compensation in the amount of $7,830.53 of fees on account of reasonable and necessary professional services rendered to the Committee by Réczicza Dentons, and (b) reimbursement of actual and necessary costs and expenses in the amount of $2149.03 incurred by Réczicza Dentons during the Compensation Period.

**FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD**

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Réczicza Dentons professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Réczicza Dentons partners and counsel is approximately $450 and associates is approximately $250.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Réczicza Dentons professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.



4. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5. **Exhibit D** sets forth detailed time records of Réczicza Dentons professionals for the Compensation Period.

6. **Exhibit E** sets forth a complete itemization of expenses incurred by Réczicza Dentons in connection with services rendered to the Committee during the Compensation Period for which Réczicza Dentons seeks reimbursement.



## NOTICE

7.  Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: November 15, 2016
       Budapest, Hungary

Respectfully submitted,

RÉCZICZA DENTONS EUROPE LLP

By: Gergely Horváth

Andrássy út 11.
Budapest, Hungary H-1061
Telephone: (36) 1488 5200
Facsimile: (36) 1488 5299
E-mail: gergely.horvath@dentons.com

SIMPSON, THACHER & BERTLETT LLP

RE: Project Gawker

### EXHIBIT A
#### Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Gergely Horvath | Partner | Banking & Finance | 1999 | 450 | 7,2 | 3 240,00 |
| Aron Karolyi-Szabo | Associate | Commercial | 2012 | 265 | 1,1 | 291,50 |
| Gabriella Pataki | Associate | Banking & Finance | 2011 | 250 | 16,6 | 4 150,00 |
| **TOTAL** | | | | | **24,9** | **7 681,50** |



SIMPSON, THACHER & BERTLETT LLP

RE: Project Gawker

| CLIENT: | 002724 | UNSECURED CREDITORS COMMITTEE | | |
|---|---|---|---|---|
| MATTER: | 0022 | INTELLECTUAL PROPERTY ISSUES | | |

| DATE | EMPLOYEE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/14/16 | Aron Karolyi-Szabo | Trademark research in the Hungarian and EU trademark databases. Internal discussion with Ms. Pataki re: same. | 1,1 | 291,50 |
| **MATTER TOTAL** | | | **1,1** | **291,50** |



SIMPSON, THACHER & BERTLETT LLP
RE: Project Gawker

---

**CLIENT:** 002724    **UNSECURED CREDITORS COMMITTEE**
**MATTER:** 0028    **LIEN INVESTIGATION**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/20/16 | Gergely Horvath | Initial review of registered security interests for Hungarian entity, related correspondence with Simpson Thacher | 0,8 | 360,00 |
| 07/21/16 | Gergely Horvath | Further research re Kinja Kft's security interest recorded in various Hungarian registries | 1,0 | 810,00 |
| 08/22/16 | Gergely Horvath | Call with Simpson Thacher re tasks, precess, structure, etc. | 0,6 | 1 080,00 |
| 09/12/16 | Gabriella Pataki | Review of the Hungarian law governed security documents of Kinja Kft. and US VC Partners, LP, research in the public security registries, start preparing the memo on the confirmation of the security interests. | 2,6 | 1 730,00 |
| 09/12/16 | Gergely Horvath | Coordination and instructions to draft report. | 0,9 | 2 135,00 |
| 09/13/16 | Gabriella Pataki | Further Review of the Hungarian security documents of Kinja Kft. and US VC Partners, LP, research in the public security registries, and obtaining notarial certificate, further drfating work on preparing the memo on the confirmation of the security interests. | 4,1 | 3 160,00 |
| 09/14/16 | Gabriella Pataki | Correspondence with IP law colleagues re confirmation of IP pledges in the related registers. | 0,8 | 3 360,00 |
| 09/14/16 | Gergely Horvath | Coordination and review of report to ST re Gawker security, status of registered security interests. | 2,1 | 4 305,00 |
| 09/15/16 | Gabriella Pataki | Review of the Hungarian security documents concluded between Kinja Kft. and Silicon Valley Bank, research in the public security registries, preparing the memo on the confirmation of the security interests. | 6,2 | 5 855,00 |
| 09/16/16 | Gabriella Pataki | Finalizing memo re confirmation of Hungarian security interests; E-mail to STB re questions relating to the deleted pledges. | 2,9 | 6 580,00 |
| 09/16/16 | Gergely Horvath | Internal coordination, finalisation and sending out advice to Simpson Thacher, follow-up email re deleted pledges. | 1,8 | 7 390,00 |
| **MATTER TOTAL** | | | **23,8** | **7 390,00** |



SIMPSON, THACHER & BERTLETT LLP

RE: Project Gawker

## EXHIBIT A

### Timekeeper Summary

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002724-0022 | INTELLECTUAL PROPERTY ISSUES | 1,1 | 291,50 |
| 002724-0028 | LIEN INVESTIGATION | 23,8 | 7 390,00 |
| **TOTAL BY MATTERS** | | **24,9** | **7 681,50** |



SIMPSON, THACHER & BERTLETT LLP

RE: Project Gawker

## EXHIBIT C

### Disbursement Summary

| EXPENSES | AMOUNTS |
|---|---|
| TELEPHONE | 89,79 |
| PRINTING | 24,00 |
| NOTARY FEE | 35,24 |
| **TOTAL:** | **149,03** |



SIMPSON, THACHER & BERTLETT LLP

RE: Project Gawker

**EXHIBIT E**

Expense Detail

| COST CODE | DATE | ID | NAME | QUANTITY | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 347S | 07/21/2016 | 4726 | Gergely Horvath | 77,00 | 0,10 | 7,70 | PRINTING |
| 105S | 08/22/2016 | 4726 | Gergely Horvath | 1,00 | 17,11 | 17,11 | TELEPHONE |
| 347S | 09/12/2016 | 4716 | Gabriella Pataki | 56,00 | 0,10 | 5,60 | PRINTING |
| 347S | 09/13/2016 | 4716 | Gabriella Pataki | 39,00 | 0,10 | 3,90 | PRINTING |
| 105S | 09/13/2016 | 4716 | Gabriella Pataki | 1,00 | 38,54 | 38,54 | TELEPHONE |
| 105S | 09/14/2016 | 4726 | Gergely Horvath | 1,00 | 17,63 | 17,63 | TELEPHONE |
| 347S | 09/15/2016 | 4716 | Gabriella Pataki | 47,00 | 0,10 | 4,70 | PRINTING |
| 105S | 09/16/2016 | 4716 | Gabriella Pataki | 1,00 | 16,51 | 16,51 | TELEPHONE |
| 347S | 09/16/2016 | 4726 | Gergely Horvath | 21,00 | 0,10 | 2,10 | PRINTING |
| D4 | 20/09/2016 | 4716 | Gabriella Pataki | 1,00 | 35,24 | 35,24 | Notarization - Supplier DR. MÁTÉ VIKTOR KÖZJEGYZŐI IRODÁJA |
| TOTAL | | | | | | 149,03 | |

