Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
*Attorneys for Mitchell Williams*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | :     Chapter 11 |
| GAWKER MEDIA, LLC, | : |
| | :     Case No. 16-11700 (SMB) |
| Debtor. | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Mitchell Williams ("Williams"), through his attorneys, Chiesa Shahinian & Giantomasi PC, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

> CHIESA SHAHINIAN & GIANTOMASI PC
> One Boland Drive
> West Orange, NJ  07052
> Attn:    Michael R. Caruso, Esq.
> Tel:     (973) 530-2109
> Fax:    (973) 530-2209
> E-Mail: mcaruso@csglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

6322916.1

answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Williams to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Williams is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

                              CHIESA SHAHINIAN & GIANTOMASI PC
                              Attorneys for Mitchell Williams


                            By: /s/ Michael R. Caruso
                                MICHAEL R. CARUSO

Dated: November 15, 2016

6322916.1                                                                  2

## CERTIFICATION OF SERVICE

I, Michael R. Caruso, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

                                                  /s/ Michael R. Caruso
                                                  MICHAEL R. CARUSO

Dated: November 15, 2016