# EXHIBIT 2

Charles C. Johnson, "BREAKING: GotNews Wins First Stage of Appeal on #MichaelBrown Records #Ferguson #EricGarner," GOTNEWS, Dec. 5, 2014

# BREAKING: GotNews Wins First Stage of Appeal on #MichaelBrown Records #Ferguson #EricGarner

DEC 5, 2014 by CHARLES C. JOHNSON    12



WE STILL NEED TO SEE MICHAEL BROWN'S JUVENILE RECORDS.

The court of appeals has ordered that the judge who denied GotNews.com the records has until 12/18/14 to submit a response brief justifying her actions.

In a brief that draws allusions to the Gulf of Tonkin and the Jonathan Gruber tapes, GotNews.com counsel John Burns successfully argued the first round of our appeal.

Please read the entire appeal.



The lion's share of the money we make on this website comes from donations. Please support independent journalism. If you'd like to hire our research team, email us at editor@gotnews.com.



IN THE MISSOURI COURT OF APPEALS
EASTERN DISTRICT

| | |
|---|---|
| STATE OF MISSOURI EX REL. ) | |
| GOTNEWS, LLC AND ) | |
| CHARLES C. JOHNSON, ) | |
| ) | Missouri Court of Appeals E.D. – |
| ) | |
| ) | Case No. _____ |
| Relators, ) | |
| ) | St. Louis County Circuit Court |
| ) | Case No. 14SL-JU00861 |
| ) | (Family/Juvenile Court) |
| vs. ) | |
| ) | |
| HON. ELLEN SIWAK, ) | |
| CIRCUIT COURT JUDGE, DIVISION 11, ) | |
| MISSOURI CIRCUIT COURT, ) | |
| TWENTY-FIRST JUDICIAL CIRCUIT, ) | |
| COUNTY OF ST. LOUIS, ) | |
| ) | |
| Respondent. ) | |

PETITION AND SUGGESTIONS IN SUPPORT

OF PRELIMINARY AND PERMANENT WRITS OF PROHIBITION AND/OR

MANDAMUS

John C. Burns, #66462
The Burns Law Firm, LLC
1717 Park Avenue
St. Louis, Missouri 63104
314-275-0326 Telephone & Facsimile
john@burns-law-firm.com

1

David Nowakowski, #66481
1717 Park Avenue
St. Louis, Missouri 63104
314-275-0326 Telephone & Facsimile
david@burns-law-firm.com

GotNews.com remains committed to unearthing the truth about Michael Brown's juvenile criminal past.

Email    Print    Twitter    Facebook 1    Reddit    Google    LinkedIn    Tumblr
Pinterest    Telegram    WhatsApp

FILED UNDER: NEWS, POLITICS, RACE
TAGGED WITH: ELLEN SIWAK, ERIC GARNER, FAIRNESS, FERGUSON, HONESTY, JOHN BURNS, JUSTICE DEPARTMENT, MICHAEL BROWN

About Charles C. Johnson

BREAKING: GotNews Wins First Stage of Appeal on #MichaelBrown Records #Ferguson #EricGarner - GotNews    11/15/16, 4:08 PM
BREAKING GotNews Wins First Stage of Appeal



Gotnews.com founder and editor-in-chief Charles C. Johnson is an investigative journalist, author, and sought after researcher. He was a contributor to the Daily Caller and the Blaze, and his work is frequently featured on Drudge Report. He is author of Why Coolidge Matters: Leadership Lessons from America's Most Underrated President and The Truth About the IRS Scandal. Charles is an award-winning journalist who has also written for Wall Street Journal, New York Post, Los Angeles Times, American Spectator, Daily Beast, National Review Online, PJ Media, and Weekly Standard. Charles has appeared on Fox News with Megyn Kelly, Sean Hannity, and Lou Dobbs and numerous radio programs, including Rusty Humphries, Dennis Prager, Larry Elder, and Mark Levin. He is at work on a new book about the researcher community and Barack Obama.



**Rumors Have Been Confirmed, Jolie Comes Clean**
The Rumors Have Been Confirmed, Jolie Comes Clean - Will Family And Friends Forgive Her?

