# **EXHIBIT 7**

Order of Dismissal,
*Johnson v. Gawker Media, LLC*,
Case No. 4:15-CV-1137-CAS
(MO E.D. Jan. 15, 2016)

16-11700-smb    Doc 452-8    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 7 -
Order of Dismissal    Pg 2 of 2
Case: 4:15-cv-01137-CAS   Doc. #: 70   Filed: 01/15/16   Page: 1 of 1 PageID #: 2007

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHARLES C. JOHNSON and <br> GOT NEWS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GAWKER MEDIA, LLC, J. K. TROTTER, <br> and GREG HOWARD, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:15-CV-1137 CAS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants Gawker Media, LLC, J. K. Trotter, and Greg Howard are **DISMISSED without prejudice** for lack of personal jurisdiction.  See Federal Rule of Civil Procedure 12(b)(2).

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  15th  day of January, 2016