# **EXHIBIT 9**

Declaration of Charles C. Johnson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
GAWKER MEDIA LLC,                               :
                                                :   Case No.: 16-11700 (SMB)
                         Debtors.               :
-----------------------------------------------------------x

## DECLARATION OF CHARLES C. JOHNSON

I, Charles C. Johnson, declare:

1. I am over 18 years of age and I have never been convicted of a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am the president and owner of Got News, LLC.

3. This declaration is submitted in support of the Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC ("Opposition") filed herewith.

4. Through a number of articles, I have been the subject of targeted defamation by Gawker Media, LLC.

5. Gawker's defamatory allegations harmed me and my business, Got News, LLC, nationwide, since my journalistic works were, and are, read and propagated across the entire country.

6. The table of statements found at Exhibit 10 to the Opposition are true and correct copies of quotes from the relevant articles and web pages referenced therein.

7. The documents found at Exhibit 11 to the Opposition are true and correct copies of the tweets and articles found on the Internet.

8. The allegations of fact raised by the plaintiffs in the Complaint in the California Superior Court, *Johnson v. Gawker Media, LLC,* No. 15CECG03734 (Cal. Super. Ct. Dec. 9, 2015), as appearing in support of Proofs of Claim Nos. 52, 53, 202, 223, 246 & 298, are true and correct, to the best of my knowledge and belief.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED  11/16/2016                .

_____
Charles C. Johnson