# **EXHIBIT 10**

Table of Statements

| | Quote | Article | First Amended Complaint | Date Published | URL |
|---|---|---|---|---|---|
| E | | | | | |
| A. | "The list of Johnson stories that have been proven wrong is long, but his greatest hits include . . . [e]rroneously reporting that former Newark mayor Cory Booker didn't actually reside in Newark." | First December 9 Trotter Article | Ex. 15 | 12/9/2014 | http://gawker.com/what-is-chuck-johnson-and-why-the-web-s-worst-journal-1666834902 |
| B. | "…Contributing reporting to the Daily Caller's infamous story about New Jersey Senator Bob Menendez allegedly soliciting prostitutes in the Dominican Republic. The story turned out to be a complete fabrication, and may have been planted by the Cuban government." | First December 9 Trotter Article | Ex. 15 | 12/9/2014 | http://gawker.com/what-is-chuck-johnson-and-why-the-web-s-worst-journal-1666834902 |
| C | "Rumor 1: Johnson shit on the floor in college" | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| D | "Hilariously, he graduated being best known for pooping on the (I think I'm remembering the floor right) 7th floor of Stark (a dorm). I'm sad this idiot is getting any attention at all, but I hope this guy becomes famous for the same reasons he was in college, his public pooping problems" | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| E | "I started two years after him, so I wasn't there since he did it as a freshman or sophomore. But theupperclassman talked about it regularly and it was an undisputed fact that he did it. Multiple people talked about it in great detail [confirmed by another commenter] on the school's paper/website the cmcforum.com and I bet many instances of people talking about it can be seen in the comment archives from 2008-2011." | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| F | "Rumor 3: Johnson fucked a sheep" | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| G | "Chuck had a 2002 bestiality charge expunged from his record due to his being a minor, 14 at the time." | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |



EXHIBIT 42

| | Statement | Article | Exhibit | Date | URL |
|---|---|---|---|---|---|
| H | "A friend is in the San Bernadino County Sherriff Dept. As I heard it, Chuck was about 14, had gone to stay with his cousins [for] a few weeks. . . He went for a weekend with one to a friend of the cousin's who owned a ranch near Wrightwood. The father of the friend got suspicious when they caught him coming back inside very late the first night. The next night, he apparently wandered back out & got the cops called on him by a neighbor when he was spotted attempting to copulate with his wool sheep. The neighbor took pics with a telephoto lens, which, since the cops didn't catch him mid-act, were used as the basis for his conviction. He was pants down pinning the sheep against the fence. The story is still famous in circles of San Bernadino County law enforcement, apparently. He got it expunged in 2007, saying he was just a kid experimenting, and he didn't want it to reflect badly when he was in college working for collegiate newspapers. My friend won't give interviews, because he'd get in trouble for leaking expunged records, but it definitely happened, and word is that the files & pics still exist. Hope that helps!!" | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| I. | "Sure enough, on the Facebook post, there are cryptic comments from friends and former classmates about some mysterious floor shitting incident." | December 9 Howard Article | Ex. 14 | 12/9/2014 | http://theconcourse.deadspin.com/wait-did-clowntroll-blogger-chuck-johnson-shit-on-the-1668919746 |
| J. | "Tell you what. There is some good-ass kinja to be had re: Chuck shitting on the floor one time over at Gawker." | December 9 Howard Article | Ex. 14 | 12/9/2014 | http://theconcourse.deadspin.com/wait-did-clowntroll-blogger-chuck-johnson-shit-on-the-1668919746 |
| K. | "You may be aware that Charles C. Johnson of GotNews.com had a role in several notorious (and false) stories published by Tucker Carlson's Daily Caller." | Second Trotter December 9 Article | Ex. 16 | 12/9/2014 | http://gawker.com/the-daily-caller-can-t-quit-chuck-johnson-1668910086 |
| L. | "...he's been caught lying many times before..." | December 9 Howard Article | Ex. 14 | 12/9/2014 | http://theconcourse.deadspin.com/wait-did-clowntroll-blogger-chuck-johnson-shit-on-the-1668919746 |
| M. | "I think you made my year by writing an entire article based on my comment...I am so glad when someone googles his name this will appear. I hope him pooping in stark follows him forever..." | December 9 Howard Article | Ex. 14 | 12/9/2014 | http://theconcourse.deadspin.com/wait-did-clowntroll-blogger-chuck-johnson-shit-on-the-1668919746 |
| N. | Verdict: There is no evidence that Chuck Johnson took a shit on the floor in college. Chuck Johnson was, however, so thoroughly disliked in college that his classmates chose to blame an unattributed shit on him. | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| O. | Public Defecation In Totality Within The Article | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| P. | Verdict: There is no evidence that Chuck Johnson was arrested in 2002 for pinning a sheep to a fence and fucking it. Johnson is, however, the kind of guy about whom random people make up and circulate rumors about him being arrested in 2002 for pinning a sheep to a fence and fucking it. | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| Q. | A search through public records and the archives of local newspapers did not turn up any mention of an arrest matching the one our source described. (This does not necessarily mean that the arrest didn't occur, though; editors don't necessarily publish all incidents involving the police, and public records databases would not contain an expunged record.) | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| R. | Bestiality Considered As A Whole In The Article | December 15 Trotter Article | Ex. 13 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |

| | | | | | |
|---|---|---|---|---|---|
| S. | Gawker and Gawker Writer Twitter Comments | Twitter | Ex. 1-12 | 12/92014-6/18/2015 | https://twitter.com/ |
| T. | america@gregghoward88, "torn. i kinda feel like sheepfucking is something you grow into. on the other hand @chuckcjohnson is a prodigy: links to "Which of these Disgusting Chuck Johnson Rumors are True?" | Twitter | Ex. 1 | 12/15/2014 | https://twitter.com/greghoward88/status/5445592233518092288 |
| U. | america@gregghoward88, "@ironmikegallego @ChuckCJohnson yung [sic] chuck the wolf brings it out of me. he's a uniter" | Twitter | Ex. 1 | 12/15/2014 | https://twitter.com/greghoward88/status/5445592233518092288 |
| V. | AnnaMerlan@annamerlan, "We need to know the truth ASAP about Chuck C. Johnson and Floor-Shitting-gate: link to "Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?" | Twitter | Ex. 2 | 12/9/2014 | https://twitter.com/search?q=Floor-Shitting-gate&src=typd&lang=en |
| W. | Erin Gloria Ryan@morninggloria, "Important journalism happening at Gawker dot com. link to: "Which of These Disgusting Chuck Johnson Rumors are True?" | Twitter | Ex. 3 | 12/15/2014 | no longer available |
| X. | Taylor Berman@tcberman, "Rumor 3: Johnson fucked a sheep: link to "Which of These Disgusting Chuck Johnson Rumors are True?" | Twitter | Ex. 4 | 12/15/2014 | https://twitter.com/tcberman/status/544591236674633728 |
| AA. | Keenan@jktrotter, "@ChuckCJohnson indeed....that's why it was a rumor....." | Twitter | Ex. 4 | 12/15/2014 | https://twitter.com/tcberman/status/544591236674633728 |
| AB. | Keenan@jktrotter, "@ChuckCJohnson caveats, chuck. we said there was no evidence (#1 and #3) or that our source supplied a credible accusation (#2)" | Twitter | Ex. 4 | 12/15/2014 | https://twitter.com/tcberman/status/544591236674633728 |
| AC. | Adam Weinstein @AdamWeinstein, "this chucky-shitting-the-floor rumor is flying alllll around social media - i just saw it on updog and hapnin: link to "Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?" | Twitter | Ex. 5 | 12/9/2015 | https://twitter.com/adamweinstein/status/542427892504752128 |
| AD. | Adam Weinstein @AdamWeinstein, "when chuck johnson poops on your floor allegedly [picture of sad kitten]" | Twitter | Ex. 6 | 4/8/2015 | https://twitter.com/search?q=chuck%20johnson%20poops%20on%20your%20floor%20allegedly%20from%3AAdamWeinstein&src=typd&lang=en |
| AE. | Gawker @Gawker, "The Daily Caller can't quit @ChuckCJohnson: link to "The Daily Caller Can't Quit Chuck Johnson" | Twitter | Ex. 8 | 12/9/2014 | https://twitter.com/search?q=The%20Daily%20Caller%20can%27t%20quit%20from%3AGawker&src=typd&lang=en |
| AF. | Gawker @Gawker, "What is @chuckcjohnson, and why? The web's worst journalist, explained. link to: "What is Chuck Johnson, and Why? The Web's Worst Journalist, Explained" | Twitter | Ex. 9 | 12/9/2014 | https://twitter.com/search?q=from%3AGawker%20%40chuckcjohnson&src=typd&lang=en |
| AG. | Gawker @Gawker, "Which of these disgusting @chuckcjohnson rumors are actually true? link to: "Which of These Disgusting Chuck Johnson Rumors Are True" | Twitter | Ex. 10 | 12/15/2014 | https://twitter.com/search?q=from%3AGawker%20%40chuckcjohnson&src=typd&lang=en |
| AH. | hiphoptimusprime>J.K.Trotter, "You do realize that this may, paradoxically, actually make people feel sorry for Chuck and anger for you, all the while padding Chuck's page views AND his bank account in a bizzarro combo of Streisand Effect/Stockholm Syndrome?" | December 15 Trotter Article | Ex. 28 | 12/15/2014 | http://gawker.com/which-of-these-disgusting-chuck-johnson-rumors-are-true-1669433099 |
| AI. | Grrrreg Howlard @gregghoward88, "no one's saying chuck johnson shit on the floor in college. but... can chuck johnson prove he didn't shit on the floor in college?" | Twitter | Ex. 36 | 6/18/2015 | https://twitter.com/greghoward88/status/611624963754328064 |
| AJ. | All comments by *Cmcalumna* discussing public defecation. | Various | Ex. 17, 18, 19, 30, 31, 32 | 12/9/2014 | not available |