# __EXHIBIT 11__

Substantiating Exhibits

Case: 4:15-cv-01137-CAS    Doc. #:  48-1    Filed: 10/22/15    Page: 1 of 2 PageID #: 1551

 **america** ✔
@greghoward88

+2 **Follow**

torn. i kinda feel like sheepfucking is something you grow into. on the other hand, @chuckcjohnson is a prodigy.

gawker.com/which-of-these...

**EXHIBIT**

**1**

🅶 **Gawker**



**Which of These Disgusting Chuck Johnson Rumors are True?**

You may have read The New York Times' profile of Charles C. Johnson, the worst journalist on the internet. You also may have seen several very elaborate, very unbelievable, and very gross rumors...

View on web

| RETWEETS | FAVORITES | |
|---|---|---|
| 5 | 12 |  |

12:38 PM - 15 Dec 2014

 **Daniel Roberts** @ironmikegallego · Dec 15

@greghoward88 @ChuckCJohnson what an unusually US-centric point of view from you, Greg

↩    ⟲    ★ 1    •••

Case: 4:15-cv-01137-CAS    Doc. #:  48-1    Filed: 10/22/15    Page: 2 of 2 PageID #: 1552



**Daniel Roberts** @ironmikegallego · Dec 15
@greghoward88 @ChuckCJohnson what an unusually US-centric point of view from you, Greg

**america** @greghoward88 · Dec 15
@ironmikegallego @ChuckCJohnson yung chuck the wolf brings it out of me. he's a uniter

**Levi Davis** @LeviDavisMMI · Dec 15
@greghoward88 Isn't it physically impossible for a man to pee while getting a blowjob?

**america** @greghoward88 · Dec 15
@LeviDavisMMI chuck johnson is not merely a man

**Levi Davis** @LeviDavisMMI · Dec 15
@greghoward88 Ah, no level of douchebaggery is beyond his skill.

**PolkPatriot** @polkpanther · Dec 15
@greghoward88 @ChuckCJohnson The Lord's work, Greg. #ChuckCJohnsonPoopedOnTheFloor

**ARod** @ajr1775 · Dec 15
@greghoward88 @ChuckCJohnson That's what they all say until the sheep cries "fake rape", you've been warned

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2015 Twitter   About   Help   Ads info

Case: 4:15-cv-01137-CAS    Doc. #:  48-2    Filed: 10/22/15    Page: 1 of 1 PageID #: 1553

 **Anna Merlan**
@annamerlan

+ **Follow**

# We need to know the truth ASAP about Chuck C. Johnson and Floor-Shitting-gate
theconcourse.deadspin.com/wait-did-clown

. . .





**Kinja**



**Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?**

If you've been online this week, you may have heard of Charles "Chuck" C. Johnson, an odious conservative blogger who has gained some fame by rolling around in the shit left in the wake of last...

View on web

FAVORITES
4



1:09 PM - 9 Dec 2014

Case: 4:15-cv-01137-CAS   Doc. #:   48-3   Filed: 10/22/15   Page: 1 of 1 PageID #: 1554

 **Erin Gloria Ryan**
@morninggloria



EXHIBIT
3

Follow

Important journalism happening at Gawker
dot com. gawker.com/which-of-these…



Gawker



**Which of These Disgusting Chuck Johnson Rumors are True?**
You may have read The New York Times' profile of Charles C. Johnson, the worst
journalist on the internet. You also may have seen several very elaborate, very
unbelievable, and very gross rumors...

View on web

| RETWEET | FAVORITES |
|---------|-----------|
| 1       | 5         |



2:39 PM - 15 Dec 2014

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

© 2015 Twitter   About   Help   Ads info

Case: 4:15-cv-01137-CAS   Doc. #:  48-4   Filed: 10/22/15   Page: 1 of 2 PageID #: 1555

EXHIBIT
4

 **Taylor Berman**
@tcberman

+👤 Follow

# Rumor 3: Johnson fucked a sheep
gawker.com/which-of-these ...

 **G** Gawker



**Which of These Disgusting Chuck Johnson Rumors are True?**
You may have read The New York Times' profile of Charles C. Johnson, the worst
journalist on the internet. You also may have seen several very elaborate, very
unbelievable, and very gross rumors...

View on web

12:34 PM - 15 Dec 2014



**Keenan** @jktrotter · Dec 15
ChuckCJohnson indeed....that's why it was a rumor.....
2

**Keenan** @jktrotter · Dec 15
ChuckCJohnson u first
2

**Keenan** @jktrotter · Dec 15
ChuckCJohnson you definitely met him
1

**Keenan** @jktrotter · Dec 15
ChuckCJohnson that's a garbage headline
1  10

**Keenan** @jktrotter · Dec 15
ChuckCJohnson caveats, chuck. we said there was no evidence (#1 and #3) or that our source supplied a credible accusation (#2)
1  2

**Keenan** @jktrotter · Dec 15
ChuckCJohnson what title would you like
3

**Keenan** @jktrotter · Dec 15
ChuckCJohnson if you want to debunk it, why not
1

**Keenan** @jktrotter · Dec 15
ChuckCJohnson chuck it's a commenter, and that commenter didn't call you a nazi
1

**Keenan** @jktrotter · Dec 15
ChuckCJohnson hmm i still think putting nick.kinja.com/rss in your RSS reader and striking up a convo on a post you like would work
1

**Keenan** @jktrotter · Dec 15
ChuckCJohnson I would still suggest Kinja. It's his pride and joy.
3

**Keenan** @jktrotter · Dec 15
ChuckCJohnson @langdale nicknolred "idk" = "i don't know" as in "i don't know if he speaks neuroatypical"
1  2

Case: 4:15-cv-01137-CAS   Doc. #:  48-5   Filed: 10/22/15   Page: 1 of 1 PageID #: 1557



Case: 4:15-cv-01137-CAS    Doc. #:  48-6    Filed: 10/22/15    Page: 1 of 1 PageID #: 1558



**Adam Weinstein**
@AdamWeinstein

+ Follow

when chuck johnson poops on your floor

allegedly

EXHIBIT
6

RETWEETS
2

FAVORITES
10



8:49 PM - 8 Apr 2015

Hannah Gais @hannahgais · Apr 8
@AdamWeinstein pic.twitter.com/CyDZUnH3pT

2

Case: 4:15-cv-01137-CAS   Doc. #: 46-7   Filed: 10/22/15   Page: 1 of 1 PageID #: 1559



**Adam Weinstein**
@AdamWeinstein

👤 Follow

With all due respect to @davidcarr3d, *here* is the profile that Chuck Johnson deserves
gawker.com/which-of-these...

↩  ⇄  ★  •••

G Gawker

**EXHIBIT
7**



**Which of These Disgusting Chuck Johnson Rumors are True?**
You may have read The New York Times' profile of Charles C. Johnson, the worst
journalist on the internet. You also may have seen several very elaborate, very
unbelievable, and very gross rumors...

View on web

| RETWEET | FAVORITES | | |
|---------|-----------|---|---|
| 1 | 3 | | |



1:40 PM - 15 Dec 2014

Patrick Hunnius @strategery · Dec 15
@AdamWeinstein  think you meant @carr2n
↩  ⇄  ★ 1  •••



Adam Weinstein @AdamWeinstein · Dec 15
@strategery @carr2n wow whole lotta verified david carrs
↩  ⇄  ★  •••



Andrew Perez @andrewperezdc · Dec 15
@AdamWeinstein will gawker be suing for his juvie records?
↩  ⇄  ★  •••



Case: 4:15-cv-01137-CAS   Doc. #:  48-8   Filed: 10/22/15   Page: 1 of 1 PageID #: 1560



 **Gawker** @Gawker · Dec 9
The Daily Caller can't quit  @ChuckCJohnson gaw.kr/Pei3NPP

**G** Gawker

**The Daily Caller Can't Quit Chuck Johnson**
You may be aware that Charles C. Johnson of
GotNews.com had a role in several notorious (and false)
stories published by Tucker Carlson's Daily Caller. Yes, this
includes the infamous debunked...



View on web



Case: 4:15-cv-01137-CAS    Doc. #: 48-9    Filed: 10/22/15    Page: 1 of 1 PageID #: 1561



 **Gawker** @Gawker · Dec 9
What is chuckcjohnson, and why? The web's worst journalist, explained.
gaw.kr/UiBNsms





**What Is Chuck Johnson, and Why? The Web's Worst Journalist, Explained**

If you were active on social media this weekend, you may have noticed frequent references to a website called "GotNews" and a writer named Charles C. Johnson. Often these references took the form of...

View on web

44    38



 **Gawker** @Gawker · Dec 15
Which of these disgusting @chuckcjohnson rumors are actually true?
 gaw.kr/JQfToar



**Which of These Disgusting Chuck Johnson Rumors are True?**

You may have read The New York Times' profile of Charles C. Johnson, the worst journalist on the internet. You also may have seen several very elaborate, very unbelievable, and very gross rumors...

View on web

    21          28

16-11700-smb    Doc 452-11    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.1
Substantiating Exhibits - pt. 1    Pg. 14 of 33
Case: 4:15-cv-01137-CAS    Doc. #:  48-11    Filed: 10/22/15    Page: 1 of 1 PageID #: 1563



Gawker @ @Gawker

What is Chuck Johnson, and why? The web's worst journalist, explained
gaw.kr/JHJlnmd

**What is Chuck Johnson, and Why? The Web's Worst Journalist, Explained**
If you were active on social media this weekend, you may have noticed frequent references to a website called "GotNews" and a writer named Charles C. Johnso...
gawker.com

RETWEETS   FAVORITES
70         48

3:27 PM - 24 May 2015



EXHIBIT
11

 **Gawker** ✔ @Gawker · Jun 18
Which of these disgusting Chuck **Johnson** rumors are true? gaw.kr/IdUUESI



**Which of These Disgusting Chuck Johnson Rumors are True?**
You may have read The New York Times' profile of Charles C. Johnson, the
worst journalist on the internet. You also may have seen several very ela...
gawker.com

RETWEETS    FAVORITES
10          34      

1:03 PM - 18 Jun 2015 · Details

Hide summary



Reply to @Gawker

 **washington23** @washington23 · Jun 18
@pauc42 @Gawker I would imagine because of this:
scribd.com/doc/269061846/...

View summary

 **Arctic16** @Arctic16 · Jun 18
@pauc42 @Gawker because they're being sued by him

★ 1

**Got News Fan Fan** @gotnewsfanfan · Jun 18
please remove @Gawker





# Which of These Disgusting Chuck Johnson Rumors are True?

 **J.K. Trotter**
Filed to: RUMORMONGER    12/15/14 3:30pm



Ads by Google

**Unique additives producer**
High quality with low cost for you Timely supply by global
distributor
www.surfychem.net

16-11700-smb    Doc 452-11    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.1
Substantiating Exhibits - pt. 1    Pg 17 of 33
Case: 4:15-cv-01137-CAS    Doc. #:    46-13    Filed: 10/22/19    Page: 2 of 12 PageID #: 1566

You may have read *The New York Times*' profile of Charles C. Johnson, the worst journalist on the internet. You also may have seen several very elaborate, very unbelievable, and very gross rumors about Johnson's past misdeeds floating around Twitter and Facebook. So maybe you're wondering: Which of those rumors are real?

Given Johnson's various struggles of with accuracy and his dogged pursuit of a *Times* reporter's teenage misdemeanor, we've examined three stories going around about the conservative media icon. Let's see how they stack up, from least to most horrible.

Be warned: This post contains disturbing language.

---

**Rumor 1: Johnson shit on the floor in college**

This rumor, first noted (but not confirmed) by Deadspin's Greg Howard, alleges that Johnson defecated on a dormitory floor when he attended Claremont McKenna College in suburban Los Angeles. Last week, two of Johnson's college classmates, using Gawker burner accounts, filled in the details of the shitting story.

The first classmate:

> Hilariously, he graduated being best known for pooping on the (I think I'm remembering the floor right) 7th floor of Stark (a dorm). I'm sad this idiot is getting any attention at all, but I hope this guy becomes famous for the same reasons he was in college, his public pooping problems.

The second:

I started two years after him, so I wasn't there since he did it as a
freshman or sophomore. But the upperclassman talked about it
regularly and it was an undisputed fact that he did it. Multiple
people talked about it in great detail [confirmed by another
commenter] on the school's paper/website the cmcforum.com
and I bet many instances of people talking about it can be seen in
the comment archives from 2008-2011.

However, in a subsequent comment the first classmate clarified that
the shitting rumor was in fact an "apocryphal origin story":

I have heart-breaking news, team, there was never any proof
that he actually was the one who pooped on the floor. Someone
did poop on the floor and just to sort of troll the Mountain King
himself people started posting that he pooped. It was one of
those things no one could prove or disprove. It started as a joke
but has sort of morphed into apocryphal origin story. And there
is a sort of poetic justice in tarring the biggest shit on campus
with that fecal crime...but alas it's not *really* true.

Furthermore, Johnson has explicitly denied the shitting story on
Twitter:

It's interesting that the same media that accuses me of making shit up is making shit
up about me me shitting on the floor. Irony. Funny.

— Charles C. Johnson (@ChuckCJohnson) December 10, 2014

Case: 4:15-cv-01137-CAS    Doc. #:  46-13    Filed: 10/22/19    Page: 4 of 12 PageID #: 1568

*Verdict:* There is **no evidence** that Chuck Johnson took a shit on the floor in college. Chuck Johnson was, however, so **thoroughly disliked** in college that his classmates chose to blame an unattributed shit on him.

---

### Rumor 2: Johnson bragged about urinating in his girlfriend's mouth

This story is apparently confined to alumni of the Claremont Institute, a think tank based in Claremont, California which sponsors summer fellowships for conservative college students. Johnson attended the Institute as a "Publius Fellow" in 2012. During his stay, according to another Claremont fellow, Johnson bragged about urinating in his girlfriend's mouth as punishment for infidelity. (We've verified that this fellow attended the Institute with Johnson.)

As the fellow put in an email:

Case: 4:15-cv-01137-CAS    Doc. #:  46-13    Filed: 10/22/15    Page: 5 of 12 PageID #: 1569

One night during the Claremont program, about four guys are
sitting outside on the balcony at our very nice hotel. I'm there,
and so is Charles. He's drunk, which was not unusual since he's
terrible at holding his liquor. I think we had been talking about
past relationships. At some point, Charles announces that he
sticks to Asian women because they value intelligence, which
means he can get a higher "grade" of woman. Not a completely
ridiculous comment, but I just mention it to point out that the
trolling never really ends; it's become embedded in his being.
Each thing that comes out of his mouth is designed to offend at
least one person in the room.

A few minutes later he starts talking about his ex-girlfriend,
some (by his account) "fucking whore" (or something) who
cheated on him (shocking!). According to Charles, he found out
about the cheating, but his ex was unaware that she had been
caught. **So he devises a plan: wait until his girlfriend is giving
him a blowjob, and then pee in her mouth. He announces to us
that he executed the plan successfully. He pee'd in her mouth.
She was obviously horrified, and he gleefully revealed that he
knew about the cheating**. *Fuck yeah; she totally deserved that. High
Five* (not really). He was very proud to tell us.

I called bullshit. He insisted that he did it. We go back and forth
and he finally tries to call his ex. It goes to voicemail. Maybe
Charles Johnson didn't pee in his girlfriend's mouth. Either way,
he wanted us to believe that he did. Or maybe he actually did.
Both options are psychotic. I'd rather not have my name
associated with this story, but I just wanted to throw it out there.

In an email to Gawker, Johnson denied that he bragged about urinating into his ex-girlfriend's mouth. However on Twitter he characterized the same ex-girlfriend as "psychotic"—an apparent insinuation that our source is his ex-girlfriend. That's not true.

We reached out to every other male Publius fellow from the summer of 2012 for whom we could find contact information. Most did not respond to requests for comment, or ceased communication after we provided the details of the story above. The one fellow who did respond said: "I was not present for that story, nor do I recall hearing it from others. I am decidedly not a fan of his but I can't attest to it."

*Verdict:* Chuck Johnson is **credibly accused** of bragging about urinating in an ex-girlfriend's mouth. Whether or not he actually performed such urination is **unknown**. You **probably would not** want to be romantically involved with him.

---

**Rumor 3: Johnson fucked a sheep**

This story requires a detailed accounting. Shortly after Deadspin's floor-shitting post, Greg Howard received the following tip:

> Chuck had a 2002 bestiality charge expunged from his record due to his being a minor, 14 at the time.

As far as rumors go, this was both outlandish and thinly-sourced. But who knew, maybe there was something there. So Howard sent a short email to Johnson asking about it. Twelve hours later, in the middle of the night, Johnson tweeted a screenshot of Howard's inquiry (without confirming or denying it).

16-11700-smb    Doc 452-11    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.1
Substantiating Exhibits - pt. 1    Pg 22 of 33
Case: 4:15-cv-01137-CAS    Doc. #:  46-13    Filed: 10/22/15    Page: 7 of 12 PageID #: 1571

This is why deadspin got the Cory Gardner story wrong.
pic.twitter.com/BxdSmyWxiT

— Charles C. Johnson (@ChuckCJohnson) December 10, 2014

(The tweet refers to a debunked Deadspin piece about Senator-elect Cory Gardner's high school football career.)

Johnson's response would have probably halted any further reporting beyond a few searches through Lexis-Nexis and public records. After all, nobody seemed to know where the charge, if it existed, was filed. Even if someone determined where the incident took place, there wasn't a great chance of obtaining the incriminating police report if Johnson had it expunged.

But then, later on Wednesday, Howard received an iMessage from an unfamiliar number. It began: "Hey, sorry to use the # from chucky's post, but the bestiality story is 100% true…"

And went on:

A friend is in the San Bernardino County Sheriff Dept... As I heard it, Chuck was about 14, had gone to stay with his cousins [for] a few weeks... He went for a weekend with one to a friend of the cousin's who owned a ranch near Wrightwood.

**The father of the friend got suspicious when they caught him coming back inside very late the first night. The next night, he apparently wandered back out & got the cops called on him by a neighbor when he was spotted attempting to copulate with his wool sheep. The neighbor took pics with a telephoto lens, which, since the cops didn't catch him mid-act, were used as the basis for his conviction. He was pants-down, pinning the sheep against the fence.**

The story is still famous in circles of San Bernardino County law enforcement, apparently. He got it expunged in 2007, saying he was just a kid experimenting, and he didn't want it to reflect badly when he was in college working for collegiate newspapers. My friend won't give interviews, because he'd get in trouble for leaking expunged records, but it definitely happened, and word is that the files & pics still exist. Hope that helps!!

In a subsequent text, the tipster explained how their friend put two and two together:

His wife was browsing my Twitter feed one day & he saw Chuck's name & pic over her shoulder... He called me right away & told me the story. Said it was the strangest case he'd ever worked on as a police officer.

The source declined to provide the contact information for their officer friend, but was otherwise willing to speak on the phone at length about the incident. So we know, at the very least, that this source is a real person.

Johnson denied this account on Twitter after Gawker followed up with him:

Gawker is making up two stories about me fucking animals and pissing in an ex-girlfriend's mouth. Seriously. pic.twitter.com/bIITThk2TM

— Charles C. Johnson (@ChuckCJohnson) December 12, 2014

In an email he sent an hour later, Johnson added: "Both statements are untrue, in their entirety. If you publish these stories, or any version of them, you will have intentionally libeled me, with malice."

A search through public records and the archives of local newspapers did not turn up any mention of an arrest matching the one our source described. (This does not necessarily mean that the arrest didn't occur, though; editors don't necessarily publish all incidents involving the police, and public records databases would not contain an expunged record.)

The San Bernardino County Sheriff referred our inquiry to the county's district attorney; a representative at the juvenile division there said they do not divulge information pertaining to individuals arrested and/or charged as juveniles, as Johnson allegedly was.

*Verdict:* There is **no evidence** that Chuck Johnson was arrested in 2002 for pinning a sheep to a fence and fucking it. Johnson is, however, **the kind of guy** about whom random people make up and circulate rumors

16-11700-smb    Doc 452-11    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.1
Substantiating Exhibits, pt. 1    Pg 25 of 33
Case: 4:15-cv-01137-CAS    Doc. #:  48-13    Filed: 10/22/15    Page: 10 of 12 PageID #: 1574

about him being arrested in 2002 for pinning a sheep to a fence and fucking it.

---

*If you know any more about these or other stories, send an email to trotter@gawker.com or hop in below.*

*Photo credit: YouTube*

J.K. Trotter's Discussions        All replies



**Doge Fister** ＞ J.K. Trotter
12/15/14 3:40pm



49

> There is **no evidence** that Chuck Johnson took a shit on the floor in college.

This is a bad leak.

↳ Reply      4 replies



**LionelEssrog** ＞ J.K. Trotter
12/15/14 3:43pm



66

Even if none of these are true, you have to be a pretty awful person to be that young and have that many people attributing all that nasty shit to you.

↳ Reply      2 replies



**John** ＞ J.K. Trotter
12/15/14 3:45pm



13

# "Which of These Disgusting Chuck Johnson Rumors are

Case: 4:15-cv-01137-CAS   Doc. #:  48-13   Filed: 10/22/15   Page: 11 of 12 PageID #: 1575

# True?"

Which of these...IS true. The verb refers to the unspoken "Which ONE of...."

↪ Reply

---

 **formergr** › John
12/15/14 3:52pm

Not really, since it doesn't presuppose only one is true — Gawker's headline and article entertain the possibility that some or *all* of the rumors are true.

F-ing a sheep, peeing in your girlfriend's mouth, and crapping your pants are not mutually exclusive.

☆
39

↪ Reply    1 replies

---

 **Michael** › John
12/15/14 3:57pm

You're assuming only one is true. It could be "which two are true?" Or perhaps all three are true.

☆
16

↪ Reply    1 replies

---

 **No Please, Tell Me All About Your Amazing Fantasy Team** › formergr
12/15/14 4:49pm

Sounds like the night of a lifetime.


☆
3

↪ Reply

---

 **raincoaster** › John
12/15/14 5:54pm

I just wish they'd done this post as a fake Buzzfeed listicle, formatting and all. Missed opportunity!


☆
4

↪ Reply



**MzFitz** › formergr

12/15/14 10:46pm

I'm so glad you used an Oxford comma, or that would have gotten weird.



4

↳ Reply





# Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?

 Greg Howard
Filed to: POOPERS    12/09/14 4:00pm



If you've been online this week, you may have heard of Charles "Chuck" C. Johnson, an odious conservative blogger who has gained some fame by rolling around in the shit left in the wake of last month's *Rolling Stone* piece, which told the story of a University of Virginia student who claimed she was raped by seven men at a frat party her freshman year in school. Since then, *Rolling Stone* has revealed that they really, really fucked up, and elements of the story are inaccurate.

We don't really know *how* the report is inaccurate, or by how much; there are peripheral discrepancies in Jackie's story, while the fraternity Phi Kappa Psi denies a rape ever happened. This caused an uproar, largely from those who saw this story, and rape, really, as an attempt by the propagandist left to push an agenda of marginalizing straight, white men, or whatever. This is where the fuzzy ginger manbaby comes in.



### The UVA Mess Is Now a Full-Fledged Shitstorm

On Friday, Rolling Stone announced in a note signed by managing editor Will Dana that in light of...

Johnson is a self-stylized journalist whose lack of skill in reporting is only augmented by the curtain-hanger abortion of his soul. (Here's the full docket on him. He gets things wrong *a lot*.) Johnson attempted to punish Jackie by revealing her identity, along with a photo and contact information. The monstrous travail turned out even worse than expected; he appears to have doxxed the wrong girl.



### What Is Chuck Johnson, and Why? The Web's Worst Journalist, Explained

If you were active on social media this weekend, you may have noticed frequent references to a...

Johnson went to Claremont McKenna College, a small, liberal arts school in California. In this school, he had classmates, some of whom are his friends, and many of whom most definitely do not fuck with him one bit. Both factions have tried to reach out to him. Late last night, he posted this on his Facebook wall, addressing everyone. Today, it was emailed to me:

Case: 4:15-cv-01137-CAS    Doc. #: 46-14    Filed: 10/22/15    Page: 3 of 12 PageID #: 1579

Dear past classmates,

I have received a number of emails, tweets, and phone calls, etc.
from you and want to make some things clear about me and you
now.

Please relay this message widely as it needs to be internalized by
you about me.

I wasn't friends with most of you. Most of you weren't
particularly kind to me throughout my academic career. That's
fine. I didn't ask for it. I did well despite you. I wrote books,
formed companies, got married, traveled widely, and had
interesting, formative experiences.

Perhaps you were angry at me because I was poor. Perhaps it was
because I was neuroatypical. Perhaps it was because my mother
was ill. Perhaps it was because we didn't get along because I was
busy making a living and doing interesting things while you were
not. Perhaps you were mad because your parents saw more of
themselves in me than you and so liked me more and you were
resentful. There are many reasons why weaker people dislike
strong people: jealousy, misunderstandings, hatred of what's
different.

That's not important now.

Now that I have some measure of notoriety and success, I do not
owe you phone calls or responses to your condescending
"concern" for me. Please know that most of these emails will be
deleted or archived. Some will be openly mocked. Others may be
retweeted or written about in future things.

Some of you have talked to the press about me and pretended that we were close. We were not but you've decided to trade on relationships we never had in the hopes of seeing your name in the press. This is pathetic.

Here's what you may not do:

You may not accuse me of racism, sexism, blah blah–ish without asking me for my point of view first. I may or may not choose to give it to you.

I'm also not interested in your pop psychological explanations about what's wrong with me.

The truth of the matter is that I'm the happiest I have ever been doing the work I love doing. I'm very busy on that project.

I have lived a colorful, difficult, exciting, crazy life thus far and it's only just beginning. I make no apologies for it. I have made and will make mistakes and some of them may be huge. But I have lived life on my own terms.

Those of you I count as true friends, you know who you are. I owe you the world.

There's some good shit in here! I emailed Johnson about it, and he confirmed that he jammed the above jam. We then went on to trade snarky pleasantries. He told this site not to do him like Cory Gardner; I asked him if he ever played football. "Oh and do please tell Nick Denton I said hi," he directed; "I'm working from home," I replied, regretfully. And then he sent this:

 **Charles Johnson**
to me ▾                                                    2:14 PM (0 minutes ago)  ⭐  ↩  ▾

Oh, and the comments about me shitting on the floor were made up.

*Word?*

Sure enough, on the Facebook post, there are cryptic comments from friends and former classmates about some mysterious floor-shitting incident.

I'd be inclined to believe the guy, or at least give him the benefit of the doubt. But he's been caught lying many times before, and in the wake of *Rolling Stone* deputy editor Sean Woods tendering his resignation, it's more important than ever to fact check. And so I ask you, dearest readers: Did Chuck Johnson really shit on the floor in college? Please send context, stories, and photos to tips@deadspin.com. If you have physical evidence, you'd be better served just throwing that shit, as it were, on Amazon. As Johnson can attest, he's somebody.

Greg Howard's Discussions        All replies

 **gorilla cookies esq** ❯ Greg Howard
12/09/14 4:08pm



☆
320

Case: 4:15-cv-01137-CAS   Doc. #:  46-14   Filed: 10/22/15   Page: 6 of 12 PageID #: 1582



↩ Reply    8 replies

 **Saturn Nuts** › gorilla cookies esq
12/09/14 4:29pm



☆
115

↩ Reply    4 replies

 **Brossarian** › Greg Howard
12/09/14 4:08pm

☆
374

*You may not accuse me of racism, sexism, blah blah-ish*
*without asking me for my point of view first. I may or may*
*not choose to give it to you.*