He seems to be confused about how accusations work.

↳ Reply    12 replies

 **Chatham Harrison** › Greg Howard
12/09/14 4:09pm

Boy, Chuckles sure put his classmates in place, and only half a decade after the fact! What a brave choice.


257

Take it from someone who's "neuroatypical:" It doesn't excuse being a lying asshole.

P.S. This is what he looks like under the beard. He's like if Newt Gingrich and George F. Will had a giant baby.



↳ Reply    16 replies

 **Graby Sauce** › Greg Howard
12/09/14 4:18pm

http://gawker.com/can-we-stop-ca...


214

Can we stop calling him a journalist? I went to college
with this kid (Claremont McKenna College) and he was
crazy back then (maybe even more so). More
importantly, he has no journalistic training. There
were no journalism courses offered at Claremont
McKenna or really at any of the schools in the
Claremont Consortium (definitely no journalism
major).

In College he would harass people through his blog—
he seemed to enjoy outing gay people (this was around
2008/Prop 8 and the editor of the campus paper was
not out to his parents or something? The exact details
were always a bit unclear). He also supposedly would
grab pictures and screenshots off of people's
facebooks to blackmail/harass/attack them later in life
(like if they wanted to run for office or whatever). He
also tried to have a professor fired for "supporting
terrorists" (the Professor, who was Palestinian, had
supported some boycott of Israel...).

Going to school with him was kind of terrifying—our
Government Department had a lot of old Reagan
Officials and probably some lingering Nixon cronies
who completely enabled his school-yard fascism
(that's how he is so plugged into the Conservative
scholarship world). There is no doubt in my mind that
at a different time and place he would have gladly
been over-seeing Stalinist Show Trials and gleefully
ordering executions...I have more stories but his M.O.
is harassment and frivolous lawsuits so I am censoring
myself a bit on this public comment page

↪ Reply    3 replies

16-11700-smb   Doc 452-12   Filed 11/16/16   Entered 11/16/16 12:26:16   Exhibit 11.2
Substantiating Exhibits - pt. 2   Pg 3 of 40
Case: 4:15-cv-01137-CAS   Doc. #:  48-14   Filed: 10/22/15   Page: 9 of 12 PageID #: 1585

 **Graby Sauce** › Graby Sauce
12/09/14 4:20pm

http://gawker.com/fuck-i-totally...


114

Fuck, I totally forgot about the witch hunt he started against that prof. He was really the worst kind of person and his hatred of everybody ran deep. He always pretended it was because he was poor or different but really it was because he was a creep. I can also concur the lack of journalism courses at the 5Cs. I am so glad to see fellow cmcers speaking the truth about this asshole.

↳ Reply        3 replies

 **Graby Sauce** › Graby Sauce
12/09/14 4:20pm

http://gawker.com/long-time-read...


142

Case: 4:15-cv-01137-CAS    Doc. #: 48-14    Filed: 10/22/15    Page: 10 of 12 PageID #: 1586

Long time reader who has never commented, but I absolutely had to when I saw this article. I went to undergrad with this fool at Claremont McKenna College. He was just as despised there as he is now. He was a notorious instigator and had no friends. The college was waiting for him to graduate and leave so they wouldn't have to deal with his ludicrous exposés. He was known to have an Asian fetish because he wanted a submissive woman. Hilariously, he graduated being best known for pooping on the (I think I'm remembering the floor right) 7th floor of Stark (a dorm). I'm sad this idiot is getting any attention at all, but I hope this guy becomes famous for the same reasons he was in college, his public pooping problems.

 Reply    2 replies

---

 **Graby Sauce** › Graby Sauce
12/09/14 4:24pm

http://gawker.com/jesus-thats-fu...

☆
114

Jesus, that's fucked. I went to high school with Chuck (I think he was just Charles then) and because of a mutual friend spent plenty of time exposed to him. I'm certainly one of the people who "weren't particularly kind" to him. But isn't that what petulant self absorbed people say when you disagree with them?

We went to a high school that had the same liberal slant I believe reality has. Most of the students were intelligent, driven, and outspoken. Someone who would spout conservative bullshit like Chuck was very quick to be shot down. And if someone was insisting on doing it time and time again, people's (especially teenagers) reactions got less and less sympathetic. It's hard to calmly explain to someone over and over how claiming that things aren't racist isn't the same as them not being racist.

A lot of the students at my high school *were* (obscenely) rich, whatever the opposite of neuroatypical, and with both parents actively involved in their education and life. But in a school of 500 kids, I can think of maybe 4 during my 4 years there who would have disliked someone for not having those qualities. I can think of way more who would dislike someone they saw to be mean-spirited and argumentative for argumentativeness sake.

There was also the impression, amongst those who were exposed to him often, that he didn't believe anything he was saying. Being a

contrarian was easily the most interesting thing about him (other than that godawful ginger hair — kidding) and it seemed he learned that early on. So when he describes those people "trading on their relationships" with him just to see their names in the press as pathetic, it is a mix of mind blowing and a bit sad. Sad if he wasn't such an obvious douchenozzle.

↪ Reply      5 replies





# The Daily Caller Can't Quit Chuck Johnson

 **J.K. Trotter**
Filed to: JOURNALISMISM   12/09/14 4:20pm

You may be aware that Charles C. Johnson of GotNews.com had a role in several notorious (and false) stories published by Tucker Carlson's Daily Caller. Yes, this includes the infamous debunked article—to which Johnson "contributed reporting"—about New Jersey Senator Bob Menendez supposedly soliciting prostitutes in the Dominican Republic.

Ads by Google

**Run Windows on Mac**
Windows + Mac = Easy & Powerful. Mac Features in Windows. Try Free!
parallels.com/Windows-on-Mac

But today the conservative news site is trying to distance itself from its most famous former contributor. Why? Because the *Washington Post* decided to highlight Johnson's tenure at the online rag.

Caller Columnist Matt K. Lewis begins by castigating the *Post* for documenting Johnson's depravity:

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 8 of 40
Case: 4:15-cv-01137-CAS    Doc. #:   48-16    Filed: 10/22/19    Page: 2 of 4 PageID #: 1601

If you want more bloggers threatening to expose the identities of an alleged rape victims, then you can thank the *Washington Post* for helping expedite that. Today's profile of Charles Johnson is enough to fuel Johnson's narcissism for years to come—and to embolden the delusional dreams of dozens more aspiring conservative Hunter S. Thompsons.

Later on, Lewis emphasizes that Johnson merely served as a freelance reporter, not a full-time Daily Caller employee:

> In the future, I would ask the *Post,* and others, to be a bit more specific when it comes to associating Charles Johnson with this outlet. He has written some freelance articles for the Daily Caller —just as he has written for many other outlets over the years. Having actually worked here for nearly four years—I'm sitting in my DC office right now—I think I might have met Johnson maybe twice.

Why does it matter if Lewis has personally met Chuck Johnson only a few times? It doesn't. At the same time, Lewis downplays the scope of Johnson's work. He didn't write "some" articles—he wrote over 100 stories for Lewis' employer.

The Daily Caller gave Johnson one of the largest platforms in conservative media, in part because Johnson wouldn't hesitate to publish absolutely anything. The same pattern holds today. So it's long past due for the website to acknowledge, and understand, its role in creating Charles C. Johnson. The world will be a slightly better place.

J.K. Trotter's Discussions        All replies

Case: 4:15-cv-01137-CAS   Doc. #:   46-16   Filed: 10/22/19   Page: 3 of 4 PageID #: 1602



**iamendlawyeregos** › J.K. Trotter
12/09/14 4:23pm

Chuck must feel like Christmas has come early with all this
attention.


25

↳ Reply   1 replies

---



**MarksMaker** › J.K. Trotter
12/09/14 4:25pm

Thank you for not including a picture with this story – I've
seen that cat's asshole of a mouth one too many times today.


72

↳ Reply   3 replies

---



**Gary-X** › J.K. Trotter
12/09/14 4:25pm

Who is Chuck Johnson and Why?


4

↳ Reply   3 replies

---



**cassienyc** › J.K. Trotter
12/10/14 8:29am


2

*If you want more bloggers threatening to expose the
identities of an alleged rape victims, then you can thank the
Washington Post for helping expedite that. Today's profile of
Charles Johnson is enough to fuel Johnson's narcissism for
years to come—and to embolden the delusional dreams of
dozens more aspiring conservative Hunter S. Thompsons.*

So the one to blame is not the douchebag who publishes the
name of an alleged rape victim. It's all the Washington Post's
fault, for criticizing him. There's some flawless conservative
logic there.

Case: 4:15-cv-01137-CAS   Doc. #:  48-16   Filed: 10/22/15   Page: 4 of 4 PageID #: 1603

↳ Reply

 **IAMBlastedBiggsLostBurner** › J.K. Trotter
12/09/14 4:29pm

That's pretty funny, how Lewis claims that, you know, the raging grease fire known as Chuck Johnson wasn't really, you know, an 'employee'. He just, you know, spent several years contributing articles to the site, which pleased the site to the point where they continued to publish his articles!

But, well, Lewis and Johnson only met, you know, like, twice, so it's not like he actually, you know, *worked* there!


33

↳ Reply    1 replies

 **J.K. Trotter** › IAMBlastedBiggsLostBurner
12/09/14 4:39pm

Right. And also attacks the Post for describing Johnson's array of depredations (instead of the Daily Caller, which directly profited from them).


18

↳ Reply

Case: 4:15-cv-01137-CAS    Doc. #:   48-17    Filed: 10/22/15    Page: 1 of 4 PageID #: 1604



# Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?

 **Greg Howard**
Filed to: POOPERS    12/09/14 4:00pm



If you've been online this week, you may have heard of Charles "Chuck" C. Johnson, an odious conservative blogger who has gained some fame by rolling around in the shit left in the wake of last month's *Rolling Stone* piece, which told the story of a University of Virginia student who claimed she was raped by seven men at a frat party her freshman year in school. Since then, *Rolling Stone* has revealed that they really, really fucked up, and elements of the story are inaccurate.

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 12 of 40
Case: 4:15-cv-01137-CAS    Doc. #:   48-17   Filed: 10/22/15   Page: 2 of 4 PageID #: 1605

 **Charles Johnson**
to me

2:14 PM (0 minutes ago)    

Oh, and the comments about me shitting on the floor were made up.

*Word?*

Sure enough, on the Facebook post, there are cryptic comments from friends and former classmates about some mysterious floor-shitting incident.

I'd be inclined to believe the guy, or at least give him the benefit of the doubt. But he's been caught lying many times before, and in the wake of *Rolling Stone* deputy editor Sean Woods tendering his resignation, it's more important than ever to fact check. And so I ask you, dearest readers: Did Chuck Johnson really shit on the floor in college? Please send context, stories, and photos to tips@deadspin.com. If you have physical evidence, you'd be better served just throwing that shit, as it were, on Amazon. As Johnson can attest, he's somebody.

Greg Howard's Discussions        All replies

___

 **Greg Howard** › Greg Howard
12/09/14 4:15pm

I'll tell you what. There is some good-ass kinja to be had re: Chuck shitting on the floor one time over at Gawker.


83

↪ Reply    4 replies

 **I Love Big TDs** › Greg Howard        PENDING APPROVAL
12/09/14 4:19pm

Good Ass Kinja? Didn't you guys (read: Denton) sell off Fleshbot?



↪ Reply

 **Assimilate** › Greg Howard            PENDING APPROVAL

12/09/14 5:13pm

Ya know, I read that comment earlier and thought the author might actually be citing something mined on Gawker. (Same with the email; was posted to the prior story in the comments section.) But no. Weird how that worked out.



↪ Reply

---

 **HDCat** › Greg Howard            PENDING APPROVAL

12/09/14 7:22pm

"I'll tell you what. There is some good-ass kinja to be had re: Chuck shitting on the floor one time over at Gawker."

In my experience, at least, good-ass Kimchi causes floor-shitting.

<sees self out>



↪ Reply

---

 **Group B-raaaaaaaaaap!** › Greg Howard            PENDING APPROVAL

12/09/14 10:24pm

Even the school paper punked this douche:

http://cmcforum.com/news/04012011-...



↪ Reply

---

 **Cmcalumna** › Greg Howard

12/09/14 10:26pm

I think you made my year by writing an entire article based on my comment. I'd give anything to have some proof, but I wasn't there when it occurred. However, his history or racism, sexism,



6

homophobia, and outright assholeness is easily available on his undergrad "news" blog the cmc independent and he commented on the cmc forum under a verified account. he was a creep who friended me on Facebook before I even started at cmc by finding girls on the "class of 2013 acceptance group" Facebook page. I never saw him with anybody on campus because he had no friends and everyone hated him with a passion. I am so glad when someone googles his name this will appear. I hope him pooping in stark follows him forever, just goes to show you how important it is to use a bathroom (and not be an asshole your entire life).

↪ Reply



## Cmcalumna

cmcalumna

Follow

Discussions

Followers (0)

Following (0)

# Cmcalumna

---

**Cmcalumna** replied to a post by Tracy Moore

*This article hit home so much it almost made me cry. I'm having a reverse situation. I have a 30 year old boyfriend and I'm 24. We've been together a 1 1/2 and he never wants to have sex. I have a high sex drive, I'm the more physically attractive one in the relationship, and it cause me so much self doubt that he...*

» 9/16/15 2:48pm

---

**Cmcalumna** replied to a post by cancanstan

*Oh no! My husband will be mad if I put my own things in my own bathroom?! Fuck your misogyny, your heteronormativity, and this comment as a whole* » 7/30/15 10:07pm

---

**Cmcalumna** replied to a post by Jia Tolentino

*I don't know if it is just too early or just too much of a Monday, but this has got my blood boiling. The appropriation of a feminist, woc, activist, Lesbian's words by the very definition of what she stood against, a white, rascist, capitalist, supporter of the patriarchy articulates Lorde's point exactly: give...* » 7/13/15 1:20pm

**Cmcalumna** replied to a post by Jolie Kerr

*He was my high school sweetheart, we had been together for 4 1/2 years when I proposed. We were actually on a "break" bc of some outside things that caused a lot of stress but we still hung out everyday and acted like we were together. We go to a car wash to get my car washed. We sit in the building with a view of the...*

» 6/16/15 5:34pm

**Cmcalumna** replied to a post by Caity Weaver

*This piece left me wondering: "Did Rich think he got served black cod?"* » 2/25/15 10:31am

**Cmcalumna** replied to a post by Collier Meyerson

*As a women's studies major who specialized in social movements I am beyond ashamed I didn't know this. I wholeheartedly agree with Squire's analysis, too often women, especially women of color are overlooked by history and its victors*

» 2/07/15 3:52pm

**Cmcalumna** replied to a post by Greg Howard

*I think you made my year by writing an entire article based on my comment. I'd give anything to have some proof, but I wasn't there when it occurred. However, his history or racism, sexism, homophobia, and outright assholeness is easily available on his undergrad "news" blog the cmc independent and he commented on the...*

» 12/09/14 10:26pm

**Cmcalumna** replied to a post by Penabler

*Yes, ask him about pooping in stark! He is best known by his classmates as the guy who took a dump either in the elevator or seventh floor of one of the dorm buildings.* » 12/09/14 3:11pm

**Cmcalumna** replied to a post by ChekhovsGum(ItsGonnaPop!)

*Fuck, I totally forgot about the witch hunt he started against that prof. He was really the worst kind of person and his hatred of everybody ran deep. He always pretended it was because he was poor or different but really it was because he was a creep. I can also concur the lack of journalism courses at the 5Cs. I am...* » 12/09/14 3:04pm

**Cmcalumna** replied to a post by MWarnerM

*I started two years after him, so I wasn't there since he did it as a freshman or sophomore. But the upperclassman talked about it regularly and it was an undisputed fact that he did it. Multiple people talked about it in great detail on the school's paper/website the cmcforum.com and I bet many instances of people...*

» 12/09/14 1:05pm

**Cmcalumna** replied to a post by Penabler

*I went to school with him, I can confirm he is not autistic. He is just an asshole.* »
12/09/14 12:32pm

**Cmcalumna** replied to a post by J.K. Trotter

*Long time reader who has never commented, but I absolutely had to when I saw this article. I went to undergrad with this fool at Claremont McKenna College. He was just as despised there as he is now. He was a notorious instigator and had no friends. The college was waiting for him to graduate and leave so they...*

» 12/09/14 12:30pm

Need Help?Content Guide

PermissionsPrivacyTerms of UseAdvertisingJobs

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 18 of 40
Case: 4:15-cv-01137-CAS   Doc. #:   46-19   Filed: 10/22/15   Page: 1 of 13 PageID #: 1611



# What Is Chuck Johnson, and Why? The Web's Worst Journalist, Explained

 **J.K. Trotter**
Filed to: EXPLAINER   12/09/14 11:25am



---

Ads by Google

**Arrest Records: 2 Secrets**
1) Enter Name and State. 2) Access Full Background Checks Instantly.
records.instantcheckmate.com

---

Case: 4:15-cv-01137-CAS   Doc. #:  46-19   Filed: 10/22/15   Page: 2 of 13 PageID #: 1612

"We Should Name Rape Accusers.") So the next time Johnson shits the conservative movement's bed, for whatever reason, it's important to remember exactly where he came from.

Photo credit: YouTube

**J.K. Trotter's Discussions**      All replies

 **Cmcalumna** › J.K. Trotter
12/09/14 12:30pm

Long time reader who has never commented, but I absolutely had to when I saw this article. I went to undergrad with this fool at Claremont McKenna College. He was just as despised there as he is now. He was a notorious instigator and had no friends. The college was waiting for him to graduate and leave so they wouldn't have to deal with his ludicrous exposés. He was known to have an Asian fetish because he wanted a submissive woman. Hilariously, he graduated being best known for pooping on the (I think I'm remembering the floor right) 7th floor of Stark (a dorm). I'm sad this idiot is getting any attention at all, but I hope this guy becomes famous for the same reasons he was in college, his public pooping problems.

☆
255

 Reply    11 replies

**J.K. Trotter** › Cmcalumna
12/09/14 4:07pm

what

 ☆

Reply

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 20 of 40
Case: 4:15-cv-01137-CAS    Doc. #:  46-19   Filed: 10/22/15   Page: 3 of 13 PageID #: 1613



**Kat B.** › Cmcalumna
12/09/14 5:09pm

The douche is the same age as me, so I can only wager
he and I were college freshmen at the same time. My
best friend desperately wanted to go to CMK and was
waitlisted. I can't believe a douche like this might have
been responsible for squashing my friend's hopes and
dreams.

Actually. She just finished Harvard Law. I think she
turned out OK.



↳ Reply

---



**sui_generis** › Cmcalumna
12/09/14 2:34pm

This is my favorite comment so far.

In a just world, it would be at the top.



↳ Reply

---



**jimmyvluv4u** › Cmcalumna
12/09/14 1:00pm

Interesting... he loves to brag about his "hot asian
wife" on twitter.



↳ Reply

---



**boaboaboatengtengteng** › Cmcalumna
12/09/14 1:02pm

Got anything more?



↳ Reply

---



**fighting polish, the #1 blindspot...** › Cmcal...    PENDING APPROVAL
12/09/14 4:50pm

Case: 4:15-cv-01137-CAS   Doc. #:  46-19   Filed: 10/22/15   Page: 4 of 13 PageID #: 1614

what sort of "exposes" would he publish in college?

⤶ Reply

**DennyCrane** › Cmcalumna                    PENDING APPROVAL
12/09/14 4:19pm

#coty                                                                ☆

⤶ Reply

**CMCer** › Cmcalumna                          PENDING APPROVAL
12/09/14 11:40pm

The Golden Antlers, CMC's satire paper, has started a      ☆
fundraising page to "Buy Charles C. Johnson a Heart".

Proceeds to to RAINN, the national anti-sexual abuse
charity.

⤶ Reply

**jmark1** › Cmcalumna                         PENDING APPROVAL
12/09/14 8:16pm

Yep. Also studied with him and can vouch for him          ☆
having a weird Asian fetish and pooping on the Stark
floor... and for being insane.

⤶ Reply

**gerrycomo** › Cmcalumna                      PENDING APPROVAL
12/09/14 11:22pm

You gotta be shitting me!                                    ☆

(too easy)

⤶ Reply

**lHoder** › Cmcalumna                         PENDING APPROVAL
6/25/15 10:27pm

Case: 4:15-cv-01137-CAS    Doc. #:  46-19   Filed: 10/22/15   Page: 5 of 13 PageID #: 1615

Holy crap. Is he a serial pooper?



↳ Reply

 **MWarnerM** › Cmcalumna
12/09/14 12:51pm

I think we need some elaboration on this poop story.


28

↳ Reply



 **Cmcalumna** › MWarnerM
12/09/14 1:05pm

I started two years after him, so I wasn't there since he did it as a freshman or sophomore. But the upperclassman talked about it regularly and it was an undisputed fact that he did it. Multiple people talked about it in great detail on the school's paper/website the cmcforum.com and I bet many instances of people talking about it can be seen in the comment archives from 2008-2011. I wish I could provide more info or proof, but gawker wouldn't have to look hard if they found someone from the same graduating class as him. The school is tiny, only 300 per class, so everyone knew each other.


95

↳ Reply    6 replies

 **ChekhovsGum(ItsGonnaPop!)** › Cmcalumna
12/09/14 5:09pm

I have heart-breaking news, team, there was never any proof that he actually was the one who pooped on the floor. Someone did poop on the floor and just to sort of troll the Mountain King himself people started posting that he pooped. It was one of those things no one could prove or disprove. It started as a joke but has sort of morphed into apocryphal origin story. And

☆

Case: 4:15-cv-01137-CAS   Doc. #:  46-19   Filed: 10/22/15   Page: 6 of 13 PageID #: 1616

there is a sort of poetic justice in tarring the biggest shit on campus with that fecal crime...but alas it's not *really* true.

The Asian fetish thing, though, is spot on.

↪ Reply



**ChekhovsGum(ItsGonnaPop!)** › Cmcalumna
12/09/14 5:26pm

I was his year. And there were lots of petty grievances that wouldn't really make sense outside the context of our school. Weird personal tiffs with associate Deans and things. Our school had a weird 'personality' (if you want to personify a school like that) and was fairly conservative as far as liberal arts colleges. The school is really big on right-wing economics (and most of the economics and government department professors have a lot of close ties to conservative groups). So Charles was really big on preserving the conservative ethos at the school.

Just one illustrative example: when CMC hired a new President (after we graduated, incidentally) he made a big deal about how the guy had donated to Obama's Presidential campaign. Stupid shit like that. His big thing is just that what he does now for semi-public figures, he would do in college to people on campus. He harasses people basically.

↪ Reply



**Hops Brew Hip Hoops** › Cmcalumna
12/09/14 9:45pm



Do you remember WHEN this pooping happened? I was a couple of years older than him, and am trying to

Case: 4:15-cv-01137-CAS    Doc. #:  46-19   Filed: 10/22/15   Page: 7 of 13 PageID #: 1617

find old notes from RA meetings about it, because it
does sound vaguely familiar...

⤷ Reply

 **GotNews** › Cmcalumna
12/09/14 5:38pm

Your suspicions about the comment archives are
correct. Some highlights about the poop and other
things:



- *Tiger Motherf#@king Woods*
  Why are we worried about a few extra kegs when Charles Johnson is pooping on the 7th floor of Stark?

  I think it's about time we got our priorities straight. Shit stinks worse than beer.

        *Thank you.*
        FINALLY someone with some valuable insight into this situation.

### (via Thursday Parties Suspended)

Rather than descend into the back-and-forth of the comment section where I will almost assuredly be told I sh-t on the floor, am a homosexual, etc., etc., let's turn to the text of the DREAM Act. When we do, we see that the DREAM Act will allow those illegals "who entered the U.S. before age 16 and who have lived here illegally for five consecutive years."

    *Tiger Motherf@#king Woods*
    Charles, Charles, Charles. Congratulations. Even though your argument is full of holes, it's STILL the best argument on here against this act.

    That being said, I cannot believe Charles C. Johnson is against illegal immigrants. After all, without illegal immigrants, who would have cleaned up the mess that fateful night, high up in Stark Hall, when Charles Johnson removed his pressed khakis, slowly squatted down, flexed his sphincter, and pooped on the 7th floor of Stark Hall?

### (via Making the DREAM Act a Reality)

- *Charles C. Johnson*
  I retract my previous comment. For those who are unaware of my failed presidential campaign of the previous semester... well now you are aware. I would like to recruit campaign managers to assist me in impeaching the current "leader". Please send all applications to my cmc email. Apply quick because these spots are sure to be spilled soon.

  ZOLTAN

        *http://www.facebook.com/charles.c.johnson Charles C. Johnson*
        I didn't write this, obviously, but impeachment may not actually be a bad idea, seeing how low the bar for competence has been set. It's not even October yet and a speaker has been stolen, the parking scheme has gone totally awry, and TNCs were canceled because ASCMC tried to play a fast one on DOS.

            *Tiger Motherf@$king Woods*
            If the idea impeachment comes up. Charles C. Johnson will have one vote, while the three turds he left on the 7th floor of Stark will one as well.

(via Letter to Freshmen: The Road Not Taken, see also:
the article about his failed election)



http://claremontconservative.com Charles C. Johnson                                    ...es? I sure do.

*Washington Irving*
Hey guys, remember when Charles Johnson wasn't a shameless self promoter?

... oh wait, I don't.

*Rebuttal*
What's your evidence that people find this article boring? The 40 forum responses?

*Tea Party Patriot*
The fact that it doesn't mention Charles Johnson

(via Why is Pam Gann President?)

- *Charles C. Johnson*
  Next up: students caught lying about their weight.

  But seriously, this is messed up that they waited to make this announcement after students had applied to CMC.
  Fraudulent much?

  If the college cared so much about its SAT scores, it would discontinue its affirmative action and legacy programs.

  *Charles C. Johnson*
  The Claremont Independent has investigated for *years* that both groups have lower SAT scores
  than the general CMC student.

  *Anonymous*
  I think it's funny that you STILL think that anyone at CMC cares about your opinion,
  Charles... The Claremont Independent = you and only you

  *Charles C. Johnson*
  Actually, four CI writers and editors won $10,000 journalism prizes
  apiece. I've been published in the L.A. Times and The Wall Street
  Journal and written a book four months after graduating. What have
  you done with your life?

  *luiz*
  yeah you bum!
  http://ccdl.libraries.claremont.edu/cdm/singleitem/collection
  /cmt/id/376

  *Class of '12*
  Charles Johnson everybody, let's give the biggest douche who ever
  went to CMC a big round of applause.
  Even after you graduate you still find a way to be a dick. None of your
  accolades will ever change the fact that you're a jerk.
  Go away.

(via Senior CMC Admissions Administrator Falsely
Reported SAT Scores)

Also, the entire paper took him on at one point.

↳ Reply



**VelouriaX** › Cmcalumna
12/29/14 1:47am

If you go to articles from 2009 on cmcforum you can



find comments by Chuck, and also can see how
everyone totally hates him.

↪ Reply

 spooky, spiky aloe-vera › Cmcalumna          PENDING APPROVAL
12/09/14 4:17pm

So he just like, dropped a deuce wherever he felt like                    
it? Did this happen more than once?

↪ Reply

 **ChekhovsGum(ItsGonnaPop!)** › J.K. Trotter
12/09/14 1:44pm

Can we stop calling him a journalist? I went to college with          
this kid (Claremont McKenna College) and he was crazy back           180
then (maybe even more so). More importantly, he has no
journalistic training. There were no journalism courses
offered at Claremont McKenna or really at any of the schools
in the Claremont Consortium (definitely no journalism
major).

In College he would harass people through his blog—he
seemed to enjoy outing gay people (this was around
2008/Prop 8 and the editor of the campus paper was not out
to his parents or something? The exact details were always a
bit unclear). He also supposedly would grab pictures and
screenshots off of people's facebooks to
blackmail/harass/attack them later in life (like if they wanted
to run for office or whatever). He also tried to have a
professor fired for "supporting terrorists" (the Professor,
who was Palestinian, had supported some boycott of Israel...).

Going to school with him was kind of terrifying—our
Government Department had a lot of old Reagan Officials and
probably some lingering Nixon cronies who completely

enabled his school-yard fascism (that's how he is so plugged into the Conservative scholarship world). There is no doubt in my mind that at a different time and place he would have gladly been over-seeing Stalinist Show Trials and gleefully ordering executions...I have more stories but his M.O. is harassment and frivolous lawsuits so I am censoring myself a bit on this public comment page

↪ Reply      10 replies

 **J.K. Trotter** › ChekhovsGum(ItsGonnaPop!)
12/09/14 2:06pm

Yeesh.

↪ Reply                                                

 **CMCalumnus** › ChekhovsGum(ItsGonnaPop!)
12/09/14 4:09pm

I agree with all of this! CJ had a horrible reputation at CMC. In regard to the issue with the editor, from what I remember Charles was angry that his (presumably homophobic) comment was deleted from the message board for an article on gay marriage. In retaliation, he publicly outed on his blog both the editor (who wasn't out to his family) and the writer (who wasn't out at all), and demanded that the editor publicly apologize to him...or he would call his parents. Eventually he took down the language outing both individuals, but I heard the school had to get involved.

↪ Reply

 SteakasaurusRex › ChekhovsGum(ItsGonnaPop!)
12/09/14 3:58pm

Make a burner account! I want to do some more hate-reading about what a vile troll this guy is.                    

Case: 4:15-cv-01137-CAS    Doc. #:   48-19   Filed: 10/22/15   Page: 11 of 13 PageID #: 1621

↪ Reply



**mattyatl** › ChekhovsGum(ItsGonnaPop!)
12/09/14 4:23pm

But did he shit on the floor that one time?    

http://theconcourse.deadspin.com/wait-did-clown...

↪ Reply



**mumblety** › ChekhovsGum(ItsGonnaPop!)    **PENDING APPROVAL**
12/09/14 5:19pm

Why am I not at all surprised. Remember, of course,    
that Chuck has also complained bitterly about being
doxxed himself when the phone number he himself
continually tweeted to reporters was noted by other
people on twitter.

↪ Reply



**Oooh Airpla...** › ChekhovsGum(ItsGonnaPo...   **PENDING APPROVAL**
12/09/14 5:31pm

This douche tool went to Claremont!? Uugh, I always    
had such a high opinion of the Claremont Colleges

↪ Reply



**Alexander's W...** › ChekhovsGum(ItsGonna...   **PENDING APPROVAL**
12/09/14 6:29pm



our Government Department had a lot of old
Reagan Officials and probably some lingering
Nixon cronies who completely enabled his
school-yard fascism

16-11700-smb   Doc 452-12   Filed 11/16/16   Entered 11/16/16 12:26:16   Exhibit 11.2
Substantiating Exhibits pt. 2   Pg 29 of 40
Case: 4:15-cv-01137-CAS   Doc. #:  48-19   Filed: 10/22/15   Page: 12 of 13 PageID #: 1622

There isn't a more accurate description of the CMC Government Dept.

↪ Reply

---

 **ragepanda** › ChekhovsGum(ItsGonnaPop!)   PENDING APPROVAL   
12/09/14 10:53pm

Eh. I've had a pretty good career in mainstream journalism and don't have formal "journalistic training," other than one class at a community college. Just worked on the college paper and then worked my way up from small newspapers in the 90s.

Anyone who is breaking news – whether it be on their blog or a big newspaper – can call themselves a journalist. This isn't an elitist profession. Whether or not he's a good or ethical one, however, is another story.

↪ Reply

---

 **Jinxe** › ChekhovsGum(ItsGonnaPop!)   PENDING APPROVAL   
12/09/14 4:40pm

For anyone else I would have an issue thinking they were more crazy.

↪ Reply

---

 **omgood** › ChekhovsGum(ItsGonnaPop!)   PENDING APPROVAL   
12/09/14 9:07pm

VPN + burner account

↪ Reply

---

 **Cmcalumna** › ChekhovsGum(ItsGonnaPop!)   
12/09/14 3:04pm

Fuck, I totally forgot about the witch hunt he started

against that prof. He was really the worst kind of
person and his hatred of everybody ran deep. He
always pretended it was because he was poor or
different but really it was because he was a creep. I can
also concur the lack of journalism courses at the 5Cs. I
am so glad to see fellow cmcers speaking the truth
about this asshole.

↳ Reply

Case: 4:15-cv-01137-CAS    Doc. #:  48-28    Filed: 10/22/15    Page: 1 of 1 PageID #: 1648




**hiphoptimusprime** › J.K. Trotter
12/15/14 3:55pm

You do realize that this may, paradoxically, actually make people feel sorry for
Chuck and anger for you, all the while padding Chuck's page views AND his
bank account in a bizarro combo of Streisand Effect/Stockholm Syndrome?


5

↪ Reply  |  2 replies


**NoOnesPost** › Russianist
12/15/14 4:10pm

Counterpoint: Johnson was the one that published the second two rumors by
sharing Gawker's emails. The first one has been floating around for a week or
so. By putting everything out there, including the research they did, they're
not putting rumors into the public sphere, but they are explaining what can
and cannot be deemed true.


12

↪ Reply


**Russianist** › NoOnesPost
12/15/14 4:14pm

That's why they're safe from a libel suit, even as they show him what it's like
to be the subject of his own sleazy attacks. But it's really superfluous given
that he's so obviously toxic that even the Daily Caller has disavowed him.


1

↪ Reply


**J.K. Trotter** › hiphoptimusprime
12/15/14 4:25pm

I wouldn't necessarily wish him a life of destitution. But if you're
wondering we're covering him, it's not just because his depravity is
uncommon; it's because he was raised, tutored, and credentialed by the
mainstream political right.


37

↪ Reply

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 32 of 40
Case: 4:15-cv-01137-CAS    Doc. #: 48-30    Filed: 10/22/15    Page: 1 of 3 PageID #: 1650



**GotNews** > Cmcalumna

12/09/14 5:38pm

Your suspicions about the comment archives are correct. Some highlights about the poop and other things:


19

- *Tiger Mother#@king Woods*
  Why are we worried about a few extra kegs when Charles Johnson is pooping on the 7th floor of Stark?

  I think it's about time we got our priorities straight. Shit stinks worse than beer.

    *Thank you.*
    FINALLY someone with some valuable insight into this situation.


(via Thursday Parties Suspended)

Rather than descend into the back-and-forth of the comment section where I will almost assuredly be told I sh-t on the floor, am a homosexual, etc., etc., let's turn to the text of the DREAM Act. When we do, we see that the DREAM Act will allow those illegals "who entered the U.S. before age 16 and who have lived here illegally for five consecutive years."



Charles, Charles, Charles. Congratulations. Even though your argument is full of holes, it's STILL the best argument on here against this act.

That being said, I cannot believe Charles C. Johnson is against illegal immigrants. After all, without illegal immigrants, who would have cleaned up the mess that fateful night, high up in Stark Hall, when Charles Johnson removed his pressed khakis, slowly squatted down, flexed his sphincter, and pooped on the 7th floor of Stark Hall?

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2
Substantiating Exhibits - pt. 2    Pg 33 of 40

Case: 4:15-cv-01137-CAS    Doc. #:  48-30    Filed: 10/22/15    Page: 2 of 3 PageID #: 1651

(via Making the DREAM Act a Reality)

- Charles C. Johnson
  I retract my previous comment. For those who are unaware of my failed presidential campaign of the previous
  semester ... well now you are aware. I would like to recruit campaign managers to assist me in impeaching the
  current "leader". Please send all applications to my cmc email. Apply quick because these spots are sure to be
  spilled soon.

  ZOLTAN

    http://www.facebook.com/charles.c.johnson Charles C. Johnson
    I didn't write this, obviously, but impeachment may not actually be a bad idea, seeing how low the
    bar for competence has been set. It's not even October yet and a speaker has been stolen, the
    parking scheme has gone totally awry, and TNCs were canceled because ASCMC tried to play a
    fast one on DOS.

      Tiger Mother@$king Woods
      If the idea impeachment comes up. Charles C. Johnson will have one vote, while
      the three turds he left on the 7th floor of Stark will one as well.

(via Letter to Freshmen: The Road Not Taken, see also: the article about
his failed election)

- http://claremontconservative.com Charles C. Johnson
  Hey guys, remember when the Forum didn't publish boring articles like this? I sure do.

    Washington Irving
    Hey guys, remember when Charles Johnson wasn't a shameless self promoter?

    ... oh wait, I don't.

    Rebuttal
    What's your evidence that people find this article boring? The 40 forum responses?

      Tea Party Patriot
      The fact that it doesn't mention Charles Johnson

16-11700-smb    Doc 452-12    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 11.2 - Substantiating Exhibits - pt. 2    Pg 34 of 40

Case: 4:15-cv-01137-CAS    Doc. #: 48-30    Filed: 10/22/15    Page: 3 of 3 PageID #: 1652

(via Why is Pam Gann President?)

- Charles C. Johnson
  Next up: students caught lying about their weight.

  But seriously, this is messed up that they waited to make this announcement after students had applied to CMC. Fraudulent much?

  If the college cared so much about its SAT scores, it would discontinue its affirmative action and legacy programs.

  Charles C. Johnson
  The Claremont Independent has investigated for years that both groups have lower SAT scores than the general CMC student.

  Anonymous
  I think it's funny that you STILL think that anyone at CMC cares about your opinion, Charles... The Claremont Independent = you and only you

  Charles C. Johnson
  Actually, four CI writers and editors won $10,000 journalism prizes apiece. I've been published in the L.A. Times and The Wall Street Journal and written a book four months after graduating. What have you done with your life?

  lulz
  yeah you bum!
  http://ccdl.libraries.claremont.edu/cdm/singleitem/collection/cmt/id/376

  Class of '12
  Charles Johnson everybody, let's give the biggest douche who ever went to CMC a big round of applause.
  Even after you graduate you still find a way to be a dick. None of your accolades will ever change the fact that you're a jerk.
  Go away.

(via Senior CMC Admissions Administrator Falsely Reported SAT Scores)

Also, the entire paper took him on at one point.

↪ Reply

16-11700-smb     Doc 452-12     Filed 11/16/16     Entered 11/16/16 12:26:16     Exhibit 11.2
Substantiating Exhibits - pt. 2     Pg 35 of 40
Case: 4:15-cv-01137-CAS   Doc. #:  48-31   Filed: 10/22/15   Page: 1 of 1 PageID #: 1653





**Greg Howard** › Greg Howard
12/09/14 4:15pm

I'll tell you what. There is some good-ass kinja to be had re: Chuck shitting on the floor one time over at Gawker.


83

↳ Reply | 5 replies



**Cmcalumna** › Greg Howard
12/09/14 10:26pm

I think you made my year by writing an entire article based on my comment. I'd give anything to have some proof, but I wasn't there when it occurred. However, his history or racism, sexism, homophobia, and outright assholeness is easily available on his undergrad "news" blog the cmc independent and he commented on the cmc forum under a verified account. he was a creep who friended me on Facebook before I even started at cmc by finding girls on the "class of 2013 acceptance group" Facebook page. I never saw him with anybody on campus because he had no friends and everyone hated him with a passion. I am so glad when someone googles his name this will appear. I hope him pooping in stark follows him forever, just goes to show you how important it is to use a bathroom (and not be an asshole your entire life).

↳ Reply



J.K. Trotter's Discussions    All replies

 Cmcalumna › J.K. Trotter
12/09/14 12:30pm

Long time reader who has never commented, but I absolutely had to when I saw this
article. I went to undergrad with this fool at Claremont McKenna College. He was just
as despised there as he is now. He was a notorious instigator and had no friends. The
college was waiting for him to graduate and leave so they wouldn't have to deal with
his ludicrous exposés. He was known to have an Asian fetish because he wanted a
submissive woman. Hilariously, he graduated being best known for pooping on the (I
think I'm remembering the floor right) 7th floor of Stark (a dorm). I'm sad this idiot
is getting any attention at all, but I hope this guy becomes famous for the same
reasons he was in college, his public pooping problems.

 Reply  |  11 replies

Case: 4:15-cv-01137-CAS    Doc. #:  48-32    Filed: 10/22/15    Page: 2 of 4 PageID #: 1655



**MWarnerM** › Cmcalumna
12/09/14 12:51pm

I think we need some elaboration on this poop story.


28

↪ Reply



**Cmcalumna** › MWarnerM
12/09/14 1:05pm

I started two years after him, so I wasn't there since he did it as a
freshman or sophomore. But the upperclassman talked about it regularly
and it was an undisputed fact that he did it. Multiple people talked about it
in great detail on the school's paper/website the cmcforum.com and I bet
many instances of people talking about it can be seen in the comment
archives from 2008–2011. I wish I could provide more info or proof, but
gawker wouldn't have to look hard if they found someone from the same
graduating class as him. The school is tiny, only 300 per class, so everyone
knew each other.


95

↪ Reply  |  6 replies

Case: 4:15-cv-01137-CAS    Doc. #:  48-32    Filed: 10/22/15    Page: 3 of 4 PageID #: 1656



**ChekhovsGum(ItsGonnaPop!)** > J.K. Trotter
12/09/14 1:44pm



180

Can we stop calling him a journalist? I went to college with this kid (Claremont McKenna College) and he was crazy back then (maybe even more so). More importantly, he has no journalistic training. There were no journalism courses offered at Claremont McKenna or really at any of the schools in the Claremont Consortium (definitely no journalism major).

In College he would harass people through his blog—he seemed to enjoy outing gay people (this was around 2008/Prop 8 and the editor of the campus paper was not out to his parents or something? The exact details were always a bit unclear). He also supposedly would grab pictures and screenshots off of people's facebooks to blackmail/harass/attack them later in life (like if they wanted to run for office or whatever). He also tried to have a professor fired for "supporting terrorists" (the Professor, who was Palestinian, had supported some boycott of Israel...).

Going to school with him was kind of terrifying—our Government Department had a lot of old Reagan Officials and probably some lingering Nixon cronies who completely enabled his school-yard fascism (that's how he is so plugged into the Conservative scholarship world). There is no doubt in my mind that at a different time and place he would have gladly been over-seeing Stalinist Show Trials and gleefully ordering executions...I have more stories but his M.O. is harassment and frivolous lawsuits so I am censoring myself a bit on this public comment page

↪ Reply    |    10 replies



**J.K. Trotter** > ChekhovsGum(ItsGonnaPop!)
12/09/14 2:06pm

Yeesh.

↪ Reply

☆

Case: 4:15-cv-01137-CAS    Doc. #:   48-32    Filed: 10/22/15    Page: 4 of 4 PageID #: 1657



**IkerCatsillas** › J.K. Trotter
12/09/14 4:19pm

Please, JK. You gotta scoop this poop story for us. For *journalism*. I need to know more.


33

↪ Reply



**J.K. Trotter** › IkerCatsillas
12/09/14 4:43pm

The Concourse is on it.


11

↪ Reply



**ChekhovsGum(ItsGonnaPop!)** › Cmcalumna
12/09/14 5:09pm

I have heart-breaking news, team, there was never any proof that he actually was the one who pooped on the floor. Someone did poop on the floor and just to sort of troll the Mountain King himself people started posting that he pooped. It was one of those things no one could prove or disprove. It started as a joke but has sort of morphed into apocryphal origin story. And there is a sort of poetic justice in tarring the biggest shit on campus with that fecal crime...but alas it's not *really* true.

The Asian fetish thing, though, is spot on.

↪ Reply  |  1 replies

Case: 4:15-cv-01137-CAS   Doc. #:  48-36   Filed: 10/22/15   Page: 1 of 1 PageID #: 1663



