# **EXHIBIT 12**

Ruby Cramer, "Cory Booker: Yes, I Live In Newark," BUZZFEED NEWS, Oct. 14, 2013

Cory Booker: Yes, I Live In Newark - BuzzFeed News    11/15/16, 5:30 PM



News    Videos    Quizzes    Tasty    DIY    More ⌄    Get Our News App    

       

POLITICS

# Cory Booker: Yes, I Live In Newark

**The claim that Booker resides elsewhere, which his opponent alleged Monday, is a "desperate stunt," his campaign says.** Property records and documentation of rental payments put Booker in Newark, where he has served as mayor since 2006.

posted on Oct. 14, 2013, at 1:37 p.m.



**Ruby Cramer**
BuzzFeed News Reporter

### BuzzFeed NEWS

**In The News Today**

- Steve Bannon, unedited. This rare transcript shows how Donald Trump's chief strategist really sees the world.
- House Republicans say they're on the same page with Donald Trump and everyone even got a "Make America Great Again" hat.
- Planning a trip? Denver has become the first US city to allow marijuana consumption in some bars and yoga studios 💨😁
- Peach booty is back: Apple's next round of emoji updates has the peach looking more like a butt than ever before 🍑🙈

Download the BuzzFeed News app


Spencer Platt / Getty Images


**The US's Election Surprise Has Sparked A Mad Dash For Territory In Syria**
by Borzou Daragahi

Connect With BuzzFeed Politics

Cory Booker's campaign said Monday that the mayor does in fact live in Newark,

https://www.buzzfeed.com/rubycramer/cory-booker-yes-i-live-in-newark?utm_term=.ylko05r74J#.rpnBjgJ6ka    Page 1 of 6

New Jersey, the city he has governed for seven years — a response, bolstered by property records and documentation provided by his office, to recent allegations made by his opponent and the website, the *Daily Caller*, with just three days to go in the New Jersey special senate election.

There is no clear evidence to support claims Booker lives elsewhere.

The *Caller*, a conservative news organization, published an article late Sunday night asserting that Booker, the Democratic frontrunner in the race, never lived in Newark. The piece quoted two longtime anti-Booker activists and city council regulars, Donna Jackson and Cassandra Dock, who said they haven't seen Booker — only his security detail — around either 435 Hawthorne Ave., where he formerly rented a unit, or 19 Longworth St., which he has owned since 2011.

The story's author, independent journalist Charles C. Johnson, wrote that "looking inside the windows" of both properties "confirmed" they were vacant.

"That house is always filled with officers," Dock told Johnson. "That that was a police station, so he can't possibly live in a police station."

Booker's Republican opponent, former Bogota mayor Steve Lonegan, picked up on the story, hosting a news conference Monday afternoon outside the Hawthorne Avenue apartment in the city's South Ward to discuss his opponent's "commitment to Newark and truthfulness concerning his residence." In an email to reporters announcing the event, Lonegan's campaign listed the press conference location as "Cory Booker's Purported Residence."

In a phone interview Monday afternoon, Lonegan said, "I don't believe he lives in Newark," citing city residents like the ones featured in Johnson's article.

In a statement, Booker's communications director, Kevin Griffis, called the allegations "laughable" and "desperate."

"Cory Booker has lived for 16 years in some of Newark's toughest neighborhoods, including for seven years on Hawthorne Avenue, fighting every day to make the city a better place for its residents," Griffis said. "Steve Lonegan showed up there for an hour today to pull another laughable, desperate stunt to distract people from his extreme positions, which would make everything that's wrong with Washington worse."

Booker, his office said, lived in the Hawthorne Avenue house from late 2006 to 2013, when he moved out several weeks ago to Longworth Street. The property is a multi-family home with three units, one on each floor. While the first was vacant, the second was occupied by Booker's security detail, and the third by Booker.

Newark Police Director Samuel DeMaio explained the need for 24-hour security in a statement. "There have been numerous threats on the mayor's safety during the last seven years," said DeMaio. "The mayor's apartment on Hawthorne Avenue was located in a building with multiple units. The mayor rented a unit and the police department rented a separate unit to use in their protection of the mayor."

Like Us On Facebook

Follow Us On Twitter

Follow Us On Apple News

Subscribe to our RSS feed



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

More News



Here's The Story Of How Donald Trump Fought To Use His Own Name In China



What A Trump Presidency Could Mean For Combating Campus Rape



United Has A New "Basic Economy" Ticket And It's An Insult To Human Dignity

Booker's office provided BuzzFeed with checks showing rental payments from Booker and from the Newark Police Department for the Hawthorne apartment dating back multiple years. The checks are made out to an Ife Okocha, who owns the Hawthorne building, according to state property records. (Booker's senate financial disclosure form, which he released in May when the campaign first began, also lists the Hawthorne building as his home address.)

Booker moved full-time from Hawthorne Avenue to the Longworth unit, near Newark's Lincoln Park, in late September, his office said. He has owned the building since Sept. 2011, when he purchased it for $171,000 from HSBC Bank, according to state property records and local newspaper reports from the time.

Booker moved into Brick Towers, a 20-story affordable housing complex on Newark's Martin Luther King Boulevard, shortly after becoming a city councilman in 1998. He later purchased two adjacent properties on Court Street, one of which he sold this March to Newark Now, a nonprofit he founded in 2003, for $1.

Lonegan made the property a target of his campaign last month, after the Bergen *Record* reported that Booker had let the building fall into disrepair, prompting neighbors to complain about squatters and the overgrown backyard.

At the time, Griffis told the paper the mayor hoped to move out of the Hawthorne apartment "soon" and live full-time on Longworth Street.

"People who live near that property say workers recently installed new exterior railings and moved furniture inside," read the *Record* article.

Lonegan said it would be up to reporters to "follow through" on the *Daily Caller*'s report, but added, "I can only take what I've seen reported."

Asked about Booker's move in late September to the Longworth site, Lonegan questioned whether it had actually happened. "In the middle of a major U.S. Senate race? And preparing for a major debate against me?" he said. "It speaks for itself."

Throughout this year's race, Lonegan has focused his campaign largely on Booker, seizing on the mayor's finances, personal life, and record in Newark as material for frequent press conferences and statements. After the Bergen *Record* wrote about Booker's Court Street property, Lonegan held a press conference outside the building, which he called a "crack house."

According to the most recent poll out Monday morning, Lonegan is trailing Booker by 10 points in Wednesday's race to succeed the late Sen. Frank Lautenberg.

*Update: The* Daily Caller *emailed early Monday evening to deny that it "asserted" Booker lived elsewhere, saying the sources quoted in the article, not its author, made the claim.*

**CORRECTION:** *An earlier version of this article misspelled Cassandra Dock's name in one instance. Her last name is Dock, not Block. (10/14/13)*





**Some People Want California To Join Canada And Honestly That Sounds Just Great**



**Harry Reid Blames Trump For Climate Of Fear And Racism**



**A Senator Is Trying To Get Rid Of The Electoral College (But It Probably Won't Happen)**



**National Security Hands Nervous Over Accepting Gigs In Trump White House**

More News ›

Cory Booker: Yes, I Live In Newark - BuzzFeed News                                                                                                                                    11/15/16, 5:30 PM

Ruby Cramer is a political reporter for BuzzFeed News and is based in New York.
Contact Ruby Cramer at ruby.cramer@buzzfeed.com.

More ▾



The US's Election Surprise Has Sparked A Mad Dash For Territory In Syria



**NEXT ON NEWS›**

People Think "The Simpsons" Predicted Trump's Win But...



Rudy Giuliani's Onetime Rivals Have New Worries Over His Civil Liberties Record

Tagged:cory booker house, daily caller, newark, nj senate race, steve lonegan

## Now Buzzing

 

15 Imitation Starbucks Drinks You Can Easily Make At Home



These Dark Chocolate Peanut Butter Banana Bites Are Everything



28 Gifts For Anyone Who Likes Cheese More Than People



Some People Want California To Join Canada And Honestly That Sounds Just Great



These Tacos Are Made With Sweet Potatoes



Your Favorite Disney Princess Will Reveal If And When You'll Ever Trust Again



This Anti-Abortion Activist Denies His Secret Videotapes Sparked Clinic Shootings

This Social Media Test Will Determine What Your Wizarding World Career Would Be






Red State Governors Split On What Obamacare Repeal Should Look Like



Nicki Minaj Called Out Trump In Her New Song And The Internet Is Loving It

More Buzz ›

---

Advertise    Jobs    Mobile    Newsletter    Shop     US Edition ⌄

About    Press    RSS    Privacy    User Terms    Ad Choices    Help    Contact         © 2016 BuzzFeed, Inc