# EXHIBIT 17

Charles C. Johnson, "EXCLUSIVE: What We Found On #MichaelBrown's Instagram Account," GOTNEWS, Sept. 5, 2014

EXCLUSIVE: What We Found On #MichaelBrown's Instagram Account - GotNews    11/15/16, 5:59 PM

# EXCLUSIVE: What We Found On #MichaelBrown's Instagram Account

SEP 5, 2014 by CHARLES C. JOHNSON    766

Gotnews.com has exclusive obtained social media postings of Michael Brown that destroy the media narrative that Brown was nonviolent.

In stark contrast to the "gentle giant" portrayed in the national media Brown's social media accounts reveal a misogynistic young man obsessed with drugs, money, and violence. He described his interest in "money, weed, and weather" on his Instagram.

[envira-gallery id="6680"]
Brown's Instagram account also shows a violent streak that may help explain what led to a violent confrontation with Police officer Darren Wilson. "I'm Out Here To Claim What's Mines," Brown wrote on his Instagram profile. Brown's bio included the eery line, "My Hands My Ammunition," a statement made all the more creepy given his participation in a strong arm robbery.

And while Gotnews.com has sued to release Michael Brown's juvenile records it's clear that Brown's private Instagram account needs to also be released to the public as well.

Brown's violent streak needs to also be included in the grand jury because it shows what may have transpired and gives new support for Officer Darren Wilson's claim that Brown assaulted him.

Brown's death has larger, national implications as well.

Attorney General Eric Holder announced an investigation into the practice of the Ferguson police department.



Holder may be trying to take over control of the Ferguson police department.



The lion's share of the money we make on this website comes from donations. **Please support independent journalism.** If you'd like to hire our research team, email us at editor@gotnews.com.



https://twitter.com/ChuckCJohnson/status/507677435538993152

Consent decrees are costly.

Don't the citizens of Ferguson and Missouri deserve to know more about Michael Brown before Holder imposes those costs?

The postings come from several tipsters, namely @TheTrialFile.

*Stay tuned.*

If you like the work Gotnews.com does and want to continue funding our research or lawsuits, please consider donating here.

| Email | Print | Twitter | Facebook | Reddit | Google | LinkedIn 1 | Tumblr |

| Pinterest | Telegram | WhatsApp |

FILED UNDER: FEATURES, FRAUD, RACE
TAGGED WITH: BLACK PANTHERS, FERGUSON, MICHAEL BROWN

**About Charles C. Johnson**

Gotnews.com founder and editor-in-chief Charles C. Johnson is an investigative journalist, author, and sought after researcher. He was a contributor to the Daily Caller and the Blaze, and his work is frequently featured on Drudge Report. He is author of Why Coolidge Matters: Leadership Lessons from America's Most Underrated President and The Truth About the IRS Scandal. Charles is an award-winning journalist who has also written for Wall Street Journal, New York Post, Los Angeles Times, American Spectator, Daily Beast, National Review Online, PJ Media, and Weekly Standard. Charles has appeared on Fox News with Megyn Kelly, Sean Hannity, and Lou Dobbs and numerous radio programs, including Rusty Humphries, Dennis Prager, Larry Elder, and Mark Levin. He is at work on a new book about the researcher community and Barack Obama.

**RESOURCES**
About GotNews
Videos
Research Tips
Contact

**SECTIONS**
News
Opinion
Culture

**TOPICS**
Presidential Election 2016
Donald Trump
Hillary Clinton
Fraud

**DONATE**
Please support independent journalism.

©2016 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck