# EXHIBIT 18

Adam Weinstein, "James O'Keefe Wannabe 'Exposes' Michael Brown's Instagram," FORTRESSAMERICA, Sept. 5, 2014

James O'Keefe Wannabe "Exposes" Michael Brown's Instagram  1/715/16, 6:04 PM

# FORTRESSAMERICA

# James O'Keefe Wannabe "Exposes" Michael Brown's Instagram


Adam Weinstein
09/05/14 11:14AM Filed to: RATFUCKING

 75.29K



If Andrew Breitbart injected a Chia Pet with ginger and turkey fat, then died before he could bring it in out of the sun, the resulting mass would grow up to become Chuck C. Johnson. The right-wing provocateur gave America a race-baiting level-up Thursday by releasing pics from Michael Brown's social media.

Brown, who was shot to death by a Ferguson, Missouri, police officer under still-mysterious circumstances, has been labeled in death by some conservatives

as a "thug" and no-goodnik who probably got what he deserved.

Johnson, a ne'er-do-well right-wing blogger—sorry, "AWARD-WINNING JOURNALIST"—who recently wrapped up a few months in Mississippi unsuccessfully trying to race-bait and rabble-rouse for a tea party Senate candidate, made his way to Ferguson looking for a profitably viral story, and he thought he'd found one last night by exposing Brown's Instagram photos as PROOF! that Brown was "a misogynistic young man obsessed with drugs, money, and violence."

Here is the full extent of Johnson's PROOF!:

James O'Keefe Wannabe Exposes Michael Browns Instagram

16-11700-smb    Doc 452-19    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 18    1715/16, 6:04 PM
James OKeefe Wannabe Exposes Michael Browns    Pg 5 of 7



From that, Johnson gets this:

> Brown's Instagram account also shows a violent streak that may help explain what led to a violent confrontation with Police officer Darren Wilson. "I'm Out Here To Claim What's Mines," Brown wrote on his Instagram profile. Brown's bio included the eery line, "My Hands My

Ammunition," a statement made all the more creepy given his participation in a strong arm robbery.

And while [*dumb name of Johnson's dumb website*] has sued to release Michael Brown's juvenile records it's clear that Brown's private Instagram account needs to also be released to the public as well.

Brown's violent streak needs to also be included in the grand jury because it shows what may have transpired and gives new support for Officer Darren Wilson's claim that Brown assaulted him.

Perhaps this is the future of journalism: flailing attempts to distill and monetize the content of grampa's incoherent racist chain-emails. Certainly Johnson knows his case law, which prevents him from being sued for defaming a dead man. And man, does he sure know what a violent thug looks like:



16-11700-smb    Doc 452-19    Filed 11/16/16    Entered 11/16/16 12:26:16    Exhibit 18
James OKeefe Wannabe Exposes Michael Browns    Pg 7 of 7

James O'Keefe Wannabe 'Exposes' Michael Brown's Instagram                                                                1/15/16, 6:04 PM

One of the men above is reportedly being subpoenaed in connection with a possible felony, and may have committed an additional crime by publishing the subpoena on Twitter, according to a news report *just this morning*. Can you guess which one is the possible criminal? HINT: It's not the dead man.

But hey, maybe it all works out for Johnson, and some kindly old bigot in Mississippi will take a shining to the unemployed racist redneckbeard's methods and donate him some money.

Either way, this kind of Barnumesque race performance for the id of Inner America deserves to be ridiculed—and more importantly, remembered. Every time a smarmy Johnson coreligionist complains about liberal racebaiting and exasperatedly blurts out "BUT! BUT! AL SHARPTON," there should be five people whipping out their smartphones to thrust this post in his fat face.

Terms of Service     Privacy Policy