# **EXHIBIT 20**

Statement of Charles C. Johnson



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

CHARLES JOHNSON and
GOT NEWS, LLC

    Plaintiffs,

v.

GAWKER MEDIA, LLC, J.K. TROTTER,
and GREG HOWARD

    Defendants.

Case No.  4:15-cv-01137-CAS

## STATEMENT OF CHARLES C. JOHNSON

My name is Charles C. Johnson and I am the owner and president of Got News, LLC.

I have never had sexual contact with anyone other than a human being.

Never before in my career have I ever lied or been caught lying.

Never before in my life have I ever publicly defecated, on a floor or otherwise. I have never defecated on a floor even privately.

I have never placed any news/factual content in any Got News publication or in any other publication for any other media outlet, which I knew for a fact to be false, or which I had reason to believe that the content was probably false. I have never fabricated or invented news stories.

In my professional career, I have only sought to tell the truth. People may not like or believe the truth that I have to tell. But it has all been published in good faith, which is to say that at the time of every publication I have honestly believed it to be the truth.

In my career, I have unintentionally made mistakes in my reporting. At each instance, where the error has been brought to my attention and personal knowledge, such that I fully understood and had reason to believe that I did in fact make a mistake in my reporting, I have immediately or as soon as possible, published a retraction in an effort to be truthful and honest with my readers and as a matter of my personal integrity.

Moreover, it is now, it has always been, and it shall always be the standing protocol of Got News, LLC to publish a retraction when it becomes apparent that a mistake was made in reporting to our readers.

*I declare under penalty of perjury that the foregoing is true and correct.*

Date: 10/15/2015

_____
Charles C. Johnson

See Attached CA For
_____    _____
Notary Public                 10-15-2015
                              Date

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Fresno_____ )

On __10/15/2015__ before me, __Fadi Chafik Bedoush a notary Public__
(insert name and title of the officer)

personally appeared __Charles Carlisle Johnson__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

FADI CHAFIK BEDOUSH
Commission # 1970658
Notary Public - California
Fresno County
My Comm. Expires Mar 10, 2016

Statement Re case No. 4:15-CV-01137-CAS.