# EXHIBIT 21

Kinja Platform Description

Gawker Media — Kinja    11/15/16, 6:45 PM

The Platform

PRODUCTS | THE PLATFORM | STUDIO SHOWCASE | ABOUT | RESOURCES



Kinja is our publishing platform designed to make great stories by breaking down the lines between the traditional roles of content creators and consumers. Everyone — editors, readers, marketers — have access to the same tools to engage in passionate discussion and reveal the truth. Sharing, recommending, and following within the Kinja ecosystem allows for improved information discovery.

The Gawker Media Group and the brand stories created by Studio@Gawker are powered and connected by Kinja. It bolsters our dedication to breaking news and sharing intelligent perspectives with the most informed voices — yours and ours.

The original idea of blog publishing was that writer and reader would be on the same level. That it would be a conversation — not a lecture. People lost sight of that. We didn't.

— Nick Denton, Founder

