# **EXHIBIT 22**

@Gawker Twitter Account

