# EXHIBIT 24

Charles C. Johnson, "CORRECTED…
#JackieCoakley Retweeted Slut Walk 2011,"
GOTNEWS, Dec. 9, 2014

CORRECTED... #JackieCoakley Retweeted Slut Walk 2011 | GotNews    11/15/16, 7:05 PM

# CORRECTED… #JackieCoakley Retweeted Slut Walk 2011

DEC 9, 2014 by CHARLES C. JOHNSON    245





The lion's share of the money we make on this website comes from donations. **Please support independent journalism.** If you'd like to hire our research team, email us at editor@gotnews.com.



**See correction:**

"Unlike Rolling Stone, I'm not going to wait days or weeks to retract what seems to be a mistake, I want to thank my readers for bringing it to my attention and be assured we will always be responsive to our readers concerns.

I apologize.

I consulted with two photographic experts and I made a judgment call based on the evidence above. In the rush to publish, I screwed up and ask your forgiveness. This is a start up and while I've broken many stories before everyone else, I'm still human and make mistakes.

My team of researchers and I went over every photo we could of the 2011 DC Slut Walk and this is my conclusion.

I honestly still don't know if this photo is of Jackie Coakley or of Angie Duran and I've

gone over it again and again. The evidence suggests that it was most likely Duran based upon a comment on Slut Walk 2011 Facebook page but it's equally possible that that's Duran's sign.

I think it's very possible that it is Jackie and that Jackie, a long time activist going back to her high school days, may well have attended the event.

But in uncovering the campus rape fraud perpetrated at the University of Virginia by Jackie Coakley, truth must be our standard. It is mine.

GotNews.com is going to make mistakes. I'm going to make mistakes. I want to thank everyone for alerting me to it, friends and foe alike.

On the grand scheme of things, I like my batting average better than Rolling Stones (or many other publications) especially now that the Daily Mail confirmed that it was Jackie Coakley who is at the center of the rape allegations. That's a story I broke days before everyone else.

I apologize for getting it wrong here. I'll try to be more careful. I'd like to thank Steve Sailer in particular for correcting me.

Now back to breaking the news. There's a lot more to cover here and I intend to do it more carefully.

The uncorrected post is below.

* * * * * * * *

By Shannon Knutsen & Charles C. Johnson

The woman at the center of the University of Virginia rape fraud has accused men of raping her in the past, Gotnews.com has learned.

A photo obtained by GotNews from the 2011 DC Slut Walk shows Jackie Coakley proudly displaying a sign suggesting yet another rape.

This alleged rape occurred before the events in the now retracted Rolling Stone story. Coakley's story has collapsed with friends and family giving conflicting accounts of her alleged sexual assault.

Are we really to believe that a mere 18 months later Coakley didn't know what to do after she'd been raped a second time?

CORRECTED... #JackieCoakley Retweeted Slut Walk 2011 - GotNews 11/15/16, 7:05 PM
CORRECTED... JackieCoakley Retweeted Slut Walk 2011





CORRECTED... #JackieCoakley Retweeted Slut Walk 2011 - GotNews                                                                           11/15/16, 7:05 PM

The photographer of the photo weighed in, according to this Flickr post.

> Supposedly from the girl in the photo: "This is my sign. Wow, I continue to be blown away at the tremendous amount of support and positive feedback I've received from this. I'm so grateful, it was hard. I think a big thank you is in order to everyone. Everyone who was at the walk, everyone who organized it, everyone who wished they could have been there, everyone who is taking a stand and not tolerating this rape-culture we live in. Everyone is stronger from yesterday's walk, I know I am. And so is our message. My jaw dropped when I saw your previous post over 67,000 notes on tumblr? I don't even know what to say, I never would have imagined it.Feel free to post it everywhere. My only hope is to bring awareness so no other woman has to go through what I did." (Photograph by Aimei_Photography; I never met this woman, have no connection with her aside from finding this a powerful message.)



FILED UNDER: FRAUD, NEWS, POLITICS
TAGGED WITH: AIMEI_PHOTOGRAPHY, FALSE ALLEGATIONS, FRAUD, GOTNEWS.COM, JACKIE COAKLEY, RAPE, SLUTWALK DC 2011, UNIVERSITY OF VIRGNIA

### About Charles C. Johnson

Gotnews.com founder and editor-in-chief Charles C. Johnson is an investigative journalist, author, and sought after researcher. He was a contributor to the Daily Caller and the Blaze, and his work is frequently featured on Drudge Report. He is author of Why Coolidge Matters: Leadership Lessons from America's Most Underrated President and The Truth About the IRS Scandal. Charles is an award-winning journalist who has also written for Wall Street Journal, New York Post, Los Angeles Times, American Spectator, Daily Beast, National Review Online, PJ Media, and Weekly Standard. Charles has appeared on Fox News with Megyn Kelly, Sean Hannity, and Lou Dobbs and numerous radio programs, including Rusty Humphries, Dennis Prager, Larry Elder, and Mark Levin. He is at work on a new book about the researcher community and Barack Obama.

RESOURCES
About GotNews
Videos
Research Tips
Contact

SECTIONS
News
Opinion
Culture

TOPICS
Presidential Election 2016
Donald Trump
Hillary Clinton
Fraud

DONATE
Please support independent journalism.

©2016 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck