# EXHIBIT 25

Brendan O'Connor, "Very Mad Donald Trump Calls the *Boston Globe* 'Stupid' and 'Worthless' in Response to Satirical Front Page," GAWKER, April 11, 2016



# Very Mad Donald Trump Calls the *Boston Globe* "Stupid" and "Worthless" in Response to Satirical Front Page



Brendan O'Connor
04/11/16 07:15AM Filed to: SKIN THIN

 74.56K



Image: Boston Globe

This weekend, after much fanfare, the *Boston Globe* published a satirical front page, dated a year in the future, imagining a the day-to-day reality of a Trump presidency. Speaking at a rally in Rochester, New York, on Sunday, Trump called the *Globe* "stupid" and "worthless."

"How about that stupid *Boston Globe*, it's worthless, sold for a dollar," Trump said. "Did you see that story? The whole front page—they made up a story, they pretended Trump is the president, and they made up the whole front page, it's a make-believe story, which is really no different from the whole paper—I mean, the whole thing is made up. And I think they're having a big backlash on that one."

According to the *Globe*, the stunt was executed by the paper's Opinion staff, which is separate from the newsroom and the satirical front page ran in the Opinion section, not on the actual front page of paper. "It is an exercise in taking a man at his word, the accompanying editorial read.

"We delivered copies of the editorial to his campaign because we wanted to make sure he saw what we wrote," Kathleen Kingsbury, the deputy managing editor of the editorial page, said, in response to Trump's criticisms. "He [Trump] responded with more empty rhetoric and few details."

Trump called the piece a "totally dishonest story."

Very Mad Donald Trump Calls the <i> Boston Globe</i> "Stupid" and "Worthless" in Response to Satirical Front Page    11/15/16, 7:10 PM

## Funny Jokes



**Donald Trump's Lawyer Retweeted an Endorsement from a Tea Party Congressman Parody Account**



**Donald Trump Sure Loves This Terrifying, Dystopian Video About His Nightmare Candidacy**



**Trump Has Been Donating Free Rounds of Golf to Charities Instead of Cash**

Terms of Service     Privacy Policy