XP Vehicles Task Force
601 Van Ness Ave, MS E3613
San Francisco, CA 94102
Email: legal@xpvehicles.com
http://www.xpvehicles.com

Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per

Nov. 11, 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**
--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al,* | : | Case No. 16-11700 (SMB) |
| Debtors | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------X

**RESPONSE TO NOTICE OF DEBTORS FIRST OMNIBUS OBJECTION TO PROOFS OF
CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO APPLY FED. R. CIV. P.12(B)
(6) AND 12(C ) PURSUANT TO BANKRUPTCY RULES 9014 AND 7012 AND REJECTION
OF THE ATTEMPTS TO VIOLATE CLAIMANTS CIVIL RIGHTS**

Copied to FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff,
Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, et al, to whom claimants
report on an active criminal investigation into this matter.

XP Vehicles Group ("Plaintiffs") is **not** represented by counsel due to the economic hardship caused by
Gawker Media's participation in a reprisal, vendetta and retribution program as part of the organized
crime operation, described below, in which Gawker Media participated. Plaintiffs request funding
and/or allocation by the Court, of adequate counsel and legal representation in order to preserve
Plaintiff's guarantee by the U.S. and New York government Constitutions and articles of their rights to
a fair hearing and their rights to equal representation. The other debtors and creditors have spent

1   PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

millions of dollars in order to be represented in this case and it is not fair that Plaintiff's should be disenfranchised because only "elites" with big bank accounts get to play in this hearing. In fact, most of America seems to have agreed with that concern in the Presidential election on Tuesday night. We certainly hope that this hearing is not, also, "Pay-to-Play"! Plaintiffs are not able to come to the hearing on December 1, 2016 at 10:30 AM, due to the same Gawker Media-caused economic hardships unless the court can advance full travel expenses and per diem for Plaintiffs to transport their witnesses and substantial boxes of evidence to New York via Train or Vehicle.

XP has been placed in a position to not be able to adequately and fairly protect itself in this bankruptcy, by the intentional and malicious reprisal attacks by Gawker Media working in association with Google, Elon Musk, Kleiner Perkins and their assigns and agents in the production of multiple attack links, internet codes, server routes, DNS riggings and articles and videos which were locked on the front pages of Google, with the knowing cooperation of Google, in the top search positions for over 5 years in front of 5 billion consumers and sent to every potential employer, supplier, partner and investor of XP by Gawker Media and their RICO-Violating Cartel Partners in retribution. The President Elect and all U.S. AG candidates are now aware of, and supportive of Plaintiffs position.

**Plaintiffs response to the document received on Nov. 11, 2016 from the bankruptcy court which was only received on Nov. 11, 2016. Responsive per the paragraph numbering of Ropes and Gray document code 59567763_7. ie: "P.1" below is responsive to the paragraph numbered "1" under the "BACKGROUND" section of the ROPES AND GRAY filing document.**

## "BACKGROUND"

P.1 – At the time of the filing mentioned in this paragraph, Gawker Media staff were aware that the FBI had opened an investigation on them. DOJ was obligated to inform it's witness: XP, that its rights to recover were protected in the Gawker Cases.

P.2 – Plaintiffs don't know what this means that "no request" has been made. Plaintiffs filed all of the papers and responded to all of the court lists of documents to file, and wrote the DOJ multiple times requesting fair representation in the settlement of this case.

## "II- THE XP VEHICLES CLAIMANT" - Section

P.5- Plaintiffs have damages in excess of $5 Billion as outlined below. These are minimal asks by Plaintiff. This Chapter 11 hearing has exposed the fact that Google hired Gawker and Gawker hired Google and transferred stock, cash, search engine rigging and other items of value for RICO-violation media manipulation and attack services in order to seek to manipulate national election results. The Google document in this bankruptcy court's own filings has invoices for "impressions". This is part of a baloney set of accounting smoke-screen material, created in part by David Drummond, At Google, per his own staff, to hide campaign payola payments from financiers George Soros, Elon Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others. This bankruptcy court, by now, should be aware that billions of dollars of assets exist, not tens of millions, in Gawker forensically trackable assets. Plaintiffs suggest that NSA, CIA and FBI- class resources (ie: XKEYSCORE and PALANTIR full tier 1 database searches) be conducted for cross links between every Gawker contact, employee and sponsor.

P. 6 – XP Vehicles is well known. It has been featured in Popular Science, Popular Mechanics, Detroit News, Wall Street Journal, New York Times, Washington Post and hundreds of positive news items. In fact the only negative attacks in the world are known to be by Gawker Media and their RICO-violating Cartel's partners. XP Vehicles group has record-setting, national legal precedent-setting, history-making, cases on PACER in federal court. XP Vehicles reports to the FBI monthly and the US Congress daily on a cloud-based investigation network. It is not credible that big shot lawyers would not know who XP is. If they were not able to find xpvehicles.com on the internet or the vast number of links to XP then one must wonder if they are qualified to undertake representation here. The U.S. Federal court made U.S. Court history by issuing the first known ruling to state that a U.S. taxpayer had a "hit-job" put on them by government insiders. Certainly effective lawyers are aware of this fact. It is phenomenal that these lawyer write that "no claim is stated" the claim is clearly stated and hereby stated in more concise words: *"Gawker Media was hired to kill the lives, brands, income, reputation, value and efforts of XP Vehicles because XP was helping federal investigators investigate organized crimes that Gawker Media was supporting with it's sponsors from Tesla, Google, White House insiders and Kleiner Perkins."*

P.7 – The opposition tries to muddy the waters by not seeing the overt and obvious causes of action which include: RICO, FRAUD, CYBER-STALKING, INTERFERENCE, ANTI-TRUST, FEC FRAUD, INVASION OF PRIVACY, HACKING, UNFAIR COMPETITION and other obvious related causes of action.

P.8 – XP competes with Tesla Motors as specified below and investigates Tesla Motors on behalf of regulatory, Congressional and law enforcement interests. The lawyers herein feign a lack of knowledge of such "Hatchet Jobs" even though XP has been in touch with Gawker, Google, Univision and all related parties for years about such highly documented hit jobs. The opposition lawyers use the 1970's ploy of crying in their soup with the old adage of: *"Look here, we get to use the word "Conspiracy" and we say that they say "Conspiracy" so they must wear tin foil hats"*. These opposition lawyers are attempting to use a Nixon-Era Playbook to denigrate, brand-damage and mitigate the fact that an actual, real RICO-violating conspiracy **DID** take place. Only an idiot could look at all of the Wikileaks, HSBC Leaks, Oil Leaks, Panama Papers, Sony Leaks and other documents and not realize that "Conspiracies" are essentially the business plan of Gawker, Google, Kleiner Perkins and Elon Musk. Any doubts? XP is willing to provide the live testimony of U.S. Senators, the leaders of Russia, China and Bolivia, CIA officers, NSA officers, FBI officers, and many more, who will verify the fact that such conspiracies are common-place. ...or the court could also simply read the news as this fact is widely covered in the global news these days.

Give Plaintiffs proper and adequate legal representation and they will be glad to prove the RICO-Class conspiracy in your hearing and/or before a special prosecutor in front of the U.S. Congress...We will leave that to the FBI, though. They already have all of the information to indict.

By the way, it looks like most Americans believe that these corruption conspiracies do exist because they voted in favor of ending these corrupt conspiracies, and "draining the swamp" on Tuesday night.

In fact, Plaintiffs are fully aware that all of the RICO suspects mentioned herein have had their Microsoft Outlook PST files, Yahoo Mail Server Files, Hushmail server files, Google mail server files and Gawker internal server files comprised since 2007 because of that little problem with every Cisco and Juniper Networks device. A subpeona view of those records, now held by multiple law

3    PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

enforcement and public interest groups will confirm the conspiratorial nature of Gawker Media's relationship with David Drummond, George Soros, Elon Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others which reveal Gawker Media taking orders to harm others and acting upon those orders from financial beneficiary partners.

P.9- The Gawker opposition lawyers will next say: *"well, now...well now....errr.. see, they put all these famous people's names in here but we all know that lovely guys like George Soros and the indicted White House Car czar* (indicted by New York, in fact, for Securities CONSPIRACY) *Steven Rattner would never do anything naughty.."* RIGHT! Try to sell that to the public these days. This was a RICO qualifying crime. Gawker is part of a mobster-like organization. The FBI, GAO, FTC, SEC, Congress, The EU and more have absolute proof of this. In fact, Rajeev Motwani, who taught Larry Page and Sergy Brin how to build Google was found floating face down, dead, in his Silicon Valley Swimming Pool after telling associates he "knew all about Google". Silicon Valley Cleantech CEO Gary D. Conley was found behind Beale Air Force Base in Northern California with a bullet in his head after whistle-blowing on Google, Gawker and Musk. There are over 40 dead people , who were in perfect health one day and dead the next day, who crossed paths with this mobster operation. If any thing qualifies as a "credible conspiracy": This does. The attached and the criminal investigation files from the San Francisco Police Department, The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators confirm and verify each and every assertion.

## "APPLYING BANKRUPTCY RULE 7012 TO THIS PROCEEDING" - Section

P.10 – Contained herein, linked and cloud-databased on the links below is more than enough evidence to prove the veracity of Plaintiffs claims. FBI and U.S. Senators will also verify these claims upon request. The "Reports to Congress" are noted in the footnotes and it is true that XP has provided reports to Congress and that XP staff have operated as licensed criminal investigators, federal testimony providers, and law enforcement consultants for a number of decades.

P.11 - The opposition herein seeks to manipulate the 7012 Rule using terms and language which only an insider, highly specialized, lawyer could interpret. XP and its staff are not lawyers and, while highly observant and skilled in forensics, object to having the law manipulated against them when they are in an unfair position by being denied fair and adequate legal representation by the RICO-Reprisal actions of Gawker Media and its sponsors. XP, it's associates, supporters, family and friends will never, ever, give up this fight for justice and restitution. It will be embarrassing for the Court to not help create a fair situation for all parties here. XP has proven that it is unstoppable, it's evidence is indisputable, it knows the parties involved and has worked with law enforcement to remove a number of criminal entities from further operations. It is in the best interest of all parties to end this now with a satisfactory restitution. XP has proven it can out-think, out-maneuver and strategically countermeasure all opposition. It doesn't hurt that more than a few top FBI staff have 100% belief in the veracity of XP's claims along with every candidate on the short-list for U.S. Attorney General in 2017.

P.12 – Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly

simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

P.13 - Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

P.14. This looks like another legal trick to manipulate the interpretation of what is, essentially, a secret language used by lawyers. We don't know what the implications of this manipulation of semantics is but it sounds tricky and bad for us. Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

**"OBJECTION"- Section**

P.15 – XP has produced more than sufficient evidence nd provided the court with over one million pieces of evidence herein and in the referenced online file servers.  Not sure what all The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the messa The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators ge you want to send to the American people that "the justice system is only available for the rich?"

P.16 – Each of Plaintiffs claims is different. Plaintiff is demanding FIVE TIMES $175,000,000.00, or MORE for the attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options when Gawker Media and it's sponsors took Plaintiffs money from federal and State funds at the Department of Energy, Department of Transportation and other agencies, put it in their own bank accounts and reported **over $40 BILLION dollars** of profits via bribe-based incentives to public employees in order to steer government funds to Gawker and it's sponsors.

P.17 – They are all different claims and all claims must be admitted if the opposition wishes to gain this short-term opportunity to settle for an amount less than the many billions of dollars of damages caused by Defendants RICO violating Cartel. This opportunity to settle for a discounted will expire upon receipt of any further objections to our claim by Gawker Media or its assigns.

P.18 – The claims are 100% enforceable and backed up by The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators. Ask them in front of the U.S. Congress or the House Ethics Committee!

P. 19 – XP EXPECTS many recoveries. XP's damages exceed $5 Billion dollars as documented herein.

P.20 – XP has proven herein, and via the referenced documents, that Gawker Media took the core actions to operate an attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options. Gawker Media did everything it could to kill XP except fire a gun. (But ask Gary D. Conley's family about the "gun thing".). With proper financing Plaintiffs are able to bring over 100 witnesses to court to prove the assertions.

P. 21 – Plaintiff has proven the claims 100% with the evidence now supplied in this document, the internet place. XP has been denied adequate legal representation in this Court by the economic blockades and legal services blacklisting created by Gawker and it's sponsors. There are a limited number of law firms who do large technology cases. Google, Gawker, Elon  Musk and Kleiner Perkins Via their RICO-Violating Cartel have told, implied or leaked to almost every high tech law firm that they *"..Control Silicon Valley and the domestic technology industry and spend over $200 million dollars a day doing it. If you want to ever get a case contract in tech you will never help XP.."*

There are two remarkable things about this. 1.) The New Your Courts can acquire Google's, Gawker's, Elon Musk's and Kleiner Perkins combined, non-"cooked" payrolls and see that this amazing river of cash actually occurs. 2.) The opportunity for the bribery of public officials with this flow of cash, is extraordinary.

The Court must help XP get a fair hearing because this case is now widely publicized to the whole world and every American will know about it by the middle of 2017. It will cause domestic instability and damage the domestic credibility of the Justice System to simply blow XP off for reporting a crime and then, on top of that, to further punish XP by cutting them out of this restitution, a large portion of which XP has committed to public service and charity organizations.

P. 22- The complaints are now not "conclusory allegations' but are now supported by law enforcement investigations and leaked documents. Over a million pages of evidence have herein been referenced and more evidence is enroute and available from Federal investigators upon Court request.

P. 23 – The law enforcement and public facts of this criminal case are now proven on public record.

P. 24 – The proof has been provided in greater detail and referenced in additional repositories herein. Additionally, the website of the Attorneys for Gawker Media claim that those attorney's have worked for, or been compensated by some of the very same related parties that are charged with crimes herein. Is that not a conflict of Interest? Have the attorneys for Gawker Media sworn, warranted and verified, in writing to the United States Bankruptcy Court of the Southern District of New York that **none** of their attorneys, staff, investors hold any stock, internet promotions, search engine "impressions" trade, warrants, Goldman Sachs or JP Morgan shared account funds, or other valuable items from Gawker, Univision, Google, Facebook, George Soros Companies, Berkshire Hathaway, Twitter, SpaceX, Solar City, Tesla Motors, any Solar Company, any Kleiner Perkins or Khosla Ventures portolio asset or any holding, at any time since 2006, related to those parties?

When could we see that sworn, signed, statement in which those attorney's swear, warrant and attest to the truth of that conflicts check? Please provide the date upon which that conflicts check assertions

document can be provided to us and the United States Bankruptcy Court of the Southern District of New York. Such a document will be very helpful to every party in this case.

P. 25 – The allegations now have particularity and detail enough to prove the veracity of XP's claims per these responses. Factual allegations have now been provided in sufficient quantity and with assertive reference to federal law enforcement records to prove that Gawker, Google, Elon Musjk and Kleiner Perkins conspired with White House campaign staff for both the Obama and Clinton elections to rig news media and internet functionality in exchange nearly a trillion dollars of kick-backs. Indeed, The Glenn Greenwald Publication, The Intercept published an Article called: "The Android Administration" which provides massive amounts of evidence which proves this as fact. Over 1000 other news publications prove the same thing. The New York Times article about Google's Larry Page sneaking around at tech conferences to steal ideas referencing "Larry Page's Obsession" shows how dastardly these people can be. These are ego maniacal billionaires who believed they were above the law and Gawker Media was their media bitch. The world has now seen indisputable evidence that groups of people rig Presidential elections in hopes of grabbing trillions of dollars of U.S. and State Treasury funds at the expense of taxpayers. The Wikileaks documents have been 100% proven to authentic. XP Staff are seen in numerous photographs and videos in social intercourse with Warren Buffet, Hillary Clinton, Hillary Clinton's best friend with them hugging XP staff. The White House has sent XP multiple commendations from multiple Democrat and Republican Administrations on White House stationary. XP Staff have had meetings in Rahm Emanual's offices and Multiple offices of The U.S. Department of Congress and Congress. There can be no doubt that XP staff have deep, first-hand experience with the charges. XP is a non-party affiliated entity and their staff openly supports the arrest of criminally corrupt politicians and their backers from any party. This is not about party politics to XP, it is about Justice, restitution and **law enforcement.**

P. 26 – This notice has been timely filed with all parties, all law enforcement interest and all Congressional parties.

P. 27- XP Vehicles demands a fair share of it's human rights, civil rights, legal rights and Constitutional rights in this matter.

P. 28 – Notice of this objection has been provided to every interested party that XP could source and every email and related address provided by the Court to XP.

We plead with **The Honorable Judge Stuart M. Berstein** and the **UNITED STATES BANKRUPTCY COURT OF THE SOUTHERN DISTRICT NEW YORK to NOT SIGN the order granting omnibus objection to XP Vehicles Claims and to give XP the legal resources to have a fair hearing. Please pardon the typos and lack of legal resources.**

**Thank you.**

**Additional evidence follows:**

# APPENDIX 1 Contents:

- **Overview**

- **Notes in complaint draft form**

- **NOTES ON GAWKER'S SPONSORS: GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION, ET AL:**

- **NOTES ON GAWKER'S SPONSORS: TESLA MOTORS, ELON MUSK, STEVE JURVETSON, ET AL:**

- **NOTES ON GAWKER'S SPONSORS: KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL**

- **Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel**

- **Bibliography, Footnotes, References, Repositories**

# RICO CASE OVERVIEW –

**Defendants: A Cartel comprised of Gawker Media, Google, Elon Musk, Larry Page, Eric Schmidt, John Doerr, Kleiner Perkins and DOES 1-50**

**Plaintiffs: A highly credentialed, award winning, competitor who has also been a federal witness for criminal investigations into this matter.**

**Time bar/Statute of limitations: Defendants have been engaging in these crimes and misdeeds damaging Plaintiffs as recently as yesterday, new leak and federal investigation revelations are revealed daily, patent, trade-secret & trademark infringements are fully within active time-frame.**

Defendants meet the FBI and U.S. Federal legal definition of an organized crime and anti-trust racketeering activity operating for the purpose of engaging in criminal and civil violations of the law.

Defendants are connected to each other, and confirmed in their relationships and intents by hard evidence which includes: their emails, signed documents, voice-mails, text messages, GPS locations, stock market holdings, stock market transactions, family trust accounts, revolving door contracts, PAC contributions, asset holdings, public security camera cross-path videos, payments, receipts, Paypal transactions, credit card transactions, bank databases, beneficiary tracking, witnesses, former employees and other forensic data.

Gawker Media conspired to create a media information control system, working with other news outlets, keyword agreement phrases, and Google Docs collusion reports to steer voter impressions in order to place certain elected officials in office who had promise to give government funds to Gawker, Google, Elon Musk, Kleiner Perkins and their associates while damaging their competitors.

Defendants conspired, knowingly planned crimes and illicit activities together, coordinated a scheme to control public officials, government and commercial contracts, trade groups, public policy decisions and beneficiary results in order to create a monopoly for their exclusive financial benefit. Plaintiffs refused to cooperate with the criminal endeavor, assisted law enforcement and competed with Defendants for which they were ostracized, targeted with retribution and vendetta attacks and black-listed.

Plaintiffs had three global media "hatchet-job" attacks launched against them by Defendants which locked those attacks on the front pages of the internet in front of 6 billion people for over half a decade. Defendants owned, communicated with, directed, cross-compensated and controlled each and every asset used for these attacks, and out of hundreds of thousands of companies, were the only entities on

Earth to conduct such attacks. Defendants refused to cease the attacks or mitigate the attacks even though they were asked hundreds of times by lawyers and Plaintiffs representatives to do so.

Plaintiffs has been awarded dozens of issued patents by the federal government. Defendants have copied each and every one of them, monetized them and exploited them and, later, placed Defendants staff in charge of the U.S. Patent Office in order to manipulate intellectual property rights to their advantage and against Plaintiffs.

Defendants have been successfully sued and investigated in the "AngelGate" and "Silicon Valley No Poaching High Tech Class Action lawsuit". These two cases, along with many others, prove that Defendants operate an organized black-listing system in Silicon Valley. Plaintiffs has over 100 witnesses which confirm this fact. Defendants black-listed Plaintiffs from work and funding.

Defendants compensated public officials for engaging in harm to the Plaintiffs. Records prove that Defendants paid the state and federal public officials that are supposed to represent Plaintiffs. Defendants paid those officials with cash, sexual services, stock warrants, contracts, revolving door jobs, insider tips, flash-boy stock market pump-and-dump participations, leases, PAC participations and billions of dollars of search engine rigging.

Plaintiffs placed hundreds of server "traps" around the world in order to prove that Defendants were rigging the internet against Plaintiffs, and others, and for Defendants competing efforts. Ie: Plaintiffs compared the occurrence of the coverage of news hype and news disclosures that were hidden on the web for Elon Musk and Tesla Motors on Google's internet vs. the top 40 other search engines vs. Plaintiffs news coverage from 2007 to 2016. This was proven and the results also showed that Defendants were using Plaintiffs, and other taxpayer's money to engage in these internet rigging efforts.

Defendants have produced a technology known as "bots". Defendants deploy millions of these "bots" in order to simulate the appearance of real humans on their networks when, in fact, they use these bot personae software products to attack others, fake advertising "impressions" and interdict competitors such as they did to Plaintiffs.

Tom Perkins and his associates from Kleiner Perkins, Karim Faris and his associates from the Google consortium, Bernard Tse and his associates from Tesla Motors approached Plaintiffs under the guise of "investing in, or buying" Plaintiffs assets. The ruse was simply an effort by Defendants to steal technology from Plaintiffs which Defendants made substantial profits on, and to embed Defendants moles into Plaintiffs operations in order to spy on Plaintiffs and stall Plaintiffs development and financing efforts.

All of the Defendants are competitors of Plaintiffs. All of the Defendants informed others that Plaintiffs technologies "could obsolete" Defendants schemes.

Plaintiffs had an existing relationship with the U.S. Government, had been funded by the U.S. Government in The Iraq War Bill and had been promised funding by the U.S. Government for product efforts which competed with Defendants interests. Defendants discovered this fact, bribed State and Federal officials to sabotage Plaintiffs funding and place that funding in Defendants pockets, which, indeed, has been proven to have happened via Defendants own federal records.

**10**    PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

Defendants owned, controlled and placed in position senior officials in Washington, DC and Sacramento, California government offices. Over 500 personnel affiliated with and/or also holding a compensatory relationship with Defendants work in the White House, Department of Energy, EPA, Department of Transportation, Federal Communications Committee and other budget controlling offices. Defendants had a quid-pro-quo relationship with almost every single one of those parties and directed those parties to use taxpayer resources to benefit Defendants and harm Plaintiffs.

Plaintiffs successfully sued two of Defendants agents in the federal Government for corruption, forced a federal investigation, placed documentation of the corruption on permanent public record in the federal court system, and forced the terminations of those corrupt agents and many of their associates. Tens of thousands of media and federal agency investigations have been published confirming that those parties had been practicing organized corruption using taxpayer resources and had practiced those corrupt activities against Plaintiffs. The U.S. Federal court issued a historic ruling in favor of Plaintiffs and stated, on the record, that Plaintiffs had been attacked by corrupt government officials, a federal court "first".

Defendants used their monopolistic cartel and their $100 million/day payroll to black-list Plaintiffs from receiving law firm resources because Defendants control over 85% of the high-tech law firms experienced in the form of litigation relevant to this case.

Over a million pages of evidence prove all of these facts to be true.

Additional causes of action and malicious activity records of Defendants actions against Plaintiffs exist.

Plaintiffs seeks damages, restitution and offsets.


EVIDENCE SET SAMPLES:
http://breakingnewsreport.org
http://xyzcase.xyz

...and thousands of other nodes. This program has nothing to do with political parties and everything to do with law enforcement. The corruption and the Cartels of Silicon Valley must face justice.

# APPENDIX

# CASE MERIT NOTES #1

This is not a completed complaint. This is a conceptual drafting item. All of the charges are not yet included in this section of notes.

Plaintiffs
XXX
XXXX

Tel. No.:  XXX
E-Mail:  XXXX

The Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF XXX

**PLAINTIFFS**                     )
                                   )
                                   )  **COMPLAINT FOR RICO**
                                   **RACKETEERING AND**
                                   **ORGANIZED CRIME**
                                   )
                                   )  **INTENTIONAL INTERFERENCE**
                                   **WITH CONTRACTUAL**
                                   **RELATIONS**

                                   )  **INTENTIONAL INTERFERENCE**
                                   **WITH PROSPECTIVE ECONOMIC**
                                   **ADVANTAGE**
          **Plaintiffs,**          )
                                       **CYBERSTALKING**
                                       **FRAUD**
                                       **INVASION OF PRIVACY**
                                   )  **UNFAIR COMPETITION**
              **vs.**              )
                                   )
**ALPHABET/Google/YouTube INC.,**

**12**   PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

a California corporation,
Defendants, INC, a Tesla Motors     )  JURY TRIAL DEMANDED
John Doerr, Elon Musk,         )
Larry Page, Kleiner Perkins      )   Date:
and DOES 1 through 50,        )   Time:
Inclusive.                      )   Dept.:
_____  )   Trial Date:

         The Plaintiffs a California business, and …. do hereby submit their Complaint for RICO…….Cyberstalking, Intentional Infliction of Emotional Distress, and for Injunctive Relief and allege as follows:

# GENERAL ALLEGATIONS

        1.    The Plaintiffs [hereinafter referred to as "Plaintiffs"], are  residents of San Francisco County, California.

        2.    The Plaintiffs., [hereinafter referred to as "Plaintiffs"], include a California corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

        3.    The Defendant, ALPHABET, Google and Youtube INC., [hereinafter referred to as "ALPHABET"], are the same California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

        4.    The Defendant, Tesla Motors, INC., [hereinafter referred to as "Defendants"], is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

        5.    The Defendant, Kleiner Perkins INC.,is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

        6. The Defendants Elon Musk, John Doerr, Jared Cohen, Eric Schmidt, Sergy Brin, Larry Page and DOES 1 through 50 are members of the above named Defendant organizations as well as members of a Cartel operating in violation of U.S. RICO statutes.

        9.    The true names and capacities of the Defendants, DOES 1 through 50, inclusive, are presently unknown to the Plaintiffs at this time and the Plaintiffs sue those Defendants and each of them, by such fictitious names pursuant to the pertinent provisions of the California Code of Civil Procedure.

        10.    The Plaintiffs are informed and believe and, based on that information and belief, allege that some of the named Defendants herein and each of the parties designated as DOES and every one of them, are legally responsible jointly and severally for the events and happenings referred to in the within Complaint for …….., Intentional Infliction of Emotional Distress, Cyberstalking, and for Injunctive Relief.

        11.    The Plaintiffs are informed and believe and based on that information and belief allege that at all times mentioned in the within Complaint, all Defendants were the agents and

employees of their co-Defendants and, in doing the things alleged in this Complaint, were acting within the course and scope of such agency and employment.

   12. As to any corporate employer specifically named or named as a DOE herein, the Plaintiffs are informed and believe and therefore allege that any act, conduct, course of conduct or omission, alleged herein to have been undertaken with sufficient, malice, fraud and oppression to justify an award of punitive damages, was, in fact, completed with the advance knowledge and conscious disregard, authorization, or ratification of and by an officer, director, or managing agent of such                           corporation.

# STATEMENT OF FACTS

   13. In or about May 3, 2005, the Plaintiff Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources..

   10. Beginning In, or about, July of 2006, the Plaintiff Plaintiffs, was contacted by various investors representing the Venture Capital officers and investors of the Defendant Defendants as agents of Defendants's RechargeIT project, Kleiner Perkins Group, In-Q-Tel and associated parties funded by and reporting to Defendants. These investors feigned interest in the emerging technology and requested further information from the Plaintiff Plaintiffs in this regard.

   11. In or about August 21 of 2009, the fuel cell and electric vehicle project of the Plaintiff Plaintiffs, was suddenly defunded as to the Plaintiff Plaintiffs.

   12. The same funds for the research and development of electric car technology was then, subsequently in the same year, awarded to the Defendants Defendants and ALPHABET for the exploitation of non-domestic energy materials which Defendants hold stock and managing control of the source and supply chain, via a sophisticated series of relationships between Defendants and competing electric vehicle efforts to Plaintiffs.

   13. In or about September 20, 2009 the Plaintiffs, was contacted by the Government Accountability Office of the United States with a request that he participate in an investigation being conducted by that entity into the business practices of the Defendants, pursuant to anti-trust allegations.

   14. In or about January 15, 2010, the Plaintiffs, did, in fact, provide live testimony to the Government Accountability Office of the United States, The Department of Justice, Robert Gibbs and his staff at the White House Press Office and the Washington Post White House Correspondent. The testimony provided by the Plaintiff Plaintiffs, was, in fact, truthful and did, in fact, tend to support the veracity of the anti-trust allegations alleged by the Government Accountability Office.

   16. In or about January, 2011 Defendants exchanged funds with tabloid publications and those tabloid publications coincidentally published two articles and a custom animated film including false, defamatory, misleading and manufactured information belittling the Plaintiff Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director.

   17. In or about _Feb. 20, 2011, the Defendant YOU TUBE, published a custom produced and targeted attack video that also included false, defamatory, misleading and manufactured

information belittling the Plaintiffs, and discrediting his reputation as an inventor, project developer and project director.

19.     In or about _____, the Plaintiffs, contacted the Defendant, YOU TUBE and Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its website.

20.     In or about _____, the Plaintiffs, contacted the Defendant, Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its search engine.

21.     All of the written demands of the Plaintiffs, were to no avail and none of the Defendants, GAWKER, Defendants or YOU TUBE agreed to edit, delete, retract or modify any of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

22.     The Plaintiffs, whose businesses had already suffered significant damage as the result of the online attacks of the Defendants, Defendants, GAWKER and YOU TUBE, contacted renown experts and especially Search Engine Optimization and forensic internet technology (IT) experts to clear and clean the internet of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

23.     None of the experts hired by the Plaintiff Plaintiffs, at substantial expense,were successful in their attempts to clear, manage or even modify the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director which only Defendants, the controlling entity of the internet, refused to remove.

24.     All efforts, including efforts to suppress or de-rank the results of a name search for "Plaintiffs" failed and even though tests on other brands and names, for other unrelated parties did achieve balance, the SEO and IT tests clearly proved that Defendants was consciously, manually, maliciously and intentionally rigging it's search engine and adjacent results in order to "mood manipulate" an attack on Plaintiffs.

25.     In fact, the experts and all of them, instead, informed the Plaintiffs, that, not only had the Defendant, Defendants locked the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director into its search engine so that the information could never be cleared, managed or even modified, the Defendant, Defendants had assigned the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director  "P8"algorithmic internet search engine code  embedded in the internet information-set programmed into Defendants's internet architecture.

25.     "P8" standing is standing assigned and programmed into the internet, by the Defendant, Defendants to matters it designates as dependable and true therefore attributing primary status as the most significant and important link to be viewed by online researchers regarding the subject of their search.

26.     At all times pertinent from January 1, 2006, 2011 to in or about November 20, 2015, the Defendant, Defendants, maintained that it had no subjective control or input into the rankings

of links obtained by online researchers as the result of a search on its search engines and that it's search engine algorithms  And the functions of it's media assets were entirely "arbitrary"

27.    In or about April 15, 2015, The European Commission took direct aim at Defendants Inc. , charging the Internet-search giant with skewing results

28.    In those proceedings, although the Defendant, Defendants, continued to maintain that it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that it's staff had no ability to reset, target, mood manipulate, arrange adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other class of users of the world wide web, also known as The Internet, s, the court, in accord with evidence submitted, determined that the Defendant, Defendants, does in fact have and does in fact exercise subjective control over the results of information revealed by searches on its search engine. The EU case, and subsequent other cases, have demonstrated that Defendants sells such manipulations to large clients in order to target their enemies or competitors or raise those clients subliminal public impressions against competitors or competing political candidates.

29.    As a result of receiving this information, the Plaintiffs, became convinced of the strength and veracity of his original opinion that the Defendants, GAWKER, YOU TUBE and Defendants, had, in fact posted the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project designer had been intentionally designed, published, orchestrated and posted by them in retaliation to the true testimony provided by the Plaintiffs, to the Government Office of Accountability of the United States in May of 2005 aand to the Securities and Exchange Commission, The Federal Bureau of Investigation, The United States Senate Ethics Committee and other investigating parties, and had been disseminated maliciously and intentionally by them in an effort to do damage to his reputation and to his business prospects and to cause him severe and irremediable emotional distress.

30.    In fact, the Plaintiffs, has suffered significant and irremediable damage to his reputation and to his financial and business interests.  As a natural result of this damage, as intended, by the Defendants, GAWKER, Defendants and YOU TUBE, the Plaintiffs, has also suffered severe and irremediable emotional distress.

31.    To this day, despite the age of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director, in the event any online researcher, searches for information regarding the Plaintiffs, the same information appears at the top of any list of resulting links.

## Cause of Action
# INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

### [Against the Defendants and DOES 1 through 50, inclusive]

22.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

35.    On or about May 3, 2005, the Plaintiff Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the

United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources.

36.    The Defendant Defendants knew of the above described contractual relationship existing between the Plaintiffs  and Plaintiffs and the United States Department of Energy in that the grant was made public record and, at the request of representatives of the Venture [Capital] Department of the Defendant Defendants, the Plaintiffs and Plaintiffs, believing that the request for information was as to providing additional funding for the project, did, in fact, submit complete information regarding the subject of the grant to the Defendant Defendants.

37.    The Defendant, Defendants, who had and has personal and business relationships with executive decision-makers at the United States Department of Energy and other Federal and State officials, lobbied those executive decision-makers to cancel, interfere and otherwise disrupt the grant in favor of the Plaintiffs Plaintiffs and Plaintiffs, with the intention of terminating the funding in favor of the Plaintiffs and Plaintiffs and applying the information they pirated from the Plaintiffs and Plaintiffs, for their own benefit as well as terminating Plaintiffs's competing efforts, which third party industry analysts felt could obsolete Defendants's and YouTube's efforts

38.    The Defendant, Defendants, was successful in its efforts and, in or about August of 2009, the grant in favor of the Plaintiffs and Plaintiffs, was summarily canceled.

39.    Commencing in or about, _____, the Defendant, Defendants, and its owners commenced to take credit for advancement in its own energy storage and Internet media technology as based on the information it had pirated from the Plaintiffs and Plaintiffs.

40.    The interference of the Defendant, Defendants, with the relationship of the Plaintiffs and Plaintiffs was intentional and constitutes an unfair business practice under in violation of Business and Professions code section 17200. Individuals approached Plaintiffs offering to "help" Plaintiff get his ventures funded or managed. Those individuals were later found to have been working for Kleiner Perkin's the founding investor of Defendants and current share-holder of Defendants. Plaintiffs discovered that those "helpful" individuals were helping to sabotage development efforts and pass intelligence to Defendants

41.    As a proximate result of the conduct of the Defendant, Defendants and severance and termination of the grant to the Plaintiffs and Plaintiffs, the Plaintiffs and Plaintiffs have suffered damages including financial damage, damage to their reputation and loss of critical intellectual property.

42.    The aforementioned acts of the Defendant, Defendants were willful, fraudulent, oppressive and malicious.  The Plaintiff is therefore entitled to punitive damages.]

# Cause of Action
# INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

### [Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.    In or about the fall of 2009, when the Plaintiffs and Plaintiffs discovered that their grant from the United States Department of Energy had been terminated and defunded, the Plaintiffs Plaintiffs and Plaintiffs, of course, informed other members of the energy and automotive technology industry of the facts of Defendants's behavior and specifically the behavior that gave rise to termination of the grant.

45.    The Defendant, Defendants became aware that the Plaintiffs Plaintiffs and Plaintiffs were intent on telling the truth about these facts, about true ownership of the intellectual property relied on by Defendants in its own vehicle, energy and internet media technology and about Defendants's theft of this property.

46.    In order to put a stop to the Plaintiffs and Plaintiffs and in an effort to discredit them, divest them of contacts in the industry and also of financial backing, the Defendant Defendants enlisted the services of the Defendants,  Defendants.'s own wide array of media and branding manipulation tools which are service offerings of Defendants.

47.    In 2011, GAWKER published an article describing the Plaintiffs and Plaintiffs as scam artists and scammers.

48.    In _____, YOU TUBE posted a video which depicted the Plaintiffs and Plaintiffs as.........

49.    For        example,        the        GAWKER        article,        entitled,
"_____," states that:
SEE ATTACHED BACKGROUND SHEET of the Defendants, GAWKER and Defendants, did significant damage to the reputation of the Plaintiffs and Plaintiffs in the technology community.

50. Defendants has paid tens of millions of dollars to Gawker Media and has a business and political relationship with Gawker Media

54.    Also as intended by the Defendant, Defendants, this damage, especially because the false representations become immediately apparent to anyone conducting an internet search for "Plaintiffs" have caused investors to shy away from the Plaintiffs and Plaintiffs, causing the Plaintiffs and Plaintiffs, further difficulty in obtaining funding from in or about 2011 to the present time and have placed on HR and job hiring databases negative and damaging red flags about Plaintiffs, relative to the Gawker and Defendants attacks in order to prevent him from working. Additionally, representatives from Defendants sent a copy of the attack article to the employer of Plaintiff via their HR office and communicated with said employer that "You don't want him working for you with this kind of article out there, do you?" Resulting in his termination.. .

55.    As a proximate result of the conduct of the Defendants, Defendants, GAWKER and Plaintiffs, the Plaintiffs and Plaintiffs have suffered severe financial damage as the result of loss of their good will and reputation.

56.    The aforementioned acts of the Defendants, Defendants, GAWKER and YOU TUBE were willful, fraudulent, oppressive and malicious.  The Plaintiff is therefore entitled to punitive damages.

# Cause of Action
# CYBERSTALKING

### [Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.     By hiring and/or making an arrangement with associated tabloids to publish an article replete with false and misleading statements disparaging the Plaintiff, in the guise of publishing opinion, the Defendant Defendants intended to harass the Plaintiff and did in fact harass the Plaintiff.

45.     By refusing to remove the offending publication and, in fact, assigning it a value associated with truth and a position in its web browser that came up and still comes up the first and most prominent link pursuant to any search for the Plaintiffs and maintaining this link for the past 5 years as permanent, uneditable and unmovable, the Defendant, Defendants intended and continues to intend to harass the Plaintiff.

46.     By doing the things described in paragraphs 44 and 45 above, the Plaintiff, Defendants, did and does continue to intend to cause the Plaintiff substantial emotional distress and the Plaintiff, commencing in or about his discovery of the post and the link has and continues to experience substantial emotional distress as any reasonable person would.

47.     The Defendant Defendants engaged in the pattern of conduct described above with the intent to place the Plaintiff in reasonable fear for his safety or in reckless disregard for the safety of the Plaintiff.  The Plaintiff admits here that the Defendant did not have the intent to do physical harm to the Plaintiff but, by arranging for publication of the subject article and ensuring that the subject article could not be moved or altered and would be certain to appear first and permanently as the result of any search for the Plaintiffs intended to do significant damage to Plaintiffs's financial interests this in retaliation for his testimony at the proceedings described above and to ensure that the Plaintiff Plaintiffs would have not future as a competitor in the world of technology populated by the Plaintiff and the Defendant Defendants.

48.     The Plaintiff attached his corroborating evidence to the within complaint as Exhibit A.  These are the results of any search for the Plaintiff on the Defendant Defendants's search engine commencing in April ? of 2011 and continuing to the present time.

49.     On _____, the Plaintiff REMOND did contact Defendants with a written request to remove the offending content.  The Defendant Defendants, stating that it has no control over the results of any search on its search engine and that [algorhythm], refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify the Plaintiff as a scam artist.

PUNITIVE DAMNAGES

# Cause of Action
# FRAUD

### [Against the Defendants and DOES 1 through 50, inclusive]

43.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.     As above, in response to the request of the Plaintiff Plaintiffs regarding removal of the Gawker article of _____, 2011, the Defendant Defendants stated that has no control over the results of any search on its search engine and that [algorhythm], refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify the Plaintiff as a scam artist.

45.     The Defendant made this statement with the intent to induce the Plaintiff Plaintiffs to rely on it.

46.     The Plaintiff continued to rely on the statement and to believe that the Defendant Defendants has not power or authority to manipulate the results of searches conducted on its search

engine until in or about _____ 2015 when it became clear as the result of the litigation commenced in the EU by _____ that Defendants does in fact have such ability and does, in fact, exercise this ability regularly to manipulate and manage any of the results of any search on its engine.

5.   On or about [*date*], defendant [*name*] made the following representation(s) to the plaintiff: [*allege in exact language, or as close to exact language as possible, the representations of material fact claimed by the plaintiff to be false*].

6. The representations made by the defendant were in fact false. The true facts were [*specify*].

7.   When the defendant made these representations, he/she/it knew them to be false and made these representations with the intention to [deceive and defraud the plaintiff and to] induce the plaintiff to act in reliance on these representations in the manner hereafter alleged, or with the expectation that the plaintiff would so act.

8. The plaintiff, at the time these representations were made by the defendant and at the time the plaintiff took the actions herein alleged, was ignorant of the falsity of the defendant's representations and believed them to be true. In reliance on these representations, the plaintiff was induced to and did [*specify actions taken by plaintiff*]. Had the plaintiff known the actual facts, he/she would not have taken such action. The plaintiff's reliance on the defendant's representations was justified because [*specify*].

9. As a proximate result of the fraudulent conduct of the defendant(s) as herein alleged, the plaintiff was [*allege facts showing allowable damages, e.g.,* induced to expend (*number*) hours of his/her time and energy in an attempt to derive a profit from the (*specify type of business*) sold to the plaintiff by the defendant(s) but has received no profit or other compensation for his/her time and energy], by reason of which the plaintiff has been damaged in the sum of $.

10. The aforementioned conduct of the defendant(s) was an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant(s) with the intention on the part of the defendant(s) of thereby depriving the plaintiff of property or legal rights or otherwise causing injury, and was despicable conduct that subjected the plaintiff to a cruel and unjust hardship in conscious disregard of the plaintiff's rights, so as to justify an award of exemplary and punitive damages.

# Cause of Action
# INVASION OF PRIVACY

### [Against the Defendants and DOES 1 through 50, inclusive]

**Right to be forgotten**

43.      The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.      The Defendant, Defendants, first by arranging for and allowing/posting the gawker article, then by coding a link to the article that permanently placed the article at the top of any search results for the Plaintiffs has invaded the inalienable privacy rights of the Plaintiffs as protected by Article I section 1 of the Constitution of the State of California.

45.      The intrusion commenced in or about April of 2011 and continues to this day, is significant and remains unjustified by any legitimate countervailing interest of the Defendant, Defendants.

46.    For five years, when any member of the public searches on the Defendant Defendants's search engine, for the Plaintiffs the first link to pop up refers to the Plaintiffs as a scam artist.

47.    The pervasiveness and longevity of this link plus its placement at the very top of any search result has resulted in a significant, albeit intentional interference with the right of the Plaintiff Plaintiffs to engage in and conduct personal and business activities, to enjoy and defend life and liberty, acquiring possessing and protecting property and pursuing and obtaining safety, happiness and privacy.

COURT determined public controversy?  Public figure but the time has pass

8. The facts disclosed about plaintiff were and remain false.  Even in the event the Gawker article might have at one time garnered protection by the First Amendment as opinion regarding a public controversy and about a semi-public figure, no further controversy exists or even could.

9.    Five years have passed and, despite the lack of current content of controversy, the Plaintiffs remains saddled with a personal, permanent and immovable reference on the internet that characterizes him as scam artist in the world of internet technology.

10.    The Plaintiff Plaintiffs has done the best he could in these years to move on with new projects and new investors.  He has made every effort to start anew and has been precluded from doing so by the gawker article.

9.    Maintenance of the original posting of April 2011 for five years is offensive and objectionable to the Plaintiff Plaintiffs and certainly would be to a reasonable person of ordinary sensibilities in that the original posting is false and defamatory and was intentionally arranged for by Defendants so as to do significant damage to the personal and professional reputation of the Plaintiffs, because it has accomplished this damage, because there is no manner other than at the Defendant Defendants's hand by which the link can be altered or removed or the search results edited or limited and because there exists no reason that the Plaintiff Plaintiffs should not be allowed to enjoy a right to move on with is life independent of a label that had no basis in truth and reality in the first place.

10. The facts regarding the charcetr oif the Plaintiffs  included in the gawker article are certainly no longer of any legitimate public concern nor are they newsworthy nor are they tied to any current controversy or dialogue.

11.    IN FACT, THE Plaintiff Plaintiffs can truly no longer be considered a public figure or even a semi-public figure as the GAWKER article has fairly successfully put him out of business and kept him out of business for the past five or more years.

11. As a proximate result of the above disclosure, plaintiff [*specify injury suffered by plaintiff, e.g.,* was scorned and abandoned by his/her friends and family, exposed to contempt and ridicule, and suffered loss of reputation and standing in the community, all of which caused him/her humiliation, embarrassment, hurt feelings, mental anguish, and suffering], all to his/her general damage in an amount according to proof.

[12. As a further proximate result of the above-mentioned disclosure, plaintiff (*specify special damages suffered by plaintiff, e.g.,* has suffered injury to his/her business, in that he/she has lost (*number*) patients from his/her medical practice), all to his/her special damage in an amount according to proof.]

[13. In making the disclosure described above, defendant was guilty of oppression, fraud, or malice, in that defendant made the disclosure with (the intent to vex, injure, or annoy plaintiff *or* a willful and conscious disregard of plaintiff's rights *or state facts showing such intent or disregard*). Plaintiff therefore seeks an award of punitive damages.]

[14. Defendant has threatened to continue disclosing the above information. Unless and until enjoined and restrained by order of this court, defendant's continued publication will cause plaintiff great and irreparable injury in that (*specify facts supporting allegation, e.g.,* plaintiff will suffer continued humiliation, embarrassment, hurt feelings, and mental anguish). Plaintiff has no adequate remedy at law for the injuries being suffered in that (*specify facts supporting allegation, e.g.,* a judgment for monetary damages will not end the invasion of plaintiff's privacy).]

## Cause of Action
# UNFAIR COMPETITION – CLASS ACTION
### [Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

4.    The Plaintiff Plaintiffs brings this action on his own behalf and on behalf of all persons similarly situated. The class that the Plaintiff Plaintiffs represents is composed of all persons who, at any time since the date four years before the filing of this complaint, sought to have offensive, irrelevant and outdated material posted to the internet and available through a search on the Defendant, Defendants's search engine corrected, removed or re-ranked and have been informed by the Defendant, Defendants that the Defendant Defendants that the Defendant, Defendants does not have the ability to do so and _____ state Defendants's published policy..

5.    The persons in the class are so numerous, an estimated 39% of the population of the United States of America, that the joinder of all such persons is impracticable and that the disposition of their claims in a class action is a benefit to the parties and to the court.

5.    There is a well-defined community of interest in the questions of law and fact involved affecting the parties to be represented in that each member of the class is or has been in the same factual circumstances, hereinafter alleged, as the Plaintiff Plaintiffs. Proof of a common or single state of facts will establish the right of each member of the class to recover. The claims of the Plaintiff Plaintiffs are typical of those of the class and the Plaintiff Plaintiffs will fairly and adequately represent the interests of the class.

6.    There is no plain, speedy, or adequate remedy other than by maintenance of this class action because the Plaintiff Plaintiffs is informed and believes that each class member is entitled to restitution of a relatively small amount of money, amounting at most to $5,000.00 each, making it economically infeasible to pursue remedies other than a class action. Consequently, there would be a failure of justice but for the maintenance of the present class action.]

7.    The Defendant Defendants INC is a business incorporated in the State of California and at all times herein mentioned owned and operated a its search engine and its ancillary commercial enterprises from [its headquarters in Santa Clara, California.

8.    On _____, 2011, GAWKER, a well-known internet bomb manufacturer published an article about the Plaintiffs. The article falsely, maliciously and without regard for the truth, labelled the Plaintiffs a scam artist.

9.    Any search on the Defendant, Defendants's search engine for "Plaintiffs" resulted and to this day still results in a display of the GAWKER article with the Plaintiff Plaintiffs described as a scammer in the first line of the Defendants link.

10.    Publication of the article by GAWKER and the linking by Defendants caused the Plaintiff Plaintiffs immediate and irreparable harm to his reputation, to his business interests and to his personal life.

11.    Some five years have passed and the Plaintiffs continues to suffer damage to his reputation to his business interests and to his personal life as the result of the publication by GAWKER and DefendantsS link to it.

12.    In or about _____, the Plaintiffs, directed a written request to the Defendant Defendants Inc to unlink the GAWKER publication to any search for his name or to delete the offending article.

13.    The Defendant, Defendants, responded by stating that it had no ability or legal obligation to do so as the request didn't fall within its own policies for removal.

19.    The position of the Defendant, Defendants is illegal, false and unfair.

20.    The position of the Defendant is illegal as it infringes on the rights of individuals as protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

21.    The position of the Defendant is unfair as it deprives individuals of rights protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

22.    The position of the Defendant, Defendants, is false because, as a processor of personal information and a controller of that information, the Defendant, Defendants also possesses the technical, logistical and _____ power and ability to delete, re-rank and _____ any information obtained as the result of a search on its search engine.

10.    As a direct, proximate, and foreseeable result of the Defendant's wrongful conduct, as alleged above, the Plaintiff Plaintiffs and millions of others other members of the Plaintiff class, who are unknown to the Plaintiff but can be identified through inspection of the Defendant's records reflecting requests for removal it has already received by and other means, have been subjected to unlawful and unwanted publication of in accurate, inadequate, irrelevant, false, excessive, malicious and defamatory internet postings about themselves and as a result of the Defendant, Defendants's present policies, have thereby been deprived of their right to privacy and the right to control information published about them as this control now apparently is vested in the Defendant Defendants, INC and not in and of themselves.

11.    The Plaintiff is entitled to relief, including full restitution for the unfair practices of the Defendant, Defendants as these have damaged his reputation and his business prospects and deletion or de-ranking of any article naming him a scam artist as inaccurate and currently irrelevant.

12.    The Defendant, Defendants, has failed and refused to accede to the Plaintiff's request for a removal of the offending article or for any de-ranking or separation of the article from a search for his name. The Plaintiff is informed and believes and thereon alleges that the Defendant has likewise failed and refused, and in the future will fail and refuse, to accede to the requests of other individuals requests for removal, de-ranking or the separation of search results from a simple search for their name.

12. The Defendant's acts hereinabove alleged are acts of unfair competition within the meaning of Business and Professions Code Section 17203. The Plaintiff is informed and believes that the Defendant will continue to do those acts unless the court orders the Defendant to cease and desist.

# Cause of Action

# RICO VIOLATIONS OF THE "Racketeer Influenced and Corrupt Organizations Act"

The **Racketeer Influenced and Corrupt Organizations Act**, commonly referred to as the **RICO Act** or simply **RICO**, is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering, and it allows the *leaders* of a syndicate to be tried for the crimes which they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because he did not actually commit the crime personally.[1] RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. Enacted as Title IX of the Organized Crime Control Act of 1970, and signed into law by the President of the United States.


Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise". Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."

Defendants are hereby indicted under the RICO provisions and a pre-trial restraining order or injunction to temporarily seize defendant's assets and prevent the transfer of potentially forfeitable property, as well as the requirement for defendants to put up a performance bond are hereby ordered.

The patterns of RICO compliant behavior are easily visible and proven in this case.

Plaintiffs have been damaged in their business, brand, opportunity, civil rights and property by these "racketeers". The Plaintiff have proven the existence of an "enterprise". The defendants invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); The defendants acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); the defendants conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); The defendans conspired to do the above (subsection (d)).[4] The corrupt enterprise is the 'prize,' 'instrument,' 'victim,' and 'perpetrator' of the racketeers.[5]

Criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages) and Plaintiffs hereby demand treble damages.


# RELIEF AND DAMAGES

13.  The plaintiff has incurred and, during the pendency of this action, will incur expenses for attorney's fees and costs herein. Such attorney's fees and costs are necessary for the

prosecution of this action and will result in a benefit to each of the members of the class. The sum of $500,000.00 is a reasonable amount for attorney's fees herein.

WHEREFORE, the plaintiff prays for judgment as follows:

1. For restitution to the plaintiff and each other member of the class, as his or her interest may appear, of all sums unlawfully collected by the defendant from the plaintiff and other members of the class since [*date*];

2. For interest on these sums at the legal rate from the date of each unlawful collection [*or other prayer for interest*];

3. For a permanent injunction enjoining the defendant, and the defendant's agents, servants, and employees, and all persons acting under or in concert with them, to cease and desist from the following acts:

a. [*Specify according to allegations, e.g.,* Towing any vehicles in (*city*) without adequate warning];

b. [*Continue as appropriate*];

[4. For (*Specify if return or refund sought, e.g.,* an order requiring the defendant to return title to the plaintiff's 1995 Ford Probe, License Plate No. 1234567).]

5. For [*Specify actions required to provide relief for class, e.g.,* an order requiring the defendant to compile a list identifying, as far as possible, all other persons who have had their vehicle towed by the defendant, and to send each such person a written offer to return any vehicle whose title was improperly transferred and to refund the unconscionable towing fees].

6. For the payment of the plaintiff's attorney's fees out of the moneys recovered for the joint benefit of the members of the class;

7. For costs of suit herein incurred; and

8. For such other and further relief as the court may deem proper.

[*firm name, if any*]

By: [*signature*]

WHEREFORE, plaintiff prays judgment against defendant as follows:

1. For general damages according to proof;

[2. For special damages according to proof;]

[3. For exemplary or punitive damages;]

[4. For (*specify injunctive relief sought, e.g.,* a preliminary injunction and a permanent injunction enjoining defendant and his/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about plaintiff);]

5. For costs of suit herein incurred; and

6. For such other further relief as the court may deem proper.

# CALCULATIONS OF DAMAGES

The recent leaks along with evidence acquired from federal investigators and other lawsuits has delivered a high value opportunity for Plaintiffs attacked by a Cartel. Plaintiffs are seeking a $3 million sponsor for a lawsuit with over $100 billion in potential recoveries.

How are the Damages against the victims of the Cleantech Crash Crimes calculated?

Report to the FBI and FTC – Cleantech Alliance

The Defendants John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts; including David Axelrod, Robert Gibbs, David Plouffe, Rahm Emanual, Steve Rattner, received over 50 billion dollars in profits from the crimes.

They received over 50 billion dollars at the expense of the victims because they intentionally, maliciously and in a coordinated manner, circumvented, those monies from the victims.

The amount of money that John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts acquired from these crimes is confirmed by reports at the Securities and Exchange Commission, The Internal Revenue Service and stock market transfer records. Each competing automobile manufacturing company that they sabotaged, including Bright Automotive, Eco-Motors, Zap, XP Vehicles, Aptera, Brammo and others, had the potential to make as much money, or more money, than Elon Musk's Tesla Motors. These other companies offered lower cost, safer, longer range vehicles which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than Tesla Motors. Thus Tesla Motors, and by extension, Nissan Leaf, provide a minimum baseline damages amount reference for some of the victims.

Each competing energy manufacturing company that they sabotaged, including Millenium Cell, Zap, Limnia Energy, and others, had the potential to make as much money, or more money, than Elon Musk's and Panasonic's lithium ion battery revenues. These other companies offered lower cost, safer, longer range energy production and storage systems which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than the Cartel's lithium ion monopoly. Thus Tesla Motors Panasonicrevenues and Steven Chu's related Lithium ion holdings and associates revenues provide a minimum

baseline damages amount reference for some of the victims.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts used character assassination as a vendetta process to seek to destroy the brands, reputations and witness testimony of the victims by manipulating their properties: Google, Media Matters and Gawker Media to author and distribute character assassination propaganda to the majority of the world's population via their pre-arranged and contrived control of the vast majority of digital media. In a similar case, Plaintiff Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Plaintiffs in the Cleantech Crash Crimes exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Plaintiff in the cleantech Crash Crimes attacked in such a manner. For example, Google, owned by the Defendants, locked the attacks on the front page on the top line of Google for over five years, without ever moving it, even though Plaintiffs purchased thousands of servers, and take-down requests to attempt to move the attacks even a few lines lower. This proves that Google was manually, and daily rigging the attacks. Thus, the damages award to the Plaintiffs should be much higher than the Terry Bollea award.

Government funding which was circumvented by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts from Plaintiffs to themselves was not the largest quantified value of loss. Working with Goldman Sachs, John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts exploited the White House relationship with The Fed and the SEC to create a massive stock market valuation padding scheme which yielded historical profits. By stating government funds as "profit" and switching back and forth from stock skims to government funds in accounting records, tremendous stock market profits were placed in the pockets of Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts. Had Plaintiffs not been circumvented by Defendants then Plaintiffs would have acquired these same benefits. The stock market loss to the Plaintiffs at the expense of the

Plaintiffs is also calculated into the damages consideration.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts ordered Steven Chu, Lachlan Seward, Carol Battershel, Kathy Zoi and other executives at the U.S. Department of Energy, who they had placed into positions in the U.S. Department of Energy as shills on their behalf, to lie to and defraud the applicants. All of the money from the U.S. Department of Energy had been secretly hard-wired and the distribution of it covertly arranged to go to John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts stealthed ownerships. Thus, the applicants, who had superior technology, more customer orders, better value and provided less of a national security risk were defrauded into spending tens of millions of dollars on the applicant process via false promises and assurances of success which were already known to be lies from the first 2007 forward. The losses in time, expenses and time-to-market delays created by these fraudulent promises and assertions by the agents, in public office, covertly working for John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts are calculated into these damages.

Plaintiffs are demanding from the U.S. Government, The California State Government and the individual Defendants; general damages according to proof; special damages according to proof; exemplary or punitive damages; For a preliminary injunction and a permanent injunction enjoining defendant and their/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about Plaintiffs; for costs ofsuit herein incurred; for such other further relief as the court may deem proper; and fr an award of 15%

of Defendants gross revenue since inception wherein that revenue was derived from profits made from the use of, or interdiction of, Plaintiffs patented and trade secret products, services and technology which Defendants covertly acquired information about and copied for profit.

In a generic calculation, at the lowest minimum calculation of damages, the amount of damages appears to exceed $100 Billion. Forensic accounting based on Subpoenas will be required to finalize the amount but recent leaks and witness testimony confirm the veracity of these assumptions.

# NOTES ON GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION:

We have been advised by federal law enforcement, community legal groups and Constitutional law experts that we are entirely free to use any legally obtained evidence that we find in public view. It does not matter if it comes from DNC insiders, Wikileaks, Google's own employees, or Russian diplomats. It is now entirely legal for us to use anything we legally find on the internet or in public statements. We will use such materials in this case.

In fact, though, we do not need any more evidence than what we already have **from first-hand knowledge,** to put Google senior staff in prison. We know what will be confirmed in some of the upcoming leaks. Those leaks will only serve to double-down on the criminal and civil charges we have already made against Google. We have filed thousands of pages of evidence with the FBI, GAO, FTC, SEC, FEC and other law enforcement and regulatory agencies.

Google, YouTube, Alphabet, Jigsaw, In-Q-Tel, and all of their various front organizations, are controlled by the same people with the same bizarre agenda operating under bribery and payola schemes with famous politicians. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Our state and federal confirmed filings, our U.S. Patent records, the published news items and hundreds of signatories on our NDA's say that we built the first Google free-services-search website that the current Google copied. The people who launched the company you know as the current Google came to look at, and copy, our "original Google". We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google, and a company called Kleiner Perkins, have a campaign payola deal with White House executives. This deal trades search engine rigging for Cleantech "green money" handouts ordered up by White House staff from various state and federal agencies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has a contracted relationship with non-Congressionally approved rogue groups, like In-Q-Tel, Media Matters, Sid Blumenthal Group and New America Foundation; who use U.S. treasury funds to attack competitors. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Larry Page, Eric Schmidt, Ann Wojcicki and Sergey Brin did not build the first Google, they stole the technology from others, particularly us. Google, particularly the three founders, steal their technology. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We are Google's competitors that Google violated anti-monopoly and anti-trust laws against by operating Google as a "Cartel". We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has paid money to Gawker Media and Gawker Media has paid money to Google. We can prove it in court! News reports, Congressional and law enforcement reports already prove it. Google and Gawker Media have a series of quid-pro-quo relationships which provide for the mutual deployment of character assassinations of their business and political enemies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google's lawyer, and other Google associates, work in and control the U.S. Patent Office for the protection of Google patent territory. Google's patent staff took vendetta actions against us on orders from Google bosses. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bosses have demonstrated a lack of morality by the vast number of sexual scandals they have been involved in. This indicates a higher-than-normal predilection, by Google bosses, to engage in criminal and illicit activity. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has always had, and today fully has, total control over the text, links, results, adjacent results and all positioning of each and every Google search result and mnemonic impression and Google selectively adjusts those results in order to harm competitors and political adversaries and hype investor friends and partners like Elon Musk. Google lied to government regulators, in multiple nations, when Google stated that executives had no control over Google results. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We, our legal representatives, and others, sent hundreds of communications to Google asking Google to stop harassing, cyber-stalking and search engine locking attacks against us. Google refused to comply with attack reduction and, in fact, increased the attacks against us mentioned herein. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google receives operational orders from White House campaign financiers and those communications are recorded in emails and phone calls. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google stated on the record that it's search results change every few hours yet Google locked each attack they coordinated against us on the same top lines of the front page of Google, around the globe, for over five years without any shift in placement. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google meets the legal definition as an organized crime RICO-violation illicit "Cartel". We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bribes politicians to get Google's owned politicians to harm Google's competitors. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We placed thousands of server sensors in different ISP's in different locations around the entire internet for extended periods of time in order to catch Google rigging the internet and did, in fact, catch Google

rigging the internet. Others have emulated these tests and also caught Google rigging internet results. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google rigs the internet to hide misdeeds and company failures by Elon Musk while, concurrently, pumping up and hyping cover stories to hide those misdeeds because Larry Page and Elon Musk are best boyfriends and Google owns parts of Tesla and Tesla battery suppliers.  We have an internet tracking record from 2007 to today, comparing the daily results for Tesla and Elon Musk, vs. the top 15 global search engines vs. pro and con news on each. The results on Google were rigged by Google. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has received billions and billions of U.S. Treasury money that were exclusively provided to Google on a quid-pro-quo basis by politicians that Google financed. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google owns corrupt lithium mining interests along with Elon Musk. That is why a common search engine company is also building electric cars. Google and their partner, Elon Musk, do this in order to scam tens of billions of taxpayer dollars from DOE and DOT exclusive White House ordered government hand-outs. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google pumps marketing hype for stock market pump-and-dumps which inure exclusively to Google investors and against Google enemies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google sabotaged and circumvented our government funding and rerouted it to Google. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

There is much more factual data and evidence sets that, upon becoming public knowledge, will prove that White House staff and U.S. Senators are running cover-ups in order to protect their insider scam deal with Google, rig election perceptions and search results, and run Google as a "protection racket" using taxpayer resources."

# NOTES ON TESLA MOTORS, ELON MUSK AND STEVE JURVETSON

The Cartel orders public policy officials to cancel Plaintiffs funding and give it to them.

The Cartel was terrified of Plaintiffs technologies because over 10,000 federal, university and industry reports were stating that Plaintiffs technologies obsoleted the Cartel's technologies.

Plaintiffs products did not create a U.S. National security and Defendants technologies did. Defendants were terrified of this revelation. All of Plaintiffs resources could be acquired within domestic borders while Defendants resources require the instigation of wars in the Middle East for their profiteering efforts, particularly the mining of lithium and indium in Afghanistan for side-by-side Defendant assets Tesla and Solyndra, one of which was raided by the FBI, the other of which needs to be raided by the FBI.

Plaintiffs products cost less, had a better debt-ratio, were safer, had three times the range, created more domestic jobs, broke down less often and provided more retail and government pre-order letters of interest to the U.S. Congress than Defendants. Defendants were terrified of these advantafes and ordered their shills in Federal offices including David Axelrod, Robert Gibbs, Steven Rattner, Matt Rogers, Steven Chu, Lachlan Seward, The Spinner Family, et al, to circumvent and sabotage Plaintiffs while compensating those agents with cash, stock revolving door jobs, stock pumps and other largess.

# Consumer Safety Cover-up- The Tesla Motors Safety Scandal

**Report Draft 1.4 -**  Provided to NHTSA, FBI, DOJ, FTC, SEC, GAO, Governor, U.S. Senate, National Media, Voters Organizations

Public officials have been intentionally covering up a safety issue, reported to them, by multiple parties, in writing, as early as 2008, that has cost American lives, destroyed homes and introduced cancer and fetal damaging vapors into the environment.

The facts upon which these statements are based are proven by tens of thousands of published news stories, which document these incidents actually occurring, and, ironically, on published state, and federal reports, documenting credible findings which prove that these horrific safety incidents have occurred, and will continue to occur.

While these dangers are even more profoundly documented than the GM ignition switch disaster and the Takata air bag crisis, and far earlier, nothing has been done about the danger, aside from having Google remove all references to it on the Internet.

Why is this being covered up?

What sort of malfeasance would incite public officials to hide the facts about such an epic public danger?

**GREED!**

It turns out that Senators, and their families, ie: Feinstein, Reid, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that current, and former White House staff, ie: Gibbs, Axelrod, Plouffe, Eric Holder, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that Department of Energy leaders including Steven Chu and his staff, not only own stock and business interests in the companies that are creating the death, toxicity and destruction; they also help run those companies.

It turns out that State of California officials, including Tax and Controller officials, gave money to the companies that are creating the death, toxicity and destruction; and then helped take campaign funds in, from those companies, for themselves and their bosses.

It turns out that the Silicon Valley campaign manipulators who gave money to all of the above, including John Doerr, Eric Schmidt, Steve Jurvetson, etc. own parts, or all, of the companies that are creating the death, toxicity and destruction.

The facts are obvious: **Idiotic self-centered greed, by public officials, created a threat to public safety by placing personal profiteering over consumer welfare.**

This is a demand for justice and protection, on behalf of the public. It is unconscionable that American, and international, voters and consumers should have their lives, homes and health put at such risk by the wanton greed of out-of-control public servants.

The related 300+ page documentation report, (**_Federal Demand Report Re: Tesla Motors 2.1 .pdf_**) associated with this call for justice and consumer protection reveals, in stunning detail, the vast number of highly documented incidents, reports, lab tests and expert studies that prove that Tesla Motors is, not only, a scam; but a severe public safety hazard that has been systematically covered up by corrupt politicians.

_**The facts are clear.**_
The following facts are now documented in numerous broadcast, and published, news reports; federal reports, university studies and investigation field reports. The FBI, GAO, NHTSA, SEC and Congressional authorities have now received all of the confirming evidence, in writing:

- Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields
- Tesla Motors batteries blow up on their own
- Tesla Motors batteries blow up when they get wet
- Tesla Motors batteries fires cannot be put out by any common fire-fighting resources
- Tesla Motors batteries set themselves on fire
- Per MSDS documents, Tesla Motors batteries emit cancer-causing vapors when they burn

- Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, and environments where such incidents occur
- Fires in Tesla Motors vehicles turn the entire car into a slag pile of melted metal and plastic and turn the bodies, inside the Tesla, into "unrecognizable lumps"
- Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper
- In an accident, when a Tesla rolls over, molten metal and plastic can drip on and burn the occupants alive
- Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn
- Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus
- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage
- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage
- Per published lawsuits and news reports, the factories that make Tesla Motors batteries have been charged with the deaths, and potentially fatal illness, of over 1000 workers and the poisoning of nearby towns
- Panasonic, Tesla's battery partner, has been charged with corruption, toxic poisoning, dumping and price fixing by, at least, two different nations, including the U.S.
- Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards and Tesla's.
- Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible
- Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants
- Elon Musk's Space X vehicles and Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR
- Leaked Sandia National Labs and FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries
- Tesla's own "Superchargers" and home 3-prong chargers have set Tesla's, homes and businesses on fire
- Consumer rights groups contacted Erick Strickland, the head of the NHTSA, and charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests and lobbyist bribes, from Tesla, which got the investigation shut down
- NEPA regulations for the Tesla NUMMI factory in California and the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards
- Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes and subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing
- Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage

- ☐ Tesla Motors vehicles have been hacked and taken over. Their doors, steering, listening devices and navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs and into other vehicles, killing bystanders and Tesla drivers
- ☐ Three Tesla top engineers and two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day
- ☐ Multiple employees, founders, investors, marital partners, suppliers and others have sued Tesla Motors, and/or it's senior executives for fraud
- ☐ The above, and over 30 additional safety issues with Tesla Motors vehicles, have been documented, yet investigations have been covered up, and/or manipulated by public officials with a financial and political investment in Tesla Motors and lithium ion batteries. This level of cover-up is said to be a felony-level crime

Not all public officials have been implicated. Senator Chuck Schumer once publicly called for a safety review of lithium ion batteries but was shouted down by his peers. The public is encouraged to seek out public officials who will take action, on behalf of the public. The public is also encouraged to sue Tesla Motors in order to call attention to these outrages.

Members of the public are taking this news article to staff at Tesla show-rooms, and factories, world-wide, as well as the landlords, adjacent retail merchants and each of their insurance companies, globally. It is hoped that all adjacent parties will adjust their insurance coverage, accordingly, relative to these now, widely documented, issues.

At a point where the voting public have told leading polls (including Gallop, etc.) that they have the lowest trust in the U.S. Congress, in history, and the highest disdain for CORRUPTION, in a national election year, it would seem to be "political suicide" for public officials to further this cover-up.

# NOTES ON KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL

From the web book: **"Darkened Corridors, A ProPublica Live Wiki-Documentation"**

A gunshot rang through the corridors of San Francisco City Hall. A Mayor was dead and a new mayor was moved into position. The bullet that killed Mayor George Moscone on November 27, 1978 would lead to political corruption in 2016 that would change the course of the world. Systematized political rigging had breached a new era.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as The Silicon Valley Cartel.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of input. Did John Doerr have George Moscone killed? Did he also kill Rajeev Motwani, Vince Foster, Seth Rich, Forrest Hayes, Gary D. Conley, Ravi Kumar, Andrew Breitbart, or the 78 other folks who had information that Doerr would not like to see go public? Maybe not...maybe so.

What does the FBI think? Every single one of these people died before their time and they had information that threatened Doerr and his Silicon Valley political schemes.Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments. [7] [8] The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets.

Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions.[11] Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of-interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed an got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters.

The cover-up makes Watergate pale in comparison. Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.The media outed Feinstein and she never made it to the White House. The internet has dubbed her:

"The most corrupt living politician in America". While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this:

"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

The scheme worked stunningly, until it didn't. 60 Minutes has a great investigative segment called:

THE CLEANTECH CRASH. This tells the story of part of the corruption but it only begins the tale. Someone took the largest corrupt hand-out in U.S. history and then crashed all of the Silicon Valley Cartel's "Green Scheme" companies. It is thought that a GOP-based SWAT Team took on the task. The Cartel had already gotten most of their payola from skims off-the-top and from stock market pump-and-dumps created by exploiting the free government money that could be used to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skimmed the momentary high-points on the Wall Street stock exchange.

Kleiner loved to steal federal funds under the guise of "It will help the nation".The green-washing "Cleantech" deal didn't work out so well so they moved their pitch to "Let's stop terrorists". Kleiner had funded many database companies so Silicon Valley pitched Washington that all of their database companies could spy on every American and "see the future like Tom Cruise did in the movie Minority Report and catch bad guys before they become bad". This was just a scam to try to make the wasted internet toys stay relevant.

That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billions dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has

no application in real life.

The newest tactic is "Driverless Cars". Nobody wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

Our reporters will cover, in detail, how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles. We could not cover this story until now because we needed to wait until this Presidential election raised the interest level in such dirty deeds. We also needed to wait until someone like Wikileaks dropped the archives to prove that these kinds of insane and epic corruption deals actually happen. It is likely not the Russians who are responsible for all of the leaks but insiders from Google, KPBC, the DNC and Facebook. It may even be FBI moles who have been inside these operations as well as Ellen Pao-esque players who were simply disgusted by the corruption.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

**This publication is constantly updated by the internet via WikiPedia Process**

# Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel

The Cartel and their owned Federal and State employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense.

These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials, including the Hulk Hogan lawsuit, the public will get to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market.

Department of Energy Executives and their campaign financiers engaged in the following documented attacks against applicants who were competing with their personal stock holdings:

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- Disability and VA hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.


- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.


- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.


- Honeytraps and moles were employed by the attackers.


- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.


and many other forms of vengeance and retribution.


While most people may think that "hit-jobs" are the realm of Hollywood movie plots, these kinds of corporate assassination attempts do take place daily in big business and politics.

At the request of the U.S. Government, Scott developed and patented an energy technology that affected trillions of dollars of oil company and technology billionaire insider profits. He didn't realize this at the time. Now he wishes he had never gotten the call from Washington.

Let me make this point clearly: The control of **Trillions** of dollars of energy industry profits were being fought over by two groups and the Government plunked Scott down in the middle of that war. Scott had no affiliation with either group. He thought he was just accepting a challenge to help his nation.

He won commendation from the U.S. Congress in the Iraq War Bill, He won federal patents, he won a Congressional grant, he won a huge number of letters of acclaim and he won the wrath of a handful of insane billionaires who could not compete with his technology.

The attacks were carried out by California State employees and U.S. Government officials who had received payment from these billionaires.

Department of Energy Executives and their campaign billionaire handlers engaged in these attacks in order to control the solar and "green car" markets. The did not care about green issues, they only cared about green cash.

Federal and state employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense.

These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials and email leaks, including the Hulk Hogan lawsuit and the DNC and Panama Papers leaks, the public has gotten to see the depths to which public officials are willing to stoop rather than compete in the open market.

Department of Energy employees and State of California employees engaged in the following documented attacks against applicants who were competing with their billionaire backers personal stock holdings. Scott and the other applicants including Bright Automotive, Aptera, Eco-Motors and many more, suffered these attacks:

- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications were "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" took place.

- State and federal employees played an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

- Some applicants found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations without being provided with proper HazMat suits which DOE officials knew were required.

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- One Gary D. Conley and one Rajeev Motwani, both whistle-blowers in this matter, turned up dead under strange circumstances. They are not alone in a series of bizarre deaths related to the DOE.

- Disability and VA complaint hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.

- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.

- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.

- "Honey-traps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject.

- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.

- Targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.

So, the next time you are asked to "Serve Your Country", consider the implications if you do a good job.

While law enforcement, regulators and journalists are now clamping down on each, and every, one of the attackers, one-by-one, the process is slow. The victims have been forced to turn to the filing of lawsuits in order to seek justice.

**43**    PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

# Bibliography, Footnotes, References, Repositories

**Key Data Links:**

http://PACER.GOV    **Other Case Files**

http://breakingnewsreport.org

http://wp.me/P7j6BA-BUV

http://www.slush-fund.com

http://www.muckety.com/

http://gizmodom.net///GALLERY2

http://globalscoop.net/googleinvestigation

https://vid.me/VIDME_GLOBAL_3

http://xyzcase.xyz

http://xyzcase.xyz/files/data/public/4dd304

https://mega.nz/#F!6Rk1hC7K!5FxlpPi_eG52GnYuN_JmeA

The Big Leak Repository

There are over a million pages of evidence. Significant evidence has been pre-sorted into many cloud-based online repositories and archives online for the use of lawyers and investigators.

Previously filed law suits also have significant case files which can be acquired with Bates numbers already created.

SIGNED FOR XP VEHICLES GROUP:

SD Redmond

Dated Nov. 11, 2016

Response Deadline: November 14, 2016 at 4:00 p.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                       :

In re                    :     Chapter 11
                       :

Gawker Media LLC, *et al.*,[1]   :     Case No. 16-11700 (SMB)
                       :

         Debtors.    :     (Jointly Administered)
                       :
-------------------------------------------------------x

**NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION TO
PROOFS OF CLAIM FILED BY XP VEHICLES GROUP,
AND MOTION TO APPLY FED. R. CIV. P. 12(B)(6) AND 12(C)
PURSUANT TO BANKRUPTCY RULES 9014 AND 7012**

    **PLEASE TAKE NOTICE** that the undersigned have filed the attached *Debtors' First*

*Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R.*

*Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* (the "Objection"),

which seeks to alter your rights by disallowing your claims against the above-captioned Debtors.

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take place

on **December 1, 2016 at 10:30 a.m. (Eastern Time)** before the Honorable Judge Stuart M.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59567763 7