**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC, et al., | Case No. 16-11700 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**ORDER PURSUANT TO 11 U.S.C. § 362(d) (I) MODIFYING THE AUTOMATIC STAY, FOR "CAUSE", PURSUANT TO 11 U.S.C. § 362(d) TO PERMIT AN APPEAL IN STATE COURT LITIGATION INVOLVING A PERSONAL INJURY DEFAMATION CLAIM AGAINST DEBTOR; (II) AUTHORIZING A TRIAL IN STATE COURT OF WILLIAMS' PERSONAL INJURY DEFAMATION CLAIM AGAINST DEBTOR, SOLELY TO ESTABLISH LIABILITY AND AMOUNT OF WILLIAMS' CLAIM; AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS MAY BE APPROPRIATE**

**THIS MATTER** having been presented to the Court by motion (the "**Motion**") of Mitchell Williams ("**Williams**"), by and through its counsel, Chiesa Shahinian & Giantomasi PC, for the entry of an order (i) modifying the automatic stay, for "cause", pursuant to 11 U.S.C. § 362(d) to permit an appeal in State Court litigation involving a personal injury defamation claim against debtor; (ii) authorizing a trial in state court of Williams' personal injury defamation claim against debtor, solely to establish liability and amount of Williams' claim; and (iii) granting such other and further relief as may be appropriate; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

6324988.1

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, the moving papers, opposition, if any, arguments of counsel and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and good and sufficient cause appearing for the granting of the relief as set forth herein,

**IT IS ORDERED** as follows:

1. Williams' Motion is GRANTED as set forth herein.

2. The automatic stay is hereby modified to allow Williams, Debtor, their respective counsel, to perfect and proceed with the appeal (the "**Appeal**") of certain litigation, titled <u>Mitchell Williams v. The MLB Network, Inc., The Gawker Media Group, Inc., and Gawker Media, LLC</u>, Superior Court of New Jersey, Camden County, Law Division, Docket No.: L-3675-14, through and including, if necessary, to prosecute a jury trial to final determination by the Superior Court of New Jersey (the "**New Jersey State Court**").

3. The automatic stay is hereby modified to allow the Appellate Division of the New Jersey State Court to render a decision on the Appeal and enter any order in connection with the decision.

4. The automatic stay is hereby modified to allow the Law Division of the New Jersey State Court to conduct a trial and/or any other proceeding that is necessary to completely resolve the issues in the litigation as determined by the Appellate Division without further leave of the Bankruptcy Court.

5. This Order is binding upon the Debtors, the Office of the United States Trustee and upon any subsequent trustee appointed in this case.

6. Williams' counsel shall serve a copy of this Order on Debtors' counsel, the Office of the United States Trustee and any other party who entered an appearance on this motion.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
_____, 2016

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

6324988.1