**Objection Deadline: December 5, 2016, at 4:00 p.m.**

BRANNOCK & HUMPHRIES
Steven L. Brannock
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone: (813) 223-4300
Facsimile: (813) 262-0604

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                       :
In re                                                  :          Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :          Case No. 16-11700 (SMB)
                                                       :
                        Debtors.                       :          (Jointly Administered)
                                                       :
------------------------------------------------------x

**SECOND MONTHLY STATEMENT OF BRANNOCK & HUMPHRIES OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM OCTOBER 1, 2016, THROUGH OCTOBER 31, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| Name of Applicant: | Brannock & Humphries<br>Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | September 23, 2016 (*nunc pro tunc* to June 10, 2016)<br>[Docket No. 287] |
| Period for Which Fees and Expenses are<br>Incurred: | October 1, 2016 through and including October<br>31, 2016 |
| Fees Incurred: | $1,035.40 |
| Payment of Fees Requested (80%): | $828.32 |
| Expenses Incurred: | $57.36 |
| Expense Credit: | -$14.00 |
| Total Fees and Expenses Due: | $871.68 |

This is a:___X___Monthly _____ Interim_____ Final Application.

## PRELIMINARY STATEMENT

Brannock & Humphries ("B&H"), attorneys for Gawker Media LLC ("Gawker Media"),

Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. (f/k/a Kinja Kft.) ("Gawker

Hungary", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this

statement of fees and disbursements (the "Monthly Statement") for the period from October 1,

2016, through and including October 31, 2016, (the "Compensation Period") in accordance with

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals* [Docket No. 94] (the "Interim Compensation Order").  B&H requests: (a) interim

allowance and payment of compensation in the amount of $828.32 (80% of $1,035.40) of fees on

account of reasonable and necessary professional services rendered to the Debtors by B&H and

(b) reimbursement of actual and necessary costs and expenses in the amount of $57.36 incurred

by B&H during the Compensation Period.  During a review of recent costs and expenses, B&H

discovered an overcharge by CourtCall of $14.00 and has applied a $14.00 credit to Debtors'

account.    B&H  requests  payment  in  the  total  amount  of  $871.68.    B&H  currently  holds

$16,658.00 on retainer as disclosed in the Debtors' application to retain B&H.  Absent the filing

of a timely objection, B&H will apply the funds held on retainer in full payment of the $871.68

fees and expenses requested herein.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

1.  **Exhibit A** sets forth a timekeeper summary that includes the respective names,

positions, department, bar admissions, hourly billing rates and aggregate hours spent by each

B&H  professional  and  paraprofessional  that  provided  services  to  the  Debtors  during  the

Compensation  Period.    The  blended  hourly  billing  rate  of  B&H  attorneys  during  the

Compensation period is approximately $475.00. The blended hourly billing rate of legal assistants during the Compensation Period is approximately $140.00.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by B&H professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

3. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

4. **Exhibit D** sets forth detailed time records of B&H professionals for the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of expenses incurred by B&H in connection with services rendered to the Debtors during the Compensation Period for which B&H seeks reimbursement.

## NOTICE

6. Pursuant to the Interim Compensation Order, B&H has asked Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second

Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com); (e) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com).    Additionally, B&H is serving unredacted copies of the fee statement by FedEx to The Honorable Stuart M. Bernstein, U.S. Bankruptcy Court for the Southern District of New York, 1 Bowling Green, Room 723, New York, NY 10004, and by FedEx and e-mail to United States Trustee William K. Harrington, U.S. Trustee for the Southern District of New York, Attn: Greg M. Zipes & Susan Arbeit (Greg.zipes@usdoj.gov; Susan.arbeit@usdoj.gov), 201 Varick Street, Room 1006, New York, NY 10014.

Dated:  November 18, 2016

**/s/Steven L. Brannock**
Steven L. Brannock
BRANNOCK & HUMPHRIES
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone:  (813) 223-4300
Facsimile:  (813) 262-0604
sbrannock@bhappeals.com

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

### Exhibit A

**Timekeeper Summary**

**TOTAL TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 1.3 | $617.50 | $617.50 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 3.0 | $420.00 | $417.90[2] |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION |
|---|---|---|---|---|
| Partners and Counsel | $475.00 | 1.3 | $617.50 | $617.50 |
| Paraprofessionals/Staff | $140.00 | 3.0 | $420.00 | $417.90[3] |
| Total Fees Incurred | | 4.3 | $1,037.50 | $1,035.40 |

[2] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Matter.
[3] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Matter.

**GAWKER MEDIA LITIGATION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|---|---|---|
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 0.1 | $14.00 | $11.90 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|
| Paraprofessionals/Staff | $140.00 | 0.1 | $14.00 | $11.90 |
| Total Fees Incurred | | 0.1 | $14.00 | $11.90 |

**GAWKER BANKRUPTCY RETENTION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 1.3 | $617.50 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 2.9 | $406.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $475.00 | 1.3 | $617.50 |
| Paraprofessionals/Staff | $140.00 | 2.9 | $406.00 |
| Total Fees Incurred | | 4.2 | $1,023.50 |

**Exhibit B**

**Task Code Summary**

## TASK CODE SUMMARY

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Litigation | 0.1 | $14.00 |
| B&H Retention & Fee Applications | 4.2 | $1,023.50 |
| **TOTAL:** | 4.3 | $1,037.50 |

## Exhibit C

**Disbursement Summary**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNTS |
|---|---|
| CourtCall Charges | -$14.00 |
| Online Research | $7.70 |
| FedEx | $49.66 |
| **Total:** | **$43.36** |

## **Exhibit D**

**Time Detail**

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4411

**Billing Through:** Oct 31, 2016

---

### Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 10/14/2016 | SUD | Email S. Brannock regarding ███████ ████████. | 0.10 | $140.00 | $14.00 |
| | | | **Total Service Amount:** | | **$14.00** |
| | | | **Amount Due This Invoice:** | | **$14.00** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | | |
|---|---|---|---|---|---|
| **Sarah DePerto** | | SUD | 0.10 | $140.00 | $14.00 |

---

*We appreciate your business.*

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4409

**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 10/10/2016 | SLB | Work on the various administrative filings connected with the fee submission. | 0.80 | $475.00 | $380.00 |
| 10/12/2016 | SUD | Review bills and prepare monthly statement (0.9); conference with S. Brannock regarding ▮ (0.1). | 1.00 | $140.00 | $140.00 |
| 10/13/2016 | SUD | Telephone conference with Ropes & Gray regarding ▮▮▮▮▮ (0.2); conference with S. Brannock regarding ▮ (0.1). | 0.30 | $140.00 | $42.00 |
| 10/14/2016 | SUD | Email Jonathan Agudelo regarding ▮▮▮▮. | 0.10 | $140.00 | $14.00 |
| 10/17/2016 | SUD | Review fee application. | 0.10 | $140.00 | $14.00 |
| 10/19/2016 | SLB | Finalize bankruptcy fee package (.3); various conferences with the trial and bankruptcy team regarding ▮ (.2). | 0.50 | $475.00 | $237.50 |
| 10/19/2016 | SUD | Revise and finalize monthly fee application (0.6); telephone conference with Ropes & Gray regarding ▮ (0.1); email Ropes & Gray regarding ▮▮▮▮ (0.1). | 0.80 | $140.00 | $112.00 |
| 10/20/2016 | SUD | Make various revisions to monthly fee application (0.3); draft service letters and email regarding ▮▮▮▮ (0.2). | 0.50 | $140.00 | $70.00 |
| 10/24/2016 | SUD | Email Ropes & Gray regarding ▮▮▮▮. | 0.10 | $140.00 | $14.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4409

**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | | | **Total Service Amount:** | **$1,023.50** |
| | | | | **Amount Due This Invoice:** | **$1,023.50** |
| | | | | | *This invoice is due upon receipt* |

**Staff Summary**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| **Sarah DePerto** | | SUD | 2.90 | $140.00 | $406.00 |
| **Steven L. Brannock** | | SLB | 1.30 | $475.00 | $617.50 |

We appreciate your business.

**<u>Exhibit E</u>**

**Expense Detail**

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4412

**Billing Through:** Oct 31, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Reimbursable Expenses:** | | | | | |
| 10/31/2016 | | Online Research | | | $3.20 |

| | | |
|---|---|---|
| **Total Expenses:** | | **$3.20** |
| **Amount Due This Invoice:** | | **$3.20** |

*This invoice is due upon receipt*

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4410

**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Reimbursable Expenses:** | | | | | |
| 10/22/2016 | Fed Ex (1 of 2) | | | | $24.83 |
| 10/22/2016 | Fed Ex (2 of 2) | | | | $24.83 |
| 10/31/2016 | Online Research | | | | $4.50 |
| 10/31/2016 | Court Call - Credit | | | | -$14.00 |

| | |
|---|---|
| **Total Expenses:** | **$40.16** |
| **Amount Due This Invoice:** | **$40.16** |

*This invoice is due upon receipt*

We appreciate your business.