**Objection Deadline: December 5, 2016 at 4:00 p.m. (Prevailing Eastern Time)**

LEVINE SULLIVAN KOCH & SCHULZ, LLP
Seth D. Berlin
1899 L Street NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1100
Facsimile: (202) 861-9888

*Special Litigation Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------x

**SECOND MONTHLY STATEMENT OF LEVINE SULLIVAN KOCH & SCHULZ, LLP**
**OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS**
**INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND**
**DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (5056).   Their mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

| | |
|---|---|
| Name of Applicant: | **Levine Sullivan Koch & Schulz, LLP** |
| Date of Retention: | **September 23, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 288]** |
| Period for Which Compensation and Reimbursement is Sought: | **October 1, 2016 through October 31, 2016** |
| Fees Incurred: | **$93,174.00** |
| Reduction of Fees for Portions Attributable to Non-Debtor Defendants[2]: | **$9,759.91** |
| Total Net Fees: | **$83,414.09** |
| Total Fees Requested (at 80%): | **$66,731.27** |
| Total Expenses Requested (at 100%): | **$2,114.63** |
| Total Fees and Expenses Requested: | **$68,845.90** |
| Reduction Due to Application of Retainer[3]: | **$68,845.90** |
| Total Fees and Expenses Due Beyond Application of Retainer: | **$0.00** |

This is a(n):    __X__ Monthly    _____ Interim    _____ Final application.

---

[2] Pursuant to Paragraph 6 of this Court's Order Authorizing the Retention of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel (Dkt. 288) (the "Retention Order"), with respect to compensation of LSKS for services performed in connection with Actions involving Non-Debtor Defendants, the Debtors' estate shall be liable for 85% of the fees and 100% of expenses for services rendered jointly on behalf of the Debtors and Non-Debtor Defendants. Compensation for services rendered on behalf of both the Debtors and Non-Debtor Defendants (the "Non-Debtor Allocation") shall be due pursuant to arrangements between LSKS and the Non-Debtor defendants. As described in paragraph 11 of the Debtors' Application (Dkt. 132) and in paragraph 5 of the Declaration of Seth D. Berlin in support thereof (Dkt. 132), these matters are as follows: *Bollea I*, *Johnson*, *Terrill*, *Ayyadurai*, and *Huon*.

[3] Levine Sullivan has a total retainer balance of $73,171.68 with the Debtors. The Chief Restructuring Officer directed Levine Sullivan to seek to apply this amount to October fees and expenses requested in this Fee Statement. Absent any objections and upon expiration of the objection period for this Fee Statement, fees and expenses would be completely paid by application of $68,845.90 from the retainer.

## PRELIMINARY STATEMENT

Levine Sullivan Koch & Schulz, LLP ("Levine Sullivan"), special litigation attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from October 1, 2016 through and including October 31, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). After deducting 15 percent from its fees in matters in which it also represents Non-Debtor Defendants, pursuant to the Court's Retention Order, *see* note 2 *supra*, Levine Sullivan requests interim allowance and payment of compensation in the amount of $68,845.90 of fees on account of reasonable and necessary professional services rendered to the Debtors by Levine Sullivan, and of actual and necessary costs and expenses incurred by Levine Sullivan during the Compensation Period. Levine Sullivan requests authorization to apply the Debtors' outstanding retainer balance, *see* note 3 *supra*, which will not require additional payment by the estate at this time.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.    **Exhibit A** sets forth a schedule of the number of hours expended and fees incurred by Levine Sullivan professionals and paraprofessionals during the Compensation Period with respect to each matter.

2.    **Exhibit B** sets forth a timekeeper summary that includes the respective names, titles, bar admission dates, hourly billing rates, and aggregate hours spent on each separate matter by each Levine Sullivan professional and paraprofessional who provided services to the

Debtors during the Compensation Period.  The blended hourly billing rate of Levine Sullivan attorneys during the Compensation period is approximately $448.88.

3.       **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period, by matter.

4.       **Exhibit D** sets forth detailed time records of Levine Sullivan professionals for the Compensation Period, separately for each matter.[4]

5.       **Exhibit E** sets forth a complete itemization of expenses, by matter, incurred by Levine Sullivan in connection with services rendered to the Debtors during the Compensation Period for which Levine Sullivan seeks reimbursement.

**NOTICE**

6.       Pursuant to the Interim Compensation Order, Levine Sullivan has asked Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit;

---

[4] Pursuant to paragraph 5 of the Retention Order (Dkt. 288), Levine Sullivan has redacted time entries to remove information protected by the attorney-client privilege, attorney work-product doctrine and/or other applicable privileges.

(d) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (e) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (f) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).  Levine Sullivan is serving un-redacted copies of this statement on the Court and the United States Trustee for the Southern District of New York.

Dated: November 18, 2016                    Respectfully submitted,

                                            _____
                                            Seth D. Berlin
                                            LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                            1899 L Street NW
                                            Suite 200
                                            Washington, DC  20036
                                            Telephone:  202-508-1100
                                            Facsimile:  202-861-9888

**Exhibit A**

**<u>Statement of Fees by Matter</u>**

| MATTER | TOTAL HOURS BILLED | TOTAL FEES | PORTION ATTRIBUTED TO NON-DEBTOR DEFENDANTS[5] | TOTAL FEES FOR DEBTORS |
|---|---|---|---|---|
| *Bollea I* (00923-002) | 36.70 | $15,269.00 | $2,290.35 | $12,978.65 |
| *Terrill* (00923-010) | 47.70 | $20,680.50 | $3,102.08 | $17,578.42 |
| *Bollea II* (00923-014) | 1.10 | $556.50 | N/A | $556.50 |
| *Ayyadurai* (00923-015) | 67.70 | $29,116.50 | $4,367.48 | $24,749.02 |
| Bankruptcy Matters (00923-017) | 16.40 | $7,981.50 | N/A | $7,981.50 |
| Retention/Fee Applications (00923-018) | 46.10 | $19,570.00 | N/A | $19,570.00 |
| **TOTALS:** | **215.70** | **$93,174.00** | **$9,759.91** | **$83,414.09** |

---

[5] *See* note 2 *supra*.

**<u>Exhibit B</u>**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS[6] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Seth D. Berlin | Senior Partner | 1991 | $515.00 | *Bollea I, Terrill, Ayyadurai, Bankruptcy, Fee Application Bollea II* | 21.90 | $11,278.50 |
| Michael Berry | Partner | 2000 | $490.00 | *Bollea I, Bankruptcy, Fee Application, Bollea II* | 5.40 | $2,646.00 |
| Katherine M. Bolger | Senior Partner | 1999 | $515.00 | *Terrill, Ayyadurai,* | 51.70 | $26,625.50 |
| Chad R. Bowman | Partner | 2003 | $490.00 | *Bankruptcy, Fee Application* | 15.20 | $7,448.00 |
| Nathan E. Siegel | Senior Partner | 1992 | $515.00 | *Bankruptcy, Bollea II* | 1.00 | $515.00 |

---

[6] References to litigated matters are defined in paragraph 11 of the Debtors' Application (Dkt. 132) and in paragraph 5 of the Declaration of Seth D. Berlin in support thereof (Dkt. 132), as incorporated by paragraph 4(i) of the Retention Order.  Separate amounts are also provided herein for (a) general editorial counseling, as defined by paragraph 4(ii) of the Retention Order; (b) assistance provided to bankruptcy counsel regarding the pending lawsuits; and (c) preparing Levine Sullivan's retention application and fee submission (beyond the standard preparation of the firm's invoices).  Exhibit D includes detailed breakdowns of time incurred in connection with each of these separate matters.

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS[6] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Jeremy A. Kutner | Mid-Level Associate | 2014 | $380.00 | *Ayyadurai, Bankruptcy* | 13.60 | $5,168.00 |
| Adam Lazier | Mid-Level Associate | 2016 | $380.00 | *Terrill* | 23.00 | $8,740.00 |
| Maxwell S. Mishkin | Junior Associate | 2014 | $330.00 | *Bollea I* | 3.50 | $1,155.00 |
| Paul Safier | Senior Associate | 2009 | $405.00 | *Bollea I* | 26.40 | $10,692.00 |
| Thomas Sullivan | Senior Associate | 2009 | $405.00 | *Ayyadurai* | 2.00 | $810.00 |
| Shaina Ward | Senior Associate | 2009 | $405.00 | *Fee Application* | 36.40 | $14,742.00 |
| Scott Bailey | Paralegal | N/A | $215.00 | *Terrill, Ayyadurai* | 12.30 | $2,644.50 |
| Brian Earl | Paralegal | N/A | $215.00 | *Terrill, Ayyadurai* | 2.70 | $580.50 |
| Ryan Relyea | Paralegal | N/A | $215.00 | *Bankruptcy* | .60 | $129.00 |
| **TOTALS:** | | | | | **215.70** | **$93,174.00** |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $509.59 | 95.20 | $48,513.00 |
| Associates | $393.78 | 104.90 | $41,307.00 |
| Paraprofessionals | $215.00 | 15.60 | $3,354.00 |
| Blended Attorney Rate | $444.83 | | |
| **TOTALS:** | | **215.70** | **$93,174.00** |

## Exhibit C

**Disbursement Summary**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNTS |
|---|---|
| Litigation Support Vendors | $10.89 |
| Electronic Document Management Services | $2,103.74 |
| **TOTAL:** | **$2,114.63** |

C-1

**Exhibit D**

**Time Detail**



William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

November 1, 2016                                              Invoice  18953      MB

In Reference To:  00923-002 - Bollea v. Gawker Media, et al.

Client:  Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 10/01/16 | PJS | Continue drafting merits appeal brief. | 1.20 405.00/hr | 486.00 |
| 10/02/16 | PJS | Continue drafting merits appeal brief. | 0.90 405.00/hr | 364.50 |
| 10/03/16 | PJS | Continue drafting merits appeal brief. | 5.40 405.00/hr | 2,187.00 |
| 10/04/16 | PJS | Continue drafting merits appeal brief. | 7.20 405.00/hr | 2,916.00 |
| 10/05/16 | PJS | Continue drafting merits appeal brief. | 6.10 405.00/hr | 2,470.50 |
| 10/06/16 | SDB | Begin to review and revise draft merits appeal brief. | 2.30 515.00/hr | 1,184.50 |
| 10/07/16 | PJS | Review and revise draft merits appeal brief. | 0.30 405.00/hr | 121.50 |
| 10/07/16 | MB | Review draft merits appeal brief. | 0.70 490.00/hr | 343.00 |
| 10/09/16 | MB | Review draft of merits brief. | 1.00 490.00/hr | 490.00 |
| 10/10/16 | MB | Continue reviewing draft of merits brief and formulate strategy regarding same. | 1.10 490.00/hr | 539.00 |
| 10/10/16 | PJS | Review and revise draft merits appeal brief. | 0.40 405.00/hr | 162.00 |
| 10/11/16 | PJS | Outline revisions to merits appeal brief. | 0.30 405.00/hr | 121.50 |
| 10/13/16 | MB | Formulate strategy regarding ▮▮▮▮ | 0.40 490.00/hr | 196.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| William Holden | November 1, 2016 |
| I.D. 00923-002 - MB | Invoice  18953 |
| Re: Bollea v. Gawker Media, et al. | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/13/16 | PJS | Develop strategy regarding ████████ (.9); oversee legal research regarding ████ (.4); legal research regarding ████████ (1.2). | 2.50 405.00/hr | 1,012.50 |
| 10/13/16 | SDB | Address revisions to draft of merits appeal brief. | 1.30 515.00/hr | 669.50 |
| 10/19/16 | PJS | Draft, revise and arrange for filing of, status report in merits appeal (.8); review and revise merits appeal brief (1.3). | 2.10 405.00/hr | 850.50 |
| 10/26/16 | MSM | Legal research regarding ███████████ | 1.80 330.00/hr | 594.00 |
| 10/27/16 | MSM | Legal research regarding ███████████ | 1.70 330.00/hr | 561.00 |
| | | **For professional services rendered** | **36.70** | **$15,269.00** |

**Disbursements**

| Description | Amount |
|---|---|
| Electronic Document Management Services | 2,103.74 |
| **Total Disbursements** | **$2,103.74** |
| **Total Amount of this Bill** | **$17,372.74** |

**Levine Sullivan Koch & Schulz, LLP**

| | | | | |
|---|---|---|---|---|
| William Holden | | | | November 1, 2016 |
| I.D. 00923-002 - MB | | | | Invoice  18953 |
| Re: Bollea v. Gawker Media, et al. | | | | Page  3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 3.60 | 515.00 | 1,854.00 |
| Michael Berry | 3.20 | 490.00 | 1,568.00 |
| Paul J. Safier | 26.40 | 405.00 | 10,692.00 |
| Maxwell S. Mishkin | 3.50 | 330.00 | 1,155.00 |
| **Totals** | **36.70** | | **$15,269.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

November 1, 2016            Invoice 18952    KMB

In Reference To: 00923-010 - Ashley Terrill

Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/05/16 | AL | Draft brief for motion to dismiss. | 3.50<br>380.00/hr | 1,330.00 |
| 10/06/16 | SB | Review and revise pre-motion letter regarding ▓▓▓. | 1.10<br>215.00/hr | 236.50 |
| 10/07/16 | AL | Revise pre-motion correspondence in support of motion to dismiss. | 0.60<br>380.00/hr | 228.00 |
| 10/07/16 | KMB | Review correspondence regarding ▓▓▓. | 0.50<br>515.00/hr | 257.50 |
| 10/09/16 | KMB | Draft motion to dismiss. | 2.10<br>515.00/hr | 1,081.50 |
| 10/10/16 | SB | Finalize and file pre-motion letter and submit courtesy copy of same per Judge Buchwald's rules. | 0.80<br>215.00/hr | 172.00 |
| 10/10/16 | KMB | Finalize correspondence regarding ▓▓▓. | 2.00<br>515.00/hr | 1,030.00 |
| 10/11/16 | KMB | Exchange email with G. Stillman regarding ▓▓▓ (.3); draft motion to dismiss (.5). | 0.80<br>515.00/hr | 412.00 |
| 10/13/16 | AL | Review pre-motion correspondence from plaintiff and strategize regarding ▓▓▓. | 1.00<br>380.00/hr | 380.00 |
| 10/13/16 | KMB | Review correspondence from plaintiff's counsel and strategize regarding ▓▓▓ (1.4); review case assessment (1.0); exchange email with L. O'Bree regarding ▓▓▓ (.4). | 2.80<br>515.00/hr | 1,442.00 |
| 10/14/16 | BCE | Finalize and file notice of appearance for A. Lazier. | 0.30<br>215.00/hr | 64.50 |

**Levine Sullivan Koch & Schulz, LLP**

| | | | | |
|---|---|---|---|---|
| William Holden | | | November 1, 2016 | |
| I.D. 00923-010 - KMB | | | Invoice 18952 | |
| Re: Ashley Terrill | | | Page 2 | |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/14/16 | SDB | Review initial case assessment (.4); review response to pre-motion correspondence (.3). | 0.70 515.00/hr | 360.50 |
| 10/14/16 | KMB | Draft motion to dismiss. | 1.60 515.00/hr | 824.00 |
| 10/17/16 | KMB | Continue to draft motion to dismiss. | 1.00 515.00/hr | 515.00 |
| 10/18/16 | AL | Revise motion to dismiss. | 4.70 380.00/hr | 1,786.00 |
| 10/18/16 | KMB | Draft motion to dismiss. | 1.50 515.00/hr | 772.50 |
| 10/20/16 | AL | Continue to revise draft of motion to dismiss. | 5.00 380.00/hr | 1,900.00 |
| 10/20/16 | KMB | Telephone conference with L. Vu ▓▓▓▓▓ (1.0); draft motion to dismiss (1.0); exchange email with clients regarding ▓▓ (.2). | 2.20 515.00/hr | 1,133.00 |
| 10/21/16 | BCE | Finalize and file briefing schedule letter. | 0.40 215.00/hr | 86.00 |
| 10/21/16 | AL | Draft correspondence to court regarding briefing schedule for motion and exchange email with opposing counsel regarding ▓▓. | 0.80 380.00/hr | 304.00 |
| 10/21/16 | KMB | Revise correspondence regarding ▓▓▓▓▓ (.9); review motion to dismiss. (1.2). | 2.10 515.00/hr | 1,081.50 |
| 10/24/16 | KMB | Revise motion to dismiss. | 2.50 515.00/hr | 1,287.50 |
| 10/26/16 | AL | Legal research regarding ▓▓▓▓▓▓▓▓▓▓▓▓. | 2.80 380.00/hr | 1,064.00 |
| 10/27/16 | AL | Legal research regarding ▓▓▓▓▓▓▓▓▓▓▓. | 3.10 380.00/hr | 1,178.00 |
| 10/27/16 | KMB | Draft motion to dismiss. | 1.10 515.00/hr | 566.50 |
| 10/31/16 | AL | Draft notice of motion and correspondence to court summarizing motion and requesting oral argument. | 1.50 380.00/hr | 570.00 |
| 10/31/16 | KMB | Draft motion to dismiss. | 1.20 515.00/hr | 618.00 |

## Levine Sullivan Koch & Schulz, LLP

| William Holden | November 1, 2016 |
| I.D. 00923-010 - KMB | Invoice  18952 |
| Re: Ashley Terrill | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
|  |  | **For professional services rendered** | **47.70** | **$20,680.50** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Litigation Support Vendors | 10.89 |
| **Total Disbursements** | **$10.89** |
| **Total Amount of this Bill** | **$20,691.39** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| William Holden | November 1, 2016 |
| I.D. 00923-010 - KMB | Invoice 18952 |
| Re: Ashley Terrill | Page 4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.70 | 515.00 | 360.50 |
| Scott Bailey | 1.90 | 215.00 | 408.50 |
| Katherine M. Bolger | 21.40 | 515.00 | 11,021.00 |
| Brian C. Earl | 0.70 | 215.00 | 150.50 |
| Adam Lazier | 23.00 | 380.00 | 8,740.00 |
| **Totals** | **47.70** | | **$20,680.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

November 1, 2016                                          Invoice  18954    NES
In Reference To: 00923-014 - Bollea II
Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 10/14/16 | MB | Review ███████████ and exchange email with G. Thomas and R. Fugate regarding ████ (.2); review and revise draft status report (.1). | 0.40 490.00/hr | 196.00 |
| 10/14/16 | SDB | Review ████████████ and address ████████████. | 0.30 515.00/hr | 154.50 |
| 10/14/16 | NES | Review Bollea ████████ (.1); revise Gawker status report to appellate court (.3). | 0.40 515.00/hr | 206.00 |

| | | **For professional services rendered** | **1.10** | **$556.50** |

---

| | | **Total Amount of this Bill** | | **$556.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | | | |
|---|---|---|---|
| William Holden | | | November 1, 2016 |
| I.D. 00923-014 - NES | | | Invoice 18954 |
| Re: Bollea II | | | Page 2 |

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.30 | 515.00 | 154.50 |
| Nathan E. Siegel | 0.40 | 515.00 | 206.00 |
| Michael Berry | 0.40 | 490.00 | 196.00 |
| **Totals** | **1.10** | | **$556.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

November 1, 2016                                                    Invoice 18736    KMB

In Reference To: 00923-015 - Ayyadurai

Client: Gawker Media, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 10/02/16 | SDB | Draft correspondence to L. Obree regarding ▮▮▮▮▮ ▮▮▮ (2.9); review various record materials in connection with ▮▮ (.5); review and revise motion to dismiss brief and address opinion argument (1.0). | 4.40 515.00/hr | 2,266.00 |
| 10/03/16 | KMB | Draft motion to dismiss (1.4); revise case assessment (.8). | 2.10 515.00/hr | 1,081.50 |
| 10/04/16 | JAK | Revise motion to dismiss. | 6.10 380.00/hr | 2,318.00 |
| 10/04/16 | SDB | Address argument regarding ▮▮▮▮▮▮▮▮. | 0.20 515.00/hr | 103.00 |
| 10/04/16 | KMB | Draft motion to dismiss. | 4.50 515.00/hr | 2,317.50 |
| 10/05/16 | SDB | Address revisions to case assessment for L. Obree. | 0.40 515.00/hr | 206.00 |
| 10/05/16 | KMB | Draft motion to dismiss (2.1); finalize supporting papers (1.5). | 3.10 515.00/hr | 1,596.50 |
| 10/06/16 | SB | Review and revise motion to dismiss. | 4.70 215.00/hr | 1,010.50 |
| 10/06/16 | BCE | Review and revise record citations in motion to dismiss memorandum for accuracy and applicability. | 2.00 215.00/hr | 430.00 |
| 10/06/16 | SDB | Review and revise motion to dismiss brief. | 2.00 515.00/hr | 1,030.00 |
| 10/06/16 | KMB | Continue to draft motion to dismiss. | 3.30 515.00/hr | 1,699.50 |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | November 1, 2016 |
|---|---|
| I.D. 00923-015 - KMB | Invoice 18736 |
| Re: Ayyadurai | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/07/16 | SB | Further review and revise motion to dismiss. | 2.90 215.00/hr | 623.50 |
| 10/07/16 | KMB | Continue to draft motion to dismiss. | 4.00 515.00/hr | 2,060.00 |
| 10/07/16 | JAK | Continue to revise motion to dismiss and related documents. | 4.10 380.00/hr | 1,558.00 |
| 10/09/16 | KMB | Draft motion to dismiss (2.8); exchange email with T. Cornell regarding ▓▓▓ (.3). | 3.10 515.00/hr | 1,596.50 |
| 10/10/16 | SB | Further review and revise, and file and serve, motion to dismiss. | 2.80 215.00/hr | 602.00 |
| 10/10/16 | KMB | Finalize motion to dismiss (2.1); telephone conference with S. Tillman regarding ▓▓▓ (.4); telephone conference with J. Cook regarding ▓▓▓ (.6). | 3.10 515.00/hr | 1,596.50 |
| 10/10/16 | JAK | Revise motion to dismiss and related documents and proof papers for filing. | 2.60 380.00/hr | 988.00 |
| 10/12/16 | TBS | Legal research ▓▓▓▓▓▓▓▓▓▓▓▓. | 2.00 405.00/hr | 810.00 |
| 10/12/16 | SDB | Address ▓▓▓▓▓▓ | 0.40 515.00/hr | 206.00 |
| 10/12/16 | KMB | Exchange email (numerous) with Ropes and Gray regarding ▓▓▓▓▓ (.4); respond to complaint (.4). | 0.80 515.00/hr | 412.00 |
| 10/14/16 | SDB | Telephone conference with Ropes regarding ▓▓▓ (.9); address strategy in connection with ▓▓▓ (.8). | 1.70 515.00/hr | 875.50 |
| 10/14/16 | KMB | Telephone conference with R. Martin regarding ▓▓▓ (.7); email correspondence (numerous) to follow up regarding ▓▓▓ (.5). | 1.20 515.00/hr | 618.00 |
| 10/16/16 | KMB | Review correspondence regarding ▓▓▓ (.3); exchange email with S. Tillman regarding ▓▓▓▓▓▓ (.2). | 0.50 515.00/hr | 257.50 |
| 10/17/16 | SDB | Address extension and ▓▓▓▓▓ | 0.50 515.00/hr | 257.50 |
| 10/17/16 | KMB | Exchange email with R. Martin regarding ▓▓▓ (.6); exchange email and telephone conference with S. Tillman regarding ▓▓▓ | 1.80 515.00/hr | 927.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | | | | |
|---|---|---|---|---|
| William Holden | | | | November 1, 2016 |
| I.D. 00923-015 - KMB | | | | Invoice 18736 |
| Re: Ayyadurai | | | | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | (1.2). | | |
| 10/18/16 | KMB | Email correspondence and participate in telephone conference with plaintiff's counsel regarding ███████████. | 1.00<br>515.00/hr | 515.00 |
| 10/20/16 | KMB | Review court order and circulate to client. | 0.50<br>515.00/hr | 257.50 |
| 10/24/16 | JAK | Review local rules and disclosure obligations. | 0.60<br>380.00/hr | 228.00 |
| 10/24/16 | KMB | Strategize regarding ███████. | 0.20<br>515.00/hr | 103.00 |
| 10/27/16 | KMB | Telephone conference with R. Martin regarding ███████████ and follow up regarding ███████. | 1.10<br>515.00/hr | 566.50 |
| | **For professional services rendered** | | **67.70** | **$29,116.50** |
| | **Total Amount of this Bill** | | | **$29,116.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | | |
|---|---|---|
| William Holden | | November 1, 2016 |
| I.D. 00923-015 - KMB | | Invoice 18736 |
| Re: Ayyadurai | | Page 4 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 9.60 | 515.00 | 4,944.00 |
| Scott Bailey | 10.40 | 215.00 | 2,236.00 |
| Katherine M. Bolger | 30.30 | 515.00 | 15,604.50 |
| Brian C. Earl | 2.00 | 215.00 | 430.00 |
| Thomas B. Sullivan | 2.00 | 405.00 | 810.00 |
| Jeremy A Kutner | 13.40 | 380.00 | 5,092.00 |
| **Totals** | **67.70** | | **$29,116.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York,  NY  10020

November 1, 2016                                                          Invoice  18956    SDB
In Reference To: 00923-017 - Bankruptcy Matters
Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/04/16 | CRB | Review liquidation plan and disclosures regarding issues relating to Article Lawsuits and LSKS  representation. | 0.90 490.00/hr | 441.00 |
| 10/04/16 | JAK | Prepare ███████████████████ for bankruptcy counsel. | 0.20 380.00/hr | 76.00 |
| 10/05/16 | CRB | Prepare ████████████████████████ pursuant to request from Ropes (.3); review ████████████ requested by Ropes (.5). | 0.80 490.00/hr | 392.00 |
| 10/05/16 | MB | Prepare ████████████ requested by bankruptcy counsel (.5); exchange email with G. Galardi regarding ████ (.1). | 0.60 490.00/hr | 294.00 |
| 10/05/16 | SDB | Address ███████████████████ as requested by Ropes (.3); respond to inquiry from W. Holden regarding █████ (.2). | 0.50 515.00/hr | 257.50 |
| 10/07/16 | CRB | Prepare requested materials █████████ for Ropes. | 0.40 490.00/hr | 196.00 |
| 10/10/16 | SDB | Telephone conference with G. Galardi regarding ██████████ █████. | 0.40 515.00/hr | 206.00 |
| 10/10/16 | CRB | Prepare and transmit ████████████ to Ropes pursuant to request for use ████████████████ (.3); prepare case update for ██████ upon request (.2). | 0.50 490.00/hr | 245.00 |
| 10/13/16 | MB | Analyze issues regarding ████████████. | 0.20 490.00/hr | 98.00 |

## Levine Sullivan Koch & Schulz, LLP

| | | | | |
|---|---|---|---|---|
| William Holden | | | | November 1, 2016 |
| I.D. 00923-017 - SDB | | | | Invoice 18956 |
| Re: Bankruptcy Matters | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/13/16 | SDB | Address issue related to ▓▓▓▓ (.4); telephone conference and exchange email with C. O'Connor and W. Holden regarding ▓▓ (.5). | 0.90 515.00/hr | 463.50 |
| 10/14/16 | SDB | Review and analyze ▓▓▓▓ and exchange email and telephone conference with P. Walkingshaw regarding ▓▓. | 0.70 515.00/hr | 360.50 |
| 10/14/16 | CRB | Review ▓▓▓▓, at request of Ropes, and coordinate regarding same. | 1.60 490.00/hr | 784.00 |
| 10/17/16 | CRB | Prepare ▓▓▓▓ at request of Ropes. | 0.90 490.00/hr | 441.00 |
| 10/18/16 | RRR | Request hearing transcripts from Camden County Superior Court in Williams matter. | 0.60 215.00/hr | 129.00 |
| 10/19/16 | CRB | Prepare ▓▓▓▓, at request of Ropes. | 1.50 490.00/hr | 735.00 |
| 10/19/16 | SDB | Exchange email with R. Martin regarding ▓▓▓▓ (.3); review and revise same (.4); review ▓▓ in connection with same (.3). | 1.00 515.00/hr | 515.00 |
| 10/20/16 | CRB | Complete review of ▓▓▓▓ and ▓▓▓▓, per Ropes request. | 2.90 490.00/hr | 1,421.00 |
| 10/20/16 | SDB | Review and revise ▓▓▓▓ and address same. | 0.50 515.00/hr | 257.50 |
| 10/21/16 | SDB | Respond to inquiry from E. Bierut regarding ▓▓▓▓. | 0.20 515.00/hr | 103.00 |
| 10/24/16 | NES | Exchange email with R. Martin regarding ▓▓▓▓. | 0.20 515.00/hr | 103.00 |
| 10/24/16 | SDB | Telephone conference and exchange email with R. Martin regarding ▓▓▓▓ and respond to questions regarding ▓▓. | 0.50 515.00/hr | 257.50 |
| 10/27/16 | NES | Telephone conference with R. Martin regarding ▓▓▓▓. | 0.20 515.00/hr | 103.00 |

## Levine Sullivan Koch & Schulz, LLP

| William Holden | | | | | |
|---|---|---|---|---|---|
| I.D. 00923-017 - SDB | | | | | |
| Re: Bankruptcy Matters | | | | | |

November 1, 2016
Invoice 18956
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/28/16 | NES | Exchange email with Ropes to provide information on ▮▮▮▮ ▮▮▮. | 0.20 515.00/hr | 103.00 |
| | | **For professional services rendered** | **16.40** | **$7,981.50** |
| | | **Total Amount of this Bill** | | **$7,981.50** |

### Levine Sullivan Koch & Schulz, LLP

| | | |
|---|---|---|
| William Holden | | November 1, 2016 |
| I.D. 00923-017 - SDB | | Invoice 18956 |
| Re: Bankruptcy Matters | | Page 4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 4.70 | 515.00 | 2,420.50 |
| Nathan E. Siegel | 0.60 | 515.00 | 309.00 |
| Michael Berry | 0.80 | 490.00 | 392.00 |
| Chad R. Bowman | 9.50 | 490.00 | 4,655.00 |
| Ryan R. Relyea | 0.60 | 215.00 | 129.00 |
| Jeremy A Kutner | 0.20 | 380.00 | 76.00 |
| **Totals** | **16.40** | | **$7,981.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

November 1, 2016                                         Invoice  18957    SDB
In Reference To:  00923-018 - Bankruptcy Retention/Fee Applications
Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/06/16 | CRB | Review September time statements for privilege redactions. | 0.40 490.00/hr | 196.00 |
| 10/10/16 | CRB | Supervise preparation of materials for initial fee application. | 0.10 490.00/hr | 49.00 |
| 10/13/16 | CRB | Continue to review privilege redactions and coordinate mechanics of submission of unredacted statements to the Court. | 0.20 490.00/hr | 98.00 |
| 10/13/16 | SDW | Review invoices redacted for privileged information and revise first monthly fee statement. | 2.00 405.00/hr | 810.00 |
| 10/13/16 | MB | Review bill for Bollea I to redact privileged material. | 0.30 490.00/hr | 147.00 |
| 10/14/16 | SDW | Continue to revise first monthly fee statement and review additional redacted invoices and expense backup. | 2.30 405.00/hr | 931.50 |
| 10/17/16 | SDB | Redact privileged information from invoices and address same. | 0.80 515.00/hr | 412.00 |
| 10/17/16 | SDW | Continue to revise first monthly fee statement and review invoices regarding same. | 5.30 405.00/hr | 2,146.50 |
| 10/17/16 | MB | Exchange email with S. Brannock regarding fee petition and review S. Brannock draft of redacted bills. | 0.30 490.00/hr | 147.00 |
| 10/18/16 | SDB | Review and revise fee application and address same. | 0.60 515.00/hr | 309.00 |
| 10/18/16 | SDW | Continue to finalize first monthly fee statement. | 4.00 405.00/hr | 1,620.00 |

**Levine Sullivan Koch & Schulz, LLP**

---

| William Holden | | | November 1, 2016 |
| I.D. 00923-018 - SDB | | | Invoice 18957 |
| Re: Bankruptcy Retention/Fee Applications | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 10/18/16 | CRB | Review revised initial fee application (.8); review fee applications for local counsel firms (.3). | 1.10 490.00/hr | 539.00 |
| 10/19/16 | CRB | Review revised initial fee application and privilege redactions to detailed statements of legal work done in ongoing litigation matters. | 2.30 490.00/hr | 1,127.00 |
| 10/19/16 | SDB | Review and revise fee application for June through September. | 0.80 515.00/hr | 412.00 |
| 10/19/16 | SDW | Continue to finalize draft of first monthly fee statement and exchange communication with J. Agudelo regarding same. | 3.70 405.00/hr | 1,498.50 |
| 10/19/16 | MB | Review Thomas LoCicero invoice redactions for fee petition and exchange email with C. Capps regarding same. | 0.40 490.00/hr | 196.00 |
| 10/20/16 | CRB | Oversee preparation and submission of initial fee application and redacted version of same. | 1.20 490.00/hr | 588.00 |
| 10/20/16 | SDB | Review and revise final of fee application for June through September and address same. | 0.80 515.00/hr | 412.00 |
| 10/20/16 | SDW | Finalize and prepare first monthly fee statement for filing, and unredacted copy of same for client and U.S. Trustee. | 7.50 405.00/hr | 3,037.50 |
| 10/24/16 | SDW | Review bankruptcy court rules and procedures regarding interim fee application, and begin draft of same. | 2.00 405.00/hr | 810.00 |
| 10/24/16 | CRB | Review procedure for required quarterly interim fee application. | 0.40 490.00/hr | 196.00 |
| 10/25/16 | SDW | Continue to revise first interim fee application. | 3.30 405.00/hr | 1,336.50 |
| 10/27/16 | SDW | Continue to draft interim fee application. | 1.00 405.00/hr | 405.00 |
| 10/31/16 | SDW | Continue to draft and revise first interim fee application and review bankruptcy rules regarding same. | 5.30 405.00/hr | 2,146.50 |

| | | **For professional services rendered** | **46.10** | **$19,570.00** |
| | | **Total Amount of this Bill** | | **$19,570.00** |

### Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| William Holden | November 1, 2016 |
| I.D. 00923-018 - SDB | Invoice  18957 |
| Re: Bankruptcy Retention/Fee Applications | Page  3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 3.00 | 515.00 | 1,545.00 |
| Michael Berry | 1.00 | 490.00 | 490.00 |
| Chad R. Bowman | 5.70 | 490.00 | 2,793.00 |
| Shaina D Ward | 36.40 | 405.00 | 14,742.00 |
| **Totals** | **46.10** | | **$19,570.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

**Exhibit E**

**Disbursement Detail**

| Date | Name | Amount | Matter | Category | Description |
|---|---|---|---|---|---|
| 10/12/16 | Integreon | $2,103.74 | *Bollea I* | Electronic Document Management | Data management services |
| 10/12/16 | New York City Bar Association | 10.89 | *Terrill* | Litigation Support Vendors | Legal research |

E-1