UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                              :

In re                             :      Chapter 11
                                :

Gawker Media LLC, *et al.*,[1]      :      Case No. 16-11700 (SMB)
                                :

            Debtors.      :      (Jointly Administered)
                                :
                                :
---------------------------------------------------x

**THIRD MONTHLY STATEMENT OF CITRIN COOPERMAN & COMPANY, LLP OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016</u>**

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP<br>Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | October 1, 2016 through and including October 31, 2016 |
| Fees Incurred: | <u>$32,651.50[2]</u> |
| Payment of Fees Requested (80%): | <u>$26,121.20</u> |
| Expenses Incurred: | <u>$0.00</u> |
| Total Fees and Expenses Due: | <u>$26,121.20</u> |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

[2] The actual fees incurred during the period were $35,373.75. However, in accordance with Citrin Cooperman & Company's retention by the Debtors, we have included a discount of $2,722.25. which represents a 20% discount of actual fees incurred relating to the audit of the 401(k) plan. This results in Fees Incurred, as presented above, of $32,651.50.

This is a:___X___Monthly _____ Interim_____ Final Application.

## PRELIMINARY STATEMENT

1. Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc. ("GMGI" and collectively with Gawker Media, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from October 1, 2016 through and including October 31, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Citrin requests: (a) interim allowance and payment of compensation in the amount of $26,121.20 (80% of $32,651.50) of fees on account of reasonable and necessary professional services rendered to the Debtors by Citrin and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Citrin during the Compensation Period. Citrin requests payment in the total amount of $26,121.20.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates and aggregate hours spent by each Citrin professional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Citrin professionals during the Compensation period is approximately $359.12.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Citrin professionals in rendering services to the Debtors during the Compensation Period.

3

4. **Exhibit C** sets forth detailed time records of Citrin professionals for the Compensation Period.

*[Remainder of this page intentionally left blank.]*

## NOTICE

Pursuant to the Interim Compensation Order, Citrin has asked the Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated:  November 18, 2016
New York, NY

*/s/ Michael E. Rhodes*
Michael E. Rhodes
CITRIN COOPERMAN & COMPANY LLP
529 Fifth Avenue
New York, NY 10017
Telephone:  (212) 697-1000
Facsimile:  (212) 697-1004
mrhodes@citrincooperman.com
*Independent Auditor and Accounting*
*Services Provider to the Debtors and*
*Debtors in Possession*

**<u>Exhibit A</u>**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Cianciaruso, Michael | Staff | Tax | $ 190.00 | 1.00 | $ 190.00 |
| Domian, Estera | Staff | Audit & Accounting | $ 185.00 | 7.50 | $ 1,387.50 |
| Freel, Michael | Manager | State & Local Tax | $ 410.00 | 32.75 | $ 13,427.50 |
| Gaebel, Katerina | Staff | Audit & Accounting | $ 170.00 | 2.00 | $ 340.00 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 2.75 | $ 1,265.00 |
| McCumiskey, Michael | Manager | Audit & Accounting | $ 370.00 | 15.25 | $ 5,642.50 |
| Poliseo, Angela | Staff | Audit & Accounting | $ 260.00 | 18.00 | $ 4,680.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 560.00 | 2.50 | $ 1,400.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 475.00 | 12.00 | $ 5,700.00 |
| Staron, Karolina | Staff | Audit & Accounting | $ 170.00 | 3.00 | $ 510.00 |
| Tsambiras, Soula | Partner | Audit & Accounting | $ 475.00 | 1.75 | $ 831.25 |
| Total Compensation | | | $ 359.12 | 98.50 | $ 35,373.75 |

**SUMMARY BY LEVEL**

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $    488.08 | 16.25 | 7,931.25 |
| Directors | $    460.00 | 2.75 | 1,265.00 |
| Managers | $    397.29 | 48.00 | 19,070.00 |
| Staff | $    225.63 | 31.50 | 7,107.50 |
| **Total Fees Incurred** | | **98.50** | **35,373.75** |

**<u>Exhibit B</u>**

**Task Code Summary**

**TASK CODE SUMMARY**

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 203 | Prep of Audited Financial Statements | 46.50 | $ 13,611.25 |
| 214 | Other Special Projects | 1.50 | $ 690.00 |
| 300 | Taxes - General | 2.25 | $ 765.00 |
| 613 | SALT Professionals | 48.25 | $ 20,307.50 |
| **TOTAL** | | **98.50** | **$ 35,373.75** |

**Exhibit C**

**Time Detail**

Citrin Cooperman & Company, LLP
Billing Worksheet
Client - Client Code
For the Period: 10/01/2016 - 10/31/2016
WIP Approved ( 10/31/2016 )

| WIP - Gawker Media (0) - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 203 Prep of Audited Statements | Domian, Estera | 10/27/2016 | Revision of financial statements, preparation of checklists and trial balance. | $ 185.00 | 5.25 | $ 971.25 |
| ACCT | 203 Prep of Audited Statements | Domian, Estera | 10/28/2016 | Preparation of trial balance and checklists. | $ 185.00 | 2 | $ 370.00 |
| ACCT | 203 Prep of Audited Statements | Domian, Estera | 10/31/2016 | Telephone conference with Mike and Angela. | $ 185.00 | 0.25 | $ 46.25 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/24/2016 | kick off call, set up file, obtain staffing, gather documents | $ 370.00 | 2 | $ 740.00 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/25/2016 | 401(k) audit | $ 370.00 | 1.5 | $ 555.00 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/26/2016 | Call with Heidi to go over PBC list, discuss docume nts needed and how and what we need ASAP | $ 370.00 | 1.25 | $ 462.50 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/27/2016 | 401(k) audit | $ 370.00 | 3.5 | $ 1,295.00 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/28/2016 | 401(k) audit | $ 370.00 | 3 | $ 1,110.00 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 10/31/2016 | 401(k) audit | $ 370.00 | 4 | $ 1,480.00 |
| ACCT | 203 Prep of Audited Statements | Poliseo, Angela | 10/25/2016 | 401k audit | $ 260.00 | 1 | $ 260.00 |
| ACCT | 203 Prep of Audited Statements | Poliseo, Angela | 10/26/2016 | 401k audit | $ 260.00 | 6 | $ 1,560.00 |
| ACCT | 203 Prep of Audited Statements | Poliseo, Angela | 10/27/2016 | 401k audit | $ 260.00 | 3 | $ 780.00 |
| ACCT | 203 Prep of Audited Statements | Poliseo, Angela | 10/31/2016 | 401k audit | $ 260.00 | 5.5 | $ 1,430.00 |
| ACCT | 203 Prep of Audited Statements | Poliseo, Angela | 10/31/2016 | 401k Audit | $ 260.00 | 2.5 | $ 650.00 |
| ACCT | 203 Prep of Audited Statements | Rhodes, Michael | 10/24/2016 | 401(k) audit planning meeting | $ 560.00 | 1 | $ 560.00 |
| ACCT | 203 Prep of Audited Statements | Staron, Karolina | 10/31/2016 | Update audit programs, and financial | $ 170.00 | 3 | $ 510.00 |
| ACCT | 203 Prep of Audited Statements | Tsambiras, Soula | 10/24/2016 | cal w/client 401k audit | $ 475.00 | 0.75 | $ 356.25 |
| ACCT | 203 Prep of Audited Statements | Tsambiras, Soula | 10/25/2016 | 401(k) audit | $ 475.00 | 0.5 | $ 237.50 |
| ACCT | 203 Prep of Audited Statements | Tsambiras, Soula | 10/28/2016 | 401k follow up | $ 475.00 | 0.5 | $ 237.50 |
| taxes | 214 Other Special Projects | LiRosi, Pau | 10/03/2016 | tax response on depreciation for lynn | $ 460.00 | 0.5 | $ 230.00 |
| Cons | 214 Other Special Projects | LiRosi, Paul | 10/19/2016 | Meeting with Lynn Loden to review open tax issues | $ 460.00 | 1 | $ 460.00 |
| taxes | 300 Tax General | LiRosi,Pau | 10/05/2016 | update 1139 | $ 460.00 | 0.25 | $ 115.00 |
| taxes | 301 Tax General | Cianciaruso, Michael | 10/04/2016 | prepared 2015 Form 1139 for NOL incurred in tax year 2015. Gathered information for tax years 2014, 2013, 2011 & 2010 in which the Corp had Taxable Income to offset with 2015 NOL. | $ 190.00 | 1 | $ 190.00 |
| taxes | 301 Tax General | LiRosi,Pau | 10/04/2016 | form 1139 | $ 460.00 | 1 | $ 460.00 |
| ACCT | 613 SALT Professionals | Gaebel, Katerina | 10/06/2016 | Extracting schedules from Net Suite | $ 170.00 | 2 | $ 340.00 |
| taxes | 613 SALT Professionals | Rhodes, Michael | 10/05/2016 | Research for NYS audit requests | $ 560.00 | 1.5 | $ 840.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/04/2016 | reveiw sales tax audit support and meet with Eugene R. to go over same; prepare summary schedule of potential tax reduction; follow up e-mails to Mike R. and Eugene R. re: additional support needed | $ 410.00 | 5.5 | $ 2,255.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 10/05/2016 | NYS sales tax audit - review info for add'l fixed asset exceptions support for additional tax reduction and revise summary spreadsheet re: same; call and e-mail to NYS auditor to schedule a meeting; discuss with Eugene R., tele conf. call with Mike R. and Eugene re: status and additional info needed | $ 410.00 | 3.5 | $ 1,435.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/06/2016 | follow up e-mail from Mike R. re: MIX and Don't Think Productions invoices, research re: same and summary e-mail to Eugene R.; review additional expansion period audit support and print same for auditor; tele conf call with NYS auditor and Eugene R.; draft e-mail to Will Holden re: status of audit for Eugene; follow-up e-mail to Mike R. re: add'l fixed asset invoices needed | $ 410.00 | 5 | $ 2,050.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/07/2016 | discuss NYS sales tax audit w/ Eugene R.; review expense accounts for additional audit support | $ 410.00 | 0.5 | $ 205.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/10/2016 | review support for additional expense exception arguments, update summary argument spreadsheet re: same | $ 410.00 | 2.25 | $ 922.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/11/2016 | discuss NYS sales tax audit with Eugene R., organize info for meeting with auditor | $ 410.00 | 0.5 | $ 205.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/12/2016 | NYS tax audit - review support and meet with auditors to go over stacks of it; discussions with Eugene R. re: same | $ 410.00 | 7.5 | $ 3,075.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/13/2016 | NYS sales tax audit - penalty abatement letter | $ 410.00 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/14/2016 | discuss need for timeline of audit with Eugene R.; review docs and e-mails and draft report summarizing audit for Eugene | $ 410.00 | 2.25 | $ 922.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/24/2016 | e-mails to/from Eugene R. re: NYS sales tax audit | $ 410.00 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/25/2016 | discuss NYS sales tax audit with Eugene R. | $ 410.00 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/26/2016 | review and analyze NYS auditor's revised expense exception w/p's, discuss with Eugene R. | $ 410.00 | 1 | $ 410.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/27/2016 | e-mails to/from Eugene R. re: projected tax related to auditor's fixed asset exceptions, discuss with Eugene; prepare draft penalty abatement letter for Eugene | $ 410.00 | 3.25 | $ 1,332.50 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/28/2016 | discuss NYS sales tax auditor w/p's with Eugene R., e-mail re: auditor's adjustments | $ 410.00 | 0.5 | $ 205.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 10/31/2016 | e-mails re: settlement negotiations | $ 410.00 | 0.25 | $ 102.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/04/2016 | Internal discussion regarding status of New York sales tax audit. | $ 475.00 | 1 | $ 475.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/05/2016 | Internal correspondence regarding status of New York sales tax audit, including availability of documentation and issue of expanding the audit period to a current date. | $ 475.00 | 0.5 | $ 237.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/06/2016 | Call with auditor about status of case and setting next meeting; email to W. Holden on status of audit. | $ 475.00 | 0.5 | $ 237.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/11/2016 | Internal correspondence regading preparation for New York sales tax audit meeting. | $ 475.00 | 0.5 | $ 237.50 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/12/2016 | Internal correspondence on sales tax audit meeting progress; meetings with auditors; document estimated assessment numbers; discussion with M. Freel regarding drafting of penalty abatement request. | $ 475.00 | 1.75 | $ 831.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/14/2016 | Call with W. Holden regarding status of New York sales/use tax audit; correspondence with auditor regarding receiving revised workpapers; internal correspondence regarding developing status report for possible presentation to unsecured creditors committee. | $ 475.00 | 0.75 | $ 356.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/18/2016 | Revisions to sales tax audit progress report; correspondence with W. Holden on same; correspondence with auditor on workpapers and status of case. | $ 475.00 | 1.75 | $ 831.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/25/2016 | Internal correspondence regarding status of report requested by W. Holden and approach to auditor discussions. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/26/2016 | Correspondence with auditor and W. Holden on status of New York sales tax audit and deadline issues; review of auditor's recently-updated workpapers; email to auditor on capital asset workpapers; discussion with staff regarding further review of expense workpapers regarding expected results; call with Opportune and attorney to discuss status of audit (35 mins). | $ 475.00 | 1.75 | $ 831.25 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/27/2016 | Review of existing sales/use tax audit workpapers to determine means of reducing preliminary assessment. | $ 475.00 | 0.25 | $ 118.75 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/28/2016 | Draft email to sales tax auditor on disputed item and settlement discussions, including further review of workpapers and related calculations. | $ 475.00 | 1 | $ 475.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 10/31/2016 | Call with auditor about expense and fixed asset issues, as well as settlement discussion; additional related calculations; email to auditor on same; additional phone calls with auditor and supervisor; emails with W. Holden on same. | $ 475.00 | 2 | $ 950.00 |
| | | | | | | 98.5 | $ 35,373.75 |



# CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY 10011*

*Invoice No.    725821*
*Date          11/18/2016*
*Client No.     42254.0*

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2016 AS FOLLOWS:

NYS SALES AND USE TAX AUDIT

| | | |
|---|---|---|
| M. RHODES | 1.50 HRS @ $560/HR | $     840.00 |
| E. RUVERE | 12.00 HRS @ $475/HR | 5,700.00 |
| M. FREEL | 32.75 HRS @ $410/HR | 13,427.50 |
| K. GAEBEL | 2.00 HRS @ $170/HR | 340.00 |

AUDIT OF THE GAWKER MEDIA 401 (K) PLAN

| | | |
|---|---|---|
| M. RHODES | 1.00 HR  @ $560/HR | 560.00 |
| S. TSAMBIRAS | 1.75 HRS @ $475/HR | 831.25 |
| M. MCCUMISKEY | 15.25 HRS @ $370/HR | 5,642.50 |
| A. POLISEO | 18.00 HRS @ $260/HR | 4,680.00 |
| E. DOMIAN | 7.50 HRS @ $185/HR | 1,387.50 |
| K. STARON | 3.00 HRS @ $170/HR | 510.00 |

PREPARATION OF FORM 1139

| | | |
|---|---|---|
| P. LIROSI | 1.25 HRS @ $460/HR | 575.00 |
| M. CIANCIARUSO | 1.00 HR  @ $190/HR | 190.00 |

ACCOUNTING AND TAX ADVISORY SERVICES

| | | |
|---|---|---|
| P. LIROSI | 1.50 HRS @ $460/HR | 690.00 |

|  |  |
|---|---|
| TOTAL FEES THIS PERIOD | 35,373.75 |
| COURTESY DISCOUNT (20% of fees related to 401(k) Plan Audit) | (2,722.25) |
| Total This Invoice | $   32,651.50 |

## Payment due upon receipt.

Please include this page or make reference to the invoice number and client number on your check
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.