CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
Robert E. Nies, Esq. (rnies@csglaw.com)
Michael R. Caruso, Esq. (mcaruso@csglaw.com)
*Attorneys for Mitchell Williams*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC, et al., | Case No. 16-11700 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MITCHELL WILLIAMS' APPLICATION TO SHORTEN NOTICE PERIOD WITH RESPECT TO HIS MOTION FOR AN ORDER (I) MODIFYING THE AUTOMATIC STAY, FOR "CAUSE", PURSUANT TO 11 U.S.C. § 362(d) TO PERMIT AN APPEAL IN STATE COURT LITIGATION INVOLVING A PERSONAL INJURY DEFAMATION CLAIM AGAINST DEBTOR; (II) AUTHORIZING A TRIAL IN STATE COURT OF WILLIAMS' PERSONAL INJURY DEFAMATION CLAIM AGAINST DEBTOR, SOLELY TO ESTABLISH LIABILITY AND AMOUNT OF WILLIAMS' CLAIM; AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS MAY BE APPROPRIATE**

Upon Mitchell Williams ("**Williams**") application (the "**Application to Shorten**") for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rules 9006-1(b) and 9077-1(a) of the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), shortening the notice period with respect to Williams' *Motion for an Order (I) Modifying the Automatic Stay, For "Cause",*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

6329213.1

*Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim Against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief As May Be Appropriate* (the "**Motion**"); upon all documentation filed in connection with the Application to Shorten, including any objections thereto; and notice of the Application to Shorten having been properly and sufficiently provided; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

      **IT IS ORDERED** as follows:

      1.    The Application to Shorten is GRANTED as set forth herein.

      2.    The Court will consider the Motion at a hearing scheduled for December 1, 2016 at 10:30 a.m. (Eastern) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, located at One Bowling Green, New York, NY 10004-1408.

      3.    A copy of this Order, together with the Motion (with exhibits) shall be served within one business day of entry in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* (ECF Doc. No. 93), and such service shall be deemed good and sufficient notice of the relief requested in the Motion.

      4.    Objections or responses to the Motion, if any, must be in writing, filed with the Court and served shall be served upon Williams' counsel, Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, New Jersey 07052 attention: Robert E. Nies, Esq. so as to be actually received on or before November 28, 2016 (the "**Objection Deadline**") and any reply be

filed by November 29, 2016 (the "**Reply Deadline**"). If no objections are timely filed and served, the relief requested in the Motion may be granted by the Court without further hearing or notice.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
       November 18, 2016

                                              /s/ STUART M. BERNSTEIN
                                              HONORABLE STUART M. BERNSTEIN
                                              UNITED STATES BANKRUPTCY JUDGE

6329213.1