CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
Robert E. Nies, Esq. (rnies@csglaw.com)
Michael R. Caruso, Esq. (mcaruso@csglaw.com)
*Attorneys for Mitchell Williams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC, <u>et al</u>., | Case No. 16-11700 (SMB) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE
_____

I, MICHAEL R. CARUSO, ESQ., of full age, hereby certify that:

1.     I am an associate of the firm of Chiesa Shahinian & Giantomasi PC, attorneys for

Mitchell Williams.

*2.*     On November 17, 2016, the following documents were electronically filed with

the United States Bankruptcy Court for the Southern District of New York in the above-

captioned case:

I.     Opposition to Objection of Debtor Gawker Media LLC to Proof of Claim No. 6 Filed
By Mitchell Williams, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c)
Pursuant to  Bankruptcy Rules 9014 and 7012 [Dkt. 459];

II.     Notice of Motion of Mitchell Williams for an Order (I) Modifying the Automatic
Stay, For "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056).  Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Litigation Involving a Personal Injury Defamation Claim against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief as May Be Appropriate [Dkt. 460]; and

III.    Application of Mitchell Williams to Shorten Notice Period with respect to his Motion for an Order (I) Modifying the Automatic Stay, For "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief as May Be Appropriate [Dkt 461].

3.    All parties on the Bankruptcy Court's electronic service list in this case were served with the above-referenced documents through the Bankruptcy Court's PACER notice of electronic filing system so as to be actually received on November 17, 2016.

4.    In addition, on November 17, 2016, I caused an employee of my firm to serve the above-referenced documents to the parties and/or their respective counsel listed on the annexed Service List by e-mail (and by regular mail to the U.S. Trustee).

Dated: November 18, 2016

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Mitchell Williams*

By:    */s/ Michael R. Caruso*
        MICHAEL R. CARUSO

2

6332755.1

## SERVICE LIST

| | |
|---|---|
| Gawker Media LLC, c/o Opportune LLP<br>Attn: William D. Holden<br>Chief Restructuring Officer<br>10 East 53rd Street, 33rd Floor<br>New York, NY 10022<br>(wholden@opportune.com)<br>*Debtors* | Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gregg M. Galardi<br>(gregg.galardi@ropesgray.com)<br>*Counsel for the Debtors* |
| Office of the United States Trustee for the<br>Southern District of New York,<br>201 Varick Street, Suite 1006,<br>New York, NY 10014,<br>Attn: Greg Zipes & Susan Arbeit | Internal Revenue Service<br>Attn: Centralized Insolvency Operation,<br>2970 Market Street, Philadelphia, PA 19104<br>(mimi.m.wong@irscounsel.treas.gov) |
| United States Attorney's Office for the<br>Southern District of New York<br>Attn: Bankruptcy Division<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>(david.jones6@usdoj.gov;<br>Jeffrey.Oestericher@usdoj.gov;<br>Joseph.Cordaro@usdoj.gov;<br>Carina.Schoenberger@usdoj.gov) | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Adam C. Harris<br>(adam.harris@srz.com)<br>*Counsel to Cerberus Business Finance, LLC,*<br>*as DIP Lender* |
| Latham & Watkins LLP,<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Attn: David Heller<br>(david.heller@lw.com)<br>-and-<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Keith A. Simon (keith.simon@lw.com)<br>*Counsel to US VC Partners LP, as Prepetition*<br>*Second Lien Lender* | Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017<br>Attn: Sandy Qusba<br>(squsba@stblaw.com)  and<br>William T. Russell (wrussell@stblaw.com)<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

6332755.1