CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
Robert E. Nies, Esq. (rnies@csglaw.com)
Michael R. Caruso, Esq. (mcaruso@csglaw.com)
*Attorneys for Mitchell Williams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC, et al., | Case No. 16-11700 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**
_____

      I, MICHAEL R. CARUSO, ESQ., of full age, hereby certify that:

      1.    I am an associate of the firm of Chiesa Shahinian & Giantomasi PC, attorneys for Mitchell Williams.

      *2.*    On November 18, 2016, the following documents were electronically filed with the United States Bankruptcy Court for the Southern District of New York in the above-captioned case:

    I.    Order Granting Mitchell Williams' Application to Shorten Notice Period with respect to his Motion for an Order (I) Modifying the Automatic Stay, For "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

and Further Relief as May Be Appropriate [Dkt 468] (the "**Application to Shorten**"); and

II. Notice of Motion of Mitchell Williams for an Order (I) Modifying the Automatic Stay, For "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief as May Be Appropriate [Dkt. 460]; and

3. All parties on the Bankruptcy Court's electronic service list in this case were served with the Application to Shorten through the Bankruptcy Court's PACER notice of electronic filing system so as to be actually received on November 18, 2016.

4. In addition, on November 18, 2016, I caused an employee of my firm to serve the above-referenced documents to the parties and/or their respective counsel listed on the annexed Service List by e-mail (and by regular mail to the U.S. Trustee).

Dated: November 18, 2016

                                            **CHIESA SHAHINIAN & GIANTOMASI PC**
                                            *Attorneys for Mitchell Williams*

                                        By:   */s/ Michael R. Caruso*
                                                    MICHAEL R. CARUSO

6332786.1

# SERVICE LIST

| | |
|---|---|
| Gawker Media LLC, c/o Opportune LLP<br>Attn: William D. Holden<br>Chief Restructuring Officer<br>10 East 53rd Street, 33rd Floor<br>New York, NY 10022<br>(wholden@opportune.com)<br>*Debtors* | Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gregg M. Galardi<br>(gregg.galardi@ropesgray.com)<br>*Counsel for the Debtors* |
| Office of the United States Trustee for the<br>Southern District of New York,<br>201 Varick Street, Suite 1006,<br>New York, NY 10014,<br>Attn: Greg Zipes & Susan Arbeit | Internal Revenue Service<br>Attn: Centralized Insolvency Operation,<br>2970 Market Street, Philadelphia, PA 19104<br>(mimi.m.wong@irscounsel.treas.gov) |
| United States Attorney's Office for the<br>Southern District of New York<br>Attn: Bankruptcy Division<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>(david.jones6@usdoj.gov;<br>Jeffrey.Oestericher@usdoj.gov;<br>Joseph.Cordaro@usdoj.gov;<br>Carina.Schoenberger@usdoj.gov) | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Adam C. Harris<br>(adam.harris@srz.com)<br>*Counsel to Cerberus Business Finance, LLC,<br>as DIP Lender* |
| Latham & Watkins LLP,<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Attn: David Heller<br>(david.heller@lw.com)<br>-and-<br>885 Third Avenue<br>New York, New York 10022<br>Attn: Keith A. Simon (keith.simon@lw.com)<br>*Counsel to US VC Partners LP, as Prepetition<br>Second Lien Lender* | Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017<br>Attn: Sandy Qusba<br>(squsba@stblaw.com)  and<br>William T. Russell (wrussell@stblaw.com)<br>*Counsel for the Official Committee of<br>Unsecured Creditors* |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. 633 Menlo Avenue Suite 100 Menlo Park CA 94025 | Tgaa@bbslaw.com tom@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. 366 Madison Avenue, 6th Floor New York NY 10017 | efisher@binderschwartz.com jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq. One Financial Center Boston MA 02111 | astrehle@brownrudnick.com tphillips@brownrudnick.com jwexler@brownrudnick.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. 800 Third Avenue New York NY 10022 | dtabak@cohengresser.com mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady LLP | Attn: Andrew G. Celli, Jr., Esq. 600 Fifth Avenue, 10th Floor New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. 132 S Rodeo Dr Ste 301 Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. 30 Rockefeller Plaza 26th Floor New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger 111 South Wacker Dr. 37th Fl. Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq. 330 North Wabash Avenue Suite 2800 Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq. 885 Third Avenue New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq. 885 Third Avenue New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord LLP | Attn: Casey B. Howard Brookfield Place, 200 Vesey Street 20th Floor New York NY 10281 | choward@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord LLP | Attn: Jonathan W. Young 111 Huntington Avenue Boston MA 02199 | jonathan.young@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord LLP | Attn: Michael B. Kind 111 S. Wacker Drive Chicago IL 60606-4410 | michael.kind@lockelord.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther PO Box 475 Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. 909 Third Avenue New York NY 10022-4784 | bankruptcy@morrisoncohen.com rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. 15 Maiden Lane Suite 1400 New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, L.L.P. | Attn: A. Scott Mandelup, Esq. J. Logan Rappaport, Esq. 675 Old Country Road Westbury NY 11590 | asm@pryormandelup.com lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson LLP | Attn: Thomas A. Martin, Esq. Barbara M. Maisto, Esq. 521 Fifth Avenue New York NY 10175 | tmartin@putneylaw.com bmaisto@putneylaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. 3 Center Plaza Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. Times Square Tower Seven Times Square, Suite 2506 New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. 1037 Raymond Blvd., Suite 1520 Newark NJ 07102 | slevine@saul.com dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. 919 Third Avenue New York NY 10022 | adam.harris@srz.com frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury 100 F St., NE Washington DC 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. Brookfield Place 200 Vesey St., Ste. 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. One Constitution Plaza Hartford CT 06103-1919 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann 275 Grove Street, Suite 2-200 Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. 425 Lexington Avenue New York NY 10017 ` | squsba@stblaw.com wrussell@stblaw.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Anthony W. Clark, Robert A. Weber One Rodney Square 920 N. King Street Wilmington DE 19801 | Robert.Weber@skadden.com Anthony.Clark@skadden.com | Email |
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Anthony W. Clark, Robert A. Weber One Rodney Square 920 N. King Street Wilmington DE 19801 | Robert.Weber@skadden.com Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Shana A. Elberg Four Times Square New York NY 10036 | Shana.Elberg@skadden.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| | Southern District of New York | | | |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | Overnight Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |