UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                            Case # 16-11700-smb
                                                                  Hon. Stuart M. Bernstein
GAWKER MEDIA LLC, et al.,

        Debtors.
----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL DOCUMENTS

        PLEASE TAKE NOTICE that, ENID NAGLER STUART, Assistant Attorney General of the State of New York, appears in the above-captioned case on behalf of the New York State Department of Taxation & Finance.

        PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

        PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance ("Notice") nor any later appearance, pleading, or proof of claim, shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or equity, or under any

agreements, all of which are expressly reserved.

Dated: New York, New York
November 21, 2016

                                                          Yours, etc.,

                                                          ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
    Attorney for the New York State
Department of Taxation & Finance
By:

Enid Nagler Stuart (ES-6651)
Assistant Attorney General
Special Bankruptcy Counsel
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-8666
Fax: (212) 416-8672
Email:Enid.Stuart@ag.ny.gov

To:

Gregg M. Galardi
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Sandeep Qusba
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Joel H. Levitin
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Adam M. Adler
Prime Clerk LLC
830 Third Avenue. 9th Floor
New York, NY 10022

## CERTIFICATE OF SERVICE

Cecilia Usher certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

She is an employee in the office of ERIC T. SCHNEIDERMAN Attorney General of the State of New York, Attorney for the New York State Department of Taxation & Finance. On November 21, 2016, she served the annexed Notice of Appearance upon the following parties:

Gregg M. Galardi
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Joel H. Levitin
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Adam M. Adler
Prime Clerk LLC
830 Third Avenue. 9th Floor
New York, NY 10022

Sandeep Qusba
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Attorneys in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

Dated: New York, New York
         November 21, 2016

_____
Cecilia Usher