Hearing Date and Time: December 15, 2016 at 10:00 a.m. (prevailing Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Gawker Media LLC, *et al.*,[1]            :   Case No. 16-11700 (SMB)
                                          :
                 Debtors.                 :   (Jointly Administered)
                                          :
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON FIRST INTERIM FEE
APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
<u>FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES</u>**

**PLEASE TAKE NOTICE** that certain professionals retained by the Debtors in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates (the "<u>Chapter 11 Cases</u>"), filed the following applications for allowance of interim compensation and reimbursement of expenses pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 94] (the "<u>Interim</u>

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59785200_3

Compensation Order") for the period June 10, 2016 through September 30, 2016 (the "Debtors' Professionals' Fee Applications"):

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Cahill Gordon & Reindel LLP [Docket No. 416] | Special Litigation Counsel for the Debtors | $64,357.20 | $840.92 |
| Prime Clerk LLC [Docket No. 417] | Administrative Advisor for the Debtors | $57,848.65 | $114.07 |
| Citrin Cooperman & Company, LLP [Docket No. 418] | Independent Auditor and Accounting Services Provider for the Debtors | $68,770.40 | $0.00 |
| Levine Sullivan Koch & Schulz, LLP [Docket No. 419] | Special Litigation Counsel for the Debtors | $299,783.77 | $9,144.63 |
| Brannock & Humphries [Docket No. 420] | Special Litigation Counsel for the Debtors | $19,638.48 | $286.04 |
| Houlihan Lokey Capital, Inc. [Docket No. 421] | Investment Banker for the Debtors | $5,082,615.00 | $29,316.70 |
| Ropes & Gray LLP [Docket No. 430] | Attorneys for the Debtors | $3,981,458.75 | $50,031.25 |

**PLEASE TAKE FURTHER NOTICE** that, an objection deadline of November 21, 2016 at 4:00 p.m. (prevailing Eastern Time), was set for the Debtors' Professionals' Fee Applications, with the exception of the Ropes & Gray, LLP fee application, for which the objection deadline was set as November 22, 2016 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Debtors' Professionals' Fee Application Hearing") with respect to the Debtors' Professionals' Fee Applications was scheduled for December 1, 2016, at 10:30 a.m. (prevailing Eastern Time) before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004.

59785200_3

**PLEASE TAKE FURTHER NOTICE** that, Simpson Thacher & Bartlett, LLP, as counsel to the Official Committee of Unsecured Creditors in the Chapter 11 Cases, filed it first interim fee application for allowance of interim compensation and reimbursement of expenses pursuant to the Interim Compensation Order for the period June 24, 2016 through September 30, 2016 (the "Simpson Thacher Fee Application" and, together with the Debtors' Professionals' Fee Applications, the "Fee Applications") [Docket No. 470]:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Simpson Thacher & Bartlett LLP [Docket No. 470] | Counsel to the Official Committee of Unsecured Creditors | $1,216,165.75 | $23,586.99 |

**PLEASE TAKE FURTHER NOTICE** that, an objection deadline of November 28, 2016 at 4:00 p.m. (prevailing Eastern Time), was set for the Simpson Thacher Fee Application.

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Simpson Thacher Fee Application Hearing" and, together with Debtors' Professionals' Fee Application Hearing, the "Fee Application Hearings") with respect to the Simpson Thacher Fee Application was scheduled for December 13, 2016, at 10:00 a.m. (prevailing Eastern Time) before the Honorable Stuart M. Bernstein, in the Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the objection deadline for the United States Trustee with regard to the Fee Applications is hereby extended to **December 8, 2016 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Fee Application Hearings are hereby adjourned to **December 15, 2016 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served with respect to the Fee Applications in accordance with this notice, each professional may submit an order to the Court after the applicable Objection Deadline, which the Court may enter, granting the Fee Applications, with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Fee Application Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Fee Application Hearing. The Debtors will file an agenda before the Fee Application Hearing, which may modify or supplement the Fee Applications to be heard at the Fee Application Hearing.

Dated: November 23, 2016
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*