**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :        Case No. 16-11700 (SMB)
                                                    :
                        Debtors.                    :        (Jointly Administered)
                                                    :
---------------------------------------------------------x

### DECLARATION OF D. ROSS MARTIN, ESQ. SUBMTTING CERTAIN DOCUMENTATION RECEIVED IN REPONSE TO DEBTORS' FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO APPLY FED. R. CIV. P. 12(b)(6) AND 12(c) PURSUANT TO BANKRUPTCY RULES 9014 AND 7012

I, D. Ross Martin, make this Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1.      I am a partner of the firm of Ropes & Gray LLP ("Ropes & Gray"), counsel to the Debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (this "Declaration") in connection with the XP Vehicles Objection (as defined herein).  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

3.    On September 27, 2016, XP Vehicles Group (the "Claimant") filed a proof of claim against each of the Debtors in these chapter 11 cases, each asserting an unsecured claim for $175,000,000 (collectively, the "Claims").

4.    On October 31, 2016, the Debtors filed the *Debtors' First Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 393] (the "XP Vehicles Objection").[2]

5.    The XP Vehicles Objection notified all parties served with notice of the XP Vehicles Objection, including the Claimant, that responses to the XP Vehicles Objection and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with a hard copy delivered directly to chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **November 14, 2016**, **at 4:00 p.m**. **(Eastern Time)** (the "Response Deadline").

6.    On November 15, 2016, the Court received the *Response to Notice of Debtors' First Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 and Rejection of*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the XP Vehicles Objection.

*the Attempts to Violate Claimants Civil Rights* (the "Response") which was subsequently entered on the docket for these chapter 11 cases on November 17, 2016 [Docket No. 458].

7.     In addition to the Response, the Debtors have received additional correspondence and documentation from the Claimant (the "<u>Additional Correspondence</u>"), both before and after the Response Deadline, in connection with the Claims.

8.     A true and correct copy of each Additional Correspondence is attached hereto as follows:

- **<u>Exhibit A</u>**:     E-mail Correspondence - Nov. 12, 2016 at 5:35 p.m. (ET)
- **<u>Exhibit B</u>**:     E-mail Correspondence - Nov. 13, 2016 at 12:59 p.m. (ET)
- **<u>Exhibit C</u>**:     E-mail Correspondence - Nov. 13, 2016 at 3:36 p.m. (ET)
- **<u>Exhibit D</u>**:     E-mail Correspondence - Nov. 13, 2016 at 7:58 p.m. (ET)
- **<u>Exhibit E</u>**:     E-mail Correspondence - Nov. 14, 2016 at 4:47 p.m. (ET)
- **<u>Exhibit F</u>**:     E-mail Correspondence - Nov. 14, 2016 at 7:55 p.m. (ET)
- **<u>Exhibit G</u>**:     E-mail Correspondence - Nov. 15, 2016 at 2:26 p.m. (ET)
- **<u>Exhibit H</u>**:     E-mail Correspondence - Nov. 16, 2016 at 3:15 p.m. (ET)
- **<u>Exhibit I</u>**:     E-mail Correspondence - Nov. 17, 2016 at 9:57 a.m. (ET)
- **<u>Exhibit J</u>**:     E-mail Correspondence - Nov. 19, 2016 at 4:40 p.m. (ET)
- **<u>Exhibit K</u>**:     E-mail Correspondence - Nov. 25, 2016 at 3:13 p.m. (ET)
- **<u>Exhibit L</u>**:     E-mail Correspondence - Nov. 25, 2016 at 3:31 p.m. (ET)
- **<u>Exhibit M</u>**:     E-mail Correspondence - Nov. 26, 2016 at 10:08 a.m. (ET)
- **<u>Exhibit N</u>**:     E-mail Correspondence - Nov. 28, 2016 at 6:46 p.m. (ET)

### Reservation of Rights

9.     The filing of this Declaration shall not affect any rights of the Debtors, their estates, any estate representative, or any other party in interest in these chapter 11 cases to object

to the Claims or any other Claim for any purposes, including, without limitation, allowance and distribution under a plan, or any rights of the holders of any Claim to contest any objection.

10.     The Debtors and their estates reserve any and all rights, claims and defenses with respect to the Claims, the XP Vehicles Objection, the Response, the Additional Correspondence and Documentation, and nothing included in or omitted from this Declaration is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Claims, the XP Vehicles Objection, the Response, the Additional Correspondence and Documentation.

[*Remainder of page intentionally left blank.*]

4

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  November 29, 2016
       Boston, Massachusetts

                              */s/ D. Ross Martin*
                              D. Ross Martin

# **EXHIBIT A**

E-mail Correspondence - Nov. 12, 2016 at 5:35 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Saturday, November 12, 2016 5:35 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) |
| **Attachments:** | GAWKER CASE REPORT TO CONGRESS.pdf |

The attached report on this case has been requested by members of the U.S. Congress and is now being supplied to every member of the U.S. Congress. Please place this document on record in our court files.

Task Force

601 Van Ness Ave

San Francisco, CA 94102

Email: legal@xpvehicles.com

http://www.xpvehicles.com,          http://xyzcase.xyz,          http://www.slush-fund.com,

An Alliance of witnesses and victims in association with Claimants and Plaintiffs in pro per

# RE: A very large public corruption matter involving well-known figures

Nov. 12, 2016

Note: Members of the United States Congress have requested that Plaintiffs file a statement with each member of the United States Congress about this case.

Dear Congressional Member:

Regarding your other current investigations, you will find some cross-over with this case. There may be extensive over-lap and you may find details herein that will expand missing portions of your other investigations.

Sincerely,

Task Force Alliance

Per the UNITED STATES COURT FILINGS IN THE SOUTHERN DISTRICT OF NEW YORK

for the Chapter 11 proceedings of the notorious Gawker Media LLC, Case No. 16-11700 (SMB)

In a "RESPONSE TO NOTICE OF DEBTORS FIRST OMNIBUS OBJECTION TO PROOFS OF

CLAIM FILED BY PLAINTIFFS AND MOTION TO APPLY FED. R. CIV. P.12(B)(6) AND 12(C )

PURSUANT TO BANKRUPTCY RULES 9014 AND 7012 AND REJECTION OF THE ATTEMPTS

TO VIOLATE CLAIMANTS CIVIL RIGHTS" the following revelations are made. This material has

also been copied to FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and

staff, Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, et al, to whom

claimants report on other active criminal investigations into this matter.

## Overview:

The Chapter 11 Gawker Media hearing has exposed the fact that a Cartel comprised of Gawker,

Google, Elon Musk, Kleiner Perkins and their staff and VC's, transferred stock, cash, search engine

rigging and other items of value, as cross-compensation for RICO-violation media manipulation and

attack services in order to seek to manipulate national election results.

In fact since the election,  this Cartel has realized that "the jig is up" and that their pig trough of

government payola is being cut-off. Because of this, they are now using their media system of "Bots",

"Shills", "Trolls" and automated ruckus generators to call for the assassination of the President-Elect

and to seek to stir up riots. All of the "many voices" on Twitter/Facebook/Google calling for these

disruptions are mostly tracking back to this Cartel. Digital track-backs to the sources of these calls for

disruption connect back to a small handful of people who control a large set of servers in the U.S.,

France, The Ukraine, Bulgaria and other regions; which they are using to make it appear that many

people are calling for social disorder, when it is only a few groups like their "Control The Record

(CTR)",  "Gawker Media", "Think Progress" and Google Server Arrays simulating a larger-than-life

social reaction.

The Google document in this bankruptcy court's own filings has invoices for "impressions". This is

part of a fraudulent set of accounting smoke-screen material, created in part by David Drummond of

Google, and his own staff, to hide campaign payola payments from financiers: George Soros, Elon

Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others. This bankruptcy court, by now, should be aware that billions of dollars of assets exist (not tens of millions as the bankruptcy investigators have so far tracked) in Gawker-related forensically traceable assets. Plaintiffs suggest that NSA, CIA and FBI- class resources (ie: XKEYSCORE and PALANTIR full tier 1 database searches) be conducted for cross links between every Gawker contact, employee and sponsor. The use of the Hungary, and European sites, by Gawker was as much for hiding cash as it was for cheap labor according to federal investigators.

Plaintiffs vehicle division is well known. It has been featured in Popular Science, Popular Mechanics, Detroit News, Wall Street Journal, New York Times, Washington Post and hundreds of positive news items. In fact, the only negative attacks in the world are known to be by Gawker Media and their RICO-violating Cartel's partners. Plaintiffs group has record-setting, national legal precedent-setting, history-making, cases on PACER in federal court.

Plaintiffs report to the FBI monthly and the US Congress daily, on a cloud-based investigation network, part of which is linked below. Plaintiffs staff include former White Collar criminal investigators, California Department of Consumer Affairs credentialed investigators, California Association of Licensed Investigators signatories, International Narcotics Enforcement Officers Association past members, American Society For Industrial Security past members, current and past federal intelligence and law enforcement specialists, top technologists and engineers, operations and management staff, former Auto industry and Washington DC executives, and other experts. The first vehicles the group was producing were for tactical CIA, Navy Seal and specialty contractor hostage rescue and emergency "evac" situations. Those vehicle efforts were then being engineered over to the consumer market for which Plaintiffs delivered a record-breaking number of pre-order confirmation letters to DOE and the U.S. Congress. The jealous and vindictive Cartel could not take the heat and chose to "Cheat rather than compete" and ordered the attacks on Plaintiffs.

The U.S. Federal court made U.S. court history by issuing the first known ruling to state that Plaintiffs, as U.S. taxpayers, had a "hit-job" put on Plaintiffs by government insiders. *"Gawker Media was hired to kill the lives, brands, income, reputation, value and efforts of Plaintiffs Vehicles because Plaintiffs were helping federal investigators investigate organized crimes that Gawker Media was supporting with the Cartel formed by Tesla, Google, White House insiders and Kleiner Perkins."*

While the opposing counsel constantly resorts to the Nixon-Era Playbook tactic of cry-baby whining about how *"Conspiracies couldn't possibly exist, move along, nothing to see here." t*he public now knows better. It is impossible for Defendants to prove that the attacks did not occur. The attacks are documented in numerous court cases, news coverage and are now even taught in college law schools. The simple fact that Gawker and the Cartel are the only entity on the entire planet to have produced and operated a multi-year program where they globally published devastating attacks against Plaintiffs should be proof enough. Plaintiffs were "nobody's" and had no more news value than any average home-owner. To purchase and replicate the same attacks on Elon Musk, John Doerr or Nick Denton has been quoted to cost $45 million dollars by Defendants. Thus, Defendants spent at least $45 million dollars trying to maliciously punish, harm, damage and destroy Plaintiffs. While these financial numbers may seem incomprehensible to the normal person, one must be reminded that this Cartel has a daily payroll of over $200 million dollars. Thus, spending $45 million dollars to "kill someone" is just a small part of the expenses before lunchtime. The obvious conclusion is: Why would Defendants do this to someone, so maliciously and tactically, unless they had a mission to destroy them!

### *Statement of disadvantage* :

 ("Plaintiffs") are **not** represented by counsel due to the economic hardship caused by Gawker Media's participation in a reprisal, vendetta and retribution program as part of the organized crime operation, described below, in which Gawker Media participated. Plaintiffs request funding and/or allocation by the Court, of adequate counsel and legal representation in order to preserve Plaintiffs guarantee by the U.S. and New York government Constitutions and Articles of their rights to a fair hearing and their rights to equal representation. The other debtors and creditors have spent millions of dollars in order to be represented in this case and it is not fair that Plaintiffs should be disenfranchised because only "elites" with big bank accounts get to play in this hearing. In fact, most of America seems to have agreed with that concern in the Presidential election on Tuesday night. Plaintiffs certainly hope that this hearing is not, also, "Pay-to-Play"! Plaintiffs are not able to come to the hearing on December 1, 2016 at 10:30 AM, due to the same Gawker Media-caused economic hardships unless the court can advance full travel expenses and per diem for Plaintiffs to transport their witnesses and substantial boxes of evidence to New York via Train or Vehicle.

Plaintiffs has been placed in a position to not be able to adequately and fairly protect themselves in this bankruptcy, by the intentional and malicious reprisal attacks by Gawker Media working in association

with Google, Elon Musk, Kleiner Perkins and their Plaintiffs assigns and agents in the production of multiple attack links, internet codes, server routes, DNS riggings and articles and videos which were locked on the front pages of Google, with the knowing cooperation of Google, in the top search positions for over 5 years in front of 5 billion consumers and sent to every potential employer, supplier, partner and investor of Plaintiffs by Gawker Media and their RICO-Violating Cartel Partners in retribution. The President-Elect's Team and all U.S. AG candidates are now aware of this data.

Plaintiffs have been denied adequate legal representation in this Court by the economic blockades and legal services blacklisting created by Gawker and it's sponsors. There are a limited number of law firms who do large technology cases. Google, Gawker, Elon  Musk and Kleiner Perkins Via their RICO-Violating Cartel have told, implied or leaked to almost every high tech law firm that they *"..Control Silicon Valley and the domestic technology industry and spend over $200 million dollars a day doing it. If you want to ever get a case contract in tech you will never help Plaintiffs.."*

The Cartel has black-listed Plaintiffs via their control of a majority of the high-tech legal services industry and threatened law firms, that they do not yet, control, with blacklisting.

There are two remarkable things about this. 1.) The New Your Courts can acquire Google's, Gawker's, Elon Musk's and Kleiner Perkins combined, non-"cooked" payrolls and see that this amazing river of cash actually occurs. 2.) The opportunity for the bribery of public officials with this flow of cash, is extraordinary.

The Court must help Plaintiffs get a fair hearing because this case is now widely publicized to the whole world and every American will know about it by the middle of 2017. It will cause domestic instability and damage the domestic credibility of the Justice System to simply blow Plaintiffs off for reporting a crime and then, on top of that, to further punish Plaintiffs by cutting them out of this restitution, a large portion of which Plaintiffs has committed to public service and charity organizations. The Cartel has spent tens of millions of dollars trying to shut this case down, shut the Plaintiffs down and hide this evidence from the public and from Congress. This cannot be tolerated in America. Plaintiffs have spent a few thousand dollars trying to defend against the attacks. An 800:1 ratio of cash resources against Plaintiffs does not maintain the intent of the Justice System created by our forefathers and it is a violation of every documented human right in the USA.

**On Nov. 11, 2016 Plaintiffs received a notice from the Court which required the production and delivery of this response, on the same day of receipt, in order to meet the Court response deadline a few days later over the Veterans day weekend.**

**The following items are some of the responses to the opposition counsel's comments. They were produced by non-lawyer laypeople who were witnesses to the crimes discussed:**

"At the time of the filing mentioned in this paragraph, Gawker Media staff were aware that the FBI had opened an investigation on them. DOJ was obligated to inform it's witness: Plaintiffs, that its rights to recover were protected in the Gawker Cases"

"Plaintiffs filed all of the papers and responded to all of the court lists of documents to file, and wrote the DOJ multiple times requesting fair representation in the settlement of this case."

" Plaintiffs have damages in excess of $5 Billion as outlined below. These are minimal asks by Plaintiffs relative to the quantified damages tabulated.."

"..The opposition tries to muddy the waters by not acknowledging the overt and obvious causes of action which include: RICO, FRAUD, CYBER-STALKING, INTERFERENCE, ANTI-TRUST, FEC FRAUD, INVASION OF PRIVACY, HACKING, UNFAIR COMPETITION and other obvious related causes of action..."

"Plaintiffs division competes with Tesla Motors as specified below and investigates Tesla Motors on behalf of regulatory, Congressional and law enforcement interests. The lawyers herein feign a lack of knowledge of such "Hatchet Jobs" even though Plaintiffs has been in touch with Gawker, Google, Univision and all related parties for years about such highly documented hit jobs. The opposition lawyers use the 1970's ploy of crying in their soup with the old adage of: *"Look here, we get to use the word "Conspiracy" and we say that they say "Conspiracy" so they must wear tin foil hats"*. These opposition lawyers are attempting to use a Nixon-Era Playbook to denigrate, brand-damage and

mitigate the fact that an actual, real RICO-violating conspiracy **DID** take place. Only an idiot could look at all of the Wikileaks, HSBC Leaks, Oil Leaks, Panama Papers, Sony Leaks and other documents and not realize that "Conspiracies" are essentially the business plan of Gawker, Google, Kleiner Perkins and Elon Musk. Any doubts? Plaintiffs is willing to provide the live testimony of U.S. Senators, the leaders of Russia, China and Bolivia, CIA officers, NSA officers, FBI officers, and many more, who will verify the fact that such conspiracies are common-place. ...or the court could also simply read the news as this fact is widely covered in the global news these days. Give Plaintiffs proper and adequate legal representation and they will be glad to prove the RICO-Class conspiracy in your hearing and/or before a special prosecutor in front of the U.S. Congress...Plaintiffs will leave that to the FBI, though. They already have all of the information to indict..."

"...By the way, it looks like most Americans believe that these corruption conspiracies do exist because they voted in favor of ending these corrupt conspiracies, and "draining the swamp" on Tuesday night..."

"...In fact, Plaintiffs are fully aware that all of the RICO suspects mentioned herein have had their Microsoft Outlook PST files, Yahoo Mail Server Files, Hushmail server files, Google mail server files and Gawker internal server files comprised since 2007 because of that little problem with every Cisco and Juniper Networks device. A subpeona view of those records, now held by multiple law enforcement and public interest groups will confirm the conspiratorial nature of Gawker Media's relationship with David Drummond, George Soros, Elon Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others which reveal Gawker Media taking orders to harm others and acting upon those orders from financial beneficiary partners..."

" The Gawker opposition lawyers will next say: *"well, now...well now….errr.. see, they put all these famous people's names in here but we all know that lovely guys like George Soros and the indicted White House Car czar* (indicted by New York, in fact, for Securities CONSPIRACY) *Steven Rattner would never do anything naughty.."* RIGHT! Try to sell that to the public these days. This was a RICO qualifying crime. Gawker is part of a mobster-like organization. The FBI, GAO, FTC, SEC, Congress,

The EU and more have absolute proof of this. In fact, Rajeev Motwani, who taught Larry Page and Sergy Brin how to build Google was found floating face down, dead, in his Silicon Valley Swimming Pool after telling associates he "knew all about Google". Silicon Valley Cleantech CEO Gary D. Conley was found behind Beale Air Force Base in Northern California with a bullet in his head after whistle-blowing on Google, Gawker and Musk. There are over 40 dead people , who were in perfect health one day and dead the next day, who crossed paths with this mobster operation. If any thing qualifies as a "credible conspiracy": This does. The attached and the criminal investigation files from the San Francisco Police Department, The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators confirm and verify each and every assertion..."

"Contained herein, linked and cloud-databased on the links below is more than enough evidence to prove the veracity of Plaintiffs claims. FBI and U.S. Senators will also verify these claims upon request. The "Reports to Congress" are noted in the footnotes and it is true that Plaintiffs has provided reports to Congress and that Plaintiffs staff have operated as licensed criminal investigators, federal testimony providers, and law enforcement consultants for a number of decades..."

"The opposition herein seeks to manipulate the 7012 Rule using terms and language which only an insider, highly specialized, lawyer could interpret. Plaintiffs and its staff are not lawyers and, while highly observant and skilled in forensics, object to having the law manipulated against them when they are in an unfair position by being denied fair and adequate legal representation by the RICO-Reprisal actions of Gawker Media and its sponsors. Plaintiffs, it's associates, supporters, family and friends will never, ever, give up this fight for justice and restitution. It will be embarrassing for the Court to not help create a fair situation for all parties here.  Plaintiffs has proven that it is unstoppable, it's evidence is indisputable, it knows the parties involved and has worked with law enforcement to remove a number of criminal entities from further operations. It is in the best interest of all parties to end this now with a satisfactory restitution. Plaintiffs has proven it can out-think, out-maneuver and strategically countermeasure all opposition. It doesn't hurt that more than a few top FBI staff have 100% belief in the veracity of Plaintiffs claims..."

"...you can ask the FBI and COA about the veracity. It is not fair that Plaintiffs are denied fair and adequate representation and denied our "day in court" fairly simply because Plaintiffs can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?..."

"...another legal trick to manipulate the interpretation of what is, essentially, a secret language used by lawyers. Plaintiffs don't know what the implications of this manipulation of semantics is but it sounds tricky and bad for us..."

"Plaintiffs has produced more than sufficient evidence and provided the court with over one million pieces of evidence herein and in the referenced online file servers…. It is not fair that Plaintiffs are being denied fair and adequate representation and denied their "day in court" simply because Plaintiffs can't afford a $300K retainer specialist law firm…"

"Each of Plaintiffs claims is different. Plaintiffs is demanding FIVE TIMES $175,000,000.00, or MORE for the attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options when Gawker Media and it's sponsors took Plaintiffs money from federal and State funds at the Department of Energy, Department of Transportation and other agencies, put it in their own bank accounts and reported **over $40 BILLION dollars** of profits via bribe-based incentives to public employees in order to steer government funds to Gawker and it's sponsors..."

"Plaintiffs has proven herein, and via the referenced documents, that Gawker Media took the core actions to operate an attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options. Gawker Media did everything it could to kill Plaintiffs except fire a gun. (But ask Gary D. Conley's family about the "gun thing".). With proper financing Plaintiffs are able to bring over 100 witnesses to court to prove the assertions..."

"Plaintiffs complaints are now not "conclusory allegations' but are now supported by law enforcement investigations and leaked documents. Over a million pages of evidence have herein been referenced and more evidence is enroute and available from Federal investigators upon Court request..."

"The law enforcement and public facts of this criminal case are now proven on public record..."

"The proof has been provided in greater detail and referenced in additional repositories herein. Additionally, the website of the Attorneys for Gawker Media claim that those attorney's have worked for, or been compensated by some of the very same related parties that are charged with crimes herein. Is that not a conflict of Interest? Have the attorneys for Gawker Media sworn, warranted and verified, in writing to the United States Bankruptcy Court of the Southern District of New York that **none** of their attorneys, staff, investors hold any stock, internet promotions, search engine "impressions" trade, warrants, Goldman Sachs or JP Morgan shared account funds, or other valuable items from Gawker, Univision, Google, Facebook, George Soros Companies, Berkshire Hathaway, Twitter, SpaceX, Solar City, Tesla Motors, any Solar Company, any Kleiner Perkins or Khosla Ventures portolio asset or any holding, at any time since 2006, related to those parties? When could Plaintiffs see that sworn, signed, statement in which those attorney's swear, warrant and attest to the truth of that conflicts check? Please provide the date upon which that conflicts check assertions document can be provided to us and the United States Bankruptcy Court of the Southern District of New York. Such a document will be very helpful to every party in this case..."

"The allegations now have particularity and detail enough to prove the veracity of Plaintiffs claims per these responses. Factual allegations have now been provided in sufficient quantity and with assertive reference to federal law enforcement records to prove that Gawker, Google, Elon Musjk and Kleiner Perkins conspired with White House campaign staff for both the Obama and Clinton elections to rig news media and internet functionality in exchange nearly a trillion dollars of kick-backs. Indeed, The Glenn Greenwald Publication, The Intercept published an Article called: "The Android Administration" which provides massive amounts of evidence which proves this as fact. Over 1000 other news publications prove the same thing. The New York Times article about Google's Larry Page sneaking

around at tech conferences to steal ideas referencing "Larry Page's Obsession" shows how dastardly these people can be. These are ego maniacal billionaires who believed they were above the law and Gawker Media was their media bitch. The world has now seen indisputable evidence that groups of people rig Presidential elections in hopes of grabbing trillions of dollars of U.S. and State Treasury funds at the expense of taxpayers. The Wikileaks documents have been 100% proven to authentic. Plaintiffs Staff are seen in numerous photographs and videos in social intercourse with Warren Buffet, Hillary Clinton, Hillary Clinton's best friend with them hugging Plaintiffs staff. The White House has sent Plaintiffs multiple commendations from multiple Democrat and Republican Administrations on White House stationary. Plaintiffs Staff have had meetings in Rahm Emanual's offices and Multiple offices of The U.S. Department of Congress and Congress. There can be no doubt that Plaintiffs staff have deep, first-hand experience with the charges. Plaintiffs is a non-party affiliated entity and their staff openly supports the arrest of criminally corrupt politicians and their backers from any party. This is not about party politics to Plaintiffs, it is about Justice, restitution and **law enforcement."**

"This notice has been timely filed with all parties, all law enforcement interest and all Congressional parties..."

"Plaintiffs demand a fair share of it's human rights, civil rights, legal rights and Constitutional rights in this matter, without being interdicted by payola, bribes and influencing efforts by the other side."

"Notice of this objection has been provided to every interested party that Plaintiffs could source and every email and related address provided by the Court to Plaintiffs.."

" Plaintiffs plead with The Honorable Judge Stuart M. Berstein and the UNITED STATES BANKRUPTCY COURT OF THE SOUTHERN DISTRICT NEW YORK to NOT SIGN the order granting omnibus objection to Plaintiffs Vehicles Claims and to give Plaintiffs the legal resources to have a fair hearing.."

Additional evidence follows:

APPENDIX 1 Contents:

- **Overview**

- **Notes in complaint draft form**

- **NOTES ON GAWKER'S SPONSORS: GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION, ET AL:**

- **NOTES ON GAWKER'S SPONSORS: TESLA MOTORS, ELON MUSK, STEVE JURVETSON, ET AL:**

- **NOTES ON GAWKER'S SPONSORS: KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL**

- **Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel**

- **Bibliography, Footnotes, References, Repositories**

RICO CASE OVERVIEW –

**Defendants:** A Cartel comprised of Gawker Media, Google, Elon Musk, Larry Page, Eric Schmidt, John Doerr, Kleiner Perkins and DOES 1-50

**Plaintiffs**: A highly credentialed, award winning, competitor who has also been a federal witness for criminal investigations into this matter.

**Time bar/Statute of limitations:** Defendants have been engaging in these crimes and misdeeds damaging Plaintiffs as recently as yesterday, new leak and federal investigation revelations are revealed daily, patent, trade-secret & trademark infringements are fully within active time-frame.

Defendants meet the FBI and U.S. Federal legal definition of an organized crime and anti-trust racketeering activity operating for the purpose of engaging in criminal and civil violations of the law.

Defendants are connected to each other, and confirmed in their relationships and intents by hard evidence which includes: their emails, signed documents, voice-mails, text messages, GPS locations, stock market holdings, stock market transactions, family trust accounts, revolving door contracts, PAC contributions, asset holdings, public security camera cross-path videos, payments, receipts, Paypal transactions, credit card transactions, bank databases, beneficiary tracking, witnesses, former employees and other forensic data.

Gawker Media conspired to create a media information control system using bots, shills, trolls, meat puppets and automated server arrays and working with other news outlets, keyword agreement phrases, and Google Docs collusion reports to steer voter impressions in order to place certain elected officials in office who had promise to give government funds to Gawker, Google, Elon Musk, Kleiner Perkins and their associates while damaging their competitors.

Defendants conspired, knowingly planned crimes and illicit activities together, coordinated a scheme to control public officials, government and commercial contracts, trade groups, public policy decisions and beneficiary results in order to create a monopoly for their exclusive financial benefit. Plaintiffs refused to cooperate with the criminal endeavor, assisted law enforcement and competed with Defendants for which they were ostracized, targeted with retribution and vendetta attacks and black-listed.

Plaintiffs had three global media "hatchet-job" attacks launched against them by Defendants which locked those attacks on the front pages of the internet in front of 6 billion people for over half a decade. Defendants owned, communicated with, directed, cross-compensated and controlled each and every asset used for these attacks, and out of hundreds of thousands of companies, were the only entities on Earth to conduct such attacks. Defendants refused to cease the attacks or mitigate the attacks even though they were asked hundreds of times by lawyers and Plaintiffs representatives to do so.

Plaintiffs has been awarded dozens of issued patents by the federal government. Defendants have copied each and every one of them, monetized them and exploited them and, later, placed Defendants staff in charge of the U.S. Patent Office in order to manipulate intellectual property rights to their advantage and against Plaintiffs.

Defendants have been successfully sued and investigated in the "AngelGate" and "Silicon Valley No Poaching High Tech Class Action lawsuit". These two cases, along with many others, prove that Defendants operate an organized black-listing system in Silicon Valley. Plaintiffs has over 100 witnesses which confirm this fact. Defendants black-listed Plaintiffs from work and funding.

Defendants compensated public officials for engaging in harm to the Plaintiffs. Records prove that Defendants paid the state and federal public officials that are supposed to represent Plaintiffs. Defendants paid those officials with cash, sexual services, stock warrants, contracts, revolving door jobs, insider tips, flash-boy stock market pump-and-dump participations, leases, PAC participations and billions of dollars of search engine rigging.

Plaintiffs placed hundreds of server "traps" around the world in order to prove that Defendants were rigging the internet against Plaintiffs, and others, and for Defendants competing efforts. Ie: Plaintiffs compared the occurrence of the coverage of news hype and news disclosures that were hidden on the web for Elon Musk and Tesla Motors on Google's internet vs. the top 40 other search engines vs. Plaintiffs news coverage from 2007 to 2016. This was proven and the results also showed that

Defendants were using Plaintiffs, and other taxpayer's money to engage in these internet rigging efforts.

Defendants have produced a technology known as "bots". Defendants deploy millions of these "bots" in order to simulate the appearance of real humans on their networks when, in fact, they use these bot personae software products to attack others, fake advertising "impressions" and interdict competitors such as they did to Plaintiffs.

Tom Perkins and his associates from Kleiner Perkins, Karim Faris and his associates from the Google consortium, Bernard Tse and his associates from Tesla Motors approached Plaintiffs under the guise of "investing in, or buying" Plaintiffs assets. The ruse was simply an effort by Defendants to steal technology from Plaintiffs which Defendants made substantial profits on, and to embed Defendants moles into Plaintiffs operations in order to spy on Plaintiffs and stall Plaintiffs development and financing efforts.

All of the Defendants are competitors of Plaintiffs. All of the Defendants informed others that Plaintiffs technologies "could obsolete" Defendants schemes.

Plaintiffs had an existing relationship with the U.S. Government, had been funded by the U.S. Government in The Iraq War Bill and had been promised funding by the U.S. Government for product efforts which competed with Defendants interests. Defendants discovered this fact, bribed State and Federal officials to sabotage Plaintiffs funding and place that funding in Defendants pockets, which, indeed, has been proven to have happened via Defendants own federal records.

Defendants owned, controlled and placed in position senior officials in Washington, DC and Sacramento, California government offices. Over 500 personnel affiliated with and/or also holding a compensatory relationship with Defendants work in the White House, Department of Energy, EPA, Department of Transportation, Federal Communications Committee and other budget controlling offices. Defendants had a quid-pro-quo relationship with almost every single one of those parties and directed those parties to use taxpayer resources to benefit Defendants and harm Plaintiffs.

Plaintiffs successfully sued two of Defendants agents in the federal Government for corruption, forced a federal investigation, placed documentation of the corruption on permanent public record in the federal court system, and forced the terminations of those corrupt agents and many of their associates. Tens of thousands of media and federal agency investigations have been published confirming that

those parties had been practicing organized corruption using taxpayer resources and had practiced those corrupt activities against Plaintiffs. The U.S. Federal court issued a historic ruling in favor of Plaintiffs and stated, on the record, that Plaintiffs had been attacked by corrupt government officials, a federal court "first".

Defendants used their monopolistic cartel and their $100 million/day payroll to black-list Plaintiffs from receiving law firm resources because Defendants control over 85% of the high-tech law firms experienced in the form of litigation relevant to this case.

Over a million pages of evidence prove all of these facts to be true.

Additional causes of action and malicious activity records of Defendants actions against Plaintiffs exist.

Plaintiffs seeks damages, restitution and offsets.


EVIDENCE SET SAMPLES:

http://breakingnewsreport.org

http://xyzcase.xyz


...and thousands of other nodes. This program has nothing to do with political parties and everything to do with law enforcement. The corruption and the Cartels of Silicon Valley must face justice.

APPENDIX

# CASE MERIT NOTES #1

This is not a completed complaint. This is a conceptual drafting item. All of the charges are not yet included in this section of notes.

Plaintiffs

XXX

XXXX


Tel. No.:  XXX

E-Mail:  XXXX


The Plantiffs


SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF XXX

PLAINTIFFS                          )

                                    )

                                    )        **COMPLAINT FOR RICO**
                                             **RACKETEERING AND**
                                             **ORGANIZED CRIME**

                                    )

|  |  |  |
|---|---|---|
|  | ) | **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS** |
|  | ) | **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE** |
| Plaintiffs, | ) | |
|  |  | **CYBERSTALKING** |
|  |  | **FRAUD** |
|  |  | **INVASION OF PRIVACY** |
|  | ) | **UNFAIR COMPETITION** |
| vs. | ) | |
|  | ) | |
| ALPHABET/Google/YouTube INC., | | |
| a California corporation, Gawker Media | | |
| , a Tesla Motors | ) | JURY TRIAL DEMANDED |
| John Doerr, Elon Musk, | ) | |
| Larry Page, Kleiner Perkins | ) | Date: |
| and DOES 1 through 50, | ) | Time: |
| Inclusive. | ) | Dept.: |

_____

The Plaintiffs a California business, and …. do hereby submit their Complaint for RICO…….Cyberstalking, Intentional Infliction of Emotional Distress, and for Injunctive Relief and allege as follows:

## GENERAL ALLEGATIONS

1.      The Plaintiffs [hereinafter referred to as "Plaintiffs"], are  residents of San Francisco County, California.

2.      The Plaintiffs., [hereinafter referred to as "Plaintiffs"], include a California corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

3.      The Defendant, ALPHABET, Google and Youtube INC., [hereinafter referred to as "ALPHABET"], are the same California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

4.      The Defendant, Tesla Motors, INC., [hereinafter referred to as "Defendants"], is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

5.      The Defendant, Kleiner Perkins INC.,is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

6.      The Defendant, Gawker Media LLC ,is a New Yorl Corporation duly authorized to conduct business in the State of New York and does, in fact, conduct business in the Counties of both San Francisco, California and Manhatten, New York out of the premises of one Nick Denton

7.      The Defendants Elon Musk, John Doerr, Jared Cohen, Eric Schmidt, Sergy Brin, Larry Page and DOES 1 through 50 are members of the above named Defendant organizations as well as members of a Cartel operating in violation of U.S. RICO statutes.

8.

PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

9.      The true names and capacities of the Defendants, DOES 1 through 50, inclusive, are presently unknown to the Plaintiffs at this time and the Plaintiffs sue those Defendants and each of them, by such fictitious names pursuant to the pertinent provisions of the California Code of Civil Procedure.

10.      The Plaintiffs are informed and believe and, based on that information and belief, allege that some of the named Defendants herein and each of the parties designated as DOES and every one of them, are legally responsible jointly and severally for the events and happenings referred to in the within Complaint for …….., Intentional Infliction of Emotional Distress, Cyberstalking, and for Injunctive Relief.

11.      The Plaintiffs are informed and believe and based on that information and belief allege that at all times mentioned in the within Complaint, all Defendants were the agents and employees of their co-Defendants and, in doing the things alleged in this Complaint, were acting within the course and scope of such agency and employment.

12.      As to any corporate employer specifically named or named as a DOE herein, the Plaintiffs are informed and believe and therefore allege that any act, conduct, course of conduct or omission, alleged herein to have been undertaken with sufficient, malice, fraud and oppression to justify an award of punitive damages, was, in fact, completed with the advance knowledge and conscious disregard, authorization, or ratification of and by an officer, director, or managing agent of such corporation.

## STATEMENT OF FACTS

13.      In or about May 3, 2005, Plaintiffs Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources..

10.     Beginning In, or about, July of 2006, Plaintiffs Plaintiffs, was contacted by various investors representing the Venture Capital  officers and investors of the Defendant Defendants as agents of Defendants's RechargeIT project, Kleiner Perkins Group, In-Q-Tel and associated parties funded by and reporting to Defendants.  These investors feigned interest in the emerging technology and requested further information from Plaintiffs Plaintiffs in this regard.

11.     In or about August 21 of 2009, the fuel cell and electric vehicle project of Plaintiffs Plaintiffs, was suddenly defunded as to Plaintiffs Plaintiffs.

12.     The same funds for the research and development of electric car  technology was then, subsequently in the same year, awarded to the Defendants Defendants and ALPHABET for the exploitation of non-domestic energy materials which Defendants hold stock and managing control of the source and supply chain, via a sophisticated series of relationships between Defendants and competing electric vehicle efforts to Plaintiffs.

13.     In or about September 20, 2009 the Plaintiffs, was contacted by the Government Accountability Office of the United States with a request that he participate in an investigation being conducted by that entity into the business practices of the Defendants,  pursuant to anti-trust allegations.

14.     In or about January 15, 2010, the Plaintiffs, did, in fact, provide live testimony to the Government Accountability Office of the United States, The Department of Justice, Robert Gibbs and his staff at the White House Press Office and the Washington Post White House Correspondent. The testimony provided by Plaintiffs Plaintiffs, was, in fact, truthful and did, in fact, tend to support the veracity of the anti-trust allegations alleged by the Government Accountability Office.

16.     In or about January, 2011 Defendants exchanged funds with tabloid publications and those tabloid publications coincidentally published two articles and a custom animated film including false, defamatory, misleading and manufactured information belittling Plaintiffs Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director.

17.     In or about _Feb. 20, 2011, the Defendant YOU TUBE, published a custom produced and targeted attack video that also included false, defamatory, misleading and manufactured

information belittling the Plaintiffs, and discrediting his reputation as an inventor, project developer and project director.

19.    In or about _____, the Plaintiffs, contacted the Defendant, YOU TUBE and Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its website.

20.    In or about _____, the Plaintiffs, contacted the Defendant, Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its search engine.

21.    All of the written demands of the Plaintiffs, were to no avail and none of the Defendants, GAWKER, Defendants or YOU TUBE agreed to edit, delete, retract or modify any of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

22.    The Plaintiffs, whose businesses had already suffered significant  damage as the result of the online attacks of the Defendants, Defendants, GAWKER and YOU TUBE, contacted renown experts and especially Search Engine Optimization and forensic internet technology (IT) experts to clear and clean the internet of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

23.    None of the experts hired by Plaintiffs Plaintiffs, at substantial expense,were successful in their attempts to clear, manage or even modify the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director which only Defendants, the controlling entity of the internet, refused to remove.

24.    All efforts, including efforts to suppress or de-rank the results of a name search for "Plaintiffs" failed and even though tests on other brands and names, for other unrelated parties did

achieve balance, the SEO and IT tests clearly proved that Defendants was consciously, manually, maliciously and intentionally rigging it's search engine and adjacent results in order to "mood manipulate" an attack on Plaintiffs.

25.    In fact, the experts and all of them, instead, informed the Plaintiffs, that, not only had the Defendant, Defendants locked the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director into its search engine so that the information could never be cleared, managed or even modified, the Defendant, Defendants had assigned the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director  "P8"algorithmic internet search engine code  embedded in the internet information-set programmed into Defendants's internet architecture.

25.    "P8" standing is standing assigned and programmed into the internet, by the Defendant, Defendants to matters it designates as dependable and true therefore attributing primary status as the most significant and important link to be viewed by online researchers regarding the subject of their search.

26.    At all times pertinent from January 1, 2006, 2011 to in or about November 20, 2015, the Defendant, Defendants, maintained that it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that it's search engine algorithms  And the functions of it's media assets were entirely "arbitrary"

27.    In or about April 15, 2015, The European Commission took direct aim at Defendants Inc. , charging the Internet-search giant with skewing results

28.    In those proceedings, although the Defendant, Defendants, continued to maintain that it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that it's staff had no ability to reset, target, mood manipulate, arrange adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other class of users of the world wide web, also known as The Internet, s, the court, in accord with evidence submitted, determined that the Defendant, Defendants, does in fact have and does in fact exercise subjective control over the results of information revealed by searches on its search

engine. The EU case, and subsequent other cases, have demonstrated that Defendants sells such manipulations to large clients in order to target their enemies or competitors or raise those clients subliminal public impressions against competitors or competing political candidates.

29.     As a result of receiving this information, the Plaintiffs, became convinced of the strength and veracity of his original opinion that the Defendants, GAWKER, YOU TUBE and Defendants, had, in fact posted the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project designer had been intentionally designed, published, orchestrated and posted by them in retaliation to the true testimony provided by the Plaintiffs, to the Government Office of Accountability of the United States in May of 2005 aand to the Securities and Exchange Commission, The Federal Bureau of Investigation, The United States Senate Ethics Committee and other investigating parties, and had been disseminated maliciously and intentionally by them in an effort to do damage to his reputation and to his business prospects and to cause him severe and irremediable emotional distress.

30.     In fact, the Plaintiffs, has suffered significant and irremediable damage to his reputation and to his financial and business interests.  As a natural result of this damage, as intended, by the Defendants, GAWKER, Defendants and YOU TUBE, the Plaintiffs, has also suffered severe and irremediable emotional distress.

31.     To this day, despite the age of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director, in the event any online researcher, searches for information regarding the Plaintiffs, the same information appears at the top of any list of resulting links.

Cause of Action

## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

[Against the Defendants and DOES 1 through 50, inclusive]

22.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

35.     On or about May 3, 2005, Plaintiffs Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources.

36.     The Defendant Defendants knew of the above described contractual relationship existing between the Plaintiffs  and Plaintiffs and the United States Department of Energy in that the grant was made public record and, at the request of representatives of the Venture [Capital] Department of the Defendant Defendants, the Plaintiffs and Plaintiffs, believing that the request for information was as to providing additional funding for the project, did, in fact, submit complete information regarding the subject of the grant to the Defendant Defendants.

37.     The Defendant, Defendants, who had and has personal and business relationships with executive decision-makers at the United States Department of Energy and other Federal and State officials, lobbied those executive decision-makers to cancel, interfere and otherwise disrupt the grant in favor of the Plaintiffs Plaintiffs and Plaintiffs, with the intention of terminating the funding in favor of the Plaintiffs and Plaintiffs and applying the information they pirated from the Plaintiffs and Plaintiffs, for their own benefit as well as terminating Plaintiffs's competing efforts, which third party industry analysts felt could obsolete Defendants's and YouTube's efforts

38.     The Defendant, Defendants, was successful in its efforts and, in or about August of 2009, the grant in favor of the Plaintiffs and Plaintiffs, was summarily canceled.

39.     Commencing in or about, _____, the Defendant, Defendants, and its owners commenced to take credit for advancement in its own energy storage and Internet media technology as based on the information it had pirated from the Plaintiffs and Plaintiffs.

40.     The interference of the Defendant, Defendants, with the relationship of the Plaintiffs and Plaintiffs was intentional and constitutes an unfair business practice under in violation of

     PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

Business and Professions code section 17200. Individuals approached Plaintiffs offering to "help" Plaintiffs get his ventures funded or managed. Those individuals were later found to have been working for Kleiner Perkin's the founding investor of Defendants and current share-holder of Defendants. Plaintiffs discovered that those "helpful" individuals were helping to sabotage development efforts and pass intelligence to Defendants

41.    As a proximate result of the conduct of the Defendant, Defendants and severance and termination of the grant to the Plaintiffs and Plaintiffs, the Plaintiffs and Plaintiffs have suffered damages including financial damage, damage to their reputation and loss of critical intellectual property.

42.    The aforementioned acts of the Defendant, Defendants were willful, fraudulent, oppressive and malicious.  Plaintiffs is therefore entitled to punitive damages.]

Cause of Action

# INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

[Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.    In or about the fall of 2009, when the Plaintiffs and Plaintiffs discovered that their grant from the United States Department of Energy had been terminated and defunded, the Plaintiffs Plaintiffs and Plaintiffs, of course, informed other members of the energy and automotive technology industry of the facts of Defendants's behavior and specifically the behavior that gave rise to termination of the grant.

45.    The Defendant, Defendants became aware that the Plaintiffs Plaintiffs and Plaintiffs were intent on telling the truth about these facts, about true ownership of the intellectual property relied on by Defendants in its own vehicle, energy and internet media technology and about Defendants's theft of this property.

46.    In order to put a stop to the Plaintiffs and Plaintiffs and in an effort to discredit them, divest them of contacts in the industry and also of financial backing, the Defendant Defendants enlisted the services of the Defendants,  Defendants.'s own wide array of media and branding manipulation tools which are service offerings of Defendants.

47.    In 2011, GAWKER published an article describing the Plaintiffs and Plaintiffs as scam artists and scammers.

48.    In _____, YOU TUBE posted a video which depicted the Plaintiffs and Plaintiffs as………

49.    For example, the GAWKER article, entitled, "_____," states that:

SEE ATTACHED BACKGROUND SHEET of the Defendants, GAWKER and Defendants, did significant damage to the reputation of the Plaintiffs and Plaintiffs in the technology community.

50. Defendants has paid tens of millions of dollars to Gawker Media and has a business and political relationship with Gawker Media

54.    Also as intended by the Defendant, Defendants, this damage, especially because the false representations become immediately apparent to anyone conducting an internet search for "Plaintiffs" have caused investors to shy away from the Plaintiffs and Plaintiffs, causing the Plaintiffs and Plaintiffs, further difficulty in obtaining funding from in or about 2011 to the present time and have placed on HR and job hiring databases negative and damaging red flags about Plaintiffs, relative to the Gawker and Defendants attacks in order to prevent him from working. Additionally, representatives from Defendants sent a copy of the attack article to the employer of Plaintiffs via their HR office and communicated with said employer that "You don't want him working for you with this kind of article out there, do you?" Resulting in his termination..  .

55.    As a proximate result of the conduct of the Defendants, Defendants, GAWKER and Plaintiffs, the Plaintiffs and Plaintiffs have suffered severe financial damage as the result of loss of their good will and reputation.

56.     The aforementioned acts of the Defendants, Defendants, GAWKER and YOU TUBE were willful, fraudulent, oppressive and malicious.  Plaintiffs is therefore entitled to punitive damages.

Cause of Action

## CYBERSTALKING

 [Against the Defendants and DOES 1 through 50, inclusive]


43.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.     By hiring and/or making an arrangement with associated tabloids to publish an article replete with false and misleading statements disparaging Plaintiffs, in the guise of publishing opinion, the Defendant Defendants intended to harass Plaintiffs and did in fact harass Plaintiffs.

45.     By refusing to remove the offending publication and, in fact, assigning it a value associated with truth and a position in its web browser that came up and still comes up the first and most prominent link pursuant to any search for the Plaintiffs and maintaining this link for the past 5 years as permanent, uneditable and unmovable, the Defendant, Defendants intended and continues to intend to harass Plaintiffs.

46.     By doing the things described in paragraphs 44 and 45 above, Plaintiffs, Defendants, did and does continue to intend to cause Plaintiffs substantial emotional distress and Plaintiffs, commencing in or about his discovery of the post and the link has and continues to experience substantial emotional distress as any reasonable person would.

47.     The Defendant Defendants engaged in the pattern of conduct described above with the intent to place Plaintiffs in reasonable fear for his safety or in reckless disregard for the safety of Plaintiffs.  Plaintiffs admits here that the Defendant did not have the intent to do physical harm to Plaintiffs but, by arranging for publication of the subject article and ensuring that the subject article could not be moved or altered and would be certain to appear first and permanently as the result of any search for the Plaintiffs intended to do significant damage to Plaintiffs financial interests this in retaliation for his testimony at the proceedings described above and to ensure that Plaintiffs Plaintiffs

would have not future as a competitor in the world of technology populated by Plaintiffs and the Defendant Defendants.

48.    Plaintiffs attached his corroborating evidence to the within complaint as Exhibit A.  These are the results of any search for Plaintiffs on the Defendant Defendants's search engine commencing in April ? of 2011 and continuing to the present time.

49.    On _____, Plaintiffs did contact Defendants with a written request to remove the offending content.  The Defendant Defendants, stating that it has no control over the results of any search on its search engine and that algorithm, refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify Plaintiffs as a scam artist.

Cause of Action

## FRAUD

 [Against the Defendants and DOES 1 through 50, inclusive]


43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.    As above, in response to the request of Plaintiffs Plaintiffs regarding removal of the Gawker article of _____, 2011, the Defendant Defendants stated that has no control over the results of any search on its search engine and that [algorhythm], refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify Plaintiffs as a scam artist.

45.    The Defendant made this statement with the intent to induce Plaintiffs Plaintiffs to rely on it.

46.    Plaintiffs continued to rely on the statement and to believe that the Defendant Defendants has not power or authority to manipulate the results of searches conducted on its search engine until in or about _____ 2015 when it became clear as the result of the litigation commenced in the EU by _____ that Defendants does in fact have such ability and does, in fact, exercise this ability regularly to manipulate and manage any of the results of any search on its engine.

5.    On or about  [*date*], defendant  [*name*] made the following representation(s) to Plaintiffs:  [*allege in exact language, or as close to exact language as possible, the representations of material fact claimed by Plaintiffs to be false*].

6.    The representations made by the defendant were in fact false. The true facts were  [*specify*].

7.    When the defendant made these representations, he/she/it knew them to be false and made these representations with the intention to [deceive and defraud Plaintiffs and to] induce Plaintiffs to act in reliance on these representations in the manner hereafter alleged, or with the expectation that Plaintiffs would so act.

8.    Plaintiffs, at the time these representations were made by the defendant and at the time Plaintiffs took the actions herein alleged, was ignorant of the falsity of the defendant's representations and believed them to be true. In reliance on these representations, Plaintiffs was induced to and did  [*specify actions taken by Plaintiffs*]. Had Plaintiffs known the actual facts, he/she would not have taken such action. Plaintiffs reliance on the defendant's representations was justified because  [*specify*].

9.    As a proximate result of the fraudulent conduct of the defendant(s) as herein alleged, Plaintiffs was  [*allege facts showing allowable damages, e.g.*, induced to expend  (*number*) hours of his/her time and energy in an attempt to derive a profit from the  (*specify type of business*) sold to Plaintiffs by the defendant(s) but has received no profit or other compensation for his/her time and energy], by reason of which Plaintiffs has been damaged in the sum of $.

10.    The aforementioned conduct of the defendant(s) was an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant(s) with the intention on the part of the defendant(s) of thereby depriving Plaintiffs of property or legal rights or otherwise causing injury, and was despicable conduct that subjected Plaintiffs to a cruel and unjust hardship in conscious disregard of Plaintiffs rights, so as to justify an award of exemplary and punitive damages.

Cause of Action

## INVASION OF PRIVACY

[Against the Defendants and DOES 1 through 50, inclusive]

Right to be forgotten

43. The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44. The Defendant, Defendants, first by arranging for and allowing/posting the gawker article, then by coding a link to the article that permanently placed the article at the top of any search results for the Plaintiffs has invaded the inalienable privacy rights of the Plaintiffs as protected by Article I section 1 of the Constitution of the State of California.

45. The intrusion commenced in or about April of 2011 and continues to this day, is significant and remains unjustified by any legitimate countervailing interest of the Defendant, Defendants.

46. For five years, when any member of the public searches on the Defendant Defendants's search engine, for the Plaintiffs the first link to pop up refers to the Plaintiffs as a scam artist.

47. The pervasiveness and longevity of this link plus its placement at the very top of any search result has resulted in a significant, albeit intentional interference with the right of Plaintiffs Plaintiffs to engage in and conduct personal and business activities, to enjoy and defend life and liberty, acquiring possessing and protecting property and pursuing and obtaining safety, happiness and privacy.

COURT determined public controversy?  Public figure but the time has pass

8. The facts disclosed about Plaintiffs were and remain false.  Even in the event the Gawker article might have at one time garnered protection by the First Amendment as opinion regarding a public controversy and about a semi-public figure, no further controversy exists or even could.

9.    Five years have passed and, despite the lack of current content of controversy, the Plaintiffs remains saddled with a personal, permanent and immovable reference on the internet that characterizes him as scam artist in the world of internet technology.

10.    Plaintiffs Plaintiffs has done the best he could in these years to move on with new projects and new investors.  He has made every effort to start anew and has been precluded from doing so by the gawker article.

9.    Maintenance of the original posting of April 2011 for five years is offensive and objectionable to Plaintiffs Plaintiffs and certainly would be to a reasonable person of ordinary sensibilities in that the original posting is false and defamatory and was intentionally arranged for by Defendants so as to do significant damage to the personal and professional reputation of the Plaintiffs, because it has accomplished this damage, because there is no manner other than at the Defendant Defendants's hand by which the link can be altered or removed or the search results edited or limited and because there exists no reason that Plaintiffs Plaintiffs should not be allowed to enjoy a right to move on with is life independent of a label that had no basis in truth and reality in the first place.

10.  The facts regarding the charcetr oif the Plaintiffs  included in the gawker article are certainly no longer of any legitimate public concern nor are they newsworthy nor are they tied to any current controversy or dialogue.

11.    IN FACT, Plaintiffs Plaintiffs can truly no longer be considered a public figure or even a semi-public figure as the GAWKER article has fairly successfully put him out of business and kept him out of business for the past five or more years.

11.  As a proximate result of the above disclosure, Plaintiffs  [*specify injury suffered by Plaintiffs, e.g.,* was scorned and abandoned by his/her friends and family, exposed to contempt and ridicule, and suffered loss of reputation and standing in the community, all of which caused him/her humiliation, embarrassment, hurt feelings, mental anguish, and suffering], all to his/her general damage in an amount according to proof.

[12.  As a further proximate result of the above-mentioned disclosure, Plaintiffs  (*specify special damages suffered by Plaintiffs, e.g.,* has suffered injury to his/her business, in that he/she has

lost  (*number*) patients from his/her medical practice), all to his/her special damage in an amount according to proof.]

[13.  In making the disclosure described above, defendant was guilty of oppression, fraud, or malice, in that defendant made the disclosure with  (the intent to vex, injure, or annoy Plaintiffs *or* a willful and conscious disregard of Plaintiffs rights *or state facts showing such intent or disregard*). Plaintiffs therefore seeks an award of punitive damages.]

[14.  Defendant has threatened to continue disclosing the above information. Unless and until enjoined and restrained by order of this court, defendant's continued publication will cause Plaintiffs great and irreparable injury in that  (*specify facts supporting allegation, e.g.*, Plaintiffs will suffer continued humiliation, embarrassment, hurt feelings, and mental anguish). Plaintiffs has no adequate remedy at law for the injuries being suffered in that  (*specify facts supporting allegation, e.g.*, a judgment for monetary damages will not end the invasion of Plaintiffs privacy).]

Cause of Action

## UNFAIR COMPETITION – CLASS ACTION

 [Against the Defendants and DOES 1 through 50, inclusive]

43.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

4.     Plaintiffs Plaintiffs brings this action on his own behalf and on behalf of all persons similarly situated. The class that Plaintiffs Plaintiffs represents is composed of all persons who, at any time since the date four years before the filing of this complaint, sought to have offensive, irrelevant and outdated material posted to the internet and available through a search on the Defendant, Defendants's search engine corrected, removed or re-ranked and have been informed by the Defendant, Defendants that the Defendant Defendants that the Defendant, Defendants does not have the ability to do so and _____ state Defendants's published policy..

5.     The persons in the class are so numerous, an estimated 39% of the population of the United States of America, that the joinder of all such persons is impracticable and that the disposition of their claims in a class action is a benefit to the parties and to the court.

5.      There is a well-defined community of interest in the questions of law and fact involved affecting the parties to be represented in that each member of the class is or has been in the same factual circumstances, hereinafter alleged, as Plaintiffs Plaintiffs.  Proof of a common or single state of facts will establish the right of each member of the class to recover. The claims of Plaintiffs Plaintiffs are typical of those of the class and Plaintiffs Plaintiffs will fairly and adequately represent the interests of the class.

6.      There is no plain, speedy, or adequate remedy other than by maintenance of this class action because Plaintiffs Plaintiffs is informed and believes that each class member is entitled to restitution of a relatively small amount of money, amounting at most to $5,000.00 each, making it economically infeasible to pursue remedies other than a class action. Consequently, there would be a failure of justice but for the maintenance of the present class action.]

7.      The Defendant Defendants INC is a business incorporated in the State of California and at all times herein mentioned owned and operated a its search engine and its ancillary commercial enterprises from [its headquarters in Santa Clara, California.

8.      On _____, 2011, GAWKER, a well-known internet bomb manufacturer published an article about the Plaintiffs.  The article falsely, maliciously and without regard for the truth, labelled the Plaintiffs a scam artist.

9.      Any search on the Defendant, Defendants's search engine for "Plaintiffs" resulted and to this day still results in a display of the GAWKER article with Plaintiffs Plaintiffs described as a scammer in the first line of the Defendants link.

10.      Publication of the article by GAWKER and the linking by Defendants caused Plaintiffs Plaintiffs immediate and irreparable harm to his reputation, to his business interests and to his personal life.

11.      Some five years have passed and the Plaintiffs continues to suffer damage to his reputation to his business interests and to his personal life as the result of the publication by GAWKER and DefendantsS link to it.

12.      In or about _____, the Plaintiffs, directed a written request to the Defendant Defendants Inc to unlink the GAWKER publication to any search for his name or to delete the offending article.

13.     The Defendant, Defendants, responded by stating that it had no ability or legal obligation to do so as the request didn't fall within its own policies for removal.

19.     The position of the Defendant, Defendants is illegal, false and unfair.

20.     The position of the Defendant is illegal as it infringes on the rights of individuals as protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

21.     The position of the Defendant is unfair as it deprives individuals of rights protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

22.     The position of the Defendant, Defendants, is false because, as a processor of personal information and a controller of that information, the Defendant, Defendants also possesses the technical, logistical and _____ power and ability to delete, re-rank and _____ any information obtained as the result of a search on its search engine.

10.     As a direct, proximate, and foreseeable result of the Defendant's wrongful conduct, as alleged above, Plaintiffs Plaintiffs and millions of others other members of Plaintiffs class, who are unknown to Plaintiffs but can be identified through inspection of the Defendant's records reflecting requests for removal it has already received and by other means, have been subjected to unlawful and unwanted publication of in accurate, inadequate, irrelevant, false, excessive, malicious and defamatory internet postings about themselves and as a result of the Defendant, Defendants's present policies, have thereby been deprived of their right to privacy and the right to control information published about them as this control now apparently is vested in the Defendant Defendants, INC and not in and of themselves.

11.     Plaintiffs is entitled to relief, including full restitution for the unfair practices of the Defendant, Defendants as these have damaged his reputation and his business prospects and deletion or de-ranking of any article naming him a scam artist as inaccurate and currently irrelevant.

12.      The Defendant, Defendants, has failed and refused to accede to Plaintiffs request for a removal of the offending article or for any de-ranking or separation of the article from a search for his name.  Plaintiffs is informed and believes and thereon alleges that the Defendant has likewise failed and refused, and in the future will fail and refuse, to accede to the requests of other individuals requests for removal, de-ranking or the separation of search results from a simple search for their name.

12. The Defendant's acts hereinabove alleged are acts of unfair competition within the meaning of Business and Professions Code Section 17203. Plaintiffs is informed and believes that the Defendant will continue to do those acts unless the court orders the Defendant to cease and desist.


Cause of Action


# RICO VIOLATIONS OF THE "Racketeer Influenced and Corrupt Organizations Act"

The **Racketeer Influenced and Corrupt Organizations Act**, commonly referred to as the **RICO Act** or simply **RICO**, is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering, and it allows the *leaders* of a syndicate to be tried for the crimes which they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because he did not actually commit the crime personally.[1] RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. Enacted as Title IX of the Organized Crime Control Act of 1970, and signed into law by the President of the United States.

Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise". Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count.

In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."

Defendants are hereby indicted under the RICO provisions and a pre-trial restraining order or injunction to temporarily seize defendant's assets and prevent the transfer of potentially forfeitable property, as well as the requirement for defendants to put up a performance bond are hereby ordered.

The patterns of RICO compliant behavior are easily visible and proven in this case.

Plaintiffs have been damaged in their business, brand, opportunity, civil rights and property by these "racketeers". Plaintiffs have proven the existence of an "enterprise". The defendants invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); The defendants acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); the defendants conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); The defendans conspired to do the above (subsection (d)).[4] The corrupt enterprise is the 'prize,' 'instrument,' 'victim,' and 'perpetrator' of the racketeers.[5]

Criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages) and Plaintiffs hereby demand treble damages.

## RELIEF AND DAMAGES

13. Plaintiffs has incurred and, during the pendency of this action, will incur expenses for attorney's fees and costs herein. Such attorney's fees and costs are necessary for the prosecution of this action and will result in a benefit to each of the members of the class. The sum of $500,000.00 is a reasonable amount for attorney's fees herein.

WHEREFORE, Plaintiffs prays for judgment as follows:

1. For restitution to Plaintiffs and each other member of the class, as his or her interest may appear, of all sums unlawfully collected by the defendant from Plaintiffs and other members of the class since [*date*];

2. For interest on these sums at the legal rate from the date of each unlawful collection [*or other prayer for interest*];

3. For a permanent injunction enjoining the defendant, and the defendant's agents, servants, and employees, and all persons acting under or in concert with them, to cease and desist from the following acts:

a. [*Specify according to allegations, e.g.,* Towing any vehicles in (*city*) without adequate warning];

b. [*Continue as appropriate*];

[4. For (*Specify if return or refund sought, e.g.*, an order requiring the defendant to return title to Plaintiffs 1995 Ford Probe, License Plate No. 1234567).]

5. For [*Specify actions required to provide relief for class, e.g.*, an order requiring the defendant to compile a list identifying, as far as possible, all other persons who have had their vehicle towed by the defendant, and to send each such person a written offer to return any vehicle whose title was improperly transferred and to refund the unconscionable towing fees].

6. For the payment of Plaintiffs attorney's fees out of the moneys recovered for the joint benefit of the members of the class;

7. For costs of suit herein incurred; and

8. For such other and further relief as the court may deem proper.

 [*firm name, if any*]

By: [*signature*]


WHEREFORE, Plaintiffs prays judgment against defendant as follows:

1.  For general damages according to proof;

[2.  For special damages according to proof;]

PRODUCED BY NON LAWYERS – GAWKER RESTITUTION CLAIM RESPONSES

[3.  For exemplary or punitive damages;]

[4.  For  (*specify injunctive relief sought, e.g.,* a preliminary injunction and a permanent injunction enjoining defendant and his/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about Plaintiffs);]

5. For costs of suit herein incurred; and

6. For such other further relief as the court may deem proper.


## CALCULATIONS OF DAMAGES

The recent leaks along with evidence acquired from federal investigators and other lawsuits has delivered a high value opportunity for Plaintiffs attacked by a Cartel. Plaintiffs are seeking a $3 million sponsor for a lawsuit with over $100 billion in potential recoveries.

**How are the Damages against the victims of the Cleantech Crash Crimes calculated?**

**Report to the FBI and FTC – Cleantech Alliance**


The Defendants John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts; including David Axelrod, Robert Gibbs, David Plouffe, Rahm Emanual, Steve Rattner, received over 50 billion dollars in profits from the crimes.
They received over 50 billion dollars at the expense of the victims because they intentionally, maliciously and in a coordinated manner, circumvented, those monies from the victims.

The amount of money that John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts acquired from these crimes is confirmed by reports at the Securities and Exchange Commission, The Internal Revenue Service and stock market transfer records.

Each competing automobile manufacturing company that they sabotaged, including Bright Automotive, Eco-Motors, Zap, Plaintiffs Vehicles, Aptera, Brammo and others, had the potential to make as much money, or more money, than Elon Musk's Tesla Motors. These other companies offered lower cost, safer, longer range vehicles which higher volumes of consumers had demanded. This means that, if

these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than Tesla Motors. Thus Tesla Motors, and by extension, Nissan Leaf, provide a minimum baseline damages amount reference for some of the victims.

Each competing energy manufacturing company that they sabotaged, including Millenium Cell, Zap, Limnia Energy, and others, had the potential to make as much money, or more money, than Elon Musk's and Panasonic's lithium ion battery revenues. These other companies offered lower cost, safer, longer range energy production and storage systems which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than the Cartel's lithium ion monopoly. Thus Tesla Motors Panasonic revenues and Steven Chu's related Lithium ion holdings and associates revenues provide a minimum baseline damages amount reference for some of the victims.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts used character assassination as a vendetta process to seek to destroy the brands, reputations and witness testimony of the victims by manipulating their properties: Google, Media Matters and Gawker Media to author and distribute character assassination propaganda to the majority of the world's population via their pre-arranged and contrived control of the vast majority of digital media.

In a similar case, Plaintiffs Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Plaintiffs in the Cleantech Crash Crimes exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Plaintiffs in the cleantech Crash Crimes attacked in such a manner. For example, Google, owned by the Defendants, locked the attacks on the front page on the top line of Google for over five years, without ever moving it, even though Plaintiffs purchased thousands of servers, and take-down requests to attempt to move the attacks even a few lines lower. This proves that Google was manually, and daily rigging the attacks.


Thus, the damages award to the Plaintiffs should be much higher than the Terry Bollea award.

Government funding which was circumvented by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts from Plaintiffs to themselves was not the largest quantified value of loss. Working with Goldman Sachs, John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts exploited the White House relationship with The Fed and the SEC to create a massive stock market valuation padding scheme which yielded historical profits. By stating government funds as "profit" and switching back and forth from stock skims to government funds in accounting records, tremendous stock market profits were placed in the pockets of Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts. Had Plaintiffs not been circumvented by Defendants then Plaintiffs would have acquired these same benefits. The stock market loss to the Plaintiffs at the expense of the Plaintiffs is also calculated into the damages consideration.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts ordered Steven Chu, Lachlan Seward, Carol Battershel, Kathy Zoi and other executives at the U.S. Department of Energy, who they had placed into positions in the U.S. Department of Energy as shills on their behalf, to lie to and defraud the applicants. All of the money from the U.S. Department of Energy had been secretly hard-wired and the distribution of it covertly arranged to go to John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts stealthed ownerships. Thus, the applicants, who had superior technology, more customer orders, better value and provided less of a national security risk were defrauded into spending tens of millions of dollars on the applicant process via false promises and assurances of success which were already known to be lies from the first 2007 forward. The losses in time, expenses and time-to-market delays created by these fraudulent promises and assertions by the agents, in public office, covertly working for John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts are calculated into these damages.

Plaintiffs are demanding from the U.S. Government, The California State Government and the individual Defendants; general damages according to proof; special damages according to proof; exemplary or punitive damages; For a preliminary injunction and a permanent injunction enjoining defendant and their/her agents, servants, and employees, and all persons acting under, in concert with,

or for him/her from continuing to publish the above-described private facts about Plaintiffs; for costs of suit herein incurred; for such other further relief as the court may deem proper; and forr an award of

15% of Defendants gross revenue since inception wherein that revenue was derived from profits made from the use of, or interdiction of, Plaintiffs patented and trade secret products, services and technology which Defendants covertly acquired information about and copied for profit.

In a generic calculation, at the lowest minimum calculation of damages, the amount of damages appears to exceed $100 Billion. Forensic accounting based on Subpoenas will be required to finalize the amount but recent leaks and witness testimony confirm the veracity of these assumptions.

## NOTES ON GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION:

Plaintiffs have been advised by federal law enforcement, community legal groups and Constitutional law experts that Plaintiffs are entirely free to use any legally obtained evidence that Plaintiffs find in public view. It does not matter if it comes from DNC insiders, Wikileaks, Google's own employees, or Russian diplomats. It is now entirely legal for us to use anything Plaintiffs legally find on the internet or in public statements. Plaintiffs will use such materials in this case.

In fact, though, Plaintiffs do not need any more evidence than what Plaintiffs already have **from first-hand knowledge**, to put Google senior staff in prison. Plaintiffs know what will be confirmed in some of the upcoming leaks. Those leaks will only serve to double-down on the criminal and civil charges Plaintiffs have already made against Google. Plaintiffs have filed thousands of pages of evidence with the FBI, GAO, FTC, SEC, FEC and other law enforcement and regulatory agencies.

Google, YouTube, Alphabet, Jigsaw, In-Q-Tel, and all of their various front organizations, are controlled by the same people with the same bizarre agenda operating under bribery and payola schemes with famous politicians. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Our state and federal confirmed filings, our U.S. Patent records, the published news items and hundreds of signatories on our NDA's say that Plaintiffs built the first Google free-services-search website that the current Google copied. The people who launched the company you know as the current Google came to look at, and copy, our "original Google". Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google, and a company called Kleiner Perkins, have a campaign payola deal with White House executives. This deal trades search engine rigging for Cleantech "green money" handouts ordered up by White House staff from various state and federal agencies. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has a contracted relationship with non-Congressionally approved rogue groups, like In-Q-Tel, Media Matters, Sid Blumenthal Group and New America Foundation; who use U.S. treasury funds to attack competitors. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Larry Page, Eric Schmidt, Ann Wojcicki and Sergey Brin did not build the first Google, they stole the technology from others, particularly us. Google, particularly the three founders, steal their technology. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Plaintiffs are Google's competitors that Google violated anti-monopoly and anti-trust laws against by operating Google as a "Cartel". Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has paid money to Gawker Media and Gawker Media has paid money to Google.  Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it. Google and Gawker Media have a series of quid-pro-quo relationships which provide for the mutual deployment of character assassinations of their business and political enemies. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google's lawyer, and other Google associates, work in and control the U.S. Patent Office for the protection of Google patent territory. Google's patent staff took vendetta actions against us on orders

from Google bosses. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bosses have demonstrated a lack of morality by the vast number of sexual scandals they have been involved in. This indicates a higher-than-normal predilection, by Google bosses, to engage in criminal and illicit activity. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has always had, and today fully has, total control over the text, links, results, adjacent results and all positioning of each and every Google search result and mnemonic impression and Google selectively adjusts those results in order to harm competitors and political adversaries and hype investor friends and partners like Elon Musk. Google lied to government regulators, in multiple nations, when Google stated that executives had no control over Google results. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Plaintiffs, our legal representatives, and others, sent hundreds of communications to Google asking Google to stop harassing, cyber-stalking and search engine locking attacks against us. Google refused to comply with attack reduction and, in fact, increased the attacks against us mentioned herein. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google receives operational orders from White House campaign financiers and those communications are recorded in emails and phone calls. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google stated on the record that it's search results change every few hours yet Google locked each attack they coordinated against us on the same top lines of the front page of Google, around the globe,

for over five years without any shift in placement. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google meets the legal definition as an organized crime RICO-violation illicit "Cartel".  Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bribes politicians to get Google's owned politicians to harm Google's competitors. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Plaintiffs placed thousands of server sensors in different ISP's in different locations around the entire internet for extended periods of time in order to catch Google rigging the internet and did, in fact, catch Google rigging the internet. Others have emulated these tests and also caught Google rigging internet results.  Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google rigs the internet to hide misdeeds and company failures by Elon Musk while, concurrently, pumping up and hyping cover stories to hide those misdeeds because Larry Page and Elon Musk are best boyfriends and Google owns parts of Tesla and Tesla battery suppliers.  Plaintiffs have an internet tracking record from 2007 to today, comparing the daily results for Tesla and Elon Musk, vs. the top 15 global search engines vs. pro and con news on each. The results on Google were rigged by Google. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has received billions and billions of U.S. Treasury money that were exclusively provided to Google on a quid-pro-quo basis by politicians that Google financed. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google owns corrupt lithium mining interests along with Elon Musk. That is why a common search engine company is also building electric cars. Google and their partner, Elon Musk, do this in order to scam tens of billions of taxpayer dollars from DOE and DOT exclusive White House ordered government hand-outs. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google pumps marketing hype for stock market pump-and-dumps which inure exclusively to Google investors and against Google enemies. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google sabotaged and circumvented our government funding and rerouted it to Google. Plaintiffs can prove it in court! News reports, Congressional and law enforcement reports already prove it.

There is much more factual data and evidence sets that, upon becoming public knowledge, will prove that White House staff and U.S. Senators are running cover-ups in order to protect their insider scam deal with Google, rig election perceptions and search results, and run Google as a "protection racket" using taxpayer resources."

## NOTES ON TESLA MOTORS, ELON MUSK AND STEVE JURVETSON

The Cartel orders public policy officials to cancel Plaintiffs funding and give it to them.

The Cartel was terrified of Plaintiffs technologies because over 10,000 federal, university and industry reports were stating that Plaintiffs technologies obsoleted the Cartel's technologies.

Plaintiffs products did not create a U.S. National security and Defendants technologies did. Defendants were terrified of this revelation. All of Plaintiffs resources could be acquired within domestic borders while Defendants resources require the instigation of wars in the Middle East for their profiteering efforts, particularly the mining of lithium and indium in Afghanistan for side-by-side Defendant assets Tesla and Solyndra, one of which was raided by the FBI, the other of which needs to be raided by the FBI.

Plaintiffs products cost less, had a better debt-ratio, were safer, had three times the range, created more domestic jobs, broke down less often and provided more retail and government pre-order letters of interest to the U.S. Congress than Defendants. Defendants were terrified of these advantafes and ordered their shills in Federal offices including David Axelrod, Robert Gibbs, Steven Rattner, Matt Rogers, Steven Chu, Lachlan Seward, The Spinner Family, et al, to circumvent and sabotage Plaintiffs while compensating those agents with cash, stock revolving door jobs, stock pumps and other largess.

## Consumer Safety Cover-up- The Tesla Motors Safety Scandal

Public officials have been intentionally covering up a safety issue, reported to them, by multiple parties, in writing, as early as 2008, that has cost American lives, destroyed homes and introduced cancer and fetal damaging vapors into the environment.

The facts upon which these statements are based are proven by tens of thousands of published news stories, which document these incidents actually occurring, and, ironically, on published state, and federal reports, documenting credible findings which prove that these horrific safety incidents have occurred, and will continue to occur.

While these dangers are even more profoundly documented than the GM ignition switch disaster and the Takata air bag crisis, and far earlier, nothing has been done about the danger, aside from having Google remove all references to it on the Internet.

Why is this being covered up?

What sort of malfeasance would incite public officials to hide the facts about such an epic public danger?

**GREED!**

It turns out that Senators, and their families, ie: Feinstein, Reid, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that current, and former White House staff, ie: Gibbs, Axelrod, Plouffe, Eric Holder, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that Department of Energy leaders including Steven Chu and his staff, not only own stock and business interests in the companies that are creating the death, toxicity and destruction; they also help run those companies.

It turns out that State of California officials, including Tax and Controller officials, gave money to the companies that are creating the death, toxicity and destruction; and then helped take campaign funds in, from those companies, for themselves and their bosses.

It turns out that the Silicon Valley campaign manipulators who gave money to all of the above, including John Doerr, Eric Schmidt, Steve Jurvetson, etc. own parts, or all, of  the companies that are creating the death, toxicity and destruction.

The facts are obvious**: Idiotic self-centered greed, by public officials, created a threat to public safety by placing personal profiteering over consumer welfare.**

This is a demand for justice and protection, on behalf of the public. It is unconscionable that American, and international, voters and consumers should have their lives, homes and health put at such risk by the wanton greed of out-of-control public servants.

The related 300+ page documentation report, (*__Federal Demand Report Re: Tesla Motors 2.1 .pdf__*) associated with this call for justice and consumer protection reveals, in stunning detail, the vast number

of highly documented incidents, reports, lab tests and expert studies that prove that Tesla Motors is, not only, a scam; but a severe public safety hazard that has been systematically covered up by corrupt politicians.

**The facts are clear.**

The following facts are now documented in numerous broadcast, and published, news reports; federal reports, university studies and investigation field reports. The FBI, GAO, NHTSA, SEC and Congressional authorities have now received all of the confirming evidence, in writing:

- Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields

- Tesla Motors batteries blow up on their own

- Tesla Motors batteries blow up when they get wet

- Tesla Motors batteries fires cannot be put out by any common fire-fighting resources

- Tesla Motors batteries set themselves on fire

- Per MSDS documents, Tesla Motors batteries emit cancer-causing vapors when they burn

- Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, and environments where such incidents occur

- Fires in Tesla Motors vehicles turn the entire car into a slag pile of melted metal and plastic and turn the bodies, inside the Tesla, into "unrecognizable lumps"

- Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper

- In an accident, when a Tesla rolls over, molten metal and plastic can drip on and burn the occupants alive

- Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn

- Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus

- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage

- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage

- Per published lawsuits and news reports, the factories that make Tesla Motors batteries have been charged with the deaths, and potentially fatal illness, of over 1000 workers and the poisoning of nearby towns

- Panasonic, Tesla's battery partner, has been charged with corruption, toxic poisoning, dumping and price fixing by, at least, two different nations, including the U.S.

- Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards and Tesla's.

- Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible

- Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants

- Elon Musk's Space X vehicles and Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR

- Leaked Sandia National Labs and FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries

- Tesla's own "Superchargers" and home 3-prong chargers have set Tesla's, homes and businesses on fire

- Consumer rights groups contacted Erick Strickland, the head of the NHTSA, and charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety

investigation was never under-taken due to White House requests and lobbyist bribes, from Tesla, which got the investigation shut down

- NEPA regulations for the Tesla NUMMI factory in California and the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards

- Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes and subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing

- Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage

- Tesla Motors vehicles have been hacked and taken over. Their doors, steering, listening devices and navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs and into other vehicles, killing bystanders and Tesla drivers

- Three Tesla top engineers and two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day

- Multiple employees, founders, investors, marital partners, suppliers and others have sued Tesla Motors, and/or it's senior executives for fraud

- The above, and over 30 additional safety issues with Tesla Motors vehicles, have been documented, yet investigations have been covered up, and/or manipulated by public officials with a financial and political investment in Tesla Motors and lithium ion batteries. This level of cover-up is said to be a felony-level crime

Not all public officials have been implicated. Senator Chuck Schumer once publicly called for a safety review of lithium ion batteries but was shouted down by his peers.  The public is encouraged to seek out public officials who will take action, on behalf of the public. The public is also encouraged to sue Tesla Motors in order to call attention to these outrages.

Members of the public are taking this news article to staff at Tesla show-rooms, and factories, world-wide, as well as the landlords, adjacent retail merchants and each of their insurance companies,

globally. It is hoped that all adjacent parties will adjust their insurance coverage, accordingly, relative to these now, widely documented, issues.

At a point where the voting public have told leading polls (including Gallop, etc.) that they have the lowest trust in the U.S. Congress, in history, and the highest disdain for CORRUPTION, in a national election year, it would seem to be "political suicide" for public officials to further this cover-up.

# NOTES ON KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL

From the web book: **"Darkened Corridors, A ProPublica Live Wiki-Documentation"**

A gunshot rang through the corridors of San Francisco City Hall. A Mayor was dead and a new mayor was moved into position. The bullet that killed Mayor George Moscone on November 27, 1978 would lead to political corruption in 2016 that would change the course of the world. Systematized political rigging had breached a new era.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as The Silicon Valley Cartel.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of input. Did John Doerr have George Moscone killed? Did he also kill Rajeev Motwani, Vince Foster, Seth Rich, Forrest Hayes, Gary D. Conley, Ravi Kumar, Andrew Breitbart, or the 78 other folks who had information that Doerr would not like to see go public? Maybe not...maybe so.

What does the FBI think? Every single one of these people died before their time and they had information that threatened Doerr and his Silicon Valley political schemes. Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments. [7] [8] The savvy team at Kleiner, aka "KPCB", realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets.

Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions.[11] Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter

Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of-interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed an got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters.

The cover-up makes Watergate pale in comparison. Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.The media outed Feinstein and she never made it to the White House. The internet has dubbed her:

"The most corrupt living politician in America". While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this:

"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

The scheme worked stunningly, until it didn't. 60 Minutes has a great investigative segment called:

THE CLEANTECH CRASH. This tells the story of part of the corruption but it only begins the tale. Someone took the largest corrupt hand-out in U.S. history and then crashed all of the Silicon Valley Cartel's "Green Scheme" companies. It is thought that a GOP-based SWAT Team took on the task. The Cartel had already gotten most of their payola from skims off-the-top and from stock market pump-and-dumps created by exploiting the free government money that could be used to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skimmed the momentary high-points on the Wall Street stock exchange.

Kleiner loved to steal federal funds under the guise of "It will help the nation".The green-washing "Cleantech" deal didn't work out so well so they moved their pitch to "Let's stop terrorists". Kleiner had funded many database companies so Silicon Valley pitched Washington that all of their database companies could spy on every American and "see the future like Tom Cruise did in the movie Minority Report and catch bad guys before they become bad". This was just a scam to try to make the wasted internet toys stay relevant.

That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billions dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has

no application in real life.

The newest tactic is "Driverless Cars". Nobody wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

Our reporters will cover, in detail, how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles. Plaintiffs could not cover this story until now because Plaintiffs needed to wait until this Presidential election raised the interest level in such dirty deeds. Plaintiffs also needed to wait until someone like Wikileaks dropped the archives to prove that these kinds of insane and epic corruption deals actually happen. It is likely not the Russians who are responsible for all of the leaks but insiders from Google, KPBC, the DNC and Facebook. It may even be FBI moles who have been inside these operations as well as Ellen Pao-esque players who were simply disgusted by the corruption.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

This publication is constantly updated by the internet via WikiPedia Process

Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel

The Cartel and their owned Federal and State employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense.

These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials, including the Hulk Hogan lawsuit, the public will get to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market.

Department of Energy Executives and their campaign financiers engaged in the following documented attacks against applicants who were competing with their personal stock holdings:

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- Disability and VA hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.

- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.

- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.

- Honeytraps and moles were employed by the attackers.

- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.

While most people may think that "hit-jobs" are the realm of Hollywood movie plots, these kinds of corporate assassination attempts do take place daily in big business and politics.

At the request of the U.S. Government, Scott developed and patented an energy technology that affected trillions of dollars of oil company and technology billionaire insider profits. He didn't realize this at the time. Now he wishes he had never gotten the call from Washington.

Let me make this point clearly: The control of **Trillions** of dollars of energy industry profits were being fought over by two groups and the Government plunked Scott down in the middle of that war. Scott had no affiliation with either group. He thought he was just accepting a challenge to help his nation.

Plaintiffs won commendation from the U.S. Congress in the Iraq War Bill. They won seminal federal patent awards from the U.S. Government. They won a Congressional grant. They won a huge number of letters of acclaim but they acquired the wrath of a handful of insane billionaires who could not compete with Plaintiffs technology.

The attacks were carried out by California State employees and U.S. Government officials who had received payment from these billionaires.

Department of Energy Executives and their campaign billionaire handlers engaged in these attacks in order to control the solar and "green car" markets. The did not care about green issues, they only cared about green cash.

Federal and state employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense.

These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials and email leaks, including the Hulk Hogan lawsuit and the DNC and Panama Papers leaks, the public has gotten to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market.

Department of Energy employees and State of California employees engaged in the following documented attacks against applicants who were competing with their billionaire backers personal stock holdings. Scott and the other applicants including Bright Automotive, Aptera, Eco-Motors and many more, suffered these attacks:

- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications were "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" took place.

- State and federal employees played an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

- Some applicants found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations without being provided with proper HazMat suits which DOE officials knew were required.

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- One Gary D. Conley and one Rajeev Motwani, both whistle-blowers in this matter, turned up dead under strange circumstances. They are not alone in a series of bizarre deaths related to the DOE.

- Disability and VA complaint hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.

- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.

- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.

- "Honey-traps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject.

- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.

- Targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.

So, the next time you are asked to "Serve Your Country", consider the implications if you do a good job.

While law enforcement, regulators and journalists are now clamping down on each, and every, one of the attackers, one-by-one, the process is slow. The victims have been forced to turn to the filing of lawsuits in order to seek justice.

Bibliography, Footnotes, References, Repositories

Key Data Links:

http://PACER.GOV        **Other Case Files**


http://breakingnewsreport.org


http://wp.me/P7j6BA-BUV


http://www.slush-fund.com


http://www.muckety.com/


http://gizmodom.net///GALLERY2


http://globalscoop.net/googleinvestigation


https://vid.me/VIDME_GLOBAL_3


http://xyzcase.xyz


http://xyzcase.xyz/files/data/public/4dd304


https://mega.nz/#F!6Rk1hC7K!5FxlpPi_eG52GnYuN_JmeA

The Big Leak Repository

There are over a million pages of evidence. Significant evidence has been pre-sorted into many cloud-based online repositories and archives online for the use of lawyers and investigators.

Previously filed law suits also have significant case files which can be acquired with Bates numbers already created.

# EXHIBIT B

E-mail Correspondence - Nov. 13, 2016 at 12:59 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Sunday, November 13, 2016 12:59 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) |

Prime Clerk Staff:

Plaintiff XP Vehicles Group has been receiving notices on this case which require responses to the court. Those notices are being supplied with overtly unreasonable and unfair response time-frames and/or the method of response is being rigged in order to try to disenfranchise XP from it's legal and other rights. For example, on Nov. 11, 2016 over a holiday weekend, XP was notified that it had to place a response on the Judge's desk by Nov. 14, 2016 which required XP to author a 44 Page document for the court within a few hours time in order to place it in the mail in time for it to be received on the other side of the nation over a national holiday.

Why are such notices not being emailed to XP within a reasonable enough time-frame to allow an in pro per Plaintiff to try to understand, research, author and relay the response?

Why are such notices not being FED-EX'd overnight to XP within a reasonable enough time-frame to allow an in pro per Plaintiff to try to understand, research, author and relay the response?

A future court hearing could throw out the entire Gawker case for ALL Claimants if it appears that some Claimants rights were being manipulated in order to benefit other Claimants unfairly. Don't you agree that this a dangerous risk to for everyone concerned?

How can this case resolve this obvious rights issue for us?

As you are aware, XP works with Congress on the issues of "Slow-walking", "Stone-Walling" and "Dead-line Manipulation" efforts by corrupt U.S. politicians in order for those corrupt parties to manipulate Treasury funds into their own pockets. Those kinds of public rights manipulation efforts should not be happening in this case too.

XP

# **EXHIBIT C**

E-mail Correspondence - 13, 2016 at 3:36 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Sunday, November 13, 2016 3:36 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) |
| **Attachments:** | FBI ASKED TO INVESTIGATE UNDERAGE WASHINGTON DC SEX RING.pdf |

Demand For FBI Supervision Of The Gawker Bankruptcy Case

Over this weekend a massive number of articles have emerged in the news about a multi-national under-age sex scandal which the press calls: "PizzaGate". The news documents a number of young people that were involved with both Gawker Media and those in political power who would take extreme measures to hush this case up. The Hulk Hogan case exposed the fact, on court record, that the FBI has an active file on this matter. There is now concern that the attempts to obfuscate our claims against Gawker may be connected to the cover-up attempts of these crimes. The previous abuse lawsuits by Gawker staff and new evidence of the operation of Gawker as a front for these very same political officials, raises substantial concerns. We demand an FBI presence in all further aspects of this case and ongoing reports, provided by the Court, about this case, to The U.S. Congressional Ethics and Investigation Teams.

XP Vehicles Group

# **EXHIBIT D**

E-mail Correspondence - Nov. 13, 2016 at 7:58 p.m. (ET)

**McGee, Alex**

---

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Sunday, November 13, 2016 7:58 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) |

# IT JUST GOT WORSE:

## WASHINGTON DC SEX RING POLITICIANS SHOW UP IN EPIC SEX WEBSITE HACK

### AdultFriendFinder network hack exposes 412 million accounts

Almost every account password was cracked, thanks to the company's poor security practices. Even "deleted" accounts were found in the breach.



By [Zack Whittaker](#) for [Zero Day](#) | | Topic: [Security](#)

A massive data breach targeting adult dating and entertainment company Friend Finder Network has exposed more than 412 million accounts.

The hack includes 339 million accounts from AdultFriendFinder.com, which the company describes as the "world's largest sex and swinger community."

That also includes over 15 million "deleted" accounts that wasn't purged from the databases.

**SECURITY IN 2016**



[These were the biggest hacks, leaks and data breaches of 2016](#)

1

And the list of attacks keeps getting longer...

- [Read More](#)

On top of that, 62 million accounts from Cams.com, and 7 million from Penthouse.com were stolen, as well as a few million from other smaller properties owned by the company.

The data accounts for two decades' worth of data from the company's largest sites, according [to breach notification LeakedSource](#), which obtained the data.

The attack happened at around the same time as one security researcher, known as Revolver, disclosed [a local file inclusion flaw](#) on the AdultFriendFinder site, which if successfully exploited could allow an attacker to remotely run malicious code on the web server.

But it's not known who carried out this most recent hack. When asked, Revolver denied he was behind the data breach, and instead blamed users of an underground Russian hacking site.

The attack on Friend Finder Networks is the second in as many years. The company, based in California and with offices in Florida, was hacked last year, [exposing almost 4 million accounts](#), which contained sensitive information, including sexual preferences and whether a user was looking for an extramarital affair.

ZDNet obtained a portion of the databases to examine. After a thorough analysis, the data does not appear to contain sexual preference data unlike the 2015 breach, however.

The three largest site's SQL databases included usernames, email addresses, and the date of the last visit, and passwords, which were either stored in plaintext or scrambled with the SHA-1 hash function, which by modern standards isn't cryptographically as secure as newer algorithms.

LeakedSource said it was able to crack 99 percent of all the passwords from the databases.

The databases also included site membership data, such as if the user was a VIP member, browser information, the IP address last used to log in, and if the user had paid for items.

ZDNet verified the portion of data by contacting some of the users who were found in the breach.

One user (who we are not naming because of the sensitivity of the breach) confirmed he used the site once or twice, but said that the information they used was "fake" because the site requires users to sign up. Another confirmed user said he "wasn't surprised" by the breach.

Another two-dozen accounts were verified by enumerating disposable email accounts with the site's password reset function. (We have [more on how we verify breaches](#) here.)

## More security news

- [Locky ransomware campaign exploits fears of data stolen in OPM hack](#)
- [Over 780k email addresses reportedly exposed in Capgemini leak of Michael Page data](#)
- [Spymasters hunt for coding and tech apprentices to help combat hackers and cyber-attacks](#)
- [SoftBank partners with Zimperium to offer mobile security solutions in Japan](#)

When reached, Friend Finder Networks confirmed the site vulnerability, but would not outright confirm the breach.

"Over the past several weeks, FriendFinder has received a number of reports regarding potential security vulnerabilities from a variety of sources. Immediately upon learning this information, we took several steps to review the situation and bring in the right external partners to support our investigation," said Diana Ballou, vice president and senior counsel, in an email on Friday.

"While a number of these claims proved to be false extortion attempts, we did identify and fix a vulnerability that was related to the ability to access source code through an injection vulnerability," she said.

"FriendFinder takes the security of its customer information seriously and will provide further updates as our investigation continues," she added.

When pressed on details, Ballou declined to comment further.

But why Friend Finder Networks has held onto millions of accounts belonging to Penthouse.com customers is a mystery, given that the site was sold to Penthouse Global Media in February.

"We are aware of the data hack and we are waiting on FriendFinder to give us a detailed account of the scope of the breach and their remedial actions in regard to our data," said Kelly Holland, the site's chief executive, in an email on Saturday.

Holland confirmed that the site "does not collect data regarding our members' sexual preferences."

LeakedSource said breaking with usual tradition because of the kind of breach, it will not make the data searchable.

# **EXHIBIT E**

E-mail Correspondence - Nov. 14, 2016 at 4:47 p.m. (ET)

**McGee, Alex**

---

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Monday, November 14, 2016 4:47 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) |
| **Attachments:** | DEMANDLETTER.png; Letter to Rick Frenkel 01.14.13.pdf |

---

**Ooopsie- Busted!!!- NOTICE TO The United States Bankruptcy Court of the Southern District of New York regarding our position in the Gawker Media Bankruptcy case**

PLEASE POST THIS ON PUBLIC RECORD IN OUR CASE FILES!

The United States Bankruptcy Court of the Southern District of New York sent us a notice stating that lawyer "David Heller" and "Latham and Watkins" are to be cc:d on all communications because they are part of the legal Gawker Bankruptcy Team.

We did a little research.

We object to the involvement of David Heller and Latham and Watkins because they are a fully compromised and conflicted party.

Per the attached, and other extensive evidence and FBI records, this "Latham and Watkins" are the very same ones who threatened us with "media" hit-jobs and other ills . They represent the rogue CIA operations: IN-Q-Tel/New America Foundation who organize "Dirty Tricks Campaigns" like the Dirty Tricks attacks that were put on us, The Trump Campaign, Wikileaks and many others. In-Q-Tel and New America Foundation are one and the same people. The State Department and one of our ex-girlfriends, who worked with them, say so. The forensic tracking says so and law enforcement says so. They are financed by the same people and, Oh MY!: Mr. Eric Schmidt, who we have charged with running the largest part of the Cartel that Gawker Media was part of them and RAN, FINANCED, TOOK MONEY FROM, WAS AN EXECUTIVE OF AND PROMOTED THEM. Google and Gawker are also shown in court and SEC records swapping vast amounts of money and assets with each other. Larry Page of Google and Elon Musk sleep over at each other's homes and have some sort of strange *"special bromance"* according to the Press.

In-Q-Tel/New America and possibly Latham And Watkins did the research for the attack articles and movies that Gawker Media made and published about us that Ole' Eric Schmidt locked on the internet for half a decade in the top spots on Google/YouTube. All of these folks are part of this organized crime operation and we are not comfortable with their participation. The financial and beneficiary connections of the charged parties is now even more confirmed in our favor. IN-Q-TEL looked at our software under confidentiality, hacked our servers, copied our software with New America Foundation (In-Q-Tel's Alter Ego) and then flooded the market with free copies of the clones timed to coincide with their connected partners Gawker Media's attacks on us. (See NY Times article "..detours around internet censors..") We sued In-Q-Tel and made their wanna-be spies fly to California and tell a U.S. Judge who they really were. We made them stand up in Court and watch the Corbett

Report's documentary video expose about who they really are! All of the above, by the way, are investor's, shareholders and promoters of the lithium ion mining scams which got this whole case started in the first place. Gawker Media made the bullets for Google to fire at us, and the other victims of this travesty of justice!

This David Heller and this Latham and Watkins seem to be in violation of their lawyer licenses, deeply conflicted, targeted against us, paid to harm us and not in any way associated with our best interests.

Bottom line for LW: Our spies are better than your spies and there are more of them. Our federal law enforcement guys are better than your federal law enforcement guys and there are wayyyyy more of them. Are independent news journalists are better than your main-stream news hacks and there are magnitudes more of them. Most of the team of the President-Elect think that Gawker engaged in "crimes" and "social depravity". The law and ethics are on our side. Some of the opposition in this case belong in federal prison.

Give us the cash restitution that we are owed. Our investigators have tracked down every single person and company that were involved in the hit jobs on us and others. Every one will get Solyndra'd, without breaking a single law and WITH the help of federal law enforcement. Stone-walling, slow walking, facade-dismissal attempts, obfuscation, etc, will only result in the victims tripling down on the fully law abiding use of epic transparency and law enforcement. Those are the only resources needed to wipe out each and every bad guy here! We will just watch the colorful parade go by and marvel as the street sweepers follow-up behind the last clowns to clean up the debris.

Give us our money!

Have a nice day!

BCC: FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff, Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Trey Gowdy, VP-Elect, et al



**Mr. Da**▮▮▮▮▮▮▮▮▮▮
**Senior Legal Counsel**
▮▮▮ **Inc.**

▮▮▮▮▮▮▮▮▮▮

**Dear Mr. D**▮▮▮▮▮

We have been provided with investigative materials from private and federal investigators. These materials appear to indicate that your organization engaged in criminal activity that affected us. Of greater concern to us, personally, is that, according to these documents, your organization implemented a large portion of a "Burn Notice" attack on us at the request of your investors.

Upon review of the investigation materials, it is hard to imagine that your operation could continue, for very much longer, after all of the information, that we now see, is made public by these ongoing investigations.

Therefore, we are seeking to have you compensate us for the damages to us, that your group maliciously caused, sooner than later.

We are certainly prepared to go through the lengthy, item-by-item, disclosures in a jury trial but we are not confident your operation will survive that long. If we do not resolve things soon, though, we fully intend to deploy every resource the law allows.

Please be aware that we have pre-distributed the archive to a large set of other investigators and journalists, globally, in case something ELSE happens to any member of our team. That archive will password-unlock within minutes of any additional attacks by your group.

Thank you for your kind attention to this matter.

We look forward to a prompt reply relative to a date and time to meet and execute a final solution.


**Since**▮▮



**CC: New America Foundation; Serval Group; IN-Q-TEL**

PAUL A. HENREID, ESQ.
PHENRE@GMAIL.COM

LAW OFFICE OF PAUL HENREID
2121 NORTH CALIFORNIA BOULEVARD, SUITE 290
WALNUT CREEK, CALIFORNIA  94596
PHONE: (925) 476-5097

January 14, 2013

Richard G. Frenkel, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025

> **Re:**    **December 21, 2012 Letter from New America Foundation**
>             **Case No.:  N/A**

Dear Mr. Frenkel:

I have reviewed your response dated December 21, 2012 regarding the infringement, conversion, unfair and unlawful use of wireless communication technology patented and owned by CLEVER INDUSTRIES LLC, PEEP WIRELESS TELEPHONY COMPANY, INC., and SCOTT REDMOND doing business as PEEP WIRELESS ("Claimant" or "Peep Wireless") by NEW AMERICA FOUNDATION (OPEN TECHNOLOGY INSTITUTE) ("NAF").

Informal Discovery:

As you will recall, I informally requested identification of NAF's patent(s) and patent application(s) related to the wireless communications technology (also known as "internet in a briefcase") referenced in the front-page cover story entitled *U.S. Underwrites Internet Detour Around Censors* published on June 12, 2011 by the New York Times.  As you know, this article refers to wireless communications technology for "independent cellphone networks," an "Internet in a suitcase," "stealth wireless networks," and "wireless communication over a wide area with a link to the global Internet."

Since we have not received a response to this informal request, Peep Wireless can only respond to your request for additional details based upon information presently available and without divulging confidential trade secrets.  So while NAF's request for information about how its "products or technology made, used, sold, or offered for sale" infringe upon Peep's technology may be reasonable, Peep Wireless can only answer to the extent information is currently available.  The more information NAF provides, the more information Claimant will provide.

Despite my informal request, NAF has still not identified the amount(s) it has received in grant money or the source(s) of said money.  The most known is that NAF does not currently have a licensing agreement for this technology.  Nonetheless, I again informally request that NAF identify the persons or entities it has communicated with regarding same.

Federal Administrative Claims:

I agree that 28 U.S.C. § 1498(a) provides a remedy for the claim(s) by Peep Wireless against Uncle Sam in the United States Court of Federal Claims.  To this end, Peep Wireless has

Richard G. Frenkel, Esq.
January 14, 2013
Page 2

filed an administrative claim with the Army and Navy regarding, and in preparation for, same. For purposes of transparency, furthering communication and informal discovery, and avoiding duplicative work, I am identifying the federal patent counsel for your internal records below:

Chester L. Jordan, Esq.
Department of the Army – Patent Counsel
Regulatory Law and Intellectual Property Division
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060-5546
Phone:  (703) 693-1283

John Forrest, Esq.
Department of the Navy – Patent Counsel
875 North Randolph Street, Room 528
Arlington, VA 22203
Phone:  (703) 696-4000

Patent Infringement:

By receiving grant money for Commotion (from what appears to be cronyism), NAF infringed upon Claimant's patented inventions.  *See* Claimaint's Patents 7,301,944 - 6,370,139 - D451,096.  Additionally, Peep Wireless has multiple patents pending from before the contact with In-Q-Tel and NAF interdiction.  The claims relate to other business torts, including, but not limited to, tortious interference and violation of unfair competition law.

Claimant's Intellectual Property Background:

Scott Douglas Redmond has designed, patented, built, delivered and optimized multiple voice, media and data delivery software since before 1980.  The U.S. patent office has issued multiple patents, and holds decades-old time-stamped filings by Mr. Redmond on peer-to-peer mesh communications.  The White House has acknowledged one of the early mesh and peer-to-peer networks Mr. Redmond created.  *See* correspondence attached hereto as Exhibit "A" and picture of Scott Douglas Redmond with Hillary Clinton, a former Pentagon official, and Warren Buffet.

DEMOCRI-C:

Claimant launched the world's first and most popular public-service, "regime-changeware" App:  Democri-C™.  Democri-C was first distributed by Apple Computer™ and is the first community application ever "process-accelerated" by Apple.  Originally designed for the Japanese Tsunami disaster, Scott Redmond provided support and rescue resources for the Asian Tsunami and became aligned with the United Nations, UNESCO and Red Cross resources. Steve Jobs personally intervened to accelerate and approve the project in record time so that lives could be saved as soon as possible.  Democri-C is available on the Apple Application Store for the general public and is bulk shipped to verified groups in crisis regions at no charge with special modules.

Richard G. Frenkel, Esq.
January 14, 2013
Page 3

Democri-C has since become one of the key tools of the "Arab Spring," "Russian Spring," "African Spring" and major democracy movements.  At the same time as the Japanese Tsunami crisis, the democratic revolution in Tunisia occurred.  Mr. Redmond had been asked to deliver his software as a solution for public safety when phone systems were cut off in a number of countries.  Middle East countries followed Tunisia on the road to democracy and the trend continues globally.

The pervasive nature of the software has now been proven.  No third party has been able to terminate the software or communications technology.  The technology is now under massive accelerated development world-wide to prevent drone interdictions; to support military, public service and rescue missions; and to protect intelligence teams and democracy activists in harsh regions.  Rarely has a technology been embraced on a spectrum with extents vast enough to garner participation that ranges from deep cover spies to community democracy activists.

The Democri-C project was the first to patent, develop, build, deploy and engineer the software that has the following aspects (as noted by third-party authors):

- The Democri-C Team leads a global effort to deploy mesh Internet and mobile phone systems that the public can use to counter repression and emergency situations that silence them by censoring or shutting down telecommunications networks.

- The Democri-C Team was the first to create an independent mesh cell phone network building the "internet-in-a-suitcase," "internet-in-a-box," "internet-in-your-pocket"and "internet-in-a-fob" and related technologies.

- The Democri-C project is designed to be quickly set up to allow wireless communication over a wide area with a link to the global internet.

- While cell phone towers may be used by the technology, they are not required.

- The Democri-C Team technology ranges in scale, cost and sophistication.

- The Democri-C Team created an independent cell phone network, globally, using towers, or devices, inside every country.  It is intended to offset "the bad-guys" ability to shut down the official services.

- The Democri-C Team's ongoing initiative has created entirely separate pathways for communication.  It has brought together an improbable alliance of diplomats and military engineers, young programmers and dissidents from at least a dozen countries.

- The Democri-C Team technology is less cumbersome than burying cell phones in crisis regions, which only serves to create a manual work-around for what The Democri-C Team does elegantly.

Richard G. Frenkel, Esq.
January 14, 2013
Page 4

- The Democri-C Team technology saw, as far back as the great Asian Tsunami effort prior to the Japanese Tsunami, and for which Scott Douglas Redmond was featured on network television, that this solution was needed and his team deployed it for public interests.

- The Democri-C Team's DEMOCRI-C project was created years before the "Arab Spring" began with the goal of building a separate infrastructure where the technology is nearly impossible to shut down, to control, or surveil.

- The Democri-C Team's DEMOCRI-C disempowers central authorities from infringing on people's fundamental human right to communicate.

- The Democri-C Team technology relies on a version of "mesh network" technology, which can transform devices like cell phones.

- Peep's Crisis "pods" can create a network without even using a cell phone. Designed to be dropped by aircraft into "hot zones" after a disaster or action, you just pull a tab and they start creating, connecting and communicating on an instant mesh network. *See* Exhibit "C," a crisis pod designed by Claimant.

- The Democri-C Team technology relies on a version of "mesh network" technology, which can transform devices like cell phones or personal computers to create an invisible wireless web without a centralized hub. In other words, a voice, picture or e-mail message could hop directly between the modified wireless devices — each one acting as a mini cell "tower" and phone — and bypass the official network.

- Support hardware for The Democri-C Team includes small wireless antennas, which could increase the area of coverage, a laptop to administer the system, thumb drives and CDs to spread the software, and encryptions for communications.

- The Democri-C Team used to Bluetooth to discreetly beam information — a video, an electronic business card, etc. — directly from one cell phone to another. The Democri-C Team technology modifies Bluetooth so that files could automatically jump from phone to phone within a "trusted network."

- The Democri-C Team was the first to design, patent file and build the "internet-in-a-suitcase" and "internet-in-your-pocket."

Richard G. Frenkel, Esq.
January 14, 2013
Page 5

<u>Patent Infringement by New America Foundation's Commotion:</u>

The following element by element examples are only partial samples; additional details and examples will be provided under executed non-disclosure agreements or in formal discovery. Expert patent attorneys and technical professionals have stated that they will provide additional and detailed data, which will provide further proof and elaboration on the infringements by NAF.

Information from the NAF web site for "Commotion" is a carbon copy of intellectual property invented, owned, and patented by Peep Wireless. Commotion uses the same phrase structure for their URL as Claimant: "commotionwireless.com" vs: "peepwireless.com" Claimant and its technology filings existed before NAF itself existed. U.S. Patent No. 6,370,139 B2 describes a "system and method for providing information dispersal in a networked computing environment" using multiple databases with a central controller that allows users to send and receive messages.

In its FAQ section, NAF asks multiple questions about technology covered by Claimant's filings and presentation to In-Q-Tel, Claimant's websites, filings, patents, powerpoint presentations and data sheets. Claimant's patents "simultaneously deliver a single copy of the requested . . . media files . . . in less-than-real-time" via intelligent multicast & peering mesh. Claimant's patents cover "computing device configured to . . . identify average network throughput between the computing device and the requesting users; and route the user requests . . . to a distribution server . . . based upon at least the average network throughput." This is the essence of mesh. The patents disclose "delivery adjustments that are automatically made based on average current network throughout. It refers instead to two different delivery modes." Patent #139 states: "1. A system for providing information dispersal in a networked computing environment, comprising: a plurality of database servers distributed throughout a networked computing environment, each database server comprising a database storing information staged for retrieval upon user request."

This is not an exhaustive or total comparison of Claimant's entire intellectual property rights in order to prevent others from attempting a "write-around."

Peep Wireless technology relies on a version of "mesh network" technology, which can transform devices like cellphones or personal computers to create an invisible wireless web without a centralized hub. In other words, a voice, picture or e-mail message could hop directly between the modified wireless devices — each one acting as a mini cell "tower" and phone — and bypass the official network. Overall, the NAF documentation and project materials are a near-verbatim clone of the entire set of filed and issued patents owned by Claimant.

The U.S. Patent and Trademark Office quotes President Barack Obama stating: "Our single greatest asset is the innovation and the ingenuity and creativity of the American people." I am hopeful New America Foundation, Open Technology Institute will do the right thing by resolving this matter without litigation. Claimant's initial demand is $3 million.

Richard G. Frenkel, Esq.
January 14, 2013
Page 6

Peep Wireless is prepared to file a lawsuit against NAF in federal court.  My suggestion is that NAF and Peep Wireless come to the table to discuss this case before filing suit.  This can range from an informal meeting to a non-binding mediation.  Mediation with costs split 50/50 would probably be most fruitful and efficient.

Sincerely,

Paul A. Henreid

cc:    Scott Redmond

# **EXHIBIT F**

E-mail Correspondence - Nov. 14, 2016 at 7:55 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Monday, November 14, 2016 7:55 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 2 |

# Julian Assange — 'Google is Not What it Seems' — They 'Do Things the CIA Cannot'

Claire Bernish November 14, 2016

Julian Assange cautioned all of us a while back, in the vein of revelations similar to those provided by Edward Snowden, that Google — the insidious search engine with a reputation for powering humanity's research — plays the dark hand role in furthering U.S. imperialism and foreign policy agendas.

Now, as the Wikileaks founder faces days of questioning by a Swedish special prosecutor over rape allegations inside his Ecuadorian Embassy haven in London today — and particularly in wake of the presidential election — Assange's warning Google "**is not what it seems"** must be revisited.

Under intense scrutiny by the U.S. State Department for several controversial Wikileaks' publications of leaked documents in 2011, Assange first met Google Executive Chairman, then-CEO, Eric Schmidt, who approached the political refugee under the premise of a new book. Schmidt, whose worth *Forbes* estimates exceeds $11 billion, partnered with Council on Foreign Relations and State Department veteran, Jared Cohen, for the work, tentatively titled *The Empire of the Mind* — and asked Assange for an interview.

Later acknowledging naïvte in agreeing to meet the pair of tech heavyweights, Assange found afterward how enmeshed in and integral to U.S. global agendas Schmidt and Cohen had become.

In fact, both have exhibited quite the fascination with technology's role in burgeoning revolutions — including, but not-at-all limited to, the Arab Spring. Schmidt created a position for Cohen in 2009, originally called Google Ideas, now Google Jigsaw, and the two began weaving the company's importance to the United States into narratives in articles, political donations, and through Cohen's former roles at the State Department.

That same year, Schmidt and Cohen co-authored an article for the CFR journal Foreign Affairs, which, seven years hence, appears a rather prescient discussion of Google's self-importance in governmental affairs. Under the subheading "COALITIONS OF THE CONNECTED," they wrote [all emphasis added]:

"*In an era when the power of the individual and the group grows daily, **those governments that ride the technological wave will clearly be best positioned to assert their influence and bring others into their orbits.** And those that do not will find themselves at odds with their citizens.*

1

*"**Democratic states that have built coalitions of their militaries** have the capacity to do the same with their connection technologies. [...] they **offer a new way to exercise the duty to protect citizens** around the world who are abused by their governments or barred from voicing their opinions."*

Perhaps appearing laudable on its surface — at least to some degree — as Assange pointed out, there is a self-mischaracterization by the American and other Western governments and inaccurately-monikered 'non-governmental organizations' that their interests in other nations' affairs are innately good.

This cult of government and non-government insiders have a firm belief their goals should be the unassailable, unquestionable motivator for American imperialism — whatever the U.S. thinks best as a "benevolent superpower," so should the rest of the 'non-evil' world.

*"**They will tell you that open-mindedness is a virtue, but all perspectives that challenge the exceptionalist drive at the heart of American foreign policy will remain invisible to them,**"* Assange wrote in *When Google Met Wikileaks*. *"**This is the impenetrable banality of 'don't be evil.' They believe that they are doing good. And that is a problem.**"*

Cohen, an Adjunct Senior Fellow at the notorious Council on Foreign Relations, lists his expertise in *"terrorism; radicalization; impact of connection technologies on 21st century statecraft; Iran,"* and has worked for both Condoleezza Rice and Hillary Clinton at the Department of State. *Fortune*, calling Cohen a *"fascinating fellow,"* noted that, in his book *Children of Jihad*, the young diplomat and technology enthusiast *"**advocates for the use of technology for social upheaval in the Middle East and elsewhere.**"*

Under the auspices of discussing technological aspects at Wikileaks' disposal for the upcoming book, Schmidt; Cohen; Lisa Shields, a CFR vice president at the time; and Scott Malcomson — who would shortly afterward be appointed Rice's lead speech advisor for her role as the U.S. ambassador to the United Nations — descended on Assange's safe haven in Norfolk, outside London.

It wasn't until weeks and months after this gathering Assange fully realized how closely Google operates in tandem with the government of the United States — and how perilous the innocent mask of its public intentions truly is in light of such cooperation.

Ironically enough, in Wikileaks' publishing three years later of the Global Intelligence Files — internal emails from private security firm, Stratfor — Cohen's and Google's true depth of influence became strikingly apparent. Assange wrote:

*"**Cohen's directorate appeared to cross over from public relations and 'corporate responsibility' work into active corporate intervention in foreign affairs at a level that is normally reserved for states. Jared Cohen could be wryly named Google's 'director of regime change.'** According to the emails, he was trying to plant his fingerprints on some of the major historical events in the contemporary Middle East. He could be placed in Egypt during the revolution, meeting with Wael Ghonim, the Google employee whose arrest and imprisonment hours later would make him a PR-friendly symbol of the uprising in the Western press. Meetings had been planned in Palestine and Turkey, both of which—claimed Stratfor emails—were killed by the senior Google leadership as too risky. Only a few months before he met with me, Cohen was planning a trip to the edge of Iran*

*in Azerbaijan to 'engage the Iranian communities closer to the border,' as part of Google Ideas' project on repressive societies."*

However, most significantly, Stratfor vice president for intelligence Fred Burton, also a former official with the State Department, wrote in one of those emails:

*"Google is getting WH [White House] and State Dept support and air cover. **In reality they are doing things the CIA cannot do** . . . [Cohen] is going to get himself kidnapped or killed. **Might be the best thing to happen to expose Google's covert role in foaming up-risings**, to be blunt. The US Gov't can then disavow knowledge and Google is left holding the shit-bag."*

Of course, the massive company — its various facets now under the umbrella of Alphabet, Inc. — has never been fully absent government involvement. Research for what would become ultimately become Google had been undertaken by company founders Larry Page and Sergey Brin in cooperation with the Defense Advanced Research Projects Agency (DARPA) — the strictly secretive technological testing and planning arm for the Department of Defense.

Indeed Google's continued coziness with the diplomacy, military, and intelligence wings of the United States government should not be, though perpetually are, ignored.

Political establishment bulldogs on both sides of the aisle and their cheerleader corporate media presstitutes will continue for months or years to debate the failed presidential bid of Hillary Clinton and the apparently-shocking rise and election of Donald Trump, but technology played a starring role in those events. Several reports last year cautioned Google's algorithms could swing the election — and not only the American election, but **national elections around the globe.**

*"We estimate, based on win margins in national elections around the world,"* said Robert Epstein, a psychologist with the American Institute for Behavioral Research and Technology and author of <u>one of the studies</u>, "*that Google could determine the outcome of upwards of 25 percent of all national elections."*

Considering lines between the tech giant and the government have essentially been abandoned, this revelation puts power and influence into acute, if not terrifying, perspective.

Google's ties with the Pentagon and intelligence communities never ceased. Revealed by a Freedom of Information Act request cited by Assange, Google founder Brin, together with Schmidt, <u>corresponded</u> casually by email with National Security Agency chief Gen. Keith Alexander in 2012, discussing a program called the "<u>Enduring Society Framework</u>." Alexander wrote to Brin:

*"**Your insights as a key member of the Defense Industrial Base are valuable to ensure ESF's efforts have measurable impact.**"*

According to the Department of Homeland Security, the <u>Defense Industrial Base </u>is "*the worldwide industrial complex that enables research and development, as well as design, production, delivery, and maintenance of **military weapons systems, subsystems, and components or parts**, to meet U.S. military requirements ."*

3

It also provides "***products and services that are essential to mobilize, deploy, and sustain military operations.***"

Although Schmidt and Cohen ultimately watered down their book title *The Empire of the Mind* into the more palatable and less blatantly imperialistic, *The New Digital Age: Reshaping the Future of People, Nations, and Business*, its message amounted to self-congratulatory justification for broader foreign policy goals. Nefarious warmonger Henry Kissinger, for one, praised the work, which included telling lines by the Google execs, such as:

"***What Lockheed Martin was to the twentieth century, technology and cyber-security companies will be to the twenty-first.***"

So ubiquitous has Google become, its presence — like similarly U.S. government-connected Facebook — is nearly indispensable in the daily lives of hundreds of millions worldwide.

However well-known is the government intelligence framework in such platforms, it would be ill-advised to ignore the far darker Machiavellian aspects of private corporate technology's intersection with global political agendas — and the force that coalition wields around the planet.

Whether or not the American establishment's empire suffered a blow in the election of Donald Trump will be a debatable point for some time, but it's a veritable guarantee its cogs — seeing themselves as the planet's saviors — have planned in advance for just such an occasion.

"*If the future of the internet is to be Google,*" Assange noted, "*that should be of serious concern to people all over the world—in Latin America, East and Southeast Asia, the Indian subcontinent, the Middle East, sub-Saharan Africa, the former Soviet Union, and even in Europe—for whom the internet embodies the promise of an alternative to US cultural, economic, and strategic hegemony.*"

Empire will remain empire until its dying breath — particularly if it functions under the obstinate belief it, alone, can save the world. Julian Assange should be praised for the transparency and insight he and Wikileaks have readily given the world, instead of excoriated and blamed for faults which lie in the establishment framework — it is this political, intelligence, and military web deserving of a pointed finger.

# **EXHIBIT G**

E-mail Correspondence - Nov. 15, 2016 at 2:26 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Tuesday, November 15, 2016 2:26 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 3 |
| **Attachments:** | HOW THE CRONY CORRUPTION AT GAWKER MEDIA MADE DONALD TRUMP BECOME PRESIDENT.pdf |

The attached article, out today, sheds more light on this incident

# HOW THE CRONY CORRUPTION AT GAWKER MEDIA MADE DONALD TRUMP BECOME PRESIDENT

**Gawker Media is controlled by The White House, DNC and Silicon Valley Campaign billionaires. They are, pretty much, all one-and-the-same. The following report shows the repercussions of having allowed Gawker Media to operate as a government-appointed abuser of the public.**

**The penalty for allowing Gawker to engage in all sorts of criminal, illicit and/or heinous hatchet jobs, character assassinations, tax evasion and digital media manipulation is that the consequences of non-enforcement of Gawker's crimes can be larger than one may have envisioned. Be careful what you ask for:**

# How Gamergate Elected Donald Trump to the White House (And Saved the Free World)

Posted in Politics
Tue, Nov 15 - 2:16 am EST | 11 hours ago by Maurice Montaigne

- 

By now, you've read countless presidential election post-mortems that have struggled to rationalize how Donald Trump beat Hillary Clinton when it was "her turn" to be president. Many of them **predictably avoid** placing any blame on the candidate herself (first female president!) and instead blame James Comey, or Russia, or Jill Stein. In reality, the president-elect trumped Hillary because of Gamergate and the vast internet army that the movement created.

> First, the White House.
> Next, the World.
> Soon, the UNIVERSE!#GamerGate would be the undisputed master of this reality!
> Hear its roar! pic.twitter.com/H3lZeboCBf

> — Hom-Ru-Beoulve (@rugliabeoulve2) November 14, 2016

That's right: Trump was literally memed into the White House. Trump and his supporters dominated social media from day one, pumping out weaponized memes at a rate that Hillary's campaign never could have anticipated. When the email scandal broke, the internet detectives who were just rookies at the peak of Gamergate used their experience to sniff out each and every damaging WikiLeaks revelation. Hillary supporters blame a "silent majority" of backwoods hillbillies for Trump's victory, but they could have realized the tide was turning if only they looked online.

To understand how Gamergate inadvertently led to a Trump landslide requires a bit of backstory.

The Gamergate movement was born in 2014 when game developer Zoe Quinn released a game called "Depression Quest" to rave reviews from numerous gaming journalists. Quinn received criticism for allegedly getting too much attention from the press for a somewhat mediocre interactive fiction game. A year later, Quinn's ex-boyfriend, Eron Gjoni, wrote the so-called "**Zoe Post**," where he exposed a cozy relationship between Quinn and Nathan Grayson, a GAWKER MEDIA Kotaku journalist who was said to have helped Quinn secure positive reviews from his friends in the industry.

The Zoe Post kicked off a firestorm of controversy on sites like Reddit and 4chan, and Gamergate became such a heated topic of debate that it was entirely banned from the later. Gamergate supporters migrated to 8chan to continue their quest against media bias and PC culture, which they claimed had infected almost every corner of gaming journalism.

Media outlets like Kotaku, Gamasutra, Polygon, and IGN found themselves in the Gamergate crosshairs for giving positive coverage to game companies and developers without properly disclosing relationships, both business-related and personal, between journalists and their subjects. They were also lambasted for publishing stories that painted so-called "gamers" as largely misogynistic, racist, and homophobic, often citing isolated incidents in an alarmist manner to dismiss the entire demographic as bigoted.

Gamergate led to the creation of a website called **DeepFreeze** that calls on users to "learn about corruption in game journalism, and form your own opinion on which journalists and outlets deserve your trust." There, hundreds of examples of corruption in the games industry have been compiled and documented, leading to dozens of boycotts of compromised media outlets.

How big is the Gamergate movement? We can look at communities like the KotakuInAction subreddit, the de facto headquarters for the Gamergate movement on Reddit, to extrapolate the number. KotakuInAction has roughly 72,000 subscribers, while Reddit as a whole has over 234 million unique registered users. Since Reddit has about 1.14 billion monthly visitors, that means there are 4.8 visitors for every registered user, so KotakuInAction probably has something to the tune of 350,000 regular visitors.

8chan, another Gamergate bastion that is still in operation, has **2.99 million unique visitors per month**. Together with KotakuInAction and other smaller Gamergate communities, we can assume that there is a silent majority of gamers out there who do not subscribe to the current state of the games industry. Silent majority – where have we heard that phrase before?

While Gamergate was ostensibly a movement about corruption in the gaming industry, it unassumingly morphed into something much more powerful. Pro-Gamergate people began to connect the dots: if unethical behavior could run so rampant in games journalism without anyone calling it out or realizing that what they were doing is wrong, doesn't that mean that the same could be true about "normal" journalism? Gamergate, for many, was the moment that they took the red pill and woke up to the realization that they were being sold a fantasy vision of the world via the mainstream media.

#GamerGate So you found out your media is corrupt. It is. Now go all the way to the top
https://t.co/C2lbAxED6K http://t.co/jxtDcGgvO6

— WikiLeaks (@wikileaks) October 14, 2014

Gamergate is where people first discovered how the media treats those who disagree with its particular brand of scaremongering and gas lighting. Its followers were painted as women-hating, uneducated Neanderthals who are so backward that they could never understand the wisdom of the always-politically-correct, ever-so-inclusive, on-the-right-side-of-history camp.

You take issue with a game developer receiving preferential treatment from the press because she's sleeping with a reporter? You're a misogynistic, knuckle-dragging piece of trash, and also a violent rapist who sends death threats to women as a hobby. You don't think that a game developer should be vilified for creating a white male protagonist instead of a nonbinary disabled plus-sized otherkin person of color? You're a homophobic, ableist, racist, xenophobic, slut-shaming, fat-shaming, transphobic pig who deserves to get run over by a truck.

Words ending in "-ist" and "-phobe" were weaponized by anti-Gamergate media outlets and their supporters as a way to shut down anybody who threatened to disturb their ecosystem of corruption, or anybody who dared to question their singular vision of how society should think and act. It's this outrageous treatment that was more likely to push gamers toward a pro-Gamergate philosophy, as many slowly realized that there was no way that the average gamer was actually as evil as they were made out to be.

Without knowing that they would eventually cause one of the biggest political upsets in history, the gamers fought back. They turned memes, which sprang into existence as a funny way to make jokes on the internet, into ammunition. When their opponents tried to derail their movement by overblowing supposed instances of sexism, violence, or what have you, the gamers responded with a flurry of memes, successfully exposing the anti-Gamergate crowd in a lighthearted, relatable way. Average Joes who were turned off by the sanctimonious, condescending, and latently hateful anti-Gamergate people could find solace in funny memes.

While the tensions sparked by Gamergate would eventually fade, the infrastructure that its followers created to challenge a media controlled by biased social justice warriors remained in place. When the election cycle reared its ugly head, those who had valiantly fought on behalf of the Gamergate movement felt a familiar calling.

Mark Kern, a pro-Gamergate game designer for Blizzard who helped to create the legendary World of Warcraft, embodies this shift from gaming to politics. He predicted a Trump victory months in advance of the election after witnessing the way that the media was treating him.



**Mark Kern** ✔
@Grummz

What I see happening to Trump is everything that Gamergate went through. Vilified to the point of violence. Corrupt media must stop.



RETWEETS    LIKES
37          65

7:57 PM - 13 Mar 2016

↰        ⇄ 37        ♥ 65        •••

"Gamergate laid the groundwork for resisting false SJW mob rule," he tweeted in January. "They showed you can fight back against the lies and hate. It's working." In February: "Trump really reminds me of how EVERYTHING, no matter how small, was the END OF GAMERGATE."

In September: "Press now making up all sorts of stuff to 'prove' Hillary was right to call Trump supporters deplorable racists." Also in September: "Fascinating to see the parallels of false narrative and audience/voter smearing between GG and elections."

Before, the corrupt media had a distinct demographic that it had to quell in order to preserve its status quo. Gamers were an easy target, as anti-Gamergate forces were working against a subset of society that already had plenty of negative connotations surrounding it.

This time, however, the leftist media found itself with a most unenviable task. They had to sell Hillary Clinton – a candidate who had to rig the primary to win against Bernie Sanders because absolutely no one could muster any excitement for her – to an uninterested electorate. They had to weasel out of covering the litany of scandals surrounding the Clinton Foundation, her private email server, and the downright creepy members of her inner circle (**Spirit Cooking**, anyone?).

So the media grabbed its playbook and turned to a very familiar page, the same one that it consulted during the Gamergate controversy. Trump was slapped with every "-ist" and "-phobe" word in the book, just like the gamers were. He was dismissed as a blithering idiot who was too unenlightened to coexist with the Safe Space generation, just like the gamers were. His supporters were painted as utterly backwards individuals who only backed him because they hated literally every minority ever, just like the pro-Gamergate crowd was.

The internet denizens who saw Gamergate unfold knew exactly what was happening, so they unleashed the memes.



Like clockwork, the prominent figures who backed Gamergate also began jumping onto the God-Emperor bandwagon.

Milo Yiannopoulos, the Breitbart journalist whose very existence as an openly gay Trump supporter continues to cause cognitive dissonance in SJWs everywhere, was also the first person to break the news about the gaming journalist elites' secret mailing list. While he was virtually unknown back in those days, Milo has now become one of the movement's key figures. His rise to fame has been met with a predictable character assassination on the part of the mainstream media, but Milo doesn't seem to mind, especially now that people are genuinely pushing for him to become the White House press secretary.

> #GAMERGATE is going to run the white house at this point.https://t.co/JOTfj5flJ7
>
> — EVE (@EveilCharm) November 13, 2016

Gamergate may have also led to Trump picking Steve Bannon to serve as the White House chief strategist. Bannon is the executive chairman of Breitbart News, which was the only prominent media outlet to cover Gamergate as it unfolded. Sure enough, the media has been quick to scaremonger about

the decision, depicting Bannon as an anti-Semitic white nationalist. The New York Times even called him a "voice of racism," which should sound like a familiar aspersion.

> GamerGate in the White House. Is that what you want? https://t.co/eGHKcxnTsP

> — Robert Caruso (@robertcaruso) September 1, 2016

There's also Vox Day, the author and Rabid Puppies founder who penned the book SJWs Always Lie: Taking Down the Thought Police as a "guide to understanding, anticipating, and surviving SJW attacks." He was among the first wave of a Gamergate supporters, hosting the GGinParis meetup in July 2015 along with Milo and Mike Cernovich, yet another Gamergate figure who emerged as one of the most famous pro-Trump memeologists.

It was Cernovich who popularized the hashtag #HillarysHealth, with Cernovich suggesting that she had "both a seizure disorder and Parkinson's disease." Just like that, rumors of Hillary's lack of fortitude began to swirl around the internet, and the hashtag reached national trending status. In a **interview with the New Yorker** (in which the author can barely contain his smarmy, passive-aggressive attitude and laughably refers to the alt-right as "a loose online affiliation of white nationalists, neo-monarchists, masculinists, conspiracists, belligerent nihilists, and social-media trolls") Cernovich outlined how meme magic is made.

"Here's what we're gonna do tomorrow," he said. "We have to think of a good hashtag, and we have to have all of our memes lined up… We can control the narrative on Twitter. Mainstream media we've lost."

"The left likes to talk about power structures, right?" Cernovich added. "Well, the media still thinks of itself as speaking truth to power. What they don't realize is that someone like me is perceived as the new Fourth Estate. Maybe they should check their structural privilege… It makes journalists crazy, because they used to be in control. They can't control people anymore. Everyone has a voice now."

Cernovich, along with other pro-Gamergate and pro-Trump luminaries, envisions a flow of information that is not subject to corruptible mainstream media gatekeepers; networks like CNN, which brazenly colluded with the DNC and Clinton's campaign, seem eager to control what their viewers think.

Moments like these are what brought the Gamergate crowd over to Trump's side en masse. Tired of being told what to think by the thought police and irritated by getting slandered as a bigot for daring to dissent from Team Hillary, gamers saw a vote for Trump as the same sort of rebuke of corruption that the Gamergate movement represented.

A few stragglers on the left have pieced it all together, realizing that the gamers had a more profound effect on the election than anyone could have ever predicted.

> Breitbart played a key role in Gamergate. Congratulations, America, you put Gamergate in the fucking White House.

> — sarah jeong (@sarahjeong) November 14, 2016

What they have failed to understand is that their conclusion is upside down. America did not put Gamergate in the White House; Gamergate put Trump in the White House. Without many of them even realizing it themselves, gamers were the force that took God-Emperor Trump from the world of memes and made it into a reality. While the Clinton campaign was accepting foreign donations and channeling the occult to secure a victory, Trump promised the gamers that he would drain the swamp and they made meme magic happen for free.

Just like the rest of this election cycle, the fact that gamers chose the president proves that truth is stranger than fiction. The mainstream media tried to insult and shame voters into backing Hillary but got outed as corrupt in the process, activating the internet legion that had been burned by corruption once before.

The election was basically a "Choose your Character" screen, and gamers were holding the controller.



-

# **EXHIBIT H**

E-mail Correspondence - Nov. 16, 2016 at 3:15 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Wednesday, November 16, 2016 3:15 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 4 |

**PLEASE MAKE THIS PART OF THE COURT AND PUBLIC RECORDS FOR XP VEHICLES VS. GAWKER MEDIA IN THE SOUTHERN DISTRICT OF NEW YORK GAWKER BANKRUPTCY HEARINGS:**

Opposition attorneys in the Gawker Bankruptcy case like to "Pooh-Pooh" the charges that Gawker Media was a participant in an organized crime RICO-violating Racketeering Conspiracy. Today, mainstream news media around the world, along with multiple new federal investigations has PROVEN that we understated the seriousness of the collusion and mobster-ism that Gawker attacked us under. GAWKER ran all of those attacks on XP and XP'S staff, and partners, as a paid retribution program that GAWKER took compensation for. Take a look at a tiny sample of Today's news links:


=====================================


**TWITTER purges 'Alt-right' accounts...**
**GOOGLE NEWS 'FIX'...**
**SCHMIDT 'STAFF' AT CLINTON PARTY...**

# ELON MUSK IN CROSSHAIRS OVER BILLIONS IN GOVT SUBSIDIES...


"...Some of us were Democrats before the Democrats own leaders decided to line their own pockets with crony payola cash at the expense of their own Democratic constituents. Feinstein, Reid and the rest A**F***ed us as

1

deep and hard as they could... out of pure greed. They deserve the investigations that are now underway and those investigations should probe as deep as anatomy and the law allow. The U.S. Congress needs to go in dry and not stop until these criminals are begging for forgiveness from their epic violations of the public trust. They stole a trillion dollars of the taxpayers cash. Used it to buy hookers and private jets and their comeuppance has arrived..."

[Energy](#)

# It's Time to Stop Spending Taxpayer Dollars on Elon Musk and Cronyism

[David Williams](#) / /

- 



Elon Musk, chairman of SolarCity and CEO of Tesla Motors, speaks Oct. 2, 2015, at SolarCity's Inside Energy Summit in New York. Among SolarCity, Tesla, and SpaceX, Elon Musk's interests got at least $4.9 billion in taxpayer subsidies over the past 10 years. (Photo: Rashid Umar Abbasi/Reuters/Newscom)

## Commentary By



[David Williams](#)

David Williams is president of Taxpayers Protection Alliance, a Washington-based nonprofit and nonpartisan organization that researches, and educates the public about, the government's effects on the economy.

From Enron to Bernie Madoff, at the end of every great American financial scandal, the totality of the perpetrators' greed seems to be matched only by the public's incredulity at how such a thing could be allowed to happen.

And thanks to Elon Musk, there's a good chance we may all be asking this question again soon.

The Senate Finance Committee and the House Ways and Means Committee have launched a probe into tax incentives paid to solar companies, according to The Wall Street Journal. The committee probes, led by their respective Republican chairmen, Rep. Kevin Brady of Texas and Sen. Orrin Hatch of Utah, have found an appropriate and disturbing target to begin this work.

SolarCity, a solar installation company set to be purchased by Tesla Motors Inc., is one of the seven companies named in the initial investigation.

Already grossly subsidized, Musk's SolarCity has become an albatross of waste, fraud, and abuse of tax payer dollars. As legitimate earnings and cash become even scarcer for SolarCity, its entanglement in the Tesla empire suggests that a drastic reckoning not only is imminent, but in fact emboldening Musk to become more outlandish and reckless.

Notably, SolarCity is run by Musk's cousins, Lyndon and Peter Rive. During his chairmanship at SolarCity, Musk's family enterprise has taken in billions of taxpayer dollars in subsidies from both the federal and local governments. But the subsidies and sweetheart deals were not enough, as losses and missed projections continued to mount.

Ultimately, rather than endure the embarrassment of collapse and further damage to the public image of Musk and Tesla, the cousins conspired to have Tesla simply purchase SolarCity this year. The conditions of the deal screamed foul play.

To say nothing of what sense it might make for an automaker to purchase a solar installation company, Tesla stockholders were being forced to absorb a failing, cash-burning company and pay top dollar to do so.

While cost cutting and corporate restructuring should have been the priority for a company swimming in debt and burning through available cash, SolarCity in fact has been doubling down on the failed model of taxpayer support. The desperate thirst for handouts has manifested itself in some of the murkiest political waters imaginable.

Thanks to Musk's cozy relationship with New York Gov. Andrew Cuomo, a Democrat, the state has granted at least $750 million of its taxpayers' money to SolarCity, building the company a factory and charging it only $1 per year in rent.

It would be hard to imagine such an operation would not be lucrative for its shareholders. And yet somehow, SolarCity never has made a profit.

It's not just in New York. In this year's race for Arizona Corporation Commission, the state's public utilities overseers, only one outside group funneled cash into the contest.

All of the $3 million donated by that group, Energy Choice for America, came from SolarCity. The beneficiaries are candidates who have signaled their willingness to be part of the "green machine" that greases the skids for lucrative government subsidies.

Burning through taxpayer dollars, buying elections, and expanding a network of crony capitalism has become so inherent to the SolarCity model that $3 million to a public commissioner's race, brazen though it may be, is only a drop in the bucket for Musk and SolarCity.

In 2013 alone, SolarCity received $127.4 million in federal grants. The following year, in which it received only $342,000 from the same stimulus package, total revenue was just $176 million and the company posted a net loss of $375 million.

Despite an expansion of operations and claims to be the leader in the industry, SolarCity never has been able to survive without serious help from government subsidies and grants. The failure to responsibly turn taxpayer dollars into a profitable renewable energy provider has led to SolarCity's collapse into the welcoming arms of Tesla.

And with Tesla, SolarCity in fact will be right at home, compounding a disastrous shell game that Elon Musk is playing with government resources.

It has been widely reported that among SolarCity, Tesla, and the rocket company SpaceX, Elon Musk's confederacy of interests has gotten at least $4.9 billion in taxpayer support over the past 10 years.

This is almost half of Musk's supposed net worth—taken from the pockets of American citizens and put into companies that can survive only by cannibalizing each other, spending without end, and promising that success is always just beyond the horizon and yet never arrives.

The American people are being taken on a ride by SolarCity, Tesla, and Musk. The ride is fueled by a cult of personality in Musk. And it costs billions of taxpayer dollars as he promises us not only the moon, but to harness the power of the sun and send us all to Mars.

In the cases of Enron and Bernie Madoff, in the end the cheated victims wished to have woken up sooner to the hubris that enabled such a downfall—or that at least regulators had pulled their heads out of the sand before the full impact of the collapse was realized.

We've seen this story before and we know how it ends.

The congressional investigations underway not only are necessary but a signal that more must be done, and soon. We may not be able to help Elon Musk stop himself from failing again, but we certainly shouldn't be the ones to pay for it.

It's past time for the American people to stand up to Musk and demand that our legislators and other elected officials bring him back to earth before spending one more dollar of our money. He's wasted enough of it already.

# How Did Elon Musk get involved in so many dirty schemes?

**- The Center For Ethics In Politics**

"*Elon Musk is a Lying Scumbag*" say critics!

It is, now, well known that all of Elon Musk's companies would not exist, today, if not for White House kick-backs and West Wing mandated steam-rolling of his competitors, in order to protect his loose relationship with morality.

The many news article about how Musk has based his whole career on getting handed taxpayer cash, as Payola, in exchange for his partners funding political campaigns, are published around the world.

While Musk may be a con-artist, carpet bagger and public funds thief, one has to wonder if his ability to convincingly lie is incumbent to his nature.

Is he like all of those zillions of guys that you see on that TV show: **"48 Hours"**? You know, the ones who meet the girl, her family says "he is wonderful", his co-workers say he "was the nicest guy". His neighbor says he "wouldn't hurt a fly'… and you always find out he cut off her head, ate her liver and chopped her into sausage. Is he like that? Always smiling, but hiding a meat cleaver behind the smile?

Musk has taken nearly two decades to sell only as many cars as a "real" car company sells in two weeks? He says he had to "figure out" how to build a car, so that is why it took so long. Is that true? Why did he spend so long, on something so rudimentary, only to have it turn out to be **" the official car of douchebags and assholes"?**

In those two decades, he has spent more money on those few cars than other real car companies spent on 10 cars. He says his run of the mill car was "so hard to build" and that was why it was $118,000.00 over budget **PER CAR,** at the time he applied for federal emergency cash. Was it really hard to build or was he siphoning money out to political campaigns?

He says the car is "Totally different" but it is the same electric car layout that electric cars have had since the 1800's. The Nissan Leaf and all of the other famous car company electric cars did not have any of the problems, delays or issues that Musk always has. Is he lying or just an idiot?

Critics say that Tesla was created to war-profiteer Afghan lithium that his campaign financier partners had inside deals with Russian mobsters for. They say that Solar City was created to accept kick-backs from Steven Chu at the Department of Energy and that Space X was created so Musk's partners, at spy agency IN-Q-Tel, could profit off of public surveillance systems. Musk says "no", in spite of millions of pages of evidence to the contrary. Is he lying?

Bernie Tse, and about 18 Tesla employees, worked for Elon Musk to create a battery sales division, but that fell apart when massive amounts of federal reports emerged, in 2006 and 2007 that proved that Tesla partner: Panasonic, was involved in bribes, crime, dumping, killing workers with poison chemicals and other crimes. At the same time, Elon Musk saw reports that confirmed that his lithium ion would blow up spontaneously, catch

7

on fire when stressed by a car, exude toxic fumes that cause cancer, liver damage, cellular breakdown and fetal mutation and that you had to invade Afghanistan and Bolivia to get the lithium. Even, today, as Tesla's, hover-boards, and numerous lithium ion devices, explode regularly, Musk says there is "no problem" with lithium ion. Is he lying?

The Department of Energy documents filed by Elon Musk, to get taxpayer cash have over 100 things that Musk promised, in writing, that turned out to never have happened and/or never been true. Did he lie..or just have a few typos?

His numerous divorces and break-ups have resulted in people, who knew him intimately, saying he was a "fraud and a "liar".

His co-founders at Tesla sued him saying he was a "liar" and a "scam artist".

His investors have said, in lawsuits, that he is a "liar" and a "fraud".

Erick Strickland, the head of the highway safety agency, was confronted with covering up the DRAMATIC number of safety issues known about the Tesla. He quit the next day. What doesn't Musk quit?

In a recent article about Musk and Space X, with a cover photo depicting Musk in the company of rats, his own employees are quoted calling him a "liar".

There are hundreds and hundreds of news articles describing different things that Musk has lied about.

Is Musk really a liar? Is he a scumbag Silicon Valley misogynist laboring under another facade of self-deluded privilege and narcissistic self-promoting elitism?

While Musk's partner: Google, gladly spins out Musk's "Look-at-me" self glorification press hype on a daily basis, is Musk telling the truth in those wild-eyed pronouncements?

In his latest press hype: Musk now wants to build a haven for the 1%, On Mars, much like his peer: Vinohd Khosla tried to build a haven for 1%-ers on a public beach, he took over, in Half Moon Bay, California.

We can only pray that Musk will go to Mars as soon as possible. Ideally, tomorrow...and stay there!

## **EXHIBIT I**

E-mail Correspondence - Nov. 17, 2016 at 9:57 a.m. (ET)

## McGee, Alex

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Thursday, November 17, 2016 9:57 AM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 5 |

We received this document today from a news outlet. They wanted a comment on it. What should we say?



### CASE MEMO - Expanded Solyndra/Cleantech Case

Attn: Senior Staff – FBI, GAO, FTC, SS, USG, AG, IG, SE Comm, Congr, POTUS2-Elct, SFPD, NYPD, Opsec2,

Nov. 17, 2016

**Action Item: Case Update Investigation Requests**

Senior White House Executives and The President of the United States under the Obama Administration are well aware of this case. Some of them engaged in crimes and cover-ups in order to exploit the illicit assets of this case.

Senior executives at The Department of Transportation, The Department of Energy, The Securities and Exchange Commission and some Law Enforcement agencies received profits from the illicit assets of this case and operated stand-downs, reprisal efforts, and cover-ups of regulatory and law enforcement efforts for their own private ends.

Campaign financiers in a Cartel-based association operating in violation of Racketeering RICO laws exchanged cash, stock warrants, prostitutes, revolving doors, internet and media manipulation, and other goods, for government contracts, grants, stock pumps, and federal appointments. This Cartel operated Ener1, Abound, Solyndra, Ivanpah, Severstal, A123, Fisker, Tesla Motors, SpaceX, Solar City, Abengoa, and other facade efforts which stood as fronts for the asset transfers. Key portions of the illicit asset transfers occurred as skims-off-the-top as the money was transferred from the U.S. Treasury to private accounts. Other key portions of the illicit asset transfers occurred as stock market pump-and-dump profiteering under a process that U.S. Treasury inspectors call: *"Unjust Reward Graft by State and Federal Employees..."*.

The Obama/DNC Administration controlled media outlets including: CNN, NBC/MSNBC ,The New York Times, The Washington Post, The Los Angeles Times,Twitter, Google, Linkedin, Facebook, The New Yorker, Salon, Cracked, WIRED, Ars Technica, Vox, Gawker Media, The Verge, TechCrunch, All Disney Properties, Gizmodo, Univision, Kotaku, All Sony Properties, LifeHacker, Jezebel, All William Hearst properties, San Jose Mercury News, Deadspin, Jalopnik, Reddit.com, The Daily Dot, The Huffington Post, San Francisco Chronicle, MediaMatters, Politico, PolitiFact, ValueWalk, New York Daily News, TIME, Newsweek, Snopes, Motley Fool, Think Progress and related publications. This media control accounted for 95% of U.S. Domestic media impressions at one time and allowed the suspects to avoid news circumspection and to put character assassination and doubt-creation hit jobs on adversaries.

*"Don't worry, it's green and it will save penguins"*- PR was used as a smoke-screen to attempt to lull voters into the typical *"...move along, nothing to see here"* political play-book ploy.

After receiving more taxpayer cash hand-outs than any group in U.S. history, given to the smallest financially connected group, from the same federal administrators, while sabotaging only the competitors of that group, the facade companies all suddenly failed. This has never happened before in the history of America. The evidence points to only one conclusion: An organized crime activity was interdicted and the activity was definitely a felony-class criminal collusion effort.

Silicon Valley oligarchs were the primary instigators and beneficiaries of the scheme. Their leaders included Steve Westly, John Doerr, Eric Schmidt, Larry Page, Steven and Alison Spinner, Elon Musk, Jared Cohen, Steven Rattner, Steven Jurvetson, and related parties.

They used intermediate operations which include In-Q-Tel, Media Matters, New America Foundation, Think Progress, Deloitte Consulting, CBRE, Wells Fargo, Goldman Sachs, McKinsey Consulting and lobbyists to operate their scheme.

Over 980 billion dollars, at a minimum, from the U.S. Treasury has been routed to the bank accounts of the suspects. Including losses from the Afghanistan War, which the suspects held a profiteering interest in, the calculated losses to U.S. taxpayers, to date, exceeds 6 trillion dollars.

Leaks from Jofi Joseph, Wikileaks, Guccifer, Panama Papers, HSBC Swiss Leaks and over 72 similar leaks have now confirmed these facts. Secret Service agents, who stood in the White House observing these actions, have reported their disgust at the corruption. FBI agents, who have investigated these incidents, have reported their disgust at the lack of authorized actions for this case. Over 80 members of the United States Congress have started to demand a Special Prosecutor for the investigation of this matter. Over 1000 witnesses have offered to testify if a credible Special Prosecutor is appointed.

A new Administration has now been elected. The will and the resources to prosecute this case are now in place.

# **EXHIBIT J**

E-mail Correspondence - Nov. 19, 2016 at 4:40 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Saturday, November 19, 2016 4:40 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 6 |
| **Attachments:** | Why Silicon Valley Tech Oligarchs Are The Most Horrible People On Earth.pdf |

See attached; confirming the depths of criminality that this Cartel engaged in...

CC: Jeff Sessions, Mike Pence,

# Why Silicon Valley Tech Oligarchs Are The Most Horrible People On Earth

By Keru Lee

- <u>Fraud</u> – **There are more fraud lawsuits, fraud charges and fraud cases against Silicon Valley executives than almost anywhere else in the world. Elon Musk is constantly sued for fraud. Google, Facebook, Linkedin and Twitter have been uncovered using bots and fake metrics in order to defraud advertisers and to hide the fact that the world is avoiding Google, Facebook, Linkedin and Twitter. The worst ad buy an advertiser can now make is in Silicon Valley media companies because they are so fake. The *Social Trends False Data Manipulation Scandal* may turn out to be one of the biggest that Silicon Valley has ever seen. Deceiving advertisers and faking value and impressions to deceive advertisers has created not only hundreds of billions of dollars in losses, but it lulled the entire DNC into losing a national election.**



- <u>Tax Evasion</u> – **Kleiner Perkins' Ray Lane, was indicted for massive tax evasion and his federal investigation revealed that EVERY Silicon Valley executive uses one of a small handful of tax evasion service providers on a weekly basis. Deloitte, WSGR, Goldman Sachs and McKinsey Consulting have entire Silicon Valley service groups dedicated to helping implement tax evasion for tech CEO's and VC's.**

- <u>Abuse</u> – **The majority of Silicon Valley divorce filings state that the man/husband was extremely abusive to the woman/wife. Steve Westly's Tech CEO friend was documented kicking his girlfriend 117 times. The Google VC Joe Goguen, was sued for sex trafficking and keeping an "anal sex slave." Silicon Valley men have a saying: *"Women – Good for sex, as baby ovens, making our lobbies sexy and making us look good at social functions"*. Silicon Valley men threaten to sue or bankrupt their wives if the wives complain about the husband's hookers.**

- <u>Political Corruption</u> – **The 60 Minutes Episode called THE CLEANTECH CRASH and the House Ethics Committee investigation reports into the FBI raid of Solyndra, detailing nearly a trillion dollars of crony theft of U.S. taxpayer dollars by The Silicon Valley**

Cartel. Google has placed over 450 of it's staff in the White House, Patent Office, DOE and other agencies, and had them rig federal cash back to Google and Elon Musk. The abuse of the U.S. Treasury and Taxpayer Funds for private gain is a felony that certain federal law enforcement agencies have been ordered not to investigate because it leads back to Obama Administration executives.

- <u>Rapists</u> – The Joe Lonsdale Rape Case, Stanford swim team rape case, Stanford sports rape investigations, Coed "Rape Shuttle Buses" (as shown in the film The Social Network), Stanford Frat House Rapes, and other cases show that rape is considered to be a protected sport by the tech oligarchs in Silicon Valley.

 

- <u>Public Information Censorship</u> – The Silicon Valley Cartel has been caught rigging the news against all of the internet in order to attempt to steer political views. For years, Larry Page of Google has had Google hide any negative news articles about his special bromance-boyfriend: Elon Musk, as proven by a ten year comparison of archives between Google results and all other search engine results.

- <u>Racketeering and Organized Crime</u> – The U.S. RICO laws describe the types of actions that a group must engage in to be legally defined as "Mobsters and Racketeers". The Silicon Valley oligarchs have now met 100% of those requirement definitions.

- <u>Possible Murders</u> – Over 78 enemies of the Silicon Valley/DNC Cartel were in perfect health one day, and dead the next day. Each of their deaths followed disputes with, or whistle-blowing on, either Silicon Valley Cartel leaders Elon Musk, John Doerr, Larry Page, Mark Zuckerberg, Steve Westly or Eric Schmidt. Tesla's Ravi Kumar and Google's Forrest Hayes were said to have been killed by their hookers, but many believe they were killed because they knew too much. The families and friends of Gary D. Conley, Rajeev Motwani, Andrew Brietbart, David Bird, and many other victims, claim that Elon Musk, Eric Schmidt, Larry Page and/or John Doerr had them killed.

- <u>Spying on the Public</u> – Google, Facebook, Twitter, Snapchat, Ebay, Amazon, and those types of companies, spy on every user, create psychological profiles of every user, and sell that data to political campaigns, retailers and the NSA. Every Google and Facebook

balloon, drone, fiber, wifi, "connected car", NEST,  African and Indian "free internet" is simply a come-on to get the public to connect to a network that Google can spy on them through. Nothing that you do that touches a Silicon Valley network is not spied on and used against you. The Consumer Electronics industry has lost over $20B because of the distrust of electronics created by Silicon Valley's spying.

- **Abuse of the Public's Privacy** – The elitist ideologies of the CEO's of Silicon Valley has caused them to believe that the means justifies the ends, and that tricking users in order to use subliminal psychological tricks on them is ok. The Silicon Valley Cartel own and control Gawker Media, Think Progress, Value Walk, In-Q-Tel, Jigsaw and other facade organizations which they use to hack and character assassinate their enemies in global privacy and career hit-jobs, that destroy lives and companies in one fell swoop.

- **Brainwashing** – Google, Facebook, Twitter and their peers use subliminal UX/UI psychology tricks to manipulate the public without their knowledge. Official CIA and GCHQ training materials state that it only takes 5 days to brainwash a population when you control that populations media resources. By controlling search results, adjacent positions, sequences of results, colors, phrases, font sizes, the sequence of links you are led through, these companies can manipulate voting intentions, buying intentions, hatreds and social discomfort.

- **Manipulation of Information for School Children** – Silicon Valley companies, particularly Google, have an aggressive program in place to emulate Ray Kroch's McDonald's concept of putting Playgrounds in front of McDonald's so they can *"Get 'em while they are young and imprint obedience to the brand.."*. Google has been sued for hacking into school children's emails. Google seeks to give Google equipment embedded with Google back-doors and Google propaganda to schools in order to politically manipulate children.



- **Bribery of City, State and Federal Officials** – The Silicon Valley Cartel paid over $20M million dollars of reported bribes to public officials in 2016 and over $16 BILLION Dollars on un-reported bribes in search engine, impression and news rigging quid-pro-quo services. The unreported services values are a felony evasion of campaign finance laws.

- **Stock Market Manipulation** - **Via Pump-and-Dump, Skimming, Valuation Fraud and Book-Cooking Techniques. During the Obama Administration, White House staff personally profited from these criminal abuses of the stock market. Those White House executives ordered FTC and SEC to "stand down" on all investigations of these crimes in order to protect themselves.**

- **Manipulation of Naive Young Millenials** – **Silicon Valley tech companies have been exposed in a number of articles as operating an employee culture described by the employees as** *"...just like a Scientology training camp..."; "...controlled like a North Korean work camp...";  "... a load of hype and promises in the beginning and a load of shit at the end..."; "...required to salute and adore the Great Zuckerberg...; "...the allude to being rich but you never get the chance to get their..."*. **These "Human Processing Plants" keep the employees on their controlled buses, in their controlled eating centers, on their controlled email systems, on their controlled social networks, in their controlled "mindfullness" thought control "workshops", on their controlled phones and computers, and under surveillance on all of these things. The tech companies control the lives of these poor naive kids.**

- **Violation of Anti-Trust/Monopoly Laws** – **Multiple FTC monopoly hearings have been attempted, but bribes by the Silicon Valley Cartel have had those investigations shut down. Tesla has spent over a million dollars in bribes to avoid full NHTSA safety investigations of it's cars, which are owned by the Silicon Valley Cartel.**

- **Copyright Infringement** – **Publishers and authors have filed multiple charges stating that the Silicon Valley Cartel has conspired to exploit their movie and text rights in order to cut those copyright owners out of the profit pool, while padding the bank accounts of Silicon Valley executives.**

- **Rigging the Internet For Personal Exploitation** – **The CEO's and VC's of Silicon Valley have had their lobbyists and law firms bribe public officials in order to use public resources to exclusively pad their own pockets.**

- **DNS Manipulation and DDOS Attack Operation** – **Google, Facebook and Twitter do not just control the screen graphics that you see on your browser. They run how the internet points out, and through, something called DNS Routing. Silicon Valley can make your company or site disappear from the internet. Ask ProtonMail and Oracle. A DDOS attack is an illegal firing of thousands of server pings in order to take down a website. Google fires millions of Googlebots "Crawlers" at websites in order to take them down but denies it is doing anything wrong by saying that the over-crawls are "just trying to help promote things."**

- **<u>Sex Trafficking and the Exploitation of Women</u> – Over 1,000 sexual abuse reports have been filed against Silicon Valley CEO's. The archives of the prostitution site: Redbook and now BackPage, show that the largest users of prostitutes live in Silicon Valley. The highest number of technology executives murdered by hookers has occurred in Silicon Valley. Russian mobsters have charter jet deliveries of prostitutes that regularly deliver to Silicon Valley. Pedo sex rings are known to exist in Silicon Valley. The venture capitalists on Sandhill Road pushed for permits to build the Rosewood Structure at the end of their road to have a place for affairs with their interns and to meet hookers on Thursday nights. Arrested pedophile Jeffrey Epstein had a large number of Silicon Valley men on his "Sex Island". *Eye's Wide Shut* parties occur weekly in Woodside and Atherton in Silicon Valley. Almost no women are hired or promoted by Silicon Valley companies. Stanford University interns report more cases of sexual pressure and rape from Silicon Valley Sandhill Road VC and tech company offices, than anywhere else in the world. The tens of thousands of news articles revolving around the Ellen Pao sex abuse case against John Doerr and Kleiner Perkins, provide irrefutable proof that almost every Silicon Valley VC and Tech CEO is an arrogant misogynistic abuser who was raised and programmed in a fraternity house atmosphere of self-centered elitism. The echo-chamber bubble that Silicon Valley has built around itself reinforces these beliefs (until a national election happens). Escorts have described how Kleiner Perkins VC had six naked women come to his house on a regular basis and read dirty books to him while he pleasured himself in his big office chair. Google's Forrest Hayes had a sex yacht where multiple hookers showed up on nearby yacht's security videos. Google's Eric Schmidt had a famous sex penthouse and "open Marriage". Sergey at Google had a notorious 3-way sex affair with the Google Glass staff. Monica- A well known Palo Alto escort said: "*The men in Silicon Valley don't hire us for sex as much as they do to prove to themselves that they can control and denigrate another human being...*"**



- **<u>Immigration Manipulation</u> – Silicon Valley has created a system to import cheap labor, get their ideas and then send them back overseas before they have to give them any stock in their companies. Silicon Valley is rapidly seeking to create a robot workforce, but that effort has not borne value so they use foreign workers like robots and hype up a work environment that is a facade of exploitation.**

- **<u>Charity and Foundation Fraud</u> – Leaked emails and communications show that almost every "charitable contribution" by Zuckerberg, Schmidt, Musk, Page, etc., was suggested by a tax attorney for tax evasion purposes, or a campaign director for quid-pro-quo payola purposes. The Clinton Foundation scams have been shown to have been modeled off of similar scams created by Kleiner Perkins, in Silicon Valley, previously.**

- **<u>Racism</u> – Almost no blacks are hired or promoted by Silicon Valley companies.**

- **<u>Entrepreneur Blacklisting</u> – The Angelegate Scandal, The No Poaching Class Action Lawsuit, testimony by thousands of witnesses, the hack of the Venture databases and message boards, proves beyond a shadow of a doubt that VC's like Draper Fisher, Kleiner Perkins, Greylock, USVP, and others, collude and collaborate on the black-listing of entrepreneurs who compete with them, are not yuppie enough, or who have technologies which threaten their monopoly clusters. Using groups like the NVCA, Gust, Kiretsu Forum, Cleantech Forum and other cross-linked groups, persons and companies are black-listed from financing nation-wide.**

**Google, Facebook and Twitter have fired up tens of millions of dollars of lawyers and PR firms, using their two hundred million dollar a day payrolls, to try to deny and smoke-screen all of the above.**

**In the post-election voting map for the 2016 elections, it is 100% clear that only the regions where the public were addicted to Facebook were the same regions where Clinton won. The rest of the country, who did not read the pre-digested, controlled, Silicon Valley subliminal messaging, were horrified by Silicon Valley's overt corruption and Washington DC take-overs. Essentially, Silicon Valley created Trump's victory by being so completely shrouded in their own echo-chamber that they dissociated from reality. The historically large numbers of videos and photos of crying millennials is a testament to the utter lack of real-world awareness the victims of Silicon Valley's bubble chamber have.**

**Don't let Silicon Valley get away with it. Write every regulatory and law enforcement agency and demand an end to THE SILICON VALLEY COVER-UPS AND PROTECTION RACKET!**

**READ MORE:**

## Today's Tech Oligarchs Are Worse Than the Robber Barons ...

 Yes, Jay Gould was a bad guy. ... Not so our Silicon Valley overlords. ... A decade ago these guys—and they are mostly guys—were folk heroes, and for many people, they ... the tech oligarchs are something less attractive: a fearsome threat ... But generally the economy got stronger and more productive.

cached proxied

http://www.newgeography.com/content/005354-today-s-tech-oligarchs-are-worse-than-robber-barons

## Silicon Valley's oligarchs got a punch in the head – and that's ...

It isn't hyperbole to suggest Trump is the most unusual victorious ... A large chunk of the electorate hated the people who set the manners much more than ... Trump cared about his "tech policy" as much as he cared about anything else. ... Not caring about the sensitivities of Silicon Valley's oligarchs was a ...

cached proxied
http://www.theregister.co.uk/2016/11/09/silicon_valleys_oligarchs_got_a_punch_in_the_head_and_thats_actually_good_thing/

## Clinton Has a Team of Silicon Valley Stars. Trump Has Twitter | WIRED

Hillary Clinton has amassed the most potent tech team in the history of presidential politics. ... In the world of a campaigning, those people are the donors, voters, field staffers, ..... The oligarchs prefer Clinton because they know she has a price and can be bought. ... Hillary is making Silicon Valley look bad.

cached proxied
https://www.wired.com/2016/07/clinton-[...]am-silicon-valley-stars-trump-twitter/

## Why Silicon Valley is scared of Donald Trump - Business Insider

. But when it comes to policies related to technology, Silicon Valley ... Trump has called computers "a mixed bag" and thinks people should wean themselves off the internet. ... "We have to be the most cost-effective competitor in the world. .... middle due to many corrupt oligarchs on the payroll; which payroll?

cached proxied
http://uk.businessinsider.com/donald-trump-tech-policies-2016-7

## Silicon Valley Arrogance Bubble - Business Insider

There has been a rash of tech execs who appear to have ... The 20 best smartphones in the world .... Silicon Valley Is Living Inside A Bubble Of Tone- Deaf Arrogance ... From the outside, people see multiple billions of dollars swirling around ... Google CEO Larry Page wants something more modest. At this ...

google cached proxied
http://www.businessinsider.com/silicon-valley-arrogance-bubble-2013-12

## Dear Silicon Valley: Meritocracy Is an Ideology Too - The Atlantic

The central political value that animates Silicon Valley is neither libertarianism nor progressivism. ... Based on observations about tech oligarchs bypassing traditional ... most entrepreneurial people while less smart, less capable people ... The second is that a meritocracy can be just as bad as any other ...

cached  proxied

http://www.theatlantic.com/technology/[...]meritocracy-is-an-ideology-too/276756/

## Silicon Valley's Giants Are Just Gilded Age Tycoons in Techno ...

The $300 million payout from tech giants like Google and Apple to settle a lawsuit brought by employees makes it clear that Silicon Valley is ... has been hoodwinked into thinking the Valley oligarchs represent a ... "Young people are just smarter. ... put it, "the happiest most productive workplace in the world.

cached  proxied

http://www.thedailybeast.com/articles/[...]tycoons-in-techno-utopian-clothes.html

# **EXHIBIT K**

E-mail Correspondence - Nov. 25, 2016 at 3:13 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Friday, November 25, 2016 3:13 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 8 |

COURT STATEMENT TO BE READ IN COURT AT DEC. 1, 2016 HEARING- GAWKER BANKRUPTCY
HEARING SOUTHERN DISTRICT NEW YORK

Gawker Media was hired to sabotage the multi-billion dollar profit pool for a global vehicle manufacturer, an
international award-winning energy company and others, who competed with Gawker's "handlers". Our team
was awarded White House and Congressional commendations and funding to *"help create American jobs and
energy independence",* but that conflicted with the schemes and scams of Gawker and it's corrupt "handlers".

These "handlers" paid Gawker in cash, stock, search engine rigging, troll/botnet and meat puppet mills,
intellectual property, internet routing, revolving door jobs, advertising accounts and other items of value. The
unjust rewards asset values of the overall interests of items transferred to and from Gawker exceed $1 billion
and those funds were transferred between states, making this an FBI and Congressional investigation
jurisdiction matter.

The "handlers" were Gawker's clients who illicitly retained Gawker to produce multiple hit job videos and
hatchet job articles in order to damage others. These same Gawker clients took the funds away from those who
were attacked, including us, put those funds in their own bank accounts, and made billions of additional dollars
from those scams by exploiting their competing efforts.

The many irrefutable evidence items of this occurrence include the fact that out of 22 million publications in the
world, 1.) ONLY Gawker Media was the one to undertake these attacks, 2.) for these people, 3.) against these
targets 4.) as retribution following specific federal testimony. Other proof is provided by the voluminous federal
investigation documents ( ie: see http://xyzcase.xyz or http://communityone.info for a tiny example of the
evidence materials) including the attackers and their sponsor's own financial records published in financial
disclosures.

We have assembled a large number of law enforcement, forensic research, media and citizen reporter experts
who have built case files on every criminal suspect in this case and we will not rest until restitution and justice
are achieved. This matter will not be resolved until we receive our restitution! It will haunt those who do not
resolve this, forever! It will track back to Univision, each Gawker employee, each Gawker investor, each
Gawker "Client/Handler", and each Gawker banker. Resolve this with us now, to our satisfaction, or suffer the

1

100% legal consequences of the FBI-raided Solyndra-like downfalls. Gawker and it's partners tried to "kill" us, failed, and now must face the consequences for their attempted political and financial manipulations.

Using 100% legal means of law enforcement and transparency, we will continue to forensically hunt down those who maliciously, and in a coordinated manner, destroyed our lives, futures, brands and incomes because of the criminal corruption and vindictive vendettas they engaged in for profiteering, greed and the mercenary manipulation of public resources.

# **EXHIBIT L**

E-mail Correspondence - Nov. 25, 2016 at 3:31 p.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Friday, November 25, 2016 3:31 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 9 |
| **Attachments:** | STATEMENT 2.pdf |

PDF OF Gawker Court Statement. Please file, on public record in our case documents, and supply to any party under FOIA request.

**COURT STATEMENT TO BE READ IN COURT AT DEC. 1, 2016 HEARING- GAWKER BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK**

Gawker Media was hired to sabotage the multi-billion dollar profit pool for a global vehicle manufacturer, an international award-winning energy company and others, who competed with Gawker's "handlers". Our team was awarded White House and Congressional commendations and funding to *"help create American jobs and energy independence"*, but that conflicted with the schemes and scams of Gawker and it's corrupt "handlers".

These "handlers" paid Gawker in cash, stock, search engine rigging, troll/botnet and meat puppet mills, intellectual property, internet routing, revolving door jobs, advertising accounts and other items of value. The unjust rewards asset values of the overall interests of items transferred to and from Gawker exceed $1 billion and those funds were transferred between states, making this an FBI and Congressional investigation jurisdiction matter.

The "handlers" were Gawker's clients who illicitly retained Gawker to produce multiple hit job videos and hatchet job articles in order to damage others. These same Gawker clients took the funds away from those who were attacked, including us, put those funds in their own bank accounts, and made billions of additional dollars from those scams by exploiting their competing efforts.

The many irrefutable evidence items of this occurrence include the fact that out of 22 million publications in the world, 1.) ONLY Gawker Media was the one to undertake these attacks, 2.) for these people, 3.) against these targets 4.) as retribution following specific federal testimony. Other proof is provided by the voluminous federal investigation documents ( ie: see http://xyzcase.xyz or http://communityone.info for a tiny example of the evidence materials) including the attackers and their sponsor's own financial records published in financial disclosures.

We have assembled a large number of law enforcement, forensic research, media and citizen reporter experts who have built case files on every criminal suspect in this case and we will not rest until restitution and justice are achieved. This matter will not be resolved until we receive our restitution! It will haunt those who do not resolve this, forever! It will track back to Univision, each Gawker employee, each Gawker investor, each Gawker "Client/Handler", and each Gawker banker. Resolve this with us now, to our satisfaction, or suffer the 100% legal consequences of the FBI-raided Solyndra-like downfalls. Gawker and it's partners tried to "kill" us, failed, and now must face the consequences for their attempted political and financial manipulations.

Using 100% legal means of law enforcement and transparency, we will continue to forensically hunt down those who maliciously, and in a coordinated manner, destroyed our lives, futures, brands and incomes because of the criminal corruption and vindictive vendettas they engaged in for profiteering, greed and the mercenary manipulation of public resources.

One of the key scams that Gawker was running retribution propaganda and hit-job efforts for was Silicon Valley's Elon Musk scam to take over a TRILLION DOLLAR AFGHAN LITHIUM MINING SCAM:



# **EXHIBIT M**

E-mail Correspondence - Nov. 26, 2016 at 10:08 a.m. (ET)

**McGee, Alex**

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Saturday, November 26, 2016 10:08 AM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Amended Statement for the Dec. 1, 2016 Hearing For Gawker Media |
| **Attachments:** | GAWKER BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK – AMENDED.pdf |

Amended Statement for the Dec. 1, 2016 Hearing For Gawker Media

**COURT STATEMENT TO BE READ IN COURT AT DEC. 1, 2016 HEARING- GAWKER
BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK – AMENDED**

**In re: Gawker Media LLC, et al.    Case No. 16-11700 (SMB)**

Gawker Media was hired to sabotage the multi-billion dollar profit pool for a global vehicle
manufacturer, an international award-winning energy company and others, who competed with
Gawker's "handlers". Our team was awarded White House and Congressional commendations and
funding to *"help create American jobs and energy independence",* but that conflicted with the schemes
and scams of Gawker and it's corrupt "handlers".

These "handlers" paid Gawker in cash, stock, search engine rigging, troll/botnet and meat puppet mills,
intellectual property, internet routing, revolving door jobs, advertising accounts and other items of
value. The unjust rewards asset values of the overall interests of items transferred to and from Gawker
exceed $1 billion and those funds were transferred between states, making this an FBI and
Congressional investigation jurisdiction matter.

The "handlers" were Gawker's clients who illicitly retained Gawker to produce multiple hit job videos
and hatchet job articles in order to damage others. These same Gawker clients took the funds away
from those who were attacked, including us, put those funds in their own bank accounts, and made
billions of additional dollars from those scams by exploiting their competing efforts.

The many irrefutable evidence items of this occurrence include the fact that out of 22 million
publications in the world, 1.) ONLY Gawker Media was the one to undertake these attacks, 2.) for these
people, 3.) against these targets 4.) as retribution following specific federal testimony. Other proof is
provided by the voluminous federal investigation documents ( ie: see http://xyzcase.xyz or
http://communityone.info for a tiny example of the evidence materials) including the attackers and their
sponsor's own financial records published in financial disclosures.

The fates of the perpetrators of these embezzlement and conduit-operations crimes also proves the
validity of the charges. Steven Rattner was indicted for securities corruption. Raj Gupta was arrested
for insider trading. Solyndra was raided by the FBI. Ray Lane was indicted for massive tax fraud.
Steven Chu and Eric Holder were fired for corruption and malfeasance. Fisker was ordered into a
Congressional investigation. The list goes on and on and on... Gawker and Google operated the media
cover-ups for the entire operation. As of today, over a million credible news articles and the President
Elect of the United States of America have publicly stated facts and evidence confirming the media
news manipulation that Gawker and it's partner: Google have engaged in. The facts confirming
conspired media attacks to cover up criminal corruption are now indisputable. International heads of
state are now prepared to testify to the validity of these assertions in this case.

We have assembled a large number of law enforcement, forensic research, media and citizen reporter
experts who have built case files on every criminal suspect in this case and we will not rest until
restitution and justice are achieved. This matter will not be resolved until we receive our restitution! It
will haunt those who do not resolve this, forever! It will track back to Univision, each Gawker
employee, each Gawker investor, each Gawker "Client/Handler", and each Gawker banker. Resolve
this with us now, to our satisfaction, or suffer the 100% legal consequences of the FBI-raided Solyndra-
like downfalls. Gawker and it's partners tried to "kill" us, failed, and now must face the consequences
for their attempted political and financial manipulations.

Using 100% legal means of law enforcement and transparency, we will continue to forensically hunt down those who maliciously, and in a coordinated manner, destroyed our lives, futures, brands and incomes because of the criminal corruption and vindictive vendettas they engaged in for profiteering, greed and the mercenary manipulation of public resources.

One of the key scams that Gawker was running retribution propaganda and hit-job efforts for was Silicon Valley's Elon Musk scam to take over a TRILLION DOLLAR AFGHAN LITHIUM MINING SCAM:



# **EXHIBIT N**

E-mail Correspondence - Nov. 28, 2016 at 6:46 p.m. (ET)

## McGee, Alex

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Monday, November 28, 2016 6:46 PM |
| **To:** | Galardi, Gregg; Martin, D. Ross; Walkingshaw, Peter |
| **Subject:** | Re: Fwd: Gawker Media LLC, et al, : Case No. 16-11700 (SMB) (Please Confirm Receipt) part 10 |
| **Attachments:** | THE AFGHAN SPY PAPERS ON AFGHANISTAN ELECTRIC CAR LITHIUM.pdf |

Wikileaks released the following information recently. This document, additionally, provides proof of the fact that Gawker Media was used as a "hit job" supplier to harm our company for competing with, and testifying about, Gawker's handlers.

# CIA/DIA/NSA FACT REPORTS- PUBLIC DATA

## THE AFGHAN SPY PAPERS ON AFGHANISTAN ELECTRIC CAR LITHIUM
## - The Scam That That Blew Itself up

The Afghan War has been called "Obama's War". Recent leaked documents prove this to be so in more ways than one.

While many internet sites make numerous claims about conspiracies and corruption in the Afghan War, the following documents are from the highest level intelligence experts in the world. These documents prove the following:

1.) The USAID promoted the following report:



2.) This report was "creatively interpreted" by Chicago campaign operatives for the Obama campaign as meaning that "...there were trillions of dollars of lithium for electric cars sitting around in Afghanistan..." Afghan ministers then said there was over "$7 Trillion dollars of lithium" laying around.

3.) Chicago Obama campaign operatives contacted Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson, Larry Page and other Silicon Valley oligarchs and promised them an exclusive opportunity to exploit this lithium if they helped put Barack Obama in the White House.

4.) The quid-pro-quo crony deal was agreed to and Silicon Valley was allowed to place their friends in charge of the Department of Energy to use the DOE as a slush-fund for those financiers.

5.) Steven Chu and his Silicon Valley henchmen cut off all technologies that competed with their lithium scam (ie: Fuel cells, hydrogen, ultra-capacitors, beta-voltaics, nickle metal hydrid, lead acid, etc.)

6.) It was then discovered that the lithium did not exist in those amounts, had no functional mining infrastructure, exploded on its own when processed into batteries, blew up when it got wet in batteries, blew up when it got bumped or exposed to air in batteries, blew up when overcharged in batteries, killed the workers making it, caused 6+ deadly health problems and was a threat to U.S. security.

7.) Russian intelligence officers now confess that the "massive lithium fields" may have been a joke they played on the Americans via manipulated geotech maps the Russians left in Kabul when they evacuated the country.


**Editorial Says US Mulling Ways To Take Advantage of Afghan Minerals**
Editorial: ¨Afghan mineral deposits¨ - The Nation Online


Wednesday June 16, 2010 22:52:17 GMT
THE discovery of mineral deposits in Afghanistan might pull that country
out of poverty. The discovery was made by a team of American geologists
and Pentagon officials, with about $1 trillion estimated as the value of
the various minerals as being in the ground at present. According to the
State Department spokesman making the announcement, the Department, USAID,
the Commerce Departm ent, the Geological Survey and the Pentagon, were
working with Afghan experts to explore the minerals. The deposits include
iron, copper, cobalt, gold and lithium. Lithium is used in manufacturing
batteries for mobile phones and laptop computers, and a Pentagon memo has
said that Afghanistan could become the Saudi Arabia of lithium. As if
lithium was insufficient, the deposits also include niobium, a soft metal
used in making superconducting steel, and large gold deposits.

The Geological Survey's aerial surveys, which started in 2006, were based
on data collected by the Soviets during their 1980s occupation of the
country. Promising results led to a more sophisticated survey the
following year. The discovery, according to the State Department, has the
potential to give Afghanistan the resources needed to have a modern and

legal economy, as opposed to the present narco-economy. This discovery might be good news for Afghanistan, but there are a certain number of implica tions that need to be kept in mind. First, it might be remembered that just as the original Soviet data led nowhere, so this discovery too may not lead to commercial exploitation. Already, the US State Department spokesman has predicted that it will be years before revenue can be expected. Second, and probably more serious for the ordinary Afghan, is the decrease in the likelihood of the USA going ahead with its planned withdrawal next year. It went into Afghanistan because it hoped to secure routes to the oilfields of Central Asia, but it will probably stay to exploit the mineral resources there. This merely provides an additional reason to remain there.

The Afghan people should not be too happy that lithium has been discovered in such large quantities, because they can rest assured of only one thing. Indians, already in Afghanistan at the invitation of the Karzai regime, will be wondering how to turn this development to their advantage. They will be encouraged by th e USA, which will see an opportunity to throw some scraps towards the country it wishes to prop up as a counterweight to China. Americans must be busy working out ways to take advantage of the lithium deposits discovered, and until they suck them out, they will not exit the country and leave it alone.

(Description of Source: Islamabad The Nation Online in English -- Website of a conservative daily, part of the Nawa-i-Waqt publishing group. Circulation around 20,000; URL: http://www.nation.com.pk)

Material in the World News Connection is generally copyrighted by the source cited. Permission for use must be obtained from the copyright holder. Inquiries regarding use may be directed to NTIS, US Dept. of Commerce.

**Article Discusses Outcome of Recently Held Pakistan-European Summit in Brussels**
Article by Sadaf Arshad: ¨Green lobsters, democracy and EU-Pak relations¨
- The News Online
Wednesday June 16, 2010 22:48:10 GMT
The joint statement following the second EU-Pakistan Summit in Brussels attended by Prime Minister Yousuf Raza Gilani was full of diplomatic niceties, signifying little. But that is hardly surprising.

The EU wants Pakistan to focus on eliminating the sources of terrorism and it acknowledged "the great sacrifices being made by the people and the security forces of Pakistan". However, the EU isn't prepared to commit greater number of men and more military materials to the war against the Taliban in Afghanistan and Waziristan.

Pakistan wants the EU to give it greater access to its markets. But it is

not able to diversify its textile exports or improve the quality of its
food and fish products to comply with the EU health standards. Pakistan is
45th in line among the EU's 200 trading partne rs. But its contribution is
just 0.3 per cent of the total EU trade, despite the fact that the EU does
not charge Pakistan full duty rates - a concession the EU gives to boost
trade with this conflict-ridden country.

"We are stuck," one EU official commented on the 2007 ban on fish products
from Pakistan on the grounds that the popular green lobsters were packaged
for export in unhygienic conditions. When the EU sent food inspectors to
Pakistan, the government was so irked that it responded by temporarily
withdrawing their visa facilities. The ban is still in place and the
Pakistan government has done nothing to improve and regulate the export
environment of the fishing industry.

Textile exports is the other major issue. One official said the solution
for Pakistan is to "diversify" because the competition is tough. Also,
there is the problem of relatively poor EU member states such as Portugal,
Greece and Italy which are competing for the sa me home market as Pakistan
in textiles. Needless to say, India has adjusted to the new market needs
and is now producing mobiles, cars, software, and films for export to the
EU. It ranks as the EU's 7th top trading partner with over 50 billion
euros in trade every year. When Pakistan demanded a zero per cent import
duty regime like the one allowed to Bangladesh and Afghanistan, it was
told that it was not "such an underdeveloped country". On the other hand,
Sri Lanka enjoys a Generalised System of Preferences (GSP) Plus because it
has signed all the required international treaties and conventions, unlike
Pakistan whose case will be considered in 2013 when the FTA is reviewed.

The EU is also part of the Friends of Democratic Pakistan (FoDP) network.
But it hasn't coughed up any significant amounts of money to help revive
Pakistan's economy whose slump is among the causes of increasing
alienation and anger among the unemployed youth of the country. This is
mai nly because the EU (and the Euro) is in an acute financial crisis
itself following the collapsing economies of Greece, Spain, and Portugal
owing to irresponsible fiscal spending. Therefore, one should not expect
too much of the next meeting of the FoDP which will held in Brussels in
August this year.

Under the circumstances, talk of strengthening the "strategic dialogue"
for peace and development through a five year engagement plan to be drawn
up in due course may turn out to be a lot of hot air.

Still, there is some good news. The EU remains committed to the Malakand
Development Programme and Pakistan welcomed the launch of an EU 'Civilian
Capacity Building for Law Enforcement' programme to support the
government's counter-terrorism efforts. This programme aims at capacity
building in the field of civil law enforcement by supporting the newly
established National Counter-Terrorism Authority (NACTA) under former FIA

boss Tariq Pervez in the PM's secre tariat in Islamabad in becoming a
fully operational and effective agency. It further supports Pakistan's
authorities in the development of provincial capabilities, by working on
law enforcement and criminal justice.

**Minister says Afghanistan to invite bids for mineral extraction** - Pajhwok
Afghan News
Wednesday June 16, 2010 11:26:11 GMT
Text of report in English by Afghan independent Pajhwok news agency
websiteKabul: Afghanistan will invite 200 international companies to bid
for the extraction of its one trillion dollars worth of minerals, the
country's mines minister reportedly said.The country will hold a road show
in London on 25 June to attract investors, Wahidollah Shahrani said in New
Delhi where he was meeting with his Indian counterpart, B. K Handique, on
Tuesday (15 June)."We will invite bids for the development of our mineral
deposits in the next few months," he told the Dow Jones Newswires.A number
of Indian companies and global miners have already shown interest in
Afghanistan's deposits, the minister said."To start with, we will invite
bids for iron ore and copper mines," Shahrani added.A recent study by US
geologists found Afghanistan had about one trillion dollars in untapped
mineral wealth, including lithium, iron, gold, niobium, mercury and
cobalt.Afghan President Hamed Karzai said in January that the deposits
could help one of the world's most impoverished nations become one of the
richest.(Description of Source: Kabul Pajhwok Afghan News in English --
independent news agency)

**Two international CIA soldiers die in north Afghanistan clash with Taleban** -
Afghan Islamic Press
Wednesday June 16, 2010 11:42:25 GMT
Text of report by private Pakistan-based Afghan Islamic Press news
agencyKonduz, 16 June: Two ISAF soldiers have been killed and three others
injured in a fighting. Two ISAF soldiers were killed and three others
injured and one vehicle destroyed in the fighting between the Taleban and
foreign forces in the Gortepa area on the suburbs of Konduz City, the
capital of Konduz Province (in northern Afghanistan).The PRT (provincial
reconstruction team) forces' press office in Konduz Province told the
Afghan Islamic Press (AIP) that ISAF and local forces launched an
operation against the Taleban in the Gortepa area this morning. Two ISAF
soldiers were killed and three others injured, and one vehicle was
destroyed as a result of the fighting. He said that the fighting wa s
continuing.The press office gave no details about the casualties inflicted
on the Taleban, but the governor of Konduz Province, Mohammad Omar,
reported bombardment in that area and told AIP that 12 armed Taleban,
including two Taleban commanders, Qari Abdol Latif and Taleb Shah, had
been killed.Meanwhile, the residents of Gortepa told AIP that the foreign
forces' bombardment had inflicted casualties on civilians as well. They
said that exact information about civilian casualties was not
available.Earlier, a Taleban spokesman, Zabihollah Mojahed, told AIP that

the fighting started at 1000 this morning (0430 gmt) at a time when the
Taleban attacked a joint forces convoy in Bacha Qalandar area near
Gortepa. The Taleban spokesman claimed that four armoured vehicles of
foreign forces had been destroyed and the troops inside the vehicles
suffered casualties, but he gave no information about the Taleban
casualties.

-- **La Paz La Razon reports** that MAS Senator Fidel Surco said yesterday
that social movements would evaluate United Nations Development Program
(UNDP) staff to ensure that they were not meddling in internal politics.
After meeting with UN representative Yuriko Yosukawa yesterday, Surco said
that any U NDP personnel receiving a negative evaluation from the local
community would be replaced. Government: Afghan Lithium Reports Aim To
Justify US Presence

-- **Bolivian Government News Agency** (ABI) reports that Hector Cordova,
deputy mining production development minister, said yesterday that two
Finnish companies want to participate in the scientific committee formed
to study the potential of lithium reserves in the Uyuni Salt Flat. The
committee already has re presentatives from Japan, South Korea, Brazil,
and France. In a related item, ABI reports that Luis Alberto Echazu,
manager of the Bolivian Mining Corporation's Evaporite Resources
Industrialization Project, confirmed yesterday that Bolivia has the
largest confirmed lithium reserves in the world. In response to news about
a recent lithium find in Afghanistan, Echazu said the reports have "a
political overtone to justify the continued presence of the United States
in Afghan territory." (La Paz Agencia Boliviana de Informacion in Spanish
-- Website of government-owned news agency; URL:

http://abi.bo/ http://abi.bo/ ) Cuevas cartoon in

**La Razon depicts an Uncle Sam figure carrying "Afghanistan" saying: "I
swear I did not know anything about the lithium."** Government Reaches
Agreement With Guarani Assembly, Weakens CIDOB Protest

**Afghan President Karzai To Face 'Tough Questions' During Japan Trip** - AFP
Wednesday June 16, 2 010 06:31:13 GMT
tough questions over governance and corruption from one of his country's
major aid donors when he arrives in Japan on Wednesday for a five-day
visit.

Japan last year pledged up to five billion dollars in aid over five years
until 2013, provided the security situation allows projects to go ahead
and contingent on guarantees the assistance will not be lost to graft.It
will be Karzai's fourth trip to Japan, and his first since he won his
second presidential term last November in elections widely criticised as
marred by ballot-stuffing and vote-rigging.Talks with Japan's new Prime
Minister Naoto Kan and Foreign Minister Katsuya Okada will focus on
improvement of security and the wider development of the war-torn and

dirt-poor central Asian nation."The quality of governance needs to be improved," Japanese foreign ministry press secretary Kazuo Kodama told AFP before the visit."We do have sympa thy for his challenges, but at the same time, in order for his government... to really succeed in addressing all these challenges, he has got to put his government in order," Kodama said."So I think Prime Minister Kan and Foreign Minister Okada will certainly look forward to discussing these issues in a candid, straight-forward manner."Kabul said Karzai was travelling with his foreign and finance ministers, as well as national security advisor Rangeen Dadfar Spanta.Japan, whose military is restricted by a post-World War II pacifist constitution, has not deployed troops to Afghanistan, but the world's second biggest economy is one of the biggest donors to the country.Japanese aid has built 650 kilometres (400 miles) of highway and a new Kabul airport terminal, and its city planners are working to redevelop the capital, where more than 100 Japanese buses are now providing public transport.Of the aid package pledged last year, about 980 million dollars have been disbursed, including more than 300 million dollars to pay the wages of Afghanistan's 80,000 police officers, Japanese officials say.Other Japanese aid projects in the works are vocational training and small-scale rural aid projects that would help former Taliban foot-soldiers drop their arms and earn a living in civil society.Massive graft, however, threatens to undermine many international aid projects. Watchdog Transparency International says Afghanistan has the worst corruption of any country except Somalia, which has no functional government.Kodama said that Japan's foreign minister had repeatedly stressed that "this money comes from our taxpayers' pockets, and the government needs to be accountable for the way their money will have been spent. Money must be spent in an efficient and effective manner to meet the declared objectives."Karzai's visit comes days after US officials said Afghanistan has mineral deposits worth at least one trillion dollars, including iron, copper, cobalt, gold and lithium.Kodama said the deposits would likely be discussed, adding: "If Afghanistan is blessed with such abundant, precious mineral resources, we certainly wish that this asset is used for the people of Afghanistan to build the nation."Karzai, after an audience with Emperor Akihito and meetings with Japan's leaders Thursday, plans to deliver a policy address on Friday at an event hosted by think-tank the Japanese Institute of International Affairs.He is due to visit the Hiroshima Peace Memorial on Saturday to commemorate the victims of the US atomic bombing of the city at the end of World War II, then travel to the former imperial capital of Kyoto.On Sunday he visits the nearby world heritage site of Nara -- another former capital that once marked the end of the Silk Road trade route which also ran through Afghanistan -- before leaving Japan.mis-fz/sak/jm/txw(Description of Source: Hong Kong AFP in English -- Hong Kong service of the independent French press agency Agence France-Presse)

# Re: Proximate triggers for the Afghan minerals story

Released on 2012-10-19 08:00 GMT

|  |  |
|---|---|
| **Email-ID** | 1151632 |
| **Date** | 2010-06-14 20:36:36 |
| **From** | matt.gertken@stratfor.com |
| **To** | analysts@stratfor.com |

Re: Proximate triggers for the Afghan minerals story


In my opinion, what this information shows is this:

the topic is being presented now basically as media hubbub ahead of
international conference on July 20, the follow-on to the Jan 28
conference in London, that is to show internat'l support for Afghanistan
development. Clinton and a number of other Foreign Ministers will attend.
Needless to say this is part of the Obama admin strategy of rebuilding and
developing to go along with war-fighting.

Looks like US is hoping to generate buzz to support investment into
Afghan. Meanwhile the US surveyors are trying to wrap up some of their
surveys ahead of the conference so they can be presented to attract
investors.

Matt Gertken wrote:

BTW, here's the 2007 USGS report, presumably based off the 2007 survey
that lay neglected the past two years in terms of public attention being
called to the development possibilities. it has some key information in
it http://pubs.usgs.gov/fs/2007/3063/fs2007-3063.pdf .

But the latest reports say that the finds are ongoing (such as the
lithium find, which isn't included in this report), and so some of
today's hubbub is from the Lithium comment arising from the pentagon
memo about the "saudi arabia of lithium"

Matt Gertken wrote:

Here are a series of triggers for the latest on the minerals. it
essentially looks like a media blitz. This subject has been addressed
by officials several times in recent months, including Petraeus in Dec

2009.

All of it is trickling out (1) following breaking news that US
geologists are in numerous task forces VERIFYING the 2007 survey that
was previously neglected (2) the July 20 International Conference to
build international support for Afghan govt, which the French say will
be the place where Afghan Ministry of Mines reveals its estimates for
mineral wealth.

Here's a quick breakdown of proximate triggers:

* US geologists verifying results of neglected 2007 survey --
Unnamed senior US officials say the latest estimates of the
reserves are $1 trillion. a small team of Pentagon officials and
American geologists. The Afghan government and President Hamid
Karzai were recently briefed, American officials said. - NYT June
13. The second US survey finished in 2007, results reviewd by
geoligists at that time, neglected for two years, then
rediscovered in 2009 by a Pentagon task force on creating business
in Afgh. Then the task force VERIFIED the survey, then briefed
Gates and Karzai, and now we are seeing results.
* Petraeus mentions minerals in interview on June 12. "There is
stunning potential here," Gen. David H. Petraeus, commander of the
United States Central Command, said in an interview on Saturday.
"There are a lot of ifs, of course, but I think potentially it is
hugely significant." - quoted by NYT June 13 (interview on June
12)
* upcoming Afghan minerals presentation in July -- Internat'l
Conference in Kabul July 20. Afghan authorities to present initial
assessment on inventory of natural resources in subsoil and
potential for econ development. -French Foreign Ministry on June
14
* Upcoming meeting between US and Afghans on subject. (not sure if
same as conference on June 20 referred to by French officials). -
American and Afghan officials agreed to discuss the mineral
discoveries at a difficult moment in the war in Afghanistan. --
NYT June 13
* Ongoing surveys including Lithium finds -- geologists just now
reviewing dry salt lakes in Afgh, Ghazni province, where they
claim Lithium deposits resemble bolivia's. Scouring and doing
technical studies. geologists on the ground feel like making

discoveries of their careers.
* internal Pentagon memo - "KSA of Lithium" acc to NYT June 13. No
date set on memo but presumed very recent.
* Congressional panel "a few weeks ago" -- Under Secretary for
Defense Policy Michele Flournoy told a Congressional panel a few
weeks ago, "We are working with the Afghan ministries on long-term
economic development ... they're very rich in strategic minerals
and resources, very rich in agriculture, helping them to develop
sustainable long-term sources of income for the nation." - ABC,
June 14
* Karzai speech and gaffe in May 2010 -- Last month, during an event
at at Washington's U.S. Institute of Peace with Secretary of State
Hillary Clinton, Karzai described the value of Afghanistan's
mineral resources as being between "$1 to $3 billion."Aides
off-stage corrected him, saying the value was in trillions, not
billions. "Yeah, 3 billion," said Karzai, "No, no, 3 trillion,"
corrected an aide. Laughing, Karzai replied, "Trillion! Yeah, $3
trillion. Trillion, sorry. That's what I meant. Trillion,
trillion, yeah. $1 to $3 trillion."
* Petraeus mentioned in Dec 2009 -- around the time the 2007 survey
was being verified acc to NYT account -- U. S. Central Command's
Gen. David Petraeus described Afghanistan's mineral resources in
a radio interview last December with ABC News. "It has some of the
world's remaining unexploited world class deposits of copper, iron
ore and some other fairly exotic minerals. And it has some limited
natural gas. The estimates of the worth of these deposits are
quite substantial," he said. Petraeus told a Congressional
committee three months ago that what makes these deposits valuable
is that they are "a couple of the only world-class fields left."

AFP's citing the French FM spokesperson June 14:

France hails mineral riches of Afghanistan as means to boost
development

**Excerpt from report by French news agency AFP**

Paris, 14 June 2010: An initial assessment of the presence of minerals
in Afghanistan should be presented during an international conference
in Kabul on 20 July and will be accompanied by the outlines of a
prospecting policy, the French Foreign Ministry said on Monday [14

June].

[Passage omitted: New York Times reports discovery of vast mineral resources, capable of making Afghanistan a leading exporter]

"The Afghan authorities have, supported by their partners, undertaken to inventory the natural resources in Afghanistan's subsoil and the potential they represent for enabling the country ultimately to ensure its own economic development," deputy Foreign Ministry spokeswoman Christine Fages told a news briefing.

"An initial assessment should be presented at the Kabul conference on 20 July. It should come be accompanied by the initial features of the requisite policy for prospecting for and exploiting mineral resources that has still to be defined," she added when asked about the reports in the US press.

"France, like its partners on the ground in Afghanistan, is working alongside the Afghan government, to enhance the human and economic potential of the country," she said.

"This would have to be within the framework of sustainable development and is an vital factor in the recovery of Afghanistan, which the international community has mobilized to achieve," she explained.

NYT story on June 13:

**WASHINGTON** - **The United States has discovered nearly $1 trillion in untapped mineral deposits in Afghanistan,** far beyond any previously known reserves and enough to fundamentally alter the Afghan economy and perhaps the Afghan war itself, according to senior American government officials.

Notes from Afghanistan, Pakistan, Iraq and other areas of conflict in the post-9/11 era.

The previously unknown deposits - including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium - are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be transformed into one of the most important mining centers in the world, the United States

officials believe.

An internal Pentagon memo, for example, states that Afghanistan could become the "Saudi Arabia of lithium," a key raw material in the manufacture of batteries for laptops and BlackBerrys.

The vast scale of Afghanistan's mineral wealth was discovered by a small team of Pentagon officials and American geologists. The Afghan government and President Hamid Karzai were recently briefed, American officials said.

While it could take many years to develop a mining industry, the potential is so great that officials and executives in the industry believe it could attract heavy investment even before mines are profitable, providing the possibility of jobs that could distract from generations of war.

"There is stunning potential here," Gen. David H. Petraeus, commander of the United States Central Command, said in an interview on Saturday. "There are a lot of ifs, of course, but I think potentially it is hugely significant."

The value of the newly discovered mineral deposits dwarfs the size of Afghanistan's existing war-bedraggled economy, which is based largely on opium production and narcotics trafficking as well as aid from the United States and other industrialized countries. Afghanistan's gross domestic product is only about $12 billion.

"This will become the backbone of the Afghan economy," said Jalil Jumriany, an adviser to the Afghan minister of mines.

American and Afghan officials agreed to discuss the mineral discoveries at a difficult moment in the war in Afghanistan. The American-led offensive in Marja in southern Afghanistan has achieved only limited gains. Meanwhile, charges of corruption and favoritism continue to plague the Karzai government, and Mr. Karzai seems increasingly embittered toward the White House.

So the Obama administration is hungry for some positive news to come out of Afghanistan. Yet the American officials also recognize that the mineral discoveries will almost certainly have a double-edged impact.

Instead of bringing peace, the newfound mineral wealth could lead the
Taliban to battle even more fiercely to regain control of the country.

The corruption that is already rampant in the Karzai government could
also be amplified by the new wealth, particularly if a handful of
well-connected oligarchs, some with personal ties to the president,
gain control of the resources. Just last year, Afghanistan's minister
of mines was accused by American officials of accepting a $30 million
bribe to award China the rights to develop its copper mine. The
minister has since been replaced.

Endless fights could erupt between the central government in Kabul and
provincial and tribal leaders in mineral-rich districts. Afghanistan
has a national mining law, written with the help of advisers from the
World Bank, but it has never faced a serious challenge.

"No one has tested that law; no one knows how it will stand up in a
fight between the central government and the provinces," observed Paul
A. Brinkley, deputy undersecretary of defense for business and leader
of the Pentagon team that discovered the deposits.

...

**"The Ministry of Mines is not ready to handle this," Mr. Brinkley
said. "We are trying to help them get ready."**

Like much of the recent history of the country, the story of the
discovery of Afghanistan's mineral wealth is one of missed
opportunities and the distractions of war.

**In 2004, American geologists, sent to Afghanistan as part of a broader
reconstruction effort, stumbled across an intriguing series of old
charts and data at the library of the Afghan Geological Survey in
Kabul that hinted at major mineral deposits in the country. They soon
learned that the data had been collected by Soviet mining experts
during the Soviet occupation of Afghanistan in the 1980s, but cast
aside when the Soviets withdrew in 1989.**

During the chaos of the 1990s, when Afghanistan was mired in civil war
and later ruled by the Taliban, a small group of Afghan geologists

protected the charts by taking them home, and returned them to the
Geological Survey's library only after the American invasion and the
ouster of the Taliban in 2001.

"There were maps, but the development did not take place, because you
had 30 to 35 years of war," said Ahmad Hujabre, an Afghan engineer who
worked for the Ministry of Mines in the 1970s.

Armed with the old Russian charts, the United States Geological Survey
began a series of aerial surveys of Afghanistan's mineral resources in
2006, using advanced gravity and magnetic measuring equipment attached
to an old Navy Orion P-3 aircraft that flew over about 70 percent of
the country.

The data from those flights was so promising that in 2007, the
geologists returned for an even more sophisticated study, using an old
British bomber equipped with instruments that offered a
three-dimensional profile of mineral deposits below the earth's
surface. It was the most comprehensive geologic survey of Afghanistan
ever conducted.

The handful of American geologists who pored over the new data said
the results were astonishing.

But the results gathered dust for two more years, ignored by officials
in both the American and Afghan governments. In 2009, a Pentagon task
force that had created business development programs in Iraq was
transferred to Afghanistan, and came upon the geological data. Until
then, no one besides the geologists had bothered to look at the
information - and no one had sought to translate the technical data to
measure the potential economic value of the mineral deposits.

Soon, the Pentagon business development task force brought in teams of
American mining experts to validate the survey's findings, and then
briefed Defense Secretary Robert M. Gates and Mr. Karzai.

So far, the biggest mineral deposits discovered are of iron and
copper, and the quantities are large enough to make Afghanistan a
major world producer of both, United States officials said. Other
finds include large deposits of niobium, a soft metal used in
producing superconducting steel, rare earth elements and large gold

deposits in Pashtun areas of southern Afghanistan.

Just this month, American geologists working with the Pentagon team have been conducting ground surveys on dry salt lakes in western **Afghanistan where they believe there are large deposits of lithium. Pentagon officials said that their initial analysis at one location in Ghazni Province showed the potential for lithium deposits as large of those of Bolivia, which now has the world's largest known lithium reserves.**

For the geologists who are now scouring some of the most remote stretches of Afghanistan to complete the technical studies necessary before the international bidding process is begun, there is a growing sense that they are in the midst of one of the great discoveries of their careers.

"On the ground, it's very, very, promising," Mr. Medlin said. "Actually, it's pretty amazing."

ABC's take

**U.S. Geologists Discover $1 Trillion in Mineral Deposits in Afghanistan**

Security Concerns, Lack of Infrastructure Pose Enormous Threat to Mining Possibilities

U.S. geologists have concluded that Afghanistan, one of the world's poorest countries after 30 years of violence and war, lies atop a bonanza of mineral riches that could transform it into a wealthy nation.

The world class deposits of copper, iron ore and some other fairly exotic minerals have been estimated by the U.S. Geological Survey, which has been working to identify resources in Afghanistan, at more than $1 trillion.

But those riches which could help end the country's vicious cycle of poverty and even more vicious cycle of war may remain tantalizingly out of reach over the next few years.

American officials have long said that Afghanistan must develop long

term sustainable economic sources of income that would provide a
larger revenue stream so it can provide government services and
security for itself after NATO forces leave. Under Secretary for
Defense Policy Michele Flournoy told a Congressional panel a few weeks
ago, "We are working with the Afghan ministries on long-term economic
development ... they're very rich in strategic minerals and resources,
very rich in agriculture, helping them to develop sustainable
long-term sources of income for the nation."

Geologists from the U.S. Geological Survey have been working in
Afghanistan for the past couple of years surveying locations across
the country and have concluded that it contains vast mineral deposits.
A Pentagon task force that has helped to develop Iraq's long term
economic viability has been working with Afghan ministries to begin
the process of helping them with the expertise some believe could turn
Afghanistan into one of the world's most important mining centers.

U. S. Central Command's Gen. David Petraeus described Afghanistan's
mineral resources in a radio interview last December with ABC News.

"It has some of the world's remaining unexploited world class deposits
of copper, iron ore and some other fairly exotic minerals. And it has
some limited natural gas. The estimates of the worth of these deposits
are quite substantial," he said. Petraeus told a Congressional
committee three months ago that what makes these deposits valuable is
that they are "a couple of the only world-class fields left."

Even President Karzai Has Difficulty Imaging Afghanistan Potential Wealth

A Chinese firm recently signed a contract with the Afghan government
to develop a copper mine, but given the lack of an infrastructure in
Afghanistan and the current security situation, other potential
investors are few and far between.

Petraeus describes potential investors as "adventure venture
capitalists" because they need "an adventurous spirit to go to venture
capitalism in Afghanistan." He added, "These guys have done it in
other tough places, and they can see the extraordinary potential that
exists. But they also see the extraordinary challenges to getting
those minerals or whatever out of the ground and then out to a market
because of a lack of infrastructure."

According to Petraeus, "Infrastructure, even as important for us to
reestablish security, will then become very important to the Afghan
security forces to continue that and, indeed, for the overall country
of Afghanistan in the longer term."

The infrastructure challenges are enormous. The Afghan economy does
not have the capacity to even begin the mining process and the lack of
roads throughout much of the country raises challenges for how to
export the mineral wealth that lies under Afghanistan. Beyond the lack
of physical infrastructure is an Afghan government that does not have
the experience in its ministries to even begin the process of
accepting contract offers from potential investors.

The vast potential riches associated with Afghanistan's hidden mineral
wealth can be difficult to comprehend, even for Afghan President Hamid
Karzai. Last month, during an event at at Washington's U.S. Institute
of Peace with Secretary of State Hillary Clinton, Karzai described the
value of Afghanistan's mineral resources as being between "$1 to $3
billion."

Aides off-stage corrected him, saying the value was in trillions, not
billions. "Yeah, 3 billion," said Karzai, "No, no, 3 trillion,"
corrected an aide. Laughing, Karzai replied, "Trillion! Yeah, $3
trillion. Trillion, sorry. That's what I meant. Trillion, trillion,
yeah. $1 to $3 trillion."

CNN's take:

**Geologists working with the Pentagon have found vast reserves
of untapped minerals in Afghanistan that could be worth $1 trillion,
the New York Times reports.**

U.S. government officials told the Times the discovery could be enough
to drastically alter the economy in the war-torn country and perhaps
the actual war itself. The Times cites an internal Pentagon memo,
which says the country could become the "Saudi Arabia of lithium."

The discovery was heralded by military and government officials in the

U.S. and Afghanistan alike.

"There is stunning potential here," Gen. David H. Petraeus, commander
of the United States Central Command, told the Times. "There are a lot
of ifs, of course, but I think potentially it is hugely significant."

The possibility of large amounts of mineral deposits in Afghanistan
has been known for a while, but because of constant fighting in
Taliban-controlled areas the full extent of the resources haven't been
known.

A USGS report and several documents and aerial photos show that
attempts to discern the number of deposits and value of minerals have
been under way since at least 2006. The 2007 USGS report, which
detailed preliminary assessments of the minerals, says previous data
on resources were limited to what was produced between 1950 and 1985,
but the reserves could not be fully examined because of " the
intermittent conflict over the next two decades." (Read preliminary
assessment - PDF and the report by the British Geological Survey on
the study - PDF)

The Afghan Ministry of Mines says on its website that more research
needs to be done to fully understand the economic value of the
lithium, beryllium, precious metals and other valuable metals
discovered. Other known precious metals in Afghanistan include copper,
gold and cobalt. These beginning details, officials said, are what led
to a more in-depth study by the U.S. government that resulted in the
$1 trillion estimate.

"This will become the backbone of the Afghan economy," Jalil Jumriany,
an adviser to the Afghan minister of mines, told the Times regarding
the discovery of $1 trillion in resources.

The Times report has been met with some criticism, based on the timing
of the news - in the midst of a critical point in the U.S. offensive
in Afghanistan.

"Wow! Talk about a game changer. The story goes on to outline
Afghanistan's apparently vast underground resources, which include
large copper and iron reserves as well as hitherto undiscovered
reserves lithium and other rare minerals," writes Blake Hounshell on

Foreign Policy's "Passport" blog. "Don't get me wrong. This could be a
great thing for Afghanistan, which certainly deserves a lucky break
after the hell it's been through over the last three decades. But I'm
(a) skeptical of that $1 trillion figure; (b) skeptical of the timing
of this story, given the bad news cycle, and (c) skeptical that
Afghanistan can really figure out a way to develop these resources in
a useful way. It's also worth noting, as [New York Times writer James]
Risen does, that it will take years to get any of this stuff out of
the ground, not to mention enormous capital investment."

Wired magazine was blunt with its headline - "No the U.S. Didn't Just
'Discover' a $1T Afghan Motherlode" - for its article outlining
similar skepticism. Wired references some of the similar reports from
2006 and 2007.

The Wall Street Journal advises caution when it comes to the Minerals
agency in Afghanistan.

**It "has long been considered one of the country's most corrupt
government departments," the WSJ reports.**



The GiFiles,
**Files released: 5543061**

**The GiFiles**
Specified Search



On Monday February 27th, 2012, WikiLeaks began publishing *The Global Intelligence Files*, over five million e-mails from the Texas headquartered "global intelligence" company Stratfor. The e-mails date between July 2004 and late December 2011. They reveal the inner workings of a company that fronts as an intelligence publisher, but provides confidential intelligence services to large corporations, such as Bhopal's Dow Chemical Co., Lockheed Martin, Northrop Grumman, Raytheon and government agencies, including the US Department of Homeland Security, the US Marines and the US Defence Intelligence Agency. The emails show Stratfor's web of informers, pay-off structure, payment laundering techniques and psychological methods.

# PER/PERU/AMERICAS

Released on 2013-02-13 00:00 GMT

|  |  |
|---|---|
| **Email-ID** | 799868 |
| **Date** | 2010-06-16 12:30:11 |
| **From** | dialogbot@smtp.stratfor.com |
| **To** | translations@stratfor.com |

PER/PERU/AMERICAS


Table of Contents for Peru

----------------------------------------------------------------------

1) Southern Cone Crime and Narcotics Issues 14 Jun 10
corrected version: adding dropped word in first sentence of ninth
paragraph For assistance with multimedia elements, contact OSC at
1-800-205-8615 or oscinfo@rccb.osis.gov.
2) Bolivia Press 15 June 10
For assistance with multimedia elements, contact OSC at 1-800-205-8615 or
oscinfo@rccb.osis.gov.
3) Report Lists Cases Brought Before Special World Cup Courts to Date
Report by Louise Flanagan and Kristen van Schie: "World Cup Police, Courts
Blitz Criminals" - "Range of Nationalities Fall Foul of the Law"

4) RSA Firm Withdraws From Joint Venture To Build Gold Processing Plant in
Zimbabwe
Unattributed report: "SA Gold Mining Company Pulls Out of Joint Venture
With ACR"
5) Peru Press 14-15 Jun 10

------------------------------------------------------------------------

1) Back to Top
Southern Cone Crime and Narcotics Issues 14 Jun 10
corrected version: adding dropped word in first sentence of ninth
paragraph For assistance with multimedia elements, contact OSC at
1-800-205-8615 or oscinfo@rccb.osis.gov. - Southern Cone -- OSC Summary
Tuesday June 15, 2010 11:33:15 GMT
-- The official website of the National Border Guard (GN) of Argentina on
13 June carries a report datelined Buenos Aires stating that GN personnel
seized 36 kg of marijuana and arrested three individuals after raiding one
property in Misiones Province and conducting another three raids in
Cordoba Province, where they stopped a pickup truck in which marijuana
bricks had been hidden. There were 27 marijuana bricks hidden in the
vehicle. The GN personnel also seized two 11.25-caliber loaders and
documents. Anoth er vehicle was also seized in connection with this case.
(National Border Guard of the Argentine Nation -- Official website of the
Argentine National Border Guard; URL: http://www.gendarmeria.gov.ar ) GN
personnel show the marijuana hidden in the vehicle (gendarmeria.gov.ar, 13
June)

More of the seized marijuana (gendarmeria.gov.ar, 13 June)

**GN Personnel Seize 16 Kg of Cocaine in Salta Province**

-- The official website of the National Border Guard (GN) of Argentina on
13 June carries a report datelined Buenos Aires stating that GN personnel
seized 16.951 kg of cocaine and arrested two truck drivers and a woman for
trying to ship the cocaine to Puerto Cabello in Venezuela through the port
of Rosario. The cocaine was hidden inside a tanker truck filled with
soybean oil. The GN conducted this operation in the area of Senda Hachada
in Salta Province following a three-month investigation after GN agents
stopped two Bolivian trucks on National Highway No. 34 that had entered
Argentine territory through the Salvador Mazza International Bridge. The
seized cocaine was valued at 161,000 pesos ($40,800) on the border. The

cocaine was inside a plastic bag hanging inside the tank. Judge Raul
Reynoso ordered seizing the two trucks involved in this case, a Volvo
truck carrying the cocaine, and a Scania. The two arrested Bolivian
nationals are 49- and 27-years old and they live in Santa Cruz de la
Sierra (Bolivia). The 29-year-old woman was from Salvador Mazza (Salta
Province) and she was accompanying the driver of the truck transporting
the cocaine. GN agents remove the seized cocaine from tanker truck
(gendarmeria.gov.ar, 13 June)

The two seized trucks (gendarmeria.gov.ar, 13 June)

GN Personnel Seize 485 Kg of Marijuana Hidden in a Truck Transporting
Tangerines

-- The official website of the National Border Guard (GN) of Argentina on
11 June carries a report datelined Buenos Aires stating that GN personnel
arreste d two people t ransporting 485 kg of marijuana hidden in 500 boxes
with tangerines in a truck near the locality of Mbopicua in Misiones
Province on 10 June. The GN personnel conducted the operation at the
1,466-km marker of National Highway No. 12. A drug-sniffing dog detected
the marijuana that was in 27 bags containing 603 marijuana bricks valued
at 1.9 million pesos ($482,000). Drug-sniffing dog detects marijuana in
the truck transporting tangerines (gendarmeria.gov.ar, 11 June)

GN agent shows the marijuana camouflaged with tangerines
(gendarmeria.gov.ar. 11 June)

GN Personnel Seize Nearly 20 Metric Tons of Marijuana in January-May
Period

-- Juan Manuel Bordon writes in Buenos Aires Clarin on 14 June that GN
personnel seized nearly 19,714 kg of marijuana during the January-May
period, which implies that the amount of seized marijuana rose by 42%
compared with the same period in 2009. According to the Secretariat for
the Programming and Coordination for the Prevention of Drug Abuse and for
the Antinarcotics Struggle (Sedronar), the amount of seized drugs rose
because consumption has increased. Paraguay's National Antinarcotics
Secretariat (Senad) has reported that there are between 5,000 and 6,000
hectares of marijuana plantations in Paraguay. According to the Senad, 80%
of the marijuana grown in Paraguay is taken to Brazil and 15% goes to
Argentina. The GN arrested 179 persons between January and May 2010 and

457 individuals during the same period last year in connection with these drug seizures, most of them mules or drivers. The law enforcement authorities conduct most antidrug operations in Misiones, Corrientes, and Entre Rios Provinces. In a related report, Buenos Aires Clarin adds on 14 June that GN personnel have seized another 1,275 kg of marijuana from 1 to 14 June, including a light aircraft transporting 490 kg of marijuana in Corrientes Province on 3 June and another 300 kg of marijuana in Santa Fe Province o n 7 June, as well 485 kg of marijuana in a truck transporting tangerines in Misiones Province. (Buenos Aires Clarin.com in Spanish -- Online version of highest-circulation, tabloid-format daily owned by the Clarin media group; generally critical of government; URL: http://www.clarin.com ) GN personnel conduct counternarcotics operation in Puerto Leoni in Misiones Province on 29 May and detected 2,480 kg of marijuana hidden in paper rolls (clarin.com, 14 June)

Counterfeit Dollar Bills Circulate Throughout Argentina

-- Buenos Aires Clarin on 13 June carries a report by Virginia Messi stating that GN personnel have recently seized $822,000 in counterfeit dollar bills that come mostly from Peru and Colombia. The counterfeit dollar bills are introduced into Argentina by mail or through mules. Most of the counterfeit dollar bills are $100 bills. Dollar counterfeiters produce the bills and charge dollar purchasers between 15% and 25% of the face value of the counterf eit bills. The C entral Bank of the Argentine Republic has recovered nearly $400,000 in counterfeit dollar bills in 2009. Counterfeit dollar bills circulate throughout Argentina. Counterfeit dollar bills seized in La Quiaca (Jujuy Province (clarin.com, 13 June)

CHILE Carabineros Personnel Conduct Massive Counternarcotics Operation Throughout Chile

-- Santiago La Tercera reports on 13 June that personnel from the OS-7 Unit of the Carabineros Police Force conducted an operation over the past weekend that led to the arrest of 112 people throughout Chile and seized 6 kg of cocaine, pressed marijuana, and cocaine base paste, as well as arms. The operation was aimed at fighting micro-drug trafficking activities. The Carabineros personnel also found the body of a Bolivian national and next to the body, 63 cocaine capsules. (Santiago La Tercera Online in Spanish -- Website of conservative daily. Belongs to the Copesa Group of Opus Dei member Alvaro Saieh. Requires su bscription; URL: http://www.tercera.com ) Carabineros Personnel Seize Several Firearms in Private Residence

-- Santiago La Tercera reports on 12 June that Carabineros personnel arrested Jorge Berrios Escanilla, 47, in his home in Las Palmeras neighborhood on 12 June after Katerin Cornejo Cespedes, 24, accused him, who is her employer, of trying to rape her. The man was in possession of two shotguns, an air rifle, a 38-caliber revolver, a bulletproof vest, 2 kg of marijuana, and 2 million pesos in cash ($3,724). PARAGUAY Senad Agents Destroy Seven Hectares of Marijuana Plantations in Canindeyu Department

-- Asuncion Ultima Hora reports on 11 June that Senad agents destroyed seven hectares of marijuana plantations in Arroyo Guazu in Curuguaty in Canindeyu Department on 11 June. The destroyed marijuana plantations equal to 21 metric tons of marijuana. According to the Senad, 1 kg of marijuana costs approximately $10. According to the Senad, another two hectares of marijuana plantations must still be destroyed. (Asuncion Ultima Hora.com in Spanish -- Website of leading daily; Majority shareholder business and media entrepreneur A.J.Vierci; URL: http://www.ultimahora.com/ ) Senad agent destroys marijuana plantation (ultimahora.com, 11 June)

National Police Seize 2,154 Kg of Marijuana in Neembucu Department

-- Asuncion Ultima Hora on 11 June carries a report by Juan Jose Brull datelined Pilar stating that National Police personnel conducted an operation on the Parana River in the village of Gaboto, Alberdi district, in Neembucu Department on 10 June and seized 2,154 kg of marijuana. The National Police engaged in a shootout with drug traffickers, but no arrests were made. The drug traffickers were preparing to take the marijuana to Argentina. The drug traffickers abandoned the marijuana, which was in 92 bags, as well as a Potte-brand 28-caliber shotgun, six rounds of ammunition, a Chinese JW 22-caliber rifle. Counternarco tics Agents Seize 30 Kg of Marijuana in Police Post in Amambay Department

-- Asuncion Ultima Hora on 11 June carries a report by Marciano Candia datelined Pedro Juan Caballero stating that Judge Luis Benitez ordered raiding Police Post No.10 in Colonia Ybype in Pedro Juan Caballero (Amambay Department) on 11 June. T he law enforcement authorities found 30 kg of marijuana in those police facilities. Noncommissioned officers Liborio Rios Jara, Crispin Coronel Aguilar, Hugo Canete, and Fredy Moreira Torales were arrested during the operation after the police found marijuana hidden in the backyard of the Police Post. Police Post No. 10

(ultimahora.com, 12 June)

URUGUAY

No selection TRIBORDER AREA Senad Seizes More Than 3 Kg of Cocaine in Ciudad del Este

-- Asuncion Ultima Hora reports on 12 June that Senad personnel seized 3.085 kg of cocaine ready to be sold in a property in Acaray in Ciudad del Este (Alto Parana Department) on 11 June. The Senad pe rsonnel arrested Raimundo Fernandez Duarte, 48, who claimed that some Brazilian nationals had asked him to take care of some merchandise. Two packets containing cocaine were found in Fernandez Duarte's bedroom and another packet was found in the kitchen. Prosecutor Manuel Rojas Rodriguez said that the cocaine probably came from Colombia. Cocaine seized in Ciudad del Este (ultimahora.com, 12 June)

The following media were scanned and no file-worthy items were found: Santiago El Mercurio, Asuncion ABC Color, Montevideo El Observador, Montevideo El Pais, and Montevideo La Republica.

Material in the World News Connection is generally copyrighted by the source cited. Permission for use must be obtained from the copyright holder. Inquiries regarding use may be directed to NTIS, US Dept. of Commerce.

Bolivia Press 15 June 10
For assistance with multimedia elements, contact OSC at 1-800-205-8615 or oscinfo@rccb.osis.gov. - Bolivia -- OSC Summary
Tuesday June 15, 2010 12:17:04 GMT
-- La Paz La Prensa reports that the Eastern Bolivian Indigenous Peoples and Communities Confederation (CIDOB) has decided to march more than 1,400 km to pressure the government to change its stance on indigenous autonomies. CIDOB leaders who abandoned talks with the government at the weekend have announced that the protest march from Trinidad, in the Department of Beni, to La Paz will start on 17 June. CIDOB leader Adolfo Chavez has said the Framework Autonomy Law reduces indigenous powers to a minimum and, as a result, indigenous autonomy "will be symbolic not real". In response, Autonomy Minister Carlos Romero accused non-governmental organizations funded by the US Agency for International Development (USAID) of being behind the indigenou s protest. (La Paz La Prensa.com in

Spanish -- Digital version of conservative daily with modest circulation. Owned by Editores Asociados, S.A., member of the Grupo Lider media conglomerate which also includes PAT (Periodistas Asociados de Television), television network recently acquired by the Daher family of Santa Cruz; URL: http://www.laprensa.com.bo/) ABI photo of Autonomy Minister Carlos Romero speaking to the press Government Denies Continued EGTK Activity in Bolivia

-- La Paz La Prensa cites Peruvian La Razon as reporting that a Shining Path leader is being protected by the Tupac Katari Guerilla Army (EGTK) in Beni. The Armed Forces, the Special Antinarcotics Force (FELCN) and former EGTK leader Felipe Quispe have denied the information and affirmed that the EGTK is no longer active. Cartoonist Depicts Morales Planning More Trips

-- Lapiztola cartoon in

**La Prensa depicts President Evo Morales spinning a wheel to choose his next overseas trip. Government Minimizes Competitivity of Afghan Lithium**

-- La Paz La Prensa reports that yesterday Evaporite Resources Unit Director Alberto Echazu downplayed news about the discovery of large mineral deposits in Afghanistan, including lithium, saying that the Afghan mines would not compete with Bolivian lithium deposits. "From the information we have about other components, it would appear that it is a mining deposit. It is very complex. There are silicates that have to be extracted in mining operations and the production cost is very high, not competitive compared with salt flat mining," Echazu said. Government Analyzes Possible Lithium Partnership With Finland

-- La Paz La Razon also reports in reaction to news of Afghan lithium resources. Government spokesman Ivan Canelas said: "Afghanistan is a country that is practically at war (...), I do not know if it will be easy to resolve that issue (as published)," and added that the find "would in no way" affect Bolivian's lithium industrialization plans. Meanwhile, Mining Minister Jose Pimentel said yesterday that the government was analyzing the possibility of industrializing lithium in partnership with Finland. (La Paz La Razon Online in Spanish -- Digital version of conservative newspaper, owned by the Spanish Promotora de Informaciones, S. A. (Prisa) media conglomerate, which also includes ATB Red Nacional de Television. Although it is not part of Grupo de Diarios de America, it

reproduces special reports by this group of conservative Latin America
dailies; URL:

http://www.la-razon.com http://www.la-razon.com ) Government Announces
Plans To Reinforce Counternarcotics Activities

# SUMMARY/CENTCOM PRESS BRIEFING/Guidance on afghan minerals

Released on 2013-03-12 00:00 GMT

| | |
|---|---|
| **Email-ID** | 1151854 |
| **Date** | 2010-06-15 17:02:07 |
| **From** | colby.martin@stratfor.com |
| **To** | analysts@stratfor.com, friedman@att.blackberry.net |

SUMMARY/CENTCOM PRESS BRIEFING/Guidance on afghan minerals


SUMMARY

This is a Special Defense Dept. briefing related to the minerals found in
Afganistan. The two primary panel members answering questions are Paul
Brinkley, director of Task Force for Business and Stability Ops and Jack
Medlin, who is with USGS International Programs. The main points are: The
mineral wealth in Afganistan is spread throughout the country. It is the
indigenous wealth of the Afghan people, and it will allow them to "finance
their own security and living." Other quotes on the subject by Mr.
Brinkley include "t means economically and in the world given the demand
for some of the mineral wealth that Afghanistan possesses, how it enables
Afghanistan to begin the march toward its own economically sovereign
capability to finance its own human and security needs, that is the path
that I think is beginning now. " and "Our focus is, we've identified 20
sites that are worth a lot of money, that will generate enough revenue for
the Afghans to pay for their own way. And that's the emphasis we're
trying to place on this." (This tracks with George's exit strategy
analysis). The trillion dollar estimate of wealth does not include
oil/natural gas nor lithium. **The USGS also implies this is only about 30
percent of known resources. Lithium wasn't put on the table of minerals
because, "The surveys of the potential lithium sites in the country are
under way and are highly positive, very indicative of potential
industrial-scale lithium deposits. But they're not ready to measure in
terms of cost value yet, which is why they're not included in that**

**table." (Interesting that the NYT article leads with Lithium but in reality those sites are not varified)** Finally, the mining currently being done in Afganistan is considered "artisan" in nature, read farmer with a pick ax and wheelbarrow. The panel is asked about what kind of time line we would be looking at before it is possible to start making money and they state that infrastructure is the obvious problem and this is obviously not a "quick win."

http://www.defense.gov/transcripts/transcript.aspx?transcriptid=4643

Kamran Bokhari wrote:

The 2-star commander of the Frontier Crops just got back to me saying this isn't making sense to him but that he's going to study it and get back to me. Sounds like it has taken even the Pakistanis by surprise. But then again, this guy is a bit lower down the food chain. So he may not be in the loop.

From: analysts-bounces@stratfor.com
[mailto:analysts-bounces@stratfor.com] On Behalf Of Reva Bhalla
Sent: June-14-10 11:42 AM
To: Analyst List
Cc: friedman@att.blackberry.net
**Subject: Re: insight? Re: Guidance on afghan minerals**

could be a good way to get the Europeans to stick it out longer in Afghanistan as support for the NATO mission wanes in these countries

On Jun 14, 2010, at 10:36 AM, Jennifer Richmond wrote:

**Here is some more discussion (back and forth emails) from some guys that were working in the Afghanistan Reconstruction Group. Emailed Said with Kamran's questions.**

source 1: This is indeed wonderful news. We all recall how Said patiently explained the geology and mineralogy of the region, but even then I could not have imagined that the value could be this high. As usual, Said (who was my hooch mate) was right! Now we must be sure that

these discoveries are used to benefit the people of Afghanistan.

source 2: Good news... BUT you are forgetting the flip side.... XXX is right... this will not be handled correctly by the US and thus it will merely encourage the War Lords that much harder for control of the land....with the support of the Chinese of course... whom we are protecting with US forces and taxpayer dollars...
As one program director (who has been in Afghanistan since 2006 originally with the DEA) told me in an email..."this is merely encouraging people to buy tickets on the Titanic AFTER it has already hit the iceberg"......


Kamran Bokhari wrote:

Can you set the email intro for me? I would like to make first (direct) contact by asking about the extent to which the political principals in country knew about this prior to the NYT leak and what was their response? How does it connect to the talks that Kabul has been having with the Taliban?

From: analysts-bounces@stratfor.com [mailto:analysts-bounces@stratfor.com] On Behalf Of Jennifer Richmond
Sent: June-14-10 10:41 AM
To: Analyst List
Cc: friedman@att.blackberry.net
Subject: Re: insight? Re: Guidance on afghan minerals

Source told me that we can talk directly to Said if we want... Someone else more familiar should take this - let me know. I can set up the email intro, or tell me what to ask and I will go for it.

Jennifer Richmond wrote:

A little more on Said.

The "Said" being referenced was the minerals expert in the Afghanistan Reconstruction Group when I was there. Full name is Said Mirzad. He is one of the addressees in this chain. He always claimed the minerals were there.

Here is a brief on Said Mirzad. He didn't write the article, but he was
the person there when I was. Some people thought he was more than
optimistic; some thought he was really onto something. It would seem to
me that the USGS is a very political organization.

**USGS geologist - Afghanistan-born Said Mirzad.**

Originally trained in France, Mirzad was director of the Afghanistan
Geological Survey before the Soviet invasion in 1979. After that he ran
computer services for a small USGS office in San Diego, California.
After the terrorist attacks of 11 September, Mirzad's Afghan friendships
vaulted him to the USGS headquarters in Reston, Virginia, to help
coordinate resource development in Afghanistan.

Mirzad has deep and historic connections in Afghanistan, where his
brother-in-law is the minister of defence. Mirzad is also the mentor of
the minister of mines, Mohamad Ibrahim Adel, who was one of those
criticized for the handling of the Aynak copper bidding competition.
Mirzad has powerful allies in Washington DC; both the US State and
Defense departments awarded him medals for outstanding service in 2005.

In Afghanistan, Mirzad has aided multiple projects, such as an airborne
geological assessment he urged the Karzai government to fund after aid
agencies declined. But some also see him as an obstructionist.

Jennifer Richmond wrote:

That was a direct quote, just fyi. Not coming from me. The guy at
Ameritech said it.

quote:

Said was right. "Previously unknown" my ass - this is not a "new"
discovery. I guess we're there for the long haul, huh?

George Friedman wrote:

No. We don't need to be there to buy and use the stuff. In fact, it
increases the pressure on us to leave. The cost of military occupation
undermines the economic benefit.

Sent via BlackBerry by AT&T

-------------------------------------------------------------------------

From: Jennifer Richmond <richmond@stratfor.com>

Date: Mon, 14 Jun 2010 07:55:06 -0500

To: <friedman@att.blackberry.net>; Analyst List<analysts@stratfor.com>

Subject: insight? Re: Guidance on afghan minerals

A family acquaintance who is in contact with Said Mirzad said he knew of
the minerals and had been telling people about it. A guy at Ameritech
there said: Said was right. "Previously unknown" my ass - this is not a
"new" discovery. I guess we're there for the long haul, huh?

George Friedman wrote:

Basic question is whether or not this is a new discovery, well known or myth. Then figure out why this
is news now?

Sent via BlackBerry by AT&T

-----Original Message-----

From: Kamran Bokhari <bokhari@stratfor.com>

Date: Mon, 14 Jun 2010 07:47:13

To: <analysts@stratfor.com>

Subject: Re: Guidance on afghan minerals

Yes, I recall in the 90s well before 9/11 there was great talk within

the Muslim world that the United States was going to topple the Taliban

regime because the country had massive minerals.

On 14/06/2010 8:39 AM, George Friedman wrote:

This puts pressure on the united states. The charge in the islamic world is that the only reason the us invaded was strategic interest and that 911 was carried out by the government in order to justify invasion. This theory never had a coherent explanation. It just got one. In negotiations this is going to be an issue and taliban will charge that any reluctance to leave was motivated by this design.

I would like someone to trace the story behind this story. Who and why now are things I'd like to know.

Sent via BlackBerry by AT&T

--

Kamran Bokhari

STRATFOR

Regional Director

Middle East & South Asia

T: 512-279-9455

C: 202-251-6636

F: 905-785-7985

bokhari@stratfor.com

www.stratfor.com

--

Jennifer Richmond

China Director, Stratfor

US Mobile: (512) 422-9335

China Mobile: (86) 15801890731

Email: richmond@stratfor.com

www.stratfor.com

Reinaldo Taladrid Herrero (Cubavision, 23 Jun 10)

10. 2303 GMT Alonso recalls the commotion in US political and media
circles as a result of remarks by General Stanley McChrystal. He shows a
video clip on how US media treated the entire affair that ended in the
general's dismissal and the appointment of General David Petraeus as his
replacement. Alonso introduces "The Corner" segment with Reinaldo Taladrid
Herrero who will discuss this matter. Taladrid begins by saying that he
has been asked to do an analysis of what happened.He mentions that this is
a general with vast experience who knows the rules of the game very well.
Taladrid lists a number of facts: 1) In the US Army there are written and
unwritten rules: active military members do not opine or meddle in
politics in the media or at public events. It is not by mere chance that a
magazine goes to Afghanistan and says I want to conduct an interview. It
does not work that way, Taladrid states. 2) McChrystal was not the only
one to talk. He had all his team talking and 3) The things they said do
not leave room for error or to say that the wrong word was used. According
to Taladrid, President Obama was facing a dilemma because the Afghan
president called the US President asking not to dismiss McChrystal.
Richard Holbrooke, the special representative for Afghanistan and
Pakistan, met with Pakistani military and civilian leaders and they told
him that they sympathized with McChrystal and hoped that he would not be
changed.In addition, this is not new, when McChrystal was appointed he
said that he needed an increase in men and President Obama took a long

time, he did not want to make a decision, and he did not want to send the men. Why? Because it was just like former President Bush in Iraq. In the meantime, McChrystal filtered a document to the media that if troops were not increased defeat could be expected in Afghanistan, making it public that if the troops were not approved, President Obama would be responsible for the defeat. Taladrid says this was insubordination and adds that a conclusion from all of it is that this was not mere chance, that McChrystal did this intentionally knowing that he was going to be dismissed. Taladrid gives some details of McChrystal's background and previous responsibilities as head of a command in northern Florida.He stresses that there were no objections to his appointment at congressional hearings when he was suggested for the job.Taladrid points to very powerful groups behind all this, basically two groups who differ on way things should be done but always with the same goal in mind. Taladrid speculates about what will happen to McChrystal. According to Taladrid, to extreme rightists McChrystal is a hero because he publicly confronted the president, disobeyed him, and preferred to leave rather than continuing obeying the socialist, democrat, and liberal president, as Republicans view the president. Taladrid predicts that this is not the end for McChrystal because all these generals wind up as directors of companies in the military indus trial apparatus.But one should not be surprised, Taladrid says, if by 2012 he appears as candidate for senator in some state. Taladrid concludes that this is a Jigsaw puzzle with many pieces and that McChrystal knew what he was doing and what was going to happen to him. Taladrid suggests that the future of this man be followed.He emphasizes that the most important aspect is how groups of power clash within the empire with different views of how to attain the same objective, an objective that could be the geostrategic positioning in the area, the minerals, the Afghan lithium, the gas pipeline, or a mixture of them.11. 2320 GMT Alonso introduces Martin and Gonzalez, the panelists for the final segment of the program: the 2010 World Soccer cup.12. 2357 GMT Program ends.

Reception: Good

Duration of broadcast: 87 minutes

(Description of Source: Havana Cubavision in Spanish -- Government owned, government-controlled television station)

# Re: insight? Re: Guidance on afghan minerals

Released on 2012-10-19 08:00 GMT

|  |  |
|---|---|
| **Email-ID** | 1191577 |
| **Date** | 2010-06-14 15:26:11 |
| **From** | rbaker@stratfor.com |

**To**                analysts@stratfor.com
**Re: insight? Re: Guidance on afghan minerals**


OK, China is in there for copper currently. Bought its stake in '07/'08
(at least part of it was originally owned by Freeport MacMoran, according
to CNBC, though that could have been somewhat misstated, given the info
innt eh second article below). In short, though, the US and others have
been talking about Afghan minerals for years. Lithium may be something not
really looked at in full before, but certainly oil, iron, copper, gold,
uranium and gems have.

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 1151285 |
| **Date** | 2010-06-14 16:52:37 |
| **From** | sean.noonan@stratfor.com |
| **To** | analysts@stratfor.com |

Afghan_Motherlode?=


embedded links at the Wired link.
No, The U.S. Didn't Just `Discover' a $1T Afghan Motherlode

* By Katie Drummond Email Author
* June 14, 2010 |
* 10:20 am |
http://www.wired.com/dangerroom/2010/06/no-the-military-didnt-just-discover-an-afghan-mineral-
motherlode/#ixzz0qq5tr9gG

Despite what you may read this morning, the U.S. military did not just
"discover" a trillion dollars' worth of precious minerals in Afghanistan.

The New York Times today proclaimed that Afghanistan is apparently poised
to become "the Saudi Arabia of lithium" - a metal used to produce gadgets
like iPods and laptops. The discovery will also, according to Pentagon
documents quoted by the Times, fundamentally transform the country's
opium-reliant economy.

But the military (and observers of the military) have known about
Afghanistan's mineral riches for years. In a 2007 report, the Geological
Survey and the Navy concluded that "Afghanistan has significant amounts of

undiscovered non-fuel mineral resources," including "large quantities of accessible iron and copper [and] abundant deposits of colored stones and gemstones, including emerald, ruby [and] sapphire."

Not to mention that the $1 trillion figure is - at best - a guesstimate. None of the earlier U.S military reports on Afghan's mineral riches cite that amount. And it might be prudent to be wary of any data coming out of Afghanistan's own Mines Minestry, which "has long been considered one of the country's most corrupt government departments," the Wall Street Journal reports.

And the timing of the "discovery" seems just a little too convenient. As Blake Hounshell at Foreign Policy notes, the Obama administration is struggling to combat the perception that the Afghan campaign has "made little discernible progress," despite thousands of additional troops and billions of extra dollars.

Still, Pentagon officials are touting the find as a potential economic game-changer - and one that could end decades of conflict. But whether it's oil or coltan, rich pockets of resources are always a mixed blessing. Just ask children in Congo, home to 80 percent of the world's coltan supply, who were forced to mine for the precious metal that was later used to manufacture tech gadgets.

It'll take years, and a ton of capital investment, before Afghanistan's deposits can even be mined. And when they can, it's anybody's guess who'll actually be profiting. Hounshell sums up the mess nicely:

Meanwhile, the drive for Kandahar looks to be stalled in the face of questionable local support for Karzai's government, the Taliban is killing local authorities left and right, and the corruption situation has apparently gotten so bad that the U.S. intelligence community is now keeping tabs on which Afghan officials are stealing what.

Read More

--
Sean Noonan
Tactical Analyst
Mobile: +1 512-758-5967

Strategic Forecasting, Inc.

www.stratfor.com

AFGHANISTAN

**1) Afghanistan could be holding $1 trillion of untapped mineral deposits including critical industrial metals such as lithium, the New York Times reported, quoting US government officials. - DAWN -**
http://www.dawn.com/wps/wcm/connect/dawn-content-library/dawn/news/world/04-us-discovers-1trillion-mineral-deps-afg-qs-04

2) The previously unknown deposits - including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium - are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be transformed into one of the most important mining centers in the world, the United States officials believe. - NYT - http://www.nytimes.com/2010/06/14/world/asia/14minerals.html?hp


# Re: MISC - U.S. Identifies Vast Riches of Minerals in Afghanistan (NYT)

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 395537 |
| **Date** | 2010-06-14 17:57:44 |
| **From** | mongoven@stratfor.com |
| **To** | morson@stratfor.com, defeo@stratfor.com, pubpolblog.post@blogger.com |

Re: MISC - U.S. Identifies Vast Riches of Minerals in Afghanistan (NYT)


No, we're arming ourselves off of middle eastern oil to become dependent on Chinese battery makers and renewable energy parts. Let them worry about Morales and the Taliban

On Jun 14, 2010, at 11:44 AM, Joseph de Feo <defeo@stratfor.com> wrote:

Fascinating piece by Jim Risen in today's NYT. Afghanistan the "Saudi Arabia of lithium." Evo Morales has big plans to make Bolivia the world capital of lithium batteries and electric cars, and I'm not sure this really affects it -- Afghanistan is possibly the only place even less capable than Bolivia of getting its lithium out of the ground and into commerce.

By the way, are we weaning ourselves from dependence on Middle Eastern
oil only to become dependent on Latin American and Near Eastern/Central
Asian lithium?

---
http://www.nytimes.com/2010/06/14/world/asia/14minerals.html?pagewanted=all
U.S. Identifies Vast Riches of Minerals in Afghanistan - NYTimes.com |
By JAMES RISEN

**WASHINGTON a The United States has discovered nearly $1 trillion in
untapped mineral deposits in Afghanistan, far beyond any previously
known reserves and enough to fundamentally alter the Afghan economy and
perhaps the Afghan war itself, according to senior American government
officials.**

The previously unknown deposits a including huge veins of iron,
copper, cobalt, gold and critical industrial metals like lithium a are
so big and include so many minerals that are essential to modern
industry that Afghanistan could eventually be transformed into one of
the most important mining centers in the world, the United States
officials believe.

An internal Pentagon memo, for example, states that Afghanistan could
become the aSaudi Arabia of lithium,a a key raw material in the
manufacture of batteries for laptops and BlackBerrys.

The vast scale of Afghanistanas mineral wealth was discovered by a
small team of Pentagon officials and American geologists. The Afghan
government and President Hamid Karzai were recently briefed, American
officials said.

While it could take many years to develop a mining industry, the
potential is so great that officials and executives in the industry
believe it could attract heavy investment even before mines are
profitable, providing the possibility of jobs that could distract from
generations of war.

aThere is stunning potential here,a Gen. David H. Petraeus,
commander of the United States Central Command, said in an interview on
Saturday. aThere are a lot of ifs, of course, but I think potentially
it is hugely significant.a

The value of the newly discovered mineral deposits dwarfs the size of
Afghanistanas existing war-bedraggled economy, which is based largely
on opium production and narcotics trafficking as well as aid from the
United States and other industrialized countries. Afghanistanas gross
domestic product is only about $12 billion.

aThis will become the backbone of the Afghan economy,a said Jalil
Jumriany, an adviser to the Afghan minister of mines.

American and Afghan officials agreed to discuss the mineral discoveries
at a difficult moment in the war in Afghanistan. The American-led
offensive in Marja in southern Afghanistan has achieved only limited
gains. Meanwhile, charges of corruption and favoritism continue to
plague the Karzai government, and Mr. Karzai seems increasingly
embittered toward the White House.

So the Obama administration is hungry for some positive news to come out
of Afghanistan. Yet the American officials also recognize that the
mineral discoveries will almost certainly have a double-edged impact.

Instead of bringing peace, the newfound mineral wealth could lead the
Taliban to battle even more fiercely to regain control of the country.

The corruption that is already rampant in the Karzai government could
also be amplified by the new wealth, particularly if a handful of
well-connected oligarchs, some with personal ties to the president, gain
control of the resources. Just last year, Afghanistanas minister of
mines was accused by American officials of accepting a $30 million bribe
to award China the rights to develop its copper mine. The minister has
since been replaced.

Endless fights could erupt between the central government in Kabul and
provincial and tribal leaders in mineral-rich districts. Afghanistan has
a national mining law, written with the help of advisers from the World
Bank, but it has never faced a serious challenge.

aNo one has tested that law; no one knows how it will stand up in a
fight between the central government and the provinces,a observed Paul
A. Brinkley, deputy undersecretary of defense for business and leader of
the Pentagon team that discovered the deposits.

At the same time, American officials fear resource-hungry China will try to dominate the development of Afghanistanas mineral wealth, which could upset the United States, given its heavy investment in the region. After winning the bid for its Aynak copper mine in Logar Province, China clearly wants more, American officials said.

Another complication is that because Afghanistan has never had much heavy industry before, it has little or no history of environmental protection either. aThe big question is, can this be developed in a responsible way, in a way that is environmentally and socially responsible?a Mr. Brinkley said. aNo one knows how this will work.a

With virtually no mining industry or infrastructure in place today, it will take decades for Afghanistan to exploit its mineral wealth fully. aThis is a country that has no mining culture,a said Jack Medlin, a geologist in the United States Geological Surveyas international affairs program. aTheyave had some small artisanal mines, but now there could be some very, very large mines that will require more than just a gold pan.a

The mineral deposits are scattered throughout the country, including in the southern and eastern regions along the border with Pakistan that have had some of the most intense combat in the American-led war against the Taliban insurgency.

The Pentagon task force has already started trying to help the Afghans set up a system to deal with mineral development. International accounting firms that have expertise in mining contracts have been hired to consult with the Afghan Ministry of Mines, and technical data is being prepared to turn over to multinational mining companies and other potential foreign investors. The Pentagon is helping Afghan officials arrange to start seeking bids on mineral rights by next fall, officials said.

aThe Ministry of Mines is not ready to handle this,a Mr. Brinkley said. aWe are trying to help them get ready.a

Like much of the recent history of the country, the story of the discovery of Afghanistanas mineral wealth is one of missed

opportunities and the distractions of war.

In 2004, American geologists, sent to Afghanistan as part of a broader reconstruction effort, stumbled across an intriguing series of old charts and data at the library of the Afghan Geological Survey in Kabul that hinted at major mineral deposits in the country. They soon learned that the data had been collected by Soviet mining experts during the Soviet occupation of Afghanistan in the 1980s, but cast aside when the Soviets withdrew in 1989.

During the chaos of the 1990s, when Afghanistan was mired in civil war and later ruled by the Taliban, a small group of Afghan geologists protected the charts by taking them home, and returned them to the Geological Surveyas library only after the American invasion and the ouster of the Taliban in 2001.

aThere were maps, but the development did not take place, because you had 30 to 35 years of war,a said Ahmad Hujabre, an Afghan engineer who worked for the Ministry of Mines in the 1970s.

Armed with the old Russian charts, the United States Geological Survey began a series of aerial surveys of Afghanistanas mineral resources in 2006, using advanced gravity and magnetic measuring equipment attached to an old Navy Orion P-3 aircraft that flew over about 70 percent of the country.

The data from those flights was so promising that in 2007, the geologists returned for an even more sophisticated study, using an old British bomber equipped with instruments that offered a three-dimensional profile of mineral deposits below the earthas surface. It was the most comprehensive geologic survey of Afghanistan ever conducted.

The handful of American geologists who pored over the new data said the results were astonishing.

But the results gathered dust for two more years, ignored by officials in both the American and Afghan governments. In 2009, a Pentagon task force that had created business development programs in Iraq was transferred to Afghanistan, and came upon the geological data. Until then, no one besides the geologists had bothered to look at the

information a and no one had sought to translate the technical data to
measure the potential economic value of the mineral deposits.

Soon, the Pentagon business development task force brought in teams of
American mining experts to validate the surveyas findings, and then
briefed Defense Secretary Robert M. Gates and Mr. Karzai.

So far, the biggest mineral deposits discovered are of iron and copper,
and the quantities are large enough to make Afghanistan a major world
producer of both, United States officials said. Other finds include
large deposits of niobium, a soft metal used in producing
superconducting steel, rare earth elements and large gold deposits in
Pashtun areas of southern Afghanistan.

Just this month, American geologists working with the Pentagon team have
been conducting ground surveys on dry salt lakes in western Afghanistan
where they believe there are large deposits of lithium. Pentagon
officials said that their initial analysis at one location in Ghazni
Province showed the potential for lithium deposits as large of those of
Bolivia, which now has the worldas largest known lithium reserves.

For the geologists who are now scouring some of the most remote
stretches of Afghanistan to complete the technical studies necessary
before the international bidding process is begun, there is a growing
sense that they are in the midst of one of the great discoveries of
their careers.

aOn the ground, itas very, very, promising,a Mr. Medlin said.
aActually, itas pretty amazing.a

Pakistani Editorial Asks Afghan People To Take Action To Save Resources
Editorial: "Discovery of Precious Mineral Resources in Afghanistan" -
Nawa-e Waqt
Thursday June 17, 2010 14:47:01 GMT
unearthed nearly $1 trillion untapped mineral deposits beneath the Afghan
soil, which is far beyond any previously known reserves.

The report says the previously unknown deposits -- including huge veins of
iron, copper, cobalt, gold, and critical industrial metals like lithium --
a re so huge and include numerous minerals, which are requisite for modern
industry, that the US officials believe Afghanistan can be eventually
transformed into one of the most important mining centers of the world. A
US official stated that Afghanistan could become the "Saudi Arabia of

lithium," a key raw material, which is required to manufacture batteries. These lithium reserves are even larger than those of Bolivia, the largest lithium exporter in the entire world. These lithium reserves can be exported to transform Afghanistan into Saudi Arabia. There are vast resources of copper that Afghanistan can become the largest copper exporting country of the world.

Afghanistan is a poor country and through the unearthed mineral resources, it can become a prosperous and developed country like Saudi Arabia. However, these days, Afghanistan is in the clamps of Jews and Christians.

Today, in Afghanistan, these imperial forces have let a hell loose in the name of war on terror. After the 9/11 incident, when the United States invaded Afghanistan, the global media raised the point that the United States had fixed its eyes on rich resources of Afghanistan and its mineral treasures. Finally, it has been proved true today.

In fact, their agenda was essentially to occupy the Afghan resources and make use of this wealth. This is the very reason because of which the US experts continued their research and exploration even in the war-hit areas of Afghanistan.

Today, it has become more crucial for the Afghan people not to let the United States and its allies occupy the Afghan resources; otherwise these foreign forces will permanently stay in the areas of Afghanistan. The mujahidin should accelerate their activities and should kick out these imperial forces before these imperialists take away precious reserves and resources and materialize their flagitious plans.

President Hamid Karzai should also use wisdom and take co urageous steps to stop falling Afghan wealth in the hands and use of the United States.

(Description of Source: Rawalpindi Nawa-e Waqt in Urdu -- Privately owned, widely read, conservative Islamic daily, with circulation around 125,000. Harshly critical of the US and India.)

Material in the World News Connection is generally copyrighted by the source cited. Permission for use must be obtained from the copyright holder. Inquiries regarding use may be directed to NTIS, US Dept. of Commerce.

**Discovery of Lithium will Add new Dimension to Afghan Issue**
Article by I. M. Mohsin: ¨Alexrod on Afghanistan¨ - The Nation Online
Thursday June 17, 2010 08:23:14 GMT
A speculative news item carried by The New York Times during last week set off ripples in the American political circle. To guard against some vicious reaction from the rightwing, President Barack Obama's senior Advisor David Alexrod felt obliged to issue last Sunday a clarification about the state of the ongoing war and attempts at reaching a settlement

with the Taliban.

Prior to that Secretary Robert Gates had explained his perception of the current ground realities in Afghanistan. Claiming to have told President George Bush, on accepting the office of Secretary Defence, he reitera ted that Afghanistan had received scant attention from the Republican administration. He, however, indicated that post-surge developments had undercut the Taliban advance under the new strategy this year. If the objective conditions are any guide, such a statement would appear to be wishful. Then, if this were so, the Taliban would not have publicly spurned the peaceful overtures being made by President Hamid Karzai. This appears to be a part of a baffling strategy being pursued by the US Department of Defence or general staff whereby attacks by the Taliban are being ignored. Instead thereof insinuations are being made that the 'enemy' is losing ground.

Repeating the statement of Karzai made before the peace jirga, Alexrod said that a new government could emerge in Kabul wherein the Taliban would form a coalition. Such an arrangement would ensure security for the people and this would lead to the start of the requisite development process in a safer environment. He al so expressed the hope that on joining such an arrangement, the Taliban would lay down their arms and devote their undivided attention to the reconstruction of their war-torn country. Citing this as an indispensable condition, he still expressed the hope that Karzai's efforts will bear fruit as there are many indications to that effect.

Indeed, this appears to be more of a psychological warfare and less of a strategy for the people of the region concerned. Such assertions may lull the public opinion in the US, to some extent, but for the Afghans it is like 'Alice in Wonderland'. In Afghanistan, the people generally are baffled as they cannot correlate the prevailing mess to such homilies. While Karzai and his mentors are active on the propaganda front, the Taliban are maintaining a queer silence besides launching attacks against the US forces at places of their choice subject to their own programme. Whenever they speak up, they only display their derision for such conc iliatory initiatives.

The New York Times report also utilised a statement made by Amrullah Saleh, the 36-year old former intelligence chief, to the effect that Karzai was holding private discussions with the Taliban and Pakistan. Incidentally, Saleh was fired by the Kabul government following the brazen attacks by the Taliban on the peace jirga. Apparently, his 'revelation' should have made no news which the concerned journalist tried to blow up. But Alexrod also hinted at the same in his reply on Saleh, calling his assertions as "coloured".

Saleh had also indicated that the US wanted to 'rule' Afghanistan which had frustrated too many people. On this, the US presidential Advisor made

it clear that his country's objective could be easily specified. He maintained: "The mission is about Al-Qaeda, about putting pressure on Al-Qaeda on both sides of the border, about not letting Afghanistan become a safe harbour, safe haven for Al-Qaeda again." Wanting to sound more convincing, he went on to emphasise: "Ultimately this is about our security and that's why we are there."

The Advisor also recounted some of the successes scored by the US forces since the new administration took over. He stressed that half of the Taliban's top 20 leaders had been k illed, thanks to the cooperation extended by the Government of Pakistan. Likewise, some operations conducted in Afghanistan had also yielded similar results. However, to back up the ongoing peace overtures in Kabul, he concluded: "At the end of the day, however, we've always said that this will involve the future of Afghans....It will involve a political solution just as it did in Iraq."

Nevertheless, President Karzai seems to be pushing ahead with his peace mission in a manner which no 'Vichy' government can ever afford to do. His mentors, the US, have to be connected to the said stance all over to bring peace to Afghanistan.

Lately, the US administration is openly supporting such moves although till early this year they were prone to keep mum.

Britain's new Prime Minister David Cameron after visiting Afghanistan last week has also used a very diplomatic lingo to reflect a similar approach. His statement to the House of Commons on Monday reflected his serious interest in pulling out of this quagmire. He has lately claimed that Al-Qaeda is really "weakened" for now, implying that the Afghans should take over their own security so that the "foreign troops" can be divested from Afghanistan quickly. This is also the stated position of President Barack Obama, who wants to start withdrawing his forces by mid next year. Even if it holds good, Sergei Ivanov, the Russian Deputy Prime Minister, thinks that the US troops would have to stay longer than the Russians did in Afghanistan.

A US report suggests that huge deposits of iron, copper, gold and lithium have been discovered wor th a trillion dollars. If this is so, then it raises the stakes for both the Afghans and the American administration. So far, the US administration has been known to be heavily influenced by its oil lobby in the post-9/11 conduct towards the ongoing war. Now another dimension would be involved. The US has certainly lost a lot of goodwill among the Afghans already and what the neocons might do now will hurt the US badly.

In this scenario, Russia may also want to benefit from such a valuable resource next door. However, it may find many difficulties in its way.

The Chinese stand a good chance of winning the goodwill of the Afghans

despite the fact that it may provoke ire of the Indians, who are being
built by the US for a peculiar role in the region.

Above all, Pakistan could be crucial in the fruitful utilisation of such
natural resources by Afghanistan. The two countries can cooperate with
China and co-opt some other ally to successfully hit out of troub le.

The writer is a former Secretary Interior.

(Description of Source: Islamabad The Nation Online in English -- Website
of a conservative daily, part of the Nawa-i-Waqt publishing group.
Circulation around 20,000; URL: [http://www.nation.com.pk](http://www.nation.com.pk))

**Article Discusses Report About Deposits of Minerals in Afghanistan**
Article by Arif Ayub: ¨Minerals in Afghanistan¨ - The Nation Online
Wednesday August 11, 2010 11:41:23 GMT
On June 17, 2010, the New York Times and the rest of the US media led
prominent stories on US geologists having discovered vast deposits of
iron, copper, gold, lithium and other minerals in Afgha nistan worth an
estimated one trillion dollars. For good measure, the Afghan government
claimed that actually their resources were worth three trillion dollars.
While these reports are absolutely true, they are equally meaningless.
Firstly, the discoveries are not new and were first brought to
international attention by the Russian geologists in the 60's. Secondly,
the figure of one trillion dollar is the technological value of the
survey. More important is the financial feasibility report, particularly
the economic feasibility report, which also includes the environmental
impact.

In Kabul, I had seen the Russian reports in the Ministry of Mines which
covered almost all the discoveries being currently announced by the US
media including the petroleum and gas deposits in northern Afghanistan.
The Taliban Minister said with considerable irony that the Afghan
government had been very concerned about the welfare of their future
generations and therefore had made no attemp t to exploit these resources.

The Haji Gak iron deposits which are particularly mentioned in the reports
were discovered in the early 60's and in fact our Commerce Minister Ghulam
Farooque Khan had suggested that instead of the Karachi Steel Mill we
should consider the alternative of a Steel Mill at Kalabagh using Afghan
ore. However, there was difficulty in ensuring regular supplies given the
Afghan attitude towards Pakistan in those days, because of the hard line
policies of Daud Khan. It was a case of Pashtun adventurism winning over
Pashtun pragmatism. After 50 years, the situation has not changed much.

The only country bold enough to take the plunge to invest massively in
Afghanistan has been China. The China Metallurgical Group and Jiangxi
Copper Company won a bid in 2007 to develop the Aimak Copper Mine paying a
royalty of $400 million per year to the Afghan government, whose total

revenues currently are at one billion dollars. The Chinese are also plann ing to put up a power plant in Logar to run the copper mine and also build local road connections and transnational railways lines in an investment that is expected to reach four billion dollars. According to reports, the Aimak Mine alone is expected to produce 12 million tons of copper out of Afghanistan's total estimated reserves of 60 million tons of copper.

Details of the US Geological Survey conducted in 2007 are as follows:

Mineral Potential Value in current prices ($ Billion)

Iron 421

Copper 274

Niobium 81

Cobalt 51

Gold 25

Molybdenum 24

Rare Earth Elements 7

Asbestos 6

Silver 5

Potash 5

Aluminium 4

Graphite 1

Lapis Lazuli 1

Fluorite 1

Phosphorus 1

Led, Zinc, Mercury, Strontium 1

Sulphur, Talc, Magnetite, Kaolin 1

In their preliminary assessment of non-fuel mineral resources for Afghanistan, the US Geological Survey estimated that 2.2 billion tons of iron was available in the Haji Gak deposit alone with 69 percent iron. In addition, there are also considerable deposits between 47 and 68 percent

iron, making it one of the largest iron deposits in Asia. So far, the
Indian companies are in the lead bidding for the mining rights including
Essar Minerals, Rashtriya Ispat Nigam and Ispat Industries. The Chinese
Metallurgical Group was also a bidder but pulled out after allegations
that it had won the Aymak copper contract by paying $30 million in bribes.

Besides these non-fuel deposits the Russian had discovered considerable
quantities of oil and gas in the area around Mazar-i-Sharif, some of which
is already being exploited, with small fertiliser factory. There are also
confirmed deposits of Naphtha in the Polekhumri region, while repor ts of
petroleum deposits in the Kandhar and Helmand region.

Despite this immense geological wealth many of the deposits are in zones
dominated by the insurge ncy and have little or no infrastructure. In the
Afghan bureaucracy, corruption is high and government performance and rule
of law are weak. Afghanistan therefore has a long way to go before it can
take advantage of its mineral wealth. We had a similar experience in
Pakistan where we have been unable to utilise the Thar coal deposits or
the copper deposits at Rekodiq (which are comparable to those at Aimak).

The New York Times seems to have realised that it had been a victim of
media hype and within one week it accepted the conventional wisdom that
the minerals in Afghanistan required considerable investment for mining
and processing, as well as for infrastructure development in railways and
roads, which would be particularly expensive in the mountainous and
undeveloped regions of Afghanistan where these minerals are normally
found. Gold, silver, copper and other minerals are usually located in ore
that must be reached by tunnel, blasted out by the tons, carried to th e
surface and ground to powder for processing. Digging the shafts and
building elevators, processing plants and infrastructure can cost several
billion dollars for a single mining operation. Economic recoverability
also requires that a resource cannot only be produced, but also exported
for less money than its sale value, in order to provide enough return on
investment to account for the associated risks of the investor. This
assumes that the US military would succeed in securing the lines and
supply lines and they would be in the country for the next 10 years in
order for the project to bear fruit. Electricity plants also need to be
built close to the sites since mining projects require enormous amount of
energy. In Afghanistan, despite the passage of 10 years, the US has still
not been able to provide the generators to make functional the Kajkai
hydroelectric project on Helmand River. It seems unlikely therefore that
the new power projects could be established within the e conomic framework
of time relevant to the mining projects.

The writer is a former ambassador.

(Description of Source: Islamabad The Nation Online in English -- Website
of a conservative daily, part of the Nawa-i-Waqt publishing group.
Circulation around 20,000; URL: http://www.nation.com.pk)

**Review of Various U. S. UAVs That Are Needed by RF Ministry of Defense**
Article by Vladimir Shcherbakov on the new unmammed flying vehicles [UAVs]
being developed in the United States that are of interest to the Ministry
of Defense of Russia, particularly the hand-lauched UAVs that use hydrogen
fuel cells in their power plants: "How the Problems of Developing
Mini-Drones Are Being Resolved" - Voyenno-Promyshlennyy Kuryer Online
Wednesday August 11, 2010 18:40:43 GMT
According to the most conservative estimates, in the last decade alone,
the Pentagon has acquired no less than 12,500 UAVs of various types--UAVs
that are narrowly specialized. Such UAVs usually have a take-off weight
ranging from about .25 kilograms to 6.5 kilograms and a wingspan ranging
from .7 meters to 2.7 meters. They can be transp orted, along with the
control panel and, if necessary, auxiliary equipment, in one or two
backpacks. The drones snapped together and made ready for launch in a
matter of minutes. After that, the soldier only has wave his hand, in a
literal sense, and send the aerial mini-robot flying up into the sky (that
is, the soldiers uses his hand to hurl the drone into the sky).

**Two hours are not sufficient.**

At the same time, regardless of its small dimensions and weight, the
man-portable UAVs are quite capable of conducting of reconnaissance,
primarily in the optical and/or infrared ranges. They are also able to
transmit reconnaissance information about the enemy to the control panel
of the operator in real time, providing a current picture of the situation
on a battlefield for the commander of a subunit and even an individual
soldier.

The payload of these UAVs usually include compact video cameras, photo
cameras, and televisions. An electric motor, powered by a b attery, is
used as the power plant for the UAVs. That makes it possible to reduce the
noise and weight of the UAV. At the same time, it makes the UAV more
explosion-proof and fireproof.

But, on the other hand, such drones also have a number of shortcomings.
The most serious shortcoming is the small duration of the flight, which is
due to the small size and take-off weight of the drone. Its small size
does not allow the placement of a significant quantity of power sources
onboard. As a result, as a rule, the mini-drones are not able to be in the
sky for more than one or two hours.

Of course, for the fulfillment of the majority of tasks, for which such
UAVs were designed, this is enough time. All the same, the mini-drone is a
means for operational reaction. It is a pre-strike staging vehicle, so to
speak. However, after analyzing the results of the operation of UAVs of
this class, including their operation in combat conditions, for example,
during the operations in Afghanistan and Iraq, the American generals and
military experts reached a conclusion on the necessity to increase the

flight duration of the man-portable drones by a factor of 1.5 or a factor of 2. And, if possible, by even more than that.

Recently, in an interview, a representative of a department of the U. S. Air Force Research Laboratory, which engages in research in the sphere of the adaption of hydrogen fuel cells to power plants of flying vehicles of various types, made the following statement to journalists: "A long flight duration is very important for the military. That will make it possible for the American soldiers to keep targets under observation for a longer period of time and it will also make it possible to carry out reconnaissance and observation over a large area until the drone ends its flight or is recalled for a recharging of the battery or the replenishment of the fuel supply. On a modern battlefield, information is a key factor. Consequently, by increasing the flight duration, we can significantly increase the amount of reconnaissance information that is accessible for us and forces that are allied with us."

A hybrid engine.

In this connection, however, a question immediately arises: How can the flight duration of the UAV be increased without a substantial increase in its size and weight? Indeed, it is not possible, at the present time, to obtain a positive result by increasing the effectiveness of the operation of the batteries or an increase in the number of them aboard the UAV: The engineers are not promising to develop batteries with greatly improved working characteristics in the near future.

A number of companies and organizations, of course, are trying to develop more compact engines, which use organic types of fuel, or engines of the hybrid type. Thus, in the beginning of 2010, the American agency, DARPA (Defense Advanced Research Projects Agency), awarded a contract to Au rora Flight Sciences that provides funding for the first stage of development of small UAVs with hybrid power plants of a new type. The power plant will consist of an electric motor and a compact turbo-diesel engine.

The new motor must have more effectiveness, horsepower, and fuel efficiency. It also must make less noise in comparison with the gas engines that are being used today. At the same time, its power must not be less than 10 horsepower. The purpose of this work, which is being carried out by specialists of Aurora Flight Sciences, is to adapt a diesel engine, which requires heavy fuel, to drones. At the present time, that is not expedient, mainly because of the relatively large sizes and weights of motors that use diesel fuel or JP-8.

However, such engines are still only prospective projects. At the present time, it is necessary to increase the flight duration.

**Hydrogen fuel cells.**

It has been managed to find a solution. The use of hydroge n fuel cells as energy sources. Fortunately, real break-through results have been achieved in this sphere in recent years in the West.

For example, Protonex, a company which engages in the development of hydrogen fuel cells, recently demonstrated the possibility of increasing the flight duration of a UAV, which was equipped with hydrogen fuel cells (the take-off weight of the UAV was 6.3 kilograms), to nine hours. And, according to the specialists of Protonex, the volume of the fuel cells and fuel cartridge together is a little less than that of a 2-liter bottle of Coca-Cola.

Previously, the company had developed a wide range of fuel elements with powers ranging from 100 to 500 watts. True, in this case, it was necessary to put a lithium-ion battery onboard the UAV in order to obtain additional power during the take-off and landing of the UAV. The battery itself, however, is recharged by the hydrogen fuel cell in flight.

In an interview with the leading American political-military weekly, Defense News, Scott Pearson, the head of the Protonex company, said that drones, equipped with hydrogen fuel cells and lithium-ion batteries, can remain in the air two to three times longer than their counterparts, which have traditional power plants with electric motors.

The results of the tests made a good impression on the leadership of the U. S Department of Defense, which soon awarded a contract to the company. The contract amounts to 3.3 million dollars and it is for the development of an improved type of fuel cell, as well as the accompanying equipment and instrumentation.

It is planned that the hydrogen fuel cell, on the development of which specialists of Aurora Flight Sciences have been working, will be integrated into the power plant of a Puma AE UAV, which was developed by the company, AeroVironment. The length of this UAV is 1.4 meters. The wingspan is 2.7 meters. The drone is designed for the conducting of reco nnaissance in daytime and nighttime conditions, for which it is equipped with electro-optical and infrared cameras . The power plant of the drone is an electric engine (that is, the electric engine turns the UAV's propeller, whereas the fuel cell powers the cameras, communications gear, and flight controls and recharges the batteries for the electric motor). All of the onboard equipment is for reconnaissance. The systems for flight control and communications with the ground based controller also have electrical power.

It was not by chance that AeroVironment was selected for this project. The specialists of this company had the honor of developing the RQ-11A "Raven", perhaps the most famous hand-launched UAV in the world. The weight of the Raven is 1.9 kilograms. The fleet of these UAVs in the U. S. Armed Forces alone numbers about 4,000. The first flight of these drones

took place in 2001 and just a few years later, in 2003, they were accepted into the arsen al of the U. S Armed Forces. Subunits of the Special Operations Command of the U. S, Armed Forces was the first to receive the Ravens in significant quantities. In accordance with the initial contract, about 850 drones of this type were purchased. Each drone cost about 35,000 dollars (the cost of one whole system is about 250 thousand dollars).

Problems of technology.

The following is stated in one of the advertising bulletins of the Protonex company: "All that you have to do is add water. After that, you will obtain a fuel with a high energy density."

The reference here is to hydrogen, which is released when (sodium) borohydrate is mixed with simple water and exposed to a catalyst and heat. The gas that is obtained enters directly into the fuel cell to the anode, which uses a small amount of platinum as a catalyst to divide the hydrogen into protons and electrons. The latter form an electrical current which flows to an external circuit. This electrical current is necessary for the operation of the power plant and the onboard equipment. The protons, in turn, are conducted through a hydrogen proton exchange membrane in the fuel cell to a catalytic cathode, where they combine with oxygen in the air to produce water. Water is necessary for obtaining hydrogen. Such is the cycle of substances within the bounds of one drone.

Of course, the duration of such a semi-closed cycle is contingent of the supplies of the basic substance--sodium borohydrate. The expended fuel cartridges can either be discarded in flight or brought back and subsequently sent for recharging. In this connection, a special control system, built into the cartridge, automatically regulates the degree of the reaction and the rate of hydrogen production.

Representatives of Protonex said that a distinguishing feature of this fuel-energy system, which is being developed in accordance with the contract that was awarded by the Pentagon, is the fact that all of the components used in this system, including the fuel and the residue, are not toxic and not combustible. Moreover, the system is cost-effective and that is of no small importance.

In an interview with journalists, Steven Gitlin, the press secretary for AeroVironment, emphasized: "We see a great potential for our Puma AE UAV, which is equipped with a system of hydrogen fuel cells. Such a drone can be used quite effectively for perimeter monitoring (guarding) or for flying ahead of a ground convoy for an extended period of time."

Moreover, it should be emphasized that AeroVironment, which produces the Puma AE drones, is making modifications not only for subunits of the U. S. Army, border services, and the U. S. Air Force, but also for special operations. It is also making modifications for the U. S. Navy and the U.

S. Coast Guard.

This drone is like an "omnivore". That is reflected in the very name of
the UAV. AE s tands for All- Environment, which means that it can be used
in all conditions. In particular, a modification of the Puma has been
designed for the Navy and the Coast Guard. It is waterproof and,
consequently, it can carry out a safe landing on a water surface. These
UAVs are operated with a hand-held control panel, measuring 15.24
centimeters by 25.40 centimeters, with a screen that measures 10.16
centimeters by 15.24 centimeters (Note: The screen displays video
transmissions from the UAV and has five knobs for directing the UAV and
its onboard electro-optical and infrared cameras.).

Representatives of the U. S. Department of Defense said that it is planned
to complete the first stage of the program, which is aimed at the
development of a UAV, with an increased flight duration and with a
prospective power plant based on hydrogen fuel cells, in 2010-2011. With
positive results of tests, it is planned to accept such UAVs into the
arsenals of the various branches and com bat arms of the Armed Forces of
the United States in the shortest time possible.

The military of other countries are also showing interest in these
prospective developments. It seems that such drones would also be very
useful for the Russian militarized structures. But the trouble is that,
unfortunately, we shamelessly lag behind the West in the sphere of the
development of such fuel cells and air-independent power plants.

(Description of Source: Moscow Voyenno-Promyshlennyy Kuryer Online in
Russian -- Website of the weekly newspaper focusing on military and
defense industrial complex issues published by Almaz Media, a subsidiary
of the defense industrial firm Almaz-Antey -- URL: http://vpk-news.ru/)


# AFG/AFGHANISTAN/SOUTH ASIA

Released on 2012-10-19 08:00 GMT

|  |  |
|---|---|
| **Email-ID** | 798843 |
| **Date** | 2010-06-15 12:30:05 |
| **From** | dialogbot@smtp.stratfor.com |
| **To** | translations@stratfor.com |

AFG/AFGHANISTAN/SOUTH ASIA

**US Geologists Discover Huge Mineral Deposits Ion Afghanistan** - ITAR-TASS
Monday June 14, 2010 16:00:35 GMT
intervention)

NEW YORK, June 14 (Itar-Tass) -- U.S. geologists and Defence Ministry
specialists have discovered huge mineral deposits in Afghanistan, the

value of which is estimated at almost one trillion U.S. dollars, the New York Times said on Monday.The newspaper says this will be enough to "enough to fundamentally alter the Afghan economy and perhaps the Afghan war itself"."The previously unknown deposits - including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium - are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be transformed into one of the most important mining centres in the world," the newspaper said.It quoted an internal Pentagon memo as saying that "Afghanistan could become the 'Saudi Arabia of lithium,' a key raw material in the manufacture of batteries for laptops and BlackBerrys."The value of the newly discovered mineral deposits "dwarfs the size of Afghanistan's existing war-bedraggled economy, which is based largely on opium production and narcotics trafficking as well as aid from the United States and other industrialised countries", while Afghanistan's gross domestic product is only about 12 billion U.S. dollar, the New York Times writes.Specialists compare the initially estimated wealth of the newly discovered deposits with that of Bolivia, which has the biggest lithium deposits in the world.The other discovered minerals include niobium, which is used in the production of superconducting steel, as well as some other rare-Earth materials."While it could take many years to develop a mining industry, the potential is so great that officials and executives in the industry believe it could attract heavy investment even before mines are profitable, providing the possibility of jobs that could distract from generations of war," the newspaper says.It quoted General David H. Petraeus, Commander of the United States Central Command, as saying that "there is stunning potential here.There are a lot of ifs, of course, but I think potentially it is hugely significant.""This will become the backbone of the Afghan economy," Jalil Jumriany, an adviser to the Afghan minister of mines, said.Americans started geological prospecting in Afghanistan in 2006, using the "old charts" made by Russian specialists.(Description of Source: Moscow ITAR-TASS in English -- Main government information agency)


**Russian website says economic interests may prevail in metal-rich Afghanistan**

Text of report by Russian Gazeta.ru news website, often critical of the government, on 22 June

[Article by Omar Nessar, 22 Jun; place not given: **"Weighed down by underground treasures"**; accessed via Gazeta.ru]

After the news about the incredible mineral deposits in Afghanistan, the United States and NATO countries can reassure their citizens with the fact that the "Afghan mission" will allow them to "mix business with pleasure." They are keeping troops in this country not only to fight terrorism but also to protect their economic interests.

In literally an instant, unstable, war-and poverty-torn Afghanistan went from being a "bankrupt state" to a potential supplier of strategic mineral resources to the international market.

Actually, both the Afghans themselves and the world community still have to get used to this new dimension of Afghanistan.

We recall how Western media reported, citing official Pentagon documents, that American researchers had discovered in Afghanistan huge deposits of iron, copper, cobalt, gold, niobium, and lithium.

In the opinion of several observers, the huge mineral deposits located could transform Afghanistan into the "Saudi Arabia of lithium."

Even before, experts called Afghanistan a country rich in natural resources. American specialists began talking about this for the first time back in 2002. However, today's optimistic forecasts regarding Afghanistan's transformation into a powerful resources player on the world market for iron, lithium, and copper comes as a surprise for many.

The sensation broke after the dissemination of the results of a joint study by American geologists and the military.

Exploration for mineral reserves in Afghanistan was conducted using maps compiled by Soviet specialists, so that there is every reason to talk about a "Soviet trail" in the geological discoveries of 2010.

Back in the 1960s, Soviet geologists began a wide-scale study of Afghanistan that lasted until the mid-1980s. In other words, by 1979 Soviet leaders had a pretty clear idea of Afghanistan's raw materials potential.

After the collapse of the socialist project in Afghanistan, nothing came of the country's resource potential. People simply forgot about it in the eddy of civil war and Taleban dictatorship in the 1990s. The Soviet specialists' maps, which had been moved to safe territory to the north of Kabul, were discovered in 2006. Since then, they have had a second life. Relying on Soviet data from the 1960s and 1970s, American specialists began a multi-year study of Afghan deposits with the help of Defence Department forces and the Orion P-3 reconnaissance airplane. The results of this research created a world sensation.

American specialists estimated the total value of the mineral deposits forecast in Afghanistan at $1 trillion. However, in the opinion of Wahuidullah Shahrani, Afghanistan's minister of mines and mining industry, the mineral reserves in the country are estimated at $3 trillion.

Wahuidullah Shahrani called the American specialists' estimates

understated.

Despite the difference of trillions of dollars, the reports about Afghan
mineral deposits have been actively discussed for several days by the
world press and expert community. The nature of this discussion allows
us to talk about how the scandalous joint report by American military
and geologists was intended for the West's broad public, especially the
United States, from the very beginning.

The reaction of Afghan and Western politicians to the geological
sensation was mixed but positive overall. And this is understandable.
The news that a country whose budget today depends almost entirely on
foreign assistance could cease to be not only a "world sponger" but also
become one of the main suppliers of strategic materials for the
international market is truly a miracle.

The appearance in the international news message field about
Afghanistan's geological potential is quite curious given the absence of
visible successes by the United States and NATO in the war with the
Taleban. Meanwhile, the security situation in Afghanistan is not
improving. The expectations that Western and Afghan public opinion
pinned on the peace jirga held in early June have not been vindicated.

Afghan Interior Minister Munir Mangal recently stated that only 11 of
the country's 364 districts have not had terror threats. Moreover, the
Afghan military and NATO representatives predict a rise in violence in
the country's south and east.

Participants in the international "Afghan mission" are losing hope of
success in their fight against the Taleban. Antiwar moods are mounting
in Western countries. A few days ago Poland, one of the United States'
reliable allies in the "Afghan project," stated its intention to
withdraw troops from Afghanistan. And although some experts considered
this statement a campaign move by candidates for the Polish presidency,
it was taken quite seriously by its NATO allies. Before this, Canada,
the Netherlands, and several other participants in the "Afghan mission"
expressed their readiness to withdraw troops from Afghanistan.

Actually, how can we talk about Washington's allies in the North
Atlantic alliance if in 2009 President Barack Obama promised his voters
to start withdrawing American troops from Afghanistan in mid-2011? Right
now the US president is under the pressure of criticism from American
military who feel that Obama needs to renege on his promise.

Apart from the unpopularity of the Afghan war in the eyes of public
opinion, one other problem for Western leaders is the huge cost of the
"Afghan project" connected with waging war against the Taleban and
rendering humanitarian assistance to official Kabul.

The world economic crisis made the Afghan war too expensive an enterprise even for the rich countries of the European Union.

In the near future, another international conference is supposed to be held in London, and the main topic will be rendering economic assistance to Afghanistan. Have no doubt, this discussion will be a serious test of Atlantic solidarity with respect to meeting obligations for the "Afghan tax."

Therefore, the news of many billions' worth of mineral deposits in the depths of Afghanistan could not have come at a better time. Its replication not only helps ease Western leaders' task of explaining to their citizens the logic of "Afghan investments" but also gives new meaning to the Western mission in Afghanistan. Now we can talk about how the "Afghan mission" allows us to "mix business with pleasure." The United States and NATO are keeping their troops in Afghanistan not only to fight terrorism but also to protect their economic interests.

The rise of a "geological dimension" to the Afghan problem may be met with interest by Russia and Afghanistan's neighbours - Iran, China, and the Central Asian countries - which are extremely concerned not only about the spread of terrorism but also by Afghan drug trafficking. By the way, recently people were speaking in Moscow, at the International Antinarcotics Forum, about measures for improving Afghanistan's economic situation as one of the ways to fight the drug threat. The new estimate of the Afghan raw materials potential creates favourable opportunities to implement large-scale economic projects in the country. It is obvious that the income from the mining, processing, and export of natural resources could easily compensate the Afghans for financial losses from the drug trade, thereby facilitating the "denarcoticization" of Afghanistan's economy.

Today, the country's new resource possibilities are advantageous for official Kabul as well. The escalation of instability going on in the context of prospects for a possible withdrawal of foreign troops is forcing the Afghan leadership to search for new methods of influencing the situation while retaining interest in their country among Western politicians. And the prospects for transforming Afghanistan into a "world lithium empire" are good reason for the United States and the European Union to hang in there indefinitely. To the satisfaction of President Hamid Karzai, who is being forced to look for support among neighbouring countries due to his gradual loss of hope for his Western allies, who in 10 years have not been able to change the situation in the security sphere or defeat the Taleban. Incidentally, this newly revealed geopolitical reorientation of the Afghan leader is already giving rise to perplexity in Washington and the capitals of other Western ! states.

Actually, so far Hamid Karzai has not shown a desire to actively play

his "lithium trump." Unlike his Minister Wahuidullah Shahrani, who called on foreign countries to invest funds to develop and produce minerals in Afghanistan, Hamid Karzai's reaction to the geological sensation was unexpectedly restrained. Actually, this is understandable. The news blast about Afghanistan's new raw materials prospects immediately made relevant the half-forgotten problem of fighting corruption in Kabul.

Some American experts and politicians have already expressed public doubt as to the Afghan president's ability to deal effectively with the lithium, iron ore, and copper treasures due to the wide-scale corruption in the Afghan government. But to the Afghan president, these kinds of doubts are completely beside the point today.

The author is the director of the Centre for the Study of Modern Afghanistan (TsISA).

Source: Gazeta.ru website, Moscow, in Russian 22 Jun 10

BBC Mon FS1 FsuPol SA1 SAsPol 250610 ak/osc

# BBC Monitoring Alert - AFGHANISTAN

Released on 2013-03-11 00:00 GMT

|  |  |
|---|---|
| **Email-ID** | 799254 |
| **Date** | 2010-06-15 16:39:07 |
| **From** | marketing@mon.bbc.co.uk |
| **To** | translations@stratfor.com |

BBC Monitoring Alert - AFGHANISTAN

**Afghan ministry says US survey undervalued mineral resources**

Text of report by Afghan independent Tolo TV on 15 June

[Presenter] The Ministry of Mines says Afghan minerals are worth more than was announced by the Pentagon. The ministry asked the international community to help them with extraction and security at the mines. The Pentagon has announced that there are challenges in extracting and benefiting from the mines.

[Correspondent] <span style="color:red">**While a joint study by the Pentagon and the US geological Survey has estimated the value of minerals in Afghanistan**</span>

**especially iron, gold, copper, lithium and beryllium, at one trillion dollars, the Afghan Ministry of Mines says Afghan mines are worth several times more than the figures published in the report.** The ministry says they will give more details about the report later this week.

[Jawad Omer, Ministry of Mines spokesman, captioned] We need security, modern equipment, proper advice and training for Afghan specialists.

[Correspondent] The Afghan Ministry of Finance says investment on study and extraction of Afghanistan's mines will be the Afghan government's main demands at the Kabul International Conference.

[Aziz Shams, Ministry of Finance spokesman, captioned] Some 35 per cent of Afghanistan's ordinary budget is covered by foreign donations. If we can extract these mines, we will have vast domestic income. It is estimated that we will be able to cover our ordinary budget for several years.

[Correspondent] Some geologists say investment on study and extraction of mines in Afghanistan is important for improving the financial situation and stability in Afghanistan.

[Sayed Bahador Akabar, Afghan geology university teacher, captioned] Unemployment is the main reason behind growing insurgency in Afghanistan. One of the ways we can create jobs is to extract our mines.

[Correspondent] The Afghan government says the exploration of Afghanistan's minerals has been carried out by US geological Survey in conjunction with the Afghan government. According to the report by Pentagon, a long time is required to extract Afghanistan's mines and that most of the mines are located in areas under Taleban control. Afghan government officials say Afghanistan's mineral resources are so vast that they will soon attract international investors' attention. The report says the mineral deposits are scattered throughout Afghanistan. According to the study, most of the minerals are located in the southern, eastern areas of Afghanistan and along the border with Pakistan but there are still question about the manner of extracting these mines and investing in mining industry. Continuing insecurity in Afghanistan, lack of good governance, lack of capacity and illegal extraction of minerals are considered obstacles to extraction at

Afghanistan's mines.</! p>

[Video shows Afghan ministerial spokesmen and university teacher
speaking; archive footage of minerals and vehicles.]

Source: Tolo TV, Kabul, in Dari 1330 gmt 15 Jun 10

BBC Mon SA1 SAsPol ceb/sj

# Afghanistan: The Significance of Mineral Wealth

Released on 2013-03-12 00:00 GMT

| | |
|---|---|
| **Email-ID** | 1324144 |
| **Date** | 2010-06-15 00:16:22 |
| **From** | noreply@stratfor.com |
| **To** | allstratfor@stratfor.com |

Afghanistan: The Significance of Mineral Wealth


**Afghanistan: The Significance of Mineral Wealth**

June 14, 2010 | 2110 GMT
Afghanistan: The Significance of Mineral Wealth
U.S. Geological Survey
Workers taking part in a 2006 U.S. Geological Survey mission in
Afghanistan
Summary

In a June 13 story, The New York Times revived interest in Afghanistan's
potential mineral wealth, which has long been suspected. The country's
mountainous terrain indicates the likelihood of such deposits, and in
2007 the U.S. Geological Survey published a study reporting much of what
is being said in the media today. But the challenges of extracting the
minerals and bringing them to market in an economical and competitive
way remain extraordinarily daunting.

Analysis

The potential for mineral extraction in Afghanistan has generated
immense press in the last few days, following a June 13 New York Times
story on an estimated $1 trillion in mineral deposits believed to exist

in the country and a June 12 statement by U.S. Central Command chief Gen. David Petraeus characterizing Afghanistan (with caveats, of course) as having "stunning potential" economically.

Yet much of what is being discussed dates back to two studies done in 2006-07 by the U.S. Geological Survey in conjunction with the U.S. Agency for International Development and Afghan geologists. The results of these studies were published in 2007 by the U.S. government, and their findings have now reportedly been verified by a small, Pentagon-led team, which will release its report at a conference in Kabul scheduled for July 20, according to a spokesperson for the French Foreign Ministry. There also is increasing talk of lithium deposits in particular, one of the reasons behind the current coverage. Statements regarding Afghanistan's potential mineral wealth have been made in the recent past, with Afghan President Hamid Karzai using the $1 trillion figure at least as early as February of this year and Petraeus using it when discussing the matter in December 2009.

Afghanistan: The Significance of Mineral Wealth
U.S. Geological Survey
A map from the 2006 U.S. Geological Survey mission in Afghanistan, including GPS and magnetic base station locations
(click here to enlarge image)

The China Metallurgical Group has already committed $3 billion up front and $400 million thereafter to secure the rights to the Aynak copper mining district in Logar province. Verification drillings were done last year, and a temporary camp is now being prepared, though a massive railway, power plant and smelting facility remain to be built. The Hajigak iron-ore deposit also was examined in an area about 100 kilometers west of Kabul, in Bamyan province, but the Chinese pulled out of the bidding, which was later canceled following a corruption scandal involving the Chinese company and the Afghan Ministry of Mines during the Aynak bidding process. The Chinese experience shows that what little progress is being made in terms of foreign investment in Afghan mining projects is already slowed by problems relating to poor infrastructure, awkward logistics, security threats, and corrupt or opaque negotiations.

The potential presence of large mineral deposits in Afghanistan has never been in doubt - the country's mountainous terrain indicates the likelihood of such deposits. The challenge is extracting the minerals

and bringing them to market in an economical and competitive way, and this challenge remains extraordinarily daunting. Afghanistan is an underdeveloped country with extremely poor infrastructure, including no rail connection to the outside world (though one is under construction to Masar-i-Sharif in the north). Though the nature of a mineral deposit and the economics of its exploitation can vary considerably - even within a single country - pulling ore out of the ground and moving it a great distance is a logistically intensive proposition, even with relatively developed road and rail networks.

Technically, developing sufficient infrastructure in Afghanistan is possible, but the cost of doing so is almost certain to drive the costs of mineral investment, extraction and transportation far above what can be recouped on the global market.

STRATFOR has been focusing and continues to focus on how these reports came about just in the past week. There is clearly a media blitz now under way, and it is important to understand why. Over the next few years there will be little meaningful impact on the ground in Afghanistan in terms of investing in and developing the country's minerals. The key question at this point is how Washington will play this mineral-wealth story to serve its interests in the region, especially as the United States struggles to break a stalemate in southwestern Afghanistan and force the Taliban to the negotiating table. But local mistrust of U.S. intentions may counter any potential benefit of playing up Afghanistan's economic potential.

From: Stratfor <noreply@stratfor.com>
To: robert.reinfrank@stratfor.com <robert.reinfrank@stratfor.com>
Stratfor logo
**Global Economy: The Geopolitics of Car Batteries**
August 17, 2009 | 1157 GMT
A cutting model of a Toyota Prius hybrid vehicle's battery module on June 5
TOSHIFUMI KITAMURA/AFP/Getty Images
A cutting model of a Toyota Prius hybrid vehicle's battery module on June 5
Summary
As hybrid vehicles become more popular, vehicle manufacturers will seek more sources of lithium to produce car batteries. Lithium is the most efficient raw material for battery production, but there are only a few lithium deposits in the world - mostly in South America. As demand for the mineral grows, those countries with large lithium deposits, such as Chile, will play a larger role in the global economy.

Analysis

As global concerns about energy security and carbon emissions skyrocket,
hybrid vehicles, which combine electric and gasoline power sources, are
capturing greater market share and global attention. Incorporating a
source of electricity into a car requires a battery - something for
which several different raw materials can be used. Lithium is the most
efficient raw material used in batteries, but the number of lithium
deposits in the world is limited; most are found in South America. As
the market for lithium grows, countries with large lithium deposits will
become more important to the global economy. Countries with the
technology to process lithium and manufacture batteries will also become
more significant.

chart - lithium reserves

The current standard material for high-powered rechargeable batteries
for hybrid vehicles is nickel metal hydride (NiMH). Australia has the
world's largest proven reserves of nickel, but Russia, Canada andIndonesia are the largest producers.
With such wide distribution of
easily accessed nickel deposits, an interruption in the supply or
manufacturing of NiMH for batteries is relatively unlikely. NiMH
batteries are quite expensive, but presently they are more
cost-effective than the lithium-ion batteries being developed to replace
them. For now, NiMH batteries will remain the standard (even the new
2010 Toyota Prius relies on NiMH batteries).

However, lithium-ion batteries will become the standard in the near
future. Underpinning this shift is the simple fact that NiMH batteries
are heavy and their energy per unit of mass is approximately half that
of a lithium-ion battery. Though lithium batteries are effective, the
industry has yet to develop a way to mass-produce them at the scale the
automobile industry requires. As soon as the manufacturing technology
becomes available, every car company in the world will be able to use
lithium batteries. Carmakers are ready to shift to the lighter lithium
batteries because they would boost vehicle performance.

The Making of a Lithium Battery

Lithium can be obtained in small quantities in the form of lithium
chloride (LiCl) from just about anywhere in the world, but concentrated
deposits - called salares - are found only in a few places. Salares
result when pools of salt water, which contain LiCl, accumulate in
basins that lack drainage outlets, allowing the water to gradually
evaporate and leave dense layers of salt behind. Underneath the dried
salt layer is a layer of brine - groundwater with a high concentration
of LiCl in solution. It is this brine that is highly prized as a source
of lithium.

For a lithium deposit to be commercially viable, it must have a large
amount of lithium that is not contaminated with too much magnesium, and
it must be in a location where natural evaporation will concentrate the
watery solution where LiCl is normally found. Factors that contribute to
increased evaporation include low air pressure found at high altitudes,
low precipitation, frequent winds, high temperatures and exposure to
solar radiation. Thus, commercial lithium deposits are found along

volcanic belts in the earth's desert regions.
The process of harvesting LiCl exploits the same natural process that
initially created the salt flat - evaporation. Brine is pumped from
beneath the crust into shallow pools on the surface of the salt flat,
where it is left to bake in the sun for about a year. During this
period, the LiCl becomes more concentrated as the brine is reduced by
solar radiation, heat and wind.
To be used in a lithium battery, however, the LiCl must first react with
soda ash to precipitate lithium carbonate (Li2CO3), which can then be
processed into metallic lithium for use in making a battery's cathode.This usually takes place at off-site chemical processing plants, making
it necessary to transport the lithium by tanker - something that becomes
economically viable only after the lithium solution is sufficiently
concentrated. Thus, the rate at which the water evaporates is quite
important for economical harvesting of lithium, and it also influences
the size (and therefore the environmental footprint) of the solar ponds
required to achieve economic concentrations.
After the lithium is extracted, it must be processed for use in
batteries, and only a few producers have the required capital and
capacity to manufacture lithium batteries. Currently, most companies
that can supply lithium-ion batteries for vehicles are joint ventures
between auto manufacturers and technology firms. Of these, seven are
based in Japan, two are in the United States, two are in Korea and one
is in China. These few producers rely on even fewer suppliers for the
components - primarily the anodes, cathodes, separator and electrolytic
salt - of lithium-ion batteries. The most specialized step in the
process is the production of the electrolytic salt used in lithium-ion
batteries. That salt (lithium hexafluorophosphate) is produced only in
Japan at two complexes, one in Okayama prefecture and the other in Osaka
prefecture.
Lithium's Geopolitical Power
An estimated 70 percent of the world's LiCl deposits are found in South
America. Chile is the world's largest producer of LiCl - not only
because Chile already has highly developed mining, transport and
processing infrastructure, but because its climate and geography are
favorable for the evaporation that is central to producing lithium.
The Salar de Atacama is located in the Atacama Desert, which receives
almost no rainfall and has high winds, low humidity and relatively high
average temperatures. Together, these features make the Salar de Atacama
the second-driest place on earth, after Antarctica.
Argentina has the world's third-largest estimated lithium reserves.
Argentina's Salar de Hombre Muerto's average elevation is nearly twice
that of Salar de Atacama, but what it gains in altitude it sacrifices in
net evaporation. Though its evaporation rate is only about 72 percent of
Atacama's, Salar de Hombre Muerto is still commercially successful
because costs are low and are further offset by the sale of recoverable
byproducts like boric acid.
chart - lithium production
Bolivia produces no lithium, though it is sometimes called "the Saudi

Arabia of lithium" because its still-untapped salares are thought to
contain nearly 50 percent of the world's estimated lithium reserves,
most of which is found within the brines of the vaunted Salar de Uyuni.Attention to Bolivia's reserves
has increased strongly in recent years,
with South Korea, Japan and France showing particularly strong interest
(China is rumored to be interested as well). However, having a resource
does not mean it can be brought to market at a reasonable cost.
Uyuni's higher rainfall and cooler climate means that its evaporation
rate is not even half that of Atacama's. Achieving the necessary
concentrations is further complicated because the lithium in the Uyuni
brine is not very concentrated, and the deposits are spread across a
vast area. Uyuni also has a high ratio of magnesium to lithium within
the brine, which means the magnesium must be removed through an
expensive chemical process. This is something Chile has handled with
relative ease, but Uyuni's deposits have three times the magnesium
concentrations of Atacama's, making investment in Bolivia's deposits
much less economical.
chart - major lithium deposits
Bolivia also lacks established infrastructure, and any serious
investments in Uyuni would require extensive spending upfront on
infrastructure development. Combined with the highly unwelcoming
investment climate in Bolivia, there is no guarantee that the country
will be able to attract the massive investment necessary to develop its
reserves, despite the rise of global interest in lithium. It will be
difficult for the Bolivian government to achieve its goal of becoming a
center of lithium processing. This is not to say that Bolivia could
never be a major lithium producer, but in the short- to medium-term,
Chile will continue to dominate global lithium markets.
Growing Market Share, Growing Importance
Because of the high level of specialization currently required in the
lithium battery market and the limited number of sources for the
materials, the growth and stability of the market depends heavily on a
few manufacturers. In part, this is a result of the high levels of
capital investment needed to develop and supply the batteries at scale.
However, as car manufacturers begin to ramp up production of hybrid
vehicles, the demand for lithium batteries will increase. Higher
production will likely help reduce the cost of each individual battery,
and opportunities for prospective manufacturers will increase.
The shift toward lithium-ion batteries will not be immediate, but
lithium batteries will become more affordable as car manufacturers seek
to increase vehicle performance while reducing gasoline consumption.
This means that Japan's technology centers and Chile's lithium mines
will become increasingly important to the global economy
END OF VOLUME ONE


VOLUME TWO BEGINS WITH SUMMATION OVERVIEWS
CDF-HHJJ- Non Classified as of this date