ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
             Debtors.                                 :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**DECEMBER 1, 2016 AT 10:30 A.M. (PREVAILING EASTERN TIME)**

Date and Time:        December 1, 2016 at 10:30 A.M. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
                      United States Bankruptcy Court for the Southern District of New York
                      Alexander Hamilton Custom House
                      One Bowling Green, Courtroom No. 723
                      New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
                      www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                      agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                      information may be obtained by calling Prime Clerk toll free at 855-639-
                      3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59798449_4

**UNCONTESTED MATTERS**

1. Debtors' Second Omnibus Objection to Claims (Satisfied Claims) [Docket No. 395]

    **Response Deadline:** November 14, 2016

    **Responses Received:** None.

    **Related Documents:** None.

    **Status: This matter is going forward. The Debtors intend to submit a revised proposed order at the hearing to remove the scheduled claim of Scott Kidder (schedule no. 391091) from the list of satisfied claims on schedule 1 of the proposed order.  Mr. Kidder's claim was inadvertently added to the list in schedule 1.**

2. Notice of Hearing on Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Leases and Executory Contracts, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 455]

    **Response Deadline:** November 28, 2016

    **Responses Received:** None.

    **Related Documents:** None.

    **Status: This matter is going forward.**

3. Notice of Hearing on Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Superdry Wholesale, LLC, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 456]

    **Response Deadline:** November 28, 2016

    **Responses Received:** None.

    **Related Documents:** None.

    Status: This matter is going forward.

4. Notice of Hearing on Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease Skillshare, Inc., (II) Fixing Cure Amounts In Connection Thereto, and (III) Granting Related Relief [Docket No. 457]

      **Response Deadline:** November 28, 2016

      **Responses Received:** None.

      **Related Documents:** None.

      **Status: This matter is going forward**.

**ADJOURNED MATTERS**

1. First Interim Fee Application of Citrin Cooperman & Company, LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession for the Period from June 10, 2016 through September 30, 2016 [Docket No. 418]

    **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee is December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

    **Status: This matter has been adjourned to the December 15, 2016 hearing date.**

2. Cover Sheet for First Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through September 30, 2016 [Docket No. 419]

    **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee is December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for

-3-

        Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

        **Status**: **This matter has been adjourned to the December 15, 2016 hearing date.**

3. Cover Sheet for First Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through September 30, 2016 [Docket No. 420]

    **Response Deadline**: November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee is December 8, 2016.

    **Responses Received**: None.

    **Related Documents**:

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

    **Status**: **This matter has been adjourned to the December 15, 2016 hearing date.**

4. Cover Sheet for the First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period of June 10, 2016 through September 30, 2016 [Docket No. 421]

    **Response Deadline**: November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee is December 8, 2016.

    **Responses Received**: None.

    **Related Documents**:

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

    **Status**: **This matter has been adjourned to the December 15, 2016 hearing**

    date.

5. Summary Cover Sheet to the First Interim Fee Application of Ropes & Gray LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 10, 2016 through and Including September 30, 2016 [Docket No. 422]

    **Response Deadline:** November 22, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee is December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Summary Cover Sheet to the Amended First Interim Fee Application of Ropes & Gray LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 10, 2016 through and Including September 30, 2016 [Docket No. 430]

    b. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

    **Status: This matter has been adjourned to the December 15, 2016 hearing date.**

## CONTESTED MATTERS

1. Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 372]

    **Original Response Deadline:** November 14, 2016

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Hearing and Response Deadline on Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 398]

    **Status: The Debtors will seek to have this matter adjourned to the December 29, 2016 hearing and if the Court so approves will file a notice of adjournment in advance of the December 1 hearing.**

2. Notice of Objection of Debtor Gawker Media LLC to Proof of Claim No. 6 Filed by Mitchell Williams, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 And 7012 [Docket No. 391]

   **Response Deadline:** November 14, 2016

   **Responses Received:**

   a. Opposition to Objection of Debtor Gawker Media LLC to Proof of Claim No. 6 Filed by Mitchell Williams, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 And 7012 [Docket No. 459]

   **Related Documents:**

   a. Debtors' Reply in Support of Their Objection to the Williams Claim [Docket Number 391] and in Opposition to the Williams Response [Docket Number 459] [Docket No. 494]

   **Status: This matter is going forward.**

3. Debtors' First Omnibus Objection to Proofs of Claim Filed by Meanith Huon, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 392]

   **Response Deadline:** November 14, 2016

   **Responses Received:** None.

   **Related Documents:**

   a. Debtors' Statement in Further Support of Their Objection to the Huon Claims [Docket No. 498]

   b. Declaration of D. Ross Martin in Support of the Objection of Debtor Gawker Media LLC to Proof of Claim Nos. 14, 15, 19, 20, 21, 22, 23, 24, 46, 47 Filed by Meanith Huon [Docket No. 499]

   **Status: This matter is going forward.**

4. Debtors' First Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 393]

   **Response Deadline:** November 14, 2016

   **Responses Received:**

   a. Opposition to Objection of Debtors First Omnibus Objection to Proofs of Claim File by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P.

        12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 458]

**Related Documents:**

a.    Debtors' Reply in Support of Objections to Proofs of Claim Filed by XP Vehicles Group and Reply to XP Vehicles' Response [Docket No. 496]

b.    Declaration of D. Ross Martin, Esq. Submitting Certain Documentation Received in Response to Debtors' First Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 497]

**Status: This matter is going forward.**

5.    Notice of Debtors' First Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 394]

**Response Deadline:** November 14, 2016

**Responses Received:**

a.    Objection of Certain Former and Current Writers, Employees and Independent Contactors to Debtors' First Omnibus Objection to Claims (No Liability Gawker Hungary Kft (f/k/a Kinja Kft) Indemnification Claims) [Docket No. 442]

**Related Documents:** None.

**Status: This matter is going forward.**

6.    Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 396]

**Response Deadline:** November 14, 2016

**Responses Received:**

a.    Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

b.    Debtors' response to be filed

**Related Documents:** None.

**Status: This matter is going forward.**

7.    Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 397]

**Response Deadline:**  November 14, 2016

**Responses Received:**

a.    Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

**Related Documents:**

a.    Debtor's Supplemental Pleading to be filed

**Status: This matter is going forward.**

8.    Notice of Debtors' Omnibus Objection to Proof of Claim No. 269 by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), and Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 399]

**Original Response Deadline:** November 14, 2016

**Responses Received:** None.

**Related Documents:** None.

**Status: The Debtors will seek to have this matter adjourned to the December 29, 2016 hearing and if the Court so approves file a notice of adjournment in advance of the December 1 hearing.**

9.    Notice of Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c) and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 444]

**Response Deadline:**  November 28, 2016

**Responses Received:**

a.    Mitchell Williams' Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c) and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 485]

b.    Opposition of Claimants Charles C. Johnson and Got News LLC to Debtors Motion Pursuant to Bankruptcy Code Sections 105, 502(c), and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 486]

c. Publicis Media Agencies' Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c), and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 489]

**Related Documents:** None.

**Status:** **This matter is going forward. In response to comments received by the Official Committee of Unsecured Creditors, the Debtors will not be proceeding on their request to estimate claims for distribution purposes, but instead only for confirmation and the appropriateness of the Gawker Media Claims Reserve.**

10. Notice of Motion of Mitchell Williams for an Order (I) Modifying the Automatic Stay, for "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim Against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief as may be Appropriate [Docket No. 460]

**Response Deadline:** November 28, 2016

**Responses Received:**

a. Debtors' Objection to Motion for Relief from the Automatic Stay by Mitchell Williams [Docket No. 492]

**Related Documents:** None.

**Status:** **This matter is going forward.**

Dated: November 29, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

c. Publicis Media Agencies' Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c), and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 489]

**Related Documents:** None.

**Status:** **This matter is going forward. In response to comments received by the Official Committee of Unsecured Creditors, the Debtors will not be proceeding on their request to estimate claims for distribution purposes, but instead only for confirmation and the appropriateness of the Gawker Media Claims Reserve.**

10. Notice of Motion of Mitchell Williams for an Order (I) Modifying the Automatic Stay, for "Cause", Pursuant to 11 U.S.C. § 362(d) to Permit an Appeal in State Court Litigation Involving a Personal Injury Defamation Claim Against Debtor; (II) Authorizing a Trial in State Court of Williams' Personal Injury Defamation Claim Against Debtor, Solely to Establish Liability and Amount of Williams' Claim; and (III) Granting Such Other and Further Relief as may be Appropriate [Docket No. 460]

**Response Deadline:** November 28, 2016

**Responses Received:**

a. Debtors' Objection to Motion for Relief from the Automatic Stay by Mitchell Williams [Docket No. 492]

**Related Documents:** None.

**Status:** **This matter is going forward.**

Dated: November 29, 2016
    New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*