**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | X | |
| In re | : | Chapter 11 |
| | : | |
| GAWKER MEDIA LLC, et al., | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors.(1) | : | Jointly Administered |
| | X | |

**Monthly Operating Report**
**For the Period of September 1, 2016 to September 30, 2016**

**DEBTORS' ADDRESS:**     c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10022

**DEBTORS' ATTORNEYS:** 1211 Avenue of the Americas
New York, NY  10036-8704
http://www.ropesgray.com
Phone: 212-596-9000
Fax: 212-596-9090
Gregg M. Galardi
Jonathan P. Gill
D. Ross Martin
Jonathan M. Agudelo

**REPORT PREPARER:**     Gawker Media LLC, et al.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          11 | 29 | 16
William D. Holden                                          Date
Chief Restructuring Officer

**Notes:**

(1) The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Gawker Media LLC (3231), Gawker Media Group, Inc. (0491) and Gawker Hungary Kft. (5056). The Debtors' corporate headquarters is located at 10 East 53rd Street, 33rd Floor, New York, NY 10022 (c/o Opportune LLP).

## NOTES TO THE MONTHLY OPERATING REPORT

### *General Notes and Basis of Presentation:*

This Monthly Operating Report ("MOR") includes activity for the following Debtors:

| Debtor | Case No. |
|---|---|
| Gawker Media LLC | 16-11700 |
| Gawker Hungary Kft. | 16-11718 |
| Gawker Media Group, Inc. | 16-11719 |

This MOR has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee.  The financial information contained herein is limited in scope and covers a limited time period.  Moreover, such information is preliminary and unaudited, and is not prepared in accordance with principles generally accepted in the United States ("GAAP").

The unaudited consolidated financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

This MOR reflects the Debtors consummation of the sale of substantially all of their assets to Unimoda, LLC on September 9, 2016.

### *Specific Notes Regarding the Balance Sheet (MOR-3):*

Liabilities subject to compromise exclude contingent, disputed and unliquidated amounts.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GAWKER MEDIA LLC, et al.,                               Case No.  16-11700 (SMB)
**Debtor**                                        **Reporting Period:**  9/1/16 - 9/30/16

Federal Tax I.D. #    20-3040492

**MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Balances | MOR-1 (CON'T) | Yes | No |
|    Copies of bank statements | | No [1] | No [2] |
|    Cash disbursements journals | | No [2] | No [2] |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|    Copies of IRS Form 6123 or payment receipt | | No [2] | No [2] |
|    Copies of tax returns filed during reporting period | | No [2] | No [2] |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|    Listing of Aged Accounts Payable | | No [2] | No [2] |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable & Adequate Assurance Payments | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

[1] Provided directly to the UST.

[2] Documents will be provided to the UST upon request.

GAWKER MEDIA LLC, et al.,                                                        Case No. 16-11700 (SMB)
**Debtor**                                                                    **Reporting Period:** 9/1/16 - 9/30/16

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Case No. | Case Name | Bank Cash Receipts [1] | Bank Cash Disbursements [2] [3] | Inter-Debtor Transfers |
|---|---|---|---|---|
| 16-11700 | Gawker Media LLC [4] | $         93,201,478 | $          9,754,196 | $                  - |
| 16-11700 | Gawker Media LLC [5] | 48,167,341 | 39,167,341 | $      (2,000,000) |
| | **Total Gawker Media LLC** | $       141,368,820 | $       48,921,538 | $      (2,000,000) |
| 16-11718 | Gawker Hungary Kft. [6] | 2,001,720 | 198,455 | 2,000,000 |
| 16-11719 | Gawker Media Group, Inc. | - | - | - |
| | **Total Debtors** | $       143,370,540 | $       49,119,993 | $                  - |

**Notes:**

[1] Represents all receipts excluding intracompany and intercompany funding activity by and among Debtors.

[2] Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and non-operating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

[3] Bank cash disbursements will be used to calculate the U.S. Trustee quarterly fee for each individual case.

[4] On September 9, 2016, the Debtors consummated the sale of substantially all of their assets to Unimoda, LLC. Pursuant to paragraphs 41 and 43 of the Sale Order [Docket No. 214], the net cash proceeds of the sale (the "Net Proceeds") were transferred to a separate segregated account held by Gawker Media LLC, without prejudice to any party in interest's right to contest the allocation of the Net Proceeds. This monthly operating report reflects the Sale Proceeds having been deposited in the segregated account held by Gawker Media LLC (Rabobank - Account Number 8566).

[5] Represents $9 million deposit received in Rabobank bank account Number 8566 in August and the portion of the sale proceeds paid directly to third parties in connection with the September 9, 2016 sale closing.

[6] Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0037.

GAWKER MEDIA LLC, et al.,                                         Case No. 16-11700 (SMB)
**Debtor**                                       **Reporting Period:** 9/1/16 - 9/30/16

## BANK BALANCES [1]

| Entity | Bank | Account No. [2] | Description | Ending Bank Balance |
|---|---|---|---|---|
| Gawker Media Group, Inc. | Silicon Valley Bank | 2079 | Operating | $       7,769 |
| Gawker Media LLC | Silicon Valley Bank | 2011 | Operating | 1,452,418 |
| Gawker Media LLC | Silicon Valley Bank | 7785 | LC/Collateral | - |
| Gawker Media LLC | Silicon Valley Bank | 0192 | Lockbox | - |
| Gawker Media LLC | Silicon Valley Bank | 9122 | Indemnity Reserve | 249,943 |
| Gawker Media LLC | Silicon Valley Bank | 9103 | Cash Management Reserve | 100,000 |
| Gawker Media LLC | Silicon Valley Bank | 9118 | Legal Fee Reserve | 9,009 |
| Gawker Media LLC | Silicon Valley Bank | 7954 | GMLLC Estate | 7,129,096 |
| Gawker Media LLC | Rabobank | 8566 | Operating | 97,871,918 |
| Gawker Hungary Kft. | Silicon Valley Bank | 2064 | Operating | 2,069,111 |
| Gawker Hungary Kft. [3] | K&H Bank Zrt. | 0002 | Operating | 101,369 |
| **Total Debtors Bank Cash** | | | | $    108,990,633 |

[1] As part of the Debtors monthly close process, all bank accounts have been reconciled to the applicable bank statements without exception. Copies of the bank reconciliations will be provided to the UST upon request.  The Debtors were authorized to use these accounts on a post-petition basis pursuant to the final order signed on July 13, 2016 (Docket No. 0092).

[2] Last four digits of the account number.

[3] Account held in Hungary denominated in Hungarian Forint ("HUF") As of the end of the reporting period, the account balance was HUF 27,397,016, which was converted to USD using an exchange rate 0.0037.

GAWKER MEDIA LLC, et al.,                                    Case No. 16-11700 (SMB)
**Debtor**                                          **Reporting Period:** 9/1/16 - 9/30/16

### CONSOLIDATED STATEMENT OF OPERATIONS

|  | September 1, 2016 to September 30, 2016 |
|---|---|
| **Revenue:** | |
| Operating revenue | $1,029,970 |
| | |
| **Cost of sales:** | |
| Campaign costs | 8,137 |
| Advertising serving cost | 5,444 |
| Hosting and IT services expense | 48,704 |
| Total cost of sales | $62,285 |
| | |
| **Gross Profit** | **$967,685** |
| | |
| **Expenses:** | |
| Payroll and benefits | 566,142 |
| Miscellaneous Office Expenses | 272,718 |
| Selling, general and administrative expenses | 1,519,574 |
| Rent expense | 153,973 |
| Software and research & development expenses | 3,635 |
| Depreciation Expense | 177,378 |
| Bad debt expense | 52,158 |
| Interest Expense | 647,385 |
| Total expenses | **3,392,962** |
| | |
| **Net Operating Income** | **($2,425,277)** |
| | |
| Reorganization items, net | 12,366,604 |
| | |
| **Other Income and Expenses:** | |
| Gain on sale of assets | 114,854,747 |
| Tax Expense | 29,990 |
| Other Expense | 90,873 |
| Net Other Income | 114,733,884 |
| | |
| **Net Income** | **$99,942,003** |

GAWKER MEDIA LLC, et al.,                                    **Case No.** 16-11700 (SMB)
**Debtor**                                          **Reporting Period:** 9/1/16 - 9/30/16

## CONSOLIDATED BALANCE SHEET

|                                          | September 30, 2016 |
|------------------------------------------|-------------------:|
| **Assets:**                              |                    |
| Cash                                     | $109,126,700       |
| Restricted cash                          | $1,027,665         |
| Accounts receivable, net                 | 106,554            |
| Prepaid expenses                         | 480,997            |
| Total current assets                     | $110,741,916       |
|                                          |                    |
| Fixed assets                             | $410,575           |
| Other Assets                             | 811,783            |
| Loan receivable                          | 202,603            |
| **Total assets**                         | **$112,166,877**   |
|                                          |                    |
| **Liabilities & Equity:**                |                    |
| Accounts payable                         | $9,907,289         |
| Accrued expenses                         | 8,557              |
| Total current liabilities                | $9,915,847         |
|                                          |                    |
| Liabilities subject to compromise        | $144,381,477       |
|                                          |                    |
| Deferred tax liability                   | 390,610            |
| Deferred rent liability                  | 186,958            |
| **Total liabilities**                    | $154,874,892       |
|                                          |                    |
| Preferred stock                          | $8,140             |
| Common stock                             | 904                |
| Paid in capital                          | 4,436,424          |
| Retained earnings                        | (47,153,483)       |
| **Total liabilities & equity**           | **$112,166,877**   |

| GAWKER MEDIA LLC, et al., | Case No. 16-11700 (SMB) |
|---|---|
| **Debtor** | **Reporting Period:** 9/1/16 - 9/30/16 |

### STATUS OF POST-PETITION TAXES [1] [2]

| | Beginning Tax Liability | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ 453 | $ (453) | *Various* | *Wire* | $ - |
| FICA-Employee | - | 61 | (61) | *Various* | *Wire* | - |
| FICA-Employer | - | 38 | (38) | *Various* | *Wire* | - |
| Unemployment | - | - | - | *N/A* | *N/A* | - |
| Income | - | 39,083 | (39,083) | *9/14/2016* | *EFT* | - |
| Other: | - | - | - | *N/A* | *N/A* | - |
| Total Federal Taxes | $ - | $ 39,635 | $ (39,635) | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 227 | $ (227) | *Various* | *Wire* | $ - |
| Sales | - | - | - | *N/A* | *N/A* | - |
| Excise | - | - | - | *N/A* | *N/A* | - |
| Unemployment | - | - | - | *N/A* | *N/A* | - |
| Real Property | - | - | - | *N/A* | *N/A* | - |
| Personal Property | - | - | - | *N/A* | *N/A* | - |
| Other: | - | - | - | *N/A* | *N/A* | - |
| Total State and Local | $ - | $ 227 | $ (227) | | | $ - |
| **Total Taxes** | $ - | $ 39,862 | $ (39,862) | | | $ - |

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | 9,907,289 | - | - | - | - | **$9,907,289** |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

All post-petition open trade payables relate to restructuring professionals invoices that were not transferred over to the buyer as part of the sale of substantially all of the Debtor's assets. These invoices are subject to the Interim Compensation Order and are paid timely as soon as allowed by the order.

[1] Copies of IRS Form 6123 and all state, local and federal tax forms and returns will be provided to the UST upon request.

[2] This schedule excludes any Gawker Hungary Kft. taxes related to Hungary employee wages, however it does include their state and local corporate income taxes.

GAWKER MEDIA LLC, et al.,                     **Case No.** <u>16-11700 (SMB)</u>
**Debtor**                                    **Reporting Period:** <u>9/1/16 - 9/30/16</u>

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at September 1, 2016 | $        12,367,045 |
|   Plus:  Amounts billed during the period | - |
|   Less:  Amounts collected during the period *(Book Cash Receipts)* | - |
|   Less:  Credit Memos / Write Offs / Adjustments | - |
|   Less:  Accounts Receivable sold to Univision | (12,260,491) |
| Total Accounts Receivable at September 30, 2016 | $        **106,554** |

| Accounts Receivable Aging (by transaction date) | Amount |
|---|---|
| 0 - 30 days old | $          106,554 |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| Total Accounts Receivable | $          **106,554** |
|   Less:  Bad Debts (Amount considered uncollectible) | - |
| Net Accounts Receivable | $          **106,554** |

GAWKER MEDIA LLC, et al.,                                          Case No. 16-11700 (SMB)
**Debtor**                                                        Reporting Period: 9/1/16 - 9/30/16

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS [1] | | | | |
|---|---|---|---|---|
| NAME [2] | Title | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Employees | N/A | Gross Salary | $ 2,800 | $ 257,549 |
| Board Members | N/A | Board Fees | 12,891 | 52,163 |
| | | | | |
| **TOTAL PAYMENTS TO INSIDERS** | | | $ 15,691 | $ 309,712 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Deloitte | 11/10/2016 | $ - | $ - | $ - | $ 451,337 |
| Houlihan Lokey | 7/14/2016 | - | 1,041,423 | 1,041,423 | 4,070,509 |
| Latham & Watkins | 7/8/2016 | - | - | 359,686 | - |
| Levine Sullivan | 9/23/2016 | - | - | - | 308,928 |
| Opportune LLP | 7/14/2016 | - | 294,848 | 294,848 | 1,311,152 |
| Prime Clerk | 7/14/2016 | - | 122,275 | 207,738 | 298,978 |
| Ropes & Gray LLP | 7/14/2016 | - | 1,421,450 | 1,421,450 | 2,610,040 |
| Shulte Roth & Zabel | 7/8/2016 | - | - | 245,282 | - |
| Simpson Thacher & Barlett | 8/16/2016 | - | 516,337 | 516,337 | 724,309 |
| Cahill Gordon & Reindel LLP | 8/11/2016 | - | 25,955 | 25,955 | 39,243 |
| Citrin Cooperman & Company | 9/16/2016 | - | - | - | 63,770 |
| Brannock & Humphries | 9/23/2016 | - | - | - | 19,925 |
| Thomas & Locicero PL | 9/23/2016 | - | - | - | 8,885 |
| Ordinary Course Professionals | Various | - | 11,181 | 22,812 | 8,770 |
| **TOTAL** | | $ - | $ 3,433,469 | $ 4,135,531 | $ 9,915,847 |

*INCLUDE ESTIMATES AS SOME INVOICES HAVE NOT BEEN RECEIVED*

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | DESCRIPTION | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION [3] |
|---|---|---|---|---|
| US VC Partners LP | Term Loan | N/A | 15,000,000 | - |
| US VC Partners LP | Interest | N/A | 1,500,096 | - |
| Cerberus Business Finance LLC | DIP Term Loan | N/A | 17,000,000 | - |
| Cerberus Business Finance LLC | DIP Revolver | N/A | - | - |
| Cerberus Business Finance LLC | DIP Undrawn Fee | N/A | 3,229 | - |
| Cerberus Business Finance LLC | Interest | N/A | 89,616 | - |
| **TOTAL PAYMENTS** | | $ - | $ 33,592,942 | $ - |

**Notes:**

[1]  For purposes of this report where information regarding "insiders" is disclosed, the Debtors have included information with respect to certain individuals who (i) served as officers and/or directors during the relevant time periods and/or (ii) are shareholders holding 5% or more of the equity of any Debtors. Furthermore, the information listed in respect of payments made to insiders does not include expenses paid to insiders using an American Express credit card. The Debtors directly pay the statements issued by American Express.

[2]  Names of the insiders are not disclosed and will be provided to the U.S. Trustee upon request. Insider payments made in HUF currency were converted at an exchange rate of 0.0037 to USD.

[3]  Amounts exclude accrued interest, where applicable.

GAWKER MEDIA LLC, et al.,                                      Case No. 16-11700 (SMB)
**Debtor**                                         Reporting Period: 9/1/16 - 9/30/16

### DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | ✓ | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | ✓ | |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | ✓ | |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6. Have any payments been made on pre-petition liabilities this reporting period? [1] | ✓ | |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | ✓ | |
| 8. Are any post petition payroll taxes past due? | | ✓ |
| 9. Are any post petition State or Federal income taxes past due? | | ✓ |
| 10. Are any post petition real estate taxes past due? | | ✓ |
| 11. Are any other post petition taxes past due? | | ✓ |
| 12. Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 13. Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 14. Are any wage payments past due? | | ✓ |
| 15. Have any post petition loans been received by the Debtor from any party? | ✓ | |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |

[1] All payments of pre-petition amounts are pursuant to court orders.