

**In re Gawker Media LLC (16-11700)- Terrill/Ayyadurai Adjournment and Objection Deadlines**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
11/30/2016 08:25 AM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Agudelo, Jonathan"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>

Dear Chambers,

On October 21, 2016, the Debtors filed the *Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 372]. Additionally, on October 31, 2016, the Debtors filed the *Objection of Debtor Gawker Media LLC to Proof of Claim No. 269 Filed by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 399].

A hearing is scheduled on both Objections for December 1, 2016 at 10:30 a.m., and the original response deadline was November 14, at 4:00 p.m.

As discussed earlier this week and approved by Chambers, the Debtors will be filing a notice to adjourn the hearing on the Objections to December 29, 2016, at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline for the Objections to December 22, 2016, at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated *response* deadline. Thank you.

Respectfully submitted,
W. Alex McGee

*Granted*
*SMB*
*11/30/16*

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.