Hearing Date and Time: December 13, 2016 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
                Debtors.                              :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON
DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
(DIRECTOR, OFFICER AND EMPLOYEE INDEMNIFICATION CLAIMS)**

**PLEASE TAKE NOTICE** that on October 31, 2016, the Debtors filed the Debtors' First Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 394] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Objection was set as November 14, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59865962_4

**PLEASE TAKE FURTHER NOTICE** that, on November 14, 2016, certain former and current writers, employees and independent contractors (the "Writers") filed a response to the Objection [Docket No. 442] (the "Writers' Response").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Objection was scheduled for December 1, 2016 at 10:30 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Hearing is hereby adjourned to **December 13, 2016 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the Objections to be heard at the Hearing.

Dated: November 30, 2016  
       New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*  
*and Debtors in Possession*