ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11
                                                        :
Gawker Media LLC, *et al.*,[1]                          :        Case No. 16-11700 (SMB)
                                                        :
                        Debtors.                        :        (Jointly Administered)
                                                        :
-------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR GAWKER MEDIA LLC'S OBJECTIONS TO PROOFS OF CLAIM FILED BY SHIVA AYYADURAI AND ASHLEY TERRILL

**PLEASE TAKE NOTICE** that on October 21, 2016, the Debtors filed the *Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(B)(6) and 12(C), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 372] (the "Ayyadurai Objection").

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2016, the Debtors filed the *Objection of Debtor Gawker Media to Proof of Claim No. 269 Filed by Ashley Terrill and*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Motion to Apply Fed. R. Civ. P. 12(B)(6) and 12(C), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 399] (the "Terrill Objection" and, together with the Ayyadurai Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Objections was set as November 14, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Objections was scheduled for December 1, 2016 at 10:30 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Response Deadline is hereby extended to **December 22, 2016 at 4:00 p.m. (prevailing Eastern Time**); and (ii) the Hearing is hereby adjourned to **December 29, 2016 at 10:00 a.m. (prevailing Eastern Time).**

*[Remainder of page intentionally left blank.]*

59865576_3

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the Objections to be heard at the Hearing.

Dated: November 30, 2016
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:    (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com
peter.walkingshaw@ropesgray.com

*Counsel to the Debtors*
*and Debtors in Possession*

59865576_3