Hearing Date and Time: December 1, 2016 at 10:30 a.m. (Eastern Time)
Response Deadline: November 28, 2016 at 4:00 p.m. (Eastern Time)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 16-11700 |
| | ) | |
| GAWKER MEDIA LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**NOTICE OF INTENTION TO WITHDRAW PUBLICIS MEDIA AGENCIES'
OBJECTION TO DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE
SECTIONS 105, 502(C) AND 1129 AND BANKRUPTCY RULES 3018 AND 3021 FOR
APPROVAL OF CLAIMS ESTIMATION AND PLAN RESERVATION PROCEDURES**

PLEASE TAKE NOTICE that Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (collectively, the "Publicis Media Agencies," or "Publicis") hereby submit without prejudice this *Notice of Intention to Withdraw* (the "Notice of Intent") Publicis's *Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c) and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reservation Procedures* (the "Objection") [Dkt. No. 489]. Publicis has reached a resolution of its Objection with the Debtors in principle, and intends to withdraw its Objection upon the Court's determination to enter an order containing the mutually acceptable language previously circulated to the parties. Publicis will separately file a notice withdrawing its Objection at such time as the form of the proposed order has been finalized.

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

AM 60458270.2    1

**DATED** November 30, 2016.

                        Respectfully submitted,

                        */s/ Casey B. Howard*

                        LOCKE LORD LLP
                        Casey B. Howard
                        Brookfield Place, 200 Vesey Street
                        20th Floor
                        New York, NY 10281
                        Telephone: 212-812-8342
                        choward@lockelord.com

                        *Counsel to Starcom Worldwide, Inc. and*
                        *its affiliated media agencies*

# CERTIFICATE OF SERVICE

I, Casey B. Howard, an attorney, certify that on November 30, 2016, I caused the foregoing to be served by electronic notice through the CM/ECF system of the United States Bankruptcy Court for the Southern District of New York on those parties entitled to electronic service, and by electronic mail to the parties identified below:

Gawker Media LLC
c/o Opportune LLP
Attn: William D. Holden, Chief Restructuring Officer
10 East 53rd Street, 33rd Floor
New York, NY 10022
wholden@opportune.com
*Debtor*

Gregg M. Galardi
Ropes & Gray LLP
1211Avenue of the Americas
New York, New York 10036
gregg.galardi@ropesgray.com
*Counsel for the Debtors*

Greg Zipes
Susan Arbeit
Office of the United States Trustee for the Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
*U.S. Trustee's Office*

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104
mimi.m.wong@irscounsel.treas.gov
*Internal Revenue Service*

United States Attorney's Office for the Southern District of New York
Attn: Bankruptcy Division
86 Chambers Street, 3rd Floor
New York, NY 10007
david.jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov

AM 60458270.2    3

Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
*United States Attorney's Office*

Adam C. Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
adam.harris@srz.com
*Counsel to Cerberus Business Finance, LLC, as DIP Lender*

David Heller
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
david.heller@lw.com
– and –
Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
keith.simon@lw.com
*Counsel to US VC Partners LP, as Prepetition Second Lien Lender*

Sandy Qusba
William T. Russell
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017
squsba@stblaw.com
wrussell@stblaw.com
*Counsel for the Official Committee of Unsecured Creditors*

                                    */s/ Casey B. Howard*
                                    Casey B. Howard