ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
               Debtors.                               :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 365(a), FED. R.**
**BANKR. P. 6006, AND LBR 6006-1 (I) AUTHORIZING ASSUMPTION OF**
**CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY**
**SUBLEASE WITH SKILLSHARE, INC., (II) FIXING CURE AMOUNTS**
**IN CONNECTION THERETO, AND (III) GRANTING RELATED RELIEF**

1.      On November 16, 2016, the Debtors filed and served the *Debtors' Motion for*

*Entry of an Order Pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 (I)*

*Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with*

*Skillshare, Inc., (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59879075_1

*Relief* (the "Motion") [Docket No. 457], and attached as Exhibit A thereto, a proposed order granting the Motion (the "Proposed Order").

2.  On November 16, 2016, the Debtors filed the *Notice of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Skillshare, Inc., (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief* (the "Notice") [Docket No. 457].

3.  Pursuant to the Notice, responses to the Motion were due no later than November 28, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

4.  On November 16, 2016, the Debtors served the Notice, Motion and Proposed Order as set forth in the *Affidavit of Service* [Docket No. 479].

5.  The undersigned further certifies that the Debtors have not received any answer, objection or other responsive pleading with respect to the Motion and that no such answer, objection or other responsive pleading has appeared on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

*[remainder of this page intentionally left blank]*

59879075_1

6. There having been no answer, objection, or other responsive pleadings filed by the Objection Deadline, the Debtors will submit to the Court for entry a proposed order approving the Motion substantially in the form that was attached to the Motion without a hearing.

Dated: November 30, 2016
New York, New York

/s/ Gregg M. Galardi
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

59879075_1