UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
In re                                           :      Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :      Case No. 16-11700 (SMB)
                                                :
             Debtors.                           :      (Jointly Administered)
                                                :
-------------------------------------------------------x

**ORDER APPROVING DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 365(a), FED. R. BANKR. P. 6006, AND LBR 6006-1 (I)
AUTHORIZING ASSUMPTION OF CERTAIN UNEXPIRED NONRESIDENTIAL
REAL PROPERTY LEASES AND EXECUTORY CONTRACTS, (II) FIXING CURE
AMOUNTS IN CONNECTION THERETO, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors"), for an order, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for entry of an order (i) authorizing assumption of the unexpired nonresidential real property leases and executory contracts identified on Exhibit 1 hereto (the "Assumption Schedule"), (ii) fixing cure amounts in connection thereto, and (iii) granting related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted as provided herein.

2.  The Contracts set forth on the Assumption Schedule annexed hereto are assumed as of the date hereof.

3.  The Cure Amount in connection with the assumption of each Contract is $0. The Debtors shall not be required to make further payment in connection with any default under any Contract listed on the Assumption Schedule.

4.  The Debtors have provided adequate assurance of future performance of the Contracts, and no further showing of adequate assurance is necessary.

5.  Nothing in this order constitutes a waiver of any claims the Debtors may have against the Landlord, whether or not such claims are related to the Contracts.

6.  Notice of the Motion satisfies Bankruptcy Rule 6006 and Local Rule 6006-1.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

-3-

8. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: New York, New York
      December 1st, 2016

                        /s/ STUART M. BERNSTEIN
                        HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE

59881860_1

# **Exhibit 1**

Assumption Schedule

59881860_1

**ASSUMPTION SCHEDULE**

| Row | Contract Counterparty to the Contract/Lease to be assumed | Debtor Counterparty to the Contract to be assumed | Description of Contract or Lease and Nature of Debtor's Interest | Nature of Debtor Interest | Effective Assumption and Assignment Date | Cure Amount |
|---|---|---|---|---|---|---|
| 1 | 204-210 Elizabeth Street LLC | Gawker Media LLC | Agreement of Lease (including Rider) made as of December 1, 2013 (as may have been amended, modified, or supplemented from time to time and in effect as of the date hereof) relating to 208-210 Elizabeth Street, New York, New York 10012, 2nd Floor | Lessee | Date that Proposed Order is entered | $0.00 |
| 2 | 204-210 Elizabeth Street LLC | Gawker Media LLC | Agreement of Lease (including Rider) made as of October 3, 2012 (as may have been amended, modified, or supplemented from time to time and in effect as of the date hereof) relating to 208-210 Elizabeth Street, New York, New York 10012, 3rd Floor | Lessee | Date that Proposed Order is entered | $0.00 |
| 3 | 204-210 Elizabeth Street LLC | Gawker Media LLC | Agreement of Lease (including Rider) made as of October 3, 2012 (as may have been amended, modified, or supplemented from time to time and in effect as of the date hereof) relating to 208-210 Elizabeth Street, New York, New York 10012, 4th Floor and Roof Deck | Lessee | Date that Proposed Order is entered | $0.00 |
| 4 | 204-210 Elizabeth Street LLC | Gawker Media LLC | Consent to Sublease made as of August, 2015 (as may have been amended, modified, or supplemented from time to time and in effect as of the date hereof), relating to 208-210 Elizabeth Street, New York, New York 10012, 2nd Floor | Counter-party | Date that Proposed Order is entered | $0.00 |
| 5 | 204-210 Elizabeth Street LLC | Gawker Media LLC | Consent to Sublease made as of August, 2015 (as may have been amended, modified, or supplemented from time to time and in effect as of the date hereof), relating to 208-210 Elizabeth Street, New York, New York 10012, 3rd Floor, 4th Floor and Roof Deck | Counter-party | Date that Proposed Order is entered | $0.00 |

59881860_1

2

59881860_1