

**16-11700 GAWKER LAWSUIT - Updates for Dec 1 Meeting- NY Bankruptcy Court**

**Chantel Barrett**   to: nysbml_caseadmin                                    12/01/2016 09:46 AM

History:                This message has been forwarded.

## Please docket the below email and it 's attachments .

From:        XP VEHICLES <legal@xpvehicles.com>
To:          bernstein.chambers@nysb.uscourts.gov
Date:        11/30/2016 06:47 PM
Subject:     GAWKER LAWSUIT - Updates for Dec 1 Meeting- NY Bankruptcy Court

XP staff are unable to attend the Dec. 1 Southern District NY Bankruptcy Court hearing because XP has received no reply from any participant in the matter about case coverage of travel expenses. This email shall serve as XP's participation in the Dec. 1, 2016 hearing -

Recent leaks and disclosures have now confirmed the following:

**1**. Gawker Media was controlled by White House staff, DNC bosses and White House Silicon Valley campaign financiers named in the supplied evidence and at http://communityone.info and in FBI files. Gawker Media was participatory in a designed and coordinated conspiracy to defraud the U.S. Treasury and American taxpayers. Gawker Media engaged in RICO violation organized crime. Gawker Media was not simply *"...a crappy tabloid run by millennial deviants..."* . Gawker Media is a tactical political weapon operated by famous public officials in a deviant manner.

**2**. Gawker Media was the *"hit-job* ", hatchet-man, retribution, vendetta service for the parties in the Cartel that Gawker operated as part of. Over 1000 experts including public officials, famous journalists and other credible voices have now publicly stated this in published media.

**3**. Gawker Media coordinated media attacks against targets with its partners at Twitter, Facebook, and, most particularly Google. It is ludicrous for any educated person to mock the revelation of a *"conspiracy"* when the news is rife with over 100 fully proven conspiracies that were uncovered in the last 3 years. Opposition counsel is using a Nixon-Era Halderman-like play-book trick of *"mocking Conspiracies to seek to damage credibility..."* This is the root of political corruption in Washington DC: Feigned Denial!

**4.** The recent Wikileaks documents and materials supplied by FBI, GAO, Congress and other knowledgeable experts prove, beyond any doubt that a mining commodities (lithium, uranium, indium, copper, rare earth metals, etc.)  conspiracy and an election process conspiracy using the rigging of web and news data was indeed in place. (A tiny sample of which is attached) Tesla and Google's car projects exploit the lithium mining scams.

**5**. XP staff report to the FBI on a regular basis. XP staff have cooperated with the FBI for a number of years. XP staff make personal deliveries, and 24/7 online provision, of accumulated

evidence data to the San Francisco (and DC) FBI office on the 13th Floor of the main McAllister Street office in San Francisco. XP staff have assisted in the federal investigations of this case.

**6**. Gawker Media was hired to author multiple attack articles and videos against XP and its staff. Gawker Media worked with Google to lock those attack productions on the top lines of all Google and YouTube products for over half a decade. XP worked with a 1000 server sting and metric analysis system to prove that Gawker and Google were rigging the internet and proved it. Gawker Media created fake blogger comments to further damage XP. Gawker Media sent the attack movies and articles to every employer, investor, supplier, public official and business associate of XP and XP staff and investors in order to damage XP and create financial catastrophes. Gawker was the operator of a scheme to punish XP for helping law enforcement and to stop XP's superior competing products from reaching the market and affecting Gawker's handlers and hit-job requesting clients.

**7**. XP has asked the incoming U.S. Attorney General, Mr. Jeff Sessions, to appoint a federal *"Special Prosecutor"* to over-see this case in light of the ongoing, and deeply documented cover-ups by the Obama Administration, publicly confirmed on record by the United States Congress. Over 2000 witnesses are prepared to testify.

**8**. XP was asked to participate in the Cartel efforts and refused the gestures because XP feels that "A CRIME IS A CRIME" and that the participants in the above mentioned RICO violations belong in federal prison. XP has a long-standing, multi-Administraton relationship with the White House as proven by White House letters and senior official videos and photographs. XP is strongly opposed to political corruption!

**9**. XP demands that every attack video, Gawker created fake comment and hatchet job article created by Gawker attacking XP, it's staff and investors be wiped from it servers and those server sections be defragmented with Bleachbit Defrag and 4X overwrite and never replicated. XP is aware that many Gawker hard drives have a hidden pre-start section that can hold data not visible to ordinary file readers. Those hidden sections are discussed in the website: ***Krebs on Security*** . Those hidden sections must be destroyed as well.

**10.** XP demands complete restitution for it's damages based on legal industry comparative metric values for the cost of the damages caused by Gawker to the business, brands, lives and futures of XP and it's staff and investors.

**11**. XP demands a printed public apology and retraction to be posted on all Gawker Media and Google assets.

(note: There are 40 files attached as links, if your 40 files did not come through, check http://communityone.info )

I've linked 1 file to this email:

An Investigation Of Solyndra And The Department Of Energy Disasters 1.5.pdf (16.0 MB)
Hightail https://www.hightail.com/download/cUJYTmZWUnJreEJEZU1UQw

[Mozilla Thunderbird](...) makes it easy to share large files over email.

 

Dear Gregg1.pdf  GAWKER BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK - AMENDED.pdf



AAFINAL-DOE-Loan-Guarantees-Report.pdf

THE AFGHAN SPY PAPERS ON AFGHANISTAN ELECTRIC CAR LITHIUM.pdf