COURT STATEMENT TO BE READ IN COURT AT DEC. 1, 2016 HEARING- GAWKER BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK – AMENDED

In re: Gawker Media LLC, et al.    Case No. 16-11700 (SMB)

Gawker Media was hired to sabotage the multi-billion dollar profit pool for a global vehicle manufacturer, an international award-winning energy company and others, who competed with Gawker's "handlers". Our team was awarded White House and Congressional commendations and funding to *"help create American jobs and energy independence"*, but that conflicted with the schemes and scams of Gawker and it's corrupt "handlers".

These "handlers" paid Gawker in cash, stock, search engine rigging, troll/botnet and meat puppet mills, intellectual property, internet routing, revolving door jobs, advertising accounts and other items of value. The unjust rewards asset values of the overall interests of items transferred to and from Gawker exceed $1 billion and those funds were transferred between states, making this an FBI and Congressional investigation jurisdiction matter.

The "handlers" were Gawker's clients who illicitly retained Gawker to produce multiple hit job videos and hatchet job articles in order to damage others. These same Gawker clients took the funds away from those who were attacked, including us, put those funds in their own bank accounts, and made billions of additional dollars from those scams by exploiting their competing efforts.

The many irrefutable evidence items of this occurrence include the fact that out of 22 million publications in the world, 1.) ONLY Gawker Media was the one to undertake these attacks, 2.) for these people, 3.) against these targets 4.) as retribution following specific federal testimony. Other proof is provided by the voluminous federal investigation documents ( ie: see http://xyzcase.xyz or http://communityone.info for a tiny example of the evidence materials) including the attackers and their sponsor's own financial records published in financial disclosures.

The fates of the perpetrators of these embezzlement and conduit-operations crimes also proves the validity of the charges. Steven Rattner was indicted for securities corruption. Raj Gupta was arrested for insider trading. Solyndra was raided by the FBI. Ray Lane was indicted for massive tax fraud. Steven Chu and Eric Holder were fired for corruption and malfeasance. Fisker was ordered into a Congressional investigation. The list goes on and on and on... Gawker and Google operated the media cover-ups for the entire operation. As of today, over a million credible news articles and the President Elect of the United States of America have publicly stated facts and evidence confirming the media news manipulation that Gawker and it's partner: Google have engaged in. The facts confirming conspired media attacks to cover up criminal corruption are now indisputable. International heads of state are now prepared to testify to the validity of these assertions in this case.

We have assembled a large number of law enforcement, forensic research, media and citizen reporter experts who have built case files on every criminal suspect in this case and we will not rest until restitution and justice are achieved. This matter will not be resolved until we receive our restitution! It will haunt those who do not resolve this, forever! It will track back to Univision, each Gawker employee, each Gawker investor, each Gawker "Client/Handler", and each Gawker banker. Resolve this with us now, to our satisfaction, or suffer the 100% legal consequences of the FBI-raided Solyndra-like downfalls. Gawker and it's partners tried to "kill" us, failed, and now must face the consequences for their attempted political and financial manipulations.

Using 100% legal means of law enforcement and transparency, we will continue to forensically hunt down those who maliciously, and in a coordinated manner, destroyed our lives, futures, brands and incomes because of the criminal corruption and vindictive vendettas they engaged in for profiteering, greed and the mercenary manipulation of public resources.

One of the key scams that Gawker was running retribution propaganda and hit-job efforts for was Silicon Valley's Elon Musk scam to take over a TRILLION DOLLAR AFGHAN LITHIUM MINING SCAM:

