

**16-11700 Fw: GAWKER LAWSUIT - Partial response to retort . "It's not a 'Conspiracy Theory' when you have PROOF!"**

Chantel Barrett    to: nysbml_caseadmin    12/01/2016 10:58 AM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov, "Galardi, Gregg" <gregg.galardi@ropesgray.com> |
| Date: | 12/01/2016 10:51 AM |
| Subject: | GAWKER LAWSUIT - Partial response to retort. "It's not a 'Conspiracy Theory' when you have PROOF!" |

Gregg-

You folks are throwing around the phrase "Conspiracy" as if it was a bad thing to say out-loud. A number of articles have just come out, globally, about why only fools now use the ploy of defaming Plaintiffs like us by trying to attach negative mnemonic triggers to those who reveal organized crime. The following article that came out today is of interest to all:


Caitlin Johnstone | Professional
Written 01 Dec 2016
**"How, After This Crazy Year, Is 'Conspiracy Theorist' Still Being Used As An Insult?**
#Conspiracy #ConspiracyTheory #WikiLeaks #Leak #Email



http://www.abc.net.au/radionational/image/4749198-3x2-340x227.jpg

**Since WikiLeaks has clearly revealed that our government is lying to us and the mainstream media is helping them, it's absurd for 'conspiracy theorist' to continue to exist as a dismissive pejorative.**
**Debate** 0

Login and Click Agree/Disagree first to Debate.

I still get called a crazy conspiracy theorist all the time for writing about things like how Hillary Clinton's no-fly zone in Syria would have probably required a war with Russia, or how Obama's cabinet was largely appointed for him by an executive from Citigroup before he was even elected. These ideas aren't based on wild conjecture or an over-active imagination; there's plenty of solid and reputable evidence behind them for anyone who cares to do their own research (or just click my damn hyperlinks and view my sources! How hard is it, people? I'm not making this stuff up! I did all the work for you! What do you want me to do, come over to your house and read it to you in different character voices while you drink hot chocolate with marshmallows? What am I, your mom? Not that I'm bitter or anything).

But lack of solid evidence isn't what elicits such accusations and dismissals; the reason such ideas get dismissed as conspiracy theory so often is not due to lack of evidence, but due to lack of coverage by mainstream media franchises. Which should not be the case, because WikiLeaks has confirmed beyond a shadow of a doubt that the mainstream media actively collaborates with politicians and campaigns to manipulate the public narrative. These people who have "both a public position and a private position" also have legions of members of the press in the upper echelons of news media actively colluding with their agendas. But then, that hasn't been covered

much by mainstream media either.

It wasn't that long ago that a conspiracy theory was generally considered to mean an unproven notion widely frowned upon because its adherents tended to have very flimsy standards for proof, and would grasp at any shred of evidence no matter how disreputable as long as it satisfied their confirmation bias. Nowadays, if the conversations I've been having lately are any indication, the term now essentially means "anything I haven't seen on CNN," or even "any new information that causes me to experience cognitive dissonance." It's become another meaningless, vacuous phrase mechanically bleated out by ignorant identity politics dogmatists to support the establishment agenda, much like "support our troops" when the establishment wants to kill people over crude oil, or "obstructionist congress" when the establishment wants people to ignore the way Obama continued and expanded all the worst aspects of the Bush administration, or "don't discuss politics or religion" when the establishment wants us all to turn into a bunch of vapid, drooling idiots.



If I've noticed this trend, a lot of my readers probably have, too. But even if the phrase "conspiracy theorist" hadn't been twisted into an arbitrary knee-jerk dismissive pejorative and retained its more traditional usage, it's still silly to see it employed at all.

I mean, think about it. What have we learned this year? The Obama campaign actively conspired with a Citigroup executive to determine which cabinet members would benefit the people responsible for the Wall Street crash and push the TPP through in great secrecy. The DNC actively conspired to thwart the campaign of one of their candidates in favor of the other in the contest they themselves were responsible for ensuring remains fair and even-handed. Hillary Clinton's campaign staff actively conspired to elevate Donald Trump above the other Republican

candidates in order to sink the campaigns of the moderates. Members of the mainstream media [actively conspired](#) with the Clinton campaign to elevate her above her competitors. A Clinton super PAC [actively conspired](#) to use paid shills to deceive people on internet discussion forums into thinking that Clinton had more grassroots support than she did. Democratic party elites [actively conspired](#) to use the media to create a liberal "echo chamber" and control public discourse. I could go on and on and on. These are actual conspiracies that people would have been (and were) mocked and dismissed as conspiracy theorists for suggesting before they were proven, and then they were proven. Every one of them.

Is it reasonable, then, to dismiss anyone who comes up with a plausible theory involving powerful individuals manipulating things in a shady manner? The leaked documents from WikiLeaks only gave us a tiny glimpse behind the curtain of an opaque government and an opaque electoral process, and what we saw there was horrifying. Democracy being actively sabotaged at every turn,  plutocrats being given the keys to the nation, and the American people being deliberately and systematically deceived.  What else is back there? Is it unreasonable to assume that there are many, many far more horrific things going on behind the veil of government secrecy? I don't think so. This doesn't mean we should accept any conspiracy theory as gospel truth; these ideas ought to be vigorously debated, and we should of course always bring critical thinking to the table. But in light of this year's revelations, critical thinking necessarily means being wide open to the possibility that things are not at all happening the way we're being told.



It's very naive to think that large institutions are immune to criminality, and that it's not possible for networks of people in power to use that power for ill. Are we really meant to ignore that

obvious reality whenever it appears to be manifesting in our own institutions? I'd say that would be pretty stupid.

Lately whenever someone accuses me of spreading a conspiracy theory I've been mentally replacing the word "conspiracy" with one of its synonyms, which makes them sound a lot sillier. You should try it. "God, spare me the collaboration theory" doesn't have that instant debunking quality that they're reaching for. It means the same thing, and there is definitely collaboration happening, but now it's got the baseless stigma removed.

You can use other words like a "collusion" theory. A "co-operation" theory. "Pfft," you hear them say. "That's just an organized crime theory."

Yeah. Yeah it is. Click my damn hyperlinks"


=============================



XP staff are unable to attend the Dec. 1 Southern District NY Bankruptcy Court hearing because XP has received no reply from any participant in the matter about case coverage of travel expenses. This email shall serve as XP's participation in the Dec. 1, 2016 hearing -

Recent leaks and disclosures have now confirmed the following:

**1**. Gawker Media was controlled by White House staff, DNC bosses and White House Silicon Valley campaign financiers named in the supplied evidence and at http://communityone.info and in FBI files. Gawker Media was participatory in a designed and coordinated conspiracy to defraud the U.S. Treasury and American taxpayers. Gawker Media engaged in RICO violation organized crime. Gawker Media was not simply *"...a crappy tabloid run by millennial deviants..."* . Gawker Media is a tactical political weapon operated by famous public officials in a deviant manner.

**2**. Gawker Media was the *"hit-job* ", hatchet-man, retribution, vendetta service for the parties in the Cartel that Gawker operated as part of. Over 1000 experts including public officials, famous journalists and other credible voices have now publicly stated this in published media.

**3**. Gawker Media coordinated media attacks against targets with its partners at Twitter, Facebook, and, most particularly Google. It is ludicrous for any educated person to mock the revelation of a *"conspiracy"* when the news is rife with over 100 fully proven conspiracies that were uncovered in the last 3 years. Opposition counsel is using a Nixon-Era Halderman-like play-book trick of *"mocking Conspiracies to seek to damage credibility..."* This is the root of political corruption in Washington DC: Feigned Denial!

**4.** The recent Wikileaks documents and materials supplied by FBI, GAO, Congress and other knowledgeable experts prove, beyond any doubt that a mining commodities (lithium, uranium,

indium, copper, rare earth metals, etc.)  conspiracy and an election process conspiracy using the rigging of web and news data was indeed in place. (A tiny sample of which is attached) Tesla and Google's car projects exploit the lithium mining scams.

**5**. XP staff report to the FBI on a regular basis. XP staff have cooperated with the FBI for a number of years. XP staff make personal deliveries, and 24/7 online provision, of accumulated evidence data to the San Francisco (and DC) FBI office on the 13th Floor of the main McAllister Street office in San Francisco. XP staff have assisted in the federal investigations of this case.

**6**. Gawker Media was hired to author multiple attack articles and videos against XP and its staff. Gawker Media worked with Google to lock those attack productions on the top lines of all Google and YouTube products for over half a decade. XP worked with a 1000 server sting and metric analysis system to prove that Gawker and Google were rigging the internet and proved it. Gawker Media created fake blogger comments to further damage XP. Gawker Media sent the attack movies and articles to every employer, investor, supplier, public official and business associate of XP and XP staff and investors in order to damage XP and create financial catastrophes. Gawker was the operator of a scheme to punish XP for helping law enforcement and to stop XP's superior competing products from reaching the market and affecting Gawker's handlers and hit-job requesting clients.

**7**. XP has asked the incoming U.S. Attorney General, Mr. Jeff Sessions, to appoint a federal ***"Special Prosecutor"***  to over-see this case in light of the ongoing, and deeply documented cover-ups by the Obama Administration, publicly confirmed on record by the United States Congress. Over 2000 witnesses are prepared to testify.

**8**. XP was asked to participate in the Cartel efforts and refused the gestures because XP feels that "A CRIME IS A CRIME" and that the participants in the above mentioned RICO violations belong in federal prison. XP has a long-standing, multi-Administraton relationship with the White House as proven by White House letters and senior official videos and photographs. XP is strongly opposed to political corruption!

**9**. XP demands that every attack video, Gawker created fake comment and hatchet job article created by Gawker attacking XP, it's staff and investors be wiped from it servers and those server sections be defragmented with Bleachbit Defrag and 4X overwrite and never replicated. XP is aware that many Gawker hard drives have a hidden pre-start section that can hold data not visible to ordinary file readers. Those hidden sections are discussed in the website: ***Krebs on Security*** . Those hidden sections must be destroyed as well.

**10.** XP demands complete restitution for it's damages based on legal industry comparative metric values for the cost of the damages caused by Gawker to the business, brands, lives and futures of XP and it's staff and investors.

**11**. XP demands a printed public apology and retraction to be posted on all Gawker Media and Google assets.

(note: There are 40 files attached as links, if your 40 files did not come through, check

http://communityone.info )

I've linked 1 file to this email:

An Investigation Of Solyndra And The Department Of Energy Disasters 1.5.pdf (16.0 MB) 
Hightail https://www.hightail.com/download/cUJYTmZWUnJreEJEZU1UQw
Mozilla Thunderbird makes it easy to share large files over email.

Dear Gregg1.pdf    GAWKER BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK - AMENDED.pdf

AAFINAL-DOE-Loan-Guarantees-Report.pdf

THE AFGHAN SPY PAPERS ON AFGHANISTAN ELECTRIC CAR LITHIUM.pdf