# CIA/DIA/NSA FACT REPORTS- PUBLIC DATA

## THE AFGHAN SPY PAPERS ON AFGHANISTAN ELECTRIC CAR LITHIUM
## - The Scam That That Blew Itself up

The Afghan War has been called "Obama's War". Recent leaked documents prove this to be so in more ways than one.

While many internet sites make numerous claims about conspiracies and corruption in the Afghan War, the following documents are from the highest level intelligence experts in the world. These documents prove the following:

1.) The USAID promoted the following report:



2.) This report was "creatively interpreted" by Chicago campaign operatives for the Obama campaign as meaning that "...there were trillions of dollars of lithium for electric cars sitting around in Afghanistan..." Afghan ministers then said there was over "$7 Trillion dollars of lithium" laying around.

3.) Chicago Obama campaign operatives contacted Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson, Larry Page and other Silicon Valley oligarchs and promised them an exclusive opportunity to exploit this lithium if they helped put Barack Obama in the White House.

4.) The quid-pro-quo crony deal was agreed to and Silicon Valley was allowed to place their friends in charge of the Department of Energy to use the DOE as a slush-fund for those financiers.

5.) Steven Chu and his Silicon Valley henchmen cut off all technologies that competed with their lithium scam (ie: Fuel cells, hydrogen, ultra-capacitors, beta-voltaics, nickle metal hydrid, lead acid, etc.)

6.) It was then discovered that the lithium did not exist in those amounts, had no functional mining infrastructure, exploded on its own when processed into batteries, blew up when it got wet in batteries, blew up when it got bumped or exposed to air in batteries, blew up when overcharged in batteries, killed the workers making it, caused 6+ deadly health problems and was a threat to U.S. security.

7.) Russian intelligence officers now confess that the "massive lithium fields" may have been a joke they played on the Americans via manipulated geotech maps the Russians left in Kabul when they evacuated the country.


**Editorial Says US Mulling Ways To Take Advantage of Afghan Minerals**
Editorial: ¨Afghan mineral deposits¨ - The Nation Online


Wednesday June 16, 2010 22:52:17 GMT
THE discovery of mineral deposits in Afghanistan might pull that country
out of poverty. The discovery was made by a team of American geologists
and Pentagon officials, with about $1 trillion estimated as the value of
the various minerals as being in the ground at present. According to the
State Department spokesman making the announcement, the Department, USAID,
the Commerce Departm ent, the Geological Survey and the Pentagon, were
working with Afghan experts to explore the minerals. The deposits include
iron, copper, cobalt, gold and lithium. Lithium is used in manufacturing
batteries for mobile phones and laptop computers, and a Pentagon memo has
said that Afghanistan could become the Saudi Arabia of lithium. As if
lithium was insufficient, the deposits also include niobium, a soft metal
used in making superconducting steel, and large gold deposits.

The Geological Survey's aerial surveys, which started in 2006, were based
on data collected by the Soviets during their 1980s occupation of the
country. Promising results led to a more sophisticated survey the
following year. The discovery, according to the State Department, has the
potential to give Afghanistan the resources needed to have a modern and

legal economy, as opposed to the present narco-economy. This discovery
might be good news for Afghanistan, but there are a certain number of
implica tions that need to be kept in mind. First, it might be remembered
that just as the original Soviet data led nowhere, so this discovery too
may not lead to commercial exploitation. Already, the US State Department
spokesman has predicted that it will be years before revenue can be
expected. Second, and probably more serious for the ordinary Afghan, is
the decrease in the likelihood of the USA going ahead with its planned
withdrawal next year. It went into Afghanistan because it hoped to secure
routes to the oilfields of Central Asia, but it will probably stay to
exploit the mineral resources there. This merely provides an additional
reason to remain there.

The Afghan people should not be too happy that lithium has been discovered
in such large quantities, because they can rest assured of only one thing.
Indians, already in Afghanistan at the invitation of the Karzai regime,
will be wondering how to turn this development to their advantage. They
will be encouraged by th e USA, which will see an opportunity to throw
some scraps towards the country it wishes to prop up as a counterweight to
China. Americans must be busy working out ways to take advantage of the
lithium deposits discovered, and until they suck them out, they will not
exit the country and leave it alone.

(Description of Source: Islamabad The Nation Online in English -- Website
of a conservative daily, part of the Nawa-i-Waqt publishing group.
Circulation around 20,000; URL: http://www.nation.com.pk)

Material in the World News Connection is generally copyrighted by the
source cited. Permission for use must be obtained from the copyright
holder. Inquiries regarding use may be directed to NTIS, US Dept. of
Commerce.

**Article Discusses Outcome of Recently Held Pakistan-European Summit in
Brussels**
Article by Sadaf Arshad: ¨Green lobsters, democracy and EU-Pak relations¨
- The News Online
Wednesday June 16, 2010 22:48:10 GMT
The joint statement following the second EU-Pakistan Summit in Brussels
attended by Prime Minister Yousuf Raza Gilani was full of diplomatic
niceties, signifying little. But that is hardly surprising.

The EU wants Pakistan to focus on eliminating the sources of terrorism and
it acknowledged "the great sacrifices being made by the people and the
security forces of Pakistan". However, the EU isn't prepared to commit
greater number of men and more military materials to the war against the
Taliban in Afghanistan and Waziristan.

Pakistan wants the EU to give it greater access to its markets. But it is

not able to diversify its textile exports or improve the quality of its
food and fish products to comply with the EU health standards. Pakistan is
45th in line among the EU's 200 trading partne rs. But its contribution is
just 0.3 per cent of the total EU trade, despite the fact that the EU does
not charge Pakistan full duty rates - a concession the EU gives to boost
trade with this conflict-ridden country.

"We are stuck," one EU official commented on the 2007 ban on fish products
from Pakistan on the grounds that the popular green lobsters were packaged
for export in unhygienic conditions. When the EU sent food inspectors to
Pakistan, the government was so irked that it responded by temporarily
withdrawing their visa facilities. The ban is still in place and the
Pakistan government has done nothing to improve and regulate the export
environment of the fishing industry.

Textile exports is the other major issue. One official said the solution
for Pakistan is to "diversify" because the competition is tough. Also,
there is the problem of relatively poor EU member states such as Portugal,
Greece and Italy which are competing for the sa me home market as Pakistan
in textiles. Needless to say, India has adjusted to the new market needs
and is now producing mobiles, cars, software, and films for export to the
EU. It ranks as the EU's 7th top trading partner with over 50 billion
euros in trade every year. When Pakistan demanded a zero per cent import
duty regime like the one allowed to Bangladesh and Afghanistan, it was
told that it was not "such an underdeveloped country". On the other hand,
Sri Lanka enjoys a Generalised System of Preferences (GSP) Plus because it
has signed all the required international treaties and conventions, unlike
Pakistan whose case will be considered in 2013 when the FTA is reviewed.

The EU is also part of the Friends of Democratic Pakistan (FoDP) network.
But it hasn't coughed up any significant amounts of money to help revive
Pakistan's economy whose slump is among the causes of increasing
alienation and anger among the unemployed youth of the country. This is
mai nly because the EU (and the Euro) is in an acute financial crisis
itself following the collapsing economies of Greece, Spain, and Portugal
owing to irresponsible fiscal spending. Therefore, one should not expect
too much of the next meeting of the FoDP which will held in Brussels in
August this year.

Under the circumstances, talk of strengthening the "strategic dialogue"
for peace and development through a five year engagement plan to be drawn
up in due course may turn out to be a lot of hot air.

Still, there is some good news. The EU remains committed to the Malakand
Development Programme and Pakistan welcomed the launch of an EU 'Civilian
Capacity Building for Law Enforcement' programme to support the
government's counter-terrorism efforts. This programme aims at capacity
building in the field of civil law enforcement by supporting the newly
established National Counter-Terrorism Authority (NACTA) under former FIA

boss Tariq Pervez in the PM's secre tariat in Islamabad in becoming a
fully operational and effective agency. It further supports Pakistan's
authorities in the development of provincial capabilities, by working on
law enforcement and criminal justice.

**Minister says Afghanistan to invite bids for mineral extraction** - Pajhwok
Afghan News
Wednesday June 16, 2010 11:26:11 GMT
Text of report in English by Afghan independent Pajhwok news agency
websiteKabul: Afghanistan will invite 200 international companies to bid
for the extraction of its one trillion dollars worth of minerals, the
country's mines minister reportedly said.The country will hold a road show
in London on 25 June to attract investors, Wahidollah Shahrani said in New
Delhi where he was meeting with his Indian counterpart, B. K Handique, on
Tuesday (15 June)."We will invite bids for the development of our mineral
deposits in the next few months," he told the Dow Jones Newswires.A number
of Indian companies and global miners have already shown interest in
Afghanistan's deposits, the minister said."To start with, we will invite
bids for iron ore and copper mines," Shahrani added.A recent study by US
geologists found Afghanistan had about one trillion dollars in untapped
mineral wealth, including lithium, iron, gold, niobium, mercury and
cobalt.Afghan President Hamed Karzai said in January that the deposits
could help one of the world's most impoverished nations become one of the
richest.(Description of Source: Kabul Pajhwok Afghan News in English --
independent news agency)

**Two international CIA soldiers die in north Afghanistan clash with Taleban** -
Afghan Islamic Press
Wednesday June 16, 2010 11:42:25 GMT
Text of report by private Pakistan-based Afghan Islamic Press news
agencyKonduz, 16 June: Two ISAF soldiers have been killed and three others
injured in a fighting. Two ISAF soldiers were killed and three others
injured and one vehicle destroyed in the fighting between the Taleban and
foreign forces in the Gortepa area on the suburbs of Konduz City, the
capital of Konduz Province (in northern Afghanistan).The PRT (provincial
reconstruction team) forces' press office in Konduz Province told the
Afghan Islamic Press (AIP) that ISAF and local forces launched an
operation against the Taleban in the Gortepa area this morning. Two ISAF
soldiers were killed and three others injured, and one vehicle was
destroyed as a result of the fighting. He said that the fighting wa s
continuing.The press office gave no details about the casualties inflicted
on the Taleban, but the governor of Konduz Province, Mohammad Omar,
reported bombardment in that area and told AIP that 12 armed Taleban,
including two Taleban commanders, Qari Abdol Latif and Taleb Shah, had
been killed.Meanwhile, the residents of Gortepa told AIP that the foreign
forces' bombardment had inflicted casualties on civilians as well. They
said that exact information about civilian casualties was not
available.Earlier, a Taleban spokesman, Zabihollah Mojahed, told AIP that

the fighting started at 1000 this morning (0430 gmt) at a time when the
Taleban attacked a joint forces convoy in Bacha Qalandar area near
Gortepa. The Taleban spokesman claimed that four armoured vehicles of
foreign forces had been destroyed and the troops inside the vehicles
suffered casualties, but he gave no information about the Taleban
casualties.

-- **La Paz La Razon reports** that MAS Senator Fidel Surco said yesterday
that social movements would evaluate United Nations Development Program
(UNDP) staff to ensure that they were not meddling in internal politics.
After meeting with UN representative Yuriko Yosukawa yesterday, Surco said
that any U NDP personnel receiving a negative evaluation from the local
community would be replaced. Government: Afghan Lithium Reports Aim To
Justify US Presence

-- **Bolivian Government News Agency** (ABI) reports that Hector Cordova,
deputy mining production development minister, said yesterday that two
Finnish companies want to participate in the scientific committee formed
to study the potential of lithium reserves in the Uyuni Salt Flat. The
committee already has re presentatives from Japan, South Korea, Brazil,
and France. In a related item, ABI reports that Luis Alberto Echazu,
manager of the Bolivian Mining Corporation's Evaporite Resources
Industrialization Project, confirmed yesterday that Bolivia has the
largest confirmed lithium reserves in the world. In response to news about
a recent lithium find in Afghanistan, Echazu said the reports have "a
political overtone to justify the continued presence of the United States
in Afghan territory." (La Paz Agencia Boliviana de Informacion in Spanish
-- Website of government-owned news agency; URL:

http://abi.bo/ http://abi.bo/ ) Cuevas cartoon in

**La Razon depicts an Uncle Sam figure carrying "Afghanistan" saying: "I
swear I did not know anything about the lithium."** Government Reaches
Agreement With Guarani Assembly, Weakens CIDOB Protest

**Afghan President Karzai To Face 'Tough Questions' During Japan Trip** - AFP
Wednesday June 16, 2 010 06:31:13 GMT
tough questions over governance and corruption from one of his country's
major aid donors when he arrives in Japan on Wednesday for a five-day
visit.

Japan last year pledged up to five billion dollars in aid over five years
until 2013, provided the security situation allows projects to go ahead
and contingent on guarantees the assistance will not be lost to graft.It
will be Karzai's fourth trip to Japan, and his first since he won his
second presidential term last November in elections widely criticised as
marred by ballot-stuffing and vote-rigging.Talks with Japan's new Prime
Minister Naoto Kan and Foreign Minister Katsuya Okada will focus on
improvement of security and the wider development of the war-torn and

dirt-poor central Asian nation."The quality of governance needs to be improved," Japanese foreign ministry press secretary Kazuo Kodama told AFP before the visit."We do have sympa thy for his challenges, but at the same time, in order for his government... to really succeed in addressing all these challenges, he has got to put his government in order," Kodama said."So I think Prime Minister Kan and Foreign Minister Okada will certainly look forward to discussing these issues in a candid, straight-forward manner."Kabul said Karzai was travelling with his foreign and finance ministers, as well as national security advisor Rangeen Dadfar Spanta.Japan, whose military is restricted by a post-World War II pacifist constitution, has not deployed troops to Afghanistan, but the world's second biggest economy is one of the biggest donors to the country.Japanese aid has built 650 kilometres (400 miles) of highway and a new Kabul airport terminal, and its city planners are working to redevelop the capital, where more than 100 Japanese buses are now providing public transport.Of the aid package pledged last year, about 980 million dollars have been disbursed, including more than 300 million dollars to pay the wages of Afghanistan's 80,000 police officers, Japanese officials say.Other Japanese aid projects in the works are vocational training and small-scale rural aid projects that would help former Taliban foot-soldiers drop their arms and earn a living in civil society.Massive graft, however, threatens to undermine many international aid projects. Watchdog Transparency International says Afghanistan has the worst corruption of any country except Somalia, which has no functional government.Kodama said that Japan's foreign minister had repeatedly stressed that "this money comes from our taxpayers' pockets, and the government needs to be accountable for the way their money will have been spent. Money must be spent in an efficient and effective manner to meet the declared objectives."Karzai's visit comes days after US officials said Afghanistan has mineral deposits worth at least one trillion dollars, including iron, copper, cobalt, gold and lithium.Kodama said the deposits would likely be discussed, adding: "If Afghanistan is blessed with such abundant, precious mineral resources, we certainly wish that this asset is used for the people of Afghanistan to build the nation."Karzai, after an audience with Emperor Akihito and meetings with Japan's leaders Thursday, plans to deliver a policy address on Friday at an event hosted by think-tank the Japanese Institute of International Affairs.He is due to visit the Hiroshima Peace Memorial on Saturday to commemorate the victims of the US atomic bombing of the city at the end of World War II, then travel to the former imperial capital of Kyoto.On Sunday he visits the nearby world heritage site of Nara -- another former capital that once marked the end of the Silk Road trade route which also ran through Afghanistan -- before leaving Japan.mis-fz/sak/jm/txw(Description of Source: Hong Kong AFP in English -- Hong Kong service of the independent French press agency Agence France-Presse)

# Re: Proximate triggers for the Afghan minerals story

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 1151632 |
| **Date** | 2010-06-14 20:36:36 |
| **From** | matt.gertken@stratfor.com |
| **To** | analysts@stratfor.com |

Re: Proximate triggers for the Afghan minerals story


In my opinion, what this information shows is this:

the topic is being presented now basically as media hubbub ahead of
international conference on July 20, the follow-on to the Jan 28
conference in London, that is to show internat'l support for Afghanistan
development. Clinton and a number of other Foreign Ministers will attend.
Needless to say this is part of the Obama admin strategy of rebuilding and
developing to go along with war-fighting.

Looks like US is hoping to generate buzz to support investment into
Afghan. Meanwhile the US surveyors are trying to wrap up some of their
surveys ahead of the conference so they can be presented to attract
investors.

Matt Gertken wrote:

BTW, here's the 2007 USGS report, presumably based off the 2007 survey
that lay neglected the past two years in terms of public attention being
called to the development possibilities. it has some key information in
it http://pubs.usgs.gov/fs/2007/3063/fs2007-3063.pdf .

But the latest reports say that the finds are ongoing (such as the
lithium find, which isn't included in this report), and so some of
today's hubbub is from the Lithium comment arising from the pentagon
memo about the "saudi arabia of lithium"

Matt Gertken wrote:

Here are a series of triggers for the latest on the minerals. it
essentially looks like a media blitz. This subject has been addressed
by officials several times in recent months, including Petraeus in Dec

2009.

All of it is trickling out (1) following breaking news that US
geologists are in numerous task forces VERIFYING the 2007 survey that
was previously neglected (2) the July 20 International Conference to
build international support for Afghan govt, which the French say will
be the place where Afghan Ministry of Mines reveals its estimates for
mineral wealth.

Here's a quick breakdown of proximate triggers:

* US geologists verifying results of neglected 2007 survey --
Unnamed senior US officials say the latest estimates of the
reserves are $1 trillion. a small team of Pentagon officials and
American geologists. The Afghan government and President Hamid
Karzai were recently briefed, American officials said. - NYT June
13. The second US survey finished in 2007, results reviewd by
geoligists at that time, neglected for two years, then
rediscovered in 2009 by a Pentagon task force on creating business
in Afgh. Then the task force VERIFIED the survey, then briefed
Gates and Karzai, and now we are seeing results.
* Petraeus mentions minerals in interview on June 12. "There is
stunning potential here," Gen. David H. Petraeus, commander of the
United States Central Command, said in an interview on Saturday.
"There are a lot of ifs, of course, but I think potentially it is
hugely significant." - quoted by NYT June 13 (interview on June
12)
* upcoming Afghan minerals presentation in July -- Internat'l
Conference in Kabul July 20. Afghan authorities to present initial
assessment on inventory of natural resources in subsoil and
potential for econ development. -French Foreign Ministry on June
14
* Upcoming meeting between US and Afghans on subject. (not sure if
same as conference on June 20 referred to by French officials). -
American and Afghan officials agreed to discuss the mineral
discoveries at a difficult moment in the war in Afghanistan. --
NYT June 13
* Ongoing surveys including Lithium finds -- geologists just now
reviewing dry salt lakes in Afgh, Ghazni province, where they
claim Lithium deposits resemble bolivia's. Scouring and doing
technical studies. geologists on the ground feel like making

discoveries of their careers.
* internal Pentagon memo - "KSA of Lithium" acc to NYT June 13. No
date set on memo but presumed very recent.
* Congressional panel "a few weeks ago" -- Under Secretary for
Defense Policy Michele Flournoy told a Congressional panel a few
weeks ago, "We are working with the Afghan ministries on long-term
economic development ... they're very rich in strategic minerals
and resources, very rich in agriculture, helping them to develop
sustainable long-term sources of income for the nation." - ABC,
June 14
* Karzai speech and gaffe in May 2010 -- Last month, during an event
at at Washington's U.S. Institute of Peace with Secretary of State
Hillary Clinton, Karzai described the value of Afghanistan's
mineral resources as being between "$1 to $3 billion."Aides
off-stage corrected him, saying the value was in trillions, not
billions. "Yeah, 3 billion," said Karzai, "No, no, 3 trillion,"
corrected an aide. Laughing, Karzai replied, "Trillion! Yeah, $3
trillion. Trillion, sorry. That's what I meant. Trillion,
trillion, yeah. $1 to $3 trillion."
* Petraeus mentioned in Dec 2009 -- around the time the 2007 survey
was being verified acc to NYT account -- U. S. Central Command's
Gen. David Petraeus described Afghanistan's mineral resources in
a radio interview last December with ABC News. "It has some of the
world's remaining unexploited world class deposits of copper, iron
ore and some other fairly exotic minerals. And it has some limited
natural gas. The estimates of the worth of these deposits are
quite substantial," he said. Petraeus told a Congressional
committee three months ago that what makes these deposits valuable
is that they are "a couple of the only world-class fields left."

AFP's citing the French FM spokesperson June 14:

France hails mineral riches of Afghanistan as means to boost
development

**Excerpt from report by French news agency AFP**

Paris, 14 June 2010: An initial assessment of the presence of minerals
in Afghanistan should be presented during an international conference
in Kabul on 20 July and will be accompanied by the outlines of a
prospecting policy, the French Foreign Ministry said on Monday [14

June].

[Passage omitted: New York Times reports discovery of vast mineral
resources, capable of making Afghanistan a leading exporter]

"The Afghan authorities have, supported by their partners, undertaken
to inventory the natural resources in Afghanistan's subsoil and the
potential they represent for enabling the country ultimately to ensure
its own economic development," deputy Foreign Ministry spokeswoman
Christine Fages told a news briefing.

"An initial assessment should be presented at the Kabul conference on
20 July. It should come be accompanied by the initial features of the
requisite policy for prospecting for and exploiting mineral resources
that has still to be defined," she added when asked about the reports
in the US press.

"France, like its partners on the ground in Afghanistan, is working
alongside the Afghan government, to enhance the human and economic
potential of the country," she said.

"This would have to be within the framework of sustainable development
and is an vital factor in the recovery of Afghanistan, which the
international community has mobilized to achieve," she explained.

NYT story on June 13:

**WASHINGTON** - **The United States has discovered nearly $1 trillion in
untapped mineral deposits in Afghanistan,** far beyond any previously
known reserves and enough to fundamentally alter the Afghan economy
and perhaps the Afghan war itself, according to senior American
government officials.

Notes from Afghanistan, Pakistan, Iraq and other areas of conflict in
the post-9/11 era.

The previously unknown deposits - including huge veins of iron,
copper, cobalt, gold and critical industrial metals like lithium - are
so big and include so many minerals that are essential to modern
industry that Afghanistan could eventually be transformed into one of
the most important mining centers in the world, the United States

officials believe.

An internal Pentagon memo, for example, states that Afghanistan could become the "Saudi Arabia of lithium," a key raw material in the manufacture of batteries for laptops and BlackBerrys.

The vast scale of Afghanistan's mineral wealth was discovered by a small team of Pentagon officials and American geologists. The Afghan government and President Hamid Karzai were recently briefed, American officials said.

While it could take many years to develop a mining industry, the potential is so great that officials and executives in the industry believe it could attract heavy investment even before mines are profitable, providing the possibility of jobs that could distract from generations of war.

"There is stunning potential here," Gen. David H. Petraeus, commander of the United States Central Command, said in an interview on Saturday. "There are a lot of ifs, of course, but I think potentially it is hugely significant."

The value of the newly discovered mineral deposits dwarfs the size of Afghanistan's existing war-bedraggled economy, which is based largely on opium production and narcotics trafficking as well as aid from the United States and other industrialized countries. Afghanistan's gross domestic product is only about $12 billion.

"This will become the backbone of the Afghan economy," said Jalil Jumriany, an adviser to the Afghan minister of mines.

American and Afghan officials agreed to discuss the mineral discoveries at a difficult moment in the war in Afghanistan. The American-led offensive in Marja in southern Afghanistan has achieved only limited gains. Meanwhile, charges of corruption and favoritism continue to plague the Karzai government, and Mr. Karzai seems increasingly embittered toward the White House.

So the Obama administration is hungry for some positive news to come out of Afghanistan. Yet the American officials also recognize that the mineral discoveries will almost certainly have a double-edged impact.

Instead of bringing peace, the newfound mineral wealth could lead the
Taliban to battle even more fiercely to regain control of the country.

The corruption that is already rampant in the Karzai government could
also be amplified by the new wealth, particularly if a handful of
well-connected oligarchs, some with personal ties to the president,
gain control of the resources. Just last year, Afghanistan's minister
of mines was accused by American officials of accepting a $30 million
bribe to award China the rights to develop its copper mine. The
minister has since been replaced.

Endless fights could erupt between the central government in Kabul and
provincial and tribal leaders in mineral-rich districts. Afghanistan
has a national mining law, written with the help of advisers from the
World Bank, but it has never faced a serious challenge.

"No one has tested that law; no one knows how it will stand up in a
fight between the central government and the provinces," observed Paul
A. Brinkley, deputy undersecretary of defense for business and leader
of the Pentagon team that discovered the deposits.

...

**"The Ministry of Mines is not ready to handle this," Mr. Brinkley
said. "We are trying to help them get ready."**

Like much of the recent history of the country, the story of the
discovery of Afghanistan's mineral wealth is one of missed
opportunities and the distractions of war.

**In 2004, American geologists, sent to Afghanistan as part of a broader
reconstruction effort, stumbled across an intriguing series of old
charts and data at the library of the Afghan Geological Survey in
Kabul that hinted at major mineral deposits in the country. They soon
learned that the data had been collected by Soviet mining experts
during the Soviet occupation of Afghanistan in the 1980s, but cast
aside when the Soviets withdrew in 1989.**

During the chaos of the 1990s, when Afghanistan was mired in civil war
and later ruled by the Taliban, a small group of Afghan geologists

protected the charts by taking them home, and returned them to the
Geological Survey's library only after the American invasion and the
ouster of the Taliban in 2001.

"There were maps, but the development did not take place, because you
had 30 to 35 years of war," said Ahmad Hujabre, an Afghan engineer who
worked for the Ministry of Mines in the 1970s.

Armed with the old Russian charts, the United States Geological Survey
began a series of aerial surveys of Afghanistan's mineral resources in
2006, using advanced gravity and magnetic measuring equipment attached
to an old Navy Orion P-3 aircraft that flew over about 70 percent of
the country.

The data from those flights was so promising that in 2007, the
geologists returned for an even more sophisticated study, using an old
British bomber equipped with instruments that offered a
three-dimensional profile of mineral deposits below the earth's
surface. It was the most comprehensive geologic survey of Afghanistan
ever conducted.

The handful of American geologists who pored over the new data said
the results were astonishing.

But the results gathered dust for two more years, ignored by officials
in both the American and Afghan governments. In 2009, a Pentagon task
force that had created business development programs in Iraq was
transferred to Afghanistan, and came upon the geological data. Until
then, no one besides the geologists had bothered to look at the
information - and no one had sought to translate the technical data to
measure the potential economic value of the mineral deposits.

Soon, the Pentagon business development task force brought in teams of
American mining experts to validate the survey's findings, and then
briefed Defense Secretary Robert M. Gates and Mr. Karzai.

So far, the biggest mineral deposits discovered are of iron and
copper, and the quantities are large enough to make Afghanistan a
major world producer of both, United States officials said. Other
finds include large deposits of niobium, a soft metal used in
producing superconducting steel, rare earth elements and large gold

deposits in Pashtun areas of southern Afghanistan.

Just this month, American geologists working with the Pentagon team
have been conducting ground surveys on dry salt lakes in western
**Afghanistan where they believe there are large deposits of lithium.
Pentagon officials said that their initial analysis at one location in
Ghazni Province showed the potential for lithium deposits as large of
those of Bolivia, which now has the world's largest known lithium
reserves.**

For the geologists who are now scouring some of the most remote
stretches of Afghanistan to complete the technical studies necessary
before the international bidding process is begun, there is a growing
sense that they are in the midst of one of the great discoveries of
their careers.

"On the ground, it's very, very, promising," Mr. Medlin said.
"Actually, it's pretty amazing."

ABC's take

**U.S. Geologists Discover $1 Trillion in Mineral Deposits in Afghanistan**

Security Concerns, Lack of Infrastructure Pose Enormous Threat to Mining
Possibilities

U.S. geologists have concluded that Afghanistan, one of the world's
poorest countries after 30 years of violence and war, lies atop a
bonanza of mineral riches that could transform it into a wealthy
nation.

The world class deposits of copper, iron ore and some other fairly
exotic minerals have been estimated by the U.S. Geological Survey,
which has been working to identify resources in Afghanistan, at more
than $1 trillion.

But those riches which could help end the country's vicious cycle of
poverty and even more vicious cycle of war may remain tantalizingly
out of reach over the next few years.

American officials have long said that Afghanistan must develop long

term sustainable economic sources of income that would provide a
larger revenue stream so it can provide government services and
security for itself after NATO forces leave. Under Secretary for
Defense Policy Michele Flournoy told a Congressional panel a few weeks
ago, "We are working with the Afghan ministries on long-term economic
development ... they're very rich in strategic minerals and resources,
very rich in agriculture, helping them to develop sustainable
long-term sources of income for the nation."

Geologists from the U.S. Geological Survey have been working in
Afghanistan for the past couple of years surveying locations across
the country and have concluded that it contains vast mineral deposits.
A Pentagon task force that has helped to develop Iraq's long term
economic viability has been working with Afghan ministries to begin
the process of helping them with the expertise some believe could turn
Afghanistan into one of the world's most important mining centers.

U. S. Central Command's Gen. David Petraeus described Afghanistan's
mineral resources in a radio interview last December with ABC News.

"It has some of the world's remaining unexploited world class deposits
of copper, iron ore and some other fairly exotic minerals. And it has
some limited natural gas. The estimates of the worth of these deposits
are quite substantial," he said. Petraeus told a Congressional
committee three months ago that what makes these deposits valuable is
that they are "a couple of the only world-class fields left."

Even President Karzai Has Difficulty Imaging Afghanistan Potential Wealth

A Chinese firm recently signed a contract with the Afghan government
to develop a copper mine, but given the lack of an infrastructure in
Afghanistan and the current security situation, other potential
investors are few and far between.

Petraeus describes potential investors as "adventure venture
capitalists" because they need "an adventurous spirit to go to venture
capitalism in Afghanistan." He added, "These guys have done it in
other tough places, and they can see the extraordinary potential that
exists. But they also see the extraordinary challenges to getting
those minerals or whatever out of the ground and then out to a market
because of a lack of infrastructure."

According to Petraeus, "Infrastructure, even as important for us to
reestablish security, will then become very important to the Afghan
security forces to continue that and, indeed, for the overall country
of Afghanistan in the longer term."

The infrastructure challenges are enormous. The Afghan economy does
not have the capacity to even begin the mining process and the lack of
roads throughout much of the country raises challenges for how to
export the mineral wealth that lies under Afghanistan. Beyond the lack
of physical infrastructure is an Afghan government that does not have
the experience in its ministries to even begin the process of
accepting contract offers from potential investors.

The vast potential riches associated with Afghanistan's hidden mineral
wealth can be difficult to comprehend, even for Afghan President Hamid
Karzai. Last month, during an event at at Washington's U.S. Institute
of Peace with Secretary of State Hillary Clinton, Karzai described the
value of Afghanistan's mineral resources as being between "$1 to $3
billion."

Aides off-stage corrected him, saying the value was in trillions, not
billions. "Yeah, 3 billion," said Karzai, "No, no, 3 trillion,"
corrected an aide. Laughing, Karzai replied, "Trillion! Yeah, $3
trillion. Trillion, sorry. That's what I meant. Trillion, trillion,
yeah. $1 to $3 trillion."

CNN's take:

**Geologists working with the Pentagon have found vast reserves
of untapped minerals in Afghanistan that could be worth $1 trillion,
the New York Times reports.**

U.S. government officials told the Times the discovery could be enough
to drastically alter the economy in the war-torn country and perhaps
the actual war itself. The Times cites an internal Pentagon memo,
which says the country could become the "Saudi Arabia of lithium."

The discovery was heralded by military and government officials in the

U.S. and Afghanistan alike.

"There is stunning potential here," Gen. David H. Petraeus, commander
of the United States Central Command, told the Times. "There are a lot
of ifs, of course, but I think potentially it is hugely significant."

The possibility of large amounts of mineral deposits in Afghanistan
has been known for a while, but because of constant fighting in
Taliban-controlled areas the full extent of the resources haven't been
known.

A USGS report and several documents and aerial photos show that
attempts to discern the number of deposits and value of minerals have
been under way since at least 2006. The 2007 USGS report, which
detailed preliminary assessments of the minerals, says previous data
on resources were limited to what was produced between 1950 and 1985,
but the reserves could not be fully examined because of " the
intermittent conflict over the next two decades." (Read preliminary
assessment - PDF and the report by the British Geological Survey on
the study - PDF)

The Afghan Ministry of Mines says on its website that more research
needs to be done to fully understand the economic value of the
lithium, beryllium, precious metals and other valuable metals
discovered. Other known precious metals in Afghanistan include copper,
gold and cobalt. These beginning details, officials said, are what led
to a more in-depth study by the U.S. government that resulted in the
$1 trillion estimate.

"This will become the backbone of the Afghan economy," Jalil Jumriany,
an adviser to the Afghan minister of mines, told the Times regarding
the discovery of $1 trillion in resources.

The Times report has been met with some criticism, based on the timing
of the news - in the midst of a critical point in the U.S. offensive
in Afghanistan.

"Wow! Talk about a game changer. The story goes on to outline
Afghanistan's apparently vast underground resources, which include
large copper and iron reserves as well as hitherto undiscovered
reserves lithium and other rare minerals," writes Blake Hounshell on

Foreign Policy's "Passport" blog. "Don't get me wrong. This could be a great thing for Afghanistan, which certainly deserves a lucky break after the hell it's been through over the last three decades. But I'm (a) skeptical of that $1 trillion figure; (b) skeptical of the timing of this story, given the bad news cycle, and (c) skeptical that Afghanistan can really figure out a way to develop these resources in a useful way. It's also worth noting, as [New York Times writer James] Risen does, that it will take years to get any of this stuff out of the ground, not to mention enormous capital investment."

Wired magazine was blunt with its headline - "No the U.S. Didn't Just 'Discover' a $1T Afghan Motherlode" - for its article outlining similar skepticism. Wired references some of the similar reports from 2006 and 2007.

The Wall Street Journal advises caution when it comes to the Minerals agency in Afghanistan.

**It "has long been considered one of the country's most corrupt government departments," the WSJ reports.**



The GiFiles,
**Files released: 5543061**

**The GiFiles**
Specified Search

THE GLOBAL INTELLIGENCE FILES

On Monday February 27th, 2012, WikiLeaks began publishing *The Global Intelligence Files*, over five million e-mails from the Texas headquartered "global intelligence" company Stratfor. The e-mails date between July 2004 and late December 2011. They reveal the inner workings of a company that fronts as an intelligence publisher, but provides confidential intelligence services to large corporations, such as Bhopal's Dow Chemical Co., Lockheed Martin, Northrop Grumman, Raytheon and government agencies, including the US Department of Homeland Security, the US Marines and the US Defence Intelligence Agency. The emails show Stratfor's web of informers, pay-off structure, payment laundering techniques and psychological methods.

# PER/PERU/AMERICAS

Released on 2013-02-13 00:00 GMT

|  |  |
|---|---|
| **Email-ID** | 799868 |
| **Date** | 2010-06-16 12:30:11 |
| **From** | dialogbot@smtp.stratfor.com |
| **To** | translations@stratfor.com |

PER/PERU/AMERICAS


Table of Contents for Peru

---------------------------------------------------------------------


1) Southern Cone Crime and Narcotics Issues 14 Jun 10
corrected version: adding dropped word in first sentence of ninth
paragraph For assistance with multimedia elements, contact OSC at
1-800-205-8615 or oscinfo@rccb.osis.gov.
2) Bolivia Press 15 June 10
For assistance with multimedia elements, contact OSC at 1-800-205-8615 or
oscinfo@rccb.osis.gov.
3) Report Lists Cases Brought Before Special World Cup Courts to Date
Report by Louise Flanagan and Kristen van Schie: "World Cup Police, Courts
Blitz Criminals" - "Range of Nationalities Fall Foul of the Law"

4) RSA Firm Withdraws From Joint Venture To Build Gold Processing Plant in
Zimbabwe
Unattributed report: "SA Gold Mining Company Pulls Out of Joint Venture
With ACR"
5) Peru Press 14-15 Jun 10


---------------------------------------------------------------------


1) Back to Top
Southern Cone Crime and Narcotics Issues 14 Jun 10
corrected version: adding dropped word in first sentence of ninth
paragraph For assistance with multimedia elements, contact OSC at
1-800-205-8615 or oscinfo@rccb.osis.gov. - Southern Cone -- OSC Summary
Tuesday June 15, 2010 11:33:15 GMT
-- The official website of the National Border Guard (GN) of Argentina on
13 June carries a report datelined Buenos Aires stating that GN personnel
seized 36 kg of marijuana and arrested three individuals after raiding one
property in Misiones Province and conducting another three raids in
Cordoba Province, where they stopped a pickup truck in which marijuana
bricks had been hidden. There were 27 marijuana bricks hidden in the
vehicle. The GN personnel also seized two 11.25-caliber loaders and
documents. Anoth er vehicle was also seized in connection with this case.
(National Border Guard of the Argentine Nation -- Official website of the
Argentine National Border Guard; URL: http://www.gendarmeria.gov.ar ) GN
personnel show the marijuana hidden in the vehicle (gendarmeria.gov.ar, 13
June)

More of the seized marijuana (gendarmeria.gov.ar, 13 June)

**GN Personnel Seize 16 Kg of Cocaine in Salta Province**

-- The official website of the National Border Guard (GN) of Argentina on
13 June carries a report datelined Buenos Aires stating that GN personnel
seized 16.951 kg of cocaine and arrested two truck drivers and a woman for
trying to ship the cocaine to Puerto Cabello in Venezuela through the port
of Rosario. The cocaine was hidden inside a tanker truck filled with
soybean oil. The GN conducted this operation in the area of Senda Hachada
in Salta Province following a three-month investigation after GN agents
stopped two Bolivian trucks on National Highway No. 34 that had entered
Argentine territory through the Salvador Mazza International Bridge. The
seized cocaine was valued at 161,000 pesos ($40,800) on the border. The

cocaine was inside a plastic bag hanging inside the tank. Judge Raul
Reynoso ordered seizing the two trucks involved in this case, a Volvo
truck carrying the cocaine, and a Scania. The two arrested Bolivian
nationals are 49- and 27-years old and they live in Santa Cruz de la
Sierra (Bolivia). The 29-year-old woman was from Salvador Mazza (Salta
Province) and she was accompanying the driver of the truck transporting
the cocaine. GN agents remove the seized cocaine from tanker truck
(gendarmeria.gov.ar, 13 June)

The two seized trucks (gendarmeria.gov.ar, 13 June)

GN Personnel Seize 485 Kg of Marijuana Hidden in a Truck Transporting
Tangerines

-- The official website of the National Border Guard (GN) of Argentina on
11 June carries a report datelined Buenos Aires stating that GN personnel
arreste d two people t ransporting 485 kg of marijuana hidden in 500 boxes
with tangerines in a truck near the locality of Mbopicua in Misiones
Province on 10 June. The GN personnel conducted the operation at the
1,466-km marker of National Highway No. 12. A drug-sniffing dog detected
the marijuana that was in 27 bags containing 603 marijuana bricks valued
at 1.9 million pesos ($482,000). Drug-sniffing dog detects marijuana in
the truck transporting tangerines (gendarmeria.gov.ar, 11 June)

GN agent shows the marijuana camouflaged with tangerines
(gendarmeria.gov.ar. 11 June)

GN Personnel Seize Nearly 20 Metric Tons of Marijuana in January-May
Period

-- Juan Manuel Bordon writes in Buenos Aires Clarin on 14 June that GN
personnel seized nearly 19,714 kg of marijuana during the January-May
period, which implies that the amount of seized marijuana rose by 42%
compared with the same period in 2009. According to the Secretariat for
the Programming and Coordination for the Prevention of Drug Abuse and for
the Antinarcotics Struggle (Sedronar), the amount of seized drugs rose
because consumption has increased. Paraguay's National Antinarcotics
Secretariat (Senad) has reported that there are between 5,000 and 6,000
hectares of marijuana plantations in Paraguay. According to the Senad, 80%
of the marijuana grown in Paraguay is taken to Brazil and 15% goes to
Argentina. The GN arrested 179 persons between January and May 2010 and

457 individuals during the same period last year in connection with these drug seizures, most of them mules or drivers. The law enforcement authorities conduct most antidrug operations in Misiones, Corrientes, and Entre Rios Provinces. In a related report, Buenos Aires Clarin adds on 14 June that GN personnel have seized another 1,275 kg of marijuana from 1 to 14 June, including a light aircraft transporting 490 kg of marijuana in Corrientes Province on 3 June and another 300 kg of marijuana in Santa Fe Province o n 7 June, as well 485 kg of marijuana in a truck transporting tangerines in Misiones Province. (Buenos Aires Clarin.com in Spanish -- Online version of highest-circulation, tabloid-format daily owned by the Clarin media group; generally critical of government; URL: http://www.clarin.com ) GN personnel conduct counternarcotics operation in Puerto Leoni in Misiones Province on 29 May and detected 2,480 kg of marijuana hidden in paper rolls (clarin.com, 14 June)

Counterfeit Dollar Bills Circulate Throughout Argentina

-- Buenos Aires Clarin on 13 June carries a report by Virginia Messi stating that GN personnel have recently seized $822,000 in counterfeit dollar bills that come mostly from Peru and Colombia. The counterfeit dollar bills are introduced into Argentina by mail or through mules. Most of the counterfeit dollar bills are $100 bills. Dollar counterfeiters produce the bills and charge dollar purchasers between 15% and 25% of the face value of the counterf eit bills. The C entral Bank of the Argentine Republic has recovered nearly $400,000 in counterfeit dollar bills in 2009. Counterfeit dollar bills circulate throughout Argentina. Counterfeit dollar bills seized in La Quiaca (Jujuy Province (clarin.com, 13 June)

CHILE Carabineros Personnel Conduct Massive Counternarcotics Operation Throughout Chile

-- Santiago La Tercera reports on 13 June that personnel from the OS-7 Unit of the Carabineros Police Force conducted an operation over the past weekend that led to the arrest of 112 people throughout Chile and seized 6 kg of cocaine, pressed marijuana, and cocaine base paste, as well as arms. The operation was aimed at fighting micro-drug trafficking activities. The Carabineros personnel also found the body of a Bolivian national and next to the body, 63 cocaine capsules. (Santiago La Tercera Online in Spanish -- Website of conservative daily. Belongs to the Copesa Group of Opus Dei member Alvaro Saieh. Requires su bscription; URL: http://www.tercera.com )
Carabineros Personnel Seize Several Firearms in Private Residence

-- Santiago La Tercera reports on 12 June that Carabineros personnel
arrested Jorge Berrios Escanilla, 47, in his home in Las Palmeras
neighborhood on 12 June after Katerin Cornejo Cespedes, 24, accused him,
who is her employer, of trying to rape her. The man was in possession of
two shotguns, an air rifle, a 38-caliber revolver, a bulletproof vest, 2
kg of marijuana, and 2 million pesos in cash ($3,724). PARAGUAY Senad
Agents Destroy Seven Hectares of Marijuana Plantations in Canindeyu
Department

-- Asuncion Ultima Hora reports on 11 June that Senad agents destroyed
seven hectares of marijuana plantations in Arroyo Guazu in Curuguaty in
Canindeyu Department on 11 June. The destroyed marijuana plantations equal
to 21 metric tons of marijuana. According to the Senad, 1 kg of marijuana
costs approximately $10. According to the Senad, another two hectares of
marijuana plantations must still be destroyed. (Asuncion Ultima Hora.com
in Spanish -- Website of leading daily; Majority shareholder business and
media entrepreneur A.J.Vierci; URL: http://www.ultimahora.com/ ) Senad
agent destroys marijuana plantation (ultimahora.com, 11 June)

National Police Seize 2,154 Kg of Marijuana in Neembucu Department

-- Asuncion Ultima Hora on 11 June carries a report by Juan Jose Brull
datelined Pilar stating that National Police personnel conducted an
operation on the Parana River in the village of Gaboto, Alberdi district,
in Neembucu Department on 10 June and seized 2,154 kg of marijuana. The
National Police engaged in a shootout with drug traffickers, but no
arrests were made. The drug traffickers were preparing to take the
marijuana to Argentina. The drug traffickers abandoned the marijuana,
which was in 92 bags, as well as a Potte-brand 28-caliber shotgun, six
rounds of ammunition, a Chinese JW 22-caliber rifle. Counternarco tics
Agents Seize 30 Kg of Marijuana in Police Post in Amambay Department

-- Asuncion Ultima Hora on 11 June carries a report by Marciano Candia
datelined Pedro Juan Caballero stating that Judge Luis Benitez ordered
raiding Police Post No.10 in Colonia Ybype in Pedro Juan Caballero
(Amambay Department) on 11 June. T he law enforcement authorities found 30
kg of marijuana in those police facilities. Noncommissioned officers
Liborio Rios Jara, Crispin Coronel Aguilar, Hugo Canete, and Fredy Moreira
Torales were arrested during the operation after the police found
marijuana hidden in the backyard of the Police Post. Police Post No. 10

(ultimahora.com, 12 June)

URUGUAY

No selection TRIBORDER AREA Senad Seizes More Than 3 Kg of Cocaine in
Ciudad del Este

-- Asuncion Ultima Hora reports on 12 June that Senad personnel seized
3.085 kg of cocaine ready to be sold in a property in Acaray in Ciudad del
Este (Alto Parana Department) on 11 June. The Senad pe rsonnel arrested
Raimundo Fernandez Duarte, 48, who claimed that some Brazilian nationals
had asked him to take care of some merchandise. Two packets containing
cocaine were found in Fernandez Duarte's bedroom and another packet was
found in the kitchen. Prosecutor Manuel Rojas Rodriguez said that the
cocaine probably came from Colombia. Cocaine seized in Ciudad del Este
(ultimahora.com, 12 June)

The following media were scanned and no file-worthy items were found:
Santiago El Mercurio, Asuncion ABC Color, Montevideo El Observador,
Montevideo El Pais, and Montevideo La Republica.

Material in the World News Connection is generally copyrighted by the
source cited. Permission for use must be obtained from the copyright
holder. Inquiries regarding use may be directed to NTIS, US Dept. of
Commerce.

Bolivia Press 15 June 10
For assistance with multimedia elements, contact OSC at 1-800-205-8615 or
oscinfo@rccb.osis.gov. - Bolivia -- OSC Summary
Tuesday June 15, 2010 12:17:04 GMT
-- La Paz La Prensa reports that the Eastern Bolivian Indigenous Peoples
and Communities Confederation (CIDOB) has decided to march more than 1,400
km to pressure the government to change its stance on indigenous
autonomies. CIDOB leaders who abandoned talks with the government at the
weekend have announced that the protest march from Trinidad, in the
Department of Beni, to La Paz will start on 17 June. CIDOB leader Adolfo
Chavez has said the Framework Autonomy Law reduces indigenous powers to a
minimum and, as a result, indigenous autonomy "will be symbolic not real".
In response, Autonomy Minister Carlos Romero accused non-governmental
organizations funded by the US Agency for International Development
(USAID) of being behind the indigenou s protest. (La Paz La Prensa.com in

Spanish -- Digital version of conservative daily with modest circulation.
Owned by Editores Asociados, S.A., member of the Grupo Lider media
conglomerate which also includes PAT (Periodistas Asociados de
Television), television network recently acquired by the Daher family of
Santa Cruz; URL: http://www.laprensa.com.bo/) ABI photo of Autonomy
Minister Carlos Romero speaking to the press Government Denies Continued
EGTK Activity in Bolivia

-- La Paz La Prensa cites Peruvian La Razon as reporting that a Shining
Path leader is being protected by the Tupac Katari Guerilla Army (EGTK) in
Beni. The Armed Forces, the Special Antinarcotics Force (FELCN) and former
EGTK leader Felipe Quispe have denied the information and affirmed that
the EGTK is no longer active. Cartoonist Depicts Morales Planning More
Trips

-- Lapiztola cartoon in

**La Prensa depicts President Evo Morales spinning a wheel to choose his
next overseas trip. Government Minimizes Competitivity of Afghan Lithium**

-- La Paz La Prensa reports that yesterday Evaporite Resources Unit
Director Alberto Echazu downplayed news about the discovery of large
mineral deposits in Afghanistan, including lithium, saying that the Afghan
mines would not compete with Bolivian lithium deposits. "From the
information we have about other components, it would appear that it is a
mining deposit. It is very complex. There are silicates that have to be
extracted in mining operations and the production cost is very high, not
competitive compared with salt flat mining," Echazu said. Government
Analyzes Possible Lithium Partnership With Finland

-- La Paz La Razon also reports in reaction to news of Afghan lithium
resources. Government spokesman Ivan Canelas said: "Afghanistan is a
country that is practically at war (...), I do not know if it will be easy
to resolve that issue (as published)," and added that the find "would in
no way" affect Bolivian's lithium industrialization plans. Meanwhile,
Mining Minister Jose Pimentel said yesterday that the government was
analyzing the possibility of industrializing lithium in partnership with
Finland. (La Paz La Razon Online in Spanish -- Digital version of
conservative newspaper, owned by the Spanish Promotora de Informaciones,
S. A. (Prisa) media conglomerate, which also includes ATB Red Nacional de
Television. Although it is not part of Grupo de Diarios de America, it

reproduces special reports by this group of conservative Latin America
dailies; URL:

http://www.la-razon.com http://www.la-razon.com ) Government Announces
Plans To Reinforce Counternarcotics Activities

# SUMMARY/CENTCOM PRESS BRIEFING/Guidance on afghan minerals

Released on 2013-03-12 00:00 GMT

| | |
|---|---|
| **Email-ID** | 1151854 |
| **Date** | 2010-06-15 17:02:07 |
| **From** | colby.martin@stratfor.com |
| **To** | analysts@stratfor.com, friedman@att.blackberry.net |

SUMMARY/CENTCOM PRESS BRIEFING/Guidance on afghan minerals


SUMMARY
This is a Special Defense Dept. briefing related to the minerals found in
Afganistan. The two primary panel members answering questions are Paul
Brinkley, director of Task Force for Business and Stability Ops and Jack
Medlin, who is with USGS International Programs. The main points are: The
mineral wealth in Afganistan is spread throughout the country. It is the
indigenous wealth of the Afghan people, and it will allow them to "finance
their own security and living." Other quotes on the subject by Mr.
Brinkley include "t means economically and in the world given the demand
for some of the mineral wealth that Afghanistan possesses, how it enables
Afghanistan to begin the march toward its own economically sovereign
capability to finance its own human and security needs, that is the path
that I think is beginning now. " and "Our focus is, we've identified 20
sites that are worth a lot of money, that will generate enough revenue for
the Afghans to pay for their own way. And that's the emphasis we're
trying to place on this." (This tracks with George's exit strategy
analysis). The trillion dollar estimate of wealth does not include
oil/natural gas nor lithium. **The USGS also implies this is only about 30
percent of known resources. Lithium wasn't put on the table of minerals
because, "The surveys of the potential lithium sites in the country are
under way and are highly positive, very indicative of potential
industrial-scale lithium deposits. But they're not ready to measure in
terms of cost value yet, which is why they're not included in that**

**table." (Interesting that the NYT article leads with Lithium but in
reality those sites are not varified)** Finally, the mining currently being
done in Afganistan is considered "artisan" in nature, read farmer with a
pick ax and wheelbarrow. The panel is asked about what kind of time line
we would be looking at before it is possible to start making money and
they state that infrastructure is the obvious problem and this is
obviously not a "quick win."

http://www.defense.gov/transcripts/transcript.aspx?transcriptid=4643

Kamran Bokhari wrote:

The 2-star commander of the Frontier Crops just got back to me saying
this isn't making sense to him but that he's going to study it and get
back to me. Sounds like it has taken even the Pakistanis by surprise.
But then again, this guy is a bit lower down the food chain. So he may
not be in the loop.

From: analysts-bounces@stratfor.com
[mailto:analysts-bounces@stratfor.com] On Behalf Of Reva Bhalla
Sent: June-14-10 11:42 AM
To: Analyst List
Cc: friedman@att.blackberry.net
**Subject: Re: insight? Re: Guidance on afghan minerals**

could be a good way to get the Europeans to stick it out longer in
Afghanistan as support for the NATO mission wanes in these countries

On Jun 14, 2010, at 10:36 AM, Jennifer Richmond wrote:

**Here is some more discussion (back and forth emails) from some guys that
were working in the Afghanistan Reconstruction Group. Emailed Said with
Kamran's questions.**

source 1: This is indeed wonderful news. We all recall how Said
patiently explained the geology and mineralogy of the region, but even
then I could not have imagined that the value could be this high. As
usual, Said (who was my hooch mate) was right! Now we must be sure that

these discoveries are used to benefit the people of Afghanistan.

source 2: Good news... BUT you are forgetting the flip side.... XXX is right... this will not be handled correctly by the US and thus it will merely encourage the War Lords that much harder for control of the land....with the support of the Chinese of course... whom we are protecting with US forces and taxpayer dollars...
As one program director (who has been in Afghanistan since 2006 originally with the DEA) told me in an email..."this is merely encouraging people to buy tickets on the Titanic AFTER it has already hit the iceberg"......


Kamran Bokhari wrote:

Can you set the email intro for me? I would like to make first (direct) contact by asking about the extent to which the political principals in country knew about this prior to the NYT leak and what was their response? How does it connect to the talks that Kabul has been having with the Taliban?

From: analysts-bounces@stratfor.com [mailto:analysts-bounces@stratfor.com] On Behalf Of Jennifer Richmond
Sent: June-14-10 10:41 AM
To: Analyst List
Cc: friedman@att.blackberry.net
Subject: Re: insight? Re: Guidance on afghan minerals

Source told me that we can talk directly to Said if we want... Someone else more familiar should take this - let me know. I can set up the email intro, or tell me what to ask and I will go for it.

Jennifer Richmond wrote:

A little more on Said.

The "Said" being referenced was the minerals expert in the Afghanistan Reconstruction Group when I was there. Full name is Said Mirzad. He is one of the addressees in this chain. He always claimed the minerals were there.

Here is a brief on Said Mirzad. He didn't write the article, but he was
the person there when I was. Some people thought he was more than
optimistic; some thought he was really onto something. It would seem to
me that the USGS is a very political organization.


**USGS geologist - Afghanistan-born Said Mirzad.**

Originally trained in France, Mirzad was director of the Afghanistan
Geological Survey before the Soviet invasion in 1979. After that he ran
computer services for a small USGS office in San Diego, California.
After the terrorist attacks of 11 September, Mirzad's Afghan friendships
vaulted him to the USGS headquarters in Reston, Virginia, to help
coordinate resource development in Afghanistan.

Mirzad has deep and historic connections in Afghanistan, where his
brother-in-law is the minister of defence. Mirzad is also the mentor of
the minister of mines, Mohamad Ibrahim Adel, who was one of those
criticized for the handling of the Aynak copper bidding competition.
Mirzad has powerful allies in Washington DC; both the US State and
Defense departments awarded him medals for outstanding service in 2005.

In Afghanistan, Mirzad has aided multiple projects, such as an airborne
geological assessment he urged the Karzai government to fund after aid
agencies declined. But some also see him as an obstructionist.


Jennifer Richmond wrote:

That was a direct quote, just fyi. Not coming from me. The guy at
Ameritech said it.

quote:

Said was right. "Previously unknown" my ass - this is not a "new"
discovery. I guess we're there for the long haul, huh?

George Friedman wrote:

No. We don't need to be there to buy and use the stuff. In fact, it
increases the pressure on us to leave. The cost of military occupation
undermines the economic benefit.

Sent via BlackBerry by AT&T

--------------------------------------------------------------------------

From: Jennifer Richmond <richmond@stratfor.com>

Date: Mon, 14 Jun 2010 07:55:06 -0500

To: <friedman@att.blackberry.net>; Analyst List<analysts@stratfor.com>

Subject: insight? Re: Guidance on afghan minerals

A family acquaintance who is in contact with Said Mirzad said he knew of
the minerals and had been telling people about it. A guy at Ameritech
there said: Said was right. "Previously unknown" my ass - this is not a
"new" discovery. I guess we're there for the long haul, huh?

George Friedman wrote:

Basic question is whether or not this is a new discovery, well known or myth. Then figure out why this
is news now?

Sent via BlackBerry by AT&T

-----Original Message-----

From: Kamran Bokhari <bokhari@stratfor.com>

Date: Mon, 14 Jun 2010 07:47:13

To: <analysts@stratfor.com>

Subject: Re: Guidance on afghan minerals

Yes, I recall in the 90s well before 9/11 there was great talk within

the Muslim world that the United States was going to topple the Taliban

regime because the country had massive minerals.


On 14/06/2010 8:39 AM, George Friedman wrote:

This puts pressure on the united states. The charge in the islamic world is that the only reason the us
invaded was strategic interest and that 911 was carried out by the government in order to justify
invasion. This theory never had a coherent explanation. It just got one. In negotiations this is going to
be an issue and taliban will charge that any reluctance to leave was motivated by this design.

I would like someone to trace the story behind this story. Who and why now are things I'd like to know.

Sent via BlackBerry by AT&T


--


Kamran Bokhari

STRATFOR

Regional Director

Middle East & South Asia

T: 512-279-9455

C: 202-251-6636

F: 905-785-7985

bokhari@stratfor.com

www.stratfor.com

--

Jennifer Richmond

China Director, Stratfor

US Mobile: (512) 422-9335

China Mobile: (86) 15801890731

Email: richmond@stratfor.com

www.stratfor.com

Reinaldo Taladrid Herrero (Cubavision, 23 Jun 10)

10. 2303 GMT Alonso recalls the commotion in US political and media
circles as a result of remarks by General Stanley McChrystal. He shows a
video clip on how US media treated the entire affair that ended in the
general's dismissal and the appointment of General David Petraeus as his
replacement. Alonso introduces "The Corner" segment with Reinaldo Taladrid
Herrero who will discuss this matter. Taladrid begins by saying that he
has been asked to do an analysis of what happened.He mentions that this is
a general with vast experience who knows the rules of the game very well.
Taladrid lists a number of facts: 1) In the US Army there are written and
unwritten rules: active military members do not opine or meddle in
politics in the media or at public events. It is not by mere chance that a
magazine goes to Afghanistan and says I want to conduct an interview. It
does not work that way, Taladrid states. 2) McChrystal was not the only
one to talk. He had all his team talking and 3) The things they said do
not leave room for error or to say that the wrong word was used. According
to Taladrid, President Obama was facing a dilemma because the Afghan
president called the US President asking not to dismiss McChrystal.
Richard Holbrooke, the special representative for Afghanistan and
Pakistan, met with Pakistani military and civilian leaders and they told
him that they sympathized with McChrystal and hoped that he would not be
changed.In addition, this is not new, when McChrystal was appointed he
said that he needed an increase in men and President Obama took a long

time, he did not want to make a decision, and he did not want to send the
men. Why? Because it was just like former President Bush in Iraq. In the
meantime, McChrystal filtered a document to the media that if troops were
not increased defeat could be expected in Afghanistan, making it public
that if the troops were not approved, President Obama would be responsible
for the defeat. Taladrid says this was insubordination and adds that a
conclusion from all of it is that this was not mere chance, that
McChrystal did this intentionally knowing that he was going to be
dismissed. Taladrid gives some details of McChrystal's background and
previous responsibilities as head of a command in northern Florida.He
stresses that there were no objections to his appointment at congressional
hearings when he was suggested for the job.Taladrid points to very
powerful groups behind all this, basically two groups who differ on way
things should be done but always with the same goal in mind. Taladrid
speculates about what will happen to McChrystal. According to Taladrid, to
extreme rightists McChrystal is a hero because he publicly confronted the
president, disobeyed him, and preferred to leave rather than continuing
obeying the socialist, democrat, and liberal president, as Republicans
view the president. Taladrid predicts that this is not the end for
McChrystal because all these generals wind up as directors of companies in
the military indus trial apparatus.But one should not be surprised,
Taladrid says, if by 2012 he appears as candidate for senator in some
state. Taladrid concludes that this is a Jigsaw puzzle with many pieces
and that McChrystal knew what he was doing and what was going to happen to
him. Taladrid suggests that the future of this man be followed.He
emphasizes that the most important aspect is how groups of power clash
within the empire with different views of how to attain the same
objective, an objective that could be the geostrategic positioning in the
area, the minerals, the Afghan lithium, the gas pipeline, or a mixture of
them.11. 2320 GMT Alonso introduces Martin and Gonzalez, the panelists for
the final segment of the program: the 2010 World Soccer cup.12. 2357 GMT
Program ends.

Reception: Good

Duration of broadcast: 87 minutes

(Description of Source: Havana Cubavision in Spanish -- Government owned,
government-controlled television station)

# Re: insight? Re: Guidance on afghan minerals

Released on 2012-10-19 08:00 GMT

|   |   |
|---|---|
| **Email-ID** | 1191577 |
| **Date** | 2010-06-14 15:26:11 |
| **From** | rbaker@stratfor.com |

To                    analysts@stratfor.com
**Re: insight? Re: Guidance on afghan minerals**


OK, China is in there for copper currently. Bought its stake in '07/'08
(at least part of it was originally owned by Freeport MacMoran, according
to CNBC, though that could have been somewhat misstated, given the info
innt eh second article below). In short, though, the US and others have
been talking about Afghan minerals for years. Lithium may be something not
really looked at in full before, but certainly oil, iron, copper, gold,
uranium and gems have.

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 1151285 |
| **Date** | 2010-06-14 16:52:37 |
| **From** | sean.noonan@stratfor.com |
| **To** | analysts@stratfor.com |

Afghan_Motherlode?=


embedded links at the Wired link.
No, The U.S. Didn't Just `Discover' a $1T Afghan Motherlode

* By Katie Drummond Email Author
* June 14, 2010 |
* 10:20 am |
http://www.wired.com/dangerroom/2010/06/no-the-military-didnt-just-discover-an-afghan-mineral-
motherlode/#ixzz0qq5tr9gG

Despite what you may read this morning, the U.S. military did not just
"discover" a trillion dollars' worth of precious minerals in Afghanistan.

The New York Times today proclaimed that Afghanistan is apparently poised
to become "the Saudi Arabia of lithium" - a metal used to produce gadgets
like iPods and laptops. The discovery will also, according to Pentagon
documents quoted by the Times, fundamentally transform the country's
opium-reliant economy.

But the military (and observers of the military) have known about
Afghanistan's mineral riches for years. In a 2007 report, the Geological
Survey and the Navy concluded that "Afghanistan has significant amounts of

undiscovered non-fuel mineral resources," including "large quantities of
accessible iron and copper [and] abundant deposits of colored stones and
gemstones, including emerald, ruby [and] sapphire."

Not to mention that the $1 trillion figure is - at best - a guesstimate.
None of the earlier U.S military reports on Afghan's mineral riches cite
that amount. And it might be prudent to be wary of any data coming out of
Afghanistan's own Mines Minestry, which "has long been considered one of
the country's most corrupt government departments," the Wall Street
Journal reports.

And the timing of the "discovery" seems just a little too convenient. As
Blake Hounshell at Foreign Policy notes, the Obama administration is
struggling to combat the perception that the Afghan campaign has "made
little discernible progress," despite thousands of additional troops and
billions of extra dollars.

Still, Pentagon officials are touting the find as a potential economic
game-changer - and one that could end decades of conflict. But whether
it's oil or coltan, rich pockets of resources are always a mixed blessing.
Just ask children in Congo, home to 80 percent of the world's coltan
supply, who were forced to mine for the precious metal that was later used
to manufacture tech gadgets.

It'll take years, and a ton of capital investment, before Afghanistan's
deposits can even be mined. And when they can, it's anybody's guess who'll
actually be profiting. Hounshell sums up the mess nicely:

Meanwhile, the drive for Kandahar looks to be stalled in the face of
questionable local support for Karzai's government, the Taliban is killing
local authorities left and right, and the corruption situation has
apparently gotten so bad that the U.S. intelligence community is now
keeping tabs on which Afghan officials are stealing what.

Read More

--
Sean Noonan
Tactical Analyst
Mobile: +1 512-758-5967

Strategic Forecasting, Inc.
www.stratfor.com

AFGHANISTAN

**1) Afghanistan could be holding $1 trillion of untapped mineral deposits
including critical industrial metals such as lithium, the New York Times
reported, quoting US government officials. - DAWN -**
http://www.dawn.com/wps/wcm/connect/dawn-content-library/dawn/news/world/04-us-discovers-
1trillion-mineral-deps-afg-qs-04

2) The previously unknown deposits - including huge veins of iron, copper,
cobalt, gold and critical industrial metals like lithium - are so big and
include so many minerals that are essential to modern industry that
Afghanistan could eventually be transformed into one of the most important
mining centers in the world, the United States officials believe. - NYT -
http://www.nytimes.com/2010/06/14/world/asia/14minerals.html?hp


# Re: MISC - U.S. Identifies Vast Riches of Minerals in Afghanistan (NYT)

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 395537 |
| **Date** | 2010-06-14 17:57:44 |
| **From** | mongoven@stratfor.com |
| **To** | morson@stratfor.com, defeo@stratfor.com, pubpolblog.post@blogger.com |

Re: MISC - U.S. Identifies Vast Riches of Minerals in Afghanistan (NYT)


No, we're arming ourselves off of middle eastern oil to become dependent
on Chinese battery makers and renewable energy parts. Let them worry
about Morales and the Taliban

On Jun 14, 2010, at 11:44 AM, Joseph de Feo <defeo@stratfor.com> wrote:

Fascinating piece by Jim Risen in today's NYT. Afghanistan the "Saudi
Arabia of lithium." Evo Morales has big plans to make Bolivia the world
capital of lithium batteries and electric cars, and I'm not sure this
really affects it -- Afghanistan is possibly the only place even less
capable than Bolivia of getting its lithium out of the ground and into
commerce.

By the way, are we weaning ourselves from dependence on Middle Eastern
oil only to become dependent on Latin American and Near Eastern/Central
Asian lithium?

---

http://www.nytimes.com/2010/06/14/world/asia/14minerals.html?pagewanted=all
U.S. Identifies Vast Riches of Minerals in Afghanistan - NYTimes.com |
By JAMES RISEN

**WASHINGTON a The United States has discovered nearly $1 trillion in
untapped mineral deposits in Afghanistan, far beyond any previously
known reserves and enough to fundamentally alter the Afghan economy and
perhaps the Afghan war itself, according to senior American government
officials.**

The previously unknown deposits a including huge veins of iron,
copper, cobalt, gold and critical industrial metals like lithium a are
so big and include so many minerals that are essential to modern
industry that Afghanistan could eventually be transformed into one of
the most important mining centers in the world, the United States
officials believe.

An internal Pentagon memo, for example, states that Afghanistan could
become the aSaudi Arabia of lithium,a a key raw material in the
manufacture of batteries for laptops and BlackBerrys.

The vast scale of Afghanistanas mineral wealth was discovered by a
small team of Pentagon officials and American geologists. The Afghan
government and President Hamid Karzai were recently briefed, American
officials said.

While it could take many years to develop a mining industry, the
potential is so great that officials and executives in the industry
believe it could attract heavy investment even before mines are
profitable, providing the possibility of jobs that could distract from
generations of war.

aThere is stunning potential here,a Gen. David H. Petraeus,
commander of the United States Central Command, said in an interview on
Saturday. aThere are a lot of ifs, of course, but I think potentially
it is hugely significant.a

The value of the newly discovered mineral deposits dwarfs the size of
Afghanistanas existing war-bedraggled economy, which is based largely
on opium production and narcotics trafficking as well as aid from the
United States and other industrialized countries. Afghanistanas gross
domestic product is only about $12 billion.

aThis will become the backbone of the Afghan economy,a said Jalil
Jumriany, an adviser to the Afghan minister of mines.

American and Afghan officials agreed to discuss the mineral discoveries
at a difficult moment in the war in Afghanistan. The American-led
offensive in Marja in southern Afghanistan has achieved only limited
gains. Meanwhile, charges of corruption and favoritism continue to
plague the Karzai government, and Mr. Karzai seems increasingly
embittered toward the White House.

So the Obama administration is hungry for some positive news to come out
of Afghanistan. Yet the American officials also recognize that the
mineral discoveries will almost certainly have a double-edged impact.

Instead of bringing peace, the newfound mineral wealth could lead the
Taliban to battle even more fiercely to regain control of the country.

The corruption that is already rampant in the Karzai government could
also be amplified by the new wealth, particularly if a handful of
well-connected oligarchs, some with personal ties to the president, gain
control of the resources. Just last year, Afghanistanas minister of
mines was accused by American officials of accepting a $30 million bribe
to award China the rights to develop its copper mine. The minister has
since been replaced.

Endless fights could erupt between the central government in Kabul and
provincial and tribal leaders in mineral-rich districts. Afghanistan has
a national mining law, written with the help of advisers from the World
Bank, but it has never faced a serious challenge.

aNo one has tested that law; no one knows how it will stand up in a
fight between the central government and the provinces,a observed Paul
A. Brinkley, deputy undersecretary of defense for business and leader of
the Pentagon team that discovered the deposits.

At the same time, American officials fear resource-hungry China will try to dominate the development of Afghanistanas mineral wealth, which could upset the United States, given its heavy investment in the region. After winning the bid for its Aynak copper mine in Logar Province, China clearly wants more, American officials said.

Another complication is that because Afghanistan has never had much heavy industry before, it has little or no history of environmental protection either. aThe big question is, can this be developed in a responsible way, in a way that is environmentally and socially responsible?a Mr. Brinkley said. aNo one knows how this will work.a

With virtually no mining industry or infrastructure in place today, it will take decades for Afghanistan to exploit its mineral wealth fully. aThis is a country that has no mining culture,a said Jack Medlin, a geologist in the United States Geological Surveyas international affairs program. aTheyave had some small artisanal mines, but now there could be some very, very large mines that will require more than just a gold pan.a

The mineral deposits are scattered throughout the country, including in the southern and eastern regions along the border with Pakistan that have had some of the most intense combat in the American-led war against the Taliban insurgency.

The Pentagon task force has already started trying to help the Afghans set up a system to deal with mineral development. International accounting firms that have expertise in mining contracts have been hired to consult with the Afghan Ministry of Mines, and technical data is being prepared to turn over to multinational mining companies and other potential foreign investors. The Pentagon is helping Afghan officials arrange to start seeking bids on mineral rights by next fall, officials said.

aThe Ministry of Mines is not ready to handle this,a Mr. Brinkley said. aWe are trying to help them get ready.a

Like much of the recent history of the country, the story of the discovery of Afghanistanas mineral wealth is one of missed

opportunities and the distractions of war.

In 2004, American geologists, sent to Afghanistan as part of a broader
reconstruction effort, stumbled across an intriguing series of old
charts and data at the library of the Afghan Geological Survey in Kabul
that hinted at major mineral deposits in the country. They soon learned
that the data had been collected by Soviet mining experts during the
Soviet occupation of Afghanistan in the 1980s, but cast aside when the
Soviets withdrew in 1989.

During the chaos of the 1990s, when Afghanistan was mired in civil war
and later ruled by the Taliban, a small group of Afghan geologists
protected the charts by taking them home, and returned them to the
Geological Surveyas library only after the American invasion and the
ouster of the Taliban in 2001.

aThere were maps, but the development did not take place, because you
had 30 to 35 years of war,a said Ahmad Hujabre, an Afghan engineer who
worked for the Ministry of Mines in the 1970s.

Armed with the old Russian charts, the United States Geological Survey
began a series of aerial surveys of Afghanistanas mineral resources in
2006, using advanced gravity and magnetic measuring equipment attached
to an old Navy Orion P-3 aircraft that flew over about 70 percent of the
country.

The data from those flights was so promising that in 2007, the
geologists returned for an even more sophisticated study, using an old
British bomber equipped with instruments that offered a
three-dimensional profile of mineral deposits below the earthas
surface. It was the most comprehensive geologic survey of Afghanistan
ever conducted.

The handful of American geologists who pored over the new data said the
results were astonishing.

But the results gathered dust for two more years, ignored by officials
in both the American and Afghan governments. In 2009, a Pentagon task
force that had created business development programs in Iraq was
transferred to Afghanistan, and came upon the geological data. Until
then, no one besides the geologists had bothered to look at the

information a and no one had sought to translate the technical data to
measure the potential economic value of the mineral deposits.

Soon, the Pentagon business development task force brought in teams of
American mining experts to validate the surveyas findings, and then
briefed Defense Secretary Robert M. Gates and Mr. Karzai.

So far, the biggest mineral deposits discovered are of iron and copper,
and the quantities are large enough to make Afghanistan a major world
producer of both, United States officials said. Other finds include
large deposits of niobium, a soft metal used in producing
superconducting steel, rare earth elements and large gold deposits in
Pashtun areas of southern Afghanistan.

Just this month, American geologists working with the Pentagon team have
been conducting ground surveys on dry salt lakes in western Afghanistan
where they believe there are large deposits of lithium. Pentagon
officials said that their initial analysis at one location in Ghazni
Province showed the potential for lithium deposits as large of those of
Bolivia, which now has the worldas largest known lithium reserves.

For the geologists who are now scouring some of the most remote
stretches of Afghanistan to complete the technical studies necessary
before the international bidding process is begun, there is a growing
sense that they are in the midst of one of the great discoveries of
their careers.

aOn the ground, itas very, very, promising,a Mr. Medlin said.
aActually, itas pretty amazing.a

Pakistani Editorial Asks Afghan People To Take Action To Save Resources
Editorial: "Discovery of Precious Mineral Resources in Afghanistan" -
Nawa-e Waqt
Thursday June 17, 2010 14:47:01 GMT
unearthed nearly $1 trillion untapped mineral deposits beneath the Afghan
soil, which is far beyond any previously known reserves.

The report says the previously unknown deposits -- including huge veins of
iron, copper, cobalt, gold, and critical industrial metals like lithium --
a re so huge and include numerous minerals, which are requisite for modern
industry, that the US officials believe Afghanistan can be eventually
transformed into one of the most important mining centers of the world. A
US official stated that Afghanistan could become the "Saudi Arabia of

lithium," a key raw material, which is required to manufacture batteries.
These lithium reserves are even larger than those of Bolivia, the largest
lithium exporter in the entire world. These lithium reserves can be
exported to transform Afghanistan into Saudi Arabia. There are vast
resources of copper that Afghanistan can become the largest copper
exporting country of the world.

Afghanistan is a poor country and through the unearthed mineral resources,
it can become a prosperous and developed country like Saudi Arabia.
However, these days, Afghanistan is in the clamps of Jews and Christians.

Today, in Afghanistan, these imperial forces have let a hell loose in the
name of war on terror. After the 9/11 incident, when the United States
invaded Afghanistan, the global media raised the point that the United
States had fixed its eyes on rich resources of Afghanistan and its mineral
treasures. Finally, it has been proved true today.

In fact, their agenda was essentially to occupy the Afghan resources and
make use of this wealth. This is the very reason because of which the US
experts continued their research and exploration even in the war-hit areas
of Afghanistan.

Today, it has become more crucial for the Afghan people not to let the
United States and its allies occupy the Afghan resources; otherwise these
foreign forces will permanently stay in the areas of Afghanistan. The
mujahidin should accelerate their activities and should kick out these
imperial forces before these imperialists take away precious reserves and
resources and materialize their flagitious plans.

President Hamid Karzai should also use wisdom and take co urageous steps
to stop falling Afghan wealth in the hands and use of the United States.

(Description of Source: Rawalpindi Nawa-e Waqt in Urdu -- Privately owned,
widely read, conservative Islamic daily, with circulation around 125,000.
Harshly critical of the US and India.)

Material in the World News Connection is generally copyrighted by the
source cited. Permission for use must be obtained from the copyright
holder. Inquiries regarding use may be directed to NTIS, US Dept. of
Commerce.

**Discovery of Lithium will Add new Dimension to Afghan Issue**
Article by I. M. Mohsin: ¨Alexrod on Afghanistan¨ - The Nation Online
Thursday June 17, 2010 08:23:14 GMT
A speculative news item carried by The New York Times during last week set
off ripples in the American political circle. To guard against some
vicious reaction from the rightwing, President Barack Obama's senior
Advisor David Alexrod felt obliged to issue last Sunday a clarification
about the state of the ongoing war and attempts at reaching a settlement

with the Taliban.

Prior to that Secretary Robert Gates had explained his perception of the
current ground realities in Afghanistan. Claiming to have told President
George Bush, on accepting the office of Secretary Defence, he reitera ted
that Afghanistan had received scant attention from the Republican
administration. He, however, indicated that post-surge developments had
undercut the Taliban advance under the new strategy this year. If the
objective conditions are any guide, such a statement would appear to be
wishful. Then, if this were so, the Taliban would not have publicly
spurned the peaceful overtures being made by President Hamid Karzai. This
appears to be a part of a baffling strategy being pursued by the US
Department of Defence or general staff whereby attacks by the Taliban are
being ignored. Instead thereof insinuations are being made that the
'enemy' is losing ground.

Repeating the statement of Karzai made before the peace jirga, Alexrod
said that a new government could emerge in Kabul wherein the Taliban would
form a coalition. Such an arrangement would ensure security for the people
and this would lead to the start of the requisite development process in a
safer environment. He al so expressed the hope that on joining such an
arrangement, the Taliban would lay down their arms and devote their
undivided attention to the reconstruction of their war-torn country.
Citing this as an indispensable condition, he still expressed the hope
that Karzai's efforts will bear fruit as there are many indications to
that effect.

Indeed, this appears to be more of a psychological warfare and less of a
strategy for the people of the region concerned. Such assertions may lull
the public opinion in the US, to some extent, but for the Afghans it is
like 'Alice in Wonderland'. In Afghanistan, the people generally are
baffled as they cannot correlate the prevailing mess to such homilies.
While Karzai and his mentors are active on the propaganda front, the
Taliban are maintaining a queer silence besides launching attacks against
the US forces at places of their choice subject to their own programme.
Whenever they speak up, they only display their derision for such conc
iliatory initiatives.

The New York Times report also utilised a statement made by Amrullah
Saleh, the 36-year old former intelligence chief, to the effect that
Karzai was holding private discussions with the Taliban and Pakistan.
Incidentally, Saleh was fired by the Kabul government following the brazen
attacks by the Taliban on the peace jirga. Apparently, his 'revelation'
should have made no news which the concerned journalist tried to blow up.
But Alexrod also hinted at the same in his reply on Saleh, calling his
assertions as "coloured".

Saleh had also indicated that the US wanted to 'rule' Afghanistan which
had frustrated too many people. On this, the US presidential Advisor made

it clear that his country's objective could be easily specified. He maintained: "The mission is about Al-Qaeda, about putting pressure on Al-Qaeda on both sides of the border, about not letting Afghanistan become a safe harbour, safe haven for Al-Qaeda again." Wanting to sound more convincing, he went on to emphasise: "Ultimately this is about our security and that's why we are there."

The Advisor also recounted some of the successes scored by the US forces since the new administration took over. He stressed that half of the Taliban's top 20 leaders had been k illed, thanks to the cooperation extended by the Government of Pakistan. Likewise, some operations conducted in Afghanistan had also yielded similar results. However, to back up the ongoing peace overtures in Kabul, he concluded: "At the end of the day, however, we've always said that this will involve the future of Afghans....It will involve a political solution just as it did in Iraq."

Nevertheless, President Karzai seems to be pushing ahead with his peace mission in a manner which no 'Vichy' government can ever afford to do. His mentors, the US, have to be connected to the said stance all over to bring peace to Afghanistan.

Lately, the US administration is openly supporting such moves although till early this year they were prone to keep mum.

Britain's new Prime Minister David Cameron after visiting Afghanistan last week has also used a very diplomatic lingo to reflect a similar approach. His statement to the House of Commons on Monday reflected his serious interest in pulling out of this quagmire. He has lately claimed that Al-Qaeda is really "weakened" for now, implying that the Afghans should take over their own security so that the "foreign troops" can be divested from Afghanistan quickly. This is also the stated position of President Barack Obama, who wants to start withdrawing his forces by mid next year. Even if it holds good, Sergei Ivanov, the Russian Deputy Prime Minister, thinks that the US troops would have to stay longer than the Russians did in Afghanistan.

A US report suggests that huge deposits of iron, copper, gold and lithium have been discovered wor th a trillion dollars. If this is so, then it raises the stakes for both the Afghans and the American administration. So far, the US administration has been known to be heavily influenced by its oil lobby in the post-9/11 conduct towards the ongoing war. Now another dimension would be involved. The US has certainly lost a lot of goodwill among the Afghans already and what the neocons might do now will hurt the US badly.

In this scenario, Russia may also want to benefit from such a valuable resource next door. However, it may find many difficulties in its way.

The Chinese stand a good chance of winning the goodwill of the Afghans

despite the fact that it may provoke ire of the Indians, who are being
built by the US for a peculiar role in the region.

Above all, Pakistan could be crucial in the fruitful utilisation of such
natural resources by Afghanistan. The two countries can cooperate with
China and co-opt some other ally to successfully hit out of troub le.

The writer is a former Secretary Interior.

(Description of Source: Islamabad The Nation Online in English -- Website
of a conservative daily, part of the Nawa-i-Waqt publishing group.
Circulation around 20,000; URL: http://www.nation.com.pk)

**Article Discusses Report About Deposits of Minerals in Afghanistan**
Article by Arif Ayub: ¨Minerals in Afghanistan¨ - The Nation Online
Wednesday August 11, 2010 11:41:23 GMT
On June 17, 2010, the New York Times and the rest of the US media led
prominent stories on US geologists having discovered vast deposits of
iron, copper, gold, lithium and other minerals in Afgha nistan worth an
estimated one trillion dollars. For good measure, the Afghan government
claimed that actually their resources were worth three trillion dollars.
While these reports are absolutely true, they are equally meaningless.
Firstly, the discoveries are not new and were first brought to
international attention by the Russian geologists in the 60's. Secondly,
the figure of one trillion dollar is the technological value of the
survey. More important is the financial feasibility report, particularly
the economic feasibility report, which also includes the environmental
impact.

In Kabul, I had seen the Russian reports in the Ministry of Mines which
covered almost all the discoveries being currently announced by the US
media including the petroleum and gas deposits in northern Afghanistan.
The Taliban Minister said with considerable irony that the Afghan
government had been very concerned about the welfare of their future
generations and therefore had made no attemp t to exploit these resources.

The Haji Gak iron deposits which are particularly mentioned in the reports
were discovered in the early 60's and in fact our Commerce Minister Ghulam
Farooque Khan had suggested that instead of the Karachi Steel Mill we
should consider the alternative of a Steel Mill at Kalabagh using Afghan
ore. However, there was difficulty in ensuring regular supplies given the
Afghan attitude towards Pakistan in those days, because of the hard line
policies of Daud Khan. It was a case of Pashtun adventurism winning over
Pashtun pragmatism. After 50 years, the situation has not changed much.

The only country bold enough to take the plunge to invest massively in
Afghanistan has been China. The China Metallurgical Group and Jiangxi
Copper Company won a bid in 2007 to develop the Aimak Copper Mine paying a
royalty of $400 million per year to the Afghan government, whose total

revenues currently are at one billion dollars. The Chinese are also plann
ing to put up a power plant in Logar to run the copper mine and also build
local road connections and transnational railways lines in an investment
that is expected to reach four billion dollars. According to reports, the
Aimak Mine alone is expected to produce 12 million tons of copper out of
Afghanistan's total estimated reserves of 60 million tons of copper.

Details of the US Geological Survey conducted in 2007 are as follows:

Mineral Potential Value in current prices ($ Billion)

Iron 421

Copper 274

Niobium 81

Cobalt 51

Gold 25

Molybdenum 24

Rare Earth Elements 7

Asbestos 6

Silver 5

Potash 5

Aluminium 4

Graphite 1

Lapis Lazuli 1

Fluorite 1

Phosphorus 1

Led, Zinc, Mercury, Strontium 1

Sulphur, Talc, Magnetite, Kaolin 1

In their preliminary assessment of non-fuel mineral resources for
Afghanistan, the US Geological Survey estimated that 2.2 billion tons of
iron was available in the Haji Gak deposit alone with 69 percent iron. In
addition, there are also considerable deposits between 47 and 68 percent

iron, making it one of the largest iron deposits in Asia. So far, the
Indian companies are in the lead bidding for the mining rights including
Essar Minerals, Rashtriya Ispat Nigam and Ispat Industries. The Chinese
Metallurgical Group was also a bidder but pulled out after allegations
that it had won the Aymak copper contract by paying $30 million in bribes.

Besides these non-fuel deposits the Russian had discovered considerable
quantities of oil and gas in the area around Mazar-i-Sharif, some of which
is already being exploited, with small fertiliser factory. There are also
confirmed deposits of Naphtha in the Polekhumri region, while repor ts of
petroleum deposits in the Kandhar and Helmand region.

Despite this immense geological wealth many of the deposits are in zones
dominated by the insurge ncy and have little or no infrastructure. In the
Afghan bureaucracy, corruption is high and government performance and rule
of law are weak. Afghanistan therefore has a long way to go before it can
take advantage of its mineral wealth. We had a similar experience in
Pakistan where we have been unable to utilise the Thar coal deposits or
the copper deposits at Rekodiq (which are comparable to those at Aimak).

The New York Times seems to have realised that it had been a victim of
media hype and within one week it accepted the conventional wisdom that
the minerals in Afghanistan required considerable investment for mining
and processing, as well as for infrastructure development in railways and
roads, which would be particularly expensive in the mountainous and
undeveloped regions of Afghanistan where these minerals are normally
found. Gold, silver, copper and other minerals are usually located in ore
that must be reached by tunnel, blasted out by the tons, carried to th e
surface and ground to powder for processing. Digging the shafts and
building elevators, processing plants and infrastructure can cost several
billion dollars for a single mining operation. Economic recoverability
also requires that a resource cannot only be produced, but also exported
for less money than its sale value, in order to provide enough return on
investment to account for the associated risks of the investor. This
assumes that the US military would succeed in securing the lines and
supply lines and they would be in the country for the next 10 years in
order for the project to bear fruit. Electricity plants also need to be
built close to the sites since mining projects require enormous amount of
energy. In Afghanistan, despite the passage of 10 years, the US has still
not been able to provide the generators to make functional the Kajkai
hydroelectric project on Helmand River. It seems unlikely therefore that
the new power projects could be established within the e conomic framework
of time relevant to the mining projects.

The writer is a former ambassador.

(Description of Source: Islamabad The Nation Online in English -- Website
of a conservative daily, part of the Nawa-i-Waqt publishing group.
Circulation around 20,000; URL: http://www.nation.com.pk)

**Review of Various U. S. UAVs That Are Needed by RF Ministry of Defense**
Article by Vladimir Shcherbakov on the new unmammed flying vehicles [UAVs]
being developed in the United States that are of interest to the Ministry
of Defense of Russia, particularly the hand-lauched UAVs that use hydrogen
fuel cells in their power plants: "How the Problems of Developing
Mini-Drones Are Being Resolved" - Voyenno-Promyshlennyy Kuryer Online
Wednesday August 11, 2010 18:40:43 GMT
According to the most conservative estimates, in the last decade alone,
the Pentagon has acquired no less than 12,500 UAVs of various types--UAVs
that are narrowly specialized. Such UAVs usually have a take-off weight
ranging from about .25 kilograms to 6.5 kilograms and a wingspan ranging
from .7 meters to 2.7 meters. They can be transp orted, along with the
control panel and, if necessary, auxiliary equipment, in one or two
backpacks. The drones snapped together and made ready for launch in a
matter of minutes. After that, the soldier only has wave his hand, in a
literal sense, and send the aerial mini-robot flying up into the sky (that
is, the soldiers uses his hand to hurl the drone into the sky).

**Two hours are not sufficient.**

At the same time, regardless of its small dimensions and weight, the
man-portable UAVs are quite capable of conducting of reconnaissance,
primarily in the optical and/or infrared ranges. They are also able to
transmit reconnaissance information about the enemy to the control panel
of the operator in real time, providing a current picture of the situation
on a battlefield for the commander of a subunit and even an individual
soldier.

The payload of these UAVs usually include compact video cameras, photo
cameras, and televisions. An electric motor, powered by a b attery, is
used as the power plant for the UAVs. That makes it possible to reduce the
noise and weight of the UAV. At the same time, it makes the UAV more
explosion-proof and fireproof.

But, on the other hand, such drones also have a number of shortcomings.
The most serious shortcoming is the small duration of the flight, which is
due to the small size and take-off weight of the drone. Its small size
does not allow the placement of a significant quantity of power sources
onboard. As a result, as a rule, the mini-drones are not able to be in the
sky for more than one or two hours.

Of course, for the fulfillment of the majority of tasks, for which such
UAVs were designed, this is enough time. All the same, the mini-drone is a
means for operational reaction. It is a pre-strike staging vehicle, so to
speak. However, after analyzing the results of the operation of UAVs of
this class, including their operation in combat conditions, for example,
during the operations in Afghanistan and Iraq, the American generals and
military experts reached a conclusion on the necessity to increase the

flight duration of the man-portable drones by a factor of 1.5 or a factor of 2. And, if possible, by even more than that.

Recently, in an interview, a representative of a department of the U. S. Air Force Research Laboratory, which engages in research in the sphere of the adaption of hydrogen fuel cells to power plants of flying vehicles of various types, made the following statement to journalists: "A long flight duration is very important for the military. That will make it possible for the American soldiers to keep targets under observation for a longer period of time and it will also make it possible to carry out reconnaissance and observation over a large area until the drone ends its flight or is recalled for a recharging of the battery or the replenishment of the fuel supply. On a modern battlefield, information is a key factor. Consequ ently, by increasing the flight duration, we can significantly increase the amount of reconnaissance information that is accessible for us and forces that are allied with us."

A hybrid engine.

In this connection, however, a question immediately arises: How can the flight duration of the UAV be increased without a substantial increase in its size and weight? Indeed, it is not possible, at the present time, to obtain a positive result by increasing the effectiveness of the operation of the batteries or an increase in the number of them aboard the UAV: The engineers are not promising to develop batteries with greatly improved working characteristics in the near future.

A number of companies and organizations, of course, are trying to develop more compact engines, which use organic types of fuel, or engines of the hybrid type. Thus, in the beginning of 2010, the American agency, DARPA (Defense Advanced Research Projects Agency), awarded a contract to Au rora Flight Sciences that provides funding for the first stage of development of small UAVs with hybrid power plants of a new type. The power plant will consist of an electric motor and a compact turbo-diesel engine.

The new motor must have more effectiveness, horsepower, and fuel efficiency. It also must make less noise in comparison with the gas engines that are being used today. At the same time, its power must not be less than 10 horsepower. The purpose of this work, which is being carried out by specialists of Aurora Flight Sciences, is to adapt a diesel engine, which requires heavy fuel, to drones. At the present time, that is not expedient, mainly because of the relatively large sizes and weights of motors that use diesel fuel or JP-8.

However, such engines are still only prospective projects. At the present time, it is necessary to increase the flight duration.

**Hydrogen fuel cells.**

It has been managed to find a solution. The use of hydroge n fuel cells as
energy sources. Fortunately, real break-through results have been achieved
in this sphere in recent years in the West.

For example, Protonex, a company which engages in the development of
hydrogen fuel cells, recently demonstrated the possibility of increasing
the flight duration of a UAV, which was equipped with hydrogen fuel cells
(the take-off weight of the UAV was 6.3 kilograms), to nine hours. And,
according to the specialists of Protonex, the volume of the fuel cells and
fuel cartridge together is a little less than that of a 2-liter bottle of
Coca-Cola.

Previously, the company had developed a wide range of fuel elements with
powers ranging from 100 to 500 watts. True, in this case, it was necessary
to put a lithium-ion battery onboard the UAV in order to obtain additional
power during the take-off and landing of the UAV. The battery itself,
however, is recharged by the hydrogen fuel cell in flight.

In an interview with the leading American political-military weekly,
Defense News, Scott Pearson, the head of the Protonex company, said that
drones, equipped with hydrogen fuel cells and lithium-ion batteries, can
remain in the air two to three times longer than their counterparts, which
have traditional power plants with electric motors.

The results of the tests made a good impression on the leadership of the
U. S Department of Defense, which soon awarded a contract to the company.
The contract amounts to 3.3 million dollars and it is for the development
of an improved type of fuel cell, as well as the accompanying equipment
and instrumentation.

It is planned that the hydrogen fuel cell, on the development of which
specialists of Aurora Flight Sciences have been working, will be
integrated into the power plant of a Puma AE UAV, which was developed by
the company, AeroVironment. The length of this UAV is 1.4 meters. The
wingspan is 2.7 meters. The drone is designed for the conducting of reco
nnaissance in daytime and nighttime conditions, for which it is equipped
with electro-optical and infrared cameras . The power plant of the drone
is an electric engine (that is, the electric engine turns the UAV's
propeller, whereas the fuel cell powers the cameras, communications gear,
and flight controls and recharges the batteries for the electric motor).
All of the onboard equipment is for reconnaissance. The systems for flight
control and communications with the ground based controller also have
electrical power.

It was not by chance that AeroVironment was selected for this project. The
specialists of this company had the honor of developing the RQ-11A
"Raven", perhaps the most famous hand-launched UAV in the world. The
weight of the Raven is 1.9 kilograms. The fleet of these UAVs in the U. S.
Armed Forces alone numbers about 4,000. The first flight of these drones

took place in 2001 and just a few years later, in 2003, they were accepted
into the arsen al of the U. S Armed Forces. Subunits of the Special
Operations Command of the U. S, Armed Forces was the first to receive the
Ravens in significant quantities. In accordance with the initial contract,
about 850 drones of this type were purchased. Each drone cost about 35,000
dollars (the cost of one whole system is about 250 thousand dollars).

Problems of technology.

The following is stated in one of the advertising bulletins of the
Protonex company: "All that you have to do is add water. After that, you
will obtain a fuel with a high energy density."

The reference here is to hydrogen, which is released when (sodium)
borohydrate is mixed with simple water and exposed to a catalyst and heat.
The gas that is obtained enters directly into the fuel cell to the anode,
which uses a small amount of platinum as a catalyst to divide the hydrogen
into protons and electrons. The latter form an electrical current which
flows to an external circuit. This electrical current is necessary for the
operation of the power plant and the onboard equipment. The protons, in
turn, are conducted through a hydrogen proton exchange membrane in the
fuel cell to a catalytic cathode, where they combine with oxygen in the
air to produce water. Water is necessary for obtaining hydrogen. Such is
the cycle of substances within the bounds of one drone.

Of course, the duration of such a semi-closed cycle is contingent of the
supplies of the basic substance--sodium borohydrate. The expended fuel
cartridges can either be discarded in flight or brought back and
subsequently sent for recharging. In this connection, a special control
system, built into the cartridge, automatically regulates the degree of
the reaction and the rate of hydrogen production.

Representatives of Protonex said that a distinguishing feature of this
fuel-energy system, which is being developed in accordance with the
contract that was awarded by the Pentagon, is the fact that all of the
components used in this system, including the fuel and the residue, are
not toxic and not combustible. Moreover, the system is cost-effective and
that is of no small importance.

In an interview with journalists, Steven Gitlin, the press secretary for
AeroVironment, emphasized: "We see a great potential for our Puma AE UAV,
which is equipped with a system of hydrogen fuel cells. Such a drone can
be used quite effectively for perimeter monitoring (guarding) or for
flying ahead of a ground convoy for an extended period of time."

Moreover, it should be emphasized that AeroVironment, which produces the
Puma AE drones, is making modifications not only for subunits of the U. S.
Army, border services, and the U. S. Air Force, but also for special
operations. It is also making modifications for the U. S. Navy and the U.

S. Coast Guard.

This drone is like an "omnivore". That is reflected in the very name of
the UAV. AE s tands for All- Environment, which means that it can be used
in all conditions. In particular, a modification of the Puma has been
designed for the Navy and the Coast Guard. It is waterproof and,
consequently, it can carry out a safe landing on a water surface. These
UAVs are operated with a hand-held control panel, measuring 15.24
centimeters by 25.40 centimeters, with a screen that measures 10.16
centimeters by 15.24 centimeters (Note: The screen displays video
transmissions from the UAV and has five knobs for directing the UAV and
its onboard electro-optical and infrared cameras.).

Representatives of the U. S. Department of Defense said that it is planned
to complete the first stage of the program, which is aimed at the
development of a UAV, with an increased flight duration and with a
prospective power plant based on hydrogen fuel cells, in 2010-2011. With
positive results of tests, it is planned to accept such UAVs into the
arsenals of the various branches and com bat arms of the Armed Forces of
the United States in the shortest time possible.

The military of other countries are also showing interest in these
prospective developments. It seems that such drones would also be very
useful for the Russian militarized structures. But the trouble is that,
unfortunately, we shamelessly lag behind the West in the sphere of the
development of such fuel cells and air-independent power plants.

(Description of Source: Moscow Voyenno-Promyshlennyy Kuryer Online in
Russian -- Website of the weekly newspaper focusing on military and
defense industrial complex issues published by Almaz Media, a subsidiary
of the defense industrial firm Almaz-Antey -- URL: http://vpk-news.ru/)


# AFG/AFGHANISTAN/SOUTH ASIA

Released on 2012-10-19 08:00 GMT

| | |
|---|---|
| **Email-ID** | 798843 |
| **Date** | 2010-06-15 12:30:05 |
| **From** | dialogbot@smtp.stratfor.com |
| **To** | translations@stratfor.com |

AFG/AFGHANISTAN/SOUTH ASIA

**US Geologists Discover Huge Mineral Deposits Ion Afghanistan** - ITAR-TASS
Monday June 14, 2010 16:00:35 GMT
intervention)

NEW YORK, June 14 (Itar-Tass) -- U.S. geologists and Defence Ministry
specialists have discovered huge mineral deposits in Afghanistan, the

value of which is estimated at almost one trillion U.S. dollars, the New
York Times said on Monday.The newspaper says this will be enough to
"enough to fundamentally alter the Afghan economy and perhaps the Afghan
war itself"."The previously unknown deposits - including huge veins of
iron, copper, cobalt, gold and critical industrial metals like lithium -
are so big and include so many minerals that are essential to modern
industry that Afghanistan could eventually be transformed into one of the
most important mining centres in the world," the newspaper said.It quoted
an internal Pentagon memo as saying that "Afghanistan could become the
'Saudi Arabia of lithium,' a key raw material in the manufacture of
batteries for laptops and BlackBerrys."The value of the newly discovered
mineral deposits "dwarfs the size of Afghanistan's existing war-bedraggled
economy, which is based largely on opium production and narcotics
trafficking as well as aid from the United States and other industrialised
countries", while Afghanistan's gross domestic product is only about 12
billion U.S. dollar, the New York Times writes.Specialists compare the
initially estimated wealth of the newly discovered deposits with that of
Bolivia, which has the biggest lithium deposits in the world.The other
discovered minerals include niobium, which is used in the production of
superconducting steel, as well as some other rare-Earth materials."While
it could take many years to develop a mining industry, the potential is so
great that officials and executives in the industry believe it could
attract heavy investment even before mines are profitable, providing the
possibility of jobs that could distract from generations of war," the
newspaper says.It quoted General David H. Petraeus, Commander of the
United States Central Command, as saying that "there is stunning potential
here.There are a lot of ifs, of course, but I think potentially it is
hugely significant.""This will become the backbone of the Afghan economy,"
Jalil Jumriany, an adviser to the Afghan minister of mines, said.Americans
started geological prospecting in Afghanistan in 2006, using the "old
charts" made by Russian specialists.(Description of Source: Moscow
ITAR-TASS in English -- Main government information agency)


**Russian website says economic interests may prevail in metal-rich
Afghanistan**

Text of report by Russian Gazeta.ru news website, often critical of the
government, on 22 June

[Article by Omar Nessar, 22 Jun; place not given: **"Weighed down by
underground treasures"**; accessed via Gazeta.ru]

After the news about the incredible mineral deposits in Afghanistan, the
United States and NATO countries can reassure their citizens with the
fact that the "Afghan mission" will allow them to "mix business with
pleasure." They are keeping troops in this country not only to fight
terrorism but also to protect their economic interests.

In literally an instant, unstable, war-and poverty-torn Afghanistan went
from being a "bankrupt state" to a potential supplier of strategic
mineral resources to the international market.

Actually, both the Afghans themselves and the world community still have
to get used to this new dimension of Afghanistan.

We recall how Western media reported, citing official Pentagon
documents, that American researchers had discovered in Afghanistan huge
deposits of iron, copper, cobalt, gold, niobium, and lithium.

In the opinion of several observers, the huge mineral deposits located
could transform Afghanistan into the "Saudi Arabia of lithium."

Even before, experts called Afghanistan a country rich in natural
resources. American specialists began talking about this for the first
time back in 2002. However, today's optimistic forecasts regarding
Afghanistan's transformation into a powerful resources player on the
world market for iron, lithium, and copper comes as a surprise for many.

The sensation broke after the dissemination of the results of a joint
study by American geologists and the military.

Exploration for mineral reserves in Afghanistan was conducted using maps
compiled by Soviet specialists, so that there is every reason to talk
about a "Soviet trail" in the geological discoveries of 2010.

Back in the 1960s, Soviet geologists began a wide-scale study of
Afghanistan that lasted until the mid-1980s. In other words, by 1979
Soviet leaders had a pretty clear idea of Afghanistan's raw materials
potential.

After the collapse of the socialist project in Afghanistan, nothing came
of the country's resource potential. People simply forgot about it in
the eddy of civil war and Taleban dictatorship in the 1990s. The Soviet
specialists' maps, which had been moved to safe territory to the north
of Kabul, were discovered in 2006. Since then, they have had a second
life. Relying on Soviet data from the 1960s and 1970s, American
specialists began a multi-year study of Afghan deposits with the help of
Defence Department forces and the Orion P-3 reconnaissance airplane. The
results of this research created a world sensation.

American specialists estimated the total value of the mineral deposits
forecast in Afghanistan at $1 trillion. However, in the opinion of
Wahuidullah Shahrani, Afghanistan's minister of mines and mining
industry, the mineral reserves in the country are estimated at $3
trillion.

Wahuidullah Shahrani called the American specialists' estimates

understated.

Despite the difference of trillions of dollars, the reports about Afghan
mineral deposits have been actively discussed for several days by the
world press and expert community. The nature of this discussion allows
us to talk about how the scandalous joint report by American military
and geologists was intended for the West's broad public, especially the
United States, from the very beginning.

The reaction of Afghan and Western politicians to the geological
sensation was mixed but positive overall. And this is understandable.
The news that a country whose budget today depends almost entirely on
foreign assistance could cease to be not only a "world sponger" but also
become one of the main suppliers of strategic materials for the
international market is truly a miracle.

The appearance in the international news message field about
Afghanistan's geological potential is quite curious given the absence of
visible successes by the United States and NATO in the war with the
Taleban. Meanwhile, the security situation in Afghanistan is not
improving. The expectations that Western and Afghan public opinion
pinned on the peace jirga held in early June have not been vindicated.

Afghan Interior Minister Munir Mangal recently stated that only 11 of
the country's 364 districts have not had terror threats. Moreover, the
Afghan military and NATO representatives predict a rise in violence in
the country's south and east.

Participants in the international "Afghan mission" are losing hope of
success in their fight against the Taleban. Antiwar moods are mounting
in Western countries. A few days ago Poland, one of the United States'
reliable allies in the "Afghan project," stated its intention to
withdraw troops from Afghanistan. And although some experts considered
this statement a campaign move by candidates for the Polish presidency,
it was taken quite seriously by its NATO allies. Before this, Canada,
the Netherlands, and several other participants in the "Afghan mission"
expressed their readiness to withdraw troops from Afghanistan.

Actually, how can we talk about Washington's allies in the North
Atlantic alliance if in 2009 President Barack Obama promised his voters
to start withdrawing American troops from Afghanistan in mid-2011? Right
now the US president is under the pressure of criticism from American
military who feel that Obama needs to renege on his promise.

Apart from the unpopularity of the Afghan war in the eyes of public
opinion, one other problem for Western leaders is the huge cost of the
"Afghan project" connected with waging war against the Taleban and
rendering humanitarian assistance to official Kabul.

The world economic crisis made the Afghan war too expensive an
enterprise even for the rich countries of the European Union.

In the near future, another international conference is supposed to be
held in London, and the main topic will be rendering economic assistance
to Afghanistan. Have no doubt, this discussion will be a serious test of
Atlantic solidarity with respect to meeting obligations for the "Afghan
tax."

Therefore, the news of many billions' worth of mineral deposits in the
depths of Afghanistan could not have come at a better time. Its
replication not only helps ease Western leaders' task of explaining to
their citizens the logic of "Afghan investments" but also gives new
meaning to the Western mission in Afghanistan. Now we can talk about how
the "Afghan mission" allows us to "mix business with pleasure." The
United States and NATO are keeping their troops in Afghanistan not only
to fight terrorism but also to protect their economic interests.

The rise of a "geological dimension" to the Afghan problem may be met
with interest by Russia and Afghanistan's neighbours - Iran, China, and
the Central Asian countries - which are extremely concerned not only
about the spread of terrorism but also by Afghan drug trafficking. By
the way, recently people were speaking in Moscow, at the International
Antinarcotics Forum, about measures for improving Afghanistan's economic
situation as one of the ways to fight the drug threat. The new estimate
of the Afghan raw materials potential creates favourable opportunities
to implement large-scale economic projects in the country. It is obvious
that the income from the mining, processing, and export of natural
resources could easily compensate the Afghans for financial losses from
the drug trade, thereby facilitating the "denarcoticization" of
Afghanistan's economy.

Today, the country's new resource possibilities are advantageous for
official Kabul as well. The escalation of instability going on in the
context of prospects for a possible withdrawal of foreign troops is
forcing the Afghan leadership to search for new methods of influencing
the situation while retaining interest in their country among Western
politicians. And the prospects for transforming Afghanistan into a
"world lithium empire" are good reason for the United States and the
European Union to hang in there indefinitely. To the satisfaction of
President Hamid Karzai, who is being forced to look for support among
neighbouring countries due to his gradual loss of hope for his Western
allies, who in 10 years have not been able to change the situation in
the security sphere or defeat the Taleban. Incidentally, this newly
revealed geopolitical reorientation of the Afghan leader is already
giving rise to perplexity in Washington and the capitals of other
Western ! states.

Actually, so far Hamid Karzai has not shown a desire to actively play

his "lithium trump." Unlike his Minister Wahuidullah Shahrani, who called on foreign countries to invest funds to develop and produce minerals in Afghanistan, Hamid Karzai's reaction to the geological sensation was unexpectedly restrained. Actually, this is understandable. The news blast about Afghanistan's new raw materials prospects immediately made relevant the half-forgotten problem of fighting corruption in Kabul.

Some American experts and politicians have already expressed public doubt as to the Afghan president's ability to deal effectively with the lithium, iron ore, and copper treasures due to the wide-scale corruption in the Afghan government. But to the Afghan president, these kinds of doubts are completely beside the point today.

The author is the director of the Centre for the Study of Modern Afghanistan (TsISA).

Source: Gazeta.ru website, Moscow, in Russian 22 Jun 10

BBC Mon FS1 FsuPol SA1 SAsPol 250610 ak/osc

# BBC Monitoring Alert - AFGHANISTAN

Released on 2013-03-11 00:00 GMT

| | |
|---|---|
| **Email-ID** | 799254 |
| **Date** | 2010-06-15 16:39:07 |
| **From** | marketing@mon.bbc.co.uk |
| **To** | translations@stratfor.com |

BBC Monitoring Alert - AFGHANISTAN

**Afghan ministry says US survey undervalued mineral resources**

Text of report by Afghan independent Tolo TV on 15 June

[Presenter] The Ministry of Mines says Afghan minerals are worth more than was announced by the Pentagon. The ministry asked the international community to help them with extraction and security at the mines. The Pentagon has announced that there are challenges in extracting and benefiting from the mines.

[Correspondent] **While a joint study by the Pentagon and the US geological Survey has estimated the value of minerals in Afghanistan**

**especially iron, gold, copper, lithium and beryllium, at one trillion dollars, the Afghan Ministry of Mines says Afghan mines are worth several times more than the figures published in the report.** The ministry says they will give more details about the report later this week.

[Jawad Omer, Ministry of Mines spokesman, captioned] We need security, modern equipment, proper advice and training for Afghan specialists.

[Correspondent] The Afghan Ministry of Finance says investment on study and extraction of Afghanistan's mines will be the Afghan government's main demands at the Kabul International Conference.

[Aziz Shams, Ministry of Finance spokesman, captioned] Some 35 per cent of Afghanistan's ordinary budget is covered by foreign donations. If we can extract these mines, we will have vast domestic income. It is estimated that we will be able to cover our ordinary budget for several years.

[Correspondent] Some geologists say investment on study and extraction of mines in Afghanistan is important for improving the financial situation and stability in Afghanistan.

[Sayed Bahador Akabar, Afghan geology university teacher, captioned] Unemployment is the main reason behind growing insurgency in Afghanistan. One of the ways we can create jobs is to extract our mines.

[Correspondent] The Afghan government says the exploration of Afghanistan's minerals has been carried out by US geological Survey in conjunction with the Afghan government. According to the report by Pentagon, a long time is required to extract Afghanistan's mines and that most of the mines are located in areas under Taleban control. Afghan government officials say Afghanistan's mineral resources are so vast that they will soon attract international investors' attention. The report says the mineral deposits are scattered throughout Afghanistan. According to the study, most of the minerals are located in the southern, eastern areas of Afghanistan and along the border with Pakistan but there are still question about the manner of extracting these mines and investing in mining industry. Continuing insecurity in Afghanistan, lack of good governance, lack of capacity and illegal extraction of minerals are considered obstacles to extraction at

Afghanistan's mines.</! p>

[Video shows Afghan ministerial spokesmen and university teacher
speaking; archive footage of minerals and vehicles.]

Source: Tolo TV, Kabul, in Dari 1330 gmt 15 Jun 10

BBC Mon SA1 SAsPol ceb/sj

# Afghanistan: The Significance of Mineral Wealth

Released on 2013-03-12 00:00 GMT

| | |
|---|---|
| **Email-ID** | 1324144 |
| **Date** | 2010-06-15 00:16:22 |
| **From** | noreply@stratfor.com |
| **To** | allstratfor@stratfor.com |

Afghanistan: The Significance of Mineral Wealth


**Afghanistan: The Significance of Mineral Wealth**

June 14, 2010 | 2110 GMT
Afghanistan: The Significance of Mineral Wealth
U.S. Geological Survey
Workers taking part in a 2006 U.S. Geological Survey mission in
Afghanistan
Summary

In a June 13 story, The New York Times revived interest in Afghanistan's
potential mineral wealth, which has long been suspected. The country's
mountainous terrain indicates the likelihood of such deposits, and in
2007 the U.S. Geological Survey published a study reporting much of what
is being said in the media today. But the challenges of extracting the
minerals and bringing them to market in an economical and competitive
way remain extraordinarily daunting.

Analysis

The potential for mineral extraction in Afghanistan has generated
immense press in the last few days, following a June 13 New York Times
story on an estimated $1 trillion in mineral deposits believed to exist

in the country and a June 12 statement by U.S. Central Command chief
Gen. David Petraeus characterizing Afghanistan (with caveats, of course)
as having "stunning potential" economically.

Yet much of what is being discussed dates back to two studies done in
2006-07 by the U.S. Geological Survey in conjunction with the U.S.
Agency for International Development and Afghan geologists. The results
of these studies were published in 2007 by the U.S. government, and
their findings have now reportedly been verified by a small,
Pentagon-led team, which will release its report at a conference in
Kabul scheduled for July 20, according to a spokesperson for the French
Foreign Ministry. There also is increasing talk of lithium deposits in
particular, one of the reasons behind the current coverage. Statements
regarding Afghanistan's potential mineral wealth have been made in the
recent past, with Afghan President Hamid Karzai using the $1 trillion
figure at least as early as February of this year and Petraeus using it
when discussing the matter in December 2009.

Afghanistan: The Significance of Mineral Wealth
U.S. Geological Survey
A map from the 2006 U.S. Geological Survey mission in Afghanistan,
including GPS and magnetic base station locations
(click here to enlarge image)

The China Metallurgical Group has already committed $3 billion up front
and $400 million thereafter to secure the rights to the Aynak copper
mining district in Logar province. Verification drillings were done last
year, and a temporary camp is now being prepared, though a massive
railway, power plant and smelting facility remain to be built. The
Hajigak iron-ore deposit also was examined in an area about 100
kilometers west of Kabul, in Bamyan province, but the Chinese pulled out
of the bidding, which was later canceled following a corruption scandal
involving the Chinese company and the Afghan Ministry of Mines during
the Aynak bidding process. The Chinese experience shows that what little
progress is being made in terms of foreign investment in Afghan mining
projects is already slowed by problems relating to poor infrastructure,
awkward logistics, security threats, and corrupt or opaque negotiations.

The potential presence of large mineral deposits in Afghanistan has
never been in doubt - the country's mountainous terrain indicates the
likelihood of such deposits. The challenge is extracting the minerals

and bringing them to market in an economical and competitive way, and
this challenge remains extraordinarily daunting. Afghanistan is an
underdeveloped country with extremely poor infrastructure, including no
rail connection to the outside world (though one is under construction
to Masar-i-Sharif in the north). Though the nature of a mineral deposit
and the economics of its exploitation can vary considerably - even
within a single country - pulling ore out of the ground and moving it a
great distance is a logistically intensive proposition, even with
relatively developed road and rail networks.

Technically, developing sufficient infrastructure in Afghanistan is
possible, but the cost of doing so is almost certain to drive the costs
of mineral investment, extraction and transportation far above what can
be recouped on the global market.

STRATFOR has been focusing and continues to focus on how these reports
came about just in the past week. There is clearly a media blitz now
under way, and it is important to understand why. Over the next few
years there will be little meaningful impact on the ground in
Afghanistan in terms of investing in and developing the country's
minerals. The key question at this point is how Washington will play
this mineral-wealth story to serve its interests in the region,
especially as the United States struggles to break a stalemate in
southwestern Afghanistan and force the Taliban to the negotiating table.
But local mistrust of U.S. intentions may counter any potential benefit
of playing up Afghanistan's economic potential.

From: Stratfor <noreply@stratfor.com>
To: robert.reinfrank@stratfor.com <robert.reinfrank@stratfor.com>
Stratfor logo
**Global Economy: The Geopolitics of Car Batteries**
August 17, 2009 | 1157 GMT
A cutting model of a Toyota Prius hybrid vehicle's battery module on
June 5
TOSHIFUMI KITAMURA/AFP/Getty Images
A cutting model of a Toyota Prius hybrid vehicle's battery module on
June 5
Summary
As hybrid vehicles become more popular, vehicle manufacturers will seek
more sources of lithium to produce car batteries. Lithium is the most
efficient raw material for battery production, but there are only a few
lithium deposits in the world - mostly in South America. As demand for
the mineral grows, those countries with large lithium deposits, such as
Chile, will play a larger role in the global economy.

Analysis

As global concerns about energy security and carbon emissions skyrocket, hybrid vehicles, which combine electric and gasoline power sources, are capturing greater market share and global attention. Incorporating a source of electricity into a car requires a battery - something for which several different raw materials can be used. Lithium is the most efficient raw material used in batteries, but the number of lithium deposits in the world is limited; most are found in South America. As the market for lithium grows, countries with large lithium deposits will become more important to the global economy. Countries with the technology to process lithium and manufacture batteries will also become more significant.

chart - lithium reserves

The current standard material for high-powered rechargeable batteries for hybrid vehicles is nickel metal hydride (NiMH). Australia has the world's largest proven reserves of nickel, but Russia, Canada andIndonesia are the largest producers. With such wide distribution of easily accessed nickel deposits, an interruption in the supply or manufacturing of NiMH for batteries is relatively unlikely. NiMH batteries are quite expensive, but presently they are more cost-effective than the lithium-ion batteries being developed to replace them. For now, NiMH batteries will remain the standard (even the new 2010 Toyota Prius relies on NiMH batteries).

However, lithium-ion batteries will become the standard in the near future. Underpinning this shift is the simple fact that NiMH batteries are heavy and their energy per unit of mass is approximately half that of a lithium-ion battery. Though lithium batteries are effective, the industry has yet to develop a way to mass-produce them at the scale the automobile industry requires. As soon as the manufacturing technology becomes available, every car company in the world will be able to use lithium batteries. Carmakers are ready to shift to the lighter lithium batteries because they would boost vehicle performance.

The Making of a Lithium Battery

Lithium can be obtained in small quantities in the form of lithium chloride (LiCl) from just about anywhere in the world, but concentrated deposits - called salares - are found only in a few places. Salares result when pools of salt water, which contain LiCl, accumulate in basins that lack drainage outlets, allowing the water to gradually evaporate and leave dense layers of salt behind. Underneath the dried salt layer is a layer of brine - groundwater with a high concentration of LiCl in solution. It is this brine that is highly prized as a source of lithium.

For a lithium deposit to be commercially viable, it must have a large amount of lithium that is not contaminated with too much magnesium, and it must be in a location where natural evaporation will concentrate the watery solution where LiCl is normally found. Factors that contribute to increased evaporation include low air pressure found at high altitudes, low precipitation, frequent winds, high temperatures and exposure to solar radiation. Thus, commercial lithium deposits are found along

volcanic belts in the earth's desert regions.
The process of harvesting LiCl exploits the same natural process that
initially created the salt flat - evaporation. Brine is pumped from
beneath the crust into shallow pools on the surface of the salt flat,
where it is left to bake in the sun for about a year. During this
period, the LiCl becomes more concentrated as the brine is reduced by
solar radiation, heat and wind.
To be used in a lithium battery, however, the LiCl must first react with
soda ash to precipitate lithium carbonate (Li2CO3), which can then be
processed into metallic lithium for use in making a battery's cathode.This usually takes place at off-site
chemical processing plants, making
it necessary to transport the lithium by tanker - something that becomes
economically viable only after the lithium solution is sufficiently
concentrated. Thus, the rate at which the water evaporates is quite
important for economical harvesting of lithium, and it also influences
the size (and therefore the environmental footprint) of the solar ponds
required to achieve economic concentrations.
After the lithium is extracted, it must be processed for use in
batteries, and only a few producers have the required capital and
capacity to manufacture lithium batteries. Currently, most companies
that can supply lithium-ion batteries for vehicles are joint ventures
between auto manufacturers and technology firms. Of these, seven are
based in Japan, two are in the United States, two are in Korea and one
is in China. These few producers rely on even fewer suppliers for the
components - primarily the anodes, cathodes, separator and electrolytic
salt - of lithium-ion batteries. The most specialized step in the
process is the production of the electrolytic salt used in lithium-ion
batteries. That salt (lithium hexafluorophosphate) is produced only in
Japan at two complexes, one in Okayama prefecture and the other in Osaka
prefecture.
Lithium's Geopolitical Power
An estimated 70 percent of the world's LiCl deposits are found in South
America. Chile is the world's largest producer of LiCl - not only
because Chile already has highly developed mining, transport and
processing infrastructure, but because its climate and geography are
favorable for the evaporation that is central to producing lithium.
The Salar de Atacama is located in the Atacama Desert, which receives
almost no rainfall and has high winds, low humidity and relatively high
average temperatures. Together, these features make the Salar de Atacama
the second-driest place on earth, after Antarctica.
Argentina has the world's third-largest estimated lithium reserves.
Argentina's Salar de Hombre Muerto's average elevation is nearly twice
that of Salar de Atacama, but what it gains in altitude it sacrifices in
net evaporation. Though its evaporation rate is only about 72 percent of
Atacama's, Salar de Hombre Muerto is still commercially successful
because costs are low and are further offset by the sale of recoverable
byproducts like boric acid.
chart - lithium production
Bolivia produces no lithium, though it is sometimes called "the Saudi

Arabia of lithium" because its still-untapped salares are thought to
contain nearly 50 percent of the world's estimated lithium reserves,
most of which is found within the brines of the vaunted Salar de Uyuni.Attention to Bolivia's reserves
has increased strongly in recent years,
with South Korea, Japan and France showing particularly strong interest
(China is rumored to be interested as well). However, having a resource
does not mean it can be brought to market at a reasonable cost.
Uyuni's higher rainfall and cooler climate means that its evaporation
rate is not even half that of Atacama's. Achieving the necessary
concentrations is further complicated because the lithium in the Uyuni
brine is not very concentrated, and the deposits are spread across a
vast area. Uyuni also has a high ratio of magnesium to lithium within
the brine, which means the magnesium must be removed through an
expensive chemical process. This is something Chile has handled with
relative ease, but Uyuni's deposits have three times the magnesium
concentrations of Atacama's, making investment in Bolivia's deposits
much less economical.
chart - major lithium deposits
Bolivia also lacks established infrastructure, and any serious
investments in Uyuni would require extensive spending upfront on
infrastructure development. Combined with the highly unwelcoming
investment climate in Bolivia, there is no guarantee that the country
will be able to attract the massive investment necessary to develop its
reserves, despite the rise of global interest in lithium. It will be
difficult for the Bolivian government to achieve its goal of becoming a
center of lithium processing. This is not to say that Bolivia could
never be a major lithium producer, but in the short- to medium-term,
Chile will continue to dominate global lithium markets.
Growing Market Share, Growing Importance
Because of the high level of specialization currently required in the
lithium battery market and the limited number of sources for the
materials, the growth and stability of the market depends heavily on a
few manufacturers. In part, this is a result of the high levels of
capital investment needed to develop and supply the batteries at scale.
However, as car manufacturers begin to ramp up production of hybrid
vehicles, the demand for lithium batteries will increase. Higher
production will likely help reduce the cost of each individual battery,
and opportunities for prospective manufacturers will increase.
The shift toward lithium-ion batteries will not be immediate, but
lithium batteries will become more affordable as car manufacturers seek
to increase vehicle performance while reducing gasoline consumption.
This means that Japan's technology centers and Chile's lithium mines
will become increasingly important to the global economy
END OF VOLUME ONE


VOLUME TWO BEGINS WITH SUMMATION OVERVIEWS
CDF-HHJJ- Non Classified as of this date