**Hearing Date and Time: December 13, 2016 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                              :
In re                                         :       Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :       Case No. 16-11700 (SMB)
                                              :
                    Debtors.                  :       (Jointly Administered)
                                              :
-------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 502(C) AND 1129 AND BANKRUPTCY RULES 3018 AND 3021 FOR APPROVAL OF CLAIMS ESTIMATION AND PLAN RESERVE PROCEDURES

**PLEASE TAKE NOTICE** that on November 14, 2016, the Debtors filed the *Debtors'*

*Motion Pursuant to Bankruptcy Code Sections 105, 502(c) and 1129 and Bankruptcy Rules 3018*

*and 3021 for Approval of Claims Estimation and Plan Reserve Procedures* [Docket No. 444]

(the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the response deadline for the Motion was

set as November 28, 2016 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was held on December 1, 2016 at 10:30 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Court has adjourned the Objection to a further hearing (the "Hearing") scheduled for **December 13, 2016 at 10:00 a.m. (prevailing Eastern Time).**

[*Remainder of page intentionally left blank.*]

59898516_3

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the Motion to be heard at the Hearing.

Dated: December 1, 2016
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com
peter.walkingshaw@ropesgray.com

*Counsel to the Debtors*
*and Debtors in Possession*

59898516_3