Hearing Date and Time: December 15, 2016 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                              :

In re                                    :    Chapter 11

Gawker Media LLC, *et al.*,[1]    :    Case No. 16-11700 (SMB)

           Debtors.      :    (Jointly Administered)

------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR GAWKER MEDIA LLC'S OBJECTIONS TO PROOFS OF CLAIM FILED BY GOT NEWS LLC AND CHARLES C. JOHNSON

**PLEASE TAKE NOTICE** that on October 31, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 397] (the "Got News Objection").

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C.*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59898579_3

*Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 396] (the "Johnson Objection" and, together with the Got News Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objections was held on December 1, 2016 at 10:30 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Court has adjourned the Objection to a further hearing (the "Hearing") scheduled for **December 15, 2016 at 10:00 a.m. (prevailing Eastern Time).**

[*Remainder of page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the Objections to be heard at the Hearing.

Dated: December 1, 2016        /s/ *Gregg M. Galardi*
       New York, New York       ROPES & GRAY LLP
                                Gregg M. Galardi
                                D. Ross Martin
                                Jonathan M. Agudelo
                                Peter Walkingshaw (admitted *pro hac vice*)
                                1211 Avenue of the Americas
                                New York, NY 10036-8704
                                Telephone:  (212) 596-9000
                                Facsimile:   (212) 596-9090
                                gregg.galardi@ropesgray.com
                                ross.martin@ropesgray.com
                                jonathan.agudelo@ropesgray.com
                                peter.walkingshaw@ropesgray.com

                                *Counsel to the Debtors*
                                *and Debtors in Possession*