## **Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
: 
In re                                                            :        Chapter 11
: 
Gawker Media LLC, *et al.*,[1]                      :        Case No. 16-11700 (SMB)
: 
           Debtors.              :        (Jointly Administered)
: 
-------------------------------------------------------x

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION**
**TO SHORTEN THE NOTICE PERIOD WITH RESPECT**
**TO THE DEBTORS' MOTION FOR ENTRY OF A SECOND**
**ORDER EXTENDING EXCLUSIVE PERIODS TO FILE**
**CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**
**PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion to Shorten")[2] of Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. (f/k/a Kinja Kft.) ("Gawker Hungary"), debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order scheduling an expedited hearing and shortening the notice period with respect to the Second Exclusivity Motion; and it appearing that an order is necessary to expedite consideration of the relief requested in the Second Exclusivity Motion and such expedited consideration is beneficial to the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

    1.     The Motion to Shorten is granted to the extent set forth herein.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft (f/k/a Kinja Kft.) (5056). Each Debtor's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used but otherwise not defined herein have the meanings set forth in the Motion to Shorten.

1

2.      The relief requested in the Second Exclusivity Motion will be considered at the hearing (the "Hearing") scheduled before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court") on **December 15, 2016 at 10:00 a.m. (prevailing Eastern Time)**.

3.      Responses or objections to the Second Exclusivity Motion shall be in writing, shall conform to the Bankruptcy Rules, and the Local Rules, shall be filed with the Bankruptcy Court, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy delivered directly to chambers and served so as to be actually received no later than **December 12, 2016 at 4:00 p.m. (prevailing Eastern Time)** for objections and **December 14, 2016 at 12:00 noon (prevailing Eastern Time)** for a reply upon the following parties: (i) the Debtors, Attn. William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Avenue, New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (vii) counsel to US VC Partners LP, Latham & Watkins LLP, 330 North

Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); (viii) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); and (ix) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002.

4.  Notice of the Hearing shall be provided by sending a copy of this Order and the Second Exclusivity Motion in conformity with the Case Management Order via personal delivery, e-mail, or overnight mail within one day of entry of this Order. Service of the Second Exclusivity Motion and this Order on the Master Service List and 2002 List (as defined in the Case Management Order) shall be deemed sufficient under the circumstances.

5.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2016
      New York, New York

                         HONORABLE STUART M. BERNSTEIN
                         UNITED STATES BANKRUPTCY JUDGE