

**16-11700 Fw: GAWKER LAWSUIT - Valuation of Gawker Assets - Part 1A**

**Chantel Barrett**  to: nysbml_caseadmin                                12/02/2016 07:51 AM

Please file the email and all attachments.

From:     XP VEHICLES <legal@xpvehicles.com>
To:       bernstein.chambers@nysb.uscourts.gov
Date:     12/01/2016 03:32 PM
Subject:  GAWKER LAWSUIT - Valuation of Gawker Assets - Part 1A

Valuation of Gawker Assets – Part 1

Dec. 1, 2016

Gregg-

Maybe you could help us get equitable legal representation so we don't have to keep sending you so many "plain speaking" communications. In order to protect our rights, we are trying to match the volumes of text and detail provided by the other creditors lawyers, part of which (but not all of which...yet) has now been shared with us. The other guys are really digging up some pretty bad stuff on old Gawker.

We believe Judge Bernstein's staff have now received all 22 of our communications to the Judge and Prime Clerk via his email at:

bernstein.chambers@nysb.uscourts.gov

Is that correct? Have all of our concerns and interests been properly documented in Court records?

As you know, our position is that Gawker Media is a front for a criminal organization designed to gather government funds for "unjust rewards" (per the U.S. Treasury) for the bank accounts of public policy officials and their Silicon Valley financiers. The crimes particularly involve manipulating public policy decisions and voter perceptions in order to effect those goals while attacking reporters and citizens who uncover those crimes.

You and the Judge's staff were recently provided, by us and others, with a number of government documents proving that the criminals sought a minimum of *"one trillion dollars"* and up to *"several times that amount"* in profits according to certified communications via public officials, Embassy, CIA, FBI and other high-credibility sources. Everyone is aware that criminals looking for *"trillions of dollars"* of crime loot regularly engage in the kinds of suspected murders, bribery and other ills that are suspected in the actions of the described Cartel.

One can also assume that a crime operation of that scale will go to great lengths to hide assets. Let us help you, and the other creditors, with that.

The attached document is provided to help everyone begin to understand the true scope of the Gawker assets. We maintain that every creditor can receive full compensation, including us, if a REAL, ACCURATE, FBI-CLASS FORENSIC analysis of every Gawker employee, "consultant", client and handler is properly conducted.

First, let's examine the IP assets, per the attached.

XP

bcc: the usual suspects  overview-of-intangible-asset-valuation.pdf  autumn_2012_9.pdf

FORENSIC ASSET CALCULATIONS FOR INTELLECTUAL AND INTANGIBLE ASSETS.pdf