

**16-11700 Fw: GAWKER LAWSUIT - Confirmation**
**Chantel Barrett**   to: nysbml_caseadmin                                    12/02/2016 08:20 AM

Please file the email and all attachments.

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/01/2016 05:53 PM |
| Subject: | Re: GAWKER LAWSUIT - Confirmation |

```
Hey Gang-

The Judge's office just sent us the attached confirmation that they, at
least, have the attached on file for our case. That isn't everything we
submitted and we will try to get the missing parts caught up ASAP.

We are getting quite a few inquiries from all you folks about who the
"Cartel Members Are?"

No problem. Attached is a list of the key suspected members of the
referenced Cartel as law enforcement, journalists and Congressional
staff have advised us. In a cross link search on XKEYSCORE and FBI DB's,
they all connect via beneficiary actions, unjust rewards, stock
transactions, off-shore accounts, PACS, FEC docs, appointee nomination
dockets, covert trusts and shells, Panama Paper/ICIJ/Sony/HSBC, etc.
leak docs and all of the usual forensic backgrounding. They probably
don't run around wearing hooded robes and having secret handshakes but
they are a CARTEL and a RICO-violating group of closely coordinating
individuals who did everything that investigators have charged.

Has DOJ started getting that Special Prosecutor lined up yet?

The opposition counsel seems to still be engaging in their usual
disinformation, obfuscation, fact-twisting, character assassination
dismissive pejorative. If anybody has a specific "nay say" or anti-XP
comment, or charge, just email it to us in "plain speaking" non lawyerly
language . We will respond with an exemplary response of documented hard
facts, witnesses and law enforcement references that will make any jury
say that we are the "good guys" and the opposition are the very, very
"bad guys".

We will continue to write in "plain speaking language" until somebody
can cough up a big law firm or the big legal financing for us. PLUS:
everybody now knows, that every Cisco and Juniper network router can be
hacked into by the Chinese, Russians or Nick Denton with two or three
mouse clicks. This means that if any of you have even a single Cisco or
Juniper Networks device touching your network, the hackers can run
around in every file you have. (Seriously guys, throw those hardware
items away. They are a massive risk) Thus we expect Wikileaks to be
blasting all this Gawker stuff all over the planet soon enough. If that
happens, we want this to be fun and readable for any member of the public.

Best.

XP
```



M126116983220-rep-0112023024.pdf  KNOWN SUSPECTS.pdf