**SUSPECTS**

**3.5 Update**

**According to Senate Investigators, over 40 companies and 190+ victims, journalists and private investigators:**

**Existing Case Files and Backgrounders Have Been Developed On Each Of The Following.**

**Criminal and/or Illicit Activities Evidence Exists In High Volume on Each.**

**Hacks, leaks, whistle-blower, ex-employee, journalist, law enforcement and case evidence against each is substantial. This "Who's Who" of corporate bad guys caused hundreds of billions of dollars of damages to the Plaintiffs and the U.S. taxpayers.**

**Law firms are free to pick-and-choose, from this opportunity set, for complaint filings:**

- **Steven Chu** – Secretary of Energy **(Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress. Under ongoing investigation)**

- **Lachlan Seward** – Manager to Steven Chu **(Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress)**

- **Rahm Emanual** – White House strong-arm **(Sent packing/fired/forced to resign and his Chicago finance head was indicted for Corruption)(he is now under investigation)**

- **Robert Gibbs** – White House press secretary **(Sent packing/fired/forced to resign)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **David Axelrod –** White House strategist **(Sent packing/fired/forced to resign)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Larry Summers** – White House finance head **(Fired)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Bill Daley** – White House strong-arm **(Sent packing/fired/forced to resign)(he is now under investigation)**

- **Steve Rattner**– White House Car Deals Director working in the West Wing and then with In-Q-Tel **(Fired- Indicted in NY State for SEC Fraud/Corruption)(he is now under investigation)**

- **Wilson Sonsini Goodrich and Rosatti** – The Silicon Valley "law-firm of Crooks and Technology Criminals" **(Under investigation)**

- **Jay Carney** – White House press lead **(Forced to resign)**

- **David Plouffe** – White House money packager. Arranged deals between VC campaign Donors **(Forced to Resign. Under investigation)**

- **Eric Holder** – Attorney General- DOJ **(Forced to resign) (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up)**

- **Larry Page –** Owner- Google **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Eric Schmidt** – Owner- Google **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **David Drummond** - Lawyer - Google

- **John Doerr** – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Steve Westly** – Campaign Bundler **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Richard Blum** – Senator Feinsteins Husband **(He is now under investigation. Has had contracts interdicted by Congressional action)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Ray Lane** – VC **(Charged with Federal Tax Fraud)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Elon Musk** – CEO – Tesla **(He is now under investigation & in multiple lawsuits for fraud) (accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Andy Bechtolsheim** – VC- Insider campaign backer **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Vinod Khosla** – VC Campaign backer **(He is now under investigation and in multiple lawsuits)(accused of political bribery and kickbacks; tax evasion, and more…Exposed in 60 Minutes and CNN news coverage)**

- **Martin LaGod** – VC Campaign backer and lithium mining exploiter and war profiteer **(He is now under investigation)(assets, investments and stock portfolio tracked and targeted)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Ira Ehrenpreis** – VC Campaign backer **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Eric Strickland –** Head of Auto Safety agency under DOT **(Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about)**

- **Tom Perkins –** VC Campaign backer **(He is now under investigation, slammed by public and media)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **In-Q-Tel, Inc.** – CIA off-shoot associated with Eric Schmidt, Google, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters **(Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking)**

- **Tim Draper** – VC Campaign backer **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Lloyd Craig Blankfein** – Head of Goldman Sachs and liaison in almost every single CleanTech company scam**(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

- **Raj Gupta** – McKinsey Fixer **(Indicted, Jailed)(he is now under investigation)**

- **Brian Goncher** – Deloitte VC intermediary **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Goldman Sachs** – Financial packager **(Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)**

- **Kleiner Perkins** – Campaign funding VC who **(Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under investigation. All assets being tracked and terminated.)**

- **Draper - Fisher** – VC firm **(Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)**

- **Google, Inc. –** Data harvesting company**(Ran media attacks, stock market pump and dump PR hype and character assassinations)(accused of political bribery and kickbacks; tax evasion, and more…) (charged by EU, and most nations, with multiple abuses of the public. Has totally lost the trust of the public. Revenue loss increasing geometrically.)**

- **Mckinsey Consulting** – Government services contractor **(Supplied DOE manipulation staff, manipulated white-papers to Congress and lobbying manipulation for the scam)**

- **Dianne Feinstein** – Senator **(He is now under investigation) Wife of Silicon Valley Cartel Member Richard Blum(accused of political bribery and kickbacks; tax evasion, and more…)**

- **Harry Reid** – Senator- Solar factory guru, Congress lead **(Accused of political bribery and kickbacks; tax evasion, and more…Forced out of Congress in shame)**

- **Senator Calderone** – Senator **(Indicted & charged with corruption)**

- **Leland Yee** – Senator **(Indicted & charged with corruption)**

- **Arnold Schwarzenegger** – Governor **(Accused of political bribery and kickbacks; tax evasion, illicit deal organization with Russians and more…)**

- **Lois Lerner** – IRS head charged with running political hit-jobs **(Sent packing/fired/forced to resign)(She is now under investigation. Shamed in news media)**

- **James Brown Jr** – HHS Programming lead in California **(Arrested for corruption)**

- **Gawker Media & Nick Denton** – Character assassination service provider **(Sued multiple times, under federal investigation for tax evasion)**

- **Daniel Cohen** – DOE Legal counsel **(Sent packing/fired/forced to resign)**

- **Perkins Coi** – Law firm who sold lobby manipulation services **(Under federal investigation)**

- **Jonathan Silver** – DOE VC **(Sent packing/fired/forced to resign)(he is now under investigation. Shamed in media for epic failures)**

- **Bill Lockyer** – Calif State finance head **(Under investigation and charged with corruption by media. Assets and ownerships under investigation)**

- **Steve Jurvetson** – VC who manipulated Senate staff for Tesla cash **(Under investigation. All assets being tracked and terminated.)**

- **Matt Rogers** – Mckinsey corruption operator reporting to Steven Chu **(Under investigation. All assets being tracked and terminated.)**

- **Steve Spinner** – Mckinsey corruption operator reporting to Steven Chu with secret connection inside Solyndra **(Under investigation. All assets being tracked and terminated.)**

- **Allison Spinner** – Wife of Steve Spinner and lawyer at WSGR and Solyndra who helped Feinstein rig the Solyndra cash (**(Under investigation. All assets being tracked and terminated.)**

- Other Potential Defendants exist including State And Federal Agencies and their executives. The assets, bank accounts and high recovery values of the above targets are known and documented, though. The evidence and subpoena-capable reinforcement of that evidence is substantial in the above list.