PROOF THAT GOOGLE AND THE SILICON VALLEY CARTEL DEFRAUDED THE U.S. GOVERNMENT AND TAXPAYERS:

First, take a look at the bill from Google, below:

Next, consider this: This bill, and tens of thousands of other Google documents, now leaked, prove that each click, view, video and impression provided by Google has a monetary value.

Then, realize that Google provided over 6 billion of these valuable items MANY, MANY times to both Barack Obama and Hillary Clinton.

Here is the shocker: *Google, as proven by Google's own records, provided billions of dollars of campaign financing, in services, that it never reported.*

*This is a felony violation of FEC laws!*

When confronted with this fact, Google says that this election marketing was paid for but that would still put the customers, and Google, in felony violation of FEC campaign contribution limits. In fact, Google's own financial records now prove that the manipulations by Google were political quid-pro-quo.

In fact, Google's own records prove that the media, news and search engine bias rigging that Google provided was compensated to Google, Elon Musk and the Silicon Valley Cartel with direct quid-pro-quo crony payola in government contracts, tax evasion non-regulation, free NASA resources and DOE cash to Musk (Larry Page's special friend) and other payola.

Page 1 of 1

# Google

## Invoice

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043
USA
Federal Tax ID: 77-0493581

**Bill to**
John Price
Gawker Media LLC
210 Elizabeth Street
4th Floor
New York, NY 10012
United States

**Details**
| | |
|---|---|
| Invoice number: | 3361440490 |
| Due date: | Aug 30, 2016 |
| Issue date: | Jul 31, 2016 |
| Payment terms: | Net 30 |
| Billing ID: | 2015-2441-6653 |
| Billing Account Number: | 1014-4696-2407-2922 |

**DFP**
Account: XFP
Order name: 4246

Jul 1, 2016 - Jul 31, 2016
Account ID: 4246

| Description | Rate | Billable Units | Amount ($) |
|---|---|---|---|
| AdServing: Standard | 0.0380 CPM | 1,729,601,374 Impressions | 65,724.85 |
| AdServing: Vast Video 3rd Party Hosted | 0.1500 CPM | 8,630,308 Impressions | 1,294.54 |
| AdServing: Vast Redirect with Linear | 0.1500 CPM | 9,008,077 Impressions | 1,351.21 |
| AdServing: DFP Audience First Party Segments | 0.1000 CPM | 35,141,256 Impressions | 3,514.12 |
| AdServing: DFP Audience Third Party Segments | -- | -- | 693.90 |
| | | Subtotal in USD: | 72,578.62 |
| | | Tax (0%): | 0.00 |
| | | Amount due in USD: | 72,578.62 |

---

| Bill to: | Gawker Media LLC | Amount due in USD: | $72,578.62 |
|---|---|---|---|
| Billing ID: | 2015-2441-6653 | Due date: | Aug 30, 2016 |
| Invoice number: | 3361440490 | | |

Invoice number must be provided together with payment.
If you are paying for multiple invoices, please provide all invoice numbers in full and separated by " / " with a space before and after.

**To pay by wire transfer, send to:**
Account holder name:
Bank: Wells Fargo Bank, Palo Alto, CA
94321-0150
ABA #: 121000248
Account #: 4121100648

**To pay by check, mail to:**
Google Inc.
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
USA

For questions about this invoice please email collections-us@google.com