Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court For The Southern District of New York


Jan 2, 2016

RE: Gawker Case # 16-11700 (SMB)

Your Honor:

Can we discuss the **"Elephant in the Room"?** We see from other Creditors that this case has moved beyond the Downton Abbey phase of *"...Shhhh, we mustn't discuss such things.."*

This case is about: **"The Obama White House Vs. Competitors Of the Financiers of the Obama White House"**

White House Staff, The Debbie Wasserman DNC, and the Cartel that Eric Schmidt, John Doerr, Elon Musk, and Larry Page operate are all the same entity. Nick Denton and Gawker Media are their bitch and operate as their attack dog. In this case, Gawker is a proxy for Barack Obama and Eric Schmidt. That may sound "Conspiratorial" but that fact is that it WAS a conspiracy and over 200 million voters concur.

The court cannot ignore the FBI, GAO, OPM-proven fact that over 500 Google stock-holding or incentive holding staff run the White House, The Patent Office and other parts of the government infrastructure. It is as close to an overt Coup D'Etat as anyone has seen according to senior FBI staff.

One of the attorneys for another Creditor told us: *"...look, you have over 40 law firms getting paid millions of dollars in this case to shut XP down and each one is fighting for a piece of the pie. They want to cut you out of your piece of the pie. You, XP, have not a single person fighting for your rights in this case. Same of these other firms are faking up billings and just here to ratchet fees. You have a 40:1 disadvantage..."*

If that is true, then we are placed in a massively unfair position. We asked DOJ to help us get a lawyer and DOJ sent us to their partnership at LSC.Gov who sent us to their associate BayLegal who says they have been told to say that *"..our case is too complex for them.."* The fact is that our case is embarrassing to the current White House (who will be gone in a few weeks). This, and our other cases, will run far into the new Administration and all of the old cover-ups will be dissolved. Keeping us out of the Justice System is, truthfully, going to destroy everybody who keeps trying to do it. Your honor, what can you do to help us have fair equity and Constitutional fairness in this case? Our rights to counsel and legal support are being denied at every turn because Gawker's White House and Silicon Valley bosses say to jam it up.

Past partners from Brobeck, current staff at Morrison Forester, Wilson Sonsini and other firms tell us we have been "Black-listed by White House staffers and Google insiders using the cash and power that they command. Law-firms and legal groups have been told not to take our case or Google and DNC contracts worth billions of dollars will not be offered to them. The Silicon Valley Cartel has a contract with almost every major tech law firm and actually has that ability to threaten the loss of future work.

What are we to do to receive our Constitutionally and socially guaranteed fair legal process?

The other part of the elephant in the room is that this Gawker business is part of a much larger case, as the submitted, evidence has already proven beyond any doubt.

You can see that Gawker/Ropes are freaking out and trying to move dates around and get our evidence hidden and deleted but the joke is, again, on them. The 42 part evidence set has been in development for years by over a thousand people in and out of law enforcement. Part of our Team invented Bittorrent and over a thousand copies of the evidence set have been sprayed around the globe as torrents that look like parts of Excel files, Word files, etc. It is much more than a "deadman's switch".

The copies and sets will assemble on command by a number of major journalists or release globally if we get killed or attacked even more then we already have been. Don't worry, Ropes and Grey and the entire resources of the CIA can't delete them. We have built evidence documentation technologies which no force on Earth can delete or deploy cover-ups against. We have actually bet hackers and 3-letter agency people $1M of our Gawker recovery that they can't delete even a single test evidence set. It's a pretty tough system. Ropes and Gray should not waste time trying to get evidence files hidden. Anything they attack will get replaced with ten times as many copies and the system auto-replicates. There is a reason our team members hold over 100 patents all together.

Speaking of the CIA: The CIA, FBI, DIA, NSA and Pentagon guys carry guns. People who carry guns are not Democrats. Most of the people in the 3 letter agencies and the Pentagon are on our side because we support arresting and terminating criminals. We already handed every 3 letter agency all of the evidence for the bigger case so we have no issues with any 3-letter agency. Mostly; they help us.

To be clear: **"XP"** is a car company comprised of over a thousand top former Detroit and Aerospace engineers. It is on stand-by while we clean-up Washington and Sacramento. It is 50% DNC and 50% GOP.  **"XP Task Force"** is an alliance of victims of these crimes, reporters, cops, spies, citizen journalists and voters developing the **"CleanTech Crash Case"** (As featured on 60 Minutes and other documentaries). XP Task Force reports to Congress and Law Enforcement. The Task Force uses the WIKIPEDIA type document production process to collaboratively research and author many items via peer-to-peer law enforcement systems. **"Code Red"** is an investigation and research contractor with specialists that have a particular set of skills. "**XP Engineering"** is an engineering services contractor. We hope that clears up any confusion.

The bigger case here is the attempted 7 trillion dollar government embezzlement scam around the lithium and rare earth mining deals with electric cars and solar panels that Silicon Valley schemed up and the associated stock frauds, internet news coverage and perception rigging and payola. Obviously that crime DID happen because there are tens of thousands of news stories about it. The Gawker portion is a small part of it but it is the part that personally attempted to kill our people, their families futures, brands, civil rights and American jobs. Not sure if you have a family, your honor, but what would you do if someone tried to kill you and your family and law enforcement and Congress confirmed who the bad guys were?

Ropes and Grey is trying to scam the Court into thinking this is about one article in 2011. It is not. It is about multiple articles, movies, phone calls, letters, faxes, rigged internet servers and more; running right up to today and operated by Gawker Media and it's associates.

After asking in writing to get a place in this case for over 7 months. Today we finally got the first FedEx from anybody involved in this case. It was nice to receive the Agenda for the Dec. 1, 2016

hearing via FEDEX on Dec. 2, 2016. Maybe we could get the notices a little earlier or, at least, before things happen. Also, since we are in pro per at this time in this case and have not yet been allowed to acquire a contingency fee or deferral lawyer because we have been blockaded from that right, can someone from your court advise us as non-lawyer citizens?

Lot's of us are pretty good at busting criminals. Gawker attacked us and took some of our lives because we help bust criminals. Obviously, in the long run, that isn't going to work out well for them. Some of our friends at the FBI worked decades to bust Whitey Bulger. We will not give up!

We had our money taken away by Gawker and The Attacks but they will never take our cleverness, our journalists, our news networks, our determination, our motivation, our position on the "side of the angels" , our 200 million plus voters and our technology resources. This will never, ever, ever end until we get justice. We want to be exceptionally clear about that. The law enforcement part of us ALWAYS GET OUR MAN!

Your honor, please help us get proper legal equity in this case so we can all get back to doing productive things. The court system does not need to hear about this for the next decades. We have cars that America needs and Congress (Who funded us in the Iraq War Bill and via other support) wants us to spend our time building products and creating jobs for American workers.

We can and will eviscerate the bad guys in this thing without breaking a single law and WITH the help of law enforcement, but, that is really supposed to be other people's jobs.

Please find a way to help us receive justice system equity here.

Thank you, for any consideration you or your staff can provide.

XP Task Force Members


bcc: Gawker Case Lawyers and Creditors, FBI, GAO, FTC, Trump Administration, J. Sessions,