UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

In re                                           Chapter 11
                                                Case No.: 16-11700 (SMB)

Gawker Media LLC, *et. al.,*[i]                 (Jointly Administered)

        Debtors.
-------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David Marburger, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein, to represent Albert James Daulerio (aka A.J. Daulerio), who has asserted proofs of claims against the Debtors in the above-referenced case.

*I certify that I am a member in good standing* of the bars in the States of Ohio and Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

|  |  |
|---|---|
| Dated: <u>December 5, 2016</u><br>New York, New York | /s/ David Marburger<br>Marburger Law LLC<br>14650 Detroit Avenue, Suite 450<br>Cleveland, Ohio 44107<br>E: david@marburger-law.com<br>T: 216.930.0500 |

---

[i] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft (f/k/a Kinja Kft) (5065). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.