**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------- x

In re

Gawker Media LLC, *et. al.*,

          Debtors.
-------------------------------------------------- x

Chapter 11
Case No.: 16-11700 (SMB)

(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David Marburger, to be admitted, *pro hac vice*, to represent Albert James Daulerio (aka A.J. Daulerio), holder of proofs of claim in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Ohio and Pennsylvania, it is hereby,

**ORDERED**, that David Marburger, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent Daulerio, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE