RANDAZZA LEGAL GROUP, PLLC
Jay M. Wolman
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

*Attorney for Claimants,*
*Charles C. Johnson and Got News LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| GAWKER MEDIA LLC, | : |
| | : Case No.: 16-11700 (SMB) |
| Debtors. | : |
----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Jay M. Wolman, declare:

1. I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am an attorney licensed to practice in the State of New York and before the Bar of this Court.

3. I am attorney of record for Claimants Charles C. Johnson and Got News LLC (collectively, "Claimants") in this matter.

4. On December 5, 2016, at my direction and under my supervision, an employee of Randazza Legal Group, PLLC caused true and correct copies of a <u>General Objection of Claimants Charles C. Johnson and Got News LLC to Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media, LLC, and Gawker Hungary KFT</u> (DE 540) to be served via CM/ECF and to be served by the method indicated below upon:

   a. Hon. Stuart M. Bernstein, pursuant to Local Bankruptcy Rule 9028-1 (via courier);

  b. the Debtors, Gawker Media LLC, c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022 (wholden@opportune.com) (via email);

  c. counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com) (via email);

  d. the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit (greg.zipes@usdoj.gov; susan.arbeit@usdoj.gov) (via email & U.S. Mail);

  e. the Internal Revenue Service, Attn: Centralized Insolvency Operation, 2970 Market Street, Philadelphia, PA 19104 (mimi.m.wong@irscounsel.treas.gov) (via email);

  f. the United States Attorney's Office for the Southern District of New York, Attn: Bankruptcy Division, 86 Chambers Street, 3rd Floor, New York, NY 10007 (david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; carina.schoenberger@usdoj.gov) (via email);

  g. counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com) (via email);

  h. counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, at both 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) and 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com) (via email);

  i. counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com) (via email); and

  j. parties that have requested notice pursuant to Bankruptcy Rule 2002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of December 2016.

/s/ Jay M. Wolman
Jay M. Wolman