SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                  :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------x

**FIFTH MONTHLY STATEMENT OF**
**SIMPSON THACHER & BARTLETT LLP FOR**
**FEES FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. King Kft.'s offices are located at Andrassy ut. 66 1062 Budapest, Hungary.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **November 1, 2016 through and including November 30, 2016** |
| **Fees Incurred:** | **$141,986.00** |
| **Expenses Incurred:** | **$17,873.93** |
| **Total Fees and Expenses Due:** | **$159,859.93** |

**This is a Monthly Fee Statement.**

## SUMMARY

1.      Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Monthly Statement**") for the period from November 1, 2016 through and including November 30, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests: (a) interim allowance and payment of compensation in the amount of $113,588.80 (80% of $141,986.00) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher, and (b) reimbursement of actual and necessary costs and expenses in the amount of $17,873.93 incurred by Simpson Thacher during the Compensation Period.

### FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

2.      **Exhibit** A sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners and counsel is approximately $1,187.84 and associates is approximately $525.57.

3.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5.      **Exhibit D** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

6.      **Exhibit E** sets forth a complete itemization of expenses incurred by Simpson Thacher in connection with services rendered to the Committee during the Compensation Period for which Simpson Thacher seeks reimbursement.

## NOTICE

7.      Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: December 5, 2016
      New York, New York

                Respectfully submitted,

                SIMPSON THACHER & BARTLETT LLP

                By:    */s/ Sandeep Qusba*
                      Sandeep Qusba
                      William T. Russell, Jr.

                      425 Lexington Avenue
                      New York, New York 10017-3954
                      Telephone: (212) 455-2000
                      Facsimile: (212) 455-2502
                      E-mail: squsba@stblaw.com
                      E-mail: wrussell@stblaw.com

**<u>EXHIBIT A</u>**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Jeffrey E. Baldwin | Associate | Litigation | 2009 | 995.00 | 1.50 | 1,492.50 |
| Julia E. Heald | Associate | Litigation | 2016 | 585.00 | 5.40 | 3,159.00 |
| Veronica R. Jordan-Davis | Associate | Litigation | 2016 | 585.00 | 4.80 | 2,808.00 |
| Jonathan E. Endean | Associate | Corporate | NA | 485.00 | 32.30 | 15,665.50 |
| Mariavictoria Padua | Law Clerk | Litigation | NA | 170.00 | 1.00 | 170.00 |
| Allison Greenberg | Managing Clerk | Litigation | NA | 170.00 | 0.20 | 34.00 |
| Casey Duncan | Managing Clerk | Litigation | NA | 170.00 | 0.30 | 51.00 |
| Morris Massel | Counsel | Corporate | 2000 | 1,030.00 | 44.55 | 45,886.50 |
| William T. Russell Jr | Partner | Litigation | 1991 | 1,315.00 | 33.50 | 44,052.50 |
| Sandy Qusba | Partner | Corporate | 1994 | 1,315.00 | 21.80 | 28,667.00 |

## EXHIBIT B

### Task Code Summary

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | | | |
| 002724-0004 | BUDGETING (CASE) | 0.70 | 721.00 |
| 002724-0006 | CASE ADMINISTRATION | 12.70 | 6,668.50 |
| 002724-0007 | CLAIMS ADMINISTRATION AND OBJECTIONS | 30.00 | 33,126.50 |
| 002724-0009 | EMPLOYEE BENEFITS AND PENSIONS | 0.20 | 199.00 |
| 002724-0010 | EMPLOYMENT AND FEE APPLICATIONS | 41.30 | 37,329.50 |
| 002724-0011 | EMPLOYMENT AND FEE APPLICATION OBJECTIONS | 4.30 | 2,360.50 |
| 002724-0014 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 10.30 | 10,595.50 |
| 002724-0015 | NON-WORKING TRAVEL | 0.35 | 360.50 |
| 002724-0016 | PLAN AND DISCLOSURE STATEMENT | 32.60 | 39,791.50 |
| 002724-0018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.30 | 1,709.50 |
| 002724-0022 | INTELLECTUAL PROPERTY ISSUES | 4.80 | 2,808.00 |
| 002724-0023 | INTERCOMPANY ISSUES | 2.90 | 1,406.50 |
| 002724-0025 | NON-STB FEE APPLICATIONS | 3.60 | 4,515.00 |
| 002724-0027 | EXECUTORY LEASES AND CONTRACTS | 0.30 | 394.50 |

## **EXHIBIT C**

### **Disbursement Summary**

| EXPENSES | AMOUNTS |
|---|---|
| ONLINE RESEARCH | 17,475.21 |
| PACER | 62.50 |
| DOCUMENT RETRIEVAL | 109.22 |
| COLOR COPIES | 210.50 |
| COPIES | 16.50 |
| TOTAL | 17,873.93 |

**EXHIBIT D**

**Time Detail**

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0004   BUDGETING (CASE)**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| MASSEL, M | 11/29/16 | Preparing budget. | 0.70 | 721.00 |
| | | MATTER TOTAL | 0.70 | 721.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0006   CASE ADMINISTRATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| HEALD, J. E. | 11/01/16 | Review docket and update case calendar | 0.40 | 234.00 |
| HEALD, J. E. | 11/03/16 | Review docket and update case calendar | 0.20 | 117.00 |
| HEALD, J. E. | 11/08/16 | Review docket and update case calendar | 0.30 | 175.50 |
| MASSEL, M | 11/09/16 | Attn to case management detail & calendar. | 0.20 | 206.00 |
| HEALD, J. E. | 11/10/16 | Review docket, update case calendar | 0.30 | 175.50 |
| HEALD, J. E. | 11/14/16 | Review docket and update case calendar | 0.20 | 117.00 |
| HEALD, J. E. | 11/15/16 | Review docket and update case calendar | 0.20 | 117.00 |
| HEALD, J. E. | 11/17/16 | Review docket and update case calendar | 0.40 | 234.00 |
| ENDEAN, J. E. | 11/18/16 | Rev. proofs of claims and claims objections | 2.00 | 970.00 |
| HEALD, J. E. | 11/18/16 | Review docket and update case calendar | 0.10 | 58.50 |
| HEALD, J. E. | 11/21/16 | Review docket and update case calendar | 0.40 | 234.00 |
| ENDEAN, J. E. | 11/22/16 | T/cs w/ J. Myers & J. Heald re: hearing date | 0.10 | 48.50 |
| HEALD, J. E. | 11/22/16 | Update case calendar | 0.30 | 175.50 |
| ENDEAN, J. E. | 11/28/16 | Prepared binder of documents for 12/1 hearing | 2.80 | 1,358.00 |
| HEALD, J. E. | 11/28/16 | Update case calendar, coordinate call schedule | 0.40 | 234.00 |
| ENDEAN, J. E. | 11/29/16 | Prepared binder of documents for 12/1 hearing | 3.10 | 1,503.50 |
| ENDEAN, J. E. | 11/30/16 | Rev. filings and prep. binders for 12/1 hrg | 0.50 | 242.50 |
| HEALD, J. E. | 11/30/16 | Review docket and update case calendar, coordinate committee call | 0.80 | 468.00 |
| | | MATTER TOTAL | 12.70 | 6,668.50 |

2

CLIENT: 002724 UNSECURED CREDITORS COMMI

MATTER: 0007   CLAIMS ADMINISTRATION AND OBJECTIONS

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 11/01/16 | Review claims objections (.5) | 0.50 | 657.50 |
| QUSBA, S | 11/04/16 | Review various claims objections filed by Debtors; case law research and develop chart regarding same. | 3.60 | 4,734.00 |
| RUSSELL JR, W. T. | 11/09/16 | Emails STB team re claims objection issues. | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 11/09/16 | Telephone call with debtor, creditor re claims settlements. | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 11/14/16 | Review responses to claims objections (.7) | 0.70 | 920.50 |
| ENDEAN, J. E. | 11/16/16 | Rev. dkt. for claims and claim objections | 0.90 | 436.50 |
| MASSEL, M | 11/16/16 | Internal mtg. re: claims issues (.5); Research re: committee claims issues (.7). | 1.30 | 1,339.00 |
| MASSEL, M | 11/16/16 | Reviewing & analyzing claims motions & preparing relevant summary & comments. | 0.70 | 721.00 |
| MASSEL, M | 11/16/16 | Preparing summary/corresp. re: estimation issues & related research. | 0.80 | 824.00 |
| RUSSELL JR, W. T. | 11/16/16 | Review proof of claim objection responses (.8) | 0.80 | 1,052.00 |
| MASSEL, M | 11/17/16 | Reviewing claims process (.5); Tcs w/ B. Russell & G. Galardi re: same (.5); Reviewing objections & related internal tcs (1.2). | 2.20 | 2,266.00 |
| QUSBA, S | 11/17/16 | Review late responses to claims objections; review case law regarding same; meeting with M. Massel regarding same; review M. Massel's issues with estimation procedures. | 3.60 | 4,734.00 |
| ENDEAN, J. E. | 11/18/16 | Reviewed Dkt. 461 re: J. Bernstein's order re: application to shorten | 0.20 | 97.00 |
| ENDEAN, J. E. | 11/21/16 | Rev. proofs of claims and objections | 2.60 | 1,261.00 |
| RUSSELL JR, W. T. | 11/21/16 | Review correspondence re proof of claim issues. | 0.30 | 394.50 |
| ENDEAN, J. E. | 11/22/16 | Summarized claims objections and sent to cmty. | 1.00 | 485.00 |
| MASSEL, M | 11/22/16 | Reviewing and revising claims estimation order and related corresp. | 0.40 | 412.00 |
| RUSSELL JR, W. T. | 11/22/16 | Revise chart of claims objections for committee and emails STB team re same (.8) | 0.80 | 1,052.00 |

3

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 11/22/16 | Review correspondence w/ claimants (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 11/22/16 | Review revised estimation procedures order and emails STB team re same (.4) | 0.40 | 526.00 |
| MASSEL, M | 11/28/16 | Corresp. re: claims & prep for hearing on claims. | 0.20 | 206.00 |
| MASSEL, M | 11/29/16 | Reviewing settlements. | 0.20 | 206.00 |
| RUSSELL JR, W. T. | 11/29/16 | Review and revise draft settlement agreement w/ claimant and emails STB team, debtors re same (.7); review debtors lift stay opposition and Claims objection papers (1.3). | 2.00 | 2,630.00 |
| MASSEL, M | 11/30/16 | Reviewing claims objections, summary & related issues (1.5); Call w/ Ropes re: claims (1.2). | 2.70 | 2,781.00 |
| RUSSELL JR, W. T. | 11/30/16 | Review settlement approval motion and emails STB team re same (.8) | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/30/16 | Review agenda and prep for 12/1 hearing (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 11/30/16 | Review claims objections replies and objection (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 11/30/16 | T/c debtors re claims issues; conf Qusba, Massel re same (.9) | 0.90 | 1,183.50 |
| | | MATTER TOTAL | 30.00 | 33,126.50 |

4

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0009   EMPLOYEE BENEFITS AND PENSIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| BALDWIN, J. E. | 11/15/16 | Emails w/ W. Russell re: collective bargaining agreement and employment agreements. | 0.20 | 199.00 |
| | | MATTER TOTAL | 0.20 | 199.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0010   EMPLOYMENT AND FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| MASSEL, M | 11/03/16 | Corresp. re: Deloitte. | 0.20 | 206.00 |
| MASSEL, M | 11/04/16 | Reviewing October time records and related corresp. (1.3); corresp. re: Deloitte (.1). | 1.40 | 1,442.00 |
| MASSEL, M | 11/07/16 | Preparing fee app & fee stmt. | 2.70 | 2,781.00 |
| MASSEL, M | 11/08/16 | Drafting fee app (2.4); Drafting fee statement (.5). | 2.90 | 2,987.00 |
| PADUA, M | 11/09/16 | Filed Fourth Monthly Statement of STB for Professional Services Rendered and Disbursements Incurred as Counsel at U.S. Bankruptcy Court for the Southern District of New York In Re: Gawker Media LLC. | 1.00 | 170.00 |
| ENDEAN, J. E. | 11/09/16 | Reviewed and filed supplemental order authorizing retention of Deloitte | 0.50 | 242.50 |
| ENDEAN, J. E. | 11/09/16 | Reviewed and filed fourth monthly fee statement | 0.40 | 194.00 |
| MASSEL, M | 11/09/16 | Drafting fee application. | 4.30 | 4,429.00 |
| MASSEL, M | 11/09/16 | Corresp. w/ client re: Oct. Fee Stmt. | 0.20 | 206.00 |
| DUNCAN, C | 11/10/16 | Filed First Monthly Statement of Mourant Ozannes. IN RE: Gawker Media LLC, et. al. Debtors. | 0.30 | 51.00 |
| ENDEAN, J. E. | 11/10/16 | Reviewed STB First Interim Fee Application | 1.30 | 630.50 |
| ENDEAN, J. E. | 11/10/16 | Reviewed and filed 1st Monthly fee statement for Mourant Ozannes | 0.40 | 194.00 |
| ENDEAN, J. E. | 11/10/16 | T/c to chambers re: supplemental order for Deloitte | 0.10 | 48.50 |
| MASSEL, M | 11/10/16 | Preparing & revising fee app & exhibits. | 3.00 | 3,090.00 |
| QUSBA, S | 11/10/16 | Review and comment on STB's first interim fee application. | 2.50 | 3,287.50 |
| RUSSELL JR, W. T. | 11/10/16 | Review and revise STB fee applications and emails STB team re same. | 1.60 | 2,104.00 |
| ENDEAN, J. E. | 11/11/16 | Reviewed Dentons fee application in preparation for their filing | 0.40 | 194.00 |
| ENDEAN, J. E. | 11/11/16 | Reviewed STB's first interim fee application in preparation for filng | 2.60 | 1,261.00 |

6

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| MASSEL, M | 11/11/16 | Revising fee appt. | 2.60 | 2,678.00 |
| RUSSELL JR, W. T. | 11/11/16 | Review and revise fee app and emails STB team re same (1.2) | 1.20 | 1,578.00 |
| ENDEAN, J. E. | 11/13/16 | Revised draft of first interim fee application for STB | 0.40 | 194.00 |
| ENDEAN, J. E. | 11/14/16 | Rev. of STB 1st interim fee statement w/ M. Massel | 0.60 | 291.00 |
| ENDEAN, J. E. | 11/14/16 | Prep. 1st interim fee application | 2.20 | 1,067.00 |
| ENDEAN, J. E. | 11/14/16 | Prepared, filed, and served fee application for Dentons | 0.20 | 97.00 |
| MASSEL, M | 11/14/16 | Oc w/ J. Endean re: fee app & reviewing revisors. | 0.80 | 824.00 |
| RUSSELL JR, W. T. | 11/14/16 | Review revised fee application and emails STB team re same (.6) | 0.60 | 789.00 |
| GREENBERG, A | 11/14/16 | Filed First Monthly Fee Statement In Re: Gawker Fee Statement Filing (Réczicza Dentons) | 0.20 | 34.00 |
| ENDEAN, J. E. | 11/15/16 | T/c w/ M. Massel re: employment & fee apps and associated follow up review of application. | 0.20 | 97.00 |
| MASSEL, M | 11/15/16 | Revising fee app. | 0.60 | 618.00 |
| MASSEL, M | 11/16/16 | Tc w/ R. Martin re: plan, claims & related issues. | 0.40 | 412.00 |
| ENDEAN, J. E. | 11/18/16 | STB Fee app (1.0); filed and reviewed Deloitte fee app (0.5) | 1.50 | 727.50 |
| MASSEL, M | 11/21/16 | Corresp. re hearing date. | 0.20 | 206.00 |
| MASSEL, M | 11/28/16 | Preparing revisions for fee app. | 2.50 | 2,575.00 |
| RUSSELL JR, W. T. | 11/28/16 | T/cs, emails STB team re fee app issues (.6) | 0.60 | 789.00 |
| MASSEL, M | 11/29/16 | Revising fee app supp docs. | 0.30 | 309.00 |
| RUSSELL JR, W. T. | 11/30/16 | Emails UST, debtors and emails, t/cs STB team re fee app issues (.4) | 0.40 | 526.00 |
| | | MATTER TOTAL | 41.30 | 37,329.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0011   EMPLOYMENT AND FEE APPLICATION OBJECTIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 11/09/16 | Reviewed Houlihan fee application against stated fee agreement | 2.30 | 1,115.50 |
| MASSEL, M | 11/09/16 | Reviewing Deloitte & Houlihan fee issues. | 0.20 | 206.00 |
| QUSBA, S | 11/10/16 | Correspondence with G. Galardi and A. Qureshi regarding Akin's retention application. | 0.20 | 263.00 |
| ENDEAN, J. E. | 11/16/16 | Rev. Houlihan fee app. (1.5); t/c w/ M. Massel & B. Russell re: results (0.1) | 1.60 | 776.00 |
| | | MATTER TOTAL | 4.30 | 2,360.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0014    MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| BALDWIN, J. E. | 11/01/16 | Call w/ Creditors Committee re: disclosure statement. | 0.50 | 497.50 |
| ENDEAN, J. E. | 11/01/16 | Call w/ cmty re: revised disclosure statement and plan | 0.50 | 242.50 |
| MASSEL, M | 11/01/16 | CLIENT TOTAL call (.6); Prep for call (.2). | 0.80 | 824.00 |
| QUSBA, S | 11/01/16 | T/c with full Committee regarding Plan and Disclosure Statement and next steps; t/c with T. Vasallo regarding plan issues. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/01/16 | Emails, t/cs committee re plan and disclosure statement issues (.9) | 0.90 | 1,183.50 |
| ENDEAN, J. E. | 11/04/16 | Weekly meeting with cmty | 0.50 | 242.50 |
| HEALD, J. E. | 11/04/16 | T/c w/ Committee, Deloitte, STB | 0.50 | 292.50 |
| MASSEL, M | 11/04/16 | Committee call and prep. | 0.80 | 824.00 |
| RUSSELL JR, W. T. | 11/04/16 | T/cs committee members re various issues (.4) | 0.40 | 526.00 |
| ENDEAN, J. E. | 11/18/16 | Weekly call w/ cmty. | 0.50 | 242.50 |
| HEALD, J. E. | 11/18/16 | T/c w/ Committee, Deloitte, STB | 0.60 | 351.00 |
| MASSEL, M | 11/18/16 | CLIENT TOTAL call & follow-up. | 1.00 | 1,030.00 |
| QUSBA, S | 11/18/16 | T/c with full Committee regarding claims objections and responses, estimation procedures, plan process and fee applications. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/18/16 | Committee meeting/calls. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/21/16 | Telephone calls emails committee re various issues. | 0.90 | 1,183.50 |
|  |  | MATTER TOTAL | 10.30 | 10,595.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0015   NON-WORKING TRAVEL**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| MASSEL, M | 11/03/16 | Travel to & from Court. | 0.35 | 360.50 |
| | | MATTER TOTAL | 0.35 | 360.50 |

CLIENT: 002724 UNSECURED CREDITORS COMMI

MATTER: 0016   PLAN AND DISCLOSURE STATEMENT

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 10/31/16 | Review and comment on same; meetings with M. Massel (numerous) regarding same; review reservation of rights filing and other objections. | 4.60 | 6,049.00 |
| MASSEL, M | 11/01/16 | Reviewing and commenting on Plan & DS (3.6); Calls w/ Ropes & internally re: same (.6). | 4.20 | 4,326.00 |
| QUSBA, S | 11/01/16 | Review and comment on same; meeting with M. Massel regarding same. | 3.10 | 4,076.50 |
| RUSSELL JR, W. T. | 11/01/16 | T/cs, emails STB team re plan and disclosure statement issues (.8) | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/01/16 | Review revised plan and disclosure statement (.9) | 0.90 | 1,183.50 |
| BALDWIN, J. E. | 11/02/16 | Review revise plan disclosure statement. | 0.30 | 298.50 |
| MASSEL, M | 11/02/16 | Reviewing Plan & related calls & analysis. | 2.00 | 2,060.00 |
| QUSBA, S | 11/02/16 | Meeting with M. Massel regarding settlements; review final disclosure statement modifications. | 1.90 | 2,498.50 |
| RUSSELL JR, W. T. | 11/02/16 | Review revised plan and disclosure statement and t/cs, emails committee, STB team, debtors re same (1.2) | 1.20 | 1,578.00 |
| MASSEL, M | 11/03/16 | Reviewing DS & POR for briefing (1.7); Amending DS hearing (2.0). | 3.70 | 3,811.00 |
| QUSBA, S | 11/03/16 | Correspondence with B. Russell regarding hearing. | 0.20 | 263.00 |
| RUSSELL JR, W. T. | 11/03/16 | Disclosure statement hearing, prep for same and confs, emails re same (2.3) | 2.30 | 3,024.50 |
| RUSSELL JR, W. T. | 11/15/16 | T/cs, emails committee members, STB team re plan issues (1.1) | 1.10 | 1,446.50 |
| BALDWIN, J. E. | 11/16/16 | O/c w/ W. Russell, M. Massel & S. Qusba re: plan confirmation matters. | 0.50 | 497.50 |
| QUSBA, S | 11/16/16 | Meeting with B. Russell, M. Massel and J. Baldwin regarding potential plan issues. | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 11/16/16 | Conf STB team re strategic issues (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 11/16/16 | Analyze plan issues and emails, confs STB team, committee (.9) | 0.90 | 1,183.50 |

11

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| RUSSELL JR, W. T. | 11/16/16 | Review debtor motion re claims estimation and emails STB team, debtors re same (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 11/17/16 | Analyze plan and confirmation issues and telephone calls, emails debtors, STB team, committee re same. | 1.20 | 1,578.00 |
| RUSSELL JR, W. T. | 11/21/16 | Telephone calls, emails UST, STB team re plan provisions. | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 11/28/16 | Review Denton motion re plan vote (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 11/28/16 | Review objections to claims estimation motions and emails STB team re same (.8) | 0.80 | 1,052.00 |
| | | MATTER TOTAL | 32.60 | 39,791.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0018   RELIEF FROM STAY AND ADEQUATE PROTECTION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 11/18/16 | Review lift stay papers. | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 11/21/16 | Review lift stay papers. | 0.60 | 789.00 |
| | | MATTER TOTAL | 1.30 | 1,709.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0022   INTELLECTUAL PROPERTY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| JORDAN-DAVIS, V. R | 10/26/16 | Legal Research on Gawker IP Valuation; email correspondence with L Lesser. | 4.80 | 2,808.00 |
| | | MATTER TOTAL | 4.80 | 2,808.00 |

14

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0023   INTERCOMPANY ISSUES**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ENDEAN, J. E. | 11/01/16 | Reviewed and commented on draft of revised disclosure statement and plan | 1.00 | 485.00 |
| ENDEAN, J. E. | 11/04/16 | Draft of notice of presentment for supplemental order | 1.00 | 485.00 |
| ENDEAN, J. E. | 11/07/16 | Completed and filed notice of presentment with the court | 0.90 | 436.50 |
| | | MATTER TOTAL | 2.90 | 1,406.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0025   NON-STB FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 11/02/16 | T/cs, emails STB team Deloitte counsel re Deloitte retention issues (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 11/03/16 | Conf, emails Deloitte, counsel re retention issues (.3) | 0.30 | 394.50 |
| HEALD, J. E. | 11/09/16 | Emails w/ J. Endean re: supplemental Deloitte retention order | 0.30 | 175.50 |
| RUSSELL JR, W. T. | 11/10/16 | Emails Committee, debtors, STB team fee app issues. | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 11/14/16 | Review financial advisor fee apps and emails committee, STB team re same (.5) | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 11/21/16 | Review fee apps. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 11/21/16 | Review retention apps and emails STB team re same. | 0.60 | 789.00 |
|  |  | MATTER TOTAL | 3.60 | 4,515.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0027   EXECUTORY LEASES AND CONTRACTS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| RUSSELL JR, W. T. | 11/17/16 | Review debtor motions re assumption of leases. | 0.30 | 394.50 |
| | | MATTER TOTAL | 0.30 | 394.50 |

**EXHIBIT E**

**Expense Detail**

| Cost Code | Date | ID | Name | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 314S | 11/29/2016 | 7324 | JARVIS COSTON | 210.50 | COLOR COPIES |
| 349S | 11/9/2016 | 6458 | FREDDY MARTINEZ | 13.90 | COPIES |
| 323S | 11/9/2016 | 6458 | FREDDY MARTINEZ | 0.10 | COPIES |
| 319S | 11/9/2016 | 6458 | FREDDY MARTINEZ | 0.10 | COPIES |
| 319S | 11/29/2016 | 7324 | JARVIS COSTON | 2.30 | COPIES |
| 301S | 11/29/2016 | 7324 | JARVIS COSTON | 0.10 | COPIES |
| 235H | 9/14/2016 | 11363 | NICHOLAS BAKER | 109.22 | DOCUMENT RETRIEVAL - :VENDOR: CT CORPORATION |
| 261H | 9/19/2016 | 13730 | MORRIS MASSEL | 13.64 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 9/21/2016 | 11529 | LLOYD COLONA | 13.64 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 9/21/2016 | 11529 | LLOYD COLONA | 13.64 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 9/29/2016 | 13730 | MORRIS MASSEL | 13.64 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/7/2016 | 2213 | PENNY FRANK | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 261H | 10/20/2016 | 13730 | MORRIS MASSEL | 12.57 | ONLINE RESEARCH - BLOOMBERG LAW |
| 225S | 10/13/2016 | 16058 | JONATHAN R. MYERS | 182.42 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/13/2016 | 16058 | JONATHAN R. MYERS | 408.08 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/14/2016 | 16058 | JONATHAN R. MYERS | 364.81 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/14/2016 | 16058 | JONATHAN R. MYERS | 408.09 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/17/2016 | 16058 | JONATHAN R. MYERS | 182.41 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/17/2016 | 16058 | JONATHAN R. MYERS | 306.07 | ONLINE RESEARCH - WEST LAW |

| 225S | 10/18/2016 | 16058 | JONATHAN R. MYERS | 608.02 | ONLINE RESEARCH - WEST LAW |
|------|------------|-------|-------------------|--------|----------------------------|
| 225S | 10/18/2016 | 16058 | JONATHAN R. MYERS | 1,530.35 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/19/2016 | 16058 | JONATHAN R. MYERS | 364.83 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/19/2016 | 16058 | JONATHAN R. MYERS | 1,326.30 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/20/2016 | 15388 | JULIA E. HEALD | 346.25 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/20/2016 | 15388 | JULIA E. HEALD | 204.05 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 102.03 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/21/2016 | 16058 | JONATHAN R. MYERS | 1,239.76 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/21/2016 | 16058 | JONATHAN R. MYERS | 3,570.79 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 11770 | JEFFREY  E. BALDWIN | 121.60 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 11770 | JEFFREY  E. BALDWIN | 102.03 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 561.64 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 714.16 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 16058 | JONATHAN R. MYERS | 304.02 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/24/2016 | 16058 | JONATHAN R. MYERS | 2,856.64 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/25/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 102.03 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/25/2016 | 15788 | JONATHAN E. ENDEAN | 182.41 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/25/2016 | 15788 | JONATHAN E. ENDEAN | 204.06 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/26/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 60.80 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/26/2016 | 15399 | VERONICA R. JORDAN-DAVIS | 714.16 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/26/2016 | 15788 | JONATHAN E. ENDEAN | 60.80 | ONLINE RESEARCH - WEST LAW |
| 225S | 10/26/2016 | 15788 | JONATHAN E. ENDEAN | 204.05 | ONLINE RESEARCH - WEST LAW |
| 231S | 10/6/2016 | 13730 | MORRIS MASSEL | 0.10 | PACER |
| 231S | 10/6/2016 | 13730 | MORRIS MASSEL | 15.30 | PACER |
| 231S | 10/6/2016 | 13730 | MORRIS MASSEL | 1.80 | PACER |
| 231S | 10/11/2016 | 15388 | JULIA E. HEALD | 3.00 | PACER |
| 231S | 10/11/2016 | 15388 | JULIA E. HEALD | 3.00 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 3.00 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 2.90 | PACER |

| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
|------|------------|-------|----------------|------|-------|
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 1.10 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/17/2016 | 15388 | JULIA E. HEALD | 2.50 | PACER |
| 231S | 10/18/2016 | 15388 | JULIA E. HEALD | 1.40 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 0.50 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 0.40 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 3.00 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 0.60 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/20/2016 | 15388 | JULIA E. HEALD | 0.80 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 3.00 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 3.00 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 2.30 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 0.50 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 2.80 | PACER |
| 231S | 10/20/2016 | 15788 | JONATHAN E. ENDEAN | 3.00 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 0.60 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 3.00 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 1.10 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 0.20 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 1.10 | PACER |
| 231S | 10/24/2016 | 15388 | JULIA E. HEALD | 1.10 | PACER |