**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                          :    Chapter 11
:
GAWKER MEDIA LLC, *et al.*,[1]                 :    Case No. 16-11700 (SMB)
:
             Debtors.              :    (Jointly Administered)
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Approving Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Superdry Wholesale, LLC, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 517] (the "***Assumption of Superdry Sublease Order***")

- Order Approving Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Leases and Executory Contracts, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 518] (the "***Assumption of Unexpired Leases Order***")

- Order Approving Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Skillshare, Inc., (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 519] (the "***Assumption of Skillshare Sublease Order***")

- Notice of Adjournment of Hearing on Debtors' Motion for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 522] (the "***Adjournment Notice of Estimation & Plan Reserve Procedures***")

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Notice of Adjournment of Hearing on Debtor Gawker Media, LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523] (the "*Got News & Johnson Claim Objections Adjournment Notice*")

On December 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Assumption of Superdry Sublease Order, Assumption of Unexpired Leases Order and the Assumption of Skillshare Sublease Order to be served via First Class Mail on the Motion Affected Parties Service List attached hereto as **Exhibit B**.

On December 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Adjournment Notice of Estimation & Plan Reserve Procedures to be served by the method set forth on the All Claimants Service List attached hereto as **Exhibit C**.

On December 1, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Got News & Johnson Claim Objections Adjournment Notice to be served via First Class Mail and Email on The Burns Law Firm, 1717 Park Avenue, St. Louis, MO 63104, john@burns-law-firm.com.

Dated: December 6, 2016

/s/ Michael Callo
Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 6, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

2

SRF 12503

**Exhibit A**

16-11700-smb    Doc 556    Filed 12/06/16    Entered 12/06/16 13:58:41    Main Document
Pg 3 of 13

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>633 Menlo Avenue<br>Suite 100<br>Menlo Park CA 94025 | Tgaa@bbslaw.com<br>tom@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., Thomas J. Phillips, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications, Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard<br>Brookfield Place, 200 Vesey Street<br>20th Floor<br>New York NY 10281 | choward@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young<br>111 Huntington Avenue<br>Boston MA 02199 | jonathan.young@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind<br>111 S. Wacker Drive<br>Chicago IL 60606-4410 | michael.kind@lockelord.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq.<br>100 Pearl Street, 14th Floor<br>Hartford CT 06103 | ecf@randazza.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart<br>120 Broadway<br>24th FL<br>New York NY 10271 | Enid.Stuart@ag.ny.gov | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

**<u>Exhibit B</u>**

Exhibit B

Motion Affected Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 204-210 Elizabeth Street, LLC | c/o SW Management LLC | 145 Huguenot Street, Ste. 503 | | New Rochelle | NY | 10801 |
| 204-210 Elizabeth Street, LLC | c/o Oscar Z Ianello Associates Inc. | Attn: General Counsel | 202 Elizabeth Street | New York | NY | 10012 |
| 204-210 Elizabeth Street, LLC | c/o Pollack & Sharan LLP | Attn: Adam Paul Pollack | 15 Maiden Lane Ste. 1400 | New York | NY | 10038 |
| 204-210 Elizabth Street, LLC | Attn: President or General Counsel | 1501 Broadway 801 | | New York | NY | 10036 |
| Skillshare Inc. | 208 210 Elizabeth Street | | | New York | NY | 10012 |
| Spaces Commercial | Attn: Jack Cohen | 132 West 31st Street, 15th Fl | | New York | NY | 10001 |
| Superdry Wholesale LLC | 210 Elizabeth Street | 2nd Floor | | New York | NY | 10012 |
| Superdry Wholesale LLC | c/o Brown Rudnick | Attn: Andrew Strehle | One Financial Center | Boston | MA | 02111 |

In re Gawker Media LLC, *et al*.
Case No. 16-11700 (SMB)

Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C
All Claimants Service List
Served by the method set forth

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 2932785 | Ad-Juster, Inc. (media) | Attn: Michael Lewis | 13280 Evening Creek Dr. S | Suite 100 | | San Diego | CA | 92128 | |
| 3101102 | Aguilar, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3098936 | Akerman LLP | c/o Andrea S. Hartley, Esq. | 98 SE 7th Street | Suite 1100 | | Miami | FL | 33131 | |
| 3101077 | Alzona, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932759 | Andrássy Palota Kft. | 1095 Budapest, Máriássy u. 7 | | | | | | | Hungary |
| 2932826 | AOL Advertising | 770 Broadway | | | | New York | NY | 10003 | |
| 3100598 | AOL Advertising, Inc. | c/o Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LPP | 52 East Gay Street | | Columbus | OH | 43215 | |
| 2932815 | Associated Press | 450 W. 33rd St | | | | New York | NY | 10001 | |
| 2932774 | Atlantic Metro Communications | c/o Atlantic Metro Invoice | 4 Century Drive, Suite 102 | | | Parsippany | NJ | 07054 | |
| 3098803 | Ayyadurai, S | c/o Anthony M. Vassallo, Esq. | Law Office of Anthony M. Vassallo | 305 Fifth Avenue | Suite 1B | Brooklyn | NY | 11215 | |
| 2986309 | Baldauf, A | Semmelweis utca 5. | | | | Budapest | | 1052 | Hungary |
| 3099568 | Ballaban, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100992 | Biddle, S F | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2679534 | Bluestone, G | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3098815 | Bluestone, G | Andrew Lavoott Bluestone | Attorney at Law | Woolworth Building | 233 Broadway, 27th Floor | New York | NY | 10279 | |
| 3100957 | Bluestone, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3097949 | Bollea, T G | Binder & Schwartz LLP | Attn: Eric B. Fisher | 366 Madison Ave., 6th Floor | | New York | NY | 10017 | |
| 3097949 | Bollea, T G | David R. Houston, Law Office of David R. Houston | 432 Court Street | | | Reno | NV | 89501 | |
| 3215579 | Bose, R | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 2678101 | Brandtale | 588 Broadway | Ste 503 | | | New York | NY | 10012 | |
| 2680524 | Bryant, K | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | |
| 3099623 | Burke, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099629 | Burneko, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932762 | C, Sadowski | Richard P. Liebowitz, Liebowitz Law Firm, PLLC | 11 Sunrise Plaza, Suite 301 | | | Valley Stream | NY | 11580 | |
| 2678181 | Cahill Gordon & Reindel LLP | Attn: Susan Buckley and Joel H. Levitin | 80 Pine Street | | | New York | NY | 10005 | |
| 3099414 | Carmichael, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101051 | Carmon, I | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3098979 | Carmon, I | Sharon L. Levine, Esq. | Saul Ewing LLP | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2646040 | CDW, LLC | Attn: Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| 2677640 | Cloudinary Ltd. | 111 W. Evelyn Ave. | Suite 206 | | | Sunnyvale | CA | 94086 | |
| 2932831 | Cogent Communications | 2450 N Street NW | | | | Washington | DC | 20037 | |
| 3099128 | Collins, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3057488 | Commonwealth of Kentucky Dept. of Revenue | Legal Support Branch | PO Box 5222 | | | Frankfort | KY | 40602 | |
| 3122839 | Comptroller of Maryland | 301 W. Preston Street Room 409 | | | | Baltimore | MD | 21201-2373 | |
| 2678276 | Con Edison (210) | JAF Station | PO Box 1702 | | | New York | NY | 10116 | |
| 2681602 | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000 | | | | Bellevue | WA | 98004 | |
| 2681602 | Concur Technologies, Inc. | 62157 Collections Center Drive | | | | Chicago | IL | 60693 | |
| 2962773 | Consolidated Edison Company of New York, Inc. | Bankruptcy Group | 4 Irving Place, Room 1875-S | | | New York | NY | 10003 | |
| 3101114 | Cook, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101094 | Cook, J J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2677682 | Corbis Corporation | 13159 Collections Center Drive | | | | Chicago | IL | 60693 | |
| 3101056 | Darbyshire, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3165900 | Datadog, Inc. | Datadog Air | Attn: Lauren Mergamen | 620 8th Ave, Floor 45 | | New York | NY | 10018 | |
| 2678048 | DataGram | 500 West Madison Street | Suite 801 | | | Chicago | IL | 60661 | |
| 3101166 | Daulerio, A J | Marburger Law LLC | Attn: David Marburger | 14650 Detroit Avenue, Suite 450 | | Cleveland | OH | 44107 | |
| 3099521 | Davies, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099602 | de Souza, V | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3097915 | Denton, N GA | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3096863 | Denton, N GA | Cole Schotz P.C. | 25 Main Street | PO Box 800 | | Hackensack | NJ | 07602 | |
| 3097915 | Denton, N GA | Cole Schotz P.C. | Attn: Warren Usatine | 25 Main Street | PO Box 800 | Hackensack | NJ | 07602 | |
| 3168609 | Department of the Treasury - Internal Revenue Service | 290 Broadway | | | | New York | NY | 10007 | |
| 3168609 | Department of the Treasury - Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | |
| 3098865 | Dietrick, H | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3101239 | Dietrick, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101007 | Donohue, L | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2678091 | DoubleVerify, Inc. | 575 8th Avenue 8th Floor | | | | New York | NY | 10018 | |
| 3099156 | Draper, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2678356 | DRH Internet Inc | PO Box 412 | | | | Schneider | IN | 46376-0412 | |
| 3101134 | Dries, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100754 | Drummond, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932820 | Duncan, J | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | |
| 3099460 | Escobedo Shepherd, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2914524 | Everbank Commercial Finance, Inc. | 10 Waterview Boulevard | | | | Parsippany | NJ | 07054 | |
| 3099152 | Faircloth, G K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101153 | Faircloth, G K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932804 | Fastly | 475 Brannan St, Ste 320 | | | | San Francisco | CA | 94107 | |

Exhibit C
All Claimants Service List
Served by the method set forth

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 2960457 | Fastly, Inc. | c/o Bialson, Bergen & Schwab | Attn: Thomas M. Gaa | 633 Menlo Avenue, Ste 100 | | Menlo Park | CA | 94025 | |
| 3070563 | Federal Insurance Company | c/o Chubb Litigation | 436 Walnut Street, WA04K | | | Philadelphia | PA | 19106 | |
| 3100841 | Feinberg, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099024 | Fette, I | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3099024 | Fette, I | J. Logan Rappaport, Esq | 675 Old Country Road | | | Westbury | NY | 11590 | |
| 2680747 | Fette, I | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | 675 Old Country Road | | Westbury | NY | 11590-4513 | |
| 3100943 | Finger, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932772 | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Kalman Ochs | One New York Plaza | | | New York | NY | 10004 | |
| 2932811 | Gawker Media Group, Inc. | 114 Fifth Avenue | 2nd Floor | | | New York | NY | 10011 | |
| 3101227 | Gawker Media Group, Inc. | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | | New York | NY | 10022 | |
| 3101339 | Gawker Media Group, Inc. | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | |
| 3101329 | Gawker Media LLC | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | | New York | NY | 10022 | |
| 3101822 | Gawker Media LLC | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | |
| 2932761 | Gawker Media, LLC | 114 Fifth Avenue | 2nd Floor | | | New York | NY | 10011 | |
| 3101030 | George, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932809 | Getty Images | 605 5th Avenue South | Suite 400 | | | Seattle | WA | 98104 | |
| 3100948 | Goldberg, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100572 | Goldberg, R | Sharon L. Levine, Esq. | Saul Ewing LLP | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2678208 | Goldin Solutions | 928 Broadway Suite 900 | | | | New York | NY | 10010 | |
| 2960432 | Google Inc. | White and Williams LLP | Amy E. Vulpio, Esq. | 1650 Market Street, 18th Floor | | Philadephia | PA | 19103 | |
| 2960432 | Google Inc. | White and Williams LLP | Attn: Rafael Vergara, Esq. | 7 Times Square, Suite 2900 | | New York | NY | 10036-6524 | |
| 2932756 | Google Inc. (DoubleClick) | 1600 Amphitheatre Parkway | | | | Mountain View | CA | 94043 | |
| 2959284 | Google, Inc. | c/o White and Williams LLP | 7 Times Square Suite 2900 | | | New York | NY | 10036-6524 | |
| 2959284 | Google, Inc. | David Curtin | 1600 Amphitheatre Pkwy | | | Mountian View | CA | 94043 | |
| 2932755 | Google, Inc. (Analytics) | 1600 Amphitheatre Parkway | | | | Mountain View | CA | 94043 | |
| 2986331 | Got News, LLC | The Burns Law Firm | Attn: John C. Burns | 1717 Park Avenue | | St. Louis | MO | 63104 | |
| 3099577 | Haisley, W | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100773 | Hardigree, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2915879 | Hartford Fire Insurance Company | Bankruptcy Unit, NP3-R, Hartford Plaza | | | | Hartford | CT | 06155 | |
| 2915879 | Hartford Fire Insurance Company | Hank Hoffman, Assistant Vice-President | One Hartford Plaza | | | Hartford | CT | 06155 | |
| 2915879 | Hartford Fire Insurance Company | The Hartford | PO Box 660916 | | | Dallas | TX | 75266 | |
| 3114339 | Hartsough, D J | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3100904 | Henry, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099486 | Hope, C | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099607 | Hope, C | Sharon L. Levine, Esq. | Saul Ewing LLP | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100569 | Howard, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101268 | Hudson, A D | James W. Halter, Esq. | Liddle & Robinson, L.L.P. | 800 Third Avenue | | New York | NY | 10022 | |
| 2980820 | Huon, M | PO Box 441 | | | | Chicago | IL | 60690 | |
| 2663654 | Illinois Department of Revenue | Bankruptcy Unit | P.O. Box 64338 | | | Chicago | IL | 60664-0338 | |
| 2663654 | Illinois Department of Revenue | Karim Kaminski | Revenue Tax Specialist | 100 W. Randolph St. | Level 7-400 | Chicago | IL | 60601 | |
| 2677908 | Innovid Inc | 30 Irving Place | 12th Floor | | | New York | NY | 10003 | |
| 2677908 | Innovid Inc | PO Box 347961 | | | | Pittsburgh | PA | 15251-4961 | |
| 2677526 | IPFS Corporation | 30 Montgomery Street | Suite 1000 | | | Jersey City | NJ | 07302 | |
| 3062070 | J B Duncan, PC | 103 E Blithedale Ave, Suite 7 | | | | Mill Valley | CA | 94941 | |
| 3099531 | Jalsovszky Law Firm | Jalsovszky Ügyvédi Iroda | Csörsz u. 41. | | | Budapest | | 1124 | Hungary |
| 3097168 | Johnson, C C | The Burns Law Firm | 1717 Park Avenue | | | St. Louis | MO | 63104 | |
| 3099616 | Juzwiak, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932827 | JW Player (Longtail Ad Solutions, Inc.) | 8 West 38th Street | Floor 6 | | | New York | NY | 10018 | |
| 3101058 | Kalaf, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932796 | Kargo (Vendor) | 826 Broadway | 5th Floor | | | New York | NY | 10003 | |
| 3057475 | Kentucky Dept. of Revenue | PO Box 5222 | | | | Frankfort | KY | 40602 | |
| 3099394 | Keyser, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101237 | Kidder, S | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 3099274 | King, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099688 | Kinja Kft. | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | | New York | NY | 10022 | |
| 3101784 | Kinja Kft. | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | |
| 2932810 | Kinja, Kft. | 1124 Budapest, Csörsz utca 41 | | | | | | | Hungary |
| 3099257 | Kleeman, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3098927 | Klosowski, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2678135 | Krux Digital | 660 4th St, #269 | | | | San Francisco | CA | 94107 | |
| 3101148 | Laffoon, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100941 | Ley, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2967620 | Liquidity Solutions as Transferee of Optimizely, Inc. | Attn: Michael Handler | One University Plaza | Suite 312 | | Hackensack | NJ | 07601 | |
| 3072320 | Lynch Thompson LLP | Attn: Daniel Lynch and Amy J. Hansen | 150 S. Wacker Drive, Suite 2600 | | | Chicago | IL | 60606 | |
| 3100970 | Magary, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099084 | Magyar Telekom Plc. | Peter Benedek, Legal Counsel | Krisztina krt. 55. | | | Budapest | | 1013 | Hungary |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 4

Exhibit C
All Claimants Service List
Served by the method set forth

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 3067846 | Mail Media, Inc. d/b/a Mail Online | c/o CLARE LOCKE LLP | ATTN: Joe Oliveri | 902 Prince Street | | Alexandria | VA | 22314 | |
| 2677545 | Maples & Calder | PO Box 309 | Ugland House | 121 South Church St | | George Town | Grand Cayman | KY1-1104 | Cayman Islands |
| 3101047 | Marchman, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101359 | Mark, A | James W. Halter, Esq. | Liddle & Robinson, L.L.P. | 800 Third Avenue | | New York | NY | 10022 | |
| 2932821 | Market Halsey Urban Renewal, LLC | 112 West 34th Street Ste. 2106 | | | | New York | NY | 10120 | |
| 2677788 | Medialink | 1901 Avenue of the Stars | Suite 1775 | | | Los Angeles | CA | 90067 | |
| 3100863 | Merlan, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2975516 | Merrill Corporation | Attn: Leif Simpson | One Merrill Circle | | | Saint Paul | MN | 55108 | |
| 2677703 | Metropolitan Cleaning, LLC | 142 W. 57th Street | | | | New York | NY | 10019 | |
| 2642286 | Moat Inc. | 222 S Albany Street | | | | Ithaca | NY | 14850 | |
| 2642286 | Moat Inc. | 28 East 28th Street | | | | New York | NY | 10016 | |
| 2677595 | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | 909 Third Avenue | | | New York | NY | 10022 | |
| 3100924 | Moskovitz, D | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099097 | Moskovitz, D | Sharon L. Levine, Esq. | Saul Ewing LLP | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2677524 | National Union Fire Insurance Company of Pittsburgh, P.A. | AIG Property Casualty, Inc. | Eric Manne, Authorized Representative | 175 Water Street, 15th Floor | | New York | NY | 10038 | |
| 2929701 | New York State Department of Labor, Unemployment Insurance Division | State Office Campus | Building # 12 | Room # 256 | | Albany | NY | 12240 | |
| 2677056 | New York State Department of Taxation and Finance | Bankruptcy Section | PO BOX 5300 | | | Albany | NY | 12205-0300 | |
| 3101160 | Nolan, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099068 | Novak, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2677562 | NSONE Inc. | Attn: General Counsel | 16 Beaver Street | 3rd Floor | | New York | NY | 10004 | |
| 3179360 | NYC Department of Finance | Tax, Audit and Enforcement Division | Attn: Bankruptcy Unit | 345 Adams Street, 10th Floor | | Brooklyn | NY | 11201 | |
| 3100827 | O'Conner, B | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099656 | O'Connor, B | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2914694 | Ole Media Management L.P. dba Jingle Punks | Attn: General Counsel | 266 King Street West | Suite 500 | | Toronto | ON | M5V 1H8 | Canada |
| 2932808 | Operative Media, Inc | 6 East 32nd Street, 3rd Floor | | | | New York | NY | 10016 | |
| 3101084 | Orin, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099031 | Ouellette, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2677596 | Pacific Coast News | c/o Bwp Media USA, Inc | 22287 Mulholland Hwy | | | Calabasas | CA | 91302 | |
| 3099494 | Pareene, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3109755 | Pennsylvania Department of Revenue | Bankruptcy Division | PO Box 280946 | | | Harrisburg | PA | 17128-0946 | |
| 3109755 | Pennsylvania Department of Revenue | Jennifer Crumling | 4th and Walnut Street | | | Harrisburg | PA | 17128 | |
| 3099058 | Petchesky, B | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2678006 | Plant Specialists LLC | 42-25 Vernon Boulevard | | | | Long Island City | NY | 11101 | |
| 2932805 | Plunkett, T | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 2932783 | Proskauer Rose LLP | Eleven Times Square | | | | New York | NY | 10036 | |
| 2678198 | QZZR | 86 W. Main, Suite B | | | | Lehi | UT | 84043 | |
| 2932833 | REDBOOKS | 330 Seventh Avenue, Floor 10 | | | | New York | NY | 10001 | |
| 3101092 | Redford, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932780 | Richards, Layton & Finger | 920 North King Street | | | | Wilmington | DE | 19801 | |
| 3099716 | Rothkopf, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100779 | Ryan, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099438 | Sargent, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3100856 | Scocca, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3101120 | Shechet, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932754 | Shenker & Bonaparte, LLP | 1500 SW 1st Ave | #765 | | | Portland | OR | 97201 | |
| 2678043 | ShoreTel Inc. | 4921 Solution Center | | | | Chicago | IL | 60677-4009 | |
| 2932746 | Silicon Valley Bank | Attn: Jocelyn Hartmann | 275 Grove Street, Suite 2-200 | | | Newton | MA | 02466 | |
| 2932822 | SimpleReach, Inc. | 122 W. 27th St., 7th Floor | | | | New York | NY | 10001 | |
| 3096648 | Sizmek Technologies, Inc. | Attn: Kala Smith | 500 W. 5th Street, Suite 900 | | | Austin | TX | 78701 | |
| 2932812 | Specless | Attn: General Counsel | 350 North Orleans | St Suite 9000N | | Chicago | IL | 60654 | |
| 2932814 | STAQ, INC. | 44 West 28th Street | 14th Floor | | | New York | NY | 10001 | |
| 3102670 | Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (c | Jonathan W. Young | Locke Lord LLP | 111 Huntington Avenue | | Boston | MA | 02199 | |
| 3102579 | Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (c | Locke Lord LLP | Jonathan W. Young, Michael B. Kind | 111 South Wacker Drive | | Chicago | IL | 60606 | |
| 3100989 | Stout, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2932830 | Submarine Leisure Club, Inc. (Wirecutter) | 2424 Pine Street | | | | San Francisco | CA | 94115 | |
| 2932806 | Submersive Media | 580 Broadway | Suite 905 | | | New York | NY | 10012 | |
| 3098800 | Terrill, A | Law Office of Anthony M. Vassallo | c/o Anthony M. Vassallo, Esq. | 305 Fifth Avenue Suite 1B | | Brooklyn | NY | 11215 | |
| 2932770 | The Hartford | One Hartford Plaza | | | | Hartford | CT | 06155 | |
| 2932807 | The Oliver Group | 595 Greenhaven Rd | | | | Pawcatuck | CT | 06379 | |
| 3139806 | Thomson Reuters-West | 610 Offerman Drive | | | | Eagan | MN | 55123 | |
| 2678471 | Tillman, S | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 2677659 | Time Shred Services, Inc. | 120 Church Street | | | | Freeport | NY | 11520 | |
| 3099134 | Totilo, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3163742 | TRC Master Fund LLC as Transferee of Newmark & Co. Real Estate, Inc. | Attn: Terrel Ross | PO Box 633 | | | Woodemere | NY | 11598 | |
| 3100917 | Trendacosta, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3099169 | Trotter, J K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |

Exhibit C
All Claimants Service List
Served by the method set forth

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 3101016 | Turton, W | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 2933212 | US VC Partners, LP | 900 Third Avenue, 19th Floor | | | | New York | NY | 10022 | |
| 2933212 | US VC Partners, LP | Columbus Nova | Attn: Arnold Jung | 900 Third Avenue, 19th Floor | | New York | NY | 10022 | |
| 2933212 | US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon | 885 Third Avenue | | New York | NY | 10022-4834 | |
| 2678063 | Viddler, Inc. | 520 Evans Street | Suite 1 | | | Bethlehem | PA | 18015 | |
| 2680489 | Weinstein, A | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 2680489 | Weinstein, A | REDACTED | | | | REDACTED | REDACTED | REDACTED | |
| 2932825 | Williams & Connolly LLP | 725 Twelfth Street NW | | | | Washington | DC | 20005 | |
| 2683953 | Williams, M | Console Law Offices LLC | 1525 Locust Street, Ninth Floor | | | Philadelphia | PA | 19102 | |
| 3099525 | Woolley, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | |
| 3097962 | XP Vehicles Group | 601 Van Ness Ave, E3613 | | | | San Francisco | CA | 94102 | |