UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                         :

In re                                        :          Chapter 11
                                          :

Gawker Media LLC, *et al.*,          :          Case No. 16-11700 (SMB)
                                          :

                  Debtors.            :          (Jointly Administered)
-------------------------------------------------------x

**ORDER GRANTING APPLICATION OF SOCIETY OF PROFESSIONAL
JOURNALISTS, REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
AND 19 OTHER MEDIA ORGANIZATIONS TO SHORTEN NOTICE PERIOD
WITH RESPECT TO THEIR MOTION FOR LEAVE TO FILE MEMORANDUM OF
LAW AS *AMICI CURIAE***

Upon the application ("Application to Shorten") of The Society of Professional Journalists, The Reporters Committee for Freedom of the Press, and 19 other media organization to (collectively, the proposed "*amici*" ) for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rules 9006-1(b) and 9077-1(a) of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), shortening the notice period with respect to the amici's Motion for Leave to File Memorandum of Law as Amicus Curiae; upon all documentation filed in connection with the Application to Shorten, including any objections thereto; and notice of the Application to Shorten having been properly and sufficiently provided; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS ORDERED as follows:

1.     The Application to Shorten is GRANTED as set forth herein.

2.     The Court will consider the Motion at a hearing scheduled for December 13, 2016 at 10:00 a.m. (Eastern) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge,

1

at Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, located at One Bowling Green, New York, NY 10004-1408.

3.     A copy of this Order, together with the Motion (with exhibits) shall be served **by December 6th, 2016** ~~within one business day of entry~~ in accordance with the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates (ECF Doc. No. 93), and such service shall be deemed good and sufficient notice of the relief requested in the Motion.**[SMB: 12/6/16]**

4.     Objections or responses to the Motion, if any, must be in writing, filed with the Court and ~~served~~ shall be served **by email** upon amici' counsel, Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, D.C. 20036 attention: Mark I. Bailen, **the Debtor and the committee ,** so as to be actually received on or before December **12th** ~~9~~, 2016 **at 5 pm** (the "Objection Deadline"). ~~and any reply be filed by December 12, 2016 (the "Reply Deadline")~~. If no objections are timely filed and served, the relief requested in the Motion may be granted by the Court without further hearing or notice.**[SMB: 12/6/16]**

5.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Date: <u>December 6th, 2016</u>              <u>/s/ STUART M. BERNSTEIN</u>
                                             Honorable Stuart M. Bernstein
                                             United States Bankruptcy Judge