

**16-11700 Fw: GAWKER CASE- XP EVIDENCE- NEW DISCOVERIES**
Chantel Barrett   to: nysbml_caseadmin                              12/02/2016 02:16 PM

History:              This message has been replied to.

Please file the email and all attachments.

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/02/2016 01:05 PM |
| Subject: | GAWKER CASE- XP EVIDENCE- NEW DISCOVERIES |

Dec. 2, 2016

Dear Court Officers

Attached please find additional evidence from over 100 well known sources including Matt Forney of Taki Magazine, FBI and GAO Agents, U.S. Congress staff and many others. This evidence further confirms the fact that the entire "Media Empire" of Gawker and Nick Denton existed to provide malicious, life-ending, vendetta services to political and corporate clients. Included are documents of Nick Denton stating it as fact that he destroys lives. The links to the evidence ZIP files are at the bottom of this email for easy downloading by The Court staff. Matt Forney should present his findings to the Court on behalf of all of the Creditors.

XP

====================

GAWKER RESPONSE 3.5

Dear Court Staff:

XP just received the attached file from the court which has many lies and falsehoods stated by Ropes & Gray/Gawker which we wish to correct on record.

1. XP is currently unrepresented because of the financial harm caused by Gawker Media. XP wants equitable legal representation. Can the Judge please help get us a lawyer under consideration of the disadvantages placed on Plaintiff by Defendants. XP Staff used to live in and pay taxes in New York. XP is facing death threats, financial threats and branding threats from Defendants and Defendants associates. A little help from the public system would be appreciated. While XP has been made judgment proof by the circumstances, it is little consolation for the suffering, pain and continuing losses simply because XP accidentally stumbled upon Defendants criminal enterprise designed to rig elections and steal State and Federal funds.

2. Ropes and Gray has lied about their communications and has not engaged in the disclosures or emails to XP that Ropes and Gray states. Ropes and Gray has made efforts to cut XP out of the process.

3. Gawker Media, Jalopnik, Gizmodo and the vast number of front organizations operated by Nick Denton are the producers of contracted attacks on XP, its staff and investors.

4. Gawker Media produced attack articles, attack videos and attack fake blogger comments against XP interests as recently as last year. The attack media articles are DNS coded, and still web delivered to tens of millions of internet users as recently as yesterday.

5. XP staff are located in California and do not have the funds to attend any hearings in New York. XP has previously requested that the court pay for XP to attend the hearings or arrange for a teleconference for XP to attend such hearings in order to allow Plaintiff's their California, New York and U.S. Constitutional justice rights.

6. Gawker Media is a criminal organization protected by White House staff, and public officials who seek to protect their government payola kick-backs. Those same officials and their campaign financiers hired Gawker to run these multiple hit jobs.

7. The Redmond lawsuit does not affect the XP filing. Scott Douglas Redmond filed a lawsuit against Gawker Media in pro per without legal counsel. The documents from Gawker show that Gawker attorneys, at the time, were terrified of the fact that Redmond could win. Redmond was never allowed to appear in court to represent himself. Nobody appeared in Court to represent Redmond. Scott Douglas Redmond is an employee of XP. XP is a company. Scott Redmond is a person. The two are different things. Ropes and Gray is trying to play legal tricks to use an old, different thing to apply to this thing. The two things are not legally related. It is interesting that Ropes and Gray exposed that case which was under seal because Gawker hid it. Why did Gawker hide it? Because if that case stands, it affects the entire law of the internet and creates a legal precedent about the operation of the internet, internet links and affects thousands of other people's lawsuits. Ooopsie Ropes & Gray. You didn't realize that, did you? The Law Department at Santa Clara University has been looking into re-opening that case to get a public hearing over the internet precedents it sets. Hmmmm? In any case, that case dismissal was unfair and Redmond had no legal representation or even in-court opportunity to speak his case. It has little or no legal connection to the XP rights.

8. Why does Ropes and Gray not discuss the Limnia/XP federal lawsuit which got Eric Holder, Steven Chu, Lachlan Seward, Robert Gibbs and a host of public officials fired for CORRUPTION?

9. Why does Ropes & Gray not discuss the Gawker/Google produced animated attack video they made on posted to billions of people?

10. Why does Ropes & Gray not discuss the Jalopnik attack article, the threatening emails from and phone calls from Gawker and the direct contact of our employers, investors and clients all within the statute of limitations?

11. The "Conspiracy" is not a theory. XP has provided very specific PROOF of a CONSPIRACY FACT!

12. To Repeat: ROPES and GRAY never delivered the communications to XP that they claim. For a law-firm billing this gig over THREE MILLION dollars so far, Ropes could not cough up enough money for a FEDEX envelope? Seriously? They did not send XP the informative notes that Ropes claims to have sent.

13. The draft complaint form states that the "complain draft" is just notes. XP is researching how to write a complaint on its own and just wanted to provide some of the draft work in a hurry because XP keeps getting these notices at the last minute in order to try to cut XP out of recoveries. XP really wants to have a law firm represent it but every major law firm wants either a $300K retainer or has received a black-listing request from Google, Gawker's web rigging, financial, political and conspiracy partner.

14. XP has previously stated that XP's claims are not duplicative. Gawker caused over SIX BILLION DOLLARS of damages to XP. If Nick Denton "killed" Elon Musk and all of the staff of Bloom Energy, the legal metrics say that Denton would be charged with six billion dollars of damages for destroying Tesla Motors/SolarCity/Space X and Bloom Energy as companies. In this case: Same thing. The claims are each different because XP has billions of dollars in damages and XP has heard that you need to break such large damages up into multiple claims.

15. Because the damages and attacks have continued up to this week the time-bar/statute of limitations expiration request by Ropes & Gray is moot. The clock restarts every time the court looks on the internet and sees the attack articles and videos come up in a web search or when Gawker and the Cartel send them to another investor, employer or girlfriend. We are looking now on sophisticated net systems and see those items are still on Gawkers servers.

16. XP disputes, has disputed and continues to dispute all of the debtors objections.

17. If we have the legal representation that the law and the Constitution says we are supposed to have then this will not get dismissed. Dismissing this because XP is poor sends a message to every voter and citizen in America that the Justice system is only for the rich and the elite conspirators. Is that the message the Court wants to send to every voter in the U.S., particularly right now?

18. Gawker Media has jacked up government funding, VC funding and partner funding as recently as last week. How would the Court like us to document that?

19. XP only received the facts of injury to XP and the attack vectors on XP being directly operated by Gawker as part of an election rigging and government funds payola scheme in the last six months from federal law enforcement, leakers, whistle-blowers, Congressional staff and news media. The big paragraph #7 denouement fanfare by Ropes and Gray of the "final fact that seals the fate.." is actually the thing that shuts down *their* whole argument. The world knows that the Snowden, Assange, Seth Rich Leaks all only just happened and we, and the world, are only just sifting through them. The fact that seals the fate for Ropes/Gawker is that Ropes presumes that the Court must be idiots who never read a newspaper. What an offensive presumption for actual "lawyers" to put into writing. Even the most uneducated Joe SixPack person knows that all of the leaks and conspiracy disclosures only just happened. Do your homework Ropes! Ropes tries to play this off as just a 2011 attack. We all now know the attacks are still going on to this day, involve multiple attack items from blog comments on Gawker sites to movies to direct mailers to phone calls to multiple "articles". Rigging a U.S. Election and trying to rig over "seven trillion dollars of State and Federal funds" into private bank accounts is a big crime. That is why Gawker was hired to do all of these awful things to us. The clock has NOT run out on this!

20. If an employee has "raised similar allegations" does that not show that Gawker has a pattern of "attacker criminality". Sean Parker, Sandy Montenegro, Sarah Palin, Mitt Romney and OVER A THOUSAND others have "raised similar allegations". The families of all of those people who that guy just killed on GRINDR "raised similar allegations" about that guy who killed all of those people on GRINDR. (Ask Nick Denton about what GRINDR is). Does the fact that people complain about crimes that Gawker commits over and over not sound a bit incriminating for, you know: GAWKER!

21. Senator Dianne Feinstein held the stock, real estate, construction company, and leasing company in Tesla and FBI-raided Solyndra which are owned by Gawker's handlers. Her daughter, Kathryn, used to sleep at an XP staffers house. Kathryn Feinstein was a Judge and controlled a large part of the Court that heard the Redmond case. Conflict? Rigged Hearing? You bet.

22. XP's claims should not only be allowed but should be accelerated before the New White House staff take office and expand this to a national federal investigation.

23. Ropes and Gray ignore that fact that XP staff sued "Gawker Conspiracy" associate In-Q-Tel and made In-Q-Tel stand in the San Francisco Court and tell the judge who they really are and made In-Q-Tel and the Court watch the CORBETT REPORT video on In-Q-Tel. We request that the Court and all participants go to the website THE CORBETT REPORT and watch their videos on In-Q-Tel who has a financial, operational and political relationship with Gawker and Google. Latham and Watkins, who are part of this legal morass should be compelled by the court to publish their records of their work for New America Foundation which is THE SAME THING as In-Q-Tel! The vast numbers of news reports state that these entities rig elections and public policy. Birds of a feather…

24. Please pardon the typos and lack of lawyer-speak. We always get these things at the last minute and are required to type up these responses as fast as possible in order to get them back in time. We are doing everything we can, within the constraints, to try to respond.

25. Here is a picture of Redmond, Warren, Hillary, Hillary's G/F. Do you want the letters to Scott from The White House? Which Ones? The ones from Ronald Reagan or the ones from Al Gore? See: Everybody likes XP and the staff except corrupt people!

XP

I've linked 3 files to this email:

GAWKER EVIDENCE1.zip(7.3 MB) Hightail
https://www.hightail.com/download/cUJVc2ZIQVNCSWU5TE1UQw

GAWKER EVIDENCE2.zip(10.6 MB) Hightail
https://www.hightail.com/download/cUJVc2ZIQVM1aWI0WjhUQw

GAWKER AND THE WHITE HOUSE HIT SQUADS.m4v.zip(28.2 MB) Hightail
https://www.hightail.com/download/cUJVc2ZIQVNHa1B2bk1UQw

Mozilla Thunderbird makes it easy to share large files over email.