

**16-11700 Fw: GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found - PART TWO- ZIPPED FILES PER REQUEST**

**Chantel Barrett**   to: nysbml_caseadmin                                    12/02/2016 03:26 PM

Please file the below email

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/02/2016 03:11 PM |
| Subject: | GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found - PART TWO- ZIPPED FILES PER REQUEST |

Additional Evidence Materials- Supplied to XP Staff since the Monday Filing, Attached- Six Additional Document sets.

Dec. 2, 2016

Dear Court Officers

Attached please find additional evidence from over 100 well known sources including Matt Forney of Taki Magazine, FBI and GAO Agents, U.S. Congress staff and many others. This evidence further confirms the fact that the entire "Media Empire" of Gawker and Nick Denton existed to provide malicious, life-ending, vendetta services to political and corporate clients. Included are documents of Nick Denton stating it as fact that he destroys lives. The links to the evidence ZIP files are at the bottom of this email for easy downloading by The Court staff. Matt Forney should present his findings to the Court on behalf of all of the Creditors.

XP


I've linked 1 file to this email:

GAWKER EVIDENCE NEXT SET.zip(16.3 MB) Hightail
https://www.hightail.com/download/cUJVc2ZOR0YwZ25tcXRVag
Mozilla Thunderbird makes it easy to share large files over email.