**Gawker Media LLC**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 1A | GMGI – Second Lien Make-Whole Claim | 1 | 0 | $3,750,000.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 1C | GMGI – General Unsecured Claims | 68 | 0 | $140,100,067.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 1D | General Unsecured Convenience Claims | 1 | 0 | $1.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 1E(ii) | Gawker Media Intercompany Claims | DEEMED TO VOTE TO ACCEPT THE PLAN. (SOLICITATION PROCEDURES ¶ A) | | | | |
| 1F | GMGI – Preferred Equity Interests | 22 | 0 | 96,426,391 | 0 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 2A | Gawker Media – Second Lien Make-Whole Guaranty Claim | 1 | 0 | $3,750,000.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 2C | Gawker Media – General Unsecured Claims | 74 | 0 | $125,586,405.33 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 2D | Gawker Media – Punitive Damage Claims | 1 | 0 | $15,000,000.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 2E | Gawker Media General Unsecured Convenience Class | 5 | 0 | $20,658.46 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |
| 2F(i) | Gawker Media Gawker Hungary Intercompany Claims | DEEMED TO VOTE TO ACCEPT THE PLAN. (SOLICITATION PROCEDURES ¶ A) | | | | |
| 2G | Gawker Media Membership Interest | DEEMED TO VOTE TO ACCEPT THE PLAN. (SOLICITATION PROCEDURES ¶ A) | | | | |
| 3A | Gawker Hungary Second Lien Make-Whole Guaranty Claim | 1 | 0 | $3,750,000.00 | $0.00 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |

**Gawker Media LLC**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 3D(ii) | Gawker Hungary Gawker Media Intercompany Claims | DEEMED TO VOTE TO ACCEPT THE PLAN. (SOLICITATION PROCEDURES ¶ A) | | | | |
| 3E | Gawker Hungary Membership Interest | DEEMED TO VOTE TO ACCEPT THE PLAN. (SOLICITATION PROCEDURES ¶ A) | | | | |