**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1A | GMGI – Second Lien Make-Whole Claim | US VC Partners, LP | 151 | $3,750,000.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Aguilar, Mario | 9 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Alzona, Angelica | 10 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Ballaban, Michael | 11 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Biddle, Sam Faulkner | 147 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Bluestone, Gabrielle | 12 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Bollea, Terry Gene | 144 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Bollea, Terry Gene | 150 | $140,100,000.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Burke, Timothy | 13 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Burneko, Albert | 14 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Carmichael, Emma | 15 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Carmon, Irin | 21 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Collins, Andrew | 16 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Cook, James J. | 17 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Cook, John | 19 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1C | GMGI – General Unsecured Claims | Darbyshire, Gabrielle | 130 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Daulerio, Albert James | 170 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Davies, Madeleine | 71 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | de Souza, Veronica | 23 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Denton, Nicholas G.A. | 174 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Dietrick, Heather | 27 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Donohue, Lacey | 29 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Draper, Kevin | 30 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Dries, Kate | 18 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Drummond, Katherine | 33 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Escobedo Shepherd, Julianne | 59 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Faircloth, George Kelly | 31 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Feinberg, Ashley | 35 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Finger, Robert | 22 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | George, Patrick | 20 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1C | GMGI – General Unsecured Claims | Goldberg, Ryan | 42 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Haisley, William | 25 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Hardigree, Matt | 24 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Henry, Alan | 73 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Hope, Clover | 49 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Howard, Gregory | 52 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Juzwiak, Rich | 46 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Kalaf, Samer | 26 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Keyser, Hannah | 28 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Kidder, Scott | 161 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | King, James | 32 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Kleeman, Sophie | 57 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Klosowski, Thorin | 34 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Laffoon, Patrick | 43 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Ley, Tom | 40 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1C | GMGI – General Unsecured Claims | Magary, Andrew | 53 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Marchman, Tim | 37 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Merlan, Anna | 69 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Moskovitz, Diana | 39 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Nolan, Hamilton | 41 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Novak, Matt | 48 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | O'Conner, Brendan | 44 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Orin, Andrew | 58 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Ouellette, Jennifer | 36 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Pareene, Alexander | 45 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Petchesky, Barry | 38 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Redford, Patrick | 47 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Rothkopf, Joanna | 51 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Ryan, Erin | 50 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Sargent, Jordan | 75 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1C | GMGI – General Unsecured Claims | Scocca, Tom | 54 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Shechet, Eleanor | 60 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Stout, Kelly | 66 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Tillman, Scott | 156 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Totilo, Stephen | 56 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Trendacosta, Katharine | 55 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Trotter, Joseph Keenan | 63 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Turton, William | 62 | $1.00 | Accept |
| 1C | GMGI – General Unsecured Claims | Woolley, Sam | 76 | $1.00 | Accept |
| 1D | GMGI – General Unsecured Convenience Claims | Plunkett, Thomas | 164 | $1.00 | Accept |
| 1F | GMGI – Preferred Equity Interests | Bluestone, Gabrielle | 134 | 4,528 | Accept |
| 1F | GMGI – Preferred Equity Interests | Carmichael, Emma | 135 | 9,540 | Accept |
| 1F | GMGI – Preferred Equity Interests | Carmon, Irin | 136 | 3,150 | Accept |
| 1F | GMGI – Preferred Equity Interests | Darbyshire, Gaby | 132 | 6,441,120 | Accept |
| 1F | GMGI – Preferred Equity Interests | Daulerio, Albert | 172 | 8,100 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1F | GMGI – Preferred Equity Interests | Denton, Nicholas | 176 | 40,258,620 | Accept |
| 1F | GMGI – Preferred Equity Interests | Dietrick, Heather | 137 | 34,920 | Accept |
| 1F | GMGI – Preferred Equity Interests | Dimmitt, Genevieve | 141 | 4,590 | Accept |
| 1F | GMGI – Preferred Equity Interests | Gorenstein, Andrew | 157 | 101,340 | Accept |
| 1F | GMGI – Preferred Equity Interests | Greenmount Creek Limited | 171 | 21,060,000 | Accept |
| 1F | GMGI – Preferred Equity Interests | Hamer, Matthew | 129 | 810,000 | Accept |
| 1F | GMGI – Preferred Equity Interests | Hardigree, Matt | 138 | 6,660 | Accept |
| 1F | GMGI – Preferred Equity Interests | Kidder, Scott | 160 | 525,600 | Accept |
| 1F | GMGI – Preferred Equity Interests | Leitch, Will | 8 | 234,000 | Accept |
| 1F | GMGI – Preferred Equity Interests | Lisanti, Mark | 2 | 108,000 | Accept |
| 1F | GMGI – Preferred Equity Interests | Ma, Jesse | 5 | 52,920 | Accept |
| 1F | GMGI – Preferred Equity Interests | Nolan, Hamilton | 139 | 15,840 | Accept |
| 1F | GMGI – Preferred Equity Interests | Plunkett, Tom | 167 | 6,019,020 | Accept |
| 1F | GMGI – Preferred Equity Interests | Scocca, Thomas | 140 | 1,800 | Accept |
| 1F | GMGI – Preferred Equity Interests | Steele, Lockhart | 4 | 2,766,060 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 1F | GMGI – Preferred Equity Interests | Thomas, Owen | 1 | 18,000 | Accept |
| 1F | GMGI – Preferred Equity Interests | US VC Partners LP | 153 | 17,942,583 | Accept |
| 2A | Gawker Media – Second Lien Make-Whole Guaranty Claim | US VC Partners, LP | 152 | $3,750,000.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Aguilar, Mario | 61 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Alzona, Angelica | 77 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Ayyadurai, Shiva | 159 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Ballaban, Michael | 65 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Biddle, Sam Faulkner | 148 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Bluestone, Gabrielle | 67 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Bollea, Terry Gene | 154 | $0.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Bollea, Terry Gene | 142 | $125,100,000.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Burke, Timothy | 64 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Burneko, Albert | 78 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Carmichael, Emma | 72 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Carmon, Irin | 70 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 2C | Gawker Media – General Unsecured Claims | Christopher, Sadowski | 7 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Cogent Communications | 3 | $1,348.33 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Collins, Andrew | 68 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Cook, James J. | 79 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Cook, John | 90 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Darbyshire, Gabrielle | 131 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Daulerio, Albert James | 168 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Davies, Madeleine | 88 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | de Souza, Veronica | 86 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Denton, Nicholas G.A. | 173 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Dietrick, Heather | 74 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Donohue, Lacey | 80 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Draper, Kevin | 87 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Dries, Kate | 89 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Drummond, Katherine | 81 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 2C | Gawker Media – General Unsecured Claims | Escobedo Shepherd, Julianne | 121 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Faircloth, Georgia Kelly | 95 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Feinberg, Ashley | 82 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Finger, Robert | 83 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | George, Patrick | 84 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Goldberg, Ryan | 85 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Haisley, William | 91 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Hardigree, Matt | 94 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Henry, Alan | 106 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Hope, Clover | 92 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Howard, Gregory | 110 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Juzwiak, Rich | 99 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Kalaf, Samer | 98 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Keyser, Hannah | 93 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Kidder, Scott | 162 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 2C | Gawker Media – General Unsecured Claims | King, James | 111 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Kleeman, Sophie | 97 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Klosowski, Thorin | 96 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Laffoon, Patrick | 105 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Ley, Tom | 103 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Magary, Andrew | 100 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Marchman, Tim | 101 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Merlan, Anna | 102 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Moskovitz, Diana | 104 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Newmark & Co. Real Estate, Inc. | 6 | $420,000.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Nolan, Hamilton | 113 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Novak, Matt | 115 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | O'Connor, Brendan | 122 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Ole Media Management L.P. dba Jingle Punks | 155 | $10,000.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Orin, Andrew | 117 | $1.00 | Accept |

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 2C | Gawker Media – General Unsecured Claims | Ouellette, Jennifer | 119 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Pareene, Alexander | 116 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Petchesky, Barry | 120 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Plunkett, Thomas | 163 | $54,989.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Redford, Patrick | 107 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Rothkopf, Joanna | 118 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Ryan, Erin | 108 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Sargent, Jordan | 109 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Scocca, Tom | 114 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Shechet, Eleanor | 112 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Stout, Kelly | 123 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Terrill, Ashley | 165 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Totilo, Stephen | 124 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Trendacosta, Katharine | 125 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Trotter, Joseph Keenan | 126 | $1.00 | Accept |

16-11700-smb    Doc 563-2    Filed 12/06/16    Entered 12/06/16 20:28:35    Exhibit B -
Ballot by Ballot Voting Detail    Pg 12 of 12

**Gawker Media LLC**
**Exhibit B - Ballot by Ballot Voting Detail**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject |
|---|---|---|---|---|---|
| 2C | Gawker Media – General Unsecured Claims | Turton, William | 127 | $1.00 | Accept |
| 2C | Gawker Media – General Unsecured Claims | Woolley, Sam | 128 | $1.00 | Accept |
| 2D | Gawker Media – Punitive Damage Claims | Bollea, Terry Gene | 143 | $15,000,000.00 | Accept |
| 2E | Gawker Media – General Unsecured Convenience Class | Hudson, Andrew D. | 145 | $1,600.00 | Accept |
| 2E | Gawker Media – General Unsecured Convenience Class | Innovid Inc | 158 | $391.82 | Accept |
| 2E | Gawker Media – General Unsecured Convenience Class | Mark, Aulistar | 146 | $3,000.00 | Accept |
| 2E | Gawker Media – General Unsecured Convenience Class | Moat Inc. | 133 | $15,665.64 | Accept |
| 2E | Gawker Media – General Unsecured Convenience Class | Plunkett, Thomas | 166 | $1.00 | Accept |
| 3A | Gawker Hungary – Second Lien Make-Whole Guaranty Claim | US VC Partners, LP | 149 | $3,750,000.00 | Accept |