**Gawker Media LLC**
**Exhibit C - Reports of Ballots Excluded from Tabulation**

| Class | Class Description | Name | Ballot Number | Voting Amount | Accept / Reject | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 1F | GMGI – Preferred Equity Interests | Daulerio, Albert | 169 | 1 | N/A | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| 1F | GMGI – Preferred Equity Interests | Denton, Nicholas | 175 | 40,258,620 | N/A | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |