UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re                                                 :    Chapter 11
:
Gawker Media LLC, et al.,[1]                          :    Case No. 16-11700 (SMB)
:
          Debtors.                                    :    (Jointly Administered)
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                     )  SS:
COUNTY OF ESSEX      )

Dipesh Patel, being duly sworn, deposes, and says:

1. I am an associate with the Saul Ewing LLP.

2. On December 5, 2016, I caused a true and accurate copy of the Response of Certain Former and Current Writers, Employees and Independent Contractors in Support of Confirmation of the Amended Chapter 11 Plan, or in the alternative, Limited Objection and Reservation of Rights [Docket Entry 546] to be served upon the following entities in the manner indicated below:

### VIA EMAIL
Those entities listed on the Master Service List dated November 17, 2016.

### VIA CM/ECF
Those entities that have entered an appearance in these proceedings
under Fed. R. Bankr. P. 2002.

3. On December 6, 2016, I caused a true and accurate copy of the Response of Certain Former and Current Writers, Employees and Independent Contractors in Support of Confirmation of the Amended Chapter 11 Plan, or in the alternative, Limited Objection and Reservation of Rights [Docket Entry 546] to be served upon the following entities in the manner indicated below:

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York 10014

By: _____
Dipesh Patel

Subscribed and sworn to before
me this 7th day of December, 2016

_____
Judah Gillman
Notary Public, State of New Jersey
My commission expires:

JUDAH H. GILLMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/20/2020