**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Gawker Media LLC, et al.,

Case No.: 16-11700 (SMB)

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: __________

Plaintiff

v.

Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Meanith Huon, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein, to represent Meanith Huon, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Seventh Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/8/2016

Chicago, Illinois, [redacted]

/s/Meanith Huon

*Mailing Address*:

PO Box 441

Chicago, Illinois 60690

ARDC No.: 6230996

*E-mail address*: huon.meanith@gmail.c om

*Telephone number*: (312) 405-2789

E-mail address: huon.meanith@gmail.com