ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
Gawker Media LLC, *et al.*,[1]                          :    Case No. 16-11700 (SMB)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
--------------------------------------------------------x

**DECLARATION OF D. ROSS MARTIN, ESQ. SUBMITTING**
**CERTAIN DOCUMENTATION RECEIVED FROM XP VEHICLES**

I, D. Ross Martin, make this Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1.  I am a partner of the firm of Ropes & Gray LLP, counsel to the Debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2. I submit this declaration in connection with documentation received from XP Vehicles ("XP Vehicles"). I have personal knowledge of the matters set forth herein.

3. On December 6, 2016, at 4:53 p.m. (ET), the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit A**.

4. On December 6, 2016, at 5:44 p.m. (ET), the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit B**.

5. On December 6, 2016, at 6:34 p.m. (ET), the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit C**.

6. On December 7, 2016, at 1:47 p.m. (ET), the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit D**.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.


Dated: December 9, 2016
      New York, New York

                                                */s/ D. Ross Martin*
                                                D. Ross Martin