**EXHIBIT A**

E-mail Correspondence from XP Vehicles
Dec. 6, 2016 at 4:53 p.m. (ET)

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Tuesday, December 06, 2016 4:53 PM |
| **To:** | Agudelo, Jonathan |
| **Subject:** | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) CERTAIN WRITERS' RESPONSE IN OBJECTION TO THE CONFIRMATION |

XP Vehicles Task Force
601 Van Ness Ave, MS E3613
San Francisco, CA 94102
Email: legal@xpvehicles.com
**http://globalscoop.net/NEXT**

Alliance of witnesses and victims in association with Claimants and Plaintiffs in pro per

Dec. 6, 2016


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

:

In re

:

:

1

Gawker Media LLC, et al.,

:

:

Debtors.

:

---------------------------------------------------x

Chapter 11

Case No. 16-11700 (SMB)

(Jointly Administered)


CERTAIN WRITERS' RESPONSE IN OBJECTION TO THE CONFIRMATION OF THE AMENDED CHAPTER 11 PLAN, OR IN THE ALTERNATIVE, LIMITED OBJECTION AND RESERVATION OF RIGHTS


XP VEHICLES TASK FORCE includes hundreds of members of the Press who publish to millions of readers. These members of the Open Source publishing WIKI's reflect left, right and middle of the road politics. Most of the writers in the opposition who are seeking to avoid liability for killing XP staff incomes, brands, lives and futures exclusively work for Silicon Valley and left wing campaign financiers who have ordered them to protect billions of dollars of government fund kick-backs for those campaign financiers. For the Dec. 13, 2016 Hearing, we wish the court to know that the Court is receiving skewed information from parties who do not reflect the entire industry of Journalism.


At the moment there is massive global controversy regarding the circulation of publication "Black-Lists" and "Fake News avoidance lists" via a variety of Silicon Valley financier directed media in order to seek to violate the First Amendment rights of those who the Silicon Valley campaign financiers do not like. Gawker writers are promoting these blacklists because they are mad that Donald Trump won the election. As green car makers, XP the car company doesn't care who wins.


Every American voter wins with XP Cars.


While XP Vehicles Task force journalists are not welcomed by these so-called "Writers Guilds" and "Writers Groups" because they do not follow the boiler-plate talking points handed out by many of these groups, they are professional journalists none-the-less. The media coverage of the Gawker Bankruptcy case has now doubled the size of XP Vehicles Task Force.


It is not OK for Gawker "brand killers" and self-identified "Character Assassins" from Gawker Media to get a pass for the murder of the lives of other human beings. Let us provide a reference:


2

*"If Ashley Terrill gets frustrated with the court never letting her get her restitution and hires writer David Chen to go over and shoot Nick Denton in the head with an actual gun, would David Chen get away Scott-free because he types stuff on a keyboard?*

*In this theoretical scenario, would the fact that David Chen got some money from somebody, once, for writing a "Shock Journalism" screed article about obese people at Walmart allow him to get away with murder?"*

These writers are saying that they should be rewarded for acting like drunk high school brats and having contests to see who they could harm more. Is that what America is about now?

Our staff were attacked and financially, brand-value and life state killed by Gawker's writers. We have acquired a list of every single person that worked at Gawker from 2007 until this day. As writers, what are our volunteer journalists allowed to do to them for the rest of their lives for what they did to us for the rest of our lives? Thousands of children killed themselves because of Cyberbullying, a good part of the Cyberbullying came from Gawker writers. Gawker Writers killed children but they face no punishment? Gawker Writers killed some of us by making and delivering movies, articles, blogs, and other media and sending it to billions of people on the internet and that is going to be OK? NEVER!

Gawker Writers claim either that they 1.) Just did what Nick Denton told them to do...or 2.) Were influenced by outside substances and didn't realize they were being bad...or 3.) or that "secret bad writers "snuck in" and wrote nasty things and then skulked away.. Which is it? In any of those cases does the First Amendment get you off the hook for horrific crimes against society, families, children and individuals?

We urge this Court to NOT let these Gawker Writers get away character assassinations and the murder of human dignity any more. Tell the Gawker Writers that they must pay for their crimes!

XP TASK FORCE

XP

XP Engineering