# **EXHIBIT C**

E-mail Correspondence from XP Vehicles
Dec. 6, 2016 at 6:34 p.m. (ET)

| | |
|---|---|
| **From:** | XP VEHICLES <legal@xpvehicles.com> |
| **Sent:** | Tuesday, December 06, 2016 6:34 PM |
| **To:** | Agudelo, Jonathan |
| **Subject:** | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) OVERALL BANKRUPTCY PLAN COMMENTS BASED ON NEW SHOCKING REVELATIONS |

XP Vehicles Task Force
Email: legal@xpvehicles.com
**BRANCHES CASE FILES: http://globalscoop.net/NEXT**

Alliance of witnesses and victims in association with Claimants and Plaintiffs in pro per

Dec. 6, 2016


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

:

In re

:

:

1

Gawker Media LLC, et al.,

:

:

Debtors.

:

--------------------------------------------------------x

1

Chapter 11

Case No. 16-11700 (SMB)


**XP VEHICLES COMMENT ON DRAMATIC VOLUMES OF NEWLY FILED DOCUMENTS FROM OTHER CREDITORS FINDING ILLICIT, POTENTIALLY CRIMINAL, TRICKERY WITHIN THE GAWKER PROPOSED BANKRUPTCY  [Dkt. 444]**

XP VEHICLES, the public and the news media have noted with alarm that, as of today, other highly resourced Creditors have filed highly researched forensic and investigatory motions, pleadings and other assertions which lay out facts that seem to prove that Gawker's bankruptcy plan is a **smoke-and-mirrors scam.** Some of these other Creditors seem to have spent millions of dollars in total and hired investigators and financial forensic analysts. The other Creditors have documented i*llicit money skimming "back-doors", tax evasion tricks, behind-the-curtain deals and shell company hoodwinking* that sinks to the depths of an organized crime operation.

XP has demanded that the FBI be more deeply involved in this case because XP is aware of organized crime activities that Gawker and it's handlers were involved in. In XP's federal corruption lawsuit, XP became the first party in known court records to have the U.S. Courts OFFICIALLY state that XP had been a victim of political corruption at the Federal level.

Gawker's opposition counsel try to pooh-pooh XP's claims by saying that nobody should believe in political corruption and organized crime..yet: HERE IT IS!

1.) The U.S. Courts have said XP was a victim of it. 2.) All of the people that are under investigation for the crimes fund Gawker Media and: BEST OF ALL. 3.) Now the other Creditors have put it in writing!

Take a look at the details of each of the Creditors objection documents published today by Prime Clerk. The charges are SHOCKING and they are deeply detailed and backed up by these other Creditors who do have vast legal and research budgets to work with.

XP implores the Court to admonish Gawker for trying to pull the wool over the eyes of the Creditors, The Court and the Justice system. We request that the Court re-draft the entire Gawker bankruptcy plan for equitable distribution, reserves and human rights to all Creditors. Please don't let Gawker Media get away with their smoke-and-mirrors scam.

XP