# Exhibit C

```
                                                          Page 1

 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 16-11700-smb
 4   - - - - - - - - - - - - - - - - - - - - - - - - - -x
 5
 6   In the Matter of:
 7
 8   GAWKER MEDIA, LLC,
 9
10                  Debtor.
11
12   - - - - - - - - - - - - - - - - - - - - - - - - - -x
13
14               United States Bankruptcy Court
15               One Bowling Green
16               New York, New York
17
18               December 1, 2016
19               10:35 a.m.
20
21
22
23   B E F O R E :
24   HON STUART M. BERNSTEIN
25   U.S. BANKRUPTCY JUDGE
```

```
 1   anticipating everybody's objections because they're not due
 2   till Monday.  But, again, we've thought about it obviously
 3   in advance.  We anticipate people saying, look, there could
 4   be an unfairness here because if Mr. Balaya walks away with
 5   $31 million and then I only get two percent of my claim as
 6   it turns out Mr. Juan (ph) has a hundred million in this
 7   there is some objection there.  We're just saying --
 8               THE COURT:  Why don't you just separately classify
 9   the settling tort cases, the tort plaintiffs?  They have
10   settlements.  They have different rights.
11               MR. GALARDI:  Well, their settlements are
12   contingent upon the effective date of the plan, first of
13   all.
14               THE COURT:  Well, but for the plan to be effective
15   maybe you have to just separately classify them.
16               MR. GALARDI:  Your Honor, again, I didn't want to
17   be accused of (indiscernible) remanding in there and certain
18   treatment Your Honor had said something interesting at the
19   last hearing.  Mr. Balaya's taking I will say roughly 25
20   percent of his claim.
21               There is an open issue as to --
22               THE COURT:  There's two issues.
23               MR. GALARDI:  Yeah.
24               THE COURT:  The settlement is the settlement and
25   it's fair and --
```