**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Gawker Media, LLC. et. al.,                           Case No.: 16-11700

                                                             Chapter 11

                                      Debtors

-------------------------------------------------------------x

                                                                             Adversary Proceeding No.: _____

                                Plaintiff

                     v.

                                Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of  Meanith Huon , to be admitted, *pro hac vice*, to represent  Meanith Huon , (the "Client") a  creditor  in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Illinois and, if applicable, the bar of the U.S. District Court for the  Northern District of Illinois, it is hereby

      **ORDERED**, that  Meanith Huon, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 12th, 2016

New York , New York                 /s/  STUART M. BERNSTEIN

                                        UNITED STATES BANKRUPTCY JUDGE