**Meanith Huon**
**PO Box 441**
**Chicago, Illinois 60690**
**312-405-2789**
**312-268-7276 FAX No.**
**Huon.meanith@gmail.com**

December 12, 2016

**VIA EMAIL, REGULAR MAIL, AND E-FILING**
Hon. Judge Stuart M. Bernstein
Courtroom: 723
One Bowling Green
New York, NY 10004-1408

Re: Request to appear via telephonic conference
In re Gawker Media, LLC
Chapter 11
Case No.: 16-11700 (SMB)

Dear Judge Bernstein:

 Out of an abundance of caution, I am making the following disclosures under New York Rule 3.3, Conduct before Tribunal, and New York Rule 3.4, Fairness to Opposing Counsel:

 I was provided with legal advice and/or information from Charles Harder and the law firm of Harder, Mirell & Abrams LLP in appealing my case against Gawker Media in Huon v. Denton, et. al., Case No.: 15-3049 (7th Circ. 2016.).  I was reimbursed for certain of my costs.

 I was provided with legal advice and/or information from Charles Harder and Harder's prior firm, the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, in litigating my case against Gawker Media in Huon v. Denton, et. al., Case No.: 11-cv-3054, before the U.S. District Court in the Northern District of Illinois.  I was reimbursed for certain of my costs.

 I was provided with legal advice and/or information from Michael Kernan, an attorney retained by Charles Harder, in litigating my case against Gawker Media in Huon v. Denton, et. al., Case No.: 11-cv-3054, before the U.S. District Court in the Northern District of Illinois. See attached email correspondence attached as Exhibit "A".

Page 1 of  2

By making these disclosures, I am not waiving the Attorney Client Privilege regarding my communications with the aforesaid attorneys and law firm.  Thank you.

Very truly yours,

/s/ Meanith Huon

Meanith Huon


cc:    (VIA EMAIL ONLY)
       Gregg M. Galardi
       Elizabeth Beruit
       Jonathan Agudelo
       Ropes & Gray, LLP

       (VIA EMAIL ONLY)
       Mark Tsukerman
       Cole Schotz PC

Page 2 of 2

 Gmail

**Meanith Huon <huon.meanith@gmail.com>**

## Emails
1 message

**Charles Harder** <charder@hmafirm.com>                              Mon, Oct 31, 2016 at 10:52 AM
To: Meanith Huon <huon.meanith@gmail.com>
Cc: Dilan Esper <DEsper@hmafirm.com>, Douglas Mirell <dmirell@hmafirm.com>

Meanith:  Can you please discontinue emails to my firm?  It is not necessary for us to receive them, and we would prefer not to receive them.  We wish you good luck with your matter.  Thank you.  –Charles

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 **Gmail**

Meanith Huon <huon.meanith@gmail.com>

---

# Status

1 message

---

**Charles Harder** <charder@hmafirm.com>                                     Sun, Aug 14, 2016 at 1:52 PM
To: Meanith Huon <huon.meanith@gmail.com>

Hi. What is the status of your appeal? I saw that you were dismissed from the BK proceeding. Are you ending the appeal as to Gawker? Thanks

Charles J. Harder
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
(424) 203-1600

Sent from iPhone; please excuse any typos.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

 Gmail

## Re: Request for reimbursement/Huon v. Gawker
1 message

**Charles Harder** <charder@hmafirm.com>                                    Mon, Feb 1, 2016 at 8:24 PM
To: Meanith Huon <huon.meanith@gmail.com>

No problem.

Charles J. Harder
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Suite 301
Beverly Hills, CA 90212
(424) 203-1600

Sent from iPhone; please excuse any typos.

> On Feb 1, 2016, at 5:30 PM, Meanith Huon <huon.meanith@gmail.com> wrote:
>
> Hi Charles:
>
> Do you think your client would be willing to reimburse the Fedex cost for copying and binding of 344.30?
>
> If so, please send a check to: Meanith Huon, PO Box 441, Chicago, IL 60690.
>
> Thanks.
>
>

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 Gmail

**Meanith Huon <huon.meanith@gmail.com>**

---

## Appeal
1 message

---

**Charles Harder** <charder@hmafirm.com>                                    Wed, Dec 10, 2014 at 11:12 PM
To: Meanith Huon <huon.meanith@gmail.com>

I will pay the fee, so feel free to file the notice of appeal.  Do you need someone else to be counsel of record at that time?  I plan to find someone to write a draft of the appellate brief for you, but would like to have more time than Jan 3 to find the right person. I probably will have someone in my office draft it and then send the draft to an appellate atty in Chicago for them to review and perhaps put their signature on and file, and to argue the case in court.  Sound like a plan?

>



**Meanith Huon <huon.meanith@gmail.com>**

---

## Your case
1 message

---

**Charles Harder** <charder@hmafirm.com>                    Wed, Dec 11, 2013 at 12:22 PM
To: Meanith Huon <huon.meanith@gmail.com>

Yes, the cavalry is still behind you.  We would need to discuss specifics.  I would probably retain a contract attorney in Chicago for your case.  Any clue when the judge is going to rule on the pending motions? ███████████████

███████████████████████████████████████████████████████████████

Charles J. Harder
HARDER MIRELL & ABRAMS LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
www.HMAfirm.com
(424) 203-1600

Sent from my iPhone



# Opposition

1 message

**Charles Harder** <charder@hmafirm.com>                              Wed, Mar 6, 2013 at 4:53 PM
To: "huon.meanith@gmail.com" <huon.meanith@gmail.com>

I have no further comments to the draft that I sent you earlier, so feel free to file as is or further revise as you see fit.



**CHARLES J. HARDER**

1801 AVENUE OF THE STARS

SUITE 1120

LOS ANGELES CA 90067

TEL (424) 203-1600

CHARDER@HMAFIRM.COM

www.HMAFIRM.COM

Editor, *ENTERTAINMENT LITIGATION* (Oxford University Press, 2011)

Listed, Top 100 "Power Lawyers" in America, *The Hollywood Reporter*

Confidentiality Notice: The information contained in this email and any attachments) to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the intended recipient, the unauthorized use, disclosure or copying of this email and any accompanying attachments or other information contained herein is strictly prohibited, and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, destroy this email, and any and all copies thereof (including any attachments) without reading them or saving them in any manner.  Thank you.



Meanith Huon <huon.meanith@gmail.com>

---

# Huon 2-5-13 Response to Defendant's Motion to Dismiss [with SEL Edits]

1 message

---

**Charles Harder** <charder@hmafirm.com>                                      Sun, Mar 3, 2013 at 3:52 PM
To: Meanith Huon <huon.meanith@gmail.com>

Meanith: Here's the draft we have so far. It's pretty strong. I was going to take one last look at it on Monday and see if there is anything else to include.
>

---

📄 **HUON 2-5-13 Response to Defendant's Motion to Dismiss [with SEL Edits].doc**
198K



Meanith Huon <huon.meanith@gmail.com>

---

# Gawker's Memo re Mtn to Dismiss
1 message

**Charles Harder** <charder@hmafirm.com>                                    Tue, Jan 22, 2013 at 6:24 PM
To: "huon.meanith@gmail.com" <huon.meanith@gmail.com>

Meanith:  Can you please send me a copy of Gawker's Memo of Ps and As supporting its Motion to Dismiss?
I can't seem to find a copy of it, and it is not available at Pacer (Dkt 175).  Thank you.

---

**CHARLES J. HARDER**



HARDER MIRELL & ABRAMS LLP

1801 AVENUE OF THE STARS

SUITE 1120

LOS ANGELES CA 90067

TEL (424) 203-1600

CHARDER@HMAFIRM.COM

www.HMAFIRM.COM

---

Editor, *ENTERTAINMENT LITIGATION* (Oxford University Press, 2011)

Listed, Top 100 "Power Lawyers" in America, *The Hollywood Reporter*

This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to CHarder@HMAfirm.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal

Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



Meanith Huon <huon.meanith@gmail.com>

---

## RE: the new york times wrote us up
1 message

**Douglas Mirell** <dmirell@hmafirm.com>                              Mon, May 30, 2016 at 2:26 PM
To: "Meanith Huon Esq. (huon.meanith@gmail.com)" <huon.meanith@gmail.com>
Cc: Dilan Esper <DEsper@hmafirm.com>

Meanith,

Note that Drange's article is now out & does not mention your case:

http://www.forbes.com/sites/mattdrange/2016/05/30/peter-thiel-hulk-hogan-lawyers-charles-harder/print/

Doug



**DOUGLAS E. MIRELL, ESQ.**

HARDER MIRELL & ABRAMS LLP

132 S. RODEO DRIVE, SUITE 301

BEVERLY HILLS, CA  90212-2406

DIRECT: (424) 203-1603
FAX: (424) 203-1671

CELL: (310) 200-4135

DMIRELL@HMAFIRM.COM

WWW.HMAFIRM.COM

**CONFIDENTIALITY NOTICE**: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Harder Mirell & Abrams LLP.



**DOUGLAS E. MIRELL, ESQ.**

HARDER MIRELL & ABRAMS LLP

DMIRELL@HMAFIRM.COM

(424) 203-1603

---

**From:** Dilan Esper
**Sent:** Monday, May 30, 2016 8:51 AM
**To:** Charles Harder; Jeffrey Abrams; Douglas Mirell
**Subject:** the new york times wrote us up

http://www.nytimes.com/2016/05/30/business/media/gawker-case-calls-attention-to-a-go-to-hollywood-lawyer.html?_r=0

---



**DILAN A. ESPER**

HARDER MIRELL & ABRAMS LLP

132 S. RODEO DRIVE, SUITE 301

BEVERLY HILLS CA 90212

TEL (424) 203-1600

DESPER@HMAFIRM.COM

www.HMAFIRM.COM

Confidentiality Notice: The information contained in this email (and any attachments) to it is intended only for the use of
the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the
intended recipient, the unauthorized use, disclosure or copying of this email and any accompanying attachments or other
information contained herein is prohibited.  If you have received this communication in error, please do not read any
further, do not save the message, and do not forward the message to anyone, and immediately notify the sender by
return email.  Thank you.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

 Gmail

## Huon/Gawker

1 message

**Douglas Mirell** <dmirell@hmafirm.com>                    Thu, Apr 14, 2016 at 11:05 AM
To: "Meanith Huon Esq. (huon.meanith@gmail.com)" <huon.meanith@gmail.com>
Cc: Dilan Esper <DEsper@hmafirm.com>

Dear Meanith,

Are we still expecting to receive the appellees' brief today?

Best regards,

Doug



**DOUGLAS E. MIRELL, ESQ.**

HARDER MIRELL & ABRAMS LLP

132 S. RODEO DRIVE, SUITE 301

BEVERLY HILLS, CA  90212-2406

DIRECT: (424) 203-1603
FAX: (424) 203-1671

CELL: (310) 200-4135

DMIRELL@HMAFIRM.COM

WWW.HMAFIRM.COM

**CONFIDENTIALITY NOTICE:** This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Harder Mirell & Abrams LLP.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 Gmail

Meanith Huon <huon.meanith@gmail.com>

---

## RE: 15-3049 Meanith Huon v. Nick Denton, et al "Submit a Brief"
1 message

**Dilan Esper** <DEsper@hmafirm.com>                                    Thu, Apr 14, 2016 at 3:42 PM
To: Meanith Huon <huon.meanith@gmail.com>, Douglas Mirell <dmirell@hmafirm.com>, Charles Harder
<charder@hmafirm.com>

Meanith:

I will review this and be in touch with you with my thoughts on the reply.

Dilan

**From:** Meanith Huon [mailto:huon.meanith@gmail.com]
**Sent:** Thursday, April 14, 2016 12:12 PM
**To:** Douglas Mirell; Dilan Esper; Charles Harder
**Subject:** Fwd: 15-3049 Meanith Huon v. Nick Denton, et al "Submit a Brief"

Here you go.  Thanks.

---------- Forwarded message ----------
From: <CA07_CMECFMail@ca7.uscourts.gov>
Date: Thu, Apr 14, 2016 at 2:05 PM
Subject: 15-3049 Meanith Huon v. Nick Denton, et al "Submit a Brief"
To: huon.meanith@gmail.com

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of
record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To
avoid later charges, download a copy of each document during this first viewing.**

### Seventh Circuit Court of Appeals

#### Notice of Docket Activity

The following transaction was entered on 04/14/2016 at 2:05:20 PM CDT and filed on 04/14/2016

| | |
|---|---|
| **Case Name:** | Meanith Huon v. Nick Denton, et al |
| **Case Number:** | 15-3049 |

**Docket Text:**
Submitted appellee brief by CHAD R. BOWMAN for Appellees Nick Denton and Gawker Media. [41] [6743153] [15-3049] (Bowman, Chad)

**Notice will be electronically mailed to:**

Mr. Meanith Huon, Attorney
Mr. Chad Russell Bowman, Attorney

The following document(s) are associated with this transaction:
**Document Description:** Submit a Brief
**Original Filename:** 15-3049, Appellees Brief.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=04/14/2016] [FileNumber=6743153-0] [9b557c11a952ea8e103a32568f98d2 a41da52ad186315874e3a72867c1ec97295b96c370f6f19872335c0f9ac5a4ca1b647eebf689eb24c5161ab1c9edb3026b]]

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com



Meanith Huon <huon.meanith@gmail.com>

---

## RE: 15-3049 Meanith Huon v. Nick Denton, et al "Brief filed"
1 message

**Dilan Esper** <DEsper@hmafirm.com>                                    Thu, Jan 28, 2016 at 5:36 PM
To: Meanith Huon <huon.meanith@gmail.com>, Charles Harder <charder@hmafirm.com>, Douglas Mirell
<dmirell@hmafirm.com>

Congratulations on completing and filing your brief, Meanith. We were happy to be of
assistance. We will obviously be in touch when you receive Gawker's response.

**From:** Meanith Huon [mailto:huon.meanith@gmail.com]
**Sent:** Thursday, January 28, 2016 3:33 PM
**To:** Charles Harder; Dilan Esper; Douglas Mirell; Meanith Huon
**Subject:** Fwd: 15-3049 Meanith Huon v. Nick Denton, et al "Brief filed"

---------- Forwarded message ----------
From: <CA07_CMECFMail@ca7.uscourts.gov>
Date: Thu, Jan 28, 2016 at 2:20 PM
Subject: 15-3049 Meanith Huon v. Nick Denton, et al "Brief filed"
To: huon.meanith@gmail.com

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of
record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To
avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

#### Notice of Docket Activity

The following transaction was entered on 01/28/2016 at 2:20:23 PM CST and filed on 01/28/2016

| | |
|---|---|
| **Case Name:** | Meanith Huon v. Nick Denton, et al |
| **Case Number:** | 15-3049 |
| **Document(s):** | Document(s) |

**Docket Text:**
Appellant's brief filed by Appellant Meanith Huon. Paper copies due on 02/04/2016 Electronically Transmitted. [31]
[6724461] [15-3049] (SK)

**Notice will be electronically mailed to:**

Amy J. Hansen, Attorney

The following document(s) are associated with this transaction:
**Document Description:** Brief filed
**Original Filename:** 15-3049.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=01/28/2016] [FileNumber=6724461-0] [6a50e46213324d1284b4469a122978
dd4e2d57be82b74b81c2301a51acfda5a75204ce14adfefcf8d6593dba25e0521a6b7dfe5691221e39734aa65125f460cf]]

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---



Meanith Huon <huon.meanith@gmail.com>

---

## Huon - Gawker, Breaking Media
1 message

**Charles Harder** <charder@wrslawyers.com>                                      Tue, Sep 18, 2012 at 6:25 PM
To: huon.meanith@gmail.com

Meanith:


Please see the attached corporate documents re Gawker entities and Breaking Media.


My corporate associate, who ordered these documents, states:  "Nothing indicates the membership, other
than Gaby Darbyshire signing as member or managing member in a couple places, Denton signing as
manager in one instance, and each of them signing with corporate officer titles (Pres for Denton, and VP and
COO for Darbyshire).  We'll see if the California filings say anything substantive …"


_____


Charles J. Harder, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x6605
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com

Web:     www.WRSlawyers.com

Bio:     http://www.wrslawyers.com/attorneys/charles-harder.asp

This message contains information that may be confidential and privileged.  Unless you are the
addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to
anyone this message or any information contained in this message.  If you have received this message
in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.
Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury
Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

**5 attachments**

GAWKER SALES, LLC.pdf
163K

GAWKER TECHNOLOGY, LLC.pdf
255K

GAWKER ENTERTAINMENT, LLC.pdf
215K

BREAKING MEDIA, INC..pdf
442K

GAWKER MEDIA LLC.pdf
298K



Meanith Huon <huon.meanith@gmail.com>

---

## Revised TAC
1 message

**Charles Harder** <charder@wrslawyers.com>                         Fri, Sep 7, 2012 at 7:01 PM
To: huon.meanith@gmail.com

Meanith,

My partner, Les, and I added a few additional edits to the draft TAC.  See attached.  You can generate a redline using Word, comparing this version with the prior version.  Also, please note that the new Gawker defendants are not included in this draft – you would need to add them.  I also removed my name and firm's name from the bottom.  You will be filing this yourself.  We are simply helping you out at this point.  If we have the opportunity to take depositions on your behalf, then at that point we could formally associate into the case, with you.

Charles

_____

Charles J. Harder, Esq.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x6605
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com

Web:     www.WRSlawyers.com

Bio:     http://www.wrslawyers.com/attorneys/charles-harder.asp

This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**THIRD AMENDED COMPLAINT.DOCX**
67K

