

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RESPONSE TO NOTICE OF DEBTORS DISCUSSION OF TESLA MOTORS

**Chantel Barrett**   to:   nysbml_caseadmin                                                             12/05/2016 09:32 AM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/03/2016 07:35 PM |
| Subject: | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RESPONSE TO NOTICE OF DEBTORS DISCUSSION OF TESLA MOTORS |

I've linked 1 file to this email:

📎 RICO CASE PREPARATION DATA: TESLA MOTORS - ELON MUSK.pdf(9.2 MB)
Hightailhttps://www.hightail.com/download/cUJVc2ZKQk5CTWsxZXNUQw

Mozilla Thunderbird makes it easy to share large files over email.

XP Vehicles Task Force
601 Van Ness Ave, MS E3613
San Francisco, CA 94102

Email: legal@xpvehicles.com

http://www.xpvehicles.com
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 3, 2016


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**
-----------------------------------------------------x

In re : Chapter 11
:
Gawker Media LLC, *et al,*   : Case No. 16-11700 (SMB)
Debtors : (Jointly Administered)
:

-----------------------------------------------------X

**RESPONSE TO NOTICE OF DEBTORS DISCUSSION OF TESLA MOTORS IN THE OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO COMPEL A FEDERAL SPECIAL PROSECUTOR**

Plaintiffs hereby seek to compel a Federal Special Prosecutor to participate in the matters of this case due to the attempted interference by criminally complicit members of the White House staff who have a covert financial interest in this case.

Defendants have overtly raised the issue of Tesla Motors involvement in this matter. Due to 1.) law enforcement disclosures and filings over this weekend and 2.) the deployment of a new Federal Government Administration headed by officials who have expressed "intent to prosecute; Plaintiffs can now reveal that Tesla Motors owners and investors have a beneficiary relationship with Defendants and that the described relationship violates the criminal parameters of Federal RICO laws.

Attached is one of a series of reports to The Federal Bureau of Investigation, Mr. Trey Gowdy for the House Ethics team and Mr. Jeffrey Sessions as pending senior DOJ officer and members of the United Nations and the United States Congress. This report is one of a large number of documents which fully, irrefutably, in vast detail and without reproach prove that Tesla Motors is a criminal operation which has infected senior agency officials at various California State, Michigan State and Nevada State offices as well as DOT, DOE, EPA, SEC and FCC agency executive offices. Highlights of the reports include the following proven facts:

- Elon Musk is one of the top financiers of Barrack Obama, Jerry Brown, Harry Reid, Dianne Feinstein and Hillary Clinton. Elon Musk was THE top financier of Hillary Clinton in California. In exchange for which he and his associates have received over fifteen billion dollars of taxpayer funds in payola.
- The Cartel which Musk, Schmidt, Page, et al operate has a DAILY payroll of over $100 million dollars, a large portion of which is used for bribes (ie: "political contributions")
- Elon Musk is the "special friend" of Larry Page of Google and they share sleeping accommodations, stock investments, rocket engine gifts, self-aggrandizing self-promotion, political media manipulations and other resources.
- Task Force members and others contacted the DOT and NHTSA with reports of epic safety failures in the Tesla Cars. Both agencies refused to contact any of the witnesses on orders from White House staff who did not want Barack Obama embarrassed. This caused the deaths of numerous Tesla owners.
- Task Force members sent a package of Tesla safety issue disclosures to the Head of the NHTSA. He quit 48 hours later and the DOT never took any action.
- The media reports: *"Lithium ion batteries are blowing up, starting fires and, generally, destroying people's homes, cars, electronics and physical health. Boeing was ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew*

*about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too."*

- The media reports: *"Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer: "Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of (ed note: DEADLY CANCER CAUSING) smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked"*
- The Media Reports: *"Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal" and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode. Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid"*
- *"Tesla is a scam that runs a Ponzi scheme of floating stock market pump-and-dump cycles buffered by state and federal handouts that Tesla shares the profit skims on with corrupt State and Federal officials..."*   according to SEC officials who claim that the White House has ordered them to not investigate Tesla Motors. Over 5000 news reporters have stated the same sort of thing in news articles.
- Tesla Motors was one of the Cartel entities that compensated Gawker Media for "hit-jobs".
- Tesla Motors and Google are a co-linked, financially, politically, RICO-connected partnership.
- Gawker Media, Tesla Motors and Google are a co-linked, financially, politically, RICO-connected partnership.

- Gawker Media, Tesla Motors, Google and Obama White House staff are a co-linked, financially, politically, RICO-connected partnership.
- Elon Musk's lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed; and they poison the Earth when buried or in contact with the ground and that they poison and kill the workers that make them; and that they come from Afghan and Bolivian war corruption.
- Elon Musk buys awards for himself and then self-promotes as a *"modern version of Jesus", "The most admired human in history", "The savior of technology"* and other bullshit. A sting operation conducted by the Task Force audited the internet from 2007 to today. It compared the world's top search engine results between "XP Vehicles" and "Tesla Motors". The results prove that Musk-controlled Google, Facebook and Twitter hid all negative news stories about Musk and Tesla, hyped the most innocuous non-news about Musk's bathroom ponderings, and deleted or hid any news about Musk competitors unless it was negative news. These internet media manipulation were then used by the same parties to rig the internet for the Obama and Clinton campaigns.
- Of over a hundred thousand other search engines in the world, only Musk-Cartel members Google, Facebook and Twitter engaged in these manipulations. This was at Musk's direction in order to compensate for his epic insecurity issues as proven by his massive PR hype media manipulations about the "Glory of Elon Musk". The internet records prove it without question. Musk's manic lust for self-promotion drove him to delight in the vast hit-job resources of Gawker Media in that he thought he could engage in the destruction of others anonymously.

There are, quite literally, over a thousand other points of criminality, illicit actions and corruption, regarding Tesla Motors, that could be bullet-pointed here but the attached, and following evidence, from reporters and investigators around the world, speaks for itself.

-----------

Additional evidence from thousands of news reports and investigations can be found in the attached materials and the filed sets of evidence to follow. attn4ot5.dat