

**Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RELATED LAWSUIT ADVISORY**
Chantel Barrett   to: nysbml_caseadmin                     12/05/2016 11:24 AM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/05/2016 10:55 AM |
| Subject: | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RELATED LAWSUIT ADVISORY |

XP Vehicles Task Force
601 Van Ness Ave, MS E3613
San Francisco, CA 94102

Email: legal@xpvehicles.com

http://www.xpvehicles.com

Alliance of witnesses and victims in association with Claimants and Plaintiffs in pro per

Dec. 3, 2016



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**
—--------------------------------------------------x

In re : Chapter 11
:
Gawker Media LLC, *et al,*   : Case No. 16-11700 (SMB)
Debtors : (Jointly Administered)
:

-------------------------------------------------X



**RELATED LAWSUIT ADVISORY**

```
The following news was released today. This new lawsuit involves
the handlers of Gawker Media during the time of the core creation
and deployment of the matters which Gawker Media was later hired
to attack XP over. This new lawsuit begins to name the parties
and activities that led to the situations of today. President
```

```
Obama, Valerie Jarrett, and Rahm Emanuel are known by multiple
law enforcement agencies to have implicit detailed knowledge of
and participation in the payola deals between campaign finance
billionaires, particularly Eric Schmidt, Larry Page, John Doerr
and Elon Musk and the financial crimes which followed. All
creditors of Gawker Case Case No. 16-11700 (SMB) will find
substantially beneficial information for their claims in the FBI
and legal files related FW/DOJ CASE No. 1:16-cv-01888
```

## [Judicial Watch Files Lawsuit against Department of Justice Seeking FBI Interviews with Obama, Jarret, and Emanuel Relating to Criminal Investigation of Former Illinois Governor Rod Blagojevich](#)

DECEMBER 05, 2016

**(Washington, DC)** – Judicial Watch announced today that it filed a Freedom of Information Act (FOIA) lawsuit against the U.S. Department of Justice seeking access to FBI reports of interviews – "302s" – of President Obama, Valerie Jarrett, and Rahm Emanuel.  The interviews were taken as part of the FBI's criminal investigation of former Illinois Governor Rod Blagojevich.  The lawsuit was filed in the U.S. District Court for the District of Columbia ( [Judicial Watch v. U.S. Department of Justice](#)   (No. 1:16-cv-01888)).

In 2008, Blagojevich sought political favors in exchange for deciding who to appoint to the U.S. Senate seat vacated by then-President-Elect Obama.  Among the persons Blagojevich approached were the President-elect and his intermediaries.  Obama reportedly declined to make a deal.  Blagojevich then turned to supporters of Congressman Jesse Jackson Jr., offering the U.S. Senate seat in return for a $1.5 million "campaign contribution."  Blagojevich broke off negotiations with Rep. Jackson's supporters when he learned that he was being wiretapped by federal investigators.

Over the course of two criminal trials in 2010 and 2011, Blagojevich was convicted of 18 separate offenses and, in December 2011, was sentenced to 168 months in jail.  In 2015, an appellate court overturned five of Blagojevich's convictions and affirmed the remainder.  On August 12, 2016, Blagojevich was resentenced to the same, 68-month jail term he had received previously.

Judicial Watch had asked the FBI to produce the 302s, pursuant to FOIA, in June 2011.  The FBI confirmed the records' existence in 2012, but denied the request, asserting that the 302s were exempt from disclosure under FOIA Exemption 7(A) because Blagojevich's criminal case was still ongoing at the time.  Judicial Watch filed suit to try to obtain the 302s in May 2016, after the U.S. Supreme Court declined to review Blagojevich's convictions.  It closed that [initial lawsuit](#)

while Blagojevich was being resentenced.  Judicial Watch refiled its lawsuit after Blagojevich was resentenced.

Judicial Watch's lawsuit asks the court to order the interview reports' release, noting:

[U]nder the circumstances it cannot be said that release of the requested records could reasonably be expected to interfere with whatever is left of Blagojevich's criminal prosecution. The public should not be forced to wait any longer to review the FBI 302s of President Obama, former White House Chief of Staff and now City of Chicago Mayor Rahm Emanuel, or Senior Advisor to the President Valerie Jarrett while Blagojevich pursues his second, plainly futile appeal.

"The FBI interviewed Barack Obama eight years ago about the selling of his Senate seat.  The American people should finally get to see these FBI interview reports," said Judicial Watch President Tom Fitton.  "The public has a right to know precisely how Obama and his senior White House advisors Emanuel and Jarrett responded to Blagojevich's corrupt attempts sell Obama's Senate seat."