

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF NEW EVIDENCE REPOSITORY
Chantel Barrett   to: nysbml_caseadmin                              12/06/2016 03:40 PM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/05/2016 10:20 PM |
| Subject: | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF NEW EVIDENCE REPOSITORY |

XP Vehicles Task Force
601 Van Ness Ave, MS E3613
San Francisco, CA 94102
Email: legal@xpvehicles.com
http://globalscoop.net/NEXT
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 5, 2016

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**
—----------------------------------------------------x

In re : Chapter 11
:
Gawker Media LLC, *et al,*   : Case No. 16-11700 (SMB)
Debtors : (Jointly Administered)
:

-----------------------------------------------------X

**NOTICE TO COURT OF NEW EVIDENCE REPOSITORY**

**Please be advised that XP Task Force is now working with multiple other Plaintiffs and other related cases in support of mutual interests. In order to assist all related Plaintiffs, we are all working to share evidence at the existing Private/Public investigation cloud-based law enforcement repository: BRANCHES, at:**

**http://globalscoop.net/NEXT**

**In addition to the many clones of this evidence already online, this repository will provide**

**additional convenience for all. Only a small part of the data has been transferred to the location at this time and much new information will be there by week's end. Hard drives can be uploaded and returned with clones of the system if anyone wishes to send a 3TB hard drive plus shipping expenses.**