**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Daniel H. Tabak
Mark Spatz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
:
:
In re:                                                      :     Chapter 11
:
Gawker Media LLC et al.,                                    :
:     Case No. 16-11700 (SMB)
Debtor.                                         :
:
:
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, DANIEL H. TABAK, hereby certify that:

1.    I am an attorney with the law firm of Cohen & Gresser LLP, counsel for Terry G. Bollea ("Plaintiff").

2.    On December 9, 2016, the following documents were electronically filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned case:

**Response of Terry G. Bollea to Objection of Mitchell Williams to Confirmation of Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. and Exhibits A-C (Dkt. No. 572)**

3. All parties on the Bankruptcy Court's electronic service list in this case were served with the above-referenced documents through the Bankruptcy Court's CM/ECF system so as to be actually received on December 9, 2016.

4. In addition, on December 12, 2016, I caused an employee of my firm to deliver a true and correct copy of the above-referenced documents to the Clerk of the Bankruptcy Court for transmittal to the Office of the United States Trustee, pursuant to Local Bankruptcy Rule 9070-1.

Dated: December 12, 2016
      New York, New York

    /s/Daniel H. Tabak
    Daniel H. Tabak