**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                  :

In re                                             :    Chapter 11
                                                :

GAWKER MEDIA LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                                :

                    Debtors.          :    (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 11, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email 1) on the Master Service List attached hereto as **Exhibit A** and 2) on the Affected Parties Service List attached hereto as **Exhibit B**:

- Notice of Filing of Revised Version of Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. and Proposed Form of Order Approving Such Joint Chapter 11 Plan [Docket No. 576] (the "***Revised Amended Joint Plan of Liquidation***")

On December 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Revised Amended Joint Plan of Liquidation to be served 1) via Overnight Mail on Affected Parties Service List attached hereto as **Exhibit B** and 2) via Hand Delivery on United States Trustee William K. Harrington, Attn: Greg M. Zipes Esq. & Susan Arbeit, Esq., US Federal Office Building, 201 Varick Street, Room 1006, New York NY 10014.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Dated: December 12, 2016

                                                                                        Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                                  CHANEL C PAGAN
                                  Notary Public, State of New York
                                        No. 01PA6339351
                                    Qualified in Bronx County
                               Commission Expires March 28, 2020

SRF 12700

**Exhibit A**

16-11700-smb    Doc 587    Filed 12/12/16    Entered 12/12/16 17:50:15    Main Document
Pg 3 of 8

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Tgaa@bbslaw.com<br>tom@bbslaw.com |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | astrehle@brownrudnick.com<br>tphillips@brownrudnick.com<br>jwexler@brownrudnick.com |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | rnies@csglaw.com<br>mcaruso@csglaw.com |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | dtabak@cohengresser.com<br>mspatz@cohengresser.com |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | acelli@ecbalaw.com |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | charder@hmafirm.com |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | trevor.hoffmann@haynesboone.com |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | RSnellenbarger@HL.com |
| IRS Insolvency Section | Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | david.heller@lw.com |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | keith.simon@lw.com |
| Counsel to Univision Communications, Inc. | Latham & Watkins LLP | Marc.Zelina@lw.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | choward@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | jonathan.young@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | sdnyecf@dor.mo.gov |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | adam@pollacksharan.com |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | asm@pryormandelup.com<br>lr@pryormandelup.com |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Page 1 of 3

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | tmartin@putneylaw.com  bmaisto@putneylaw.com |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | ecf@randazza.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | arheaume@riemerlaw.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | sfox@riemerlaw.com |
| Counsel to unnamed claimants | Saul Ewing, LLP | slevine@saul.com  dpatel@saul.com |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | adam.harris@srz.com  frederic.ragucci@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov  NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | bankruptcynoticeschr@sec.gov |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | egoldstein@goodwin.com  bankruptcy@goodwin.com  bankruptcyparalegal@goodwin.com |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | jhartmann@svb.com |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | squsba@stblaw.com  wrussell@stblaw.com |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Robert.Weber@skadden.com  Anthony.Clark@skadden.com |
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Robert.Weber@skadden.com  Anthony.Clark@skadden.com |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Shana.Elberg@skadden.com |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Shana.Elberg@skadden.com |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Enid.Stuart@ag.ny.gov |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | torkinm@sullcrom.com  gluecksteinb@sullcrom.com  kranzleya@sullcrom.com |

Exhibit A

Master Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | ajung@columbusnova.com |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | aburdick@wgaeast.org |

**Exhibit B**

Exhibit B

Affected Parties Service List

Served in the manners set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker Hostetler LLP | Attn M Bailen B Sanford C Giaimo | Washington Square Suite 1100 | 1050 Connecticut Ave NW | Washington | DC | 20036-5304 | mbailen@bakerlaw.com | Email and Overnight Mail |
| M. Huon | | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED | Email and Overnight Mail |
| XP Vehicles Task Force | Attn: President or General Counsel | 601 Van Ness Ave | MS E3613 | San Francisco | CA | 94102 | legal@xpvehicles.com | Email and Overnight Mail |