

**Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) ADDITIONAL SUPPORT OF MITCHELL WILLIAMS RESERVE OBJECTION**

Chantel Barrett    to: nysbml_caseadmin                    12/07/2016 07:56 AM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/06/2016 05:44 PM |
| Subject: | Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) ADDITIONAL SUPPORT OF MITCHELL WILLIAMS RESERVE OBJECTION |

XP Vehicles Task Force
Email: legal@xpvehicles.com
**BRANCHES CASE FILES: http://globalscoop.net/NEXT**
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 6, 2016

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

:

In re

:

:

1

Gawker Media LLC, et al.,

:

:

Debtors.

:

-------------------------------------------------------x

Chapter 11

Case No. 16-11700 (SMB)

**XP VEHICLES AGREEMENT WITH THE RESERVE OBJECTION IN FURTHER SUPPORT OF OBJECTION OF MITCHELL WILLIAMS TO DEBTORS' MOTION AUTHORIZING AND ESTABLISHING CERTAIN PROCEDURES FOR APPROVING CERTAIN CLAIMS RESERVES AND DISTRIBUTIONS [Dkt. 444]**

XP VEHICLES agrees with the following thoughts by Mitchell Williams and feels that the points made by Williams should be considered by The Court as the points have distinct merit:

RESERVE OBJECTION IN FURTHER SUPPORT OF OBJECTION OF MITCHELL WILLIAMS TO DEBTORS' MOTION AUTHORIZING AND ESTABLISHING CERTAIN PROCEDURES FOR APPROVING CERTAIN CLAIMS RESERVES AND DISTRIBUTIONS [Dkt. 444]

TO:
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Mitchell Williams ("Williams"), a creditor of Debtor Gawker Media LLC ("Gawker Media" or "Debtor"), by and through his undersigned counsel Chiesa Shahinian & Giantomasi PC, files this reserve objection (the "Reserve Objection") in further opposition to Debtor's motion authorizing and establishing certain procedures for approving certain claims reserves and

1
The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker
Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056). Gawker Media LLC and Gawker
Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring
Officer, 10 East 53 rd Street, 33 rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o
Opportune LLP, Attn: William D. Holden, 10 East 53 rd Street, 33 rd Floor, New York, NY 10022.
6360596.116-11700-smb
Doc 552

Filed 12/05/16 Entered 12/05/16 17:30:50
Pg 2 of 3
Main Document
distributions [Docket No. 444] (the "Estimation Motion") 2 . In support of his Reserve Objection,
Williams respectfully states:

WILLIAMS' RESERVE OBJECTION

1.

According to Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker
Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. [Docket No. 427] (the
"Plan"), general unsecured claims asserted against Gawker Media are in the amount of
$858,551,246 plus unliquidated amounts. According to the Plan, Disclosure Statement, and
Estimation Motion, the Debtors will establish and fund available assets for unsecured creditors of
Gawker Media in the amount of $6.5 Million cash, comprised of the $3.75 Million Gawker
Media Claims Reserve plus other amounts.

2.

Williams files this Reserve Objection because (i) allowing a fixed reserve of $6.5
Million would be wholly inadequate and insufficient to cover all allowed general unsecured
claims against Gawker Media, including the Williams Claim; and (ii) the Gawker Media Claims
Reserve is a wholly contingent and speculative source of Plan payments, as it relies upon third-party litigation that has not been commenced. The Reserve Objection supplements Williams
separately filed objections to the Estimation Motion [Dkt. 485] and Plan [Dkt. 545].

CONCLUSION

3.

For each of the reasons set forth above and in his prior pleadings, Williams
respectfully submits the Court should enter an order denying the Estimation Motion to the extent
it seeks to establish inadequate and insufficient reserves of $6.5 Million for general unsecured

2
At a hearing on December 1, 2016, the Court, in anticipation of the Estimation Motion being withdrawn or
rendered moot, adjourned to December 13, 2016 the Estimation Motion and the objections filed thereto, including
Williams' objection [Dkt. 485]. Capitalized terms not otherwise defined herein shall have the same meaning as in
the Estimation Motion.
2
6360596.116-11700-smb
Doc 552
Filed 12/05/16 Entered 12/05/16 17:30:50
Pg 3 of 3
Main Document
creditors of Gawker Media and granting such other and further relief, as the Court deems just and proper.
Respectfully submitted,
CHIESA SHAHINIAN & GIANTOMASI PC

Attorneys for Mitchell Williams
By:
/s/ Robert E. Nies
ROBERT E. NIES
One Boland Drive
West Orange, New Jersey 07052
Tel: (973) 530-2012
Fax: (973) 530-2212
E-Mail: rnies@csgla