ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                            :

In re                                  :        Chapter 11

Gawker Media LLC, *et al.*,[1]    :        Case No. 16-11700 (SMB)

               Debtors.    :        (Jointly Administered)
-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
DECEMBER 15, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:    December 15, 2016 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                        United States Bankruptcy Court for the Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green, Courtroom No. 723
                        New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Each Debtor's mailing addresses is c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

59962844_2

**STATUS CONFERENCE**

1.  Debtors' First Omnibus Objection to Proofs of Claim Filed by Meanith Huon, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 392]

    **Response Deadline:** November 14, 2016

    **Responses Received:** None.

    **Related Documents:**

    a.  Debtors' Statement in Further Support of Their Objection to the Huon Claims [Docket No. 498]

    b.  Declaration of D. Ross Martin in Support of the Objection of Debtor Gawker Media LLC to Proof of Claim Nos. 14, 15, 19, 20, 21, 22, 23, 24, 46, 47 Filed by Meanith Huon [Docket No. 499]

    c.  Order (I) Granting in Part Debtors' First Omnibus Objection to Proofs of Claim Filed by Meanith Huon and (II) Scheduling Status Conference [Docket No. 579]

    d.  Huon's Disclosure Letter to Bankruptcy Court and All Counsel of Record [Docket No. 582]

    **Status: This matter is going forward as a status conference, but as will be announced at the December 13, 2016 hearing, the Debtors believe that this objection has been consensually resolved among the parties.**

**UNCONTESTED MATTERS**

2.  Summary Cover Sheet to First Interim Application of Cahill Gordon & Reindel LLP as Special Litigation Counsel to the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 10, 2016 through September 30, 2016 [Docket No. 416]

    **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a.  Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for

        Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

        **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

3.   First Interim Fee Application of Prime Clerk LLC as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from June 10, 2016 through September 30, 2016 [Docket No. 417]

        **Response Deadline:**  November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

        **Responses Received:**  None.

        **Related Documents:**

        a.   Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

        **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

4.   First Interim Fee Application of Citrin Cooperman & Company, LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession for the Period from June 10, 2016 through September 30, 2016 [Docket No. 418]

        **Response Deadline:**  November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

        **Responses Received:**  None.

        **Related Documents:**

        a.   Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

> **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

5. Cover Sheet for First Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through September 30, 2016 [Docket No. 419]

    **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

    > **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

6. Cover Sheet for First Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through September 30, 2016 [Docket No. 420]

    **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

-4-

> **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

7. Cover Sheet for the First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period of June 10, 2016 through September 30, 2016 [Docket No. 421]

   **Response Deadline:** November 21, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

   **Responses Received:** None.

   **Related Documents:**

   a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

   **Status**: **This matter is going forward.**

8. Summary Cover Sheet to the Amended First Interim Fee Application of Ropes & Gray LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 10, 2016 through and Including September 30, 2016 [Docket No. 430]

   **Response Deadline:** November 22, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

   **Responses Received:** None.

   **Related Documents:**

   a. Summary Cover Sheet to the First Interim Fee Application of Ropes & Gray LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 10, 2016 through and Including September 30, 2016 [Docket No. 422]

   b. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481]

      **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

9. Summary of First Interim Application of Simpson Thacher & Bartlett LLP, Counsel to the Official Committee of Unsecured Creditors, for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred [Docket No. 470]

    **Response Deadline:** November 28, 2016 for all parties in interest other than the Office of the United States Trustee. The response deadline for the Office of the United States Trustee was December 8, 2016.

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 481].

    b. Notice of Filing of Exhibits G-1 and H to the First Interim Application of Simpson Thacher & Bartlett LLP, Counsel to the Official Committee of Unsecured Creditors, for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred [Docket No. 565]

    **Status**: **This matter is going forward. The Office of the United States Trustee has requested that 10% of the total fees be held back in connection with the first interim fee application. The professional has agreed to the request.**

-6-

**CONTESTED MATTERS**

10. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 396]

    **Response Deadline:** November 14, 2016

    **Responses Received:**

    a. Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

    **Related Documents:**

    a. Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

    b. Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

    c. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

    **Status: The Debtors will request to the Court that this matter go forward as a status conference only.**

11. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 397]

    **Response Deadline:** November 14, 2016

    **Responses Received:**

    a. Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

    **Related Documents:**

    a. Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

    b. Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

  c. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

**Status: The Debtors will request to the Court that this matter go forward as a status conference only.**

Dated: December 13, 2016
  New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*