UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.,* : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
---------------------------------------------------------x

**ORDER GRANTING MOTION OF PROPOSED *AMICI CURIAE*
SOCIETY OF PROFESSIONAL JOURNALISTS,
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,
AND 19 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE
MEMORANDUM OF LAW AS *AMICI CURIAE***

Upon consideration of the Motion of Proposed *Amici Curiae* Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as *Amici Curiae* ("the Motion"), and any responses or objections thereto,

**IT IS ORDERED** as follows:

1. ~~The Motion is **GRANTED**.~~ [SMB: 12/13/16]

2. Movants are granted leave to participate as *amici curiae*.

3. The proposed *Amicus* Memorandum of Law, attached as Exhibit 1 to the Motion, shall be deemed filed and served in accordance with the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates (Dkt. No. 93).

Date: December 13th, 2016

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge