**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11
                                                          :
GAWKER MEDIA LLC, *et al.*,[1]                            :        Case No. 16-11700 (SMB)
                                                          :
                                          Debtors.        :        (Jointly Administered)
-------------------------------------------------------------------x

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

   I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

   On December 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Parties Service List attached hereto as <u>**Exhibit A**</u>:

- Post-Closing Designation Notice (A) Assumption and Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs [Docket No. 296]

   On December 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Carrega, T., at an address that has been redacted for privacy:

- Notice of Debtors' Motion for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 444]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Dated: December 12, 2016

*Hassan Alli-Balogun*

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 12663-11188 & 12663

**<u>Exhibit A</u>**

Exhibit A
Supplemental Parties Service List
Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 2914638 | Incisive Ltd | Attn:  General Counsel | Haymarket House | 28-29 Haymarket | London | SW1Y 4RX | United Kingdom |
| 2914639 | Incisive VNU Limited dba Incisive Incisive Ltd | Attn: General Counsel | Haymarket House | 28-29 Haymarket | London | SW1Y 4RX | United Kingdom |