**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC *et al.*[1] | Case N. 16-11700 (SMB) |
| Debtors | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the U.S. Code (the "Bankruptcy Code") and Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for Mail Media Inc. ("Mail Media") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this proceeding, be transmitted to:

Joseph R. Oliveri, Esq.
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7405
E-mail: joe@clarelocke.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above and also includes, without limitation, any notice of any orders, pleadings, motions, applications,

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, that: affects or seeks to affect in any way the rights or interests of Mail Media, or any other party-in-interest in this proceeding; or requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Mail Media or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject-matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Mail Media to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right to: (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs, or recoupments to which Mail Media is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention, or to seek withdrawal of the case or a proceeding therein.

Dated: December 14, 2016

CLARE LOCKE LLP
*Attorneys for Mail Media Inc.*

By: /s/ Joseph R. Oliveri
Joseph R. Oliveri
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7405
Email: joe@clarelocke.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of December, 2016, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of All Pleadings to be served electronically on all parties that are registered for electronic service in this action through the Court's CM/ECF system.

                                                */s/ Joseph R. Oliveri*
                                                Joseph R. Oliveri
                                                *Attorney for Mail Media Inc.*