ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
          Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    WILLIAM RICHARD ALLEN, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York. I am not a party to this action.

    2.    On Monday, December 12, 2016, I caused a true and correct copy of the *Notice of Filing of Revised Version of Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. and Proposed*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Form of Order Approving Such Joint Chapter 11 Plan* [Docket No. 576] to be served by hand upon the party listed on the annexed Exhibit A at the address set forth in such exhibit.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  December 14, 2016

                                                        William Richard Allen

## **EXHIBIT A**

United States Bankruptcy Court
For the Southern District of New York
Honorable Stuart M. Bernstein
One Bowling Green
Room 723
New York, NY 10004