ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :        Case No. 16-11700 (SMB)
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
--------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON DEBTOR
GAWKER MEDIA LLC'S OBJECTIONS TO PROOFS OF CLAIM
FILED BY GOT NEWS LLC AND CHARLES C. JOHNSON**

**PLEASE TAKE NOTICE** that on October 31, 2016, the Debtors filed the *Debtors'*
*Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and*
*Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and*
*7012* [Docket No. 396] (the "Johnson Objection").

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2016, the Debtors filed the
*Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC,*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 397] (the "<u>Got News Objection</u>" and, together with the Johnson Objection, the "<u>Objections</u>").

**PLEASE TAKE FURTHER NOTICE** that, on November 16, 2016, Mr. Johnson and Got News LLC jointly responded to the Objections by filing the *Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC* [Docket No. 452] (the "<u>Joint Opposition</u>").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2016, the Debtors filed the *Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson* [Docket No. 501].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objections was held on December 1, 2016 at 10:30 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on December 1, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson* [Docket No. 523], adjourning the Hearing to December 15, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Hearing is hereby further adjourned to **January 26, 2017 at 10:00 a.m. (prevailing Eastern Time).**

*[Remainder of page intentionally left blank.]*

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the Objections to be heard at the Hearing.

Dated: December 14, 2016
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com
peter.walkingshaw@ropesgray.com

*Counsel to the Debtors*
*and Debtors in Possession*