

**Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF RELATED COURT CASES BEING HEARD AT THE SAME TIME BY THIS COURT**

Chantel Barrett   to: nysbml_caseadmin                    12/13/2016 12:46 PM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/10/2016 08:17 PM |
| Subject: | Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF RELATED COURT CASES BEING HEARD AT THE SAME TIME BY THIS COURT |

On 12/07/2016 10:45 AM, XP VEHICLES wrote:

XP Vehicles Task Force

Email: legal@xpvehicles.com

**BRANCHES CASE FILES: http://globalscoop.net/NEXT**

Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per

Dec. 10, 2016

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

:

In re

:

:

1

Gawker Media LLC, et al.,

:

:

    Debtors.

    :

    -------------------------------------------------------- x

    Chapter 11

    Case No. 16-11700 (SMB)

### NOTICE TO COURT OF RELATED COURT CASES BEING HEARD AT THE SAME TIME BY THIS COURT

Court officers have noted to XP that at the same time and place that the Gawker case No. 16-11700-smb is being heard the court and Honorable Judge Stuart M. Bernstein are also hearing cases # 14-10383-smb , Suntech Power Holdings Co., Ltd. and case # 16-10992-smb SunEdison, Inc., et al., according to the Judge's calendar, some of these cases are even heard on the same days.

This is most intriguing and serves as an opportunity for elaboration and an opportunity to further inform the Court.

Honorable Judge Stuart M. Bernstein is well known for handling the Madoff Ponzi scam case after the sitting judge suddenly and strangely died. The Madoff case proves that such conspiracies, on an epic level, do indeed occur regularly. on the famous link at:
https://en.wikipedia.org/wiki/Participants_in_the_Madoff_investment_scandal
..the fact that this was a "CONSPIRACY" case is mentioned over and over! it is even in the paperwork filed by the U.S. Government.

The Sun Edison cases are about the same people doing the same "conspiracy based" organized crime scams with government funds. It was because XP helped to uncover these crimes that Gawker was sent in to attack XP. The Madoff, SunEdison and other related cases that this very court and Honorable Judge Stuart M. Bernstein have actually heard, prove that these kinds of big conspiracies are all too real and, horribly, happen with far greater frequency than one might think. They happen because nobody says "No". XP said "**NO!**, not with our tax dollars!"

A number of parties have told XP staff that the Hulk Hogan brand was ordered to be destroyed by Gawker Media in order to prevent the Hulk Hogan character from being used to support any candidate. This theory has merit because internet metrics prove that the Hulk Hogan brand had great and massive value based on internet "impressions". (Before Gawker destroyed that) The Court now knows about the financial value of "impressions" based on the bills the Court has in it's possession between Google and Gawker. Gawker set out to destroy the financial and brand value of the Hulk Hogan character so that the previously high value of the Hulk Hogan candidate supporting a political campaign would drop to nil. Was this a conspiracy that Gawker promoted

or just vicious evil on the part of Gawker? Was this a DNC and Debbie Wasserman ordered a "take-out" of Hogan in order to stop him from supporting a GOP-oriented candidate? Gawker certainly only attacks Romney, Palin and GOP-related people.

In either case, Gawker did the same exact thing MANY TIMES OVER to XP and XP staff and investors. Why does XP not deserve the same restitution?

Gawker is being "sold" to a campaign investor who finances the same exact people for the same exact things. The eyes of the FBI and Congressional investigators have turned to who each and every person at Univision financed and what they received. Is this an actual sale or just a name switch? The many articles published about Univision around the elections raise questions.

Gawker Media is part of a conspiracy to defraud the government and taxpayers in the Cleantech Crash scam, the beginning of which is documented in the 60 Minutes episode called *"THE CLEANTECH CRASH* ". Has the Court viewed that online on CBS News website yet?

The following links cover the news about Sun Edison being an organized crime scam between politicians and campaign financiers. **The bottom line is this**: **Campaign financiers exchanged "cleantech" rigged deals for campaign support and Tesla, Solyndra, Abound, Abengoa, Prologis, SunEdison and the rest are all part of that illegal scheme. It is the same people, the same campaigns, the same PACS, the same beneficiary routes, the same lawyers, the same HSBC funds hiding, the same trust funds,..etc. It all tracks back to the same people.** Do these kinds of crooks lie, cheat, murder and steal?

The SunEdison crash destroyed $10 Billion dollars in market value. People get killed every day in every major city in America for an average of $75.00. What do you think these people would try to do to snatch over $10 Billion dollars per scam company?

ASK THE FBI and the House Ethics Committee, they already know:

# SunEdison | The Green Corruption Files

The Green **Corruption** Files. Exposing the largest, most expensive and deceptive case of crony capitalism in American history…

greencorruption.com/tag/sunedison/

# SunEdison bankruptcy exposes climate-change corruption

WND EXCLUSIVE **SunEdison** bankruptcy exposes climate-change **corruption** Renewable energy sector collapsing under mountain of debt Published: 05/01/2016 at 3:39 PM

wnd.com/2016/05/sunedison-bankruptcy-exposes-clim...

## Sun Edison Buying First Wind Scam - BATR

HSBC Corporate Governance **Corruption** What to Expect from FCC Control of ... **Sun Edison** Buying First Wind Scam. ... **SunEdison** will retain nearly 95% of ...

batr.org/corporatocracy/121014.html

## Sun Edison Bankruptcy=CC Corruption - AllisChalmers Forum

WND EXCLUSIVE **SunEdison** bankruptcy exposes climate-change **corruption** Renewable energy sector collapsing under mountain of debt Published: 15 hours ago

allischalmers.com/forum/forum_posts.asp?TID=122735&title=su...

## SUNEDISON, INC. September 2013 FOREIGN ANTI-CORRUPTION POLICY

**SUNEDISON**, INC. September 2013 FOREIGN ANTI-**CORRUPTION** POLICY Statement of Policy. It is the policy of the Company that the Company, all of its subsidiaries

media.corporate-ir.net/media_files/IROL/10/106680/pdf/FCPA+Polic...

## Sunedison Bankruptcy Exposes Climate-change Corruption ...

**SUNEDISON** BANKRUPTCY EXPOSES CLIMATE-CHANGE **CORRUPTION** NEW YORK - When solar energy giant **SunEdison**, together with its spinoff TerraForm Power, acquire…

windtaskforce.org/profiles/blogs/sunedison-bankruptcy-expos...

## The Green Corruption Files | Exposing the largest, most ...

The Green **Corruption** Files. Exposing the largest, ... And, most are predicting that this

transaction makes **SunEdison** "one of the world's largest, ...

greencorruption.com

# Bribery and Corruption: Investigations - EY - United States

Investigations that employ a robust incident response plan are critical to mitigating short-term risk and reducing the possibility of future bribery and **corruption** ...

ey.com/us/en/services/assurance/fraud-investigat...

# How SunEdison went from Wall Street star to bankruptcy - LA Times

**SunEdison** arranged the financing to build a solar system on the roof of an ... United Airlines pays $37 million to ex-CEO who quit amid a **corruption** investigation.

latimes.com/business/la-fi-sunedison-collapse-2016050...

# Sun Edison Buying First Wind Scam | The Sleuth Journal

**Sun Edison** Buying First Wind Scam. December 01, 2016. About ... **SunEdison** will retain nearly 95% of the voting power in the ... Government **Corruption**; HAARP; Holograms;

thesleuthjournal.com/sun-edison-buying-first-wind-scam/

# Legal Terms & Conditions | SunEdison

**SUNEDISON** shall have the right to audit Supplier's compliance with this provision at ... and with **SUNEDISON's** Foreign Anti-**Corruption** Policy Statement and Policy ...

sunedison.com/legal/terms.html

# SunEdison's CFO Departs Amid Accounting Review And Broken ...

**SunEdison** said its long-serving chief financial officer Brian Wuebbels will leave that role to focus on the company's so-called yieldco's, TerraForm Power ...

forbes.com/sites/antoinegara/2016/03/11/sunedisons-c...

## [SunEdison: The Biggest Corporate Implosion In U.S. Solar ...](#)

GREEN ENERGY CHRONICLES. John's latest update on graft, **corruption** and waste in the energy sector.---**SunEdison**: A Timeline of the Biggest Corporate ...