

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUEST FOR SIGNED SWORN STATEMENTS FOR COURT AND LAW ENFORCEMENT RECORDS

**Chantel Barrett**  to: nysbml_caseadmin        12/13/2016 12:47 PM

From:   XP VEHICLES <legal@xpvehicles.com>
To:     bernstein.chambers@nysb.uscourts.gov
Date:   12/12/2016 08:06 PM
Subject: Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUEST FOR SIGNED SWORN STATEMENTS FOR COURT AND LAW ENFORCEMENT RECORDS

XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 13, 2016


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re
)
)
)
)
)
)
)
Gawker Media, LLC, et. al.
Debtors,
Chapter 11
Case No.: 16-11700 (SMB)
Jointly Administered


**REQUEST FOR SIGNED SWORN STATEMENTS FOR COURT AND LAW
ENFORCEMENT RECORDS BY CREDITORS BY ALLIANCE OF CREDITORS**

Recent leaks and disclosures by other creditors in this case have made the entire HR records of Defendants a matter of public record and placed their life histories on public record for the rest of their lives. Since these employees and contractors of debtors sought to end the lives of many of the creditors then it seems only fair that they each testify in these matters. The following employees and staff of debtors are known to have detailed specific knowledge of the creation inside Gawker Media of the attacks on many of the creditors by and for Gawker Media and Gawker Media's clients.

Specifically, Creditors, including our group, demand that each of those Debtor persons listed below testify to the FBI under an FBI 302 documentation FOR this Court to hold on record with an answer to each of the following questions:

*"1. Do you have knowledge of any Obama White House staff, Hillary Clinton campaign staff or Obama White House staff receiving any benefits from or giving any benefits to Gawker Media or any person who is a party to Gawker Media?"*

*"2. Did you ever author an article published by Gawker Media for which you then entered comments in the comment section of that article?"*

*"3. Did you have any knowledge of Gawker Media working with owners or executives of Google, Inc or any Google affiliate?"*

*"4. Do you have any knowledge of Gawker Media misrepresenting the true purpose of the Gawker Media organization?"*

Adam Dachis

Adam Weinstein

Adrian Covert

Adrien Chen

Alan Henry

Albert Burneko

Alex Balk

Alexander Pareene

Alexandra Philippides

Allison Wentz

Andrew Collins

Andrew Magary

Andrew Orin

Angelica Alzona

Anna Merlan

Ariana Cohen

Ashley Feinberg

Ava Gyurina

Barry Petchesky

Brendan I. Koerner

Brendan O'Connor

Brent Rose

Brian Hickey

Camila Cabrer

Choire Sicha

Chris Mohney

Clover Hope

Daniel Morgan

David Matthews

Diana Moskovitz

Eleanor Shechet

Elizabeth Spiers

Elizabeth Starkey

Emily Gould

Emily Herzig

Emma Carmichael

Erin Ryan

Ethan Sommer

Eyal Ebel

Gabrielle Bluestone

Gabrielle Darbyshire

Georgina K. Faircloth

Gregory Howard

Hamilton Nolan

Hannah Keyser

Hudson Hongo

Hugo Schwyzer

Hunter Slaton

Ian Fette

Irin Carmon

James J. Cooke

James King

Jennifer Ouellette

Jesse Oxfeld

Jessica Cohen

Jesus Diaz

Jillian Schulz

Joanna Rothkopf

John Cook

John Herrman

Jordan Sargent

Joseph Keenan Trotter

Josh Stein

Julia Allison

Julianne E. Shepherd

Justin Hyde

Kate Dries

Katharine Trendacosta

Katherine Drummond

Kelly Stout

Kerrie Uthoff

Kevin Draper

Lacey Donohue

Lucy Haller

Luke Malone

Madeleine Davies

Madeline Davis

Mario Aguilar

Matt Hardigree

Matt Novak

Michael Ballaban

Michael Dobbs

Michael Spinelli

Neal Ungerleider

Nicholas Aster

Nick Denton

Omar Kardoudi

Owen Thomas

Patrick George

Patrick Laffoon

Patrick Redford

Rich Juzwiak

Richard Blakely

Richard Rushfield

Robert Finger

Robert Sorokanich

Rory Waltzer

Rosa Golijan

Ryan Brown

Ryan Goldberg

Sam Faulkner Bidle

Sam Woolley

Samar Kalaf

Sarah Ramey

Shannon Marie Donnelly

Shep McAllister

Sophie Kleeman

Stephen Totilo

Tamar Winberg

Taryn Schweitzer

Taylor McKnight

Thorin Klosowski

Tim Marchman

Timothy Burke

Tobey Grumet Segal

Tom Ley

Tom Scocca

Veronica de Souza

Wes Siler

William Haisley

William Turton

PROOF OF SERVICE
I hereby certify that on December 11, 2016, I caused to be served a true and correct copy
of the foregoing Notice of Filing and attached Meanith Huon's Objections by causing copies of

same to be served on all counsel of record and on the U.S. Trustee for the Southern District of New York, Region 2, by electronic filing same.
XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**



126017005208-rep-1112033025.pdf