## **Exhibit A**

**October Monthly Compensation and Staffing Report**



December 13, 2016

**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from October 1, 2016 through October 31, 2016.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



**Opportune**

| Invoice To: | | | | Invoice # | Date | Amount Due |
|---|---|---|---|---|---|---|

**Gawker Media LLC**
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

*Attn: Scott Tillman*

| Invoice # | Date | Amount Due |
|---|---|---|
| 14881 | 12/13/2016 | $    294,685.35 |

## SUMMARY OF CHARGES FOR PROJECT SCOOP

| | Amount |
|---|---|
| Time Charges for service rendered October 1, 2016 through October 31, 2016 *(1)* | $    273,834.00 |
| Expenses | 20,851.35 |
| **TOTAL AMOUNT DUE** | **$    294,685.35** |

*(1)*  **Summary of Time Charges by Resource**

| Resource | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 136.00 | $ | 665.00 | $ | 90,440.00 |
| Lynn Loden | *Managing Director* | 21.60 | | 665.00 | | 14,364.00 |
| Sarah Abdel-Razek | *Manager* | 188.20 | | 400.00 | | 75,280.00 |
| Ryan Riddle | *Manager* | 50.90 | | 400.00 | | 20,360.00 |
| Christine Del Valle | *Manager* | 11.50 | | 400.00 | | 4,600.00 |
| Michael Sypert | *Manager* | 13.50 | | 400.00 | | 5,400.00 |
| Alicia Hou | *Senior Consultant* | 149.10 | | 400.00 | | 59,640.00 |
| Bryan Stahl | *Consultant* | 12.50 | | 300.00 | | 3,750.00 |
| **Total Time Charges** | | | | | $ | **273,834.00** |

**Payment Instruction**

**Wire Transfer:**

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*



<u>SUMMARY OF SERVICES</u>

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period.
Attached are time descriptions summarized by day which further describe the professional services performed.

1.  Maintained a 13-week cash flow forecast and complied with weekly variance reporting.

2.  Responded to inquiries and data requests from counsel, UCC, creditors, and management regarding bankruptcy matters.

3.  Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

4.  Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

5.  Management of liquidity including oversight and approval of expenditures and cash payments.

6.  Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

7.  Participated in negotiations and meetings with various creditors.

<u>SUMMARY OF EXPENSES</u>

| | | |
|---|---|---|
| Travel Expenses | $ | 17,964.64 |
| Meals and Entertainment | | 2,030.62 |
| Miscellaneous Expenses | | 146.92 |
| Telephone Charges | | 229.17 |
| Parking | | 480.00 |
| **Total Expenses** | $ | **20,851.35** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Sun | 10/2/16 | 3.30 | $ 665 | $ 2,194.50 | Preparation for and call with UCC Counsel regarding migration contract of Google Accounts.  Discussing and running alternative scenario in waterfall analysis.  Board Call  Building out alternative waterfall scenario. |
| Mon | 10/3/16 | 10.30 | $ 665 | $ 6,849.50 | Travel to from NYC to Budapest (billed at 50%).    Discussion and reworking of waterfall scenarios.  Updating package to be sent to UCC for afternoon conference call.  Resolving issues related to Onix agreement for migration of Google Apps. |
| Tue | 10/4/16 | 13.30 | $ 665 | $ 8,844.50 | All day meetings with UCMS, Jalsovszky and Univision in Budapest.  Resolving issues with Multiple vendors over payment delay issues. |
| Wed | 10/5/16 | 4.80 | $ 665 | $ 3,192.00 | Travel from Budapest to NYC (billed at 50%)  Multiple emails and conference calls regarding updates and alternatives to Plan of Reorganization. |
| Thu | 10/6/16 | 10.30 | $ 665 | $ 6,849.50 | Morning court hearing.  Conference call and follow up regarding the migration of Google Apps from Estate to Univision.  Reworking of report prepared at the request of counsel.  Review of UCC questions and responses provided.  Review of emails related to Harder demand letters and corresponding insurance coverage. |
| Fri | 10/7/16 | 2.90 | $ 665 | $ 1,928.50 | Working remotely on multiple matters.    Responding to inbound questions regarding allocation decisions with Univision.  Review of documents related to Google Apps migration.    Review and comments on Service Agreement and Reimbursement Agreement between Kinja and Univision. |
| Sun | 10/9/16 | 1.90 | $ 665 | $ 1,263.50 | Review and comments on Service Agreement and Reimbursement Agreement between Kinja and Univision. |
| Mon | 10/10/16 | 10.10 | $ 665 | $ 6,716.50 | Call and follow up regarding report prepared at the request of counsel.  Call and email correspondence with vendor regarding payment of invoice.  Researching and communicating issues related to E&O tail coverage.  Responding to IRS inquiry related to prior payroll tax returns.  Review of invoices related to international contracts. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



OPPORTUNE

| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|------|--------|-------------|-------------|
| Tue | 10/11/16 | 4.50 | $ 665 | $  2,992.50 | Call with Ropes and follow up regarding multiple tax issues.  Call with Board and Ropes regarding strategic matters.  Responding to multiple email threads that compiled through the day. |
| Thu | 10/13/16 | 4.40 | $ 665 | $  2,926.00 | Responding to multiple email threads that compiled through the prior two days including review of term sheet submitted to UCC, Initial draft of MOR, and Update on S&U Tax Audit. |
| Fri | 10/14/16 | 4.20 | $ 665 | $  2,793.00 | Calls with TG Franklin from Hudson Insurance to walk through E&O Claims issues.  Call with Onix regarding migration of emails and drives.  Call with DeWitt Stern and Hudson regarding E&O and EPL insurance.   Review and comments on Deliotte Hungary confidentiality agreement. |
| Mon | 10/17/16 | 5.70 | $ 665 | $  3,790.50 | Preparation for and call regarding Google Migration.  Reviewing and approving ACH Templates and payments to Professionals.  Responding to inquiries about international licensing.  Preparation, call and follow up regarding 2004 discovery requests.    Addressing access issues related to gawker.com email address access.   Team meeting to walk through work streams and assignments. |
| Tue | 10/18/16 | 6.50 | $ 665 | $  4,322.50 | Researching issues related to data archives (Google accounts).  Researching Insurance Premium Finance payments   Working session with team to review historical financials as requested by UCC.  Reviewing and coordinating on letter received by UCC regarding the prosecution of claims.  Call with LSKS counsel on strategic matter.   Updating UCMS KYC compliance Questionnaires and associated correspondence.  Identifying and researching location of various corporate governance documents.  Review of strategic materials regarding settlement negotiations. |
| Wed | 10/19/16 | 8.30 | $ 665 | $  5,519.50 | Preparation for and call with UCMS regarding KYC forms.  Meeting with Ropes regarding tax matters  Meeting with Ropes regarding Hungarian Services Agreement.  Reviewing strategic matters with team and Ropes.  Coordinating various work streams amongst Ropes, Kinja, UCMS and Opportune Team.  Review and analysis of VAT payments to be paid in Hungary.  Follow up conversations and discussions on tax matters  Responding to multiple requests related to prior tax matter discussions. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 10/20/16 | 7.60 | $ 665 | $ 5,054.00 | Review and responding to emails regarding 9/9/16 closing, tax matters, Service Agreement, Hungarian sub-tenants, KYC UCMS information.   Reviewing multiple fee applications.   Preparing KYC documents and delivering to UCMS.  Reviewing and commenting on Hungarian Service Agreement.  Review and analysis of S&U Tax Audit and comments provided. |
| Fri | 10/21/16 | 1.70 | $ 665 | $ 1,130.50 | Review and respond to emails on a number of matters while away from the office. |
| Mon | 10/24/16 | 5.30 | $ 665 | $ 3,524.50 | Prep, call and follow up on 2015 401(k) tax audit matters.  Review and response on letter to UCC on 2004/Plan Due Diligence. Coordinating meetings to occur this week between Univision, UCMS and Estate.  Preparing for Tuesday meting with litigation claimants. |
| Tue | 10/25/16 | 13.80 | $ 665 | $ 9,177.00 | All day settlement negotiations with Litigation claimants. |
| Wed | 10/26/16 | 6.70 | $ 665 | $ 4,455.50 | Conference calls regarding settlement discussions with litigation claimants.  Discussions and strategic planning sessions regarding the tax optimization based on settlement discussions.  Responding to KYC questions and related matters regarding equity and option holders.  Continuing to track down requirements on payroll tax reporting matter.  Reviewing and turning multiple drafts of settlement agreement. |
| Thu | 10/27/16 | 2.80 | $ 665 | $ 1,862.00 | Addressing Hungarian payment matter.  Commenting on settlement term sheet.  Resolving issues with payment to US Vendors. Coordinating with Univision on various matters. |
| Fri | 10/28/16 | 1.30 | $ 665 | $ 864.50 | Review of Kinja Service agreement and turning comments. Addressing payroll tax matter. |
| Mon | 10/31/16 | 6.30 | $ 665 | $ 4,189.50 | Review and markups of multiple claims objections.  Developing process to create liquidation analysis.   Researching stock grants taken in lieu of cash compensation.   Review of waterfall analysis and associated changes . |
| **Total Holden** | | **136.00** | | **$ 90,440.00** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Mon | 10/3/16 | 1.70 | $ 665 | $ 1,130.50 | Supervision of staff on determining tax basis of property held by GMLLC at September 9, 2016. Review of Citrin 2015 Form 1120 fixed asset detail. |
| Tue | 10/4/16 | 2.80 | $ 665 | $ 1,862.00 | Preparation for and participation in Hungarian tax call with Will Holden (CRO), Ropes and Gray tax counsel, and Hungarian tax counsel and accounting advisors to discuss list of items to address while CRO is on site including: review of latest draft of after-tax cash waterfall, examination of the basis of each line item with Hungarian counsel in estimating Hungarian tax for 2016, update due date requirements for Hungarian tax payments, tax basis in Hungarian assets and timetable for open issue assignment and resolution. |
| Wed | 10/5/16 | 2.10 | $ 665 | $ 1,396.50 | Detailed review of staff work on GMLLC tax basis of assets sold at 9/9. Review for 2016 treatment and character. |
| Fri | 10/7/16 | 1.60 | $ 665 | $ 1,064.00 | Hungarian tax counsel call with Ropes & Gray on updates on intercompany indebtedness treatment, Hungarian estimated tax payment mechanism and refund mechanism; liquidation steps; section 956/Subpart F effects of intercompany loans. |
| Tue | 10/11/16 | 1.90 | $ 665 | $ 1,263.50 | Prepare for and participate in Ropes and Gray call with NY and Boston tax, corporate and bankruptcy counsel and Will Holden (Opportune) related to taxes including timing of estimated tax payments in both jurisdictions. |
| Wed | 10/19/16 | 5.20 | $ 665 | $ 3,458.00 | Meetings in NYC with Ropes and Gray tax (and Will Holden-Opportune) on status of open items and timing and mechanism of estimated tax payments in the US and Hungary; meeting at Opportune NY with S. Abdel- Razek (Opportune) on accounting for GMGI on light of US tax relevance due to sale and UCC activity for the remainder of 2016, and meeting at Citrin & Cooperman (Audit Firm) on status of US carryback claim for cash tax refunded, status of state of NY sales tax audit for UCC update, and year end work for estimated tax payment determination; follow up advice to Will Holden (Opportune) on meeting results. |
| Thu | 10/20/16 | 0.80 | $ 665 | $ 532.00 | Working through estimated cash taxes for year-end. |
| Wed | 10/26/16 | 3.20 | $ 665 | $ 2,128.00 | Conference call with Ropes & Gray and Opportune representatives to consider the US and Hungarian tax consequences of various settlement proposals, including discussion of specific steps for settlement documentation with legal counsel and begin revision of tax waterfall estimates based on new settlement considerations. |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|----------|------|--------|-----------|-------------|
| Mon | 10/31/16 | 2.30 | $ 665 | $   1,529.50 | Detailed review of Form 1139 carryback claim for $554,000 federal income tax refund. Detailed review of tax effect of waterfall to file in revised disclosure statement, reflecting new information affecting tax computations in the US and Hungary; call with W. Holden and S. Abdel-Razek (both Opportune) to communicate findings and discuss next steps. |
| **Total Loden** | | **21.60** | | **$   14,364.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Sat | 10/1/16 | 1.60 | $ 400 | $ 640.00 | Updating the waterfall model to reflect second possible scenario including sending to W. Holden (Opportune) for internal review and updating for comments received. |
| Sun | 10/2/16 | 0.80 | $ 400 | $ 320.00 | Call with Board, Ropes and Gray and Opportune to discuss latest developments on the plan. |
| Mon | 10/3/16 | 10.40 | $ 400 | $ 4,160.00 | Follow up with Univision Finance team on status of accounts payables to be settled as part of the assumed liabilities. Various emails addressing specific questions from Univision on open invoices. Working through compiling requested tax information including coordination with Hungary team. Rolling the cash flow template for the current week and coordinating with P. Szasz (Hungary) to obtain details on the cash receipts and disbursements in Kinja from last week. Preparing analysis for and initiating Univision daily wire. Processing payment for various open invoices. Updating books and records for latest transactions. Running reports and creating analysis to confirm all receipts and disbursements in U.S. for prior week. |
| Tue | 10/4/16 | 9.00 | $ 400 | $ 3,600.00 | Conference call with Opportune, Univision staff in Hungary and UCMS (Hungarian Accounting Firm) to walk through the books and records process post sale including budgeting, weekly cash reporting requirements and MOR requirements. Conference call with Opportune, Univision Hungary staff, Hungarian Corporate Counsel, Opportune and Ropes and Gray to walk through the tax model including implications of the proposed plan and identifying open items and go-forward work plan. Updating the intercompany matrix and analysis and circulate to W. Holden (Opportune). Review of historic corporate memo. Discussions with Univision Finance team on status of August Financial Statements. Prepare analysis for and initiate Univision daily wire. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|--------|-------|--------|-----------|-------------|
| Wed | 10/5/16 | 10.70 | $ 400 | $ 4,280.00 | Attending potential expert interview at Ropes and Gray. Meeting with the Board and Ropes and Gray to discuss plan updates including update on discussions with UCC advisors. Call with UCC advisors, Opportune and Ropes and Gray to walk through the latest model. Drafting responses to request list received from UCC Financial Advisors on the cash budget and weekly cash reporting. Responding to various follow up emails from vendors on payment timing. Discussions with Univision Finance team on most efficient way to settle the outstanding and overdue American Express bill. |
| Thu | 10/6/16 | 11.30 | $ 400 | $ 4,520.00 | Attending court hearing. Circulating responses to UCC financial advisors requests on the cash flow budget and weekly cash reports. Updating the books and records with the latest transactions over the last few days. Working through the weekly cash flow variance analysis including reconciling U.S. Cash and providing follow up questions on the Kinja transactions received from Hungary. Revising the budget with new information and assumptions.. Call with SVB bank to discuss process of ACH payments and setting up meeting for training on using the capabilities. Compiling outstanding requested files by the UCC advisors and circulating to Ropes and Gray for review prior to uploading to data room. Reconciling payments auto debit payments on the Amex to invoices received. |
| Fri | 10/7/16 | 7.90 | $ 400 | $ 3,160.00 | Call with UCC Financial advisors to address open question on cash flow budget and variance analysis reports for September weeks. Updating Quickbooks for new latest transactions to catch up the books and records. Analysis of all cash disbursements and receipts during the week ending 9/30, review of Kinja transaction detail provided by Hungary, and reconciling book cash to bank cash. Finalizing weekly variance reporting package and circulating to UCC Financial Advisors. Correspondence with Univision Finance team regarding a certain vendor and communicating information to Ropes and Gray. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 10/10/16 | 7.10 | $ 400 | $ 2,840.00 | Coordination with Univision team on process to settle overdue American Express Corporate bill. Responding to inquiries regarding open invoices and clarifying treatment per APA. Call with Ropes and Gray and Opportune to walk through the intercompany analysis report and next steps. Requesting information from Gawker Hungary team. Prepare analysis for Univision daily wire. Sweep cash in PayPal account to the main operating account and update credentials to terminate access by previous Gawker employees. Completing Know Your Client forms for UCMS  in relation to their future engagement as company manager in Hungary; circulating forms to W. Holden (Opportune). |
| Tue | 10/11/16 | 10.30 | $ 400 | $ 4,120.00 | Call with Ropes and Gray and Opportune bankruptcy and tax advisors to discuss allocation and potential tax implications in Hungary and U.S. Call with SVB team to complete ACH training and portal capabilities to ensure we can process ACH payments. Call with the Board, Opportune and Ropes and Gray to discuss the latest developments on plan settlements with UCC and discuss the need to hire transfer pricing expert. Working on August MOR including. Prepare analysis for Univision daily wire and initiate the wire. Processing wire for August union dues. Communication with Hungary on tax payments required. Update call with W. Holden. Review of sales commission documentation and information in wages motion. Various correspondence with Univision finance and Ropes and Gray on q3 2016 sales commissions. Requesting various reports required for MOR from Univision finance staff. Circulating latest versions of waterfall analysis to Ropes and Gray. |
| Wed | 10/12/16 | 9.60 | $ 400 | $ 3,840.00 | Continuing to work through the August MOR including communication with UNV Finance team and Kinja. Preparing analysis for Univision daily wires and initiating wire. Setting up ACH templates for post-close vendors / professionals to streamline payments process. Updating the books and records (QuickBooks) for the latest transactions. Providing a list of the Kinja receipts and disbursements to obtain information on the nature of the receipts and expenses for the cash flow reporting due tomorrow. Closing the PayPal accounts. Providing Opportune tax team with requested information. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|-------|--------|------------|-------------|
| Thu | 10/13/16 | 10.10 | $ 400 | $ 4,040.00 | Full morning meeting with Univision finance team to walk through latest version of August MOR, intercompany analysis open items and perform a roll forward of august accounts receivable. Continuing to work through and finalizing the August MOR. Circulating final MOR to Ropes and Gray and Opportune for review and comments. Working through the cash reconciliation for the week ending 10/7 for the US and Hungary including reconciliation to Quickbooks. Completing the weekly variance reporting package  and circulate to UCC. |
| Fri | 10/14/16 | 4.30 | $ 400 | $ 1,720.00 | Updating the MOR for various rounds of comments from Opportune and Ropes and Gray. Finalizing the MOR and circulating for signature and filing. Gather the bank statements for August to provide to the UST including correspondence with BMS contact to obtain Rabobank statements. |
| Mon | 10/17/16 | 8.10 | $ 400 | $ 3,240.00 | Prepare for an participate in conference call with Ropes and Gray and Opportune on 2004 discovery requests. Prepare analysis for and initiate daily Univision wire. Prepare and initiating payments for all professional fee invoices due and past objection deadline including confirm ACH payment instructions with each professional. Internal opportune meeting to discuss status update and division of work streams. Correspondence with Univision finance team re: 210 Elizabeth rent income. Updating the books and records in QuickBooks for new unapplied transactions. |
| Tue | 10/18/16 | 8.60 | $ 400 | $ 3,440.00 | Working session with A. Hou to walk through various models and analyses. Call with LSKS regarding strategic analysis on various valuations approaches including circulating all filed MORs to LSKS team. Working session with the team to walk through UCC diligence requests and available support. Working through creating summary of consolidating Income Statements for the period 2008 - 2015 per the UCC discovery request including manual top-side entries to eliminate intercompany transactions. Compiling details on data room statistics and usage including correspondence with Houlihan Lokey; circulating to Ropes and Gray. Various emails with Ropes and Gray on insurance payment due including chasing down payment instructions and invoice details. Review of Plan settlement graphics prepared by Ropes and Gray to ensure internal consistency of the numbers against the waterfall analysis model. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 10/19/16 | 9.20 | $ 400 | $ 3,680.00 | Meeting with Univision Finance staff and Opportune to walk through the 9/9 closing process, final NWC calculation and bifurcation of pre/post close accounts receivable and payable. Internal Opportune meeting with tax to discuss update on tax issues, walk through consolidating income statements for 2008 - 2016, and finalize treatment for CN debt in the FS for the 9/9 close. Following up on SVB reserves and process for release. Coordinating with Ropes on Gray on obtaining extension for September MOR. Updating books and records for latest transactions. |
| Thu | 10/20/16 | 10.80 | $ 400 | $ 4,320.00 | Call with J. Strum (Ropes and Gray) to walk through the graphic representation of the proposed business plan and reconcile numbers to the model. Prepare analysis for and initiate Univision daily wire. Correspondence with UCMS on treatment of the $2m of sales proceeds in Kinja SVB account. Follow up on rental income from subtenants of 210 Elizabeth. Review of the revised graphics of the business plan and providing comments to Ropes and Gray. Working on the August Fee statement including review of entire team's entries. Correspondence with UCMS to obtain the bank statements for September. Summarizing of the 9/30 bank balances per UST request. Review of Gawker Hungary invoices and coordinating with UCMS on payments to be processed next week. |
| Fri | 10/21/16 | 6.70 | $ 400 | $ 2,680.00 | Updating the books and records for latest transactions and reconciling to the bank. Updating the 13 week cash flow model including weekly cash variance report for the week ending 10/14. Circulating final version to UCC Financial Advisors. Finalizing the bank balances as of 9.30 including all bank statements and circulating to Ropes and Gray for submission to the UST. Correspondence with Citrin to determine approach for 2015 401k and requirements. Correspondence with Gawker Hungary to obtain details on the receipts and disbursements for the week ending 10/14. Review of ACH debits in SVB and corresponding with Univision Finance team to determine nature of the debit and whether reimbursement is required. |
| Tue | 10/25/16 | 14.20 | $ 400 | $ 5,680.00 | Full day negotiations with creditors including various break out sessions internally with Ropes and Gray, Opportune and independent board member. Revising waterfall analysis for negotiations purposes. Meeting with equity holders. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 10/26/16 | 9.40 | $ 400 | $ 3,760.00 | Continued negotiation meetings with creditors. Call with Ropes and Gray and Opportune to discuss potential settle tax implications. Preparing analysis for Univision daily wire. Finalizing Opportune August invoice and circulating to Independent Board Member and Ropes and Gray for filing. Correspondence with Univision finance team on expected payment timing on assumed Gawker payables. Responding to Univision inquiry on daily cash sweeps. Responding to various emails on proofs of claims from Ropes and Gray including reconciliation of claim amounts to underlying books and records. Working through revising the waterfall analysis based on revised plan assumptions. |
| Thu | 10/27/16 | 10.10 | $ 400 | $ 4,040.00 | Call with L. Bierut (Ropes and Gray) to discuss expert report request list and open items. Working through locating documents requested by expert through Estate's records and circulating documents located. Working session with A. Hou (Opportune) to walk through the NWC Final Statement work stream and process. Updating waterfall analysis and circulating latest turn based on revised plan to Opportune tax team for review of tax assumptions. Follow up with subtenants at 210 Elizabeth regarding delayed rental payments. Preparing analysis for Univision daily sweep. Various correspondence on open payments and timing of payments for PR firm including coordination with Univision finance team. Following up with Univision team on plan for preservation of historic accounting system. Processing payment for Merrill Communications. |
| Fri | 10/28/16 | 8.30 | $ 400 | $ 3,320.00 | In person meetings with UCMS team to walk through the 9/9 financial statements for Kinja and required adjustments, QuickBooks functionality, and disbursements / reporting process. Update call with UCC advisors and Ropes and Gray to discuss revisions to plan and disclosure statement. Follow up with Univision Hungary on estimates for international licensing fees from third parties. Correspondence with Univision finance team on adjustments required for purposes of the 9/9 statements. Coordinating with Univision finance team to obtain an update on assumed claims that have been satisfied by Univision. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Mon | 10/31/16 | 9.70 | $ 400 | $ 3,880.00 | Review of claims register and satisfied claims per Ropes and Gray to ensure they are agree to the cash flow models. Comparing analysis to cure amounts made on 9/9 and information booked in the accounting system. Call with L. Loden (Opportune) to walk through latest version of the waterfall analysis and ensure tax assumptions are appropriate. Circulate latest version of waterfall analysis. Various calls with Ropes and Gray to review updated versions of claims register and satisfied claims to date. Correspondence regarding E&O insurance.  Compiling requested information for expert and circulating to Ropes and Gray. |
| **Total Abdel-Razek** | | **188.20** | | **$    75,280.00** | |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 10/3/16 | 2.30 | $ 400 | $ 920.00 | Researched ability to deduct tort liabilities in Hungary from a local country perspective, and whether it follows U.S. rules. |
| Tue | 10/4/16 | 2.70 | $ 400 | $ 1,080.00 | Kinja Tax call with Will and reps from Gawker (local country) to discuss all pertinent tax issues currently needing to be addressed. Follow up discussions with Lynn Loden on items needing additional consideration/research. |
| Thu | 10/6/16 | 1.80 | $ 400 | $ 720.00 | Identified Kinja tax issues for discussion on call. |
| Fri | 10/7/16 | 2.20 | $ 400 | $ 880.00 | Preparation for call with Hungary and Ropes & Gray to discuss Kinja Tax issues. |
| Mon | 10/10/16 | 4.40 | $ 400 | $ 1,760.00 | Gawker research relating to Sup F, 956. |
| Tue | 10/11/16 | 4.20 | $ 400 | $ 1,680.00 | Gawker research relating to Sup F, 956. |
| Wed | 10/12/16 | 3.70 | $ 400 | $ 1,480.00 | Gawker research relating to intercompany financing arrangements, and interest deductibility. |
| Thu | 10/13/16 | 4.20 | $ 400 | $ 1,680.00 | Gawker research relating to intercompany financing arrangements, and interest deductibility. |
| Fri | 10/14/16 | 1.90 | $ 400 | $ 760.00 | Gawker research relating to Sup F, 956, intercompany financing arrangements, and interest deductibility. |
| Wed | 10/19/16 | 3.10 | $ 400 | $ 1,240.00 | Gawker Research - Estimated Tax Payments. |
| Thu | 10/20/16 | 3.30 | $ 400 | $ 1,320.00 | FATCA Reporting Research - Kinja. |
| Fri | 10/21/16 | 2.50 | $ 400 | $ 1,000.00 | Research regarding deductibility of transaction costs for a target company. |
| Mon | 10/24/16 | 3.20 | $ 400 | $ 1,280.00 | Researched applicability of subpart F look through on payments received from U.S. brother/sister corporation. |
| Wed | 10/26/16 | 2.40 | $ 400 | $ 960.00 | Kinja Subpart F research on royalty payoff. |
| Thu | 10/27/16 | 2.70 | $ 400 | $ 1,080.00 | Research regarding treatment of certain flow-through items from tax partnership to foreign partners. |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Fri | 10/28/16 | 4.10 | $ 400 | $    1,640.00 | Continued research regarding treatment of certain flow-through items from tax partnership to foreign partners. |
| Mon | 10/31/16 | 2.20 | $ 400 | $      880.00 | Cash tax estimate for year end. |
| **Total Riddle** | | **50.90** | | **$    20,360.00** | |

**Gawker Media LLC - Time Summary**
**Christine Del Valle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 10/3/16 | 2.40 | $ 400 | $    960.00 | Research Depreciable/Amortizable Tax Basis of Assets. |
| Tue | 10/4/16 | 0.90 | $ 400 | $    360.00 | Research Depreciable/Amortizable Tax Basis of Assets. |
| Wed | 10/5/16 | 6.60 | $ 400 | $  2,640.00 | Research and review depreciable/amortizable tax basis of assets. Meeting with internal Opportune tax team. |
| Mon | 10/10/16 | 1.30 | $ 400 | $    520.00 | Transaction and bankruptcy cost workplan. |
| Fri | 10/21/16 | 0.30 | $ 400 | $    120.00 | Internal meeting with Opportune tax team regarding Transaction Cost. |
| **Total Del Valle** | | **11.50** | | **$   4,600.00** | |

**Gawker Media LLC - Time Summary**
**Michael Sypert, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 10/4/16 | 5.70 | $ 400 | $    2,280.00 | Begin comparing all the Univision Assumed contracts to the dockets filed with the court. |
| Wed | 10/5/16 | 7.80 | $ 400 | $    3,120.00 | Continued comparing all the Univision Assumed contracts to the dockets filed with the court as well as update cure amounts, addresses, and CODA Contract IDs. |
| **Total Sypert** | | **13.50** | | **$    5,400.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Sun | 10/9/16 | 4.20 | $ 400 | $ 1,680.00 | Correspondence with Kinja accounting team regarding prior data from Alliance Consulting Kft. Updated intercompany matrix for reclassification between accounts. |
| Mon | 10/10/16 | 9.30 | $ 400 | $ 3,720.00 | Review of corporate structure history. Correspondence with prior counsel regarding history of corporation. Researched prior documents on platform history. Created request list for additional corporate structure information. Travel from Houston to NYC (billed at 50%). |
| Tue | 10/11/16 | 8.60 | $ 400 | $ 3,440.00 | Correspondence with Kinja accounting team regarding corporate income taxes. Review of Kinja tax returns. Researched organization history per Ropes request. Updated request list for prior platform history. Reviewed close date financial statement items for intercompany related fees. |
| Wed | 10/12/16 | 9.50 | $ 400 | $ 3,800.00 | Review of additional tax forms for Kinja Hungary. Research organization history per Ropes request. Updated request list for prior organizational documents. Reviewed GMLLC cash transactions. Created roll forward of Kinja intercompany GL account balances to close date of sale. |
| Thu | 10/13/16 | 9.90 | $ 400 | $ 3,960.00 | Review of monthly MOR. Meeting with GMLLC accounting team regarding AP settlements, MOR, and intercompany transactions. Review of weekly cash flow report. Updated GMLLC intercompany transactions to close date of sale. Travel from NYC to Houston (billed at 50%). |
| Fri | 10/14/16 | 5.40 | $ 400 | $ 2,160.00 | Updated Kinja intercompany matrix with transactions to close date of sale. Updated corporate structure requests with additional documentation. Review of platform change agreements. |
| Sun | 10/16/16 | 4.30 | $ 400 | $ 1,720.00 | Updated platform history requests. Reviewed formation documents and amendments. Travel from Houston to NYC (billed at 50%). |
| Mon | 10/17/16 | 9.20 | $ 400 | $ 3,680.00 | Detailed review and call with Ropes regarding the UCC 2004 requests. Compilation of UCC requests and organized into data rooms. Compilation of platform history requests for Ropes. Updated request list for corporate history research. Review of board minutes and license agreements. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|------|--------|---------------|-------------|
| Tue | 10/18/16 | 8.90 | $ 400 | $ 3,560.00 | Conference call with Kinja team regarding obtaining prior documentation and delivery methods. Review and compilation of UCC requests. Uploaded documents found for UCC requests. Reviewed agreements and tax forms for research of corporate history. Created summary of platform history. |
| Wed | 10/19/16 | 9.10 | $ 400 | $ 3,640.00 | Meeting with GMLLC accounting team regarding 9/9 close financial statements and booking of specific journal entries. Discussion on net working capital and allocations. Review of additional Kinja intercompany transactions from 6/30 to 9/9. Conference all with Citrin regarding GMGI audit work papers. |
| Thu | 10/20/16 | 8.70 | $ 400 | $ 3,480.00 | Conference call with GMLLC accounting team regarding intercompany GL details. Discussion on payment allocation between royalty and service fees. Detailed review of Q3 intercompany royalty and service fee calculations. Adjustment of Q2 actual intercompany fees in intercompany matrix and roll forward. |
| Fri | 10/21/16 | 5.20 | $ 400 | $ 2,080.00 | Review of Kinja preliminary 9/30 financial statements. Review of GMGI, GMLLC, and Kinja intercompany details to create reconciliation. Continued research on corporate structure and reviewed additional agreements. |
| Mon | 10/24/16 | 8.70 | $ 400 | $ 3,480.00 | Review of USDOJ requests. Researched and reviewed prior agreements with vendors. Discussion with Citrin regarding prior audits related to certain vendors. Discussion with prior counsel regarding agreements with vendors. |
| Tue | 10/25/16 | 9.20 | $ 400 | $ 3,680.00 | Meeting with GMLLC accounting team regarding 9/9 close financial statements. Booked journal entries with GMLLC accounting team to get to closing numbers. Contacted vendors to obtain previous agreements. Reviewed and documented prior counsel documents for historic vendor agreements. |
| Wed | 10/26/16 | 8.70 | $ 400 | $ 3,480.00 | Review of estimated net working capital. Reviewed invoices not recorded in NetSuite to true-up net working capital calculation. Continued research on corporate structure and compiled files for Ropes request. |
| Thu | 10/27/16 | 8.40 | $ 400 | $ 3,360.00 | Reviewed additional invoices provided by GMLLC accounting team for net working capital calculation. Review of AP aging summary and performed a reconciliation with 9/9 pre/post petition statements. Call with GMLLC accounting team regarding NWC calculation. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 10/28/16 | 10.40 | $ 400 | $ 4,160.00 | In person meeting in NYC office with UCMS accounting team regarding invoice payments, future payment process, 9/9 close financial statements, open intercompany items, and new accounting software process. Travel from NYC to Houston (billed at 50%). |
| Mon | 10/31/16 | 11.40 | $ 400 | $ 4,560.00 | Contacted additional vendors for USDOJ requests. Reviewed additional vendor agreements/support from prior counsel to support USDOJ requests. Review of equity holders and process for distribution. Travel from Houston to NYC (billed at 50%). |
| **Total Hou** | | **149.10** | | **$ 59,640.00** | |

**Gawker Media LLC - Time Summary**
**Bryan Stahl, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 10/3/16 | 0.60 | $ 300 | $ 180.00 | Determined depreciable tax basis in Gawker's assets as of 12/31/15. |
| Mon | 10/3/16 | 0.40 | $ 300 | $ 120.00 | Discussed with Christine what would be the best approach to documenting our findings with regard to depreciation/gains. |
| Mon | 10/3/16 | 1.30 | $ 300 | $ 390.00 | Met with Lynn and Christine to discuss depreciation considerations. Discussed the potential character of gains on sale of assets. |
| Mon | 10/3/16 | 2.10 | $ 300 | $ 630.00 | Performed Sec. 1231 research and documented my findings. |
| Tue | 10/4/16 | 0.60 | $ 300 | $ 180.00 | Performed Sec. 1231 research and documented my findings. |
| Wed | 10/5/16 | 7.50 | $ 300 | $ 2,250.00 | Created a workbook to calculate the tax basis of assets used in trade or business at 12/31/2015. Discussed my approach with Opportune tax team. |
| **Total Stahl** | | **12.50** | | **$ 3,750.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*



| Date | Amount | Professional | Meals and Entertainment | Description |
|------|--------|--------------|------------------------|-------------|
| 7/26/16 | $ 23.13 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck |
| 7/29/16 | 20.15 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late night taxi - L. Bauck |
| 8/10/16 | 17.15 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late Night Taxi - Client office to Home |
| 8/12/16 | 28.33 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck |
| 8/13/16 | 24.01 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working lunch - L. Bauck |
| 8/17/16 | 12.92 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck |
| 9/6/16 | 48.18 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck and W. Holden |
| 9/7/16 | 22.86 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck |
| 9/12/16 | 41.10 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck and W. Holden |
| 9/25/16 | 17.60 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 9/25/16 | 15.91 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 9/25/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In flight internet for client work |
| 9/25/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Checked bag |
| 9/25/16 | 1,150.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Round trip Hou/NY |
| 9/25/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage reimbursement from home to IAH / 100.20 miles @ 0.54 |
| 9/25/16 | 67.76 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from airport to hotel |
| 9/25/16 | 14.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Tolls to Houston airport |
| 9/26/16 | 16.20 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 9/26/16 | 44.46 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 9/26/16 | 6.30 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 9/26/16 | 15.74 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 9/26/16 | 12.78 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 9/26/16 | 16.07 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 9/27/16 | 16.71 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 9/27/16 | 34.99 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 9/27/16 | 5.20 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 9/27/16 | 12.70 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 9/27/16 | 11.87 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 9/28/16 | 32.63 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Team lunch- meeting with client |
| 9/28/16 | 20.69 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 9/28/16 | 14.50 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 9/28/16 | 13.32 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 9/28/16 | 14.03 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 9/29/16 | 24.69 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 9/29/16 | 17.80 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 9/29/16 | 23.78 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 9/29/16 | 10.74 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 9/29/16 | 23.97 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 9/29/16 | 10.43 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 9/30/16 | 16.20 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 9/30/16 | 20.15 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 9/30/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Checked bag |
| 9/30/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In flight internet for client work |
| 9/30/16 | 2,296.54 | Alicia Hou | Travel Expenses | Hou, Alicia / Hotel (5 nights) |
| 9/30/16 | 40.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Subway pass |
| 9/30/16 | 69.66 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from hotel to airport |
| 9/30/16 | 103.00 | Alicia Hou | Parking | Hou, Alicia / Parking at airport (6 days) |
| 9/30/16 | 42.89 | Alicia Hou | Telephone Charges | Hou, Alicia / Telephone charges (Cell fees above $75.00) |
| 10/1/16 | 1,573.94 | William Holden | Travel Expenses | Holden, William / Hotel in Budapest |
| 10/1/16 | 75.12 | Alicia Hou | Telephone Charges | Hou, Alicia / Telephone charges (Cell fees above $75.00) |
| 10/2/16 | 9.04 | William Holden | Meals and Entertainment | Holden, William / Breakfast at Airport |
| 10/2/16 | 132.00 | William Holden | Travel Expenses | Holden, William / Taxi to Airport |
| 10/3/16 | 9.37 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (S. Abdel-Razek) |
| 10/3/16 | 7.79 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 10/3/16 | 24.38 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 10/4/16 | 2.88 | William Holden | Meals and Entertainment | Holden, William / Breakfast in Budapest |
| 10/4/16 | 45.25 | William Holden | Meals and Entertainment | Holden, William / Lunch in Budapest |
| 10/4/16 | 60.43 | William Holden | Meals and Entertainment | Holden, William / Dinner in Budapest |
| 10/5/16 | 12.98 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (S. Abdel-Razek) |
| 10/5/16 | 8.60 | William Holden | Meals and Entertainment | Holden, William / Breakfast in Budapest |
| 10/5/16 | 5.20 | William Holden | Meals and Entertainment | Holden, William / Breakfast in NY |
| 10/5/16 | 83.97 | William Holden | Travel Expenses | Holden, William / Taxi from Airport |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*


Opportune

| Date | Amount | Professional | Meals and Entertainment | Description |
|------|--------|--------------|-------------------------|-------------|
| 10/5/16 | 19.55 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Cab fare from Ropes Offices to HQ |
| 10/6/16 | 20.40 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (S. Abdel-Razek) |
| 10/6/16 | 14.50 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Cab fare from Court House |
| 10/6/16 | 37.00 | William Holden | Parking | Holden, William / Parking for Hearing in NYC |
| 10/6/16 | 39.95 | William Holden | Miscellaneous Expenses | Holden, William / Inflight Internet for client work |
| 10/10/16 | 38.32 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/10/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Flight check bag |
| 10/10/16 | 932.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Round trip Houston/NYC |
| 10/10/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight internet for client work |
| 10/10/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage reimbursement round trip home/airport / 100.20 miles @ 0.54 |
| 10/10/16 | 14.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Tolls from home to airport |
| 10/10/16 | 45.99 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from airport to hotel |
| 10/11/16 | 18.76 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (S. Abdel-Razek) |
| 10/11/16 | 13.45 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/11/16 | 17.36 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/11/16 | 67.93 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/11/16 | 13.24 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 10/11/16 | 10.52 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 10/12/16 | 14.20 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/12/16 | 17.98 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/12/16 | 33.47 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/12/16 | 75.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Flight change fee due to client schedule change |
| 10/13/16 | 15.69 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/13/16 | 19.43 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/13/16 | 22.98 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/13/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Flight check bag |
| 10/13/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight work internet for client work |
| 10/13/16 | 1,158.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Hotel (3 nights) |
| 10/13/16 | 77.47 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from office to airport |
| 10/13/16 | 14.26 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 10/13/16 | 80.00 | Alicia Hou | Parking | Hou, Alicia / Airport parking (4 days) |
| 10/13/16 | 25.93 | William Holden | Miscellaneous Expenses | Holden, William / Inflight Internet for client work |
| 10/14/16 | 82.56 | William Holden | Travel Expenses | Holden, William / Late night Taxi home |
| 10/14/16 | 82.56 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 10/15/16 | 49.95 | William Holden | Miscellaneous Expenses | Holden, William / Inflight Internet for client work |
| 10/16/16 | 14.25 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel Lunch |
| 10/16/16 | 22.63 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel Dinner |
| 10/16/16 | 1,041.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Round Trip HOU/NY |
| 10/16/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In flight work internet for client work |
| 10/16/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Checked bag |
| 10/16/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage reimbursement 50.7 mile one way / 100.20 miles @ 0.54 |
| 10/16/16 | 49.36 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from airport to hotel |
| 10/16/16 | 14.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Ride to IAH tolls |
| 10/17/16 | 18.96 | William Holden | Meals and Entertainment | Holden, William / Dinner at office |
| 10/17/16 | 17.46 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/17/16 | 19.29 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/17/16 | 47.68 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/17/16 | 69.58 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 10/17/16 | 26.59 | Sarah Abdel-Razek | Miscellaneous Expenses | Abdel-Razek, Sarah / FedEx of Gawker Documents |
| 10/18/16 | 15.35 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/18/16 | 17.99 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/18/16 | 33.54 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/18/16 | 9.00 | William Loden | Meals and Entertainment | Loden, William / Breakfast, Gregory's |
| 10/18/16 | 54.64 | William Loden | Meals and Entertainment | Loden, William / Dinner: McConnolls |
| 10/18/16 | 806.85 | William Loden | Travel Expenses | Loden, William / Round trip HOU/NY |
| 10/18/16 | 597.90 | William Loden | Travel Expenses | Loden, William / Hotel in NYC |
| 10/18/16 | 24.00 | William Loden | Travel Expenses | Loden, William / Gratuities-airport, hotel |
| 10/18/16 | 67.19 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 10/18/16 | 15.28 | William Loden | Travel Expenses | Loden, William / Uber to IAH |
| 10/18/16 | 101.33 | William Loden | Travel Expenses | Loden, William / Taxi ride from EWR to Midtown |
| 10/18/16 | 24.00 | William Loden | Travel Expenses | Loden, William / Gratuities, hotel and airport |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*


Opportune

| Date | Amount | Professional | Meals and Entertainment | Description |
|------|--------|--------------|-------------------------|-------------|
| 10/18/16 | 92.33 | William Loden | Travel Expenses | Loden, William / Taxi ride from Midtown to EWR |
| 10/18/16 | 13.26 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi from office to dinner |
| 10/18/16 | 4.50 | William Loden | Miscellaneous Expenses | Loden, William / United internet charge for client work |
| 10/19/16 | 18.67 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/19/16 | 31.57 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/19/16 | 12.67 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to client office |
| 10/19/16 | 14.75 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from client to hotel |
| 10/19/16 | 40.66 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Team working lunch (SAR,LL,AH) |
| 10/20/16 | 23.01 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (S. Abdel-Razek) |
| 10/20/16 | 14.43 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/20/16 | 68.05 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/20/16 | 34.47 | William Loden | Travel Expenses | Loden, William / Cab IAH to Wakefield |
| 10/20/16 | 78.56 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 10/20/16 | 15.13 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 10/20/16 | 17.47 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from dinner to hotel |
| 10/21/16 | 19.85 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/21/16 | 23.64 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/21/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Checked bag |
| 10/21/16 | 2,100.31 | Alicia Hou | Travel Expenses | Hou, Alicia / Hotel (5 nights) |
| 10/21/16 | 111.16 | William Holden | Telephone Charges | Holden, William / Cell fees above $75.00 |
| 10/23/16 | 15.41 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/23/16 | 23.49 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/23/16 | 1,398.30 | Alicia Hou | Travel Expenses | Hou, Alicia / Round trip NYC/Houston |
| 10/23/16 | 40.54 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from NYC airport to hotel |
| 10/24/16 | 18.94 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/24/16 | 22.31 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/24/16 | 23.64 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/24/16 | 14.36 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 10/25/16 | 15.72 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/25/16 | 22.21 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/25/16 | 20.37 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/25/16 | 6.96 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Taxi ride from client office to dinner |
| 10/25/16 | 16.48 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Taxi ride from dinner to hotel |
| 10/25/16 | 42.11 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home / Late night cab ride home |
| 10/26/16 | 15.76 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/26/16 | 22.75 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/26/16 | 24.81 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/26/16 | 571.51 | William Holden | Travel Expenses | Holden, William / Late night stay in NYC |
| 10/26/16 | 7.42 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to from office to dinner |
| 10/27/16 | 16.43 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/27/16 | 21.89 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/27/16 | 76.81 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/27/16 | 51.08 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 10/28/16 | 15.48 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/28/16 | 120.44 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Working lunch with Opportune/UCMS |
| 10/28/16 | 19.32 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/28/16 | 25.00 | Alicia Hou | Travel Expenses | Hou, Alicia / Flight Checked bag fee |
| 10/28/16 | 5.99 | Alicia Hou | Travel Expenses | Hou, Alicia / In flight internet for client work |
| 10/28/16 | 1,958.49 | Alicia Hou | Travel Expenses | Hou, Alicia / Hotel in NYC (5 nights) |
| 10/28/16 | 17.06 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi to lunch with UCMS |
| 10/28/16 | 15.84 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi from lunch back to office with UCMS |
| 10/28/16 | 59.33 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from office to airport |
| 10/28/16 | 260.00 | Alicia Hou | Parking | Hou, Alicia / IAH airport parking (2 weeks) |
| 10/31/16 | 18.67 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/31/16 | 45.94 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from NYC airport to hotel |

| | | | | |
|------|--------|---|---|---|
| **Total** | $  20,851.35 | | | |