

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUESTED PRIME CLERK RESEND OF EVIDENCE FILE BY XP
Chantel Barrett   to: nysbml_caseadmin                      12/14/2016 07:26 AM

From:     XP VEHICLES <legal@xpvehicles.com>
To:       bernstein.chambers@nysb.uscourts.gov
Date:     12/13/2016 05:29 PM
Subject:  Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUESTED PRIME CLERK RESEND OF EVIDENCE FILE BY XP

XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 13, 2016




UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re
)
)
)
)
)
)
)
Gawker Media, LLC, et. al.
Debtors,
Chapter 11
Case No.: 16-11700 (SMB)
Jointly Administered

**REQUESTED PRIME CLERK RESEND OF EVIDENCE FILE BY XP**

In communications today from Prime Clerk, It was noted that the file for the referenced filing which is an EVIDENCE PDF acquired by XP entitled: **RICO CASE PREPARATION DATA: TESLA MOTORS - ELON MUSK.PDF** was not able to be accessed.

That file is re-attached, below as a link and herein as a file upon request from Case members. in re:

> Letter /Email addressed to The Honorable Stuart M. Bernstein dated 12/03/2016 Re: Response To Notice of Debtors' Discussion of Tesla Motors (Note: Unable To Access Attached File) Filed by XP Vehicles Group.
> http://cases.primeclerk.com/gawker/DownLoad-DownloadPDF?id1=NTA5MTc2&id2=0&id3=0
>
> PROOF OF SERVICE
> I hereby certify that on December 11, 2016, I caused to be served a true and correct copy of the foregoing Notice of Filing and attached Meanith Huon's Objections by causing copies of
> same to be served on all counsel of record and on the U.S. Trustee for the Southern District of
> New York, Region 2, by electronic filing same.
> XP Vehicles Task Force
>
> Email: **legal@xpvehicles.com**
>
> **BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**

I've linked 1 file to this email:

RICO CASE PREPARATION DATA: TESLA MOTORS - ELON MUSK.pdf(9.2 MB)
Hightailhttps://www.hightail.com/download/cUJWZGlzR3N0TWw3czlVag
Mozilla Thunderbird makes it easy to share large files over email.


att01xfd.dat