

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTIFICATION OF CONFLICT OF INTEREST BY DELOITTE
Chantel Barrett    to: nysbml_caseadmin                    12/14/2016 09:15 AM

From:       XP VEHICLES <legal@xpvehicles.com>
To:         bernstein.chambers@nysb.uscourts.gov
Date:       12/13/2016 05:08 PM
Subject:    Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTIFICATION OF CONFLICT OF INTEREST BY DELOITTE

XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 13, 2016


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re
)
)
)
)
)
)
)
Gawker Media, LLC, et. al.
Debtors,
Chapter 11
Case No.: 16-11700 (SMB)
Jointly Administered


**NOTIFICATION OF CONFLICT OF INTEREST BY DELOITTE**

**Be it stated now on public record that Deloitte, the group who sent the Court the attached**

**bill, served as the advisers for XP Vehicles, The investment advisers for Tesla Motors who is now under criminal investigation for financial fraud and FEC malfeasance and the consultant to the U.S. Department of Energy and Steven Chu to direct the distribution of State and Federal funds to EITHER XP or Tesla, who have been sued by XP Vehicles for criminal corruption. At all times, Deloitte has had a beneficiary relationship with Tesla/Gawker and the "Cartel" now under criminal investigation. The Court records and the records of all future matters should document and reflect this conflict of interest as pointed out by members of the United States Congress. Deloitte has a known intent and financial incentive to harm and/or make negative determinations against XP.**

PROOF OF SERVICE
I hereby certify that on December 11, 2016, I caused to be served a true and correct copy of the foregoing Notice of Filing and attached Meanith Huon's Objections by causing copies of
same to be served on all counsel of record and on the U.S. Trustee for the Southern District of
New York, Region 2, by electronic filing same.
XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**



126017009710-rep-1312104557.pdf