**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
                                                               :
GAWKER MEDIA LLC, *et al.*,[1]                                 :    Case No. 16-11700 (SMB)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Providing that the Official Committee of Unsecured Creditors is not Authorized or Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 577]

- Order Authorizing the Debtors to Employ and Retain Bush Ross, P.A. as Special Florida Litigation Conflicts Counsel *nunc pro tunc* to October 29, 2016 [Docket No. 578] (the "***Bush Ross Retention***")

- Order (I) Granting in Part Debtors' First Omnibus Objection to Proofs of Claim Filed by Meanith Huon and (II) Scheduling Status Conference [Docket No. 579] (the "***Huon Claims Order***")

- Amended Agenda for Hearing to be Held December 13, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 589] (the "***Amended Agenda***")

- Notice of Filing of Revised Plan Supplement Document Pursuant to the Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. [Docket No. 590]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

      On December 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Bush Ross Retention to be served via Email and First Class Mail on Bush Ross, P.A., Attn: Jeffrey W. Warren, P.O. Box 3913, Tampa, FL 33601-3913, jwarren@bushross.com.

      On December 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Huon Claims Order and Amended Agenda to be served via Email and Overnight Mail on Meanith Huon, whose address has been redacted for privacy.

      On December 12, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Amended Agenda to be served by the method set forth on the Agenda Affected Parties Service List attached hereto as **Exhibit B**.

      On December 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email 1) on the Master Service List attached hereto as **Exhibit A** and 2) on XP Vehicles Group, legal@xpvehicles.com.

- Second Declaration of D. Ross Martin, Esq. Submitting Certain Documentation Received from XP Vehicles [Docket No. 591]

Dated: December 14, 2016

_____
Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 14, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

SRF 12724

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>633 Menlo Avenue<br>Suite 100<br>Menlo Park CA 94025 | Tgaa@bbslaw.com<br>tom@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications, Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard<br>Brookfield Place, 200 Vesey Street<br>20th Floor<br>New York NY 10281 | choward@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young<br>111 Huntington Avenue<br>Boston MA 02199 | jonathan.young@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind<br>111 S. Wacker Drive<br>Chicago IL 60606-4410 | michael.kind@lockelord.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq.<br>100 Pearl Street, 14th Floor<br>Hartford CT 06103 | ecf@randazza.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart<br>120 Broadway<br>24th FL<br>New York NY 10271 | Enid.Stuart@ag.ny.gov | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | Overnight Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

**Exhibit B**

Exhibit B

Affected Parties Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BAKER & HOSTETLER LLP | B W Sanford M I Bailen C J Giamo | Washington Square Suite 1100 | 1050 Connecticut Avenue NW | Washington | DC | 20036-5304 | mbailen@bakerlaw.com | Email and Overnight Mail |
| Marburger Law LLC | Attn David Marburger | 14650 Detroit Ave | Ste 450 | Cleveland | OH | 44107 | david@marburger-law.com | Email and Overnight Mail |