UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC *et al.*[1] | Case N. 16-11700 (SMB) |
| Debtors | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC* VICE

I, Joseph R. Oliveri, Esq., of the law firm of Clare Locke, LLP, 902 Prince Street, Alexandria, VA 22314, (202) 628-7400, respectfully request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Mail Media Inc., a creditor in the above-captioned case.

I certify that I am a member in good standing of the bars of the Commonwealth of Virginia (VA Bar No. 77152) and the District of Columbia (DC Bar No. 994029), as well as the bars of the U.S. District Courts for the Eastern and Western Districts of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 16, 2016

By: /s/ Joseph R. Oliveri
Joseph R. Oliveri, Esq.
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7405
Email: joe@clarelocke.com
*Attorney for Mail Media Inc.*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 16th day of December, 2016, I caused a true and correct copy of the foregoing Motion fro Admission to Practice, *Pro Hac Vice*, to be served electronically on all parties that are registered for electronic service in this action through the Court's CM/ECF system.

            */s/ Joseph R. Oliveri*
            Joseph R. Oliveri, Esq.
            *Attorney for Mail Media Inc.*