**Hearing Date and Time: January 26, 2017 at 10:00 a.m. (ET)**
**Response Deadline: January 19, 2017 at 4:00 p.m. (ET)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re                                : Chapter 11
:
Gawker Media LLC, *et al.*,[1]       : Case No. 16-11700 (SMB)
:
       Debtors.           : (Jointly Administered)
:
-------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON**
**DEBTORS' MOTION FOR LEAVE PURSUANT TO RULE 2004**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that on October 11, 2016, the Debtors filed the *Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 341] (the "Debtors' Rule 2004 Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2016, the Debtors filed the *Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 342].

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2016, the Debtors filed the *Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 344].

**PLEASE TAKE FURTHER NOTICE** that, the objection deadline for the Debtors' Rule 2004 Motion was set as October 27, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Debtors' Rule 2004 Motion was scheduled for November 3, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, on October 28, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 387], (i) extending the Objection Deadline to November 8, 2016 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to November 15, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on November 10, 2016, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule*

-2-

*2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 387], (i) extending the Objection Deadline to December 22, 2016 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to December 29, 2016 at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Objection Deadline is hereby further extended to **January 19, 2017 at 4:00 p.m. (prevailing Eastern Time)**; and (ii) the Hearing is hereby adjourned to **January 26, 2017 at 10:00 a.m. (prevailing Eastern Time).**

Dated: December 16, 2016  
      New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Joshua Y. Sturm  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
joshua.sturm@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors*  
*and Debtors in Possession*