

**Dear Judge Bernstein! urgent!**
umpy Goodness
to:
bernstein.chambers
12/18/2016 03:18 PM
Hide Details
From: umpy Goodness <umpiregoodness@gmail.com>
To: bernstein.chambers@nysb.uscourts.gov

Very Briefly:

Gawker has written many (easily-proven-)FALSE articles about me over the years (because l was a whistleblowing reporter for NYC papers, exposing their numerious crimes and false reports), and l was planning on suing them for arguably the most flawless Llbel case in uS history... **but then l read your court is FINALIZING their obligations in Bankruptcy court!**

YlKES!

D0ES THlS MEAN they will be protected from any **future** torts?

lf YES... is there any way l can make my case in your court?

(lt's not a very big case. A jury wouldn't give me more than $200k at best. $50k at the least. lt was only a few articles with bold lies... and my damages are easy to verify, but Gawker are the least-worst offenders to write lies about me *[that's one of the few perks of being a whistleblower: endless false stories about you in the press!]*.... ergo, smaller fish.)

(Heck... Hulk-gate isn't in Gawker's Top 5000 crimes!)

*(Note: it is demonstrably false that "all press is good press". [Ask Cosby!] My life is over, basically, until l can scrub the internet of the serious lies about me. And even that wouldn't work completely, as l'm a semi-public figure.)*

l'm praying you can help as l don't have the resources to hire / find attys to sue at this time (and, 'ironically', the attys l've chatted with won't help b/c they have heard all terrible rumours about me by Gawker and friends!!)