**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC *et al.*[1] | Case N. 16-11700 (SMB) |
| Debtors | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC* VICE

Upon the motion of Joseph R. Oliveri, Esq., to be admitted, *pro hac vice*, to represent Mail Media Inc., (the "Client") a creditor in the above referenced case , and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia , as well as the bars of the U.S. District Courts for the Eastern and Western Districts of Virginia, it is hereby

**ORDERED**, that Joseph R. Oliveri, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 20th, 2016                     /s/ STUART M. BERNSTEIN
New York      , New York                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.