

**In re Gawker Media LLC (16-11700)- Daulerio Objection Adjournment and Response Deadline Extension**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
12/19/2016 11:15 AM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Sturm, Joshua", "Agudelo, Jonathan", "david@marburger-law.com"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "david@marburger-law.com" <david@marburger-law.com>

Dear Chambers,

On November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493]. A hearing was scheduled on the Objection for December 29, 2016 at 10:00 a.m. (ET), and the original response deadline was set for December 12, at 4:00 p.m. (ET). As previously approved by the Court, the Debtors extended the response deadline for Mr. Daulerio to December 19, 2016, at 4:00 p.m. (ET).

As discussed earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to January 26, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline to January 19, 2017 at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

*Granted*
*SMB*
*12/20/16*

Respectfully submitted,
W. Alex McGee

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.