## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re                                    :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]           :    Case No. 16-11700 (SMB)
:
         Debtors.      :    (Jointly Administered)
:
------------------------------------------------------x

### FOURTH MONTHLY STATEMENT OF CITRIN COOPERMAN & COMPANY, LLP OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP<br>Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | November 1, 2016 through and including November 30, 2016 |
| Fees Incurred: | $47,609.60[2] |
| Payment of Fees Requested (80%): | $38,087.68 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $38,087.68 |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Each Debtor's mailing address is c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] The actual fees incurred during the period were $58,200.75. However, in accordance with Citrin Cooperman & Company's retention by the Debtors, we have included a discount of $10,591.15. which represents a 20% discount of actual fees incurred relating to the audit of the 401(k) plan. This results in Fees Incurred, as presented above, of $47,609.60.

This is a:___X___Monthly _____ Interim_____ Final Application.

**PRELIMINARY STATEMENT**

1. Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc. ("GMGI" and collectively with Gawker Media, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from November 1, 2016 through and including November 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Citrin requests: (a) interim allowance and payment of compensation in the amount of $38,087.68 (80% of $47,609.60) of fees on account of reasonable and necessary professional services rendered to the Debtors by Citrin and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Citrin during the Compensation Period. Citrin requests payment in the total amount of $38,087.68.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates and aggregate hours spent by each Citrin professional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Citrin professionals during the Compensation period is approximately $304.96.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Citrin professionals in rendering services to the Debtors during the Compensation Period.

3

4. **Exhibit C** sets forth detailed time records of Citrin professionals for the Compensation Period.

*[Remainder of this page intentionally left blank.]*

## NOTICE

Pursuant to the Interim Compensation Order, Citrin has asked the Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated:   November 18, 2016
         New York, NY

/s/ Michael E. Rhodes
Michael E. Rhodes
CITRIN COOPERMAN & COMPANY LLP
529 Fifth Avenue
New York, NY 10017
Telephone: (212) 697-1000
Facsimile: (212) 697-1004
mrhodes@citrincooperman.com
*Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession*