# Exhibit A

## Timekeeper Summary

## TIMEKEEPER SUMMARY

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Brack, Allison | Partner | Tax | $ 575.00 | 0.50 | $ 287.50 |
| Domian, Estera | Staff | Audit & Accounting | $ 185.00 | 24.00 | $ 4,440.00 |
| Fielstein, Howard | Partner | Bankruptcy | $ 500.00 | 0.30 | $ 150.00 |
| Freel, Michael | Manager | State & Local Tax | $ 410.00 | 0.75 | $ 307.50 |
| Kashkin, Alex | Staff | Audit & Accounting | $ 185.00 | 6.50 | $ 1,202.50 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 2.25 | $ 1,035.00 |
| McCumiskey, Michael | Manager | Audit & Accounting | $ 370.00 | 41.10 | $ 15,207.00 |
| Poliseo, Angela | Staff | Audit & Accounting | $ 260.00 | 63.30 | $ 16,458.00 |
| Porricelli, Thomas | Supervisor | Audit & Accounting | $ 250.00 | 3.00 | $ 750.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 560.00 | 4.00 | $ 2,240.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 475.00 | 1.00 | $ 475.00 |
| Schniebolk, Mark | Partner | Audit & Accounting | $ 525.00 | 5.75 | $ 3,018.75 |
| Singer, Robert | Staff | Audit & Accounting | $ 205.00 | 4.40 | $ 902.00 |
| Staron, Karolina | Staff | Audit & Accounting | $ 170.00 | 14.50 | $ 2,465.00 |
| Tsambiras, Soula | Partner | Audit & Accounting | $ 475.00 | 19.50 | $ 9,262.50 |
| **Total Compensation** | | | $ 304.96 | 190.85 | $ 58,200.75 |

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 497.06 | 31.05 | 15,433.75 |
| Directors | $ 460.00 | 2.25 | 1,035.00 |
| Managers | $ 370.72 | 41.85 | 15,514.50 |
| Supervisors | $ 250.00 | 3.00 | 750.00 |
| Staff | $ 225.98 | 112.70 | 25,467.50 |
| Total Fees Incurred | | 190.85 | 58,200.75 |