## Exhibit B

### Task Code Summary

**TASK CODE SUMMARY**

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 203 | Audit of Employee Benefit Plan | 179.05 | $ 52,955.75 |
| 214 | Other Special Projects | 5.00 | $ 2,025.00 |
| 300 | Taxes - General | 5.05 | $ 2,437.50 |
| 613 | SALT Professionals | 1.75 | $ 782.50 |
| TOTAL | | 190.85 | $ 58,200.75 |