## Exhibit C

## Time Detail

Dec 12, 2016  **Citrin Cooperman & Company, LLP**
**Billing Worksheet**
**Client - Client Code**
For the Period: 11/01/2016 - 11/30/2016
WIP Approved ( 11/30/2016 )

**WIP - 0 - Gawker Media -**

| | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/1/2016 | 401k audit | $ 475.00 | 0.50 | $ 237.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/1/2016 | 401k audit | $ 370.00 | 1.50 | $ 555.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Staron, Karolina | 11/1/2016 | Audit programs, Distribution Testing | $ 170.00 | 1.65 | $ 280.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/1/2016 | 401k audit | $ 260.00 | 3.00 | $ 780.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/2/2016 | 401k audit | $ 370.00 | 0.50 | $ 185.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Staron, Karolina | 11/2/2016 | Distribution Testing 2016, Loan Analytics | $ 170.00 | 2.50 | $ 425.00 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 11/2/2016 | Meeting with Josh Albertson | $ 560.00 | 1.50 | $ 840.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/2/2016 | 401k audit | $ 260.00 | 4.00 | $ 1,040.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/3/2016 | 401k audit | $ 370.00 | 3.00 | $ 1,110.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/3/2016 | 401k audit | $ 475.00 | 0.50 | $ 237.50 |
| Cons | 214 Other Special Projects | Rhodes, Michael | 11/3/2016 | Dividends - call with Andreas | $ 560.00 | 1.00 | $ 560.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 11/3/2016 | Correspondence with auditor on Statement of Proposed Assessment for sales tax audit; review of statement and related workpapers; correpsondence with client. | $ 475.00 | 0.75 | $ 356.25 |
| taxes | 613 SALT Professionals | Freel, Michael | 11/3/2016 | discuss NYS sales tax audit with Eugene R., e-mails re: same | $ 410.00 | 0.25 | $ 102.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Staron, Karolina | 11/3/2016 | Prep. Materiality docuement and timeliness testing, checklist updates, contribution analysis | $ 170.00 | 4.10 | $ 697.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/3/2016 | 401k audit | $ 260.00 | 5.00 | $ 1,300.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/4/2016 | Preparation of transfer testing and preliminary analytics. | $ 185.00 | 2.00 | $ 370.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/4/2016 | update call, review file. | $ 370.00 | 2.50 | $ 925.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Staron, Karolina | 11/4/2016 | Update preliminary analytics | $ 170.00 | 1.50 | $ 255.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/4/2016 | 401k audit | $ 260.00 | 3.50 | $ 910.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/7/2016 | daily update call and discussions with staff on progress of audit. | $ 370.00 | 1.00 | $ 370.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/8/2016 | dail update call | $ 370.00 | 0.25 | $ 92.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/8/2016 | 401k audit | $ 370.00 | 0.75 | $ 277.50 |
| CEB | 240 Audit of Employee Benefit Plan | Kashkin, Alex | 11/8/2016 | census report work | $ 185.00 | 2.00 | $ 370.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/9/2016 | 401k audit | $ 260.00 | 1.00 | $ 260.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/10/2016 | 401k audit | $ 370.00 | 0.75 | $ 277.50 |
| taxes | 300 Tax General | LiRosi, Paul | 11/10/2016 | form 1139 update | $ 460.00 | 0.25 | $ 115.00 |

| Dept | Matter | Professional | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/10/2016 | 401k Audit | $ 260.00 | 5.30 | $ 1,378.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/11/2016 | Assistance to Karolina with payroll selections. Meeting with Angela regarding audit status. | $ 185.00 | 0.50 | $ 92.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/11/2016 | 401k FS and review of file | $ 370.00 | 5.50 | $ 2,035.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Staron, Karolina | 11/11/2016 | Participant contribution testing | $ 170.00 | 4.75 | $ 807.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/11/2016 | 401k audit | $ 260.00 | 5.00 | $ 1,300.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 11/11/2016 | Downloaded and searched for information related to equity in 2011-2014 | $ 250.00 | 1.00 | $ 250.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/14/2016 | 401k audit | $ 370.00 | 0.50 | $ 185.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/14/2016 | 401k audit | $ 475.00 | 0.50 | $ 237.50 |
| taxes | 300 Tax General | LiRosi, Paul | 11/14/2016 | tax notices update 1139 | $ 460.00 | 0.50 | $ 230.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/14/2016 | 401k audit | $ 260.00 | 5.50 | $ 1,430.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/15/2016 | 401k audit | $ 260.00 | 5.50 | $ 1,430.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/16/2016 | Meeting with Angela regarding audit progress. | $ 185.00 | 0.50 | $ 92.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/16/2016 | 401k audit | $ 370.00 | 2.00 | $ 740.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/16/2016 | 401k audit | $ 475.00 | 2.50 | $ 1,187.50 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 11/16/2016 | Equity - discussion with Alicia Hou of Opportune and tie out of Series A | $ 250.00 | 1.00 | $ 250.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/16/2016 | 401k audit | $ 260.00 | 4.00 | $ 1,040.00 |
| CEB | 240 Audit of Employee Benefit Plan | Kashkin, Alex | 11/16/2016 | various workpapers | $ 185.00 | 1.50 | $ 277.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/17/2016 | 401k audit | $ 370.00 | 1.70 | $ 629.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/17/2016 | Demographic and salary testing. | $ 185.00 | 4.25 | $ 786.25 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/17/2016 | 401k Audit | $ 260.00 | 6.50 | $ 1,690.00 |
| CEB | 240 Audit of Employee Benefit Plan | Kashkin, Alex | 11/17/2016 | return on investment testing | $ 185.00 | 3.00 | $ 555.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/18/2016 | 401k audit | $ 370.00 | 3.00 | $ 1,110.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/18/2016 | Eligibility and salary testing. | $ 185.00 | 5.00 | $ 925.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/21/2016 | 401k audit | $ 370.00 | 4.15 | $ 1,535.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/21/2016 | Investment testing and contribution testing. Finalizing audit programs. | $ 185.00 | 8.50 | $ 1,572.50 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 11/21/2016 | Provided AJE - PJE - EJE to Will Holden | $ 250.00 | 0.50 | $ 125.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 11/21/2016 | e-mail from Eugene R. re: NYS change of address form; prepare same and e-mail to Eugene, upload change of address info to GFR for 2016 return | $ 410.00 | 0.50 | $ 205.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 11/21/2016 | Review of Notice and Demand for Payment received from New York Department of Tax as related to sales tax audit; correspondence with W. Holden on same. | $ 475.00 | 0.25 | $ 118.75 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/21/2016 | 401k audit | $ 260.00 | 7.50 | $ 1,950.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Schniebolk, Mark | 11/21/2016 | 401k audit | $ 525.00 | 1.00 | $ 525.00 |

| Type | Matter | Timekeeper | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/22/2016 | Phone with Mike and meeting with Angela. Preparation of audit programs and finalizing contribution testing. | $ 185.00 | 2.50 | $ 462.50 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/22/2016 | 401k audit | $ 370.00 | 5.00 | $ 1,850.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/22/2016 | 401k audit | $ 475.00 | 6.00 | $ 2,850.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/22/2016 | 401k Audit | $ 260.00 | 6.00 | $ 1,560.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Domian, Estera | 11/23/2016 | Finalizing contribution testing. | $ 185.00 | 0.75 | $ 138.75 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/23/2016 | 401k audit | $ 370.00 | 4.00 | $ 1,480.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/23/2016 | 401k audit | $ 475.00 | 4.00 | $ 1,900.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/23/2016 | 401k audit | $ 260.00 | 0.50 | $ 130.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Singer, Robert | 11/23/2016 | begin proof | $ 205.00 | 0.50 | $ 102.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Schniebolk, Mark | 11/23/2016 | 401 | $ 525.00 | 2.75 | $ 1,443.75 |
| ACCT | 240 Audit of Employee Benefit Plan | Singer, Robert | 11/26/2016 | proofread & foot (rush, per Mark) | $ 205.00 | 2.00 | $ 410.00 |
| ACCT | 240 Audit of Employee Benefit Plan | McCumiskey, Michael | 11/28/2016 | 401k | $ 370.00 | 5.00 | $ 1,850.00 |
| ACCT | 300 Tax General | Porricelli, Thomas | 11/28/2016 | Discussions with Will Holden on CRT Rtn and spoke with Alicia in regards to Equity questions | $ 250.00 | 0.50 | $ 125.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Schniebolk, Mark | 11/28/2016 | 401k audit | $ 525.00 | 1.50 | $ 787.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Poliseo, Angela | 11/28/2016 | 401k audit | $ 260.00 | 1.00 | $ 260.00 |
| ACCT | 240 Audit of Employee Benefit Plan | Singer, Robert | 11/28/2016 | proof/foot contd etc; proof & correct changes etc | $ 205.00 | 1.50 | $ 307.50 |
| ACCT | 300 Tax General | Fielstein, Howard | 11/29/2016 | Call with Mike Rhodes re IRS tax audit issue | $ 500.00 | 0.30 | $ 150.00 |
| taxes | 300 Tax General | LiRosi, Paul | 11/29/2016 | review of notice, prepared POA, call with Mike Rhodes, Will Holden and Lynn on next steps for IRS audit, In addition to meeting with Allison and call with Howard fielstein | $ 460.00 | 1.50 | $ 690.00 |
| taxes | 300 Tax General | Rhodes, Michael | 11/29/2016 | IRS tax notice | $ 560.00 | 1.50 | $ 840.00 |
| taxes | 300 Tax General | Brack, Allison | 11/29/2016 | request for prompt assessment | $ 575.00 | 0.50 | $ 287.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Tsambiras, Soula | 11/30/2016 | 401k audit | $ 475.00 | 5.50 | $ 2,612.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Schniebolk, Mark | 11/30/2016 | 401k audit | $ 525.00 | 0.50 | $ 262.50 |
| ACCT | 240 Audit of Employee Benefit Plan | Singer, Robert | 11/30/2016 | proofread & correct changes | $ 205.00 | 0.40 | $ 82.00 |
| | | | | | | 190.85 | $ 58,200.75 |



# CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY 10011*

Invoice No.   733115
Date          12/16/2016
Client No.    42254.0

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2016 AS FOLLOWS:

**NYS SALES AND USE TAX AUDIT**
| | | | |
|---|---|---|---|
| E. RUVERE | 1.00 HR @ $475/HR | $ | 475.00 |
| M. FREEL | 0.75 HRS @ $410/HR | | 307.50 |

**AUDIT OF THE GAWKER MEDIA 401 (K) PLAN**
| | | |
|---|---|---|
| S. TSAMBIRAS | 19.50 HRS @ $475/HR | 9,262.50 |
| M. SCHNIEBOLK | 5.75 HRS @ $525/HR | 3,018.75 |
| M. MCCUMISKEY | 41.10 HRS @ $370/HR | 15,207.00 |
| A. POLISEO | 63.30 HRS @ $260/HR | 16,458.00 |
| E. DOMIAN | 24.00 HRS @ $185/HR | 4,440.00 |
| A. KASHKIN | 6.50 HRS @ $185/HR | 1,202.50 |
| K. STARON | 14.50 HRS @ $170/HR | 2,465.00 |
| R. SINGER | 4.40 HRS @ $205/HR | 902.00 |

**ACCOUNTING AND TAX ADVISORY SERVICES**
| | | |
|---|---|---|
| M. RHODES | 4.00 HRS @ $560/HR | 2,240.00 |
| A. BRACK | 0.50 HRS @ $575/HR | 287.50 |
| H. FIELSTEIN | 0.30 HRS @ $500/HR | 150.00 |
| P. LIROSI | 2.25 HRS @ $460/HR | 1,035.00 |
| T. PORRICELLI | 3.00 HRS @ $250/HR | 750.00 |

|  |  |
|---|---|
| TOTAL FEES THIS PERIOD | 58,200.75 |
| COURTESY DISCOUNT (20% of fees related to 401(k) Plan Audit) | (10,591.15) |
| Total This Invoice | $ 47,609.60 |

**Payment due upon receipt.**
Please include this page or make reference to the invoice number and client number on your check
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.