**Objection Deadline: January 4, 2017, at 4:00 p.m.**

BRANNOCK & HUMPHRIES
Steven L. Brannock
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone: (813) 223-4300
Facsimile: (813) 262-0604

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :    Case No. 16-11700 (SMB)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

**THIRD MONTHLY STATEMENT OF BRANNOCK & HUMPHRIES OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM NOVEMBER 1, 2016, THROUGH NOVEMBER 30, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| Name of Applicant: | Brannock & Humphries<br>Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | September 23, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 287] |
| Period for Which Fees and Expenses are Incurred: | November 1, 2016 through and including November 30, 2016 |
| Fees Incurred: | $4,499.50 |
| Payment of Fees Requested (80%): | $3,599.60 |
| Expenses Incurred: | $145.96 |
| Total Fees and Expenses Due: | $3,745.56 |

This is a: __X__ Monthly _____ Interim_____ Final Application.

**PRELIMINARY STATEMENT**

Brannock & Humphries ("B&H"), attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. (f/k/a Kinja Kft.) ("Gawker Hungary", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from November 1, 2016, through and including November 30, 2016, (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). B&H requests: (a) interim allowance and payment of compensation in the amount of $3,599.60 (80% of $4,499.50) of fees on account of reasonable and necessary professional services rendered to the Debtors by B&H and (b) reimbursement of actual and necessary costs and expenses in the amount of $145.96 incurred by B&H during the Compensation Period. B&H currently holds $16,658.00 on retainer as disclosed in the Debtors' application to retain B&H. Absent the filing of a timely objection, B&H will apply the funds held on retainer in full payment of the $3,745.56 fees and expenses requested herein.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each B&H professional and paraprofessional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of B&H attorneys during the Compensation period is approximately $475.00. The blended hourly billing rate of legal assistants during the Compensation Period is approximately $138.68.

3

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by B&H professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

3. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

4. **Exhibit D** sets forth detailed time records of B&H professionals for the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of expenses incurred by B&H in connection with services rendered to the Debtors during the Compensation Period for which B&H seeks reimbursement.

## NOTICE

6. Pursuant to the Interim Compensation Order, B&H has asked Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third

Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com); and (e) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com). Additionally, B&H is serving unredacted copies of the fee statement by FedEx to The Honorable Stuart M. Bernstein, U.S. Bankruptcy Court for the Southern District of New York, 1 Bowling Green, Room 723, New York, NY 10004, and by FedEx and e-mail to United States Trustee William K. Harrington, U.S. Trustee for the Southern District of New York, Attn: Greg M. Zipes & Susan Arbeit (Greg.zipes@usdoj.gov; Susan.arbeit@usdoj.gov), 201 Varick Street, Room 1006, New York, NY 10014.

Dated:  December 20, 2016

**/s/Steven L. Brannock**
Steven L. Brannock
BRANNOCK & HUMPHRIES
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Telephone:  (813) 223-4300
Facsimile:   (813) 262-0604
sbrannock@bhappeals.com

*Special Litigation Counsel to the Debtors and Debtors in Possession*

5