## **Exhibit A**

**Timekeeper Summary**

**TOTAL TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 6.3 | $2,992.50 | $2,821.50[2] |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 11.9 | $1,666.00 | $1,666.00 |
| Courtney L. Phillips | Paralegal | Appellate | N/A | $60.00 | 0.2 | $12.00 | $12.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION |
|---|---|---|---|---|
| Partners and Counsel | $475.00 | 6.3 | $2,992.50 | $2,821.50[3] |
| Paraprofessionals/Staff | $138.68 | 12.1 | $1,678.00 | $1,678.00 |
| Total Fees Incurred | | 18.4 | $4,670.50 | $4,499.50 |

---

[2] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Litigation Matter.
[3] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Litigation Matter.

**GAWKER MEDIA LITIGATION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 2.4 | $1,140.00 | $969.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|
| Partners and Counsel | $475.00 | 2.4 | $1,140.00 | $969.00 |
| Total Fees Incurred | | 2.4 | $1,140.00 | $969.00 |

**GAWKER BANKRUPTCY RETENTION MATTER TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 3.9 | $1,852.50 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 11.9 | $1,666.00 |
| Courtney L. Phillips | Paralegal | Appellate | N/A | $60.00 | 0.2 | $12.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $475.00 | 3.9 | $1,852.50 |
| Paraprofessionals/Staff | $138.68 | 12.1 | $1,678.00 |
| Total Fees Incurred |  | 16.0 | $3,530.50 |