## Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| DESCRIPTION | HOURS | AMOUNT |
|---|---:|---:|
| Litigation | 2.4 | $969.00 |
| B&H Retention & Fee Applications | 16.0 | $3,530.50 |
| **TOTAL:** | 18.4 | $4,499.50 |