# Exhibit C

## Disbursement Summary

**DISBURSEMENT SUMMARY**

| **EXPENSES** | **AMOUNTS** |
|---|---:|
| Photocopy Charges | $46.40 |
| FedEx | $99.56 |
| **Total:** | **$145.96** |