# Exhibit D

## Time Detail

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

|  |  |
|---|---|
| William Holden<br>Gawker Media LLC<br>114 Fifth Avenue<br>2nd Floor<br>New York, NY 10011 | **Invoice**<br>**Invoice Date:** Dec 8, 2016<br>**Invoice Num:** 4456<br>**Billing Through:** Nov 30, 2016 |

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 11/1/2016 | SLB | Receipt and review of Second DCA order on the briefing schedule; exchange emails with the trial court team regarding ▇ ▇. | 0.30 | $475.00 | $142.50 |
| 11/2/2016 | SLB | Various conferences regarding ▇ ▇; consideration of ▇. | 0.70 | $475.00 | $332.50 |
| 11/8/2016 | SLB | Various strategy conferences regarding ▇ ▇ ▇. | 0.60 | $475.00 | $285.00 |
| 11/18/2016 | SLB | Various conferences regarding ▇ ▇ ▇. | 0.40 | $475.00 | $190.00 |
| 11/30/2016 | SLB | Various conferences regarding ▇ ▇ ▇; review of the draft status report. | 0.40 | $475.00 | $190.00 |

|  |  |
|---|---|
| **Total Service Amount:** | **$1,140.00** |
| **Amount Due This Invoice:** | **$1,140.00** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | |
|---|---|---|---|---|
| **Steven L. Brannock** | SLB | 2.40 | $475.00 | $1,140.00 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

|  |  |
|---|---|
| William Holden<br>Gawker Media LLC<br>114 Fifth Avenue<br>2nd Floor<br>New York, NY 10011 | **Invoice**<br>**Invoice Date:** Dec 8, 2016<br>**Invoice Num:** 4457<br>**Billing Through:** Nov 30, 2016 |

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 11/2/2016 | SUD | Draft fee application (2.2); telephone conference with Alex McGee regarding ▇ (0.2); conference with S. Brannock regarding ▇ (0.2). | 2.60 | $140.00 | $364.00 |
| 11/2/2016 | SLB | Work on bankruptcy fee report. | 0.50 | $475.00 | $237.50 |
| 11/3/2016 | SUD | Continue drafting first fee application (2.9); conferences with S. Brannock regarding ▇ (0.2). | 3.10 | $140.00 | $434.00 |
| 11/4/2016 | SUD | Email and telephone conference with Alex McGee regarding ▇ (0.6); continue preparation of fee application (2.6); various conference with S. Brannock regarding ▇ (0.3) | 3.50 | $140.00 | $490.00 |
| 11/7/2016 | SUD | Review edits to fee application, make additional revisions, and gather exhibits to same (0.2); email Ropes & Gray regarding ▇ (0.2); conference with S. Brannock regarding ▇ (0.1); draft correspondence to court and trustee enclosing unredacted copies of fee application (0.1). | 0.60 | $140.00 | $84.00 |
| 11/7/2016 | SLB | Edit, proof, and revise application for fees in the bankruptcy court(.9); various conferences regarding ▇ (.3). | 1.20 | $475.00 | $570.00 |
| 11/8/2016 | SUD | Revise letters to Judge and Trustee enclosing first fee application (0.1); conference with S. Ehrhard regarding ▇ (0.1). | 0.20 | $140.00 | $28.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice**

**Invoice Date:** Dec 8, 2016
**Invoice Num:** 4457
**Billing Through:** Nov 30, 2016

## Gawker - Bankruptcy

| Date Services: | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/2016 | SUD | Telephone conference with Corinne Capps regarding ■■■ (0.2); review billing program regarding ■■■ (0.2). | 0.40 | $140.00 | $56.00 |
| 11/16/2016 | SUD | Prepare second monthly fee statement (0.5); email LEDES billing information to US Trustee (0.1). | 0.60 | $140.00 | $84.00 |
| 11/17/2016 | SUD | Finalize second monthly fee statement (0.5); conference with S. Brannock regarding ■■■ (0.1). | 0.60 | $140.00 | $84.00 |
| 11/18/2016 | SLB | Work on new fee application and summary of fees for the bankruptcy court. | 1.40 | $475.00 | $665.00 |
| 11/18/2016 | SUD | Finalize monthly fee statement and email to Ropes and Gray. | 0.20 | $140.00 | $28.00 |
| 11/21/2016 | SLB | Finalize summary for the bankruptcy court. | 0.30 | $475.00 | $142.50 |
| 11/21/2016 | CLP | Office conference with S. DePerto regarding ■■■ .1); pull document for file and save; scan letters enclosing second monthly statement and process for FedEx(.1). | 0.20 | $60.00 | $12.00 |
| 11/30/2016 | SUD | Email S. Brannock regarding ■■■. | 0.10 | $140.00 | $14.00 |
| 11/30/2016 | SLB | Various conferences regarding ■■■; conference regarding ■■■. | 0.50 | $475.00 | $237.50 |

**Brannock & Humphries**

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

# Invoice

**Invoice Date:** Dec 8, 2016
**Invoice Num:** 4457
**Billing Through:** Nov 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Total Service Amount:** | | | **$3,530.50** |
| | | **Amount Due This Invoice:** | | | **$3,530.50** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | | |
|---|---|---|---|---|---|
| **Courtney L. Phillips** | | CLP | 0.20 | $60.00 | $12.00 |
| **Sarah DePerto** | | SUD | 11.90 | $140.00 | $1,666.00 |
| **Steven L. Brannock** | | SLB | 3.90 | $475.00 | $1,852.50 |

We appreciate your business.