# Exhibit E

## Expense Detail

**Brannock & Humphries**

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

# Invoice

**Invoice Date:** Dec 8, 2016
**Invoice Num:** 4458
**Billing Through:** Nov 30, 2016

**Gawker - Bankruptcy**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 11/10/2016 | | Fed Ex (2 of 2) | | | $24.89 |
| 11/10/2016 | | Fed Ex (1 of 2) | | | $24.89 |
| 11/24/2016 | | Fed Ex (1 of 2) | | | $24.89 |
| 11/24/2016 | | Fed Ex (2 of 2) | | | $24.89 |
| 11/30/2016 | | Photocopy charges | | | $46.40 |

**Total Expenses:** **$145.96**

**Amount Due This Invoice:** **$145.96**

*This invoice is due upon receipt*

We appreciate your business.