**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
GAWKER MEDIA LLC, *et al.*,[1]                      :    Case No. 16-11700 (SMB)
                                                    :
              Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

# MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation for reasonable and necessary fees incurred for the period from November 1, 2016 through November 30, 2016 (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an aggregate amount equal to $8,664.05 and payment of $6,931.24, or 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00. In support of the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 14, 2016 *nunc pro tunc* to June 10, 2016 |
| Period for which compensation and reimbursement is sought: | November 1, 2016 through November 30, 2016 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,664.05 [2] |
| 80% of compensation sought as actual, reasonable and necessary: | $6,931.24 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement.

2

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Daloia, James | Director of Solicitation | 8.60 | $195.00 | $1,677.00 |
| Pullo, Christina | Director of Solicitation | 2.00 | $195.00 | $390.00 |
| Brown, Mark | Solicitation Consultant | 14.60 | $175.00 | $2,555.00 |
| Crowell, Messiah | Solicitation Consultant | 5.00 | $175.00 | $875.00 |
| Cuadros, Keri | Solicitation Consultant | 4.30 | $175.00 | $752.50 |
| Deboissiere, Michael | Solicitation Consultant | 0.40 | $175.00 | $70.00 |
| Labissiere, Pierre | Solicitation Consultant | 4.90 | $175.00 | $857.50 |
| Liu, Calvin | Solicitation Consultant | 0.20 | $175.00 | $35.00 |
| Orchowski, Alex | Solicitation Consultant | 0.30 | $175.00 | $52.50 |
| Scully, Nikesha | Solicitation Consultant | 4.00 | $175.00 | $700.00 |
| Adler, Adam | Director | 0.90 | $190.00 | $171.00 |
| Baer, Herb | Director | 0.70 | $190.00 | $133.00 |
| Roberts, Sarah | Senior Consultant | 2.50 | $160.00 | $400.00 |
| Cardoso, Nuno | Consultant | 1.30 | $100.00 | $130.00 |
| Salguero, Elcida | Consultant | 0.60 | $100.00 | $60.00 |
| Thomas, Leon | Consultant | 0.90 | $100.00 | $90.00 |
| Evangelista, Thomas | Consultant | 1.70 | $90.00 | $153.00 |
| Higgins, Sebastian | Consultant | 0.40 | $85.00 | $34.00 |
| Pagan, Chanel | Consultant | 0.60 | $65.00 | $39.00 |
| Bindra, Shamick | Technology Consultant | 0.80 | $95.00 | $76.00 |
| Singh, Kevin | Technology Consultant | 1.50 | $60.00 | $90.00 |
| Isla, John | Analyst | 3.00 | $40.00 | $120.00 |
| **TOTAL** | | **59.20** | | **$9,460.50**[3] |
| **BLENDED RATE** | | | **$159.81** | |

---

[3] This amount has been reduced to $8,664.05 in accordance with the terms of Prime Clerk's retention.

3

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---:|---:|
| Ballots | 23.60 | $3,052.00 |
| Disbursements | 0.40 | $76.00 |
| Inquiries / Call Center | 6.00 | $1,104.00 |
| Retention / Fee Application | 3.40 | $571.00 |
| Solicitation | 25.80 | $4,657.50 |
| **TOTAL** | **59.20** | **$9,460.50**[4] |

[*Remainder of page intentionally left blank*]

---

[4] This amount has been reduced to $8,664.05 in accordance with the terms of Prime Clerk's retention.

4

**Jurisdiction**

1.       The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1.

**Background**

2.       On June 10, 2016 (the "**Petition Date**"), Gawker Media filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  On June 12, GMGI and Kinja each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.       On June 16, 2016, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  On June 24, 2016, the United States Trustee appointed the official committee of unsecured creditors.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

**Retention of Prime Clerk**

4.       On July 14, 2016, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Appointment of Prime Clerk LLC as Administrative Advisor for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date* [Docket No. 99], which authorized the Debtors to

5

employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date in these chapter 11 cases.

### **Relief Requested**

5.  Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

6.  Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the amount of $8,664.05 and payment of $6,931.24, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

7.  Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative advisor to the Debtors.  **Exhibit A** hereto sets forth a detailed statement of hours spent rendering services to the Debtors in support of the compensation for fees incurred during the Statement Period and also sets forth any expenses incurred during the Statement Period.  To that end, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type and amount of expenses incurred.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

8.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested herein by Prime Clerk are fair and

6

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

9. Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order). Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $8,664.05 and payment of $6,931.24, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  December 20, 2016
        New York, New York                    Prime Clerk LLC

                                              */s/ Adam M. Adler*
                                              Adam M. Adler
                                              Director, Business Operations and Controls
                                              830 Third Avenue, 9th Floor
                                              New York, NY 10022
                                              Telephone: (212) 257-5465
                                              Email: aadler@primeclerk.com

                                              *Administrative Advisor to the Debtors*

**<u>Exhibit A</u>**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through November 2016**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JSI | Isla, John S | AN - Analyst | 3.00 | $40.00 | $120.00 |
| KS | Singh, Kevin | TC - Technology Consultant | 1.50 | $60.00 | $90.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 0.60 | $65.00 | $39.00 |
| SVH | Higgins, Sebastian V | CO - Consultant | 0.40 | $85.00 | $34.00 |
| TME | Evangelista, Thomas M | CO - Consultant | 1.70 | $90.00 | $153.00 |
| SJB | Bindra, Shamick J | TC - Technology Consultant | 0.80 | $95.00 | $76.00 |
| NC | Cardoso, Nuno | CO - Consultant | 1.30 | $100.00 | $130.00 |
| EVS | Salguero, Elcida V | CO - Consultant | 0.60 | $100.00 | $60.00 |
| LLT | Thomas, Leon L | CO - Consultant | 0.90 | $100.00 | $90.00 |
| SBR | Roberts, Sarah B | SC - Senior Consultant | 2.50 | $160.00 | $400.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 14.60 | $175.00 | $2,555.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 5.00 | $175.00 | $875.00 |
| KC | Cuadros, Keri | SA - Solicitation Consultant | 4.30 | $175.00 | $752.50 |
| MD | Deboissiere, Michael | SA - Solicitation Consultant | 0.40 | $175.00 | $70.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 4.90 | $175.00 | $857.50 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 0.20 | $175.00 | $35.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 0.30 | $175.00 | $52.50 |
| NCS | Scully, Nikesha C | SA - Solicitation Consultant | 4.00 | $175.00 | $700.00 |
| AMA | Adler, Adam M | DI - Director | 0.90 | $190.00 | $171.00 |
| HCB | Baer, Herb C | DI - Director | 0.70 | $190.00 | $133.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 8.60 | $195.00 | $1,677.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 2.00 | $195.00 | $390.00 |
| | | **TOTAL:** | **59.20** | | **$9,460.50** |

**Hourly Fees by Task Code through November 2016**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|

| | | | | |
|---|---|---|---:|---:|
| BALL | Ballots | | 23.60 | $3,052.00 |
| DISB | Disbursements | | 0.40 | $76.00 |
| INQR | Call Center / Credit Inquiry | | 6.00 | $1,104.00 |
| RETN | Retention / Fee Application | | 3.40 | $571.00 |
| SOLI | Solicitation | | 25.80 | $4,657.50 |
| | | **TOTAL:** | **59.20** | **$9,460.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 11/01/16 | CLL | SA | Confer and coordinate with Prime Clerk case team re ongoing solicitation | Solicitation | 0.20 |
| 11/01/16 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation preparation | Solicitation | 0.20 |
| 11/01/16 | JFD | DS | Review counsel updates to Plan Class Report | Solicitation | 1.10 |
| 11/01/16 | KC | SA | Review solicitation documents in preparation for upcoming solicitation and prepare mailing matrix | Solicitation | 0.30 |
| 11/01/16 | KC | SA | Confer and coordinate with Prime Clerk case team re solicitation | Solicitation | 0.20 |
| 11/01/16 | MLC | SA | Confer and coordinate with Prime Clerk case team re ongoing solicitation | Solicitation | 0.20 |
| 11/01/16 | MMB | SA | Review solicitation documents and compose solicitation mailing matrix | Solicitation | 2.90 |
| 11/01/16 | MMB | SA | Attend Prime Clerk case team meeting related to case status and case assignments | Solicitation | 0.20 |
| 11/01/16 | NCS | SA | Confer and coordinate with Prime Clerk case team re upcoming solicitation | Solicitation | 0.40 |
| 11/01/16 | PL | SA | Confer and coordinate with Prime Clerk case team re upcoming solicitation | Solicitation | 0.30 |
| 11/02/16 | HCB | DI | Prepare list of preferred equity holders per counsel request | Solicitation | 0.30 |
| 11/02/16 | JFD | DS | Review objections and email counsel regarding treatment of objections for voting purposes | Solicitation | 2.40 |
| 11/02/16 | PL | SA | Review Plan class report in preparation for upcoming solicitation | Solicitation | 0.50 |
| 11/03/16 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation preparation | Solicitation | 1.10 |
| 11/03/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 0.50 |
| 11/03/16 | NCS | SA | Review documents related to solicitation | Solicitation | 0.40 |
| 11/03/16 | PL | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 2.00 |
| 11/04/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 0.30 |
| 11/07/16 | AMA | DI | Review and revise interim fee application; confer with S. Roberts and Ropes & Gray re same | Retention / Fee Application | 0.60 |
| 11/07/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 0.50 |
| 11/07/16 | SBR | SC | Revise, finalize and electronically file First Interim Fee Application | Retention / Fee Application | 1.50 |
| 11/08/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 1.00 |
| 11/08/16 | KS | TC | Technical support for electronically filed ballots | Ballots | 1.50 |
| 11/08/16 | MMB | SA | Conduct quality assurance review of e-ballot platform for | Solicitation | 0.80 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | plan solicitation and confer with technology department related to same | | |
| 11/08/16 | SJB | TC | Technical support for processing electronically filed ballots | Ballots | 0.50 |
| 11/10/16 | HCB | DI | Attend planning call for upcoming post-effective date distribution | Disbursements | 0.40 |
| 11/10/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 0.80 |
| 11/10/16 | MLC | SA | Review solicitation documents in preparation for ongoing solicitation | Solicitation | 0.50 |
| 11/11/16 | KC | SA | Review emails and documents related to solicitation | Solicitation | 0.40 |
| 11/11/16 | MD | SA | Update shareholder counts on securities spreadsheet through Broadridge research | Solicitation | 0.40 |
| 11/14/16 | JFD | DS | Review and respond to creditor inquiries related to ongoing solicitation | Call Center / Credit Inquiry | 1.10 |
| 11/14/16 | KC | SA | Review emails related to plan solicitation | Solicitation | 0.20 |
| 11/14/16 | MLC | SA | Input ballots into voting database | Ballots | 0.50 |
| 11/14/16 | MMB | SA | Respond to creditor inquiries related to plan solicitation and ballots | Call Center / Credit Inquiry | 0.60 |
| 11/14/16 | PL | SA | Respond to creditor inquiries related to the ongoing solicitation | Call Center / Credit Inquiry | 0.50 |
| 11/15/16 | CP | DS | Coordinate with case team and Rope's team regarding plan inquiry | Solicitation | 0.40 |
| 11/15/16 | JFD | DS | Respond to creditor inquiries related to ongoing solicitation | Call Center / Credit Inquiry | 1.10 |
| 11/15/16 | JFD | DS | Review solicitation tabulation results | Solicitation | 1.40 |
| 11/15/16 | KC | SA | Review emails related to solicitation | Solicitation | 0.10 |
| 11/15/16 | MMB | SA | Compile solicitation E-ballot ID numbers per creditor request | Solicitation | 1.60 |
| 11/15/16 | PL | SA | Respond to debtors' counsel's inquiry related to the ongoing solicitation | Call Center / Credit Inquiry | 0.30 |
| 11/17/16 | MMB | SA | Input ballots into tabulation database | Ballots | 0.20 |
| 11/17/16 | NC | CO | Process incoming ballots | Ballots | 0.10 |
| 11/17/16 | NCS | SA | Input ballots into voting database | Ballots | 0.60 |
| 11/17/16 | SBR | SC | Draft October monthly fee statement | Retention / Fee Application | 0.50 |
| 11/17/16 | SVH | CO | Process incoming ballots | Ballots | 0.20 |
| 11/18/16 | AMA | DI | Review monthly fee statement for October | Retention / Fee Application | 0.30 |
| 11/18/16 | SBR | SC | Finalize and file monthly fee statement for October | Retention / Fee Application | 0.50 |
| 11/19/16 | MMB | SA | Input ballots into solicitation database | Ballots | 0.10 |
| 11/21/16 | JSI | AN | Process incoming ballots | Ballots | 0.50 |
| 11/21/16 | MLC | SA | Input ballots into voting database | Ballots | 0.50 |
| 11/21/16 | NC | CO | Process incoming ballots | Ballots | 0.20 |
| 11/21/16 | NCS | SA | Input ballots into voting database | Ballots | 0.70 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 11/21/16 | SVH | CO | Process incoming ballots | Ballots | 0.20 |
| 11/21/16 | TME | CO | Quality assurance review of incoming electronically filed ballots | Ballots | 0.20 |
| 11/22/16 | MMB | SA | Generate ballot for Class 6 debt bond claimant based on claim and database research and confer with debtors' counsel about same | Solicitation | 1.70 |
| 11/23/16 | ATO | SA | Respond to debtors' counsel's inquiry requesting ballot for creditor | Solicitation | 0.30 |
| 11/23/16 | MMB | SA | Input ballot into voting database | Ballots | 0.10 |
| 11/23/16 | NCS | SA | Input ballots into voting database | Ballots | 0.40 |
| 11/28/16 | CCP | CO | Quality assurance review of incoming electronically filed ballots | Ballots | 0.60 |
| 11/28/16 | EVS | CO | Quality assurance review of electronically filed ballots | Ballots | 0.60 |
| 11/28/16 | JSI | AN | Print electronically filed ballots and prepare for archives | Ballots | 1.00 |
| 11/28/16 | LLT | CO | Quality assurance review of incoming electronically filed ballots | Ballots | 0.90 |
| 11/28/16 | MLC | SA | Respond to nominee inquiries re solicitation | Call Center / Credit Inquiry | 0.30 |
| 11/28/16 | MLC | SA | Input ballots into voting database | Ballots | 3.00 |
| 11/28/16 | MMB | SA | Enter ballots received into tabulation database | Ballots | 3.30 |
| 11/28/16 | NC | CO | Quality assurance review of incoming electronically filed ballots | Ballots | 1.00 |
| 11/28/16 | NCS | SA | Input ballots into voting database | Ballots | 1.50 |
| 11/28/16 | SJB | TC | Technical support for ballot processing | Ballots | 0.30 |
| 11/28/16 | TME | CO | Quality assurance review of incoming electronically filed ballots | Ballots | 1.50 |
| 11/29/16 | CP | DS | Coordinate with Ropes team regarding voting reports | Solicitation | 0.30 |
| 11/29/16 | PL | SA | Input ballots into voting database | Ballots | 0.30 |
| 11/30/16 | JFD | DS | Review ballots and voting database | Ballots | 1.00 |
| 11/30/16 | JFD | DS | Review draft of email to preferred stock holder inquiry | Call Center / Credit Inquiry | 0.50 |
| 11/30/16 | JSI | AN | Print electronically filed ballots and prepare for archives | Ballots | 1.50 |
| 11/30/16 | MMB | SA | Respond to debtors' counsel's inquiry related to status of ballot receipts | Solicitation | 1.30 |
| 11/30/16 | MMB | SA | Input ballots received into tabulation database | Ballots | 0.60 |
| 11/30/16 | MMB | SA | Respond to creditor inquiries related to plan treatment and balloting | Call Center / Credit Inquiry | 1.20 |
| 11/30/16 | PL | SA | Respond to debtors' counsel's inquiry related to the ongoing solicitation | Solicitation | 0.60 |
| 11/30/16 | PL | SA | Respond to creditor inquiry related to the ongoing solicitation | Call Center / Credit Inquiry | 0.40 |
| | | | | **Total Hours** | **59.20** |