UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
:
In re                                                        :    Chapter 11
:
GAWKER MEDIA LLC, et al.,[1]                                 :    Case No. 16-11700 (SMB)
:
            Debtors.                                         :    (Jointly Administered)
--------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 15, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Notice of Filing of Monthly Compensation and Staffing Report of Opportune LLP for the Period from October 1, 2016 through October 31, 2016 [Docket No. 611]

Dated: December 20, 2016

                                                                          /s/ Michael Callo
                                                                          Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 20, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

SRF 12806

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Gawker Media LLC | Attn: Heather Dietrick & William D. Holden | 114 Fifth Avenue 2d Floor | | New York | NY | 10011 | heather@gawker.com; profinvoices@gawker.com | Email and First Class Mail |
| Latham & Watkins LLP | Attn: David S. Heller, Esq. | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | david.heller@lw.com | Email and First Class Mail |
| Latham & Watkins LLP | Attn: Keith A. Simon, Esq. | 885 Third Avenue | | New York | NY | 10022 | keith.simon@lw.com | Email and First Class Mail |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq. | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | Gregg.Galardi@ropesgray.com | Email and First Class Mail |
| Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | 919 Third Avenue | | New York | NY | 10022 | frederic.ragucci@srz.com; adam.harris@srz.com | Email and First Class Mail |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | squsba@stblaw.com; wrussell@stblaw.com | Email and First Class Mail |
| United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein | One Bowling Green | Room 723 | New York | NY | 10004 | | First Class Mail |
| United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | US Federal Office Building | 201 Varick St. Room 1006 | New York | NY | 10014 | greg.zipes@usdoj.gov; susan.arbeit@usdoj.gov | Email and First Class Mail |

In re Gawker Media LLC, *et al.*
Case No. 16-11700 (SMB)

Page 1 of 1