**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11
                                                                  :
GAWKER MEDIA LLC, *et al.*,[1]                                    :   Case No. 16-11700 (SMB)
                                                                  :
            Debtors.                                              :   (Jointly Administered)
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 15, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Oscar Z. Ianello Associates, Inc., Attn: General Counsel, 20 West Westminster, Lake Forest, IL, 60045:

- Post-Closing Designation Notice of (A) Assumption and Assignment of Non-Residential Leases and Other Executory Contracts in Connection with Sale and (B) Associated Cure Costs [Docket No. 296]

On December 15, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Additional Parties Service List attached hereto as **Exhibit A**:

- Certificate of No Objection to Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Leases and Executory Contracts, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 510]

- Certificate of No Objection to Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Superdry Wholesale, LLC, (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 511]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Certificate of No Objection to Debtors' Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Nonresidential Real Property Sublease with Skillshare, Inc., (II) Fixing Cure Amounts in Connection Thereto, and (III) Granting Related Relief [Docket No. 512]

Dated: December 20, 2016

_____
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 20, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**CHANEL C PAGAN**
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

SRF 12815

**Exhibit A**

Exhibit A

Additional Parties Service List

Served via First Class Mail

| MML ID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2914654 | Infobahn, Inc. | Attn: General Counsel | 1900 Campus Commons Dr. Ste 100 | | | Reston | VA | 20191 | |
| 2914649 | MediaGene, Inc. fka Infobahn, Inc. | Attn: General Counsel | Maruyama-cho, No. 23 No. 2 | Shibuya-ku | Aretusa Shibuya 6F | Tokyo | | 150-0043 | Japan |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 1