**Objection Deadline: January 4, 2016 at 4:00 p.m. (Prevailing Eastern Time)**

LEVINE SULLIVAN KOCH & SCHULZ, LLP
Seth D. Berlin
1899 L Street NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1100
Facsimile: (202) 861-9888

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
           Debtors.                                   :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**THIRD MONTHLY STATEMENT OF LEVINE SULLIVAN KOCH & SCHULZ, LLP
OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM
NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (5056). Their mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

| | |
|---|---|
| Name of Applicant: | **Levine Sullivan Koch & Schulz, LLP** |
| Date of Retention: | **September 23, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 288]** |
| Period for Which Compensation and Reimbursement is Sought: | **November 1, 2016 through November 30, 2016** |
| Fees Incurred: | **$31,491.50** |
| Reduction of Fees for Portions Attributable to Non-Debtor Defendants[2]: | **$2,256.07** |
| Total Net Fees: | **$29,235.43** |
| Total Fees Requested (at 80%): | **$23,388.34** |
| Total Expenses Requested (at 100%): | **$2,311.52** |
| Total Fees and Expenses Requested: | **$25,699.86** |
| Reduction Due to Application of Retainer[3]: | **$4,325.77** |
| Total Fees and Expenses Due Beyond Application of Retainer: | **$21,374.09** |

This is a(n):   __X__ Monthly        _____ Interim        _____ Final application.

---

[2] Pursuant to Paragraph 6 of this Court's Order Authorizing the Retention of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel (Dkt. 288) (the "Retention Order"), with respect to compensation of LSKS for services performed in connection with Actions involving Non-Debtor Defendants, the Debtors' estate shall be liable for 85% of the fees and 100% of expenses for services rendered jointly on behalf of the Debtors and Non-Debtor Defendants. Compensation for services rendered on behalf of both the Debtors and Non-Debtor Defendants (the "Non-Debtor Allocation") shall be due pursuant to arrangements between LSKS and the Non-Debtor defendants. As described in paragraph 11 of the Debtors' Application (Dkt. 132) and in paragraph 5 of the Declaration of Seth D. Berlin in support thereof (Dkt. 132), these matters are as follows: *Bollea I*, *Johnson*, *Terrill*, *Ayyadurai*, and *Huon*.

[3] Levine Sullivan has a remaining retainer balance of $4,325.77 with the Debtors. Levine Sullivan is seeking the approval of the Chief Restructuring Officer to apply this amount to November fees and expenses requested in this Fee Statement. Absent any objections and upon expiration of the objection period for this Fee Statement, $4,325.77 will be applied to the total fees and expenses for this Fee Statement.

2

## PRELIMINARY STATEMENT

Levine Sullivan Koch & Schulz, LLP ("Levine Sullivan"), special litigation attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from November 1, 2016 through and including November 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order").  After deducting 15 percent from its fees in matters in which it also represents Non-Debtor Defendants, pursuant to the Court's Retention Order, *see* note 2 *supra*, Levine Sullivan requests interim allowance and payment of compensation in the amount of $25,699.86 of fees on account of reasonable and necessary professional services rendered to the Debtors by Levine Sullivan, and of actual and necessary costs and expenses incurred by Levine Sullivan during the Compensation Period.  Levine Sullivan requests authorization to apply the Debtors' outstanding retainer balance, *see* note 3 *supra*, which will leave a total of $21,374.09 due beyond application of the retainer.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.    **Exhibit A** sets forth a schedule of the number of hours expended and fees incurred by Levine Sullivan professionals and paraprofessionals during the Compensation Period with respect to each matter.

2.    **Exhibit B** sets forth a timekeeper summary that includes the respective names, titles, bar admission dates, hourly billing rates, and aggregate hours spent on each separate matter by each Levine Sullivan professional and paraprofessional who provided services to the

3

Debtors during the Compensation Period. The blended hourly billing rate of Levine Sullivan attorneys during the Compensation Period is approximately $474.86.

3. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period, by matter.

4. **Exhibit D** sets forth detailed time records of Levine Sullivan professionals for the Compensation Period, separately for each matter.[4]

5. **Exhibit E** sets forth a complete itemization of expenses, by matter, incurred by Levine Sullivan in connection with services rendered to the Debtors during the Compensation Period for which Levine Sullivan seeks reimbursement.

### NOTICE

6. Pursuant to the Interim Compensation Order, Levine Sullivan has asked Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit;

---

[4] Pursuant to paragraph 5 of the Retention Order (Dkt. 288), Levine Sullivan has redacted time entries to remove information protected by the attorney-client privilege, attorney work-product doctrine and/or other applicable privileges.

(d) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (e) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (f) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).  Levine Sullivan is serving un-redacted copies of this statement on the Court and the United States Trustee for the Southern District of New York.

Dated: December 20, 2016              Respectfully submitted,

_____
Seth D. Berlin
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street NW
Suite 200
Washington, DC  20036
Telephone:  202-508-1100
Facsimile:  202-861-9888