**Exhibit A**

**Statement of Fees by Matter**

| MATTER | TOTAL HOURS BILLED | TOTAL FEES | PORTION ATTRIBUTED TO NON-DEBTOR DEFENDANTS[5] | TOTAL FEES FOR DEBTORS |
|---|---|---|---|---|
| *Bollea I* (00923-002) | 4.20 | $2,085.50 | $312.83 | $1,772.67 |
| *Mitchell Williams* (00923-005) | .10 | $49.00 | N/A | $49.00 |
| *Chuck Johnson* (00923-008) | .20 | $103.00 | $15.45 | $87.55 |
| *Terrill* (00923-010) | 6.90 | $3,114.00 | $467.10 | $2,646.90 |
| *Meanith Huon Appeal* (00923-012) | 12.80 | $6,184.50 | $927.67 | $5,256.83 |
| *Ayyadurai* (00923-015) | 6.90 | $3,553.50 | $533.02 | $3,020.48 |
| Bankruptcy Matters (00923-017) | 8.00 | $4,065.00 | N/A | $4,065.00 |
| Retention/Fee Applications (00923-018) | 27.60 | $12,337.00 | N/A | $12,337.00 |
| **TOTALS:** | **66.70** | **$31,491.50** | **$2,256.07** | **$29,235.43** |

---

[5] *See* note 2 *supra*.