**Exhibit B**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS[6] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Seth D. Berlin | Senior Partner | 1991 | $515.00 | *Bollea I, Terrill, Ayyadurai, Bankruptcy, Fee Application, Meanith Huon Appeal* | 15.40 | $7,931.00 |
| Michael Berry | Partner | 2000 | $490.00 | *Bollea I, Bankruptcy* | 1.00 | $490.00 |
| Katherine M. Bolger | Senior Partner | 1999 | $515.00 | *Terrill, Ayyadurai, Bankruptcy* | 9.00 | $4,635.00 |
| Chad R. Bowman | Partner | 2003 | $490.00 | *Bankruptcy, Fee Application, Meanith Huon Appeal, Mitchell Williams* | 16.40 | $8,036.00 |

---

[6] References to litigated matters are defined in paragraph 11 of the Debtors' Application (Dkt. 132) and in paragraph 5 of the Declaration of Seth D. Berlin in support thereof (Dkt. 132), as incorporated by paragraph 4(i) of the Retention Order. Separate amounts are also provided herein for (a) general editorial counseling, as defined by paragraph 4(ii) of the Retention Order; (b) assistance provided to bankruptcy counsel regarding the pending lawsuits; and (c) preparing Levine Sullivan's retention application and fee submission (beyond the standard preparation of the firm's invoices). Exhibit D includes detailed breakdowns of time incurred in connection with each of these separate matters.

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS[6] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Nathan E. Siegel | Senior Partner | 1992 | $515.00 | *Bollea I, Bankruptcy, Chuck Johnson* | 4.40 | $2,266.00 |
| Lee Levine | Senior Partner | | $655.00 | *Meanith Huon Appeal* | .40 | $206.00 |
| Matthew Kelley | Mid-Level Associate | | $380.00 | *Meanith Huon Appeal* | 1.50 | $570.00 |
| Adam Lazier | Mid-Level Associate | 2016 | $380.00 | *Terrill* | 1.70 | $646.00 |
| Paul Safier | Senior Associate | 2009 | $405.00 | *Bollea I* | .50 | $202.50 |
| Shaina Ward | Senior Associate | 2009 | $405.00 | *Fee Application* | 15.70 | $6,358.50 |
| Ryan Relyea | Paralegal | N/A | $215.00 | *Ashley Terrill* | .70 | $150.50 |
| **TOTALS:** | | | | | **66.70** | **$31,491.50** |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $506.67 | 46.60 | $23,564.00 |
| Associates | $392.50 | 19.40 | $7,777.00 |
| Paraprofessionals | $215.00 | .70 | $150.50 |
| Blended Attorney Rate | $474.86 | | |
| **TOTALS:** | | **66.70** | **$31,491.50** |