**<u>Exhibit C</u>**

**Disbursement Summary**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNTS |
|---|---|
| Court Fees | $100.00 |
| Electronic Document Management Services | $2,211.52 |
| **TOTAL:** | **$2,311.52** |

C-1