**Exhibit D**

**Time Detail**



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                                      Invoice 19122    MB

In Reference To: 00923-002 - Bollea v. Gawker Media, et al.

Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/07/16 | MB | Review orders from DCA regarding writ proceeding. | 0.20 490.00/hr | 98.00 |
| 11/07/16 | SDB | Review orders issued in leak writ. | 0.30 515.00/hr | 154.50 |
| 11/12/16 | SDB | Address ▉▉▉▉▉▉▉. | 1.50 515.00/hr | 772.50 |
| 11/17/16 | SDB | Address ▉▉▉▉▉▉▉▉. | 0.20 515.00/hr | 103.00 |
| 11/22/16 | SDB | Address ▉▉▉▉▉▉▉. | 0.20 515.00/hr | 103.00 |
| 11/29/16 | MB | Review and revise draft status report for DCA and formulate strategy regarding ▉▉. | 0.40 490.00/hr | 196.00 |
| 11/29/16 | PJS | Draft status report for merits appeal regarding bankruptcy stays. | 0.50 405.00/hr | 202.50 |
| 11/29/16 | SDB | Review and revise status report to DCA and address same. | 0.30 515.00/hr | 154.50 |
| 11/29/16 | NES | Review status report and exchange email with R. Martin regarding ▉▉. | 0.20 515.00/hr | 103.00 |

### Levine Sullivan Koch & Schulz, LLP

| William Holden | December 1, 2016 |
|---|---|
| I.D. 00923-002 - MB | Invoice  19122 |
| Re: Bollea v. Gawker Media, et al. | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/30/16 | MB | Exchange email with G. Thomas, R. Fugate, and S. Brannock regarding ▓▓▓▓▓ and finalize same for filing. | 0.30 490.00/hr | 147.00 |
| 11/30/16 | NES | Exchange email with R. Martin regarding ▓▓▓▓▓ ▓▓. | 0.10 515.00/hr | 51.50 |

|  | **For professional services rendered** | **4.20** | **$2,085.50** |
|---|---|---|---|

### Disbursements

| Description | Amount |
|---|---|
| Electronic Document Management Services | 2,211.52 |
| **Total Disbursements** | **$2,211.52** |
| **Total Amount of this Bill** | **$4,297.02** |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | December 1, 2016 |
|---|---|
| I.D. 00923-002 - MB | Invoice 19122 |
| Re: Bollea v. Gawker Media, et al. | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 2.50 | 515.00 | 1,287.50 |
| Nathan E. Siegel | 0.30 | 515.00 | 154.50 |
| Michael Berry | 0.90 | 490.00 | 441.00 |
| Paul J. Safier | 0.50 | 405.00 | 202.50 |
| **Totals** | **4.20** | | **$2,085.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                    Invoice 19031    CRB

In Reference To: 00923-005 - Mitchell Williams
Client: Gawker Media, LLC
Claim Number: AIG Claim: 0398294708US

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/28/16 | CRB | Review status of trial proceedings. | 0.10<br>490.00/hr | 49.00 |

| | | | | |
|---|---|---|---|---|
| **For professional services rendered** | | | **0.10** | **$49.00** |

| | |
|---|---|
| **Total Amount of this Bill** | **$49.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | | |
|---|---|---|
| William Holden | | December 1, 2016 |
| I.D. 00923-005 - CRB | | Invoice  19031 |
| Re: Mitchell Williams | | Page  2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Chad R. Bowman | 0.10 | 490.00 | 49.00 |
| Totals | **0.10** | | **$49.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                                    Invoice 19093    NES

In Reference To: 00923-008 - Chuck Johnson
Client: Gawker Media, LLC

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/28/16 | NES | Review file and provide stricken Johnson motion ▮. | 0.20 515.00/hr | 103.00 |
| | | **For professional services rendered** | **0.20** | **$103.00** |
| | | **Total Amount of this Bill** | | **$103.00** |

{01011628;v1}

## Levine Sullivan Koch & Schulz, LLP

| | | | |
|---|---|---|---|
| William Holden | | | December 1, 2016 |
| I.D. 00923-008 - NES | | | Invoice  19093 |
| Re: Chuck Johnson | | | Page  2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.20 | 515.00 | 103.00 |
| **Totals** | **0.20** | | **$103.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{01011628;v1}



**LSKS** LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                   Invoice 19117    KMB
In Reference To: 00923-010 - Ashley Terrill
Client: Gawker Media, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/02/16 | KMB | Reschedule court conference (.2); exchange email and telephone conference with opposing counsel regarding same (.4). | 0.60 515.00/hr | 309.00 |
| 11/04/16 | KMB | Telephone conference with S. Biddle, J. Cook and D. Patel regarding ▓▓▓. | 0.50 515.00/hr | 257.50 |
| 11/07/16 | AL | Draft correspondence to court regarding ▓▓▓▓▓▓ ▓▓▓▓▓. | 0.70 380.00/hr | 266.00 |
| 11/08/16 | RRR | Review and file letter motion regarding ▓▓▓▓▓. | 0.70 215.00/hr | 150.50 |
| 11/08/16 | AL | Revise and finalize correspondence to court regarding ▓▓▓▓ ▓▓▓▓▓▓. | 0.80 380.00/hr | 304.00 |
| 11/08/16 | KMB | Draft correspondence to court regarding ▓▓▓▓▓ (1.0); exchange email (numerous) with R. Martin and L. Vu regarding ▓▓ (1.1). | 2.10 515.00/hr | 1,081.50 |
| 11/10/16 | AL | Telephone conference with chambers regarding ▓▓▓▓▓ ▓▓▓. | 0.20 380.00/hr | 76.00 |
| 11/10/16 | KMB | Forward correspondence to court regarding ▓▓▓. | 0.10 515.00/hr | 51.50 |

## Levine Sullivan Koch & Schulz, LLP

| | | | |
|---|---|---|---|
| William Holden | | | December 1, 2016 |
| I.D. 00923-010 - KMB | | | Invoice 19117 |
| Re: Ashley Terrill | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/16/16 | SDB | Exchange email with and telephone calls to L. Obree regarding ██████████████████████████. | 0.40 515.00/hr | 206.00 |
| 11/17/16 | SDB | Telephone conference with L. Obree, J. Wick, D. Brash, and T. Musolino regarding ██████████████████████ ████. | 0.40 515.00/hr | 206.00 |
| 11/18/16 | SDB | Address email from L. Obree regarding ███████████ ████ (.2); respond to same (.2). | 0.40 515.00/hr | 206.00 |
| | | **For professional services rendered** | **6.90** | **$3,114.00** |
| | | **Total Amount of this Bill** | | **$3,114.00** |

## Levine Sullivan Koch & Schulz, LLP

| | | |
|---|---|---|
| William Holden | | December 1, 2016 |
| I.D. 00923-010 - KMB | | Invoice 19117 |
| Re: Ashley Terrill | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.20 | 515.00 | 618.00 |
| Katherine M. Bolger | 3.30 | 515.00 | 1,699.50 |
| Adam Lazier | 1.70 | 380.00 | 646.00 |
| Ryan R. Relyea | 0.70 | 215.00 | 150.50 |
| **Totals** | **6.90** | | **$3,114.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LSKS** LEVINE SULLIVAN KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                              Invoice  19082    CRB

In Reference To: 00923-012 - Meanith Huon Appeal

Client: Gawker Media, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/04/16 | CRB | Telephone conference with G. Darbyshire regarding ▪▪▪▪▪▪▪▪ ▪▪▪▪▪▪▪▪▪. | 0.40 490.00/hr | 196.00 |
| 11/14/16 | MEK | Review and analyze Seventh Circuit opinion. | 0.60 380.00/hr | 228.00 |
| 11/14/16 | SDB | Review and analyze decision and address strategy for proceeding. | 0.60 515.00/hr | 309.00 |
| 11/14/16 | CRB | Analyze ▪▪▪▪▪▪▪▪▪▪ and coordinate with various clients and client attorneys regarding ▪▪▪▪▪▪. | 2.30 490.00/hr | 1,127.00 |
| 11/16/16 | MEK | Research regarding ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ▪▪▪▪▪▪. | 0.90 380.00/hr | 342.00 |
| 11/16/16 | SDB | Address response to inquiries regarding ▪▪▪▪▪▪▪▪ (.3); address strategy for ▪▪▪▪▪▪▪▪▪▪ (.5). | 0.80 515.00/hr | 412.00 |
| 11/16/16 | LL | Review legal research regarding ▪▪▪▪▪▪▪▪ exchange email with C. Bowman regarding same. | 0.40 515.00/hr | 206.00 |
| 11/16/16 | CRB | Coordinate with clients regarding response to reporter inquiries (.4); analyze ▪▪▪▪▪▪▪▪▪▪ (1.7). | 2.10 490.00/hr | 1,029.00 |

**Levine Sullivan Koch & Schulz, LLP**

William Holden                                                     December 1, 2016
I.D. 00923-012 - CRB                                                 Invoice 19082
Re: Meanith Huon Appeal                                                  Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 11/17/16 | SDB | Review and revise email to clients regarding ▓▓▓▓▓ ▓▓▓ (.7); address response from G. Galardi (.1). | 0.80<br>515.00/hr | 412.00 |
| 11/17/16 | CRB | Exchange email with clients regarding ▓▓▓▓▓ | 2.30<br>490.00/hr | 1,127.00 |
| 11/21/16 | CRB | Prepare for and telephone conferences with clients regarding ▓▓▓▓▓. | 1.10<br>490.00/hr | 539.00 |
| 11/21/16 | SDB | Telephone conference with representatives of Gawker regarding ▓▓▓▓▓. | 0.50<br>515.00/hr | 257.50 |

|  |  |  |  |  |
|--|--|--|--|--|
|  | **For professional services rendered** |  | **12.80** | **$6,184.50** |
|  | **Total Amount of this Bill** |  |  | **$6,184.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | | |
|---|---|---|
| William Holden | | December 1, 2016 |
| I.D. 00923-012 - CRB | | Invoice 19082 |
| Re: Meanith Huon Appeal | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Lee Levine | 0.40 | 515.00 | 206.00 |
| Seth D. Berlin | 2.70 | 515.00 | 1,390.50 |
| Chad R. Bowman | 8.20 | 490.00 | 4,018.00 |
| Matthew E. Kelley | 1.50 | 380.00 | 570.00 |
| **Totals** | **12.80** | | **$6,184.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                      Invoice 19118    KMB

In Reference To: 00923-015 - Ayyadurai

Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/03/16 | KMB | Attend hearing regarding ▮▮▮▮. | 2.50 515.00/hr | 1,287.50 |
| 11/16/16 | SDB | Exchange email with and telephone calls to L. Obree regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.40 515.00/hr | 206.00 |
| 11/17/16 | SDB | Telephone conference with L. Obree, J. Wick, D. Brash, and T. Musolino regarding ▮▮▮▮▮▮▮▮ ▮▮. | 0.40 515.00/hr | 206.00 |
| 11/18/16 | KMB | Telephone conference with D. Patel regarding ▮▮▮▮ (.3) telephone conference with M. Bongiorno regarding ▮▮▮ (.4). | 0.70 515.00/hr | 360.50 |
| 11/18/16 | SDB | Address email from L. Obree regarding ▮▮▮▮ ▮▮ (.2); respond to same (.2). | 0.40 515.00/hr | 206.00 |
| 11/20/16 | KMB | Exchange email with M. Bongiorno regarding ▮▮▮▮. | 0.40 515.00/hr | 206.00 |
| 11/21/16 | KMB | Review stipulation to extend time (.2); seek counsel (.1). | 0.30 515.00/hr | 154.50 |
| 11/22/16 | KMB | Telephone conference with M. Bongiorno and A. Geldman regarding ▮▮▮▮. | 0.80 515.00/hr | 412.00 |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| William Holden | December 1, 2016 |
| I.D. 00923-015 - KMB | Invoice  19118 |
| Re: Ayyadurai | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/23/16 | KMB | Telephone conference with S. Levine, D. Patel and A. Geldman regarding ▓▓▓▓▓. | 0.50 515.00/hr | 257.50 |
| 11/30/16 | KMB | Telephone conference with A. Goldman regarding ▓▓▓▓. | 0.50 515.00/hr | 257.50 |
| | | **For professional services rendered** | **6.90** | **$3,553.50** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Court Fees | 100.00 |
| **Total Disbursements** | **$100.00** |
| **Total Amount of this Bill** | **$3,653.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| William Holden | December 1, 2016 |
| I.D. 00923-015 - KMB | Invoice 19118 |
| Re: Ayyadurai | Page 3 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Seth D. Berlin | | 1.20 | 515.00 | 618.00 |
| Katherine M. Bolger | | 5.70 | 515.00 | 2,935.50 |
| | **Totals** | **6.90** | | **$3,553.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LSKS LEVINE SULLIVAN KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                    Invoice 19116    SDB

In Reference To: 00923-017 - Bankruptcy Matters

Client: Gawker Media, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/01/16 | NES | Review Gawker filings for ▮▮▮▮▮. | 0.30 515.00/hr | 154.50 |
| 11/01/16 | CRB | Review filed litigation claim objections. | 0.80 490.00/hr | 392.00 |
| 11/01/16 | SDB | Address ▮▮▮▮▮. | 0.30 515.00/hr | 154.50 |
| 11/02/16 | NES | Telephone conference with ▮▮▮▮▮ ▮▮▮▮▮ (.1); review proposed amended disclosure and related settlement materials (2.3). | 2.40 515.00/hr | 1,236.00 |
| 11/07/16 | SDB | Exchange email with G. Galardi and R. Martin regarding ▮▮▮▮▮ ▮▮▮▮▮. | 0.20 515.00/hr | 103.00 |
| 11/08/16 | SDB | Telephone conference with G. Galardi and R. Martin regarding ▮▮▮▮▮, and address ▮▮. | 1.00 515.00/hr | 515.00 |
| 11/08/16 | NES | Telephone conference with Ropes regarding ▮▮▮▮▮. | 0.50 515.00/hr | 257.50 |
| 11/14/16 | SDB | Exchange email with G. Galardi regarding ▮▮▮▮▮ ▮▮▮▮▮. | 0.20 515.00/hr | 103.00 |

{01011920;v1}

D- 17

**Levine Sullivan Koch & Schulz LLP**

William Holden                                                                           December 1, 2016
I.D. 00923-017 - SDB                                                                   Invoice 19116
Re: Bankruptcy Matters                                                                      Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 11/14/16 | NES | Exchange email with Ropes' counsel regarding ▮▮▮▮▮ ▮▮▮. | 0.20 515.00/hr | 103.00 |
| 11/15/16 | CRB | Telephone conference with Ropes regarding ▮▮▮▮▮▮. | 0.90 490.00/hr | 441.00 |
| 11/17/16 | NES | Telephone conference with R. Martin regarding ▮▮▮▮▮. | 0.30 515.00/hr | 154.50 |
| 11/22/16 | NES | Assess response to Ropes' request for information. | 0.20 515.00/hr | 103.00 |
| 11/22/16 | SDB | Address inquiry from R. Martin and response to same. | 0.20 515.00/hr | 103.00 |
| 11/30/16 | CRB | Forward ▮▮▮▮▮▮ to Ropes counsel, per request. | 0.40 490.00/hr | 196.00 |
| 11/30/16 | MB | Exchange email with S. Brannock regarding ▮▮▮▮▮. | 0.10 490.00/hr | 49.00 |

|  |  |  |  |  |
|------|------|-------------|-----------|--------|
| **For professional services rendered** | | | **8.00** | **$4,065.00** |
| **Total Amount of this Bill** | | | | **$4,065.00** |

**Levine Sullivan Koch & Schulz, LLP**

| William Holden | December 1, 2016 |
|---|---|
| I.D. 00923-017 - SDB | Invoice 19116 |
| Re: Bankruptcy Matters | Page 3 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.90 | 515.00 | 978.50 |
| Nathan E. Siegel | 3.90 | 515.00 | 2,008.50 |
| Michael Berry | 0.10 | 490.00 | 49.00 |
| Chad R. Bowman | 2.10 | 490.00 | 1,029.00 |
| **Totals** | **8.00** |  | **$4,065.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

William Holden
Chief Restructuring Officer
Gawker Media, LLC
c/o Opporture LLP
10 East 53rd Street, 33rd Floor
New York, NY 10020

December 1, 2016                                                    Invoice  19209    SDB

In Reference To: 00923-018 - Bankruptcy Retention/Fee Applications
Client: Gawker Media, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/01/16 | SDW | Draft and revise first interim fee application. | 3.00 405.00/hr | 1,215.00 |
| 11/02/16 | CRB | Revise quarterly fee application. | 0.50 490.00/hr | 245.00 |
| 11/03/16 | SDB | Review and revise interim fee application and certification (.9); address rules for same (.2). | 1.10 515.00/hr | 566.50 |
| 11/03/16 | CRB | Attention to preparation of monthly fee statement and privilege redactions to time statements for same. | 1.10 490.00/hr | 539.00 |
| 11/03/16 | SDW | Review local rules, and draft and revise first interim fee application and S. Berlin certification regarding same. | 1.50 405.00/hr | 607.50 |
| 11/07/16 | SDB | Address final interim fee application. | 0.40 515.00/hr | 206.00 |
| 11/07/16 | CRB | Review materials for monthly fee submission. | 0.30 490.00/hr | 147.00 |
| 11/07/16 | SDW | Revise and finalize first interim fee application and exchange email with bankruptcy counsel regarding same. | 1.30 405.00/hr | 526.50 |
| 11/08/16 | SDW | Exchange email with U.S. Trustee and client regarding as filed and | 0.30 405.00/hr | 121.50 |

**Levine Sullivan Koch & Schulz, LLP**

---

| | | |
|---|---|---|
| William Holden | | December 1, 2016 |
| I.D. 00923-018 - SDB | | Invoice 19209 |
| Re: Bankruptcy Retention/Fee Applications | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | unredacted copies of first interim fee application. | | |
| 11/10/16 | CRB | Review and revise fee statement materials. | 1.00<br>490.00/hr | 490.00 |
| 11/11/16 | SDB | Review redactions to various invoices (.5); address request from U.S. Trustee (.1). | 0.60<br>515.00/hr | 309.00 |
| 11/11/16 | CRB | Attention to U.S. Trustee request regarding extension. | 0.20<br>490.00/hr | 98.00 |
| 11/14/16 | CRB | Review fee submission privilege redactions. | 0.40<br>490.00/hr | 196.00 |
| 11/15/16 | SDB | Address redactions for fee submission. | 0.40<br>515.00/hr | 206.00 |
| 11/15/16 | SDW | Exchange email with W. Holden and S. Abdel-Razek regarding first interim fee application (.3); exchange email with G. Zipes regarding Ledes files (.3). | 0.60<br>405.00/hr | 243.00 |
| 11/16/16 | SDB | Address request from U.S. Trustee (.1); review and revise draft of monthly fee statement (.4); review privilege redactions in connection with same (.6). | 1.10<br>515.00/hr | 566.50 |
| 11/16/16 | SDW | Draft and revise second monthly fee application and review invoices regarding same. | 3.30<br>405.00/hr | 1,336.50 |
| 11/16/16 | CRB | Complete review of privilege redactions to monthly fee application. | 0.50<br>490.00/hr | 245.00 |
| 11/17/16 | SDW | Continue to revise second monthly fee statement and review privilege issues regarding redacted versions of invoices. | 2.30<br>405.00/hr | 931.50 |
| 11/17/16 | SDB | Review and revise monthly fee statement for Gawker time and expenses. | 0.60<br>515.00/hr | 309.00 |
| 11/17/16 | CRB | Review monthly fee submission. | 0.30<br>490.00/hr | 147.00 |

---

**Levine Sullivan Koch & Schulz, LLP**

| | | |
|---|---|---|
| William Holden | | December 1, 2016 |
| I.D. 00923-018 - SDB | | Invoice 19209 |
| Re: Bankruptcy Retention/Fee Applications | | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/18/16 | SDW | Continue to revise and finalize second monthly fee statement and exchange email with client and U.S. Trustee regarding as-filed and unredacted copies. | 2.20 405.00/hr | 891.00 |
| 11/18/16 | SDB | Exchange email with S. Brannock regarding monthly fee statement (.2); address inquiry from Ropes regarding request by U.S. Trustee (.2). | 0.40 515.00/hr | 206.00 |
| 11/18/16 | CRB | Review and revise monthly bankruptcy fee application prior to submission to court. | 1.20 490.00/hr | 588.00 |
| 11/21/16 | SDW | Review inquiry from U.S. Trustee regarding request to adjourn objection deadline to first interim fee application and exchange email with J. Agudelo and U.S. Trustee regarding same. | 0.70 405.00/hr | 283.50 |
| 11/21/16 | SDB | Address request for extension by U.S. Trustee and handling of any objections to redacted invoices. | 0.40 515.00/hr | 206.00 |
| 11/30/16 | SDW | Review expense backup in response to inquiry from U.S. Trustee. | 0.50 405.00/hr | 202.50 |
| 11/30/16 | SDB | Address request by U.S. Trustee for additional expense information (.3); address request by U.S. Trustee regarding holdback (.4); address request from Ropes regarding fee reserves (.2). | 0.90 515.00/hr | 463.50 |
| 11/30/16 | CRB | Coordinate regarding fee hearing issues. | 0.50 490.00/hr | 245.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | | **27.60** | **$12,337.00** |
| **Total Amount of this Bill** | | | **$12,337.00** |

### Levine Sullivan Koch & Schulz, LLP

| | | | |
|---|---|---|---|
| William Holden | | | December 1, 2016 |
| I.D. 00923-018 - SDB | | | Invoice  19209 |
| Re: Bankruptcy Retention/Fee Applications | | | Page  4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 5.90 | 515.00 | 3,038.50 |
| Chad R. Bowman | 6.00 | 490.00 | 2,940.00 |
| Shaina D Ward | 15.70 | 405.00 | 6,358.50 |
| **Totals** | **27.60** | | **$12,337.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605