**<u>Exhibit E</u>**

**Disbursement Detail**

| Date | Name | Amount | Matter | Category | Description |
|---|---|---|---|---|---|
| 11/16/16 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management | Data management services |
| 11/1/2016 | Courts USDC | $100.00 | *Ayyadurai* | Court Fees | ProHac Vice Fee – K. Bolger |