**Objection Deadline: January 4, 2017 at 4:00 p.m. (Prevailing Eastern Time)**

BUSH ROSS, P.A.
Jeffrey W. Warren
1801 N. Highland Avenue
Tampa, Florida 33602
Telephone: (813) 224-9255
Facsimile: (813) 223-9620

*Special Florida Litigation Conflicts Counsel
to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re                                :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]       :    Case No. 16-11700 (SMB)
:
                         Debtors.    :    (Jointly Administered)
:
-------------------------------------------------------x

**FIRST MONTHLY STATEMENT OF BUSH ROSS, P.A. OF FEES FOR
PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FLORIDA LITIGATION CONFLICTS COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM OCTOBER 29, 2016 THROUGH NOVEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | Bush Ross, P.A.<br>Special Florida Litigation Conflicts Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | November 18, 2016 (*nunc pro tunc* to October 29, 2016) [Docket No. 464] |
| Period for Which Fees and Expenses are Incurred: | October 29, 2016 through and including November 30, 2016 |
| Fees Incurred: | $5,337.50 |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2

Payment of Fees Requested (80%):        $4,270.00

Expenses Incurred:                      N/A

Total Fees and Expenses Due:            $4,270.00 (with 80% of fees) / $5,337.50 (with 100% of fees)

This is a: __X__ Monthly _____ Interim _____ Final Application.

**Summary of Monthly Fee Statements Filed**

| Application | | Requested | | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | | |
| | | | | | | |
| Totals | | | | | | |

[*Remainder of this Page Intentionally Blank*]

**PRELIMINARY STATEMENT**

Bush Ross, P.A. ("Bush Ross"), Special Florida Litigation Conflicts Counsel for the Debtors and Debtors in Possession, Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. (f/k/a Kinja Kft.) ("Gawker Hungary," and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from October 29, 2016 through and including November 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Bush Ross requests: (a) interim allowance and payment of compensation in the amount of $4,270.00 (80% of $5,337.50) of fees on account of reasonable and necessary professional services rendered to the Debtors by Bush Ross. Bush Ross reserves the right to seek payment at a final hearing of the fees incurred on October 28, 2016 before the nunc pro tunc date of October 29, 2016. There are no actual and necessary costs and expenses incurred by Bush Ross during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Bush Ross professional and paraprofessional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Bush Ross attorneys during the Compensation period is approximately $495.54. There is no blended hourly billing rate of paraprofessionals and staff during the Compensation Period.

4

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bush Ross professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

3. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

4. **Exhibit D** sets forth detailed time records of Bush Ross professionals for the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of expenses incurred by Bush Ross in connection with services rendered to the Debtors during the Compensation Period for which Bush Ross seeks reimbursement.

**NOTICE**

6. Pursuant to the Interim Compensation Order, Bush Ross has directed Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (d) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (e) counsel to US VC Partners LP, Latham & Watkins LLP,

5

330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (f) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: December 20, 2016
       Tampa, Florida

                                                                         /s/ *Jeffrey W. Warren*
                                                                         Jeffrey W. Warren
                                                                         BUSH ROSS, P.A.
                                                                         1801 N. Highland Avenue
                                                                         Tampa, Florida 33602
                                                                         Telephone:  (813) 224-9255
                                                                         Facsimile:    (813) 223-9620
                                                                         jwarren@bushross.com

                                                                         *Special Florida Litigation Conflicts Counsel*
                                                                         *to the Debtors and Debtors in Possession*