# **Exhibit A**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Jeffrey W. Warren | Partner | 1972 | 1981 | 500.00 | 13.5 | $6,750.00 |
| Karen S. Cox | Partner | 1984 | 2004 | 375.00 | .5 | $187.50 |
| Maria G. Linares | Paralegal | | | 125.00 | 2.3 | $287.50 |
| TOTAL: | | | | | 16.3 | $7,225.00* |

*Includes work done on October 28, 2016 for which payment is not sought in this Statement.

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 495.54 | 14.0 | $6,937.50 |
| Paraprofessionals/Staff | 125.00 | 2.3 | $287.50 |
| **Total Fees Incurred** | | **16.3** | **$7,225.00*** |

*Includes work done on October 28, 2016 for which payment is not sought in this Statement.