## Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 7 | Fee/Employment Applications | 6.0 | $2,475.00 |
| 13 | Litigation | 10.3 | $4,750.00 |
| **TOTAL:** | | **16.3** | **$7,225.00*** |

*Includes work done on October 28, 2016 for which payment is not sought in this Statement.