# Exhibit C

## Disbursement Summary

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---:|
| N/A | N/A |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total:** | **$0.00** |