**Exhibit D**

**Time Detail**

| Bush Ross, P.A. | | Time Transactions | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|
| Run: 12/19/2016 3:40:18 PM | | | | | | | | | File: TimHistS |

| Client | Matter | Event | Atty | Date | Hours | $ Value | Billable | Stage | Description |
|---|---|---|---|---|---|---|---|---|---|
| 016707 | 00007 | 6146227 | MGL | 10/28/2016 | 0.60 | 75.00 | Y | P | Draft Declaration of Jeffrey W. Warren in Support of Debtors' Application Pursuant to Sections 327(e), 328(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Entry of An Order Authorizing the Retention and Employment of Bush Ross, P.A. as Special Counsel |
| 016707 | 00007 | 6151846 | MGL | 10/28/2016 | 0.80 | 100.00 | Y | P | Review local rules for the U.S. Bankruptcy Court, Southern District of New York and Trustee's Guidelines regarding employment and compensation of professionals; edit Declaration of Jeff Warren in Support of Application for Employment. |
| 016707 | 00007 | 6153250 | JWW | 10/28/2016 | 3.20 | 1,600.00 | Y | P | review conflict search results (.2); review and analysis of retention issues for case, including Local Rules and filings by other professionals (1); prepare draft of engagement letter as special counsel (.5); draft and revise Declaration to comply with expected local custom and practise (1.5) |
| 016707 | 00007 | 6153257 | JWW | 10/29/2016 | 0.70 | 350.00 | Y | P | revise draft of Declaration (.5); e-mail correspondence to and from R Martin regarding draft of engagement letter and Declaration (.2) |
| 016707 | 00007 | 6153514 | JWW | 10/30/2016 | 0.70 | 350.00 | Y | P | revise Declaration to correct references to Section 327(e) (.5); e-mail correspondence to R Martin regarding revision of Declaration (.2) |
| | | | | Total | 6.00 | 2,475.00 | | | |

Bush Ross, P.A.  
Run: 12/19/2016 3:40:43 PM

# Time Transactions

Page 1  
File: TimHistS

| Client | Matter | Event | Atty | Date | Hours | $ Value | Billable | Stage | Description |
|---|---|---|---|---|---|---|---|---|---|
| 016707 | 00013 | 6144513 | MGL | 10/28/2016 | 0.30 | 37.50 | Y | P | Confer with Attorney Jeff Warren regarding NY bankruptcy and court filings |
| 016707 | 00013 | 6144519 | MGL | 10/28/2016 | 0.60 | 75.00 | Y | P | Review and analyze NY bankruptcy case and pertinent filings. |
| 016707 | 00013 | 61E3668 | JWW | 11/16/2016 | 2.00 | 1,000.00 | Y | P | review pleadings and material to prepare for hearing and Meeting with R Martin |
| 016707 | 00013 | 61E3689 | JWW | 11/17/2016 | 5.30 | 2,650.00 | Y | P | prepare for and meet with R Martin regarding Monday hearing with Judge Campbell (2.5); revise Declaration for retention and transmit to R Martin (.3); e-mail correspondence from R Martin regarding retention hearing (.1; telephone from J Vine regarding hearing (1); review Response filed by J Vine (1); correspondence to and from R Martin regarding concern over stay argument by Vine (.2); correspondence to and from J Vine regarding stay argument (.2) |
| 016707 | 00013 | 61G6198 | JWW | 11/23/2016 | 0.20 | 100.00 | Y | P | e-mail correspondence from and to R Martin regarding efforts to resolve issues in state court (.2) |
| 016707 | 00013 | 61I2314 | KSC | 11/30/2016 | 0.50 | 187.50 | Y | P | Review correspondence regarding status report due in appeal and docket in appeal, directions to assistant regarding preparing notice of appearance in appeal and review of status report and notices in advance of filing. |
| 016707 | 00013 | 61I9451 | JWW | 11/30/2016 | 1.40 | 700.00 | Y | P | review docket of appeal (.1); draft and revise Status Report to 2nd DCA (1); correspondence to R Martin regarding proceeding (.2); review drafts of notices of appearance (.1); correspondence to and from R Martin regarding filing report (.1) |
| | | | | Total | 10.30 | 4,750.00 | | | |