# Exhibit E

# Expense Detail

## ITEMIZATION OF EXPENSES

| EXPENSES | AMOUNTS |
|---|---|
| N/A | N/A |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total:** | **$0.00** |