Objection Deadline: January 4, 2017 at 4:00 p.m. (Prevailing Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
Gawker Media LLC, *et al.*,[1]                          :    Case No. 16-11700 (SMB)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
--------------------------------------------------------x

### FIFTH MONTHLY STATEMENT OF ROPES & GRAY LLP OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

| | |
|---|---|
| Name of Applicant: | Ropes & Gray LLP |
| | Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | July 14, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 101] |
| Period for Which Fees and Expenses are Incurred: | November 1, 2016 through and including November 30, 2016 |
| Fees Incurred: | $1,108,218.75 |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Payment of Fees Requested (80%):     $886,575.00

Expenses Incurred:     $46,338.54

Total Fees and Expenses Due:     $932,913.54

This is a:__X__Monthly _____ Interim_____ Final Application.

**Summary of Monthly Fee Statements Filed**

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/Docket No. | Period Covered | Total Fees | Expenses | Date Filed / Docket No. | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 8/19/2016 Dkt No. 207 | 6/1/16 – 7/31/16 | $1,757,179.25 | $15,706.50 | N/A | $1,405,743.40 | $15,706.50 | $351,435.85 |
| 9/20/2016 Dkt No. 280 | 8/1/16- 8/31/16 | $1,175,380.00 | $22,299.24 | N/A | $940,304.00 | $22,299.24 | $235,076.00 |
| 10/20/2016 Dkt No. 368 | 9/1/16- 9/30/16 | $1,048,899.50 | $12,025.51 | N/A | $839,119.60 | $12,025.51 | $209,779.90 |
| 11/19/2016 Dkt No. 476 | 10/1/16- 10/31/16 | $896,071.00 | $27,194.56 | N/A | $716,856.80 | $27,194.56 | $179,214.20 |
| **Totals** | | **$4,877,529.75** | **$77,225.81** | | **$3,902,023.80** | **$77,225.81** | **$975,505.95** |

[*Remainder of this Page Intentionally Blank*]

**PRELIMINARY STATEMENT**

Ropes & Gray LLP ("Ropes & Gray"), attorneys for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary", and collectively with Gawker Media and GMGI, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from November 1, 2016 through and including November 30, 2016 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Ropes & Gray requests: (a) interim allowance and payment of compensation in the amount of $886,575.00 (80% of $1,108,218.75) of fees on account of reasonable and necessary professional services rendered to the Debtors by Ropes & Gray and (b) reimbursement of actual and necessary costs and expenses in the amount of $46,338.54 incurred by Ropes & Gray during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Ropes & Gray professional and paraprofessional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Ropes & Gray attorneys during the Compensation period is approximately $791.01. The blended hourly billing rate of legal assistants during the Compensation Period is approximately $320.79.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Ropes & Gray professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

3. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

4. **Exhibit D** sets forth detailed time records of Ropes & Gray professionals for the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of expenses incurred by Ropes & Gray in connection with services rendered to the Debtors during the Compensation Period for which Ropes & Gray seeks reimbursement.

**NOTICE**

6. Pursuant to the Interim Compensation Order, Ropes & Gray has directed Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: December 20, 2016
       New York, New York

                /s/ Gregg M. Galardi
                Gregg M. Galardi
                D. Ross Martin
                Joshua Y. Sturm
                Jonathan M. Agudelo
                ROPES & GRAY LLP
                1211 Avenue of the Americas
                New York, NY 10036-8704
                Telephone: (212) 596-9000
                Facsimile: (212) 596-9090
                gregg.galardi@ropesgray.com
                ross.martin@ropesgray.com
                jonathan.gill@ropesgray.com
                jonathan.agudelo@ropesgray.com

                *Counsel to the Debtors and Debtors in Possession*