# Exhibit A

## Timekeeper Summary

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Leo Arnaboldi III | Partner | 1984 | 1995 | 1,400.00 | 14.70 | $20,580.00 |
| Gregg Galardi | Partner | 1990 | 1998 | 1,230.00 | 195.60 | $240,588.00 |
| D. Ross Martin | Partner | 1995 | 2004 | 1,170.00 | 150.40 | $175,968.00 |
| Dalila Argaez Wendlandt | Partner | 1996 | 2007 | 970.00 | 26.80 | $25,996.00 |
| Daniel Martin | Partner | 2000 | 2012 | 1,260.00 | 7.40 | $9,324.00 |
| Tony Horspool | Partner | 1991 | | 1,360.00 | 2.00 | $2,720.00 |
| Justin Florence | Counsel | 2006 | | 895.00 | 9.20 | $8,234.00 |
| Erica Han | Counsel | 2005 | | 695.00 | 3.30 | $2,293.50 |
| Michael Winograd | Counsel | 2000 | | 885.00 | 2.30 | $2,035.50 |
| Gabrielle Hirz | Senior Attorney | 2007 | | 735.00 | 66.30 | $48,730.50 |
| Joshua Sturm | Associate | 2006 | | 895.00 | 189.10 | $169,244.50 |
| Jonathan Agudelo | Associate | 2009 | | 820.00 | 121.10 | $99,302.00 |
| Kevin Zaragoza | Associate | 2010 | | 820.00 | 2.20 | $1,804.00 |
| Meredith Parkinson | Associate | 2011 | | 765.00 | 3.40 | $2,601.00 |
| Sarah Perkins Jones | Associate | 2012 | | 625.00 | 17.80 | $11,125.00 |
| Elizabeth Bierut | Associate | 2013 | | 550.00 | 7.90 | $4,345.00 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Emerson Siegle | Associate | 2013 | | 625.00 | 31.90 | $19,937.50 |
| Averell Sutton | Associate | 2013 | | 365.00 | 49.10 | $17,921.50 |
| William A. McGee | Associate | 2014 | | 540.00 | 179.10 | $96,714.00 |
| Peter Walkingshaw | Associate | 2014 | | 540.00 | 96.40 | $52,056.00 |
| Sam Ashuraey | Associate | 2016 | | 335.00 | 5.70 | $1,909.50 |
| Isha Ghodke | Associate | 2016 | | 335.00 | 36.30 | $12,160.50 |
| Ani-Rae Lovell | Associate | 2016 | | 335.00 | 76.00 | $24,700.00 |
| Andrew Simpson | Associate | 2016 | | 335.00 | 58.60 | $19,631.00 |
| William Allen | Paralegal | | | 400.00 | 43.60 | $17,440.00 |
| Roberto Gonzalez | Paralegal | | | 350.00 | 36.10 | $12,635.00 |
| Meir Weinberg | Paralegal | 2009 | | 285.00 | 36.10 | $10,288.50 |
| Jessica Dias | Case Assistant | | | 205.00 | 8.90 | $1,824.50 |
| Amanda Nunez | Case Assistant | | | 205.00 | 3.50 | $717.50 |
| Caroline O'Neill | Case Assistant | | | 205.00 | 5.00 | $1,025.00 |
| Kathleen Kennedy | Litigation Technology Specialist | | | 390.00 | 4.80 | $1,872.00 |
| Thomas Doherty | Litigation Support Technician | | | 215.00 | 14.50 | $3,117.50 |
| **TOTAL:** | | | | | **1,505.10** | **$1,118,841.00*** |

* Does not reflect reduction of $10,622.25 applied to travel time.

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 1,197.22 | 396.90 | $475,176.00 |
| Associates | 622.31 | 955.70 | $594,745.00 |
| Paraprofessionals/Staff | 320.79 | 152.50 | $48,920.00 |
| Blended Attorney Rate | 791.01 | | |
| **Total Fees Incurred** | | **1,505.10** | **$1,118,841.00*** |

* Does not reflect reduction of $10,622.25 applied to travel time.