# Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 0002 | Reporting (MOR / SEC) | 3.30 | $3,091.00 |
| 0004 | Litigation | 117.10 | $96,183.00 |
| 0005 | Tax Matters | 129.00 | $109,442.50 |
| 0008 | R&G Retention & Fee Applications | 145.40 | $105,529.50 |
| 0012 | Sales | 4.10 | $4,260.50 |
| 0013 | Claims | 526.70 | $378,131.00 |
| 0014 | Travel | 25.90 | $21,244.50 |
| 0016 | Other Retention & Fee Applications | 37.20 | $27,475.00 |
| 0017 | Executory Contracts / Leases | 27.30 | $22,095.00 |
| 0018 | Plan and Disclosure Statement | 356.70 | $269,761.00 |
| 0019 | Hearings | 7.80 | $8,167.00 |
| 0020 | Administration | 81.30 | $40,572.00 |
| 0021 | Business Operations / Strategic Planning | 3.20 | $3,936.00 |
| 0022 | Committee Matters / Meetings | 2.10 | $1,962.00 |
| 0023 | Creditor & Shareholder Inquiries | 3.60 | $4,018.00 |
| 0024 | Corporate Matters | 5.70 | $4,548.50 |
| 0026 | Relief from Stay & Adequate Protection | 28.70 | $18,424.50 |
| **TOTAL:** | | **1,505.10** | **$1,118,841.00*** |

* Does not reflect reduction of $10,622.25 applied to travel time.