## **Exhibit C**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---:|
| Color Photocopy | $249.50 |
| Computer Assisted Research | $44,367.13 |
| Courier Service | -$86.51 |
| CourtCall Charges | $58.00 |
| Library Fees | $288.52 |
| Messenger Service | $78.24 |
| Photocopy | $525.80 |
| Print & Design | $313.82 |
| Tabs and Binding | $15.12 |
| Transcript of Testimony | $528.92 |
| **Total:** | **$46,338.54** |