**<u>Exhibit E</u>**

**Expense Detail**

ROPES & GRAY LLP

| Detail of Disbursements |
|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 11/01/16 | Lexis Research | 139.44 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 47.99 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 10.23 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 3.70 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 0.35 |
| 11/02/16 | Paid To: Westlaw Per: Walkingshaw | 1,025.34 |
| 11/02/16 | Lexis Research | 2.24 |
| 11/03/16 | Paid To: Westlaw Per: Simpson | 136.62 |
| 11/03/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 68.31 |
| 11/04/16 | Paid To: Westlaw Per: Lovell | 231.15 |
| 11/04/16 | Paid To: Westlaw Per: Jones | 68.31 |
| 11/04/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 136.62 |
| 11/06/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 313.95 |
| 11/07/16 | Paid To: Westlaw Per: Jones | 68.31 |
| 11/07/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 313.95 |
| 11/08/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 531.99 |
| 11/09/16 | Paid To: Westlaw Per: ASHURAEY,SAM | 136.62 |
| 11/09/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 730.02 |
| 11/10/16 | Paid To: Westlaw Per: Lovell | 341.55 |
| 11/10/16 | Paid To: Westlaw Per: Jones | 68.31 |
| 11/10/16 | Paid To: Westlaw Per: ASHURAEY,SAM | 313.95 |
| 11/10/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,880.94 |
| 11/11/16 | Paid To: Westlaw Per: ASHURAEY,SAM | 68.31 |
| 11/11/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 856.29 |
| 11/12/16 | Paid To: Westlaw Per: Sturm | 204.93 |
| 11/13/16 | Lexis Research | 44.24 |
| 11/14/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,236.48 |
| 11/16/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 313.95 |
| 11/17/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 491.28 |
| 11/18/16 | Paid To: Westlaw Per: Simpson | 204.93 |
| 11/18/16 | Paid To: Westlaw Per: Simpson | 40.71 |
| 11/19/16 | Paid To: Westlaw Per: Lovell | 136.62 |
| 11/19/16 | Paid To: Westlaw Per: Siegle | 162.84 |
| 11/19/16 | Paid To: Westlaw Per: Ghodke | 505.77 |
| 11/19/16 | Lexis Research | 13.44 |
| 11/20/16 | Paid To: Westlaw Per: Lovell | 546.48 |
| 11/20/16 | Paid To: Westlaw Per: Siegle | 231.15 |
| 11/20/16 | Paid To: Westlaw Per: Ghodke | 827.31 |
| 11/21/16 | Paid To: Westlaw Per: Florence | 211.83 |
| 11/21/16 | Paid To: Westlaw Per: Lovell | 68.31 |
| 11/21/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 136.62 |
| 11/21/16 | Lexis Research | 1.12 |
| 11/22/16 | Paid To: Westlaw Per: Lovell | 204.93 |
| 11/22/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 546.48 |

ROPES & GRAY LLP

## Detail of Disbursements

| | | |
|---|---|---|
| 11/23/16 | Paid To: Westlaw Per: Lovell | 68.31 |
| 11/23/16 | Paid To: Westlaw Per: Walkingshaw | 306.36 |
| 11/25/16 | Paid To: Westlaw Per: Lovell | 143.52 |
| 11/25/16 | Paid To: Westlaw Per: Ghodke | 628.59 |
| 11/25/16 | Lexis Research | 150.64 |
| 11/26/16 | Paid To: Westlaw Per: McGee | 150.42 |
| 11/26/16 | Lexis Research | 144.48 |
| 11/27/16 | Paid To: Westlaw Per: Siegle | 109.02 |
| 11/27/16 | Lexis Research | 132.72 |
| 11/28/16 | Paid To: Westlaw Per: Lovell | 409.86 |
| 11/28/16 | Paid To: Westlaw Per: Dias | 13,123.11 |
| 11/28/16 | Paid To: Westlaw Per: O'Neill | 1,561.73 |
| 11/28/16 | Paid To: Westlaw Per: Nunez | 224.25 |
| 11/28/16 | Paid To: Westlaw Per: McGee | 75.21 |
| 11/28/16 | Paid To: Westlaw Per: Parkinson | 553.38 |
| 11/28/16 | Paid To: Westlaw Per: Walkingshaw | 68.31 |
| 11/28/16 | Paid To: Westlaw Per: Siegle | 325.68 |
| 11/28/16 | Paid To: Westlaw Per: AGUDELO,JONATHAN | 204.93 |
| 11/28/16 | Paid To: Westlaw Per: Dias | 9,453.00 |
| 11/28/16 | Paid To: Westlaw Per: O'Neill | 747.70 |
| 11/28/16 | Paid To: Westlaw Per: PS | 69.00 |
| 11/28/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,639.44 |
| 11/28/16 | Paid To: Westlaw Per: Weinberg | 68.31 |
| 11/28/16 | Lexis Research | 44.24 |
| 11/29/16 | Paid To: Westlaw Per: PS | 68.31 |
| 11/29/16 | Paid To: Westlaw Per: Dias | 68.31 |
| 11/29/16 | Paid To: Westlaw Per: Weinberg | 68.31 |
| 11/29/16 | Lexis Research | 136.08 |
| | Computer Assisted Research | 44,367.13 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 06/17/16 | Reversal from Cancelled Voucher 1393817 | -40.00 |
| 08/01/16 | Courier Service - Paid To: City Expeditor - CITY EXPEDITOR INC. | 20.00 |
| 09/16/16 | Reversal from Cancelled Voucher 1416696 | -19.10 |
| 09/23/16 | Reversal from Cancelled Voucher 1418765 | -47.41 |
| | Courier Service | -86.51 |

**CourtCall Charges**

| Date | Description | Amount |
|---|---|---|
| 11/11/16 | CourtCall Charges | 58.00 |
| | CourtCall Charges | 58.00 |

**Library Fees**

| Date | Description | Amount |
|---|---|---|
| 11/17/16 | Library Fees - Paid to: WEST PAYMENT CENTER - WCX TIER 2 STATE TRIAL COURT FEE | 288.52 |
| | Library Fees | 288.52 |

**Messenger Service**

| Date | Description | Amount |
|---|---|---|
| 11/03/16 | Messenger Service - Paid to: WESTERN MESSENGER SERVICE, INC DBA WESTERN ATTORNEY SERVICE - Superior San Francisco 400 Mcallister Street | 78.24 |

ROPES & GRAY LLP

| **Detail of Disbursements** |
|---|

San Francisco ; Ropes & Gray LLP 3 Embarcadero Center San Francisco

| | Messenger Service | 78.24 |
|---|---|---|

**Photocopy**

| Date | Description | Amount |
|---|---|---|
| 11/02/16 | 23 Pages of Photocopy @ $.10/page | 2.30 |
| 11/02/16 | 10 Pages of Photocopy @ $.10/page | 1.00 |
| 11/07/16 | 2095 BW Copies ($.10 per page) | 209.50 |
| 11/07/16 | 1256 BW Copies ($0.10 per page) | 125.60 |
| 11/07/16 | 1864 BW Copies/$.10 per page | 186.40 |
| 11/07/16 | 74 Color Photocopy ($.10/page) | 74.00 |
| 11/07/16 | 175 Color Photocopy ($.10/page) | 175.50 |
| 11/30/16 | 10 Pages of Photocopy ($.10/page) | 1.00 |
| | Photocopy | 775.30 |

**Print and Design**

| Date | Description | Amount |
|---|---|---|
| 10/04/16 | Print and Design - Paid to: WILLIAMS LEA INC. - Blowback Reassembly | 313.82 |
| | Print and Design | 313.82 |

**Tabs and Binding**

| Date | Description | Amount |
|---|---|---|
| 11/07/16 | Tabs and Binding | 3.30 |
| 11/07/16 | Tabs and Binding | 0.36 |
| 11/07/16 | Tabs and Binding | 1.26 |
| 11/07/16 | Tabs and Binding | 0.48 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 3.00 |
| 11/16/16 | Tabs and Binding | 3.00 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 3.00 |
| | Tabs and Binding | 15.12 |

**Transcript of Testimony**

| Date | Description | Amount |
|---|---|---|
| 11/07/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- original Transcript | 528.92 |
| | Transcript of Testimony | 528.92 |

| | **Total Disbursements** | **$** | **46,338.54** |
|---|---|---|---|

Our Reference #: 112782-0026

Joint Group: 112782.1116



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 1051999
Invoice Date: December 20, 2016
Federal Tax ID: 04-2233412

GK Media
c/o Opportune LLP
Attn: William D. Holden
10 East 53rd Street, 33rd Floor
New York, NY 10022

_____

| | | |
|---|---|---|
| Services | $ | 1,118,841.00 |
| Adjustment to Services | | -10,622.25 |
| Total Services | | 1,108,218.75 |
| Total Disbursements and Charges | | 46,338.54 |
| TOTAL DUE THIS INVOICE | $ | 1,154,557.29 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund & Domestic Wire Transfers:** | **International Wire Transfers:** |
| Ropes & Gray LLP<br>Mail Code: 11104<br>P.O. Box 11839<br>Newark, NJ 07101-8138 | Ropes & Gray LLP<br>c/o Citibank, N.A<br>153 East 53rd Street<br>New York, NY 10043<br><br>ABA No.: 021-000-089<br>Account No: 4997537106 | Ropes & Gray LLP<br>c/o Citibank, N.A<br>111 Wall Street<br>New York, NY 10005<br><br>Swift Code: CITIUS33<br>Account No: 4997537106 |

Our Reference #: 112782

Joint Group: 112782.1116