UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

In re                                           :        Chapter 11
                                             :

Gawker Media LLC, *et al.*,[1]         :        Case No. 16-11700 (SMB)
                                           :

                  Debtors.            :        (Jointly Administered)
                                           :
-------------------------------------------------------x

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION
OF HOULIHAN LOKEY CAPITAL, INC. FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS
<u>INVESTMENT BANKER TO THE DEBTORS</u>**

Upon consideration of the applications of Houlihan Lokey Capital, Inc. ("<u>Houlihan</u>") for allowance of final compensation and reimbursement of expenses for professional services rendered and expenses incurred as investment banker to the debtors and debtors in possession in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "<u>Debtors</u>") during the period commencing June 10, 2016 through September 30, 2016 [Docket Nos. 421] (the "<u>Houlihan Application</u>"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to all pleadings related to the Houlihan Application; and a hearing having been held before this Court to consider the Houlihan Application on December 15, 2016 (the "<u>Hearing</u>"); and based upon the record of the Hearing; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60004066_4

-2-

ORDERED, that the Houlihan Application is granted on a final basis to the extent set forth in **Schedule A**.

ORDERED, that on a final basis (i) Houlihan is authorized to draw all remaining amounts held pursuant to its prepetition retainer and (ii) the Debtors are authorized and directed to pay the remaining amounts owed, as set forth in **Schedule B**.

New York, New York
Dated: December 21, 2016

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

60004066_4

## Schedule A

### Approval of the Houlihan Application

|  | *Application* | | *Final Fees* | | *Final Expenses* | |
|---|---|---|---|---|---|---|
|  | **Date Filed/ Dkt. No.** | **Period Covered** | **Requested** | **Allowed** | **Requested** | **Allowed** |
| Houlihan Lokey Capital, Inc. | 11/7/16 Dkt No. 421 | June 10 - Sept. 30 | $5,082,615.00 | $5,082,615.00 | $29,316.70 | $26,706.71[1] |

**12/21/2016    SMB**

---

[1] Upon the request of the United States Trustee, Houlihan has agreed to reduce its expenses by $2,609.99.

60004066_4

**Schedule B**

**Authorization to Pay Amounts Outstanding Pursuant to the Houlihan Application**

|  | *Application* | | *Requested* | | *Paid to Date* | | *Monthly Holdback* | **Total Amount to be Paid** |
|---|---|---|---|---|---|---|---|---|
|  | **Date Filed/ Dkt. No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | | |
| Houlihan Lokey Capital, Inc. | 11/7/16 Dkt No. 421 | June 10 - Sept. 30 | $5,082,615.00 | $29,316.70 | $4,066,092.00 | $29,316.70 | $1,016,523.00 | **$1,000,058.93**[1] |

**12/21/2016   SMB**

---

[1] Upon the request of the United States Trustee, Houlihan has agreed to reduce its expenses by $2,609.99. The "Total Amount to be Paid" has been reduced to credit this amount as well as Houlihan's remaining prepetition retainer amount of $13,854.08 towards fees owed.

60004066_4