UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                   :

In re                                       :         Chapter 11
                                                :

Gawker Media LLC, *et al.*,[1]      :         Case No. 16-11700 (SMB)
                                                :

                Debtors.      :         (Jointly Administered)
                                                  :
-------------------------------------------------------x

**ORDER GRANTING FIRST INTERIM FEE APPLICATIONS
OF CERTAIN PROFESSIONALS FOR ALLOWANCE AND PAYMENT
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of the applications of the professionals retained in the above-caption chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "Debtors") for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during the interim period commencing June 10, 2016 through September 30, 2016 [Docket Nos. 417, 418, 419, 430, and 470] (collectively, the "First Interim Fee Applications"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to all pleadings related to the First Interim Fee Applications; and a hearing having been held before this Court to consider the First Interim Fee Applications on December 15, 2016 (the "Hearing"); and based upon the record of the Hearing; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60001639_8

ORDERED, that the First Interim Fee Applications are granted on an interim basis to the extent set forth in **Schedule A**~~; and~~

~~ORDERED, that the Debtors are authorized and directed to pay on an interim basis the Monthly Fee Holdbacks (as defined in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94]) relating to the First Interim Fee Applications as set forth in **Schedule B**~~ **[SMB: 12/21/16]**

New York, New York
Dated: December 21, 2016

/s/ STUART M. BERNSTEIN _____
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

-2-

**Schedule A**

**Interim Allowance of First Interim Fee Applications**

|  | Application | | Interim Fees | | Interim Expenses | |
|---|---|---|---|---|---|---|
|  | Date Filed/ Dkt. No. | Period Covered | Requested | Allowed[1] | Requested | Allowed |
| Prime Clerk LLC | 11/7/16 Dkt No. 417 | June 10 - Sept. 30 | $ 57,848.65 | $ 54,956.22 | $ 114.07 | $ 114.07 |
| Citrin Cooperman & Company, LLP | 11/7/16 Dkt No. 418 | June 10 - Sept. 30 | $ 68,770.40 | $ 65,331.88 | $ 0.00 | $ 0.00 |
| Levine Sullivan Koch & Schulz, LLP | 11/7/16 Dkt No. 419 | June 10 - Sept. 30 | $ 299,783.77 | $ 284,794.58 | $ 9,144.63 | $ 9,125.16[2] |
| Ropes & Gray LLP | 11/9/16 Dkt No. 430 | June 10 - Sept. 30 | $3,981,458.75 | $3,782,385.81 | $ 50,031.25 | $ 50,031.25 |
| Simpson Thacher & Bartlett LLP | 11/18/16 Dkt. No. 470 | June 24 – Sept. 30 | $1,216,165.75 | $1,155,357.46 | $ 23,586.99[3] | $ 23,586.99 |

---

[1] The Debtors will continue to hold back five percent (5%) of the fees requested until such time as the Court approves such fees and authorizes the Debtors to pay such amounts.

[2] Upon the request of the United States Trustee, Levine Sullivan Koch & Schulz, LLP has agreed to reduce its expenses related to certain meals by $19.47.

[3] Upon the request of the United States Trustee, Simpson Thacher & Bartlett LLP agreed to reduce its expenses by $1,158.54 prior to filing its First Interim Fee Application.

**Schedule B**

**Authorization to Make Payments Requested in First Interim Fee Applications**

| | *Application* | | *Requested* | | *Paid to Date* | | *Monthly Holdback* | *Monthly Holdback to Be Paid*[1] | **Total Amount to Be Paid** |
|---|---|---|---|---|---|---|---|---|---|
| | **Date Filed/ Dkt. No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees** | **Expenses** | | | |
| Prime Clerk LLC | 11/7/16 Dkt No. 417 | June 10 – Sept. 30 | $ 57,848.65 | $114.07 | $ 44,845.20 | $ 114.07 | $11,569.73 | $ 8,677.30 | **$ 10,111.02**[2] |
| Citrin Cooperman & Company, LLP | 11/7/16 Dkt No. 418 | June 10 – Sept. 30 | $ 68,770.40 | $0.00 | $ 55,016.32 | $ 0.00 | $13,754.08 | $ 10,315.56 | **$ 10,315.56** |
| Levine Sullivan Koch & Schulz, LLP | 11/7/16 Dkt No. 419 | June 10 – Sept. 30 | $ 299,783.77 | $9,144.63 | $ 239,827.02 | $ 9,144.63 | $59,956.75 | $ 44,967.56 | **$ 44,948.09**[3] |
| Ropes & Gray LLP | 11/9/16 Dkt No. 430 | June 10 – Sept. 30 | $3,981,458.75 | $50,031.25 | $3,185,167.00 | $ 50,031.25 | $796,291.75 | $597,218.81 | **$597,218.81** |
| Simpson Thacher & Bartlett LLP | 11/18/16 Dkt. No. 470 | June 24 – Sept. 30 | $1,216,165.75 | $23,586.99 | $ 972,932.60 | $ 24,745.53 | $243,233.15 | $182,424.86 | **$181,266.32**[4] |

**12/21/2016    SMB**

---

[1] The Debtors will continue to hold back five percent (5%) of the fees requested until such time as the Court approves such fees and authorizes the Debtors to pay such amounts.

[2] In addition to the "Monthly Holdback to be Paid," this amount includes payment of 80% of fees requested for the period of September 1 – September 30, 2016, that have not been paid to date.

[3] Upon the request of the United States Trustee, Levine Sullivan Koch & Schulz, LLP has agreed to reduce its expenses related to certain meals by $19.47. The Total Amount to be Paid has been reduced to credit this amount towards fees owed.

[4] Upon the request of the United States Trustee, Simpson Thacher & Bartlett LLP agreed to reduce its expenses by $1,158.54 prior to filing its First Interim Fee Application. The Total Amount to be Paid has been reduced to credit this amount towards fees owed.

60001639_8