

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF APPROVAL AND INTEREST IN THE NEW SCHEDULING OF OMNIBUS HEARINGS BY XP
**Chantel Barrett** to: nysbml_caseadmin          12/16/2016 09:28 AM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | bernstein.chambers@nysb.uscourts.gov |
| Date: | 12/15/2016 04:12 PM |
| Subject: | Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF APPROVAL AND INTEREST IN THE NEW SCHEDULING OF OMNIBUS HEARINGS BY XP |

On 12/13/2016 02:43 PM, XP VEHICLES wrote:

XP Vehicles Task Force

Email: **legal@xpvehicles.com**

**BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**
Alliance of witnesses and victims in
association with Claimants and
Plaintiffs in pro per
Dec. 13, 2016


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re
)
)
)
)
)
)
)
Gawker Media, LLC, et. al.
Debtors,
Chapter 11
Case No.: 16-11700 (SMB)
Jointly Administered

**NOTICE OF APPROVAL AND INTEREST IN THE NEW SCHEDULING OF OMNIBUS HEARINGS BY XP**

PLEASE TAKE NOTICE that pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates [Docket No. 93] (the "Case Management Order"), the following omnibus hearing dates have been scheduled in these above-captioned cases:
Date Time:
January 26, 2017 10:00 a.m. (prevailing Eastern time)
February 14, 2017 10:00 a.m. (prevailing Eastern time)

The significance of moving the dates to embrace the full force of the post inauguration duties of the Trump Administration on January 26, 2017 followed by the next hearing on Valentines Day is of profound significance.

It is fully documented that Gawker Media was hired by and operated for the enemies of the Trump Administration. In fact Gawker Media was one of the most aggressively hostile large distribution news organizations to most aggressively attack the appointees and staff of the Trump Administration. XP has stated that the Obama Administration ordered FBI, FTC and SEC officials to with-hold, or stand-down investigations on Gawker Media and the Cartel that Gawker is involved with. By moving the date into the window of the full operation of the Trump Administration, the opportunity for even deeper discovery of the true nature of Gawker Media is afforded. The Court offers all creditors a great service therein.

XP is aware that FBI officials, and other agency heads, feel that, under the Trump Administration their resources will be expanded and any "leashes" or stand-downs on their law enforcement efforts will be removed. This should be great news for everyone in this case who wishes to see justice delivered.

XP believes that DOJ's refusal to assist XP under the Obama Administration will cease under the Trump Administration.

> PROOF OF SERVICE
> I hereby certify that on December 11, 2016, I caused to be served a true and correct copy
> of the above notice by causing copies of same to be served on all counsel of record and on the U.S. Trustee for the Southern District of New York, Region 2, by electronic filing same.
> XP Vehicles Task Force
>
> Email: **legal@xpvehicles.com**
>
> **BRANCHES CASE FILES: http://globalscoop.net  (in re: CASE #2788-D)**

I've linked 1 file to this email:
 **RICO CASE PREPARATION DATA: TESLA MOTORS - ELON MUSK.pdf**(9.2

MB) Hightail https://www.hightail.com/download/cUJWZGlzR3N0TWw3czlVag

Mozilla Thunderbird makes it easy to share large files over email.