XP Group
601 Van Ness Ave, MS E3613
San Francisco, CA 94102
legal@xpvehicles.com

Evidence Set, per BRANCHES public
law center http://www.globalscoop.net   Case # 2788-D

*In pro per Claimant and Plaintiff group requesting Court
Appointed legal counsel*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
Gawker Media LLC, *et al.*, [1]           :        Case No. 16-11700 (SMB)
                                          :
Debtors.                                  :        (Jointly Administered)
                                          :
-----------------------------------------------------x


**NOTICE OF REQUEST TO PROPERLY STATE *"THE RUSSIANS DID IT"* SCENARIO IN
CONTEXT OF THE GAWKER BANKRUPTCY**


**PLEASE TAKE NOTICE** that a number of case opposition and creditor members have made
assertions that aligns with the single largest news story group in the world this week. That news story
class states that the "Russians" caused everything from "Hillary Clinton's downfall" to all of the
hackings to John Podesta's illicit schemes to the appearance of high grapefruit prices at Safeway. If one
were to take these vast numbers of "fake news" disinformation stories at face value, one might presume
that the Russians secretly run Gawker Media. Let us publicly examine the facts.

Nick Denton and Gawker Media are indeed financed by at least one Russian billionaire "business man"
as a number of news sources have reported.

Today, Julian Assange and Edward Snowden, two of the most famous whistle-blowers in history (based
on the world population numbers as of today and the estimated impressions each has achieved to this
hour; a number which exceeds 4 billion) stated that none of their leak sources are from "Russians". In
fact, they have stated that a large part of their leak sources came from the staff of the Democratic
National Committee.

---

1    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker
Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker
Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring
Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o
Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Gawker Media is employed by the Democratic National Committee for political attack projects. Does this mean that Gawker is a Russian agent? Let us explore.

John Podesta and his brother are lobbyists for Russian billionaires and hold stock in Russian businesses that the FBI have associated with Russian crime operations. John Podesta runs DNC activities  and Hillary Clinton campaign activities. Does this indicate nefarious involvement with Russians or is this just a coincidence? Let us explore.

Certainly, it is clear from the hundreds of thousands of news reports that many parties inside the DNC and the Clinton Foundation had become concerned that they were witnessing organized crime activities within those organizations. It is only logical to assume that some of those parties reported those crimes to the police. In fact, Wikileaks, and now XP Group, have as of today, confirmed that such leaks did occur as persons with the DNC did report such crimes to the police.

In fact, also in today's news is the revelation that the head of the NSA's whistle-blower support program is under indictment by the NSA for attacking whistle-blowers instead of helping them. Including in the hearing material on this person is the assertion that HE caused Edward Snowden to engage in the leak by refusing to help those, like Snowden, who were reporting crimes. This proves that current system failures are causing whistle-blowers. This validates the fact that it was most likely law-enforcement positive DNC staff who leaked the DNC files and not a Russian hacker.

In fact, President Elect Donald Trump spoke with James Comey, the head of the FBI, only days ago and Mr. Comey assured Mr. Trump that no data supports the rumor that the "Russians" hacked anything in the U.S. 2016 elections.

**PLEASE TAKE FURTHER NOTICE** that XP reports to the office of Mr. James Comey at the FBI and to Mr. David Johnson of the San Francisco FBI and has done so since 2009. XP would certainly have been advised that this was a national security matter involving Russian hackers if any FBI official suspected such a thing. XP believes that the crimes and illicit deeds under discussion are entirely domestically based and fall under domestic RICO laws.

Part of Gawker Media is located next to and staffed by Russians. Does this make those Russians "Naughty Russians"? Certainly not!

Are there "Naughty People" in Eastern Bloc areas? Certainly Yes. In order to try to hide news stories about crimes that the Gawker Media or DNC members who are up to evil might want to hide, they might use a group in Russia called "The Agency", which is well documented by Gawker's writers. They might also use a "low Earth Orbit ion cannon" known as a DDOS Attack Engine such as the one described in this alert today, about, ironically, that very same part of the world:

"This entry was posted in General Security, Wordfence, WordPress Security on December 16, 2016 by mark  61 Replies

At Wordfence we constantly monitor the WordPress attack landscape in real-time. Three weeks ago, on November 24th, we started seeing a rise in brute force attacks. As a reminder, a brute force attack is one that tries to guess your username and password to sign into your WordPress website.

In today's post we show you how attacks have increased during the past 3 weeks and share some data about where attacks are originating from.

# First: How to protect yourself from these attacks

Brute force attacks are unsophisticated. They are simple password guessing attacks. A machine will automatically try to sign into your website over and over in the hope that it can guess your password.

If you install the free version of Wordfence, you are automatically protected against brute force attacks. It's that simple. We also automatically block the worst offenders completely, and we share some information below on who those are.

We have a few other really cool options, like preventing username discovery and immediately locking out invalid usernames. All these techniques help protect you against brute force attacks.

Download and install the free version of Wordfence today to get instant protection against brute-force attacks.

# A sustained increase in Brute Force WordPress Attacks

During the past three weeks we have seen the **number of sites attacked** each day almost double. The dotted blue line indicates the average number of attacked sites for the 60 days shown.  The charts below show attack patterns over the past 2 months.



We have observed the **number of brute force attacks blocked** increase significantly above our 60 day average.



And what most concerns us is that we have seen a rise in **unique IP addresses that are attacking WordPress websites** per day. This rise started on November 24th and has spiked significantly during the past week.



This has now increased far above our baseline. Usually we see an average of around 13,000 unique IP's attacking each day. We're currently seeing over 30,000 unique attacking IPs and this is continuing to increase.

# Who is Brute Force Attacking WordPress sites?

The charts above show data for the past two months. We then analyzed attacks during the past 24 hours to see who is currently attacking WordPress sites.

The following table shows the top 20 countries sorted by attacks during the past 24 hours. As you can see, Ukraine is by far the main culprit, responsible for over 15% of total attacks. That is a lot when you consider that the population of Ukraine is only 45 million people.

```
+--------------------+----------------+------------+
| countryName        | totalAttacks   | percentage |
+--------------------+----------------+------------+
| Ukraine            |      2349087   | 15.7%      |
| France             |      1663554   | 11.1%      |
| Russia             |      1016810   | 6.8%       |
| United States      |       991529   | 6.6%       |
| India              |       874440   | 5.8%       |
| China              |       638020   | 4.2%       |
| Germany            |       482269   | 3.2%       |
| Italy              |       367162   | 2.4%       |
| United Kingdom     |       331594   | 2.2%       |
| Japan              |       310467   | 2.0%       |
| Indonesia          |       295746   | 1.9%       |
| Brazil             |       272819   | 1.8%       |
| Republic of Korea  |       260668   | 1.7%       |
| Poland             |       203052   | 1.3%       |
| Romania            |       202120   | 1.3%       |
| Canada             |       184237   | 1.2%       |
| Turkey             |       183994   | 1.2%       |
| Pakistan           |       178648   | 1.1%       |
| Philippines        |       177972   | 1.1%       |
| Malaysia           |       171361   | 1.1%       |
+--------------------+----------------+------------+
```

Most of the attacks come from 8 IP addresses in Ukraine.

```
+-------------------+-----------+-------------------------+----------+----------------+-------------+
| IP                | attacks   | hostname                | asNumber | Organization   | countryName |
+-------------------+-----------+-------------------------+----------+----------------+-------------+
| 91.200.12.18      | 271160    | kehuqyuda.com           | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.42      | 229631    | wangzhanpaim0901.com    | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.92      | 213829    | kehu1101.com            | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.81      | 187734    | 1030.2016.com           | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.86      | 168090    | huangdiqda0515.com      | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.29      | 161644    | a170786572.example.com  | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.93      | 146310    | huangdi0910.com         | 35804    | Pp Sks-lugan   | Ukraine     |
| 91.200.12.114     | 139835    | a170786571.example.com  | 35804    | Pp Sks-lugan   | Ukraine     |
+-------------------+-----------+-------------------------+----------+----------------+-------------+
```

These IPs all belong to the same organization and are on the same network. Doing [a Google search on the top IP brings back](#) many reports of abuse around the Internet. They belong to a hosting company in Ukraine called "Pp Sks-lugan". The servers are a mix. Some aren't running any services. Others appear to be running Windows IIS web server.

These IPs are using brute force attacks exclusively. They don't launch any sophisticated attacks. They are hammering away at WordPress sites at a rate of over a quarter million login attempts each, in some cases, during a 24 hour period.

When we add up attacks during the past 24 hours and group by the organization that owns the attacking IP address, you can really see the impact that the Ukrainian host is having.

Keep in mind that as you look at the data below, some organizations like GoDaddy are very large. They actually make up a large percentage of total WordPress sites on the Net. And so before you call out a hosting provider for being 'insecure', you should consider their size and that it takes the operations team at each hosting provider some time to respond to a hacked site and take it offline.

We also think the table below illustrates how most attacks originate from specific networks that are relatively obscure.

```
+-------------------------------------------------+--------------+
| Organization                                    | totalAttacks |
+-------------------------------------------------+--------------+
| Pp Sks-lugan                                    |     1650353  |
| Iliad-Entreprises                               |      959617  |
| OVH SAS                                          |      372433  |
| GoDaddy.com, LLC                                |      329723  |
| Korea Telecom                                   |      177553  |
| BSNL                                            |      176991  |
| China Unicom Liaoning                           |      170729  |
| NTT                                             |      170288  |
| Leaseweb Deutschland GmbH                       |      147776  |
| FOP Tokarchuk Oleksandr Stepanovich             |      144322  |
| Netplan Internet Solutions Ltd                  |      140077  |
| ISP Datasvit network                            |      130866  |
| HETZNER                                         |      126853  |
| 1&1 Internet AG                                 |      124294  |
| PT Telkom Indonesia                             |      120596  |
| Kyivstar GSM                                    |      115879  |
| ONLINE SAS                                       |      109892  |
| TM Net                                          |      108601  |
| Philippine Long Distance Telephone              |      104639  |
| Telecom Algeria                                 |      103079  |
| Bharti Airtel                                   |       94721  |
| NTT America                                     |       82062  |
| OVH Srl                                         |       78463  |
| Rostelecom                                      |       77128  |
| PTCL                                            |       77016  |
| OVH Hosting                                     |       75805  |
| China Telecom                                   |       73769  |
| Telekom Srbija                                  |       71902  |
| myLoc managed IT AG                             |       69754  |
| BSNL Wimax                                      |       69426  |
| Private Entrepreneur Shantyr Yuriy              |       69146  |
| Reliance Communications                         |       66562  |
| Phoenix LLC                                     |       66315  |
| TE Data                                         |       63893  |
| Telecom Italia                                  |       63609  |
| Cloudie Limited                                 |       63411  |
| RCS & RDS Residential                           |       63242  |
| PE Tetyana Mysyk                                |       55298  |
| Emirates Telecommunications Corporation         |       55033  |
| Comcast Cable                                   |       54454  |
| Orange                                          |       54009  |
| Turk Telekom                                    |       53026  |
| Netvigator                                      |       52973  |
| PT Jasa Utama Capital                           |       51743  |
| Fastweb                                         |       51133  |
| SaudiNet                                        |       50482  |
| Hangzhou Alibaba Advertising Co.,Ltd.           |       49796  |
| Serbia BroadBand-Srpske Kablovske mreze d.o.o.  |       49061  |
| Vietnam Posts and Telecommunications(VNPT)      |       48813  |
| Oi Internet                                     |       48793  |
+-------------------------------------------------+--------------+
```

The top hosting provider is a tiny organization you've probably never heard of. But they're head and shoulders above most other companies on this list for the number of attacks that originate from their network.

The second company on the list, "Iliad-Entreprises", has 8 IP addresses in particular that launched between 50,000 and 210,000 attacks each during the past 24 hours. That is what makes up the bulk of the action on their network.

The difference between the top two networks and the network in third place is dramatic. OVH is a very large hosting provider, but we're seeing more than 4 times fewer attacks originating from their network than from the #1 Ukrainian host.

## Lock it down and stay safe this holiday season

If you run a WordPress site, make sure you lock it down so that you can relax over the holiday season. Brute force attacks are easy to protect against if you have the right tools. I've included a screenshot below of the Wordfence Login Security options that give you an idea of the many different ways we stop brute force attacks in their tracks. Click for a larger image.

As always I would love to hear your feedback and comments below and will be around to respond.

Mark Maunder – Wordfence Founder/CEO"

**PLEASE TAKE FURTHER NOTICE** that the Court may not be aware of such information weapons that Gawker may, or may not have used and may, or may not, still use. The described weaponzing of the web system described by Mark Maunder, above, is only ONE OF OVER 1000 SUCH ATTACK WEAPONS someone like Gawker Media might employ to attack an enemy or to shut down Hulk Hogan's counter-measures or to dramatically spread defamatory information about Hulk Hogan, Ashley Terrell, Meanith Huon or XP. Insidious, Yes?

**PLEASE TAKE FURTHER NOTICE** that, Russians did, though, cause this whole case matter in the first place via one of the most elaborate practical jokes ever played on one nation by another.

In the book: THE BIG DEAL, By Oscar Leung, the world learned the following:

*"...This is an entirely true story that sounds like a Hollywood movie. It is shocking. These are the facts. Vladimir Nintin started all this in 1989. Vladimir was an administrative clerk in the Soviet Army. As Russia was abandoning it's attempt to seize Afghanistan, Vladimir was in a small temporary military field office organizing some rolled up charts to go between the "Burn-Box and the "Return to Moscow" box. He made a decision that changed the course of history.*

*Today, in 2016, his choice has led to many deaths, the failure of a U.S. President, the collapse of a U.S. political party, the rise and fall of a vast field of "Cleantech companies", trillions of dollars in missing taxpayer funds and epic document leaks that have forever altered the way the world views it's governments.*

*Vladimir had some documents in his hands at that moment. The afternoon sun was driving shafts of amber light through the Perspex windows of the canvas and wood make-shift field office. Vlad was organizing the take away documents for the Russian retreat from Afghanistan. The shafts of light, in Afghanistan are always made solid by the constant dust that is everywhere. That dust left a thin layer of itself on everything.*

*These particular documents were called: "The Treasure Maps". They were said to show where five trillion dollars worth of copper, lithium, indium and other technology minerals were hidden in the Afghan plains. That lithium and indium could power Elon Musk's cars and Solyndra, Fisker's, Abound's Cleantech (if only a certain group of Silicon Valley billionaires had a way to monopolize that...hmmmm?)*

*But; were those "Treasure Maps" a trick or a treat?*

*To this day, controversy exists across the intelligence communities, of many nations, about whether, or not, those maps were a scam created to "trick the American's" or the actual locations of trillions of dollars of mining deals that were "antibody's for the taking". The papers that the CIA geologists pulled
out of that archival library in Kabul, Afghanistan still read to be a bit too convenient for what happened
next.*

*Decades later, after an invasion or two, and vast expenditures of cash, political capitol and lives, very little of the promised golden mining treasure has materialized. What has materialized is epic corruption,
political payola, campaign secrets, deaths and controversy.*

*Goldman Sachs, McKinsey Consulting and Deloitte helped a few rogue CIA buddies distribute a huge number of white papers and press releases which used the buzz words: "Trillions of dollars of lithium in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium". Why would those particular companies put so much effort into hyping a pile of dirt on the other side of the planet?The answer lies in who they hyped it to and who took the bait. It turns out, most of the money that
flowed through this (probable) scam financed the Obama campaign. It also turns out that those who skimmed profits from this vast flowing river of corruption sludge were Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson and the very pack of investors who co-funded the Obama campaign. They were also the very same people who, exclusively, got the only cash from the Obama Administration. They are also the very same people who had partnered with the Russian mining companies who were standing by to go back into Afghanistan to dig up this magical dirt-pile. Where "covert mining deals"*

*were never a big election deal, in 2016, thanks to some monumental document leaks, they became one of the biggest deals in U.S. history..and not in a good way.*

*PROPUBLICA BUSTS OPEN:*
*The Afghanistan Mining Scam Failure*
*G.I. Dough*
*The U.S. Spent a Half Billion on Mining in Afghanistan*
*With 'Limited Progress'*
*The Special Inspector General for Afghanistan Reconstruction has labelled yet another project in danger of failing. This time its U.S. plans to develop the country's oil, gas and minerals industries.*
*by Megan McCloskey*
*ProPublica,*
*G.I. Dough*
*ProPublica is investigating how billions of U.S. tax dollars have been spent on questionable or failed projects and how those responsible for this waste are rarely held accountable.*
*Latest Stories in this Project*
*Pentagon Task Force: We Want Villas and Flat-Screen TVs in Afghanistan*
*Plot Thickens: Pentagon Now Facing More Scrutiny Over $766 Million Task Force*
*Watchdog Accuses Pentagon of Evading Questions on $800 Million Afghanistan Program*
*Taxpayers Fund Yet Another Unneeded Building in Afghanistan*
*The Military Built Another Multimillion-Dollar Building in Afghanistan That No One UsedThe United States has spent nearly half a billion dollars and five years developing Afghanistan's oil, gas and minerals industries — and has little to show for it, a government watchdog reported today. The project's failings are the result of poorly planned programs, inadequate infrastructure and a challenging partnership with the Afghan government, the Special Inspector General for Afghanistan Reconstruction wrote in its newest damning assessment of U.S. efforts in the war-torn country. The finding comes after some 200 SIGAR reports have detailed inefficient, unsuccessful or downright wasteful reconstruction projects. A recent ProPublica analysis of the reports found that there has been at*
*least $17 billion in questionable spending.*
*We Blew $17 Billion in Afghanistan. How Would You Have*
*Spent It?*
*Here's just what the Special Inspector General for Afghanistan Reconstruction found. See for yourself how that money could have been used at home. Explore the app.The United States Agency for International Development and a Pentagon task force were in charge of developing a so-called "extractive" industry in Afghanistan — basically a system for getting precious resources out of the ground and to the commercial market. SIGAR called out both USAID and the Defense Department last year for their failures to coordinate and to ascertain the ability of Afghans to sustain the project, which unsurprisingly is not promising. In fact, when international aid stopped supporting the Afghan office responsible for oversight of the petroleum and natural gas industries, two-thirds of the staff were fired.*
*Exploiting these resources, which are estimated to be worth as much as $1 trillion, is pivotal to Afghanistan's economic future. SIGAR noted that the Afghan government has shown progress under USAID's tutelage in regulating and developing the commercial export of the resources. But the report said the project was still hampered by corruption, structural problems and a lack of infrastructure for the mining industry, such as reliable roads. Many of the mines operate illegally, with some profit going to the insurgency, SIGAR said.*
*When it came to individual extractive projects, there was little progress made, the IG found.*

*The controversial Pentagon task force in charge of much of the effort, the Task Force for Business
Stability Operations, spent $215 million on 11 extractive programs, but "after operating in Afghanistan
for 5 years, TFBSO left with nearly all of its extractive projects incomplete," SIGAR found. Three ofthe
programs technically met objectives, but one of those is of questionable value at best. The task
force built a gas station for an outrageously inflated cost and in the end it didn't have any customers.
So*

*while the objective to create the station was achieved, SIGAR doubted it was a worthwhile venture.
The task force, made up of mostly civilian business experts and designed to develop the Afghan
economy, has come under fire from SIGAR and Congress for demanding unusual and expensive
accommodations in the country, allegedly punishing a whistleblower, and lacking overall
accountability. The Senate is holding a hearing on the task force next week.*

*In today's report, SIGAR highlighted that the task force spent $46.5 million to try to convince
companies to agree to develop the resources, but not one ended up signing a contract. About $122
million worth of task force programs had mixed results, SIGAR said.*

*The Defense Department declined SIGAR's request to comment on its findings. In its response, USAID
said it has helped Afghanistan "enact investor-friendly extractive legislation, improve the ability to
market, negotiate and regulate contracts, and generate geological data to identify areas of interest to
attract investors." Any conclusions and criticisms, USAID told SIGAR, "need to be substantially
tempered by the reality that mining is a long-term endeavor."*

*daily newsletter to get more of our best work.Megan McCloskey*

*Megan McCloskey covers the military for ProPublica. Previously she was the national correspondent
at*

*Stars and Stripes.*

*Follow @MegMcCloskeyWHY A WEBSITE COMPANY DESPERATELY WANTS TO
PUSH ELECTRIC CARS! GOOGLE'S AWFUL SECRET*

*Google's owners got an exclusive kickback scam between themselves and the White House over
lithium ion batteries ravaged from war profiteering in Afghanistan, political rigging in Bolivia and
other war incursions.*

*Google wants to push electric cars to keep it's owners political payola scams alive.*

*Deadly, toxic, explosive, a risk to national security, fetus damaging...yet Google charged full speed
ahead into it.. READ THE REPORT TO SEE WHY!Obama administration to announce efforts to boost
self-*

*driving carsBy David Shepardson*

*Reuters*

*By David Shepardson*

*DETROIT (Reuters) - The Obama administration will announce efforts to boost self-driving cars on
Thursday, and President Barack Obama may discuss advanced transportation efforts in his final State
of*

*the Union Address on Tuesday, according to government officials.*

*Mark Rosekind, head of the National Highway Traffic Safety Administration, told reporters that
Transportation Secretary Anthony Foxx will be in Detroit to talk about efforts by the Obama
administration to speed the introduction of self-driving vehicles.*

*"Thursday is huge because this is the White House telling you that the secretary is going to be here to
amplify stuff that is coming out of the State of the Union, and it's focused on self-driving cars,"
Rosekind told reporters in Detroit.*

*There is not yet a clear legal framework governing their presence on U.S. roads.*

*Automakers and technology companies such as Alphabet Inc's Google have called on regulators to
clarify guidelines for introduction of autonomous driving technology, in part out of concern that a
mishap involving a self-driving car could result in costly litigation.*

*A Google spokesman said the company will take part in Thursday's announcement by Foxx. Detroit automakers are also likely to participate.*

*In December, Rosekind said he opposes a "patchwork" of state regulations on driverless cars and promised a "nimble, flexible" approach to writing new rules for self-driving vehicles.(Reporting by David Shepardson; Editing by Bill Rigby and Dan Grebler)*

*Google Seeks Multiple Auto Partners for Self-Driving Car Unit*

*Dana Hull danahull*

*John Lippert johnmlippert*

*⮞ Company wants to begin announcing some joint efforts this year*

*⮞ Google vehicle chief John Krafcik speaks at Detroit meeting*

*Share on Facebook Share on Twitter*

*Share on LinkedIn Share on Reddit Share on Google+ E-mail*

*Google hopes to form partnerships with many automakers and suppliers as it develops self-driving cars*

*to reduce traffic accidents and expand mobility for elderly and disabled people, the head of its vehicle project said.*

*The Alphabet Inc. company wants to announce some of those joint efforts during 2016, John Krafcik, the Google executive, said in Detroit at an Automotive News conference Tuesday held in conjunction with North American International Auto Show.*

*Almost every automaker "has been in to speak with us, if only to understand where we are," Krafcik said. "I don't know how many we'll end up having."*

*His comments counter speculation that Google would pick a single automaker as its exclusive partner for self-driving cars. Yahoo Autos reported last month that Ford Motor Co. would announce a joint venture with Google on self-driving. Fiat Chrysler Automobiles NV and General Motors Co. have also said they're talking with Google about developing self-driving cars.*

*Google Hires Former Obama Adviser Atkinson to Lead Global Policy*

*Jack Clark mappingbabel*

*Share on Facebook Share on Twitter*

*⮞ Caroline Atkinson was deputy national security adviser*

*⮞ Company faces probes in Europe and U.S. as influence growsGoogle has hired former White House Deputy National Security Adviser Caroline Atkinson to lead its*

*global policy team as the Internet advertising giant seeks an advocate to deal with regulators around the*

*world.*

*Atkinson, 63, stepped down in December from her post in U.S. President Barack Obama's administration as an emissary to the Group of 20 economies, negotiating behind-the-scenes on agreements of international scope and significance. Google, a unit of Alphabet Inc., currently faces probes from both federal and European regulators into its businesses, as the company's increasing influence over areas like mobile phones and Web search draws scrutiny.*

*"Caroline's an internationally respected diplomat and adviser, and we're delighted to have such a thoughtful leader heading our global policy team," Google General Counsel Kent Walker said in a statement.*

*Atkinson also previously worked at the National Security Council, the International Monetary Fund, the Treasury Department, and investor consultancy Stonebridge International. She was selected by the Obama administration in June 2013.*

*Articles*

*Afghanistan Waste Exhibit A: Kajaki Dam, More Than $300M Spent and*

*Still Not Done*
*Today, 12:30 p.m.*
*A Senate subcommittee is looking at waste by a Pentagon task force. It would do well to review the reasons why a major hydroelectric power plant sits unfinished.*
*The U.S. Spent a Half Billion on Mining in Afghanistan With 'Limited Progress'*
*Jan. 14, 12:49 p.m.*
*The Special Inspector General for Afghanistan Reconstruction has labelled yet another project in danger of failing. This time its U.S. plans to develop the country's oil, gas and minerals industries.*
*We Blew $17 Billion in Afghanistan. How Would You Have Spent It?*
*Dec. 17, 2015, 11:03 a.m.*
*The U.S. government has wasted billions of dollars in Afghanistan, and until now, no one has added it all up. Project after project blundered ahead. And Congress has barely blinked as the financial toll has mounted. Here's what the Special Inspector General for Afghanistan Reconstruction found.*
*Pentagon Task Force: We Want Villas and Flat-Screen TVs in Afghanistan*
*Dec. 3, 2015, 12:01 a.m.In its latest salvo, the inspector general dings the controversial task force for spending $150 million on*
*private housing in Afghanistan, including fancy meals and round-the-clock bodyguards.*
*Plot Thickens: Pentagon Now Facing More Scrutiny Over $766 Million Task Force*
*Nov. 25, 2015, 12:45 p.m.*
*Senators were already questioning why the Defense Department was restricting a government watchdog. Now there are criminal investigations and questions about retaliation against a whistleblower.*
*Watchdog Accuses Pentagon of Evading Questions on $800 Million Afghanistan Program*
*Nov. 2, 2015, 8:35 a.m.*
*Despite lacking access to key documents and personnel, the inspector general determined that nearly $43 million had been spent on a natural gas station that should have cost closer to $300,000.*
*Taxpayers Fund Yet Another Unneeded Building in Afghanistan*
*Sep. 3, 2015, 7 a.m.*
*The U.S. military shelled out millions before deciding the project was unnecessary, bringing the total for unused buildings spotted by the Inspector General for Afghanistan to nearly $42 million.*
*The Military Built Another Multimillion-Dollar Building in Afghanistan That No One Used*
*July 19, 2015, 11:01 p.m.*
*In its latest report, the inspector general found that the U.S. military continued to build a $14.7 million warehouse after it knew it wasn't needed, echoing an earlier investigation into an unused $25 million HQ.*
*Behavior of Military Lawyer in Boondoggle HQ Inquiry Under Scrutiny*
*May 28, 2015, 11:13 a.m.*
*Several U.S. Senators and military lawyers say they are concerned by Col. Norm Allen's attempts to thwart an investigation into why the U.S. Military built an unneeded luxury headquarters in Afghanistan.*
*Boondoggle HQ*
*May 19, 2015, 11:01 p.m.*
*The $25 Million Building in Afghanistan Nobody NeededMoney as a Weapons System*
*May 15, 2015, 8 a.m.*
*How U.S. commanders spent $2 billion of petty cash in Afghanistan*

*Billions Blown in Afghanistan Reconstruction Spending? (MuckReads
Edition)*
*March 31, 2015, 2 p.m.*
*Pentagon Finally Identifies the Remains of a POW Lost Since 1942*
*Jan. 27, 2015, 5 a.m.*
*Long buried alongside hundreds of unknown U.S. soldiers in the Philippines, Pvt. Arthur "Bud" Kelder
is on his way home after a lawsuit by his family and an investigation by ProPublica and NPR.*
*Head of Flawed Effort to ID Missing Soldiers Loses Job*
*Oct. 3, 2014, 9:32 a.m.*
*The departure of veteran lab director Tom Holland appears to be the first leadership change in the
Pentagon's overhaul of its identification process.*
*Pentagon Report Finds Litany of Problems with Effort to Recover MIAs*
*July 11, 2014, 11:17 a.m.*
*A draft inspector general report found that the mission lacks basic metrics for how to do the job – and
when to end it.*
*Pentagon Finally Decides to Dig Up Remains of Long Lost Soldier*
*July 1, 2014, 11:25 a.m.*
*After a ProPublica story, the military will exhume a grave in the Philippines that may hold the remains
of Bud Kelder, an American POW whose family has long been fighting the Pentagon to get him home.*
*Big Revamp of Pentagon's Troubled Mission to Find Missing Soldiers
Looks a Lot Like Old Revamp*
*April 16, 2014, 12:31 p.m.*
*Without change of leadership throughout, meaningful change could be elusive, critics say.*
*Pentagon Overhauls Effort to Identify its Missing*
*March 31, 2014, 6:20 p.m.*
*The restructuring promises to address many of the problems laid out in a recent ProPublica and
NPRinvestigation.*
*French, Germans Return Fallen GI After Pentagon Gives Up*
*March 21, 2014, 4:44 a.m.*
*For more than 50 years, Army PFC Lawrence S. Gordon was mistakenly interred as a German soldier
in a cemetery in France. Then European officials did what the U.S. military would not, exhuming him
and identifying him with DNA.*
*Four Ways to Really Fix the Pentagon's Effort to ID the Missing*
*March 14, 2014, 10:11 a.m.*
*Changes must go beyond bureaucracy to update the scientific approach and embrace outside help.*
*Mining in Afghanistan - Wikipedia, the free encyclopedia*
*Mining in Afghanistan is controlled by the Ministry of Mines and Petroleum, which is headquartered in
Kabul with regional offices in other parts of the country.*
*en.wikipedia.org/wiki/Mining_in_Afghanistan*
*The future of Silicon Valley may lie in the mountains of ...*
*The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt
flats of Western Afghanistan.*
*venturebeat.com/2014/03/20/lithium-afghanistan/*
*$1 Trillion Motherlode of Lithium and Gold Discovered in ...*
*A recently unearthed 2007 United States Geological Service survey appears to have discovered nearly
$1 trillion in mineral deposits in Afghanistan, far bey*
*mining.com/1-trillion-motherlode-of-lithium-and-gold...*
*Afghanistan: The Saudi Arabia of Lithium ? : Discovery News ...*
*Lithium, which is used to make batteries for everything from mobile phones to iPads, could transform*

*the war-torn nation's economy. THE GIST - Nearly $1 ...*
*news.discovery.com/earth/afghanistan-minerals-lithium.htm*
*Afghanistan the "Saudi Arabia of lithium " - Khaama Press (KP ...*
*The Afghanistan's natural resources are considered to be a silver lining for the economy of*
*Afghanistan,*
*as the NATO-led international coalition*
*khaama.com/afghanistan-the-saudi-arabia-of-lithium-1747Afghans Wary as Efforts Pick Up to Tap*
*Mineral Riches - The ...*
*With a trillion-dollar cache of oil, gold and other resources underground, hopes of self-sufficiency in*
*Afghanistan are tempered by worries about ...*
*nytimes.com/2012/09/09/world/asia/afghans-wary-as-eff...*
*The War is Worth Waging": Afghanistan's Vast Reserves of ...*
*"The War is Worth Waging": Afghanistan's Vast Reserves of Minerals and Natural Gas The War on*
*Afghanistan is a Profit driven "Resource War".*
*globalresearch.ca/the-war-is-worth-waging-afghanistan-s-vas...*
*Why Afghanistan's Lithium Is a Big Deal, Even If It Never ...*
*Why is this significant? Because even if Afghanistan's lithium never leaves the ground, the sudden,*
*black-swan appearance of a new and potentially massive ...*
*popsci.com/science/article/2010-06/why-finding-lithi...*
*U.S. Identifies Vast Mineral Riches in Afghanistan - The New ...*
*The nearly $1 trillion in untapped deposits are enough to fundamentally alter the Afghan economy and*
*perhaps the Afghan war itself, officials said.*
*nytimes.com/2010/06/14/world/asia/14minerals.html*
*The Spoils of the War on Afghanistan, One Trillion Dollars of ...*
*Above: An Italian helicopter flies over western Afghanistan during an international operation. Lithium*
*reserves have been found in the western part of that country.*
*globalresearch.ca/the-spoils-of-the-war-on-afghanistan-one-...*
*Conspiracy Theory- Afghanistan's Lithium Takeover*
*Conspiracy Theory- Afghanistan's Lithium Takeover. ... The candidate must support the corporation's*
*wishes, and this time it would be the Afghanistan mining ...*
*illuminatiwatcher.com/conspiracy-theory-afghanistans-lithium-ta...*
*Does Us Have Control Of Lithium Mines In Afghanistan - Prijom*
*The War is Worth Waging Afghanistan's Vast Reserves of Minerals : The 2001 bombing and invasion of*
*Afghanistan has been presented to World public for lithium ...*
*prijom.com/posts/does-us-have-control-of-lithium-min...*
*There are better places than Afghanistan to mine for lithium .*
*For years, the mining industry has known that there are vast supplies of lithium, an element that is*
*crucial to the technology business, sitting untapped u*
*slate.com/articles/news_and_politics/politics/2010/...Eyes on Afghanistan as Next Lithium Motherlode*
*| OilPrice.com*
*Eyes on Afghanistan as Next Lithium Motherlode. ... Lithium is positioned to play a key role in this*
*mining venue, as Afghanistan is said to have one of the world's ...*
*oilprice.com/Energy/Energy-General/Eyes-on-Afghanistan...*
*China, Not U.S., Likely to Benefit from Afghanistan's Mineral ...*
*Although the U.S. government has spent more than $940 billion on the conflict in Afghanistan since*
*2001, a treasure trove of mineral deposits, including ...*
*dailyfinance.com/2010/06/14/china-us-afghanistan-mineral-m...*
*Afghanistan grants key copper and gold permits | MINING .com*
*The government of Afghanistan announced Friday its preferred bidders for three of its four current*

*mineral tenders, with a consortium backed by City of London banker ...*
*mining.com/afghanistan-grants-key-copper-and-gold-mi...*
*Afghanistan's lithium Eureka: A big win for China, or another ...*
*Since reports emerged this weekend that Afghanistan is home to a massive deposit of useful minerals, namely lithium, the green news complex has been ...*
*venturebeat.com/2010/06/14/afghanistans-lithium-eureka-a-...*
*Dreams Of A Mining Future On Hold In Afghanistan : NPR*
*Afghan miners in a makeshift emerald mine in the Panjshir Valley in 2010. Reports suggest that Afghanistan is sitting on significant deposits of oil, gas ...*
*npr.org/2012/04/04/149611352/dreams-of-a-mining-f...*
*Massive Afghanistan Lithium Deposit (As In Batteries) Could ...*
*A large mineral deposit worth an estimated $1 trillion has been discovered in Afghanistan, Pentagon officials revealed today. The find could change the nation's ...*
*gizmodo.com/5562473/massive-afghanistan-lithium-depos...*
*US discovers natural desposits of gold, iron, copper and ...*
*A Pentagon memo claims Afghanistan could become the 'Saudi Arabia of lithium', a key raw material in the manufacture of batteries for laptops and mobile phones.*
*dailymail.co.uk/news/article-1286464/US-discovers-natural...*
*Afghanistan's Lithium , Pakistan's Loss - New America Media*
*Anonymous Posted Oct 2 2010. The electric car projects are just a scam to get a ceratin group of VC's to control the lithium fields in Afghanistan!*
*newamericamedia.org/2010/07/afghanistans-lithium-pakistans-lo...Lack of regulation limits Afghan gem mining | Global Risk ...*
*The lack of clear industry rules is hampering the growth of Afghanistan's mining sector. Blessed with mineral wealth, Kabul remains unable to utilize it.*
*globalriskinsights.com/2013/06/lack-of-regulation-limits-afghan-...*
*Afghanistan: War for Lithium ? (Mar 11, 2013) - Truth in Media*
*Afghanistan: War for Lithium? How supposed "War on Terror" and "War on Opium" morphed into "War for Lithium," mineral essential for building of nuclear weapons; US ...*
*truthinmedia.org/2013/AfghanWar.html*
*Vast $Trillion Mineral Deposits Discovered in Afghanistan ...*
*'Trillion dollar' mineral deposits have been discovered in Afghanistan according to US officials. These deposits include vast quantities of iron, copper, and lithium ...*
*thenewslink.com/afghanistan-lithium-trillion-dollar-miner...*
*Lithium in Afghanistan for electric cars: a blessing and a curse*
*Lithium in Afghanistan, as well as rich deposits of other precious minerals, could further complicate U.S. goals in the Afghanistan war.*
*personalmoneystore.com/moneyblog/lithium-afghanistan/*
*Afghanistan's Lithium Wealth Could Remain Elusive*
*Afghanistan may be the Saudi Arabia of lithium—a key energy storage medium—but prosperity will not flow easily.*
*news.nationalgeographic.com/news/2010/06/100616-energy-afghanistan-li...*
*Lithium in Afghanistan - mom.gov.af*
*Lithium in Afghanistan Figure 1. Lithium occurrences in Afghanistan on a low-resolution Landsat image, with major tectonic features, intrusive*
*mom.gov.af/Content/files/MoMP_LITHIUM_Midas_Jan_2014...*
*Afghanistan: Mining , Minerals and Fuel Resources*
*Afghanistan, with a total population of 30,419,928 as of July 2012, is located in Southern Asia, north and west of Pakistan, east of Iran. The country mostly has an ...*

*azomining.com/Article.aspx?ArticleID=170*
*Afghanistan copper, lithium worth $1 trillion | Marketplace.org*
*American geologists have reported that Afghanistan is sitting on $1 trillion of copper and lithium deposits, a new-found mineral wealth that marks the country as a*
*...marketplace.org/topics/world/afghanistan-copper-lithium-w...*
*Why Lithium Can't Save Afghanistan : Discovery News*
*Why Lithium Can't Save Afghanistan. Jun 16, ... After that comes mining lithium-bearing minerals right out of granites. Until recently, ...*
*news.discovery.com/earth/can-lithium-really-save-afghanistan...*
*The ASIA Miner - AFGHANISTAN - Survey of lithium deposits*
*Central Asian Mining Services (CAMS) has been contracted to assist in a survey of lithium deposits in Afghanistan. The country is believed to contain significant ...*
*asiaminer.com/news/latest-news/5996-afghanistan-survey-...*
*Afghanistan's trillion dollar curse: lithium - City of Brass*
*Afghanistan has a national mining law, ... about Afghanistan's trillion dollar curse: ... work and your post about Afghanistan's trillion dollar curse: lithium*
*beliefnet.com/columnists/cityofbrass/2010/06/afghanista...*
*lithium mining in pakistan - mtmcrusher.com*
*Why Afghanistan's Lithium Is a Big Deal, Even If It Never Leaves the . ... Lack of Regulation Limits Afghan Gem Mining | Global Risk Insights.*
*mtmcrusher.com/environment/lithium-mining-in-pakistan.html*


*The future of Silicon Valley may lie in the mountains of Afghanistan*
*Richard Byrne Reilly*
*Tags: Andrew Chung, Apple, Donald R. Sadoway, editor's pick, Jay Jacobs, Khosla Ventures, lithium, Lithium Exploration Group, lithium-ion batteries, Michel Chossudovsky, Tesla, Tesla Motors, top-storiesAbove: An Italian helicopter flies over western Afghanistan during an international operation. Lithium reserves have been found in the western part of that country.*
*Image Credit: ISAF Media*
*The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt flats of Western Afghanistan.*
*United States Geological Survey teams discovered one of the world's largest untapped reserves of lithium there six years ago. The USGS was scouting the volatile country at the behest of the U.S. Department of Defense's Task Force for Business and Stability Operations. Lithium is a soft metal used to make the lithium-ion and lithium-polymer batteries essential for powering desktop computers, laptops, smartphones, and tablets. And increasingly, electric cars like Tesla's.*
*The vast discovery could very well propel Afghanistan — a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana — into becoming the world's next "Saudi Arabia of lithium," according to an internal Pentagon memo cited by the New York Times.*
*The USGS survey report on Afghanistan that detailed the findings also noted that, in addition to lithium, the country also contains huge deposits of iron ore, gold, cobalt, copper, and potash, among many other valuable minerals.*
*"The mineral wealth there is astonishing," said professor Michel Chossudovsky of the Montreal-based Center for Research and Globalization, who has written extensively on Afghanistan.*
*A conservative estimate of the riches is $1 trillion. In some circles, it's as high as $5 trillion.Above: A typical lithium "button" cell found in many small electronics.*

*Image Credit: Rodrigo Senna*

*In Silicon Valley and beyond, tech companies like Apple, Google, Amazon, Microsoft, Hewlett-Packard, Samsung, Sony, and Tesla rely on continual, and uninterrupted, access to lithium, as lithium-based batteries are the primary power storage devices in their mobile hardware.*

*Without these batteries, MacBooks, iPads, iPhones, Kindles, Nooks, Galaxy IIIs, Chromebooks, and, yes, Tesla Model S cars would be largely worthless. If forced to use older, nonlithium batteries, their battery lives would certainly be much shorter.*

*The world's current lithium heavyweight is Bolivia, the biggest exporter of the element. There, in the swamps and marshlands of the southern region of the country near where the borders of Chile and Argentina meet, are the biggest deposits.*

*Canada, China, Australia, and Serbia also have varying amounts of lithium, but not as much as Bolivia.*

*Or apparently, Afghanistan.*

*Enough to last a lifetime*

*Depending on who you talk to, the current lithium global reserves are adequate for at least another generation of lithium-ion battery manufacturers to produce them.*

*But not everybody thinks so, and some say the light metal compound may someday run dry. That could in turn spell trouble for any company whose business depends on light and portable mobile electronics — unless someone comes up with an alternative to lithium batteries before then.*

*The experts VentureBeat interviewed pointed to sharp year-on-year increases in the demand for lithium.*

*That's putting heavy pressure on existing stockpiles.*

*According to Lithium Americas, a Canadian lithium-mining company with significant business interests in Argentina, lithium demand will more than double in the next 10 years, while lithium prices have nearly quadrupled during the same timeframe.*

*Tesla, for its part, is in the process of investing up to $5 billion to build its own lithium-ion Gigafactory in Texas, a plant capable of churning out 500,000 expensive battery packs a year by 2020 for its line of zero-emission, all-electric cars.Above: Tesla predicts that its "Gigafactory" will produce more lithium batteries (by capacity) in 2020*

*than the entire global production of such batteries in 2013.*

*Image Credit: Tesla Motors*

*A Tesla spokeswoman did not return calls seeking comment.*

*As a potential source to feed that demand, enter Afghanistan.*

*"At some point, if present trends continue, demand [for lithium] will outstrip the supply. And again, at some point, the market for lithium-ion could get so big that it actually affects the supply chain," said Donald R. Sadoway, a professor of the Materials Chemistry Department of Materials Science and Engineering at MIT.*

*Looking at Afghanistan, Sadoway says the war-ravaged nation, which has no effective mining infrastructure in place, may well be attractive to the world's mining outfits.*

*"In this regard," Sadoway, one of the world's foremost experts on energy sources, says, "the deposits in*

*Afghanistan could be important."*

*Andrew Chung, a venture capitalist with Khosla Ventures in Silicon Valley who has invested in multiple startups producing alternative batteries, says lithium-ion batteries are limited in their lifetime cycles, scalability, and cost. Despite this, Chung says, he can understand how the untapped reserves of Afghan lithium are now an increasing focus.*

*"It is an issue of the supply chain, whether it's Afghanistan or other [countries]. There is a finite supply,*

*and lithium-ion will continue to be the [power] choice for the next decade," Chung said.*

*Some of the Valley's biggest and most powerful tech companies either declined to comment for this story or never returned calls. But they didn't deny the importance of lithium-ion batteries.*

*For instance, an Apple spokesperson declined to comment for this story but provided VentureBeat with a 2014 "Suppliers List" of the 200-plus vendors it uses to produce its products. A related post made the*

*Cupertino, Calif.-based company's commitment to lithium batteries clear, at least in the short term.*

*"Rechargeable, lithium-based technology currently provides the best performance for your Apple notebook computer, iPod, iPhone, or iPad," the Apple post says.*

*Sony Energy Devices Corp. invented the lithium-ion battery in 1994. It was hailed as a breakthrough, providing longer battery life and without the "memory effect" that gradually reduced the effective capacity of previous types of batteries.*

*Since then, companies have gradually refined lithium battery technology but have not succeeded in moving beyond it. Indeed, early Tesla cars are actually powered by large packs of industry-standard lithium-ion battery cells — the same type of cells found in many laptop batteries.*

*And here is where it gets interesting.*

*Sharply increasing demand*

*Above: The custom battery pack Tesla uses for its Tesla Model S. Inside are hundreds of lithium cells.*

*Image Credit: Tesla Motors*

*If electric car manufacturers begin ramping up production of lithium-ion battery-powered cars, the global demand for lithium will skyrocket. This could potentially come about at the same time for increasing demand for handheld consumer goods like tablets and laptops, Chung said, thus creating a perfect storm.*

*"So you want to start looking at other sources producing it with current supplies being called into question, if we move more toward production of electric cars," Chung said.*

*Which is why, increasingly, eyes are turning to Afghanistan and its new purported lithium reserves, a country long referred to as the "graveyard of empires." The U.S. invaded Afghanistan after the terror attacks of Sept. 11, 2001, and according to iCasualties, 2,315 American servicemen and women have been killed there.*

*Analyst Jay Jacobs of Global X Funds in New York, which has interests in lithium mining, said demand for the compound is growing, and that "there are two regions that have been revealed to contain huge lithium reserves: Afghanistan and Bolivia."*

*William Tahil, a respected lithium expert who lives in France and is the general director for Material International Research, argues that lithium deposits in Bolivia will at some point be depleted.*

*Jacobs was sanguine about safely extracting lithium from Afghanistan. He said political risks there were considerable.*

*"With that being said, should there be a substantial and sustained increase in demand for lithium, lithium miners may become increasingly interested in the country as it has an abundance of the resource," Jacobs said.*

*It was the Soviets who first discovered the country's deposits when they invaded in 1979. Soviet geologists began mapping Afghanistan's lithium, gold, and potash fields but abandoned their efforts after the former communist superpower pulled out of the country in 1989.*

*But with a weak and corruption-plagued "central government," Afghanistan is now ripe for the picking,*

*Chossudovsky said. Indeed, the country is still very much divided into fiefdoms, with the Muslim fundamentalist Taliban, warlords, and drug traffickers controlling large swaths of the country — and using violence to advance their interests.*

*"There's no question the mining companies will go in there. No question. There's no real functioning government there to reap the foreign investment of the mineral deposits. This makes it all the more enticing to the mining companies because nobody in the government of [President] Hamid Karzai will*

*be regulating the bonanza of lithium, so they can do what they want," he said.*
*Jockeying for positionAbove: A lithium processing plant in Chile. Lithium is typically refined from vast piles of mineral salts.*
*Image Credit: Reduse.org*
*For its part, the U.S. government, which helped locate the lithium deposits using flyovers with a sensor-filled Lockheed P-3 Orion and teams of geologists fielding soil samples, knows a potential gold rush when it sees one. And it has no intention of being left on the sidelines. Especially since the Chinese are now — and quickly — making deals with Afghan pols for mineral rights to copper deposits.*
*The USGS did return multiple calls seeking comment. Nor did the Pentagon.*
*Despite what some say are the shortcomings of lithium-ion batteries, venture capitalists and investors continue pouring money into them. Amprius, a lithium battery maker based in Sunnyvale, Calif., snared a $30 million infusion round of investor cash in January.*
*Over at the Afghan embassy in Washington, D.C., the Afghans are licking their lips at the potential lithium and mineral windfall despite the country's continued conflict with a resurgent Taliban. What this may portend for the impoverished and war-torn nation is anybody's guess. But the Afghans are playing up the finds — or they were, until recently.*
*"In recent years, headlines from the Afghan mineral sector have competed to outdo each other in scale:*
*from the landmark $3 billion Chinese investment in the Aynak copper concession to the astounding survey work of the U.S., Afghan, and British Geological Services estimating anywhere between $1 trillion and $3 trillion in mineral potential, to the historic $11 billion deal now being finalized with an Indian consortium for the Hajigak iron ore concession," said a posting on the Afghani Washington DC website.*
*Afghanistan's ambassador to the U.S., Eklil Hakimi, presided over a press conference at the Afghan embassy in Washington, D.C., on March 10, where he talked about the untapped deposits, along with reps from the USGS and other U.S. politicians.*
*But Hakimi, through a spokesman, told me he simply didn't have the time to talk..."*

The above is only a partial sample of evidence from that book. Over 10,000 pages of evidence have been linked to the court files confirming the above facts.

**PLEASE TAKE FURTHER NOTICE** that while it is a false flag to embrace the anti-Trump clarion call that "The Russians did it", there are certainly some important Russian parties to take note of in this matter.

**PLEASE TAKE FURTHER NOTICE that Gawker Media ran multiple hit-jobs on XP in order to harm XP and XP's staff in order to punish them for competing with Tesla's and Solyndra's Afghan lithium and indium multi-trillion dollar mining scam and to try to diminish XP if a Special Prosecutor could have been moved into place in the Obama Administration. GAWKER MEDIA IS A HIRED CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION ENGINES!**

**PLEASE TAKE FURTHER NOTICE** that copies of any motions scheduled for hearing on the omnibus dates may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at

http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein. You may also obtain copies of non-classified evidence for this case at http://www.globalscoop.net  Case # 2788-D in folders # A-1 through A-50.

**PROOF OF SERVICE**

Plaintiffs group hereby certifies that on this date we caused this filing to be served via a true and correct copy of the foregoing by causing copies of same to be served on all counsel of record, all known creditors, federal law enforcement liaisons and on the U.S. Trustee for the Southern District of New York, Region 2, by electronic filing same via electronically traced and tracked digital networking and using the Prime Clerk case system and the Judge's office electronic filing system.


XP Group
601 Van Ness Ave, MS E3613
San Francisco, CA  94102
legal@xpvehicles.com