# Darkened Corridors

A ProPublica Live Wiki-Documentation

A gunshot rang through the corridors of San Francisco City Hall. A Mayor was dead and a new mayor was moved into position. The bullet that killed Mayor George Moscone on November 27, 1978 would lead to political corruption in 2016 that would change the course of the world. Systematized political rigging had breached a new era.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as The Silicon Valley Cartel.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of input. Did John Doerr have George Moscone killed? Did he also kill Rajeev Motwani, Vince Foster, Gary D. Conley, Ravi Kumar, Andrew Breitbart, or the 78 other folks who had information that Doerr would not like to see go public? Maybe not…maybe so. What does the FBI think? Every single one of these people died before their time and they had information that threatened Doerr and his Silicon Valley political schemes.



Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments.[7][8] The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets. Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9][10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions.[11] Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.



All three were placed under permanent surveillance by the FBI and multi-agency task force groups. Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of-interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed and got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters. The cover-up makes Watergate pale in comparison. Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.

The media outed Feinstein and she never made it to the White House. The internet has dubbed her: **"The most corrupt living politician in America".** While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this: *"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"*

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

The scheme worked stunningly, until it didn't. 60 Minutes has a great investigative segment called: **THE CLEANTECH CRASH**. This tells the story of part of the corruption but it only begins the tale. Someone took the largest corrupt hand-out in U.S. history and then crashed all of the Silicon Valley Cartel's "Green Scheme" companies. It is thought that a GOP-based SWAT Team took on the task. The Cartel had already gotten most of their payola from skims off-the-top and from stock market pump-and-dumps created by exploiting the free government money that could be used to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skimmed the momentary high-points on the Wall Street stock exchange.

Kleiner loved to steal federal funds under the guise of "It will help the nation".

The green-washing "Cleantech" deal didn't work out so well so they moved their pitch to "Let's stop terrorists". Kleiner had funded many database companies so Silicon Valley pitched Washington that all of their database companies could spy on every American and "*see the future like Tom Cruise did in the movie Minority Report and catch bad guys before they become bad"*. This was just a scam to try to make the wasted internet toys stay relevant. That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billions dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has no application in real life.

The newest tactic is "Driverless Cars". Nobody wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

Our reporters will cover, in detail, how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles. We could not cover this story until now because we needed to wait until this Presidential election raised the interest level in such dirty deeds. We also needed to wait until someone like Wikileaks dropped the archives to prove that these kinds of insane and epic corruption deals actually happen. It is likely not the Russians who are responsible for all of the leaks but insiders from Google, KPBC, the DNC and Facebook. It may even be FBI moles who have been inside these operations as well as Ellen Pao-esque players who were simply disgusted by the corruption.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

Stay tuned for part two:  **A Death In The Family**

**Topics: KPCB, John Doerr, Dianne Feinstein, Elon Musk, Larry Page, Corruption, Google, Donald Trump, Hillary Clinton, Eric Schmidt, pay to play, quid pro quo, White House corruption, FBI, Huma Abedin, Weiner-Gate**

This publication is constantly updated by the internet via WikiPedia Process