# Hillary Clinton Sponsored Secretive Arab Spring Program with Google, In-Q-Tel and New America Foundation to Destabilize Middle East

51



by Patrick Howley – A Big Government Brietbart Investigation

**Google's Commotion and Serval software along with Google backdoors were given out to Middle East refugees but they were used, not to help, but to hinder. Eric Schmidt Co-manages and funds In-Q-Tel and New America Foundation. All these efforts were directed by Hillary Clinton in the State Department. This created ISIS.**

WASHINGTON, D.C. – The U.S. State Department under the leadership of Secretary Hillary Clinton continued a program to embolden foreign, revolutionary, social media activists to agitate for regime change in various parts of the world. The program arguably had major, detrimental consequences for the trajectory of the Middle East.

Recent leaks show a memo that top Clinton aide Huma Abedin sent to her boss stating, "I'm giving you credit for inspiring the 'peaceful' protests," with regard to Egypt, with quotation marks around the word "peaceful."

The United States government is believed to have utilized a program called the Alliance of Youth Movements Summit, co-founded by a close Hillary Clinton adviser, to provide networking opportunities for an activist plotting to overthrow Egyptian leader Hosni Mubarak several years before the "Arab Spring" protests that led to widespread regime change in the Middle East.

Through the Alliance of Youth Movements Summit, the U.S. learned that the Muslim Brotherhood was supportive of a plan to overthrow Mubarak. The U.S.-supported Muslim Brotherhood later briefly ruled Egypt after Mubarak's ouster.

**PRE-CLINTON**

On November 18, 2008, two weeks after Barack Obama was elected U.S. president, the U.S. State Department announced the first Alliance of Youth Movements Summit at Columbia Law School in New York City. A permanent group called the Alliance of Youth Movements (AYM) was developed by Summit leaders after the first Summit convened.

Bush State Department official Jared Cohen, listed as the "international press contact" for the Summit, described some goals of the conference before it convened in December.

Dr. Oz Hassan of the University of Warwick in the United Kingdom describes the Summit as the "brainchild" of Mr. Cohen. He was reportedly a co-founder of the Alliance of Youth Movements, the organization that grew out of the Summit.

Cohen, who advised former Secretary of State Condoleezza Rice and then served as a close adviser to Hillary Clinton, is perhaps indicative of the overlap between the Bush and Clinton foreign policy establishment. He serves as an adjunct senior fellow at the Council on Foreign Relations, one of the key institutions that sustains globalism and neoconservatism in both the Democrat and Republican parties.

Cohen said of the 2008 Summit:

> We are seeing movements across the world use a diverse set of technologies. The simplest is Television, where we are seeing groups that have the means put their videos and images on screen in the form of commercials. But we are seeing a lot of activities using mobile phones and the Internet.
>
> With mobile phones, there is a tactic called "smart mobbing," where mobile phones are used to assemble young people around a cause. On the Internet, we are seeing online social networks like Facebook, MySpace, Bebo, and Orkut serve as important forums for young people to assemble together, build a cause, a mission, and organize events.

According to confidential dispatches from the U.S. Embassy in Cairo, the U.S. government enabled an anti-Mubarak, Egyptian activist to attend the Summit, introduced him to U.S. government officials, and kept in contact with him after he returned to Egypt. The activist stressed to the U.S. that the Muslim Brotherhood was interested in removing Mubarak from power.

The December 2008 dispatch stated:

On December 23, April 6 activist xxxxxxxxxxxx expressed satisfaction with his participation in theDecember 3-5 \"Alliance of Youth Movements Summit,\" and with his subsequent meetings with USG officials, on Capitol Hill, and with think tanks. He described how State Security (SSIS) detained him at the Cairo airport upon his return and confiscated his notes for his summit presentation calling for democratic change in Egypt, and his schedule for his Congressional meetings. xxxxxxxxxxxx contended that the GOE will never undertake significant reform, and therefore, Egyptians need to replace the current regime with a parliamentary democracy. He alleged that several opposition parties and movements have accepted an unwritten plan for democratic transition by 2011; we are doubtful of this claim.

The U.S. government was aware that the activist was plotting regime change in Egypt. According to the dispatch:

xxxxxxxxxxxx expressed satisfaction with the December 3-5 \"Alliance of Youth Movements Summit\" in New York, noting that he was able to meet activists from other countries and outline his movement's goals for democratic change in Egypt. He told us that the other activists at the summit were very supportive, and that some even offered to hold public demonstrations in support of Egyptian democracy in their countries, with xxxxxxxxxxxx as an invited guest. xxxxxxxxxxxx said he discussed with the other activists how April 6 members could more effectively evade harassment and surveillance from SSIS with technical upgrades, such as consistently alternating computer \"simcards.\" However, xxxxxxxxxxxx lamented to us that because most April 6 members do not own computers, this tactic would be impossible to implement. xxxxxxxxxxxx was appreciative of the successful efforts by the Department and the summit organizers to protect his identity at the summit, and told us that his name was never mentioned publicly.

The dispatch described the activist's "Washington Meetings and April 6 Ideas for Regime Change":

xxxxxxxxxxxx described his Washington appointments as positive, saying that on the Hill he met with xxxxxxxxxxxxx, a variety of House staff members, including from the offices of xxxxxxxxxxxx and xxxxxxxxxxxxx), and with two Senate staffers. xxxxxxxxxxxx also noted that he met with several think tank members. xxxxxxxxxxxx said that xxxxxxxxxxxxx's office invited him to speak at a late January Congressional hearing on House Resolution 1303 regarding religious and political freedom in Egypt.

The activist is said to have pressured U.S. government officials to support policies that would help spark regime change. According to the dispatch:

xxxxxxxxxxxx described how he tried to convince his Washington interlocutors that the USG should pressure the GOE to implement significant reforms by threatening to reveal CAIRO 00002572 002 OF 002 information about GOE officials' alleged \"illegal\" off-shore bank accounts. He hoped that the U.S. and the international community would freeze these bank accounts, like the accounts of Zimbabwean President Mugabe's confidantes. xxxxxxxxxxxx said he wants to convince the USG that Mubarak is worse than Mugabe and that the GOE will never accept democratic reform. xxxxxxxxxxxx asserted that Mubarak derives his legitimacy from U.S. support, and therefore charged the U.S. with \"being responsible\" for Mubarak's \"crimes.\"

> He accused NGOs working on political and economic reform of living in a \"fantasy world,\" and not recognizing that Mubarak — \"the head of the snake\" — must step aside to enable democracy to take root.

The dispatch informed Washington that the Muslim Brotherhood in Egypt was ready to take part in an uprising:

> xxxxxxxxxxxx claimed that several opposition forces — including the Wafd, Nasserite, Karama and Tagammu parties, and the Muslim Brotherhood, Kifaya, and Revolutionary Socialist movements — have agreed to support an unwritten plan for a transition to a parliamentary democracy, involving a weakened presidency and an empowered prime minister and parliament, before the scheduled 2011 presidential elections (ref C). According to xxxxxxxxxxxx, the opposition is interested in receiving support from the army and the police for a transitional government prior to the 2011 elections.
>
> xxxxxxxxxxxx asserted that this plan is so sensitive it cannot be written down.

**CONTINUITY BUSH**

When Hillary Clinton took over the State Department the next month, she kept Cohen on her State Department Policy Planning staff. Cohen worked for Clinton for almost two years, where he focused on counter-radicalization strategies in the Middle East, before taking a job with Google (now Alphabet).

[One speaker bio](#) describes him as "a close advisor to both Secretaries of State Condoleezza Rice and Hillary Clinton, where he was not only the youngest member of Policy Planning in history, but also one of the few appointees kept on in both administrations."

After Clinton took office, her State Department sponsored the next Alliance of Youth Movements Summit in Mexico City in 2009. Clinton personally announced and addressed that Summit to encourage the activists in attendance. She also [became the face](#) of the "21st Century Statecraft" initiative spearheaded by Cohen.

Clinton's State Department partnered with Google, Facebook, and others to sponsor the 2009 Alliance of Youth Movements Summit in Mexico City on October 16, 2009. Clinton as Secretary of State addressed that Summit with a video message.

"Secretary of State Hillary Rodham Clinton first announced this summit in March 2009 during her digital town hall on the campus of Tecnológico de Monterrey in Monterrey, Mexico. The Secretary is committed to connecting and empowering these young community leaders," [according to a 2009](#) State Department press release.

Clinton's address to the Summit called for "citizen activists" to learn how to foment change in their home countries:

The plot to help catalyze regime change in Egypt was intended to be secret, as evidenced by the confidentiality of the memo, which noted that the activist's plan in its early stages was still "unrealistic." But as the organization evolved, it became more transparent about the fact that it was supporting rebel insurgencies.

The Alliance for Youth Movements became Movements.org in 2011, according to a 2011 announcement by FastCompany that noted the move was "[j]ust in time to help organize Egyptian grassroots activists with restored Internet access."

Hosni Mubarak stepped down from power in Egypt on February 11, 2011, after 18 days of protests led by "the young people of Egypt," as *The New York Times* called them.

A spokesman for the Muslim Brotherhood confirmed that the Islamist group took part in the revolution, saying, "We participated with everyone else…" The Muslim Brotherhood's political party won a plurality of parliament seats in November 2011. Its candidate Mohamed Morsi was elected president and served from June 2012 until his downfall little more than a year later, in July 2013's military coup.

Secretary Clinton subsequently visited Egypt to publicly support Morsi, saying: "I have come to Cairo to reaffirm the strong support of the United States for the Egyptian people and their democratic transition. We want to be a good partner and we want to support the democracy that has been achieved by the courage and sacrifice of the Egyptian people."

After his own downfall, Morsi was convicted of "ordering the arrest and torture of protesters," according to Al Jazeera, which noted the deaths of at least 817 protesters in Cairo at the hands of the Muslim Brotherhood's forces. Morsi was sentenced to 20 years in prison in Egypt in 2015.

Movements.org has also partnered with Al-Jazeera to create an interactive online map showing Assad officials who defected from the Syrian regime, and in some cases joined the rebel movement in Syria.

Mrs. Clinton is now under fire from Republican presidential candidate Donald Trump for her policies at the State Department, which Trump claimed led to the creation of the Islamic State (IS).

Breitbart News reported that she was sent a confidential memo stating Obama administration support for Al Qaeda in Iraq, which later split from the larger Al Qaeda organization to become IS.

Mrs. Clinton also sat on the board of a Clinton Global Initiative corporate partner that allegedly made payments to ISIS in Syria.

Now, Clinton's sponsorship of the Alliance of Youth Movements Summit could provide more fuel for Trump's Middle East-based line of attack.

The State Department and the Hillary Clinton campaign did not return requests for comment for this report. Movements.org and Jared Cohen also did not return requests for comment.

**In-Q-Tel/New America Foundation Found To NOT Be Doing Defense or Police Work But More Focused on "Rigging Elections"**

*Matthew Harwood works for the ACLU in Washington as a media strategist. His work has been published by the American Conservative, Columbia Journalism Review, the Guardian, Guernica, Reason, Salon, Truthout,* TomDispatch*, and the Washington Monthly. He also regularly reviews books for the Future of Freedom Foundation. Follow him on Twitter at @mharwood31.*

*Jay Stanley is senior policy analyst with the American Civil Liberty Union's Speech, Privacy, and Technology Project. He is the editor of the* ACLU's "Free Future" blog *and has authored and co-authored a variety of ACLU reports on privacy and technology topics.*

# WHAT IS IN-Q-TEL?

## America's Main Problem: Corruption - Washington's Blog

cached

Preface: Sadly, in the month since we last posted on this topic, many new examples of corruption have arisen. The Cop Is On the Take. Government corruption ...

http://www.washingtonsblog.com/2015/05[...]ain-problem-in-america-corruption.html

## IN-Q-TEL: THE SPIES WHO WENT BAD – Anti-Corruption Club ...

cached

These officials hold stock in lithium ion batteries and related mining deals. They staff In-Q-Tel, Google, Kleiner Perkins projects and Elon Musk's companies.

https://anticorruptionguy.wordpress.co[...]m/attacks/in-q-tel-the-tool-of-choice/

## The Department Of Energy "Cleantech Crash" ...

cached

The bad guys committed crimes, ran corruption schemes and they won't allow the victims into court, ... The EyeOpener -Exposing In-Q-Tel; The Silicon Spies;

https://crimesquad1.wordpress.com/

## WHAT REALLY HAPPENED | The History The US …

cached

Paid advertising at What Really Happened may not represent the views and opinions of this website and its contributors. No endorsement of products and services ...

http://whatreallyhappened.com/node?page=1

## The EyeOpener -Exposing In-Q-Tel – CORRUPTION BUSTERS ...

cached

The EyeOpener -Exposing In-Q-Tel ... "Tesla's Price of Corruption and Lies Should Be The End Of Tesla!" Here are the famous politicos in 'the ...

https://corruptionbustertaskforce.wor[...]03/07/the-eyeopener-exposing-in-q-tel/

### In-Q-Tel - Official Site

cached

PubNub Announces Delivery of Private, On-Premise Deployment for In-Q-Tel Customersarrow. Apr 15. The In-Q-Tel Missionarrow. View All Newsarrow. 70 %

https://www.iqt.org/

### Link Analysis, Data Visualization ... - Sentinel Visualizer

cached

"We use Sentinel Visualizer practically every day. It's made an enormous impact on our ability to effectively visualize and analyze our data sets."

bing

http://fmsasg.com/

### in-q-tel – Department of Energy Corruption: The Cleantech KickBack ...

cached

Posts about in-q-tel written by The WIKI Review Team.

https://atvmdoe.wordpress.com/tag/in-q-tel/

### CIA's Venture Capital Arm Is Funding Skin Care Products ...

cached

CIA's Venture Capital Arm Is Funding Skin Care Products That Collect DNA. By Lee Fang, The Intercept. 09 April 16 . CIA's Venture Capital Arm Is Funding Skin Care ...

http://readersupportednews.org/news-se[...]ng-skin-care-products-that-collect-dna

### IN-Q-TEL: THE SPIES WHO WENT BAD | The ... - Corruption Cut-off

cached

IN-Q-TEL was hired by "THE BAD GUYS" to engage in retribution hit-jobs against the non-crony applicants IN-Q-TEL: THE SPIES WHO WENT BAD Certain ...

https://corruptioncutoff.wordpress.com[...]m/attacks/in-q-tel-the-tool-of-choice/

### The Man From I.N.Q.T.E.L. – Anti-Corruption Club...

cached

In-Q-Tel's growing portfolio of investments includes a few successes. ... The Anti-Corruption Guy »
Crime Alerts A Public Service Team Program.

https://anticorruptionguy.wordpress.co[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

**Inside India's Aadhar, The World's Biggest Biometrics ...**

cached

India's Unique Identification project, also known as Aadhar, earlier this week finished capturing
demographic and biometric data of over half a billion ...

bing

http://techcrunch.com/2013/12/06/insid[...]he-worlds-biggest-biometrics-database/

**The EyeOpener -Exposing In-Q-Tel - "Cleantech Crash" Corruption ...**

cached

The EyeOpener -Exposing In-Q-Tel ... CORRUPTION-WEEB-HEADER · The Department Of Energy
"Cleantech Crash" Corruption Case.

https://crimesquad1.wordpress.com/2016[...]03/07/the-eyeopener-exposing-in-q-tel/

**Corruption — Global Issues**

cached

Corruption. It is an overloaded word often used as the sole cause of the problems in poor countries. Yet,
corruption seems to be everywhere, indeed often encouraged ...

http://www.globalissues.org/article/590/corruption

**The Taiwanese legal research method in cyberspace(By …**

cached

英文致詞範本 最近常常用到英文致詞，也常常雙語對譯，但總覺得還不夠順暢，應該將結構、
文字例稿化..... Good ...

http://wanliyang.blogspot.com/2011/05/blog-post_11.html

**In-Q-Tel - Wikipedia, the free encyclopedia**

cached

In-Q-Tel (IQT), formerly Peleus and known as In-Q-It, is an American not-for-profit venture ... This ...
collaboration ... enabled CIA to take advantage of the technology that Las Vegas uses to identify
corrupt card players and apply it to link analysis ...

g

https://en.wikipedia.org/wiki/In-Q-Tel

### The Man From I.N.Q.T.E.L. – CORRUPTION BUSTERS...

cached

CORRUPTION BUSTERS MAGAZINE A Collaborative News Wiki. Menu. ABOUT THE CLEANTECH CRASH CASE; About The Take-Down; Alliance Case Accomplishments: Anti ...

https://corruptionbusterstaskforce.wor[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

### Michael Hayden 9/11 connection NSA

cached

Hayden and the NSA- the most ignored "9/11 connection"? A 'rant' based on research, compiled between 2001 and 2006, by ewing2001 Gen. Michael V. Hayden, currently ...

http://911review.org/Reports/Hayden_NSA.html

### CIA Spies on Social Networks With In-Q-Tel | Top Secret Writers

cached

And the CIA's next line on the web page where they justify In-Q-Tel offers a foreboding message. ... In-Q-Tel is essentially set up as a "non-profit" that encourages the development of specific ... Corruption · Environment.

http://www.topsecretwriters.com/2009/1[...]pies-on-social-networks-with-in-q-tel/

### CIA Venture Firm InQTel invest in FMS for...

cached

CIA Venture Firm InQTel invest in FMS for counter ... Anti-Corruption and ... About Us; Contact; FMS Announces Strategic Investment and Licensing Agreement with In-Q-Tel.

http://fmsasg.com/News/Content/FMSInQTel.asp

### CIA DNA Collection Scheme Recruits Cosmetic Industry …

cached

CIA DNA Collection Scheme Recruits Cosmetic Industry. By GPD on April 9, 2016. Maybe She's Born With It? CIA Funds DNA-Collecting Skincare Line

http://www.veteranstoday.com/2016/04/0[...]ion-scheme-recruits-cosmetic-industry/

### In-Q-Tel: The Central Intelligence Agency as Venture Capitalist

cached

development (RD) efforts of the CIA into the private sector, In-Q-Tel uses ..... espionage, if they thought of it at all, as a corrupt outgrowth of Old War diplomacy ...

http://scholarlycommons.law.northweste[...]content.cgi?article=1739&context=njilb

**The Man From I.N.Q.T.E.L. | The Los Angeles...**

cached

End Corruption; Every USB device may now have hidden virus in it!!! FOX: Exploding Apple iPhone crisis covered up to protect Silicon Valley campaign ...

https://corruptioncutoff.wordpress.com[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

**LiveLeak.com - "Cocaine One" and "Cocaine Two" – …**

cached

"Cocaine One" and "Cocaine Two" – ongoing CIA wholesale drug trafficking…

http://www.liveleak.com/view?i=011_1335503999

**MEET THE SILICON VALLEY CARTEL'S SECRET MONEY ... - Blog**

cached

https://www.corbettreport.com/meet-in-q-tel-the-cias-venture-capital-firm- .... at the end of the day, one can say to these corrupt VC's: "So, Hey, ...

http://venturecapitalcorruption.weebly[...]con-valley-cartels-secret-money-source

**BRIBES, SEX & CORRUPTION - Blog**

cached

BRIBES, SEX & CORRUPTION. Blog About THE SILICON VALLEY CARTEL THE NVCA ... at spy agency IN-Q-Tel, could profit off of public surveillance systems.

http://tragicelonmusk.weebly.com/

**BlackListed News**

cached

CONTACT. Thank You For Taking Interest In Blacklisted News; Blacklisted News is an independent platform for critical coverage of world news and beyond.

bing

http://www.blacklistednews.com/index.php

### Portfolio - In-Q-Tel

cached

Practice Areas: All: Advanced Analytics: Field Deployable Tech: Infrastructure and Security: Mobility. Tech Areas: All 108: Collaboration 13: Communications 14 ...

https://www.iqt.org/portfolio/

"We use Sentinel Visualizer practically every day. It's made an enormous impact on our ability to effectively visualize and analyze our data sets."

http://fmsasg.com/

### in-q-tel – Department of Energy Corruption: The Cleantech KickBack ...

cached

Posts about in-q-tel written by The WIKI Review Team.

https://atvmdoe.wordpress.com/tag/in-q-tel/

### CIA's Venture Capital Arm Is Funding Skin Care Products ...

cached

CIA's Venture Capital Arm Is Funding Skin Care Products That Collect DNA. By Lee Fang, The Intercept. 09 April 16 . CIA's Venture Capital Arm Is Funding Skin Care ...

bing

http://readersupportednews.org/news-se[...]ng-skin-care-products-that-collect-dna

### IN-Q-TEL: THE SPIES WHO WENT BAD | The ... - Corruption Cut-off

cached

IN-Q-TEL was hired by "THE BAD GUYS" to engage in retribution hit-jobs against the non-crony applicants IN-Q-TEL: THE SPIES WHO WENT BAD Certain ...

https://corruptioncutoff.wordpress.com[...]m/attacks/in-q-tel-the-tool-of-choice/

### The Man From I.N.Q.T.E.L. – Anti-Corruption Club...

cached

May 13, 2016 · In-Q-Tel's growing portfolio of investments includes a few successes. ... The Anti-Corruption Guy » Crime Alerts A Public Service Team Program.

yahoo

https://anticorruptionguy.wordpress.co[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

### Inside India's Aadhar, The World's Biggest Biometrics ...

cached

Dec 06, 2013 · India's Unique Identification project, also known as Aadhar, earlier this week finished capturing demographic and biometric data of over half a billion ...

bing

http://techcrunch.com/2013/12/06/insid[...]he-worlds-biggest-biometrics-database/

### The EyeOpener -Exposing In-Q-Tel - "Cleantech Crash" Corruption ...

cached

Mar 7, 2016 ... The EyeOpener -Exposing In-Q-Tel ... CORRUPTION-WEEB-HEADER · The Department Of Energy "Cleantech Crash" Corruption Case.

google

https://crimesquad1.wordpress.com/2016[...]03/07/the-eyeopener-exposing-in-q-tel/

### Corruption — Global Issues

cached

Corruption. It is an overloaded word often used as the sole cause of the problems in poor countries. Yet, corruption seems to be everywhere, indeed often encouraged ...

yahoo

http://www.globalissues.org/article/590/corruption

### The Taiwanese legal research method in cyberspace(By …

cached

英文致詞範本 最近常常用到英文致詞，也常常雙語對譯，但總覺得還不夠順暢，應該將結構、文字例稿化..... Good ...

bing

http://wanliyang.blogspot.com/2011/05/blog-post_11.html

### In-Q-Tel - Wikipedia, the free encyclopedia

cached

In-Q-Tel (IQT), formerly Peleus and known as In-Q-It, is an American not-for-profit venture ... This ... collaboration ... enabled CIA to take advantage of the technology that Las Vegas uses to identify corrupt card players and apply it to link analysis ...

google

https://en.wikipedia.org/wiki/In-Q-Tel

## The Man From I.N.Q.T.E.L. – CORRUPTION BUSTERS...

cached

May 13, 2016 · CORRUPTION BUSTERS MAGAZINE A Collaborative News Wiki. Menu. ABOUT THE CLEANTECH CRASH CASE; About The Take-Down; Alliance Case Accomplishments: Anti ...

yahoo

https://corruptionbusterstaskforce.wor[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

## Michael Hayden 9/11 connection NSA

cached

Hayden and the NSA- the most ignored "9/11 connection"? A 'rant' based on research, compiled between 2001 and 2006, by ewing2001 Gen. Michael V. Hayden, currently ...

bing

http://911review.org/Reports/Hayden_NSA.html

## CIA Spies on Social Networks With In-Q-Tel | Top Secret Writers

cached

Oct 30, 2009 ... And the CIA's next line on the web page where they justify In-Q-Tel offers a foreboding message. ... In-Q-Tel is essentially set up as a "non-profit" that encourages the development of specific ... Corruption · Environment.

google

http://www.topsecretwriters.com/2009/1[...]pies-on-social-networks-with-in-q-tel/

## CIA Venture Firm InQTel invest in FMS for...

cached

CIA Venture Firm InQTel invest in FMS for counter ... Anti-Corruption and ... About Us; Contact; FMS Announces Strategic Investment and Licensing Agreement with In-Q-Tel.

yahoo

http://fmsasg.com/News/Content/FMSInQTel.asp

## CIA DNA Collection Scheme Recruits Cosmetic Industry …

cached

CIA DNA Collection Scheme Recruits Cosmetic Industry. By GPD on April 9, 2016. Maybe She's Born With It? CIA Funds DNA-Collecting Skincare Line

bing

http://www.veteranstoday.com/2016/04/0[...]ion-scheme-recruits-cosmetic-industry/

### In-Q-Tel: The Central Intelligence Agency as Venture Capitalist

cached

development (RD) efforts of the CIA into the private sector, In-Q-Tel uses ..... espionage, if they thought of it at all, as a corrupt outgrowth of Old War diplomacy ...

google

http://scholarlycommons.law.northweste[...]content.cgi?article=1739&context=njilb

### The Man From I.N.Q.T.E.L. | The Los Angeles...

cached

May 13, 2016 · End Corruption; Every USB device may now have hidden virus in it!!! FOX: Exploding Apple iPhone crisis covered up to protect Silicon Valley campaign ...

yahoo

https://corruptioncutoff.wordpress.com[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

### LiveLeak.com - "Cocaine One" and "Cocaine Two" – …

cached

"Cocaine One" and "Cocaine Two" – ongoing CIA wholesale drug trafficking…

bing

http://www.liveleak.com/view?i=011_1335503999

### MEET THE SILICON VALLEY CARTEL'S SECRET MONEY ... - Blog

cached

Aug 21, 2015 ... https://www.corbettreport.com/meet-in-q-tel-the-cias-venture-capital-firm- .... at the end of the day, one can say to these corrupt VC's: "So, Hey, ...

google

http://venturecapitalcorruption.weebly[...]con-valley-cartels-secret-money-source

### BRIBES, SEX & CORRUPTION - Blog

cached

BRIBES, SEX & CORRUPTION. Blog About THE SILICON VALLEY CARTEL THE NVCA ... at spy agency IN-Q-Tel, could profit off of public surveillance systems.

yahoo

http://tragicelonmusk.weebly.com/

### BlackListed News

cached

CONTACT. Thank You For Taking Interest In Blacklisted News; Blacklisted News is an independent platform for critical coverage of world news and beyond.

bing

http://www.blacklistednews.com/index.php

## Portfolio - In-Q-Tel

cached

Practice Areas: All: Advanced Analytics: Field Deployable Tech: Infrastructure and Security: Mobility. Tech Areas: All 108: Collaboration 13: Communications 14 ...

google

https://www.iqt.org/portfolio/

ic, many new examples of corruption have arisen. The Cop Is On the Take. Government corruption ...

bing yahoo

http://www.washingtonsblog.com/2015/05[...]ain-problem-in-america-corruption.html

## IN-Q-TEL: THE SPIES WHO WENT BAD – Anti-Corruption Club ...

cached

These officials hold stock in lithium ion batteries and related mining deals. They staff In-Q-Tel, Google, Kleiner Perkins projects and Elon Musk's companies.

google

https://anticorruptionguy.wordpress.co[...]m/attacks/in-q-tel-the-tool-of-choice/

## The Department Of Energy "Cleantech Crash" ...

cached

The bad guys committed crimes, ran corruption schemes and they won't allow the victims into court, ... The EyeOpener -Exposing In-Q-Tel; The Silicon Spies;

yahoo

https://crimesquad1.wordpress.com/

## WHAT REALLY HAPPENED | The History The US …

cached

Paid advertising at What Really Happened may not represent the views and opinions of this website and its contributors. No endorsement of products and services ...

bing

http://whatreallyhappened.com/node?page=1

### The EyeOpener -Exposing In-Q-Tel – CORRUPTION BUSTERS ...

cached

Mar 7, 2016 ... The EyeOpener -Exposing In-Q-Tel ... "Tesla's Price of Corruption and Lies Should Be The End Of Tesla!" Here are the famous politicos in 'the ...

google

https://corruptionbusterstaskforce.wor[...]03/07/the-eyeopener-exposing-in-q-tel/

### In-Q-Tel - Official Site

cached

PubNub Announces Delivery of Private, On-Premise Deployment for In-Q-Tel Customersarrow. Apr 15. The In-Q-Tel Missionarrow. View All Newsarrow. 70 %

yahoo

https://www.iqt.org/

### Link Analysis, Data Visualization ... - Sentinel Visualizer

cached

"We use Sentinel Visualizer practically every day. It's made an enormous impact on our ability to effectively visualize and analyze our data sets."

bing

http://fmsasg.com/

### in-q-tel – Department of Energy Corruption: The Cleantech KickBack ...

cached

Posts about in-q-tel written by The WIKI Review Team.

google

https://atvmdoe.wordpress.com/tag/in-q-tel/

### CIA's Venture Capital Arm Is Funding Skin Care Products ...

cached

CIA's Venture Capital Arm Is Funding Skin Care Products That Collect DNA. By Lee Fang, The Intercept. 09 April 16 . CIA's Venture Capital Arm Is Funding Skin Care ...

bing

http://readersupportednews.org/news-se[...]ng-skin-care-products-that-collect-dna

### IN-Q-TEL: THE SPIES WHO WENT BAD | The ... - Corruption Cut-off

cached

IN-Q-TEL was hired by "THE BAD GUYS" to engage in retribution hit-jobs against the non-crony applicants IN-Q-TEL: THE SPIES WHO WENT BAD Certain ...

google

https://corruptioncutoff.wordpress.com[...]m/attacks/in-q-tel-the-tool-of-choice/

**The Man From I.N.Q.T.E.L. – Anti-Corruption Club...**

cached

May 13, 2016 · In-Q-Tel's growing portfolio of investments includes a few successes. ... The Anti-Corruption Guy » Crime Alerts A Public Service Team Program.

yahoo

https://anticorruptionguy.wordpress.co[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

**Inside India's Aadhar, The World's Biggest Biometrics ...**

cached

Dec 06, 2013 · India's Unique Identification project, also known as Aadhar, earlier this week finished capturing demographic and biometric data of over half a billion ...

bing

http://techcrunch.com/2013/12/06/insid[...]he-worlds-biggest-biometrics-database/

**The EyeOpener -Exposing In-Q-Tel - "Cleantech Crash" Corruption ...**

cached

Mar 7, 2016 ... The EyeOpener -Exposing In-Q-Tel ... CORRUPTION-WEEB-HEADER · The Department Of Energy "Cleantech Crash" Corruption Case.

google

https://crimesquad1.wordpress.com/2016[...]03/07/the-eyeopener-exposing-in-q-tel/

**Corruption — Global Issues**

cached

Corruption. It is an overloaded word often used as the sole cause of the problems in poor countries. Yet, corruption seems to be everywhere, indeed often encouraged ...

yahoo

http://www.globalissues.org/article/590/corruption

**The Taiwanese legal research method in cyberspace(By …**

cached

英文致詞範本 最近常常用到英文致詞，也常常雙語對譯，但總覺得還不夠順暢，應該將結構、文字例稿化..... Good ...

bing

http://wanliyang.blogspot.com/2011/05/blog-post_11.html

### In-Q-Tel - Wikipedia, the free encyclopedia

cached

In-Q-Tel (IQT), formerly Peleus and known as In-Q-It, is an American not-for-profit venture ... This ... collaboration ... enabled CIA to take advantage of the technology that Las Vegas uses to identify corrupt card players and apply it to link analysis ...

google

https://en.wikipedia.org/wiki/In-Q-Tel

### The Man From I.N.Q.T.E.L. – CORRUPTION BUSTERS...

cached

May 13, 2016 · CORRUPTION BUSTERS MAGAZINE A Collaborative News Wiki. Menu. ABOUT THE CLEANTECH CRASH CASE; About The Take-Down; Alliance Case Accomplishments: Anti ...

yahoo

https://corruptionbusterstaskforce.wor[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

### Michael Hayden 9/11 connection NSA

cached

Hayden and the NSA- the most ignored "9/11 connection"? A 'rant' based on research, compiled between 2001 and 2006, by ewing2001 Gen. Michael V. Hayden, currently ...

bing

http://911review.org/Reports/Hayden_NSA.html

### CIA Spies on Social Networks With In-Q-Tel | Top Secret Writers

cached

Oct 30, 2009 ... And the CIA's next line on the web page where they justify In-Q-Tel offers a foreboding message. ... In-Q-Tel is essentially set up as a "non-profit" that encourages the development of specific ... Corruption · Environment.

google

http://www.topsecretwriters.com/2009/1[...]pies-on-social-networks-with-in-q-tel/

### CIA Venture Firm InQTel invest in FMS for...

cached

CIA Venture Firm InQTel invest in FMS for counter ... Anti-Corruption and ... About Us; Contact; FMS Announces Strategic Investment and Licensing Agreement with In-Q-Tel.

yahoo

http://fmsasg.com/News/Content/FMSInQTel.asp

### CIA DNA Collection Scheme Recruits Cosmetic Industry …

cached

CIA DNA Collection Scheme Recruits Cosmetic Industry. By GPD on April 9, 2016. Maybe She's Born With It? CIA Funds DNA-Collecting Skincare Line

bing

http://www.veteranstoday.com/2016/04/0[...]ion-scheme-recruits-cosmetic-industry/

### In-Q-Tel: The Central Intelligence Agency as Venture Capitalist

cached

development (RD) efforts of the CIA into the private sector, In-Q-Tel uses ..... espionage, if they thought of it at all, as a corrupt outgrowth of Old War diplomacy ...

google

http://scholarlycommons.law.northweste[...]content.cgi?article=1739&context=njilb

### The Man From I.N.Q.T.E.L. | The Los Angeles...

cached

May 13, 2016 · End Corruption; Every USB device may now have hidden virus in it!!! FOX: Exploding Apple iPhone crisis covered up to protect Silicon Valley campaign ...

yahoo

https://corruptioncutoff.wordpress.com[...]m/2016/05/14/the-man-from-i-n-q-t-e-l/

### LiveLeak.com - "Cocaine One" and "Cocaine Two" – …

cached

"Cocaine One" and "Cocaine Two" – ongoing CIA wholesale drug trafficking…

bing

http://www.liveleak.com/view?i=011_1335503999

### MEET THE SILICON VALLEY CARTEL'S SECRET MONEY ... - Blog

cached

Aug 21, 2015 ... https://www.corbettreport.com/meet-in-q-tel-the-cias-venture-capital-firm- .... at the end of the day, one can say to these corrupt VC's: "So, Hey, ...

google

http://venturecapitalcorruption.weebly[...]con-valley-cartels-secret-money-source

## **BRIBES, SEX & CORRUPTION - Blog**

cached

BRIBES, SEX & CORRUPTION. Blog About THE SILICON VALLEY CARTEL THE NVCA ... at spy agency IN-Q-Tel, could profit off of public surveillance systems.

yahoo

http://tragicelonmusk.weebly.com/

## **BlackListed News**

cached

CONTACT. Thank You For Taking Interest In Blacklisted News; Blacklisted News is an independent platform for critical coverage of world news and beyond.

bing

http://www.blacklistednews.com/index.php

## **Portfolio - In-Q-Tel**

cached

Practice Areas: All: Advanced Analytics: Field Deployable Tech: Infrastructure and Security: Mobility. Tech Areas: All 108: Collaboration 13: Communications 14 ...

google

https://www.iqt.org/portfolio/

# The Man From I.N.Q.T.E.L.



Special submission to the Intercept by Rob Martin and S. Brown with The Guardian

Five tons of cocaine may seem like a lot of cocaine for a *"501 C 3 non-profit charity"* to have on it's airplanes but the little rogue Silicon Valley spy agency called I.N.Q.T.E.L. said that *"it just couldn't imagine how it got there"* or why I.N.Q.T.E.L. flight manifests had decided to name the airplane ***"Cocaine One".***

Former editors at Silicon Valley's TechCrunch say that *"I.N.Q.T.E.L. is just an off-shoot of the Mark Zuckerberg/Eric Schmidt scheme to try to steer defense money to Silicon Valley VC's who funded the Obama campaign. In fact, all of the Big Data technologies that Silicon Valley tried to push off onto the Pentagon have failed on every front, found not a single terrorist ahead of time, been exploited by those VC's to spy on Americans for marketing and political manipulation and, got every major corporation hacked by the Russians and Chinese and, generally, turned into one of the biggest social technology disasters in history."*

Chris Byron writes in the The New York Post that he thinks that the THE SPY AGENCY SHOULD CLOSE ITS VENTURE CAPITAL FIRM

*"If former National Security Agency chief Michael Hayden hangs in there as President Bush's nominee to head the CIA and makes it to a Senate confirmation hearing, one of the panel's members should ask him this: "Sir, please tell the committee how much further you anticipate allowing the CIA to expand its presence on Wall Street via the private venture capital firm known as In-Q-Tel, Inc."*
*Hayden came under withering fire in Washington last week as word spread that the ex-NSA chief had presided over the White House's post-9/11 surveillance program of monitoring domestic U.S. telephone calls. The White House, politically weakened from a year of setbacks both at home and abroad, may decide to withdraw Hayden from consideration and submit an alternative nominee burdened with less civil liberties baggage.*
*Yet whoever winds up in the CIA's top job will inherit a developing mess involving In-Q-Tel that was largely ignored by the agency's departing director, Porter Goss. Hints that all is not well with In-Q-Tel*

*have begun seeping into view as this little-known domestic CIA front operation continues to funnel agency money into penny stock and micro-cap companies in Wall Street's murkiest back alleys.*

*Two In-Q-Tel CEOs have resigned from the six-year-old venture capital fund in just the last four months; the fund is being run on a day-to-day basis by a man from Washington's politically greased Carlyle Group who has been with In-Q-Tel for only a few weeks. Headhunters are said to be having trouble coming up with candidates for a permanent replacement.*

*And there are even reports, largely unconfirmed, that the Securities and Exchange Commision is looking into several penny stock promoters with ties to In-Q-Tel.*

*Launched in 1999 by CIA director George Tenet as a Wall Street venture fund to finance new technologies for the spy world, In-Q-Tel quickly found friends on Capitol Hill, where policymakers seized on the fund as a way to remind constituents that the ghost of Vietnam no longer walked the land. The attacks of 9/11 gave In-Q-Tel even more stature in Congress, where the fund came to be seen as an essential element in the war effort.*

*Yet the public's visceral reaction to last week's NSA revelations suggests that war or no war, a backlash against government snooping may be starting. And that in turn promises to crank up the heat under In-Q-Tel, where at least some of the fund's investments raise questions of judgment regarding how taxpayer money is being spent by the organization, as well as who it is choosing for business partners.*

*A year ago, this column drew back the curtain on a fishy In-Q-Tel in vestment, financed out of the black box budget of the CIA, in a defense-sector start-up called Ionatron Inc.*

*Run by a longtime Wall Street regulatory violator named Robert Howard, Ionatron used a cash infusion from In-Q-Tel to promote itself around Washington as the developer of a laser-equipped, remotely controlled device the size of a golf cart that could patrol the highways of Iraq, ferreting out and detonating insurgent land mines ahead of troop movements.*

*We warned in this space that the technology being trumpeted by Ionatron was not only unproven, but had been obtained by Howard and some midlevel researchers at Raytheon Corp. under highly irregular circumstances designed to persuade a West Coast laser researcher into turning over his research to Howard's group.*

*Nonetheless, Sen. Hillary Clinton and her Democratic colleague from California, Barbara Boxer, quickly embraced the Ionatron program, which eventually devoured more than $12 million in government funding before the Pentagon finally concluded last week that the devices are not reliable and cancelled plans to deploy them.*

*Ionatron's stock price has tumbled more than a third in the last three weeks, leaving the company's largest investor - prominent hedge fund SAC Capital Advisors, run by Steven A. Cohen of Connecticut - sitting with millions in paper losses.*

*SAC Capital has acknowledged that it is under investigation by the SEC in what appears to be a separate matter involving stock trading, and the SEC may soon start taking a look into the hedge fund's buying of Ionatron's shares.*

*In-Q-Tel's growing portfolio of investments includes a few successes. Yet the fund has more often poured money into companies that were barking dogs long before In-Q-Tel showed up, and have failed to improve since.*

*Consider a North Carolina outfit called ID Technologies Corp., which began life in 1994 as CardGuard International Inc. to promote a fingerprint identification system no one wanted to buy. In the four years that followed, the company racked up losses of $3 million on a mere $92,000 in revenues.*

*In 1998, the company changed its name to ID Technologies and added $2.5 million more to the loss column on barely $100,000 more in revenues.*

*Along the way, In-Q-Tel popped up with plans to invest $400,000 more in ID Tech, but the firm collapsed, leaving investors with $5.58 million in cumulative losses and a stock that now sells for a fraction of a penny per share.*

*Another In-Q-Tel investment, in a data software company called Convera Corp., may be headed in the same direction, bearing much greater losses. In 2004 the fund took a stake in Convera, which had yet to turn a profit while piling up more than $1 billion in cumulative losses since its founding in the mid-1980s.*

*By the end of 2005, a resulting bounce in Convera stock had topped out at $16, and the shares have since lost half their value. Last week they were trading below $8 on investor disenchantment with the perennial money loser's latest offering: an Internet search engine for extracting information from video files.*

*Because its funding comes from the CIA, In-Q-Tel has been an irresistible target for conspiracy theorists who charge that the CIA is somehow linked through it to every penny stock that goes south. Last week, one left-leaning Web site reported that SEC investigators think the CIA-backed venture fund has been steering money into penny stock "pump and dump" firms in Israel, Dubai and Malaysia.*

*But a day's worth of phoning around traces these claims to a tireless complainant named Tony Ryals, who has been bombarding the SEC and Internet message boards for years with claims that he has uncovered a submerged world of In-Q-Tel-linked fraud stretching for Kuala Lumpur to the Middle East.*

*The alleged linkages are bewildering in their complexity and typically impossible to follow, but conspiracy buffs find them irresistible, since they seem to echo some of the CIA's worst excesses from 30 to 40 years ago, and by their nature, they can never be entirely disproved.*

*WHETHER the SEC has looked into Ryals' charges and found them baseless isn't known, but thanks to In-Q-Tel and the lengthening shadow of the CIA on Wall Street, the most improbable of such claims once again have a whiff of credibility.*

*Bottom line: There are many sensible ways the CIA could have gone about developing the technologies it needs, but funneling money into Wall Street via an outfit like In-Q-Tel was never one of them. So it will be a good thing for Wall Street - and for America, too - if the CIA's next spymaster simply shuts the operation down.* ([cbyron@nypost.com](mailto:cbyron@nypost.com))

Bob Simon, of the CBS News 60 Minutes TV show, thought that I.N.Q.T.E.L. was a bunch of wanna be's from Stanford and Yale. The internet's Corbett Report has produced numerous documentaries which describe I.N.Q.T.E.L. as nearly psychotic fringe-mentality yuppie spies with their own private agenda.

Thomas Ricks explains how I.N.Q.T.E.L. and New America Foundation, who are, essentially the same organization want all war to now be fought by Silicon Valley technologies. Isn't that convenient for those Silicon Valley campaign financiers?

*"**The Future of War: A New America project looking at 21st century conflict.** In the interest of improving our national security, protecting our rights, and helping get us out of the endless "war on terror," the New America Foundation is launching a project on the future of war. Here is a look at the initial thinking, which is liable to change as our various participants bring to bear their very different areas of expertise.  Plus, isn't it time that there was a study of the future of defense funded by neither the Pentagon nor the defense industry?*

*By the Future of War team, New America Foundation (Controlled by Eric Schmidt and Google)*

*Best Defense office of the future. Throughout history, changes in the conduct of warfare have been one of the primary drivers of shifts in how societies and states are organized. Today, the evolution of autonomous weapons systems, the emergence of ever more sophisticated surveillance technologies, the militarization of cyberspace and outer space, and a range of similar developments are dramatically*

*changing the nature of war -- with profound implications for the nature of the international order, the manner in which we control and constrain power and violence, and the nature of the state itself. Few seem fully to grasp this, however. For the most part, these changes in the means and methods of warfare are usually viewed narrowly, and understood as matters of interest mainly to specialized communities of policy wonks, military planners, civil libertarians, or counterterrorism experts. As with the story of the blind men and the elephant, many people are looking at different facets of the changing nature of war, each trying to describe what they see (and often misunderstanding what it is they are seeing). That's not good enough: We need to look at the whole elephant.*

*With the United States still locked into a "forever war" paradigm that doesn't comport with American values or history, it's more urgent than ever to understand the ways in which changes in the nature of war both drive and are driven by changes in state-level, sub-state-level, and international policies and institutions. At the same time states are developing unprecedented military technologies, the means of mass destruction have been democratized: Today, terrorist organizations and other non-state actors can cause damage and destruction on a scale we normally associate with states. Meanwhile, new technologies are eroding old assumptions about sovereignty and state autonomy. Nonetheless, we still operate mainly within a legal and political paradigm that draws sharp -- if increasingly arbitrary-- lines between domestic and international matters, between states and non-state actors, and between war and crime.*

*It's increasingly apparent that existing legal paradigms neither provide adequate tools for responding to new kinds of threats nor offer an appropriate framework for protecting human rights and human dignity. As we move forward, we need to find a way to evolve beyond the post-9/11 state of perpetual war -- and we need to do so in a way takes into account these seismic changes, allows for an adaptive response to evolving threats, and enhances the robust protection of human rights.*

*The New America Foundation is well positioned to sort out the thorny issues that arise from the changing nature of warfare. Unlike most think tanks and NGOs, New America isn't made up of specialists having "insider" conversations with one another: lawyers talking to other lawyers, or defense policy experts talking to other defense policy experts. Instead, New America connects the worlds of law, technology, political science, history, policy, the military, the human rights community, and the media, each of which often operates in isolation.*

*Core members of New America's Future of War team include journalists, technologists, military history and terrorism experts, human rights experts, and international law and defense policy experts. Our individual and collective expertise and connections enable us to convene the most creative and influential thinkers, writers, and decision-makers from these varied and often separate worlds; develop bold conceptual frameworks combined with more specific legal and policy proposals; write and talk about these intelligibly and interestingly; and attract extensive media coverage to our work and our recommendations. The Future of War project is led by Peter Bergen, director of national security studies at the New America Foundation and the author of several books. This series was drafted by him and the team's other members: Rosa Brooks, Anne-Marie Slaughter, Sascha Meinrath, and Tom Ricks."*

If that isn't a pitch for "GIVE GOOGLE ALL OF THE PENTAGON'S MONEY" then the moon is blue. There is how Eric Schmidt gets hundreds of billions of government dollars shoveled into his pocket and why Eric Schmidt gets to tell President Obama what to do! (See the article THE ANDROID ADMINISTRATION)

I.N.Q.T.E.L. has provided the staff for Google, Facebook, Elon Musk's companies including Space X (Where an I.N.Q.T.E.L. related programmer was arrested for running SILK ROAD, the largest on-line cocaine selling service in history) and helped get Sony Pictures Entertainment the secret information for their OBL film: ZERO DARK THIRTY in exchange for campaign contributions.

I.N.Q.T.E.L. is the dirty tricks team that the Sid Blumenthal's of the world send their clients to. I.N.Q.T.E.L. is contracted by the U.S. Chamber of Commerce to put hit jobs on the enemies of the U.S. Chamber of Commerce. Hillary Clinton's State Department has paid I.N.Q.T.E.L. tens of millions of dollars. Why?

When Eric Schmidt and Google created "The Arab Spring" uprisings in the Middle East, a fact widely reported in the news and bragged about by Google's own staff, I.N.Q.T.E.L. was riding shotgun on the whole affair.

Here is the thing: Should taxpayer money be used to fund I.N.Q.T.E.L. when it is often just being used as a political and business dirty tricks service to attack U.S. citizens, inside America, who compete with Silicon Valley campaign financiers?

The law says it is a felony for I.N.Q.T.E.L. to exist. What does the reader think?

We asked Chester L. Jordan, The  U.S. Army Legal Services Agency Regulatory Law and Intellectual Property Division boss in Arlington, VA, and his staff, if I.N.Q.T.E.L. did not seem to be competing with, and screwing with the very Pentagon, itself. He said he would take it under consideration.

Topics: I.N.Q.T.E.L., bob simon 60 minutes, U.S. Army, Eric Schmidt, New America Foundation, Peter Bergen, Arab Spring, Googles Arab Spring, Hillary Clinton, Silicon Valley, Mark Zuckerberg, Sid Blumenthal, dirty tricks, Zero Dark Thirty, Leon Panetta, *Rosa Brooks, Anne-Marie Slaughter, Sascha Meinrath, and Tom Ricks, "Cocaine one", Elon Musk, Space X*