

**Fw: For Honorable Judge Stuart M . Bernstein - RE: Gawker Case # 16-11700 (SMB) LARGER EVIDENCE SET FOR THE NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT" SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY**

Chantel Barrett   to: nysbml_caseadmin                    12/19/2016 09:00 AM

From:       XP VEHICLES <legal@xpvehicles.com>
To:         bernstein.chambers@nysb.uscourts.gov
Date:       12/17/2016 02:37 PM
Subject:    For Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) LARGER
            EVIDENCE SET FOR THE NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID
            IT" SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY

```
XP Group
601 Van Ness Ave, MS E3613
San Francisco, CA  94102
legal@xpvehicles.com

Evidence Set, per BRANCHES public
law center http://www.globalscoop.net  Case # 2788-D

In pro per Claimant and Plaintiff group requesting Court
Appointed legal counsel
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                             :
In re                        :          Chapter 11
                             :
Gawker Media LLC, et al., 1 :          Case No. 16-11700 (SMB)
                             :
                             :
Debtors.                     :          (Jointly Administered)
                             :
-------------------------------------------------------x
```

**LARGER EVIDENCE SET FOR THE NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT" SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY**

**PLEASE TAKE NOTIC**E of the fact that per the previous filing on this matter, law enforcement and intelligence contacts have

provided the additional attached evidence, attached as a file
link and via mailed DVD data files, which verifies the veracity
of creditors and Plaintiff's charges.

**PLEASE TAKE NOTICE** of the fact that Gawker Media's clients,
partners and handlers promoted, lobbied and placed Steven Chu and
his associates, as heads of the U.S. Department of Energy and
that Steven Chu then exclusively gave the taxpayer-provided
Department of Energy money and stock perks to Gawker Media's
clients, partners and handlers while Gawker Media exclusively
attacked the competitors of Gawker Media's clients, partners and
handlers who received those funds. The Court should request
Steven Chu's entire, un-redacted, FBI appointment and nomination
docket for future reference.

**PLEASE TAKE NOTICE** of the fact that Steven Chu and his staff and
associates at the U.S. Department of Energy also handed the
emergency domestic economic recovery DOE funds to Russian
billionaires via Severstal, Ener1 and other fronts. To be clear:
In an American economic crisis, after Elon Musk had publicly
been recorded on camera saying that Tesla was going bankrupt (Which
makes his funding under the Section 136 law a "Fraud" and a
"FELONY") and the Detroit Big 3 had told Congress that they would
go bankrupt without the DOE funds, Steven Chu handed some of
those funds to Russian billionaires who were behind Severstal,
Ener1 and possibly Gawker Media. Elon Musk had the "worst
applicant metrics" **compared to every other applicant for DOE
funding,** yet Musk still got handed billions of taxpayer dollars
as payback for his political campaign financing. XP, in court,
will show side-by-side comparisons and provide witness testimony
from Department of Energy's own staff who turned whistle-blowers
as well as respected Stanford University forensic experts who
have produced massive evidence of the use of the U.S. Department
of Energy as an "illegal Watergate-class political slush-fund".

**PLEASE TAKE NOTICE** of the fact that Goldman Sachs, Tesla's "bag
man" for Tesla financing schemes was working with Russian mining
companies to extract the "purported" lithium from Afghanistan
and, in fact, owns lithium mining companies. Elon Musk works with
**Gawker, Google, Facebook and Twitter- combined server equipment,
software algorithms, DNS routing and massed repercussion data
routing to create digital smokescreens to cover his misdeeds with
overwhelming media hype.**

**PLEASE TAKE NOTICE** of the fact that XP staff had personal
relationships with senior White House and USAID (the promoters of
the *"Afghanistan is the Saudi Arabia of Lithium"* reports)
leaders who attempted to solicit XP's participation in this
scheme, which XP refused to be involved in. This fact is

documented in photos, videos, emails and other evidence, some of which was published by Gawker Media.

**PLEASE TAKE NOTICE** of the fact that NO evidence has been supplied to XP by "Russian hackers" but some evidence has been supplied by Washington DC staffers who feel that they witnessed criminal corruption within campaign operations and by ex-employees and contractors of Gawker Media itself. XP always immediately supplies all evidence to its law enforcement and Congressional contacts.

**PLEASE TAKE NOTICE** of the fact that XP is aware that all of the previously listed Gawker Media staff have been under electronic surveillance for an extended period of time. XP believes that NSA, FBI, DIA, FTC surveillance of Gawker Media staff engaging in RICO-class criminal activity, including the subversion of Government process, is subpoena accessible in this circumstance. If the Courts uphold that the actual recordings, text message ascii files, binary UBER and GPS location data and other surveillance records are not releasable in time for trial then the FBI 302 summation records and NSA field director assessment records certainly will be subpoena-capable for the key 180 Gawker employees and contractors in question. Those records are known to demonstrate that Gawker employees, investors, staff and handlers conspired on everything from the XP attacks, to "GamerGate", to the Palin and Romney break-ins, to the abuse of interns, to election news media manipulation. It does not matter if Gawker lawyers are pleading confidentiality for their abusive employees. The law enforcement aspects of this matter preclude such anonymity for the character assassins that worked at Gawker Media.

**PLEASE TAKE NOTICE** of the fact that one of the NON-CLASSIFIED larger evidence sets is available to the court at the following download link:

https://www.dropbox.com/s/tpqu0wmmxuclucj/MINING%20SCAMS%20CONNECTED%20TO%20SILICON%20VALLEY%20FINAN CIERS.zip?dl=0

and on the U.S. Mail requested DVD Data disks request-able by any member of this case and previously supplied file sets provided to the leading law enforcement and regulatory agencies in the USA and EU including all incoming 2017 U.S. Congress staff and Agency heads.

**PLEASE TAKE NOTICE** that extensive additional confirming evidence that IS CLASSIFIED is available upon court request from related law enforcement, intelligence and Congressional entities.

**PLEASE TAKE NOTICE** that nearly every day XP staff and Alliance members have received the following question: *"These are very big bad people you are up against, aren't you scared?"* **XP would like to put the answer to this question on public record:** *"NO! Our effort has the FBI, The Good Guy part of the CIA and NSA, the Congressional investigators, The New White House team and Seal Team 6-class operatives on our side and they are 100 times more bad ass and lethal than all of these Silicon Valley wimps and elitist snot nosed frat boys will ever be! Whatever the bad guys try is going to come back at them in ways they cannot even imagine, implemented with the full force of the law!"*

**PLEASE TAKE NOTICE** of the New York Times Article called THE AGENCY, located at
http://www.nytimes.com/2015/06/07/magazine/the-agency.html?_r=0

Written by the same Adrian Chen from Gawker
http://gawker.com/tag/adrian-chen. It is curious to see that Gawker staff get CIA-level tours of hostile Russian Web Weaponization facilities inside Russia from "Russian business men". It is these kinds of massive internet media manipulation and data targeting efforts that Gawker staff profess such knowledge and prowess in that is the true danger to the United States of America. The bigger issue is not the simple fact that Gawker Media writes nasty, lethal, things about people that conflict with the Gawker Cartel's business or political interests. **The bigger issue is that Gawker, Google, Facebook and Twitter maliciously work together in a coordinated manner to combine server equipment, software algorithms, DNS routing, DDOS attacks disguised as "helpful search engine crawls" and massed repercussion data-routing to create digital weapons of mass destruction that have been used against American citizens and financed by taxpayer resources.**
------------


PLEASE TAKE NOTICE that a number of case opposition and creditor members have made assertions that aligns with the single largest news story group in the world this week. That news story class states that the "Russians" caused everything from "Hillary Clinton's downfall" to all of the hackings to John Podesta's illicit schemes to the appearance of high grapefruit prices at Safeway. If one were to take these vast numbers of "fake news" disinformation stories at face value, one might presume that the Russians secretly run Gawker Media. Let us publicly examine the facts.

Nick Denton and Gawker Media are indeed financed by at least one Russian billionaire "business man" as a number of news sources

have reported.

Today, Julian Assange and Edward Snowden, two of the most famous whistle-blowers in history (based on the world population numbers as of today and the estimated impressions each has achieved to this hour; a number which exceeds 4 billion) stated that none of their leak sources are from "Russians". In fact, they have stated that a large part of their leak sources came from the staff of the Democratic National Committee.

Gawker Media is employed by the Democratic National Committee for political attack projects. Does this mean that Gawker is a Russian agent? Let us explore.

John Podesta and his brother are lobbyists for Russian billionaires and hold stock in Russian businesses that the FBI have associated with Russian crime operations. John Podesta runs DNC activities  and Hillary Clinton campaign activities. Does this indicate nefarious involvement with Russians or is this just a coincidence? Let us explore.

Certainly, it is clear from the hundreds of thousands of news reports that many parties inside the DNC and the Clinton Foundation had become concerned that they were witnessing organized crime activities within those organizations. It is only logical to assume that some of those parties reported those crimes to the police. In fact, Wikileaks, and now XP Group, have as of today, confirmed that such leaks did occur as persons with the DNC did report such crimes to the police.

In fact, also in today's news is the revelation that the head of the NSA's whistle-blower support program is under indictment by the NSA for attacking whistle-blowers instead of helping them. Including in the hearing material on this person is the assertion that HE caused Edward Snowden to engage in the leak by refusing to help those, like Snowden, who were reporting crimes. This proves that  current system failures are causing whistle-blowers. This validates the fact that it was most likely law-enforcement positive DNC staff who leaked the DNC files and not a Russian hacker.

In fact, President Elect Donald Trump spoke with James Comey, the head of the FBI, only days ago and Mr. Comey assured Mr. Trump that no data supports the rumor that the "Russians" hacked anything in the U.S. 2016 elections.

PLEASE TAKE FURTHER NOTICE that XP reports to the office of Mr. James Comey at the FBI and to Mr. David Johnson of the San Francisco FBI and has done so since 2009. XP would certainly have been advised that this was a national security matter involving

Russian hackers if any FBI official suspected such a thing. XP
believes that the crimes and illicit deeds under discussion are
entirely domestically based and fall under domestic RICO laws.

Part of Gawker Media is located next to and staffed by Russians.
Does this make those Russians "Naughty Russians"? Certainly not!

Are there "Naughty People" in Eastern Bloc areas? Certainly Yes.
In order to try to hide news stories about crimes that the Gawker
Media or DNC members who are up to evil might want to hide, they
might use a group in Russia called "The Agency", which is well
documented by Gawker's writers. They might also use a "low Earth
Orbit ion cannon" known as a DDOS Attack Engine such as the one
described in this alert today, about, ironically, that very same
part of the world:

"This entry was posted in General Security, Wordfence, WordPress
Security on December 16, 2016 by mark   61 Replies
At Wordfence we constantly monitor the WordPress attack landscape
in real-time. Three weeks ago, on November 24th, we started
seeing a rise in brute force attacks. As a reminder, a brute
force attack is one that tries to guess your username and
password to sign into your WordPress website.
In today's post we show you how attacks have increased during the
past 3 weeks and share some data about where attacks are
originating from.
First: How to protect yourself from these attacks
Brute force attacks are unsophisticated. They are simple password
guessing attacks. A machine will automatically try to sign into
your website over and over in the hope that it can guess your
password.
If you install the free version of Wordfence, you are
automatically protected against brute force attacks. It's that
simple. We also automatically block the worst offenders
completely, and we share some information below on who those are.
We have a few other really cool options, like preventing username
discovery and immediately locking out invalid usernames. All
these techniques help protect you against brute force attacks.
Download and install the free version of Wordfence today to get
instant protection against brute-force attacks.
A sustained increase in Brute Force WordPress Attacks
During the past three weeks we have seen the number of sites
attacked each day almost double. The dotted blue line indicates
the average number of attacked sites for the 60 days shown.  The
charts below show attack patterns over the past 2 months.


We have observed the number of brute force attacks blocked
increase significantly above our 60 day average.

And what most concerns us is that we have seen a rise in unique
IP addresses that are attacking WordPress websites per day. This
rise started on November 24th and has spiked significantly during
the past week.


This has now increased far above our baseline. Usually we see an
average of around 13,000 unique IP's attacking each day. We're
currently seeing over 30,000 unique attacking IPs and this is
continuing to increase.
Who is Brute Force Attacking WordPress sites?
The charts above show data for the past two months. We then
analyzed attacks during the past 24 hours to see who is currently
attacking WordPress sites.
The following table shows the top 20 countries sorted by attacks
during the past 24 hours. As you can see, Ukraine is by far the
main culprit, responsible for over 15% of total attacks. That is
a lot when you consider that the population of Ukraine is only 45
million people.

Most of the attacks come from 8 IP addresses in Ukraine.

These IPs all belong to the same organization and are on the same
network. Doing a Google search on the top IP brings back many
reports of abuse around the Internet. They belong to a hosting
company in Ukraine called "Pp Sks-lugan". The servers are a mix.
Some aren't running any services. Others appear to be running
Windows IIS web server.
These IPs are using brute force attacks exclusively. They don't
launch any sophisticated attacks. They are hammering away at
WordPress sites at a rate of over a quarter million login
attempts each, in some cases, during a 24 hour period.
When we add up attacks during the past 24 hours and group by the
organization that owns the attacking IP address, you can really
see the impact that the Ukrainian host is having.
Keep in mind that as you look at the data below, some
organizations like GoDaddy are very large. They actually make up
a large percentage of total WordPress sites on the Net. And so
before you call out a hosting provider for being 'insecure', you
should consider their size and that it takes the operations team
at each hosting provider some time to respond to a hacked site
and take it offline.
We also think the table below illustrates how most attacks
originate from specific networks that are relatively obscure.

The top hosting provider is a tiny organization you've probably
never heard of. But they're head and shoulders above most other
companies on this list for the number of attacks that originate
from their network.

The second company on the list, "Iliad-Entreprises", has 8 IP
addresses in particular that launched between 50,000 and 210,000
attacks each during the past 24 hours. That is what makes up the
bulk of the action on their network.
The difference between the top two networks and the network in
third place is dramatic. OVH is a very large hosting provider,
but we're seeing more than 4 times fewer attacks originating from
their network than from the #1 Ukrainian host.
Lock it down and stay safe this holiday season
If you run a WordPress site, make sure you lock it down so that
you can relax over the holiday season. Brute force attacks are
easy to protect against if you have the right tools. I've
included a screenshot below of the Wordfence Login Security
options that give you an idea of the many different ways we stop
brute force attacks in their tracks. Click for a larger image.

As always I would love to hear your feedback and comments below
and will be around to respond.
Mark Maunder – Wordfence Founder/CEO"
PLEASE TAKE FURTHER NOTICE that the Court may not be aware of
such information weapons that Gawker may, or may not have used
and may, or may not, still use. The described weaponzing of the
web system described by Mark Maunder, above, is only ONE OF OVER
1000 SUCH ATTACK WEAPONS someone like Gawker Media might employ
to attack an enemy or to shut down Hulk Hogan's counter-measures
or to dramatically spread defamatory information about Hulk
Hogan, Ashley Terrell, Meanith Huon or XP. Insidious, Yes?

PLEASE TAKE FURTHER NOTICE that, Russians did, though, cause this
whole case matter in the first place via one of the most
elaborate practical jokes ever played on one nation by another.

In the book: THE BIG DEAL, By Oscar Leung, the world learned the
following:

"...This is an entirely true story that sounds like a Hollywood
movie. It is shocking. These are the facts.
Vladimir Nintin started all this in 1989. Vladimir was an
administrative clerk in the Soviet Army. As
Russia was abandoning it's attempt to seize Afghanistan, Vladimir
was in a small temporary military
field office organizing some rolled up charts to go between the
"Burn-Box and the "Return to Moscow" box. He made a decision that
changed the course of history.

Today, in 2016, his choice has led to many deaths, the failure of
a U.S. President, the collapse of a U.S.
political party, the rise and fall of a vast field of "Cleantech
companies", trillions of dollars in missing
taxpayer funds and epic document leaks that have forever altered

the way the world views it's
governments.

Vladimir had some documents in his hands at that moment. The
afternoon sun was driving shafts of
amber light through the Perspex windows of the canvas and wood
make-shift field office. Vlad was
organizing the take away documents for the Russian retreat from
Afghanistan. The shafts of light, in
Afghanistan are always made solid by the constant dust that is
everywhere. That dust left a thin layer of
itself on everything.

These particular documents were called: "The Treasure Maps". They
were said to show where five
trillion dollars worth of copper, lithium, indium and other
technology minerals were hidden in the
Afghan plains. That lithium and indium could power Elon Musk's
cars and Solyndra, Fisker's,
Abound's Cleantech (if only a certain group of Silicon Valley
billionaires had a way to monopolize
that...hmmmm?)

But; were those "Treasure Maps" a trick or a treat?

To this day, controversy exists across the intelligence
communities, of many nations, about whether, or
not, those maps were a scam created to "trick the American's" or
the actual locations of trillions of
dollars of mining deals that were "antibody's for the taking".
The papers that the CIA geologists pulled
out of that archival library in Kabul, Afghanistan still read to
be a bit too convenient for what happened
next.

Decades later, after an invasion or two, and vast expenditures of
cash, political capitol and lives, very
little of the promised golden mining treasure has materialized.
What has materialized is epic corruption,
political payola, campaign secrets, deaths and controversy.

Goldman Sachs, McKinsey Consulting and Deloitte helped a few
rogue CIA buddies distribute a huge
number of white papers and press releases which used the buzz
words: "Trillions of dollars of lithium
in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium".
Why would those particular
companies put so much effort into hyping a pile of dirt on the
other side of the planet?The answer lies in who they hyped it to
and who took the bait. It turns out, most of the money that

flowed through this (probable) scam financed the Obama campaign.
It also turns out that those who
skimmed profits from this vast flowing river of corruption sludge
were Elon Musk, John Doerr, Eric
Schmidt, Steve Jurvetson and the very pack of investors who
co-funded the Obama campaign. They
were also the very same people who, exclusively, got the only cash
cash from the Obama Administration.
They are also the very same people who had partnered with the
Russian mining companies who were
standing by to go back into Afghanistan to dig up this magical
dirt-pile. Where "covert mining deals"
were never a big election deal, in 2016, thanks to some
monumental document leaks, they became one
of the biggest deals in U.S. history..and not in a good way.


PROPUBLICA BUSTS OPEN:
The Afghanistan Mining Scam Failure
G.I. Dough
The U.S. Spent a Half Billion on Mining in Afghanistan
With 'Limited Progress'
The Special Inspector General for Afghanistan Reconstruction has
labelled yet another project in
danger of failing. This time its U.S. plans to develop the
country's oil, gas and minerals industries.
by Megan McCloskey
ProPublica,
G.I. Dough
ProPublica is investigating how billions of U.S. tax dollars have
been spent on questionable or failed
projects and how those responsible for this waste are rarely held
accountable.
Latest Stories in this Project
  Pentagon Task Force: We Want Villas and Flat-Screen TVs in
Afghanistan
  Plot Thickens: Pentagon Now Facing More Scrutiny Over $766
Million Task Force
  Watchdog Accuses Pentagon of Evading Questions on $800 Million
Afghanistan Program
  Taxpayers Fund Yet Another Unneeded Building in Afghanistan
  The Military Built Another Multimillion-Dollar Building in
Afghanistan That No One UsedThe United States has spent nearly
half a billion dollars and five years developing Afghanistan's
oil,
gas and minerals industries — and has little to show for it, a
government watchdog reported today.
The project's failings are the result of poorly planned programs,
inadequate infrastructure and a
challenging partnership with the Afghan government, the Special

Inspector General for Afghanistan
Reconstruction wrote in its newest damning assessment of U.S.
efforts in the war-torn country. The
finding comes after some 200 SIGAR reports have detailed
inefficient, unsuccessful or downright
wasteful reconstruction projects. A recent ProPublica analysis of
the reports found that there has been at
least $17 billion in questionable spending.
We Blew $17 Billion in Afghanistan. How Would You Have
Spent It?
Here's just what the Special Inspector General for Afghanistan
Reconstruction found. See for yourself
how that money could have been used at home. Explore the app.The
United States Agency for International Development and a Pentagon
task force were in charge of
developing a so-called "extractive" industry in Afghanistan —
basically a system for getting precious
resources out of the ground and to the commercial market. SIGAR
called out both USAID and the
Defense Department last year for their failures to coordinate and
to ascertain the ability of Afghans to
sustain the project, which unsurprisingly is not promising. In
fact, when international aid stopped
supporting the Afghan office responsible for oversight of the
petroleum and natural gas industries, two-
thirds of the staff were fired.
Exploiting these resources, which are estimated to be worth as
much as $1 trillion, is pivotal to
Afghanistan's economic future. SIGAR noted that the Afghan
government has shown progress under
USAID's tutelage in regulating and developing the commercial
export of the resources. But the report
said the project was still hampered by corruption, structural
problems and a lack of infrastructure for
the mining industry, such as reliable roads. Many of the mines
operate illegally, with some profit going
to the insurgency, SIGAR said.
When it came to individual extractive projects, there was little
progress made, the IG found.
The controversial Pentagon task force in charge of much of the
effort, the Task Force for Business
Stability Operations, spent $215 million on 11 extractive
programs, but "after operating in Afghanistan
for 5 years, TFBSO left with nearly all of its extractive
projects incomplete," SIGAR found. Three ofthe programs
technically met objectives, but one of those is of questionable
value at best. The task
force built a gas station for an outrageously inflated cost and
in the end it didn't have any customers. So
while the objective to create the station was achieved, SIGAR

doubted it was a worthwhile venture.
The task force, made up of mostly civilian business experts and designed to develop the Afghan
economy, has come under fire from SIGAR and Congress for demanding unusual and expensive
accommodations in the country, allegedly punishing a whistleblower, and lacking overall
accountability. The Senate is holding a hearing on the task force next week.
In today's report, SIGAR highlighted that the task force spent $46.5 million to try to convince
companies to agree to develop the resources, but not one ended up signing a contract. About $122
million worth of task force programs had mixed results, SIGAR said.
The Defense Department declined SIGAR's request to comment on its findings. In its response, USAID
said it has helped Afghanistan "enact investor-friendly extractive legislation, improve the ability to
market, negotiate and regulate contracts, and generate geological data to identify areas of interest to
attract investors." Any conclusions and criticisms, USAID told SIGAR, "need to be substantially
tempered by the reality that mining is a long-term endeavor."
daily newsletter to get more of our best work.Megan McCloskey
Megan McCloskey covers the military for ProPublica. Previously she was the national correspondent at
Stars and Stripes.
Follow @MegMcCloskeyWHY A WEBSITE COMPANY DESPERATELY WANTS TO PUSH ELECTRIC CARS! GOOGLE'S AWFUL SECRET
Google's owners got an exclusive kickback scam between themselves and the White House over
lithium ion batteries ravaged from war profiteering in Afghanistan, political rigging in Bolivia and
other war incursions.
Google wants to push electric cars to keep it's owners political payola scams alive.
Deadly, toxic, explosive, a risk to national security, fetus damaging...yet Google charged full speed
ahead into it.. READ THE REPORT TO SEE WHY!Obama administration to announce efforts to boost self-
driving carsBy David Shepardson
Reuters
By David Shepardson
DETROIT (Reuters) - The Obama administration will announce efforts to boost self-driving cars on
Thursday, and President Barack Obama may discuss advanced transportation efforts in his final State of
the Union Address on Tuesday, according to government officials.
Mark Rosekind, head of the National Highway Traffic Safety

Administration, told reporters that
Transportation Secretary Anthony Foxx will be in Detroit to talk
about efforts by the Obama
administration to speed the introduction of self-driving
vehicles.
"Thursday is huge because this is the White House telling you
that the secretary is going to be here to
amplify stuff that is coming out of the State of the Union, and
it's focused on self-driving cars,"
Rosekind told reporters in Detroit.
There is not yet a clear legal framework governing their presence
on U.S. roads.
Automakers and technology companies such as Alphabet Inc's Google
have called on regulators to
clarify guidelines for introduction of autonomous driving
technology, in part out of concern that a
mishap involving a self-driving car could result in costly
litigation.
A Google spokesman said the company will take part in Thursday's
announcement by Foxx. Detroit
automakers are also likely to participate.
In December, Rosekind said he opposes a "patchwork" of state
regulations on driverless cars and
promised a "nimble, flexible" approach to writing new rules for
self-driving vehicles.(Reporting by David Shepardson; Editing by
Bill Rigby and Dan Grebler)
Google Seeks Multiple Auto Partners for Self-Driving Car
Unit
Dana Hull danahull
John Lippert johnmlippert
  Company wants to begin announcing some joint efforts this year
  Google vehicle chief John Krafcik speaks at Detroit meeting
Share on Facebook Share on Twitter
Share on LinkedIn Share on Reddit Share on Google+ E-mail
Google hopes to form partnerships with many automakers and
suppliers as it develops self-driving cars
to reduce traffic accidents and expand mobility for elderly and
disabled people, the head of its vehicle
project said.
The Alphabet Inc. company wants to announce some of those joint
efforts during 2016, John Krafcik,
the Google executive, said in Detroit at an Automotive News
conference Tuesday held in conjunction
with North American International Auto Show.
Almost every automaker "has been in to speak with us, if only to
understand where we are," Krafcik
said. "I don't know how many we'll end up having."
His comments counter speculation that Google would pick a single
automaker as its exclusive partner
for self-driving cars. Yahoo Autos reported last month that Ford

Motor Co. would announce a joint
venture with Google on self-driving. Fiat Chrysler Automobiles NV
and General Motors Co. have also
said they're talking with Google about developing self-driving
cars.
Google Hires Former Obama Adviser Atkinson to Lead
Global Policy
Jack Clark mappingbabel
Share on Facebook Share on Twitter
  Caroline Atkinson was deputy national security adviser
  Company faces probes in Europe and U.S. as influence
growsGoogle has hired former White House Deputy National Security
Adviser Caroline Atkinson to lead its
global policy team as the Internet advertising giant seeks an
advocate to deal with regulators around the
world.
Atkinson, 63, stepped down in December from her post in U.S.
President Barack Obama's
administration as an emissary to the Group of 20 economies,
negotiating behind-the-scenes on
agreements of international scope and significance. Google, a
unit of Alphabet Inc., currently faces
probes from both federal and European regulators into its
businesses, as the company's increasing
influence over areas like mobile phones and Web search draws
scrutiny.
"Caroline's an internationally respected diplomat and adviser,
and we're delighted to have such a
thoughtful leader heading our global policy team," Google General
Counsel Kent Walker said in a
statement.
Atkinson also previously worked at the National Security Council,
the International Monetary Fund,
the Treasury Department, and investor consultancy Stonebridge
International. She was selected by the
Obama administration in June 2013.
Articles
Afghanistan Waste Exhibit A: Kajaki Dam, More Than $300M Spent
and
Still Not Done
Today, 12:30 p.m.
A Senate subcommittee is looking at waste by a Pentagon task
force. It would do well to review the
reasons why a major hydroelectric power plant sits unfinished.
The U.S. Spent a Half Billion on Mining in Afghanistan With
'Limited
Progress'
Jan. 14, 12:49 p.m.
The Special Inspector General for Afghanistan Reconstruction has
labelled yet another project in

danger of failing. This time its U.S. plans to develop the country's oil, gas and minerals industries.
We Blew $17 Billion in Afghanistan. How Would You Have Spent It?
Dec. 17, 2015, 11:03 a.m.
The U.S. government has wasted billions of dollars in Afghanistan, and until now, no one has added it
all up. Project after project blundered ahead. And Congress has barely blinked as the financial toll has
mounted. Here's what the Special Inspector General for Afghanistan Reconstruction found.
Pentagon Task Force: We Want Villas and Flat-Screen TVs in Afghanistan
Dec. 3, 2015, 12:01 a.m.In its latest salvo, the inspector general dings the controversial task force for spending $150 million on
private housing in Afghanistan, including fancy meals and round-the-clock bodyguards.
Plot Thickens: Pentagon Now Facing More Scrutiny Over $766 Million Task
Force
Nov. 25, 2015, 12:45 p.m.
Senators were already questioning why the Defense Department was restricting a government
watchdog. Now there are criminal investigations and questions about retaliation against a
whistleblower.
Watchdog Accuses Pentagon of Evading Questions on $800 Million Afghanistan Program
Nov. 2, 2015, 8:35 a.m.
Despite lacking access to key documents and personnel, the inspector general determined that nearly
$43 million had been spent on a natural gas station that should have cost closer to $300,000.
Taxpayers Fund Yet Another Unneeded Building in Afghanistan
Sep. 3, 2015, 7 a.m.
The U.S. military shelled out millions before deciding the project was unnecessary, bringing the total
for unused buildings spotted by the Inspector General for Afghanistan to nearly $42 million.
The Military Built Another Multimillion-Dollar Building in Afghanistan That
No One Used
July 19, 2015, 11:01 p.m.
In its latest report, the inspector general found that the U.S. military continued to build a $14.7 million
warehouse after it knew it wasn't needed, echoing an earlier investigation into an unused $25 million
HQ.
Behavior of Military Lawyer in Boondoggle HQ Inquiry Under Scrutiny

May 28, 2015, 11:13 a.m.
Several U.S. Senators and military lawyers say they are concerned by Col. Norm Allen's attempts to
thwart an investigation into why the U.S. Military built an unneeded luxury headquarters in
Afghanistan.
Boondoggle HQ
May 19, 2015, 11:01 p.m.
The $25 Million Building in Afghanistan Nobody NeededMoney as a Weapons System
May 15, 2015, 8 a.m.
How U.S. commanders spent $2 billion of petty cash in Afghanistan
Billions Blown in Afghanistan Reconstruction Spending? (MuckReads Edition)
March 31, 2015, 2 p.m.
Pentagon Finally Identifies the Remains of a POW Lost Since 1942
Jan. 27, 2015, 5 a.m.
Long buried alongside hundreds of unknown U.S. soldiers in the Philippines, Pvt. Arthur "Bud" Kelder
is on his way home after a lawsuit by his family and an investigation by ProPublica and NPR.
Head of Flawed Effort to ID Missing Soldiers Loses Job
Oct. 3, 2014, 9:32 a.m.
The departure of veteran lab director Tom Holland appears to be the first leadership change in the
Pentagon's overhaul of its identification process.
Pentagon Report Finds Litany of Problems with Effort to Recover MIAs
July 11, 2014, 11:17 a.m.
A draft inspector general report found that the mission lacks basic metrics for how to do the job – and
when to end it.
Pentagon Finally Decides to Dig Up Remains of Long Lost Soldier
July 1, 2014, 11:25 a.m.
After a ProPublica story, the military will exhume a grave in the Philippines that may hold the remains
of Bud Kelder, an American POW whose family has long been fighting the Pentagon to get him home.
Big Revamp of Pentagon's Troubled Mission to Find Missing Soldiers
Looks a Lot Like Old Revamp
April 16, 2014, 12:31 p.m.
Without change of leadership throughout, meaningful change could be elusive, critics say.
Pentagon Overhauls Effort to Identify its Missing
March 31, 2014, 6:20 p.m.
The restructuring promises to address many of the problems laid out in a recent ProPublica and NPRinvestigation.
French, Germans Return Fallen GI After Pentagon Gives Up
March 21, 2014, 4:44 a.m.

For more than 50 years, Army PFC Lawrence S. Gordon was
mistakenly interred as a German soldier
in a cemetery in France. Then European officials did what the
U.S. military would not, exhuming him
and identifying him with DNA.
Four Ways to Really Fix the Pentagon's Effort to ID the Missing
March 14, 2014, 10:11 a.m.
Changes must go beyond bureaucracy to update the scientific
approach and embrace outside help.
Mining in Afghanistan - Wikipedia, the free encyclopedia
Mining in Afghanistan is controlled by the Ministry of Mines and
Petroleum, which is headquartered in
Kabul with regional offices in other parts of the country.
en.wikipedia.org/wiki/Mining_in_Afghanistan
The future of Silicon Valley may lie in the mountains of ...
The future of Silicon Valley's technological prowess may well lie
in the war-scarred mountains and salt
flats of Western Afghanistan.
venturebeat.com/2014/03/20/lithium-afghanistan/
$1 Trillion Motherlode of Lithium and Gold Discovered in ...
A recently unearthed 2007 United States Geological Service survey
appears to have discovered nearly
$1 trillion in mineral deposits in Afghanistan, far bey
mining.com/1-trillion-motherlode-of-lithium-and-gold...
Afghanistan: The Saudi Arabia of Lithium ? : Discovery News ...
Lithium, which is used to make batteries for everything from
mobile phones to iPads, could transform
the war-torn nation's economy. THE GIST - Nearly $1 ...
news.discovery.com/earth/afghanistan-minerals-lithium.htm
Afghanistan the "Saudi Arabia of lithium " - Khaama Press (KP ...
The Afghanistan's natural resources are considered to be a silver
lining for the economy of Afghanistan,
as the NATO-led international coalition
khaama.com/afghanistan-the-saudi-arabia-of-lithium-1747Afghans
Wary as Efforts Pick Up to Tap Mineral Riches - The ...
With a trillion-dollar cache of oil, gold and other resources
underground, hopes of self-sufficiency in
Afghanistan are tempered by worries about ...
nytimes.com/2012/09/09/world/asia/afghans-wary-as-eff...
The War is Worth Waging": Afghanistan's Vast Reserves of ...
"The War is Worth Waging": Afghanistan's Vast Reserves of
Minerals and Natural Gas The War on
Afghanistan is a Profit driven "Resource War".
globalresearch.ca/the-war-is-worth-waging-afghanistan-s-vas...
Why Afghanistan's Lithium Is a Big Deal, Even If It Never ...
Why is this significant? Because even if Afghanistan's lithium
never leaves the ground, the sudden,
black-swan appearance of a new and potentially massive ...
popsci.com/science/article/2010-06/why-finding-lithi...
U.S. Identifies Vast Mineral Riches in Afghanistan - The New ...

The nearly $1 trillion in untapped deposits are enough to
fundamentally alter the Afghan economy and
perhaps the Afghan war itself, officials said.
nytimes.com/2010/06/14/world/asia/14minerals.html
The Spoils of the War on Afghanistan, One Trillion Dollars of ...
Above: An Italian helicopter flies over western Afghanistan
during an international operation. Lithium
reserves have been found in the western part of that country.
globalresearch.ca/the-spoils-of-the-war-on-afghanistan-one-...
Conspiracy Theory- Afghanistan's Lithium Takeover
Conspiracy Theory- Afghanistan's Lithium Takeover. ... The
candidate must support the corporation's
wishes, and this time it would be the Afghanistan mining ...
illuminatiwatcher.com/conspiracy-theory-afghanistans-lithium-ta..
.
Does Us Have Control Of Lithium Mines In Afghanistan - Prijom
The War is Worth Waging Afghanistan's Vast Reserves of Minerals :
The 2001 bombing and invasion of
Afghanistan has been presented to World public for lithium ...
prijom.com/posts/does-us-have-control-of-lithium-min...
There are better places than Afghanistan to mine for lithium .
For years, the mining industry has known that there are vast
supplies of lithium, an element that is
crucial to the technology business, sitting untapped u
slate.com/articles/news_and_politics/politics/2010/...Eyes on
Afghanistan as Next Lithium Motherlode | OilPrice.com
Eyes on Afghanistan as Next Lithium Motherlode. ... Lithium is
positioned to play a key role in this
mining venue, as Afghanistan is said to have one of the world's
...
oilprice.com/Energy/Energy-General/Eyes-on-Afghanistan...
China, Not U.S., Likely to Benefit from Afghanistan's Mineral ...
Although the U.S. government has spent more than $940 billion on
the conflict in Afghanistan since
2001, a treasure trove of mineral deposits, including ...
dailyfinance.com/2010/06/14/china-us-afghanistan-mineral-m...
Afghanistan grants key copper and gold permits | MINING .com
The government of Afghanistan announced Friday its preferred
bidders for three of its four current
mineral tenders, with a consortium backed by City of London
banker ...
mining.com/afghanistan-grants-key-copper-and-gold-mi...
Afghanistan's lithium Eureka: A big win for China, or another ...
Since reports emerged this weekend that Afghanistan is home to a
massive deposit of useful minerals,
namely lithium, the green news complex has been ...
venturebeat.com/2010/06/14/afghanistans-lithium-eureka-a-...
Dreams Of A Mining Future On Hold In Afghanistan : NPR
Afghan miners in a makeshift emerald mine in the Panjshir Valley
in 2010. Reports suggest that

Afghanistan is sitting on significant deposits of oil, gas ...
npr.org/2012/04/04/149611352/dreams-of-a-mining-f...
Massive Afghanistan Lithium Deposit (As In Batteries) Could ...
A large mineral deposit worth an estimated $1 trillion has been
discovered in Afghanistan, Pentagon
officials revealed today. The find could change the nation's ...
gizmodo.com/5562473/massive-afghanistan-lithium-depos...
US discovers natural desposits of gold, iron, copper and ...
A Pentagon memo claims Afghanistan could become the 'Saudi Arabia
of lithium', a key raw material
in the manufacture of batteries for laptops and mobile phones.
dailymail.co.uk/news/article-1286464/US-discovers-natural...
Afghanistan's Lithium , Pakistan's Loss - New America Media
Anonymous Posted Oct 2 2010. The electric car projects are just a
scam to get a ceratin group of VC's
to control the lithium fields in Afghanistan!
newamericamedia.org/2010/07/afghanistans-lithium-pakistans-lo...L
ack of regulation limits Afghan gem mining | Global Risk ...
The lack of clear industry rules is hampering the growth of
Afghanistan's mining sector. Blessed with
mineral wealth, Kabul remains unable to utilize it.
globalriskinsights.com/2013/06/lack-of-regulation-limits-afghan-.
..
Afghanistan: War for Lithium ? (Mar 11, 2013) - Truth in Media
Afghanistan: War for Lithium? How supposed "War on Terror" and
"War on Opium" morphed into
"War for Lithium," mineral essential for building of nuclear
weapons; US ...
truthinmedia.org/2013/AfghanWar.html
Vast $Trillion Mineral Deposits Discovered in Afghanistan ...
'Trillion dollar' mineral deposits have been discovered in
Afghanistan according to US officials. These
deposits include vast quantities of iron, copper, and lithium ...
thenewslink.com/afghanistan-lithium-trillion-dollar-miner...
Lithium in Afghanistan for electric cars: a blessing and a curse
Lithium in Afghanistan, as well as rich deposits of other
precious minerals, could further complicate
U.S. goals in the Afghanistan war.
personalmoneystore.com/moneyblog/lithium-afghanistan/
Afghanistan's Lithium Wealth Could Remain Elusive
Afghanistan may be the Saudi Arabia of lithium—a key energy
storage medium—but prosperity will
not flow easily.
news.nationalgeographic.com/news/2010/06/100616-energy-afghanista
n-li...
Lithium in Afghanistan - mom.gov.af
Lithium in Afghanistan Figure 1. Lithium occurrences in
Afghanistan on a low-resolution Landsat
image, with major tectonic features, intrusive
mom.gov.af/Content/files/MoMP_LITHIUM_Midas_Jan_2014...

Afghanistan: Mining , Minerals and Fuel Resources
Afghanistan, with a total population of 30,419,928 as of July 2012, is located in Southern Asia, north
and west of Pakistan, east of Iran. The country mostly has an ...
azomining.com/Article.aspx?ArticleID=170
Afghanistan copper, lithium worth $1 trillion | Marketplace.org
American geologists have reported that Afghanistan is sitting on $1 trillion of copper and lithium
deposits, a new-found mineral wealth that marks the country as a ...marketplace.org/topics/world/afghanistan-copper-lithium-w...
Why Lithium Can't Save Afghanistan : Discovery News
Why Lithium Can't Save Afghanistan. Jun 16, ... After that comes mining lithium-bearing minerals
right out of granites. Until recently, ...
news.discovery.com/earth/can-lithium-really-save-afghanistan...
The ASIA Miner - AFGHANISTAN - Survey of lithium deposits
Central Asian Mining Services (CAMS) has been contracted to assist in a survey of lithium deposits in
Afghanistan. The country is believed to contain significant ...
asiaminer.com/news/latest-news/5996-afghanistan-survey-...
Afghanistan's trillion dollar curse: lithium - City of Brass
Afghanistan has a national mining law, ... about Afghanistan's trillion dollar curse: ... work and your
post about Afghanistan's trillion dollar curse: lithium
beliefnet.com/columnists/cityofbrass/2010/06/afghanista...
lithium mining in pakistan - mtmcrusher.com
Why Afghanistan's Lithium Is a Big Deal, Even If It Never Leaves the . ... Lack of Regulation Limits
Afghan Gem Mining | Global Risk Insights.
mtmcrusher.com/environment/lithium-mining-in-pakistan.html


The future of Silicon Valley may lie in the mountains of Afghanistan
Richard Byrne Reilly
Tags: Andrew Chung, Apple, Donald R. Sadoway, editor's pick, Jay Jacobs, Khosla Ventures, lithium,
Lithium Exploration Group, lithium-ion batteries, Michel Chossudovsky, Tesla, Tesla Motors, top-
storiesAbove: An Italian helicopter flies over western Afghanistan during an international operation. Lithium
reserves have been found in the western part of that country.
Image Credit: ISAF Media
The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt
flats of Western Afghanistan.
United States Geological Survey teams discovered one of the world's largest untapped reserves of
lithium there six years ago. The USGS was scouting the volatile country at the behest of the U.S.
Department of Defense's Task Force for Business and Stability

Operations. Lithium is a soft metal used
to make the lithium-ion and lithium-polymer batteries essential
for powering desktop computers,
laptops, smartphones, and tablets. And increasingly, electric
cars like Tesla's.
The vast discovery could very well propel Afghanistan — a
war-ravaged land with a population of 31
million largely uneducated Pashtuns and Tajiks, and whose primary
exports today are opium, hashish,
and marijuana — into becoming the world's next "Saudi Arabia of
lithium," according to an internal
Pentagon memo cited by the New York Times.
The USGS survey report on Afghanistan that detailed the findings
also noted that, in addition to
lithium, the country also contains huge deposits of iron ore,
gold, cobalt, copper, and potash, among
many other valuable minerals.
"The mineral wealth there is astonishing," said professor Michel
Chossudovsky of the Montreal-based
Center for Research and Globalization, who has written
extensively on Afghanistan.
A conservative estimate of the riches is $1 trillion. In some
circles, it's as high as $5 trillion.Above: A typical lithium
"button" cell found in many small electronics.
Image Credit: Rodrigo Senna
In Silicon Valley and beyond, tech companies like Apple, Google,
Amazon, Microsoft, Hewlett-
Packard, Samsung, Sony, and Tesla rely on continual, and
uninterrupted, access to lithium, as lithium-
based batteries are the primary power storage devices in their
mobile hardware.
Without these batteries, MacBooks, iPads, iPhones, Kindles,
Nooks, Galaxy IIIs, Chromebooks, and,
yes, Tesla Model S cars would be largely worthless. If forced to
use older, nonlithium batteries, their
battery lives would certainly be much shorter.
The world's current lithium heavyweight is Bolivia, the biggest
exporter of the element. There, in the
swamps and marshlands of the southern region of the country near
where the borders of Chile and
Argentina meet, are the biggest deposits.
Canada, China, Australia, and Serbia also have varying amounts of
lithium, but not as much as Bolivia.
Or apparently, Afghanistan.
Enough to last a lifetime
Depending on who you talk to, the current lithium global reserves
are adequate for at least another
generation of lithium-ion battery manufacturers to produce them.
But not everybody thinks so, and some say the light metal
compound may someday run dry. That could

in turn spell trouble for any company whose business depends on light and portable mobile electronics
— unless someone comes up with an alternative to lithium batteries before then.
The experts VentureBeat interviewed pointed to sharp year-on-year increases in the demand for lithium.
That's putting heavy pressure on existing stockpiles.
According to Lithium Americas, a Canadian lithium-mining company with significant business
interests in Argentina, lithium demand will more than double in the next 10 years, while lithium prices
have nearly quadrupled during the same timeframe.
Tesla, for its part, is in the process of investing up to $5 billion to build its own lithium-ion Gigafactory
in Texas, a plant capable of churning out 500,000 expensive battery packs a year by 2020 for its line of
zero-emission, all-electric cars.Above: Tesla predicts that its "Gigafactory" will produce more lithium batteries (by capacity) in 2020
than the entire global production of such batteries in 2013.
Image Credit: Tesla Motors
A Tesla spokeswoman did not return calls seeking comment.
As a potential source to feed that demand, enter Afghanistan.
"At some point, if present trends continue, demand [for lithium] will outstrip the supply. And again, at
some point, the market for lithium-ion could get so big that it actually affects the supply chain," said
Donald R. Sadoway, a professor of the Materials Chemistry Department of Materials Science and
Engineering at MIT.
Looking at Afghanistan, Sadoway says the war-ravaged nation, which has no effective mining
infrastructure in place, may well be attractive to the world's mining outfits.
"In this regard," Sadoway, one of the world's foremost experts on energy sources, says, "the deposits in
Afghanistan could be important."
Andrew Chung, a venture capitalist with Khosla Ventures in Silicon Valley who has invested in
multiple startups producing alternative batteries, says lithium-ion batteries are limited in their lifetime
cycles, scalability, and cost. Despite this, Chung says, he can understand how the untapped reserves of
Afghan lithium are now an increasing focus.
"It is an issue of the supply chain, whether it's Afghanistan or other [countries]. There is a finite supply,
and lithium-ion will continue to be the [power] choice for the next decade," Chung said.
Some of the Valley's biggest and most powerful tech companies either declined to comment for this

story or never returned calls. But they didn't deny the importance of lithium-ion batteries.

For instance, an Apple spokesperson declined to comment for this story but provided VentureBeat witha 2014 "Suppliers List" of the 200-plus vendors it uses to produce its products. A related post made the

Cupertino, Calif.-based company's commitment to lithium batteries clear, at least in the short term.

"Rechargeable, lithium-based technology currently provides the best performance for your Apple

notebook computer, iPod, iPhone, or iPad," the Apple post says.

Sony Energy Devices Corp. invented the lithium-ion battery in 1994. It was hailed as a breakthrough,

providing longer battery life and without the "memory effect" that gradually reduced the effective

capacity of previous types of batteries.

Since then, companies have gradually refined lithium battery technology but have not succeeded in

moving beyond it. Indeed, early Tesla cars are actually powered by large packs of industry-standard

lithium-ion battery cells — the same type of cells found in many laptop batteries.

And here is where it gets interesting.

Sharply increasing demand

Above: The custom battery pack Tesla uses for its Tesla Model S. Inside are hundreds of lithium cells.

Image Credit: Tesla Motors

If electric car manufacturers begin ramping up production of lithium-ion battery-powered cars, the

global demand for lithium will skyrocket. This could potentially come about at the same time for

increasing demand for handheld consumer goods like tablets and laptops, Chung said, thus creating a

perfect storm.

"So you want to start looking at other sources producing it with current supplies being called into

question, if we move more toward production of electric cars," Chung said.

Which is why, increasingly, eyes are turning to Afghanistan and its new purported lithium reserves, a

country long referred to as the "graveyard of empires." The U.S. invaded Afghanistan after the terror

attacks of Sept. 11, 2001, and according to iCasualties, 2,315 American servicemen and women have

been killed there.

Analyst Jay Jacobs of Global X Funds in New York, which has interests in lithium mining, said demand

for the compound is growing, and that "there are two regions that have been revealed to contain hugelithium reserves: Afghanistan and Bolivia."

William Tahil, a respected lithium expert who lives in France and is the general director for Material
International Research, argues that lithium deposits in Bolivia will at some point be depleted.
Jacobs was sanguine about safely extracting lithium from Afghanistan. He said political risks there
were considerable.
"With that being said, should there be a substantial and sustained increase in demand for lithium,
lithium miners may become increasingly interested in the country as it has an abundance of the
resource," Jacobs said.
It was the Soviets who first discovered the country's deposits when they invaded in 1979. Soviet
geologists began mapping Afghanistan's lithium, gold, and potash fields but abandoned their efforts
after the former communist superpower pulled out of the country in 1989.
But with a weak and corruption-plagued "central government," Afghanistan is now ripe for the picking,
Chossudovsky said. Indeed, the country is still very much divided into fiefdoms, with the Muslim
fundamentalist Taliban, warlords, and drug traffickers controlling large swaths of the country — and
using violence to advance their interests.
"There's no question the mining companies will go in there. No question. There's no real functioning
government there to reap the foreign investment of the mineral deposits. This makes it all the more
enticing to the mining companies because nobody in the government of [President] Hamid Karzai will
be regulating the bonanza of lithium, so they can do what they want," he said.
Jockeying for positionAbove: A lithium processing plant in Chile. Lithium is typically refined from vast piles of mineral salts.
Image Credit: Reduse.org
For its part, the U.S. government, which helped locate the lithium deposits using flyovers with a
sensor-filled Lockheed P-3 Orion and teams of geologists fielding soil samples, knows a potential gold
rush when it sees one. And it has no intention of being left on the sidelines. Especially since the
Chinese are now — and quickly — making deals with Afghan pols for mineral rights to copper
deposits.
The USGS did return multiple calls seeking comment. Nor did the Pentagon.
Despite what some say are the shortcomings of lithium-ion batteries, venture capitalists and investors
continue pouring money into them. Amprius, a lithium battery

maker based in Sunnyvale, Calif.,
snared a $30 million infusion round of investor cash in January.
Over at the Afghan embassy in Washington, D.C., the Afghans are
licking their lips at the potential
lithium and mineral windfall despite the country's continued
conflict with a resurgent Taliban. What
this may portend for the impoverished and war-torn nation is
anybody's guess. But the Afghans are
playing up the finds — or they were, until recently.
"In recent years, headlines from the Afghan mineral sector have
competed to outdo each other in scale:
from the landmark $3 billion Chinese investment in the Aynak
copper concession to the astounding
survey work of the U.S., Afghan, and British Geological Services
estimating anywhere between $1
trillion and $3 trillion in mineral potential, to the historic
$11 billion deal now being finalized with an
Indian consortium for the Hajigak iron ore concession," said a
posting on the Afghani Washington DC
website.
Afghanistan's ambassador to the U.S., Eklil Hakimi, presided over
a press conference at the Afghan
embassy in Washington, D.C., on March 10, where he talked about
the untapped deposits, along with
reps from the USGS and other U.S. politicians.
But Hakimi, through a spokesman, told me he simply didn't have
the time to talk..."

The above is only a partial sample of evidence from that book.
Over 10,000 pages of evidence have been linked to the court files
confirming the above facts.

PLEASE TAKE FURTHER NOTICE that while it is a false flag to
embrace the anti-Trump clarion call that "The Russians did it",
there are certainly some important Russian parties to take note
of in this matter.

PLEASE TAKE FURTHER NOTICE that Gawker Media ran multiple
hit-jobs on XP in order to harm XP and XP's staff in order to
punish them for competing with Tesla's and Solyndra's Afghan
lithium and indium multi-trillion dollar mining scam and to try
to diminish XP if a Special Prosecutor could have been moved into
place in the Obama Administration. GAWKER MEDIA IS A HIRED
CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND
CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION
ENGINES!

PLEASE TAKE FURTHER NOTICE that copies of any motions scheduled
for
hearing on the omnibus dates may be obtained free of charge by

visiting the website of the
Debtors' claims and noticing agent, Prime Clerk LLC, at
https://cases.primeclerk.com/gawker.
You may also obtain copies of any pleadings by visiting the
Court's website at
http://nysb.uscourts.gov in accordance with the procedures and
fees set forth therein. You may also obtain copies of
non-classified evidence for this case at
http://www.globalscoop.net  Case # 2788-D in folders # A-1
through A-50.

PROOF OF SERVICE
Plaintiffs group hereby certifies that on this date we caused
this filing to be served via a true and correct copy of the
foregoing by causing copies of same to be served on all counsel
of record, all known creditors, federal law enforcement liaisons
and on the U.S. Trustee for the Southern District of
New York, Region 2, by electronic filing same via electronically
traced and tracked digital networking and using the Prime Clerk
case system and the Judge's office electronic filing system.


XP Group
601 Van Ness Ave, MS E3613
San Francisco, CA  94102
legal@xpvehicles.com