# KEY GAWKER COURT DISCLOSURE CONFIRMATIONS IN CASE CERTAIN FILES OR RECORDS HAVE GONE MISSING

Revision 2.3


Gawker Media LLC, *et al*, : Case No. 16-11700 (SMB)
Debtors : (Jointly Administered)

http://xyzcase.xyz
http://www.globalscoop.net
...and related case files at FBI, GAO, FTC, SEC, EU, OSC, House/Senate Ethics Committees, and Donald Trump Transition Team

Any missing image files may be found in the pdf copies of the referenced documents. Properly formatted versions of these confirmation materials may be found in the previously provided pdf versions


## Table of Contents

KEY GAWKER COURT DISCLOSURES CONFIRMATIONS IN CASE CERTAIN FILES OR RECORDS HAVE GONE MISSING.........................................................................................................1
RESPONSE TO NOTICE OF DEBTORS FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO APPLY FED. R. CIV. P.12(B)(6) AND 12(C ) PURSUANT TO BANKRUPTCY RULES 9014 AND 7012 AND REJECTION OF THE ATTEMPTS TO VIOLATE CLAIMANTS CIVIL RIGHTS.........................................................................................3
NOTES ON GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION:...............................................................................................29
NOTES ON TESLA MOTORS, ELON MUSK AND STEVE JURVETSON.......................................32
NOTES ON KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL..........................................................36
Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel..........................................................39
Demand For FBI Supervision Of The Gawker Bankruptcy Case............................................................44
REPORT TO CONGRESS RELATIVE TO YOUR INVESTIGATION..............................................45
GAWKER MEDIA BANKRUPTCY CASE HITS TROUBLED WATERS.........................................46
GAWKER MEDIA BANKRUPTCY CASE HITS TROUBLED WATERS - PART 4...........................49
How Did Elon Musk get involved in so many dirty schemes?.................................................................53
Amended Statement for the Dec. 1, 2016 Hearing For Gawker Media.....................................................59
GAWKER LAWSUIT - DEAR GREGG......................................................................................61
GAWKER LAWSUIT - Updates for Dec 1 Meeting- NY Bankruptcy Court.........................................67
GAWKER LAWSUIT - Partial response to retort. "It's not a 'Conspiracy Theory' when you have PROOF!"...................................................................................................................................69
GAWKER LAWSUIT - Valuation of Gawker Assets – Part 1................................................................74

Re: GAWKER LAWSUIT - Confirmation..............................................................................75
GAWKER RESPONSE 3.5 – XP.........................................................................................76
GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found.........................................81
GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found - PART TWO.................82
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) "Elephant"....................83
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) Petition Against Ropes
and Gray Abuse.......................................................................................................................86
RESPONSE TO NOTICE OF DEBTORS DISCUSSION OF TESLA MOTORS IN THE OMNIBUS
OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO
COMPEL A FEDERAL SPECIAL PROSECUTOR..............................................................93
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RELATED LAWSUIT
ADVISORY............................................................................................................................96
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) CERTAIN WRITERS'
RESPONSE IN OBJECTION TO THE CONFIRMATION..................................................98
XP VEHICLES COMMENT ON DRAMATIC VOLUMES OF NEWLY FILED DOCUMENTS
FROM OTHER CREDITORS FINDING ILLICIT, POTENTIALLY CRIMINAL, TRICKERY
WITHIN THE GAWKER PROPOSED BANKRUPTCY  [Dkt. 444].....................................101
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) OPPOSITION TO
GAWKER COUNSEL ASSERTIONS REGARDING TESLA MOTORS............................102
Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT
AND CREDITORS REGARDING ASSET POOL EXPANSION.......................................111
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT
OF INTENTIONAL EFFORT TO REMOVE XP FROM RECOVERY PROCESS...........................112
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT
OF RELATED COURT CASES BEING HEARD AT THE SAME TIME..........................................114
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUEST FOR
SIGNED SWORN STATEMENTS FOR COURT AND LAW ENFORCEMENT RECORDS...........118
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTIFICATION OF
CONFLICT OF INTEREST BY DELOITTE........................................................................122
REQUESTED PRIME CLERK RESEND OF EVIDENCE FILE BY XP...........................................123
NOTICE OF APPROVAL AND INTEREST IN THE NEW SCHEDULING OF OMNIBUS
HEARINGS BY XP.................................................................................................................124
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF
REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT" SCENARIO IN CONTEXT OF THE
GAWKER BANKRUPTCY....................................................................................................125
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) FURTHER
EVIDENCE FOR THE NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT"
SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY.....................................140
NOTICE OF HATE SPEECH USAGE BT GAWKER COUNSEL TO ATTACK
CREDITOR/PLAINTIFFS IN ORDER TO DAMAGE CREDITOR/PLAINTIFFS...........................141
NOTICE OF INTEREST TO JOIN CLASS ACTION CASES REPRESENTING PARTIES IN THE
CLASS OF PERSONS MALICIOUSLY ATTACKED BY GAWKER MEDIA..................................149
Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) PLEADING FOR
COURT AFFIRMATION, OR DENIAL, OF CHARGES BY RENOWN THIRD PARTIES THAT
GAWKER IS "PART OF A GLOBAL MONEY LAUNDERING OPERATION"..............................150

# RESPONSE TO NOTICE OF DEBTORS FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO APPLY FED. R. CIV. P.12(B)(6) AND 12(C ) PURSUANT TO BANKRUPTCY RULES 9014 AND 7012 AND REJECTION OF THE ATTEMPTS TO VIOLATE CLAIMANTS CIVIL RIGHTS

XP Vehicles Task Force

Copied to FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff, Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, et al, to whom claimants report on an active criminal investigation into this matter.

XP Vehicles Group ("Plaintiffs") is **not** represented by counsel due to the economic hardship caused by Gawker Media's participation in a reprisal, vendetta and retribution program as part of the organized crime operation, described below, in which Gawker Media participated. Plaintiffs request funding and/or allocation by the Court, of adequate counsel and legal representation in order to preserve Plaintiff's guarantee by the U.S. and New York government Constitutions and Articles of their rights to a fair hearing and their rights to equal representation. The other debtors and creditors have spent millions of dollars in order to be represented in this case and it is not fair that Plaintiff's should be disenfranchised because only "elites" with big bank accounts get to play in this hearing. In fact, most of America seems to have agreed with that concern in the Presidential election on Tuesday night. We certainly hope that this hearing is not, also, "Pay-to-Play"! Plaintiffs are not able to come to the hearing on December 1, 2016 at 10:30 AM, due to the same Gawker Media-caused economic hardships unless the court can advance full travel expenses and per diem for Plaintiffs to transport their witnesses and substantial boxes of evidence to New York via Train or Vehicle.

XP has been placed in a position to not be able to adequately and fairly protect itself in this bankruptcy, by the intentional and malicious reprisal attacks by Gawker Media working in association with Google, Elon Musk, Kleiner Perkins and their assigns and agents in the production of multiple attack links, internet codes, server routes, DNS riggings and articles and videos which were locked on the front pages of Google, with the knowing cooperation of Google, in the top search positions for over 5 years in front of 5 billion consumers and sent to every potential employer, supplier, partner and investor of XP by Gawker Media and their RICO-Violating Cartel Partners in retribution. The President Elect and all U.S. AG candidates are now aware of, and supportive of Plaintiffs position.

Plaintiffs response to the document received on Nov. 11, 2016 from the bankruptcy court which was only received on Nov. 11, 2016. Responsive per the paragraph numbering of Ropes and Gray document code 59567763_7. ie: "P.1" below is responsive to the paragraph numbered "1" under the "BACKGROUND" section of the ROPES AND GRAY filing document.

## "BACKGROUND"

P.1 – At the time of the filing mentioned in this paragraph, Gawker Media staff were aware that the FBI had opened an investigation on them. DOJ was obligated to inform it's witness: XP, that its rights to recover were protected in the Gawker Cases.

P.2 – Plaintiffs don't know what this means that "no request" has been made. Plaintiffs filed all of the papers and responded to all of the court lists of documents to file, and wrote the DOJ multiple times requesting fair representation in the settlement of this case.

"II- THE XP VEHICLES CLAIMANT" - Section

P.5- Plaintiffs have damages in excess of $5 Billion as outlined below. These are minimal asks by Plaintiff. This Chapter 11 hearing has exposed the fact that Google hired Gawker and Gawker hired Google and transferred stock, cash, search engine rigging and other items of value for RICO-violation media manipulation and attack services in order to seek to manipulate national election results. The Google document in this bankruptcy court's own filings has invoices for "impressions". This is part of a baloney set of accounting smoke-screen material, created in part by David Drummond, At Google, per his own staff, to hide campaign payola payments from financiers George Soros, Elon Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others. This bankruptcy court, by now, should be aware that billions of dollars of assets exist, not tens of millions, in Gawker forensically trackable assets. Plaintiffs suggest that NSA, CIA and FBI- class resources (ie: XKEYSCORE and PALANTIR full tier 1 database searches) be conducted for cross links between every Gawker contact, employee and sponsor.

P. 6 – XP Vehicles is well known. It has been featured in Popular Science, Popular Mechanics, Detroit News, Wall Street Journal, New York Times, Washington Post and hundreds of positive news items. In fact the only negative attacks in the world are known to be by Gawker Media and their RICO-violating Cartel's partners. XP Vehicles group has record-setting, national legal precedent-setting, history-making, cases on PACER in federal court. XP Vehicles reports to the FBI monthly and the US Congress daily on a cloud-based investigation network. It is not credible that big shot lawyers would not know who XP is. If they were not able to find xpvehicles.com on the internet or the vast number of links to XP then one must wonder if they are qualified to undertake representation here. The U.S. Federal court made U.S. Court history by issuing the first known ruling to state that a U.S. taxpayer had a "hit-job" put on them by government insiders. They said that about XP. Certainly effective lawyers are aware of this fact. It is phenomenal that these lawyer write that "no claim is stated" the claim is clearly stated and hereby stated in more concise words: *"Gawker Media was hired to kill the lives, brands, income, reputation, value and efforts of XP Vehicles because XP was helping federal investigators investigate organized crimes that Gawker Media was supporting with it's sponsors from Tesla, Google, White House insiders and Kleiner Perkins."*

*P.7* – The opposition tries to muddy the waters by not acknowledging the overt and obvious causes of action which include: RICO, FRAUD, CYBER-STALKING, INTERFERENCE, ANTI-TRUST, FEC

FRAUD, INVASION OF PRIVACY, HACKING, UNFAIR COMPETITION and other obvious related causes of action.

P.8 – XP competes with Tesla Motors as specified below and investigates Tesla Motors on behalf of regulatory, Congressional and law enforcement interests. The lawyers herein feign a lack of knowledge of such "Hatchet Jobs" even though XP has been in touch with Gawker, Google, Univision and all related parties for years about such highly documented hit jobs. The opposition lawyers use the 1970's ploy of crying in their soup with the old adage of: *"Look here, we get to use the word "Conspiracy" and we say that they say "Conspiracy" so they must wear tin foil hats".* These opposition lawyers are attempting to use a Nixon-Era Playbook to denigrate, brand-damage and mitigate the fact that an actual, real RICO-violating conspiracy **DID** take place. Only an idiot could look at all of the Wikileaks, HSBC Leaks, Oil Leaks, Panama Papers, Sony Leaks and other documents and not realize that "Conspiracies" are essentially the business plan of Gawker, Google, Kleiner Perkins and Elon Musk. Any doubts? XP is willing to provide the live testimony of U.S. Senators, the leaders of Russia, China and Bolivia, CIA officers, NSA officers, FBI officers, and many more, who will verify the fact that such conspiracies are common-place. ...or the court could also simply read the news as this fact is widely covered in the global news these days.

Give Plaintiffs proper and adequate legal representation and they will be glad to prove the RICO-Class conspiracy in your hearing and/or before a special prosecutor in front of the U.S. Congress...We will leave that to the FBI, though. They already have all of the information to indict.

By the way, it looks like most Americans believe that these corruption conspiracies do exist because they voted in favor of ending these corrupt conspiracies, and "draining the swamp" on Tuesday night.

In fact, Plaintiffs are fully aware that all of the RICO suspects mentioned herein have had their Microsoft Outlook PST files, Yahoo Mail Server Files, Hushmail server files, Google mail server files and Gawker internal server files comprised since 2007 because of that little problem with every Cisco and Juniper Networks device. A subpeona view of those records, now held by multiple law enforcement and public interest groups will confirm the conspiratorial nature of Gawker Media's relationship with David Drummond, George Soros, Elon Musk, John Doerr, Eric Schmidt, David Axelrod, Steven Rattner, Rahm Emanual, Robert Gibbs, Steven Spinner, Larry Page and others which reveal Gawker Media taking orders to harm others and acting upon those orders from financial beneficiary partners.

P.9- The Gawker opposition lawyers will next say: *"well, now...well now….errr.. see, they put all these famous people's names in here but we all know that lovely guys like George Soros and the indicted White House Car czar* (indicted by New York, in fact, for Securities CONSPIRACY) *Steven Rattner would never do anything naughty.."* RIGHT! Try to sell that to the public these days. This was a RICO qualifying crime. Gawker is part of a mobster-like organization. The FBI, GAO, FTC, SEC, Congress, The EU and more have absolute proof of this. In fact, Rajeev Motwani, who taught Larry Page and Sergy Brin how to build Google was found floating face down, dead, in his Silicon Valley Swimming Pool after telling associates he "knew all about Google". Silicon Valley Cleantech CEO Gary D. Conley was found behind Beale Air Force Base in Northern California with a bullet in his head after whistle-blowing on Google, Gawker and Musk. There are over 40 dead people , who were in perfect health one day and dead the next day, who crossed paths with this mobster operation. If any thing qualifies as a "credible conspiracy": This does. The attached and the criminal investigation files from the San Francisco Police Department, The FBI, FCC, FTC, VCGCB, House Ethics Committees,

President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators confirm and verify each and every assertion.

"APPLYING BANKRUPTCY RULE 7012 TO THIS PROCEEDING" - Section

P.10 – Contained herein, linked and cloud-databased on the links below is more than enough evidence to prove the veracity of Plaintiffs claims. FBI and U.S. Senators will also verify these claims upon request. The "Reports to Congress" are noted in the footnotes and it is true that XP has provided reports to Congress and that XP staff have operated as licensed criminal investigators, federal testimony providers, and law enforcement consultants for a number of decades.

P.11 - The opposition herein seeks to manipulate the 7012 Rule using terms and language which only an insider, highly specialized, lawyer could interpret. XP and its staff are not lawyers and, while highly observant and skilled in forensics, object to having the law manipulated against them when they are in an unfair position by being denied fair and adequate legal representation by the RICO-Reprisal actions of Gawker Media and its sponsors. XP, it's associates, supporters, family and friends will never, ever, give up this fight for justice and restitution. It will be embarrassing for the Court to not help create a fair situation for all parties here.  XP has proven that it is unstoppable, it's evidence is indisputable, it knows the parties involved and has worked with law enforcement to remove a number of criminal entities from further operations. It is in the best interest of all parties to end this now with a satisfactory restitution. XP has proven it can out-think, out-maneuver and strategically countermeasure all opposition. It doesn't hurt that more than a few top FBI staff have 100% belief in the veracity of XP's claims along with every candidate on the short-list for U.S. Attorney General in 2017.

P.12 – Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

P.13 -  Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

P.14. This looks like another legal trick to manipulate the interpretation of what is, essentially, a secret language used by lawyers. We don't know what the implications of this manipulation of semantics is but it sounds tricky and bad for us. Not sure what all this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the message you want to send to the American people that "the justice system is only available for the rich?"

"OBJECTION"- Section

P.15 – XP has produced more than sufficient evidence nd provided the court with over one million pieces of evidence herein and in the referenced online file servers.  Not sure what all The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators this legal gobble means but you can ask the FBI and COA about the veracity. It is not fair

that we are denied fair and adequate representation and denied our "day in court" fairly simply because we can't afford a $300K retainer specialist law firm. After the elections, is the messa The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators ge you want to send to the American people that "the justice system is only available for the rich?"

P.16 – Each of Plaintiffs claims is different. Plaintiff is demanding FIVE TIMES $175,000,000.00, or MORE for the attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options when Gawker Media and it's sponsors took Plaintiffs money from federal and State funds at the Department of Energy, Department of Transportation and other agencies, put it in their own bank accounts and reported **over $40 BILLION dollars** of profits via bribe-based incentives to public employees in order to steer government funds to Gawker and it's sponsors.

P.17 – They are all different claims and all claims must be admitted if the opposition wishes to gain this short-term opportunity to settle for an amount less than the many billions of dollars of damages caused by Defendants RICO violating Cartel. This opportunity to settle for a discounted will expire upon receipt of any further objections to our claim by Gawker Media or its assigns.

P.18 – The claims are 100% enforceable and backed up by The FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff. Senate Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Wikileaks, ICIJ and the related investigators. Ask them in front of the U.S. Congress or the House Ethics Committee!

P. 19 – XP EXPECTS many recoveries. XP's damages exceed $5 Billion dollars as documented herein.

P.20 – XP has proven herein, and via the referenced documents, that Gawker Media took the core actions to operate an attempt on the Plaintiffs lives, income, company, future, brand, revenue and the conspired termination of legal and economic options. Gawker Media did everything it could to kill XP except fire a gun. (But ask Gary D. Conley's family about the "gun thing".). With proper financing Plaintiffs are able to bring over 100 witnesses to court to prove the assertions.

P. 21 – Plaintiff has proven the claims 100% with the evidence now supplied in this document, the internet place. XP has been denied adequate legal representation in this Court by the economic blockades and legal services blacklisting created by Gawker and it's sponsors. There are a limited number of law firms who do large technology cases. Google, Gawker, Elon  Musk and Kleiner Perkins Via their RICO-Violating Cartel have told, implied or leaked to almost every high tech law firm that they *"..Control Silicon Valley and the domestic technology industry and spend over $200 million dollars a day doing it. If you want to ever get a case contract in tech you will never help XP.."*

There are two remarkable things about this. 1.) The New Your Courts can acquire Google's, Gawker's, Elon Musk's and Kleiner Perkins combined, non-"cooked" payrolls and see that this amazing river of cash actually occurs. 2.) The opportunity for the bribery of public officials with this flow of cash, is extraordinary.

The Court must help XP get a fair hearing because this case is now widely publicized to the whole world and every American will know about it by the middle of 2017. It will cause domestic instability and damage the domestic credibility of the Justice System to simply blow XP off for reporting a crime

and then, on top of that, to further punish XP by cutting them out of this restitution, a large portion of which XP has committed to public service and charity organizations.

P. 22- The complaints are now not "conclusory allegations' but are now supported by law enforcement investigations and leaked documents. Over a million pages of evidence have herein been referenced and more evidence is enroute and available from Federal investigators upon Court request.

P. 23 – The law enforcement and public facts of this criminal case are now proven on public record.

P. 24 – The proof has been provided in greater detail and referenced in additional repositories herein. Additionally, the website of the Attorneys for Gawker Media claim that those attorney's have worked for, or been compensated by some of the very same related parties that are charged with crimes herein. Is that not a conflict of Interest? Have the attorneys for Gawker Media sworn, warranted and verified, in writing to the United States Bankruptcy Court of the Southern District of New York that **none** of their attorneys, staff, investors hold any stock, internet promotions, search engine "impressions" trade, warrants, Goldman Sachs or JP Morgan shared account funds, or other valuable items from Gawker, Univision, Google, Facebook, George Soros Companies, Berkshire Hathaway, Twitter, SpaceX, Solar City, Tesla Motors, any Solar Company, any Kleiner Perkins or Khosla Ventures portolio asset or any holding, at any time since 2006, related to those parties?

When could we see that sworn, signed, statement in which those attorney's swear, warrant and attest to the truth of that conflicts check? Please provide the date upon which that conflicts check assertions document can be provided to us and the United States Bankruptcy Court of the Southern District of New York. Such a document will be very helpful to every party in this case.


P. 25 – The allegations now have particularity and detail enough to prove the veracity of XP's claims per these responses. Factual allegations have now been provided in sufficient quantity and with assertive reference to federal law enforcement records to prove that Gawker, Google, Elon Musjk and Kleiner Perkins conspired with White House campaign staff for both the Obama and Clinton elections to rig news media and internet functionality in exchange nearly a trillion dollars of kick-backs. Indeed, The Glenn Greenwald Publication, The Intercept published an Article called: "The Android Administration" which provides massive amounts of evidence which proves this as fact. Over 1000 other news publications prove the same thing. The New York Times article about Google's Larry Page sneaking around at tech conferences to steal ideas referencing "Larry Page's Obsession" shows how dastardly these people can be. These are ego maniacal billionaires who believed they were above the law and Gawker Media was their media bitch. The world has now seen indisputable evidence that groups of people rig Presidential elections in hopes of grabbing trillions of dollars of U.S. and State Treasury funds at the expense of taxpayers. The Wikileaks documents have been 100% proven to authentic. XP Staff are seen in numerous photographs and videos in social intercourse with Warren Buffet, Hillary Clinton, Hillary Clinton's best friend with them hugging XP staff. The White House has sent XP multiple commendations from multiple Democrat and Republican Administrations on White House stationary. XP Staff have had meetings in Rahm Emanual's offices and Multiple offices of The U.S. Department of Congress and Congress. There can be no doubt that XP staff have deep, first-hand experience with the charges. XP is a non-party affiliated entity and their staff openly supports the arrest of criminally corrupt politicians and their backers from any party. This is not about party politics to XP, it is about Justice, restitution and **law enforcement.**

P. 26 – This notice has been timely filed with all parties, all law enforcement interest and all Congressional parties.

P. 27- XP Vehicles demands a fair share of it's human rights, civil rights, legal rights and Constitutional rights in this matter.

P. 28 – Notice of this objection has been provided to every interested party that XP could source and every email and related address provided by the Court to XP.

We plead with **The Honorable Judge Stuart M. Berstein** and the **UNITED STATES BANKRUPTCY COURT OF THE SOUTHERN DISTRICT NEW YORK to NOT SIGN the order granting omnibus objection to XP Vehicles Claims and to give XP the legal resources to have a fair hearing. Please pardon the typos and lack of legal resources.**

Thank you.

Additional evidence follows:

APPENDIX 1 Contents:

- **Overview**

- Notes in complaint draft form

- NOTES ON GAWKER'S SPONSORS: GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION, ET AL:
- NOTES ON GAWKER'S SPONSORS: TESLA MOTORS, ELON MUSK, STEVE JURVETSON, ET AL:
- NOTES ON GAWKER'S SPONSORS: KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL
- **Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel**

- Bibliography, Footnotes, References, Repositories

RICO CASE OVERVIEW –

Defendants: A Cartel comprised of Gawker Media, Google, Elon Musk, Larry Page, Eric Schmidt, John Doerr, Kleiner Perkins and DOES 1-50

Plaintiffs: A highly credentialed, award winning, competitor who has also been a federal witness for criminal investigations into this matter.

Time bar/Statute of limitations: Defendants have been engaging in these crimes and misdeeds damaging Plaintiffs as recently as yesterday, new leak and federal investigation revelations are revealed daily, patent, trade-secret & trademark infringements are fully within active time-frame.

Defendants meet the FBI and U.S. Federal legal definition of an organized crime and anti-trust racketeering activity operating for the purpose of engaging in criminal and civil violations of the law.

Defendants are connected to each other, and confirmed in their relationships and intents by hard evidence which includes: their emails, signed documents, voice-mails, text messages, GPS locations, stock market holdings, stock market transactions, family trust accounts, revolving door contracts, PAC contributions, asset holdings, public security camera cross-path videos, payments, receipts, Paypal transactions, credit card transactions, bank databases, beneficiary tracking, witnesses, former employees and other forensic data.

Gawker Media conspired to create a media information control system, working with other news outlets, keyword agreement phrases, and Google Docs collusion reports to steer voter impressions in order to place certain elected officials in office who had promise to give government funds to Gawker, Google, Elon Musk, Kleiner Perkins and their associates while damaging their competitors.

Defendants conspired, knowingly planned crimes and illicit activities together, coordinated a scheme to control public officials, government and commercial contracts, trade groups, public policy decisions and beneficiary results in order to create a monopoly for their exclusive financial benefit. Plaintiffs refused to cooperate with the criminal endeavor, assisted law enforcement and competed with Defendants for which they were ostracized, targeted with retribution and vendetta attacks and black-listed.

Plaintiffs had three global media "hatchet-job" attacks launched against them by Defendants which locked those attacks on the front pages of the internet in front of 6 billion people for over half a decade. Defendants owned, communicated with, directed, cross-compensated and controlled each and every asset used for these attacks, and out of hundreds of thousands of companies, were the only entities on Earth to conduct such attacks. Defendants refused to cease the attacks or mitigate the attacks even though they were asked hundreds of times by lawyers and Plaintiffs representatives to do so.

Plaintiffs has been awarded dozens of issued patents by the federal government. Defendants have copied each and every one of them, monetized them and exploited them and, later, placed Defendants

staff in charge of the U.S. Patent Office in order to manipulate intellectual property rights to their advantage and against Plaintiffs.

Defendants have been successfully sued and investigated in the "AngelGate" and "Silicon Valley No Poaching High Tech Class Action lawsuit". These two cases, along with many others, prove that Defendants operate an organized black-listing system in Silicon Valley. Plaintiffs has over 100 witnesses which confirm this fact. Defendants black-listed Plaintiffs from work and funding.

Defendants compensated public officials for engaging in harm to the Plaintiffs. Records prove that Defendants paid the state and federal public officials that are supposed to represent Plaintiffs. Defendants paid those officials with cash, sexual services, stock warrants, contracts, revolving door jobs, insider tips, flash-boy stock market pump-and-dump participations, leases, PAC participations and billions of dollars of search engine rigging.

Plaintiffs placed hundreds of server "traps" around the world in order to prove that Defendants were rigging the internet against Plaintiffs, and others, and for Defendants competing efforts. Ie: Plaintiffs compared the occurrence of the coverage of news hype and news disclosures that were hidden on the web for Elon Musk and Tesla Motors on Google's internet vs. the top 40 other search engines vs. Plaintiffs news coverage from 2007 to 2016. This was proven and the results also showed that Defendants were using Plaintiffs, and other taxpayer's money to engage in these internet rigging efforts.

Defendants have produced a technology known as "bots". Defendants deploy millions of these "bots" in order to simulate the appearance of real humans on their networks when, in fact, they use these bot personae software products to attack others, fake advertising "impressions" and interdict competitors such as they did to Plaintiffs.

Tom Perkins and his associates from Kleiner Perkins, Karim Faris and his associates from the Google consortium, Bernard Tse and his associates from Tesla Motors approached Plaintiffs under the guise of "investing in, or buying" Plaintiffs assets. The ruse was simply an effort by Defendants to steal technology from Plaintiffs which Defendants made substantial profits on, and to embed Defendants moles into Plaintiffs operations in order to spy on Plaintiffs and stall Plaintiffs development and financing efforts.

All of the Defendants are competitors of Plaintiffs. All of the Defendants informed others that Plaintiffs technologies "could obsolete" Defendants schemes.

Plaintiffs had an existing relationship with the U.S. Government, had been funded by the U.S. Government in The Iraq War Bill and had been promised funding by the U.S. Government for product efforts which competed with Defendants interests. Defendants discovered this fact, bribed State and Federal officials to sabotage Plaintiffs funding and place that funding in Defendants pockets, which, indeed, has been proven to have happened via Defendants own federal records.

Defendants owned, controlled and placed in position senior officials in Washington, DC and Sacramento, California government offices. Over 500 personnel affiliated with and/or also holding a compensatory relationship with Defendants work in the White House, Department of Energy, EPA, Department of Transportation, Federal Communications Committee and other budget controlling offices. Defendants had a quid-pro-quo relationship with almost every single one of those parties and directed those parties to use taxpayer resources to benefit Defendants and harm Plaintiffs.

Plaintiffs successfully sued two of Defendants agents in the federal Government for corruption, forced a federal investigation, placed documentation of the corruption on permanent public record in the federal court system, and forced the terminations of those corrupt agents and many of their associates. Tens of thousands of media and federal agency investigations have been published confirming that those parties had been practicing organized corruption using taxpayer resources and had practiced those corrupt activities against Plaintiffs. The U.S. Federal court issued a historic ruling in favor of Plaintiffs and stated, on the record, that Plaintiffs had been attacked by corrupt government officials, a federal court "first".

Defendants used their monopolistic cartel and their $100 million/day payroll to black-list Plaintiffs from receiving law firm resources because Defendants control over 85% of the high-tech law firms experienced in the form of litigation relevant to this case.

Over a million pages of evidence prove all of these facts to be true.

Additional causes of action and malicious activity records of Defendants actions against Plaintiffs exist.

Plaintiffs seeks damages, restitution and offsets.


EVIDENCE SET SAMPLES:
http://breakingnewsreport.org
http://xyzcase.xyz

...and thousands of other nodes. This program has nothing to do with political parties and everything to do with law enforcement. The corruption and the Cartels of Silicon Valley must face justice.

APPENDIX


CASE MERIT NOTES #1
This is not a completed complaint. This is a conceptual drafting item. All of the charges are not yet
included in this section of notes.
Plaintiffs
XXX
XXXX


Tel. No.:  XXX
E-Mail:  XXXX


The Plaintiffs


SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF XXX


PLAINTIFFS                    )
                              )
                              )    **COMPLAINT FOR RICO**
        **RACKETEERING AND**
        **ORGANIZED CRIME**
                                   )
                                   )    **INTENTIONAL INTERFERENCE**
                                            **WITH CONTRACTUAL**
                                            **RELATIONS**


        )    **INTENTIONAL INTERFERENCE**                                    **WITH**
PROSPECTIVE ECONOMIC                                    **ADVANTAGE**
        Plaintiffs,            )
                CYBERSTALKING
                FRAUD
                INVASION OF PRIVACY
                )    **UNFAIR COMPETITION**
        vs.            )
                )
ALPHABET/Google/YouTube INC.,
a California corporation,
Defendants, INC, a Tesla Motors            )    JURY TRIAL DEMANDED
John Doerr, Elon Musk,            )
Larry Page, Kleiner Perkins            )    Date:
and DOES 1 through 50,            )    Time:
Inclusive.            )    Dept.:
_____            )    Trial Date:

The Plaintiffs a California business, and …. do hereby submit their Complaint for RICO…….Cyberstalking, Intentional Infliction of Emotional Distress, and for Injunctive Relief and allege as follows:

### GENERAL ALLEGATIONS

1.      The Plaintiffs [hereinafter referred to as "Plaintiffs"], are  residents of San Francisco County, California.

2.      The Plaintiffs., [hereinafter referred to as "Plaintiffs"], include a California corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

3.      The Defendant, ALPHABET, Google and Youtube INC., [hereinafter referred to as "ALPHABET"], are the same California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

4.      The Defendant, Tesla Motors, INC., [hereinafter referred to as "Defendants"], is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

5.      The Defendant, Kleiner Perkins INC.,is a California Corporation duly authorized to conduct business in the State of California and does, in fact, conduct business in the County of San Francisco, California.

6. The Defendants Elon Musk, John Doerr, Jared Cohen, Eric Schmidt, Sergy Brin, Larry Page and DOES 1 through 50 are members of the above named Defendant organizations as well as members of a Cartel operating in violation of U.S. RICO statutes.

9.      The true names and capacities of the Defendants, DOES 1 through 50, inclusive, are presently unknown to the Plaintiffs at this time and the Plaintiffs sue those Defendants and each of them, by such fictitious names pursuant to the pertinent provisions of the California Code of Civil Procedure.

10.      The Plaintiffs are informed and believe and, based on that information and belief, allege that some of the named Defendants herein and each of the parties designated as DOES and every one of them, are legally responsible jointly and severally for the events and happenings referred to in the within Complaint for …….., Intentional Infliction of Emotional Distress, Cyberstalking, and for Injunctive Relief.

11.      The Plaintiffs are informed and believe and based on that information and belief allege that at all times mentioned in the within Complaint, all Defendants were the agents and employees of their co-Defendants and, in doing the things alleged in this Complaint, were acting within the course and scope of such agency and employment.

12.      As to any corporate employer specifically named or named as a DOE herein, the Plaintiffs are informed and believe and therefore allege that any act, conduct, course of conduct or omission, alleged herein to have been undertaken with sufficient, malice, fraud and oppression to justify an award of punitive damages, was, in fact, completed with the advance knowledge and conscious disregard, authorization, or ratification of and by an officer, director, or managing agent of such corporation.

STATEMENT OF FACTS

13.     In or about May 3, 2005, the Plaintiff Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources..

10.     Beginning In, or about, July of 2006, the Plaintiff Plaintiffs, was contacted by various investors representing the Venture Capital  officers and investors of the Defendant Defendants as agents of Defendants's RechargeIT project, Kleiner Perkins Group, In-Q-Tel and associated parties funded by and reporting to Defendants.  These investors feigned interest in the emerging technology and requested further information from the Plaintiff Plaintiffs in this regard.

11.     In or about August 21 of 2009, the fuel cell and electric vehicle project of the Plaintiff Plaintiffs, was suddenly defunded as to the Plaintiff Plaintiffs.

12.     The same funds for the research and development of electric car  technology was then, subsequently in the same year, awarded to the Defendants Defendants and ALPHABET for the exploitation of non-domestic energy materials which Defendants hold stock and managing control of the source and supply chain, via a sophisticated series of relationships between Defendants and competing electric vehicle efforts to Plaintiffs.

13.     In or about September 20, 2009 the Plaintiffs, was contacted by the Government Accountability Office of the United States with a request that he participate in an investigation being conducted by that entity into the business practices of the Defendants,  pursuant to anti-trust allegations.

14.     In or about January 15, 2010, the Plaintiffs, did, in fact, provide live testimony to the Government Accountability Office of the United States, The Department of Justice, Robert Gibbs and his staff at the White House Press Office and the Washington Post White House Correspondent. The testimony provided by the Plaintiff Plaintiffs, was, in fact, truthful and did, in fact, tend to support the veracity of the anti-trust allegations alleged by the Government Accountability Office.

16.     In or about January, 2011 Defendants exchanged funds with tabloid publications and those tabloid publications coincidentally published two articles and a custom animated film including false, defamatory, misleading and manufactured information belittling the Plaintiff Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director.

17.     In or about _Feb. 20, 2011, the Defendant YOU TUBE, published a custom produced and targeted attack video that also included false, defamatory, misleading and manufactured information belittling the Plaintiffs, and discrediting his reputation as an inventor, project developer and project director.

19.     In or about _____, the Plaintiffs, contacted the Defendant, YOU TUBE and Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its website.

20.     In or about _____, the Plaintiffs, contacted the Defendant, Defendants, with a written request that it delete the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director from its search engine.

21.     All of the written demands of the Plaintiffs, were to no avail and none of the Defendants, GAWKER, Defendants or YOU TUBE agreed to edit, delete, retract or modify any of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as

a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

22.     The Plaintiffs, whose businesses had already suffered significant  damage as the result of the online attacks of the Defendants, Defendants, GAWKER and YOU TUBE, contacted renown experts and especially Search Engine Optimization and forensic internet technology (IT) experts to clear and clean the internet of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director from their websites.

23.     None of the experts hired by the Plaintiff Plaintiffs, at substantial expense,were successful in their attempts to clear, manage or even modify the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, product developer and project director which only Defendants, the controlling entity of the internet, refused to remove.

24.     All efforts, including efforts to suppress or de-rank the results of a name search for "Plaintiffs" failed and even though tests on other brands and names, for other unrelated parties did achieve balance, the SEO and IT tests clearly proved that Defendants was consciously, manually, maliciously and intentionally rigging it's search engine and adjacent results in order to "mood manipulate" an attack on Plaintiffs.

25.     In fact, the experts and all of them, instead, informed the Plaintiffs, that, not only had the Defendant, Defendants locked the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director into its search engine so that the information could never be cleared, managed or even modified, the Defendant, Defendants had assigned the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director  "P8"algorithmic internet search engine code  embedded in the internet information-set programmed into Defendants's internet architecture.

25.     "P8" standing is standing assigned and programmed into the internet, by the Defendant, Defendants to matters it designates as dependable and true therefore attributing primary status as the most significant and important link to be viewed by online researchers regarding the subject of their search.

26.     At all times pertinent from January 1, 2006, 2011 to in or about November 20, 2015, the Defendant, Defendants, maintained that it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that it's search engine algorithms  And the functions of it's media assets were entirely "arbitrary"

27.     In or about April 15, 2015, The European Commission took direct aim at Defendants Inc. , charging the Internet-search giant with skewing results

28.     In those proceedings, although the Defendant, Defendants, continued to maintain that it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that it's staff had no ability to reset, target, mood manipulate, arrange adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other class of users of the world wide web, also known as The Internet, s, the court, in accord with evidence submitted, determined that the Defendant, Defendants, does in fact have and does in fact exercise subjective control over the results of information revealed by searches on its search engine. The EU case, and subsequent other cases, have demonstrated that Defendants sells such manipulations to large clients in order to target their enemies or competitors or raise those clients subliminal public impressions against competitors or competing political candidates.

29.     As a result of receiving this information, the Plaintiffs, became convinced of the strength and veracity of his original opinion that the Defendants, GAWKER, YOU TUBE and Defendants, had, in fact posted the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project designer had been intentionally designed, published, orchestrated and posted by them in retaliation to the true testimony provided by the Plaintiffs, to the Government Office of Accountability of the United States in May of 2005 aand to the Securities and Exchange Commission, The Federal Bureau of Investigation, The United States Senate Ethics Committee and other investigating parties, and had been disseminated maliciously and intentionally by them in an effort to do damage to his reputation and to his business prospects and to cause him severe and irremediable emotional distress.

30.     In fact, the Plaintiffs, has suffered significant and irremediable damage to his reputation and to his financial and business interests.  As a natural result of this damage, as intended, by the Defendants, GAWKER, Defendants and YOU TUBE, the Plaintiffs, has also suffered severe and irremediable emotional distress.

31.     To this day, despite the age of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, describing him as a scam artist and discrediting his reputation as an inventor, project developer and project director, in the event any online researcher, searches for information regarding the Plaintiffs, the same information appears at the top of any list of resulting links.

Cause of Action
INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

[Against the Defendants and DOES 1 through 50, inclusive]

22.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

35.     On or about May 3, 2005, the Plaintiff Plaintiffs, received, in recognition by the United States Congress in the Iraq War Bill, a grant issued by the United States Congress and the United States Department of Energy in the amount of $825,000.00, plus additional access to resources as, and for, the development of fuel cell and energy storage technology to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market in order to create domestic jobs, enhance national security and provide a domestic energy solution derived from entirely domestic fuel sources.

36.     The Defendant Defendants knew of the above described contractual relationship existing between the Plaintiffs  and Plaintiffs and the United States Department of Energy in that the grant was made public record and, at the request of representatives of the Venture [Capital] Department of the Defendant Defendants, the Plaintiffs and Plaintiffs, believing that the request for information was as to providing additional funding for the project, did, in fact, submit complete information regarding the subject of the grant to the Defendant Defendants.

37.     The Defendant, Defendants, who had and has personal and business relationships with executive decision-makers at the United States Department of Energy and other Federal and State officials, lobbied those executive decision-makers to cancel, interfere and otherwise disrupt the grant in favor of the Plaintiffs Plaintiffs and Plaintiffs, with the intention of terminating the funding in favor of the Plaintiffs and Plaintiffs and applying the information they pirated from the Plaintiffs and Plaintiffs, for their own benefit as well as terminating Plaintiffs's competing efforts, which third party industry analysts felt could obsolete Defendants's and YouTube's efforts

38.     The Defendant, Defendants, was successful in its efforts and, in or about August of 2009, the grant in favor of the Plaintiffs and Plaintiffs, was summarily canceled.

39.    Commencing in or about, _____, the Defendant, Defendants, and its owners commenced to take credit for advancement in its own energy storage and Internet media technology as based on the information it had pirated from the Plaintiffs and Plaintiffs.

40.    The interference of the Defendant, Defendants, with the relationship of the Plaintiffs and Plaintiffs was intentional and constitutes an unfair business practice under in violation of Business and Professions code section 17200. Individuals approached Plaintiffs offering to "help" Plaintiff get his ventures funded or managed. Those individuals were later found to have been working for Kleiner Perkin's the founding investor of Defendants and current share-holder of Defendants. Plaintiffs discovered that those "helpful" individuals were helping to sabotage development efforts and pass intelligence to Defendants

41.    As a proximate result of the conduct of the Defendant, Defendants and severance and termination of the grant to the Plaintiffs and Plaintiffs, the Plaintiffs and Plaintiffs have suffered damages including financial damage, damage to their reputation and loss of critical intellectual property.

42.    The aforementioned acts of the Defendant, Defendants were willful, fraudulent, oppressive and malicious.  The Plaintiff is therefore entitled to punitive damages.]
Cause of Action
INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE
[Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.    In or about the fall of 2009, when the Plaintiffs and Plaintiffs discovered that their grant from the United States Department of Energy had been terminated and defunded, the Plaintiffs Plaintiffs and Plaintiffs, of course, informed other members of the energy and automotive technology industry of the facts of Defendants's behavior and specifically the behavior that gave rise to termination of the grant.

45.    The Defendant, Defendants became aware that the Plaintiffs Plaintiffs and Plaintiffs were intent on telling the truth about these facts, about true ownership of the intellectual property relied on by Defendants in its own vehicle, energy and internet media technology and about Defendants's theft of this property.

46.    In order to put a stop to the Plaintiffs and Plaintiffs and in an effort to discredit them, divest them of contacts in the industry and also of financial backing, the Defendant Defendants enlisted the services of the Defendants,  Defendants.'s own wide array of media and branding manipulation tools which are service offerings of Defendants.

47.    In 2011, GAWKER published an article describing the Plaintiffs and Plaintiffs as scam artists and scammers.

48.    In _____, YOU TUBE posted a video which depicted the Plaintiffs and Plaintiffs as………

49.    For example, the GAWKER article, entitled,
"_____," states that:
SEE ATTACHED BACKGROUND SHEET of the Defendants, GAWKER and Defendants, did significant damage to the reputation of the Plaintiffs and Plaintiffs in the technology community.

50. Defendants has paid tens of millions of dollars to Gawker Media and has a business and political relationship with Gawker Media

54.    Also as intended by the Defendant, Defendants, this damage, especially because the false representations become immediately apparent to anyone conducting an internet search for "Plaintiffs" have caused investors to shy away from the Plaintiffs and Plaintiffs, causing the Plaintiffs

and Plaintiffs, further difficulty in obtaining funding from in or about 2011 to the present time and have placed on HR and job hiring databases negative and damaging red flags about Plaintiffs, relative to the Gawker and Defendants attacks in order to prevent him from working. Additionally, representatives from Defendants sent a copy of the attack article to the employer of Plaintiff via their HR office and communicated with said employer that "You don't want him working for you with this kind of article out there, do you?" Resulting in his termination.. .

        55.     As a proximate result of the conduct of the Defendants, Defendants, GAWKER and Plaintiffs, the Plaintiffs and Plaintiffs have suffered severe financial damage as the result of loss of their good will and reputation.

        56.     The aforementioned acts of the Defendants, Defendants, GAWKER and YOU TUBE were willful, fraudulent, oppressive and malicious.  The Plaintiff is therefore entitled to punitive damages.

Cause of Action
CYBERSTALKING
 [Against the Defendants and DOES 1 through 50, inclusive]


        43.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

        44.     By hiring and/or making an arrangement with associated tabloids to publish an article replete with false and misleading statements disparaging the Plaintiff, in the guise of publishing opinion, the Defendant Defendants intended to harass the Plaintiff and did in fact harass the Plaintiff.

        45.     By refusing to remove the offending publication and, in fact, assigning it a value associated with truth and a position in its web browser that came up and still comes up the first and most prominent link pursuant to any search for the Plaintiffs and maintaining this link for the past 5 years as permanent, uneditable and unmovable, the Defendant, Defendants intended and continues to intend to harass the Plaintiff.

        46.     By doing the things described in paragraphs 44 and 45 above, the Plaintiff, Defendants, did and does continue to intend to cause the Plaintiff substantial emotional distress and the Plaintiff, commencing in or about his discovery of the post and the link has and continues to experience substantial emotional distress as any reasonable person would.

        47.     The Defendant Defendants engaged in the pattern of conduct described above with the intent to place the Plaintiff in reasonable fear for his safety or in reckless disregard for the safety of the Plaintiff.  The Plaintiff admits here that the Defendant did not have the intent to do physical harm to the Plaintiff but, by arranging for publication of the subject article and ensuring that the subject article could not be moved or altered and would be certain to appear first and permanently as the result of any search for the Plaintiffs intended to do significant damage to Plaintiffs's financial interests in this retaliation for his testimony at the proceedings described above and to ensure that the Plaintiff Plaintiffs would have not future as a competitor in the world of technology populated by the Plaintiff and the Defendant Defendants.

        48.     The Plaintiff attached his corroborating evidence to the within complaint as Exhibit A.  These are the results of any search for the Plaintiff on the Defendant Defendants's search engine commencing in April ? of 2011 and continuing to the present time.

        49.     On _____, the Plaintiff REMOND did contact Defendants with a written request to remove the offending content.  The Defendant Defendants, stating that it has no control over the results of any search on its search engine and that [algorhythm], refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify the Plaintiff as a scam artist.

PUNITIVE DAMAGES
Cause of Action

FRAUD
[Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.    As above, in response to the request of the Plaintiff Plaintiffs regarding removal of the Gawker article of _____, 2011, the Defendant Defendants stated that has no control over the results of any search on its search engine and that [algorhythm], refused to and continues to refuse to allow any member of the public to search for the Plaintiffs without publishing results that falsely identify the Plaintiff as a scam artist.

45.    The Defendant made this statement with the intent to induce the Plaintiff Plaintiffs to rely on it.

46.    The Plaintiff continued to rely on the statement and to believe that the Defendant Defendants has not power or authority to manipulate the results of searches conducted on its search engine until in or about _____ 2015 when it became clear as the result of the litigation commenced in the EU by _____ that Defendants does in fact have such ability and does, in fact, exercise this ability regularly to manipulate and manage any of the results of any search on its engine.

5.    On or about  [*date*], defendant  [*name*] made the following representation(s) to the plaintiff:  [*allege in exact language, or as close to exact language as possible, the representations of material fact claimed by the plaintiff to be false*].

6.    The representations made by the defendant were in fact false. The true facts were  [*specify*].

7.    When the defendant made these representations, he/she/it knew them to be false and made these representations with the intention to [deceive and defraud the plaintiff and to] induce the plaintiff to act in reliance on these representations in the manner hereafter alleged, or with the expectation that the plaintiff would so act.

8.    The plaintiff, at the time these representations were made by the defendant and at the time the plaintiff took the actions herein alleged, was ignorant of the falsity of the defendant's representations and believed them to be true. In reliance on these representations, the plaintiff was induced to and did  [*specify actions taken by plaintiff*]. Had the plaintiff known the actual facts, he/she would not have taken such action. The plaintiff's reliance on the defendant's representations was justified because  [*specify*].

9.    As a proximate result of the fraudulent conduct of the defendant(s) as herein alleged, the plaintiff was  [*allege facts showing allowable damages, e.g.*, induced to expend  (*number*) hours of his/her time and energy in an attempt to derive a profit from the  (*specify type of business*) sold to the plaintiff by the defendant(s) but has received no profit or other compensation for his/her time and energy], by reason of which the plaintiff has been damaged in the sum of $.

10.    The aforementioned conduct of the defendant(s) was an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant(s) with the intention on the part of the defendant(s) of thereby depriving the plaintiff of property or legal rights or otherwise causing injury, and was despicable conduct that subjected the plaintiff to a cruel and unjust hardship in conscious disregard of the plaintiff's rights, so as to justify an award of exemplary and punitive damages.

Cause of Action
INVASION OF PRIVACY
[Against the Defendants and DOES 1 through 50, inclusive]

Right to be forgotten

43.     The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

44.     The Defendant, Defendants, first by arranging for and allowing/posting the gawker article, then by coding a link to the article that permanently placed the article at the top of any search results for the Plaintiffs has invaded the inalienable privacy rights of the Plaintiffs as protected by Article I section 1 of the Constitution of the State of California.

45.     The intrusion commenced in or about April of 2011 and continues to this day, is significant and remains unjustified by any legitimate countervailing interest of the Defendant, Defendants.

46.     For five years, when any member of the public searches on the Defendant Defendants's search engine, for the Plaintiffs the first link to pop up refers to the Plaintiffs as a scam artist.

47.         The pervasiveness and longevity of this link plus its placement at the very top of any search result has resulted in a significant, albeit intentional interference with the right of the Plaintiff Plaintiffs to engage in and conduct personal and business activities, to enjoy and defend life and liberty, acquiring possessing and protecting property and pursuing and obtaining safety, happiness and privacy.

COURT determined public controversy?  Public figure but the time has pass

8.  The facts disclosed about plaintiff were and remain false.  Even in the event the Gawker article might have at one time garnered protection by the First Amendment as opinion regarding a public controversy and about a semi-public figure, no further controversy exists or even could.

9.     Five years have passed and, despite the lack of current content of controversy, the Plaintiffs remains saddled with a personal, permanent and immovable reference on the internet that characterizes him as scam artist in the world of internet technology.

10.     The Plaintiff Plaintiffs has done the best he could in these years to move on with new projects and new investors.  He has made every effort to start anew and has been precluded from doing so by the gawker article.

9.     Maintenance of the original posting of April 2011 for five years is offensive and objectionable to the Plaintiff Plaintiffs and certainly would be to a reasonable person of ordinary sensibilities in that the original posting is false and defamatory and was intentionally arranged for by Defendants so as to do significant damage to the personal and professional reputation of the Plaintiffs, because it has accomplished this damage, because there is no manner other than at the Defendant Defendants's hand by which the link can be altered or removed or the search results edited or limited and because there exists no reason that the Plaintiff Plaintiffs should not be allowed to enjoy a right to move on with is life independent of a label that had no basis in truth and reality in the first place.

10.  The facts regarding the charcetr oif the Plaintiffs  included in the gawker article are certainly no longer of any legitimate public concern nor are they newsworthy nor are they tied to any current controversy or dialogue.

11.     IN FACT, THE Plaintiff Plaintiffs can truly no longer be considered a public figure or even a semi-public figure as the GAWKER article has fairly successfully put him out of business and kept him out of business for the past five or more years.

11.  As a proximate result of the above disclosure, plaintiff  [*specify injury suffered by plaintiff, e.g.*, was scorned and abandoned by his/her friends and family, exposed to contempt and ridicule, and suffered loss of reputation and standing in the community, all of which caused him/her humiliation, embarrassment, hurt feelings, mental anguish, and suffering], all to his/her general damage in an amount according to proof.

[12.  As a further proximate result of the above-mentioned disclosure, plaintiff  (*specify special damages suffered by plaintiff, e.g.,* has suffered injury to his/her business, in that he/she has lost  (*number*) patients from his/her medical practice), all to his/her special damage in an amount according to proof.]

[13.  In making the disclosure described above, defendant was guilty of oppression, fraud, or malice, in that defendant made the disclosure with  (the intent to vex, injure, or annoy plaintiff *or* a willful and conscious disregard of plaintiff's rights *or state facts showing such intent or disregard*). Plaintiff therefore seeks an award of punitive damages.]

[14.  Defendant has threatened to continue disclosing the above information. Unless and until enjoined and restrained by order of this court, defendant's continued publication will cause plaintiff great and irreparable injury in that  (*specify facts supporting allegation, e.g.,* plaintiff will suffer continued humiliation, embarrassment, hurt feelings, and mental anguish). Plaintiff has no adequate remedy at law for the injuries being suffered in that  (*specify facts supporting allegation, e.g.,* a judgment for monetary damages will not end the invasion of plaintiff's privacy).]

Cause of Action

UNFAIR COMPETITION – CLASS ACTION

 [Against the Defendants and DOES 1 through 50, inclusive]

43.    The Plaintiffs hereby incorporate by reference the allegations set forth in paragraphs 1 through _____ inclusive as though fully set forth herein.

4.    The Plaintiff Plaintiffs brings this action on his own behalf and on behalf of all persons similarly situated. The class that the Plaintiff Plaintiffs represents is composed of all persons who, at any time since the date four years before the filing of this complaint, sought to have offensive, irrelevant and outdated material posted to the internet and available through a search on the Defendant, Defendants's search engine corrected, removed or re-ranked and have been informed by the Defendant, Defendants that the Defendant Defendants that the Defendant, Defendants does not have the ability to do so and _____ state Defendants's published policy..

5.    The persons in the class are so numerous, an estimated 39% of the population of the United States of America, that the joinder of all such persons is impracticable and that the disposition of their claims in a class action is a benefit to the parties and to the court.

5.    There is a well-defined community of interest in the questions of law and fact involved affecting the parties to be represented in that each member of the class is or has been in the same factual circumstances, hereinafter alleged, as the Plaintiff Plaintiffs.  Proof of a common or single state of facts will establish the right of each member of the class to recover. The claims of the Plaintiff Plaintiffs are typical of those of the class and the Plaintiff Plaintiffs will fairly and adequately represent the interests of the class.

6.    There is no plain, speedy, or adequate remedy other than by maintenance of this class action because the Plaintiff Plaintiffs is informed and believes that each class member is entitled to restitution of a relatively small amount of money, amounting at most to $5,000.00 each, making it economically infeasible to pursue remedies other than a class action. Consequently, there would be a failure of justice but for the maintenance of the present class action.]

7.    The Defendant Defendants INC is a business incorporated in the State of California and at all times herein mentioned owned and operated a its search engine and its ancillary commercial enterprises from [its headquarters in Santa Clara, California.

8.    On _____, 2011, GAWKER, a well-known internet bomb manufacturer published an article about the Plaintiffs.  The article falsely, maliciously and without regard for the truth, labelled the Plaintiffs a scam artist.

9.      Any search on the Defendant, Defendants's search engine for "Plaintiffs" resulted and to this day still results in a display of the GAWKER article with the Plaintiff Plaintiffs described as a scammer in the first line of the Defendants link.

10.     Publication of the article by GAWKER and the linking by Defendants caused the Plaintiff Plaintiffs immediate and irreparable harm to his reputation, to his business interests and to his personal life.

11.     Some five years have passed and the Plaintiffs continues to suffer damage to his reputation to his business interests and to his personal life as the result of the publication by GAWKER and DefendantsS link to it.

12.     In or about _____, the Plaintiffs, directed a written request to the Defendant Defendants Inc to unlink the GAWKER publication to any search for his name or to delete the offending article.

13.     The Defendant, Defendants, responded by stating that it had no ability or legal obligation to do so as the request didn't fall within its own policies for removal.

19.     The position of the Defendant, Defendants is illegal, false and unfair.

20.     The position of the Defendant is illegal as it infringes on the rights of individuals as protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

21.     The position of the Defendant is unfair as it deprives individuals of rights protected by the Constitution of the State of California which protects the rights and freedoms of individuals to [All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.]

22.     The position of the Defendant, Defendants, is false because, as a processor of personal information and a controller of that information, the Defendant, Defendants also possesses the technical, logistical and _____ power and ability to delete, re-rank and _____ any information obtained as the result of a search on its search engine.

10.         As a direct, proximate, and foreseeable result of the Defendant's wrongful conduct, as alleged above, the Plaintiff Plaintiffs and millions of others other members of the Plaintiff class, who are unknown to the Plaintiff but can be identified through inspection of the Defendant's records reflecting requests for removal it has already received and by other means, have been subjected to unlawful and unwanted publication of in accurate, inadequate, irrelevant, false, excessive, malicious and defamatory internet postings about themselves and as a result of the Defendant, Defendants's present policies, have thereby been deprived of their right to privacy and the right to control information published about them as this control now apparently is vested in the Defendant Defendants, INC and not in and of themselves.

11.     The Plaintiff is entitled to relief, including full restitution for the unfair practices of the Defendant, Defendants as these have damaged his reputation and his business prospects and deletion or de-ranking of any article naming him a scam artist as inaccurate and currently irrelevant.

12.     The Defendant, Defendants, has failed and refused to accede to the Plaintiff's request for a removal of the offending article or for any de-ranking or separation of the article from a search for his name.  The Plaintiff is informed and believes and thereon alleges that the Defendant has likewise failed and refused, and in the future will fail and refuse, to accede to the requests of other individuals requests for removal, de-ranking or the separation of search results from a simple search for their name.

12. The Defendant's acts hereinabove alleged are acts of unfair competition within the meaning of Business and Professions Code Section 17203. The Plaintiff is informed and believes that the Defendant will continue to do those acts unless the court orders the Defendant to cease and desist.

Cause of Action

RICO VIOLATIONS OF THE "Racketeer Influenced and Corrupt Organizations Act"
The **Racketeer Influenced and Corrupt Organizations Act**, commonly referred to as the **RICO Act** or simply **RICO**, is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering, and it allows the *leaders* of a syndicate to be tried for the crimes which they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because he did not actually commit the crime personally.[1] RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. Enacted as Title IX of the Organized Crime Control Act of 1970, and signed into law by the President of the United States.

Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise". Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."
Defendants are hereby indicted under the RICO provisions and a pre-trial restraining order or injunction to temporarily seize defendant's assets and prevent the transfer of potentially forfeitable property, as well as the requirement for defendants to put up a performance bond are hereby ordered. The patterns of RICO compliant behavior are easily visible and proven in this case.
Plaintiffs have been damaged in their business, brand, opportunity, civil rights and property by these "racketeers". The Plaintiff have proven the existence of an "enterprise". The defendants invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); The defendants acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); the defendants conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); The defendans conspired to do the above (subsection (d)).[4] The corrupt enterprise is the 'prize,' 'instrument,' 'victim,' and 'perpetrator' of the racketeers.[5]
Criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages) and Plaintiffs hereby demand treble damages.

RELIEF AND DAMAGES

13. The plaintiff has incurred and, during the pendency of this action, will incur expenses for attorney's fees and costs herein. Such attorney's fees and costs are necessary for the prosecution of this action and will result in a benefit to each of the members of the class. The sum of $500,000.00 is a reasonable amount for attorney's fees herein.
WHEREFORE, the plaintiff prays for judgment as follows:

1. For restitution to the plaintiff and each other member of the class, as his or her interest may appear, of all sums unlawfully collected by the defendant from the plaintiff and other members of the class since [*date*];

2. For interest on these sums at the legal rate from the date of each unlawful collection [*or other prayer for interest*];

3. For a permanent injunction enjoining the defendant, and the defendant's agents, servants, and employees, and all persons acting under or in concert with them, to cease and desist from the following acts:

a. [*Specify according to allegations, e.g.,* Towing any vehicles in (*city*) without adequate warning];

b. [*Continue as appropriate*];

[4. For (*Specify if return or refund sought, e.g.,* an order requiring the defendant to return title to the plaintiff's 1995 Ford Probe, License Plate No. 1234567).]

5. For [*Specify actions required to provide relief for class, e.g.,* an order requiring the defendant to compile a list identifying, as far as possible, all other persons who have had their vehicle towed by the defendant, and to send each such person a written offer to return any vehicle whose title was improperly transferred and to refund the unconscionable towing fees].

6. For the payment of the plaintiff's attorney's fees out of the moneys recovered for the joint benefit of the members of the class;

7. For costs of suit herein incurred; and

8. For such other and further relief as the court may deem proper.

[*firm name, if any*]

By: [*signature*]


WHEREFORE, plaintiff prays judgment against defendant as follows:

1.  For general damages according to proof;

[2.  For special damages according to proof;]

[3.  For exemplary or punitive damages;]

[4.  For  (*specify injunctive relief sought, e.g.,* a preliminary injunction and a permanent injunction enjoining defendant and his/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about plaintiff);]

5. For costs of suit herein incurred; and

6. For such other further relief as the court may deem proper.


CALCULATIONS OF DAMAGES

The recent leaks along with evidence acquired from federal investigators and other lawsuits has delivered a high value opportunity for Plaintiffs attacked by a Cartel. Plaintiffs are seeking a $3 million sponsor for a lawsuit with over $100 billion in potential recoveries.

How are the Damages against the victims of the Cleantech Crash Crimes calculated?

Report to the FBI and FTC – Cleantech Alliance

The Defendants John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts; including David Axelrod, Robert Gibbs, David Plouffe, Rahm Emanual, Steve Rattner, received over 50 billion dollars in profits from the crimes.

They received over 50 billion dollars at the expense of the victims because they intentionally, maliciously and in a coordinated manner, circumvented, those monies from the victims.

The amount of money that John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts acquired from these crimes is confirmed by reports at the Securities and Exchange Commission, The Internal Revenue Service and stock market transfer records. Each competing automobile manufacturing company that they sabotaged, including Bright Automotive,

Eco-Motors, Zap, XP Vehicles, Aptera, Brammo and others, had the potential to make as much money, or more money, than Elon Musk's Tesla Motors. These other companies offered lower cost, safer, longer range vehicles which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than Tesla Motors. Thus Tesla Motors, and by extension, Nissan Leaf, provide a minimum baseline damages amount reference for some of the victims.

Each competing energy manufacturing company that they sabotaged, including Millenium Cell, Zap, Limnia Energy, and others, had the potential to make as much money, or more money, than Elon Musk's and Panasonic's lithium ion battery revenues. These other companies offered lower cost, safer, longer range energy production and storage systems which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts, they would have made even more money than the Cartel's lithium ion monopoly. Thus Tesla Motors Panasonicrevenues and Steven Chu's related Lithium ion holdings and associates revenues provide a minimum baseline damages amount reference for some of the victims.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts used character assassination as a vendetta process to seek to destroy the brands, reputations and witness testimony of the victims by manipulating their properties: Google, Media Matters and Gawker Media to author and distribute character assassination propaganda to the majority of the world's population via their pre-arranged and contrived control of the vast majority of digital media. In a similar case, Plaintiff Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Plaintiffs in the Cleantech Crash Crimes exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Plaintiff in the cleantech Crash Crimes attacked in such a manner. For example, Google, owned by the Defendants, locked the attacks on the front page on the top line of Google for over five years, without ever moving it, even though Plaintiffs purchased thousands of servers, and take-down requests to attempt to move the attacks even a few lines lower. This proves that Google was manually, and daily rigging the attacks. Thus, the damages award to the Plaintiffs should be much higher than the Terry Bollea award.

Government funding which was circumvented by John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts from Plaintiffs to themselves was not the largest quantified value of loss. Working with Goldman Sachs, John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts exploited the White House relationship with The Fed and the SEC to create a massive stock market valuation padding scheme which yielded historical profits. By stating government funds as "profit" and switching back and forth from stock skims to government funds in accounting records, tremendous stock market profits were placed in the pockets of Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts. Had Plaintiffs not been circumvented by Defendants then Plaintiffs would have acquired these same benefits. The stock market loss to the Plaintiffs at the expense of the Plaintiffs is also calculated into the damages consideration.

John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts ordered Steven Chu, Lachlan Seward, Carol Battershel, Kathy Zoi and other executives at the U.S. Department of Energy, who they had placed into positions in the U.S. Department of Energy as shills on their behalf, to lie to and defraud the applicants. All of the money from the U.S. Department of Energy had been secretly hard-wired and the distribution of it covertly arranged to go to John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White House cohorts stealthed ownerships. Thus, the applicants, who had superior technology, more customer orders, better

value and provided less of a national security risk were defrauded into spending tens of millions of
dollars on the applicant process via false promises and assurances of success which were already
known to be lies from the first 2007 forward. The losses in time, expenses and time-to-market delays
created by these fraudulent promises and assertions by the agents, in public office, covertly working for
John Doerr, Larry Page, Elon Musk, Steve Westly, Steve Jurvetson, Steve Spinner and their White
House cohorts are calculated into these damages.

Plaintiffs are demanding from the U.S. Government, The California State Government and the
individual Defendants; general damages according to proof; special damages according to proof;
exemplary or punitive damages; For a preliminary injunction and a permanent injunction enjoining
defendant and their/her agents, servants, and employees, and all persons acting under, in concert with,
or for him/her from continuing to publish the above-described private facts about Plaintiffs; for costs
ofsuit herein incurred; for such other further relief as the court may deem proper; and fr an award of
15%

of Defendants gross revenue since inception wherein that revenue was derived from profits made from
the use of, or interdiction of, Plaintiffs patented and trade secret products, services and technology
which Defendants covertly acquired information about and copied for profit.

In a generic calculation, at the lowest minimum calculation of damages, the amount of damages
appears to exceed $100 Billion. Forensic accounting based on Subpoenas will be required to finalize
the amount but recent leaks and witness testimony confirm the veracity of these assumptions.

# NOTES ON GOOGLE, LARRY PAGE, ERIC SCHMIDT, JARED COHEN, SERGEY BRIN, IN-Q-TEL, NEW AMERICA FOUNDATION:

We have been advised by federal law enforcement, community legal groups and Constitutional law experts that we are entirely free to use any legally obtained evidence that we find in public view. It does not matter if it comes from DNC insiders, Wikileaks, Google's own employees, or Russian diplomats. It is now entirely legal for us to use anything we legally find on the internet or in public statements. We will use such materials in this case.

In fact, though, we do not need any more evidence than what we already have **from first-hand knowledge**, to put Google senior staff in prison. We know what will be confirmed in some of the upcoming leaks. Those leaks will only serve to double-down on the criminal and civil charges we have already made against Google. We have filed thousands of pages of evidence with the FBI, GAO, FTC, SEC, FEC and other law enforcement and regulatory agencies.

Google, YouTube, Alphabet, Jigsaw, In-Q-Tel, and all of their various front organizations, are controlled by the same people with the same bizarre agenda operating under bribery and payola schemes with famous politicians. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Our state and federal confirmed filings, our U.S. Patent records, the published news items and hundreds of signatories on our NDA's say that we built the first Google free-services-search website that the current Google copied. The people who launched the company you know as the current Google came to look at, and copy, our "original Google". We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google, and a company called Kleiner Perkins, have a campaign payola deal with White House executives. This deal trades search engine rigging for Cleantech "green money" handouts ordered up by White House staff from various state and federal agencies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has a contracted relationship with non-Congressionally approved rogue groups, like In-Q-Tel, Media Matters, Sid Blumenthal Group and New America Foundation; who use U.S. treasury funds to attack competitors. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Larry Page, Eric Schmidt, Ann Wojcicki and Sergey Brin did not build the first Google, they stole the technology from others, particularly us. Google, particularly the three founders, steal their technology. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We are Google's competitors that Google violated anti-monopoly and anti-trust laws against by operating Google as a "Cartel". We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has paid money to Gawker Media and Gawker Media has paid money to Google.  We can prove it in court! News reports, Congressional and law enforcement reports already prove it. Google and Gawker Media have a series of quid-pro-quo relationships which provide for the mutual deployment of character assassinations of their business and political enemies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google's lawyer, and other Google associates, work in and control the U.S. Patent Office for the protection of Google patent territory. Google's patent staff took vendetta actions against us on orders from Google bosses. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bosses have demonstrated a lack of morality by the vast number of sexual scandals they have been involved in. This indicates a higher-than-normal predilection, by Google bosses, to engage in criminal and illicit activity. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has always had, and today fully has, total control over the text, links, results, adjacent results and all positioning of each and every Google search result and mnemonic impression and Google selectively adjusts those results in order to harm competitors and political adversaries and hype investor friends and partners like Elon Musk. Google lied to government regulators, in multiple nations, when Google stated that executives had no control over Google results. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We, our legal representatives, and others, sent hundreds of communications to Google asking Google to stop harassing, cyber-stalking and search engine locking attacks against us. Google refused to comply with attack reduction and, in fact, increased the attacks against us mentioned herein. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google receives operational orders from White House campaign financiers and those communications are recorded in emails and phone calls. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google stated on the record that it's search results change every few hours yet Google locked each attack they coordinated against us on the same top lines of the front page of Google, around the globe, for over five years without any shift in placement. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google meets the legal definition as an organized crime RICO-violation illicit "Cartel".  We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google bribes politicians to get Google's owned politicians to harm Google's competitors. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

We placed thousands of server sensors in different ISP's in different locations around the entire internet for extended periods of time in order to catch Google rigging the internet and did, in fact, catch Google rigging the internet. Others have emulated these tests and also caught Google rigging internet results. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google rigs the internet to hide misdeeds and company failures by Elon Musk while, concurrently, pumping up and hyping cover stories to hide those misdeeds because Larry Page and Elon Musk are best boyfriends and Google owns parts of Tesla and Tesla battery suppliers.  We have an internet tracking record from 2007 to today, comparing the daily results for Tesla and Elon Musk, vs. the top 15 global search engines vs. pro and con news on each. The results on Google were rigged by Google. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google has received billions and billions of U.S. Treasury money that were exclusively provided to Google on a quid-pro-quo basis by politicians that Google financed. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google owns corrupt lithium mining interests along with Elon Musk. That is why a common search engine company is also building electric cars. Google and their partner, Elon Musk, do this in order to scam tens of billions of taxpayer dollars from DOE and DOT exclusive White House ordered government hand-outs. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google pumps marketing hype for stock market pump-and-dumps which inure exclusively to Google investors and against Google enemies. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

Google sabotaged and circumvented our government funding and rerouted it to Google. We can prove it in court! News reports, Congressional and law enforcement reports already prove it.

There is much more factual data and evidence sets that, upon becoming public knowledge, will prove that White House staff and U.S. Senators are running cover-ups in order to protect their insider scam deal with Google, rig election perceptions and search results, and run Google as a "protection racket" using taxpayer resources."

# NOTES ON TESLA MOTORS, ELON MUSK AND STEVE JURVETSON

The Cartel orders public policy officials to cancel Plaintiffs funding and give it to them.
The Cartel was terrified of Plaintiffs technologies because over 10,000 federal, university and industry reports were stating that Plaintiffs technologies obsoleted the Cartel's technologies.
Plaintiffs products did not create a U.S. National security and Defendants technologies did. Defendants were terrified of this revelation. All of Plaintiffs resources could be acquired within domestic borders while Defendants resources require the instigation of wars in the Middle East for their profiteering efforts, particularly the mining of lithium and indium in Afghanistan for side-by-side Defendant assets Tesla and Solyndra, one of which was raided by the FBI, the other of which needs to be raided by the FBI.
Plaintiffs products cost less, had a better debt-ratio, were safer, had three times the range, created more domestic jobs, broke down less often and provided more retail and government pre-order letters of interest to the U.S. Congress than Defendants. Defendants were terrified of these advantafes and ordered their shills in Federal offices including David Axelrod, Robert Gibbs, Steven Rattner, Matt Rogers, Steven Chu, Lachlan Seward, The Spinner Family, et al, to circumvent and sabotage Plaintiffs while compensating those agents with cash, stock revolving door jobs, stock pumps and other largess.
Consumer Safety Cover-up- The Tesla Motors Safety Scandal

**Report Draft 1.4 -**  Provided to NHTSA, FBI, DOJ, FTC, SEC, GAO, Governor, U.S. Senate, National Media, Voters Organizations


Public officials have been intentionally covering up a safety issue, reported to them, by multiple parties, in writing, as early as 2008, that has cost American lives, destroyed homes and introduced cancer and fetal damaging vapors into the environment.

The facts upon which these statements are based are proven by tens of thousands of published news stories, which document these incidents actually occurring, and, ironically, on published state, and federal reports, documenting credible findings which prove that these horrific safety incidents have occurred, and will continue to occur.

While these dangers are even more profoundly documented than the GM ignition switch disaster and the Takata air bag crisis, and far earlier, nothing has been done about the danger, aside from having Google remove all references to it on the Internet.

Why is this being covered up?

What sort of malfeasance would incite public officials to hide the facts about such an epic public danger?

GREED!

It turns out that Senators, and their families, ie: Feinstein, Reid, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that current, and former White House staff, ie: Gibbs, Axelrod, Plouffe, Eric Holder, etc. covertly own stock and business interests in the companies that are creating the death, toxicity and destruction.

It turns out that Department of Energy leaders including Steven Chu and his staff, not only own stock and business interests in the companies that are creating the death, toxicity and destruction; they also help run those companies.

It turns out that State of California officials, including Tax and Controller officials, gave money to the companies that are creating the death, toxicity and destruction; and then helped take campaign funds in, from those companies, for themselves and their bosses.

It turns out that the Silicon Valley campaign manipulators who gave money to all of the above, including John Doerr, Eric Schmidt, Steve Jurvetson, etc. own parts, or all, of the companies that are creating the death, toxicity and destruction.

The facts are obvious: **Idiotic self-centered greed, by public officials, created a threat to public safety by placing personal profiteering over consumer welfare.**

This is a demand for justice and protection, on behalf of the public. It is unconscionable that American, and international, voters and consumers should have their lives, homes and health put at such risk by the wanton greed of out-of-control public servants.

The related 300+ page documentation report, (***Federal Demand Report Re: Tesla Motors 2.1 .pdf***) associated with this call for justice and consumer protection reveals, in stunning detail, the vast number of highly documented incidents, reports, lab tests and expert studies that prove that Tesla Motors is, not only, a scam; but a severe public safety hazard that has been systematically covered up by corrupt politicians.

The facts are clear.
The following facts are now documented in numerous broadcast, and published, news reports; federal reports, university studies and investigation field reports. The FBI, GAO, NHTSA, SEC and Congressional authorities have now received all of the confirming evidence, in writing:

- Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields
- Tesla Motors batteries blow up on their own
- Tesla Motors batteries blow up when they get wet
- Tesla Motors batteries fires cannot be put out by any common fire-fighting resources
- Tesla Motors batteries set themselves on fire
- Per MSDS documents, Tesla Motors batteries emit cancer-causing vapors when they burn
- Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, and environments where such incidents occur
- Fires in Tesla Motors vehicles turn the entire car into a slag pile of melted metal and plastic and turn the bodies, inside the Tesla, into "unrecognizable lumps"
- Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper

- In an accident, when a Tesla rolls over, molten metal and plastic can drip on and burn the occupants alive
- Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn
- Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus
- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage
- Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage
- Per published lawsuits and news reports, the factories that make Tesla Motors batteries have been charged with the deaths, and potentially fatal illness, of over 1000 workers and the poisoning of nearby towns
- Panasonic, Tesla's battery partner, has been charged with corruption, toxic poisoning, dumping and price fixing by, at least, two different nations, including the U.S.
- Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards and Tesla's.
- Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible
- Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants
- Elon Musk's Space X vehicles and Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR
- Leaked Sandia National Labs and FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries
- Tesla's own "Superchargers" and home 3-prong chargers have set Tesla's, homes and businesses on fire
- Consumer rights groups contacted Erick Strickland, the head of the NHTSA, and charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests and lobbyist bribes, from Tesla, which got the investigation shut down
- NEPA regulations for the Tesla NUMMI factory in California and the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards
- Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes and subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing
- Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage
- Tesla Motors vehicles have been hacked and taken over. Their doors, steering, listening devices and navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs and into other vehicles, killing bystanders and Tesla drivers
- Three Tesla top engineers and two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day
- Multiple employees, founders, investors, marital partners, suppliers and others have sued Tesla Motors, and/or it's senior executives for fraud
- The above, and over 30 additional safety issues with Tesla Motors vehicles, have been documented, yet investigations have been covered up, and/or manipulated by public officials

with a financial and political investment in Tesla Motors and lithium ion batteries. This level of cover-up is said to be a felony-level crime

Not all public officials have been implicated. Senator Chuck Schumer once publicly called for a safety review of lithium ion batteries but was shouted down by his peers.  The public is encouraged to seek out public officials who will take action, on behalf of the public. The public is also encouraged to sue Tesla Motors in order to call attention to these outrages.

Members of the public are taking this news article to staff at Tesla show-rooms, and factories, world-wide, as well as the landlords, adjacent retail merchants and each of their insurance companies, globally. It is hoped that all adjacent parties will adjust their insurance coverage, accordingly, relative to these now, widely documented, issues.

At a point where the voting public have told leading polls (including Gallop, etc.) that they have the lowest trust in the U.S. Congress, in history, and the highest disdain for CORRUPTION, in a national election year, it would seem to be "political suicide" for public officials to further this cover-up.

# NOTES ON KLEINER PERKINS, JOHN DOERR, TOM PERKINS, RAYMOND LANE, VINOD KHOSLA, JOHN DENNISTON, BRUCE MAXWELL, ET AL

From the web book: **"Darkened Corridors, A ProPublica Live Wiki-Documentation"**

A gunshot rang through the corridors of San Francisco City Hall. A Mayor was dead and a new mayor was moved into position. The bullet that killed Mayor George Moscone on November 27, 1978 would lead to political corruption in 2016 that would change the course of the world. Systematized political rigging had breached a new era.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as The Silicon Valley Cartel.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of input. Did John Doerr have George Moscone killed? Did he also kill Rajeev Motwani, Vince Foster, Seth Rich, Forrest Hayes, Gary D. Conley, Ravi Kumar, Andrew Breitbart, or the 78 other folks who had information that Doerr would not like to see go public? Maybe not...maybe so.

What does the FBI think? Every single one of these people died before their time and they had information that threatened Doerr and his Silicon Valley political schemes.Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments. [7] [8] The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets.

Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions.[11] Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate

Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of-interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed an got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters.

The cover-up makes Watergate pale in comparison. Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.The media outed Feinstein and she never made it to the White House. The internet has dubbed her:

"The most corrupt living politician in America". While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this:

"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt

Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

The scheme worked stunningly, until it didn't. 60 Minutes has a great investigative segment called: THE CLEANTECH CRASH. This tells the story of part of the corruption but it only begins the tale. Someone took the largest corrupt hand-out in U.S. history and then crashed all of the Silicon Valley Cartel's "Green Scheme" companies. It is thought that a GOP-based SWAT Team took on the task. The Cartel had already gotten most of their payola from skims off-the-top and from stock market pump-and-dumps created by exploiting the free government money that could be used to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skimmed the momentary high-points on the Wall Street stock exchange.

Kleiner loved to steal federal funds under the guise of "It will help the nation".The green-washing "Cleantech" deal didn't work out so well so they moved their pitch to "Let's stop terrorists". Kleiner had funded many database companies so Silicon Valley pitched Washington that all of their database companies could spy on every American and "see the future like Tom Cruise did in the movie Minority Report and catch bad guys before they become bad". This was just a scam to try to make the wasted internet toys stay relevant.

That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billions dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has
no application in real life.

The newest tactic is "Driverless Cars". Nobody wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

Our reporters will cover, in detail, how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles. We could not cover this story until now because we needed to wait until this Presidential election raised the interest level in such dirty deeds. We also needed to wait until someone like Wikileaks dropped the archives to prove that these kinds of insane and epic corruption deals actually happen. It is likely not the Russians who are responsible for all of the leaks but insiders from Google, KPBC, the DNC and Facebook. It may even be FBI moles who have been inside these operations as well as Ellen Pao-esque players who were simply disgusted by the corruption.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

This publication is constantly updated by the internet via WikiPedia Process

# Retribution, Reprisal and Vendetta Attacks on Plaintiffs by Cartel

The Cartel and their owned Federal and State employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense. These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials, including the Hulk Hogan lawsuit, the public will get to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market. Department of Energy Executives and their campaign financiers engaged in the following documented attacks against applicants who were competing with their personal stock holdings:

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- Disability and VA hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.

- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.

- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.

- Honeytraps and moles were employed by the attackers.

- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.

and many other forms of vengeance and retribution.

While most people may think that "hit-jobs" are the realm of Hollywood movie plots, these kinds of corporate assassination attempts do take place daily in big business and politics.

At the request of the U.S. Government, Scott developed and patented an energy technology that affected trillions of dollars of oil company and technology billionaire insider profits. He didn't realize this at the time. Now he wishes he had never gotten the call from Washington.

Let me make this point clearly: The control of **Trillions** of dollars of energy industry profits were being fought over by two groups and the Government plunked Scott down in the middle of that war. Scott had no affiliation with either group. He thought he was just accepting a challenge to help his nation.

He won commendation from the U.S. Congress in the Iraq War Bill, He won federal patents, he won a Congressional grant, he won a huge number of letters of acclaim and he won the wrath of a handful of insane billionaires who could not compete with his technology.

The attacks were carried out by California State employees and U.S. Government officials who had received payment from these billionaires.

Department of Energy Executives and their campaign billionaire handlers engaged in these attacks in order to control the solar and "green car" markets. The did not care about green issues, they only cared about green cash.

Federal and state employees ran retribution campaigns against applicants who competed with inside deals they had set up to line their own pockets at taxpayer expense.

These corrupt politicians thought they could take over an estimated six trillion dollar "Cleantech" industry that was being created to exploit new marketing opportunities around global warming and middle east disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony applicants suffered the worst fates. As CBS News reporter Cheryl Attkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.

Now, in a number of notorious trials and email leaks, including the Hulk Hogan lawsuit and the DNC and Panama Papers leaks, the public has gotten to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market.

Department of Energy employees and State of California employees engaged in the following documented attacks against applicants who were competing with their billionaire backers personal stock holdings. Scott and the other applicants including Bright Automotive, Aptera, Eco-Motors and many more, suffered these attacks:

- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications were "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" took place.

- State and federal employees played an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

- Some applicants found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations without being provided with proper HazMat suits which DOE officials knew were required.

- Applicants employers were called, and faxed, and ordered to fire applicants from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

- Applicants HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.

- One Gary D. Conley and one Rajeev Motwani, both whistle-blowers in this matter, turned up dead under strange circumstances. They are not alone in a series of bizarre deaths related to the DOE.

- Disability and VA complaint hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.

- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for applicants who competed with DOE interests and holdings.

- DNS redirection, website spoofing which sent applicants websites to dead ends and other Internet activity manipulations were conducted.

- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack applicants who competed with DOE executives stocks and personal assets.

- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on applicants by many magnitudes.

- "Honey-traps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject.

- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

- McCarthy-Era "Black-lists" were created and employed against applicants who competed with DOE executives and their campaign financiers to prevent them from funding and future employment.

- Targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.

So, the next time you are asked to "Serve Your Country", consider the implications if you do a good job.

While law enforcement, regulators and journalists are now clamping down on each, and every, one of the attackers, one-by-one, the process is slow. The victims have been forced to turn to the filing of lawsuits in order to seek justice.

Bibliography, Footnotes, References, Repositories
Key Data Links:
http://PACER.GOV      **Other Case Files**

http://breakingnewsreport.org

http://wp.me/P7j6BA-BUV

http://www.slush-fund.com

http://www.muckety.com/

http://gizmodom.net///GALLERY2

http://globalscoop.net/googleinvestigation

https://vid.me/VIDME_GLOBAL_3

http://xyzcase.xyz

http://xyzcase.xyz/files/data/public/4dd304

https://mega.nz/#F!6Rk1hC7K!5FxlpPi_eG52GnYuN_JmeA

The Big Leak Repository

There are over a million pages of evidence. Significant evidence has been pre-sorted into many cloud-based online repositories and archives online for the use of lawyers and investigators.

Previously filed law suits also have significant case files which can be acquired with Bates numbers already created.

# Demand For FBI Supervision Of The Gawker Bankruptcy Case

Over this weekend a massive number of articles have emerged in the news about a multi-national under-age sex scandal which the press calls: "PizzaGate". They news documents a number of young people that were involved with both Gawker Media and those in political power who would take extreme measures to hush this case up. The Hulk Hogan case exposed the fact, on court record, that the FBI has an active file on this matter. There is now concern that the attempts to obfuscate our claims against Gawker may be connected to the cover-up attempts of these crimes. The previous abuse lawsuits by Gawker staff and new evidence of the operation of Gawker as a front for these very same political officials raises substantial concerns. We demand an FBI presence in all further aspects of this case and ongoing reports, provided by the Court, about this case, to The U.S. Congressional Ethics and Investigation Teams.

# REPORT TO CONGRESS RELATIVE TO YOUR INVESTIGATION

The attached report on this case has been requested by members of the U.S. Congress and is now being supplied to every member of the U.S. Congress. Please place this document on record in your files and review the assertions per your other current investigations..

Attached: gawkercasereporttocongress.pdf

# GAWKER MEDIA BANKRUPTCY CASE HITS TROUBLED WATERS

FROM A COURT RECORDS LEAK:

-------

Ooopsie- Busted!!!- NOTICE TO The United States Bankruptcy Court of the Southern District of New York regarding our position in the Gawker Media Bankruptcy case
PLEASE POST THIS ON PUBLIC RECORD IN OUR CASE FILES!
The United States Bankruptcy Court of the Southern District of New York sent us a notice stating that lawyer "David Heller" and "Latham and Watkins" are to be cc:d on all communications because they are part of the legal Gawker Bankruptcy Team.
We did a little research.
We object to the involvement of David Heller and Latham and Watkins because they are a fully compromised and conflicted party.
Per the attached, and other extensive evidence and FBI records, this "Latham and Watkins" are the very same ones who threatened us with "media" hit-jobs and other ills . They represent the rogue CIA operations: IN-Q-Tel/New America Foundation who organize "Dirty Tricks Campaigns" like the Dirty Tricks attacks that were put on us, The Trump Campaign, Wikileaks and many others. In-Q-Tel and New America Foundation are one and the same people. The State Department and one of our ex-girlfriends, who worked with them, say so. The forensic tracking says so and law enforcement says so. They are financed by the same people and, Oh MY!: Mr. Eric Schmidt, who we have charged with running the largest part of the Cartel that Gawker Media was part of them and RAN, FINANCED, TOOK MONEY FROM, WAS AN EXECUTIVE OF AND PROMOTED THEM. Google and Gawker are also shown in court and SEC records swapping vast amounts of money and assets with each other. Larry Page of Google and Elon Musk sleep over at each other's homes and have some sort of strange "*special bromance*" according to the Press.
In-Q-Tel/New America and possibly Latham And Watkins did the research for the attack articles and movies that Gawker Media made and published about us that Ole' Eric Schmidt locked on the internet for half a decade in the top spots on Google/YouTube. All of these folks are part of this organized crime operation and we are not comfortable with their participation. The financial and beneficiary connections of the charged parties is now even more confirmed in our favor. IN-Q-TEL looked at our software under confidentiality, hacked our servers, copied our software with New America Foundation (In-Q-Tel's Alter Ego) and then flooded the market with free copies of the clones timed to coincide with their connected partners Gawker Media's attacks on us. (See NY Times article "..detours around internet censors..") We sued In-Q-Tel and made their wanna-be spies fly to California and tell a U.S. Judge who they really were. We made them stand up in Court and watch the Corbett Report's documentary video expose about who they really are! All of the above, by the way, are investor's, shareholders and promoters of the lithium ion mining scams which got this whole case started in the first place. Gawker Media made the bullets for Google to fire at us, and the other victims of this travesty of justice!
This David Heller and this Latham and Watkins seem to be in violation of their lawyer licenses, deeply conflicted, targeted against us, paid to harm us and not in any way associated with our best interests.
<u>Bottom line for LW:</u> Our spies are better than your spies and there are more of them. Our federal law enforcement guys are better than your federal law enforcement guys and there are wayyyyy more of

them. Are independent news journalists are better than your main-stream news hacks and there are magnitudes more of them. Most of the team of the President-Elect think that Gawker engaged in "crimes" and "social depravity". The law and ethics are on our side. Some of the opposition in this case belong in federal prison.

Give us the cash restitution that we are owed. Our investigators have tracked down every single person and company that were involved in the hit jobs on us and others. Every one will get Solyndra'd, without breaking a single law and WITH the help of federal law enforcement. Stone-walling, slow walking, facade-dismissal attempts, obfuscation, etc, will only result in the victims tripling down on the fully law abiding use of epic transparency and law enforcement. Those are the only resources needed to wipe out each and every bad guy here! We will just watch the colorful parade go by and marvel as the street sweepers follow-up behind the last clowns to clean up the debris.

Give us our money!

Have a nice day!

# GAWKER MEDIA BANKRUPTCY CASE HITS TROUBLED WATERS - PART 4

http://www.communityone.info

PLEASE MAKE THIS PART OF THE COURT AND PUBLIC RECORDS FOR XP VEHICLES VS. GAWKER MEDIA IN THE SOUTHERN DISTRICT OF NEW YORK GAWKER BANKRUPTCY HEARINGS:

Opposition attorneys in the Gawker Bankruptcy case like to "Pooh-Pooh" the charges that Gawker Media was a participant in an organized crime RICO-violating Racketeering Conspiracy. Today, mainstream news media around the world, along with multiple new federal investigations has PROVEN that we understated the seriousness of the collusion and mobster-ism that Gawker attacked us under. GAWKER ran all of those attacks on XP and XP'S staff, and partners, as a paid retribution program that GAWKER took compensation for. Take a look at a tiny sample of Today's news links:

==================================

TWITTER purges 'Alt-right' accounts...
GOOGLE NEWS 'FIX'...
SCHMIDT 'STAFF' AT CLINTON PARTY...
ELON MUSK IN CROSSHAIRS OVER BILLIONS IN GOVT
SUBSIDIES...

"...Some of us were Democrats before the Democrats own leaders decided to line their own pockets with crony payola cash at the expense of their own Democratic constituents. Feinstein, Reid and the rest A**F***ed us as deep and hard as they could... out of pure greed. They deserve the investigations that are now underway and those investigations should probe as deep as anatomy and the law allow. The U.S. Congress needs to go in dry and not stop until these criminals are begging for forgiveness from their epic violations of the public trust. They stole a trillion dollars of the taxpayers cash. Used it to buy hookers and private jets and their comeuppance has arrived..."

Energy
It's Time to Stop Spending Taxpayer Dollars on Elon Musk and Cronyism
David Williams / /
   •

Elon Musk, chairman of SolarCity and CEO of Tesla Motors, speaks Oct. 2, 2015, at SolarCity's Inside Energy Summit in New York. Among SolarCity, Tesla, and SpaceX, Elon Musk's interests got at least $4.9 billion in taxpayer subsidies over the past 10 years. (Photo: Rashid Umar Abbasi/Reuters/Newscom)

Commentary By

[David Williams](#)

David Williams is president of Taxpayers Protection Alliance, a Washington-based nonprofit and nonpartisan organization that researches, and educates the public about, the government's effects on the economy.

From Enron to Bernie Madoff, at the end of every great American financial scandal, the totality of the perpetrators' greed seems to be matched only by the public's incredulity at how such a thing could be allowed to happen.

And thanks to Elon Musk, there's a good chance we may all be asking this question again soon.

The Senate Finance Committee and the House Ways and Means Committee [have launched a probe](#) into tax incentives paid to solar companies, according to The Wall Street Journal. The committee probes, led by their respective Republican chairmen, Rep. Kevin Brady of Texas and Sen. Orrin Hatch of Utah, have found an appropriate and disturbing target to begin this work.

SolarCity, a solar installation company set to be purchased by Tesla Motors Inc., is one of the seven companies named in the initial investigation.

Already grossly subsidized, Musk's SolarCity has become an albatross of waste, fraud, and abuse of tax payer dollars. As legitimate earnings and cash become even scarcer for SolarCity, its entanglement in the Tesla empire suggests that a drastic reckoning not only is imminent, but in fact emboldening Musk to become more outlandish and reckless.

Notably, SolarCity is run by Musk's cousins, Lyndon and Peter Rive. During his chairmanship at SolarCity, Musk's family enterprise has taken in [billions of taxpayer dollars in subsidies](#) from both the

federal and local governments. But the subsidies and sweetheart deals were not enough, as losses and missed projections continued to mount.

Ultimately, rather than endure the embarrassment of collapse and further damage to the public image of Musk and Tesla, the cousins conspired to have Tesla simply purchase SolarCity this year. The conditions of the deal screamed foul play.

To say nothing of what sense it might make for an automaker to purchase a solar installation company, Tesla stockholders were being forced to absorb a failing, cash-burning company and pay top dollar to do so.

While cost cutting and corporate restructuring should have been the priority for a company swimming in debt and burning through available cash, SolarCity in fact has been doubling down on the failed model of taxpayer support. The desperate thirst for handouts has manifested itself in some of the murkiest political waters imaginable.

Thanks to Musk's cozy relationship with New York Gov. Andrew Cuomo, a Democrat, the state has granted at least $750 million of its taxpayers' money to SolarCity, building the company a factory and charging it only $1 per year in rent.

It would be hard to imagine such an operation would not be lucrative for its shareholders. And yet somehow, SolarCity never has made a profit.

It's not just in New York. In this year's race for Arizona Corporation Commission, the state's public utilities overseers, only one outside group funneled cash into the contest.

All of the $3 million donated by that group, Energy Choice for America, came from SolarCity. The beneficiaries are candidates who have signaled their willingness to be part of the "green machine" that greases the skids for lucrative government subsidies.

Burning through taxpayer dollars, buying elections, and expanding a network of crony capitalism has become so inherent to the SolarCity model that $3 million to a public commissioner's race, brazen though it may be, is only a drop in the bucket for Musk and SolarCity.

In 2013 alone, SolarCity received $127.4 million in federal grants. The following year, in which it received only $342,000 from the same stimulus package, total revenue was just $176 million and the company posted a net loss of $375 million.

Despite an expansion of operations and claims to be the leader in the industry, SolarCity never has been able to survive without serious help from government subsidies and grants. The failure to responsibly turn taxpayer dollars into a profitable renewable energy provider has led to SolarCity's collapse into the welcoming arms of Tesla.

And with Tesla, SolarCity in fact will be right at home, compounding a disastrous shell game that Elon Musk is playing with government resources.

It has been widely reported that among SolarCity, Tesla, and the rocket company SpaceX, Elon Musk's confederacy of interests has gotten at least $4.9 billion in taxpayer support over the past 10 years.

This is almost half of Musk's supposed net worth—taken from the pockets of American citizens and put into companies that can survive only by cannibalizing each other, spending without end, and promising that success is always just beyond the horizon and yet never arrives.

The American people are being taken on a ride by SolarCity, Tesla, and Musk. The ride is fueled by a cult of personality in Musk. And it costs billions of taxpayer dollars as he promises us not only the moon, but to harness the power of the sun and send us all to Mars.

In the cases of Enron and Bernie Madoff, in the end the cheated victims wished to have woken up sooner to the hubris that enabled such a downfall—or that at least regulators had pulled their heads out of the sand before the full impact of the collapse was realized.

We've seen this story before and we know how it ends.

The congressional investigations underway not only are necessary but a signal that more must be done, and soon. We may not be able to help Elon Musk stop himself from failing again, but we certainly shouldn't be the ones to pay for it.

It's past time for the American people to stand up to Musk and demand that our legislators and other elected officials bring him back to earth before spending one more dollar of our money. He's wasted enough of it already.

# How Did Elon Musk get involved in so many dirty schemes?

- The Center For Ethics In Politics

"***Elon Musk is a Lying Scumbag***" say critics!

It is, now, well known that all of Elon Musk's companies would not exist, today, if not for White House kick-backs and West Wing mandated steam-rolling of his competitors, in order to protect his loose relationship with morality.

The many news article about how Musk has based his whole career on getting handed taxpayer cash, as Payola, in exchange for his partners funding political campaigns, are published around the world.

While Musk may be a con-artist, carpet bagger and public funds thief, one has to wonder if his ability to convincingly lie is incumbent to his nature.

Is he like all of those zillions of guys that you see on that TV show: **"48 Hours"**? You know, the ones who meet the girl, her family says "he is wonderful", his co-workers say he "was the nicest guy". His neighbor says he "wouldn't hurt a fly'… and you always find out he cut off her head, ate her liver and chopped her into sausage. Is he like that? Always smiling, but hiding a meat cleaver behind the smile?

Musk has taken nearly two decades to sell only as many cars as a "real" car company sells in two weeks? He says he had to "figure out" how to build a car, so that is why it took so long. Is that true? Why did he spend so long, on something so rudimentary, only to have it turn out to be **" the official car of douchebags and assholes"?**

In those two decades, he has spent more money on those few cars than other real car companies spent on 10 cars. He says his run of the mill car was "so hard to build" and that was why it was $118,000.00 over budget **PER CAR,** at the time he applied for federal emergency cash. Was it really hard to build or was he siphoning money out to political campaigns?

He says the car is "Totally different" but it is the same electric car layout that electric cars have had since the 1800's. The Nissan Leaf and all of the other famous car company electric cars did not have any of the problems, delays or issues that Musk always has. Is he lying or just an idiot?

Critics say that Tesla was created to war-profiteer Afghan lithium that his campaign financier partners had inside deals with Russian mobsters for. They say that Solar City was created to accept kick-backs from Steven Chu at the Department of Energy and that Space X was created so Musk's partners, at spy agency IN-Q-Tel, could profit off of public surveillance systems. Musk says "no", in spite of millions of pages of evidence to the contrary. Is he lying?

Bernie Tse, and about 18 Tesla employees, worked for Elon Musk to create a battery sales division, but

that fell apart when massive amounts of federal reports emerged, in 2006 and 2007 that proved that Tesla partner: Panasonic, was involved in bribes, crime, dumping, killing workers with poison chemicals and other crimes. At the same time, Elon Musk saw reports that confirmed that his lithium ion would blow up spontaneously, catch on fire when stressed by a car, exude toxic fumes that cause cancer, liver damage, cellular breakdown and fetal mutation and that you had to invade Afghanistan and Bolivia to get the lithium. Even, today, as Tesla's, hover-boards, and numerous lithium ion devices, explode regularly, Musk says there is "no problem" with lithium ion. Is he lying?

The Department of Energy documents filed by Elon Musk, to get taxpayer cash have over 100 things that Musk promised, in writing, that turned out to never have happened and/or never been true. Did he lie..or just have a few typos?

His numerous divorces and break-ups have resulted in people, who knew him intimately, saying he was a "fraud and a "liar".

His co-founders at Tesla sued him saying he was a "liar" and a "scam artist".

His investors have said, in lawsuits, that he is a "liar" and a "fraud".

Erick Strickland, the head of the highway safety agency, was confronted with covering up the DRAMATIC number of safety issues known about the Tesla. He quit the next day. What doesn't Musk quit?

In a recent article about Musk and Space X, with a cover photo depicting Musk in the company of rats, his own employees are quoted calling him a "liar".

There are hundreds and hundreds of news articles describing different things that Musk has lied about.

Is Musk really a liar? Is he a scumbag Silicon Valley misogynist laboring under another facade of self-deluded privilege and narcissistic self-promoting elitism?

While Musk's partner: Google, gladly spins out Musk's "Look-at-me" self glorification press hype on a daily basis, is Musk telling the truth in those wild-eyed pronouncements?

In his latest press hype: Musk now wants to build a haven for the 1%, On Mars, much like his peer: Vinohd Khosla tried to build a haven for 1%-ers on a public beach, he took over, in Half Moon Bay, California.

We can only pray that Musk will go to Mars as soon as possible. Ideally, tomorrow...and stay there!


FROM A COURT RECORDS LEAK:

-------
Ooopsie- Busted!!!- NOTICE TO The United States Bankruptcy Court of the Southern District of New York regarding our position in the Gawker Media Bankruptcy case

PLEASE POST THIS ON PUBLIC RECORD IN OUR CASE FILES!

The United States Bankruptcy Court of the Southern District of New York sent us a notice stating that lawyer "David Heller" and "Latham and Watkins" are to be cc:d on all communications because they are part of the legal Gawker Bankruptcy Team.

We did a little research.

We object to the involvement of David Heller and Latham and Watkins because they are a fully compromised and conflicted party.

Per the attached, and other extensive evidence and FBI records, this "Latham and Watkins" are the very same ones who threatened us with "media" hit-jobs and other ills . They represent the rogue CIA operations: IN-Q-Tel/New America Foundation who organize "Dirty Tricks Campaigns" like the Dirty Tricks attacks that were put on us, The Trump Campaign, Wikileaks and many others. In-Q-Tel and New America Foundation are one and the same people. The State Department and one of our ex-girlfriends, who worked with them, say so. The forensic tracking says so and law enforcement says so. They are financed by the same people and, Oh MY!: Mr. Eric Schmidt, who we have charged with running the largest part of the Cartel that Gawker Media was part of them and RAN, FINANCED, TOOK MONEY FROM, WAS AN EXECUTIVE OF AND PROMOTED THEM. Google and Gawker are also shown in court and SEC records swapping vast amounts of money and assets with each other. Larry Page of Google and Elon Musk sleep over at each other's homes and have some sort of strange "*special bromance*" according to the Press.

In-Q-Tel/New America and possibly Latham And Watkins did the research for the attack articles and movies that Gawker Media made and published about us that Ole' Eric Schmidt locked on the internet for half a decade in the top spots on Google/YouTube. All of these folks are part of this organized crime operation and we are not comfortable with their participation. The financial and beneficiary connections of the charged parties is now even more confirmed in our favor. IN-Q-TEL looked at our software under confidentiality, hacked our servers, copied our software with New America Foundation (In-Q-Tel's Alter Ego) and then flooded the market with free copies of the clones timed to coincide with their connected partners Gawker Media's attacks on us. (See NY Times article "..detours around internet censors..") We sued In-Q-Tel and made their wanna-be spies fly to California and tell a U.S. Judge who they really were. We made them stand up in Court and watch the Corbett Report's documentary video expose about who they really are! All of the above, by the way, are investor's, shareholders and promoters of the lithium ion mining scams which got this whole case started in the first place. Gawker Media made the bullets for Google to fire at us, and the other victims of this travesty of justice!

This David Heller and this Latham and Watkins seem to be in violation of their lawyer licenses, deeply conflicted, targeted against us, paid to harm us and not in any way associated with our best interests.

<u>Bottom line for LW:</u> Our spies are better than your spies and there are more of them. Our federal law enforcement guys are better than your federal law enforcement guys and there are wayyyyy more of them. Are independent news journalists are better than your main-stream news hacks and there are magnitudes more of them. Most of the team of the President-Elect think that Gawker engaged in "crimes" and "social depravity". The law and ethics are on our side. Some of the opposition in this case belong in federal prison.

Give us the cash restitution that we are owed. Our investigators have tracked down every single person and company that were involved in the hit jobs on us and others. Every one will get Solyndra'd, without breaking a single law and WITH the help of federal law enforcement. Stone-walling, slow walking, facade-dismissal attempts, obfuscation, etc, will only result in the victims tripling down on the fully law abiding use of epic transparency and law enforcement. Those are the only resources needed to wipe out each and every bad guy here! We will just watch the colorful parade go by and marvel as the street sweepers follow-up behind the last clowns to clean up the debris.

Give us our money!

Have a nice day!GAWKER MEDIA BANKRUPTCY CASE HITS TROUBLED WATERS - PART 4

BCC: FBI, FCC, FTC, VCGCB, House Ethics Committees, President-elect DJ Trump and staff, Senate
Ethics Committees, GAO, CFTC, California and U.S. AG, IG, SEC, Trey Gowdy, VP-Elect

# Amended Statement for the Dec. 1, 2016 Hearing For Gawker Media

COURT STATEMENT TO BE READ IN COURT AT DEC. 1, 2016 HEARING- GAWKER
BANKRUPTCY HEARING SOUTHERN DISTRICT NEW YORK – AMENDED

In re: Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Gawker Media was hired to sabotage the multi-billion dollar profit pool for a global vehicle
manufacturer, an international award-winning energy company and others, who competed with
Gawker's "handlers". Our team was awarded White House and Congressional commendations and
funding to "help create American jobs and energy independence", but that conflicted with the schemes
and scams of Gawker and it's corrupt "handlers".
These "handlers" paid Gawker in cash, stock, search engine rigging, troll/botnet and meat puppet mills,
intellectual property, internet routing, revolving door jobs, advertising accounts and other items of
value. The unjust rewards asset values of the overall interests of items transferred to and from Gawker
exceed $1 billion and those funds were transferred between states, making this an FBI and
Congressional investigation jurisdiction matter.
The "handlers" were Gawker's clients who illicitly retained Gawker to produce multiple hit job videos
and hatchet job articles in order to damage others. These same Gawker clients took the funds away
from those who were attacked, including us, put funds in their own bank accounts, and made
billions of additional dollars from those scams by exploiting their competing efforts.
The many irrefutable evidence items of this occurrence include the fact that out of 22 million
publications in the world, 1.) ONLY Gawker Media was the one to undertake these attacks, 2.) for these
people, 3.) against these targets 4.) as retribution following specific federal testimony. Other proof is
provided by the voluminous federal investigation documents ( ie: see http://xyzcase.xyz or
http://communityone.info for a tiny example of the evidence materials) including the attackers and their
sponsor's own financial records published in financial disclosures.
The fates of the perpetrators of these embezzlement and conduit-operations crimes also proves the
validity of the charges. Steven Rattner was indicted for securities corruption. Raj Gupta was arrested
for insider trading. Solyndra was raided by the FBI. Ray Lane was indicted for massive tax fraud.
Steven Chu and Eric Holder were fired for corruption and malfeasance. Fisker was ordered into a
Congressional investigation. The list goes on and on and on... Gawker and Google operated the media
cover-ups for the entire operation. As of today, over a million credible news articles and the President
Elect of the United States of America have publicly stated facts and evidence confirming the media
news manipulation that Gawker and it's partner: Google have engaged in. The facts confirming
conspired media attacks to cover up criminal corruption are now indisputable. International heads of
state are now prepared to testify to the validity of these assertions in this case.
We have assembled a large number of law enforcement, forensic research, media and citizen reporter
experts who have built case files on every criminal suspect in this case and we will not rest until
restitution and justice are achieved. This matter will not be resolved until we receive our restitution! It
will haunt those who do not resolve this, forever! It will track back to Univision, each Gawker
employee, each Gawker investor, each Gawker "Client/Handler", and each Gawker banker. Resolve
this with us now, to our satisfaction, or suffer the 100% legal consequences of the FBI-raided Solyndra-

like downfalls. Gawker and it's partners tried to "kill" us, failed, and now must face the consequences for their attempted political and financial manipulations.

# GAWKER LAWSUIT -  DEAR GREGG

Nov. 29, 2016

XP Vehicles Group
Trustee Office
legal@xpvehicles.com

Gregg Galardi – Attorney For Gawker Media
Ropes & Grey
1211 Avenue of the Americas
New York, NY 10036-8704
gregg.galardi@ropesgray.com

Dear Gregg:

Thank you for your letter dated November 22, 2016 which was received today Nov. 29, 2016.

As we have asked Prime Clerk staff, please email any time-sensitive material to us as well as
FEDEXing materials. As most of your materials have been received within a day or two of a critical
court deadline, it makes it appear that someone is trying to cut off our opportunity to have fair use of
the justice system, by removing every opportunity for us to use the justice system. If you send us
communications in a manner contrived to give us no time to research the materials and draft a response,
it could invalidate your entire bankruptcy case and lead to a re-do of the entire case in 2017.

We are not lawyers and we are unable to expend the hundreds of thousands of dollars quoted by law
firms to represent us in this case. Our cash is temporarily limited because of the financial retribution
attacks on us by Gawker Media and their handlers. Gawker did this, in part, to damage us financially in
hopes of reducing our resources. I guess the joke is on them now. Therefore, you must re-write your
letter to us using normal language and without all of the trick double and triple-meaning secret legal
phrases that only a high-end corporate lawyer, such as yourself, could possibly comprehend the legal
implications of.

We are trying to get Peter Thiel to pay for our prosecution of your parties in this case, but we have not
reached him yet. If any of the other creditors want to pay for our lawyers in this matter, we will give
them a percentage of our winnings. We are copying this letter to every creditor so maybe one of them
might let us know if they want to sponsor a law firm for us.

Gregg, we are mostly aligned with the "Independent" political affiliation. In other words, we don't care
which politicians go to prison for corruption, from any party. Having said that, it is hard to not notice
that a man just won the Presidency of the United States simply because he engaged in *"Plain
Speaking"*. Since most of America just made global history by putting the Trump Administration into
power, I think we should respect the edict that the voters put forth calling for more plain speaking.

As technologists, we wanted to author this letter with that kind of ***plain spoken English***. We want to,
for clarity, confirm the meanings of some terms that we may tend to use. When you write us your

normal language letter, please define any legal terms that you use. Here is such an example from a term we will use:

The first technology term we want to define is: **"Bullshit!"**

This term refers to the use of items in a communication which are known by most of the world to be false. For example, you plead that Gawker Media only has a few million dollars left, yet our CIA, FBI and major media colleagues say that there are over a billion dollars in assets. Are you lying? Are your investigators lying in order to scam the creditors? Are your investigators incompetent? Thus, we say that your pleading of poverty on behalf of Gawker Media is absolute and total "**BULLSHIT!**" (A technical term). We and EVERY creditor should be able to get each of our full financial demands. We sent you a general list of over $1B in asset areas. What say you to that list? We don't see a single document in the court records where you fully value the brand value, the IP value, the DNS route values, the Google Cartel internet search rigging value, the Eastern Bloc bank accounts, the tax evasion trusts and other novel goods.

The next terms is not so much a technology term as, well, just a big term that we want to be precise about.

The term is: **"Treason"**.

It is defined by Merriam-Webster as:
Definition of *treason*
- *1* :  **the betrayal of a trust :  treachery**
- *2* :  **the offense of attempting by overt acts to overthrow the government of the state to which the offender owes allegiance or to kill or personally injure the sovereign or the sovereign's family**

In fact, those federal and media investigators, along with everybody from Wikileaks, to Senators, to ex-Gawker staff, have now provided evidence that proves that Gawker Media, working with Google, engaged in the legal definition of "Treason" by illegally manipulating the Obama election and attempting to manipulate the Hillary Clinton election. The news and internet rigging is now covered in over a million news stories. It is laughable to deny it now. You have have heard of Jofi Joseph, the White House staffer in the West Wing who Tweeted the daily dysfunction of the Obama White House. Did you know there have been hundreds of White House staffers, like Jofi Joseph, doing the same sort of thing? The toothpaste is out of the tube. The evidence against Gawker Media and Gawker's handler/clients is overwhelming.

Before we did vehicle and energy innovation we did law enforcement and intelligence innovation. Rest assured that the new Attorney General and the soon-to-be upgraded FBI are chomping at the bit to crush the nuts of the Gawker Cartel. We will help them do that if you don't settle up with us. In fact, we have bcc'd this email to Jeff Sessions, Trey Gowdy and pretty much everyone in the new Administration, news media and law enforcement that Gawker would never want this seen by. We love epic transparency. Please know that every three-letter agency you have ever heard of now has a copy of this letter. They have all seen the evidence samples at http://communityone.info and the many other peer-to-peer law enforcement sites. They each have vast additional files on this matter.

Via this letter, we offer the services of "CODE RED", our law enforcement affiliate, to each and every Gawker Creditor. CODE RED, working with high level resources, will hunt down every ACTUAL Gawker/Denton/Cartel asset. CODE RED is like *Stratfor* on steroids. CODE RED will charge $310K for the work, which, interestingly, is the same amount that XP needs for legal costs for this case.

We hereby demand again, that the Department of Justice appoint a "Special Prosecutor" to oversee this organized crime matter. We will continue that demand under the Trump Administration in 2017.

We hereby demand again, that the court appoint equitable legal counsel to our firm.

Thanks for the offer of the $25K. That will pay for a couple days of lawyers in this case. Come back when you have a real number. The thousands of people in our core team and the hundreds of millions of voters will continue to hunt down (WITHOUT BREAKING A SINGLE LAW AND WITH THE HELP OF LAW ENFORCEMENT) every Gawker employee, investor, handler, and associate that tried to "kill us", and that did kill our colleagues and peers (Conley, Motwani, Rich, Kumar, Slym, Bird, etc.).

Adrian Covert, Nick Denton, John Herrman, John Cook, Eric Schmidt and Larry Page need to know that hell will freeze over (plain speaking colloquialism) before we end our investigations of every hooker, rent boy, secret trust fund, stock scam, credit card transaction, paypal transaction, tax evasion, Russian covert accounts, bitcoin transaction, Uber account, and everything the Gawker people ever plugged in, turned on, spoke into or typed on.  We will never stop  until we get restitution for the malicious attacks on us. Guess what?; NSA, GCHQ and FBI records now CAN BE Subpoenaed!

We look forward to having our day in court with equitable representation, and to taking the stand against Gawker Media on behalf of ourselves and America. We already know what the NSA, CIA, DIA, FBI, OSC, GAO, Senate, and all the others already have on file, and it will "cook Gawker's geese" (plain speaking colloquialism). Settle this now and pay our damages or EVERYONE will pay the price. We can take every suspect down without breaking a single law because they did CRIMES! We have pre-pledged our future assets to private eyes that will get this done, even if none of us are around to see that day.

Your settlement offer is based on falsified asset values. First go find the real assets or hire us to find them or just call James Comey at the FBI, who we report to, and ask him! Your asset numbers are fake until you get closer to finding $1B in Gawker Assets!

Don't BULLSHIT US! Pay your dues!


Thank you.

XP Group


BCC: Agencies, Media, Creditors, Congress



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

November 22, 2016

Gregg Galardi
T 212 596-9139
gregg.galardi@ropesgray.com

XP Vehicles Group
c/o Scott Redmond
601 Van Ness Avenue
San Francisco, California 94102

Re:  *In re Gawker Media LLC* (Case No. 16-11700 (SMB), Bankr. S.D.N.Y.)

Dear Mr. Redmond:

As you know, my firm is bankruptcy counsel to Gawker Media LLC, Gawker Media Group Inc. and Gawker Hungary Kft. (f/k/a Kinja Kft.), all as debtors and debtors in possession (the "Debtors"), in chapter 11 cases pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), No. 16-11700-SMB (the "Bankruptcy Cases"). I am writing to you regarding the proofs of claim that "XP Vehicles Group" has filed against the Debtors (the "Claims"), our Objections to those Claims (Docket Nos. 393, the "Claims Objection"), and the Claims Estimation and Plan Reserve Procedures (as defined below). Because the hearings on December 1 and December 13 in the Bankruptcy Court are rapidly approaching and will significantly impact your recovery on the Claims, I wanted to set forth how the Debtors intend to proceed regarding the Claims at those upcoming hearings and begin a dialogue regarding efficiently resolving the Allowed amount of the Claims and the potential distribution on such Claims.

As you probably know, the Debtors are presently soliciting votes on a proposed chapter 11 plan (the "Plan"). That Plan, we believe, maximizes the funds available for all stakeholders, and includes highly beneficial settlements that the Debtors have reached with a number of creditors and the official creditors committee, and calls for speedy resolution of many other claims, including the Claims (the "Plan Settlements").

Accordingly, the Debtors believe it is in the best interests of their stakeholders to proceed on the Claims Objection in the Bankruptcy Court at the December 1 hearing. We also wish to make clear that if the Bankruptcy Court does not disallow the Claims based on the current Objection at the December 1 hearing, the Debtors presently intend to seek estimation of the Claims at the December 13 hearing. In that regard, on November 14th, the Debtors filed and served on you a motion seeking approval of procedures for estimating claims in connection with the setting of reserves established by the Plan (the "Claims Estimation and Plan Reserve Procedures"). The hearing to approve procedures is also scheduled for December 1, 2016, and objections are due November 28, 2016. If approved, those procedures would apply to the Claims and under the

59786687_1

ROPES & GRAY LLP

- 2 -                                                    November 22, 2016

proposed Claims Estimation and Plan Reserve Procedures, the Debtors intend to seek to estimate
the Claims at a hearing commencing on December 13, 2016, in connection with the confirmation
hearing.

Notwithstanding the above and the Debtors' position that the Claims should be disallowed,
it would benefit all parties, including XP Vehicles as an alleged creditor, to avoid the costs of
litigation, especially given the limited recoveries that it would likely receive under the Plan, if that
Plan is confirmed.  Under the Plan, and as a result of the Plan Settlements, unsecured creditors (with
allowed claims) of Gawker Media are to receive their share of the Gawker Media Claims Reserve of
about $3.75 million in cash and, if that were not adequate to pay unsecured claims in full, additional
cash that would bring the total amount to $6.5 million.  So, if you believe the distribution on the
Claims is in excess of this amount, XP Vehicles likely would need to not only litigate the merits of
the underlying Claims but also Plan confirmation and the Plan Settlements.  We point this out to
draw your attention to the issues to be litigated and the potential costs, and so we are not "talking
past each other" in any negotiations regarding the Claims and procedures.  The Debtors believe that
as a result of the Plan Settlements and most particularly the settlement on the allocation of Sale
Proceeds, recoveries could be limited regardless of whether XP Vehicles ultimately prevails on the
merits of the Claims.

Thus, we think it mutually beneficial for the parties to agree about procedures for resolving
the Claims or setting a reserve.  So, to proceed expeditiously and cost effectively, either (i) you
should provide a realistic proposed reserve, or (ii) we could attempt to settle the Claims.  As to
settlement, the Plan includes a settlement offer for the Claims, via the so-called Convenience Class.
You are entitled to opt-in to the Convenience Class, and receive a single payment of $25,000
(which we would anticipate making before year-end).

If that amount is not acceptable, you should provide us with a settlement offer.  That offer
should be realistic.  While we can give no assurances as to whether a particular offer will be
acceptable, we will consider the settlement offer and if appropriate enter into good faith
negotiations regarding a settlement of the Claims.

Should you have any questions regarding this matter or like to discuss the matter, please do
not hesitate to contact me or my partner Ross Martin.

Sincerely,

*Gregg Galardi*

Gregg M. Galardi

59786687_1

# GAWKER LAWSUIT - Updates for Dec 1 Meeting- NY Bankruptcy Court

XP staff are unable to attend the Dec. 1 Southern District NY Bankruptcy Court hearing because XP has received no reply from any participant in the matter about case coverage of travel expenses. This email shall serve as XP's participation in the Dec. 1, 2016 hearing -

Recent leaks and disclosures have now confirmed the following:

**1**. Gawker Media was controlled by White House staff, DNC bosses and White House Silicon Valley campaign financiers named in the supplied evidence and at http://communityone.info and in FBI files. Gawker Media was participatory in a designed and coordinated conspiracy to defraud the U.S. Treasury and American taxpayers. Gawker Media engaged in RICO violation organized crime. Gawker Media was not simply *"...a crappy tabloid run by millennial deviants..."*. Gawker Media is a tactical political weapon operated by famous public officials in a deviant manner.

**2**. Gawker Media was the *"hit-job"*, hatchet-man, retribution, vendetta service for the parties in the Cartel that Gawker operated as part of. Over 1000 experts including public officials, famous journalists and other credible voices have now publicly stated this in published media.

**3**. Gawker Media coordinated media attacks against targets with its partners at Twitter, Facebook, and, most particularly Google. It is ludicrous for any educated person to mock the revelation of a *"conspiracy"* when the news is rife with over 100 fully proven conspiracies that were uncovered in the last 3 years. Opposition counsel is using a Nixon-Era Halderman-like play-book trick of *"mocking Conspiracies to seek to damage credibility..."* This is the root of political corruption in Washington DC: Feigned Denial!

**4.** The recent Wikileaks documents and materials supplied by FBI, GAO, Congress and other knowledgeable experts prove, beyond any doubt that a mining commodities (lithium, uranium, indium, copper, rare earth metals, etc.)  conspiracy and an election process conspiracy using the rigging of web and news data was indeed in place. (A tiny sample of which is attached) Tesla and Google's car projects exploit the lithium mining scams.

**5**. XP staff report to the FBI on a regular basis. XP staff have cooperated with the FBI for a number of years. XP staff make personal deliveries, and 24/7 online provision, of accumulated evidence data to the San Francisco FBI office on the 13th Floor of the main McAllister Street office in San Francisco. XP staff have assisted in the federal investigations of this case.

**6**. Gawker Media was hired to author multiple attack articles and videos against XP and its staff. Gawker Media worked with Google to lock those attack productions on the top lines of all Google and YouTube products for over half a decade. XP worked with a 1000 server sting and metric analysis system to prove that Gawker and Google were rigging the internet and proved it. Gawker Media created fake blogger comments to further damage XP. Gawker Media sent the attack movies and articles to every employer, investor, supplier, public official and business associate of XP and XP staff and investors in order to damage XP and create financial catastrophes. Gawker was the operator of a

scheme to punish XP for helping law enforcement and to stop XP's superior competing products from reaching the market and affecting Gawker's handlers and hit-job requesting clients.

**7**. XP has asked the incoming U.S. Attorney General, Mr. Jeff Sessions, to appoint a federal ***"Special Prosecutor"*** to over-see this case in light of the ongoing, and deeply documented cover-ups by the Obama Administration, publicly confirmed on record by the United States Congress. Over 2000 witnesses are prepared to testify.

**8**. XP was asked to participate in the Cartel efforts and refused the gestures because XP feels that "A CRIME IS A CRIME" and that the participants in the above mentioned RICO violations belong in federal prison. XP has a long-standing, multi-Administraton relationship with the White House as proven by White House letters and senior official videos and photographs. XP is strongly opposed to political corruption!

**9**. XP demands that every attack video, Gawker created fake comment and hatchet job article created by Gawker attacking XP, it's staff and investors be wiped from it servers and those server sections be defragmented with Bleachbit Defrag and 4X overwrite and never replicated.

**10.** XP demands complete restitution for it's damages based on legal industry comparative metric values for the cost of the damages caused by Gawker to the business, brands, lives and futures of XP and it's staff and investors.

**11**. XP demands a printed public apology and retraction to be posted on all Gawker Media and Google assets.

I've linked 1 file to this email:

[An Investigation Of Solyndra And The Department Of Energy Disasters 1.5.pdf](16.0 MB)

[Hightailhttps://www.hightail.com/download/cUJYTmZWUnJreEJEZU1UQw](https://www.hightail.com/download/cUJYTmZWUnJreEJEZU1UQw)

[Mozilla Thunderbird](Mozilla Thunderbird) makes it easy to share large files over email.

# GAWKER LAWSUIT - Partial response to retort. "It's not a 'Conspiracy Theory' when you have PROOF!"

Gregg-

You folks are throwing around the phrase "Conspiracy" as if it was a bad thing to say out-loud. A number of articles have just come out, globally, about why only fools now use the ploy of defaming Plaintiffs like us by trying to attach negative mnemonic triggers to those who reveal organized crime. The following article that came out today is of interest to all:

Caitlin Johnstone | Professional
Written 01 Dec 2016
"How, After This Crazy Year, Is 'Conspiracy Theorist' Still Being Used As An Insult?
#Conspiracy #ConspiracyTheory #WikiLeaks #Leak #Email



http://www.abc.net.au/radionational/image/4749198-3x2-340x227.jpg
Since WikiLeaks has clearly revealed that our government is lying to us and the mainstream media is helping them, it's absurd for 'conspiracy theorist' to continue to exist as a dismissive pejorative.
Debate 0
Login and Click Agree/Disagree first to Debate.

I still get called a crazy conspiracy theorist all the time for writing about things like how Hillary Clinton's no-fly zone in Syria would have probably required a war with Russia, or how Obama's cabinet was largely appointed for him by an executive from Citigroup before he was even elected. These ideas aren't based on wild conjecture or an over-active imagination; there's plenty of solid and reputable evidence behind them for anyone who cares to do their own research (or just click my damn

hyperlinks and view my sources! How hard is it, people? I'm not making this stuff up! I did all the work for you! What do you want me to do, come over to your house and read it to you in different character voices while you drink hot chocolate with marshmallows? What am I, your mom? Not that I'm bitter or anything).

But lack of solid evidence isn't what elicits such accusations and dismissals; the reason such ideas get dismissed as conspiracy theory so often is not due to lack of evidence, but due to lack of coverage by mainstream media franchises. Which should not be the case, because WikiLeaks has confirmed beyond a shadow of a doubt that the mainstream media actively collaborates with politicians and campaigns to manipulate the public narrative. These people who have "both a public position and a private position" also have legions of members of the press in the upper echelons of news media actively colluding with their agendas. But then, that hasn't been covered much by mainstream media either.

It wasn't that long ago that a conspiracy theory was generally considered to mean an unproven notion widely frowned upon because its adherents tended to have very flimsy standards for proof, and would grasp at any shred of evidence no matter how disreputable as long as it satisfied their confirmation bias. Nowadays, if the conversations I've been having lately are any indication, the term now essentially means "anything I haven't seen on CNN," or even "any new information that causes me to experience cognitive dissonance." It's become another meaningless, vacuous phrase mechanically bleated out by ignorant identity politics dogmatists to support the establishment agenda, much like "support our troops" when the establishment wants to kill people over crude oil, or "obstructionist congress" when the establishment wants people to ignore the way Obama continued and expanded all the worst aspects of the Bush administration, or "don't discuss politics or religion" when the establishment wants us all to turn into a bunch of vapid, drooling idiots.



If I've noticed this trend, a lot of my readers probably have, too. But even if the phrase "conspiracy theorist" hadn't been twisted into an arbitrary knee-jerk dismissive pejorative and retained its more traditional usage, it's still silly to see it employed at all.

I mean, think about it. What have we learned this year? The Obama campaign actively conspired with a Citigroup executive to determine which cabinet members would benefit the people responsible for the Wall Street crash and push the TPP through in great secrecy. The DNC actively conspired to thwart the campaign of one of their candidates in favor of the other in the contest they themselves were responsible for ensuring remains fair and even-handed. Hillary Clinton's campaign staff actively conspired to elevate Donald Trump above the other Republican candidates in order to sink the campaigns of the moderates. Members of the mainstream media actively conspired with the Clinton campaign to elevate her above her competitors. A Clinton super PAC actively conspired to use paid shills to deceive people on internet discussion forums into thinking that Clinton had more grassroots support than she did. Democratic party elites actively conspired to use the media to create a

liberal "echo chamber" and control public discourse. I could go on and on and on. These are actual conspiracies that people would have been (and were) mocked and dismissed as conspiracy theorists for suggesting before they were proven, and then they were proven. Every one of them.

Is it reasonable, then, to dismiss anyone who comes up with a plausible theory involving powerful individuals manipulating things in a shady manner? The leaked documents from WikiLeaks only gave us a tiny glimpse behind the curtain of an opaque government and an opaque electoral process, and what we saw there was horrifying. Democracy being actively sabotaged at every turn,  plutocrats being given the keys to the nation, and the American people being deliberately and systematically deceived. What else is back there? Is it unreasonable to assume that there are many, many far more horrific things going on behind the veil of government secrecy? I don't think so. This doesn't mean we should accept any conspiracy theory as gospel truth; these ideas ought to be vigorously debated, and we should of course always bring critical thinking to the table. But in light of this year's revelations, critical thinking necessarily means being wide open to the possibility that things are not at all happening the way we're being told.



It's very naive to think that large institutions are immune to criminality, and that it's not possible for networks of people in power to use that power for ill. Are we really meant to ignore that obvious reality whenever it appears to be manifesting in our own institutions? I'd say that would be pretty stupid. Lately whenever someone accuses me of spreading a conspiracy theory I've been mentally replacing the word "conspiracy" with one of its synonyms, which makes them sound a lot sillier. You should try it. "God, spare me the collaboration theory" doesn't have that instant debunking quality that they're reaching for. It means the same thing, and there is definitely collaboration happening, but now it's got the baseless stigma removed.

You can use other words like a "collusion" theory. A "co-operation" theory. "Pfft," you hear them say. "That's just an organized crime theory."

Yeah. Yeah it is. Click my damn hyperlinks"

============================

XP staff are unable to attend the Dec. 1 Southern District NY Bankruptcy Court hearing because XP has received no reply from any participant in the matter about case coverage of travel expenses. This email shall serve as XP's participation in the Dec. 1, 2016 hearing -

Recent leaks and disclosures have now confirmed the following:

**1**. Gawker Media was controlled by White House staff, DNC bosses and White House Silicon Valley campaign financiers named in the supplied evidence and at http://communityone.info and in FBI files. Gawker Media was participatory in a designed and coordinated conspiracy to defraud the U.S. Treasury and American taxpayers. Gawker Media engaged in RICO violation organized crime. Gawker Media was not simply *"...a crappy tabloid run by millennial deviants..."*. Gawker Media is a tactical political weapon operated by famous public officials in a deviant manner.

**2**. Gawker Media was the *"hit-job"*, hatchet-man, retribution, vendetta service for the parties in the Cartel that Gawker operated as part of. Over 1000 experts including public officials, famous journalists and other credible voices have now publicly stated this in published media.

**3**. Gawker Media coordinated media attacks against targets with its partners at Twitter, Facebook, and, most particularly Google. It is ludicrous for any educated person to mock the revelation of a *"conspiracy"* when the news is rife with over 100 fully proven conspiracies that were uncovered in the last 3 years. Opposition counsel is using a Nixon-Era Halderman-like play-book trick of *"mocking Conspiracies to seek to damage credibility..."* This is the root of political corruption in Washington DC: Feigned Denial!

**4.** The recent Wikileaks documents and materials supplied by FBI, GAO, Congress and other knowledgeable experts prove, beyond any doubt that a mining commodities (lithium, uranium, indium, copper, rare earth metals, etc.)  conspiracy and an election process conspiracy using the rigging of web and news data was indeed in place. (A tiny sample of which is attached) Tesla and Google's car projects exploit the lithium mining scams.

**5**. XP staff report to the FBI on a regular basis. XP staff have cooperated with the FBI for a number of years. XP staff make personal deliveries, and 24/7 online provision, of accumulated evidence data to the San Francisco (and DC) FBI office on the 13th Floor of the main McAllister Street office in San Francisco. XP staff have assisted in the federal investigations of this case.

**6**. Gawker Media was hired to author multiple attack articles and videos against XP and its staff. Gawker Media worked with Google to lock those attack productions on the top lines of all Google and YouTube products for over half a decade. XP worked with a 1000 server sting and metric analysis system to prove that Gawker and Google were rigging the internet and proved it. Gawker Media created fake blogger comments to further damage XP. Gawker Media sent the attack movies and articles to every employer, investor, supplier, public official and business associate of XP and XP staff and investors in order to damage XP and create financial catastrophes. Gawker was the operator of a scheme to punish XP for helping law enforcement and to stop XP's superior competing products from reaching the market and affecting Gawker's handlers and hit-job requesting clients.

**7**. XP has asked the incoming U.S. Attorney General, Mr. Jeff Sessions, to appoint a federal *"Special Prosecutor"* to over-see this case in light of the ongoing, and deeply documented cover-ups by the

Obama Administration, publicly confirmed on record by the United States Congress. Over 2000 witnesses are prepared to testify.

**8**. XP was asked to participate in the Cartel efforts and refused the gestures because XP feels that "A CRIME IS A CRIME" and that the participants in the above mentioned RICO violations belong in federal prison. XP has a long-standing, multi-Administraton relationship with the White House as proven by White House letters and senior official videos and photographs. XP is strongly opposed to political corruption!

**9**. XP demands that every attack video, Gawker created fake comment and hatchet job article created by Gawker attacking XP, it's staff and investors be wiped from it servers and those server sections be defragmented with Bleachbit Defrag and 4X overwrite and never replicated. XP is aware that many Gawker hard drives have a hidden pre-start section that can hold data not visible to ordinary file readers. Those hidden sections are discussed in the website: ***Krebs on Security***. Those hidden sections must be destroyed as well.

**10.** XP demands complete restitution for it's damages based on legal industry comparative metric values for the cost of the damages caused by Gawker to the business, brands, lives and futures of XP and it's staff and investors.

**11**. XP demands a printed public apology and retraction to be posted on all Gawker Media and Google assets.

(note: There are 40 files attached as links, if your 40 files did not come through, check
http://communityone.info )

I've linked 1 file to this email:

An Investigation Of Solyndra And The Department Of Energy Disasters 1.5.pdf(16.0 MB)

Hightailhttps://www.hightail.com/download/cUJYTmZWUnJreEJEZU1UQw

Mozilla Thunderbird makes it easy to share large files over email.

# GAWKER LAWSUIT - Valuation of Gawker Assets – Part 1

Valuation of Gawker Assets – Part 1

Dec. 1, 2016
Gregg-
Maybe you could help us get equitable legal representation so we don't have to keep sending you so many "plain speaking" communications. In order to protect our rights, we are trying to match the volumes of text and detail provided by the other creditors lawyers, part of which (but not all of which...yet) has now been shared with us. The other guys are really digging up some pretty bad stuff on old Gawker.
We believe Judge Bernstein's staff have now received all 22 of our communications to the Judge and Prime Clerk via his email at:

Is that correct? Have all of our concerns and interests been properly documented in Court records?
As you know, our position is that Gawker Media is a front for a criminal organization designed to gather government funds for "unjust rewards" (per the U.S. Treasury) for the bank accounts of public policy officials and their Silicon Valley financiers. The crimes particularly involve manipulating public policy decisions and voter perceptions in order to effect those goals while attacking reporters and citizens who uncover those crimes.
You and the Judge's staff were recently provided, by us and others, with a number of government documents proving that the criminals sought a minimum of "***one trillion dollars***" and up to "***several times that amount***" in profits according to certified communications via public officials, Embassy, CIA, FBI and other high-credibility sources. Everyone is aware that criminals looking for "***trillions of dollars***" of crime loot regularly engage in the kinds of suspected murders, bribery and other ills that are suspected in the actions of the described Cartel.
One can also assume that a crime operation of that scale will go to great lengths to hide assets. Let us help you, and the other creditors, with that.
The attached document is provided to help everyone begin to understand the true scope of the Gawker assets. We maintain that every creditor can receive full compensation, including us, if a REAL, ACCURATE, FBI-CLASS FORENSIC analysis of every Gawker employee, "consultant", client and handler is properly conducted.
First, let's examine the IP assets, per the attached.

XP


bcc: the usual suspects

3 attachments

# Re: GAWKER LAWSUIT - Confirmation

Hey Gang-

The Judge's office just sent us the attached confirmation that they, at least, have the attached on file for our case. That isn't everything we submitted and we will try to get the missing parts caught up ASAP.

We are getting quite a few inquiries from all you folks about who the "Cartel Members Are?"

No problem. Attached is a list of the key suspected members of the referenced Cartel as law enforcement, journalists and Congressional staff have advised us. In a cross link search on XKEYSCORE and FBI DB's, they all connect via beneficiary actions, unjust rewards, stock transactions, off-shore accounts, PACS, FEC docs, appointee nomination dockets, covert trusts and shells, Panama Paper/ICIJ/Sony/HSBC, etc. leak docs and all of the usual forensic backgrounding. They probably don't run around wearing hooded robes and having secret handshakes but they are a CARTEL and a RICO-violating group of closely coordinating individuals who did everything that investigators have charged.

Has DOJ started getting that Special Prosecutor lined up yet?

The opposition counsel seems to still be engaging in their usual disinformation, obfuscation, fact-twisting, character assassination dismissive pejorative. If anybody has a specific "nay say" or anti-XP comment, or charge, just email it to us in "plain speaking" non lawyerly language . We will respond with an exemplary response of documented hard facts, witnesses and law enforcement references that will make any jury say that we are the "good guys" and the opposition are the very, very "bad guys".

We will continue to write in "plain speaking language" until somebody can cough up a big law firm or the big legal financing for us. PLUS: everybody now knows, that every Cisco and Juniper network router can be hacked into by the Chinese, Russians or Nick Denton with two or three mouse clicks. This means that if any of you have even a single Cisco or Juniper Networks device touching your network, the hackers can run around in every file you have. (Seriously guys, throw those hardware items away. They are a massive risk) Thus we expect Wikileaks to be blasting all this Gawker stuff all over the planet soon enough. If that happens, we want this to be fun and readable for any member of the public.

Best.

XP
2 attachments

# GAWKER RESPONSE 3.5 – XP

Dec. 1, 2016

GAWKER RESPONSE 3.5

Dear Court Staff:

XP just received the attached file from the court which has many lies and falsehoods stated by Ropes & Gray/Gawker which we wish to correct on record.

1. XP is currently unrepresented because of the financial harm caused by Gawker Media. XP wants equitable legal representation. Can the Judge please help get us a lawyer under consideration of the disadvantages placed on Plaintiff by Defendants. XP Staff used to live in and pay taxes in New York. XP is facing death threats, financial threats and branding threats from Defendants and Defendants associates. A little help from the public system would be appreciated. While XP has been made judgment proof by the circumstances, it is little consolation for the suffering, pain and continuing losses simply because XP accidentally stumbled upon Defendants criminal enterprise designed to rig elections and steal State and Federal funds.

2. Ropes and Gray has lied about their communications and has not engaged in the disclosures or emails to XP that Ropes and Gray states. Ropes and Gray has made efforts to cut XP out of the process.

3. Gawker Media, Jalopnik, Gizmodo and the vast number of front organizations operated by Nick Denton are the producers of contracted attacks on XP, its staff and investors.

4. Gawker Media produced attack articles, attack videos and attack fake blogger comments against XP interests as recently as last year. The attack media articles are DNS coded, and still web delivered to tens of millions of internet users as recently as yesterday.

5. XP staff are located in California and do not have the funds to attend any hearings in New York. XP has previously requested that the court pay for XP to attend the hearings or arrange for a teleconference for XP to attend such hearings in order to allow Plaintiff's their California, New York and U.S. Constitutional justice rights.

6. Gawker Media is a criminal organization protected by White House staff, and public officials who seek to protect their government payola kick-backs. Those same officials and their campaign financiers hired Gawker to run these multiple hit jobs.

7. The Redmond lawsuit does not affect the XP filing. Scott Douglas Redmond filed a lawsuit against Gawker Media in pro per without legal counsel. The documents from Gawker show that Gawker attorneys, at the time, were terrified of the fact that Redmond could win. Redmond was never allowed to appear in court to represent himself. Nobody appeared in Court to represent Redmond. Scott Douglas Redmond is an employee of XP. XP is a company. Scott Redmond is a person. The two are different things. Ropes and Gray is trying to play legal tricks to use an old, different thing to apply to this thing. The two things are not legally related. It is interesting that Ropes and Gray exposed that case

which was under seal because Gawker hid it. Why did Gawker hide it? Because if that case stands, it affects the entire law of the internet and creates a legal precedent about the operation of the internet, internet links and affects thousands of other people's lawsuits. Ooopsie Ropes & Gray. You didn't realize that, did you? The Law Department at Santa Clara University has been looking into re-opening that case to get a public hearing over the internet precedents it sets. Hmmmm? In any case, that case dismissal was unfair and Redmond had no legal representation or even in-court opportunity to speak his case. It has little or no legal connection to the XP rights.

8. Why does Ropes and Gray not discuss the Limnia/XP federal lawsuit which got Eric Holder, Steven Chu, Lachlan Seward, Robert Gibbs and a host of public officials fired for CORRUPTION?

9. Why does Ropes & Gray not discuss the Gawker/Google produced animated attack video they made on posted to billions of people?

10. Why does Ropes & Gray not discuss the Jalopnik attack article, the threatening emails from and phone calls from Gawker and the direct contact of our employers, investors and clients all within the statute of limitations?

11. The "Conspiracy" is not a theory. XP has provided very specific PROOF of a CONSPIRACY FACT!

12. To Repeat: ROPES and GRAY never delivered the communications to XP that they claim. For a law-firm billing this gig over THREE MILLION dollars so far, Ropes could not cough up enough money for a FEDEX envelope? Seriously? They did not send XP the informative notes that Ropes claims to have sent.

13. The draft complaint form states that the "complain draft" is just notes. XP is researching how to write a complaint on its own and just wanted to provide some of the draft work in a hurry because XP keeps getting these notices at the last minute in order to try to cut XP out of recoveries. XP really wants to have a law firm represent it but every major law firm wants either a $300K retainer or has received a black-listing request from Google, Gawker's web rigging, financial, political and conspiracy partner.

14. XP has previously stated that XP's claims are not duplicative. Gawker caused over SIX BILLION DOLLARS of damages to XP. If Nick Denton "killed" Elon Musk and all of the staff of Bloom Energy, the legal metrics say that Denton would be charged with six billion dollars of damages for destroying Tesla Motors/SolarCity/Space X and Bloom Energy as companies. In this case: Same thing. The claims are each different because XP has billions of dollars in damages and XP has heard that you need to break such large damages up into multiple claims.

15. Because the damages and attacks have continued up to this week the time-bar/statute of limitations expiration request by Ropes & Gray is moot. The clock restarts every time the court looks on the internet and sees the attack articles and videos come up in a web search or when Gawker and the Cartel send them to another investor, employer or girlfriend. We are looking now on sophisticated net systems and see those items are still on Gawkers servers.

16. XP disputes, has disputed and continues to dispute all of the debtors objections.

17. If we have the legal representation that the law and the Constitution says we are supposed to have then this will not get dismissed. Dismissing this because XP is poor sends a message to every voter and

citizen in America that the Justice system is only for the rich and the elite conspirators. Is that the message the Court wants to send to every voter in the U.S., particularly right now?

18. Gawker Media has jacked up government funding, VC funding and partner funding as recently as last week. How would the Court like us to document that?

19. XP only received the facts of injury to XP and the attack vectors on XP being directly operated by Gawker as part of an election rigging and government funds payola scheme in the last six months from federal law enforcement, leakers, whistle-blowers, Congressional staff and news media. The big paragraph #7 denouement fanfare by Ropes and Gray of the "final fact that seals the fate.." is actually the thing that shuts down *their* whole argument. The world knows that the Snowden, Assange, Seth Rich Leaks all only just happened and we, and the world, are only just sifting through them. The fact that seals the fate for Ropes/Gawker is that Ropes presumes that the Court must be idiots who never read a newspaper. What an offensive presumption for actual "lawyers" to put into writing. Even the most uneducated Joe SixPack person knows that all of the leaks and conspiracy disclosures only just happened. Do your homework Ropes! Ropes tries to play this off as just a 2011 attack. We all now know the attacks are still going on to this day, involve multiple attack items from blog comments on Gawker sites to movies to direct mailers to phone calls to multiple "articles". Rigging a U.S. Election and trying to rig over "seven trillion dollars of State and Federal funds" into private bank accounts is a big crime. That is why Gawker was hired to do all of these awful things to us. The clock has NOT run out on this!

20. If an employee has "raised similar allegations" does that not show that Gawker has a pattern of "attacker criminality". Sean Parker, Sandy Montenegro, Sarah Palin, Mitt Romney and OVER A THOUSAND others have "raised similar allegations". The families of all of those people who that guy just killed on GRINDR "raised similar allegations" about that guy who killed all of those people on GRINDR. (Ask Nick Denton about what GRINDR is). Does the fact that people complain about crimes that Gawker commits over and over not sound a bit incriminating for, you know: GAWKER!

21. Senator Dianne Feinstein held the stock, real estate, construction company, and leasing company in Tesla and FBI-raided Solyndra which are owned by Gawker's handlers. Her daughter, Kathryn, used to sleep at an XP staffers house. Kathryn Feinstein was a Judge and controlled a large part of the Court that heard the Redmond case. Conflict? Rigged Hearing? You bet.

22. XP's claims should not only be allowed but should be accelerated before the New White House staff take office and expand this to a national federal investigation.

23. Ropes and Gray ignore that fact that XP staff sued "Gawker Conspiracy" associate In-Q-Tel and made In-Q-Tel stand in the San Francisco Court and tell the judge who they really are and made In-Q-Tel and the Court watch the CORBETT REPORT video on In-Q-Tel. We request that the Court and all participants go to the website THE CORBETT REPORT and watch their videos on In-Q-Tel who has a financial, operational and political relationship with Gawker and Google. Latham and Watkins, who are part of this legal morass should be compelled by the court to publish their records of their work for New America Foundation which is THE SAME THING as In-Q-Tel! The vast numbers of news reports state that these entities rig elections and public policy. Birds of a feather…

24. Please pardon the typos and lack of lawyer-speak. We always get these things at the last minute and are required to type up these responses as fast as possible in order to get them back in time. We are doing everything we can, within the constraints, to try to respond.

25. Here is a picture of Redmond, Warren, Hillary, Hillary's G/F. Do you want the letters to Scott from The White House? Which Ones? The ones from Ronald Reagan or the ones from Al Gore? See: Everybody likes XP and the staff except corrupt people!

LOOK HERE: GAWKER'S OWN WRITERS ADVERTISE THEIR SERVICES AS "CHARACTER ASSASSINS":

XP
 1 attachments

# GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found

Dec. 2, 2016

Dear Court Officers

Attached please find additional evidence from over 100 well known sources including Matt Forney of Taki Magazine, FBI and GAO Agents, U.S. Congress staff and many others. This evidence further confirms the fact that the entire "Media Empire" of Gawker and Nick Denton existed to provide malicious, life-ending, vendetta services to political and corporate clients. Included are documents of Nick Denton stating it as fact that he destroys lives. The links to the evidence ZIP files are at the bottom of this email for easy downloading by The Court staff. Matt Forney should present his findings to the Court on behalf of all of the Creditors.

XP

3 attachments

# GAWKER RESPONSE 3.5 - XP - Additional EVIDENCE Found - PART TWO

6 attachments

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) "Elephant"

Your Honor:

Can we discuss the "**Elephant in the Room**"? We see from other Creditors that this case has moved beyond the Downton Abbey phase of "*...Shhhh, we mustn't discuss such things..*"
This case is about: "**The Obama White House Vs. Competitors Of the Financiers of the Obama White House**"
White House Staff, The Debbie Wasserman DNC, and the Cartel that Eric Schmidt, John Doerr, Elon Musk, and Larry Page operate are all the same entity. Nick Denton and Gawker Media are their bitch and operate as their attack dog. In this case, Gawker is a proxy for Barack Obama and Eric Schmidt. That may sound "Conspiratorial" but that fact is that it WAS a conspiracy and over 200 million voters concur. The FACTS prove it!
The court cannot ignore the FBI, GAO, OPM-proven fact that over 500 Google stock-holding or incentive holding staff run the White House, The Patent Office and other parts of the government infrastructure. It is as close to an overt Coup D'Etat as anyone has seen according to senior FBI staff.
One of the attorneys for another Creditor told us: "*...look, you have over 40 law firms getting paid millions of dollars in this case to shut XP down and each one is fighting for a piece of the pie. They want to cut you out of your piece of the pie. You, XP, have not a single person fighting for your rights in this case. Same of these other firms are faking up billings and just here to ratchet fees. You have a 40:1 disadvantage...*"
If that is true, then we are placed in a massively unfair position. We asked DOJ to help us get a lawyer and DOJ sent us to their partnership at LSC.Gov who sent us to their associate BayLegal who says they have been told to say that "*..our case is too complex for them..*" The fact is that our case is embarrassing to the current White House (who will be gone in a few weeks). This, and our other cases, will run far into the new Administration and all of the old cover-ups will be dissolved. Keeping us out of the Justice System is, truthfully, going to destroy everybody who keeps trying to do it. Your honor, what can you do to help us have fair equity and Constitutional fairness in this case? Our rights to counsel and legal support are being denied at every turn because Gawker's White House and Silicon Valley bosses say to jam it up.
Past partners from Brobeck, current staff at Morrison Forester, Wilson Sonsini and other firms tell us we have been "Black-listed by White House staffers and Google insiders using the cash and power that they command. Law-firms and legal groups have been told not to take our case or Google and DNC contracts worth billions of dollars will not be offered to them. The Silicon Valley Cartel has a contract with almost every major tech law firm and actually has that ability to threaten the loss of future work. What are we to do to receive our Constitutionally and socially guaranteed fair legal process?
The other part of the elephant in the room is that this Gawker business is part of a much larger case, as the submitted, evidence has already proven beyond any doubt.
You can see that Gawker/Ropes are freaking out and trying to move dates around and get our evidence hidden and deleted but the joke is, again, on them. The 42 part evidence set has been in development for years by over a thousand people in and out of law enforcement. Part of our Team invented Bittorrent and over a thousand copies of the evidence set have been sprayed around the globe as torrents that look like parts of Excel files, Word files, etc. It is much more than a "deadman's switch".

The copies and sets will assemble on command by a number of major journalists or release globally if we get killed or attacked even more then we already have been. Don't worry, Ropes and Grey and the entire resources of the CIA can't delete them. We have built evidence documentation technologies which no force on Earth can delete or deploy cover-ups against. We have actually bet hackers and 3-letter agency people $1M of our Gawker recovery that they can't delete even a single test evidence set. It's a pretty tough system. Ropes and Gray should not waste time trying to get evidence files hidden. Anything they attack will get replaced with ten times as many copies and the system auto-replicates. There is a reason our team members hold over 100 patents all together.

Speaking of the CIA: The CIA, FBI, DIA, NSA and Pentagon guys carry guns. People who carry guns are not Democrats. Most of the people in the 3 letter agencies and the Pentagon are on our side because we support arresting and terminating criminals. We already handed every 3 letter agency all of the evidence for the bigger case so we have no issues with any 3-letter agency. Mostly; they help us.

To be clear: "**XP**" is a car company comprised of over a thousand top former Detroit and Aerospace engineers. It is on stand-by while we clean-up Washington and Sacramento. It is 50% DNC and 50% GOP. "**XP Task Force**" is an alliance of victims of these crimes, reporters, cops, spies, citizen journalists and voters developing the "**CleanTech Crash Case**" (As featured on 60 Minutes and other documentaries). XP Task Force reports to Congress and Law Enforcement. The Task Force uses the WIKIPEDIA type document production process to collaboratively research and author many items via peer-to-peer law enforcement systems. "**Code Red**" is an investigation and research contractor with specialists that have a particular set of skills. "**XP Engineering**" is an engineering services contractor. We hope that clears up any confusion.

The bigger case here is the attempted 7 trillion dollar government embezzlement scam around the lithium and rare earth mining deals with electric cars and solar panels that Silicon Valley schemed up and the associated stock frauds, internet news coverage and perception rigging and payola.

Obviously that crime DID happen because there are tens of thousands of news stories about it. The Gawker portion is a small part of it but it is the part that personally attempted to kill our people, their families futures, brands, civil rights and American jobs. Not sure if you have a family, your honor, but what would you do if someone tried to kill you and your family and law enforcement and Congress confirmed who the bad guys were?

Ropes and Grey is trying to scam the Court into thinking this is about one article in 2011. It is not. It is about multiple articles, movies, phone calls, letters, faxes, rigged internet servers and more; running right up to today and operated by Gawker Media and it's associates.

After asking in writing to get a place in this case for over 7 months. Today we finally got the first FedEx from anybody involved in this case. It was nice to receive the Agenda for the Dec. 1, 2016 hearing via FEDEX on Dec. 2, 2016. Maybe we could get the notices a little earlier or, at least, before things happen. Also, since we are in pro per at this time in this case and have not yet been allowed to acquire a contingency fee or deferral lawyer because we have been blockaded from that right, can someone from your court advise us as non-lawyer citizens?

Lot's of us are pretty good at busting criminals. Gawker attacked us and took some of our lives because we help bust criminals. Obviously, in the long run, that isn't going to work out well for them. Some of our friends at the FBI worked decades to bust Whitey Bulger. We will not give up!

We had our money taken away by Gawker and The Attacks but they will never take our cleverness, our journalists, our news networks, our determination, our motivation, our position on the "side of the angels" , our 200 million plus voters and our technology resources. This will never, ever, ever end until we get justice. We want to be exceptionally clear about that. The law enforcement part of us ALWAYS GET OUR MAN!

Your honor, please help us get proper legal equity in this case so we can all get back to doing productive things. The court system does not need to hear about this for the next decades. We have cars

that America needs and Congress (Who funded us in the Iraq War Bill and via other support) wants us to spend our time building products and creating jobs for American workers.

We can and will eviscerate the bad guys in this thing without breaking a single law and WITH the help of law enforcement, but, that is really supposed to be other people's jobs.

Please find a way to help us receive justice system equity here.

Thank you, for any consideration you or your staff can provide.

XP Task Force Members

bcc: Gawker Case Lawyers and Creditors, FBI, GAO, FTC, Trump Administration, J. Sessions,

1 attachments

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) Petition Against Ropes and Gray Abuse

Petition For Court Order Against Ropes and Gray

Opposition Counsel have adopted a Nixon-Era play-book tactic of pooh-poohing Plaintiff's charges as "conspiracy theory" in order to attempt to cause derisive mnemonic triggers and damage Plaintiffs. The FBI and other law enforcement specialists finds the condescending attitude of Ropes and Gray to be disturbing relative to successfully completed similar RICO-class cases in which law enforcement officers risked, and lost, their lives. Plaintiff's and their contacts in law enforcement hereby petition the court to order Ropes and Gray to never again use the abusive, condescending, demeaning term "conspiracy theory" or "conspiracy theorists" in any authored document. Ropes believes that by calling Plaintiff a term as derogatory as "ni**er" or "Hollywood J*w" that they can trigger hateful speech and thoughts against Plaintiffs and law enforcement actions. The court is petitioned to order Defendants and their counsel to replace all uses of such defamatory and derogatory language with the term "RICO Case Investigators".

Following are a list of successful RICO cases just like the one discussed in this matter. If this order is not placed upon defendants counsel, then Defendants should read today's news at such links as:

https://www.yahoo.com/news/china-says-defeated-conspiracy-stir-south-china-sea-051615591.html

...in which one of the largest nations on Earth disclosed a "Conspiracy" of the same kind.

Do such organized crime cases exist and become uncovered on a daily basis? Take a look at these over-views from the FBI's own files and major news organizations:

Forty-Eight Alleged Members of Gangster Disciples Indicted on ...
May 4, 2016 ... Cases like these make a difference, and I want to thank all the law enforcement ... The FBI's Safe Streets Gang Task Forces recognize no boundaries either, and ... The Atlanta RICO conspiracy indictment names the following ...
cached proxied
https://www.justice.gov/opa/pr/forty-e[...]-indicted-federal-racketeering-charges

Hells Angels Motorcycle Club
In 1979 the United States Federal Government went after Sonny Barger and several members and associates of the Oakland charter of the Hells Angels using RICO. In *United States vs. Barger*, the prosecution team attempted to demonstrate a pattern of behavior to convict Barger and other members of the club of RICO offenses related to guns and illegal drugs. The jury acquitted Barger on the RICO charges with a hung jury on the predicate acts: "There was no proof it was part of club policy, and as much as they tried, the government could not come up with any incriminating minutes from any of our meetings mentioning drugs and guns."[9][10]
Frank Tieri

On November 21, 1980, Genovese crime family boss Frank "Funzi" Tieri was the first Mafia boss to be convicted under the RICO Act.[*citation needed*]

Catholic sex abuse cases

In some jurisdictions, RICO suits have been filed against Catholic dioceses, using anti-racketeering laws to prosecute the highers-up in the episcopacy for abuses committed by those under their authority[*citation needed*]. E.g. a Cleveland grand jury cleared two bishops of racketeering charges, finding that their mishandling of sex abuse claims did not amount to criminal racketeering[*citation needed*]. Notably, a similar suit was not filed against Cardinal Bernard Law, then Archbishop/Emeritus of Boston, prior to his assignment to Vatican City.[11][12] In 2016, RICO charges were considered for cover-ups in Pennsylvania.[13]

Gil Dozier

Louisiana Commissioner of Agriculture and Forestry Gil Dozier, in office from 1976 to 1980, faced indictment with violations of both the Hobbs and the RICO laws. He was accused of compelling companies doing business with his department to make campaign contributions on his behalf. On September 23, 1980, the Baton Rouge-based United States District Court for the Middle District of Louisiana convicted Dozier of five counts of extortion and racketeering. The sentence of ten years imprisonment, later upgraded to eighteen when other offenses were determined, and a $25,000 fine was suspended pending appeal, and Dozier remained free on bail.[14] He eventually served nearly four years until a presidential commutation freed him in 1986.[15]

Key West PD

About June 1984 the Key West Police Department located in the County of Monroe, Florida, was declared a criminal enterprise under the federal RICO statutes after a lengthy United States Department of Justice investigation. Several high-ranking officers of the department, including Deputy Police Chief Raymond Cassamayor, were arrested on federal charges of running a protection racket for illegal cocaine smugglers.[16] At trial, a witness testified he routinely delivered bags of cocaine to the Deputy Chief's office at City Hall.[17]

Michael Milken

On 29 March 1989 American financier Michael Milken was indicted on 98 counts of racketeering and fraud relating to an investigation into an allegation of insider trading and other offenses. Milken was accused of using a wide-ranging network of contacts to manipulate stock and bond prices. It was one of the first occasions that a RICO indictment was brought against an individual with no ties to organized crime. Milken pleaded guilty to six lesser felonies of securities fraud and tax evasion rather than risk spending the rest of his life in prison and ended up serving 22 months in prison. Milken was also ordered banned for life from the securities industry.[18]

On 7 September 1988, Milken's employer, Drexel Burnham Lambert, was threatened with RICO charges *respondat superior*, the legal doctrine that corporations are responsible for their employees' crimes. Drexel avoided RICO charges by entering an Alford plea to lesser felonies of stock parking and stock manipulation. In a carefully worded plea, Drexel said it was "not in a position to dispute the allegations" made by the Government. If Drexel had been indicted under RICO statutes, it would have had to post a performance bond of up to $1 billion to avoid having its assets frozen. This would have taken precedence over all of the firm's other obligations—including the loans that provided 96 percent of its capital base. If the bond ever had to be paid, its shareholders would have been practically wiped out. Since banks will not extend credit to a firm indicted under RICO, an indictment would have likely put Drexel out of business.[19] By at least one estimate, a RICO indictment would have destroyed the firm within a month.[20] Years later, Drexel president and CEO Fred Joseph said that Drexel had no choice but to plead guilty because "a financial institution cannot survive a RICO indictment."[21]

Major League Baseball

In 2002, the former minority owners of the Montreal Expos baseball team filed charges under the RICO Act against Major League Baseball commissioner Bud Selig and former Expos owner Jeffrey

Loria, claiming that Selig and Loria deliberately conspired to devalue the team for personal benefit in preparation for a move.[22] If found liable, Major League Baseball could have been responsible for up to $300 million in punitive damages. The case lasted two years, successfully stalling the Expos' move to Washington or contraction during that time. It was eventually sent to arbitration where the arbiters ruled in favor of Major League Baseball,[23] permitting the move to Washington to take place.

Pro-life activists

RICO laws were successfully cited in *NOW v. Scheidler*, 510 U.S. 249, 114 S. Ct. 798, 127 L.Ed. 2d 99 (1994), a suit in which certain parties, including the National Organization for Women, sought damages and an injunction against pro-life activists who physically block access to abortion clinics. The Court held that a RICO enterprise does not need an economic motive, and that the Pro-Life Action Network could therefore qualify as a RICO enterprise. The Court remanded for consideration of whether PLAN committed the requisite acts in a pattern of racketeering activity.

Los Angeles Police Department

In April 2000, federal judge William J. Rea in Los Angeles, ruling in one Rampart scandal case, said that the plaintiffs could pursue RICO claims against the LAPD, an unprecedented finding. The idea that a police organization could be characterized as a racketeering enterprise shook up City Hall and further damaged the already-tarnished image of the LAPD. However, in July 2001, U.S. District Judge Gary A. Feess said that the plaintiffs do not have standing to sue the LAPD under RICO because they are alleging personal injuries, rather than economic or property damage.[24]

Mohawk Industries

On April 26, 2006, the Supreme Court heard *Mohawk Industries, Inc. v. Williams*, No. 05-465, 547 U.S. 516 (2006), which concerned what sort of corporations fell under the scope of RICO. Mohawk Industries had allegedly hired illegal aliens, in violation of RICO. The court was asked to decide whether Mohawk Industries, along with recruiting agencies, constitutes an 'enterprise' that can be prosecuted under RICO, but in June of that year dismissed the case and remanded it to Court of Appeals.[25]

Latin Kings

On August 20, 2006, in Tampa, Florida, most of the state leadership members of the street gang, the Latin Kings, were arrested in connection with RICO conspiracy charges to engage in racketeering and currently await trial. The operation, called "Broken Crown", targeted statewide leadership of the Latin Kings. The raid occurred at the Caribbean American Club. Along with Hillsborough County Sheriff's Office, Tampa Police Department, the State Attorney's Office, the FBI, Immigration and Customs Enforcement, and the federal Bureau of Alcohol, Tobacco and Firearms were involved in the operation. Included in the arrest were leader Gilberto Santana from Brooklyn NY, Captain Luis Hernandez from Miami FL, Affiliate Celina Hernandez, Affiliate Michael Rocca, Affiliate Jessica Ramirez, Affiliate Reinaldo Arroyo, Affiliate Samual Alvarado, Omari Tolbert, Edwin DeLeon, and many others, totaling 39.

Gambino crime family

Also, in Tampa, on October 16, 2006, four members of the Gambino crime family (Capo Ronald Trucchio, Terry Scaglione, Steven Catallono, Anthony Mucciarone and associate Kevin McMahon) were tried under RICO statutes, found guilty and sentenced to life in prison.

Lucchese Crime Family

In the mid 1990s, prosecuting attorneys Gregory O'Connell and Charles Rose used RICO charges to bring down the Lucchese family within an 18-month period. Dismantling the Lucchese family had a profound financial impact on previously Mafia held businesses such as construction, garment, and garbage hauling. Here they dominated and extorted money through taxes, dues, and fees. An example of this extortion was through the garbage business. Hauling of garbage from the World Trade Center cost the building owners $1.2 million per year to be removed when the Mafia monopolized the business, as compared to $150,000 per year when competitive bids could be sought.[26]

Chicago Outfit

[*citation needed*]

In 2005, the U.S. Department of Justice's Operation Family Secrets indicted 15 Chicago Outfit (also known as the Outfit, the Chicago Mafia, the Chicago Mob, or The Organization) members and associates under RICO predicates. Five defendants were convicted of RICO violations and other crimes. Six plead guilty, two died before trial and one was too sick to be tried.

Michael Conahan and Mark Ciavarella

A federal grand jury in the Middle District of Pennsylvania handed down a 48-count indictment against former Luzerne County Court of Common Pleas Judges Michael Conahan and Mark Ciavarella.[27] The judges were charged with RICO after allegedly committing acts of wire fraud, mail fraud, tax evasion, money laundering, and honest services fraud. The judges were accused of taking kickbacks for housing juveniles, that the judges convicted of mostly petty crimes, at a private detention center. The incident was dubbed by many local and national newspapers as the "Kids for cash scandal".[28] On February 18, 2011, a federal jury found Michael Ciavarella guilty of racketeering because of his involvement in accepting illegal payments from Robert Mericle, the developer of PA Child Care, and Attorney Robert Powell, a co-owner of the facility. Ciavarella is facing 38 other counts in federal court.
[29]

Scott W. Rothstein

Scott W. Rothstein is a disbarred lawyer and the former managing shareholder, chairman, and chief executive officer of the now-defunct **Rothstein Rosenfeldt Adler** law firm. He was accused of funding his philanthropy, political contributions, law firm salaries, and an extravagant lifestyle with a massive 1.2 billion dollar Ponzi scheme. On December 1, 2009, Rothstein turned himself in to federal authorities and was subsequently arrested on charges related to RICO.[30] Although his arraignment plea was not guilty, Rothstein cooperated with the government and reversed his plea to guilty of five federal crimes on January 27, 2010. Bond was denied by U.S. Magistrate Judge Robin Rosenbaum, who ruled that due to his ability to forge documents, he was considered a flight risk.[31] On June 9, 2010, Rothstein received a 50-year prison sentence after a hearing in federal court in Fort Lauderdale.
[32]

AccessHealthSource

Eleven defendants were indicted on RICO charges for allegedly assisting AccessHealthSource, a local health care provider, in obtaining and maintaining lucrative contracts with local and state government entities in the city of El Paso, Texas, "through bribery of and kickbacks to elected officials or himself and others, extortion under color of authority, fraudulent schemes and artifices, false pretenses, promises and representations and deprivation of the right of citizens to the honest services of their elected local officials" (see indictment).[33]

FIFA

Fourteen defendants affiliated with FIFA were indicted under the RICO act on 47 counts for "racketeering, wire fraud and money laundering conspiracies, among other offenses, in connection with the defendants' participation in a 24-year scheme to enrich themselves through the corruption of international soccer." The defendants include many current and former high-ranking officers of FIFA and its affiliate CONCACAF. The defendants had allegedly used the enterprise as a front to collect millions of dollars in bribes which may have influenced Russia and Qatar's winning bids to host the 2018 and 2022 FIFA World Cups respectively.[34]

Drummond Company

In 2015, the Drummond Company sued attorneys Terrence P. Collingsworth and William R. Scherer, the advocacy group International Rights Advocates (IRAdvocates), and Dutch businessman Albert van Bilderbeek, one of the owners of Llanos Oil, accusing them of violating RICO by alleging that Drummond had worked alongside Autodefensas Unidas de Colombia to murder labor union leaders within proximity of their Colombian coal mines, which Drummond denies.[35]

Connecticut Senator Len Fasano
In 2005, a federal jury ordered Fasano to pay $500,000 under RICO for illegally helping a client hide their assets in a bankruptcy case.[36]

7 Insane Conspiracies That Actually …
People love a good conspiracy theory. The JFK assassination plot, aliens crash landing at Roswell, the 9/11 truth movement and charges of government surveillance are ...
bing yahoo cached proxied
http://www.cracked.com/article_15974_7[...]nspiracies-that-actually-happened.htmlPolitics

The Enron Case

The Solyndra Case

The over 800 pedophile sex rings shut down by the FBI
The Cooperative British/U.S. Hydrant sex ring investigation

The Jeffrey Epstein Case
Tech "Mobster" Elon Musk Helps California Rank No. 1 for Hillary Clinton Fundraising
by Tim Higgins t timkhiggins

Gregory Giroux t greggiroux


è
Elon Musk, co-founder and chief executive officer of Tesla Motors Inc., talks with members of the media after meeting Shinzo Abe, Japan's prime minister, in front of Tesla headquarters in Palo Alto, California, U.S., on Thursday, April 30, 2015.

Photographer: David Paul Morris/Bloomberg

Tesla's Elon Musk, Facebook's Sheryl Sandberg, Dreamworks co-founder Steven Spielberg, and actor Leonardo DiCaprio are among the Silicon Valley and Hollywood stars making California the No. 1 state for Hillary Clinton's presidential campaign fundraising last quarter.

Clinton, the front-runner among five candidates seeking the Democratic Party's nomination, raised $8.1 million in the largest U.S. state, 17 percent of the nearly $47 million she took in from contributors during the quarter that ended in June, according to a filing Wednesday with the Federal Election Commission.

The early support in California underscores the importance of the state to Democrats, who have long sought support from its wealthy entertainers and entrepreneurs. The list also included Dreamworks Chief Executive Officer Jeffrey Katzenberg, one of the biggest Democratic donors.
"I'd like to see her as president."
—Sheryl Sandberg

Creative Artists Agency ranked among the best places for Clinton to raise money during the period. More than 50 employees from the Los Angeles-based talent agency donated a total of more than $80,000. Other top California money sources included employees at Facebook and Google.è

square before the information
Sheryl Sandberg, chief operating officer of Facebook Inc., speaks during a Bloomberg Television interview in San Francisco on April 23, 2015.

Photographer: David Paul Morris/Bloomberg

"I'd like to see her as president," Sandberg, Facebook's chief operating officer, told Bloomberg Television in April. "And I'd like to see more women presidents all over the world."
More than 30 employees, including Gary Briggs, the chief marketing officer, joined Sandberg in donating about $40,000 to Clinton. More than 100 Google employees, including some from New York offices, joined Susan Wojcicki, the company's YouTube CEO, in giving a total of more than $57,000. Dreamworks' Spielberg, Tesla's Musk, power-agent Ari Emanuel of WME, and EBay CEO John Donahoe are also on the list of donors along with celebrities such as DiCaprio, Tobey Maguire, Dakota Fanning, Ben Affleck, and Chris Meledandri, the Oscar-nominated founder and chief executive officer of Illumination. Meledandri is a producer of the billion-dollar generating *Despicable Me* film franchise and prequel *Minions*, which topped the box office in theaters in the U.S and Canada this week.

[Equation shows that large-scale …](#)
Other Sciences; Mathematics; January 26, 2016; Equation shows that large-scale conspiracies would quickly reveal themselves January 26, 2016

bing yahoo cached proxied
http://phys.org/news/2016-01-equation-[...]scale-conspiracies-quickly-reveal.html
18 Real Sinister Conspiracies That Actually Happened - Cracked.com
Sep 15, 2013 ... Actual conspiracies not only happen, but they are just as crazy as the fake ones. ... 18 Real Sinister Conspiracies That Actually Happened. Facebook · Twitter .... 29 Conspiracy Photos Crazy People Will Be Forwarding Next.
google cached proxied
http://www.cracked.com/photoplasty_659[...]r-conspiracies-that-actually-happened/
Investigating Possible Conspiracies and …
Investigating Possible Conspiracies and Cover-ups – JFK, The Moon Landings, etc. By Wade Frazier. Revised June 2014 . Introduction. Gary Wean and the JFK Assassination
bing yahoo cached proxied
http://ahealedplanet.net/cover-up.htm
6 Insane Conspiracy Theories (That Actually Happened)
Jun 22, 2012 ... While they may not be as smart or capable of weather control as we give them credit for, the extremely wealthy do occasionally meet up in dark ...
google cached proxied
http://www.cracked.com/article_19884_6[...]y-theories-that-actually-happened.html
5 Conspiracy Theories You Won't Believe (Really Happened)
Jan 26, 2015 ... If you can honestly say that you've never encountered a delusionally paranoid conspiracy theorist, then welcome to your first day on the Internet ...
google cached proxied
http://www.cracked.com/article_22016_5[...]y-theories-that-actually-happened.html
Political Conspiracies Really Do Happen! - Information Liberation
Oct 18, 2006 ... A political event that is planned well in advance and timed to impact at the most expedient time requires a number of individuals to conspire to ...
google cached proxied
http://www.informationliberation.com/?id=17109
9 Huge Government Conspiracies That Actually Happened
Dec 23, 2013 ... 9 huge government conspiracies that actually happened ... But the people who spread these ideas usually can't prove them. As the years pass, ...
google cached proxied
http://www.businessinsider.com/true-government-conspiracies-2013-12
+ 1 attachment

# RESPONSE TO NOTICE OF DEBTORS DISCUSSION OF TESLA MOTORS IN THE OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY XP VEHICLES GROUP, AND MOTION TO COMPEL A FEDERAL SPECIAL PROSECUTOR

Plaintiffs hereby seek to compel a Federal Special Prosecutor to participate in the matters of this case due to the attempted interference by criminally complicit members of the White House staff who have a covert financial interest in this case.

Defendants have overtly raised the issue of Tesla Motors involvement in this matter. Due to 1.) law enforcement disclosures and filings over this weekend and 2.) the deployment of a new Federal Government Administration headed by officials who have expressed "intent to prosecute; Plaintiffs can now reveal that Tesla Motors owners and investors have a beneficiary relationship with Defendants and that the described relationship violates the criminal parameters of Federal RICO laws.

Attached is one of a series of reports to The Federal Bureau of Investigation, Mr. Trey Gowdy for the House Ethics team and Mr. Jeffrey Sessions as pending senior DOJ officer and members of the United Nations and the United States Congress. This report is one of a large number of documents which fully, irrefutably, in vast detail and without reproach prove that Tesla Motors is a criminal operation which has infected senior agency officials at various California State, Michigan State and Nevada State offices as well as DOT, DOE, EPA, SEC and FCC agency executive offices. Highlights of the reports include the following proven facts:

- Elon Musk is one of the top financiers of Barrack Obama, Jerry Brown, Harry Reid, Dianne Feinstein and Hillary Clinton. Elon Musk was THE top financier of Hillary Clinton in California. In exchange for which he and his associates have received over fifteen billion dollars of taxpayer funds in payola.
- The Cartel which Musk, Schmidt, Page, et al operate has a DAILY payroll of over $100 million dollars, a large portion of which is used for bribes (ie: "political contributions")
- Elon Musk is the "special friend" of Larry Page of Google and they share sleeping accommodations, stock investments, rocket engine gifts, self-aggrandizing self-promotion, political media manipulations and other resources.
- Task Force members and others contacted the DOT and NHTSA with reports of epic safety failures in the Tesla Cars. Both agencies refused to contact any of the witnesses on orders from White House staff who did not want Barack Obama embarrassed. This caused the deaths of numerous Tesla owners.
- Task Force members sent a package of Tesla safety issue disclosures to the Head of the NHTSA. He quit 48 hours later and the DOT never took any action.

- The media reports: *"Lithium ion batteries are blowing up, starting fires and, generally, destroying people's homes, cars, electronics and physical health. Boeing was ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too."*
- The media reports: *"Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer:* "*Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of (ed note: DEADLY CANCER CAUSING) smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked"*
- The Media Reports: *"Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal" and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode. Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid"*
- *"Tesla is a scam that runs a Ponzi scheme of floating stock market pump-and-dump cycles buffered by state and federal handouts that Tesla shares the profit skims on with corrupt State and Federal officials..."* according to SEC officials who claim that the White House has ordered them to not investigate Tesla Motors. Over 5000 news reporters have stated the same sort of thing in news articles.
- Tesla Motors was one of the Cartel entities that compensated Gawker Media for "hit-jobs".
- Tesla Motors and Google are a co-linked, financially, politically, RICO-connected partnership.
- Gawker Media, Tesla Motors and Google are a co-linked, financially, politically, RICO-connected partnership.

- Gawker Media, Tesla Motors, Google and White House staff are a co-linked, financially, politically, RICO-connected partnership.
- Elon Musk's lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed; and they poison the Earth when buried or in contact with the ground and that they poison and kill the workers that make them; and that they come from Afghan and Bolivian war corruption.
- Elon Musk buys awards for himself and then self-promotes as a *"modern version of Jesus"*, *"The most admired human in history"*, *"The savior of technology"* and other bullshit. A sting operation conducted by the Task Force audited the internet from 2007 to today. It compared the world's top search engine results between "XP Vehicles" and "Tesla Motors". The results prove that Musk-controlled Google, Facebook and Twitter hid all negative news stories about Musk and Tesla, hyped the most innocuous non-news about Musk's bathroom ponderings, and deleted or hid any news about Musk competitors unless it was negative news. These internet media manipulation were then used by the same parties to rig the internet for the Obama and Clinton campaigns.
- Of over a hundred thousand other search engines in the world, only Musk-Cartel members Google, Facebook and Twitter engaged in these manipulations. This was at Musk's direction in order to compensate for his epic insecurity issues as proven by his massive PR hype media manipulations about the "Glory of Elon Musk". The internet records prove it without question. Musk's manic lust for self-promotion drove him to delight in the vast hit-job resources of Gawker Media in that he thought he could engage in the destruction of others anonymously.

There are, quite literally, over a thousand other points of criminality, illicit actions and corruption, regarding Tesla Motors, that could be bullet-pointed here but the attached, and following evidence, from reporters and investigators around the world, speaks for itself.
-----------

Additional evidence from thousands of news reports and investigations can be found in the attached materials and the filed sets of evidence to follow.

+1 Attachment

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) RELATED LAWSUIT ADVISORY

The following news was released today. This new lawsuit involves the handlers of Gawker Media during the time of the core creation and deployment of the matters which Gawker Media was later hired to attack XP over. This new lawsuit begins to name the parties and activities that led to the situations of today. President Obama, Valerie Jarrett, and Rahm Emanuel are known by multiple law enforcement agencies to have implicit detailed knowledge of and participation in the payola deals between campaign finance billionaires, particularly Eric Schmidt, Larry Page, John Doerr and Elon Musk and the financial crimes which followed. All creditors of Gawker Case Case No. 16-11700 (SMB) will find substantially beneficial information for their claims in the FBI and legal files related FW/DOJ CASE No. 1:16-cv-01888

[Judicial Watch Files Lawsuit against Department of Justice Seeking FBI Interviews with Obama, Jarret, and Emanuel Relating to Criminal Investigation of Former Illinois Governor Rod Blagojevich](#)
DECEMBER 05, 2016

**(Washington, DC) –** Judicial Watch announced today that it filed a Freedom of Information Act (FOIA) lawsuit against the U.S. Department of Justice seeking access to FBI reports of interviews – "302s" – of President Obama, Valerie Jarrett, and Rahm Emanuel.  The interviews were taken as part of the FBI's criminal investigation of former Illinois Governor Rod Blagojevich.  The lawsuit was filed in the U.S. District Court for the District of Columbia (*Judicial Watch v. U.S. Department of Justice* (No. 1:16-cv-01888)).
In 2008, Blagojevich sought political favors in exchange for deciding who to appoint to the U.S. Senate seat vacated by then-President-Elect Obama.  Among the persons Blagojevich approached were the President-elect and his intermediaries.  Obama reportedly declined to make a deal.  Blagojevich then turned to supporters of Congressman Jesse Jackson Jr., offering the U.S. Senate seat in return for a $1.5 million "campaign contribution."  Blagojevich broke off negotiations with Rep. Jackson's supporters when he learned that he was being wiretapped by federal investigators.
Over the course of two criminal trials in 2010 and 2011, Blagojevich was convicted of 18 separate offenses and, in December 2011, was sentenced to 168 months in jail.  In 2015, an appellate court overturned five of Blagojevich's convictions and affirmed the remainder.  On August 12, 2016, Blagojevich was resentenced to the same, 68-month jail term he had received previously.
Judicial Watch had asked the FBI to produce the 302s, pursuant to FOIA, in June 2011.  The FBI confirmed the records' existence in 2012, but denied the request, asserting that the 302s were exempt from disclosure under FOIA Exemption 7(A) because Blagojevich's criminal case was still ongoing at the time.  Judicial Watch filed suit to try to obtain the 302s in May 2016, after the U.S. Supreme Court declined to review Blagojevich's convictions.  It closed that [initial lawsuit](#) while Blagojevich was being resentenced.  Judicial Watch refiled its lawsuit after Blagojevich was resentenced.
Judicial Watch's lawsuit asks the court to order the interview reports' release, noting:
[U]nder the circumstances it cannot be said that release of the requested records could reasonably be expected to interfere with whatever is left of Blagojevich's criminal prosecution.  The public should not

be forced to wait any longer to review the FBI 302s of President Obama, former White House Chief of Staff and now City of Chicago Mayor Rahm Emanuel, or Senior Advisor to the President Valerie Jarrett while Blagojevich pursues his second, plainly futile appeal.

"The FBI interviewed Barack Obama eight years ago about the selling of his Senate seat.  The American people should finally get to see these FBI interview reports," said Judicial Watch President Tom Fitton.  "The public has a right to know precisely how Obama and his senior White House advisors Emanuel and Jarrett responded to Blagojevich's corrupt attempts sell Obama's Senate seat."

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) CERTAIN WRITERS' RESPONSE IN OBJECTION TO THE CONFIRMATION

XP VEHICLES TASK FORCE includes hundreds of members of the Press who publish to millions of readers. These members of the Open Source publishing WIKI's reflect left, right and middle of the road politics. Most of the writers in the opposition who are seeking to avoid liability for killing XP staff incomes, brands, lives and futures exclusively work for Silicon Valley and left wing campaign financiers who have ordered them to protect billions of dollars of government fund kick-backs for those campaign financiers. For the Dec. 13, 2016 Hearing, we wish the court to know that the Court is receiving skewed information from parties who do not reflect the entire industry of Journalism.

At the moment there is massive global controversy regarding the circulation of publication "Black-Lists" and "Fake News avoidance lists" via a variety of Silicon Valley financier directed media in order to seek to violate the First Amendment rights of those who the Silicon Valley campaign financiers do not like. Gawker writers are promoting these blacklists because they are mad that Donald Trump won the election. As green car makers, XP the car company doesn't care who wins.

Every American voter wins with XP Cars.

While XP Vehicles Task force journalists are not welcomed by these so-called "Writers Guilds" and "Writers Groups" because they do not follow the boiler-plate talking points handed out by many of these groups, they are professional journalists none-the-less. The media coverage of the Gawker Bankruptcy case has now doubled the size of XP Vehicles Task Force.

It is not OK for Gawker "brand killers" and self-identified "Character Assassins" from Gawker Media to get a pass for the murder of the lives of other human beings. Let us provide a reference:

*"If Ashley Terrill gets frustrated with the court never letting her get her restitution and hires writer David Chen to go over and shoot Nick Denton in the head with an actual gun, would David Chen get away Scott-free because he types stuff on a keyboard?*

In this theoretical scenario, would the fact that David Chen got some money from somebody, once, for writing a "Shock Journalism" screed article about obese people at Walmart allow him to get away with murder?"

These writers are saying that they should be rewarded for acting like drunk high school brats and having contests to see who they could harm more. Is that what America is about now?

Our staff were attacked and financially, brand-value and life state killed by Gawker's writers. We have acquired a list of every single person that worked at Gawker from 2007 until this day. As writers, what are our volunteer journalists allowed to do to them for the rest of their lives for what they did to us for

the rest of our lives? Thousands of children killed themselves because of Cyberbullying, a good part of the Cyberbullying came from Gawker writers. Gawker Writers killed children but they face no punishment? Gawker Writers killed some of us by making and delivering movies, articles, blogs, and other media and sending it to billions of people on the internet and that is going to be OK? NEVER!

Gawker Writers claim either that they 1.) Just did what Nick Denton told them to do...or 2.) Were influenced by outside substances and didn't realize they were being bad...or 3.) or that "secret bad writers "snuck in" and wrote nasty things and then skulked away.. Which is it? In any of those cases does the First Amendment get you off the hook for horrific crimes against society, families, children and individuals?

We urge this Court to NOT let these Gawker Writers get away character assassinations and the murder of human dignity any more. Tell the Gawker Writers that they must pay for their crimes!


XP TASK FORCE
XP
XP Engineering

**XP VEHICLES AGREEMENT WITH THE RESERVE OBJECTION IN FURTHER SUPPORT OF OBJECTION OF MITCHELL WILLIAMS TO DEBTORS' MOTION AUTHORIZING AND ESTABLISHING CERTAIN PROCEDURES FOR APPROVING CERTAIN CLAIMS RESERVES AND DISTRIBUTIONS [Dkt. 444]**

XP VEHICLES agrees with the following thoughts by Mitchell Williams and feels that the points made by Williams should be considered by The Court as the points have distinct merit:

RESERVE OBJECTION IN FURTHER SUPPORT OF OBJECTION OF MITCHELL WILLIAMS TO DEBTORS' MOTION AUTHORIZING AND ESTABLISHING
CERTAIN PROCEDURES FOR APPROVING CERTAIN CLAIMS RESERVES AND DISTRIBUTIONS [Dkt. 444]

# XP VEHICLES COMMENT ON DRAMATIC VOLUMES OF NEWLY FILED DOCUMENTS FROM OTHER CREDITORS FINDING ILLICIT, POTENTIALLY CRIMINAL, TRICKERY WITHIN THE GAWKER PROPOSED BANKRUPTCY  [Dkt. 444]

XP VEHICLES, the public and the news media have noted with alarm that, as of today, other highly resourced Creditors have filed highly researched forensic and investigatory motions, pleadings and other assertions which lay out facts that seem to prove that Gawker's bankruptcy plan is a **smoke-and-mirrors scam.** Some of these other Creditors seem to have spent millions of dollars in total and hired investigators and financial forensic analysts. The other Creditors have documented illicit money skimming "back-doors", tax evasion tricks, behind-the-curtain deals and shell company hoodwinking that sinks to the depths of an organized crime operation.

XP has demanded that the FBI be more deeply involved in this case because XP is aware of organized crime activities that Gawker and it's handlers were involved in. In XP's federal corruption lawsuit, XP became the first party in known court records to have the U.S. Courts OFFICIALLY state that XP had been a victim of political corruption at the Federal level.

Gawker's opposition counsel try to pooh-pooh XP's claims by saying that nobody should believe in political corruption and organized crime..yet: HERE IT IS!

1.) The U.S. Courts have said XP was a victim of it. 2.) All of the people that are under investigation for the crimes fund Gawker Media and: BEST OF ALL. 3.) Now the other Creditors have put it in writing!

Take a look at the details of each of the Creditors objection documents published today by Prime Clerk. The charges are SHOCKING and they are deeply detailed and backed up by these other people.

XP implores the Court to admonish Gawker for trying to pull the wool over the Creditors, The Court and the Justice system. We request that the Court re-draft the entire Gawker bankruptcy plan for equitable distribution, reserves and human rights to all Creditors. Please don't let Gawker Media get away with their smoke-and-mirrors scam.

XP

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) OPPOSITION TO GAWKER COUNSEL ASSERTIONS REGARDING TESLA MOTORS

Today a number of news articles have been published in world news publications, a sample of which is below. Gawker counsel seem to be suggesting that XP is involved with the organization HTTP://WWW.CFTR.ORG. XP hereby swears and warrants that it has no connection with, knowledge of, financing from or interaction with CFTR and only even learned of the existence of CFTR in the news stories today.

There appear to be many organizations seeking to end the cover-ups of Tesla Motors corruption actions. CFTR is said to be a well financed lobby organization. XP has had all funding cut-off from the black-listing and attacks that Gawker helped execute. If XP had CFTR funds, XP could certainly afford a lawyer, which it can't. While XP has testified to the FBI, GAO, FTC, SEC, EU and other regulators and law enforcement agencies about Tesla Motors, XP has no affiliation with CFTR. Ask Them!

*NEWS ARTICLE SAMPLE:*
GLOBAL EFFORT TO EXPOSE ELON MUSK AS A "SCAM" IS OFF TO A BIG START
Posted on December 7, 2016 |
HTTP://WWW.CFTR.ORG and thousands of other sites who are sick of the "mobster": Elon Musk, rigging state and federal taxpayer cash for his private piggy bank, are fighting back: https://stopelonfromfailingagain.com   outlines why Elon Musk is a "Scam Artist"
EVERY SINGLE TESLA OWNER IN THE WORLD is Having a Message Placed on Their Windshield:
**From Today's News On Time Magazine's, The Drive:**
*"Somebody really has it in for lithium-ion batteries—and Tesla battery packs in particular. A Tesla Model S driver returning from a hike found a letter on his vehicle's windshield that assailed the battery technology, the venture capitalists that fund their development, and Tesla.*
*The letter, which was posted on the Tesla Motors Club forum, is written in a heavily sarcastic style and opens by pooh-poohing Tesla owners, asking if they are tired of being called "sheep" and "misogynistic Silicon Valley Clone." It continues with attacks on Elon Musk, who is alleged by the writer to be a revenge-seeking financier of President Barack Obama and Hillary Clinton holed up in Alphabet CEO Eric Schmidt's "sex penthouse."*
*But the real villain in this letter is evil lithium-ion battery technology.*
*Lithium-ion batteries are used in nearly all electric and plug-in hybrid vehicles, including the Nissan Leaf, Kia Soul EV, and Ford Focus EV. They're also what makes laptops and smartphones last the entire day (ok, 6 hours). But to the typed letter's author, they're mobile death traps that will explode spontaneously at any minute, endangering the lives of the entire world.*
*The writer points out instances where lithium-ion batteries resulted in fires, including high-profile Tesla accidents and Boeing 787 Dreamliners being grounded for fire risks. But for some reason, only*

*Tesla and Fisker vehicles were mentioned in the article. Samsung, LG, Nissan, Sony, and many others companies manufacture lithium-ion batteries, so why are they let off the hook while Tesla and Elon Musk are singled out? Is it a Trump-fueled protest against the Silicon Valley elite? Or is it part of the anti-Elon campaign?*


------------------------


'***Dear Fellow Tesla Driver:***

We saw that you own this Tesla. Are you getting tired of having passers-by yell: "Tone Deaf Douchebag", "Tesla Tool!", "Arrogant Prick", "Ostentatious Obama Oaf", "Sheep", "Mindless Yuppie Scum", "Misogynistic Silicon Valley Clone", or other bad things?

Well suck it up, Buttercup! Let us share some tips on how to defeat those who do not acknowledge the social superiority of us Tesla owners!

Here are the tips to blow those Alt-Right Trump lovers out of their socks:

*1. Know that Elon Musk is one of the main financiers behind Barack Obama and Hillary Clinton. It may look like Clinton and Obama were blown out of politics by most of America but Musk, Clinton and Obama are going to get together at Eric Schmidt's sex penthouse and plot some really serious payback.*

*2. When you hear stuff like this about the Tesla batteries: "Lithium ion batteries are blowing up, starting fires and, generally, destroying people's homes, cars, electronics and physical health. Boeing was just ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too." Just ignore it.*

*3. Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer: "Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only*

*the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked". That is not as bad a terrorists, though, right?*

*4. Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal" and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode. Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid.. OMG!! And then if, in that same accident the other car is a gasoline car getting burned alive sounds BAD! Telsa is covering up the problems with its batteries BUT they are doing it to protect Democrat billionaires so that is OK!*

*5. Lithium Ion batteries "go thermal" in peoples pockets, in your notebook, especially in your Tesla and Fisker car and everywhere else. There are thousands and thousands of articles documenting this and there is a cover-up by the VC's that fund these things to keep this fact out-of-sight.Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product. People want to outlaw lithium ion batteries. Don't let them outlaw our lovely lithium ion batteries or Elon Musk will go broke and not be able to buy any more Rent Boys or cool toys for his boyfriend Larry Page at Google. Getting burned alive by the thermite-bomb-like Tesla battery back is a REALLY Exciting way to go!*

6. While it is true that Tesla only exists thanks to Elon Musk's briberies and that lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed; and that they poison the Earth and that they poison and kill the workers that make them; and that they come from Afghan and Bolivian war corruption.. It is also true that we Tesla drivers are mindless yuppies who never read the real news, exist in a tech bubble and spend every moment looking at our Zuckerberg-manipulated Facebook feeds so we DON'T FUCKIN' CARE! YAHOOOOOO!

*MarkG/teslamotorsclub.com*

*Elon Musk has been the subject of fake news articles and a negative campaign spearheaded by a conservative political group Citizens for the Republic (CFTR), whose board members have ties to energy companies. The organization is angling to end government subsidies for clean energy companies such as Solar City which recently merged with Tesla. Silicon Valley seems the wrong place to wage war against the CEO most admired by start-up founders…"*

HA! The egotistical Musk bought and paid for all of the awards he got in order to self-promote his massive ego. Here are the facts from the law enforcement site at ***http://www.globalscoop.net*** ; Elon Musk refuses to answer the following questions:

Recently; Numerous ex-Tesla staff and contractors, former suppliers, federal investigators, investigative reporters, investors and ex-partners of Tesla Motors have provided facts about Tesla Motors which are disturbing to the public, Congress, and the market. Please provide clarification of the following charges and concerns in order to resolve outstanding issues between the public and Tesla Motors –

– Are Tesla and Google, essentially, the same entity by virtue of the same investors, agenda and stock market manipulations?
– When damaging news about Tesla emerges, do Tesla and Google investors place multiple stock-buy orders from a multi-billion dollar slush fund in order to make it appear that individual outside investors are excited by Tesla when, in fact, it is only a small internal group of investors "pumping themarket"? Does Google "bury" any negative stories about Tesla in their searches on orders from Tesla/Google investors? Is that a violation of securities laws?
– It is said that the Tesla Model S has the most surveillance devices to watch, track, listen-to and broadcast the activities of the occupants, built into it than any other car in the world. Elon Musk has personally told reporters that hiscars constantly watch the driver and occupants. Why is that? Why are Tesla and Google obsessed with spying on the public?

– In multiple recorded interviews, Elon Musk is on public record telling the news media that, after careful research, the NUMMI plant in Fremont California would be a very bad choice for Tesla? Why did that suddenly change? What participation did Senator Dianne Feinstein and her husband's real estate Company CBRE have on that decision and the award of the loan to Tesla? Why do Senator Feinsteins staff now work for Tesla? Why didGlenn Greenwald call Feinstein's actions "suspicious"? What political support or funding did Tesla or Google provide to any related political officials?

– From 2008 to 2010 numerous competing electric car companies have charged that Tesla Motors placed Tesla Motors "moles" inside of their companies to intelligence-gather and cause disruption. Is that true?

– Google and Tesla motors share the same venture capital investor groups and alliances. Numerous expert at Tech-Crunch, Valleywag and other industry journals have published articles about the fact that those VC's actively collude with each other to lock competing technologies and companies out of the market and create business monopolies. Did Tesla investors and associates participate in such activities? If so, would that not be a violation of SEC laws?

– Did Tesla and/or Google reward certain politicians with campaign funding, web promotion, revolving door jobs for staff, and other incentives, in exchange for "hot-tracking" State and Federal taxpayer money for Tesla Motors?

– While other companies built consumer priced electric cars before and during Tesla's existence, why did Tesla choose to build an unaffordable car and position the marketing of it to "the 1%" when the money for that car came from the 99% taxpayers?

– Numerous cities were told that they would have the Tesla car factory and then they stated, or sued Tesla, saying Tesla acted "in bad faith" and "used false and misleading information" to induce them to provide assurances which were used to pump the stock market. Why did Tesla lead so many cities on?

– The factory that builds your batteries and the U.S. Government states, in their formal technical documents, that when Tesla batteries are on fire they  emit lethal, brain-damaging, carcinogenic, liver, lung and DNA damaging fumes and smoke. Why do you not inform the public of this danger in your literature?

– Lithium ion production kills and terminally sickens workers overseas. Multiple Tesla workers have been burned alive at your factory. OSHA has launched an investigation. What have you done to prevent the accidental and long term  injuries to your staff and contractors?

– Bernard Tse, and other main Tesla Engineering staff including: electric engineer Doug Bourn, electrical engineer Andrew Ingram, Brian M. Finn, senior manager of interactive electronics and George Blankenship; while investigating battery purchases for Tesla Motors, received numerous white-papers and technical documents from LG Chem, Panasonic and the U.S. D.O.E and vast numbers of other battery-makers which specifically stated that lithium-ion batteries would be "stressed" and "likely to combust" when used in the configuration which Tesla intended. They stated that the batteries were "not intended for use in cars". Why then, did Tesla still use them? What effect did the monopolistic ownership of lithium ion mining and manufacturing resources by Tesla and Google investors have on the decision to use lithium ion?- Is it not a fact that a majority of your cars have been sold to your own investors or associates who act as "fluffers" against any bad PR?

– In multiple recorded interviews, Elon MUsk is on public record stating that, at the time of application for the DOE loan Tesla was on the verge of bankruptcy. The DOE loan was mandated under a Federal law known as Section 136. This law stated that no car company could receive money if itwas on the verge of bankruptcy. Past accountants of Tesla have stated that Tesla was on the verge of bankruptcy at the time of the loan application. Numerous Tesla staff and contractors have verified this. Did Tesla commit a felony and acquire "unfair advantage" per the GAO?

– Relative to the number of cars sold, why has Tesla had so many Tesla drunk driver related crashes, deaths and homicides. Why are Tesla drivers killing innocent pedestrians simply because the Tesla's "smell bad".?

– Psychographic, demographic and marketing studies have been published showing that Tesla drivers have a higher-than-average inclination towards drugs, strange sexual behavior and risk. Could this account for the number of Tesla crashes and deaths?

– Is it true that safety testing was done on Tesla cars without fully charged batteries and in a moisture-locked environment because Tesla staff knew that fully charged batteries and moisture in a crash WOULD cause a fiery explosion, as they already have?

– Is it not a fact that Google deletes, or hides any bad PR about Tesla on it's network? Would this be considered stock market manipulation in violation of SEC laws?

– Numerous periodicals, including Valleywag, document the fact that Elon Musk sends spy emails to his employees, each with a few words changed in order to track them and see who might reveal anything damaging to regulators?

– Who are all of the property holders and lease-owners of the Tesla and Solyndra, past and current, real-estate?

– According to DOE staff, who were at DOE when the Tesla application was submitted, nothing that Tesla submitted was ever built by Tesla. In fact, these staff state that the vehicle that Tesla eventually sold was not even designed or engineered when Tesla was approved for the loan money,contrary to the Section 136 law requirement. They say that Tesla took the money and THEN hired people to figure out what they were going to do with it. As shown in the DOE files, the engineering of the shipping Tesla cars has no element that was submitted to DOE. Is that true?

– Elon Musks wives and founders have filed lawsuits and made public statements that he is a fraud and

coerced them into participation. Is it proper fiduciary practice to allow Mr. Musk to continue with the company?

– Why did Tesla not have to pay the cash participation fee that the Section 136 law said everybody had to pay? Tesla staff stated, at numerous documented Silicon Valley open meetings that they got a "special applicant participation waiver". Why did Tesla get that waiver?

– Did Tesla Motors provide falsified information in order to acquire it's Federal funding?

– Did Tesla Motors provide falsified information in order to acquire it's Federal waivers, tax deferrals, credits and discounts?

– Kleiner Perkins and certain silicon valley VC's, all investors in a number of DOE "winners" (including Tesla, Fisker, Solyndra, A123 and others), organized meetings with a Dmitry Medvedev and other men known by the State Department, CIA, FBI and federal investigators to be involved inRussian mobsterism and then Ener1, Severstal and A123, dark-money funded and run by billionaires (many of whom own lithium mining interests) known by the State Department, the CIA and federal investigators to be involved in Russian mobsterism, were awarded taxpayer funds by Steven Chu, who was nominated by Kleiner Perkins. Was any of this a conflict of interest?

– Why is the only company to receive California State real estate exclusives, exclusive tax waivers, credits and stock enhancers and free rides on taxpayer backs also the same company who's investors were the largest funders of certain State officials?

– Federal communications monitoring of text, voice and email communications of certain highly placed Senators, lobbyists and venture capitalists from 2005 to today should be made available to ALL federal criminal investigators. Have they been? Are one or more Senators blocking this effort because they are compromised?

– Why have so many fraud lawsuits been filed against Elon Musk and Tesla Motors?

– The head of the NHTSA (Strickland) Tesla investigation quit because of increased scrutiny. The facts, such as these, demonstrate that Tesla and Fisker never should have passed any NHTSA safety review. How can the public be assured that ongoing NHTSA investigations regarding Tesla willnot be rigged?- Did Tesla Motors provide falsified information in order to acquire it's State funding? Did Tesla Motors provide falsified information in order to acquire it's State waivers, tax deferrals, credits and discounts? Did Tesla investors bribe, or influence Congress people?

– Did Tesla report tax credits as revenue/sales in stock reports in order to trick investors into thinking Tesla was making profit that it was actually not making?

– Did Tesla staff or owners investors bribe, or influence Congress people? Did Tesla staff, owners or investors provider misleading information to investors? Was there a conflict of interest between Department of Energy staff and Tesla owners, investors or staff? Was there a conflict of interest between White House staff and Tesla owners, investors or staff? Was there a conflict of interest between Senate staff and Tesla owners, investors or staff? Did Tesla Motors use taxpayer money to hire off-shore staff?

– Marketing sales staff from the ad agencies for 60 Minutes, Consumer Reports, GQ, Fortune and other

mainstream periodicals have stated that Elon Musk purchased "puff piece" stories about himself in those broadcasts and magazines and that none of those stories were internally generated. Is it good fiduciary practice for an executive to use corporate resources for personal glorification?

– Did Tesla Motors use taxpayer money to purchase supplies offshore that could have been purchased in the United States? Did Tesla Motors participate in a market rigging scam to rig lithium ion purchasing for its investors? Did Tesla Motors participate in a market rigging scam to rig the electric car market for its investors? Did Tesla Motors staff, or owners, sabotage competitors?

– Did Tesla Motors staff, owners or investors exchange campaign funding quid pro quo for business financing?

– Did Silicon Valley companies, owned by Tesla investors and campaign financiers, use internet technology to falsify information to the public in order to manipulate stock market perceptions in violation of SEC, RICO, and various other laws?

– Did Tesla Motors lie about the safety metrics of its lithium ion battery system?

– Was Tesla Motors holding safety metric data in its files which differed fully from the safety metrics data it provided to investors and NHTSA?

– Did Tesla Motors violate securities law by using false information to acquire a federal loan which it then used to falsify its stock metrics in order to "pump" it's stock?

– Did Deloitte accounting firm conspire with Tesla to manipulate market metrics in violation of RICO Statutes and did that firm manipulate Department of Energy review data on Tesla's behalf?

– A U.S. Senator officiated at the opening of the Tesla NUMMI plant and lobbied for Tesla's tax waivers, credits, acquisition of NUMMI and discounts and then that U.S. Senator had their staff work in Tesla's offices. Is it a conflict of interest that this senator received campaign funding and this senator's family received real estate deals from the Tesla and, (next door to Tesla), Solyndra real estate deals?

– Did Welles Fargo conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

– Did Goldman Sachs conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

– Were Department of Energy staff manipulating Tesla funding data in order to favor Tesla and it's campaign funding investors in violation of RICO Statutes?

– Were Department of Energy staff manipulating Tesla funding data in order to disfavor Tesla competitors and competitors to it's campaign funding investors in violation of RICO Statutes?

– Did Tesla owners, staff or investors attempt to delay federal investigations and indictments by asserting influence in violation of RICO Statutes and numerous other laws?

– Documents show there have been more Tesla fires that actually occurred than Tesla has reported in the media. How many actual Tesla factory fires, test car fires and Tesla battery fires have actually occurred?

– Please provide an identification matrix showing campaign backers who were lithium ion investors who had had their contacts exert influence over NHTSA decisions regarding Tesla?

– The Secretary of energy was friends with all of your investors. We have been unable to find the name of even one person from OPM and Congressional nomination file wrapper for Steven Chu's nomination, who Chu did not later give DOE $$ or perks to. Why is that?- The U.S. Post Office, The TSA, The DOE, The GAO, Panasonic and over 100 of the leading technical companies in the world say lithium ion batteries can spontaneously explode. Why do you not disclose this to your buyers in your literature?

– The Tesla can blow-up from it's charger and/or it's batteries. Are there other dangers that have also not been disclosed?

– Is Tesla operating in violation of the patents of any other company?

– By Elon Musk's own admission, at the time of the DOE loan application all of the car designs were $100,000.00, PER CAR, over budget and they had no final design for a factory production run DFM. How could Tesla have gotten the loan with the worst debt ratio, the least engineering, thegreatest financial risk and the least collateral of any applicant?

– Tesla lobbyists worked with Rahm Emanuel in the White House, to arrange their loan deal. Rahm Emanuals Senior Finance Aide was recently arrested for bribes, kickbacks, corruption and money Laundering. Steve Rattner, The West Wing "Car Czar", who Tesla investors worked with to secure the Tesla loan, was also indicted for corruption. Almost everyone at DOE involved in your loan was forced to quit or fired. Does this call yourdealings into question?

– Rolls-Royce Holdings said the U.K.'s Serious Fraud Office has opened a formal investigation into bribery and corruption of government officials  for cars for the 1%. Does this worry you?

– The NHTSA said that Elon Musk lied about Fire Safety Review approval and who made the request for recall and investigation. Should we trust Elon Musk?

– Tesla got another $34 MILLION of our tax money in exclusive campaign finance kickbacks for billionaires from the State of California. Why did Tesla billionaires need a few million of our tax money in a recession when people have no jobs?

– The German Tesla "Safety Review" was exposed as "Sham" in that they conducted no safety review and were just told to "pass the car" by your bankers at Deutche Bank! Why did you not disclose that the German's conducted no testing of your battery system of any nature?

– In Tesla's own filed patent applications you state that your batteries WILL explode spontaneously and kill and injure people and burn down their homes. Why did you not disclose this in buyers documentation?

– Tesla is MORE likely to catch on fire than gasoline car"per Bloomberg & MIT. Why did you not disclose this?

– Lithium Ion is "nearly impossible to extinguish, and "acts like solid rocket fuel" say firefighters.

Tesla never supplied required battery company CO2 fire extinguishers to car owners. Why not?

– Federal Investigators say you are using "exploding flashlight batteries that were never intended to be used in cars, in an improperly shielded box" to power the car instead of commercial energy storage technology. They say your car has "85% less lithium crash protection on the Tesla than ANY OTHER ELECTRIC CAR". All other companies had to recall EXCEPT Tesla. Why not? What special leverage did you have?

– Over 150 defects and problems per model about the Tesla have been documented on user-forums and in the press including: "Doors lock you in and  out. Bad if car on fire!"; "George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The F*cking Road?"; "Tesla "Satisfaction" surveyauthored by it's own investors/fanboys"; "Tesla seat vibration causes Anal Itching!"; "VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!"; "Numerous defects documented by owners online." When the NUMMI factory was in use by GM and Toyota only 5 defects per model car produced there occurred. Now YOU produce a defect in EVERY car, Why?

# Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT AND CREDITORS REGARDING ASSET POOL EXPANSION

XP provides the Gawker Creditors and the Court with the following proposal: If **forensic evidence proves that Gawker Media operated under the direction and cooperative beneficiary relationship authority of Tesla Motors, Google/Alphabet/YouTube, Ebay and other large entities, why can't the Gawker creditors attach the assets of Tesla Motors, Google/Alphabet/YouTube, Ebay and other large entities in order to easily comply with the $858M of claims enumerated by another creditor?**

The other Creditors have clearly documented the fact that the reserve fund is inadequate and that they believe that they may get skunked in the process. The Court should go after the assets of the handlers and instruction-givers of Gawker Media. They are known to have tens of billions of dollars in their bank accounts. Gawker helped it's Clients, partners, handlers and instruction-givers acquire some of that cash as *"unjust rewards at the expense of taxpayers"* according to U.S. Treasury staff. It looks like every Creditor is a "U.S. Taxpayer" as defined by the U.S. Treasury. This would seem to solve the key concern for most of the Creditors.

**Per XP's previous filing today:**

Today a number of news articles have been published in world news publications, a sample of which is below. Gawker counsel seem to be suggesting that XP is involved with the organization *HTTP://WWW.CFTR.ORG. XP hereby swears and warrants that it has no connection with, knowledge of, financing from or interaction with CFTR and only even learned of the existence of CFTR in the news stories today.*

There appear to be many organizations seeking to end the cover-ups of Tesla Motors corruption actions. CFTR is said to be a well financed lobby organization. XP has had all funding cut-off from the black-listing and attacks that Gawker helped execute. If XP had CFTR funds, XP could certainly afford a lawyer, which it can't. While XP has testified to the FBI, GAO, FTC, SEC, EU and other regulators and law enforcement agencies about Tesla Motors, XP has no affiliation with CFTR. Ask Them!

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF INTENTIONAL EFFORT TO REMOVE XP FROM RECOVERY PROCESS

XP provides the following notice on record to the court for this case and future iterations of this case.
1. Every Court and legal representative of each and every entity involved in this case was aware of XP's claims against Gawker Media from the previously existing Court Filings in XP V. DOE, The Washington Post Article, The Pacer.gov records, The Fox News articles, The Drudge Report links, letters to Gawker, the recurrence of "XP VEHICLES" when scanning every server owned or managed by Gawker and their handlers, and requests to the parties for restitution. In spite of this knowledge, nobody ever responded to XP to help XP be involved in this case.

2. None of the above parties ever made a single phone call, or responded to our voicemails, to XP to advise of the case initiation or to discuss any aspect of the case or to advise us of options aside from one phone call from a clerk at Prime Clerk.

3. Only one FEDEX was ever received from any party in the case and even that mailing was far late in the game. Even that FEDEX arrived with notifications of court dates that had already passed.

4. No material was received from any party in this case within a reasonable time-frame for an in pro per claimant to 1.) understand the material 2.) draft a response and 3.) transport hard copy material across the entire width of the United States.

5. Time sensitive materials were received by "snail mail" with NO EXPEDITING service. XP, as in in pro per, has been cut out of it's requested rights.

6. FEC, Financial disclosures and intelligence records show that the majority of other parties in this case are financial and quid-pro-quo crony favor-promise backers of Hillary Clinton. Among themselves, it seems that those campaign financiers have assumed, and discussed, the fact that they should use this Gawker bankruptcy proceeding in order to "punish" XP for filing an anti-corruption lawsuit during the Obama Administration and causing Eric Holder, Robert Gibbs, Steven Chu, Lachlan Seward and others to be fired from the U.S. Government for corruption.

While it is the *"convenience of simple minds"* to assume that anything that disturbs a pre-arranged and illicit scheme must illuminate an enemy; the fact is: That is simply 100% erroneous thinking on the part of those attempting to cut XP out of it's recovery.

XP is a non-political entity focused on building cars for taxpayers.

XP has NO political party affiliation.

XP's sole concern in public policy is to support a strengthened FBI who can finally receive the "go orders" from the White House to arrest and prosecute the Gawker Media entities and their handlers, who attempted to manipulate the election process, hide tax money, rig stocks and bribe officials in order to steer hundreds of billions of taxpayer dollars into their personal pockets.

Today, Prime Clerk posted a clarification filing from Bollea to Williams which sought to clarify misunderstandings. Inspired by this document, XP files this clarification.

7. XP filed, in writing and proved by Prime Clerk, a request to the court for funding to travel to the New York hearings from California. No response was every received from any party.

9. XP filed, in writing and proved by Prime Clerk, a request to the court for "hardship support", legal representation and fair counsel based on extenuating circumstances. No response was every received from any party.

10. The facts prove that Gawker Media and Gawker's associates took extraordinary measures to engage in a large number of actions to seek to damage, destroy, harm, "annihilate", character assassinate and vindictively punish XP, XP's investors and staff on orders from Gawker investors, owners and partners.

11. XP disputes each and every statement seeking to remove XP from it's rights and justice in this case.

12. Eric Holder, Robert Gibbs, Steven Chu, Lachlan Seward and 40 other officials and Solyndra-like entities tried many of the same tactics on XP and it's associates. All parties are urged to consider the fact that "CRIME DOESN'T PAY" and look at what happened to those participants.

13. In the communications docket provided today by Prime Clerk, we do not see a single entity who is not a lawyer? XP is not a lawyer and does not have legal representation for this case. XP has requested, in writing, numerous times, that DOJ or the NY Bar or the court help XP acquire a lawyer or equitable legal representation as a disadvantaged Claimant. No party provided a response to XP except the DOJ dead-end to a local service who is not allowed to participate. How, exactly, is it legal that a Claimant be cut-out of receiving legal aid in a highly visible case such as this unless that Claimant is being intentionally kept away from receiving their legal rights?

14. While billionaires, entire national cabinets, major journalists, the majority of the U.S. Congress, all of the President-Elect's staff who were also damaged by Gawker and most voters "conceptually" and morally support XP's case, none of them give XP any money. Thus XP is placed at a severe legal disadvantage.

How will the Court help XP acquire an equitable position in this case?

XP and Associates

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE TO COURT OF RELATED COURT CASES BEING HEARD AT THE SAME TIME

Court officers have noted to XP that at the same time and place that the Gawker case No. 16-11700-smb is being heard the court and the judge are also hearing cases # 14-10383-smb ,  Suntech Power Holdings Co., Ltd.  and case # 16-10992-smb   SunEdison, Inc., et al.,

This is most intriguing and serves as an opportunity for elaboration and an opportunity to further inform the Court.

Honorable Judge Stuart M. Bernstein is well known for handling the Madoff Ponzi scam case after the sitting judge suddenly and strangely died. The Madoff case proves that such conspiracies, on an epic level, do indeed occur regularly.

The Sun Edison cases are about the same people doing the same organized crime scams with government funds. It was because XP helped to uncover these crimes that Gawker was sent in to attack XP. The Madoff, SunEdison and other related cases this very court and Honorable Judge Stuart M. Bernstein have actually heard, prove that these kinds of big conspiracies are all too real and, horribly, happen with far greater frequency than one might think.

A number of parties have told XP staff that the Hulk Hogan brand was ordered to be destroyed by Gawker Media in order to prevent the Hulk Hogan character from being used to support any candidate. This theory has merit because internet metrics prove that the Hulk Hogan brand had great value based on internet "impressions". The Court now knows about the financial value of "impressions" based on the bills the Court has in it's possession between Google and Gawker. Gawker set out to destroy the financial and brand value of the Hulk Hogan character so that the previously high value of the Hulk Hogan candidate supporting a political campaign would drop to nil. Was this a conspiracy that Gawker promoted or just vicious evil on the part of Gawker?

The following links cover the news about Sun Edison being an organized crime scam between politicians and campaign financiers. The bottom line is this: Campaign financiers exchanged "cleantech" rigged deals for campaign support and Tesla, Solyndra, Abound, Abengoa, Prologis, SunEdison and the rest are all part of that illegal scheme. It is the same people, the same campaigns, the same PACS, the same beneficiary routes, the same lawyers, the same HSBC funds hiding, the same trust funds,..etc. It all tracks back to the same people. ASK THE FBI and the House Ethics Committee:
**SunEdison | The Green Corruption Files**
The Green **Corruption** Files. Exposing the largest, most expensive and deceptive case of crony capitalism in American history…
  greencorruption.com/tag/sunedison/
**SunEdison** bankruptcy exposes climate-change **corruption**

WND EXCLUSIVE **SunEdison** bankruptcy exposes climate-change **corruption** Renewable energy sector collapsing under mountain of debt Published: 05/01/2016 at 3:39 PM

☐ wnd.com/2016/05/sunedison-bankruptcy-exposes-clim...

**Sun Edison** Buying First Wind Scam - BATR

HSBC Corporate Governance **Corruption** What to Expect from FCC Control of ... **Sun Edison** Buying First Wind Scam. ... **SunEdison** will retain nearly 95% of ...

☐ batr.org/corporatocracy/121014.html

**Sun Edison** Bankruptcy=CC **Corruption** - AllisChalmers Forum

WND EXCLUSIVE **SunEdison** bankruptcy exposes climate-change **corruption** Renewable energy sector collapsing under mountain of debt Published: 15 hours ago

☐ allischalmers.com/forum/forum_posts.asp?TID=122735&title=su...

**SUNEDISON, INC. September 2013 FOREIGN ANTI-CORRUPTION POLICY**

**SUNEDISON**, INC. September 2013 FOREIGN ANTI-**CORRUPTION** POLICY Statement of Policy. It is the policy of the Company that the Company, all of its subsidiaries

☐ media.corporate-ir.net/media_files/IROL/10/106680/pdf/FCPA+Polic...

**Sunedison** Bankruptcy Exposes Climate-change **Corruption** ...

**SUNEDISON** BANKRUPTCY EXPOSES CLIMATE-CHANGE **CORRUPTION** NEW YORK - When solar energy giant **SunEdison**, together with its spinoff TerraForm Power, acquire…

☐ windtaskforce.com/profiles/blogs/sunedison-bankruptcy-expos...

The Green **Corruption** Files | Exposing the largest, most ...

The Green **Corruption** Files. Exposing the largest, ... And, most are predicting that this transaction makes **SunEdison** "one of the world's largest, ...

☐ greencorruption.com

Bribery and **Corruption**: Investigations - EY - United States

Investigations that employ a robust incident response plan are critical to mitigating short-term risk and reducing the possibility of future bribery and **corruption** ...

☐ ey.com/us/en/services/assurance/fraud-investigat...

How **SunEdison** went from Wall Street star to bankruptcy - LA Times

**SunEdison** arranged the financing to build a solar system on the roof of an ... United Airlines pays $37 million to ex-CEO who quit amid a **corruption** investigation.

☐ latimes.com/business/la-fi-sunedison-collapse-2016050...

**Sun Edison** Buying First Wind Scam | The Sleuth Journal

**Sun Edison** Buying First Wind Scam. December 01, 2016. About ... **SunEdison** will retain nearly 95% of the voting power in the ... Government **Corruption**; HAARP; Holograms;

☐ thesleuthjournal.com/sun-edison-buying-first-wind-scam/

Legal Terms & Conditions | **SunEdison**

**SUNEDISON** shall have the right to audit Supplier's compliance with this provision at ... and with **SUNEDISON's** Foreign Anti-**Corruption** Policy Statement and Policy ...

☐ sunedison.com/legal/terms.html

**SunEdison's** CFO Departs Amid Accounting Review And Broken ...

**SunEdison** said its long-serving chief financial officer Brian Wuebbels will leave that role to focus on the company's so-called yieldco's, TerraForm Power ...

☐ forbes.com/sites/antoinegara/2016/03/11/sunedisons-c...

**SunEdison**: The Biggest Corporate Implosion In U.S. Solar ...

GREEN ENERGY CHRONICLES. John's latest update on graft, **corruption** and waste in the energy sector.---**SunEdison**: A Timeline of the Biggest Corporate ...

**CONFIRMATION OF XP'S DUPLICATE RIGHTS PER THE FILINGS OF MEANITH
HUON'S OBJECTIONS TO CONFIRMATION OF THE AMENDED JOINT CHAPTER 11
PLAN OF LIQUIDATION OF DEBTORS, GAWKER MEDIA GROUP, INC., GAWKER
MEDIA LLC, AND GAWKER HUNGARY KFT. [DOCKET NO. 427] AND HUON'S
OBJECTIONS TO DEBTORS' MOTION FOR APPROVAL OF CLAIMS ESTIMATION AND
PLAN RESERVE PROCEDURES [DOCKET NO. 444]**

Per the attached filings by Meanith Huon, XP demands the same rights and voices the same objections
and reconfirms XP's demand for FBI supervision of this case for criminal malfeasance by Defendants:

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) REQUEST FOR SIGNED SWORN STATEMENTS FOR COURT AND LAW ENFORCEMENT RECORDS

REQUEST FOR SIGNED SWORN STATEMENTS FOR COURT AND LAW ENFORCEMENT RECORDS BY CREDITORS BY ALLIANCE OF CREDITORS

Recent leaks and disclosures by other creditors in this case have made the entire HR records of Defendants a matter of public record and placed their life histories on public record for the rest of their lives. Since these employees and contractors of debtors sought to end the lives of many of the creditors then it seems only fair that they each testify in these matters. The following employees and staff of debtors are known to have detailed specific knowledge of the creation inside Gawker Media of the attacks on many of the creditors by and for Gawker Media and Gawker Media's clients.

Specifically, Creditors, including our group, demand that each of those Debtor persons listed below testify to the FBI under an FBI 302 documentation FOR this Court to hold on record with an answer to each of the following questions:

*"1. Do you have knowledge of any Obama White House staff, Hillary Clinton campaign staff or Obama White House staff receiving any benefits from or giving any benefits to Gawker Media or any person who is a party to Gawker Media?"*

*"2. Did you ever author an article published by Gawker Media for which you then entered comments in the comment section of that article?"*

*"3. Did you have any knowledge of Gawker Media working with owners or executives of Google, Inc or any Google affiliate?"*

*"4. Do you have any knowledge of Gawker Media misrepresenting the true purpose of the Gawker Media organization?"*

Adam Dachis
Adam Weinstein
Adrian Covert
Adrien Chen
Alan Henry
Albert Burneko
Alex Balk
Alexander Pareene
Alexandra Philippides
Allison Wentz

Andrew Collins
Andrew Magary
Andrew Orin
Angelica Alzona
Anna Merlan
Ariana Cohen
Ashley Feinberg
Ava Gyurina
Barry Petchesky
Brendan I. Koerner
Brendan O'Connor
Brent Rose
Brian Hickey
Camila Cabrer
Choire Sicha
Chris Mohney
Clover Hope
Daniel Morgan
David Matthews
Diana Moskovitz
Eleanor Shechet
Elizabeth Spiers
Elizabeth Starkey
Emily Gould
Emily Herzig
Emma Carmichael
Erin Ryan
Ethan Sommer
Eyal Ebel
Gabrielle Bluestone
Gabrielle Darbyshire
Georgina K. Faircloth
Gregory Howard
Hamilton Nolan
Hannah Keyser
Hudson Hongo
Hugo Schwyzer
Hunter Slaton
Ian Fette
Irin Carmon
James J. Cooke
James King
Jennifer Ouellette
Jesse Oxfeld
Jessica Cohen
Jesus Diaz
Jillian Schulz
Joanna Rothkopf
John Cook

John Herrman
Jordan Sargent
Joseph Keenan Trotter
Josh Stein
Julia Allison
Julianne E. Shepherd
Justin Hyde
Kate Dries
Katharine Trendacosta
Katherine Drummond
Kelly Stout
Kerrie Uthoff
Kevin Draper
Lacey Donohue
Lucy Haller
Luke Malone
Madeleine Davies
Madeline Davis
Mario Aguilar
Matt Hardigree
Matt Novak
Michael Ballaban
Michael Dobbs
Michael Spinelli
Neal Ungerleider
Nicholas Aster
Nick Denton
Omar Kardoudi
Owen Thomas
Patrick George
Patrick Laffoon
Patrick Redford
Rich Juzwiak
Richard Blakely
Richard Rushfield
Robert Finger
Robert Sorokanich
Rory Waltzer
Rosa Golijan
Ryan Brown
Ryan Goldberg
Sam Faulkner Bidle
Sam Woolley
Samar Kalaf
Sarah Ramey
Shannon Marie Donnelly
Shep McAllister
Sophie Kleeman
Stephen Totilo

Tamar Winberg
Taryn Schweitzer
Taylor McKnight
Thorin Klosowski
Tim Marchman
Timothy Burke
Tobey Grumet Segal
Tom Ley
Tom Scocca
Veronica de Souza
Wes Siler
William Haisley
William Turton

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTIFICATION OF CONFLICT OF INTEREST BY DELOITTE

Be it stated now on public record that Deloitte, the group who sent the Court the attached bill, served as the advisers for XP Vehicles, The investment advisers for Tesla Motors who is now under criminal investigation for financial fraud and FEC malfeasance and the consultant to the U.S. Department of Energy and Steven Chu to direct the distribution of State and Federal funds to EITHER XP or Tesla, who have been sued by XP Vehicles for criminal corruption. At all times, Deloitte has had a beneficiary relationship with Tesla/Gawker and the "Cartel" now under criminal investigation. The Court records and the records of all future matters should document and reflect this conflict of interest as pointed out by members of the United States Congress.

# REQUESTED PRIME CLERK RESEND OF EVIDENCE FILE BY XP

In communications today from Prime Clerk, It was noted that the file for the referenced filing which is an EVIDENCE PDF acquired by XP entitled: RICO CASE PREPARATION DATA: TESLA MOTORS - ELON MUSK.PDF was not able to be accessed.

That file is re-attached, below as a link and herein as a file upon request from Case members. in re: Letter /Email addressed to The Honorable Stuart M. Bernstein dated 12/03/2016 Re: Response To Notice of Debtors' Discussion of Tesla Motors (Note: Unable To Access Attached File) Filed by XP Vehicles Group.

http://cases.primeclerk.com/gawker/DownLoad-DownloadPDF?id1=NTA5MTc2&id2=0&id3=0

# NOTICE OF APPROVAL AND INTEREST IN THE NEW SCHEDULING OF OMNIBUS HEARINGS BY XP

PLEASE TAKE NOTICE that pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates [Docket No. 93] (the "Case Management Order"), the following omnibus hearing dates have been scheduled in these above-captioned cases:
Date Time:
January 26, 2017 10:00 a.m. (prevailing Eastern time)
February 14, 2017 10:00 a.m. (prevailing Eastern time)

The significance of moving the dates to embrace the full force of the post inauguration duties of the Trump Administration on January 26, 2017 followed by the next hearing on Valentines Day is of profound significance.

It is fully documented that Gawker Media was hired by and operated for the enemies of the Trump Administration. In fact Gawker Media was one of the most aggressively hostile large distribution news organizations to most aggressively attack the appointees and staff of the Trump Administration. XP has stated that the Obama Administration ordered FBI, FTC and SEC officials to with-hold, or stand-down investigations on Gawker Media and the Cartel that Gawker is involved with. By moving the date into the window of the full operation of the Trump Administration, the opportunity for even deeper discovery of the true nature of Gawker Media is afforded. The Court offers all creditors a great service therein.

XP is aware that FBI officials, and other agency heads, feel that, under the Trump Administration their resources will be expanded and any "leashes" or stand-downs on their law enforcement efforts will be removed. This should be great news for everyone in this case who wishes to see justice delivered.

XP believes that DOJ's refusal to assist XP under the Obama Administration will cease under the Trump Administration.

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT" SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY

LEASE TAKE NOTICE that a number of case opposition and creditor members have made assertions that aligns with the single largest news story group in the world this week. That news story class states that the "Russians" caused everything from "Hillary Clinton's downfall" to all of the hackings to John Podesta's illicit schemes to the appearance of high grapefruit prices at Safeway. If one were to take these vast numbers of "fake news" disinformation stories at face value, one might presume that the Russians secretly run Gawker Media. Let us publicly examine the facts.

Nick Denton and Gawker Media are indeed financed by at least one Russian billionaire "business man" as a number of news sources have reported.

Today, Julian Assange and Edward Snowden, two of the most famous whistle-blowers in history (based on the world population numbers as of today and the estimated impressions each has achieved to this hour; a number which exceeds 4 billion) stated that none of their leak sources are from "Russians". In fact, they have stated that a large part of their leak sources came from the staff of the Democratic National Committee.

Gawker Media is employed by the Democratic National Committee for political attack projects. Does this mean that Gawker is a Russian agent? Let us explore.

John Podesta and his brother are lobbyists for Russian billionaires and hold stock in Russian businesses that the FBI have associated with Russian crime operations. John Podesta runs DNC activities  and Hillary Clinton campaign activities. Does this indicate nefarious involvement with Russians or is this just a coincidence? Let us explore.

Certainly, it is clear from the hundreds of thousands of news reports that many parties inside the DNC and the Clinton Foundation had become concerned that they were witnessing organized crime activities within those organizations. It is only logical to assume that some of those parties reported those crimes to the police. In fact, Wikileaks, and now XP Group, have as of today, confirmed that such leaks did occur as persons with the DNC did report such crimes to the police.

In fact, also in today's news is the revelation that the head of the NSA's whistle-blower support program is under indictment by the NSA for attacking whistle-blowers instead of helping them. Including in the hearing material on this person is the assertion that HE caused Edward Snowden to

engage in the leak by refusing to help those, like Snowden, who were reporting crimes. This proves that  current system failures are causing whistle-blowers. This validates the fact that it was most likely law-enforcement positive DNC staff who leaked the DNC files and not a Russian hacker.

In fact, President Elect Donald Trump spoke with James Comey, the head of the FBI, only days ago and Mr. Comey assured Mr. Trump that no data supports the rumor that the "Russians" hacked anything in the U.S. 2016 elections.

PLEASE TAKE FURTHER NOTICE that XP reports to the office of Mr. James Comey at the FBI and to Mr. David Johnson of the San Francisco FBI and has done so since 2009. XP would certainly have been advised that this was a national security matter involving Russian hackers if any FBI official suspected such a thing. XP believes that the crimes and illicit deeds under discussion are entirely domestically based and fall under domestic RICO laws.

Part of Gawker Media is located next to and staffed by Russians. Does this make those Russians "Naughty Russians"? Certainly not!

Are there "Naughty People" in Eastern Bloc areas? Certainly Yes. In order to try to hide news stories about crimes that the Gawker Media or DNC members who are up to evil might want to hide, they might use a group in Russia called "The Agency", which is well documented by Gawker's writers. They might also use a "low Earth Orbit ion cannon" known as a DDOS Attack Engine such as the one described in this alert today, about, ironically, that very same part of the world:

"This entry was posted in General Security, Wordfence, WordPress Security on December 16, 2016 by mark   61 Replies
At Wordfence we constantly monitor the WordPress attack landscape in real-time. Three weeks ago, on November 24th, we started seeing a rise in brute force attacks. As a reminder, a brute force attack is one that tries to guess your username and password to sign into your WordPress website.
In today's post we show you how attacks have increased during the past 3 weeks and share some data about where attacks are originating from.
First: How to protect yourself from these attacks
Brute force attacks are unsophisticated. They are simple password guessing attacks. A machine will automatically try to sign into your website over and over in the hope that it can guess your password. If you install the free version of Wordfence, you are automatically protected against brute force attacks. It's that simple. We also automatically block the worst offenders completely, and we share some information below on who those are.
We have a few other really cool options, like preventing username discovery and immediately locking out invalid usernames. All these techniques help protect you against brute force attacks.
Download and install the free version of Wordfence today to get instant protection against brute-force attacks.
A sustained increase in Brute Force WordPress Attacks
During the past three weeks we have seen the number of sites attacked each day almost double. The dotted blue line indicates the average number of attacked sites for the 60 days shown.  The charts below show attack patterns over the past 2 months.


We have observed the number of brute force attacks blocked increase significantly above our 60 day average.

And what most concerns us is that we have seen a rise in unique IP addresses that are attacking WordPress websites per day. This rise started on November 24th and has spiked significantly during the past week.


This has now increased far above our baseline. Usually we see an average of around 13,000 unique IP's attacking each day. We're currently seeing over 30,000 unique attacking IPs and this is continuing to increase.

Who is Brute Force Attacking WordPress sites?

The charts above show data for the past two months. We then analyzed attacks during the past 24 hours to see who is currently attacking WordPress sites.

The following table shows the top 20 countries sorted by attacks during the past 24 hours. As you can see, Ukraine is by far the main culprit, responsible for over 15% of total attacks. That is a lot when you consider that the population of Ukraine is only 45 million people.


Most of the attacks come from 8 IP addresses in Ukraine.


These IPs all belong to the same organization and are on the same network. Doing a Google search on the top IP brings back many reports of abuse around the Internet. They belong to a hosting company in Ukraine called "Pp Sks-lugan". The servers are a mix. Some aren't running any services. Others appear to be running Windows IIS web server.

These IPs are using brute force attacks exclusively. They don't launch any sophisticated attacks. They are hammering away at WordPress sites at a rate of over a quarter million login attempts each, in some cases, during a 24 hour period.

When we add up attacks during the past 24 hours and group by the organization that owns the attacking IP address, you can really see the impact that the Ukrainian host is having.

Keep in mind that as you look at the data below, some organizations like GoDaddy are very large. They actually make up a large percentage of total WordPress sites on the Net. And so before you call out a hosting provider for being 'insecure', you should consider their size and that it takes the operations team at each hosting provider some time to respond to a hacked site and take it offline.

We also think the table below illustrates how most attacks originate from specific networks that are relatively obscure.


The top hosting provider is a tiny organization you've probably never heard of. But they're head and shoulders above most other companies on this list for the number of attacks that originate from their network.

The second company on the list, "Iliad-Entreprises", has 8 IP addresses in particular that launched between 50,000 and 210,000 attacks each during the past 24 hours. That is what makes up the bulk of the action on their network.

The difference between the top two networks and the network in third place is dramatic. OVH is a very large hosting provider, but we're seeing more than 4 times fewer attacks originating from their network than from the #1 Ukrainian host.

Lock it down and stay safe this holiday season

If you run a WordPress site, make sure you lock it down so that you can relax over the holiday season. Brute force attacks are easy to protect against if you have the right tools. I've included a screenshot below of the Wordfence Login Security options that give you an idea of the many different ways we stop brute force attacks in their tracks. Click for a larger image.

As always I would love to hear your feedback and comments below and will be around to respond.
Mark Maunder – Wordfence Founder/CEO"
PLEASE TAKE FURTHER NOTICE that the Court may not be aware of such information weapons
that Gawker may, or may not have used and may, or may not, still use. The described weaponzing of
the web system described by Mark Maunder, above, is only ONE OF OVER 1000 SUCH ATTACK
WEAPONS someone like Gawker Media might employ to attack an enemy or to shut down Hulk
Hogan's counter-measures or to dramatically spread defamatory information about Hulk Hogan, Ashley
Terrell, Meanith Huon or XP. Insidious, Yes?

PLEASE TAKE FURTHER NOTICE that, Russians did, though, cause this whole case matter in the
first place via one of the most elaborate practical jokes ever played on one nation by another.

In the book: THE BIG DEAL, By Oscar Leung, the world learned the following:

"...This is an entirely true story that sounds like a Hollywood movie. It is shocking. These are the facts.
Vladimir Nintin started all this in 1989. Vladimir was an administrative clerk in the Soviet Army. As
Russia was abandoning it's attempt to seize Afghanistan, Vladimir was in a small temporary military
field office organizing some rolled up charts to go between the "Burn-Box and the "Return to Moscow"
box. He made a decision that changed the course of history.

Today, in 2016, his choice has led to many deaths, the failure of a U.S. President, the collapse of a U.S.
political party, the rise and fall of a vast field of "Cleantech companies", trillions of dollars in missing
taxpayer funds and epic document leaks that have forever altered the way the world views it's
governments.

Vladimir had some documents in his hands at that moment. The afternoon sun was driving shafts of
amber light through the Perspex windows of the canvas and wood make-shift field office. Vlad was
organizing the take away documents for the Russian retreat from Afghanistan. The shafts of light, in
Afghanistan are always made solid by the constant dust that is everywhere. That dust left a thin layer of
itself on everything.

These particular documents were called: "The Treasure Maps". They were said to show where five
trillion dollars worth of copper, lithium, indium and other technology minerals were hidden in the
Afghan plains. That lithium and indium could power Elon Musk's cars and Solyndra, Fisker's,
Abound's Cleantech (if only a certain group of Silicon Valley billionaires had a way to monopolize
that...hmmmm?)

But; were those "Treasure Maps" a trick or a treat?

To this day, controversy exists across the intelligence communities, of many nations, about whether, or
not, those maps were a scam created to "trick the American's" or the actual locations of trillions of
dollars of mining deals that were "antibody's for the taking". The papers that the CIA geologists pulled
out of that archival library in Kabul, Afghanistan still read to be a bit too convenient for what happened
next.

Decades later, after an invasion or two, and vast expenditures of cash, political capitol and lives, very
little of the promised golden mining treasure has materialized. What has materialized is epic corruption,
political payola, campaign secrets, deaths and controversy.

Goldman Sachs, McKinsey Consulting and Deloitte helped a few rogue CIA buddies distribute a huge number of white papers and press releases which used the buzz words: "Trillions of dollars of lithium in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium". Why would those particular companies put so much effort into hyping a pile of dirt on the other side of the planet?The answer lies in who they hyped it to and who took the bait. It turns out, most of the money that
flowed through this (probable) scam financed the Obama campaign. It also turns out that those who skimmed profits from this vast flowing river of corruption sludge were Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson and the very pack of investors who co-funded the Obama campaign. They were also the very same people who, exclusively, got the only cash from the Obama Administration. They are also the very same people who had partnered with the Russian mining companies who were standing by to go back into Afghanistan to dig up this magical dirt-pile. Where "covert mining deals" were never a big election deal, in 2016, thanks to some monumental document leaks, they became one of the biggest deals in U.S. history..and not in a good way.


PROPUBLICA BUSTS OPEN:
The Afghanistan Mining Scam Failure
G.I. Dough
The U.S. Spent a Half Billion on Mining in Afghanistan
With 'Limited Progress'
The Special Inspector General for Afghanistan Reconstruction has labelled yet another project in danger of failing. This time its U.S. plans to develop the country's oil, gas and minerals industries.
by Megan McCloskey
ProPublica,
G.I. Dough
ProPublica is investigating how billions of U.S. tax dollars have been spent on questionable or failed projects and how those responsible for this waste are rarely held accountable.
Latest Stories in this Project
 Pentagon Task Force: We Want Villas and Flat-Screen TVs in Afghanistan
 Plot Thickens: Pentagon Now Facing More Scrutiny Over $766 Million Task Force
 Watchdog Accuses Pentagon of Evading Questions on $800 Million Afghanistan Program
 Taxpayers Fund Yet Another Unneeded Building in Afghanistan
 The Military Built Another Multimillion-Dollar Building in Afghanistan That No One UsedThe United States has spent nearly half a billion dollars and five years developing Afghanistan's oil, gas and minerals industries — and has little to show for it, a government watchdog reported today. The project's failings are the result of poorly planned programs, inadequate infrastructure and a challenging partnership with the Afghan government, the Special Inspector General for Afghanistan Reconstruction wrote in its newest damning assessment of U.S. efforts in the war-torn country. The finding comes after some 200 SIGAR reports have detailed inefficient, unsuccessful or downright wasteful reconstruction projects. A recent ProPublica analysis of the reports found that there has been at least $17 billion in questionable spending.
We Blew $17 Billion in Afghanistan. How Would You Have
Spent It?
Here's just what the Special Inspector General for Afghanistan Reconstruction found. See for yourself how that money could have been used at home. Explore the app.The United States Agency for International Development and a Pentagon task force were in charge of
developing a so-called "extractive" industry in Afghanistan — basically a system for getting precious resources out of the ground and to the commercial market. SIGAR called out both USAID and the Defense Department last year for their failures to coordinate and to ascertain the ability of Afghans to

sustain the project, which unsurprisingly is not promising. In fact, when international aid stopped supporting the Afghan office responsible for oversight of the petroleum and natural gas industries, two-thirds of the staff were fired.

Exploiting these resources, which are estimated to be worth as much as $1 trillion, is pivotal to Afghanistan's economic future. SIGAR noted that the Afghan government has shown progress under USAID's tutelage in regulating and developing the commercial export of the resources. But the report said the project was still hampered by corruption, structural problems and a lack of infrastructure for the mining industry, such as reliable roads. Many of the mines operate illegally, with some profit going to the insurgency, SIGAR said.

When it came to individual extractive projects, there was little progress made, the IG found.

The controversial Pentagon task force in charge of much of the effort, the Task Force for Business Stability Operations, spent $215 million on 11 extractive programs, but "after operating in Afghanistan for 5 years, TFBSO left with nearly all of its extractive projects incomplete," SIGAR found. Three ofthe programs technically met objectives, but one of those is of questionable value at best. The task force built a gas station for an outrageously inflated cost and in the end it didn't have any customers. So while the objective to create the station was achieved, SIGAR doubted it was a worthwhile venture.

The task force, made up of mostly civilian business experts and designed to develop the Afghan economy, has come under fire from SIGAR and Congress for demanding unusual and expensive accommodations in the country, allegedly punishing a whistleblower, and lacking overall accountability. The Senate is holding a hearing on the task force next week.

In today's report, SIGAR highlighted that the task force spent $46.5 million to try to convince companies to agree to develop the resources, but not one ended up signing a contract. About $122 million worth of task force programs had mixed results, SIGAR said.

The Defense Department declined SIGAR's request to comment on its findings. In its response, USAID said it has helped Afghanistan "enact investor-friendly extractive legislation, improve the ability to market, negotiate and regulate contracts, and generate geological data to identify areas of interest to attract investors." Any conclusions and criticisms, USAID told SIGAR, "need to be substantially tempered by the reality that mining is a long-term endeavor."

daily newsletter to get more of our best work.Megan McCloskey

Megan McCloskey covers the military for ProPublica. Previously she was the national correspondent at Stars and Stripes.

Follow @MegMcCloskeyWHY A WEBSITE COMPANY DESPERATELY WANTS TO PUSH ELECTRIC CARS! GOOGLE'S AWFUL SECRET

Google's owners got an exclusive kickback scam between themselves and the White House over lithium ion batteries ravaged from war profiteering in Afghanistan, political rigging in Bolivia and other war incursions.

Google wants to push electric cars to keep it's owners political payola scams alive.

Deadly, toxic, explosive, a risk to national security, fetus damaging...yet Google charged full speed ahead into it.. READ THE REPORT TO SEE WHY!Obama administration to announce efforts to boost self-

driving carsBy David Shepardson

Reuters

By David Shepardson

DETROIT (Reuters) - The Obama administration will announce efforts to boost self-driving cars on Thursday, and President Barack Obama may discuss advanced transportation efforts in his final State of the Union Address on Tuesday, according to government officials.

Mark Rosekind, head of the National Highway Traffic Safety Administration, told reporters that Transportation Secretary Anthony Foxx will be in Detroit to talk about efforts by the Obama administration to speed the introduction of self-driving vehicles.

"Thursday is huge because this is the White House telling you that the secretary is going to be here to amplify stuff that is coming out of the State of the Union, and it's focused on self-driving cars," Rosekind told reporters in Detroit.

There is not yet a clear legal framework governing their presence on U.S. roads.

Automakers and technology companies such as Alphabet Inc's Google have called on regulators to clarify guidelines for introduction of autonomous driving technology, in part out of concern that a mishap involving a self-driving car could result in costly litigation.

A Google spokesman said the company will take part in Thursday's announcement by Foxx. Detroit automakers are also likely to participate.

In December, Rosekind said he opposes a "patchwork" of state regulations on driverless cars and promised a "nimble, flexible" approach to writing new rules for self-driving vehicles.(Reporting by David Shepardson; Editing by Bill Rigby and Dan Grebler)

Google Seeks Multiple Auto Partners for Self-Driving Car
Unit
Dana Hull danahull
John Lippert johnmlippert
 Company wants to begin announcing some joint efforts this year
 Google vehicle chief John Krafcik speaks at Detroit meeting
Share on Facebook Share on Twitter
Share on LinkedIn Share on Reddit Share on Google+ E-mail

Google hopes to form partnerships with many automakers and suppliers as it develops self-driving cars to reduce traffic accidents and expand mobility for elderly and disabled people, the head of its vehicle project said.

The Alphabet Inc. company wants to announce some of those joint efforts during 2016, John Krafcik, the Google executive, said in Detroit at an Automotive News conference Tuesday held in conjunction with North American International Auto Show.

Almost every automaker "has been in to speak with us, if only to understand where we are," Krafcik said. "I don't know how many we'll end up having."

His comments counter speculation that Google would pick a single automaker as its exclusive partner for self-driving cars. Yahoo Autos reported last month that Ford Motor Co. would announce a joint venture with Google on self-driving. Fiat Chrysler Automobiles NV and General Motors Co. have also said they're talking with Google about developing self-driving cars.

Google Hires Former Obama Adviser Atkinson to Lead
Global Policy
Jack Clark mappingbabel
Share on Facebook Share on Twitter
 Caroline Atkinson was deputy national security adviser
 Company faces probes in Europe and U.S. as influence growsGoogle has hired former White House Deputy National Security Adviser Caroline Atkinson to lead its
global policy team as the Internet advertising giant seeks an advocate to deal with regulators around the world.

Atkinson, 63, stepped down in December from her post in U.S. President Barack Obama's administration as an emissary to the Group of 20 economies, negotiating behind-the-scenes on agreements of international scope and significance. Google, a unit of Alphabet Inc., currently faces probes from both federal and European regulators into its businesses, as the company's increasing influence over areas like mobile phones and Web search draws scrutiny.

"Caroline's an internationally respected diplomat and adviser, and we're delighted to have such a thoughtful leader heading our global policy team," Google General Counsel Kent Walker said in a statement.

Atkinson also previously worked at the National Security Council, the International Monetary Fund, the Treasury Department, and investor consultancy Stonebridge International. She was selected by the Obama administration in June 2013.

Articles

Afghanistan Waste Exhibit A: Kajaki Dam, More Than $300M Spent and

Still Not Done

Today, 12:30 p.m.

A Senate subcommittee is looking at waste by a Pentagon task force. It would do well to review the reasons why a major hydroelectric power plant sits unfinished.

The U.S. Spent a Half Billion on Mining in Afghanistan With 'Limited

Progress'

Jan. 14, 12:49 p.m.

The Special Inspector General for Afghanistan Reconstruction has labelled yet another project in danger of failing. This time its U.S. plans to develop the country's oil, gas and minerals industries.

We Blew $17 Billion in Afghanistan. How Would You Have Spent It?

Dec. 17, 2015, 11:03 a.m.

The U.S. government has wasted billions of dollars in Afghanistan, and until now, no one has added it all up. Project after project blundered ahead. And Congress has barely blinked as the financial toll has mounted. Here's what the Special Inspector General for Afghanistan Reconstruction found.

Pentagon Task Force: We Want Villas and Flat-Screen TVs in Afghanistan

Dec. 3, 2015, 12:01 a.m.In its latest salvo, the inspector general dings the controversial task force for spending $150 million on

private housing in Afghanistan, including fancy meals and round-the-clock bodyguards.

Plot Thickens: Pentagon Now Facing More Scrutiny Over $766 Million Task

Force

Nov. 25, 2015, 12:45 p.m.

Senators were already questioning why the Defense Department was restricting a government watchdog. Now there are criminal investigations and questions about retaliation against a whistleblower.

Watchdog Accuses Pentagon of Evading Questions on $800 Million

Afghanistan Program

Nov. 2, 2015, 8:35 a.m.

Despite lacking access to key documents and personnel, the inspector general determined that nearly $43 million had been spent on a natural gas station that should have cost closer to $300,000.

Taxpayers Fund Yet Another Unneeded Building in Afghanistan

Sep. 3, 2015, 7 a.m.

The U.S. military shelled out millions before deciding the project was unnecessary, bringing the total for unused buildings spotted by the Inspector General for Afghanistan to nearly $42 million.

The Military Built Another Multimillion-Dollar Building in Afghanistan That

No One Used

July 19, 2015, 11:01 p.m.

In its latest report, the inspector general found that the U.S. military continued to build a $14.7 million warehouse after it knew it wasn't needed, echoing an earlier investigation into an unused $25 million HQ.

Behavior of Military Lawyer in Boondoggle HQ Inquiry Under Scrutiny

May 28, 2015, 11:13 a.m.

Several U.S. Senators and military lawyers say they are concerned by Col. Norm Allen's attempts to thwart an investigation into why the U.S. Military built an unneeded luxury headquarters in Afghanistan.

Boondoggle HQ
May 19, 2015, 11:01 p.m.
The $25 Million Building in Afghanistan Nobody NeededMoney as a Weapons System
May 15, 2015, 8 a.m.
How U.S. commanders spent $2 billion of petty cash in Afghanistan
Billions Blown in Afghanistan Reconstruction Spending? (MuckReads
Edition)
March 31, 2015, 2 p.m.
Pentagon Finally Identifies the Remains of a POW Lost Since 1942
Jan. 27, 2015, 5 a.m.
Long buried alongside hundreds of unknown U.S. soldiers in the Philippines, Pvt. Arthur "Bud" Kelder
is on his way home after a lawsuit by his family and an investigation by ProPublica and NPR.
Head of Flawed Effort to ID Missing Soldiers Loses Job
Oct. 3, 2014, 9:32 a.m.
The departure of veteran lab director Tom Holland appears to be the first leadership change in the
Pentagon's overhaul of its identification process.
Pentagon Report Finds Litany of Problems with Effort to Recover MIAs
July 11, 2014, 11:17 a.m.
A draft inspector general report found that the mission lacks basic metrics for how to do the job – and
when to end it.
Pentagon Finally Decides to Dig Up Remains of Long Lost Soldier
July 1, 2014, 11:25 a.m.
After a ProPublica story, the military will exhume a grave in the Philippines that may hold the remains
of Bud Kelder, an American POW whose family has long been fighting the Pentagon to get him home.
Big Revamp of Pentagon's Troubled Mission to Find Missing Soldiers
Looks a Lot Like Old Revamp
April 16, 2014, 12:31 p.m.
Without change of leadership throughout, meaningful change could be elusive, critics say.
Pentagon Overhauls Effort to Identify its Missing
March 31, 2014, 6:20 p.m.
The restructuring promises to address many of the problems laid out in a recent ProPublica and
NPRinvestigation.
French, Germans Return Fallen GI After Pentagon Gives Up
March 21, 2014, 4:44 a.m.
For more than 50 years, Army PFC Lawrence S. Gordon was mistakenly interred as a German soldier
in a cemetery in France. Then European officials did what the U.S. military would not, exhuming him
and identifying him with DNA.
Four Ways to Really Fix the Pentagon's Effort to ID the Missing
March 14, 2014, 10:11 a.m.
Changes must go beyond bureaucracy to update the scientific approach and embrace outside help.
Mining in Afghanistan - Wikipedia, the free encyclopedia
Mining in Afghanistan is controlled by the Ministry of Mines and Petroleum, which is headquartered in
Kabul with regional offices in other parts of the country.
en.wikipedia.org/wiki/Mining_in_Afghanistan
The future of Silicon Valley may lie in the mountains of ...
The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt
flats of Western Afghanistan.
venturebeat.com/2014/03/20/lithium-afghanistan/
$1 Trillion Motherlode of Lithium and Gold Discovered in ...

A recently unearthed 2007 United States Geological Service survey appears to have discovered nearly
$1 trillion in mineral deposits in Afghanistan, far bey
mining.com/1-trillion-motherlode-of-lithium-and-gold...
Afghanistan: The Saudi Arabia of Lithium ? : Discovery News ...
Lithium, which is used to make batteries for everything from mobile phones to iPads, could transform
the war-torn nation's economy. THE GIST - Nearly $1 ...
news.discovery.com/earth/afghanistan-minerals-lithium.htm
Afghanistan the "Saudi Arabia of lithium " - Khaama Press (KP ...
The Afghanistan's natural resources are considered to be a silver lining for the economy of Afghanistan,
as the NATO-led international coalition
khaama.com/afghanistan-the-saudi-arabia-of-lithium-1747Afghans Wary as Efforts Pick Up to Tap
Mineral Riches - The ...
With a trillion-dollar cache of oil, gold and other resources underground, hopes of self-sufficiency in
Afghanistan are tempered by worries about ...
nytimes.com/2012/09/09/world/asia/afghans-wary-as-eff...
The War is Worth Waging": Afghanistan's Vast Reserves of ...
"The War is Worth Waging": Afghanistan's Vast Reserves of Minerals and Natural Gas The War on
Afghanistan is a Profit driven "Resource War".
globalresearch.ca/the-war-is-worth-waging-afghanistan-s-vas...
Why Afghanistan's Lithium Is a Big Deal, Even If It Never ...
Why is this significant? Because even if Afghanistan's lithium never leaves the ground, the sudden,
black-swan appearance of a new and potentially massive ...
popsci.com/science/article/2010-06/why-finding-lithi...
U.S. Identifies Vast Mineral Riches in Afghanistan - The New ...
The nearly $1 trillion in untapped deposits are enough to fundamentally alter the Afghan economy and
perhaps the Afghan war itself, officials said.
nytimes.com/2010/06/14/world/asia/14minerals.html
The Spoils of the War on Afghanistan, One Trillion Dollars of ...
Above: An Italian helicopter flies over western Afghanistan during an international operation. Lithium
reserves have been found in the western part of that country.
globalresearch.ca/the-spoils-of-the-war-on-afghanistan-one-...
Conspiracy Theory- Afghanistan's Lithium Takeover
Conspiracy Theory- Afghanistan's Lithium Takeover. ... The candidate must support the corporation's
wishes, and this time it would be the Afghanistan mining ...
illuminatiwatcher.com/conspiracy-theory-afghanistans-lithium-ta...
Does Us Have Control Of Lithium Mines In Afghanistan - Prijom
The War is Worth Waging Afghanistan's Vast Reserves of Minerals : The 2001 bombing and invasion of
Afghanistan has been presented to World public for lithium ...
prijom.com/posts/does-us-have-control-of-lithium-min...
There are better places than Afghanistan to mine for lithium .
For years, the mining industry has known that there are vast supplies of lithium, an element that is
crucial to the technology business, sitting untapped u
slate.com/articles/news_and_politics/politics/2010/...Eyes on Afghanistan as Next Lithium Motherlode
| OilPrice.com
Eyes on Afghanistan as Next Lithium Motherlode. ... Lithium is positioned to play a key role in this
mining venue, as Afghanistan is said to have one of the world's ...
oilprice.com/Energy/Energy-General/Eyes-on-Afghanistan...
China, Not U.S., Likely to Benefit from Afghanistan's Mineral ...
Although the U.S. government has spent more than $940 billion on the conflict in Afghanistan since

2001, a treasure trove of mineral deposits, including ...
dailyfinance.com/2010/06/14/china-us-afghanistan-mineral-m...
Afghanistan grants key copper and gold permits | MINING .com
The government of Afghanistan announced Friday its preferred bidders for three of its four current
mineral tenders, with a consortium backed by City of London banker ...
mining.com/afghanistan-grants-key-copper-and-gold-mi...
Afghanistan's lithium Eureka: A big win for China, or another ...
Since reports emerged this weekend that Afghanistan is home to a massive deposit of useful minerals,
namely lithium, the green news complex has been ...
venturebeat.com/2010/06/14/afghanistans-lithium-eureka-a-...
Dreams Of A Mining Future On Hold In Afghanistan : NPR
Afghan miners in a makeshift emerald mine in the Panjshir Valley in 2010. Reports suggest that
Afghanistan is sitting on significant deposits of oil, gas ...
npr.org/2012/04/04/149611352/dreams-of-a-mining-f...
Massive Afghanistan Lithium Deposit (As In Batteries) Could ...
A large mineral deposit worth an estimated $1 trillion has been discovered in Afghanistan, Pentagon
officials revealed today. The find could change the nation's ...
gizmodo.com/5562473/massive-afghanistan-lithium-depos...
US discovers natural desposits of gold, iron, copper and ...
A Pentagon memo claims Afghanistan could become the 'Saudi Arabia of lithium', a key raw material
in the manufacture of batteries for laptops and mobile phones.
dailymail.co.uk/news/article-1286464/US-discovers-natural...
Afghanistan's Lithium , Pakistan's Loss - New America Media
Anonymous Posted Oct 2 2010. The electric car projects are just a scam to get a ceratin group of VC's
to control the lithium fields in Afghanistan!
newamericamedia.org/2010/07/afghanistans-lithium-pakistans-lo...Lack of regulation limits Afghan
gem mining | Global Risk ...
The lack of clear industry rules is hampering the growth of Afghanistan's mining sector. Blessed with
mineral wealth, Kabul remains unable to utilize it.
globalrisksinsights.com/2013/06/lack-of-regulation-limits-afghan-...
Afghanistan: War for Lithium ? (Mar 11, 2013) - Truth in Media
Afghanistan: War for Lithium? How supposed "War on Terror" and "War on Opium" morphed into
"War for Lithium," mineral essential for building of nuclear weapons; US ...
truthinmedia.org/2013/AfghanWar.html
Vast $Trillion Mineral Deposits Discovered in Afghanistan ...
'Trillion dollar' mineral deposits have been discovered in Afghanistan according to US officials. These
deposits include vast quantities of iron, copper, and lithium ...
thenewslink.com/afghanistan-lithium-trillion-dollar-miner...
Lithium in Afghanistan for electric cars: a blessing and a curse
Lithium in Afghanistan, as well as rich deposits of other precious minerals, could further complicate
U.S. goals in the Afghanistan war.
personalmoneystore.com/moneyblog/lithium-afghanistan/
Afghanistan's Lithium Wealth Could Remain Elusive
Afghanistan may be the Saudi Arabia of lithium—a key energy storage medium—but prosperity will
not flow easily.
news.nationalgeographic.com/news/2010/06/100616-energy-afghanistan-li...
Lithium in Afghanistan - mom.gov.af
Lithium in Afghanistan Figure 1. Lithium occurrences in Afghanistan on a low-resolution Landsat
image, with major tectonic features, intrusive

mom.gov.af/Content/files/MoMP_LITHIUM_Midas_Jan_2014...
Afghanistan: Mining , Minerals and Fuel Resources
Afghanistan, with a total population of 30,419,928 as of July 2012, is located in Southern Asia, north
and west of Pakistan, east of Iran. The country mostly has an ...
azomining.com/Article.aspx?ArticleID=170
Afghanistan copper, lithium worth $1 trillion | Marketplace.org
American geologists have reported that Afghanistan is sitting on $1 trillion of copper and lithium
deposits, a new-found mineral wealth that marks the country as a
...marketplace.org/topics/world/afghanistan-copper-lithium-w...
Why Lithium Can't Save Afghanistan : Discovery News
Why Lithium Can't Save Afghanistan. Jun 16, ... After that comes mining lithium-bearing minerals
right out of granites. Until recently, ...
news.discovery.com/earth/can-lithium-really-save-afghanistan...
The ASIA Miner - AFGHANISTAN - Survey of lithium deposits
Central Asian Mining Services (CAMS) has been contracted to assist in a survey of lithium deposits in
Afghanistan. The country is believed to contain significant ...
asiaminer.com/news/latest-news/5996-afghanistan-survey-...
Afghanistan's trillion dollar curse: lithium - City of Brass
Afghanistan has a national mining law, ... about Afghanistan's trillion dollar curse: ... work and your
post about Afghanistan's trillion dollar curse: lithium
beliefnet.com/columnists/cityofbrass/2010/06/afghanista...
lithium mining in pakistan - mtmcrusher.com
Why Afghanistan's Lithium Is a Big Deal, Even If It Never Leaves the . ... Lack of Regulation Limits
Afghan Gem Mining | Global Risk Insights.
mtmcrusher.com/environment/lithium-mining-in-pakistan.html


The future of Silicon Valley may lie in the mountains
of Afghanistan
Richard Byrne Reilly
Tags: Andrew Chung, Apple, Donald R. Sadoway, editor's pick, Jay Jacobs, Khosla Ventures, lithium,
Lithium Exploration Group, lithium-ion batteries, Michel Chossudovsky, Tesla, Tesla Motors, top-
storiesAbove: An Italian helicopter flies over western Afghanistan during an international operation.
Lithium
reserves have been found in the western part of that country.
Image Credit: ISAF Media
The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt
flats of Western Afghanistan.
United States Geological Survey teams discovered one of the world's largest untapped reserves of
lithium there six years ago. The USGS was scouting the volatile country at the behest of the U.S.
Department of Defense's Task Force for Business and Stability Operations. Lithium is a soft metal used
to make the lithium-ion and lithium-polymer batteries essential for powering desktop computers,
laptops, smartphones, and tablets. And increasingly, electric cars like Tesla's.
The vast discovery could very well propel Afghanistan — a war-ravaged land with a population of 31
million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish,
and marijuana — into becoming the world's next "Saudi Arabia of lithium," according to an internal
Pentagon memo cited by the New York Times.
The USGS survey report on Afghanistan that detailed the findings also noted that, in addition to
lithium, the country also contains huge deposits of iron ore, gold, cobalt, copper, and potash, among
many other valuable minerals.

"The mineral wealth there is astonishing," said professor Michel Chossudovsky of the Montreal-based Center for Research and Globalization, who has written extensively on Afghanistan.

A conservative estimate of the riches is $1 trillion. In some circles, it's as high as $5 trillion.Above: A typical lithium "button" cell found in many small electronics.

Image Credit: Rodrigo Senna

In Silicon Valley and beyond, tech companies like Apple, Google, Amazon, Microsoft, Hewlett-Packard, Samsung, Sony, and Tesla rely on continual, and uninterrupted, access to lithium, as lithium-based batteries are the primary power storage devices in their mobile hardware.

Without these batteries, MacBooks, iPads, iPhones, Kindles, Nooks, Galaxy IIIs, Chromebooks, and, yes, Tesla Model S cars would be largely worthless. If forced to use older, nonlithium batteries, their battery lives would certainly be much shorter.

The world's current lithium heavyweight is Bolivia, the biggest exporter of the element. There, in the swamps and marshlands of the southern region of the country near where the borders of Chile and Argentina meet, are the biggest deposits.

Canada, China, Australia, and Serbia also have varying amounts of lithium, but not as much as Bolivia. Or apparently, Afghanistan.

Enough to last a lifetime

Depending on who you talk to, the current lithium global reserves are adequate for at least another generation of lithium-ion battery manufacturers to produce them.

But not everybody thinks so, and some say the light metal compound may someday run dry. That could in turn spell trouble for any company whose business depends on light and portable mobile electronics — unless someone comes up with an alternative to lithium batteries before then.

The experts VentureBeat interviewed pointed to sharp year-on-year increases in the demand for lithium. That's putting heavy pressure on existing stockpiles.

According to Lithium Americas, a Canadian lithium-mining company with significant business interests in Argentina, lithium demand will more than double in the next 10 years, while lithium prices have nearly quadrupled during the same timeframe.

Tesla, for its part, is in the process of investing up to $5 billion to build its own lithium-ion Gigafactory in Texas, a plant capable of churning out 500,000 expensive battery packs a year by 2020 for its line of zero-emission, all-electric cars.Above: Tesla predicts that its "Gigafactory" will produce more lithium batteries (by capacity) in 2020

than the entire global production of such batteries in 2013.

Image Credit: Tesla Motors

A Tesla spokeswoman did not return calls seeking comment.

As a potential source to feed that demand, enter Afghanistan.

"At some point, if present trends continue, demand [for lithium] will outstrip the supply. And again, at some point, the market for lithium-ion could get so big that it actually affects the supply chain," said Donald R. Sadoway, a professor of the Materials Chemistry Department of Materials Science and Engineering at MIT.

Looking at Afghanistan, Sadoway says the war-ravaged nation, which has no effective mining infrastructure in place, may well be attractive to the world's mining outfits.

"In this regard," Sadoway, one of the world's foremost experts on energy sources, says, "the deposits in Afghanistan could be important."

Andrew Chung, a venture capitalist with Khosla Ventures in Silicon Valley who has invested in multiple startups producing alternative batteries, says lithium-ion batteries are limited in their lifetime cycles, scalability, and cost. Despite this, Chung says, he can understand how the untapped reserves of Afghan lithium are now an increasing focus.

"It is an issue of the supply chain, whether it's Afghanistan or other [countries]. There is a finite supply, and lithium-ion will continue to be the [power] choice for the next decade," Chung said.

Some of the Valley's biggest and most powerful tech companies either declined to comment for this story or never returned calls. But they didn't deny the importance of lithium-ion batteries.

For instance, an Apple spokesperson declined to comment for this story but provided VentureBeat witha 2014 "Suppliers List" of the 200-plus vendors it uses to produce its products. A related post made the

Cupertino, Calif.-based company's commitment to lithium batteries clear, at least in the short term.

"Rechargeable, lithium-based technology currently provides the best performance for your Apple notebook computer, iPod, iPhone, or iPad," the Apple post says.

Sony Energy Devices Corp. invented the lithium-ion battery in 1994. It was hailed as a breakthrough, providing longer battery life and without the "memory effect" that gradually reduced the effective capacity of previous types of batteries.

Since then, companies have gradually refined lithium battery technology but have not succeeded in moving beyond it. Indeed, early Tesla cars are actually powered by large packs of industry-standard lithium-ion battery cells — the same type of cells found in many laptop batteries.

And here is where it gets interesting.

Sharply increasing demand

Above: The custom battery pack Tesla uses for its Tesla Model S. Inside are hundreds of lithium cells.

Image Credit: Tesla Motors

If electric car manufacturers begin ramping up production of lithium-ion battery-powered cars, the global demand for lithium will skyrocket. This could potentially come about at the same time for increasing demand for handheld consumer goods like tablets and laptops, Chung said, thus creating a perfect storm.

"So you want to start looking at other sources producing it with current supplies being called into question, if we move more toward production of electric cars," Chung said.

Which is why, increasingly, eyes are turning to Afghanistan and its new purported lithium reserves, a country long referred to as the "graveyard of empires." The U.S. invaded Afghanistan after the terror attacks of Sept. 11, 2001, and according to iCasualties, 2,315 American servicemen and women have been killed there.

Analyst Jay Jacobs of Global X Funds in New York, which has interests in lithium mining, said demand for the compound is growing, and that "there are two regions that have been revealed to contain hugelithium reserves: Afghanistan and Bolivia."

William Tahil, a respected lithium expert who lives in France and is the general director for Material International Research, argues that lithium deposits in Bolivia will at some point be depleted.

Jacobs was sanguine about safely extracting lithium from Afghanistan. He said political risks there were considerable.

"With that being said, should there be a substantial and sustained increase in demand for lithium, lithium miners may become increasingly interested in the country as it has an abundance of the resource," Jacobs said.

It was the Soviets who first discovered the country's deposits when they invaded in 1979. Soviet geologists began mapping Afghanistan's lithium, gold, and potash fields but abandoned their efforts after the former communist superpower pulled out of the country in 1989.

But with a weak and corruption-plagued "central government," Afghanistan is now ripe for the picking, Chossudovsky said. Indeed, the country is still very much divided into fiefdoms, with the Muslim fundamentalist Taliban, warlords, and drug traffickers controlling large swaths of the country — and using violence to advance their interests.

"There's no question the mining companies will go in there. No question. There's no real functioning government there to reap the foreign investment of the mineral deposits. This makes it all the more enticing to the mining companies because nobody in the government of [President] Hamid Karzai will be regulating the bonanza of lithium, so they can do what they want," he said.

Jockeying for positionAbove: A lithium processing plant in Chile. Lithium is typically refined from vast piles of mineral salts.

Image Credit: Reduse.org

For its part, the U.S. government, which helped locate the lithium deposits using flyovers with a sensor-filled Lockheed P-3 Orion and teams of geologists fielding soil samples, knows a potential gold rush when it sees one. And it has no intention of being left on the sidelines. Especially since the Chinese are now — and quickly — making deals with Afghan pols for mineral rights to copper deposits.

The USGS did return multiple calls seeking comment. Nor did the Pentagon.

Despite what some say are the shortcomings of lithium-ion batteries, venture capitalists and investors continue pouring money into them. Amprius, a lithium battery maker based in Sunnyvale, Calif., snared a $30 million infusion round of investor cash in January.

Over at the Afghan embassy in Washington, D.C., the Afghans are licking their lips at the potential lithium and mineral windfall despite the country's continued conflict with a resurgent Taliban. What this may portend for the impoverished and war-torn nation is anybody's guess. But the Afghans are playing up the finds — or they were, until recently.

"In recent years, headlines from the Afghan mineral sector have competed to outdo each other in scale: from the landmark $3 billion Chinese investment in the Aynak copper concession to the astounding survey work of the U.S., Afghan, and British Geological Services estimating anywhere between $1 trillion and $3 trillion in mineral potential, to the historic $11 billion deal now being finalized with an Indian consortium for the Hajigak iron ore concession," said a posting on the Afghani Washington DC website.

Afghanistan's ambassador to the U.S., Eklil Hakimi, presided over a press conference at the Afghan embassy in Washington, D.C., on March 10, where he talked about the untapped deposits, along with reps from the USGS and other U.S. politicians.

But Hakimi, through a spokesman, told me he simply didn't have the time to talk..."

The above is only a partial sample of evidence from that book. Over 10,000 pages of evidence have been linked to the court files confirming the above facts.

PLEASE TAKE FURTHER NOTICE that while it is a false flag to embrace the anti-Trump clarion call that "The Russians did it", there are certainly some important Russian parties to take note of in this matter.

**PLEASE TAKE FURTHER NOTICE that Gawker Media ran multiple hit-jobs on XP in order to harm XP and XP's staff in order to punish them for competing with Tesla's and Solyndra's Afghan lithium and indium multi-trillion dollar mining scam and to try to diminish XP if a Special Prosecutor could have been moved into place in the Obama Administration. GAWKER MEDIA IS A HIRED CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION ENGINES!**

+1 attachment

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) FURTHER EVIDENCE FOR THE NOTICE OF REQUEST TO PROPERLY STATE "THE RUSSIANS DID IT" SCENARIO IN CONTEXT OF THE GAWKER BANKRUPTCY

+ six attachments

# NOTICE OF HATE SPEECH USAGE BT GAWKER COUNSEL TO ATTACK CREDITOR/PLAINTIFFS IN ORDER TO DAMAGE CREDITOR/PLAINTIFFS

**PLEASE TAKE NOTICE** in a report filed today by Zero Hedge, in 1967, the CIA Created the Label *"Conspiracy Theorists"* ... to Attack Anyone Who Challenges the "Official" Narrative. Gawker's Lawyers have continued to use this "hate speech" to attack Creditor/Plaintiffs in order to further Gawker's intimidation, defamation, character assassination and vendetta retribution program against Creditor/Plaintiffs.

Conspiracy Theorists USED TO Be Accepted As Normal

Democracy and free market capitalism were founded on conspiracy theories.

The Magna Carta, the Constitution and Declaration of Independence and other  founding Western documents were based on conspiracy theories. Greek democracy and free market capitalism were also based on conspiracy theories.

But those were the bad old days …Things have now changed.

The CIA Coined the Term Conspiracy Theorist In 1967

That all changed in the 1960s.

Specifically, in April 1967, the CIA wrote a dispatch which coined the term "conspiracy theories" … and recommended methods for discrediting such theories.  The dispatch was marked "psych" –  short for "psychological operations" or disinformation –  and "CS" for the CIA's "Clandestine Services" unit. The dispatch was produced in responses to a Freedom of Information Act request by the New York Times in 1976.

The dispatch states:

2. This trend of opinion is a matter of concern to the U.S. government, including our organization.

***

The aim of this dispatch is to provide material **countering and discrediting the claims of the conspiracy theorists**, so as to inhibit the circulation of such claims in other countries. Background information is supplied in a classified section and in a number of unclassified attachments.

 3. Action. We do not recommend that discussion of the [conspiracy] question be initiated where it is not already taking place. Where discussion is active addresses are requested:

 a. To discuss the publicity problem with and friendly elite contacts (especially politicians and editors) , pointing out that the [official investigation of the relevant event] made as thorough an investigation as humanly possible, that the charges of the critics are without serious foundation, and that further speculative discussion only plays into the hands of the opposition. Point out also that parts of the conspiracy talk appear to be deliberately generated by … propagandists. Urge them to use their influence to discourage unfounded and irresponsible speculation.

b. To **employ propaganda assets to and refute the attacks of the critics. Book reviews and feature articles are particularly appropriate for this purpose.** The unclassified attachments to this guidance should provide useful background material for passing to assets. Our ploy should point out, as applicable, that the critics are (I) **wedded to theories adopted before the evidence was in**, (II)

**politically interested**, (III) **financially interested**, (IV) hasty and inaccurate in their research, or (V) **infatuated with their own theories**.

 \*\*\*

 4. In private to media discussions not directed at any particular writer, or in attacking publications which may be yet forthcoming, the following arguments should be useful:

 a. **No significant new evidence has emerged** which the Commission did not consider.

\*\*\*

b. Critics usually overvalue particular items and ignore others. They **tend to place more emphasis on the recollections of individual witnesses** (which are less reliable and more divergent–and hence offer more hand-holds for criticism) …

\*\*\*

 c. **Conspiracy on the large scale often suggested would be impossible to conceal** in the United States, esp. since informants could expect to receive large royalties, etc.

\*\*\*

 d. Critics have often been enticed by a form of intellectual pride: **they light on some theory and fall in love with it**; they also scoff at the Commission because it did not always answer every question with a flat decision one way or the other.

 \*\*\*

 f. As to charges that the Commission's report was a rush job, it emerged three months after the deadline originally set. But to the degree that the Commission tried to speed up its reporting, this was largely due to the pressure of **irresponsible speculation** already appearing, in some cases coming from the same critics who, refusing to admit their errors, are now putting out new criticisms.

 g. **Such vague accusations as that "more than ten people have died mysteriously" can always be explained in some natural way** ….

 5. Where possible, counter speculation by encouraging reference to the Commission's Report itself. Open-minded foreign readers should still be impressed by the care, thoroughness, objectivity and speed with which the Commission worked. **Reviewers of other books might be encouraged to add** to their account the idea **that, checking back with the report itself, they found it far superior to the work of its critics.**

Here are screenshots of part of the memo:



Summarizing the tactics which the CIA dispatch recommended:

- Claim that it would be impossible for so many people would keep quiet about such a big conspiracy
- Have people friendly to the CIA attack the claims, and point back to "official" reports
- Claim that eyewitness testimony is unreliable
- Claim that this is all old news, as "no significant new evidence has emerged"
- Ignore conspiracy claims unless discussion about them is already too active
- Claim that it's irresponsible to speculate
- Accuse theorists of being wedded to and infatuated with their theories
- Accuse theorists of being politically motivated
- Accuse theorists of having financial interests in promoting conspiracy theories

In other words, the CIA's clandestine services unit created the arguments for attacking conspiracy theories as unreliable in the 1960s as part of its psychological warfare operations.

But Aren't Conspiracy Theories – In Fact – Nuts?

Forget Western history and CIA dispatches … aren't conspiracy theorists nutty?

In fact, conspiracies are so common that judges are trained to look at conspiracy allegations as just another legal claim to be disproven or proven *based on the specific evidence*:

Federal and all 50 state's **codes** include specific statutes addressing conspiracy, and providing the punishment for people who commit conspiracies.

But let's examine what the people trained to weigh evidence and reach conclusions think about "conspiracies". Let's look at what American **judges** think.

Searching Westlaw, one of the 2 primary legal research networks which attorneys and judges use to research the law, I searched for court decisions including the word "Conspiracy". This is such a common term in lawsuits that it overwhelmed Westlaw.

Specifically, I got the following message:

"Your query has been intercepted because it may retrieve a large number of documents."

From experience, I know that this means that there were potentially millions or many hundreds of thousands of cases which use the term. There were so many cases, that Westlaw could not even start processing the request.

So I searched again, using the phrase "Guilty of Conspiracy". I hoped that this would not only narrow my search sufficiently that Westlaw could handle it, but would give me cases where the judge actually found the defendant guilty of a conspiracy. This pulled up exactly 10,000 cases — which is the maximum number of results which Westlaw can give at one time. In other words, there were more than 10,000 cases using the phrase "Guilty of Conspiracy" (maybe there's a way to change my settings to get more than 10,000 results, but I haven't found it yet).

Moreover, as any attorney can confirm, usually only appeal court decisions are published in the Westlaw database. In other words, trial court decisions are rarely published; the only decisions normally published are those of the courts which hear appeals of the trial. Because only a very small fraction of the cases which go to trial are appealed, this logically means that the number of guilty verdicts in conspiracy cases at trial must be much, much larger than 10,000.

Moreover, "Guilty of Conspiracy" is only one of many possible search phrases to use to find cases where the defendant was found guilty of a lawsuit for conspiracy. Searching on Google, I got 3,170,000 results (as of yesterday) under the term "Guilty of Conspiracy", 669,000 results for the search term "Convictions for Conspiracy", and 743,000 results for "Convicted for Conspiracy".

Of course, many types of conspiracies are called other things altogether. For example, a long-accepted legal doctrine makes it illegal for two or more companies to conspire to fix prices, which is called "Price Fixing" (1,180,000 results).

Given the above, I would extrapolate that there have been hundreds of thousands of convictions for criminal or civil conspiracy in the United States.

Finally, many crimes go unreported or unsolved, and the perpetrators are never caught. Therefore, the actual number of conspiracies committed in the U.S. must be even higher.

In other words, conspiracies are committed all the time in the U.S., and many of the conspirators are caught and found guilty by American courts. Remember, Bernie Madoff's Ponzi scheme was a conspiracy theory.

Indeed, conspiracy is a very well-recognized crime in American law, taught to every first-year law school student as part of their basic curriculum. **Telling a judge that someone has a "conspiracy theory" would be like telling him that someone is claiming that he trespassed on their property, or committed assault, or stole his car. It is a fundamental legal concept.**

Obviously, many conspiracy allegations are false (if you see a judge at a dinner party, ask him to tell you some of the crazy conspiracy allegations which were made in his court). Obviously, people will either win or lose in court depending on whether or not they can prove their claim with the available evidence. But not all allegations of trespass, assault, or theft are true, either.

Proving a claim of conspiracy is no different from proving any other legal claim, and the mere label "conspiracy" is taken no less seriously by judges.

It's not only Madoff. The heads of Enron were found guilty of conspiracy, as was the head of Adelphia. Numerous lower-level government officials have been found guilty of conspiracy. See this, this, this, this and this.

Time Magazine's financial columnist Justin Fox writes:

Some financial market conspiracies are real …

Most good investigative reporters are conspiracy theorists, by the way.

And what about the NSA and the tech companies that have cooperated with them?

But Our *Leaders* Wouldn't Do That

While people might admit that corporate executives and low-level government officials might have engaged in conspiracies – they may be strongly opposed to considering that the wealthiest or most powerful might possibly have done so.

But powerful insiders have long admitted to conspiracies. For example, Obama's Administrator of the Office of Information and Regulatory Affairs, Cass Sunstein, wrote:

Of course some conspiracy theories, under our definition, have turned out to be true. The Watergate hotel room used by Democratic National Committee was, in fact, bugged by Republican officials, operating at the behest of the White House. In the 1950s, the Central Intelligence Agency did, in fact, administer LSD and related drugs under Project MKULTRA, in an effort to investigate the possibility of "mind control." Operation Northwoods, a rumored plan by the Department of Defense to simulate acts of terrorism and to blame them on Cuba, really was proposed by high-level officials ….

But Someone Would Have Spilled the Beans

A common defense to people trying sidetrack investigations into potential conspiracies is to say that "someone would have spilled the beans" if there were really a conspiracy.

But famed whistleblower Daniel Ellsberg explains:

It is a commonplace that "you can't keep secrets in Washington" or "in a democracy, no matter how sensitive the secret, you're likely to read it the next day in the New York Times." These truisms are flatly false. They are in fact cover stories, ways of flattering and misleading journalists and their readers, part of the process of keeping secrets well. Of course eventually many secrets do get out that wouldn't in a fully totalitarian society. But the fact is that the overwhelming majority of secrets do not leak to the American public. This is true even when the information withheld is well known to an enemy and when it is clearly essential to the functioning of the congressional war power and to any democratic control of foreign policy. **The reality unknown to the public and to most members of Congress and the press is that secrets that would be of the greatest import to many of them can**

**be kept from them reliably for decades by the executive branch, even though they are known to thousands of insiders.**

History proves Ellsberg right. For example:

- One hundred and thirty thousand (130,000) people from the U.S., UK and Canada worked on the Manhattan Project. But it was kept secret for years
- A BBC documentary shows that:

There was "a planned coup in the USA in 1933 by a group of right-wing American businessmen . . . . The coup was aimed at toppling President Franklin D Roosevelt with the help of half-a-million war veterans. The plotters, who were alleged to involve some of the most famous families in America, (owners of Heinz, Birds Eye, Goodtea, Maxwell Hse & George Bush's Grandfather, Prescott) believed that their country should adopt the policies of Hitler and Mussolini to beat the great depression" Moreover, "the tycoons told General Butler the American people would accept the new government because they controlled all the newspapers." Have you ever heard of this conspiracy before? It was certainly a very large one. And if the conspirators controlled the newspapers then, how much worse is it today with media consolidation?

- 7 out of the 8 giant, money center banks went bankrupt in the 1980′s during the "Latin American Crisis", and the government's response was to cover up their insolvency. That's a cover up lasting *several decades*
- Banks have been involved in systematic criminal behavior, and have manipulated every single market
- Governments have been covering up nuclear meltdowns for fifty years to protect the nuclear industry. Governments have colluded to cover up the severity of numerous other environmental accidents. For many years, Texas officials intentionally under-reported the amount of radiation in drinking water to avoid having to report violations
- The government's spying on Americans began before 9/11 (confirmed here and here. And see this.) But the public didn't learn about it until many years later. Indeed, the the New York Times delayed the story so that it would not affect the outcome of the 2004 presidential election
- The decision to launch the Iraq war was made before 9/11. Indeed, former CIA director George Tenet said that the White House wanted to invade Iraq long before 9/11, and inserted "crap" in its justifications for invading Iraq. Former Treasury Secretary Paul O'Neill – who sat on the National Security Council – also says that Bush planned the Iraq war before 9/11. And top British officials say that the U.S. discussed Iraq regime change one month after Bush took office. Dick Cheney apparently even made Iraqi's oil fields a national security priority before 9/11. And it has now been shown that a handful of people were responsible for willfully ignoring the evidence that Iraq lacked weapons of mass destruction. These facts have only been publicly disclosed recently. Indeed, Tom Brokaw said, "*All* wars are based on propaganda." A concerted effort to produce propaganda is a conspiracy

Moreover, high-level government officials and insiders have *admitted* to dramatic conspiracies after the fact, including:

- Supporting terrorists to promote geopolitical goals
- Supporting false flag terror

The admissions did not occur until *many decades* after the events.

These examples show that it is possible to keep conspiracies secret for a long time, without anyone "spilling the beans".

In addition, to anyone who knows how covert military operations work, it is obvious that segmentation on a "need-to-know basis", along with deference to command hierarchy, means that a couple of top dogs can call the shots and most people helping *won't even know* the big picture at the time they are participating.

Moreover, those who think that co-conspirators will brag about their deeds forget that people in the military or intelligence or who have huge sums of money on the line can be very disciplined. They are not likely to go to the bar and spill the beans like a down-on-their-luck, second-rate alcoholic robber might do.

Finally, people who carry out covert operations may do so for ideological reasons — believing that the "ends justify the means". Never underestimate the conviction of an ideologue.

The old saying by Lord Acton is true:

Power tends to corrupt, and absolute power tends to corrupt absolutely.

Those who operate without checks and balances – and without the disinfectant sunlight of public scrutiny and accountability – tend to act in their own best interests … and the little guy gets hurt.

The early Greeks knew it, as did those who forced the king to sign the Magna Carta, the Founding Fathers and the father of modern economics. We should remember this important tradition of Western civilization.

*Postscript: The ridicule of* **all** *conspiracy theories is really just an* [attempt to diffuse criticism of the powerful](#).

*The wealthy are not worse than other people … but they are* [not necessarily better](#) *either. Powerful leaders may not be bad people … or they* [could be sociopaths](#).

*We must judge each by his or her actions, and not by preconceived stereotypes that they are all saints acting in our best interest or all scheming criminals.*

The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker

Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker

Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring

Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o

Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

# NOTICE OF INTEREST TO JOIN CLASS ACTION CASES REPRESENTING PARTIES IN THE CLASS OF PERSONS MALICIOUSLY ATTACKED BY GAWKER MEDIA

PLEASE TAKE NOTICE that XP Vehicles hereby notifies all parties that XP and it's staff and investors are interested in joining other parties in a potential class action filing against Gawker Media.

PLEASE TAKE FURTHER NOTICE that Gawker Media ran multiple hit-jobs on XP in order to harm XP and XP's staff in order to punish them for competing with Tesla's and Solyndra's Afghan lithium and indium multi-trillion dollar mining scam and to try to diminish XP if a Special Prosecutor could have been moved into place in the Obama Administration. GAWKER MEDIA IS A HIRED CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION ENGINES!

# Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) PLEADING FOR COURT AFFIRMATION, OR DENIAL, OF CHARGES BY RENOWN THIRD PARTIES THAT GAWKER IS "PART OF A GLOBAL MONEY LAUNDERING OPERATION"

PLEADING FOR COURT AFFIRMATION, OR DENIAL, OF CHARGES BY RENOWN THIRD PARTIES THAT GAWKER IS "PART OF A GLOBAL MONEY LAUNDERING OPERATION"

**PLEASE TAKE NOTICE** That XP Vehicles has a concurrent related legal case and charges under-way against Gawker's partner: Google, Inc/YouTube/Alphabet (who are all the same overall entity).

**PLEASE TAKE NOTICE** That XP Vehicles has concurrent cases against the U.S. Department of Energy and Senior Officials of the U.S. Department of Energy in which the U.S. Courts have confirmed in writing that XP was targeted by corrupt public officials and wherein those corrupt officials were terminated.

**PLEASE TAKE NOTICE** That XP sued In-Q-Tel for corruption, in which case the CIA denied that IN-Q-Tel was a part of the CIA and referred to In-Q-Tel as a "rogue operative".

**PLEASE TAKE NOTICE** that all of the above Defendants are financially, operationally, beneficiary and controlling orders connected to this same case and in the course of those investigations former employees of Defendants made assertions regarding the activities of Gawker Media.

**PLEASE TAKE NOTICE** That recent reports by FireEye, Wordfence Security, DIA, CENTCOM, and major investigative publications have recently noted that Gawker's Eastern Bloc offices are less than a days drive from the largest internet attack center in the world in the Ukraine per previous filings in this case . Some of those parties have documented communications between the two networks associated with each, and the largest attacks from the Ukrainian buildings launching the attacks have been against media entities who are in conflict with Gawker Media and the Gawker Media related Cartel.

**PLEASE TAKE NOTICE** That other creditor/plaintiffs in this case have filed assertions and made statements indicating their concern that Gawker Media is a "money laundering operation."

**PLEASE TAKE NOTICE** that the same parties thought to be involved in larger money laundering efforts are also under investigation by Interpol, the EU and other entities in the HSBC Swiss Leaks and Clinton Foundation investigations.

**PLEASE TAKE NOTICE** of the article called: **Gawker Accused of Hiding Money in Europe by Hulk Hogan's Lawyers,** by Charlie Nash on 11 Apr 2016:

"Founder and owner of Gawker Media Nick Denton has been accused of hiding money and "playing down the value" of his company after being ordered to pay over $140 million in damages to former wrestling champion Hulk Hogan.

*The blogging network, along with Denton and former editor in chief AJ Daulerio, was ordered to pay Hogan $140 million after posting a portion of his private sex tape on their main outlet, Gawker.com, in 2012, but the company has been seeking to appeal the court decision ever since.*

"Gawker is now beginning the process of challenging the jury's verdict in a trial where key evidence was wrongly withheld and the jury was not properly instructed on the Constitutional standards for newsworthiness… and even if the verdict were to stand, there is no justification for awarding tens of millions of dollars never seen by victims of death and serious injuries," said Gawker in a statement.

*The company also claimed that it "would be ruinous" to their business should they have to pay the $140 million owed to Hogan, declaring Gawker to be worth only $83 million.*

"In my opinion, it's very hypocritical that Mr. Denton continues to cloak himself in the Constitution while it also appears he's expatriating great sums of money to Eastern Europe, potentially to avoid taxation and creditor issues," said Hogan's lawyer to the NY Post.

*Hogan's lawyers accuse Denton of hiding this money through "inflating license fees" to a European-based sister company, but Gawker has refused to release the transfer documents that would either confirm or dispute this.*

"We emerged victorious once and we plan to do so again," stated Hogan's legal team on the subject of Gawker's appeal. "Of note it is apparent Gawker is unable to accept responsibility for their actions or demonstrate any intention of correcting their behavior."

*It was previously reported that only 7% of Americans sided with Gawker in the sex tape trial. 77% of those polled claimed that the outlet's actions were completely "unacceptable."*

*Charlie Nash is the former editor of the Squid Magazine. You can follow him on Twitter @MrNashington."*

**PLEASE TAKE FURTHER NOTICE** of the fact that the video documentaries located at
*Part 1: https://youtu.be/xOOlsCWzItI*
*Part 2: https://youtu.be/DMHCtVEnEPg*
Part 3: https://www.youtube.com/watch?v=9SWpKerMeR8
*and in legal repositories, make a case that Gawker is a money scam and that Gawker's http://cink.hu/ staff have had a hand in that*

**PLEASE TAKE FURTHER NOTICE** of https://archive.is/BZ5l6
*wherein Gawker insiders discuss Gawker's $50 Million dollar minimum revenue plan*

**PLEASE TAKE FURTHER** NOTICE of the article called: **Hogan's Lawyers Think Gawker is Lying About Net Worth to Get Out of Verdict Cost** by Ethan Ralph

"It looks like Gawker is pulling out every unethical trick in the book to try and get out of paying Hulk Hogan the money he won fair and square in court. They're also concerned with doing everything possible to avoid paying the $50 million dollar bond necessary to advance their appeal case. Nick Denton and his thugs are saying the company is only worth $83 million so that they can get this bond reduced and also to get the judgement against them trimmed down if said appeal ends up failing. From The New York Post…

 **…Denton may try to get out of paying a required $50 million bond and the final judgment by lying about his and the company's worth, the documents charge.**

**Denton, who is Hungarian and British, appears to have hidden millions of dollars in Gawker profits through inflated licensing fees to a Hungary-based sister company, the documents charge…**

**In a Florida courtroom in March, the jury was told that Gawker is worth only $83 million, while Denton's net worth is $121 million — largely based on his shares in Gawker's parent company, Gawker Media Group Inc.**

**GMGI is valued at $267 million; Denton has a $117 million portion of it.**

**Gawker has refused to give up a document called a "transfer pricing study" that would determine whether the fees are inflated, citing lawyer-client privilege, according to court papers. Gawker has claimed that the $140 million jury award would be "ruinous" to its business, in a bid to get the judge to slash the amount to less than $2 million.**

**Yet its own pitch book for investors reveals a rosier future: Gawker's growth plan is to increase its operating income from $6.7 million in 2014 to $43 million in 2019.**

I know you all are as stunned as I am that the Cayman Islands loving Denton would try to use every unethical trick in the playbook to avoid paying out a hefty sum to Hogan and his attorneys. Honestly, I could understand reducing the verdict, even though I don't agree with that outcome. But lowering it down to $2 million is just plain laughable. It's almost as funny as the fuzzy math they're using to come up with the $83 million valuation. They can't help but lie when the truth would most likely help them more in this case. If Team Hogan end up proving this then Gawker is going to be in an even worse position that they were before…."


**PLEASE TAKE FURTHER NOTICE** that a FORTUNE MAGAZINE article **By Jeff John Roberts** called **Can Tech's Tattle Tycoon Trump Thiel?,** had critical content removed from it's original published form which stated: *that Gawker "**began moving to protect its assets"** in 2013 and "**paid out most of its profits from its Hungarian subsidiary in a massive dividend to shareholders."** That statement came from publicly available financial documents that showed a $4.6 million dividend. Documents later provided by Gawker, which stated that Gawker "**emptied its piggy bank well before a judge ruled in favor of Hogan,"** has been removed from the current onkline version of this article after what Fortune editors described as "severe threats" by Gawker. The Denton family trust in Greenmount Creek and ownership of Gawker has not been fulling described to this Court or to the Creditors and Plaintiffs per FBI and Treasuring insiders. The current,after-edits-article follows:*

"Gawker media founder Nick Denton used dotcom money to build one of the tech industry's biggest critics. At war with investor Peter Thiel, and facing bankruptcy, Denton may yet steal a page from Silicon Valley's tax masters to have the last laugh.

Nick Denton stared at the six jurors before him and prepared for the worst. They had a choice: side with Denton, an English entrepreneur–turned–New York blog baron, or Terry Bollea, the American wrestling icon known as Hulk Hogan. Over the years Denton had built his small but influentialRe: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) PLEADING FOR COURT AFFIRMATION, OR DENIAL, OF CHARGES BY RENOWN THIRD PARTIES THAT

GAWKER IS "PART OF A GLOBAL MONEY LAUNDERING OPERATION" company, Gawker Media, on the backs of countless reports that needled Hollywood celebrities, professional athletes, and Silicon Valley entrepreneurs. But when Gawker's namesake website in 2012 published a grainy sex video featuring Hogan, the self-proclaimed "gossip merchant" went a bridge too far. Hogan sued in his hometown court in Florida, secretly backed along the way by PayPal PYPL 0.56% cofounder Peter Thiel. And Thiel was willing to spend millions to show that subjects of Gawker Media's scrutiny could fight back and drive Denton out of business.

In the courtroom, the foreman stood up and delivered a judicial body slam: a $115 million award in favor of Hogan. Three days later, on March 21, jurors tacked on another $25 million in punitive damages. (Gawker has appealed.) The sum was enough to force Gawker Media, and Denton, into bankruptcy. Thiel, an iconoclast who once described Gawker's Valleywag website as "the Silicon Valley equivalent of Al Qaeda," had won. A billionaire tech entrepreneur had managed to crush one of his industry's most persistent critics.

Or so it seemed. A *Fortune* investigation into Gawker Media's finances reveals that though Denton is down, he is not out. As the company's websites assailed tech giants like Alphabet GOOGL 0.29% , Apple AAPL 0.39% , and Facebook FB 0.14% for byzantine schemes meant to reduce their tax burden, Gawker Media quietly played the same game. Our investigation reveals that Denton is as much a creature of the tech industry as he is a critic—and that Gawker's slippery but legal tactics may, in the end, help Denton survive Thiel's crusade with funds to spare.

Denton founded Gawker Media in New York City in 2002. In the late 1990s the former *Financial Times* journalist reported on Silicon Valley before quitting the paper to start his own Internet venture in the go-go days before the dotcom crash. His efforts—among them the news-aggregation company Moreover Technologies, which sold for $30 million to VeriSign VRSN 0.28% in 2005—gave Denton the funds he needed to explore the nascent format known as the weblog. In July 2002 he launched Gizmodo, Gawker Media's first blog, focused on gadgets. Gawker.com, which traded in media industry gossip, was launched the following year.

A Farewell to Charms: Silicon Valley investor Peter Thiel (left) and Gawker Media founder Nick Denton disagree on the line between privacy and public interest.Thiel: Art Streiber—August; Denton: Benedict Evans—Redux

From its earliest days, Denton ran Gawker Media like a technology startup. His move-fast-and-break-things ethos applied to products—sites were launched and shuttered in rapid succession—and people, who were hired and fired with abandon. The company built (and rebuilt) its proprietary publishing system and later tried to license it to other media companies. In a bid for radical transparency, its editors regularly published internal memos and sniped with one another (and Denton) in the comments beneath articles. Gawker Media cultivated the bombastic sense of mission and the naked self-interest that are hallmarks of Silicon Valley, adopting a clicks-at-all-costs approach that vilified those in power. (Denton declined to comment for this story.)

Gawker's tactics occasionally landed the company in ethically dubious territory where it pursued titillation over relevance. A former staffer who declined to be identified for fear of reprisal described a "Just publish it" newsroom culture that actively discouraged legal review of stories about sensitive issues. Gawker's moral low point was its 2015 publication of a story about a married Condé Nast executive seeking to arrange a tryst with a gay escort; under fire, it unpublished the story the following day.

Gawker's headlines demonstrate how its publications always went for the jugular. "Sean Parker's Wedding Was So Horrible He Has to Make an Apology App," from a 2014 Valleywag post, needles the well-known Facebook investor. "I Read 10 Years of Jack Dorsey's Tweets, These Are the Worst" cries a 2016 headline on Gizmodo about the Twitter and Square CEO. And then there's "Why We Hate Rich Geeks," a 2013 post penned by Denton himself.

Given his familiarity with the technology industry, Denton's criticisms of its moguls could be especially pointed. "Tax breaks for the rich," he wrote in a 2007 post decrying an arrangement in which Google received favorable tax treatment when it opened a data center in a poor county in North Carolina. "It is a reminder that the stock-option-rich executive class is taxed at about half the rate of the wage slaves," Denton wrote in 2010, deriding the salary structures of Silicon Valley executives. "That's grotesque."

But even as Gawker Media railed against such tactics, it adopted some of them. The most common method, used by tech giants like Uber and Apple [AAPL](#) 0.39% , lets a company shovel its profits offshore in order to defer paying U.S. corporate tax. Gawker took that idea one step further—for the lion's share of its profits, it didn't just defer its U.S. taxes, but eliminated them altogether.

When Denton started Gawker Media 14 years ago, it was a U.S. taxpayer just like any other American small business. Its headquarters were in downtown Manhattan; its employees were mostly local. Today Gawker Media still operates primarily from New York City offices—it also has an office in Budapest—but it is now a Cayman Islands–based holding company with two subsidiaries: one in the U.S., one in Hungary. (Denton speaks Hungarian and has ancestral ties to the nation. The country also has highly favorable corporate tax policies.) For clarity, we'll call the combined operation—U.S., Hungary,

Cayman Islands—Gawker Global. According to various financial documents—among them U.S. tax returns, disclosures from Hungary, and documents released by the company in and out of court—Gawker Global used three tactics to reduce its U.S. tax burden.

The most common involves royalties. The overseas arm of a company bills its U.S. operation for licensing its intellectual property, such as website code or corporate trademarks. The arrangement allows the company to reduce its U.S. tax burden because there are fewer profits to tax. Gawker adopted this mechanism.

Gawker Global saved even more on taxes by outsourcing some of its U.S. functions—"editorial services," "content creation services," and others, according to bankruptcy filings—to its Hungarian subsidiary. Hungary would provide the U.S. with those services in exchange for substantial service fees, which counted as a cost against the U.S. subsidiary.

Lastly, as the legal costs of fighting the Hulk Hogan lawsuit piled up, Gawker Global raised the service fees and royalties that its U.S. arm was paying to its Hungarian arm—from $6.7 million in 2013 to $8 million in 2014—and immediately loaned the funds back to the U.S. with interest. That interest represents additional Gawker Global profit leaving the U.S.

Illustration by Emmanuel Polanco for Fortune

Between 2010 and 2015, Gawker Global tallied more than $200 million in revenue and $59 million in profit, according to various financial records. Just 20% of Gawker Global's profits were taxed in the U.S.; 80% escaped the clutches of the IRS. Of the total, 55% were U.S. profits diverted to Hungary, and 25% were profits that never entered the U.S. and were recorded in Hungary. Gawker's U.S. tax rate during this period was 34%; its average tax rate in Hungary was 5%. With this scheme, Gawker Global managed to retain 29% of profits that it would have lost if it had reported the entire sum in the U.S.

Heather Dietrick, president of Gawker Media, defends the company's profit parking. The company really does have an overseas tech operation of more than a dozen developers, she says, and the license payments are legitimate.

Meanwhile Gawker's noisy editorial operation flourished as it skewered the rich and powerful, including corporate tax dodgers, with headlines like "Apple Avoided Paying Billions in Taxes" and "Airbnb, Just Pay Your Taxes and Follow the Law and Shut Up."

The hypocrisy was not lost on Gawker's employees. One former staffer says they used to joke frequently about how the company paid no taxes. (The ex-employee, like several others contacted for this article, declined to be identified for fear of reprisal.)

In Pursuit of a Bully Pulpit

Vivek Shah, CEO, Ziff DavisAndrew Toth—Getty Images Randy Falco, President and CEO, Univision CommunicationsJim Spellman—Wireimage/Getty Images

Peter Thiel described Gawker Media as a "singular terrible bully" among media companies as justification for his war against the company. But two mainstream media outlets entered bids in pursuit of Gawker's young audience of 64 million monthly U.S. readers. With a $135 million offer, Univision topped Ziff Davis's $90 million stalking-horse bid in August. Others were ambivalent. Choire Sicha, who edited Gawker.com from 2003 to 2004 and owns less than 1% of the company, viewed it as a strategy befitting a startup. "Gawker was a standalone independent media company in an age where there were very few," he says. "I can see how stealing an idea [about taxes] from larger companies made a ton of sense." He also described Denton as "sweet" for offering employees stock in lieu of bonuses and holding internal shareholder meetings that allowed staff to question him as they would any other corporate executive.

Owen Thomas, who edited Valleywag from 2007 to 2009 and owns a tiny amount of Gawker shares, also defended Denton. The company's willingness to reinvest its profits in technology development

helped it survive at a time when the media industry as a whole was turning into a financial dumpster fire, he says. "In an age when most publications are dependent on Facebook and Twitter TWTR -1.32% , it gives you a way to own your own destiny."

In May, Denton published an open letter to Peter Thiel, asking the entrepreneur to lay his financial weapons down and opt for a "more constructive exchange" than the Hogan case.

"Even were you to succeed in bankrupting Gawker Media, the writers you dislike, and me, just think what it will mean," Denton wrote. "The world is already uncomfortable with the unaccountable power of the billionaire class, the accumulation of wealth in Silicon Valley, and technology's influence over the media."

It made little difference. In August, Denton declared personal bankruptcy to shield himself after a Florida court ruled that Hogan did not have to wait until appeal to begin collection efforts. (According to the verdict, Gawker Media must pay $130 million, and Denton, who owes $10 million in his own right, is on the hook if the company can't pay.) Among the assets set against the $140 million liability: Denton's monochromatic SoHo apartment, which long served as the backdrop for parties for Manhattan's media elite.

If Denton had any regrets about Gawker Media's style of journalism, he didn't express them at the company's farewell party in New York in August. Clutching a glass of red wine and looking weary, Denton praised his employees and the "say anything" publishing culture that Gawker pioneered. He received a standing ovation from an audience of about 200 people, mostly former staffers. In expletive-laden remarks that followed, John Cook, executive editor of Gawker.com, called out "wealthy billionaires." The audience roared with approval.

But one of those wealthy billionaires, Thiel, retains the upper hand. He shrewdly pinned Denton in the legal swamps of Florida state court, where jurors valued privacy over freedom of the press. (Thiel declined to comment for this story.) And he won't stop there. Five days after Gawker's farewell fete, the investor wrote in a *New York Times* op-ed that Gawker had "outed" him in 2007. (The headline: "Peter Thiel Is Totally Gay, People." The author: Owen Thomas, who is also gay, as is Denton.)

Young and Hungary: Denton at Gawker Media offices in Budapest in 2013. The company's Hungarian subsidiary serves a key role in how it reduces its U.S. tax burden.Akos Stiller—The New York Times/Redux

"I am proud to have contributed financial support to [Hogan's] case," Thiel wrote. "I will support him until his final victory … and I would gladly support someone else in the same position."

So who will get the money? David Houston, an attorney for Hogan, says he will not let Denton wriggle away through legal dodges or overseas cash structures. "We will pursue Mr. Bollea's judgment to collect every dime to which Mr. Bollea is entitled," he says. "This will include but not be limited to any funds expatriated or otherwise secreted or transferred in any fashion. Rest assured we will take all necessary steps to secure Mr. Bollea's interest in his judgment in any lawful manner."

It won't be easy. First, the $135 million generated from the sale of Gawker Media's assets to Univision in August will go into a fund overseen by the bankruptcy court. Secured creditors, including Silicon Valley Bank, will be paid about $22 million—but then the rest will sit there until the appeal is sorted out.

As for the case itself, according to media lawyer Ed Klaris, "bad facts made bad law," and so it may be difficult to overturn on the merits. But if the court does not throw the verdict out entirely, he says, it will almost certainly slash the amount Hogan was awarded.

And then there are the other claimants in Gawker's Chapter 11 to consider—including the shareholders, who are typically wiped out in an ordinary bankruptcy. Among them is Russian investor Viktor Vekselberg, who arranged a $15 million secured loan to the Cayman company in January in exchange for preferred shares, according to bankruptcy filings. He will probably be paid following the August sale of Gawker's assets.

The only other significant shareholders of Gawker Media are Denton (53% of common stock) and a British holding company called Greenmount Creek, which came to own 28% of the entire operation, according to bankruptcy filings. The U.K. firm was created in 2013 by a tax lawyer with ties to Denton and is currently controlled by the Denton family trust, for which Denton's sister, Rebecca Denton, serves as trustee.

Greenmount Creek may hold the key to Denton's eventual triumph. The holding company is obliged to pay an unsecured note that will be worth $12.8 million, tax-free, in 15 years. The mechanism seems to be designed to shield assets, conceal ownership, and pay out at the end of that period. But to whom? It's a bit of a mystery—one involving millions of dollars of overseas money, a bold startup, and a millionaire founder who plays by his own rules. Exactly the sort of scenario, in other words, that Denton delights in exposing. (A Gawker spokesman says the Denton family trust was created in 2010 and that Gawker shares were transferred to the children of Rebecca Denton at that time, "so there really is no mystery at all.")

When *Fortune* reached out to Denton to discuss the note and his views on U.S. tax avoidance, he politely referred us to Dietrick, writing in a Twitter direct message that he really wasn't in a position to discuss it.

As it turns out, there are some things the man who talks about everything just doesn't talk about..."

**PLEASE TAKE NOTICE** that evidence has now been provided to the Court and law enforcement proving that Gawker is part of a political and business manipulation organization which operates in violation of RICO, Securities, Tax Evasion, Anti-trust and Cyber-Bully laws. In this pleading, on behalf of all Plaintiffs, XP requests that the Court issues a formal determination about whether or not Gawker Media is a Money Laundering Operation.

PLEASE TAKE FURTHER NOTICE that Gawker Media ran multiple hit-jobs on XP in order to harm XP and XP's staff in order to punish them for competing with Tesla's and Solyndra's Afghan lithium and indium multi-trillion dollar mining scam and to try to diminish XP if a Special Prosecutor could have been moved into place in the Obama Administration. GAWKER MEDIA IS A HIRED CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION ENGINES!


BCC: FBI, U.S. Congress, FTC, SEC, OSC, GAO, INTERPOL

The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker

Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker

Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring

Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o

Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.