UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                                :

In re                                                    :         Chapter 11

Gawker Media LLC, *et al.*,[1]              :         Case No. 16-11700 (SMB)

                Debtors.               :         (Jointly Administered)

------------------------------------------------------x

**ORDER GRANTING FIRST INTERIM FEE APPLICATIONS
OF CERTAIN SPECIAL LITIGATION COUNSEL FOR THE
DEBTORS FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND FOR REIMBURSEMENT OF
<u>ACTUAL AND NECESSARY EXPENSES</u>**

      Upon consideration of the applications of certain professionals retained by the debtors and debtors in possession in the above-caption chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "<u>Debtors</u>") for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during the interim period commencing June 10, 2016 through September 30, 2016 [Docket Nos. 416 and 420] (collectively, the "<u>Litigation Firms' Fee Applications</u>"); and a hearing having been held before this Court to consider the Litigation Firms' Fee Applications on December 15, 2016 (the "<u>Hearing</u>"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

-2-

ORDERED, that the Applications are granted to the extent set forth in the attached **Schedule A**.

New York, New York
Dated: December 22nd, 2016

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

-2-

60042708_6

**Case No.:** 16-11700  
**Case Name:** In re Gawker Media LLC, *et al.*

**CURRENT INTERIM FEE PERIOD**  
**(June 10, 2016 – Sept. 30, 2016)**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed[1] | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Cahill Gordon & Reindel LLP | 11/7/16 Dkt No. 416 | $64,357.20 | $32,178.60 | $32,178.60 | | $32,178.60 | $ 840.92 | $ 840.92 |
| Brannock & Humphries | 11/7/16 Dkt No. 420 | $19,638.48 | $ 9,819.24 | $ 9,819.24 | | $ 9,819.24 | $ 286.04 | $ 286.04 |

DATE ON WHICH ORDER WAS SIGNED: <u>12/22/2016</u>    INITIALS: <u>SMB_USBJ</u>

---

[1] To the extent a firm has already received payment in excess of the amounts allowed on an interim basis, such firm shall not be required to disgorge any such fees at this time.

60042708_6