Gawker Media, Gawker Sales, Gawker Facade, Gawker Media Group, Inc., Etc.
c/o Opportune LLP
Attn: William D. Holden
Chief Restructuring Officer
10 East 53rd Street, 33rd Floor
New York, NY 10022

Dec. 22, 2016


Bill:

It looks like you are saying you are the boss of the Gawker empire now.

It looks like you are not clear on the concept. Let us make it crystal clear.

Have you heard the term: **"Payback's a bitch"***?*

Keep that in mind as you read this letter.

Gawker was hired to *"wipe XP Vehicles and Scott Douglas Redmond off the face of the Earth"* **they assisted law enforcement and Congress in a criminal investigation of Gawker Media's associates and clients.** Gawker took compensation for engaging in those tasks and broke quite an epic number of laws doing so. Gawker was hired by the Obama Administration campaign bosses. The hacks, leaks, emails, texts, voice-mails and other evidence prove it. Your connection to criminal actions engaged in by Elon Musk, Eric Schmidt, John Doerr and Larry Page is substantial.

You hacked, made defamation animated movies, wrote a series of attack articles and fake blog comments, direct mailed all of it to every employer, investor, marital partner and associate we know, and that was just the beginning. You broadcast them to five billion people and locked them on the internet for 5+years.

Without breaking a single law, our alliance will wipe every future iteration of Gawker, and any entity who purchases Gawker off the face of the Earth. Every employee of Gawker will receive the most severe legally capable punishment per national laws in each nation in which Gawker was readable, for engaging in the attempts to kill the lives, brands, incomes, assets and resources of those they targeted. We will accomplish that without breaking a single law and WITH the help of federal law enforcement, U.S. Congress, the EU, over 100 million voters and the best journalists and forensic researchers in the world (who we already work with in the alliance).

We will use software that makes XKEYSCORE look like "pussy-ware" and it is entirely legal. Our stuff is even better than Peter's Palantir.

You are not capable of imagining how much worse things can get, without breaking a single law. You are probably not able to imagine how a Solyndra, Enron, or other mega entity can be FBI-raided and then disappear almost over-night. We will be delighted to offer demonstrations.

The attached document called "**CLEANTECH DEATH-LIST.PDF"**) was discovered online. All of the people on that list are certainly dead and they were all connected to this case. At least two of them told us they thought your Cartel was gunning for them. If you kill any more of us, please be aware that specialists have been pre-paid to take care-of-business after any more of us are murdered, if your group are the ones doing the murders. If you are not the ones doing some of these killings, as many have suggested, then maybe you could meet with us and Mr. Comey, copied below, to go over each and every name on that list and describe to the FBI why all of those coincidences only "representationally" point the finger at your Cartel.

Here is the clarity we promised you at the start of this letter: **You pay us our restitution and end the tax evasion, drain-the-piggy-bank, financial money laundering, liability evasion scam you are operating or every single person and past employee will regret it for the rest of their lives.**

We put the Trump Administration in office because they promised to double the resources of the FBI, GAO, FTC, SEC and the federal Ethics Committees. Unless you are a secret idiot, you can have no possible doubt about what is coming. We don't break laws but we are very clever.  We will help law enforcement hunt down every hooker, rent-boy, tax evasion, off-shore account, scam expense it, real estate fraud, trust-fund, political bribe, drug buy, web rigging algorithm, fake web traffic impression and every other item for the companies and ex-employees. We will do this to assist law enforcement with a faster path to your Gawker demise. GAWKER is the "swamp" that President Elect Trump "promised to drain."

Your "Conspiracy theory" smoke-screen has been blown to dust by the over one million pages of evidence provided in this case and the related FBI Conspiracy FACTS. We have better things to do with our time but we will "go to the mat" (quoting Hulk Hogan) on this! Decide NOW! Do you want to end this or watch it play out for the rest of your lives?

Bill, stop fucking around and get us our money. Gawker is a criminal operation, do you, too, want to be on the WANTED list in the Post Office.

Thanks – Merry Christmas


Sincerely,

XP Alliance and CODE RED



CC: James Comey, FBI; David Johnson, FBI; Trey Gowdy – Ethics Committee, J. Sessions; Et Al.