# The Cleantech Crash Deaths:

All connected to suspects. 1000 times outside the odds-of-coincidence. Certainly many are accidents but forensic math says a large number of them are murders. The family and friends of many of these deceased persons have contacted our legal team and stated that they have "evidence of murder". Our staff and Alliance members personally knew many of these people and were told, by some of them, in advance of their deaths, of threats on their lives for whistle-blowing.

Partial List #2 – Revision 1.8

- **James D Johnston**, GM lobbyist/key witness

- **Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.

- **Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk.

- Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht".

- Google associate and Tesla Investments founder **Ravi Kumar** was aslso killed by a hooker.

- Deep Google investor VC liaison and **husband of Facebook executive Cheryl Sandberg, Dave Goldberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill.

- **David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech.He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk.

- One **Andrew Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs. Died of a massive [heart attack](), walking outside late at night, alone, in the dark approximately one week before he was to [produce tapes]() of Obama's extremist activities in college.  More speculation: [Breitbart: "Wait 'Til They See What Happens March 1st"](), [Breitbart's Footage Shows Obama 'Palling Around' With Terrorists]()..... Sheriff Joe Arpaio:[ I Spoke with Andrew Breitbart Shortly Before he Died ]()......An Eyewitness Speaks Out About [Andrew Breitbart's Death Scene... Breitbart's skin color described as bright red. ]()... Was [Andrew Breitbart assassinated?]()...More murder speculation: [Was Andrew Breitbart Murdered?]()..........Coroner:[ Breitbart Died of Heart Failure]()...* Christopher Lasseter, Dissapears.....[witness to Breitbart's death vanishes -Follows suspicious demise of member of coroner's team]() (possibly in hiding to avoid reporters), .... Breitbart witness:[ He dropped like sack of bricks Describes 'thick white band' around forehead at death]() ;  [Ex-CIA Agent Claims Obama Killed Breitbart and Clancy]() (story also linked [here]() ) ;[ Ex-CIA Agent Claims Obama Had Breitbart and Clancy Killed]() ; Brandon Walker interviews Doctor Jim Garrow, philanthropist and worker for one of the largest non-profit organizations on the planet to save

female children from slaughter in China.. states he knows that President Obama ordered the murders of Tom Clancy and Andrew Breitbart (Audio) **Michael Cormier** - respected forensic technician for the Los Angeles County Coroner died under suspicious circumstances at his North Hollywood home April 20, the same day Andrew Breitbart's cause of death was finally made public. Medical examiners in Los Angeles are investigating the possible poisoning death......Conspiracy theorists cry foul after Andrew Breitbart's 'coroner' dies of arsenic poisoning- ....Police Debunk Theories Linking Breitbart, L.A. Coroner Tech Deaths ; No Answers in Death of Technician Linked to Andrew Breitbart: Killed by high amounts of arsinic in his system ; Breitbart's Coroner Murdered. News From LA

- **Karl Slym**, with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk.

- **Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

- The health director who approved the release of President Obama's birth certificate has died in a plane crash: **Loretta Fuddy.** She was one of the few people who could confirm data on the certificate.

- **Stanley Meyer** - Hydrogen car developer whose technology would have obsoleted Tesla Motors lithium ion battery

- **Danny Lewin**, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11

- **John Wheeler** - Washington DC- Drugged, escaped, recaptured, murdered. former presidential and Pentagon aide John Wheeler III was found in a Delaware garbage dump. Wheeler's cell phone discovered - Cause of death released in Wheeler case, blunt force trauma -- Wheeler's cell phone found in a taxi -- His family wants information - John Wheeler was assassinated by a hitman in a targeted killing, his widow has claimed - Who killed Jack Wheeler? ; John Wheeler III Murdered for Threatening to Expose US Military Test of Poison Gas?

- **Ashley Turton,** wife of White House liaison Daniel Turton. wife of the Obama administration's House of Representatives liaison, Dan Turton, was found dead in a burning car Monday morning, *Roll Call* and other news outlets are reporting. Fire officials said it appeared the car crashed as it was pulling in or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., at about 5 a.m. Neighbors dialed 911 after spotting the fire. The body was discovered after fire crews doused the blaze. The fire also charred part of the garage. Nobody in the house was injured, fire officials said.  Ashley Turton worked as a lobbyist for the utility giant Progress Energy, according to *Politico*. She was a former staffer for U.S. Rep. Rosa DeLauro, D-Conn. The Rahm Emanuel

Connection to the Deceased Ashley Turton, -- The ATF investigates - Ashley Turton Crashed Under the Influence

- **David Werner,** Former Member of the Capitol Steps

- ACLU figure **Larry Frankel** found dead in Washington creek

- **Josh Burdette**, Washington DC's, 9:30 Club manager

- **Kam Kuwata**, Washington, DC. **Kam Kuwata** -  was found dead inside his Venice home after friend — concerned that they had not heard from him for a few days — alerted police. Political consultant in California.  Democratic insider.  Possibly the Obama consultant referred to in the *Ulsterman Report*: Alledgedly viewed bizarre drug induced behavior from Obama during the the 2008 campaign.: "The Troubling Timeline".... The Death of a Political Operative – The Troubling Timeline… (UPDATED)

- **Michael Hastings**- Reporter. **Michael Hastings:** Rolling Stone Journalist, Author Believed to be Dead in Hollywood Crash... known for his interview of Gen. Stanley McCrystal: Michael Hastings death: Coroner still hasn't ID'd badly burned victim: Picture of the burned out car ; autopsy results will take weeks; Video report .. was covering a story about the defense dept. and Hollyood... nervous wreck ; Michael Hastings, journalist who helped bring down US general, dies at 33 ; WikiLeaks Claims Michael Hastings Told Them FBI Was Investigating Him Hours Before He Died ; Hastings' death in fiery car crash is just the latest in a growing list of dead investigative journos ; Michael Hastings' Chilling Final Story....-->"*Why Democrats Love to Spy on Americans*" ; Michael Hastings researching Jill Kelley case before death ; Hastings "Boston Brakes" Killing a Warning? ; FBI says journalist Michael Hastings was not under investigation ; Michael Hastings "CAUGHT ON TAPE" Running Red-Light Seconds Before Crash  ; Journalist Michael Hastings Dies in Fiery Crash / Hollywood RAW FOOTAGE  ; Hastings Sent Colleagues Email Hours Before Crash ; Was Michael Hastings' Car Hacked? Richard Clarke Says It's Possible  ; Journalist Michael Hastings' Body Cremated by Authorities Against Family's Wishes (Video) ; Hackers Reveal Nasty New Car Attacks--With Me Behind The Wheel (Video) ; MICHAEL HASTINGS CRASH CAUGHT ON SURVEILLANCE CAMERA  ; Bush advisor: Hastings crash 'consistent with a car cyberattack' ; Group sues FBI for records after Michael Hastings' mysterious death ; Report: Michael Hastings Was Investigating CIA Director John Brennan ; CIA Director Brennan Confirmed as Reporter Michael Hastings Next Target ; Coroner Classifies Michael Hastings' Death As Accidental ; Coronor: Drugs in Hastings' system. Was Bipolar ; Rolling Stone journalist feared prior to crash his car was tampered with: Report ; Mystery grows: Journalist died prepping Obama exposé Major probe tied to agent suspected of sanitizing president's passport records ; Who Killed Michael Hastings? ; Why Was the FBI Investigating Michael Hastings' Reporting on Bowe Bergdahl? - see Nachumlist file "Bad Bergdahl Bargain" ; Hastings' article in 'Rolling Stone on Bergdail: *America's Last Prisoner of War*  (June 2012) ;  **Michael Hastings:** CIA Director John Brennan Appears On Fox News Sunday – And Missing Historical Puzzle Pieces Simultaneously Fall Into Place….

- **Jody Sherman**

- **Aaron Swartz** – Silicon Valley insider running investigation research. **Aaron Swartz:** 26-year-old genius, computer prodigy, co-creator of RSS and Reddit, commits *suicide* after Obama DOJ harassment; 'kill list' critic ; Attorney for Aaron Swartz: Prosecutors' Arguments Were "Disingenuous and Contrived" ; Aaron Swartz dead; was this brilliant internet revolutionary 'taken out?'( disclose tv )

The cause of death is currently *unconfirmed*. :  The father of information activist Aaron Swartz blames US prosecutors for his son's death: Aaron Was Killed By The Gov't ; Aaron Swartz' suicide raises questions for Eric Holder and the Justice Dept. ; Issa, Cummings press Holder for answers about Aaron Swartz trial ; Aaron Swartz files reveal how FBI tracked internet activist ; Daryl Issa (on Twitter): Very concerning allegations about DOJ's handling of Aaron Swartz case on pg. 67-68 of MIT Report ; Documents show Secret Service kept tab of Swartz ; First 100 Pages of Aaron Swartz's Secret Service File Released

- **Ilya Zhitomirskiy,** 22-year old a co-founder of the start-up social network Diaspora, which has been described as the "anti-Facebook" for its emphasis on personal privacy and decentralized data collection.  Friends and associates of Mr. Zhitomirskiy said there were indications of *suicide.*

- **Jeff Joe Black:**  Found dead on a hiking trail from "blunt force trauma to the head":  Chicago activist who claimed that Emmanuel was put into place in Chicago to oversee a coming false flag event.

- **Robin Copeland,** 46, 11/4/2011: former Energy Department official who took part in several significant disarmament programs, died suddenly

- **Dominic Di-Natale;** Veteran Fox News correspondant in the middle east, *committed suicide*; covered the Arab Spring, Egypt, fall of Libya and *Benghazi* Fox News journalist Dominic Di-Natale dead at 43 ;  I debated whether to repost this (I taped this in February 2013) ….and decided that I would like you to know my good friend and colleague Dominic Di-Natale …this is tough for many of us at Fox News (Greta Van Sustern Interview) ; Mysterious Death of Obama Critic and Reporter on Bin Laden's Death and Ferguson Labeled Suicide

- **Tyler Drumhelle**r; CIA Figure in Hillary Clinton Email Scandal Dies at 63 ; Tyler Drumheller, CIA officer who exposed U.S. reliance on discredited Iraq source 'Curveball,' dies at 63

- **Bill Gwatney,** a close friend of Bill and Hillary Clinton and a Clinton super delegate at an upcoming convention in Denver and was fatally shot in 2008.  Shooter had a post-it note with a mystery phone number.  Did Obama Assassinate Clinton delegates? Bill Gwatney and Stephanie Tubbs Jones?  Video: Bill Gwatney Murder Linked to Obama

- **Lieutenant Quarles Harris Jr.-** A key witness in a federal probe into passport information stolen from the State Department was fatally shot in front of a District church.   Obama's Passport Breach: Unanswered Questions, and an Unsolved Murder : Harris worked for a security firm run by John Brennan, later to be a terrorism advisor to Obama. Listed as a detail in Youtube video "Shocking Secrets and Verifiable Facts about Barack Obama the MSM Refuses to Report" (at approx. 22 minutes in the video);  Was an employee of John Brennan when murdered.  John Brennan confirmed to head CIA.

- **Barnaby Jack*:* Hacker found dead days before he was to demonstrate how to hack a pacemaker.  Claimed to have hacked White House.

- **Stephanie Tubbs Jones**: found brain dead in 2008.  Democratic Rep. Stephanie Tubbs Jones of Cleveland, a super delegate and one of Hillary Clinton's most prominent black supporters, was found in her car unconscious Also: Did Obama Assassinate Clinton Delegates?  Additional: Hollywood

Producer Bettina Viviano: Bill Clinton Directly Told Me Barack Obama Not Eligible - ....Caucus death threats (audio)... also reported by Jerome Corsi at WND: Hillary supporter's untold Obama horror stories Allegations of intimidation, manipulation, sudden death

- **David Koschman**, Mudered in a Chicago Rush Street brawl by Richard J. "R.J." Vanecko, a nephew of Mayor Daley and White House Chief of Staff Bill Daley-  Homicide case involving Daley nephew closed without charges  , Witness to Killing Involving Daley Nephew: Deceased Didn't Start It

- **Robert McKeon**: founder of private-equity firm Veritas Capital, dies Sept. 10, 2012 of suicide;   General Dynamics bought company in August 2011 to expand influence into Obamacare IT

- **Alex Okren**t: -Apparently found dead at Obama's campaign headquarters in Chicago. Witnesses say he collapsed, found dead after.  Okrent had long been a staffer back the Obama 2004 U.S. senate campaign, on staff for eight years.  Parents immediately say the cause of death was "heart attack", but no autopsy was yet performed.  Medical examiner said the cause of death was  "inconclusive".  Internet recornds have been scrubbed. Twitter account timeline also makes no mention of his work for Obama:  Okrent Twitter file (on Twitter). - Speculation as to whether he was a witness to an Obama gay connection: Who Is Dead Obama Staffer Alex Okrent?  Youtube video: Who is Dead Obama Staffer Alex Okrent? Part 1 ..........-Part 2  ;    Autopsy Inconclusive for Obama Campaign Worker Who Collapsed at Chicago Campaign HQ ;  Gay opinion piece...-Alex Okrent: Equality is a Moral Equivalent;   What Do Colorado Shooter James Holmes And Obama Staffer Alex Okrent Have In Common?....no *digital footprin*t on the internet;   Was Obama Staffer Alex Okrent Murdered Because he was Going to Expose Obama's Anti-Israel Ties?

- **Seth Rich**, Supposed leaker of Podesta and Clinton emails. Seth Conrad Rich : DNC Staffer;  Democratic National Committee staffer killed in Washington, D.C. shooting ; WIkileaks Offers $20K Reward for Information on Murder of DNC Staffer Seth Rich ;  Julian Assange on Seth Rich

- **Rafael Prieto**: Secret service apparent *suicide* under investigation: D.C., police are investigating the apparent suicide of a U.S. Secret Service supervisory agent assigned to President Obama's security detail.  -Was under investigation for going to prostitutes; Secret Service agent kills self amid affair probe....Prieto's apparent cause of death was carbon monoxide poisoning

- **Keith Ratliff;** ..was well known for a series of videos he produced on Youtube, known as "FPSRussia," in which various high-powered firearms were demonstrated. Found  with a single shot in the head - Two gun makers killed in two days, and no answers (Photos) ; Partner YouTube video-maker FPSRussia Home Raided by ATF

- **Justice Antonin Scalia** ; Supreme Court Justice Scalia dies ; Obama "Thrilled" Over Justice Scalia's Death… ; Ranch Owner Recalls Finding Justice Antonin Scalia's Body ; Cibolo Creek Ranch owner recalls Scalia's last hours in Texas-..*We discovered the judge in bed, a pillow over his head. His bed clothes were unwrinkled," said Poindexter.*; The death of Antonin Scalia: Chaos, confusion and conflicting reports ; Presidio County Judge Cinderela Guevara, a Democrat, acknowledged that she pronounced Scalia dead by phone, without seeing his body. ; Justice Scalia Dies At Ranch Resort Owned By Democrat Party Donor & Obama Award Winner ; Scalia's Death Spares Unions From

Losing Political Power; Scalia's Death Spares Unions From Losing Political Power ; Antonin Scalia Conspiracy Theories: Top 5 Questions About His Death ; ´Rest in paradise, Pop-Pop´: Scalia´s grandson leads family tributes as doctor reveals he had high blood pressure, heart problems and was too weak for surgery ; Justice Scalia Was Found Dead With A Pillow Over His Head, And His Body Was Just Cremated, Destroying Any Chance Of An Autopsy ; Obama-Poindexter pics fuel Scalia suspicions 'Conspiracy? That will be for you the readers to decide' ; (Michael Savage)  WAS SCALIA MURDERED? ; Was Scalia murdered? Forget "conspiracy theory." This is real. ; Detectives question lack of autopsy in Scalia death ; Obama skipping Scalia funeral to golf? 'The president will pay his respects at the Supreme Court on Friday';  Scalia's son calls the conspiracy theories about his dad's death a 'hurtful distraction' ; US Justice Scalia Had Secret Texas Meeting With Obama Hours Before His Death ; Report: Sheriff was told he had no authority in Scalia death ; Justice Scalia spent his last hours with members of this secretive society of elite hunters ; Timeline of Events Surrounding Scalia's Death ; Chief justice rejects plea to block air pollution rule (rumor why Justice Scalia was removed) ;  Justice Antonin Scalia:   3 DAYS b4 Scalia died this Podesta email was sent, using the term "wetworks" - exclusively used in Military meaning "assassination"  ; Wikileaks exposes the Assassination of Scalia and it could bring down the Clintons and the Democratic Party

- **SEAL Team 6:**  Helicoptor shot down by terrorists.  Possibly given location by infiltrators.  Obama rules of engagement possibly lead to deaths.  Father of fallen SEAL begs for military officer to tell the truth about "criminal" rules of engagement ;  The deaths of Seal Team Six ...who never would fly an entire company in one helicopter alone.  UNBELIEVABLE: 'More Than 20 Navy SEALS *From The Unit That Killed Osama Bin Laden*' Die In Helicopter Crash ;  31 US troops, mostly elite Navy SEALs, killed in Afghanistan 7 Afghan commandos also die in attack; SEALs were from same unit but not same team that killed Osama bin Laden ; Navy SEAL Team 6 Families To Reveal Government's Culpability In Death Of Their Sons ; OUTRAGE! Obama Administration Allowed Radical Cleric to Curse US Navy SEAL Heroes at Funeral Services (Video) ; TrentoVision 5.9.13 - Navy SEAL Extortion 17 EXPOSED - Obama Failures  ; SEAL Team Six Parents Demand Obama Answer For Funeral Desecration  ; UNANSWERED QUESTIONS PLAGUE SEAL TEAM 6 LOSSES Lawsuit claims Navy used for White House effort to 'coddle Islamist fundamentalists'  ; Congress to probe lethal SEAL crash ; The unexplained ambush of Navy SEAL Team Six ; A Scandal Bigger Than Benghazi? ; SEAL Team 6 families' suspicions of gov't grow 'I believe someone on their side definitely made a deal with somebody on our side' ; SEAL's Parents: Obama's Rules Of Engagement Killing Our Troops ; Did SEAL Team 6 die in Afghanistan to give Obama good publicity? [VIDEO] ; Michael Savage: SEAL Team Six was set up, murdered in Afghanistan  ; Senator: SEAL Team 6 At Risk After OPM Hack ; Obama stonewalls probe into deadly SEAL Team 6 helicopter crash, watchdog says Brett D. Shadle: SEAL, Special Warfare Operator Chief ;  Member of SEAL Team 6 killed, another SEAL injured in parachute accident

- **Holiyah Soetoro Sobah**, aka Lia Soetoro, Obama's adopted sister: died under mysterious, sudden, and unusual circumstances just as she was getting ready to be reunited with her childhood companion and adopted brother. She spoke of many specific incidences in the household, where she grew up with "Barry" in Indonesia. She saved many items that Barry used during childhood. She was looking

forward to seeing him, because she'd seen him on TV and was told that was "Barry", her little brother; however, Lia had reservations about it and so was anticipating seeing the scars he had from falling out of the mango tree and the limp she said he walked with. That was not to be because she up and died. Read about it here and watch video of here........PDF document from a web site of the Consulate General of the Republic of Indonesia appears to confirm a relationship between Lia and Barack Hussein Obama. Update On The Sudden Death Of Obama's Sister Lia Soetoro: Information From The Consulate General Of The Republic Of Indonesia.

- **Ambassador Chris Stevens:** (*Also see the Nachumlist: "Benghazi-Gate" file* ) Killed by a mob in Libya. The Obama administration ignored warnings two days prior to the attacks. Hillary Clinton made the decision not to post Marines. New now comes out that Stevens was gay: meaning that Obama sent a publicly gay man to be an ambassador in a Muslim country. Obama skipped intel meetings for days leading up to the attacks despite credible information of the attacks. Video: Libyan democratic party spokesman: amb christopher stevens was a muslim (Statement that Ambassador Chris Stevens was a Muslim is made between 1:00 & 1:20); Col. David Hunt: "State Department just allowed our guys to get killed" : Glenn Beck video: Stevens was a CIA operative and weapons dealer- Glenn Beck "the Blaze TV" 9-17-12 US arms terrorists in Middle East? ; Report: Terrorist Behind Ambassador Murder 'Ally of Sorts' to Obama Admin ; Report: Murdered Ambassador Knew He Was On Al Qaeda Hit List ; Video of Stevens Murder: What Really Happened- Video which some news outlets claimed had showed Libyans trying to save Ambassador Stevens turns out to show the opposite.; Clinton: 'No Info' Amb. Stevens Was on al Qaeda 'Hit List' ; Evidence mounts that al-Qaida group killed US ambassador to Libya ; Obama Politicizes The Sacrifices Of The SEALs - Again ; Did Hillary Clinton send a gay ambassador to Libya as intentional provocation? ; CNN obtains journal of slain ambassador, reportedly goes against his family's wishes ; Anderson Cooper admits that CNN found slain American ambassador's journal inside U.S. consulate in Libya and 'secretly' used it in reporting ; Obama *Went to Bed* While Consulate was Under Siege ; CNN Hid Knowledge of Libya Ambassador Diary For Days ; Report: State Dept Left Consulate Unsecured Days After Ambassador Murder ; Prior attacks on the embassy...*Flashbac*k: Bomb targets U.S. mission in Libya's Benghazi ; US Consulate in Libya Bombed Twice in Run-Up to 9/11 Attack, Ambassador Known Target (+video) ; Obama to UN: It's Not My Fault Stevens is Dead ; Obama Administration Knew Libya Attack Was Terrorism Within 24 Hours ; Obama Administration Deleted State Dept. Memo From Internet After Discovering Al-Qaeda Was Behind Benghazi Attack ; Christopher Stevens, U.S. ambassador to Libya, dead body. No bruises on face.; Despite looting of the embassy and the loss of sensitive documents, CNN finds Stevens' diary. ; Benghazi: The Unanswered Question- what lapses on the part of the Obama/Clinton State Department made his murder sickeningly easy?; In Libya, Security Was Lax Before Attack That Killed U.S. Ambassador, Officials Say ; Did the White House order a cover-up over the murder of Libya's US Ambassador? ; Report: Obama Admin Rejected Military Intervention in Benghazi *During* Attack ; Benghazigate: Obama Chose Not to Save Ambassador Stevens' Life ; Was Ambassador Stevens' death a hit? ; Mother of Slain State Dept. Official Tired of Being Lied To and Stonewalled by Obama Administration ; Benghazi Attack Was Botched Kidnapping To Trade Blind Sheik... and *arranged* by Obama? ; Obama Arranged Benghazi Trip That Resulted In

Murder Of US AMB Chris Stevens; ... Stevens in possession of death certificate of Osama Bin Laden?, - OBL died in 2001? ; CIA operators were denied request for help during Benghazi attack, sources say: .....*Denied 3 Times* ; John McCain: Obama Administration has Classified Benghazi Surveillance Tapes Top Secret ; Obama avoids question on whether Americans in Libya were denied requests for help ; Why Did CIA Director Petraeus Suddenly Resign … And Why Was the U.S. Ambassador to Libya Murdered? : (Ann Barnhardt) Proof Benghazi was Murder of Stevens: "Hillary (Clinton) began pushing the fake "protests against a video blaspheming the prophet" BEFORE WOODS AND DOHERTY WERE KILLED. Per the story below, the Associated Press first published a story on Hillary's official statement on Benghazi at 10:58pm Eastern, which means that the State Department must have released it BEFORE 10:58 pm EDT. Which means that is was actually written and composed hours before that. State Department press releases in the Secretary of State's name aren't written and released without all kinds of "approvals" and process. And this statement is written in nuanced prose, referencing "religious tolerance" and all kinds of bullshit. It isn't a flash bulletin. It was thought out, long and hard.  Doherty and Woods were killed by mortar fire between 11:14 and 11:26 pm EDT. *Here is the citation link."* ; Lindsey Graham: Hillary Clinton 'got away with *murder*' ; The secret war behind Benghazi A stealth campaign of assassinations, run by CIA nominee John Brennan, resulted in the death of the US ambassador, a new book claims...- Claim that secret war ran behind the back of  Gen. Patreus ; Video: The John Brennan puzzle is slowly being pieced together: Stevens recruited by Hillary Clinton to run guns to Syria from Libya ; Ambassador Chris Stevens didn't have to die in Benghazi – The real story of what led to his death on 9/11: Book *Benghazi: The Definitive Report* ; More evidence of slain U.S. ambassador's secret activities ; Is Muslim Brotherhood working together with Amb. Chris Stevens' assassin? ; 15 Benghazi Eyewitnesses "Unable" to Testify- : Because they're dead  *RELATED*:  Colonel Ibrahim al-Senussi Akila- was shot to death in his car, in downtown Benghazi. ; Ali Ani al Harzi was killed in a U.S. airstrike in Mosul;  Why Was a Key Benghazi Suspect Free?

- **Sarah Kershaw,**  Former Times Reporter, Dies at 49 ; Former NYC journalist Sarah Kershaw found dead in Dominican Republic, told friends she planned to end her life ; Sharing Their Demons on the Web ; NY Times Reporter Murdered in Dominican Republic Spoke about Psychotronic Warfare and MK-ULTRA ;  NY Times Reporter Found Dead After Exposing MKUltra ; Occipital Neuralgia

- **Mikhail Lesin**, a close ally of The Kremlin and the man credited with "inspiring" the creation of Russia Today, was found dead on an "upper floor" in the hote *;* Putin's Multi-Millionaire Media Mogul Dies Of Mysterious "Heart Attack" In Luxury

- **Gareth Williams**:  Clinton secrets hacked by spy in bag- THE MI6 spy found dead in a holdall had illegally hacked into secret data on Bill Clinton ; MI6 spy found in holdall 'hacked into secret data about Bill Clinton' ; Spy found dead in a bag 'had infuriated his MI6 bosses by illegally hacking into secret US data on Bill Clinton' (Also see the Hillary Clinton Dead Pool)

- **Stephen Ivens** FBI special agent :  Body Found. Worked in counter terrorism.  Is the FBI Investigating Obama?  Video: What Really Happened To FBI Special Agent Stephen Ivens ? ; FBI Agent Fleeing Massive Manhunt Warns "They're All Insane" :  Speculation of a 'False Flag' operation

such as Operation Northwoods.   Shortly before his death: Donald Sachtleben, former FBI agent, arrested on child pornography charges.   Note: Two Hikers happened to find Ivens' body, but over 100 FBI agents could not.

- **Bob Simon**, CBS Correspondant;  '60 Minutes' correspondent Bob Simon dies in car accident ; : Bob Simon's final 60 Minutes report airs: Ebola treatment story was finished on the day he died in tragic crash and was produced by his beloved daughter Tanya. Helped 60 Minutes create the CLEANTECH CRASH segment and was working on follow-up segment idea.

- **Don Pyle**, wife, 4 realatives:  missing after home fire. Fire guts Annapolis mansion; cybersecurity exec Don Pyle, wife, 4 relatives feared inside; Technology tycoon, wife and their four grandchildren confirmed dead in 'suspicious' fire at $9million Annapolis waterfront mansion - as police probe ruins for the hallmarks of arson: Donald Pyle is chief operating officer of ScienceLogic, a Reston-based cybersecurity company that monitors networks for private and government clients, including the Pentagon. The company last year announced a partnership with L-3 Data Tactics of McLean to bring "big data" monitoring to the U.S. intelligence community and federal government.


**DEAD BANKERS INVOLVED IN FINANCING SCHEMES ASSOCIATED WITH THE CLEANTECH CRASH**

**Dead Bankers: Alex Lagowitz,**   Banker plunges to his death after eating magic mushrooms

**Dead Bankers: Michael Tabacchi, wife Denise Iran Pars Tabacchi**: Baby son found abandoned in house as newly-married couple are found stabbed to death in murder-suicide ; Was an "Associate for JP Morgan Global Custody"; Another JPMorgan Banker Dies After Murder-Suicide: Chokes Wife, Stabs Himself To Death

**Dead Bankers: (***same event that took the life of Eric Vandercar***) Joseph Nadol,  Eric Vandercar, Aditya Tomar, Walter Liedtke, Robert Dirks** ; Six People Died in a Fiery NY Train Crash Packed with 400 People… 3 Were Top Investment Bankers

**Dead Bankers: Eric Vanderca**r, Dies in Rail Crash, 53, a married father-of-two, was named as the first of the train passengers who died ; 'She was not careless': Friends defend mother of three whose SUV got stuck on tracks and caused NY train crash that killed five, as witnesses describe waiting for her to reverse before tragedy struck ; Eric Vandercar, Morgan Stanley Veteran, Dies in Crash

**Dead Bankers: Chris Van Eeghen;** "Cheerful" Dutch Financier Becomes 4th ABN Amro Banker Suicide

**Dead Bankers, Pierre Wauthier:** Senior boss at insurance giant Zurich is found dead in his apartment ; Suicide Banker's Widow Blasts Alleged "Cover-Up", Asks "Unbecoming Questions"

**Dead Bankers: Valery Morozov** ;: Banker dies after becoming impaled on railings in 60ft fall from central London home ;  Was death plunge tycoon murdered by Russian gangsters who stitched him up

for his fortune? Dissident claims mafia helped Scot Young hide £400m from his divorced wife then refused to give it back

**Dead Bankers: Geert Tack,** a private banker for ING who managed portfolios for wealthy individuals, "Riddles" Surround 36th Dead Banker Of The Year

**Dead Bankers: Shawn D. Miller**, 42, Citigroup environmental policy expert, Banker found dead with throat slit in apparent suicide: cops

**Dead Bankers: Calogero Gambino,** Another Deutsche Bank executive commits suicide ; Another Deutsche Banker And Former SEC Enforcement Attorney Commits Suicide

**Dead Bankers: Thierry Leyne, a French-Israeli banker and partner of Dominique Strauss-Kahn,** Banker Suicides Return: DSK's Hedge Fund Partner Jumps From 23rd Floor Apartment

**Dead Bankers: Nicholas Valtz,** Goldman Sachs Managing Director Nicholas Valtz Found Dead

**Dead Bankers: Julian Knott,** JPMorgan Executive "Blasts Wife, Kills Self" With Shotgun

**Dead Bankers : Andrew Jarzyk**, Body of missing New Jersey jogger, banker found in Hudson River: family

**Dead Bankers:  An employee of the Bred-Banque Populaire**, 52-year-old female banker at France's Bred-Banque-Populaire, 52 Year-Old French Banker Jumps To Her Death In Paris (After Questioning Her Superiors)

**Dead Bankers:  Li Jianhua, director of China's Banking Regulatory Commission**; Banker Death 'Epidemic' Spreads To China

**Dead Bankers: Paribas Fortis,**  BNP Banker, His Wife And Nephew Murdered In Belgium

**Dead Bankers: Juergen Frick,** CEO of local financial institution Bank Frick & Co. AG, CEO Of Liechtenstein Bank Frick Murdered

**Dead Bankers:  Jan Peter Schmittmann, his wife and a daughter:** ABN Amro Ex-CEO Found Dead ; Ex-ABN Amro CEO Killed Family Before Hanging Himself

**Dead Bankers: Huibert Gerard Boumeester;** former chief financial officer of Dutch bank ABN Amro found dead with shotgun wounds near his home in Surrey, ABN Amro Ex-CEO Found Dead

**Dead Bankers: Kenneth Bellando** , 28-Year Old Former JPMorgan Banker Jumps To His Death, Latest In Series Of Recent Suicides

**Dead Bankers: Joseph A. Giampapa,** Another JP Morgan Banker Dead; JP Morgan bankruptcy lawyer killed in hit & run ;  Cyclist, 56, struck by minivan in Piqua

**Dead Bankers: Edmund (Eddie) Reilly**, 47, a trader at Midtown's Vertical Group:  Trader kills self in finance world's latest suicide

**Does Obama murder people**?...Interview with Dr. Jim Garrow details support and threats he's received: "Obama does kill people" (audio) ;Blogger overhears intel officials saying NSA leaker should be 'disappeared' ( See Obama and Your Privacy) *:* Code name 'Verax': Snowden, in exchanges with Post reporter, made clear he knew risks- The U.S. intelligence community, he wrote, "will most certainly kill you if they think you are the single point of failure that could stop this disclosure and make them the sole owner of this information."

**Dead Bankers: Jason Alan Salais**, Another Sudden Death of JPMorgan Worker: 34-Year Old Jason Alan Salais,

**Dead Bankers: Autumn Radtke, CEO of Bitcoin,** Bitcoin Claims Its First "Real" Victim ; American Bitcoin exchange CEO found dead in her Singapore home after suspected suicide at age 28

**Dead Bankers: James Steward Jr.**, Former National Bank of Commerce CEO, Another "Successful Banker" Found Dead

**Dead Bankers***:* Does The Trail Of Dead Bankers Lead Somewhere? ...  Do recent events tie into the deaths? China selling off U.S. Treasuries, Buying Gold, Soros betting on a huge market fail....

**Dead Bankers: L**i;   Second JPMorgan Banker Jumps To His Death: Said To Be 33 Year Old Hong Kong FX Trader

**Dead Bankers: Ryan Henry Crane;** Another JPMorgan Banker Dies, 37 Year Old Executive Director Of Program Trading ; Crane was an Executive Director in JPM's Global Program Trading desk ; JP Morgan Vice President's Death in London Shines Light on Banks close Ties with CIA ; JP Morgan Executive Becomes 5th Banker to Die in Last 2 Weeks

**Dead Bankers**: **Richard Talley**, founder and CEO of American Title, was found dead in his home from self-inflicted wounds - from a nail-gun. ; 4th Financial Services Executive Found Dead; "From Self-Inflicted Nail-Gun Wounds" ;  Under investigation, American Title CEO dead in grisly suicide ; "Nail Gun Suicide" Banker's Firm Probed Over Missing Millions

**Dead Bankers: Mike Dueker**: Russell Investments' Chief Economist (and former Fed economist); Third Banker, Former Fed Member, "Found Dead" Inside A Week ; Another American banker commits suicide as New Mexico family demand answers over workload of banking executive who jumped to his death in London ; Subud cult and a World Bank? "A Bank for Mankind" ; Subud, Obama and Laurel Canyon rock hits - a connection?  (also possible CIA links with Rubin, Geitner)

**Dead Bankers: Gabriel Magee, JP Morgan Banker & William "Bill" Broeksmit, Duetch Bank Senior Manager:** (under working theories); Two London Bankers commit suicide on the same day ;  Suicides come on the same day as Obama's State of the Union address where he proposes government guaranteed retirement accounts offered through the US Treasury; State of the Union 2014: Obama touts 'MyRA' retirement savings proposal ; Deutsche Bank-er Explains Why He Committed Suicide

**Dead Bankers: Tim Dickenson,** a U.K.-based communications director at Swiss Re AG, also died last month, although the circumstances surrounding his death are still unknown.; [London rocked by City suicides](#)

**Dead Bankers:** Other financial industry deaths/missing persons possibly related? - [Exposing what lies beneath the bodies of dead bankers and what lies ahead for us](#) -->Missing Wall Stree Journal Journalist **David Bird**, and Car Executive (suicide) **Karl Slym;**  writer Doug Hagmann makes the case for "house cleaning" by connecting JP Morgan and Deutsche Bank, together with The White House, CIA and the NYPD to hide global criminal activity. Hagmann makes the assertion of a massive global banking conspiracy with transcends multuple administrations.  Karl Slym was connected to Tata Motors and Deutsche Bank, while David Bird was reporting on market manipulation of commodity markets.

**Dead Bankers: The Krim Children**:  [CNBC Exec's Children Murdered, 1 Day After CNBC Reports $43 Trillion Bankster Lawsuit](#) ; Police: Nanny [*stabbed herse*lf upon mother's arrival](#) ; Screen Shot of [original CNBC Article](#) :  Another source for [article](#): ...Targets of Spire Law Group;  [Law Suit Documents](#) ; Book; "[Bankster Chronicles"](#)