**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                     :     Chapter 11
                                                          :
GAWKER MEDIA LLC, *et al.*,[1]                            :     Case No. 16-11700 (SMB)
                                                          :
                              Debtors.                    :     (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 20, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Fourth Monthly Statement of Citrin Cooperman & Company, LLP of Fees for Professional Services Rendered and Disbursements Incurred as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession for the Period from November 1, 2016 Through November 30, 2016 [Docket No. 625]

- Third Monthly Statement of Brannock & Humphries of Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Debtors and Debtors in Possession for the Period from November 1, 2016 Through November 30, 2016 [Docket No. 626]

- Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filled by Albert James Daulerio [Docket No. 627]

- Monthly Fee Statement of Prime Clerk LLC, as Administrative Advisor to the Debtors for the Period from November 1, 2016 Through November 30, 2016 [Docket No. 629]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Third Monthly Statement of Levine Sullivan Koch & Schulz. LLP of Fees for Professional Services Rendered and Disbursements Incurred as Special Litigation Counsel for the Debtors and Debtors in Possession for the Period from November 1, 2016 Through November 30, 2016 [Docket No. 632]

- First Monthly Statement of Bush Ross, PA. of Fees for Professional Services Rendered and Disbursements Incurred as Special Florida Litigation Conflicts Counsel for the Debtors and Debtors in Possession for the Period from October 29, 2016 Through November 30, 2016 [Docket No. 633]

- Fifth Monthly Statement of Ropes & Gray LLP of Fees for Professional Services Rendered and Disbursements Incurred as Counsel for the Debtors and Debtors in Possession for the Period from November 1, 2016 Through November 30, 2016 [Docket No. 634]

On December 20, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail and Email on Marburger Law LLC, Attn: David Marburger, 14650 Detroit Ave, Suite 450, Cleveland, OH, 44107, 'david@marburger-law.com':

- Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filled by Albert James Daulerio [Docket No. 627]

Dated: December 23, 2016

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 23, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

2

SRF 12910

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtors | Gawker Media LLC | Attn: Heather Dietrick & William D. Holden<br>114 Fifth Avenue 2d Floor<br>New York NY 10011 | heather@gawker.com<br>profinvoices@gawker.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Debtors | Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Gregg.Galardi@ropesgray.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | frederic.ragucci@srz.com<br>adam.harris@srz.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | greg.zipes@usdoj.gov<br>susan.arbeit@usdoj.gov | First Class Mail and Email |