Ropes & Gray LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
::
In re : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
        Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION
PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND
502(E)(1) AND BANKRUPTCY RULE 3018 FOR ESTIMATATION OF
CLAIM NOS. 293, 294 AND 295 FILED BY ALBERT JAMES DAULERIO**

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that on November 28, 2016, the Debtors filed the *Debtors'*

*Motion Pursuant to Bankruptcy Code Sections 105 and 502(e)(1) and Bankruptcy Rule 3018 for*

*Estimation of Claim Nos. 293, 294, and 294 Filed by Albert James Daulerio* [Docket No. 495]

(the "Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60009103_1

**PLEASE TAKE FURTHER NOTICE** that on December 22, 2016, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 638] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Mr. Daulerio have consensually resolved the disputes relating to the Motion, as set forth in paragraph 79 of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Motion.

| | |
|---|---|
| Dated: December 27, 2016<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |