ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
:
In re                                        :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]               :    Case No. 16-11700 (SMB)
:
           Debtors.          :    (Jointly Administered)
:
-----------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION
PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 502(C)
AND 1129 AND BANKRUPTCY RULES 3018 AND 3021 FOR
APPROVAL OF CLAIMS ESTIMATION AND PLAN RESERVE PROCEDURES**

**TO THE CLERK OF THE COURT:**

       **PLEASE TAKE NOTICE** that on November 14, 2016, the Debtors filed the *Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 502(c) and 1129 and Bankruptcy Rules 3018 and 3021 for Approval of Claims Estimation and Plan Reserve Procedures* [Docket No. 444] (the "Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60008854_1

**PLEASE TAKE FURTHER NOTICE** that on December 22, 2016, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 638] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, in light of the relief granted in the Confirmation Order, the Debtors hereby withdraw the Motion.

Dated: December 27, 2016  /s/ Gregg M. Galardi
       New York, New York  ROPES & GRAY LLP
                                           Gregg M. Galardi
                                           D. Ross Martin
                                           Jonathan M. Agudelo
                                           1211 Avenue of the Americas
                                           New York, NY 10036-8704
                                           Telephone: (212) 596-9000
                                           Facsimile: (212) 596-9090
                                           gregg.galardi@ropesgray.com
                                           ross.martin@ropesgray.com
                                           jonathan.agudelo@ropesgray.com

                                           *Counsel to the Debtors*
                                           *and Debtors in Possession*

60008854_1