Hearing Date and Time: January 26, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
Peter Walkingshaw (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                     :
In re                                                : Chapter 11
                                                     :
Gawker Media LLC, *et al.*,[1]                       : Case No. 16-11700 (SMB)
                                                     :
            Debtors.                                 : (Jointly Administered)
                                                     :
-------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON**
**DEBTOR GAWKER MEDIA LLC'S OBJECTIONS TO PROOFS OF**
**CLAIM FILED BY SHIVA AYYADURAI AND ASHLEY TERRILL**

**PLEASE TAKE NOTICE** that on October 21, 2016, the Debtors filed the *Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(B)(6) and 12(C), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 372] (the "Ayyadurai Objection").

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2016, the Debtors filed the *Objection of Debtor Gawker Media to Proof of Claim No. 269 Filed by Ashley Terrill and*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60138123_1

*Motion to Apply Fed. R. Civ. P. 12(B)(6) and 12(C), Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 399] (the "Terrill Objection" and, together with the Ayyadurai Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Objections was set as November 14, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Objections was scheduled for December 1, 2016 at 10:30 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, on November 30, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill* [Docket No. 508], adjourning the response deadline to December 22, 2016 at 4:00 p.m. (prevailing Eastern time) and the Hearing to December 29, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval the Hearing is hereby further adjourned to **January 26, 2017 at 10:00 a.m. (prevailing Eastern Time).**

[*Remainder of page intentionally left blank.*]

-2-

60138123_1

-3-

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the Objections to be heard at the Hearing.

Dated: December 27, 2016  */s/ Gregg M. Galardi*
       New York, New York  ROPES & GRAY LLP
                                                  Gregg M. Galardi
                                                  D. Ross Martin
                                                  Jonathan M. Agudelo
                                                  Peter Walkingshaw (admitted *pro hac vice*)
                                                  1211 Avenue of the Americas
                                                  New York, NY 10036-8704
                                                  Telephone: (212) 596-9000
                                                  Facsimile:   (212) 596-9090
                                                  gregg.galardi@ropesgray.com
                                                  ross.martin@ropesgray.com
                                                  jonathan.agudelo@ropesgray.com
                                                  peter.walkingshaw@ropesgray.com

                                                  *Counsel to the Debtors*
                                                  *and Debtors in Possession*