ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
 : 
In re : Chapter 11
 : 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
 : 
  Debtors. : (Jointly Administered)
 : 
------------------------------------------------------x

### *AMENDED* AGENDA FOR HEARING TO BE HELD
### DECEMBER 29, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)[2]

| | |
|---|---|
| Date and Time: | December 29, 2016 at 10:00 A.M. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Stuart M. Bernstein<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 723<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323. |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] *New material added since the filing of the original agenda [Docket No. 655] is listed in italics in this amended agenda.*

60138988_1

**CASE CONFERENCE**

**UNCONTESTED MATTERS**

1. Notice of Hearing on Debtors' Motion to Approve Settlement Among Gawker Media LLC, Mail Media Inc., Associated Newspapers Limited, Daily Mail General Trust PLC, and James King [Docket No. 505]

    **Response Deadline:** December 23, 2016

    **Responses Received:** None.

    **Related Documents:**

    a. Certificate of No Objection to Debtors' Motion to Approve Settlement Among Gawker Media LLC, Mail Media Inc., Associated Newspapers Limited, Daily Mail General Trust PLC, and James King [Docket No. 651]

    **Status:** **The Debtors have filed a certificate of no objection in respect of the Motion [Docket No. 651]. Absent the Court entering an order approving the Motion, this matter will be going forward.**

**WITHDRAWN MATTER**

2. Debtors' Motion for Entry of a Second Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code [Docket No. 531]

    **Response Deadline:** December 12, 2016

    **Responses Received:** None.

    **Related Documents:** None.

    **Status:** **The Debtors have withdrawn the Motion [Docket No. 652]. This matter is not going forward.**

**ADJOURNED MATTERS**

3. Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

    **Response Deadline:** January 19, 2017

    **Responses Received:** None.

**Related Documents:**

a. Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 344]

b. Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

c. Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 438]

d. Notice of Further Adjournment on Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 618]

**Status:** **This matter has been adjourned to the hearing on January 26, 2017 at 10:00 a.m.**

4. Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 372]

   **Response Deadline:** December 22, 2016

   **Responses Received:** None.

   **Related Documents:**

   a. Notice of Hearing and Response Deadline on Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 398]

   b. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 508]

   c. *Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 656]*

   **Status:** *This matter has been adjourned to the hearing on January 26, 2017 at 10:00 a.m.*

5.   Notice of Objection of Debtor Gawker Media LLC to Proof of Claim No. 269 Filed by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 399]

**Response Deadline:** December 22, 2016

**Responses Received:** None.

**Related Documents:**

a.   Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 508]

b.   *Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 656]*

**Status:**   *This matter has been adjourned to the hearing on January 26, 2017 at 10:00 a.m.*

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

6. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

**Response Deadline:** January 19, 2017

**Responses Received:** None.

**Related Documents:**

a. Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

**Status:** **This matter has been adjourned to the hearing on January 26, 2017 at 10:00 a.m.**

Dated: December 28, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*