UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
---------------------------------------------------------x

**ORDER APPROVING DEBTORS' MOTION TO APPROVE SETTLEMENT AMONG
GAWKER MEDIA LLC, MAIL MEDIA INC., ASSOCIATED NEWSPAPERS LIMITED,
DAILY MAIL GENERAL TRUST PLC, AND JAMES KING**

Upon consideration of the *Debtors' Motion to Approve Settlement Among Gawker Media LLC, Mail Media Inc., Associated Newspapers Limited, Daily Mail General Trust plc, and James King* (the "Motion") seeking an order approving that certain Settlement Agreement[2] among Gawker Media LLC, Mail Media Inc., Associated Newspapers Limited, Daily Mail General Trust plc, and James King, dated November 29, 2016, a copy of which is attached as Exhibit A; and it appearing that no other or further notice need be provided; and no objections to approval of the Settlement Agreement having been filed or received; and it appearing that the relief requested is in the best interests of this estate, its creditors, and other parties-in-interest; and the Court having reviewed the Settlement Agreement; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED THAT:**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

60128778_1

1. ~~The Motion is GRANTED.~~ **[SMB: 12/28/16]**

2. The Settlement Agreement attached as <u>Exhibit A</u> is hereby approved in all respects pursuant to Bankruptcy Rule 9019.

3. The MMI Claim is hereby settled as of the date that Gawker Media satisfies each of the conditions contained in paragraphs 1-4 of the Settlement Agreement (the "<u>Completion Date</u>"). The Debtors are authorized to direct Prime Clerk on or after the Completion Date to cause the claims register to be amended to reflect that the MMI Claim has been satisfied pursuant to settlement.

4. The Settlement Agreement may be modified, amended, or supplemented **in a non-material way** through a written agreement by and among the Settling Parties in accordance with the terms thereof without further order of the Court. **[SMB: 12/28/16]**

5. This Court retains jurisdiction with respect to all matters arising from or related to the Settlement Agreement or enforcement of this Order, including the authority to interpret, implement, and enforce the terms and provisions of the Settlement Agreement and this Order.

**Dated: <u>December 28th, 2016</u>**
**New York, New York**

            **/s/ STUART M. BERNSTEIN**
            **HONORABLE STUART M. BERNSTEIN**
            **UNITED STATES BANKRUPTCY JUDGE**

**EXHIBIT A**

Settlement Agreement

60128778_1