**Hearing Date and Time: January 26, 2017 at 10:00 a.m. (ET)**
**Objection Deadline: January 11, 2017 at 4:00 p.m. (ET)**

FREJKA PLLC
Elise S. Frejka
Jason S. Rappaport
205 East 42nd Street – 20th Floor
New York, New York 10017
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Counsel to Deloitte Financial Advisory Services LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Gawker Media LLC, et al.,[1] | : | Case No. 16-11700 (SMB) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 28, 2016 THROUGH SEPTEMBER 30, 2016**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the application for allowance of interim compensation and reimbursement of expenses for the period June 28, 2016 through September 30, 2016 (the "First Interim Fee Application") filed by Deloitte Financial Advisory Services LLP, financial advisor for the Official Committee of Unsecured Creditors in these chapter 11 cases [Docket No. 661], pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 94], will be held before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723,

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

New York, New York 10004 (the "Bankruptcy Court"), on **January 26, 2017, at 10:00 a.m. (prevailing Eastern Time)**. The First Interim Fee Application and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Deloitte Financial Advisory Services LLP [Docket No. 661] | Financial Advisor for the Official Committee of Unsecured Creditors | $652,130.50 | $671.70 |

**PLEASE TAKE FURTHER NOTICE** that the First Interim Fee Application was filed with the Court on December 28, 2016. A copy of the First Interim Fee Application and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the First Interim Fee Application shall be in writing, shall conform to the Bankruptcy Rules, and the Local Rules, shall be filed with the Bankruptcy Court, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy to be delivered directly to chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **January 11, 2017 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), upon the following parties: (i) the Debtors, Gawker

Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Avenue, New York, NY 10017, Attn: Sandeep Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (vii) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); (viii) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); and (ix) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the First Interim Fee Application in accordance with this notice, Deloitte Financial Advisory Services LLP may submit an order to the Court after the applicable Objection Deadline, which the Court may enter, granting the First Interim Fee Application, with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

Dated: New York, New York
December 28, 2016

Respectfully submitted,

FREJKA PLLC

By: /s/ Jason S. Rappaport
Elise S. Frejka
Jason S. Rappaport
205 East 42nd Street – 20th Floor
New York, New York 10017
Telephone: (212) 641-0800
Facsimile: (212) 641-0820
Email: efrejka@frejka.com
Email: jrappaport@frejka.com

*Counsel to Deloitte Financial Advisory Services LLC*

4