**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
GAWKER MEDIA LLC, et al.,[1]                      :    Case No. 16-11700 (SMB)
                                                  :
                         Debtors.                 :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 23, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Master Service List attached hereto as **Exhibit A**:

- Order Granting First Interim Fee Applications of Certain Special Litigation Counsel for the Debtors for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 648]

Dated: December 29, 2016

/s/ Michael Callo
Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 29, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**CHANEL C PAGAN**
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**Exhibit A**

# Exhibit A

Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. | Tgaa@bbslaw.com; tom@bbslaw.com |
| Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. | efisher@binderschwartz.com; jjimenez@binderschwartz.com |
| Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq. | astrehle@brownrudnick.com; jwexler@brownrudnick.com |
| Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq. | rnies@csglaw.com; mcaruso@csglaw.com |
| Clare Locke LLP | Attn: Joseph R. Oliveri | joe@clarelocke.com |
| Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. | dtabak@cohengresser.com; mspatz@cohengresser.com |
| Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq. | acelli@ecbalaw.com |
| Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | charder@hmafirm.com |
| Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | trevor.hoffmann@haynesboone.com |
| Houlihan Lokey, Inc. | Attn: Reid Snellenbarger | RSnellenbarger@HL.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Latham & Watkins LLP | Attn: David S. Heller, Esq. | david.heller@lw.com |
| Latham & Watkins LLP | Attn: Keith A. Simon, Esq. | keith.simon@lw.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina, Esq. | Marc.Zelina@lw.com |
| Locke Lord, LLP | Attn: Casey B. Howard | choward@lockelord.com |
| Locke Lord, LLP | Attn: Jonathan W. Young | jonathan.young@lockelord.com |
| Locke Lord, LLP | Attn: Michael B. Kind | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | sdnyecf@dor.mo.gov |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com |
| Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. | adam@pollacksharan.com |
| Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq. | asm@pryormandelup.com; lr@pryormandelup.com |
| Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq. | tmartin@putneylaw.com; bmaisto@putneylaw.com |
| Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq. | ecf@randazza.com |
| Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. | arheaume@riemerlaw.com |
| Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. | sfox@riemerlaw.com |
| Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | slevine@saul.com; dpatel@saul.com |
| Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | adam.harris@srz.com; frederic.ragucci@srz.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | bankruptcynoticeschr@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Silicon Valley Bank | Attn: Jocelyn Hartmann | jhartmann@svb.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. | squsba@stblaw.com; wrussell@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com; Anthony.Clark@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com; Anthony.Clark@skadden.com |
| Special Bankruptcy Counsel | Attn: Enid Nagler Stuart | Enid.Stuart@ag.ny.gov |
| Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. | torkinm@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com |
| United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | susan.arbeit@usdoj.gov; greg.zipes@usdoj.gov |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov; Carina.Schoenberger@usdoj.gov |
| US VC Partners LP | Attn: Mr. A. Jung | ajung@columbusnova.com |
| Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | aburdick@wgaeast.org |