**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
GAWKER MEDIA LLC, *et al.*,[1]                                 :    Case No. 16-11700 (SMB)
                                                               :
                        Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before December 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Certificate of No Objection to Debtors' Motion to Approve Settlement Among Gawker Media LLC, Mail Media Inc., Associated Newspapers Limited, Daily Mail General Trust PLC, and James King [Docket No. 651] (the "***Certificate of No Objection***")

- Notice of Withdrawal of Debtors' Motion for Entry of a Second Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 652] (the "***Withdrawal of Exclusivity Motion***")

- Notice of Withdrawal of Debtors' Motion for Estimation of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio [Docket No. 653] (the "***Withdrawal of Estimation of Daulerio Claims***")

- Notice of Withdrawal of Debtors' Motion for Approval of Claims Estimation and Plan Reserve Procedures [Docket No. 654] (the "***Withdrawal of Estimation Motion***")

- Agenda for Hearing to be Held December 29, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 655] (the "***Hearing Agenda***")

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 656] (the "*Notice of Adjournment*")

On or before December 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document, along with the Certificate of No Objection, Withdrawal of Exclusivity Motion, Withdrawal of Estimation of Daulerio Claims, Withdrawal of Estimation Motion, Hearing Agenda, and Notice of Adjournment to be served via Email and First Class Mail on the United States Trustee William K. Harrington, Attn: Greg M. Zipes and Susan Arbeit, US Federal Office Building, 201 Varick Street Room 1006, New York, NY 10014, susan.arbeit@usdoj.gov; greg.zipes@usdoj.gov:

- Order Granting First Interim Fee Applications of Certain Special Litigation Counsel for the Debtors for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 648]

On December 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Withdrawal of Estimation of Daulerio Claims to be served via First Class Mail on Marburger Law LLC, Attn: David Marburger, 14650 Detroit Avenue, Suite 450, Cleveland, OH 44107.

On December 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Withdrawal of Estimation Motion to be served by the method set forth on the Affected Parties Service List attached hereto as **Exhibit B**.

On December 27, 2016, at my direction and under my supervision, employees of Prime Clerk caused the Hearing Agenda and Notice of Adjournment to be served by the method set forth on the Vassallo Service List attached hereto as **Exhibit C**.

Dated: December 30, 2016

Michael Callo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 30, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

**CHANEL C PAGAN**
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>633 Menlo Avenue<br>Suite 100<br>Menlo Park CA 94025 | Tgaa@bbslaw.com<br>tom@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to Mail Media | Clare Locke LLP | Attn: Joseph R. Oliveri<br>902 Prince Street<br>Alexandria VA 22314 | joe@clarelocke.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr. 37th Fl.<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications, Inc. | Latham & Watkins LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard<br>Brookfield Place, 200 Vesey Street<br>20th Floor<br>New York NY 10281 | choward@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young<br>111 Huntington Avenue<br>Boston MA 02199 | jonathan.young@lockelord.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind<br>111 S. Wacker Drive<br>Chicago IL 60606-4410 | michael.kind@lockelord.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq.<br>100 Pearl Street, 14th Floor<br>Hartford CT 06103 | ecf@randazza.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance LLC (DIP Lender) | Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York NY 10017 ` | squsba@stblaw.com<br>wrussell@stblaw.com | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Thiel Capital LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart<br>120 Broadway<br>24th FL<br>New York NY 10271 | Enid.Stuart@ag.ny.gov | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 |  | First Class Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners LP | Attn: Mr. A. Jung<br>90 Third Avenue, 19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 3

**Exhibit B**

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2932785 | Ad-Juster, Inc. (media) | Attn: Michael Lewis | 13280 Evening Creek Dr. S | Suite 100 | | San Diego | CA | 92128 | | | First Class Mail |
| 3101102 | Aguilar, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3098936 | Akerman LLP | c/o Andrea S. Hartley, Esq. | 98 SE 7th Street | Suite 1100 | | Miami | FL | 33131 | | andrea.hartley@akerman.com | Email and First Class Mail |
| 3101077 | Alzona, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932759 | Andrássy Palota Kft. | 1095 Budapest, Máriássy u. 7 | | | | | | | Hungary | | First Class Mail |
| 2932826 | AOL Advertising | 770 Broadway | | | | New York | NY | 10003 | | | First Class Mail |
| 3100598 | AOL Advertising, Inc. | c/o Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LPP | 52 East Gay Street | | Columbus | OH | 43215 | | tscobb@vorys.com | Email and First Class Mail |
| 2932815 | Associated Press | 450 W. 33rd St | | | | New York | NY | 10001 | | | First Class Mail |
| 2932774 | Atlantic Metro Communications | c/o Atlantic Metro Invoice | 4 Century Drive, Suite 102 | | | Parsippany | NJ | 07054 | | | First Class Mail |
| 3098803 | Ayyadurai, S | c/o Anthony M. Vassallo, Esq. | Law Office of Anthony M. Vassallo | 305 Fifth Avenue | Suite 1B | Brooklyn | NY | 11215 | | | First Class Mail |
| 3101150 | Ballaban, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932778 | Biddle, S | Kate Bolger, Levine Sullivan Koch & Schulz, LLP | 321 W.44th Street, Suite 1000 | | | New York | NY | 10036 | | | First Class Mail |
| 3100992 | Biddle, SF | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678760 | Blakeley, RE | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3098815 | Bluestone, G | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3098815 | Bluestone, G | Andrew Lavoott Bluestone | Attorney at Law | Woolworth Building | 233 Broadway, 27th Floor | New York | NY | 10279 | | alb@bluestonelawfirm.com | Email and First Class Mail |
| 3100957 | Bluestone, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3098996 | Bollea, TG | Binder & Schwartz LLP | Attn: Eric B. Fisher | 366 Madison Ave., 6th Floor | | New York | NY | 10017 | | efisher@binderschwartz.com | Email and First Class Mail |
| 2932800 | Bollea, TG | c/o Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | 132 S Rodeo Dr Ste 301 | | Beverly Hills | CA | 90212 | | | First Class Mail |
| 3098144 | Bollea, TG | Law Office of David R. Houston | Attn: David R. Houston | 432 Court Street | | Reno | NV | 89501 | | dhouston@houstonlaw.com | Email and First Class Mail |
| 2678101 | Brandtale | 588 Broadway | Ste 503 | | | New York | NY | 10012 | | | First Class Mail |
| 2680524 | Bryant, K | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2932751 | Budapesti Önkormányzat | Attn: General Counsel | 1052 Budapest, Városház u. 9-11. | | | | | | Hungary | | First Class Mail |
| 2932816 | Burbridge, L | REDACTED | | | | REDACTED | REDACTED | REDACTED | | | First Class Mail |
| 3101026 | Burke, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101068 | Burneko, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932793 | Burton, T | c/o William J. Schifino, Jr. | Burr and Forman | P.O. Box 380 | | Tampa | FL | 33601 | | | First Class Mail |
| 2932790 | Busack, R (aka RJ Bell) | Charles J. Harder, Harder Mirell & Abrams LLP | 132 S. Rodeo Drive, Suite 301 | | | Beverly Hills | CA | 90212 | | | First Class Mail |
| 2932762 | C, Sadowski | Richard P. Liebowitz, Liebowitz Law Firm, PLLC | 11 Sunrise Plaza, Suite 301 | | | Valley Stream | NY | 11580 | | RL@LiebowitzLawFirm.com | Email and First Class Mail |
| 2678181 | Cahill Gordon & Reindel LLP | Attn: Susan Buckley and Joel H. Levitin | 80 Pine Street | | | New York | NY | 10005 | | jlevitin@cahill.com; sbuckley@cahill.com | Email and First Class Mail |
| 2932798 | Calta, M aka "Cowhead" | c/o Erik R. Matheny | Shutts & Bowen LLP | 4301 W. Boy Scout Blvd., Suite 300 | | Tampa | FL | 33607 | | | First Class Mail |
| 3100732 | Carmichael, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932753 | Carmon, I | Chad Bowman, Levine Sullivan Koch & Schulz, LLP | 1899 L Street, NW, Suite 200 | | | Washington | DC | 20036 | | | First Class Mail |
| 3101009 | Carmon, I | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932802 | Carrega, TN | c/o Morgan Barfield | Coreless Barfield Trial Group, LLC | 4350 Cypress Street, Suite 910 | | Tampa | FL | 33606 | | | First Class Mail |
| 2646040 | CDW, LLC | Attn: Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | | roneeri@cdw.com | Email and First Class Mail |
| 2677640 | Cloudinary Ltd. | 111 W. Evelyn Ave. | Suite 206 | | | Sunnyvale | CA | 94086 | | | First Class Mail |
| 2932831 | Cogent Communications | 2450 N Street NW | | | | Washington | DC | 20037 | | rbarse@cogentco.com | Email and First Class Mail |
| 3100963 | Collins, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3057488 | Commonwealth of Kentucky Dept. of Revenue | Legal Support Branch | PO Box 5222 | | | Frankfort | KY | 40602 | | thomas.wolfe@ky.gov | Email and First Class Mail |
| 3122839 | Comptroller of Maryland | 301 W. Preston Street Room 409 | | | | Baltimore | MD | 21201-2373 | | | First Class Mail |
| 2678276 | Con Edison (210) | JAF Station | PO Box 1702 | | | New York | NY | 10116 | | | First Class Mail |
| 2681602 | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000 | | | | Bellevue | WA | 98004 | | | First Class Mail |
| 2681602 | Concur Technologies, Inc. | 62157 Collections Center Drive | | | | Chicago | IL | 60693 | | | First Class Mail |
| 2962773 | Consolidated Edison Company of New York, Inc. | Bankruptcy Group | 4 Irving Place, Room 1875-S | | | New York | NY | 10003 | | cameronn@coned.com | Email and First Class Mail |
| 2932779 | Cook, J | Kate Bolger, Levine Sullivan Koch & Schulz, LLP | 321 W.44th Street, Suite 1000 | | | New York | NY | 10036 | | | First Class Mail |
| 3101114 | Cook, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101094 | Cook, JJ | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2677682 | Corbis Corporation | 13159 Collections Center Drive | | | | Chicago | IL | 60693 | | | First Class Mail |
| 2932792 | Cox Radio, Inc. | c/o Thomas M. Clyde | Kilpatrick Townsend | 1100 Peachtree Street NE, Suite 2800 | | Atlanta | GA | 30309 | | | First Class Mail |
| 2932817 | Darbyshire, G | Chad Bowman, Levine Sullivan Koch & Schulz, LLP | 1899 L Street, NW, Suite 200 | | | Washington | DC | 20036 | | | First Class Mail |
| 3101056 | Darbyshire, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3165900 | Datadog, Inc. | Datadog Air | Attn: Lauren Mergamen | 620 8th Ave, Floor 45 | | New York | NY | 10018 | | | First Class Mail |
| 2678048 | DataGram | 500 West Madison Street | Suite 801 | | | Chicago | IL | 60661 | | creditdepartment@gettyimages.com | Email and First Class Mail |
| 3101222 | Daulerio, AJ | Marburger Law LLC | Attn: David Marburger | 14650 Detroit Avenue, Suite 450 | | Cleveland | OH | 44107 | | david@marburger-law.com | Email and First Class Mail |
| 2932763 | Daulerio, AJ | Seth Berlin, Levine Sullivan Kock & Schulz, LLP | 1899 L Street, NW, Suite 200 | | | Washington | DC | 20036 | | | First Class Mail |
| 2932797 | Davidson, KM | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | | | First Class Mail |
| 3100814 | Davies, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101105 | de Souza, V | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2932818 | Denton, N | Chad Bowman, Levine Sullivan Koch & Schulz, LLP | 1899 L Street, NW, Suite 200 | | | Washington | DC | 20036 | | | First Class Mail |
| 2932768 | Denton, N | Kate Bolger, Levine Sullivan Koch & Schulz, LLP | 321 W.44th Street, Suite 1000 | | | New York | NY | 10036 | | | First Class Mail |
| 3097915 | Denton, N G.A. | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3097915 | Denton, Nicholas G.A. | Cole Schotz P.C. | Attn: Warren Usatine | 25 Main Street | PO Box 800 | Hackensack | NJ | 07602 | | wusatine@coleschotz.com | Email and First Class Mail |
| 3123357 | Department of the Treasury - Internal Revenue Service | 290 Broadway | | | | New York | NY | 10007 | | | First Class Mail |
| 3123357 | Department of the Treasury - Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | | | First Class Mail |
| 2678776 | Dietrick, H | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3101216 | Dietrick, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932787 | Don Buchwald & Asscs., Inc. | c/o William J. Schifino, Jr. | Burr and Forman | P.O. Box 380 | | Tampa | FL | 33601 | | | First Class Mail |
| 3101007 | Donohue, L | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678091 | DoubleVerify, Inc. | 575 8th Avenue 8th Floor | | | | New York | NY | 10018 | | | First Class Mail |
| 3101087 | Draper, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678356 | DRH Internet Inc | PO Box 412 | | | | Schneider | IN | 46376-0412 | | | First Class Mail |
| 3101134 | Dries, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100754 | Drummond, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932820 | Duncan, J | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3099594 | Escobedo Shepherd, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2914524 | Everbank Commercial Finance, Inc. | 10 Waterview Boulevard | | | | Parsippany | NJ | 07054 | | bwellford@everbank.com | Email and First Class Mail |
| 3091152 | Faircloth, GK | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932804 | Fastly | 475 Brannan St, Ste 320 | | | | San Francisco | CA | 94107 | | | First Class Mail |
| 3070563 | Federal Insurance Company | c/o Chubb Litigation | 436 Walnut Street, WA04K | | | Philadelphia | PA | 19106 | | adrienne.logan@chubb.com; robert.turrin@chubb.com | Email and First Class Mail |
| 3100968 | Feinberg, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2680747 | Fette, I | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2680747 | Fette, I | Pryor & Mandellup, L.L.P. | Attn: J. Logan Rappaport, Esq. | 675 Old Country Road | | Westbury | NY | 11590-4513 | | lr@pryormandelup.com | Email and First Class Mail |
| 3100943 | Finger, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932772 | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Kalman Ochs | One New York Plaza | | | New York | NY | 10004 | | jeffrey.ross@friedfrank.com; kalman.ochs@friedfrank.com | Email and First Class Mail |
| 2932811 | Gawker Media Group, Inc. | 114 Fifth Avenue | 2nd Floor | | | New York | NY | 10011 | | | First Class Mail |
| 3101339 | Gawker Media Group, Inc. | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | | wholden@opportune.com | Email and First Class Mail |
| 3101822 | Gawker Media LLC | 114 Fifth Avenue, 2nd Floor | | | | New York | NY | 10011 | | | First Class Mail |
| 3101822 | Gawker Media LLC | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | | wholden@opportune.com | Email and First Class Mail |
| 3101030 | George, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932809 | Getty Images | 605 5th Avenue South | Suite 400 | | | Seattle | WA | 98104 | | | First Class Mail |
| 3100948 | Goldberg, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678208 | Goldin Solutions | 928 Broadway Suite 900 | | | | New York | NY | 10010 | | | First Class Mail |
| 2959284 | Google, Inc. | c/o White and Williams LLP | 7 Times Square Suite 2900 | | | New York | NY | 10036-6524 | | ostrows@whiteandwilliams.com | Email and First Class Mail |
| 2959284 | Google, Inc. | David Curtin | 1600 Amphitheatre Pkwy | | | Mountian View | CA | 94043 | | davidcurtin@google.com | Email and First Class Mail |
| 2932824 | Got News, LLC | 717 W Siena LN | | | | Clovis | CA | 93619 | | | First Class Mail |
| 2986331 | Got News, LLC | The Burns Law Firm | Attn: John C. Burns | 1717 Park Avenue | | St. Louis | MO | 63104 | | john@burns-law-firm.com | Email and First Class Mail |
| 3100954 | Haisley, W | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101049 | Hardigree, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2915879 | Hartford Fire Insurance Company | Bankruptcy Unit, NP3-R, Hartford Plaza | | | | Hartford | CT | 06155 | | | First Class Mail |
| 2915879 | Hartford Fire Insurance Company | Hank Hoffman, Assistant Vice-President | One Hartford Plaza | | | Hartford | CT | 06155 | | | First Class Mail |
| 2915879 | Hartford Fire Insurance Company | The Hartford | PO Box 660916 | | | Dallas | TX | 75266 | | | First Class Mail |
| 3114339 | Hartsough, DJ | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3101127 | Henry, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932784 | Hnetinka, L | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3100700 | Hope, C | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932813 | Howard, G | REDACTED | REDACTED | | | REDACTED | REDACTED | REDACTED | | | First Class Mail |
| 3100786 | Howard, G | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101268 | Hudson, AD | James W. Halter, Esq. | Liddle & Robinson, L.L.P. | 800 Third Avenue | | New York | NY | 10022 | | jhalter@liddlerobinson.com | Email and First Class Mail |
| 3070683 | Huon, M | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2663654 | Illinois Department of Revenue | Bankruptcy Unit | P.O. Box 64338 | | | Chicago | IL | 60664-0338 | | | First Class Mail |
| 2663654 | Illinois Department of Revenue | Karim Kaminski | Revenue Tax Specialist | 100 W. Randolph St. | Level 7-400 | Chicago | IL | 60601 | | | First Class Mail |
| 2677908 | Innovid Inc | 30 Irving Place | 12th Floor | | | New York | NY | 10003 | | accounting@innovid.com | Email and First Class Mail |
| 2677908 | Innovid Inc | PO Box 347961 | | | | Pittsburgh | PA | 15251-4961 | | | First Class Mail |
| 2677526 | IPFS Corporation | 30 Montgomery Street | Suite 1000 | | | Jersey City | NJ | 07302 | | lisa.chandler@ipfs.com | Email and First Class Mail |
| 2932791 | Ivari International | Charles J. Harder, Harder Mirell & Abrams LLP | 132 S. Rodeo Drive, Suite 301 | | | Beverly Hills | CA | 90212 | | | First Class Mail |
| 2932781 | Ivari, E | Charles J. Harder, Harder Mirell & Abrams LLP | 132 S. Rodeo Drive, Suite 301 | | | Beverly Hills | CA | 90212 | | | First Class Mail |
| 3062070 | J B Duncan, PC | 103 E Blithedale Ave, Suite 7 | | | | Mill Valley | CA | 94941 | | | First Class Mail |
| 3099531 | Jalsovszky Law Firm | Jalsovszky Ügyvédi Iroda | Csörsz u. 41. | | | Budapest | | 1124 | Hungary | kperenyi@jalsovszky.com | Email and First Class Mail |
| 2932799 | Johnson, C | c/o Got News, LLC | 2770 Mesa AVE | | | Clovis | CA | 93611-6845 | | | First Class Mail |

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3098211 | Johnson, CC | The Burns Law Firm | 1717 Park Avenue | | | St. Louis | MO | 63104 | | john@burns-law-firm.com | Email and First Class Mail |
| 3101082 | Juzwiak, R | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932827 | JW Player (Longtail Ad Solutions, Inc.) | 8 West 38th Street | Floor 6 | | | New York | NY | 10018 | | | First Class Mail |
| 3101058 | Kalaf, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932796 | Kargo (Vendor) | 826 Broadway | 5th Floor | | | New York | NY | 10003 | | | First Class Mail |
| 2932786 | Keith M. Davidson & Assocs., P.L.C. | 8383 Wilshire Blvd. | Suite 510 | | | Beverly Hills | CA | 90211 | | | First Class Mail |
| 3057475 | Kentucky Dept. of Revenue | PO Box 5222 | | | | Frankfort | KY | 40602 | | michael.hornback@ky.gov | Email and First Class Mail |
| 3100765 | Keyser, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101237 | Kidder, S | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 3099274 | King, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932765 | King, J | Susan Buckley, Cahill Gordon & Reindel LLP | 80 Pine Street | | | New York | NY | 10005 | | | First Class Mail |
| 3101784 | Kinja Kft. | William D. Holden | c/o Opportune LLP | 10 East 53rd Street, 33rd Floor | | New York | NY | 10022 | | wholden@opportune.com | Email and First Class Mail |
| 2932810 | Kinja, Kft. | 1124 Budapest, Csörsz utca 41 | | | | | | | Hungary | | First Class Mail |
| 3100794 | Kleeman, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100873 | Klosowski, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678135 | Krux Digital | 660 4th St, #269 | | | | San Francisco | CA | 94107 | | | First Class Mail |
| 3101148 | Laffoon, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100941 | Ley, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932776 | Lickerish Ltd. | Image Rights International, Inc. | Aws Shemmeri, Esq. | 51 Melcher St., 1st Floor | | Boston | MA | 02210 | | | First Class Mail |
| 2967620 | Liquidity Solutions as Transferee of Optimizely, Inc. | Attn: Michael Handler | One University Plaza | Suite 312 | | Hackensack | NJ | 07601 | | | First Class Mail |
| 2932803 | Loyd, MC aka "M Loyd" aka "Spice Boy" | c/o Morgan Barfield | Coreless Barfield Trial Group, LLC | 4301 W. Boy Scout Blvd., Suite 300 | | Tampa | FL | 33606 | | | First Class Mail |
| 3072320 | Lynch Thompson LLP | Attn: Daniel Lynch and Amy J. Hansen | 150 S. Wacker Drive, Suite 2600 | | | Chicago | IL | 60606 | | ahansen@lynchthompson.com; dlynch@lynchthompson.com | Email and First Class Mail |
| 3101359 | M, Aulistar | James W. Halter, Esq. | Liddle & Robinson, L.L.P. | 800 Third Avenue | | New York | NY | 10022 | | jhalter@liddlerobinson.com | Email and First Class Mail |
| 3100970 | Magary, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3099084 | Magyar Telekom Plc. | Peter Benedek, Legal Counsel | Krisztina krt. 55. | | | Budapest | | 1013 | Hungary | benedek.peter@telekom.hu | Email and First Class Mail |
| 3067846 | Mail Media, Inc. d/b/a Mail Online | c/o CLARE LOCKE LLP | ATTN: Joe Oliveri | 902 Prince Street | | Alexandria | VA | 22314 | | joe@clarelocke.com | Email and First Class Mail |
| 2677545 | Maples & Calder | PO Box 309 | Ugland House | 121 South Church St | | George Town, Grand Cayman | | KY1-1104 | Cayman Islands | suzanne.correy@maplesandcalder.com | Email and First Class Mail |
| 3101047 | Marchman, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932821 | Market Halsey Urban Renewal, LLC | 112 West 34th Street Ste. 2106 | | | | New York | NY | 10120 | | | First Class Mail |
| 2677788 | Medialink | 1901 Avenue of the Stars | Suite 1775 | | | Los Angeles | CA | 90067 | | | First Class Mail |
| 3101073 | Merlan, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2975516 | Merrill Corporation | Attn: Leif Simpson | One Merrill Circle | | | Saint Paul | MN | 55108 | | leif.simpson@merrillcorp.com | Email and First Class Mail |
| 2677703 | Metropolitan Cleaning, LLC | 142 W. 57th Street | | | | New York | NY | 10019 | | Julianne.Voll@metbldg.com | Email and First Class Mail |
| 2642286 | Moat Inc. | 222 S Albany Street | | | | Ithaca | NY | 14850 | | finance@moat.com | Email and First Class Mail |
| 2642286 | Moat Inc. | 28 East 28th Street | | | | New York | NY | 10016 | | debbie.dillon@moat.com | Email and First Class Mail |
| 2677595 | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | 909 Third Avenue | | | New York | NY | 10022 | | bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com | Email and First Class Mail |
| 3100924 | Moskovitz, D | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2675524 | National Union Fire Insurance Company of Pittsburgh, P.A. | AIG Property Casualty, Inc. | Eric Manne, Authorized Representative | 175 Water Street, 15th Floor | | New York | NY | 10038 | | eric.manne@aig.com | Email and First Class Mail |
| 2932752 | NAV | Attn: General Counsel | 1054 Budapest, Széchenyi u. 2. | | | | | | Hungary | | First Class Mail |
| 2932750 | New York State Commissioner of Taxation | ATTN: Office of Counsel | Building 9 W A Harriman Campus | | | Albany | NY | 12227 | | | First Class Mail |
| 2932748 | New York State Department of Finance | 66 John Street, Room 104 | | | | New York | NY | 10038 | | | First Class Mail |
| 2929701 | New York State Department of Labor, Unemployment Insurance Division | State Office Campus | Building # 12 | Room # 256 | | Albany | NY | 12240 | | nysdol@labor.state.ny.us | Email and First Class Mail |
| 2677056 | New York State Department of Taxation and Finance | Bankruptcy Section | PO BOX 5300 | | | Albany | NY | 12205-0300 | | | First Class Mail |
| 3101160 | Nolan, H | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100919 | Novak, M | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2677562 | NSONE Inc. | Attn: General Counsel | 16 Beaver Street | 3rd Floor | | New York | NY | 10004 | | apullin@ns1.com | Email and First Class Mail |
| 2932749 | NY State Dept of Taxation & Finance | 80-02 Kew Gardens Rd | | | | Kew Gardens | NY | 11415-3618 | | | First Class Mail |
| 3100827 | O'Conner, B | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2914694 | Ole Media Management L.P. dba Jingle Punks | Attn: General Counsel | 266 King Street West | Suite 500 | | Toronto | ON | M5V 1H8 | Canada | denis_dinsmore@olemm.com; jennifer_correia@olemm.com | Email and First Class Mail |
| 2932808 | Operative Media, Inc | 6 East 32nd Street, 3rd Floor | | | | New York | NY | 10016 | | | First Class Mail |
| 3101084 | Orin, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100726 | Ouellette, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2677596 | Pacific Coast News | c/o Bwp Media USA, Inc | 22287 Mulholland Hwy | | | Calabasas | CA | 91302 | | plubbock@photoshot.com | Email and First Class Mail |
| 3101141 | Pareene, A | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3109755 | Pennsylvania Department of Revenue | Bankruptcy Division | PO Box 280946 | | | Harrisburg | PA | 17128-0946 | | | First Class Mail |
| 3109755 | Pennsylvania Department of Revenue | Jennifer Crumling | 4th and Walnut Street | | | Harrisburg | PA | 17128 | | | First Class Mail |
| 3100871 | Petchesky, B | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2678006 | Plant Specialists LLC | 42-25 Vernon Boulevard | | | | Long Island City | NY | 11101 | | | First Class Mail |
| 3101168 | Plunkett, T | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2932767 | Polgár, T | REDACTED | | | | | | | REDACTED | | First Class Mail |

Exhibit B
Affected Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2932783 | Proskauer Rose LLP | Eleven Times Square | | | | New York | NY | 10036 | | | First Class Mail |
| 2678198 | QZZR | 86 W. Main, Suite B | | | | Lehi | UT | 84043 | | | First Class Mail |
| 2932833 | REDBOOKS | 330 Seventh Avenue, Floor 10 | | | | New York | NY | 10001 | | | First Class Mail |
| 3101092 | Redford, P | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932780 | Richards, Layton & Finger | 920 North King Street | | | | Wilmington | DE | 19801 | | | First Class Mail |
| 3100771 | Rothkopf, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101021 | Ryan, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101155 | Sargent, J | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3100856 | Scocca, T | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101120 | Shechet, E | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932754 | Shenker & Bonaparte, LLP | 1500 SW 1st Ave | #765 | | | Portland | OR | 97201 | | | First Class Mail |
| 2678043 | ShoreTel Inc. | 4921 Solution Center | | | | Chicago | IL | 60677-4009 | | | First Class Mail |
| 2932746 | Silicon Valley Bank | Attn: Jocelyn Hartmann | 275 Grove Street, Suite 2-200 | | | Newton | MA | 02466 | | | First Class Mail |
| 2932822 | SimpleReach, Inc. | 122 W. 27th St., 7th Floor | | | | New York | NY | 10001 | | | First Class Mail |
| 3096648 | Sizmek Technologies, Inc. | Attn: Kala Smith | 500 W. 5th Street, Suite 900 | | | Austin | TX | 78701 | | Kala.Smith@Sizmek.com; Patena.Key@Sizmek.com | Email and First Class Mail |
| 2932812 | Specless | Attn: General Counsel | 350 North Orleans | St Suite 9000N | | Chicago | IL | 60654 | | | First Class Mail |
| 2932814 | STAQ, INC. | 44 West 28th Street | 14th Floor | | | New York | NY | 10001 | | | First Class Mail |
| 3102662 | Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (c | Jonathan W. Young | Locke Lord LLP | 111 Huntington Avenue | | Boston | MA | 02199 | | jonathan.young@lockelord.com | Email and First Class Mail |
| 3102579 | Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (c | Locke Lord LLP | Jonathan W. Young, Michael B. Kind | 111 South Wacker Drive | | Chicago | IL | 60606 | | jonathan.young@locklord.com; michael.kind@lockelord.com | Email and First Class Mail |
| 3102579 | Starcom Worldwide, Inc. and its affiliated agencies in the media advertising and related business (c | Locke Lord LLP | Jonathan W. Young | 111 Huntington Avenue | | Boston | MA | 02199 | | jonathan.young@lockelord.com | Email and First Class Mail |
| 3100989 | Stout, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932830 | Submarine Leisure Club, Inc. (Wirecutter) | 2424 Pine Street | | | | San Francisco | CA | 94115 | | | First Class Mail |
| 2932806 | Submersive Media | 580 Broadway | Suite 905 | | | New York | NY | 10012 | | | First Class Mail |
| 3098800 | Terrill, A | Law Office of Anthony M. Vassallo | c/o Anthony M. Vassallo, Esq. | 305 Fifth Avenue Suite 1B | | Brooklyn | NY | 11215 | | | First Class Mail |
| 2932770 | The Hartford | One Hartford Plaza | | | | Hartford | CT | 06155 | | | First Class Mail |
| 2932773 | The MLB Network | Peter Hughes and Ryan Warden, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 10 Madison Avenue, Suite 400 | | | Morristown | NJ | 07960 | | | First Class Mail |
| 2932807 | The Oliver Group | 595 Greenhaven Rd | | | | Pawcatuck | CT | 06379 | | | First Class Mail |
| 2932801 | Thomas, T | c/o John M. Berman, Attorney-at-Law | 7175 SW Beveland St, Ste 210 | | | Tigard | OR | 97223 | | | First Class Mail |
| 3139806 | Thomson Reuters-West | 610 Offerman Drive | | | | Eagan | MN | 55123 | | kristi.popowitz@thomsonreuters.com | Email and First Class Mail |
| 2678471 | Tillman, S | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2677659 | Time Shred Services, Inc. | 120 Church Street | | | | Freeport | NY | 11520 | | | First Class Mail |
| 3100819 | Totilo, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3163742 | TRC Master Fund LLC as Transferee of Newmark & Co. Real Estate, Inc. | Attn: Terrel Ross | PO Box 633 | | | Woodemere | NY | 11598 | | | First Class Mail |
| 3100917 | Trendacosta, K | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932829 | Trotter, J.K. | REDACTED | | | | REDACTED | REDACTED | REDACTED | | | First Class Mail |
| 3100906 | Trotter, JK | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3101016 | Turton, W | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 2932747 | U.S. Treasury Department | 1500 Pennsylvania Avenue, NW | | | | Washington | DC | 20220 | | | First Class Mail |
| 2933212 | US VC Partners, LP | Columbus Nova | Attn: Arnold Jung | 900 Third Avenue, 19th Floor | | New York | NY | 10022 | | ajung@columbusnova.com; jepstein@columbusnova.com | Email and First Class Mail |
| 2933212 | US VC Partners, LP | Latham & Watkins LLP | Attn: Keith A. Simon | 885 Third Avenue | | New York | NY | 10022-4834 | | keith.simon@lw.com | Email and First Class Mail |
| 2678063 | Viddler, Inc. | 520 Evans Street | Suite 1 | | | Bethlehem | PA | 18015 | | cpsinc@camrepair.com | Email and First Class Mail |
| 2680489 | Weinstein, A | REDACTED | | | | REDACTED | REDACTED | REDACTED | | REDACTED | Email and First Class Mail |
| 2680489 | Weinstein, A | Former senior writer | 1531 SE 15 St # 8 | | | Ft. Lauderdale | FL | 33316 | | | First Class Mail |
| 2932777 | Werner, J | Incredible Features Inc. | 4910 McConnell Ave | | | Los Angeles | CA | 90066 | | | First Class Mail |
| 2932825 | Williams & Connolly LLP | 725 Twelfth Street NW | | | | Washington | DC | 20005 | | | First Class Mail |
| 2683953 | Williams, M | Console Law Offices LLC | 1525 Locust Street, Ninth Floor | | | Philadelphia | PA | 19102 | | munshi@consolelaw.com | Email and First Class Mail |
| 2932769 | Williams, M | Laura C. Mattiacci, Stephen G. Console, and Rahul Munshi of Console Law Offices, LLC | 110 Marter Avenue, Suite 105 | | | Moorestown | NJ | 08057 | | | First Class Mail |
| 3101144 | Woolley, S | Saul Ewing LLP | Attn: Sharon L. Levine, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | slevine@saul.com | Email and First Class Mail |
| 3098870 | XP Vehicles Group | XP Board | 601 Van Ness Ave, #E3613 | | | San Francisco | CA | 94102 | | legal@xpvehicles.com | Email and First Class Mail |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 4 of 4

**Exhibit C**

Exhibit C

Vassallo Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Terrill, A. | c/o Anthony M. Vassallo, Esq. | Law Office of Anthony M. Vassallo | 305 Fifth Avenue | Brooklyn | NY | 11215 | tony@amvasslaw.com | Email and First Class Mail |
| Ayyadurai, S. | c/o Anthony M. Vassallo, Esq. | Law Office of Anthony M. Vassallo | 305 Fifth Avenue | Brooklyn | NY | 11215 | tony@amvasslaw.com | Email and First Class Mail |