ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re                                              :       Chapter 11
:
Gawker Media LLC, *et al.*,[1]                     :       Case No. 16-11700 (SMB)
:
            Debtors.     :       (Jointly Administered)
:
-------------------------------------------------------x

### NOTICE OF SECOND STATEMENT OF
### COMPENSATION TO CERTAIN PROFESSIONALS UTILIZED
### BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS

    **PLEASE TAKE NOTICE** that pursuant to paragraph 2(g) of the *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [Docket No. 86] (the "OCP Order"), entered on July 13, 2016 by the United States Bankruptcy Court for the Southern District of New York (the "Court"), the above-captioned debtors (collectively, the "Debtors"), hereby submit the second quarterly statement (the "OCP Statement") of fees paid to certain professionals utilized in the ordinary course of business (each an "OCP") annexed hereto as **Exhibit A**. The OCP Statement provides: (a) the name of the OCP; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that OCP during the quarterly period starting September 1, 2016 and ending November 30, 2016; (c) all postpetition payments made to that OCP to date; and (d) a general description of the services rendered by that OCP.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60171130_1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 2(a) of the OCP Order, the OCP Statement will be provided to: (i) the Debtors, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William Holden (ocpinvoices@gawker.com); (ii) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn. Greg Zipes and Susan Arbeit; (iii) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, Attn: Sandy Qusba (squsba@stb.com) and William T. Russell (wrussell@stblaw.com); (iv) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com); and (v) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com).

Dated: December 30, 2016
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*