## EXHIBIT A

## OCP Statement for period beginning September 1, 2016, and ending November 30, 2016[1]

| Ordinary Course Professional | General Description of Legal Services | Amount Paid from September 1, 2016 through November 30, 2016 | Total Amount Paid from June 10, 2016 to Date |
|---|---|---|---|
| Maples and Calder | Provided Cayman Islands legal advice regarding (i) the sale of assets to UniModa LLC; (ii) corporate governance issues; and (iii) certain estate causes of action | $0.00 | $3,155.17 |
| Jalsovszky Law Firm | Provided Hungarian legal advice regarding (i) the sale of the Debtors' assets to UniModa LLC; (ii) release of debt financing liens; and (iii) post-closing corporate matters, including corporate governance, tax, and services agreement | $26,642.51[2] | $40,398.51[2] |
| | **Total** | **$26,642.51** | **$43,553.68** |

---

[1] The amounts on this OCP Statement represent the actual amounts paid to ordinary course professionals for services rendered and expenses incurred during the applicable quarterly time period and do not reflect amounts that have been billed by ordinary course professionals but not paid during this time period.

[2] The amounts on this OCP Statement are approximations based upon the exchange rate of the U.S. Dollar with the Hungarian Forint at the time of payment.

60171130_1