UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                                           :
                                                                     :         Chapter 11
GAWKER MEDIA, LLC, *et al.*,               :         Case No.: 16-11700 (SMB)
                                                                     :
                        Debtor.                           :
-------------------------------------------------X

### ORDER TO SHOW CAUSE DIRECTING FILING OF STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 2019 AS A CONDITION TO BEING HEARD

An entity identifying itself as XP Vehicles Task Force filed proofs of claim in each of these affiliated cases in the sum of $175 million. Each proof of claim was signed by Scott Douglas Redmond, as "Trustee-Shareholder" of the XP Vehicles Task Force. The Debtors moved to expunge the claims, Mr. Redmond filed responses on behalf of the XP Vehicles Task Force, and the Court conducted a hearing on December 1, 2016, at which a representative of XP Vehicles Task Force did not appear. After hearing argument by the Debtors' counsel, the Court expunged the claims because they did not allege facts in support of the conspiracy-related tort claims, and any defamation claims were barred by the statute of limitations. The Court also questioned (but did not rule on) the standing of Mr. Redmond or the XP Vehicles Task Force to assert claims on behalf of XP, Inc., a defunct California company. The Court entered an order expunging the claims the next day. (*Order Granting Debtors' Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group*, dated Dec. 2, 2016 (ECF Doc. # 529).) No appeal was filed and that order is final.

Since then, the Court has received numerous emails from groups that identify themselves as "Public Interest Group," "XP Group," "XP Vehicles," "XP Alliance and CODE RED," although the last three seem to be the same as the XP Vehicles Task Force. The emails and accompanying documents are unsigned have little if anything to do with the Gawker case except to accuse Gawker (and its founder, Nicholas Denton) of participating in a conspiracy to harm XP. Although the Court has caused the emails to be filed on the docket, their frequency, length, repetitiveness and irrelevancy have become a burden. If a group with standing wishes to participate in these cases it must comply with the Bankruptcy Rules.

Accordingly, it is hereby

ORDERED that the Public Interest Group and XP Vehicles Task Force/XP Group/XP Vehicles/XP Alliance and CODE RED, and any similar groups that wish to be heard, are directed to show cause at a hearing to be held on January 26, 2017, at 10:00 a.m., in Room 723 of the United States Bankruptcy Court, New York, New York 10004, why an order should not be entered directing them to comply with Federal Bankruptcy

Rule 2019, and in the event of non-compliance, denying them the right to be heard pursuant to Federal Bankruptcy Rule 2019(e)(2)(A); and it is further

ORDERED, that since a non-attorney cannot represent anyone other than himself, *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007), any response to this order to show cause or other submissions by any of the aforementioned or similar groups must be signed and filed by an attorney authorized to practice before this Court.

Dated:  New York, New York
        January 3, 2017

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

TO:

XP Vehicles
legal@xpvehicles.com

Public Interest Group
publicinterest@communityone.info