# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: changreen | Date Created: 1/3/2017 |
| Case: 16−11700−smb | Form ID: pdf001 | Total: 103 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | US VC Partners, LP |
| unk | ZDGM LLC |
| cr | Terry G. Bollea |
| crcm | Official Committee of Unsecured Creditors of Gawker Media LLC, et al. |
| aty | Ropes & Gray LLP |
| cr | 114 Fifth Avenue Owner LLC |
| intp | Superdry Wholesale, LLC and Superdry Retail, LLC |
| crcm | Shiva Ayyadurai |
| crcm | Ashley Terrill |
| intp | Kinja Kft. |
| intp | Univision Communications Inc. |
| op | Houlihan Lokey Capital, Inc. |
| op | Opportune LLP |
| op | Citrin Cooperman & Company, LLP |
| unk | J. Doe 2 |
| unk | J. Doe 1 |
| unk | Various Creditors/Writers |
| cr | Matt Novak |
| sp | Brannock & Humphries |
| sp | Levine Sullivan Koch & Schulz, LLP |
| sp | Thomas & LoCicero PL |
| intp | Thiel Capital LLC |
| intp | Peter Thiel |
| cr | Publicis Media Agencies |
| cr | Newmark & Co. Real Estate, Inc. |
| cr | Got News LLC |
| cr | Charles C. Johnson |
| unk | SD Redmond |
| cr | NYS Department of Tax and Finance |
| cr | XP Vehicles Group |
| cr | Mail Media Inc. |
| unk | Goodness |
| sp | Bush Ross, P.A. |
| fa | Deloitte Financial Advisory Services LLP |

TOTAL: 34

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | A. Scott Mandelup | asm@pryormandelup.com |
| aty | Adam Pollack | adam@pollacksharan.com |
| aty | Andrew G. Celli, Jr. | acelli@ecbalaw.com |
| aty | Ann Burdick | aburdick@wgaeast.org |
| aty | Anthony M. Vassallo | amvassallo@gmail.com |
| aty | Barbara M. Maisto | bmaisto@putneylaw.com |
| aty | Casey B. Howard | choward@lockelord.com |
| aty | Christopher J. Giaimo, Jr. | cgiaimo@bakerlaw.com |
| aty | D. Ross Martin | ross.martin@ropesgray.com |
| aty | Daniel H. Tabak | dtabak@cohengresser.com |
| aty | David L. Marburger | david@marburger−law.com |
| aty | Dipesh Patel | dpatel@saul.com |
| aty | Elise S. Frejka | efrejka@frejka.com |
| aty | Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| aty | Eric Fisher | efisher@binderschwartz.com |
| aty | Eric Goldstein | egoldstein@goodwin.com |
| aty | Greg M. Zipes | greg.zipes@usdoj.gov |
| aty | Gregg M. Galardi | gregg.galardi@ropesgray.com |
| aty | Jason Rappaport | jrappaport@frejka.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jessica L Jimenez | jjimenez@binderschwartz.com |
| aty | Joel H. Levitin | JLevitin@cahill.com |
| aty | Joseph Ronald Oliveri | joe@clarelocke.com |
| aty | Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com |
| aty | Keith A. Simon | keith.simon@lw.com |
| aty | Latonia C Williams | lwilliams@goodwin.com |
| aty | Marc A. Zelina | marc.zelina@lw.com |
| aty | Mark D. Spatz | mspatz@cohengresser.com |
| aty | Meanith Huon | huon.meanith@gmail.com |
| aty | Michael Torkin | torkinm@sullcrom.com |
| aty | Michael R. Caruso | mcaruso@csglaw.com |

| | | |
|---|---|---|
| aty | Peter M. Gilhuly | peter.gilhuly@lw.com |
| aty | Rafael Vergara | vergarar@whiteandwilliams.com |
| aty | Robert E. Nies | rnies@csglaw.com |
| aty | Sandeep Qusba | squsba@stblaw.com |
| aty | Sarah K. Kam | skam@reedsmith.com |
| aty | Seth Van Aalten | svanaalten@cooley.com |
| aty | Shana Elberg | Shana.Elberg@skadden.com |
| aty | Sharon L. Levine | slevine@saul.com |
| aty | Steven A. Ginther | sdnyecf@dor.mo.gov |
| aty | Steven E. Fox | sfox@riemerlaw.com |
| aty | Thomas A. Martin | tmartin@putneylaw.com |
| aty | Thomas M. Gaa | tgaa@bbslaw.com |
| aty | Trevor R. Hoffmann | trevor.hoffmann@haynesboone.com |
| aty | William T. Russell, Jr. | wrussell@stblaw.com |

TOTAL: 45

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Gawker Media, LLC | 114 5th Ave. | 2nd Floor | New York, NY 10011 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| intp | Silicon Valley Bank | c/o Riemer & Braunstein–S.Fox | 7 Times Square, Ste. 2506 | New York | |
| cr | Morrison Cohen LLP | 909 Third Avenue | Nerw York, NY 10022 | | |
| cna | Prime Clerk LLC | 830 3rd Avenue | 9th Floor | New York, NY 10022 | |
| cr | Fastly, Inc. | Bialson, Bergen & Schwab | 2600 El Camino Real | Suite 300 | Palo Alto, CA 94306 |
| intp | Writers Guild of America East, Inc. | Writers Guild of America East, Inc. | 250 Hudson Street, Suite 700 | , NY 10013 | |
| cr | Unimerica Life Insurance Company of New York | c/o Shipman & Goodwin LLP | One Constitution Plaza | Hartford, CT 06103 | |
| cr | UnitedHealthcare Insurance Company of New York | c/o Shipman & Goodwin LLP | One Constitution Plaza | Hartford, Co 06103 | |
| cr | 204–210 Elizabeth Street LLC | Pollack & Sharan LLP | 15 Maiden Lane #1400 | New York | |
| cr | Parse.ly, Inc. | c/o Cooley LLP | 1114 Avenue of the Americas | New York, NY 10036 | |
| unk | Google Inc. | 1600 Amphitheater Parkway | Mountainview, CA 94043 | | |
| intp | Gawker Media Group, Inc. | 114 5th Ave. | 2nd Floor | New York, NY 10011 | |
| cr | Liquidity Solutions, Inc. | Liquidity Solutions, Inc. | 1 University Plaza, Suite 312 | Hackensack, NJ 07601 UNITED STATES | |
| cr | Missouri department of revenue | Bankruptcy Unit | PO Box 475 | 301 W High St. | Jefferson City, MO 65105–0475 |
| intp | St. Paul/Travelers | Putney, Twombly, Hall & Hirson LLP | 521 Fifth Avenue | New York, NY 10175 | |
| cr | Ian Fette | c/o Pryor & Mandelup LLP | 675 Old Country Road | Westbury, NY 11590 | |
| unk | Saul Ewing LLP | 1037 Raymond Boulevard | Suite 1520 | Newark, NJ 07102 | |
| intp | TR Capital Management, LLC | PO Box 633 | Woodmere, NY 11598 | | |
| cr | Mitchell Williams | c/o Chiesa Shahinian & Giantomasi PC | One Boland Drive | Attn: Robert E. Nies, Esq. | West Orange, NJ 07052 |
| cr | Albert James Daulerio | c/o Marburger Law LLC | 14650 Detroit Avenue | Suite 450 | Cleveland, OH 44107 UNITED STATES OF AMERICA |
| unk | Society of Professional Journalists, Reporters Committee for Freedom of the Press and 19 Other Media Organizations | Mark I. Bailen | Baker Hostetler LLP | 1050 Connecticut Avenue, N.W. | Washington, DC 20036–5304 |
| cr | Meanith Huon | PO Box 441 | Chicago, IL 60690 UNITED STATES | | |
| aty | Adam M. Adler | Prime Clerk LLC | 830 Third Avenue | 9th Floor | New York, NY 10022 |

TOTAL: 24