

**Re: 16-11700**
XP VEHICLES   to: Chantel_Barrett, legal                        01/03/2017 01:10 PM

| | |
|---|---|
| From: | XP VEHICLES <legal@xpvehicles.com> |
| To: | Chantel_Barrett@nysb.uscourts.gov, legal@xpvehicles.com |
| History: | This message has been forwarded. |

Chantel-

We are not attorney's and do not fully understand the meaning of this document you sent. We cannot afford attorney's or travel to New York. Does this mean that if Scott Douglas Redmond, a shareholder of XP Vehicles (xpvehicles.com) which is not defunct, appears in court on January 26 that XP Vehicles will maintain a right to recover restitution for the ongoing attacks by Gawker Media and that the Court will work with XP and other Plaintiffs to file a RICO against Defendants Group?

We have written Prime Clerk with these questions but they seem to have been ordered not to respond to us so we have never received any adequate responses even though we submitted in time for all deadlines.

Scott

On 01/03/2017 09:43 AM, Chantel_Barrett@nysb.uscourts.gov wrote:
>
> |---------------------------------------------------------------------------------------|
> |
> |   Order to Show Cause Signed On 1/3/2017. Re: Directing Filing Of Statement Pursuant To      |
> |   Federal Bankruptcy Rule 2019 As A Condition To Being Heard with hearing to be held on      |
> |   1/26/2017 at 10:00 AM at Courtroom 723                                                     |
> |
> |---------------------------------------------------------------------------------------|
>
>
>
>
>
> (See attached file: 16-11700 Gawker XP.pdf)
>
>
> (Embedded image moved to file: pic19963.gif)
>
> Chantel Barrett
> Courtroom Deputy to the Honorable Stuart M. Bernstein
> U.S. Bankruptcy Court for the Southern District of NY
> One Bowling Green
> New York, NY 10004

> 212-668-2870 ext 4026