Hearing Date and Time: **January 19, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

# NOTICE OF SCHEDULING OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that on September 2, 2016, St. Paul Fire & Marine Insurance Company ("Travelers") filed the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)* [Docket No. 243] (the "Stay Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Objection to Motion for Relief from the Automatic Stay by St. Paul Fire and Marine Insurance Company* [Docket No. 307] (the "Stay Motion Objection").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60181959_1

**PLEASE TAKE FURTHER NOTICE** that on October 5, 2016, Travelers filed the *Reply Brief in Further Support of the Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)* [Docket No. 319] in response to the Stay Motion Objection.

**PLEASE TAKE FURTHER NOTICE** that on October 6, 2016, a hearing was held on the Stay Motion and at the conclusion of the hearing the Court reserved its decision on the Stay Motion.

**PLEASE TAKE FURTHER NOTICE** that a status conference regarding the Stay Motion has been scheduled before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York on **January 19, 2017 at 10:00 a.m. (prevailing Eastern Time)** (the "Status Conference").

[*Remainder of page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Status Conference.

| | |
|---|---|
| Dated: January 3, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:   (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>joshua.sturm@ropegray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |