UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
In re:                                      :
                                            :          Chapter 11
GAWKER MEDIA, LLC, *et al.*,                :          Case No.: 16-11700 (SMB)
                                            :
                Debtor.                     :
-----------------------------------------------X

## ORDER TO SHOW CAUSE DIRECTING FILING OF STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 2019 AS A CONDITION TO BEING HEARD

An entity identifying itself as XP Vehicles Task Force filed proofs of claim in each of these affiliated cases in the sum of $175 million. Each proof of claim was signed by Scott Douglas Redmond, as "Trustee-Shareholder" of the XP Vehicles Task Force. The Debtors moved to expunge the claims, Mr. Redmond filed responses on behalf of the XP Vehicles Task Force, and the Court conducted a hearing on December 1, 2016, at which a representative of XP Vehicles Task Force did not appear. After hearing argument by the Debtors' counsel, the Court expunged the claims because they did not allege facts in support of the conspiracy-related tort claims, and any defamation claims were barred by the statute of limitations. The Court also questioned (but did not rule on) the standing of Mr. Redmond or the XP Vehicles Task Force to assert claims on behalf of XP, Inc., a defunct California company. The Court entered an order expunging the claims the next day. (*Order Granting Debtors' Omnibus Objection to Proofs of Claim Filed by XP Vehicles Group*, dated Dec. 2, 2016 (ECF Doc. # 529).) No appeal was filed and that order is final.

Since then, the Court has received numerous emails from groups that identify themselves as "Public Interest Group," "XP Group," "XP Vehicles," "XP Alliance and CODE RED," although the last three seem to be the same as the XP Vehicles Task Force. The emails and accompanying documents are unsigned have little if anything to do with the Gawker case except to accuse Gawker (and its founder, Nicholas Denton) of participating in a conspiracy to harm XP. Although the Court has caused the emails to be filed on the docket, their frequency, length, repetitiveness and irrelevancy have become a burden. If a group with standing wishes to participate in these cases it must comply with the Bankruptcy Rules.

Accordingly, it is hereby

ORDERED that the Public Interest Group and XP Vehicles Task Force/XP Group/XP Vehicles/XP Alliance and CODE RED, and any similar groups that wish to be heard, are directed to show cause at a hearing to be held on January 26, 2017, at 10:00 a.m., in Room 723 of the United States Bankruptcy Court, New York, New York 10004, why an order should not be entered directing them to comply with Federal Bankruptcy

Rule 2019, and in the event of non-compliance, denying them the right to be heard pursuant to Federal Bankruptcy Rule 2019(e)(2)(A); and it is further

ORDERED, that since a non-attorney cannot represent anyone other than himself, *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007), any response to this order to show cause or other submissions by any of the aforementioned or similar groups must be signed and filed by an attorney authorized to practice before this Court.

Dated:  New York, New York
      January 3, 2017

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

TO:

XP Vehicles
legal@xpvehicles.com

Public Interest Group
publicinterest@communityone.info

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 16-11700-smb
Gawker Media, LLC                                                         Chapter 11
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: changreen          Page 1 of 3          Date Rcvd: Jan 03, 2017
                             Form ID: pdf001           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db          +Gawker Media, LLC,   114 5th Ave.,   2nd Floor,   New York, NY 10011-5611
aty         +Adam M. Adler,   Prime Clerk LLC,   830 Third Avenue,   9th Floor,   New York, NY 10022-6569
cr          +Albert James Daulerio,   c/o Marburger Law LLC,   14650 Detroit Avenue,   Suite 450,
              Cleveland, OH 44107,   UNITED STATES OF AMERICA 44107-4270
cr          +Fastly, Inc.,   Bialson, Bergen & Schwab,   2600 El Camino Real,   Suite 300,
              Palo Alto, CA 94306-1720
intp        +Gawker Media Group, Inc.,   114 5th Ave.,   2nd Floor,   New York, NY 10011-5611
cr          +Ian Fette,   c/o Pryor & Mandelup LLP,   675 Old Country Road,   Westbury, NY 11590-4503
cr          +Meanith Huon,   PO Box 441,   Chicago, IL 60690,   UNITED STATES 60690-0441
cr          +Mitchell Williams,   c/o Chiesa Shahinian & Giantomasi PC,   One Boland Drive,
              Attn: Robert E. Nies, Esq.,   West Orange, NJ 07052-3686
cr          +Morrison Cohen LLP,   909 Third Avenue,   Nerw York, NY 10022-4784
cr          +Parse.ly, Inc.,   c/o Cooley LLP,   1114 Avenue of the Americas,   New York, NY 10036-7703
cna         +Prime Clerk LLC,   830 3rd Avenue,   9th Floor,   New York, NY 10022-6569
unk         +Saul Ewing LLP,   1037 Raymond Boulevard,   Suite 1520,   Newark, NJ 07102-5429
unk         +Society of Professional Journalists, Reporters Com,   Mark I. Bailen,   Baker Hostetler LLP,
              1050 Connecticut Avenue, N.W.,   Washington, DC 20036-5318
intp        +St. Paul/Travelers,   Putney, Twombly, Hall & Hirson LLP,   521 Fifth Avenue,
              New York, NY 10175-0010
cr          +Unimerica Life Insurance Company of New York,   c/o Shipman & Goodwin LLP,
              One Constitution Plaza,   Hartford, CT 06103-1803
cr          +UnitedHealthcare Insurance Company of New York,   c/o Shipman & Goodwin LLP,
              One Constitution Plaza,   Hartford, Co 06103-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 03 2017 19:58:03    United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-9449
unk         +E-mail/Text: bankruptcy-notification@google.com Jan 03 2017 19:58:01    Google Inc.,
              1600 Amphitheater Parkway,   Mountainview, CA 94043-1351
cr          +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jan 03 2017 19:58:27    Liquidity Solutions, Inc.,
              Liquidity Solutions, Inc.,   1 University Plaza, Suite 312,   Hackensack, NJ  07601,
              UNITED STATES 07601-6205
cr          +E-mail/Text: ecfnotices@dor.mo.gov Jan 03 2017 19:58:00    Missouri department of revenue,
              Bankruptcy Unit,   PO Box 475,   301 W High St.,   Jefferson City, MO 65101-1517
intp        +E-mail/Text: tross@trcmllc.com Jan 03 2017 19:58:13    TR Capital Management, LLC,
              PO Box 633,   Woodmere, NY 11598-0633
                                                                              TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Ropes & Gray LLP
cr           114 Fifth Avenue Owner LLC
cr           204-210 Elizabeth Street LLC,   Pollack & Sharan LLP,   15 Maiden Lane #1400,   New York
crcm         Ashley Terrill
sp           Brannock & Humphries
sp           Bush Ross, P.A.
cr           Charles C. Johnson
op           Citrin Cooperman & Company, LLP
fa           Deloitte Financial Advisory Services LLP
unk          Goodness
cr           Got News LLC
op           Houlihan Lokey Capital, Inc.
unk          J. Doe 1
unk          J. Doe 2
intp         Kinja Kft.
sp           Levine Sullivan Koch & Schulz, LLP
cr           Mail Media Inc.
cr           Matt Novak
cr           NYS Department of Tax and Finance
cr           Newmark & Co. Real Estate, Inc.
crcm         Official Committee of Unsecured Creditors of Gawke
op           Opportune LLP
intp         Peter Thiel
cr           Publicis Media Agencies
unk          SD Redmond
crcm         Shiva Ayyadurai
intp         Silicon Valley Bank,   c/o Riemer & Braunstein-S.Fox,   7 Times Square, Ste. 2506,   New York
intp         Superdry Wholesale, LLC and Superdry Retail, LLC
cr           Terry G. Bollea
intp         Thiel Capital LLC
sp           Thomas & LoCicero PL
cr           US VC Partners, LP
intp         Univision Communications Inc.
unk          Various Creditors/Writers
```

```
District/off: 0208-1          User: changreen          Page 2 of 3          Date Rcvd: Jan 03, 2017
                             Form ID: pdf001           Total Noticed: 21
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
intp          Writers Guild of America East, Inc.,    Writers Guild of America East, Inc.,
              250 Hudson Street, Suite 700
cr            XP Vehicles Group
unk           ZDGM LLC
                                                                        TOTALS: 37, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
```
          A. Scott Mandelup   on behalf of Creditor Ian  Fette asm@pryormandelup.com
          Adam  Pollack   on behalf of Creditor   204-210 Elizabeth Street LLC adam@pollacksharan.com
          Andrew G. Celli, Jr.    on behalf of Unknown J.  Doe 1 acelli@ecbalaw.com
          Ann  Burdick   on behalf of Interested Party   Writers Guild of America East, Inc.
          aburdick@wgaeast.org
          Anthony M. Vassallo   on behalf of Creditor Ashley  Terrill amvassallo@gmail.com,
          tony@amvasslaw.com
          Barbara M. Maisto   on  behalf of Interested Party   St. Paul/Travelers bmaisto@putneylaw.com
          Casey B. Howard   on behalf of Creditor   Publicis Media Agencies choward@lockelord.com
          Christopher J. Giaimo, Jr.   on  behalf of Unknown   Society of Professional Journalists,
          Reporters Committee for Freedom of the Press and 19 Other Media Organizations
          cgiaimo@bakerlaw.com
          D. Ross Martin   on behalf of Debtor   Gawker Media, LLC ross.martin@ropesgray.com
          Daniel H. Tabak   on behalf of Creditor Terry G. Bollea dtabak@cohengresser.com
          David L. Marburger   on  behalf of Creditor Albert James Daulerio david@marburger-law.com,
          tina@marburger-law.com
          Dipesh  Patel   on behalf of Creditor Matt  Novak dpatel@saul.com
          Elise S. Frejka   on behalf of Financial Advisor   Deloitte Financial Advisory Services LLP
          efrejka@frejka.com
          Enid Nagler Stuart   on behalf of Creditor   NYS Department of Tax and Finance
          enid.stuart@ag.ny.gov,  paulina.stamatelos@ag.ny.gov
          Eric  Fisher   on behalf of Creditor Terry G. Bollea efisher@binderschwartz.com,
          docket@binderschwartz.com
          Eric  Goldstein   on behalf of Creditor   Unimerica Life Insurance Company of New York
          egoldstein@goodwin.com,
          bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;jmanning@goodwin.com
          Greg M. Zipes   on behalf of U.S. Trustee   United States Trustee greg.zipes@usdoj.gov
          Gregg M. Galardi   on behalf of Attorney   Ropes & Gray LLP gregg.galardi@ropesgray.com
          Henry G. Swergold   on behalf of Interested Party Alex  Shiffman hswergold@platzerlaw.com,
          hswergold@platzerlaw.com
          Ilana  Volkov   on behalf of Debtor Nicholas G. A. Denton ivolkov@coleschotz.com,
          fpisano@coleschotz.com
          Jason  Rappaport   on behalf of Financial Advisor   Deloitte Financial Advisory Services LLP
          jrappaport@frejka.com
          Jay Marshall Wolman   on behalf of Creditor   Got News LLC jmw@randazza.com,  ecf@randazza.com
          Jessica L Jimenez   on behalf of Creditor Terry G. Bollea jjimenez@binderschwartz.com
          Joel H. Levitin   on behalf of Debtor   Gawker Media, LLC JLevitin@cahill.com,
          MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com
          Joseph Ronald Oliveri   on behalf of Creditor   Mail Media Inc. joe@clarelocke.com,
          file@clarelocke.com
          Joseph Thomas Moldovan   on behalf of Creditor   Morrison Cohen LLP bankruptcy@morrisoncohen.com
          Keith A. Simon   on behalf of Creditor   US VC Partners, LP keith.simon@lw.com,
          chefiling@lw.com;beth.arnold@lw.com
          Kenneth G. Turkel   on behalf of Defendant Terry Gene  Bollea kturkel@bajocuva.com,
          teri.deleo@bajocuva.com;lisa.meriwether@bajocuva.com;garnold@bajocuva.com
          Latonia C Williams   on behalf of Creditor   Unimerica Life Insurance Company of New York
          lwilliams@goodwin.com,  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Marc A. Zelina   on behalf of Interested Party   Univision Communications Inc. marc.zelina@lw.com
```

District/off: 0208-1            User: changreen            Page 3 of 3            Date Rcvd: Jan 03, 2017
                               Form ID: pdf001            Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Spatz    on behalf of Creditor Terry G. Bollea mspatz@cohengresser.com,
               managingclerks@cohengresser.com
              Meanith  Huon    on behalf of Creditor Meanith  Huon huon.meanith@gmail.com
              Michael  Torkin    on behalf of Unknown    ZDGM LLC
               s&cmanagingclerk@sullcrom.com;michael-torkin-0356@ecf.pacerpro.com
              Michael R. Caruso    on behalf of Creditor Mitchell  Williams mcaruso@csglaw.com,  ecf@csglaw.com
              Michael S Winograd    on behalf of Plaintiff    Gawker Media, LLC michael.winograd@ropesgray.com,
               CourtAlert@ropesgray.com;David.Hennes@ropesgray.com;Elizabeth.Bierut@ropesgray.com
              Peter M. Gilhuly    on behalf of Interested Party    Univision Communications Inc.
               peter.gilhuly@lw.com
              Rafael  Vergara    on behalf of Unknown    Google Inc. vergarar@whiteandwilliams.com
              Robert E. Nies    on behalf of Creditor Mitchell  Williams rnies@csglaw.com
              Sandeep  Qusba    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               Gawker Media LLC, et al. squsba@stblaw.com
              Sarah K. Kam    on behalf of Creditor    Newmark & Co. Real Estate, Inc. skam@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com
              Seth  Van Aalten    on behalf of Creditor    Parse.ly, Inc. svanaalten@cooley.com
              Shana  Elberg    on behalf of Interested Party    Thiel Capital LLC Shana.Elberg@skadden.com,
               wendy.lamanna@skadden.com
              Shane B. Vogt    on behalf of Defendant Terry Gene  Bollea shane.vogt@bajocuva.com,
               garnold@bajocuva.com;lisa.meriwether@bajocuva.com;teri.deleo@bajocuva.com
              Sharon L. Levine    on behalf of Creditor Matt  Novak slevine@saul.com
              Steven A. Ginther    on behalf of Creditor    Missouri department of revenue sdnyecf@dor.mo.gov
              Thomas A. Martin    on behalf of Interested Party    St. Paul/Travelers tmartin@putneylaw.com
              Thomas M. Gaa    on behalf of Creditor    Fastly, Inc. tgaa@bbslaw.com,  yessenia@bbslaw.com
              Trevor R. Hoffmann    on behalf of Creditor    114 Fifth Avenue Owner LLC
               trevor.hoffmann@haynesboone.com,  ishmael.kamara@haynesboone.com
              William T. Russell, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors of Gawker Media LLC, et al. wrussell@stblaw.com
                                                                                  TOTAL: 49