SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| Debtors. | : | (Jointly Administered) |

**SIXTH MONTHLY STATEMENT OF**
**SIMPSON THACHER & BARTLETT LLP FOR**
**FEES FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **December 1, 2016 through and including December 31, 2016** |
| **Fees Incurred:** | **$89,175.50** |
| **Expenses Incurred:** | **$3,101.20** |
| **Total Fees and Expenses Due:** | **$92,276.70** |

**This is a Monthly Fee Statement.**

**SUMMARY**

1.  Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys for the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Monthly Statement**") for the period from December 1, 2016 through and including December 31, 2016 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests: (a) interim allowance and payment of compensation in the amount of $71,340.40 (80% of $89,175.50) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher, and (b) reimbursement of actual and necessary costs and expenses in the amount of $3,101.20 incurred by Simpson Thacher during the Compensation Period.

**FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD**

2.  **Exhibit** A sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners and counsel is approximately $1,210.36 and associates is approximately $511.41.

3.  **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4. **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

5. **Exhibit D** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

6. **Exhibit E** sets forth a complete itemization of expenses incurred by Simpson Thacher in connection with services rendered to the Committee during the Compensation Period for which Simpson Thacher seeks reimbursement.

## NOTICE

7.      Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: January 6, 2017
       New York, New York

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   */s/ Sandeep Qusba*
      Sandeep Qusba
      William T. Russell, Jr.

      425 Lexington Avenue
      New York, New York 10017-3954
      Telephone: (212) 455-2000
      Facsimile: (212) 455-2502
      E-mail: squsba@stblaw.com
      E-mail: wrussell@stblaw.com

5

**EXHIBIT A**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Julia E. Heald | Associate | Litigation | 2016 | 585.00 | 2.50 | 1,462.50 |
| Jonathan R. Myers | Associate | Litigation | 2016 | 585.00 | 1.10 | 643.50 |
| Randy Moonan | Associate | Litigation | 2014 | 775.00 | 1.90 | 1,472.50 |
| Jonathan E. Endean | Associate | Corporate | NA | 485.00 | 29.00 | 14,065.00 |
| Morris Massel | Counsel | Corporate | 2000 | 1,030.00 | 21.70 | 22,351.00 |
| William T. Russell, Jr | Partner | Litigation | 1991 | 1,315.00 | 17.80 | 23,407.00 |
| Sandy Qusba | Partner | Corporate | 1994 | 1,315.00 | 19.60 | 25,774.00 |

## **EXHIBIT B**

### Task Code Summary

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002724-0006 | Case Administration | 3.50 | 2,438.00 |
| 002724-0007 | Claims Administration and Objections | 9.10 | 11,417.50 |
| 002724-0010 | Employment and Fee Applications | 33.60 | 25,655.50 |
| 002724-0013 | Litigation: Contested Matters and Adversary Proceedings | 9.40 | 7,906.00 |
| 002724-0014 | Meetings and Communications with Creditors | 4.10 | 4,071.50 |
| 002724-0015 | Non-Working Travel | 1.00 | 1,030.00 |
| 002724-0016 | Plan and Disclosure Statement | 30.20 | 34,394.50 |
| 002724-0025 | Non-STB Fee Applications | 2.70 | 2,262.50 |

## **EXHIBIT C**

### **Disbursement Summary**

| EXPENSES | AMOUNTS |
|---|---|
| Transcripts | 81.60 |
| Pacer | 6.00 |
| Online Research | 18.50 |
| Printing | 2,995.10 |
| Total: | 3,101.20 |

**EXHIBIT D**

**Time Detail**

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0006   CASE ADMINISTRATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| HEALD, J. E. | 12/01/16 | Draft agenda for committee call; voting instructions/reminder | 0.60 | 351.00 |
| HEALD, J. E. | 12/06/16 | Review docket and update case calendar | 0.30 | 175.50 |
| ENDEAN, J. E. | 12/07/16 | T/c re: confirmation hearing w/ M. Massel | 0.10 | 48.50 |
| HEALD, J. E. | 12/07/16 | Review docket and update case calendar | 0.20 | 117.00 |
| MASSEL, M | 12/07/16 | Attn to case mngmt. | 0.50 | 515.00 |
| MASSEL, M | 12/08/16 | Attn to case mngmt. | 0.40 | 412.00 |
| HEALD, J. E. | 12/09/16 | Update case calendar | 0.10 | 58.50 |
| HEALD, J. E. | 12/19/16 | Review docket and update case calendar | 0.30 | 175.50 |
| HEALD, J. E. | 12/20/16 | Review docket and update case calendar | 0.30 | 175.50 |
| MYERS, J. R. | 12/28/16 | updated case calendar | 0.70 | 409.50 |
| | | MATTER TOTAL | 3.50 | 2,438.00 |

1

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0007   CLAIMS ADMINISTRATION AND OBJECTIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 11/30/16 | Review pleadings for 12/1 claims objection hearing regarding Huan, Williams, Johnson and XP; t/c with R. Martin, B. Russell and M. Massel regarding same. | 4.80 | 6,312.00 |
| MASSEL, M | 12/01/16 | Oc w/ S. Qusba re: claims. | 0.30 | 309.00 |
| RUSSELL JR, W. T. | 12/01/16 | Hearing, confs re same and prep for same (3.0) | 3.00 | 3,945.00 |
| MASSEL, M | 12/09/16 | Call with Ropes. | 0.30 | 309.00 |
| MOONAN, R | 12/20/16 | Review XP Vehicles objections. | 0.70 | 542.50 |
|  |  | MATTER TOTAL | 9.10 | 11,417.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0010   EMPLOYMENT AND FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| MASSEL, M | 12/01/16 | Corresp. re: & reviewing plan issues. | 0.50 | 515.00 |
| MASSEL, M | 12/02/16 | Revising time entries & preparing fee statements. | 1.50 | 1,545.00 |
| ENDEAN, J. E. | 12/05/16 | Reviewed and fled fifth monthly fee statement. | 0.80 | 388.00 |
| MASSEL, M | 12/05/16 | Preparing fee stmt. (1.0); Tc w/ G. Zipes re: fee issues (.2); Research re: fee app. (1.0). | 1.80 | 1,854.00 |
| RUSSELL JR, W. T. | 12/05/16 | Review fee app papers and t/cs, emails STB team re same (.8) | 0.80 | 1,052.00 |
| ENDEAN, J. E. | 12/06/16 | Conversation w/ M. Massel re: STB fee apps (0.2); drafted notice of filing Ex. G-1 & H (2.2) | 2.40 | 1,164.00 |
| MASSEL, M | 12/06/16 | Corresp w/ professionals re: fee apps (.3); Tc w/ J. Endean re: fee app (.2); Reviewing fee app issues (.5). | 1.00 | 1,030.00 |
| MASSEL, M | 12/06/16 | Reviewing fee app supp & related corresp. | 0.50 | 515.00 |
| ENDEAN, J. E. | 12/07/16 | Filed notice of filing exhibits G-1 and H to STB first fee application | 0.30 | 145.50 |
| ENDEAN, J. E. | 12/08/16 | Call w/ S. Qusba re: fee statements | 0.10 | 48.50 |
| ENDEAN, J. E. | 12/13/16 | Filed third monthly fee statement for Deloitte. | 0.30 | 145.50 |
| ENDEAN, J. E. | 12/14/16 | Worked on STB Final Fee App. | 0.60 | 291.00 |
| MASSEL, M | 12/14/16 | Reviewing docs for fee hearing. | 0.60 | 618.00 |
| ENDEAN, J. E. | 12/15/16 | Prep. Final Fee Application for STB | 2.00 | 970.00 |
| MASSEL, M | 12/15/16 | Attend fee hearing & related follow-up. | 1.00 | 1,030.00 |
| QUSBA, S | 12/15/16 | Prepare for and participate (telephonically) in interim fee application hearing. | 1.50 | 1,972.50 |
| ENDEAN, J. E. | 12/16/16 | Prep. Final Fee Application (1.3); Conv. w/ M. Massel re: same (0.2) | 1.50 | 727.50 |
| MASSEL, M | 12/16/16 | Tc w/ J. Endean re: fee app. | 0.20 | 206.00 |
| ENDEAN, J. E. | 12/19/16 | Prep. STB Final Fee App. | 1.80 | 873.00 |
| MASSEL, M | 12/19/16 | Revising final fee app. (1.8); Corresp re: OCP fees (.2). | 2.00 | 2,060.00 |
| ENDEAN, J. E. | 12/20/16 | Prep. STB Final Fee App. | 5.10 | 2,473.50 |
| MASSEL, M | 12/20/16 | Corresp & tcs re: fee app. | 0.20 | 206.00 |

3

| **EMPLOYEE** | **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| ENDEAN, J. E. | 12/21/16 | Drafted final fee application | 1.70 | 824.50 |
| MASSEL, M | 12/21/16 | Reviewing/revising fee app | 1.40 | 1,442.00 |
| ENDEAN, J. E. | 12/22/16 | Reviewed comments from B. Russell to final fee application | 0.20 | 97.00 |
| MASSEL, M | 12/22/16 | Corresp. and tc re fee issues | 0.20 | 206.00 |
| RUSSELL JR, W. T. | 12/22/16 | Review and revise final fee app and emails STB team re: same. | 0.90 | 1,183.50 |
| ENDEAN, J. E. | 12/23/16 | Revised final fee application | 1.30 | 630.50 |
| MASSEL, M | 12/27/16 | Revising fee app (.5); corresp re fee issues (.2) | 0.70 | 721.00 |
| MASSEL, M | 12/28/16 | Corresp. re fee issues | 0.20 | 206.00 |
| MASSEL, M | 12/29/16 | Corresp. re fee issues | 0.20 | 206.00 |
| MASSEL, M | 12/30/16 | reviewing fees issues corresp and related corresp.; tc w J Mon re fee reconcilation | 0.30 | 309.00 |
| | | MATTER TOTAL | 33.60 | 25,655.50 |

4

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0013   LITIGATION: CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 12/01/16 | Attend hearing regarding claims objections for Huan, Williams, XP, and Johnson; meeting with M. Massel regarding same. | 2.30 | 3,024.50 |
| MASSEL, M | 12/06/16 | Reviewing plan & objections (.5); Revising summary chart (.5). | 1.00 | 1,030.00 |
| MOONAN, R | 12/06/16 | Analyze filings related to plan objections. | 1.20 | 930.00 |
| MASSEL, M | 12/07/16 | Reviewing objection summary. | 0.50 | 515.00 |
| ENDEAN, J. E. | 12/08/16 | Prep. binder for confirmation hearing | 0.70 | 339.50 |
| MASSEL, M | 12/08/16 | Corresp re: hearing. | 0.20 | 206.00 |
| ENDEAN, J. E. | 12/09/16 | Prep. binder for Confirmation Hearing | 0.10 | 48.50 |
| MASSEL, M | 12/09/16 | Reviewing conf. issues. | 0.30 | 309.00 |
| ENDEAN, J. E. | 12/12/16 | Prepared binder for Gawker Confirmation Hearing | 1.30 | 630.50 |
| ENDEAN, J. E. | 12/12/16 | Securing conference telephonic appearance for S. Qusba for Fee App Hearing for 12/15 | 1.30 | 630.50 |
| ENDEAN, J. E. | 12/13/16 | Secured ability to make a telephonic appearance for S. Qusba for fee app hearing on 12/15 | 0.50 | 242.50 |
| | | MATTER TOTAL | 9.40 | 7,906.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0014   MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 12/01/16 | Cmty call re: 12/1 omnibus hrg | 0.70 | 339.50 |
| HEALD, J. E. | 12/01/16 | T/c w/ Committee, STB, Deloitte | 0.70 | 409.50 |
| MASSEL, M | 12/01/16 | Committee Meeting & related prep. | 0.80 | 824.00 |
| RUSSELL JR, W. T. | 12/01/16 | Committee meeting/call (.6) | 0.60 | 789.00 |
| RUSSELL JR, W. T. | 12/05/16 | T/cs, emails committee members re various issues (.9) | 0.90 | 1,183.50 |
| RUSSELL JR, W. T. | 12/07/16 | T/cs, emails committee members re various issues (.4) | 0.40 | 526.00 |
| | | MATTER TOTAL | 4.10 | 4,071.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0015   NON-WORKING TRAVEL**

| **EMPLOYEE** | **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| MASSEL, M | 12/15/16 | Travel to and from hearing. | 1.00 | 1,030.00 |
| | | MATTER TOTAL | 1.00 | 1,030.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0016   PLAN AND DISCLOSURE STATEMENT**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 12/05/16 | Reviewed objections to the plan and disclosure statement | 1.80 | 873.00 |
| MASSEL, M | 12/05/16 | Reviewing objections. | 1.00 | 1,030.00 |
| QUSBA, S | 12/05/16 | Begin review of objections. | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 12/05/16 | Review plan objections and emails STB team re same (1.2) | 1.20 | 1,578.00 |
| ENDEAN, J. E. | 12/06/16 | Reviewed & summarized objections to Plan | 2.70 | 1,309.50 |
| QUSBA, S | 12/06/16 | Review objections and J. Endean summaries of same. | 2.60 | 3,419.00 |
| RUSSELL JR, W. T. | 12/06/16 | Review and revise summary of confirmation objections and emails STB team re same (.8) | 0.80 | 1,052.00 |
| ENDEAN, J. E. | 12/07/16 | Prepared and sent overview of responses to Plan to Cmty. | 0.20 | 97.00 |
| RUSSELL JR, W. T. | 12/07/16 | Review report of plan voting results (.4) | 0.40 | 526.00 |
| RUSSELL JR, W. T. | 12/07/16 | Review revised settlement agreement w/ creditor and emails debtor re same (.4) | 0.40 | 526.00 |
| QUSBA, S | 12/08/16 | Review objections and summaries of same and prep for calls with Committee members regarding same, including case law research. | 1.80 | 2,367.00 |
| ENDEAN, J. E. | 12/09/16 | T/c w/ R&G re: M. Williams confirmation objection | 0.30 | 145.50 |
| QUSBA, S | 12/09/16 | Review agenda for confirmation hearing; t/c with R. Martin, G. Galardi, B. Russell, M. Massel and J. Endean regarding plan objections and confirmation hearing. | 0.50 | 657.50 |
| RUSSELL JR, W. T. | 12/09/16 | Emails, t/cs debtor, STB team re confirmation issues (.8) | 0.80 | 1,052.00 |
| RUSSELL JR, W. T. | 12/10/16 | Review debtors' confirmation brief and confirmation objections (1.2) | 1.20 | 1,578.00 |
| MASSEL, M | 12/12/16 | Reviewing Plan revisions & confirmation submission (1.8); Tcs w/ D. Tabak re: same (.5); Reviewing Plan changes & related internal calls/corresp. (.8). | 3.10 | 3,193.00 |

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| QUSBA, S | 12/12/16 | Review revised plan and confirmation memo and remaining objections and settlements | 2.10 | 2,761.50 |
| RUSSELL JR, W. T. | 12/12/16 | Review revised plan and plan objections and t/cs, emails debtors, STB team, committee re same | 0.90 | 1,183.50 |
| QUSBA, S | 12/13/16 | Attend confirmation hearing and call with committee members regarding same. | 2.50 | 3,287.50 |
| RUSSELL JR, W. T. | 12/13/16 | Confirmation hearing, prep for same and emails, confs re same (3.3) | 3.30 | 4,339.50 |
| QUSBA, S | 12/14/16 | Review modifications to chapter 11 plan. | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 12/14/16 | Review revisions to plan and confirmation order (.7) | 0.70 | 920.50 |
| RUSSELL JR, W. T. | 12/21/16 | Review revised confirmation order and emails STB team, debtors re same (.4) | 0.40 | 526.00 |
| | | MATTER TOTAL | 30.20 | 34,394.50 |

9

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0025   NON-STB FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 12/01/16 | emails debtors, UST, STB team re fee app issues (.3) | 0.30 | 394.50 |
| RUSSELL JR, W. T. | 12/06/16 | Review fee apps (.6) | 0.60 | 789.00 |
| ENDEAN, J. E. | 12/19/16 | Prep. email to Denton/Mourant re: final fee applications | 0.60 | 291.00 |
| ENDEAN, J. E. | 12/21/16 | Filing of Deloitte Fee Application | 0.60 | 291.00 |
| RUSSELL JR, W. T. | 12/21/16 | Review supplemental Deloitte filing (.2) | 0.20 | 263.00 |
| MYERS, J. R. | 12/28/16 | Assisted Deloitte counsel re filing fee application. | 0.40 | 234.00 |
|  |  | MATTER TOTAL | 2.70 | 2,262.50 |

## EXHIBIT E

### Expense Detail

| COST CODE | DATE | ID | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 261H | 11/16/2016 | 13730 | Morris Massel | 9.25 | Online Research - Bloomberg Law |
| 261H | 11/16/2016 | 13730 | Morris Massel | 9.25 | Online Research - Bloomberg Law |
| 124H | 11/16/2016 | 15388 | Julia E. Heald | 81.60 | Transcripts |
| 231S | 11/7/2016 | 13730 | Morris Massel | 3.00 | Pacer |
| 231S | 11/7/2016 | 13730 | Morris Massel | 3.00 | Pacer |
| 314S | 11/30/2016 | 16010 | Aaron Tong | 867.00 | Printing |
| 320S | 11/30/2016 | 14871 | Rubien Dobson | 3.00 | Printing |
| 320S | 12/15/2016 | 14871 | Rubien Dobson | 6.00 | Printing |
| 313S | 11/30/2016 | 14871 | Rubien Dobson | 4.80 | Printing |
| 313S | 12/15/2016 | 14871 | Rubien Dobson | 327.30 | Printing |
| 349S | 11/30/2016 | 14871 | Rubien Dobson | 12.00 | Printing |
| 349S | 11/30/2016 | 16010 | Aaron Tong | 867.00 | Printing |
| 349S | 11/30/2016 | 16010 | Aaron Tong | 867.00 | Printing |
| 319S | 11/30/2016 | 16010 | Aaron Tong | 8.00 | Printing |
| 319S | 12/15/2016 | 14871 | Rubien Dobson | 17.25 | Printing |
| 301S | 11/30/2016 | 14871 | Rubien Dobson | 3.50 | Printing |
| 301S | 11/30/2016 | 16010 | Aaron Tong | 7.00 | Printing |
| 301S | 12/15/2016 | 14871 | Rubien Dobson | 5.25 | Printing |