UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                     :

In re                                                  :     Chapter 11

GAWKER MEDIA LLC, *et al.*,[1]                :     Case No. 16-11700 (SMB)

                               Debtors.     :     (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 9, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Interested Parties Service List attached hereto as **Exhibit A**:

- Order to Show Cause Directing Filing of Statement as a Condition to Being Heard [Docket No. 669]

Dated: January 10, 2017

                                                                         Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 10, 2017, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

SRF 13252

**Exhibit A**

Exhibit A

Interested Parties Service List

Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Brannock & Humphries | Attn: Celene Humphries, Steven L Brannock | 1111 West Cass Street Suite 200 | | Tampa | FL | 33606 | | | First Class Mail |
| Buss Ross, P.A. | 1801 North Highland Ave | | | Tampa | FL | 33602 | | | First Class Mail |
| Citrin Cooperman & Co., LLP | 529 Fifth Avenue | | | New York | NY | 10017 | | | First Class Mail |
| Houlihan Lokey | Accounts Receivable Department | 10250 Constellation Boulevard | 5th Floor | Los Angeles | CA | 90067-6802 | | | First Class Mail |
| Levine Sullivan Koch & Schulz, LLP | Attn: Katherine Mary Bolger, Esq. | 321 West 44th Street, Suite 1000 | | New York | NY | 10036 | | Kbolger@lskslaw.Com | First Class Mail and Email |
| Levine Sullivan Koch & Schulz, LLP | Attn: Michael D Sullivan, Esq. | 1899 L Street NW Suite 200 | | Washington | DC | 20036 | | | First Class Mail |
| Opportune | 700 Louisiana St | Suite 300 | | Houston | TX | 77002 | | accounting@potomaclaw.com | First Class Mail and Email |
| Opportune LLP | Attn: General Counsel | 711 Louisiana Street | Suite 3100 | Houston | TX | 77002 | | | First Class Mail |
| Superdry Retail, LLC | c/o Brown Rudnick LLP | Andrew P. Strehle, Thomas Phillips, Jill Wexler | One Financial Center | Boston | MA | 02111 | | astrehle@brownrudnick.com; tphillips@brownrudnick.com; jwexler@brownrudnick.com | First Class Mail and Email |
| Superdry Retail, LLC | Unit 60 | The Runnings | | Cheltenham | | GL519NW | United Kingdom | | First Class Mail |
| Superdry Retail, LLC | 210 Elizabeth Street | 2nd FL | | New York | NY | 10012 | | | First Class Mail |
| Superdry Wholesale, LLC | c/o Brown Rudnick LLP | Andrew P. Strehle, Thomas Phillips, Jill Wexler | One Financial Center | Boston | MA | 02111 | | astrehle@brownrudnick.com; tphillips@brownrudnick.com; jwexler@brownrudnick.com | First Class Mail and Email |
| Superdry Wholesale, LLC | 210 Elizabeth Street | 2nd FL | | New York | NY | 10012 | | | First Class Mail |
| THOMAS & LoCICERO PL | Attn: Gregg D Thomas, Esq., | 601 South Boulevard | | Tampa | FL | 33606 | | umpiregoodness@gmail.com' | First Class Mail and Email |
| Umpy Goodness | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 1 of 1