Response Date and Time: February 7, 2017 at 4:00 p.m. (Eastern Time)
Hearing Date and Time: February 14, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
-------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON
DEBTORS' MOTION FOR LEAVE PURSUANT TO RULE 2004
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that on October 11, 2016, the Debtors filed the *Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 341] (the "Debtors' Rule 2004 Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60423072_1

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2016, the Debtors filed the *Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 342].

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2016, the Debtors filed the *Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 344].

**PLEASE TAKE FURTHER NOTICE** that, the objection deadline for the Debtors' Rule 2004 Motion was set as October 27, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Debtors' Rule 2004 Motion was scheduled for November 3, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, on October 28, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 387], (i) extending the Objection Deadline to November 8, 2016 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to November 15, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on November 10, 2016, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule*

60423072_1

*2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 387], (i) extending the Objection Deadline to December 22, 2016 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to December 29, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on December 16, 2016, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 618], (i) extending the Objection Deadline to January 19, 2016 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to January 26, 2016 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Objection Deadline is hereby further extended to **February 7, 2017 at 4:00 p.m. (prevailing Eastern Time)**; and (ii) the Hearing is hereby further adjourned to **February 14, 2017 at 10:00 a.m. (prevailing Eastern Time).**

Dated: January 18, 2017          */s/ Gregg M. Galardi*
      New York, New York          ROPES & GRAY LLP
                                                Gregg M. Galardi
                                                D. Ross Martin
                                                Joshua Y. Sturm
                                                Jonathan M. Agudelo
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Telephone: (212) 596-9000
                                                Facsimile: (212) 596-9090
                                                gregg.galardi@ropesgray.com
                                                ross.martin@ropesgray.com
                                                joshua.sturm@ropesgray.com
                                                jonathan.agudelo@ropesgray.com

                                                *Counsel to the Debtors*
                                                *and Debtors in Possession*