# **Exhibit A**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Leo Arnaboldi III | Partner | 1984 | 1995 | 1,400.00 | 9.30 | $13,020.00 |
| Gregg Galardi | Partner | 1990 | 1998 | 1,230.00 | 118.20 | $145,386.00 |
| D. Ross Martin | Partner | 1995 | 2004 | 1,170.00 | 78.60 | $91,962.00 |
| Dalila Argaez Wendlandt | Partner | 1996 | 2007 | 970.00 | 26.70 | $25,899.00 |
| Kathleen Gregor | Partner | 2005 | 2015 | 900.00 | 3.80 | $3,420.00 |
| Evan Gourvitz | Counsel | 1998 | | 895.00 | 3.20 | $2,864.00 |
| Erica Han | Counsel | 2005 | | 695.00 | 2.80 | $1,946.00 |
| Justin Florence | Counsel | 2006 | | 895.00 | 8.50 | $7,607.50 |
| Gabrielle Hirz | Senior Attorney | 2007 | | 735.00 | 51.40 | $37,779.00 |
| Joshua Sturm | Associate | 2006 | | 895.00 | 78.10 | $69,899.50 |
| Jonathan Agudelo | Associate | 2009 | | 820.00 | 155.10 | $127,182.00 |
| Matthew Tolve | Associate | 2009 | | 865.00 | 16.00 | $13,840.00 |
| Shaw Kaneyasu-Speck | Associate | 2010 | | 820.00 | 7.50 | $6,150.00 |
| Kevin Zaragoza | Associate | 2010 | | 820.00 | 5.00 | $4,100.00 |
| Meredith Parkinson | Associate | 2011 | | 765.00 | 5.40 | $4,131.00 |
| Averell Sutton | Associate | 2013 | | 365.00 | 2.50 | $912.50 |
| William A. McGee | Associate | 2014 | | 540.00 | 64.50 | $34,830.00 |
| Peter Walkingshaw | Associate | 2014 | | 540.00 | 41.80 | $22,572.00 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ani-Rae Lovell | Associate | 2016 | | 325.00 | 41.10 | $13,357.50 |
| Andrew Simpson | Associate | 2016 | | 335.00 | 19.30 | $6,465.50 |
| William Allen | Paralegal | | | 400.00 | 29.10 | $11,640.00 |
| Roberto Gonzalez | Paralegal | | | 350.00 | 30.10 | $10,535.00 |
| Meir Weinberg | Paralegal | 2009 | | 285.00 | 28.10 | $8,008.50 |
| Jessica Dias | Case Assistant | | | 205.00 | 2.20 | $451.00 |
| Caroline O'Neill | Case Assistant | | | 205.00 | 2.50 | $512.50 |
| **TOTAL:** | | | | | **830.80** | **$664,470.50*** |

\* Does not reflect reduction of $7,466.50 applied to travel time.

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,182.11 | 236.60 | $279,687.00 |
| Associates | $704.17 | 502.20 | $353,636.50 |
| Paraprofessionals/Staff | $338.55 | 92.00 | $31,147.00 |
| Blended Attorney Rate | $857.23 | | |
| **Total Fees Incurred** | | **830.80** | **$664,470.50*** |

* Does not reflect reduction of $7,466.50 applied to travel time.