## **Exhibit B**

**Task Code Summary**

## TASK CODE SUMMARY

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 0002 | Reporting (MOR / SEC) | 0.90 | $631.00 |
| 0004 | Litigation | 11.50 | $12,526.00 |
| 0005 | Tax Matters | 99.80 | $88,585.50 |
| 0006 | Asset / Lien & Recovery Analysis | 8.90 | $9,457.00 |
| 0008 | R&G Retention & Fee Applications | 24.90 | $20,816.00 |
| 0012 | Sales | 7.60 | $6,232.00 |
| 0013 | Claims | 170.00 | $113,232.00 |
| 0014 | Travel | 18.30 | $14,933.00* |
| 0016 | Other Retention & Fee Applications | 31.00 | $20,168.50 |
| 0017 | Executory Contracts / Leases | 5.60 | $4,879.00 |
| 0018 | Plan and Disclosure Statement | 336.50 | $298,777.50 |
| 0019 | Hearings | 25.60 | $19,432.50 |
| 0020 | Administration | 71.10 | $34,986.50 |
| 0021 | Business Operations / Strategic Planning | 6.80 | $8,019.00 |
| 0022 | Committee Matters / Meetings | 0.80 | $960.00 |
| 0023 | Creditor & Shareholder Inquiries | 0.30 | $287.00 |
| 0024 | Corporate Matters | 11.00 | $10,302.00 |
| 0026 | Relief from Stay & Adequate Protection | 0.20 | $246.00 |
| **TOTAL:** | | **830.80** | **$664,470.50*** |

* Does not reflect reduction of $7,466.50 applied to travel time.