## Exhibit C

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---:|
| Certified Copy | $203.00 |
| Computer Assisted Research | $11,158.84 |
| Courier Service | $340.42 |
| CourtCall Charges (includes "Telephone" charge) | $195.00 |
| Document Retrieval | $5.00 |
| Photocopy | $1,485.30 |
| Tabs and Binding | $93.60 |
| Transcript of Testimony | $2,193.77 |
| **Total:** | **$15,674.93** |