# Exhibit E

# Expense Detail

| | **Detail of Disbursements** | |
|---|---|---|

**Certified Copy**

| Date | Description | Amount |
|---|---|---|
| 10/28/16 | Certified Copy - Paid to: CT CORPORATION SYSTEM - Cert Copy of Certificate of Inc | 203.00 |
| | Certified Copy | 203.00 |

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 45.47 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 50.14 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 14.80 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 0.96 |
| 12/02/16 | Paid To: Westlaw Per: Florence | 75.21 |
| 12/02/16 | Paid To: Westlaw Per: Simpson | 90.39 |
| 12/02/16 | Paid To: Westlaw Per: Walkingshaw | 68.31 |
| 12/04/16 | Paid To: Westlaw Per: Walkingshaw | 115.92 |
| 12/06/16 | Paid To: Westlaw Per: Parkinson | 1,092.96 |
| 12/07/16 | Lexis Research | 13.44 |
| 12/08/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 450.57 |
| 12/08/16 | Paid To: Westlaw Per: AGUDELO,JONATHAN | 748.65 |
| 12/08/16 | Lexis Research | 44.24 |
| 12/09/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 478.17 |
| 12/09/16 | Paid To: Westlaw Per: Weinberg | 177.33 |
| 12/09/16 | Lexis Research | 88.48 |
| 12/10/16 | Paid To: Westlaw Per: DZM | 68.31 |
| 12/12/16 | Paid To: Westlaw Per: Walkingshaw | 348.45 |
| 12/12/16 | Paid To: Westlaw Per: DZM | 136.62 |
| 12/13/16 | Paid To: Westlaw Per: Tolve | 218.04 |
| 12/14/16 | Paid To: Westlaw Per: Tolve | 245.64 |
| 12/15/16 | Paid To: Westlaw Per: Walkingshaw | 396.06 |
| 12/18/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 545.10 |
| 12/19/16 | Paid To: Westlaw Per: Lovell | 204.93 |
| 12/19/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 204.93 |
| 12/20/16 | Paid To: Westlaw Per: Walkingshaw | 366.39 |
| 12/20/16 | Paid To: Westlaw Per: Lovell | 136.62 |
| 12/20/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 204.93 |
| 12/21/16 | Paid To: Westlaw Per: Lovell | 409.86 |
| 12/21/16 | Paid To: Westlaw Per: Walkingshaw | 477.48 |
| 12/22/16 | Paid To: Westlaw Per: Lovell | 68.31 |
| 12/25/16 | Paid To: Westlaw Per: Walkingshaw | 422.97 |
| 12/26/16 | Paid To: Westlaw Per: Walkingshaw | 218.04 |
| 12/27/16 | Paid To: Westlaw Per: Lovell | 96.60 |
| 12/27/16 | Paid To: Westlaw Per: Walkingshaw | 271.86 |
| 12/29/16 | Paid To: Westlaw Per: Lovell | 1,213.71 |
| 12/29/16 | Paid To: Westlaw Per: Walkingshaw | 543.72 |
| 12/30/16 | Paid To: Westlaw Per: Florence | 273.24 |
| 12/30/16 | Paid To: Westlaw Per: Lovell | 531.99 |

Our Reference #: 112782-0026

Joint Group: 112782.1216

16-11700-smb    Doc 691-5    Filed 01/20/17    Entered 01/20/17 15:11:47    Exhibit E -
Expense Detail    Pg 3 of 6

ROPES & GRAY LLP

Invoice No.: 1055930
Page 52

|  | **Detail of Disbursements** |  |
|---|---|---|
|  | Computer Assisted Research | 11,158.84 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 09/12/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray LLP 1211 6th Avenue C-3 For Delivery of Boxes New york ; US Bankruptcy Court One Bowling Green Court Room 723 New york | 24.95 |
| 09/20/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 6th Ave No Contact  Ny, Ny ; US Courthouse 1 Bowling Green -# 723 Stuart Bernstein Ny , Ny | 19.00 |
| 09/21/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray LLP 1211 6th Avenue C-3 For Delivery of Boxes New york ; US Bankruptcy Court One Bowling Green Court Room 723 New york | 9.00 |
| 09/30/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 6th Avenue C-3 New york ; Us courthouse 500 Pearl St Daniel patrick Ny, Ny | 9.00 |
| 10/05/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK 1 E;US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK 0LBS | 34.95 |
| 10/19/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK 1 E;U.S.BANKRUPTCY COURT 1 BOWLING GREEN COURTROOM NO.723 NY,NY 2 LBS | 9.00 |
| 11/02/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray 1211 AVE OF AMERICAS DARLENE 212-596-9554 NY, NY 1 ENV ; US BANKRUPTCY COURT 1 BOWLING GREEN RM 723 STUART BERNSTEIN NY,NY | 34.95 |
| 11/02/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray LLP 1211 6TH  AVE OF AMERICAS DARLENE 212-596-9554 NY, NY 1 ENV ; US BANKRUPTCY COURT ONE BOWLING GREEN NO CONTACT NEW YORK 1 LBS | 14.00 |
| 11/04/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray 1211 AVE OF THE AMERICAS C-3 NEW YORK  ; HOR.STUART BERNSTEIN US BANKRUPTCY COURT 1 BOWLING GREEN RM 723 NY,NY | 9.00 |
| 11/30/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - 1211 AVE OF THE AMERICAS NO CONTACT NEW YORK NY : 1 BOWLING GREEN-ROOM 723 JUDGE STEWART BERNSTEIN NY, NY | 34.95 |
| 12/02/16 | Invoice No: 562924018 Trk#: 777784021559 Paid to: Fedex per 00705 Ship | 15.56 |
| 12/07/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK 1 ENVELOPS(s) ; OPPORTUNE LLP 10 EAST 53RD ST 33 FL NEW YORK 2 LBS | 9.00 |
| 12/08/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK ; US COURTHOUSE 1 BOWLING GREEN STUART BERNSTEIN NY, NY 0 LBS | 9.00 |
| 12/09/16 | Invoice No: 563796716 Trk#: 784846464935 Paid to: Fedex per 00764 Ship To: Hon  Judge Stuart M  Bernstein | 18.08 |
| 12/09/16 | Invoice No: 563796716 Trk#: 784836117069 Paid to: Fedex per 00705 Ship To: | 12.83 |

Our Reference #: 112782-0026
Joint Group: 112782.1216

**Detail of Disbursements**

| | | |
|---|---|---:|
| 12/09/16 | Honorable Judge Stuart M Bern Invoice No: 563796623 Trk#: 777836043429 Paid to: Fedex per 00705 Ship | 12.83 |
| 12/09/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK ; JUDGE STUART M. BERNSTEIN ONE BOWLING GREEN COURTROOM 723 NEW YORK 0 LBS | 9.00 |
| 12/16/16 | Invoice No: 564472603 Trk#: 784929710602 Paid to: Fedex per 56317 Ship | 55.32 |
| | Courier Service | 340.42 |

**CourtCall Charges**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 12/22/16 | CourtCall Charges - GAWKER MEDIA, LLC/ 16-11700 | 86.00 |
| 12/27/16 | CourtCall Charges - GAWKER MEDIA, LLC / 16-11700 | 37.00 |
| | CourtCall Charges | 123.00 |

**Document Retrieval**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 10/28/16 | Document Retrieval - CSC/CORPORATION SERVICE COMPANY | 5.00 |
| | Document Retrieval | 5.00 |

**Photocopy**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 12/01/16 | 2 Pages of Photocopy ($0.10 per page) | 0.20 |
| 12/05/16 | 1 Pages of Photocopy ($0.10 per page) | 0.10 |
| 12/05/16 | 5617 BW Copies ($0.10 per page) | 561.70 |
| 12/05/16 | 3108 BW Copies ($0.10 per page) | 310.80 |
| 12/05/16 | 820 BW Copies ($.10 per page) | 82.00 |
| 12/09/16 | 2 Pages of Photocopy ($0.10 per page) | 0.20 |
| 12/12/16 | 3 Pages of Photocopy ($0.10 per page) | 0.30 |
| 12/12/16 | 30 Pages of Photocopy ($.10 per page) | 3.00 |
| 12/12/16 | 5 Pages of Photocopy ($.10 per page) | 0.50 |
| 12/13/16 | 4975 BW Copies ($.10 per page) | 497.50 |
| 12/14/16 | 6 Pages of Photocopy ($0.10 per page) | 0.60 |
| 12/14/16 | 12 Pages of Photocopy ($0.10 per page) | 1.20 |
| 12/14/16 | 42 Pages of Photocopy ($0.10 per page) | 4.20 |
| 12/14/16 | 6 Pages of Photocopy ($0.10 per page) | 0.60 |
| 12/14/16 | 36 Pages of Photocopy ($0.10 per page) | 3.60 |
| 12/14/16 | 18 Pages of Photocopy ($0.10 per page) | 1.80 |
| 12/19/16 | 170 BW Copies ($0.10 per page) | 17.00 |
| | Photocopy | 1,485.30 |

**Tabs and Binding**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 12/05/16 | Tabs and Binding | 1.08 |
| 12/05/16 | Tabs and Binding | 33.00 |
| 12/05/16 | Tabs and Binding | 19.92 |
| 12/05/16 | Tabs and Binding | 0.78 |
| 12/05/16 | Tabs and Binding | 10.50 |
| 12/07/16 | Tabs and Binding | 3.00 |
| 12/07/16 | Tabs and Binding | 0.18 |
| 12/08/16 | Tabs and Binding | 6.00 |
| 12/08/16 | Tabs and Binding | 0.48 |

Our Reference #: 112782-0026

Joint Group: 112782.1216

**ROPES & GRAY LLP**

Invoice No.: 1055930
Page 54

|  | **Detail of Disbursements** |  |
|---|---|---:|
| 12/13/16 | Tabs and Binding | 3.06 |
| 12/13/16 | Tabs and Binding | 3.00 |
| 12/13/16 | Tabs and Binding | 4.80 |
| 12/19/16 | Tabs and Binding | 7.80 |
|  | Tabs and Binding | 93.60 |

**Telephone**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 12/20/16 | 12/09/16 - Court call charges | 72.00 |
|  | Telephone | 72.00 |

**Transcript of Testimony**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 12/05/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Transcript form Claims objection Hearing 12/01/2016 | 942.27 |
| 12/15/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original Transcript | 906.05 |
| 12/20/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- Original with 2 Certified Transcripts | 297.05 |
| 12/30/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original Transcript | 48.40 |
|  | Transcript of Testimony | 2,193.77 |

**Total Disbursements**   $   **15,674.93**

Our Reference #: 112782-0026

Joint Group: 112782.1216



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 1055930
Invoice Date: January 20, 2017
Federal Tax ID: 04-2233412

GK Media
c/o Opportune LLP
Attn: William D. Holden
10 East 53rd Street, 33rd Floor
New York, NY 10022

_____

| | |
|---|---:|
| Services | $ 664,470.50 |
| Adjustment to Services | -7,466.50 |
| Total Services | 657,004.00 |
| Total Disbursements and Charges | 15,674.93 |
| TOTAL DUE THIS INVOICE | $ 672,678.93 |

| **Payment Instructions** | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund & Domestic Wire Transfers:** | **International Wire Transfers:** |
| Ropes & Gray LLP | Ropes & Gray LLP | Ropes & Gray LLP |
| Mail Code: 11104 | c/o Citibank, N.A | c/o Citibank, N.A |
| P.O. Box 11839 | 153 East 53rd Street | 111 Wall Street |
| Newark, NJ 07101-8138 | New York, NY 10043 | New York, NY 10005 |
| | ABA No.: 021-000-089 | Swift Code: CITIUS33 |
| | Account No: 4997537106 | Account No: 4997537106 |

Our Reference #: 112782
Joint Group: 112782.1216