## **Exhibit A**

## **Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bossin, Oren | Director | Audit & Accounting | $ 415.00 | 3.00 | $ 1,245.00 |
| Buono, Kimberly | Staff | State & Local Tax | $ 200.00 | 0.35 | $ 70.00 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 10.00 | $ 4,600.00 |
| McCumiskey, Michael | Manager | Audit & Accounting | $ 370.00 | 5.00 | $ 1,850.00 |
| Porricelli, Thomas | Supervisor | Audit & Accounting | $ 250.00 | 9.00 | $ 2,250.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 560.00 | 4.50 | $ 2,520.00 |
| Rogan, John | Staff | Audit & Accounting | $ 180.00 | 2.50 | $ 450.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 475.00 | 2.50 | $ 1,187.50 |
| Schniebolk, Mark | Partner | Audit & Accounting | $ 525.00 | 1.00 | $ 525.00 |
| Singer, Robert | Staff | Audit & Accounting | $ 205.00 | 1.00 | $ 205.00 |
| Tsambiras, Soula | Partner | Audit & Accounting | $ 475.00 | 4.25 | $ 2,018.75 |
| Total Compensation | | | $ 392.60 | 43.10 | $ 16,921.25 |

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 510.31 | 12.25 | 6,251.25 |
| Directors | $ 449.62 | 13.00 | 5,845.00 |
| Managers | $ 370.00 | 5.00 | 1,850.00 |
| Supervisors | $ 250.00 | 9.00 | 2,250.00 |
| Staff | $ 188.31 | 3.85 | 725.00 |
| Total Fees Incurred | | 43.10 | 16,921.25 |