# Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 203 | Audit of Employee Benefit Plan | 11.25 | $ 4,598.75 |
| 214 | Other Special Projects | 12.00 | $ 3,495.00 |
| 238 | Bankruptcy-Meeting, Correspond | 3.00 | $ 1,680.00 |
| 300 | Taxes - General | 11.50 | $ 5,440.00 |
| 309 | Preparation of Commercial Rent Tax Return | 2.50 | $ 450.00 |
| 613 | SALT Professionals | 2.85 | $ 1,257.50 |
| TOTAL | | 43.10 | $ 16,921.25 |