# Exhibit C

## Time Detail

Jan 12, 2017  Citrin Cooperman & Company, LLP
Billing Worksheet
Client - Client Code
For the Period: 12/1/2016 - 12/31/2016
WIP Approved ( 12/31/2016 )

| WIP - 0 - Gawker Media - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 12/1/2016 | 401(k) Audit | $ 370.00 | 2.00 | $ 740.00 |
| ACCT | 203 Prep of Audited Statements | Schniebolk, Mark | 12/1/2016 | 401(k) Audit | $ 525.00 | 1.00 | $ 525.00 |
| ACCT | 203 Prep of Audited Statements | Tsambiras, Soula | 12/1/2016 | 401(k) Audit | $ 475.00 | 2.75 | $ 1,306.25 |
| taxes | 613 SALT Professionals | Buono, Kimberly | 12/2/2016 | Revise NY sales tax POA per ER. | $ 200.00 | 0.35 | $ 70.00 |
| ACCT | 203 Prep of Audited Statements | McCumiskey, Michael | 12/2/2016 | 401(k) Audit | $ 370.00 | 3.00 | $ 1,110.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 12/2/2016 | Research and client correspondence regarding personal liability for use taxes; call with auditor regarding closure of case; revision to POA and AU-346. | $ 475.00 | 0.50 | $ 237.50 |
| ACCT | 203 Prep of Audited Statements | Singer, Robert | 12/2/2016 | proof changes, make EQR changes, create signed PDF etc | $ 205.00 | 1.00 | $ 205.00 |
| ACCT | 203 Prep of Audited Statements | Tsambiras, Soula | 12/2/2016 | 401(k) Audit | $ 475.00 | 1.50 | $ 712.50 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 12/5/2016 | Verifying the CS of Gawker Shares based on audit work performed in connection with client's files provided. | $ 250.00 | 1.00 | $ 250.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 12/7/2016 | Stock Options work for client | $ 250.00 | 1.00 | $ 250.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 12/7/2016 | Review of NYC Department of Finance claim; review of related records; internal correspondence on same. | $ 475.00 | 0.50 | $ 237.50 |
| taxes | 300 Tax General | LiRosi, Paul | 12/9/2016 | prepared all relevant tax docuemtation for client for the IRS tax audit | $ 460.00 | 1.25 | $ 575.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 12/9/2016 | Correspondence with client regarding personal liability issues for New York sales/use tax audit assessment; review of related notice; research on approach; research on interest accrual against Gawker and possible responsible persons beyond claim date; review information about payment methods and correspondence with client on same. | $ 475.00 | 1.25 | $ 593.75 |
| ACCT | 214 Other Special Projects | Bossin, Oren | 12/12/2016 | Obtaining support for IRS audit - Intercompany transactions and licensing revenue | $ 415.00 | 1.00 | $ 415.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/12/2016 | provided client with IDR information, responded to various emails on book to tax reconciliation and provided tax depreciation schedules, provided client with maxium federal, state and nyc tax rates | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/12/2016 | review of NYS tax notice on potential audit | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/13/2016 | call with client on scheudle of royalties and transfer pricing for IRS Audit | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 309 Prep of Commercial Rent Tax | Rogan, John | 12/14/2016 | Q2 2016 CRT | $ 180.00 | 2.50 | $ 450.00 |

| Category | Project | Professional | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| ACCT | 214 Other Special Projects | Bossin, Oren | 12/15/2016 | Obtaining support for IRS audit - Intercompany transactions and licensing revenue | $ 415.00 | 1.00 | $ 415.00 |
| Cons | 300 Tax General | LiRosi, Paul | 12/15/2016 | IRS meeting at client's office discussing the various items on the IDR | $ 460.00 | 4.50 | $ 2,070.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 12/15/2016 | Reviewed the CRT Return - Follow up with client on requests - Briefly looked into tax issue for LIrosi | $ 250.00 | 2.50 | $ 625.00 |
| ACCT | 238 Bankruptcy-Meeting, Correspond | Rhodes, Michael | 12/15/2016 | Bankruptcy hearing | $ 560.00 | 3.00 | $ 1,680.00 |
| taxes | 300 Tax General | Rhodes, Michael | 12/15/2016 | IRS audit | $ 560.00 | 1.50 | $ 840.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/16/2016 | reiview of tax notice, discussion with oren on tax tb | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/19/2016 | provided tax depreciation schedules and review of TB for client | $ 460.00 | 0.50 | $ 230.00 |
| ACCT | 214 Other Special Projects | Porricelli, Thomas | 12/19/2016 | Tax Rtn for 2015 Issues | $ 250.00 | 4.50 | $ 1,125.00 |
| ACCT | 214 Other Special Projects | Bossin, Oren | 12/20/2016 | Obtaining support for IRS audit - Intercompany transactions and licensing revenue | $ 415.00 | 1.00 | $ 415.00 |
| taxes | 300 Tax General | LiRosi, Paul | 12/20/2016 | provided client with the documentation reconciling the 2015 book income, in addition provided them with the comparison for our book to tax reconciliation to what they have in their GL. Tom P was able to summarize such in excel for their review. basically reconciling book income from the return to their GL and noting any changes. | $ 460.00 | 1.25 | $ 575.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 12/23/2016 | Review of New York sales tax audit closure notice; correspondence with client on same. | $ 475.00 | 0.25 | $ 118.75 |
| | | | | | | 43.10 | $ 16,921.25 |



# CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

Gawker Media
114 Fifth Avenue, Floor 2
New York, NY 10011

Invoice No.   742368
Date          01/20/2017
Client No.    42254.0

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2016 AS FOLLOWS:

**NYS SALES AND USE TAX AUDIT**
| | | |
|---|---|---:|
| E. RUVERE | 2.50 HRS @ $475/HR | $ 1,187.50 |
| K. BUONO | 0.35 HRS @ $200/HR | 70.00 |

**AUDIT OF THE GAWKER MEDIA 401 (K) PLAN**
| | | |
|---|---|---:|
| S. TSAMBIRAS | 4.25 HRS @ $475/HR | 2,018.75 |
| M. SCHNIEBOLK | 1.00 HR  @ $525/HR | 525.00 |
| M. MCCUMISKEY | 5.00 HRS @ $370/HR | 1,850.00 |
| R. SINGER | 1.00 HRS @ $205/HR | 205.00 |

**IRS AUDIT**
| | | |
|---|---|---:|
| M. RHODES | 1.50 HRS @ $560/HR | 840.00 |
| P. LIROSI | 10.0 HRS @ $460/HR | 4,600.00 |

**PREPARATION OF Q2 2016 NYC CRT**
| | | |
|---|---|---:|
| J. ROGAN | 2.5 HRS @ $180/HR | 450.00 |

**BANKRUPTCY PROCEEDINGS**
| | | |
|---|---|---:|
| M. RHODES | 3.00 HRS @ $560/HR | 1,680.00 |

**ACCOUNTING AND TAX ADVISORY SERVICES**
| | | |
|---|---|---:|
| O. BOSSIN | 3.00 HRS @ $415/HR | 1,245.00 |
| T. PORRICELLI | 9.00 HRS @ $250/HR | 2,250.00 |

|   |   |
|---|---:|
| TOTAL FEES THIS PERIOD | 16,921.25 |
| COURTESY DISCOUNT (20% of fees related to 401(k) Plan Audit) | (919.75) |
| Total This Invoice | $ 16,001.50 |

**Payment due upon receipt.**

Please include this page or make reference to the invoice number and client number on your check
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.