**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :    Case No. 16-11700 (SMB)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
-------------------------------------------------------x

### THIRD DECLARATION OF D. ROSS MARTIN, ESQ. SUBMITTING CERTAIN DOCUMENTATION RECEIVED FROM XP VEHICLES

I, D. Ross Martin, make this Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1. I am a partner of the firm of Ropes & Gray LLP ("Ropes & Gray"), counsel to the Debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2. I submit this declaration (this "Declaration") in connection with the *Order to Show Cause Directing Filing of Statement Pursuant to Federal Bankruptcy Rule 2019 as a Condition to Being Heard* [Docket No. 669]. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. On January 3, 2017, at 10:48 p.m., the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit 1**.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

4.     On January 4, 2017, at 12:25 p.m., the Debtors received an email from XP Vehicles, which email is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: January 24, 2017
       Boston, Massachusetts       */s/ D. Ross Martin*
                                                   D. Ross Martin