16-11700-smb    Doc 704    Filed 01/25/17    Entered 01/25/17 11:51:24    Main Document
Pg 1 of 8

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                             :   Chapter 11
                                                  :
Gawker Media LLC, *et al.*,[1]                    :   Case No. 16-11700 (SMB)
                                                  :
                 Debtors.                         :   (Jointly Administered)
                                                  :
------------------------------------------------------x

### *AMENDED* AGENDA FOR HEARING TO BE HELD
### January 26, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)[2]

Date and Time:      January 26, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
                       United States Bankruptcy Court for the Southern District of New York
                       Alexander Hamilton Custom House
                       One Bowling Green, Courtroom No. 723
                       New York, New York 10004

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at
                       www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                       agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                       information may be obtained by calling Prime Clerk toll free at 855-639-
                       3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] *New material added since the filing of the original agenda [Docket No. 699] is listed in italics in this amended agenda.*

60524258_1

**CASE CONFERENCE**

**UNCONTESTED MATTERS**

1. First Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from June 28, 2016 Through September 30, 2016 [Docket No. 661]

   **Response Deadline:**  January 11, 2017

   **Responses Received:** None.

   **Related Documents:**

   a. First Monthly Fee Statement of Deloitte Financial Advisory Services LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from June 28, 2016 Through July 31, 2016 [Docket No. 471]

   b. Second Monthly Fee Statement of Deloitte Financial Advisory Services LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from August 1, 2016 Through August 31, 2016 [Docket No. 472]

   c. Third Monthly Fee Statement of Deloitte Financial Advisory Services LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period fro September 1, 2016 Through September 30, 2016 [Docket No. 592]

   d. Notice of Hearing on First Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from June 28, 2016 Through September 30, 2016 [Docket No. 662]

   **Status:**   This matter is going forward.

2. Order to Show Cause Directing Filing of Statement Pursuant to Federal Bankruptcy Rule 2019 as a Condition to Being Heard [Docket No. 669]

   **Response Deadline:**  January 26, 2017

   **Responses Received:**

   a. Letter filed by XP Vehicles Group [Docket No. 670]

**Related Documents:**

    a.    Third Declaration of D. Ross Martin, Esq. Submitting Certain Documentation Received from XP Vehicles [Docket No. 698]

**Status:** This matter is going forward.

### WITHDRAWN MATTERS

3.    Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 372]

**Response Deadline:** December 22, 2016

**Responses Received:** None.

**Related Documents:**

    a.    Notice of Hearing and Response Deadline on Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 398]

    b.    Memorandum Endorsed Order Signed On 11/30/2016. Re: Granting Adjournment Request [Docket No. 506]

    c.    Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 508]

    d.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 656]

    e.    Notice of Withdrawal of Objection of Debtor Gawker Media LLC to Proof of Claim Filed by Shiva Ayyadurai, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 697]

**Status:** **The Debtors have withdrawn their claims objection to Dr. Ayyadurai's proofs of claim. Accordingly, this matter is not going forward.**

4.    Notice of Debtors' Omnibus Objection to Proof of Claim No. 269 by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), and Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 399]

**Response Deadline:** December 22, 2016

**Responses Received:** None.

**Related Documents:**

a.    Memorandum Endorsed Order Signed On 11/30/2016. Re: Granting Adjournment Request [Docket No. 506]

b.    Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 508]

c.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim filed by Shiva Ayyadurai and Ashley Terrill [Docket No. 656]

d.    Notice of Withdrawal of Objection of Debtor Gawker Media LLC to Proof of Claim No. 269 Filed by Ashley Terrill, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 695]

**Status:** **The Debtors have withdrawn their claims objection to Ms. Terrill's proofs of claim. Accordingly, this matter is not going forward.**

**ADJOURNED MATTERS**

5. Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

    **Response Deadline:**  February 7, 2017

    **Responses Received:** None.

    **Related Documents:**

    a. Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 344]

    b. Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

    c. Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 438]

    d. Notice of Further Adjournment on Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 618]

    e. Notice of Further Adjournment on Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 687]

    **Status:  This matter has been adjourned to the hearing on February 14, 2017 at 10:00 a.m.**

6. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 396]

    **Original Response Deadline:**  November 14, 2016

    **Responses Received:**

    a. Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

**Related Documents:**

a. Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

b. Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

c. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

d. Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 604]

e. Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 697]

**Status:** **This matter has been adjourned to the hearing on February 14, 2017 at 10:00 a.m. The Debtors intend to submit a consensual proposed further briefing schedule to the Court in respect of the same.**

7. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 397]

   **Original Response Deadline:** November 14, 2016

   **Responses Received:**

   a. Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

   **Related Documents:**

   a. Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

   b. Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

   c. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

60524258_1

    d.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 604]

    e.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 697]

**Status**: **This matter has been adjourned to the hearing on February 14, 2017 at 10:00 a.m. The Debtors intend to submit a consensual proposed further briefing schedule to the Court in respect of the same.**

8. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

    **Response Deadline:** February 7, 2017

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

    b. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

    **Status:** **This matter has been adjourned to the hearing on February 14, 2017 at 10:00 a.m.**

9. Motion for Relief from the Automatic Stay Pursuant To 11 U.S.C. 362(d) [Docket No. 243]

    **Response Deadline:** October 3, 2016

    **Responses Received:**

    a. Debtors' Objection to Motion for Relief from the Automatic Stay by St. Paul Fire & Marine Insurance Company [Docket No. 307]

    **Related Documents:**

    a. Notice of Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) [Docket No. 241]

    b. Complaint for Declaratory Judgment [Docket No. 244]

    c.    Proposed Order Granting Relief from the Automatic Stay Pursuant To 11 U.S.C. 362(d) [Docket No. 245]

    d.    Reply Brief in Further Support of Motion for Relief from the Automatic Stay Pursuant To 11 U.S.C. 362(d) [Docket No. 319]

    e.    *Notice of Presentment of Stipulation and Order Between the Debtors and Travelers Regarding the Stay Relief Motion [Docket No. 702] ("Stipulation and Proposed Order")*

**Status:** ***This matter has been adjourned to the hearing on February 14, 2017 at 10:00 a.m.*** *The parties have consensually resolved this Motion. The Debtors have filed the Stipulation and Proposed Order in respect of the same.*

Dated: January 25, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*