UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| Gawker Media LLC, et al.,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 28, 2016 THROUGH SEPTEMBER 30, 2016**

Upon consideration of the application of Deloitte Financial Advisory Services LLP, financial advisor to the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "Debtors"), for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during the interim period commencing June 28, 2016 through September 30, 2016 [Docket No. 661] (the "First Interim Fee Application"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to all pleadings related to the First Interim Fee Application; and a hearing having been held before this Court to consider the First Interim Fee Application on January 26, 2017 (the "Hearing"); and based upon the record of the Hearing; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2

ORDERED, that the First Interim Fee Application is granted on an interim basis to the extent set forth in **Schedule A**.

New York, New York
January 27th, 2017

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule A

## Interim Allowance of First Interim Fee Application

|  | *Application* | | *Interim Fees* | | *Interim Expenses* | |
|---|---|---|---|---|---|---|
|  | **Date Filed/Dkt. No.** | **Period Covered** | **Requested** | **Allowed[1]** | **Requested** | **Allowed** |
| Deloitte Financial Advisory Services LLP | 12/28/16 Dkt. No. 661 | 6/28/16 - 9/30/16 | $652,130.50 | $619,523.98 | $671.70 | $671.70 |

January 27, 2017     SMB

---

[1] The Debtors will continue to holdback five percent (5%) of the fees requested until such time as the Court approves such fees and authorizes the Debtors to pay such amounts.