## Exhibit A

### Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                    :

In re                             :        Chapter 11
                                    :

Gawker Media LLC, *et al.*,[1]     :        Case No. 16-11700 (SMB)
                                    :

                    Debtors.      :        (Jointly Administered)
                                    :

-------------------------------------------------------x

**ORDER GRANTING DEBTORS' SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

Upon the objection (the "Objection")[2] of the above-caption debtors (collectively,

the "Debtors"), for entry of an order (this "Order") disallowing and expunging the Superseded

Claims set forth on **Schedule 1** attached hereto; and upon the Holden Declaration; and the Court

having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and

1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b);

and the Court having found that venue of this proceeding and the Objection is proper pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided,

and it appearing that no other or further notice need be provided; and upon consideration of the

Objection and the Holden Declaration; and the Court having found and determined that the relief

sought in the Objection is in the best interests of the Debtors' estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the Objection establish just cause for the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The relief requested in the Objection is granted to the extent provided herein.

2.      Each of the Superseded Claims identified on the attached **Schedule 1** are hereby disallowed and expunged in their entirety for the reasons set forth in the Objection.

3.      Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to cause the Claims Register to be amended to reflect the terms of this Order.

4.      The disallowance and expunging of the Superseded Claims shall not create, and is not intended to create, any rights in favor of, or enhance the status of, any claim held by any person or entity.

5.      Entry of this Order is without prejudice to the Debtors' right to object to any other claims in these chapter 11 cases or to further object to the Superseded Claims (to the extent the Superseded Claims are not disallowed and expunged pursuant to this Order) or the Surviving Claims on any grounds whatsoever, at a later date.

6.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Schedule 1 annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Schedule 1 annexed hereto.

7.      Notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures [Docket No. 93], and the Local Bankruptcy Rules of this Court are satisfied by such notice.

60691601_4

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order.

10.     This Order shall be a final order with respect to each of the Superseded Claims identified on Schedule 1, annexed hereto, as if each such Superseded Claim had been individually objected to.

11.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2017
        New York, New York

                                        _____
                                        THE HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

-3-

<u>Schedule 1</u>

| **Superseded Claims** |
| --- |
| Note: Claimants are listed alphabetically by last name or by entity name. |

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | EXPUNGED CLAIM NO. | DATE FILED | CLAIM AMOUNT | SURVIVING CLAIM | OBJECTION PAGE NO. REFERENCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Commonwealth of Kentucky Dept. of Revenue Legal Support Branch PO Box 5222 Frankfort, KY 40602 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 36 | 9/8/2016 | $775.84 | 37 | 5-6 |
| 2 | TRC Master Fund LLC as Transferee of Newmark & Co. Real Estate, Inc. Attn: Terrel Ross PO Box 633 Woodemere, NY 11598 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 33 | 9/2/2016 | $420,000.00 | 39 | 5-6 |