**Response Date and Time: February 28, 2017 at 4:00 p.m. (Eastern Time)**
**Hearing Date and Time: March 7, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                 :

In re                                         :        Chapter 11
                                                 :
Gawker Media LLC, *et al.*,[1]            :        Case No. 16-11700 (SMB)
                                                 :
                     Debtors.                :        (Jointly Administered)
                                                 :
------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON
DEBTORS' OMNIBUS OBJECTION TO PROOFS OF CLAIM
NOS. 293, 294 AND 295 FILED BY ALBERT JAMES DAULERIO**

**PLEASE TAKE NOTICE** that on November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493] (the "Daulerio Objection").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Daulerio Objection was set as December 12, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

60685820_1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Daulerio Objection was scheduled for December 29, 2016 at 10:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Debtors extended the Response Deadline to December 19, 2016, at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 627], (i) extending the Response Deadline to January 19, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to January 26, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on January 18, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 688], (i) extending the Response Deadline to February 7, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to February 14, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Response Deadline is hereby further extended to **February 28, 2017 at 4:00 p.m. (prevailing Eastern Time)**; and (ii) the Hearing is hereby further adjourned to **March 7, 2017 at 10:00 a.m. (prevailing Eastern Time).**

[*Remainder of page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the Daulerio Objection to be heard at the Hearing.

| | |
|---|---|
| Dated: February 6, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile:  (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>joshua.sturm@ropegray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |