

Gawker Media LLC, et al., 1 : Case No. 16-11700 (SMB) Judge Benstein, AG Sessions, President Trump
XP VEHICLES
to:
bernstein.chambers, bernstein.chambers, legal
01/28/2017 08:57 PM
Hide Details
From: XP VEHICLES <legal@xpvehicles.com>
To: bernstein.chambers@nysb.uscourts.gov, bernstein.chambers@nysb.uscourt.gov, legal@xpvehicles.com
History: This message has been forwarded.

Honorable Judge Stuart M. Bernstein

United States Bankruptcy Court For The Southern District of New York

bernstein.chambers@nysb.uscourts.gov

Jeffrey Sessions – Attorney General, USDOJ

Donald Trump – President, United States of America

Jan 28, 2016

RE: Gawker Case # 16-11700 (SMB)- Discrimination, fraud, court process manipulation & reprisal notification.

Dear Judge Berstein, AG Sessions and President Trump:

We are an in pro per unrepresented Plaintiffs in the referenced case. As disadvantaged, low income Plaintiffs we demand equitable court rights.

Court agents and opposition attorneys have refused to return our phone calls, emails and letters and refused to provide us with telephone access to court hearings in order to avoid their embarrassment of being participatory in a "hit-job" ordered and implemented by the Obama Administration and carried out by Nick Denton and his Gawker Media character assassination tabloid empire.

We have repeatedly asked to be heard, in writing to Court staff, the other case attorneys, Ropes and Gray, Chantel at the Judges office and others have been refused a response due to political agendas. We have filed numerous responses via the electronic communications system to the Court and the uncomfortable truths of some of those responses have caused them to be deleted or hidden by opposition attorneys. We are being subjected to discrimination because of our disadvantages and because all opposition parties in this case represent the interests of Obama/Clinton and feel that this case will expose crimes by the Obama/Clinton Administrations.

We have asked for Court appointed Counsel and the Court has refused to respond. We have asked for

references to local pro bono Counsel and the Court has refused to respond. Opposition attorneys in this case have taken aggressive and illegal actions to keep us out of the case, curtail our legal rights, avoid giving us information or guidance and distort our position to the Court.

How will your office assist us, as citizens and taxpayers, to acquire our rights and end of the various discriminations against us in this case?

Sincerely,

XP VEHICLES and Associated Plaintiffs

601 Van Ness Ave, MS E#613

San Francisco, CA 94102

Legal@xpvehicles.com

BCC: Global Media Newsdesks, DOJ, FTC, SEC, at al