

**Re: 16-11700**

**XP VEHICLES**  to: Chantel_Barrett, legal, executive4, USAEO-VictimOmbudsman, General, Inspector (OIG), ITVERP    01/30/2017 12:55 PM

History:    This message has been forwarded.

Dear Judge Bernstein and Chantel:

We have spoken with a number of New York Bankruptcy Attorneys to seek to get them to take this case, including some who know Judge Bernstein personally. It seems that the Judge has required that we have a New York attorney, yet the attorneys are being intimidated, threatened and warned of "political implications" if they take our case.

We are making this communication known to the world press and independent news organizations so that the obfuscation of our rights is publicly documented.

It is clear that methods are being used to blockade our legal and civil rights as part of a political vendetta, retribution, reprisal effort.

How will the U.S. Bankruptcy Court for the Southern District of NY provide us, as in pro per Plaintiffs, with equal rights in this case, cease the blockades of our rights and allow us fair access to the hearings as we have requested in writing numerous times?

XP Vehicles


On 01/03/2017 09:43 AM, Chantel_Barrett@nysb.uscourts.gov wrote:
>
> |-----------------------------------------------------------------------------------|
> |
> |    Order to Show Cause Signed On 1/3/2017. Re: Directing Filing Of Statement Pursuant To      |
> |    Federal Bankruptcy Rule 2019 As A Condition To Being Heard with hearing to be held on      |
> |    1/26/2017 at 10:00 AM at Courtroom 723                                        |
> |
> |-----------------------------------------------------------------------------------|
>
>
>
>
> (See attached file: 16-11700 Gawker XP.pdf)
>
>
> (Embedded image moved to file: pic19963.gif)
>

```
> Chantel Barrett
> Courtroom Deputy to the Honorable Stuart M. Bernstein
> U.S. Bankruptcy Court for the Southern District of NY
> One Bowling Green
> New York, NY 10004
> 212-668-2870 ext 4026
```