UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                                        :          Chapter 11
:
Gawker Media LLC, *et al.*,[1]                    :          Case No. 16-11700 (SMB)
:
            Debtors.                               :          (Jointly Administered)
:
------------------------------------------------------x

## ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(e)(2)(A) ENJOINING XP VEHICLES GROUP FROM BEING HEARD OR INTERVENING IN THESE CASES

WHEREAS, Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2019(b)(1) requires that in a chapter 11 case, such as the above captioned chapter 11 cases (collectively, the "Cases"), a verified statement setting forth the information specified in subdivision (c) of Bankruptcy Rule 2019 shall be filed by every group or committee that consists of or represents, and every entity that represents, multiple creditors or equity security holders that are (A) acting in concert to advance their common interests, and (B) not composed entirely of affiliates or insiders of one another;

WHEREAS, on January 3, 2017, the Court entered the *Order to Show Cause Directing Filing of Statement Pursuant to Federal Bankruptcy Rule 2019 as a Condition to being Heard* [Docket No. 669] (the "Show Cause Order");

WHEREAS, as more particularly set forth in the Show Cause Order, the Court directed Public Interest Group and XP Vehicles Task Force/XP Group/XP Vehicles/XP Alliance and CODE RED, and any similar groups that wished to be heard (collectively, "XP Vehicles Group")

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

to show cause why an order should not be entered directing XP Vehicles Group or any member of the XP Vehicles Group to comply with Bankruptcy Rule 2019 and in the event of non-compliance, denying XP Vehicles Group the right to be heard pursuant to Bankruptcy Rule 2019(e)(2)(A);

WHEREAS, the Show Cause Order required that any response or any other submissions by any member of XP Vehicles Group must be signed and filed by an attorney authorized to practice before this Court;

WHEREAS, the Court did not receive any response in respect of the Show Cause Order signed and filed by an attorney authorized to practice before this Court;

WHEREAS, at the hearing held on January 26, 2017, the Court issued an oral ruling in respect of the Show Cause Order directing XP Vehicles Group to comply with Bankruptcy Rule 2019 within seven (7) days of the date thereof, and in the event of non-compliance, permitting the Debtors to submit an order in accordance with Bankruptcy Rule 2019(e)(2)(A) denying XP Vehicles Group the right to be heard or intervene in these Cases (the "Bankruptcy Rule 2019 Compliance Order");

WHEREAS, on January 27, 2017, the Debtors filed a copy of the transcript containing the Bankruptcy Rule 2019 Compliance Order [Docket No. 710];

WHEREAS, as of the date hereof, no attorney authorized to practice before this Court has signed and filed any pleading in compliance with Bankruptcy Rule 2019 on behalf of XP Vehicles Group;

**ACCORDINGLY, IT IS HEREBY**

ORDERED that, pursuant to Bankruptcy Rule 2019(e)(2), from and after the date of this Order XP Vehicles Group is (i) enjoined from submitting or filing any pleadings in these Cases

60727327_1

on the case dockets, through the Clerk of the Court, or through chambers and (ii) enjoined from appearing or intervening in these Cases; and it is further

ORDERED that this Order is without prejudice to the filing of a request to modify or vacate this Order made by an attorney authorized to practice before this Court.

Dated: February 7th , 2017  /s/ STUART M. BERNSTEIN
       New York, New York  THE HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE