UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
Gawker Media LLC, et al.,[1]                          :   Case No. 16-11700 (SMB)
                                                      :
              Debtors.                                :   (Jointly Administered)
                                                      :
------------------------------------------------------x
```

## ORDER GRANTING DEBTORS' THIRD OMNIBUS
## OBJECTION TO CERTAIN CLAIMS (SATISFIED CLAIMS)

Upon the objection (the "Objection")[2] of the above-caption debtors (collectively, the "Debtors"), for entry of an order (this "Order") disallowing and expunging the Satisfied Claims set forth on **Schedule 1** attached hereto; and upon the Holden Declaration; and the Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Objection is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Objection and the Holden Declaration; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The relief requested in the Objection is granted to the extent provided herein.

2. Each of the Satisfied Claims identified on the attached Schedule 1 are hereby disallowed and expunged in their entirety for the reasons set forth in the Objection.

3. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to cause the Claims Register to be amended to reflect the terms of this Order.

4. The disallowance and expunging of the Satisfied Claims shall not create, and is not intended to create, any rights in favor of, or enhance the status of, any claim held by any person or entity.

5. Entry of this Order is without prejudice to the Debtors' right to object to any other claims in these chapter 11 cases or to further object to the Satisfied Claims (to the extent such Satisfied Claims are not disallowed and expunged pursuant to this Order) on any grounds whatsoever, at a later date.

6. This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Schedule 1 annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Schedule 1 annexed hereto.

7. Notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures [Docket No. 93], and the Local Bankruptcy Rules of this Court are satisfied by such notice.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order.

10. This Order shall be a final order with respect to each of the Satisfied Claims identified on <u>Schedule 1</u>, annexed hereto, as if each such Satisfied Claim had been individually objected to.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: <u>February 8th</u>, 2017
      New York, New York

                                                /s/ STUART M. BERNSTEIN
                                                THE HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

60298882_5

**Schedule 1**

# Satisfied Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 1 | Akerman LLP<br>c/o Andrea S. Hartley, Esq.<br>98 SE 7th Street<br>Suite 1100<br>Miami, FL 33131 | 16-11700 (SMB) | Gawker Media LLC | | 65 | 9/28/2016 | $12,444.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 2 | Akerman LLP<br>c/o Andrea S. Hartley, Esq.<br>98 SE 7th Street<br>Suite 1100<br>Miami, FL 33131 | 16-11719 (SMB) | Gawker Media Group Inc. | | 64 | 9/28/2016 | $12,444.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 3 | Andrássy Palota Kft.<br>1095 Budapest, Máriássy u. 7<br>Hungary | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | 391199 | | | $1,236.93 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 4 | Atlantic Metro Communications<br>c/o Atlantic Metro Invoice<br>4 Century Drive, Suite 102<br>Parsippany, NJ 07054 | 16-11700 (SMB) | Gawker Media LLC | 391169 | | | $641.87 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |

---

[1] See Paragraphs 16-17 of the Objection.

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 5 | Cahill Gordon & Reindel LLP Attn: Susan Buckley and Joel H. Levitin 80 Pine Street New York, NY 10005 | 16-11700 (SMB) | Gawker Media LLC | | 28 | 8/24/2016 | $86,865.35 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 6 | CDW, LLC Attn: Ronelle Erickson 200 N. Milwaukee Ave Vernon Hills, IL 60061 | 16-11700 (SMB) | Gawker Media LLC | | 2 | 6/15/2016 | $6,332.17 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 7 | Cogent Communications 2450 N Street NW Washington, DC 20037 | 16-11700 (SMB) | Gawker Media LLC | | 16 | 8/29/2016 | $1,348.33 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 8 | Corbis Corporation 13159 Collections Center Drive Chicago, IL 60693 | 16-11700 (SMB) | Gawker Media LLC | 391109 | | | $1,150.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 9 | DoubleVerify, Inc. 575 8th Avenue 8th Floor New York, NY 10018 | 16-11700 (SMB) | Gawker Media LLC | | 328 | 11/17/2016 | $4,012.14 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 10 | Duncan, John 103 East Blithedale Avenue Suite 7 Mill Valley, CA 94941 | 16-11700 (SMB) | Gawker Media LLC | | 17 | 8/29/2016 | $7,256.23 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 11 | Everbank Commercial Finance, Inc. 10 Waterview Boulevard Parsippany, NJ 07054 | 16-11700 (SMB) | Gawker Media LLC | | 31 | 8/29/2016 | $9,132.75 | Claim was fully satisfied by the Debtors in the ordinary course of business. |
| 12 | Fastly, Inc. c/o Bialson, Bergen & Schwab Attn: Thomas M. Gaa 633 Menlo Avenue, Ste 100 Menlo Park, CA 94025 | 16-11700 (SMB) | Gawker Media LLC | | 324 | 11/11/2016 | $76,904.68 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |

-2-

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 13 | Google, Inc. c/o White and Williams LLP 7 Times Square Suite 2900 New York, NY 10036-6524 | 16-11700 (SMB) | Gawker Media LLC | | 8 | 8/10/2016 | $155,008.79 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 14 | J B Duncan, PC 103 E Blithedale Ave, Suite 7 Mill Valley, CA 94941 | 16-11700 (SMB) | Gawker Media LLC | | 41 | 9/12/2016 | $5,160.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 15 | Jalsovszky Law Firm Jalsovszky Ügyvédi Iroda Csörsz u. 41. Budapest 1124 Hungary | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | | 287 | 9/29/2016 | $2,157.54 | Claim was fully satisfied by the Debtors in the ordinary course of business. |
| 16 | Magyar Telekom Plc. Peter Benedek, Legal Counsel Krisztina krt. 55. Budapest 1013 Hungary | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | | 296 | 9/29/2016 | $2,749.73 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 17 | Magyar Telekom Plc. Peter Benedek, Legal Counsel Krisztina krt. 55. Budapest 1013 Hungary | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | | 311 | 9/29/2016 | $2,749.73 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 18 | Metropolitan Cleaning, LLC 142 W. 57th Street New York, NY 10019 | 16-11700 (SMB) | Gawker Media LLC | | 48 | 9/19/2016 | $0.00 | Pre-petition claim fully satisfied by Unimoda pursuant to the Sale Order; post-petition claim fully satisfied by the Debtors |
| 19 | Metropolitan Cleaning, LLC 142 W. 57th Street New York, NY 10019 | 16-11700 (SMB) | Gawker Media LLC | | 318 | 10/12/2016 | $12,066.57 | Pre-petition claim fully satisfied by Unimoda pursuant to the Sale Order; post-petition claim fully satisfied by the Debtors |

-3-

60298882_5

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 20 | Moat Inc.<br>28 East 28th Street<br>New York, NY 10016 | 16-11700 (SMB) | Gawker Media LLC | | 1 | 6/20/2016 | $15,665.64 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 21 | Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | 16-11700 (SMB) | Gawker Media LLC | 391165 | | | $1,673.44 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 22 | Shenker & Bonaparte, LLP<br>1500 SW 1st Ave, #765<br>Portland, OR 97201 | 16-11700 (SMB) | Gawker Media LLC | 391080 | | | $13,566.84 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 23 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11700 (SMB) | Gawker Media LLC | 391172 | | | $6,222,222.00 | Claim was fully satisfied by the Debtors pursuant to the Interim DIP/Cash Collateral Order [Docket No. 38] and the Final DIP/Cash Collateral Order [Docket No. 81] (together, the "DIP Orders"). |
| 24 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11700 (SMB) | Gawker Media LLC | 391173 | | | $0.00 | Claim was fully satisfied by the Debtors pursuant to the DIP Orders. |
| 25 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | 391205 | | | $0.00 | Claim was fully satisfied by the Debtors pursuant to the DIP Orders. |
| 26 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11718 (SMB) | Gawker Hungary Kft. (f/k/a Kinja Kft.) | 391103 | | | $0.00 | Claim was fully satisfied by the Debtors pursuant to the DIP Orders. |

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 27 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11719 (SMB) | Gawker Media Group Inc. | 391076 | | | $0.00 | Claim was fully satisfied by the Debtors pursuant to the DIP Orders. |
| 28 | Silicon Valley Bank<br>Attn: Jocelyn Hartmann<br>275 Grove Street, Suite 2-200<br>Newton, MA 02466 | 16-11719 (SMB) | Gawker Media Group Inc. | 391077 | | | $0.00 | Claim was fully satisfied by the Debtors pursuant to the DIP Orders. |
| 29 | The Oliver Group<br>595 Greenhaven Rd<br>Pawcatuck, CT 06379 | 16-11700 (SMB) | Gawker Media LLC | 391134 | | | $1,928.97 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 30 | Viddler, Inc.<br>520 Evans Street<br>Suite 1<br>Bethlehem, PA 18015 | 16-11700 (SMB) | Gawker Media LLC | 391129 | | | $1,000.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |
| 31 | Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC 20005 | 16-11700 (SMB) | Gawker Media LLC | 391098 | | | $1,500.00 | Claim was fully satisfied by Unimoda pursuant to the Sale Order. |