ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
Gawker Media LLC, *et al.*,[1]                           :    Case No. 16-11700 (SMB)
                                                         :
                        Debtors.                         :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**ORDER APPROVING DEBTORS' MOTION TO APPROVE
SETTLEMENT BETWEEN GAWKER MEDIA LLC AND IAN FETTE**

Upon consideration of the *Debtors' Motion to Approve Settlement Between Gawker Media LLC and Ian Fette* (the "Motion") seeking an order approving the Settlement Agreement[2] between Gawker Media LLC and Ian Fette, dated January 24, 2017, a copy of which is attached hereto as Exhibit 1; and it appearing that no other or further notice need be provided; and no objections to approval of the Settlement Agreement having been filed or received; and it appearing that the relief requested is in the best interests of this estate, its creditors, and other

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

parties-in-interest; and the Court having reviewed the Settlement Agreement; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED THAT:**

1. ~~The Motion is GRANTED.~~ **[SMB: 2/8/17]**

2. The Settlement Agreement attached hereto as <u>Exhibit 1</u> is hereby approved in all respects pursuant to Bankruptcy Rule 9019.

3. The Fette Claims are hereby settled as of the date that the Debtors make the Settlement Payment (the "<u>Completion Date</u>"). The Debtors are authorized to direct Prime Clerk on or after the Completion Date to cause the Claims Register to be amended to reflect that the Fette Claims have been resolved as settled.

4. The Settlement Agreement may be modified, amended, or supplemented through a written agreement by and among the Settling Parties in accordance with the terms thereof without further order of the Court.

5. This Court retains jurisdiction with respect to all matters arising from or related to the Settlement Agreement or enforcement of this Order, including the authority to interpret, implement, and enforce the terms and provisions of the Settlement Agreement and this Order.

Dated: **February 8th**, 2017
      New York, New York

                                        /s/ STUART M. BERNSTEIN
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

Settlement Agreement