

**Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700
(SMB) READING OF FBI DOCUMENT INTO THESE CASE RECORDS**
Chantel Barrett   to: nysbml_caseadmin                    12/27/2016 09:52 AM

From:      XP VEHICLES <legal@xpvehicles.com>
To:        bernstein.chambers@nysb.uscourts.gov
Date:      12/24/2016 11:22 AM
Subject:   Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) READING OF FBI
           DOCUMENT INTO THESE CASE RECORDS

XP Group

601 Van Ness Ave, MS E3613

San Francisco, CA 94102

legal@xpvehicles.com

Evidence Set, per BRANCHES public
law center http://www.globalscoop.net Case # 2788-D

*In pro per Claimant and Plaintiff group requesting Court
Appointed legal counsel or the provision of contingency litigators
or deferral fee litigators*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

:

In re : Chapter 11

:

Gawker Media LLC, *et al.,*  [1] : Case No. 16-11700 (SMB)

:

Debtors. : (Jointly Administered)

:

------------------------------------------------------- x

**READING OF FBI DOCUMENT INTO THESE CASE RECORDS**

**PLEASE TAKE NOTICE** of the attached redacted FBI records document, approved for release in this segment of this redacted form entitled:

## "FBI COMPLICITY ANALYSIS REPORT JOHN HERRMAN AND ADRIAN COVERT"

**PLEASE TAKE FURTHER NOTICE** of the fact that a full and complete version of this document shall be provided in the related jury trial for this matter.

**PLEASE TAKE FURTHER NOTICE** that Gawker Media ran multiple hit-jobs on XP in order to harm XP and XP's staff in order to punish them for competing with Tesla's and Solyndra's Afghan lithium and indium multi-trillion dollar mining scam and to try to diminish XP if a Special Prosecutor could have been moved into place in the Obama Administration. GAWKER MEDIA IS A HIRED CHARACTER ASSASSINATION SERVICE THAT CREATES FAKE NEWS AND CONTROLS REPERCUSSION INTERNET MEDIA MANIPULATION INFORMATION ENGINES!

**PLEASE TAKE FURTHER NOTICE** that copies of any motions scheduled for hearing on the omnibus dates may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker.

You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein. You may also obtain copies of non-classified evidence for this case at http://www.globalscoop.net Case # 2788-D in folders # A-1 through A-50.

**PROOF OF SERVICE**

Plaintiffs group hereby certifies that on this date we caused this filing to be served via a true and correct copy of the foregoing by causing copies of same to be served on all counsel of record, all known creditors, federal law enforcement liaisons and on the U.S. Trustee for the Southern District of

New York, Region 2, by electronic filing same via electronically traced and tracked digital
networking and using the Prime Clerk case system and the Judge's office electronic filing
system.


XP Group

601 Van Ness Ave, MS E3613

San Francisco, CA 94102

legal@xpvehicles.com



BCC: FBI, U.S. Congress, FTC, SEC, OSC, GAO, INTERPOL

1The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker

Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker

Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring

Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o

Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.



FBI COMPLICITY ANALYSIS REPORT RE JOHN HERRMAN ADRIAN COVERT.pdf