# FBI COMPLICITY ANALYSIS REPORT

Investigation of bloggers **John Herrman, Adrian Covert and DOES I** through XXI in the deaths and character assassinations of individuals as part of the illicit Obama/Clinton campaign payola actions in re: RICO case CONSCRIPT6 preparation

Revision 4.4D-DOJ/NSA 6-A



```
Prepared by Multi-Agency Task-force Alpha.
Provided to:

James Comey and Senior Staff
Director — FBI

601 4th Street NW
Washington, DC 20535
washingtondc.fbi.gov
(202) 278-2000

11000 Wilshire Boulevard
Suite 1700
Los Angeles, CA 90024
losangeles.fbi.gov
(310) 477-6565

26 Federal Plaza, 23rd Floor
New York, NY 10278-0004
newyork.fbi.gov
(212) 384-1000

450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102-9523
sanfrancisco.fbi.gov
(415) 553-7400
```

# Context

In 2007 the suspect group formed an illicit quid-pro-quo program primarily based in Chicago, Illinois; Palo Alto, California and the San Francisco Bay Area; Washington, DC and New York City, New York. The multi-state operation of this RICO-class activity brings this matter under the purview of the Federal Bureau of Investigation and related federal law enforcement agencies.

The attempt was made to embezzle trillions of dollars from the TARP, DOE ATVM/LGP, DOT, EPA and DoD budgets by the suspect group, using the 2007/2008 confusion of the economic crash as cover. Indeed, history has proven that a portion of the scam was successful. The FBI raid of Solyndra and the House Ethics Reports and investigations subsequently led to key interdictions in the crimes. Final interdiction has yet to be completed.

In order to operate the cover-ups and intimidation program which sought to keep these crimes from being overtly exposed, Bloggers John Herrman (working for the Gawker Cartel's Gizmodo and now with the New York Times) and Adrian Covert (Working for the Gawker Cartel's Gizmodo and now with CNN Money and CNN) received various forms of compensation in exchange for operating retribution, reprisal and vendetta media production against witnesses, informants and opposition journalists.

In the course of these crimes a number of deaths occurred which are directly attributable to those involved in these crimes. The complete suspect group includes public officials, Silicon Valley campaign financiers, complicit publishers including Gawker Media, Media Matters, Think Progress, New America Foundation and In-Q-Tel. All of these parties exchanged goods, compensation, intangible assets, stock value, and operational directives which fully, and extensively subjects them to the full force of the law in complete and superlative violation of the set of laws known as "THE RICO STATUTES".

The following reports, provide indictment validation for the portion of the case dealing with the ongoing surveillance results of bloggers John Herrman and Adrian Covert and the parties they have communicated with via text messages, voice-mail boxes, email, in-taxi comm pick-ups, restaurant and public space security systems, SR spoof, GPS and cell tower triangulation daily sequences, UBER/LYFT reports, Android/Apple sweeps, ███████ and informant data.

