

Fw: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF TESTIMONY BY PUBLIC MEDIA NEWS IN SUPPORT OF PLAINTIFFS POSITION

Chantel Barrett    to: nysbml_caseadmin                    12/30/2016 09:28 AM

From: XP VEHICLES <legal@xpvehicles.com>
To: bernstein.chambers@nysb.uscourts.gov
Date: 12/28/2016 04:08 PM
Subject: Re: Honorable Judge Stuart M. Bernstein - RE: Gawker Case # 16-11700 (SMB) NOTICE OF TESTIMONY BY PUBLIC MEDIA NEWS IN SUPPORT OF PLAINTIFFS POSITION

XP Group

601 Van Ness Ave, MS E3613

San Francisco, CA 94102

legal@xpvehicles.com

Evidence Set, per BRANCHES public
law center http://www.globalscoop.net Case # 2788-D

*In pro per Claimant and Plaintiff group requesting Court
Appointed legal counsel or the provision of contingency litigators
or deferral fee litigators*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

:

In re : Chapter 11

:

Gawker Media LLC, *et al.,* [1] : Case No. 16-11700 (SMB)

:

Debtors. : (Jointly Administered)

:

---------------------------------------------------------x

**NOTICE OF TESTIMONY BY PUBLIC MEDIA NEWS IN SUPPORT OF PLAINTIFFS POSITION**

**PLEASE TAKE NOTICE** of the following report online:

# How The Silicon Valley Tech Cartel Rapes American Innovation

**By Allison Hunter**

I interviewed Silicon Valley's inventors. The stories are all tragically similar:

*"I worked 8 to 10 hours a day, six days a week for over 40 years and other's made billions of dollars off of my work after they came by to see how to copy it...."*

*"For those who say the creators should reap the benefits of their work and innovations, where are my benefits of my work? These same men came, copied, stole and laughed off any rebuke..."*

*"Sony, Google and Kleiner Perkins owners and bosses dated me, (and f*cked me in so many other ways), solicited me, had me to their homes, came to my offices, and invited me to "show them my technology so they could see about 'investing' their venture capitol" funds in my companies. In 90% of the cases they came, they saw, they copied, they blockaded and they made billions of dollars."*

*"Not a single one of these Silicon Valley Cartel tech mobsters had a single bit of previous experience in the technologies that I had spent decades on before they copied them. They have been proven to have had no knowledge of, or full understanding of the technologies prior to our meetings. They simply copied others and never ever paid for the rights to copy..."*

The biggest thief is Google. Google put it's lawyer: Michelle Lee, in charge of the U.S. Patent Office so that she could help blockade any patents that Google didn't want Silicon Valley inventors to get. The New York Times published an article about how Google's Larry Page is "obsessed" with sneaking around at tech events and stealing inventors technologies. Google seems to have the moral code of an alley rat.

The Silicon Valley tactic involves sending an MBA graduate known as a "window-man" to harvest an entrepreneurs technology. In Silicon Valley these MBA idea bandits are called "Venture Capitalists" or "VC's". The VC comes to an entrepreneur, or has the entrepreneur send in a powerpoint, so that the VC can send the data off to a process called "due diligence". At Kleiner Perkins and Draper Fisher, two highly self-promoted VC firms, "due diligence" often involves figuring out how the VC can copy the technology without getting caught. The VC's have another person in their group copy the entrepreneur, rename the technology, author character assassination blog articles in their Gawker Media and Think Progress publications, while black-listing the original entrepreneur, while they roll out their clone technology.

The VC's do not even use their own money. They scam retirement funds and pension aggregates into given them your parents money to play with and Ponzi around their little schemes.

The facts, federal filings, dated and signed NDA's prove that many of these big tech companies were absolutely not a matter of coincidence or "Silicon synergy" as Kleiner Perkins claims. It is clear that a number of these big companies came from outsiders who were not yuppie-enough, white frat-house-bro enough or Elite-family connected enough to get into the old boys club. The Eric Schmidt's, The Vinod Khosla's and the John Doerr's simply said *"Steal it"* when they saw what they wanted.

The copy cat VC's make certain that the entrepreneur is bankrupted and defamed so that he can never get funded, can't compete and has no way to get the two million dollars in legal fees that it costs to sue the Silicon Valley thieves. The Silicon Valley Cartel has warned every high technology law firm that if they ever represent one of these ripped-off entrepreneurs then that law firm will get black-listed from any future contracts with Silicon Valley. This has forced many entrepreneurs to turn to Russian and Chinese law firms who will gladly sue Silicon Valley.

Of over 320 million Americans, only these thirty, or so, men, from the same club, frat houses and social meeting spots engaged in these same heinous activities over and over. These are the same exact men whose fraternity houses were involved in the take-what-you-want college rape scandals. These are also the same exact men who are involved in the high-end prostitute scandals. Notice a trend?

They are all connected to the same handful of people at Sony, Google, and Kleiner Perkins. The publicly available hacks of all of their emails and stock records prove that they conspired and colluded together. The forensic evidence proves that they all paid cash to the same small group of politicians in exchange for crony payola.

The FTC, SEC and Attorney General needs to bring crushing indictments against John Doerr, Elon Musk, Tim Draper, Larry Page, Eric Schmidt, Ira Erhenpreis, Steve Westly and the rest of the Silicon Valley Cartel for anti-trust and intellectual property theft mill operations. These men are a sad vestige of the past criminality that the previous administration promoted. The future must hold better for America.

**PLEASE TAKE FURTHER NOTICE** that copies of any motions scheduled for hearing on the

omnibus dates may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker.

You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein. You may also obtain copies of non-classified evidence for this case at http://www.globalscoop.net Case # 2788-D in folders # A-1 through A-50.

**PROOF OF SERVICE**

Plaintiffs group hereby certifies that on this date we caused this filing to be served via a true and correct copy of the foregoing by causing copies of same to be served on all counsel of record, all known creditors, federal law enforcement liaisons and on the U.S. Trustee for the Southern District of

New York, Region 2, by electronic filing same via electronically traced and tracked digital networking and using the Prime Clerk case system and the Judge's office electronic filing system.

XP Group

601 Van Ness Ave, MS E3613

San Francisco, CA 94102

legal@xpvehicles.com

BCC: FBI, U.S. Congress, FTC, SEC, OSC, GAO, INTERPOL

[1]The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.