**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
|  |  :  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| GAWKER MEDIA LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

      I, Ingamar D. Ramirez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On February 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- Stipulation and Order Between the Debtors and Travelers Regarding the Stay Relief Motion [Docket No. 749]

- Order Granting Debtors' Third Omnibus Objection to Certain Claims (Satisfied Claims) [Docket No. 750] (the "***Third Omnibus Objection Order***")

- Order Granting Debtors' Fourth Omnibus Objection to Certain Claims (Late-Filed Claims) [Docket No. 751] (the "***Fourth Omnibus Objection Order***")

- Order Approving Debtors' Motion to Approve Settlement Between Gawker Media LLC and Ian Fette [Docket No. 752] (the "***Settlement Order***")

- Agenda for Hearing to be Held February 14, 2017 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 753] (the "***Hearing Agenda***")

- Debtor Gawker Media's Reply in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Gotnews LLC [Docket No. 755] (the "***Debtor's Reply***")

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

On February 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused 1) the Hearing Agenda and the Debtor's Reply to be served via Overnight Mail and Email on the Johnson & Got News Parties Service List attached hereto as **Exhibit B**, 2) the Third Omnibus Objection Order to be served by the method set forth on the Third Omnibus Parties Service List attached hereto as **Exhibit C**, 3) the Fourth Omnibus Objection Order to be served via First Class Mail and Email on the Fourth Omnibus Parties Service List attached hereto as **Exhibit D**, and 4) the Settlement Order to be served via First Class Mail and Email on the Fette Parties Service List attached hereto as **Exhibit E**.

Dated: February 13, 2017

Ingamar D. Ramirez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 13, 2017, by Ingamar D. Ramirez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

SRF 13978

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | First Class  Mail and Email |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq.<br>100 Pearl Street, 14th Floor<br>Hartford CT 06103 | ecf@randazza.com | Overnight Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | Overnight Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St. Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

Johnson and Got News Service List

Served via Email and Overnight Mail

| NAME | ADDRESS | EMAIL |
|------|---------|-------|
| Got News LLC | 717 W Siena LN Clovis CA 93619 | john@burns-law-firm.com |
| Johnson, C. | REDACTED | REDACTED |

**Exhibit C**

Exhibit C
Third Omnibus Parties Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Andrássy Palota Kft. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | | First Class Mail |
| Jalsovszky Law Firm | Jalsovszky Ügyvédi Iroda | Csörsz u. 41. | | Budapest | | 1124 | Hungary | kperenyi@jalsovszky.com | First Class Mail and Email |
| Magyar Telekom Plc. | Peter Benedek, Legal Counsel | Krisztina krt. 55. | | Budapest | | 1013 | Hungary | benedek.peter@telekom.hu | First Class Mail and Email |
| Akerman LLP | c/o Andrea S. Hartley, Esq. | 98 SE 7th Street | Suite 1100 | Miami | FL | 33131 | | andrea.hartley@akerman.com | First Class Mail and Email |
| Atlantic Metro Communications | c/o Atlantic Metro Invoice | 4 Century Drive, Suite 102 | | Parsippany | NJ | 07054 | | | First Class Mail |
| Cahill Gordon & Reindel LLP | Attn: Susan Buckley and Joel H. Levitin | 80 Pine Street | | New York | NY | 10005 | | jlevitin@cahill.com; sbuckley@cahill.com | First Class Mail and Email |
| CDW, LLC | Attn: Ronelle Erickson | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | | roneeri@cdw.com | First Class Mail and Email |
| Cogent Communications | 2450 N Street NW | | | Washington | DC | 20037 | | rbarse@cogentco.com | First Class Mail and Email |
| Corbis Corporation | 13159 Collections Center Drive | | | Chicago | IL | 60693 | | | First Class Mail |
| DoubleVerify, Inc. | 575 8th Avenue 8th Floor | | | New York | NY | 10018 | | | First Class Mail |
| Duncan, J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | First Class Mail and Email |
| Everbank Commercial Finance, Inc. | 10 Waterview Boulevard | | | Parsippany | NJ | 07054 | | bwellford@everbank.com | First Class Mail and Email |
| Fastly, Inc. | c/o Bialson, Bergen & Schwab | Attn: Thomas M. Gaa | 633 Menlo Avenue, Ste 100 | Menlo Park | CA | 94025 | | | First Class Mail |
| Google, Inc. | c/o White and Williams LLP | 7 Times Square Suite 2900 | | New York | NY | 10036-6524 | | ostrows@whiteandwilliams.com | First Class Mail and Email |
| Google, Inc. | David Curtin | 1600 Amphitheatre Pkwy | | Mountian View | CA | 94043 | | davidcurtin@google.com | First Class Mail and Email |
| J B Duncan, PC | 103 E Blithedale Ave, Suite 7 | | | Mill Valley | CA | 94941 | | | First Class Mail |
| Metropolitan Cleaning, LLC | 142 W. 57th Street | | | New York | NY | 10019 | | Julianne.Voll@metbldg.com | First Class Mail and Email |
| Moat Inc. | 222 S Albany Street | | | Ithaca | NY | 14850 | | finance@moat.com | First Class Mail and Email |
| Moat Inc. | 28 East 28th Street | | | New York | NY | 10016 | | debbie.dillon@moat.com | First Class Mail and Email |
| Proskauer Rose LLP | Eleven Times Square | | | New York | NY | 10036 | | | First Class Mail |
| Shenker & Bonaparte, LLP | 1500 SW 1st Ave | #765 | | Portland | OR | 97201 | | | First Class Mail |
| Silicon Valley Bank | Attn: Jocelyn Hartmann | 275 Grove Street, Suite 2-200 | | Newton | MA | 02466 | | | First Class Mail |
| The Oliver Group | 595 Greenhaven Rd | | | Pawcatuck | CT | 06379 | | | First Class Mail |
| Viddler, Inc. | 520 Evans Street | Suite 1 | | Bethlehem | PA | 18015 | | cpsinc@camrepair.com | First Class Mail and Email |
| Williams & Connolly LLP | 725 Twelfth Street NW | | | Washington | DC | 20005 | | | First Class Mail |

**<u>Exhibit D</u>**

Exhibit D

Fourth Omnibus Parties Service List

Served via First Class Mail and Email

| Name | Address 1 | Address 2 | City | State | Postal Code | Email |
|------|-----------|-----------|------|-------|-------------|-------|
| Bose, R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bryant, K. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

## Exhibit E

Exhibit E

Fette Parties Service List

Served via First Class Mail and Email

| Name | Address1 | Address2 | Address3 | City | State | PostalCode | Email |
|------|----------|----------|----------|------|-------|------------|-------|
| Fette, I. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Fette, I. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |