## Exhibit A

**November Monthly Compensation and Staffing Report**



February 15, 2017

**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from November 1, 2016 through November 30, 2016.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



| Invoice To: | | Invoice # | Date | Amount Due |
|---|---|---|---|---|
| **Gawker Media LLC** | | 15040 | 2/15/2017 | $    283,950.90 |
| c/o Opportune LLP | | | | |
| 10 East 53rd Street, 33rd Floor | | | | |
| New York, New York  10022 | | | | |
| *Attn: Scott Tillman* | | | | |

**SUMMARY OF CHARGES FOR PROJECT SCOOP**  **Amount**

Time Charges for service rendered November 1, 2016 through November 30, 2016 *(1)*  $    272,435.50

Expenses  11,515.40

**TOTAL AMOUNT DUE**  $    283,950.90

*(1)*  **Summary of Time Charges by Resource**

| Resource | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 134.30 | $ | 665.00 | $ | 89,309.50 |
| Lynn Loden | *Managing Director* | 24.40 | | 665.00 | | 16,226.00 |
| Sarah Abdel-Razek | *Manager* | 179.10 | | 400.00 | | 71,640.00 |
| Ryan Riddle | *Manager* | 58.90 | | 400.00 | | 23,560.00 |
| Christine Del Valle | *Manager* | 1.50 | | 400.00 | | 600.00 |
| Michael Sypert | *Manager* | 0.80 | | 400.00 | | 320.00 |
| Alicia Hou | *Senior Consultant* | 170.20 | | 400.00 | | 68,080.00 |
| Bryan Stahl | *Consultant* | 2.00 | | 300.00 | | 600.00 |
| Dreyer, Maggie | *Consultant* | 7.00 | | 300.00 | | 2,100.00 |
| **Total Time Charges** | | | | | $ | 272,435.50 |

**Payment Instruction**

**Wire Transfer:**

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*



### SUMMARY OF SERVICES

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period.
Attached are time descriptions summarized by day which further describe the professional services performed.

1.  Maintained a 13-week cash flow forecast and complied with weekly variance reporting.

2.  Responded to inquiries and data requests from counsel, UCC, creditors, and management regarding bankruptcy matters.

3.  Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

4.  Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

5.  Management of liquidity including oversight and approval of expenditures and cash payments.

6.   Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

7.  Participated in negotiations with various creditors to reach settlements.

8.  Supported legal counsel in developing the Amended Plan and Disclosure Statement.

### SUMMARY OF EXPENSES

| | | |
|---|---|---|
| Travel Expenses | $ | 9,721.83 |
| Meals and Entertainment | | 1,488.21 |
| Miscellaneous Expenses | | 28.02 |
| Telephone Charges | | 207.34 |
| Parking | | 70.00 |
| **Total Expenses** | $ | **11,515.40** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 11/1/16 | 13.30 | $ 665 | $ 8,844.50 | Researched issues related to NetSuite renewal. Called and followed up on 401(k) 2015 audit matters. Call with Univision HR contact regarding the transition of ADP relationship. Review and compiled comments to proposed Disclosure Statement and POR. Extensive review/comments on Liquidation Analysis and Waterfall Analysis. |
| Wed | 11/2/16 | 7.70 | $ 665 | $ 5,120.50 | Finalization of supporting analysis to Disclosure Statement. Review and analysis on Disclosure Statement and settlement agreement matters. Updated and distributed waterfall analysis. Participated in Board call. |
| Thu | 11/3/16 | 5.30 | $ 665 | $ 3,524.50 | Disclosure Statement Hearing. Worked through multiple issues related to the US DOJ payroll tax audit. Review of correspondence and follow up call regarding Daily Mail settlement. Addressed issues related to NWC Analysis. Brief discussion on Plan Administrator matters. |
| Fri | 11/4/16 | 3.50 | $ 665 | $ 2,327.50 | Resolved issues related to the NWC calculation and provided to Univision. Emails and calls regarding the 401(k) 2015 audit and compliance process. Scheduled calls and correspondence regarding the E&O Extended Reporting Period. Review of letter from Hudson Insurance regarding International Sherick, LLC. Calls and follow up on data requests for Expert on valuation. Coordinated the administrative function associated with the back office for IT. |
| Mon | 11/7/16 | 7.80 | $ 665 | $ 5,187.00 | Calls and follow up regarding the 401(k) audit by Citrin. Reviewed letter from TriNet regarding Payroll Audit. Tracked down payments made to Benefit Resource. Review and analysis on outstanding E&O Insurance incidents. Call with insurance providers and brokers regarding E&O Insurance Coverage. Followed up on USDOJ payroll audit. Responded to UCMS KYC questions. Addressed payment matters from Univision to vendors. |
| Tue | 11/8/16 | 7.20 | $ 665 | $ 4,788.00 | Correspondence to continue to move forward on the 401(k) audit. Call with Univision to discuss the E&O Insurance coverage and historical practices of article management. Resolving issues related to the NWC calculations in regards to specific legal counsel. Working session to scope out equity holders' database. Review of correspondence and sending of recommendations on D&O Insurance. Correspondence on Hungarian Paying Agent Agreement. Calls, analysis and working session related to tax and allocation matters. |
| Wed | 11/9/16 | 3.30 | $ 665 | $ 2,194.50 | Extensive discussion and analysis regarding the allocation of proceeds across entities. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 11/10/16 | 5.30 | $ 665 | $ 3,524.50 | Preparation and call regarding transition of NetSuite. Review and response to concerns on D&O insurance coverage. Compiled responses to UCMS KYC documentation. Preparation and call regarding distribution of proceeds process. Review and correspondence on European IP Trademarks issues. Marking up and submitting tax forms for Citrin. Call with software vendor regarding continuation of service. |
| Fri | 11/11/16 | 4.40 | $ 665 | $ 2,926.00 | Continued to work through tax and allocation analysis. Review of settlement agreements provided by counsel. |
| Sat | 11/12/16 | 1.10 | $ 665 | $ 731.50 | Review and update of tax analysis. Responded to emails with Ropes and Gray regarding tax issues. |
| Mon | 11/14/16 | 10.30 | $ 665 | $ 6,849.50 | Coordinated requests related to preferred equity distributions. Worked with various UBO's and UCMS to sign on local trustee for Gawker Hungary. Review and execution of Hungarian Telekom POA form. Responded to issues on European trademark matters. Set up and distribution of documentation required to legalize a passport copy for UCMS KYC requirements. Finalized and mailed form 1139 to IRS requesting refund. Researched log-on credentials for on-line video provider. Prepared for call with Ropes and Gray on settlement agreements. Reviewed and researched accounting standards for Hungarian entity. Prepared and sent UBO Declaration and UCMS package. Participation in call to review the history of the Kinja platform and relevant operating metrics. Following up on required documents for 401(k) audit. Researched matters related to Excess E&O coverage. Reviewed and commented on Cahill related matter. Reviewed decision provided on Huon matter. |
| Tue | 11/15/16 | 6.90 | $ 665 | $ 4,588.50 | Call with plan constituents. Multiple calls and independent research into issues surrounding Huon litigation matter. |
| Wed | 11/16/16 | 4.70 | $ 665 | $ 3,125.50 | Reviewed correspondence regarding terminated employee. Review of updated E&O policy and worked through final changes to D&O Policy. Research and address of potential claims in Hungary. Worked through getting an updated letter from ADP regarding the payment of payroll taxes while they were PEO. Call with Ropes and Gray related to outstanding litigations. Review of letter to Huon Meeting with Independent Board Members. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 11/17/16 | 4.30 | $ 665 | $    2,859.50 | Review of shareholder audit work stream. Review of 'Motions to Assume' Elizabeth St. Leases. Updated online account for video service provider. Call regarding the collection of electronic records in support of potential discovery procedures. Review of correspondence regarding litigation matters. Review of 9/9 financial statements for all entities. |
| Fri | 11/18/16 | 4.10 | $ 665 | $    2,726.50 | Prepared for call on D&O insurance. Resolved issues and contacts on the Shareholder Mailing List. Worked through copyright infringement notice. Reviewed and signed engagement letters, application and declaration. Sent out discovery requests related to potential litigations. Follow up calls and emails to coordinate timing of delivery of requests to Ropes and Gray. Preparation for participated call with D&O broker and counsel. |
| Sun | 11/20/16 | 2.90 | $ 665 | $    1,928.50 | Review and turn comments on litigation settlement agreement. |
| Mon | 11/21/16 | 6.50 | $ 665 | $    4,322.50 | Researched inbound questions on trademark infringement. Call and follow up on 9/9 closing financials. Call and follow up with Counsel and Board regarding litigation matters. Training on video player and administration. Worked through support issues related to September MOR. Correspondence with insurance carriers and outstanding claims and coordinated with Counsel. Reviewed and responded to invoice on Transition Services from Univision. Responded to questions from Counsel on final language for settlement agreement. Reviewed notice from NYS Department of Tax and Finance and worked through follow ups.  Researched issues related to personal injury claims and insurance coverage. |
| Tue | 11/22/16 | 5.10 | $ 665 | $    3,391.50 | Reviewed and responded to email correspondence regarding Terrill settlement and insurer. Worked on allocation and Form 8594 issues. Drafted and sent correspondence to E&O broker.  Various emails and calls with Counsel related to E&O broker. Reviewed and commented on letters to XP and Williams. Coordinated transfer of discovery materials to Counsel. |
| Wed | 11/23/16 | 1.90 | $ 665 | $    1,263.50 | Conference call and follow up regarding Kinja 9/9 closing financials. Responded to various administrative and general correspondence including Hungary Service Agreement, 401(k) audit, NetSuite Agreement, and Commercial Rental tax Return. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|--------|--------|----------------|-------------|
| Fri | 11/25/16 | 2.20 | $ 665 | $ 1,463.00 | Conference call and follow up with Counsel on strategic matters. Responded to various administrative and general correspondence including Hungarian litigation, flow of funds through Hungarian entity, and HLHZ fees. |
| Sat | 11/26/16 | 0.80 | $ 665 | $ 532.00 | Review of September MOR. |
| Sun | 11/27/16 | 1.30 | $ 665 | $ 864.50 | Conference call and follow up on September MOR. |
| Mon | 11/28/16 | 8.10 | $ 665 | $ 5,386.50 | Coordination of cash transfer to Hungary. Completed final draft of MOR to be sent to Counsel for final review.  Addressed outstanding items in regards to 401(k) audit.  Compilation of initial list of contracts to assume. Coordinated delivery of signature pages to Cahill. Reviewed and commented on three Reply briefs to be filed. Reviewed and comments to documents related to disputed claims. Review and distribution of IRS Audit notice. Coordinated review of insurance with AIG. |
| Tue | 11/29/16 | 8.20 | $ 665 | $ 5,453.00 | Researched and responded to equity holder inquiries. Addressed various funding and administrative matters in Hungary. Multiple calls and correspondence regarding IRS Audit. Meeting and follow up regarding the Net Working Capital calculation. Team meeting to walk through work streams and assignments. Call with Counsel regarding IRS Audit. Review of MOR with Counsel and follow up. Review and correspondence on E&O insurance coverage. Call with insurance broker regarding E&O policies and related follow ups. Researched issues related to trademark registration. Review of initial draft of Plan Administrator contract. |
| Wed | 11/30/16 | 8.10 | $ 665 | $ 5,386.50 | Reviewed and created comments on IRS POA. Worked through claims objection issues with trade vendor. Review and evaluation of proposed auditor engagement for Hungarian entity. Reviewed and commented on the Plan Administrator Agreement. All-day meetings with Counsel in preparation for next day hearing. |
| **Total Holden** | | **134.30** | | **$ 89,309.50** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 11/1/16 | 0.60 | $ 665 | $ 399.00 | Review correspondence from counsel regarding discussions with Univision for US and Hungarian income tax reporting implications. |
| Wed | 11/2/16 | 1.80 | $ 665 | $ 1,197.00 | Review of published disclosure statement, reviewed income tax consequences in the US and Hungary with effect to shareholders. |
| Fri | 11/4/16 | 0.50 | $ 665 | $ 332.50 | Fee app review to begin determination for deductibility of professional fees for US federal income tax purposes. |
| Tue | 11/8/16 | 1.80 | $ 665 | $ 1,197.00 | Prep for and participation in meeting regarding tax deductibility of UNV sale and other costs. |
| Thu | 11/10/16 | 2.20 | $ 665 | $ 1,463.00 | Review of the tax effect of settlement payment, allocation, and timing, and correspondence with counsel for purposes of tomorrow's filings. |
| Fri | 11/11/16 | 2.20 | $ 665 | $ 1,463.00 | Review of calculation provided from NYC team and review of cash tax estimates. |
| Sat | 11/12/16 | 2.40 | $ 665 | $ 1,596.00 | Review of cash tax estimates; correspondence with colleagues and legal counsel. |
| Mon | 11/14/16 | 2.40 | $ 665 | $ 1,596.00 | Detailed review of tax estimate, request advice from Hungarian counsel on tax computation; federal refund assistance. |
| Thu | 11/17/16 | 1.20 | $ 665 | $ 798.00 | Correspondence with Hungarian tax accountants and NYC team. |
| Fri | 11/18/16 | 2.20 | $ 665 | $ 1,463.00 | Univision Form 8594 review. |
| Tue | 11/22/16 | 2.30 | $ 665 | $ 1,529.50 | Review UNV Forms 8594; estimation of US federal and Hungarian income tax due mid-December for the 2016 tax year. |
| Tue | 11/29/16 | 4.20 | $ 665 | $ 2,793.00 | Review IRS audit notice for 2014 and 2015; review IRS and debtor rights for pre- and post-petition claims; calls with Ropes & Gray and Opportune Restructuring Team for consensus on appropriate response; prepare Form 2848 (Power of Attorney) to co-execute with Citrin Cooperman. |
| Wed | 11/30/16 | 0.60 | $ 665 | $ 399.00 | Review of IRS Form 2848 (Power of Attorney) for proper execution, draft letter transmitting to IRS in anticipation of initial IRS call on Thursday. |
| **Total Loden** | | **24.40** | | **$ 16,226.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 11/1/16 | 15.70 | $ 400 | $ 6,280.00 | Working session with A. Hou (Opportune) to walk through the professional fees tracking sheet and updates needed for September. Correspondence with Univision Finance team on 9/9 statements and NWC. Prepared analysis for and initiated wire for Univision daily cash sweep. Review of the draft amended plan of liquidation and disclosure statements to tie out balances to latest waterfall analysis. Calls with Ropes and Gray to walk through the waterfall analysis and revise to ensure settlements are reflected appropriately. Created the liquidation analysis for the disclosure statement exhibit on an entity-by-entity basis. Call with Ropes and Gray to walk through the first draft of the liquidation analysis and assumptions. Revising the liquidation analysis based on comments and re-circulated updated draft. |
| Wed | 11/2/16 | 10.20 | $ 400 | $ 4,080.00 | Worked through the liquidation analysis write up for the Disclosure Statement exhibit. Review of the complete analysis and write up with W. Holden (Opportune). Calls with Ropes and Gray to review the liquidation analysis and revised based on comments from meeting. Circulate revised version of the liquidation analysis for filing. Calls with Univision Finance team on the process for 9/9 financials and NWC calculation due next week. Call with Ropes and Gray, Opportune and Equity Holders to discuss next steps subsequent to filing of the amended plan and disclosure statement. Prepared analysis for and initiated wire for Univision daily cash sweep. |
| Thu | 11/3/16 | 9.10 | $ 400 | $ 3,640.00 | Disclosure statement hearing. Booking entries in QuickBooks for the weeks ending 10/21 and 10/28. Reconciling book cash to bank cash. Updating the weekly cash variance report for the weeks ending 10/21 and 10/28 and circulating to UCC financial advisors. Call with Ropes and Gray to walk through expert request list and open items. Circulating items requested by expert to Ropes and Gray for distribution. Internal status update meeting and discussion on open work streams and division of responsibilities. |
| Fri | 11/4/16 | 1.90 | $ 400 | $ 760.00 | Responding to Ropes and Gray inquiries on DIP budget and professional fees detail in DIP budget including circulating supporting calculations. Responding to questions on open claims regarding insurance policies. Review of email chains on NWC and 9/9 statements with Univision and responding to group on status of work from estate's perspective. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 11/7/16 | 9.60 | $ 400 | $  3,840.00 | Call with Univision finance team to discuss 9/9 statements and NWC open items and timeline. Call with Ropes and Gray to discuss Unimerica enrollment open items. Call with Ropes and Gray and Expert to discuss their open requests and update on data available and data provided to date. Review of Ropes and Gray interim fee application and circulating comments. Review of Houlihan's interim fee application and circulating comments. Compiling a summary of NWC adjustments and expected reimbursements to the estate by Univision (including all supporting documents) and circulating to Univision team. Review of vendor claims sent by Ropes and Gray and updating list for paid invoices. Creating a summary of all auto debit Benefit Resource charges since sale close and circulating to W. Holden (Opportune) to determine the executory contract they relate to. Correspondence with Ropes and Gray on subtenant rental income. Follow up with Ropes and Gray regarding September Monthly fee statements to ensure no objections have been received and payments can be made. |
| Tue | 11/8/16 | 10.10 | $ 400 | $  4,040.00 | Weekly disbursements call with Univision to discuss invoices due for payment and approve processing of invoices to be paid. Call with Prime Clerk and Ropes and Gray to discuss inbound inquiries by Equity Holders. Call with Opportune and Ropes and Gray to discuss allocation price implications. Call with R. Martin (Ropes and Gray) to further discuss Univision's purchase price allocation and Estate's allocation of sale proceeds. Review of professional fee tracker and amounts due based on filed Monthly Fee Statements for September. Processing payments for September Monthly Fee Statements. Analysis for and initiation of Univision daily wire. Review of information received for Univision on their allocation of purchase price and drafting of correspondence/ analysis to internal Opportune team. Various correspondence with Univision finance team on NWC items and specifically American Express bill paid by Estate to be reimbursed by Univision. Various correspondence with Univision on payment process for certain legal counsels open invoices assumed by Univision. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 11/9/16 | 9.70 | $ 400 | $ 3,880.00 | Call with J. Duncan to discuss capshare and equity holder listing. Follow up with H.Grothaus (Univision) regarding go-forward process to pay N. Denton. Correspondence with Kinja re: disbursements to be made. Preparing allocation analysis. Circulate analysis to Ropes and Gray. Call with Ropes and Gray and Opportune to discuss allocation and tax analysis . Preparing summary of all transaction costs paid in FY2016 for tax team. |
| Thu | 11/10/16 | 5.30 | $ 400 | $ 2,120.00 | Call with Univision to discuss NetSuite contract renewal process. Call with NetSuite account manager to discuss options and pricing for extending NetSuite access. Call with Prime Clerk to discuss their capabilities to make distributions on effective date including information needed, templates to be completed, etc. Provide Ropes and Gray with a summary of the minimal dividends made historically. Call with Opportune tax team to walk them through allocation analysis including tax analysis to be layered into the model. Correspondence with BMS representative to determine approach for transferring money from Rabobank to SVB. |
| Fri | 11/11/16 | 7.20 | $ 400 | $ 2,880.00 | Review of draft allocation analysis. Review of materials on historical allocation. Working through updating the allocation analysis. Layer in the tax analysis into the dynamic model. Call with Opportune tax team to walk through the latest live model and discuss assumptions to be layered into the analysis. |
| Sat | 11/12/16 | 1.70 | $ 400 | $ 680.00 | Review of email correspondence with Ropes and Gray and Opportune on the tax implications of intercompany pay downs in the proposed plans. Updating the draft analysis created by Opportune tax to reflect the actual 9/9 intercompany open balances. |
| Mon | 11/14/16 | 5.80 | $ 400 | $ 2,320.00 | Creating analysis of real estate taxes reimbursement amount by 210 Elizabeth Street subtenants including review of the subleases agreements. Sharing analysis with Ropes and Gray and correspondence regarding approach on assuming and assigning the contract and additional economics to consider. Working with Univision finance team to process payment for an employee who misplaced pre-sale payroll check as well as to create invoices for 210 Elizabeth subtenant for November rent. Populating wire transfer template for Rabobank team in order to transfer money to SVB operating account. Correspondence with Opportune tax team on allocation sensitivity analysis and open items. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 11/15/16 | 9.30 | $ 400 | $ 3,720.00 | Follow up with Univision team on certain payments made towards assumed vendor payables. Providing UCMS with invoices due for payment to be processed this week. Call with Ropes and Gray to discuss strategic alternatives for 210 Elizabeth street lease and subleases. Updating analysis for 210 Elizabeth street and circulating to Ropes and Gray. Sending invoices to subtenant for November rent at 210 Elizabeth and preparing and mailing check for landlord for November rent. Setting up and processing payment for LSKS, Brannock and Thomas & LoCicero in relation to their September fee statement. Review of team's September invoice entries and working through monthly fee statement. Preparing analysis for Univision to summarize receipts received by the estate since sale close. Correspondence with Opportune tax team regarding status of allocation sensitivity analysis including call with R. Riddle (Opportune). |
| Wed | 11/16/16 | 7.90 | $ 400 | $ 3,160.00 | Correspondence with UCMS to process certain Hungary open invoices. Discussion with Ropes and Gray team regarding certain potential priority claims. Responding to vendor inquiries on payments and obtaining banking information to process their payments. Correspondence with SVB account manager to inquire on process required to amend certain automated payments. Responding to 210 Elizabeth landlord inquiries and agreeing their invoice details to underlying lease agreements. Finalizing Opportune September fee statement and circulating to Ropes and Gray for review and filing. |
| Thu | 11/17/16 | 3.10 | $ 400 | $ 1,240.00 | Working session to review the 9/9 financials on an entity by entity level with Opportune team. Booking transactions from the last week into QuickBooks. Reconciling book cash and bank cash. Processing certain vendor payments. |
| Fri | 11/18/16 | 6.20 | $ 400 | $ 2,480.00 | Call with Ropes and Gray to discuss Opportune September fee statement. Preparing the weekly reporting package and circulating to UCC advisors. Correspondence on 9/9 financials and American Express payment process with Univision Finance team. Call with A. Hou (Opportune) to walk through net working capital calculation review. Correspondence with Opportune tax team on sensitivity analysis and tax implications. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 11/21/16 | 10.30 | $ 400 | $ 4,120.00 | Call with Univision finance team to walk through the latest version of the 9/9 financials and discuss required changes. Call with Expert team to discuss their open questions and requests including review of historical financials and certain adjustments. Call with A. Hou (Opportune) to walk though diligence and analysis of the NWC closing statement provided by Univision. Creating a summary of payments made on behalf of Univision including all supporting documents in order to request reimbursement from Univision. Correspondence with Citrin to obtain the detailed list of audit adjustments associated with the FY2014 audit. Review of analysis provided by Tax team re: form 8594. Follow up with ADP on status of account set up in order to have authority to set up monthly pay for employee. |
| Tue | 11/22/16 | 8.80 | $ 400 | $ 3,520.00 | Internal Opportune call with restructuring and tax teams to discuss status update on various work streams including next steps and process to calculate estimated taxes for FY2016 and tax return. Call with Ropes and Gray to discuss September MOR. Creating the September MOR template and starting to work through populating the MOR including bank receipts disbursements, bank balances, professional fees disclosures, payments to insiders and A/R and A/P aging detail. Preparing analysis for and initiating the Univision daily sweep. Creating a list of accruals to be made for September to incorporate into MOR. Correspondence and call with SVB account manager to discuss ACH debit process. Various emails with inquiries to UCMS on disclosure information needed for the MOR. |
| Wed | 11/23/16 | 6.40 | $ 400 | $ 2,560.00 | Remote working session with UCMS team and Opportune to walk through the September financial statements for Kinja in details. Call with J. Weber (Univision) to walk through discrepancies noted between Kinja standalone F/S in the accounting system and financials prepared for Hungarian GAAP purposes as well as discuss certain accruals to be updated in the September consolidated financial statements. Continuing to work through the September MOR including initial populating of the balance sheet and income statement. |
| Fri | 11/25/16 | 4.70 | $ 400 | $ 1,880.00 | Continuing to work through the September MOR including revising the balance sheet and income statement based on calls with Finance team and UCMS on Wednesday. Calculating the accruals to be included in the MOR and incorporating into latest version. Call with Ropes and Gray and Independent Board Member to discuss updates re: various litigation claimants. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Sat | 11/26/16 | 1.80 | $ 400 | $ 720.00 | Finalizing the first draft of the September MOR and circulating to W. Holden (Opportune) in preparation for our review and working session tomorrow. |
| Sun | 11/27/16 | 3.30 | $ 400 | $ 1,320.00 | Working session with W. Holden (Opportune) to perform a detail review of the latest draft of the September MOR. Updating the MOR for review comments received. Performing analysis of the accrued expenses booked as of 9/9 to understand split by category. Correspondence with Univision finance team to obtain support for the accruals balance in the consolidated financial statements. |
| Mon | 11/28/16 | 9.90 | $ 400 | $ 3,960.00 | Various calls with ADP to set up my administrative access, obtain my login credentials and walk through initiating payroll for the 11/30 pay run. Call with 210 Elizabeth landlord to walk through the rent increase calculation per the lease agreement. Working through finalizing the September MOR and circulating draft to Ropes and Gray. Purchasing HUF and initiating international wire for Kinja Funding. Various calls with J. Weber (Univision) to discuss various adjustments to be booked for the September financial statements. Reviewing the 9/9 bank reconciliation received from E. Sommer (Univision). Responding to inquiries from Ropes and Gray on legal documents supporting historic share buybacks. Review and responding to various emails on executory contracts. |
| Tue | 11/29/16 | 10.20 | $ 400 | $ 4,080.00 | Working session with A. Hou (Opportune) to walk through diligence analysis of the final NWC closing statement. Internal Opportune meeting to walk through the NWC items noted and list of items to be reimbursed by Univision. Call with Citrin to discuss IRS notice letter received. Call with Ropes and Gray and Opportune to discuss IRS notice letter received. Call with Ropes and Gray to walk through the latest version of the September  MOR. Updating the September MOR and finalizing for filing. Booking of entries in QuickBooks for the prior week. Performing a reconciliation of book cash to bank cash. Updating the weekly cash report including variance analysis and circulating to UCC advisors. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 11/30/16 | 10.90 | $ 400 | $    4,360.00 | Call with UCMS Hungary to walk through the October financial statements provided in details including providing certain changes to be booked. Preparing analysis for and initiating Univision daily wire. Drafting correspondence to A. Vigllietti (Univision) requesting certain information regarding the bad debt allowance included in the final NWC calculation including supporting analysis prepared by Opportune. Following up with subtenants to obtain rent payments for November. Creating the rental invoices for the month of December including the calculation of the real estate taxes to be re-charged to the subtenants and circulating to the subtenants. Review of invoices to be paid in Hungary and providing approval to UCMS to process. Correspondence with N. Denton to ensure payroll was appropriately processed and funds were received. Analysis of receipts in the lock box to identify the subtenant payment received. Creating analysis for Univision demonstrating the over-sweep included in the prior day sweep and indicating the reduction in the next sweep. Processing payments for certain vendor payments. Creating analysis to support the professional fee reserve needed at each entity including various call with Ropes and Gray to finalize and include in the Plan Supplement. |
| **Total Abdel-Razek** | | **179.10** | | $    71,640.00 | |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|------|--------|------------------|---------------------------------------------------------------------|
| Wed | 11/2/16 | 3.70 | $ 400 | $ 1,480.00 | Controlled Foreign Partnership treatment of sub F/956 flow through. |
| Fri | 11/4/16 | 7.20 | $ 400 | $ 2,880.00 | Researched Transaction Cost Analysis and Controlled Foreign Partnership treatment of sub F/956 flow through. |
| Mon | 11/7/16 | 3.60 | $ 400 | $ 1,440.00 | Pulled info from bankruptcy docket and other general transaction cost research. |
| Tue | 11/8/16 | 3.10 | $ 400 | $ 1,240.00 | Transaction Cost Analysis review. |
| Thu | 11/10/16 | 5.70 | $ 400 | $ 2,280.00 | Transaction cost discussions and tax model prep for proceed allocation. |
| Fri | 11/11/16 | 3.20 | $ 400 | $ 1,280.00 | Revisions made to Allocation Model. |
| Sun | 11/13/16 | 3.60 | $ 400 | $ 1,440.00 | Updates to royalty tax model and discussions with staff. |
| Mon | 11/14/16 | 3.20 | $ 400 | $ 1,280.00 | Updates to royalty tax model and discussions with MD, initial questions to Hungarian Counsel. |
| Tue | 11/15/16 | 3.90 | $ 400 | $ 1,560.00 | Questions to Hungarian counsel, Additional updates to model,  BNA corporate analyzer input, transaction cost analysis. |
| Wed | 11/16/16 | 2.40 | $ 400 | $ 960.00 | Additional updates to model,  BNA corporate analyzer input, transaction cost analysis. |
| Mon | 11/21/16 | 3.10 | $ 400 | $ 1,240.00 | Billing, revisions to BNA Corp Tax Analyser. |
| Tue | 11/22/16 | 1.70 | $ 400 | $ 680.00 | Revisions to BNA Corp Tax Analyser model. |
| Wed | 11/23/16 | 3.30 | $ 400 | $ 1,320.00 | Transaction Cost discussion and 8865 filing analysis. |
| Mon | 11/28/16 | 3.20 | $ 400 | $ 1,280.00 | Estimated tax payment research and Hungarian tax matters. |
| Tue | 11/29/16 | 4.30 | $ 400 | $ 1,720.00 | Hungarian tax research and IRS correspondence. |
| Wed | 11/30/16 | 3.70 | $ 400 | $ 1,480.00 | U.S. Tax audit preparation and discussions with Opportune Restructuring Team. |

**Total Riddle**    **58.90**    **$   23,560.00**

**Gawker Media LLC - Time Summary**
**Christine Del Valle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 11/8/16 | 1.50 | $ 400 | $        600.00 | Research for transaction cost meeting. |
| **Total Del Valle** | | **1.50** | | **$        600.00** | |

**Gawker Media LLC - Time Summary**
**Michael Sypert, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | | Description |
|-----|------|------|------|---------------|---|-------------|
| Fri | 11/11/16 | 0.80 | $ 400 | $ | 320.00 | Review of additional Offer Agreements and provided copies of them to Will Holden (Opportune). |
| **Total Sypert** | | **0.80** | | **$** | **320.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 11/1/16 | 14.80 | $ 400 | $ 5,920.00 | Working session review of net working capital with Opportune team. Reviewed and updated monthly professional fees tracker. Correspondence and follow up with payroll service companies to obtain USDOJ requests. Review of additional service agreements. Created summary for accruals for the 9 days before close. Correspondence with Univision Accounting team regarding 9/9 close financial statements and outstanding entries. Created intercompany royalty and service fee split of payments made with funding history. Recalculated interest payment on intercompany loans, identified entries and historic payments. Conference call with Ropes and Gray regarding disclosure statement and liquidation plan. |
| Wed | 11/2/16 | 8.40 | $ 400 | $ 3,360.00 | Correspondence with Univision Accounting team regarding 9/9 close financial statements and outstanding items. Review and compilation of Expert requests for valuation. Working session conference call with Ropes and Gray on liquidation analysis. Correspondence with payroll companies regarding follow ups from USDOJ requests. |
| Thu | 11/3/16 | 11.10 | $ 400 | $ 4,440.00 | Court hearing for disclosure statement. Followed up with ADP and TriNet for USDOJ requests. Conference call with Ropes and Gray in regard to USDOJ requests. Compiled additional requests for expert valuation.  Conference call with Ropes and Gray in regard to expert request list. Travel from NYC to Houston (billed at 50%). |
| Fri | 11/4/16 | 4.90 | $ 400 | $ 1,960.00 | Conference call with Ropes and Gray in regard to USDOJ tax issues. Correspondence with Prime Clerk in regards to distribution of equity. Follow up correspondence for outstanding expert requests. Internal Opportune meeting regarding work streams for verification of equity listings. |
| Mon | 11/7/16 | 10.40 | $ 400 | $ 4,160.00 | Conference call with Univision regarding the Estate and IP accounting. Conference call with Ropes and Gray and experts to discuss request list and outstanding items. Updated professional fees tracker.  Continued to work on expert request list.  Travel from Houston to NYC (billed at 50%). |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 11/8/16 | 9.20 | $ 400 | $ 3,680.00 | Conference call with UCMS regarding weekly disbursements to be made out in Hungary for new invoices received. Internal Opportune meeting regarding pay out of equity holders and verification of addresses, emails, social security numbers and shares. Call with Ropes and Gray and Prime Clerk to address equity holder issues. Compilation of equity holder information and review of share purchase agreements. Correspondence with J. Duncan regarding CapShare for historic equity information. Correspondence with former GMLLC employees for expert request list open items. |
| Wed | 11/9/16 | 8.70 | $ 400 | $ 3,480.00 | Conference call with Opportune and J. Duncan regarding CapShare for historical information on equity holders. Researched through legal files for equity holder information. Review of share purchase agreements. Call with M. Rhodes (Citrin) in regard to audit work performed over equity. Review of prior audit work papers on equity share verification. Correspondence with T. Plunkett regarding platform and site history. Updated expert open item list and reached out for follow-ups. |
| Thu | 11/10/16 | 10.20 | $ 400 | $ 4,080.00 | Conference call with Prime Clerk regarding distribution of equity and information needed. Obtained template needed for final distribution by Prime Clerk. Reviewed and recalculated service agreements. Built analysis of intercompany transactions for tax purposes. Call with M. Rhodes (Citrin) in regards to previous audit work on equity. Correspondence with T. Plunkett regarding additional Gawker history for expert request list. Summarized history to send to Ropes and Gray for experts. |
| Fri | 11/11/16 | 5.60 | $ 400 | $ 2,240.00 | Conference call with Opportune tax team to review allocation analysis. Travel from NYC to Houston (billed at 50%). |
| Sun | 11/13/16 | 4.60 | $ 400 | $ 1,840.00 | Review of net working capital calculation. Travel from Houston to NYC (billed at 50%). |
| Wed | 11/16/16 | 9.60 | $ 400 | $ 3,840.00 | Reviewed net working capital calculation performed by Univision accounting team. Conference call with Citrin regarding equity holders. Reviewed Citrin equity work papers from prior audits in regards to purchases and buy backs. Review of stock split history. Conference call with Ropes and Gray regarding open litigations. Updated professional fees tracker. Correspondence with S. Kidder regarding historical revenue from different streams and breakdown. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Thu | 11/17/16 | 9.30 | $ 400 | $ 3,720.00 | Conference call with Ropes and Gray in regard to open litigation status. Review of information regarding open litigations. Correspondence with Ropes and Gray related to requests for litigation support. Worked on equity share holder listing and reviewed additional purchase agreements. Reviewed Citrin equity work papers from 2014. |
| Fri | 11/18/16 | 8.60 | $ 400 | $ 3,440.00 | Review of Univision NWC calculation. Review of additional invoices for recalculation of NWC. Review of correspondence with Ropes and Gray related to litigation support requests. Continued to work on compiling equity share holder information. |
| Sat | 11/19/16 | 4.60 | $ 400 | $ 1,840.00 | Travel from NYC to Houston (billed at 50%). |
| Mon | 11/21/16 | 8.30 | $ 400 | $ 3,320.00 | Conference call with Univision Accounting team in regard to 9/9 financials and open items. Opportune internal meeting regarding review and recalculation of NWC. Review of additional invoices provided by Univision for both pre/post petition. Created an analysis for working capital reimbursement. |
| Tue | 11/22/16 | 5.80 | $ 400 | $ 2,320.00 | Updated professional fee statement tracker. Review of correspondence with Univision Accounting team regarding Gawker and Kinja financial statements. Correspondence regarding 9/9 accruals. Review of financial statements from Univision Accounting team for each entity and consolidated. Reviewed invoices and continued to work on net working capital recalculation. |
| Wed | 11/23/16 | 5.60 | $ 400 | $ 2,240.00 | Conference call with UCMS regarding 9/9 financial statements for Kinja. Continued working on net working capital analysis. Reviewed additional invoices provided by Univision accounting team to verify NWC. |
| Sun | 11/27/16 | 4.40 | $ 400 | $ 1,760.00 | Finalized net working capital recalculation. Travel from Houston to NYC (billed at 50%). |
| Mon | 11/28/16 | 8.80 | $ 400 | $ 3,520.00 | Created letter for ADP authorization for CRO to sign. Updated equity holder listing information. Correspondence with share holders regarding updated information. Review of net working capital calculation. Finalized analysis of NWC with supporting documents. Correspondence with Ropes and Gray regarding documents to support historical share holder information. |
| Tue | 11/29/16 | 8.60 | $ 400 | $ 3,440.00 | Internal Opportune meeting to review net working capital calculation. Correspondence with Univision team regarding NWC calculation questions. Compiled responses for UCMS related to financial statements such as intercompany fee accruals for Q3. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 11/30/16 | 8.70 | $ 400 | $ 3,480.00 | Conference call with UCMS to review October financial statements in detail and discussed changes to be made. Also included discussion on open invoices to be paid in Hungary. Correspondence with Citrin regarding prior equity audit work papers. Conference call with Citrin related to verification of vested options. Continued to work on equity listing. Reviewed waterfall analysis on distribution of equity by class. |
| **Total Hou** | | **170.20** | | **$ 68,080.00** | |

**Gawker Media LLC - Time Summary**
**Bryan Stahl, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 11/29/16 | 1.20 | $ 300 | $        360.00 | Prepared IRS Power of Attorney Form 2848. |
| Wed | 11/30/16 | 0.80 | $ 300 | $        240.00 | Scanned in various Power of Attorney support documents as well as the signed Form 2848. |
| **Total Stahl** | | **2.00** | | **$        600.00** | |

**Gawker Media LLC - Time Summary**
**Maggie Dreyer, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|--------------|-------------|
| Thu | 11/10/16 | 1.30 | $ 300 | $ 390.00 | Worked on Transaction Cost Analysis and research. |
| Fri | 11/11/16 | 3.30 | $ 300 | $ 990.00 | Estimated tax projection analysis. |
| Sat | 11/12/16 | 0.70 | $ 300 | $ 210.00 | Estimated tax projection analysis. |
| Sun | 11/13/16 | 0.90 | $ 300 | $ 270.00 | Tax research related to federal filing. |
| Mon | 11/14/16 | 0.80 | $ 300 | $ 240.00 | Estimated tax projection analysis. |
| **Total Dreyer** | | **7.00** | | **$ 2,100.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*


**Opportune**

| Date | Amount | Professional | Expense Type | Description |
|------|--------|--------------|--------------|-------------|
| 7/5/16 | $ 24.22 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck |
| 7/5/16 | 12.25 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late night taxi - Ropes office to Home |
| 7/11/16 | 48.72 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Working Dinner - L. Bauck, W. Holden |
| 7/13/16 | 9.60 | Lyle Bauck | Meals and Entertainment | Bauck, Lyle / Late night taxi - L. Bauck |
| 8/11/16 | 23.75 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late night taxi - Office to Home |
| 8/16/16 | 8.75 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late night taxi - Gawker office to home |
| 8/16/16 | 29.83 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Taxi - Rope office to Gawker |
| 8/16/16 | 12.98 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Late night taxi - Office to Home |
| 8/18/16 | 43.86 | Lyle Bauck | Travel Expenses | Bauck, Lyle / Taxi - Gawker to Court |
| 10/4/16 | 113.83 | Lyle Bauck | Telephone Charges | Bauck, Lyle / Cell phone charges for work (international usage) |
| 10/31/16 | 52.57 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 10/31/16 | 20.25 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 10/31/16 | 23.98 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 10/31/16 | 11.98 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight work internet |
| 10/31/16 | 855.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Round trip HOU/NYC |
| 10/31/16 | 1,068.92 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC Hotel (4 nights) |
| 10/31/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage to Houston airport (roundtrip) / 100.20 miles @ 0.54 |
| 10/31/16 | 14.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Tolls to Houston airport (roundtrip) |
| 11/1/16 | 76.39 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Team working dinner |
| 11/1/16 | 59.49 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Team working lunch |
| 11/1/16 | 23.98 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/1/16 | 67.84 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 11/2/16 | 52.53 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Team overtime dinner |
| 11/2/16 | 24.83 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/2/16 | 58.25 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Team working lunch |
| 11/2/16 | 72.60 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/2/16 | 26.76 | William Holden | Travel Expenses | Holden, William / Cross town taxi |
| 11/2/16 | 73.17 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 11/2/16 | 12.61 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 11/2/16 | 14.92 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 11/2/16 | 41.56 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 11/3/16 | 21.32 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/3/16 | 56.23 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/3/16 | 21.33 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to court |
| 11/3/16 | 90.45 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to airport |
| 11/3/16 | 70.00 | Alicia Hou | Parking | Hou, Alicia / Parking at IAH airport (4 days) |
| 11/5/16 | 11.42 | William Holden | Travel Expenses | Holden, William / Cross town taxi |
| 11/7/16 | 14.73 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/7/16 | 21.54 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/7/16 | 19.41 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/7/16 | 855.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Roundtrip flight HOU/NYC |
| 11/7/16 | 11.98 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight work internet |
| 11/7/16 | 1,446.63 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC hotel (4 nights) |
| 11/7/16 | 29.94 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from home to IAH |
| 11/7/16 | 41.33 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from NYC airport to office |
| 11/8/16 | 18.22 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (SAR) |
| 11/8/16 | 14.59 | William Holden | Meals and Entertainment | Holden, William / Late night dinner |
| 11/8/16 | 16.30 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/8/16 | 19.64 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/8/16 | 18.49 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/8/16 | 9.10 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 11/8/16 | 11.13 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 11/9/16 | 13.41 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/9/16 | 19.18 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/9/16 | 14.72 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from dinner to hotel |
| 11/10/16 | 15.52 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/10/16 | 17.65 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/10/16 | 16.10 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/11/16 | 15.86 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*



| Date | Amount | Professional | Expense Type | Description |
|------|--------|--------------|--------------|-------------|
| 11/13/16 | 31.97 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/13/16 | 939.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Roundtrip flight HOU/NYC |
| 11/13/16 | 15.23 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 11/14/16 | 52.52 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (SAR and WH) |
| 11/14/16 | 13.73 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/14/16 | 22.75 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/14/16 | 36.88 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/14/16 | 29.98 | Sarah Abdel-Razek | Telephone Charges | Abdel-Razek, Sarah / Cell phone incremental usage (Sept) |
| 11/14/16 | 31.50 | Sarah Abdel-Razek | Telephone Charges | Abdel-Razek, Sarah / Cell phone incremental usage (Oct) |
| 11/15/16 | 12.56 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/15/16 | 24.19 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/15/16 | 40.55 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/15/16 | 41.21 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 11/16/16 | 15.66 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/16/16 | 23.49 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/16/16 | 43.00 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/17/16 | 11.66 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/17/16 | 16.24 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/17/16 | 21.37 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/17/16 | 14.10 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 11/17/16 | 12.07 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 11/18/16 | 15.34 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/18/16 | 16.06 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/18/16 | 18.65 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/18/16 | 11.98 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight work internet |
| 11/18/16 | 2,584.38 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC hotel (5 nights) |
| 11/18/16 | 84.27 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to NYC airport |
| 11/18/16 | 32.28 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from IAH to home |
| 11/21/16 | 23.97 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (SAR) |
| 11/23/16 | 28.02 | Sarah Abdel-Razek | Miscellaneous Expenses | Abdel-Razek, Sarah / FedEx shipping charges |
| 11/27/16 | 17.28 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/27/16 | 935.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Roundtrip flight HOU/NYC |
| 11/27/16 | 11.98 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight work internet |
| 11/27/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage from home to IAH airport / 100.20 miles @ 0.54 |
| 11/27/16 | 14.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Tolls to IAH airport |
| 11/27/16 | 55.70 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from NYC airport to hotel |
| 11/28/16 | 22.56 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (SAR) |
| 11/28/16 | 18.91 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/28/16 | 17.40 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/29/16 | 11.24 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner (SAR) |
| 11/29/16 | 12.30 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/29/16 | 17.81 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 11/29/16 | 16.39 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 11/30/16 | 12.16 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 11/30/16 | 35.97 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch and dinner |
| 11/30/16 | 32.03 | Alicia Hou | Telephone Charges | Hou, Alicia / Cell phone incremental usage (Sept) |
| **Total** | **$   11,515.40** | | | |