SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
 In re                                                         : Chapter 11
                                                               :
 Gawker Media LLC, *et al.*,[1]                                : Case No. 16-11700 (SMB)
                                                               :
                    Debtors.                                   : (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**SEVENTH MONTHLY STATEMENT OF**
**SIMPSON THACHER & BARTLETT LLP FOR**
**FEES FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
<u>**PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017**</u>

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **January 1, 2017 through and including January 31, 2017** |
| **Fees Incurred:** | **$9,320.00** |
| **Expenses Incurred:** | **$778.00** |
| **Total Fees and Expenses Due:** | **$10,098.00** |

**This is a Monthly Fee Statement.**

## SUMMARY

1.      Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys for the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees and disbursements (the "**Monthly Statement**") for the period from January 1, 2017 through and including January 31, 2017 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests: (a) interim allowance and payment of compensation in the amount of $7,456.00 (80% of $9,320.00) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher, and (b) reimbursement of actual and necessary costs and expenses in the amount of $778.00 incurred by Simpson Thacher during the Compensation Period.

## FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

2.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners and counsel is approximately $1,233.96 and associates is approximately $521.96.

3.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth a summary of expenses incurred and reimbursement sought, by expense type, for the Compensation Period.

3

5.     **Exhibit D** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

6.     **Exhibit E** sets forth a complete itemization of expenses incurred by Simpson Thacher in connection with services rendered to the Committee during the Compensation Period for which Simpson Thacher seeks reimbursement.

## NOTICE

7. Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: February 15, 2017
    New York, New York

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: */s/ Sandeep Qusba*
    Sandeep Qusba
    William T. Russell, Jr.

    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502
    E-mail: squsba@stblaw.com
    E-mail: wrussell@stblaw.com

# EXHIBIT A

## Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | DEPARTMENT | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| William T. Russell Jr | Partner | Litigation | 1991 | $1,375.00 | 1.40 | $1,925.00 |
| Morris Massel | Counsel | Corporate | 2000 | $1,080.00 | 1.30 | $1,404.00 |
| Julia E. Heald | Associate | Litigation | 2016 | $615.00 | 1.20 | $738.00 |
| Jonathan E. Endean | Associate | Corporate | N/A | $510.00 | 10.30 | $5,253.00 |

**EXHIBIT B**

Task Code Summary

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002724-0006 | Case Administration | 1.60 | $942.00 |
| 002724-0010 | Employment and Fee Applications | 5.20 | $3,369.50 |
| 002724-0016 | Plan and Disclosure Statement | 0.20 | $275.00 |
| 002724-0025 | Non-STB Fee Applications | 7.20 | $4,733.50 |

## **EXHIBIT C**

### **Disbursement Summary**

| EXPENSES | AMOUNTS |
|---|---|
| Transcripts | $639.86 |
| Pacer | $38.10 |
| Online Research | $100.04 |
| Total: | $778.00 |

**EXHIBIT D**

**Time Detail**

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0006   CASE ADMINISTRATION**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| HEALD, J. E. | 01/03/17 | Review docket and update case calendar | 0.40 | 246.00 |
| HEALD, J. E. | 01/06/17 | Review docket and update case calendar | 0.20 | 123.00 |
| ENDEAN, J. E. | 01/10/17 | Corres. w/ Debtors re: Effective Date | 0.10 | 51.00 |
| ENDEAN, J. E. | 01/12/17 | Updated Deloitte on Effective Date | 0.10 | 51.00 |
| HEALD, J. E. | 01/17/17 | Review docket and update case calendar | 0.20 | 123.00 |
| HEALD, J. E. | 01/18/17 | Review docket and update case calendar | 0.20 | 123.00 |
| HEALD, J. E. | 01/23/17 | Review docket and update case calendar | 0.10 | 61.50 |
| ENDEAN, J. E. | 01/24/17 | Rev. docket and corr. w/ Deloitte. | 0.20 | 102.00 |
| HEALD, J. E. | 01/24/17 | Review docket, update case calendar | 0.10 | 61.50 |
| | | MATTER TOTAL | 1.60 | 942.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0010   EMPLOYMENT AND FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 01/03/17 | Rev. Final Fee App. | 0.20 | 102.00 |
| ENDEAN, J. E. | 01/04/17 | Rev. Dec. fee app. | 0.10 | 51.00 |
| MASSEL, M | 01/04/17 | Reviewing time entries. | 0.50 | 540.00 |
| ENDEAN, J. E. | 01/05/17 | Prep. Dec. Fee statement (1.1); T/c w/ J. Mon re: same (0.1) | 1.20 | 612.00 |
| RUSSELL JR, W. T. | 01/05/17 | Review and revise monthly fee statement and emails STB team re same | 0.50 | 687.50 |
| ENDEAN, J. E. | 01/06/17 | Prep. final STB fee app. | 0.40 | 204.00 |
| ENDEAN, J. E. | 01/11/17 | Updated STB final fee application | 1.90 | 969.00 |
| ENDEAN, J. E. | 01/12/17 | Rev. STB final fee application | 0.30 | 153.00 |
| ENDEAN, J. E. | 01/13/17 | Modified final fee application for STB | 0.10 | 51.00 |
| | | MATTER TOTAL | 5.20 | 3,369.50 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0016   PLAN AND DISCLOSURE STATEMENT**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| RUSSELL JR, W. T. | 01/12/17 | Emails Debtors, committee re effective date (.2) | 0.20 | 275.00 |
| | | MATTER TOTAL | 0.20 | 275.00 |

**CLIENT: 002724 UNSECURED CREDITORS COMMI**

**MATTER: 0025   NON-STB FEE APPLICATIONS**

| EMPLOYEE | DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| ENDEAN, J. E. | 01/04/17 | Rev. Final Fee. App of Mourant. | 0.40 | 204.00 |
| ENDEAN, J. E. | 01/05/17 | Rev. Mourant fee application (0.8); T/c w/ A. Last re: same (0.1) | 0.90 | 459.00 |
| MASSEL, M | 01/05/17 | Revising Mourant Application. | 0.80 | 864.00 |
| ENDEAN, J. E. | 01/06/17 | Rev. & filed Mourant fee app (0.1); corresp. w/ Dentons re: final fee app (0.3) | 0.40 | 204.00 |
| ENDEAN, J. E. | 01/11/17 | Rev. final fee application for Dentons and provided comments re: same | 0.70 | 357.00 |
| ENDEAN, J. E. | 01/13/17 | Reviewed final fee application for Dentons | 1.50 | 765.00 |
| RUSSELL JR, W. T. | 01/13/17 | Review draft fee apps and emails Endean re same (.4) | 0.40 | 550.00 |
| ENDEAN, J. E. | 01/17/17 | Reviewed Dentons final fee application and provided comments re: same | 1.00 | 510.00 |
| RUSSELL JR, W. T. | 01/17/17 | Review local counsel fee app and emails Endean re same | 0.30 | 412.50 |
| ENDEAN, J. E. | 01/19/17 | Rev. Deloitte FAS fee statements (0.3); corresp. w/ Dentons re: final fee app. (0.1) | 0.40 | 204.00 |
| ENDEAN, J. E. | 01/20/17 | Filed and served Dentons final fee app | 0.30 | 153.00 |
| ENDEAN, J. E. | 01/26/17 | Rev. Deloitte fee app order | 0.10 | 51.00 |
| | | MATTER TOTAL | 7.20 | 4,733.50 |

**EXHIBIT E**

**Expense Detail**

| COST CODE | DATE | ID | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.70 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.20 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.60 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.50 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $1.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.50 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.80 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.30 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.20 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.10 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.10 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.10 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.30 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $2.10 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.20 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $3.00 | Pacer |
| 231S | 6/19/2016 | 13730 | Morris Massel | $0.40 | Pacer |
| 225S | 6/25/2016 | 13999 | Shannon McGovern | $85.42 | Online Research - West Law |

| 261S | 12/5/2016  | 13730 | Morris Massel  | $3.00    | Online Research - Bloomberg Law |
| 261S | 12/5/2016  | 13730 | Morris Massel  | $11.62   | Online Research - Bloomberg Law |
| 124H | 12/20/2016 | 15388 | Julia E. Heald | $287.90  | Transcripts |
| 124H | 1/3/2017   | 15388 | Julia E. Heald | $293.20  | Transcripts |
| 124H | 1/17/2017  | 15388 | Julia E. Heald | $58.76   | Transcripts |