

**In re Gawker Media LLC (16-11700) - National Union Fire Claim Objection Response Deadline**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
02/15/2017 12:28 PM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Agudelo, Jonathan", "kevin.larner@aig.com"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "kevin.larner@aig.com" <kevin.larner@aig.com>

Dear Chambers,

On February 6, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 730]. A hearing is scheduled on the Objection for March 7, 2017 at 10:00 a.m. with a response deadline of February 16, at 4:00 p.m.

Counsel to the claimants (cc'd here) has requested and the Debtors have agreed to extend the Response Deadline to March 1, at 5 p.m., pending the Court's grant of permission. The Debtors hereby request permission to extend the objection deadline to March 1, at 5 p.m.

Please reach out if you have any questions. Thank you.

Respectfully submitted,
W. Alex McGee

*[Handwritten annotation: Granted SMB 2/15/17]*

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.