## Exhibit A

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Leo Arnaboldi III | Partner | 1984 | 1995 | 1,400.00 | 1.80 | $2,520.00 |
| Gregg Galardi | Partner | 1990 | 1998 | 1,230.00 | 98.70 | $121,401.00 |
| D. Ross Martin | Partner | 1995 | 2004 | 1,170.00 | 29.80 | $34,866.00 |
| Dalila Argaez Wendlandt | Partner | 1996 | 2007 | 970.00 | 12.50 | $12,125.00 |
| Justin Florence | Counsel | 2006 | | 895.00 | 7.60 | $6,802.00 |
| Gabrielle Hirz | Senior Attorney | 2007 | | 735.00 | 87.50 | $64,312.50 |
| Joshua Sturm | Associate | 2006 | | 895.00 | 20.20 | $18,079.00 |
| Jonathan Agudelo | Associate | 2009 | | 820.00 | 93.80 | $76,916.00 |
| Shaw Kaneyasu-Speck | Associate | 2010 | | 820.00 | 10.50 | $8,610.00 |
| William A. McGee | Associate | 2014 | | 540.00 | 52.40 | $28,296.00 |
| Peter Walkingshaw | Associate | 2014 | | 540.00 | 14.20 | $7,668.00 |
| Sam Ashuraey | Associate | 2016 | | 335.00 | 2.00 | $670.00 |
| Ani-Rae Lovell | Associate | 2016 | | 325.00 | 57.00 | $18,525.00 |
| Andrew Simpson | Associate | 2016 | | 335.00 | 3.70 | $1,239.50 |
| William Allen | Paralegal | | | 400.00 | 9.80 | $3,920.00 |
| Roberto Gonzalez | Paralegal | | | 350.00 | 5.70 | $1,995.00 |
| Meir Weinberg | Paralegal | 2009 | | 285.00 | 12.30 | $3,505.50 |
| **TOTAL:** | | | | | **519.50** | **$411,450.50*** |

* Does not reflect reduction of $28,000.50 applied to travel time.

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,181.61 | 150.40 | $177,714.00 |
| Associates | $657.24 | 341.30 | $224,316.00 |
| Paraprofessionals/Staff | $338.87 | 27.80 | $9,420.50 |
| Blended Attorney Rate | $817.63 | | |
| **Total Fees Incurred** | | **519.50** | **$411,450.50*** |

* Does not reflect reduction of $28,000.50 applied to travel time.