**Exhibit B**

**Task Code Summary**

## TASK CODE SUMMARY

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 0002 | Reporting (MOR / SEC) | 1.70 | $1,184.00 |
| 0004 | Litigation | 10.60 | $12,588.00 |
| 0005 | Tax Matters | 124.60 | $111,637.00 |
| 0006 | Asset / Lien & Recovery Analysis | 0.40 | $492.00 |
| 0008 | R&G Retention & Fee Applications | 20.10 | $14,256.00 |
| 0013 | Claims | 202.80 | $134,970.50 |
| 0014 | Travel | 57.20 | $56,001.00 |
| 0016 | Other Retention & Fee Applications | 3.20 | $1,865.50 |
| 0017 | Executory Contracts / Leases | 36.50 | $27,911.50 |
| 0018 | Plan and Disclosure Statement | 23.20 | $22,263.00 |
| 0019 | Hearings | 3.50 | $3,865.00 |
| 0020 | Administration | 25.80 | $15,478.00 |
| 0021 | Business Operations / Strategic Planning | 0.70 | $861.00 |
| 0023 | Creditor & Shareholder Inquiries | 2.20 | $2,542.00 |
| 0026 | Relief from Stay & Adequate Protection | 7.00 | $5,536.00 |
| **TOTAL:** | | **519.50** | **$411,450.50*** |

* Does not reflect reduction of $28,000.50 applied to travel time.