## Exhibit C

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---:|
| Air/Rail Travel | $16,000.00 |
| Computer Assisted Research | $10,989.79 |
| Courier Service | $87.20 |
| Hotel | $1,700.00 |
| Photocopy | $810.50 |
| Tabs and Binding | $14.52 |
| Taxi/Car Service | $316.40 |
| Transcript of Testimony | $203.45 |
| **Total:** | **$30,121.86*** |

*Reflects a voluntary reduction of $6,040.90 applied to disbursements.