# **Exhibit E**

# **Expense Detail**

## Detail of Disbursements

**Air/Rail Travel**

| Date | Description | Amount |
|---|---|---:|
| 01/09/17 | 01/04/17 - Gabrielle G Hirz - Airfare - Travel to Budapest for meetings - Ticket Number: 2207934835506 - Airline: Other - Start Date: 01/13/2017 | 7,000.00 |
| 01/12/17 | 01/02/17 - Gregg M Galardi - Airfare - Roundtrip airfare to Budapest for meetings - Ticket Number: 0577934183304 - Airline: Other - Start Date: 01/13/2017 | 9,000.00 |
| | Air/Rail Travel | 16,000.00 |

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---:|
| 10/03/16 | Computer Assisted Research - Pacer 10/03/16 - US courts AO dba Pacer Service Center | 0.60 |
| 10/04/16 | Computer Assisted Research - Pacer 10/04/16 - US courts AO dba Pacer Service Center | 1.00 |
| 10/04/16 | Computer Assisted Research - Pacer 10/04/16 - US courts AO dba Pacer Service Center | 2.50 |
| 10/05/16 | Computer Assisted Research - Pacer 10/05/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/05/16 | Computer Assisted Research - Pacer 10/05/16 - US courts AO dba Pacer Service Center | 2.20 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 1.10 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 0.70 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/10/16 | Computer Assisted Research - Pacer 10/10/16 - US courts AO dba Pacer Service Center | 2.70 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.30 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.80 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.90 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 5.20 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 1.60 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 18.80 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 0.50 |
| 10/13/16 | Computer Assisted Research - Pacer 10/13/16 - US courts AO dba Pacer Service Center | 3.00 |
| 10/13/16 | Computer Assisted Research - Pacer 10/13/16 - US courts AO dba Pacer Service Center | 76.80 |
| 10/14/16 | Computer Assisted Research - Pacer 10/14/16 - US courts AO dba Pacer Service Center | 4.80 |

| | **Detail of Disbursements** | |
|---|---|---:|
| 10/18/16 | Computer Assisted Research - Pacer 10/18/16 - US courts AO dba Pacer Service Center | 0.20 |
| 10/18/16 | Computer Assisted Research - Pacer 10/18/16 - US courts AO dba Pacer Service Center | 4.30 |
| 10/19/16 | Computer Assisted Research - Pacer 10/19/16 - US courts AO dba Pacer Service Center | 3.30 |
| 10/19/16 | Computer Assisted Research - Pacer 10/19/16 - US courts AO dba Pacer Service Center | 0.50 |
| 10/20/16 | Computer Assisted Research - Pacer 10/20/16 - US courts AO dba Pacer Service Center | 8.60 |
| 10/20/16 | Computer Assisted Research - Pacer 10/20/16 - US courts AO dba Pacer Service Center | 10.00 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 3.60 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 9.80 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 3.10 |
| 10/22/16 | Computer Assisted Research - Pacer 10/22/16 - US courts AO dba Pacer Service Center | 3.30 |
| 10/27/16 | Computer Assisted Research - Pacer 10/27/16 - US courts AO dba Pacer Service Center | 6.90 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 0.70 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 3.20 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 6.40 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 0.80 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 0.20 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 9.50 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 13.70 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 4.40 |
| 11/01/16 | Computer Assisted Research - Pacer 11/01/16 - US courts AO dba Pacer Service Center | 0.60 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 3.00 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 0.20 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 2.10 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 5.70 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 5.00 |
| 11/04/16 | Computer Assisted Research - Pacer 11/04/16 - US courts AO dba Pacer Service | 6.00 |

|  | **Detail of Disbursements** |  |
|---|---|---:|
| | Center | |
| 11/04/16 | Computer Assisted Research - Pacer 11/04/16 - US courts AO dba Pacer Service Center | 3.10 |
| 11/07/16 | Computer Assisted Research - Pacer 11/07/16 - US courts AO dba Pacer Service Center | 0.30 |
| 11/07/16 | Computer Assisted Research - Pacer 11/07/16 - US courts AO dba Pacer Service Center | 28.50 |
| 11/08/16 | Computer Assisted Research - Pacer 11/08/16 - US courts AO dba Pacer Service Center | 0.60 |
| 11/08/16 | Computer Assisted Research - Pacer 11/08/16 - US courts AO dba Pacer Service Center | 6.20 |
| 11/10/16 | Computer Assisted Research - Pacer 11/10/16 - US courts AO dba Pacer Service Center | 11.80 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 2.30 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 4.60 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 2.70 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 2.00 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 8.80 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 29.70 |
| 11/17/16 | Computer Assisted Research - Pacer 11/17/16 - US courts AO dba Pacer Service Center | 13.80 |
| 11/18/16 | Computer Assisted Research - Pacer 11/18/16 - US courts AO dba Pacer Service Center | 21.20 |
| 11/19/16 | Computer Assisted Research - Pacer 11/19/16 - US courts AO dba Pacer Service Center | 0.30 |
| 11/22/16 | Computer Assisted Research - Pacer 11/22/16 - US courts AO dba Pacer Service Center | 23.20 |
| 11/23/16 | Computer Assisted Research - Pacer 11/23/16 - US courts AO dba Pacer Service Center | 12.80 |
| 11/28/16 | Computer Assisted Research - Pacer 11/28/16 - US courts AO dba Pacer Service Center | 27.80 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.10 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.40 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 22.30 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.70 |
| 11/30/16 | Computer Assisted Research - Pacer 11/30/16 - US courts AO dba Pacer Service Center | 9.90 |
| 12/01/16 | Computer Assisted Research - Pacer 12/01/16 - US courts AO dba Pacer Service Center | 3.20 |
| 12/02/16 | Computer Assisted Research - Pacer 12/02/16 - US courts AO dba Pacer Service Center | 12.70 |

| | **Detail of Disbursements** | |
|---|---|---|
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 7.80 |
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 0.90 |
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 5.40 |
| 12/06/16 | Computer Assisted Research - Pacer 12/06/16 - US courts AO dba Pacer Service Center | 6.80 |
| 12/09/16 | Computer Assisted Research - Pacer 12/09/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/09/16 | Computer Assisted Research - Pacer 12/09/16 - US courts AO dba Pacer Service Center | 3.50 |
| 12/11/16 | Computer Assisted Research - Pacer 12/11/16 - US courts AO dba Pacer Service Center | 6.10 |
| 12/12/16 | Computer Assisted Research - Pacer 12/12/16 - US courts AO dba Pacer Service Center | 2.90 |
| 12/12/16 | Computer Assisted Research - Pacer 12/12/16 - US courts AO dba Pacer Service Center | 3.50 |
| 12/13/16 | Computer Assisted Research - Pacer 12/13/16 - US courts AO dba Pacer Service Center | 1.00 |
| 12/14/16 | Computer Assisted Research - Pacer 12/14/16 - US courts AO dba Pacer Service Center | 0.30 |
| 12/14/16 | Computer Assisted Research - Pacer 12/14/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/15/16 | Computer Assisted Research - Pacer 12/15/16 - US courts AO dba Pacer Service Center | 3.20 |
| 12/19/16 | Computer Assisted Research - Pacer 12/19/16 - US courts AO dba Pacer Service Center | 0.10 |
| 12/20/16 | Computer Assisted Research - Pacer 12/20/16 - US courts AO dba Pacer Service Center | 15.90 |
| 12/21/16 | Computer Assisted Research - Pacer 12/21/16 - US courts AO dba Pacer Service Center | 3.10 |
| 12/22/16 | Computer Assisted Research - Pacer 12/22/16 - US courts AO dba Pacer Service Center | 3.00 |
| 12/23/16 | Computer Assisted Research - Pacer 12/23/16 - US courts AO dba Pacer Service Center | 3.30 |
| 12/26/16 | Computer Assisted Research - Pacer 12/26/16 - US courts AO dba Pacer Service Center | 0.40 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 3.30 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.60 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/28/16 | Computer Assisted Research - Pacer 12/28/16 - US courts AO dba Pacer Service | 3.30 |

**Detail of Disbursements**

| Date | Description | Amount |
|---|---|---:|
| | Center | |
| 01/01/17 | Paid To: Westlaw Per: Walkingshaw | 1,282.02 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 13.48 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 1.06 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 14.05 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 2,127.59 |
| 01/03/17 | Paid To: Westlaw Per: Lovell | 163.53 |
| 01/09/17 | Paid To: Westlaw Per: Lovell | 115.92 |
| 01/11/17 | Paid To: Westlaw Per: Lovell | 184.23 |
| 01/12/17 | Paid To: Westlaw Per: Lovell | 734.85 |
| 01/13/17 | Paid To: Westlaw Per: Lovell | 341.55 |
| 01/17/17 | Paid To: Westlaw Per: Walkingshaw | 68.31 |
| 01/17/17 | Paid To: Westlaw Per: Lovell | 204.93 |
| 01/18/17 | Paid To: Westlaw Per: Walkingshaw | 293.25 |
| 01/19/17 | Paid To: Westlaw Per: Walkingshaw | 47.61 |
| 01/22/17 | Paid To: Westlaw Per: Walkingshaw | 258.75 |
| 01/22/17 | Paid To: Westlaw Per: Lovell | 300.15 |
| 01/23/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 478.17 |
| 01/24/17 | Paid To: Westlaw Per: Lovell | 1,535.94 |
| 01/25/17 | Paid To: Westlaw Per: Lovell | 436.77 |
| 01/26/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,179.21 |
| 01/26/17 | Lexis Research | 45.36 |
| 01/27/17 | Paid To: Westlaw Per: Ashuraey | 95.22 |
| 01/27/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 320.85 |
| 01/27/17 | Lexis Research | 96.88 |
| 01/28/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 68.31 |
| | **Computer Assisted Research** | **10,989.79** |

**Courier Service**

| Date | Description | Amount |
|---|---|---:|
| 09/14/16 | Courier Service - Paid To: Deluxe Del - DELUXE DELIVERY SYSTEMS, INC. | 30.51 |
| 01/06/17 | Invoice No: 566609827 Trk#: 785171282319 Paid to: Fedex per 55550 Ship To: Walter Sanders | 18.25 |
| 01/25/17 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS- 1211 6th Ave of the Americas C3 Newyork-1 Bowling Green Court Room No.723 Newyork | 38.44 |
| | **Courier Service** | **87.20** |

**Hotel**

| Date | Description | Amount |
|---|---|---:|
| 01/20/17 | 01/18/17 - Gregg M Galardi - Lodging - Lodging in Budapest | 850.00 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Lodging - Budapest | 850.00 |
| | **Hotel** | **1,700.00** |

**Photocopy**

| Date | Description | Amount |
|---|---|---:|
| 01/04/17 | 11 Pages of Photocopy ($.10 per page) | 1.10 |
| 01/23/17 | 22 Pages of Photocopy ($.10 per page) | 2.20 |

Our Reference #: 112782-0026

Joint Group: 112782.0117

| | **Detail of Disbursements** | |
|---|---|---:|
| 01/24/17 | 6 Pages of Photocopy ($.10 per page) | 0.60 |
| 01/25/17 | 6 Pages of Photocopy ($.10 per page) | 0.60 |
| 01/27/17 | 8060 BW Copies ($.10 per page) | 806.00 |
| | Photocopy | 810.50 |

**Tabs and Binding**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/10/17 | Tabs and Binding | 1.56 |
| 01/10/17 | Tabs and Binding | 6.00 |
| 01/27/17 | Tabs and Binding | 6.96 |
| | Tabs and Binding | 14.52 |

**Taxi/Car Service**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/13/17 | Requested By: Gregg M Galardi From: 515 E 72 St, NYC, NY To: JFK Airport, Jamaica, NY Office: NYC Car Voucher: 1100326 | 85.91 |
| 01/18/17 | Requested By: Gregg M Galardi From: JFK Airport, Jamaica, NY To: 515 E 72 St, NYC, NY Office: NYC Car Voucher: 1103240 | 97.04 |
| 01/20/17 | 01/17/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Taxi to Office - Merchant: Taxi Szamla - Travel Type: Out of Town | 10.34 |
| 01/20/17 | 01/15/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Taxi to hotel - Merchant: Szamla Taxi - Travel Type: Out of Town | 7.96 |
| 01/20/17 | 01/17/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Office back to hotel - Merchant: Szamla Taxi - Travel Type: Out of Town | 13.78 |
| 01/24/17 | 01/13/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: BOS/BOS - Merchant: CAR SERVICE    East Weymouth    MA - Travel Type: To/From Airport | 34.80 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: Airport - Merchant: TAXI 2000 BUDAPEST - Travel Type: To/From Airport | 26.47 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: BOS/BOS - Merchant: BOS TAXI 1173 090105 LONG ISLAND C NY - Travel Type: To/From Airport | 40.10 |
| | Taxi/Car Service | 316.40 |

**Transcript of Testimony**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/27/17 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original with 2 Certified Transcripts | 203.45 |
| | Transcript of Testimony | 203.45 |

**Total Disbursements**  $  **30,121.86**

Our Reference #: 112782-0026

Joint Group: 112782.0117