**Objection Deadline: March 7, 2017**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re                                              :        Chapter 11
                                                   :
Gawker Media LLC, et al.,[1]                        :        Case No. 16-11700 (SMB)
                                                   :
           Debtors.                  :        (Jointly Administered)
                                                   :
---------------------------------------------------------x

**SIXTH MONTHLY STATEMENT OF CITRIN COOPERMAN & COMPANY, LLP OF
FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS INDEPENDENT AUDITOR AND ACCOUNTING SERVICES
PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| | |
|---|---|
| Name of Applicant: | Citrin Cooperman & Company, LLP<br>Independent Auditor and Accounting Services<br>Provider to the Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2016 (*nunc pro tunc* to June 10, 2016) [Docket No. 268] |
| Period for Which Fees and Expenses are Incurred: | January 1, 2017 through and including January 31, 2017 |
| Fees Incurred: | $6,692.50 |
| Payment of Fees Requested (80%): | $5,354.00 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $5,354.00 |

This is a:   X   Monthly _____ Interim_____ Final Application.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

## PRELIMINARY STATEMENT

1. Citrin Cooperman & Company, LLP ("Citrin"), independent auditor and accounting services provider for Gawker Media LLC ("Gawker Media") and Gawker Media Group, Inc. ("GMGI" and collectively with Gawker Media, the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from January 1, 2017 through and including January 31, 2017 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 94] (the "Interim Compensation Order"). Citrin requests: (a) interim allowance and payment of compensation in the amount of $5,354.00 (80% of $6,392.50) of fees on account of reasonable and necessary professional services rendered to the Debtors by Citrin and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Citrin during the Compensation Period. Citrin requests payment in the total amount of $5,354.00.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

2. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, hourly billing rates and aggregate hours spent by each Citrin professional that provided services to the Debtors during the Compensation Period. The blended hourly billing rate of Citrin professionals during the Compensation period is approximately $505.09.

3. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Citrin professionals in rendering services to the Debtors during the Compensation Period.

4. **Exhibit C** sets forth detailed time records of Citrin professionals for the Compensation Period.

**NOTICE**

Pursuant to the Interim Compensation Order, Citrin has asked the Prime Clerk to provide notice of filing of this statement by hand, overnight delivery, or, if agreed to by the respective Notice Party (as defined in the Interim Compensation Order), by e-mail to an e-mail address designated by that Notice Party, on: (a) the Debtors, Gawker Media LLC, c/o Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, New York 10022, Attn: William D. Holden (profinvoices@gawker.com); (b) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit; (c) counsel for the Official Committee of Unsecured Creditors, Simpson Thacher & Bartlett, 425 Lexington Ave., New York, NY 10017, Attn: Sandy Qusba (squsba@stblaw.com) and William T. Russell (wrussell@stblaw.com); (d) counsel to US VC Partners LP, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago IL 60611, Attn: David Heller (david.heller@lw.com) & Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (e) counsel to Cerberus Business Finance, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Adam C. Harris (adam.harris@srz.com).

| | |
|---|---|
| Dated: February 17, 2017<br>New York, NY | */s/ Michael E. Rhodes*<br>Michael E. Rhodes<br>CITRIN COOPERMAN & COMPANY LLP<br>529 Fifth Avenue<br>New York, NY 10017<br>Telephone: (212) 697-1000<br>Facsimile: (212) 697-1004<br>mrhodes@citrincooperman.com<br><br>*Independent Auditor and Accounting Services Provider to the Debtors and Debtors in Possession* |