## **Exhibit A**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Daly, Paul | Partner | Tax | $ 600.00 | 3.50 | $ 2,100.00 |
| Freel, Michael | Manager | State & Local Tax | $ 410.00 | 2.25 | $ 922.50 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 5.75 | $ 2,645.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 600.00 | 1.50 | $ 900.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 500.00 | 0.25 | $ 125.00 |
| Total Compensation | | | $ 505.09 | 13.25 | $ 6,692.50 |

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 595.24 | 5.25 | 3,125.00 |
| Directors | $ 460.00 | 5.75 | 2,645.00 |
| Managers | $ 410.00 | 2.25 | 922.50 |
| Total Fees Incurred | | 13.25 | 6,692.50 |