## Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 300 | Taxes - General | 10.75 | $ 5,645.00 |
| 613 | SALT Professionals | 2.50 | $ 1,047.50 |
| TOTAL | | 13.25 | $ 6,692.50 |