# Exhibit C

# Time Detail

Feb 10, 2017  
Billing Worksheet  
Client - Client Code  
For the Period: 1/1/2017 - 1/31/2017

| WIP - 0 - Gawker Media - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 300 Tax General | Dailey, Paul | 1/4/2017 | E&P, dividend W/T, treaty benefits, Firms W-8 BEN | $ 600.00 | 1.00 | $ 600.00 |
| taxes | 300 Tax General | Dailey, Paul | 1/6/2017 | W/T and E&P | $ 600.00 | 0.50 | $ 300.00 |
| taxes | 300 Tax General | Dailey, Paul | 1/9/2017 | Dividend- GMGI- Check the box and E&P | $ 600.00 | 1.50 | $ 900.00 |
| taxes | 300 Tax General | Dailey, Paul | 1/13/2017 | E&P | $ 600.00 | 0.50 | $ 300.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 1/27/2017 | e-mail from Eugene R. re: NY sales tax and withholding tax notice; review same and summary e-mail to Eugene; discuss with Eugene | $ 410.00 | 1.00 | $ 410.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 1/31/2017 | review various bankruptcy claim notices from IL, PA and MD revenue departments; call MD revenue dept and discuss with rep, notes to file, e-mail to Mike R. re: additional 2015 year re: employees in these statessupport | $ 410.00 | 1.25 | $ 512.50 |
| taxes | 300 Tax General | LiRosi, Paul | 1/4/2017 | call with Alicia on tax structure, dividend distribution taxable vs non taxable, cummulative vs. current earnings and profits | $ 460.00 | 1.25 | $ 575.00 |
| taxes | 300 Tax General | LiRosi, Paul | 1/4/2017 | meeting with Paul to go over Form 1042, 1042-S requirements for dividend distributions and earnings and profits for hungarian stockholders | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 1/6/2017 | call with Alicia, Will, Sarah and Paul Dailey on Hungarian tax structure along with discussion on foreign withholding, and earnings and profits calculation from foreign to domestic. | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 1/9/2017 | discussion with Sarah from Opportune on tax structure of e&p study, tax research on hungarian distribution | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 1/11/2017 | provided Will with an email on the requirements for 1099-W8BEN and W*BENE, in addition to the information needed in order to prepare both the Hungarian and US E&P calc. | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 1/13/2017 | email to the gawker team on information needed for the E&P prep in addition to the flow of how the dividends will be taxed to the foreign and domestic shareholders | $ 460.00 | 0.50 | $ 230.00 |
| Cons | 300 Tax General | Rhodes, Michael | 1/6/2017 | E&P | $ 600.00 | 1.00 | $ 600.00 |
| taxes | 300 Tax General | Rhodes, Michael | 1/9/2017 | discussion with Lirosi and Dailey re: E&P and entity structure | $ 600.00 | 0.50 | $ 300.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Ruvere, Eugene | 1/27/2017 | Internal discussions and review of documentation related to New York assessment differences and other tax claims. | $ 500.00 | 0.25 | $ 125.00 |
| | | | | | | 13.25 | $ 6,692.50 |



# CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY 10011*

Invoice No.   752164
Date          02/17/2017
Client No.    42254.0

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2017 AS FOLLOWS:

**TAX ADVISORY SERVICES**
| | | |
|---|---|---|
| M. RHODES | 1.50 HRS @ $600/HR | $   900.00 |
| P. LIROSI | 5.75 HRS @ $460/HR | 2,645.00 |
| P. DALY   | 3.50 HRS @ $600/HR | 2,100.00 |

**NYS SALES AND USE TAX AUDIT**
| | | |
|---|---|---|
| E. RUVERE | 0.25 HRS @ $500/HR | 125.00 |
| M. FREEL  | 2.25 HRS @ $410/HR | 922.50 |

|  |  |
|---|---|
| Total This Invoice | $   6,692.50 |

**Payment due upon receipt.**
Please include this page or make reference to the invoice number and client number on your check.
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.