# **EXHIBIT B**

# **IRS Claims**

60815672_8

**RECEIVED**
**OCT 1 2 2016**
**PRIME CLERK LLC**

Fill in this information to identify the case:

Debtor 1  GAWKER MEDIA LLC

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN    District of NEW YORK
(State)

Case number  16-11700-SMB

☒ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number    Street
Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone  1-800-973-0424
Contact email

Creditor Number:

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
290 Broadway
Number    Street
New York    NY    10007
City    State    ZIP Code

Contact phone  (212) 436-1334
Contact email

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on: _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing?


Claim Number: 317

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _See Attachment_ |
| 7. How much is the claim? | $ 44,570,413.70          Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:**                    $_____<br>**Amount of the claim that is secured:**   $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)   ____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property   See Attachment |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
■ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 12,716,122.35 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 10/06/2016
                  MM / DD / YYYY

/s/ MARIBEL SANCHEZ
(Signature)

**Print the name of the person who is completing and signing this claim:**

Name     MARIBEL                                    SANCHEZ
         First name         Middle name             Last name

Title    Bankruptcy Specialist

Company  Internal Revenue Service
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  290 Broadway
         Number    Street

         New York                           NY        10007
         City                               State     ZIP Code

Contact Phone (212) 436-1334          Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

In the Matter of: GAWKER MEDIA LLC
114 5TH AVE
NEW YORK COUNTY
NEW YORK, NY 10011



Form 410 Attachment

Case Number
16-11700-SMB

Type of Bankruptcy Case
CHAPTER 11

Date of Petition
06/10/2016

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | WT-FICA | 06/30/2013 | / NOT FILED | $1,697,430.86 | $155,754.65 |
| | WT-FICA | 09/30/2013 | / NOT FILED | $1,697,430.86 | $141,794.93 |
| | WT-FICA | 12/31/2013 | / NOT FILED | $1,697,430.86 | $127,940.40 |
| | FUTA | 12/31/2013 | / NOT FILED | $14,893.09 | $1,122.54 |
| | WT-FICA | 03/31/2014 | / NOT FILED | $1,697,430.86 | $114,636.94 |
| | WT-FICA | 06/30/2014 | / NOT FILED | $1,697,430.86 | $100,986.97 |
| | WT-FICA | 09/30/2014 | / NOT FILED | $1,697,430.86 | $87,439.79 |
| | WT-FICA | 12/31/2014 | / NOT FILED | $1,697,430.86 | $73,994.71 |
| | FUTA | 12/31/2014 | / NOT FILED | $14,893.09 | $649.22 |
| | | | | $11,911,802.20 | $804,320.15 |

**Total Amount of Unsecured Priority Claims:** $12,716,122.35

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | WT-FICA | 06/30/2009 | / NOT FILED | $1,697,430.86 | $432,532.48 |
| | WT-FICA | 09/30/2009 | / NOT FILED | $1,697,430.86 | $411,166.83 |
| | WT-FICA | 12/31/2009 | / NOT FILED | $1,697,430.86 | $390,015.48 |
| | WT-FICA | 03/31/2010 | / NOT FILED | $1,697,430.86 | $369,755.84 |
| | WT-FICA | 06/30/2010 | / NOT FILED | $1,697,430.86 | $349,019.92 |
| | WT-FICA | 09/30/2010 | / NOT FILED | $1,697,430.86 | $328,491.98 |
| | WT-FICA | 12/31/2010 | / NOT FILED | $1,697,430.86 | $309,873.91 |
| | FUTA | 12/31/2010 | / NOT FILED | $14,893.09 | $2,718.80 |
| | WT-FICA | 03/31/2011 | / NOT FILED | $1,697,430.86 | $293,607.52 |
| | WT-FICA | 06/30/2011 | / NOT FILED | $1,697,430.86 | $273,635.45 |
| | WT-FICA | 09/30/2011 | / NOT FILED | $1,697,430.86 | $255,521.50 |
| | WT-FICA | 12/31/2011 | / NOT FILED | $1,697,430.86 | $240,823.78 |
| | FUTA | 12/31/2011 | / NOT FILED | $14,893.09 | $2,112.97 |
| | WT-FICA | 03/31/2012 | / NOT FILED | $1,697,430.86 | $226,578.36 |
| | WT-FICA | 06/30/2012 | / NOT FILED | $1,697,430.86 | $212,124.57 |
| | WT-FICA | 09/30/2012 | / NOT FILED | $1,697,430.86 | $197,779.42 |
| | WT-FICA | 12/31/2012 | / NOT FILED | $1,697,430.86 | $183,528.91 |

HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN THIS CLAIMS AS RE-CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.    NOT FILED

Page 1 of 2

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **410** Attachment

| | |
|---|---|
| Case Number | 16-11700-SMB |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 06/10/2016 |

**In the Matter of:** GAWKER MEDIA LLC
114 5TH AVE
NEW YORK COUNTY
NEW YORK, NY 10011

## Unsecured General Claims (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | FUTA | 12/31/2012 | 1  NOT FILED | $14,893.09 | $1,610.28 |
| | WT-FICA | 03/31/2013 | 1  NOT FILED | $1,697,430.86 | $169,820.32 |
| | | | | $27,203,573.03 | $4,650,718.32 |

**Total Amount of Unsecured General Claims:**     $31,854,291.35

---

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW, THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

**Internal Revenue Service**
Insolvency, 5th Floor
290 Broadway
New York, NY 10007-1867

Official Business
Penalty for Private Use, $300

RECEIVED

OCT 1 2 2016

PRIME CLERK LLC

Claims and Noticing Agent
Prime Clerk LLC
830 3rd Avenue 9th Fl
New York, NY 10022

100223656S C372

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | GAWKER MEDIA LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN District of NEW YORK (State) |
| Case number | 16-11700-SMB |

RECEIVED
NOV 1 4 2016
PRIME CLERK LLC

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number        Street
Philadelphia    PA    19101-7346
City            State    ZIP Code

Contact phone  1-800-973-0424
Contact email  _____

Creditor Number: _____

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
290 Broadway
Number        Street
New York    NY    10007
City            State    ZIP Code

Contact phone  (212) 436-1334
Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)
_____

**4. Does this claim amend one already filed?**
☐ No
☑ Yes.    Claim number on court claims registry (if known) _____    Filed on: 10/06/2016
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Claim Number: 323
Original

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    See Attachment |
| 7. How much is the claim? | $ 44,857,034.76     Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:**    $ _____<br>**Amount of the claim that is secured:**    $ _____<br>**Amount of the claim that is unsecured:**    $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>**Annual Interest Rate** (when case was filed)    % _____<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property    See Attachment |

(

| | | **Amount entitled to priority** |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ■ Yes. Check all that apply: <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 13,002,743.41 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | *Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/09/2016
    MM / DD / YYYY

/s/ MARIBEL SANCHEZ
(Signature)

**Print the name of the person who is completing and signing this claim:**

Name        MARIBEL                                          SANCHEZ
            First name          Middle name                  Last name

Title       Bankruptcy Specialist

Company     Internal Revenue Service
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     290 Broadway
            Number       Street

            New York                              NY          10007
            City                                  State       ZIP Code

Contact Phone (212) 436-1334                Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** GAWKER MEDIA LLC
114 5TH AVE
NEW YORK COUNTY
NEW YORK, NY 10011

Form **410**
Attachment

| | |
|---|---|
| Case Number | 16-11700-SMB |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 06/10/2016 |

Amendment No. 1 to Proof of Claim dated 10/06/2016.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

ESTIMATED CLAIMS CAN BE AMENDED WHEN RETURNS ARE FILED. SEND ORIGINAL

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | WT-FICA | 06/30/2013 | ESTIMATED LIABILITY * | $1,697,430.86 | $155,754.65 |
| | WT-FICA | 09/30/2013 | ESTIMATED LIABILITY * | $1,697,430.86 | $141,794.93 |
| | WT-FICA | 12/31/2013 | ESTIMATED LIABILITY * | $1,697,430.86 | $127,940.40 |
| | FUTA | 12/31/2013 | ESTIMATED LIABILITY * | $14,893.09 | $1,122.54 |
| | WT-FICA | 03/31/2014 | ESTIMATED LIABILITY * | $1,697,430.86 | $114,636.94 |
| | WT-FICA | 06/30/2014 | ESTIMATED LIABILITY * | $1,697,430.86 | $100,986.97 |
| | WT-FICA | 09/30/2014 | ESTIMATED LIABILITY * | $1,697,430.86 | $87,439.79 |
| | WT-FICA | 12/31/2014 | ESTIMATED LIABILITY * | $1,697,430.86 | $73,994.71 |
| | CORP-INC | 12/31/2014 | PENDING EXAMINATION | $0.00 | $0.00 |
| | FUTA | 12/31/2014 | ESTIMATED LIABILITY * | $14,893.09 | $649.22 |
| | CORP-INC | 12/31/2015 | PENDING EXAMINATION | $284,033.00 | $2,588.06 |
| | | | | $12,195,835.20 | $806,908.21 |

**Total Amount of Unsecured Priority Claims:** $13,002,743.41

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | WT-FICA | 06/30/2009 | ESTIMATED LIABILITY * | $1,697,430.86 | $432,532.48 |
| | WT-FICA | 09/30/2009 | ESTIMATED LIABILITY * | $1,697,430.86 | $411,166.83 |
| | WT-FICA | 12/31/2009 | ESTIMATED LIABILITY * | $1,697,430.86 | $390,015.48 |
| | WT-FICA | 03/31/2010 | ESTIMATED LIABILITY * | $1,697,430.86 | $369,755.84 |
| | WT-FICA | 06/30/2010 | ESTIMATED LIABILITY * | $1,697,430.86 | $349,019.92 |
| | WT-FICA | 09/30/2010 | ESTIMATED LIABILITY * | $1,697,430.86 | $328,491.98 |
| | WT-FICA | 12/31/2010 | ESTIMATED LIABILITY * | $1,697,430.86 | $309,873.91 |
| | FUTA | 12/31/2010 | ESTIMATED LIABILITY * | $14,893.09 | $2,718.80 |
| | WT-FICA | 03/31/2011 | ESTIMATED LIABILITY * | $1,697,430.86 | $293,607.52 |
| | WT-FICA | 06/30/2011 | ESTIMATED LIABILITY * | $1,697,430.86 | $273,635.45 |
| | WT-FICA | 09/30/2011 | ESTIMATED LIABILITY * | $1,697,430.86 | $255,521.50 |
| | WT-FICA | 12/31/2011 | ESTIMATED LIABILITY * | $1,697,430.86 | $240,823.78 |
| | FUTA | 12/31/2011 | ESTIMATED LIABILITY * | $14,893.09 | $2,112.97 |
| | WT-FICA | 03/31/2012 | ESTIMATED LIABILITY * | $1,697,430.86 | $226,578.36 |

Page 1 of 2

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** GAWKER MEDIA LLC
114 5TH AVE
NEW YORK COUNTY
NEW YORK, NY 10011

Form 410 Attachment

| Case Number |
| --- |
| 16-11700-SMB |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 06/10/2016 |

Amendment No. 1 to Proof of Claim dated 10/06/2016.

**Unsecured General Claims** (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| | WT-FICA | 06/30/2012 | ESTIMATED LIABILITY * | $1,697,430.86 | $212,124.57 |
| | WT-FICA | 09/30/2012 | ESTIMATED LIABILITY * | $1,697,430.86 | $197,779.42 |
| | WT-FICA | 12/31/2012 | ESTIMATED LIABILITY * | $1,697,430.86 | $183,528.91 |
| | FUTA | 12/31/2012 | ESTIMATED LIABILITY * | $14,893.09 | $1,610.28 |
| | WT-FICA | 03/31/2013 | ESTIMATED LIABILITY * | $1,697,430.86 | $169,820.32 |
| | | | | $27,203,573.03 | $4,650,718.32 |

**Total Amount of Unsecured General Claims:**  $31,854,291.35

**Internal Revenue Service**
Insolvency, 5th Floor
290 Broadway
New York, NY 10007-1867

Official Business
Penalty for Private Use, $300

RECEIVED
NOV 1 4 2016
PRIME

neopost
11/10/2016
US POSTAGE $00.67⁵

FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 10007
041L12100031

Claims and Noticing Agent
Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RECEIVED
DEC 08 2016
PRIME CLERK LLC

■ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
■ No Copy Provided — OC

**Fill in this information to identify the case:**

Debtor 1    GAWKER MEDIA LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN    District of NEW YORK
                                                            (State)

Case number    16-11700-SMB

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number    Street
Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone   1-800-973-0424
Contact email   _____

Creditor Number: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)
_____

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
290 Broadway
Number    Street
New York    NY    10007
City    State    ZIP Code

Contact phone   (212) 436-1334
Contact email   _____

**4. Does this claim amend one already filed?**
☐ No
■ Yes.    Claim number on court claims registry (if known) _____    Filed on: 10/06/2016
                                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes.  Who made the earlier filing? _____

Claim Number: 383

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    See Attachment |
| 7. How much is the claim? | $ 2,468,614.76    Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of Property:    $_____<br>Amount of the claim that is secured:    $_____<br>Amount of the claim that is unsecured:    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:    $_____<br><br>Annual Interest Rate (when case was filed)    ____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property    See Attachment |

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>■ Yes. Check all that apply:<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$ _____<br><br>$ _____<br><br>$ _____<br><br>$ 2,468,614.76<br><br>$ _____<br><br>$ _____ |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/07/2016
                  MM / DD / YYYY

/s/ MARIBEL SANCHEZ
(Signature)

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | MARIBEL | | SANCHEZ |
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 290 Broadway | | |
| | Number     Street | | |
| | New York | NY | 10007 |
| | City | State | ZIP Code |

Contact Phone  (212) 436-1334                Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** GAWKER MEDIA LLC
114 5TH AVE
NEW YORK COUNTY
NEW YORK, NY 10011

Form 410 Attachment

| Case Number | 16-11700-SMB |
| --- | --- |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 06/10/2016 |

Amendment No. 2 to Proof of Claim dated 10/06/2016.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

· PENDING EXAMINATION

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| | CORP-INC | 12/31/2014 | ESTIMATED LIABILITY * | $1,767,275.00 | $70,532.86 |
| | CORP-INC | 12/31/2015 | ESTIMATED LIABILITY * | $625,111.00 | $5,695.90 |
| | | | | $2,392,386.00 | $76,228.76 |

**Total Amount of Unsecured Priority Claims:** $2,468,614.76

* This is an estimated claim pending the completion of an audit, at which time the IRS will amend the claim accordingly.

Page 1 of 1

# Prime Clerk 

## CLAIM/BALLOT HAND DELIVERY CONFIRMATION SHEET

**DATE RECEIVED:** RECEIVED DEC 08 2016 PRIME CLERK LLC

**CASE:** GAWKER

**NO. OF CLAIMS:** 1

**NO. OF BALLOTS:** 0

**COPIES:** Returned 1

**RECEIVED BY:** NA