# **EXHIBIT D**

## **2014 IRS Transcript**



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 02-13-2017
Response Date: 02-13-2017
Tracking Number: 100315568657

FORM NUMBER:   1120
TAX PERIOD:    Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:

GAWKER MEDIA LLC
GAWKER MEDIA GROUP INC SINGLE MBR
114 5TH AVENUE 2ND FLR
NEW YORK, NY 10011-5611-022

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          $0.00
ACCRUED INTEREST:                         $0.00   AS OF: Feb. 20, 2017
ACCRUED PENALTY:                          $0.00   AS OF: Mar. 15, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):            $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

NET RECEIPTS:              $47,134,479.00
TOTAL INCOME:              $47,235,595.00
TOTAL DEDUCTIONS:          $46,440,508.00
NET TAXABLE INCOME:                 $0.00
MINIMUM TAX AMOUNT:                 $0.00
ESTIMATED TAX CREDITS:              $0.00
PERSONAL HOLDING TAX:               $0.00
ES/7004 PAYMENTS CLAIMED:           $0.00
TAX PER RETURN:               $270,330.00
NAICS CD:                         812990

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 15, 2015
PROCESSED DATE                                              Oct. 12, 2015

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201538 | 10-12-2015 | $270,330.00 |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| n/a | 93310-260-00430-5 | | | |
| 460 | Extension of time to file tax return ext. Date 09-15-2015 | | 04-06-2015 | $0.00 |
| 960 | Appointed representative | | 07-01-2015 | $0.00 |
| 170 | Penalty for not pre-paying tax | 201538 | 10-12-2015 | $4,876.00 |
| 276 | Penalty for late payment of tax | 201538 | 10-12-2015 | $9,461.55 |
| 196 | Interest charged for late payment | 201538 | 10-12-2015 | $4,728.88 |
| 971 | Tax period blocked from automated levy program | | 12-28-2015 | $0.00 |
| 670 | Payment | | 01-26-2016 | -$301,408.54 |
| 276 | Penalty for late payment of tax | 201605 | 02-22-2016 | $8,109.90 |
| 196 | Interest charged for late payment | 201605 | 02-22-2016 | $3,747.47 |
| 826 | Credit transferred out to 1120 201312 | | 01-26-2016 | $154.74 |
| 424 | Examination Request | | 11-09-2016 | $0.00 |
| 420 | Examination of tax return | | 11-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-10-2016 | $0.00 |
| 290 | Additional tax assessed | 201649 | 12-26-2016 | $0.00 |
| n/a | 83354-737-57075-6 | | | |
| 295 | Reduced or removed prior tax assessed | | 03-15-2016 | -$270,330.00 |
| n/a | 29354-737-91100-6 | | | |
| 290 | Additional tax assessed | 201650 | 01-02-2017 | $0.00 |
| n/a | 29354-737-91100-6 | | | |
| 520 | Bankruptcy or other legal action filed | | 06-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-10-2016 | $0.00 |
| 960 | Appointed representative | | 12-13-2016 | $0.00 |
| 776 | Interest credited to your account | | 01-02-2017 | -$3,161.80 |
| 846 | Refund issued | | 01-02-2017 | $273,491.80 |
| 570 | Additional account action pending | | 12-19-2016 | $0.00 |
| 840 | Refund issued | | 12-20-2016 | $270,330.00 |
| 777 | Reduced or removed interest credited to your account | | 01-02-2017 | $3,161.80 |
| 841 | Refund cancelled | | 01-02-2017 | -$273,491.80 |

This Product Contains Sensitive Taxpayer Data