# **EXHIBIT F**

## **2015 IRS Transcript**



This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 02-13-2017
Response Date: 02-13-2017
Tracking Number: 100315568657

FORM NUMBER:     1120
TAX PERIOD:      Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:

GAWKER MEDIA LLC
GAWKER MEDIA GROUP INC SINGLE MBR
114 5TH AVENUE 2ND FLR
NEW YORK, NY 10011-5611-022

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        $0.00
ACCRUED INTEREST:                       $0.00   AS OF: Feb. 20, 2017
ACCRUED PENALTY:                        $0.00   AS OF: Sep. 15, 2016

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):          $0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
NET RECEIPTS:                    $51,794,820.00
TOTAL INCOME:                    $53,298,681.00
TOTAL DEDUCTIONS:                $59,123,357.00
NET TAXABLE INCOME:              -$5,824,676.00
MINIMUM TAX AMOUNT:                      $0.00
ESTIMATED TAX CREDITS:                   $0.00
PERSONAL HOLDING TAX:                    $0.00
ES/7004 PAYMENTS CLAIMED:                $0.00
TAX PER RETURN:                          $0.00
NAICS CD:                               812990

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Sep. 13, 2016
PROCESSED DATE                                              Oct. 03, 2016

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201637 | 10-03-2016 | $0.00 |

| | | | |
|---|---|---|---|
| n/a | 93310-257-26030-6 | | |
| 460 | Extension of time to file tax return ext. Date 09-15-2016 | 03-28-2016 | $0.00 |
| 424 | Examination Request | 11-09-2016 | $0.00 |
| 420 | Examination of tax return | 11-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 06-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 06-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 06-10-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 06-10-2016 | $0.00 |
| 960 | Appointed representative | 12-13-2016 | $0.00 |

This Product Contains Sensitive Taxpayer Data