# **EXHIBIT H**

## **Refund Application**

# Form 1139 — Corporation Application for Tentative Refund

Form **1139** (Rev. November 2014)
Department of the Treasury
Internal Revenue Service

▶ Information about Form 1139 and its separate instructions is at www.irs.gov/form1139.
▶ Do not file with the corporation's income tax return - file separately.
▶ Keep a copy of this application for your records.

OMB No. 1545-0123

**Name:** GAWKER MEDIA LLC

**Number, street, and room or suite no.** If a P.O. box, see separate instructions.
c/o Opportune, LLP 10 East 53rd St. Floor 33

**City or town, state, and ZIP code:** NEW YORK, NY 10022

**Employer identification number:** 

**Date of incorporation:** 06/01/2004

**Daytime phone number:** 212-655-9524

**1 Reason(s) for filing.** See instructions - attach computation
- a Net operating loss (NOL) ▶ $ 5,824,676.
- b Net capital loss ▶ $
- c Unused general business credit ▶
- d Other ▶ $

**2** Return for year of loss, unused credit, or overpayment under section 1341(b)(1) ▶
- a Tax year ended: 12/31/15
- b Date tax return filed: 09/15/2016
- c Service center where filed: OGDEN, UT

**3** If this application is for an unused credit created by another carryback, enter ending date for the tax year of the first carryback ▶

**4** Did a loss result in the release of a foreign tax credit, or is the corporation carrying back a general business credit that was released because of the release of a foreign tax credit? If "Yes," the corporation must file an amended return to carry back the released credits — Yes ☐  No ☒

**5a** Was a consolidated return filed for any carryback year or did the corporation join a consolidated group? — Yes ☐  No ☒
**b** If "Yes," enter the tax year ending date and the name of the common parent and its EIN, if different from above ▶

**6a** If Form 1138 has been filed, was an extension of time granted for filing the return for the tax year of the NOL? — Yes ☐  No ☒
**b** If "Yes," enter the date to which extension was granted ▶
**c** Enter the date Form 1138 was filed ▶
**d** Unpaid tax for which Form 1138 is in effect ▶ $

**7** If the corporation changed its accounting period, enter the date permission to change was granted ▶

**8** If this is an application for a dissolved corporation, enter date of dissolution ▶

**9** Has the corporation filed a petition in Tax Court for the year or years to which the carryback is to be applied? — Yes ☐  No ☒

**10** Is any part of the decrease in tax due to a loss or credit resulting from a reportable transaction required to be disclosed? If Yes, attach Form 8886 — Yes ☐  No ☒

**Computation of Decrease in Tax** — See instructions.
Note: If only filing for an unused general business credit (line 1c), skip lines 11 through 15.

| | 2ND preceding tax year ended 12/31/13 | | 1ST preceding tax year ended 12/31/14 | | preceding tax year ended | |
|---|---|---|---|---|---|---|
| | (a) Before carryback | (b) After carryback | (c) Before carryback | (d) After carryback | (e) Before carryback | (f) After carryback |
| 11 Taxable income from tax return | 805,478. | 805,478. | 795,087. | 795,087. | | |
| 12 Capital loss carryback | | | | | | |
| 13 Subtract line 12 from line 11 | | 805,478. | | 795,087. | | |
| 14 NOL deduction | | 805,478. | | 795,087. | | |
| 15 Taxable income. Subtract line 14 from line 13 | | 0. | | 0. | | |
| 16 Income tax | 273,863. | 0. | 270,330. | 0. | | |
| 17 Alternative minimum tax | | | | | | |
| 18 Add lines 16 and 17 | 273,863. | 0. | 270,330. | 0. | | |
| 19 General business credit | | | | | | |
| 20 Other credits | | | | | | |
| 21 Total credits. Add lines 19 and 20 | | | | | | |
| 22 Subtract line 21 from line 18 | 273,863. | 0. | 270,330. | 0. | | |
| 23 Personal holding company tax (Sch. PH (Form 1120)) | | | | | | |
| 24 Other taxes | | | | | | |
| 25 Total tax liability. Add lines 22 through 24 | 273,863. | 0. | 270,330. | 0. | | |
| 26 Enter amount from "After carryback" column on line 25 for each year | | 0. | | 0. | | |
| 27 Decrease in tax. Subtract line 26 from line 25 | 273,863. | | 270,330. | | | |

**28** Overpayment of tax due to a claim of right adjustment under section 1341(b)(1) (attach computation)

**Sign Here**
Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

Signature of officer: [signed]
Date: 11/14/2016
Title: CRO

**Paid Preparer Use Only**

Print/Type preparer's name: MICHAEL RHODES
Preparer's signature:
Date:
Check if self-employed: ☐
PTIN:

Firm's name ▶ CITRIN COOPERMAN & COMPANY, LLP
Firm's EIN ▶
Firm's address ▶ 529 FIFTH AVENUE
NEW YORK, NY 10017-4683
Phone no.: (212) 697-1000

512471 04-01-15  JWA  For Paperwork Reduction Act Notice, see separate instructions.

Form **1139** (Rev. 11-2014)

| Form **1120** | | **U.S. Corporation Income Tax Return** For calendar year 2015 or tax year beginning _____, ending _____ | | OMB No. 1545-0123 **2015** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120. | | |

| A Check if: | | Name | B Employer identification number |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | **TYPE OR PRINT** | GAWKER MEDIA LLC | |
| b Life/nonlife consolidated return ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) ☐ | | 114 FIFTH AVENUE, FLOOR 2 | 06/01/2004 |
| 3 Personal service corp. (see instructions) ☐ | | City or town, state, or province, country and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached ☒ | | NEW YORK, NY 10011 | $ 37,791,482. |

E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 51,794,820. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 51,794,820. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 51,794,820. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest  SEE STATEMENT 1 | 5 | 47. |
| 6 | Gross rents | 6 | 456,742. |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach statement)  SEE STATEMENT 2 | 10 | 1,047,072. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 53,298,681. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) ▶ | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 25,477,258. |
| 14 | Repairs and maintenance | 14 | 101,653. |
| 15 | Bad debts | 15 | 263,054. |
| 16 | Rents | 16 | 2,700,018. |
| 17 | Taxes and licenses  SEE STATEMENT 3 | 17 | 2,002,988. |
| 18 | Interest | 18 | 185,801. |
| 19 | Charitable contributions  SEE STATEMENT 4  AND  SEE STATEMENT 5 | 19 | 0. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 6,880,719. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 3,713,455. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 900,749. |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach statement)  SEE STATEMENT 6 | 26 | 16,897,662. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 59,123,357. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -5,824,676. |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | -5,824,676. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2016 estimated tax ▶ ____ Refunded ▶ | 36 | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    Date    ▶ PRESIDENT  Title

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name  MICHAEL RHODES | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ CITRIN COOPERMAN & COMPANY, LLP | | | Firm's EIN ▶ | |
| | Firm's address ▶ 529 FIFTH AVENUE  NEW YORK, NY 10017-4683 | | | Phone no. (212) 697-1000 | |

511601 12-28-15   JWA   For Paperwork Reduction Act Notice, see separate instructions.    Form 1120 (2015)

Form 1120 (2015)    GAWKER MEDIA LLC    Page 2

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form **1120** (2015)

511611
12-28-15    JWA

| Form **1120** | | U.S. Corporation Income Tax Return | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2014 or tax year beginning _____, ending _____ EXTENSION GRANTED TO 09/15/15 ▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120. | **2014** |

**A** Check if:
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☒

TYPE OR PRINT

Name: **GAWKER MEDIA LLC**
Number, street, and room or suite no. If a P.O. box, see instructions.
**114 FIFTH AVENUE, FLOOR 2**
City or town, state, or province, country and ZIP or foreign postal code
**NEW YORK, NY  10011**

**B** Employer identification number
**C** Date incorporated: **06/01/2004**
**D** Total assets (see instructions): **$ 21,692,879.**

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | |
|---|---|---|
| 1a Gross receipts or sales | 1a 47,134,479. | |
| b Returns and allowances | 1b | |
| c Balance. Subtract line 1b from line 1a | 1c | 47,134,479. |
| 2 Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 47,134,479. |
| 4 Dividends (Schedule C, line 19) | 4 | |
| 5 Interest                               SEE STATEMENT 1 | 5 | 357. |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 Other income (attach statement)       SEE STATEMENT 2 | 10 | 100,759. |
| 11 Total income. Add lines 3 through 10 ▶ | 11 | 47,235,595. |

### Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 Compensation of officers (attach Form 1125-E) ▶ | 12 | 960,299. |
| 13 Salaries and wages (less employment credits) | 13 | 21,534,818. |
| 14 Repairs and maintenance | 14 | |
| 15 Bad debts | 15 | 11,749. |
| 16 Rents | 16 | 893,866. |
| 17 Taxes and licenses               SEE STATEMENT 3 | 17 | 1,675,133. |
| 18 Interest | 18 | |
| 19 Charitable contributions | 19 | |
| 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 887,453. |
| 21 Depletion | 21 | |
| 22 Advertising | 22 | 3,466,857. |
| 23 Pension, profit-sharing, etc., plans | 23 | |
| 24 Employee benefit programs | 24 | 64,111. |
| 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 Other deductions (attach statement)   SEE STATEMENT 4 | 26 | 16,946,222. |
| 27 Total deductions. Add lines 12 through 26 ▶ | 27 | 46,440,508. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 795,087. |
| 29a Net operating loss deduction (see instructions) | 29a | |
| b Special deductions (Schedule C, line 20) | 29b | |
| c Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 30 Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | 795,087. |
| 31 Total tax (Schedule J, Part I, line 11) | 31 | 270,330. |
| 32 Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☒ | 33 | 4,876. |
| 34 Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed   STMT 5  ** | 34 | 275,206. |
| 35 Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 Enter amount from line 35 you want: Credited to 2015 estimated tax ▶           Refunded ▶ | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer   Date   ▶ PRESIDENT   Title

May the IRS discuss this return with the preparer shown below?  ☒ Yes ☐ No

**Paid Preparer Use Only**

Print/Type preparer's name: **MICHAEL RHODES**
Preparer's signature   Date   Check if self-employed ☐   PTIN
Firm's name ▶ **CITRIN COOPERMAN & COMPANY, LLP**   Firm's EIN ▶
Firm's address ▶ **529 FIFTH AVENUE   NEW YORK, NY  10017-4683**   Phone no. **(212) 697-1000**

411601 01-02-15  JWA  For Paperwork Reduction Act Notice, see separate instructions.   ** STMT 6   STMT 7   Form **1120** (2014)

**TOTAL BALANCE DUE:   287,435.**           **INT   4,119.   PEN   8,110.**

| Form **1120X** (Rev. January 2011) Department of the Treasury Internal Revenue Service | Amended U.S. Corporation Income Tax Return | OMB No. 1545-0132 |
|---|---|---|
| | | For tax year ending ▶ DECEMBER 2013 (Enter month and year.) |

| | Name | Employer identification number |
|---|---|---|
| Please Type or Print | GAWKER MEDIA LLC | |
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) 210 ELIZABETH STREET | |
| | City or town, state, and ZIP code NEW YORK, NY 10012 | Telephone number (optional) 212-655-9524 |

Enter name and address used on original return (If same as above, write "Same.")

SAME

Internal Revenue Service Center where original return was filed ▶ OGDEN, UT

**Fill in applicable items and use Part II to explain any changes**

| Part I | Income and Deductions | | (a) As originally reported or as previously adjusted | (b) Net change - increase or (decrease) - explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income | 1 | 33,275,626. | 1,537,841. | 34,813,467. |
| 2 | Total deductions | 2 | 33,485,281. | 522,708. | 34,007,989. |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | -209,655. | 1,015,133. | 805,478. |
| 4 | Total Tax | 4 | 0. | 273,863. | 273,863. |

**Payments and Credits**

| | | | |
|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | |
| b | Estimated tax payments | 5b | |
| c | Refund applied for on Form 4466 | 5c | |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | |
| e | Tax deposited with Form 7004 | 5e | |
| f | Credit from Form 2439 | 5f | |
| g | Credit for federal tax on fuels and other refundable credits | 5g | |
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | |
| 7 | Add lines 5d through 6, column (c) | 7 | |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | |
| 9 | Subtract line 8 from line 7 | 9 | |

**Tax Due or Overpayment**

| | | | |
|---|---|---|---|
| 10 | Tax due. Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." ▶ | 10 | 273,863. |
| 11 | Overpayment. Subtract line 4, column (c), from line 9 ▶ | 11 | |
| 12 | Enter the amount of line 11 you want: Credited to 2014 estimated tax ▶  Refunded ▶ | 12 | |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer   Date    ▶ PRESIDENT Title

| Paid Preparer's Use Only | Print/Type preparer's name MICHAEL RHODES | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ CITRIN COOPERMAN & COMPANY, LLP | | | Firm's EIN ▶ | |
| | Firm's address ▶ 529 FIFTH AVENUE NEW YORK, NY 10017-4683 | | | Phone no. (212) 697-1000 | |

JWA  For Paperwork Reduction Act Notice, see instructions on page 4.   Form **1120X** (Rev. 1-2011)

310711
05-01-13

Form 1120X (Rev. 1-2011) Page 2

**Part II** Explanation of Changes to Items in Part I (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** in the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** in the instructions, and check here ▶ ☐

WE ARE AMENDING THE RETURN TO PROPERLY INCLUDE INCOME AND DEDUCTIONS REPORTED ON THE AUDITED FINANCIAL STATEMENTS THAT WERE FINALIZED AFTER THE FILING OF THE ORIGINAL TAX RETURN.

310721 05-01-13 JWA

Form 1120X (Rev. 1-2011)

# Form 1120 — U.S. Corporation Income Tax Return

OMB No. 1545-0123

For calendar year 2013 or tax year beginning _____, ending _____

**2013**

Department of the Treasury
Internal Revenue Service

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

**A Check if:**
- 1a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☒

TYPE OR PRINT

**Name:** GAWKER MEDIA LLC
**Number, street, and room or suite no.:** 210 ELIZABETH STREET
**City or town, state, or province, country and ZIP or foreign postal code:** NEW YORK, NY 10012

**B Employer identification number:**
**C Date incorporated:** 06/01/2004
**D Total assets (see instructions):** $ 17,401,750.

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  34,662,856. | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 34,662,856. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 34,662,856. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest  SEE STATEMENT 1 | 5 | 637. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | 131,507. |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach statement)  SEE STATEMENT 2 | 10 | 18,467. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 34,813,467. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 727,195. |
| 13 | Salaries and wages (less employment credits) | 12,586,558. |
| 14 | Repairs and maintenance | 81,981. |
| 15 | Bad debts | 679,393. |
| 16 | Rents | 637,841. |
| 17 | Taxes and licenses  SEE STATEMENT 3 | 1,370,793. |
| 18 | Interest | 40,743. |
| 19 | Charitable contributions  SEE STATEMENT 4  AND  SEE STATEMENT 5 | 11,661. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 709,402. |
| 21 | Depletion | |
| 22 | Advertising | 2,094,035. |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | 47,121. |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach statement)  SEE STATEMENT 6 | 14,900,840. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 33,887,563. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 925,904. |
| 29a | Net operating loss deduction (see instructions) STATEMENT 7   29a   120,426. | |
| b | Special deductions (Schedule C, line 20)   29b | |
| c | Add lines 29a and 29b | 29c  120,426. |
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 805,478. |

## Tax, Refundable Credits, and Payments

| Line | Description | Amount |
|---|---|---|
| 31 | Total tax (Schedule J, Part I, line 11) | 273,863. |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☒ | 4,941. |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 278,804. |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2014 estimated tax ▶ _____ Refunded ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ____  Date ____  Title: PRESIDENT

May the IRS discuss this return with the preparer shown below?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: MICHAEL RHODES | Preparer's signature ____  Date ____  Check if self-employed ☐  PTIN ____ |
| Firm's name ▶ CITRIN COOPERMAN & COMPANY, LLP | Firm's EIN ▶ |
| Firm's address ▶ 529 FIFTH AVENUE NEW YORK, NY 10017-4683 | Phone no. (212) 697-1000 |

311601 12-18-13  JWA  For Paperwork Reduction Act Notice, see separate instructions.   Form 1120 (2013)