# **Exhibit B**

## **Ole Media Claim**

60873638_6

# Proof of Claim

MMLID: 2914694

| Please select applicable Debtor (select only one Debtor per claim form): |
|---|
| ☒ Gawker Media, LLC (Case No. 16-11700) |
| ☐ Kinja, Kft. (Case No. 16-11718) |
| ☐ Gawker Media Group, Inc. (Case No. 16-11719) |

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

You may also submit your claim electronically by visiting http://cases.primeclerk.com/Gawker/EPOC-Index

Official Form 410

*The Debtors have listed you on Schedule G as a counterparty to one or more executory contracts. If you believe the Debtors owe you money as of the Petition Date, you must submit a proof of claim or be forever barred from recovery.*

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Ole Media Management L.P. dba Jingle Punks
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Ole Media Management L.P. dba Jingle Punks
Attn: General Counsel
266 King Street West
Suite 500
Toronto ON M5V 1H8
Canada

Contact phone (416) 619-2078
Contact email jennifer_correia@olemm.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code _____
Contact phone _____
Contact email _____

RECEIVED
SEP 27 2016
PRIME CLERK LLC

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Claim Number: 88

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ . ____ ____

**7. How much is the claim?** $ 10,000 USD . Does this amount include interest or other charges?

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Music Rights License Fees

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                $_____

   **Amount of the claim that is secured:**    $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410                                  Proof of Claim                                  page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☒ No

    ☐ Yes. *Check one:*

    **Amount entitled to priority:**

    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

    ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

    ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies.  $_____

    * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

    ☒ No

    ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**  $_____

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/01/2016 (mm/dd/yyyy)

*Signature*

**Print the name of the person who is completing and signing this claim:**

Name: Denis _____ Dinsmore
(First name / Middle name / Last name)

Title: VP, Finance

Company: ole Media Management LP
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 266 King St. W.   Suite 500
(Number / Street)
Toronto       ON    M5V 1H8   Canada
(City / State / ZIP Code)

Contact phone: (416) 619-2059    Email: denis_dinsmore@olemm.com



# Invoice

Jingle Punks Music
11 Park Place, Suite 1400
New York, NY 10007

| Invoice: | JP- PML-002195 |
|---|---|
| P.O. No./ Ref | |
| Sales Rep: | |
| Pay Term | per agreement |

**Date** 6/28/2016

**Invoice To**
Gawker Media LLC
-
210 Elizabeth Street, 3rd Floor
New York, NY 10012
USA

| Description | Amount |
|---|---|
| All Annual Gawker Digital Programming and Promotional Productions Year 2 Billings-Web Content (Webisode)-Annual Blanket-Entire In-House Jingle Punks Music Library | 10,000.00 |

Payment Option
Direct Deposit / Wire Option:
Beneficiary Name: Ole Media Management LP, dba Jingle Punks
Beneficiary Address: 266 King St. W. suite 500, Toronto, On, M5V 1H8
Account No. 721661952
Routing: 021000021
ACH/ Routing/Transit no. 021000021
Swift: CHASUS33
Bank Name: JP Morgan Chase
Bank address: 1 Chase Manhattan Plaza, NY,NY 10004

GST/HST no. 847583671    Total Tax

**Sales Tax Summary**
USD 0.00

PAYMENT OF THIS INVOICE IS YOUR ACKNOWLEDGEMENT THAT YOU UNDERSTAND AND AGREE WITH THE TERMS AND CONDITIONS OF THE ATTACHED LICENSE.

Please make cheque payable to: "ole Media Management LP dba JinglePunks"
Mail Payments to: 11 Park Place STE 1400, New York, NY 10007

**Total**    USD 10,000.00

RECEIVED

SEP 27 2016

PRIME CLERK LLC

Gawker Media, LLC Claims
Processing Center
C/O Prime Clerk LLC
830 3rd Avenue, 3rd Floor
New York, NY
10022

olê

266 King Street W., Suite 500, Toronto, Ontario M5V 1H8

ORIGIN ID:YOOB (416) 619-2065
Meagan Fasulo
ole Media Management
266 King Street West
Suite 500
Toronto, ON M5V1H8
CANADA, CA

Ship Date: 26SEP16
ActWgt: 1.00 LB
CAD: 8048173/INCA3790

Dims: 13x1x10 IN
EIN/VAT:

TO Prime Clerk LLC              (212) 257-2450
   Gawker Media, LLC Claims Processing
   83 - 3rd Avenue, 3rd Floor

**NEW YORK, NY 10022**        (US)

FedEx Express

AWB

**NM JRBA**

PKG TYPE: CUSTOMER

TRK# 7773 1182 8170    Form 0430

INTL PRIORITY

REF:
DESC1: Correspondence/No Commercial Value
DESC2:
DESC3:
DESC4:

COUNTRY MFG: CA                SIGN: Meagan Fasulo
CARRIAGE VALUE: 0.00 CAD       T/C: S 308226522
CUSTOMS VALUE: 0.00 CAD        D/T: S 308226522

These commodities, technology, or software were exported from Canada in accordance with the export administration regulations. Diversion contrary to Canadian law prohibited. The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

RECEIVED

SEP 27 2016

PRIME CLERK LLC



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.