## Exhibit A

**December Monthly Compensation and Staffing Report**



February 22, 2017

**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from December 1, 2016 through December 31, 2016.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



| Invoice To: | | Invoice # | Date | Amount Due |
|---|---|---|---|---|
| **Gawker Media LLC** | | 15307 | 2/22/2017 | $   286,527.59 |
| c/o Opportune LLP | | | | |
| 10 East 53rd Street, 33rd Floor | | | | |
| New York, New York  10022 | | | | |
| *Attn: Scott Tillman* | | | | |

## SUMMARY OF CHARGES FOR PROJECT SCOOP

|  | Amount |
|---|---|
| Time Charges for service rendered December 1, 2016 through December 31, 2016 *(1)* | $   259,540.00 |
| Expenses | 26,987.59 |
| **TOTAL AMOUNT DUE** | **$   286,527.59** |

### *(1)*  Summary of Time Charges by Resource

| Resource | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 109.70 | $   665.00 | $   72,950.50 |
| Lynn Loden | *Managing Director* | 46.30 | 665.00 | 30,789.50 |
| Sarah Abdel-Razek | *Manager* | 136.40 | 400.00 | 54,560.00 |
| Ryan Riddle | *Manager* | 66.70 | 400.00 | 26,680.00 |
| Alicia Hou | *Senior Consultant* | 125.50 | 400.00 | 50,200.00 |
| Maggie Dreyer | *Senior Consultant* | 60.90 | 400.00 | 24,360.00 |
| **Total Time Charges** | | | | **$   259,540.00** |

**Payment Instruction**

**Wire Transfer:**

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
SUMMARY OF SERVICES AND EXPENSES
*FOR THE PERIOD DECEMBER 1, 2016 - DECEMBER 31, 2016*



<u>**SUMMARY OF SERVICES**</u>

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period. Attached are time descriptions summarized by day which further describe the professional services performed.

1.  Maintained a 13-week cash flow forecast and complied with weekly variance reporting.

2.  Responded to inquiries and data requests from counsel, UCC, creditors, and management regarding bankruptcy matters.

3.  Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

4.  Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

5.  Management of liquidity including oversight and approval of expenditures and cash payments.

6.  Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

7.  Participated in negotiations with various creditors to reach settlements.

8.  Supported legal counsel in finalizing the Amended Plan and Disclosure Statement and clearing all objections to confirmation.


<u>**SUMMARY OF EXPENSES**</u>

| | | |
|---|---|---:|
| Travel Expenses | $ | 25,481.75 |
| Meals and Entertainment | | 861.93 |
| Miscellaneous Expenses | | 194.56 |
| Telephone Charges | | 179.35 |
| Parking | | 270.00 |
| **Total Expenses** | **$** | **26,987.59** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/1/16 | 8.20 | $ 665 | $ 5,453.00 | Preparation for court hearing and court hearing. Review of tax claims submitted. Working through issues related to Sales and Use tax liability extending to officers and directors. Addressing outstanding items in regards to 401(k) audit. Resolving issues related to outstanding insurance claims. Review of various matters related to NWC reconciliation. |
| Fri | 12/2/16 | 6.20 | $ 665 | $ 4,123.00 | Reviewed correspondence with Williams' attorney. Finalized the 401(k) Audit. Reviewed Google account invoices. Researched various insurance coverage on prior litigation. Addressed matters related to Sales & Use Tax obligations. |
| Sat | 12/3/16 | 1.10 | $ 665 | $ 731.50 | Responded to emails regarding potential trademark infringement. Review of email correspondence related to writer indemnity claims. |
| Mon | 12/5/16 | 9.80 | $ 665 | $ 6,517.00 | Prepared for call with insurance carriers and brokers. Call with insurance carriers and brokers. Prepared schedule of insurance policies and associated claims. Reviewed MOR. Call and follow up regarding subtenants at 211 Elizabeth Street. Responded to questions from USDOJ on TriNet payments. Board call to update on multiple strategic issues. |
| Tue | 12/6/16 | 6.50 | $ 665 | $ 4,322.50 | Morning review session on 2017 LLC tax work stream. All-hands call on migration of Google Accounts to buyer. Creating and sending off updated analysis on TriNet PEO payments made in 2014. Continued to work with insurance brokers and carriers on coverage related matters. Preparation and conference call regarding US tax obligations. |
| Wed | 12/7/16 | 7.60 | $ 665 | $ 5,054.00 | Review of email correspondence related to D&O coverage on litigation matters. Review and response to Herczeg Auditor proposal. Email to K&H bank regarding revoke access to our accounts. Conference call to discuss preparations for confirmation hearing and required analysis. Review and execution of NDA agreement and Release Agreement. Researched various tax claims. Call regarding the tax treatment for various equity constituents. Call regarding tax matters and historical relevance. Correspondence on multiple settlement negotiations. |
| Thu | 12/8/16 | 8.90 | $ 665 | $ 5,918.50 | Call with equity holders to provide update on case. Extensive review of Disclosure Statement and Plan of Reorganization in preparation for confirmation hearing. Multiple work sessions with team members and counsel in developing updated flow of funds and financials for confirmation. Research of issues related to Sales &Use Tax payments and corresponding liability of officers. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 12/9/16 | 8.90 | $ 665 | $ 5,918.50 | Continued research on Disclosure Statement and Plan of Reorganization in preparation for Confirmation Hearing. Call with D&O carriers and follow up correspondence. Call with GL Claims Adjuster and related follow ups. Call with NYC Department of Finance regarding claims filed and related follow ups. Call with Opportune Houston team and follow up in regards to US Tax treatments. Working session regarding the adjustment of balances due to allocation shift. |
| Sat | 12/10/16 | 2.80 | $ 665 | $ 1,862.00 | Continued review of Plan & Disclosure Statement in preparation for Confirmation Hearing. |
| Mon | 12/12/16 | 10.60 | $ 665 | $ 7,049.00 | Review and preparation for direct testimony at confirmation hearing. Preparation for and call with CHUBB insurance carriers. |
| Tue | 12/13/16 | 4.70 | $ 665 | $ 3,125.50 | Final preparation for Confirmation Hearing. Confirmation Hearing and immediate follow up. |
| Wed | 12/14/16 | 5.20 | $ 665 | $ 3,458.00 | Review and comments to Confirmation Order. Worked through various matters in regards to net working capital settlements. Research of various preservation related matters. Preparation for meetings with auditors. Research regarding various Hungarian taxing matters. |
| Thu | 12/15/16 | 4.40 | $ 665 | $ 2,926.00 | Set up analysis for effective date flow-of-funds and follow up discussions. Meeting with IRS Auditor. Follow up conversations and discussions on strategic matters. |
| Fri | 12/16/16 | 0.90 | $ 665 | $ 598.50 | Call and follow up regarding sub-lease tenants. |
| Mon | 12/19/16 | 4.90 | $ 665 | $ 3,258.50 | Call with Hungarian accountants on potential tax credits. Review of documentation related to submission for approval of tax credits. Executing, scanning and sending relevant documents. |
| Tue | 12/20/16 | 2.80 | $ 665 | $ 1,862.00 | Coordinated the payment of CRT and Sales& Use tax payments. Review of trademark infringement notice and comments. Working through Hungarian expense reimbursement matter. |
| Wed | 12/21/16 | 2.30 | $ 665 | $ 1,529.50 | Addressed issues with the D&O insurance payments. Worked with multiple parties in regards to year end payments. Wire of funds for December payments. Follow up on confirmation order. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/22/16 | 1.90 | $ 665 | $ 1,263.50 | Review and approval of Counsel budget. Coordinating and following up on tax credit submission in Hungary. Setting up new bank account at RBS. Coordination of professional invoices. |
| Fri | 12/23/16 | 0.70 | $ 665 | $ 465.50 | Standard email and phone correspondence while out of office related to bankruptcy matters. |
| Tue | 12/27/16 | 4.10 | $ 665 | $ 2,726.50 | Addressed the resolution of Hungarian reimbursement agreement. Worked through issues related to the preservation of materials. Coordinated updates to the posts related to settlement discussions. Responded to questions regarding copyright infringement. Coordination efforts to get settlement payments made. |
| Wed | 12/28/16 | 4.50 | $ 665 | $ 2,992.50 | Continued coordination of payments to be made pre-effective date. Responded to questions from equity holders on timing of payments. Worked through alternative issues to send large wires through existing bank account. Call and follow up in regards to Worker's Compensation Insurance. |
| Thu | 12/29/16 | 2.70 | $ 665 | $ 1,795.50 | Confirmation of wires sent and follow up correspondence. |
| **Total Holden** | | **109.70** | | **$ 72,950.50** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/1/16 | 2.30 | $ 665 | $ 1,529.50 | Call with IRS lead examining agent regarding pending Gawker examination; initial discussion on Information Document Request; coordinate with Opportune NY Restructuring Team and Citrin Cooperman Team. Review of progress to date and issues arising on determining taxable income for 2016 next week for estimated tax payment with emphasis on transaction cost study to date. Revisit estimated tax rules. |
| Mon | 12/5/16 | 2.30 | $ 665 | $ 1,529.50 | IRS exam preparation and information gathering. Review of Hungarian estimate. US professional fee analysis. |
| Tue | 12/6/16 | 2.80 | $ 665 | $ 1,862.00 | Transaction cost work and cash tax estimate. IRS examination preparation and information gathering. |
| Wed | 12/7/16 | 2.20 | $ 665 | $ 1,463.00 | Waterfall discussion and tax analysis. IRS examination information gathering Disclosure statement review for tax consequence and cash tax payment review to date. |
| Thu | 12/8/16 | 1.90 | $ 665 | $ 1,263.50 | Pro forma income statement review for cash tax estimate. |
| Fri | 12/9/16 | 4.10 | $ 665 | $ 2,726.50 | Calls on pro forma income statement estimate (Opportune Team). Call with Ropes & Gray on US effect of GMGI pledge of CFC stock for loan collateral. Detailed review of professional fee treatment for tax purposes, NYS and Federal claims filed at bar date, and NYS NOL analysis. |
| Sat | 12/10/16 | 4.30 | $ 665 | $ 2,859.50 | Detailed review of cash tax estimate work product (in process) and NYS and Federal NOL carryover analysis. Review of legal memo for income tax effect. Addressed waterfall payments for tax effect (timing and character). Reviewed lease termination fee analysis. |
| Sun | 12/11/16 | 1.60 | $ 665 | $ 1,064.00 | Update cash tax estimate. Calls and correspondence with staff regarding review comments. |
| Mon | 12/12/16 | 8.30 | $ 665 | $ 5,519.50 | Conclusion on cash tax obligation (if any) due this week for US federal, city and state of New York. Review of tax attributes analysis. Identify and apply net operating loss carryover statutory differences. Respond to restructuring counsel and financial advisor questions. Analyzed professional fees incurred in proceeding. Information gathering for IRS meeting Thursday morning in NYC. |
| Tue | 12/13/16 | 5.80 | $ 665 | $ 3,857.00 | Preparation for IRS examination (Thursday) in New York including review of prior year tax returns and carryback form in comparison to IRS' Information Document Request. Compare produced documents to filed forms for propriety. Review requested detailed financial records requested by IRS. |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 12/14/16 | 4.70 | $ 665 | $ 3,125.50 | Preparation in NY office for IRS meeting tomorrow beginning examination for Gawker. Review IRS' Information Document Request items to examine each item prior to approving its posting on electronic media to be provided. |
| Thu | 12/15/16 | 4.50 | $ 665 | $ 2,992.50 | Preparation for and conduct meeting in Opportune NY office with IRS representatives, Opportune/Gawker personnel and Citrin Cooperman (CPAs) representatives related to kickoff of examination of 2014 and 2015 tax years. |
| **Total Loden** | | **46.30** | | **$ 29,792.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|-------|--------|---------------|-------------|
| Thu | 12/1/16 | 9.10 | $ 400 | $ 3,640.00 | Follow up with Univision team on non-compete payment to Gawker employee. Correspondence with Opportune tax team to determine the information needed for them to complete the estimated tax payments due December as well as obtaining an update on the IRS tax examination. Correspondence with UCMS to discuss changes in the tax analysis they prepared for purposes of the December payment. Additional follow up with Univision on bad debt expense including providing further insights into Opportune's analysis. Working through finalizing the accrual basis September 30 financial statements. |
| Fri | 12/2/16 | 9.30 | $ 400 | $ 3,720.00 | Working through finalizing the September accrual financial statements for US GAAP purposes for all 3 entities including updating QuickBooks for GMLLC to run latest version and manual updates to GMGI and Kinja Kft in Excel. Created consolidating financial statements in Excel and determined all elimination entries to arrive at final consolidated balances for September. Preparing analysis for and initiating the Univision daily wire. |
| Sun | 12/4/16 | 5.70 | $ 400 | $ 2,280.00 | Creating analysis to identify accruals needed and booking the necessary October accrual entries in QuickBooks for GMLLC. Working through the first drafts of the October financial statements for US GAAP purposes for all 3 entities. Manually updating GMGI and Kinja FS. Creating consolidating financial statements in excel and determine all elimination entries to arrive at October consolidated balances. Various emails to Univision finance team and UCMS to verify certain balances as part of my review. |
| Mon | 12/5/16 | 11.60 | $ 400 | $ 4,640.00 | Starting and working through the October MOR. Working session with W. Holden (Opportune) to walk through the October MOR draft. Call with subtenants to discuss status of their lease. Finalizing the October MOR and circulating to Ropes and Gray for review. Updating the MOR based on comments received and finalizing for filing. Call with the Board, Ropes and Gray and Opportune to walk through a status update including last week's hearing and status of votes on the plan. Call with A. Hou (Opportune) to walk through the NWC analysis. Starting the GMLLC standalone monthly financial statements to be used for tax analysis. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|--------------|-------------|
| Tue | 12/6/16 | 10.20 | $ 400 | $ 4,080.00 | Continuing to work through the GMLLC standalone proforma monthly financial statements for FY2016. Working session with W. Holden (Opportune) to walk through the GMLLC standalone proforma financials. Circulating the finalized version to Opportune tax team to start the expected tax payment analysis. Call with Opportune tax team to walk through the information provided to them in detail. Responding to Ropes and Gray inquiry on litigation costs estimates per our forecasts. Internal correspondence with Opportune team to discuss status of work streams and to-do items. Discussion with SVB bank contact to amend certain authorizations. Extracting historical GL information from NetSuite for 2009-2014 for W. Holden (Opportune). Review and update NWC analysis prepared by A. Hou (Opportune). Correspondence with Ropes and Gray on process to finalize the NWC and release of Escrow amount. Various emails with Ropes and Gray on status of IRS claim. |
| Wed | 12/7/16 | 11.30 | $ 400 | $ 4,520.00 | Call with Ropes and Gray to discuss financial information and analysis needed for confirmation hearing preparation. Call with Opportune tax team to discuss the tax related questions received from an equity holder. Call with Ropes and Gray regarding the sensitivity analysis and follow up questions. Starting and working through the Plan of Liquidation waterfall analysis including forecasting of cash balance as of the effective day and reconciliation of actuals-to-date to bank account. Preparing analysis and initiating the daily Univision sweep wire. Responding to specific inquiries on pre-petition payables assumed by Univision. Various emails with Ropes and Gray on open claims and reconciliation to satisfied claims by Univision as part of the sale. |
| Thu | 12/8/16 | 10.40 | $ 400 | $ 4,160.00 | Working session with W. Holden and A. Hou (both Opportune) to walk through and update the plan of liquidation waterfall analysis. Call with Ropes and Gray to walk through waterfall analysis. Updating waterfall analysis for comments received. Second call with Ropes and Gray to walk through revised waterfall analysis. Preparing a list of all expenses to be reimbursed by Univision including supporting documents and circulating to Ropes and Gray to send to Univision counsel. Call with L. Loden (Opportune) to walk through the documents request list received from the IRS re: FY2014 and FY2015. Correspondence with J. Butler (Houlihan) to create new folder in data room and add certain users. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Fri | 12/9/16 | 9.80 | $ 400 | $ 3,920.00 | Responding to various questions from Opportune tax team on information needed for preparation of an estimated tax payment. Call with Opportune tax to perform a detailed walkthrough of the latest amended plan waterfall analysis. Preparing a new version with revised presentation of the waterfall analysis for purposes of the confirmation hearing per Ropes and Gray request. Providing Opportune tax with a summary of transactions costs made year-to-date vs. accrual balances. Review of the latest claims register and providing comments for all trade claims on status of payments made to date including call with J. Weber (Univision) to obtain details on payments made on trade claims assumed by Univision. Circulating marked up claims register to Ropes and Gray. Working session with W. Holden and A. Hou (both Opportune) to update the intercompany analysis and revised calculations based on the amended plan and disclosure statement. |
| Sat | 12/10/16 | 1.10 | $ 400 | $ 440.00 | Follow up call with Ropes and Gray on marked up claims register. Initial review of the tax calculations provided by Opportune tax. Review of list of questions received from Opportune tax team. |
| Mon | 12/12/16 | 12.90 | $ 400 | $ 5,160.00 | Confirmation hearing preparation at Ropes and Gray offices. Responding to Opportune tax inquiries on the pro forma P&L including follow up with Univision finance on certain questions. Correspondence with W. Holden (Opportune) on final payroll for employees. Working through plan of liquidation waterfall analysis court presentation draft including call with J. Sturm (Ropes and Gray) to review and edit. Providing Opportune tax with most updated consolidating balance sheets. Following up on open items on the 114 5th avenue termination fee including call with Opportune tax to walk them through the details and timing of the different components of the termination fee. Call with the Board, Ropes and Gray and Opportune to discuss status of latest litigation settlements and update prior to confirmation hearing tomorrow. Call with Opportune tax to walk through the latest tax FY2016 tax estimate calculation. Various emails and correspondence on edits to the draft tax estimate calculation. Gathering certain request executory contracts for Ropes and Gray. |
| Tue | 12/13/16 | 7.10 | $ 400 | $ 2,840.00 | Prep session with W. Holden (Opportune) prior to the confirmation hearing. Attending confirmation hearing. Correspondence with UCMS on open invoices, estimated tax payment and availability in early January. Review of Opportune' s October fee statement. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|-------|--------|-------------|-------------|
| Wed | 12/14/16 | 8.60 | $ 400 | $ 3,440.00 | Working with tax team and SVB account manager to set up wire payment for AMT taxes. Drafting email to ADP with details on the final payroll set up. Submitting template to BMS / Rabobank to transfer funds to the operating account. Call with SVB to purchase HUF and transfer funds to Gawker Hungary for their estimated tax payment due on the 20th. Meeting with L. Loden and A. Hou (both Opportune) to go through the documents gathered in response to the IDR from the IRS in preparation for meeting with IRS tomorrow morning. Wiring board fees to independent director. Coordinating with UCMS and Hungarian counsel on dates for a visit and in-person meeting to finalize open items on the closing of the sale and the financial statements. |
| Thu | 12/15/16 | 8.20 | $ 400 | $ 3,280.00 | Initial meeting with the IRS re: FY2014 and FY2015 audit. Call with Ropes and Gray to provide update on IRS meeting. Call with Ropes and Gray to discuss the flow of funds circulated. Drafting detailed email of key work streams for team to address while on vacation. Call with ADP to set up final payroll. Correspondence with Univision on reimbursements due from them. Creating invoice for Univision reimbursements and submitting to CFO. |
| Tue | 12/27/16 | 11.20 | $ 400 | $ 4,480.00 | Catching up on all Gawker emails received while out of office. Call with W. Holden (Opportune) to discuss main work streams and to dos. Call with Univision to discuss the Hungarian wind-down agreements. Correspondence with A. Hou (Opportune) regarding update on items completed during my time out of office. Call with ADP to set up and approve final payroll for N. Denton and obtain an up-to-date census data for all employees. Various correspondence with Opportune and Ropes and Gray regarding pre-effective day payments including discussion on amounts, wiring instructions, and confirmation of no objections for certain professional invoices. Reaching out to various payee's for wiring / ACH instructions. Creating a tracker of all payments and payment instructions to be processed tomorrow. |
| Wed | 12/28/16 | 5.20 | $ 400 | $ 2,080.00 | Call with A. McGee (Ropes and Gray) to walk through the professional fees calculations and amounts to be released for holdbacks based on the orders entered. Processing all the settlement wires and professional fees ACH payments includes numerous calls with W. Holden (Opportune) and SVB bank to edit authority and wire limits to process the largest wire. Review and approve payments for certain vendor invoices in Hungary. Preparing analysis and providing a list of all payments made to OCPs to Ropes and Gray for filing. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/29/16 | 3.60 | $ 400 | $ 1,440.00 | Creating analysis for the catch up Univision wire for the month of December. Circulating analysis and list of open items to Univision team. Processing the wire transfer. Follow up on wire instructions for one of the settlements. Setting up the wire and processing the last settlement payment. Transferring cash between GMLLC accounts to have one main operating account. Review various emails regarding settlements and payments processed yesterday. |
| Fri | 12/30/16 | 1.10 | $ 400 | $ 440.00 | Responding to follow up on OCP payments from Ropes and Gray including review of historic payments to verify the numbers. Additional follow up with UCMS to confirm Hungarian OCP payments. |
| **Total Abdel-Razek** | | **136.40** | | **$ 54,560.00** | |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/1/16 | 4.10 | $ 400 | $ 1,640.00 | Analysis of issues relating to the U.S. income tax audit. |
| Fri | 12/2/16 | 4.20 | $ 400 | $ 1,680.00 | Royalty research related to subpart F income. |
| Mon | 12/5/16 | 1.00 | $ 400 | $ 400.00 | Analysis of transaction costs incurred in 2016 by GMLLC. |
| Tue | 12/6/16 | 2.90 | $ 400 | $ 1,160.00 | Analysis of transaction costs incurred in 2016 by GMLLC. |
| Wed | 12/7/16 | 8.70 | $ 400 | $ 3,480.00 | Transaction Cost analysis and preparation of 4th quarter estimated tax calculation. |
| Thu | 12/8/16 | 8.20 | $ 400 | $ 3,280.00 | Transaction Cost Analysis and preparation of 4th quarter estimated tax calculation. |
| Fri | 12/9/16 | 7.70 | $ 400 | $ 3,080.00 | Transaction Cost Analysis and preparation of 4th quarter estimated tax calculation. |
| Sat | 12/10/16 | 5.10 | $ 400 | $ 2,040.00 | Transaction Cost Analysis and preparation of 4th quarter estimated tax calculation. |
| Sun | 12/11/16 | 4.40 | $ 400 | $ 1,760.00 | Transaction Cost Analysis and preparation of 4th quarter estimated tax calculation. |
| Mon | 12/12/16 | 7.20 | $ 400 | $ 2,880.00 | Worked on 4th quarter estimated tax payment calculation. Calls with Opportune Restructuring Team in NYC to walk through the calculation. |
| Tue | 12/13/16 | 3.10 | $ 400 | $ 1,240.00 | Final true-ups to 4th quarter estimate calculation, passed on information to Opportune Restructuring Team for wire transfer of estimated taxes. |
| Mon | 12/19/16 | 2.70 | $ 400 | $ 1,080.00 | Review of Hungarian tax positions and data received from Hungarian counsel. |
| Tue | 12/20/16 | 1.00 | $ 400 | $ 400.00 | Review of Hungarian tax positions and data received from Hungarian counsel. |
| Tue | 12/27/16 | 2.20 | $ 400 | $ 880.00 | Review of Hungarian tax positions and data received from Hungarian counsel. |
| Wed | 12/28/16 | 1.90 | $ 400 | $ 760.00 | Review of Hungarian tax positions and data received from Hungarian counsel. |
| Thu | 12/29/16 | 2.30 | $ 400 | $ 920.00 | Review of Hungarian tax positions and data received from Hungarian counsel.  Preparation for compliance information request. |
| **Total Riddle** | | **66.70** | | **$ 26,680.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 12/1/16 | 11.30 | $ 400 | $ 4,520.00 | Conference call with M. Rhodes (Citrin Partner) in regards to 2014 equity audit work papers. Review of stock based compensation audit workpapers. Updated intercompany fees with true up amounts from Univision Finance Team. Continued to work on equity distribution listing to confirm shareholder information. Travel to Houston (billed at 50%). |
| Fri | 12/2/16 | 5.20 | $ 400 | $ 2,080.00 | Conference call with UCMS for weekly invoice settlements. Created intercompany fees analysis to determine ending balances. |
| Mon | 12/5/16 | 8.60 | $ 400 | $ 3,440.00 | Created tracking of all Gawker bank account balances. Correspondence with bank associates to retrieve historic records. Call with S. Abdel- Razek (Opportune) to review net working capital calculation. Worked on variance analysis of net working capital calculation between Univision and Opportune recalculated amounts. Reviewed additional invoices provided by Univision.  Review of work performed by T. Porricelli (Citrin) related to verification of common shares. Review of correspondence related to additional DOJ request with Ropes and Gray. Internal team call regarding net working capital calculation. |
| Tue | 12/6/16 | 8.70 | $ 400 | $ 3,480.00 | Review of additional invoices for net working capital calculation. Finalized the variance between Univision and Opportune calculations. Internal meeting regarding calculation and made adjustments accordingly. Updated bank balances with historic statements from the appropriate bank. Review of correspondence with Ropes and Gray related to DOJ requests. Correspondence with Ropes and Gray regarding finalized net working capital calculation. Opportune internal team meeting regarding different work streams. |
| Wed | 12/7/16 | 11.60 | $ 400 | $ 4,640.00 | Review of prior stock purchase work papers to confirm distribution listing. Search and review of purchase agreements for individual shareholders. Correspondence with the Opportune tax team regarding intercompany agreements. Correspondence with Prime Clerk related to sending out equity holder confirmations and forms of distribution. Travel to New York City (billed at 50%). |
| Thu | 12/8/16 | 9.20 | $ 400 | $ 3,680.00 | Review of T. Porricelli (Citrin) confirmations related to options outstanding. Review of Citrin's audit work paper in regards to options from 2014 audit. Worked on equity holder verification of equity shares by reviewing additional purchase agreements. Internal Opportune meeting regarding the liquidation waterfall analysis. Conference call with Ropes and Gray related to comments on liquidation waterfall analysis. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|------|---------|------|--------|--------------|-------------|
| Fri | 12/9/16 | 8.30 | $ 400 | $  3,320.00 | Review of IRS audit request list and began compiling requests. Extracted financial accounts, ledgers, and statements out of NetSuite for IRS requests. Set up access to the Merrill Data Room. Correspondence with Opportune Tax Team regarding IRS requests. Correspondence with Citrin regarding confirmation of certain tax issues. |
| Mon | 12/12/16 | 9.10 | $ 400 | $  3,640.00 | Reviewed IRS audit requests and gathered additional items. Correspondence with Opportune Tax Team regarding professional fees paid and estimates. Correspondence with Citrin Tax Team regarding IRS requests. Updated intercompany service fee matrix for actuals and new estimates. |
| Tue | 12/13/16 | 8.30 | $ 400 | $  3,320.00 | Continued compiling responses for IRS audit requests. Continued to extract financial information out of accounting system, NetSuite. Correspondence with Citrin Audit Team regarding accruals made at prior year-ends. Created summary of chart of accounts for GMLLC. |
| Wed | 12/14/16 | 8.70 | $ 400 | $  3,480.00 | Finalized compilation of IRS requests. Meeting with L. Loden and S. Abdel- Razek(both Opportune) regarding completeness of IRS requests. Reviewed each item for accuracy before uploading required files into the data site. Completed all IRS requests with data currently available. Prepared GMLLC organizational chart for IRS meeting. |
| Thu | 12/15/16 | 9.40 | $ 400 | $  3,760.00 | IRS audit kickoff meeting to review request list with Opportune, Citrin and IRS representative. Correspondence with UCMS regarding weekly disbursements in Kinja. Correspondence with Opportune team regarding work streams and target deadlines. Travel to Houston (billed at 50%). |
| Mon | 12/19/16 | 8.20 | $ 400 | $  3,280.00 | Conference call with Univision Finance Team regarding questions raised from IRS meeting related to prior GMLLC history. Documented information noted in call for IRS response. Updated November bank balances for all Gawker bank accounts. |
| Tue | 12/20/16 | 8.30 | $ 400 | $  3,320.00 | Continued to work through equity listing confirmations and review of distribution waterfall model. Review of additional Citrin equity audit work papers. Review of additional employee information provided by ADP and TriNet. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 12/21/16 | 7.80 | $ 400 | $ 3,120.00 | Worked on open IRS items from questions raised in IRS meeting. Updated November bank balances and uploaded statements. Continued to work on equity holder listing to confirm all shareholder information. |
| Thu | 12/22/16 | 2.80 | $ 400 | $ 1,120.00 | Reviewed the docket for professional fees filed since last tracker. Updated professional fee tracking spreadsheet for November and December for MOR. Continued to work on equity distribution confirmation. |
| **Total Hou** | | **125.50** | | **$ 50,200.00** | |

**Gawker Media LLC - Time Summary**
**Maggie Dreyer, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Mon | 12/5/16 | 3.10 | $ 300 | $ 930.00 | Worked through tax estimate calculations. |
| Wed | 12/7/16 | 1.90 | $ 300 | $ 570.00 | Worked on Transaction Cost Analysis. Meetings regarding cash tax estimate with Opportune Tax Team. |
| Thu | 12/8/16 | 16.20 | $ 300 | $ 4,860.00 | Continued to work on Gawker Transaction Cost Analysis. |
| Fri | 12/9/16 | 15.40 | $ 300 | $ 4,620.00 | Worked on Gawker tax analysis of invoices received from service providers. |
| Sat | 12/10/16 | 6.90 | $ 300 | $ 2,070.00 | Invoice review for tax Transaction Cost Analysis. |
| Sun | 12/11/16 | 3.80 | $ 300 | $ 1,140.00 | Worked on corporate tax analyzer and NY State estimate analysis. |
| Mon | 12/12/16 | 9.20 | $ 300 | $ 2,760.00 | Continued to work on Transaction Cost Analysis. Meetings with Opportune Tax Team to discuss estimated tax payments. |
| Tue | 12/13/16 | 3.70 | $ 300 | $ 1,110.00 | Worked on Gawker estimated tax payments. Calls with Opportune Restructuring Team related to tax payments. |
| Wed | 12/14/16 | 0.70 | $ 300 | $ 210.00 | Updated Compliance tracker/calendar. |
| **Total Stahl** | | **60.90** | | **$   18,270.00** | |

60.90

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD DECEMBER 1, 2016 - DECEMBER 31, 2016*



| Date | Amount | Professional | Expense Type | Description |
|------|--------|-------------|--------------|-------------|
| 11/15/16 | $ 77.14 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 11/15/16 | 14.76 | William Holden | Travel Expenses | Holden, William / Cross town taxi |
| 11/16/16 | 22.51 | William Holden | Meals and Entertainment | Holden, William / Dinner with Board Member |
| 11/19/16 | 120.66 | William Holden | Miscellaneous Expenses | Holden, William / Overnight package to Hungary |
| 11/21/16 | 105.47 | William Holden | Telephone Charges | Holden, William / Cell phone overage charges for work |
| 12/1/16 | 7.46 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/1/16 | 19.95 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 12/1/16 | 17.45 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/1/16 | 1,976.72 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC hotel (4 nights) |
| 12/1/16 | 57.63 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from office to NYC airport |
| 12/1/16 | 90.00 | Alicia Hou | Parking | Hou, Alicia / IAH parking (4 days) |
| 12/4/16 | 19.87 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Weekend overtime meal |
| 12/4/16 | 52.71 | Sarah Abdel-Razek | Telephone Charges | Abdel-Razek, Sarah / Incremental cell phone charges |
| 12/5/16 | 21.30 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working dinner |
| 12/6/16 | 13.07 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working dinner |
| 12/7/16 | 18.59 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working dinner |
| 12/7/16 | 11.85 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/7/16 | 20.95 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 12/7/16 | 22.57 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/7/16 | 11.98 | Alicia Hou | Travel Expenses | Hou, Alicia / In-flight internet for work |
| 12/7/16 | 1,283.30 | Alicia Hou | Travel Expenses | Hou, Alicia / Roundtrip flight HOU/NYC |
| 12/7/16 | 1,495.93 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC hotel (3 nights) |
| 12/7/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage from home to airport / 100.20 miles @ 0.54 |
| 12/7/16 | 7.36 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 12/7/16 | 9.13 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi to hotel |
| 12/7/16 | 51.14 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from airport to NYC office |
| 12/8/16 | 11.01 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/8/16 | 19.75 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 12/8/16 | 42.27 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/8/16 | 27.40 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Cab home (split, only 50% charged) |
| 12/9/16 | 16.93 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/9/16 | 21.39 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 12/9/16 | 16.83 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/9/16 | 77.14 | Alicia Hou | Parking | Hou, Alicia / Houston airport parking (3 days) |
| 12/11/16 | 78.12 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/11/16 | 942.20 | Alicia Hou | Travel Expenses | Hou, Alicia / Roundtrip flight HOU/NYC |
| 12/11/16 | 1,948.18 | Alicia Hou | Travel Expenses | Hou, Alicia / NYC hotel (4 nights) |
| 12/11/16 | 54.11 | Alicia Hou | Travel Expenses | Hou, Alicia / Mileage from home to airport / 100.20 miles @ 0.54 |
| 12/11/16 | 22.37 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 12/11/16 | 21.17 | Alicia Hou | Telephone Charges | Hou, Alicia / Incremental cell phone charges |
| 12/12/16 | 38.00 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast and lunch |
| 12/12/16 | 43.14 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/12/16 | 1,320.20 | William Loden | Travel Expenses | Loden, William / Flight to Houston |
| 12/12/16 | 12.96 | William Loden | Travel Expenses | Loden, William / Mileage Wakefield to IAH / 24.00 miles @ 0.54 |
| 12/12/16 | 11.02 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 12/12/16 | 16.07 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to hotel |
| 12/12/16 | 69.24 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 12/12/16 | 20.00 | William Loden | Travel Expenses | Loden, William / Blacklane cash tip EWR to hotel |
| 12/12/16 | 101.33 | William Loden | Travel Expenses | Loden, William / Blacklane car Newark to Algonquin 59W44 |
| 12/13/16 | 18.24 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/13/16 | 21.54 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/13/16 | 47.19 | William Loden | Meals and Entertainment | Loden, William / Dinner Roxy Diner |
| 12/13/16 | 483.16 | William Loden | Travel Expenses | Loden, William / Room: Algonquin |
| 12/13/16 | 29.27 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from hotel to court house |
| 12/13/16 | 6.97 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride to dinner |
| 12/14/16 | 27.40 | William Loden | Meals and Entertainment | Loden, William / Dinner Red Flame Diner |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD DECEMBER 1, 2016 - DECEMBER 31, 2016*



| Date | Amount | Professional | Expense Type | Description |
|---|---|---|---|---|
| 12/14/16 | 24.60 | William Loden | Meals and Entertainment | Loden, William / Breakfast: Algonquin |
| 12/14/16 | 12.48 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/14/16 | 17.85 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel lunch |
| 12/14/16 | 47.55 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel dinner |
| 12/14/16 | 483.16 | William Loden | Travel Expenses | Loden, William / Room: Algonquin |
| 12/15/16 | 65.04 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Team working through lunch |
| 12/15/16 | 17.51 | Alicia Hou | Meals and Entertainment | Hou, Alicia / Travel breakfast |
| 12/15/16 | 24.56 | William Loden | Meals and Entertainment | Loden, William / Breakfast: Algonquin |
| 12/15/16 | 39.75 | William Loden | Meals and Entertainment | Loden, William / Dinner LaGuardia-flight delayed |
| 12/15/16 | 9,548.26 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / NYC - BUD round trip |
| 12/15/16 | 10.00 | William Loden | Travel Expenses | Loden, William / Gratuities: Algonquin |
| 12/15/16 | 38.89 | Alicia Hou | Travel Expenses | Hou, Alicia / Taxi ride from office to airport |
| 12/15/16 | 74.30 | William Loden | Travel Expenses | Loden, William / Blacklane car Newark to Algonquin 59W44 |
| 12/15/16 | 20.00 | William Loden | Travel Expenses | Loden, William / Blacklane cash tip office to LGA |
| 12/15/16 | 15.00 | William Loden | Travel Expenses | Loden, William / Cab hotel to office (luggage) |
| 12/15/16 | 71.30 | William Loden | Travel Expenses | Loden, William / Cab IAH to Wakefield |
| 12/15/16 | 102.86 | Alicia Hou | Parking | Hou, Alicia / Houston airport parking (4 days) |
| 12/15/16 | 23.95 | Alicia Hou | Miscellaneous Expenses | Hou, Alicia / In-flight internet for client work |
| 12/15/16 | 49.95 | Sarah Abdel-Razek | Miscellaneous Expenses | Abdel-Razek, Sarah / In-flight internet for client work |
| 12/22/16 | 4,191.06 | William Loden | Travel Expenses | Loden, William / Air Fare IAH-Budapest for Kinja 1 16 17 |
| 12/24/16 | 926.10 | William Loden | Travel Expenses | Loden, William / New York trip for IRS meeting 1.26.2017 |
| 12/27/16 | 15.21 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Working Dinner |

**Total**    $    **26,987.59**