ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                                   :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
|         Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO THE DEBTORS'**
**FIFTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

1. On February 3, 2017, the Debtors filed the *Debtors' Fifth Omnibus Objection to Claims (Satisfied Claims)* (the "Objection") [Docket No. 717], and attached as Exhibit A thereto, a proposed order granting the Objection (the "Proposed Order").

2. On February 3, 2017, the Debtors filed the *Notice of Debtors' Fifth Omnibus Objection to Claims (Satisfied Claims)* (the "Notice") [Docket No. 717].

3. On February 3, 2017, the Debtors served the Notice, Objection and Proposed Order as set forth in the *Affidavit of Service* [Docket No. 748].

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

4. Pursuant to the Notice, responses to the Objection were due no later than February 16, 2017 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

5. The undersigned certifies that the Debtors have not received any answer, objection or other responsive pleading with respect to the Objection and that no such answer, objection or other responsive pleading has appeared on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

6. There having been no answer, objection, or other responsive pleadings filed by the Response Deadline, the Debtors will submit to the Court for entry a proposed order sustaining the Objection substantially in the form that was attached to the Objection without a hearing.

Dated: February 24, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

61030822_2