Learn More

Sponsored by **Chatter Box Daily**

---

**10 Comments**     **Got News**                                         **Login**

♥ Recommend        ⤴ Share                                   Sort by Best

      Join the discussion…

 **Chunkdog1** • 2 years ago
Good luck. But I'm afraid these records are being shredded, as we speak, on the orders of Eric Holder. Or there will be an unexplained hard drive crash.
13 ▲ ▼ • Reply • Share ›

   **Portia DeMonkey** → Chunkdog1 • 2 years ago
   There is always the police officers who actually arrested this savage, their testimony and evidence which isn't destroyed.
   2 ▲ ▼ • Reply • Share ›

 **rpp618** • 2 years ago
Good luck. I support this. It is important to know what he was charged with. Though clearly, and by their own words, his supported do not care about facts.
11 ▲ ▼ • Reply • Share ›

 **Jakob Stagg** • 2 years ago
Personally, sealing a juvenile record is just plain wrong. It only provides a chance to start a second criminal career that will likely be an escalation of the first. Fine cut juveniles some slack, but keep track of their activities and behavior.

The reason young people are becoming more violent is because nothing bad ever happens to them. They are sheltered from responsibility for their actions. They know their bad behavior is concealed so they have no motivation to change. Unfortunately, the majority of them have no impulse control, nor concern for anyone other than themselves. They will do whatever it takes to get their way. Until that changes, it will get worse.

The POTUS and AG getting involved is racial and has nothing to do with justice, just an agenda.
6 ▲ ▼ • Reply • Share ›

 **Sara** • 2 years ago
When you are not yet 18 years old and actually murder someone else and are charged with

16-11700-smb    Doc 452-3    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 2
BREAKING GotNews Wins First Stage of Appeal    Pg 5 of 6
BREAKING: GotNews Wins First Stage of Appeal on #MichaelBrown Records #Ferguson #EricGarner - GotNews 11/15/16, 4:08 PM

2nd degree murder it goes on your juvi record... if you turn 18 years old and attack a cop who shoots you... then there can be "no conviction" because dead thugs do not go to court. The thug worshippers are "whining" about the difference between charged and convicted because they do not CARE about the dead black man pounded to mush by the FISTS of their idol "the unarmed gentle giant". The level of delusional insanity is off the charts... Do you realize that DOJ Holder/Obama MBmom MBdad MBmom's boyfriend gangster Head ALL exactly know this information? How can they keep their LIES going? How long before others finally face the truth instead of bowing to LIES?

3    • Reply • Share ›


**DomesticGoddess1** • 2 years ago

This is very important work, as it will shine a light on the mindset of these young thugs. Obviously Brown's community is drug and gang infested, and young teens are hardened perps before they are legal. This is the real travesty, not the faux racism crap.

3    • Reply • Share ›


**Anna Marie** • 2 years ago

seriously ?? for what ? because ROBBERY isnt "good enough" for the stupid people ?

2    • Reply • Share ›


**ozone_ethos** • 2 years ago

Right on things are tight or i would toss you a few bucks.

• Reply • Share ›


**DailyCannibal** • 2 years ago

I have been reliably assured by many people on Gawker that Brown had no criminal record.

• Reply • Share ›


**Sara** → DailyCannibal • 2 years ago

Is that because he died committing the felony of assault on a police man first? There is a dead black man murdered a year ago ... by a black teen... does his life matter? his death sure didn't matter... I feel sorry for that man who did not attack a policeman but who was bashed to death by a "yoof".

2    • Reply • Share ›

✉ Subscribe    ⓓ Add Disqus to your site Add Disqus Add    🔒 Privacy

**Rumors Have Been Confirmed, Jolie Comes Clean**

The Rumors Have Been Confirmed, Jolie Comes Clean - Will Family And Friends Forgive Her?

[ Learn More ]

Sponsored by **Chatter Box Daily**

| RESOURCES | SECTIONS | TOPICS | DONATE | |
|---|---|---|---|---|
| About GotNews | News | Presidential Election 2016 | Please support independent journalism. |   |
| Videos | Opinion | Donald Trump | | |
| Research Tips | Culture | Hillary Clinton | | |
| Contact | | Fraud | | |

©2016 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck