ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                   :

In re                              :        Chapter 11
                                   :

Gawker Media LLC, *et al.*,[1]       :        Case No. 16-11700 (SMB)
                                   :
               Debtors.    :        (Jointly Administered)
                                   :
---------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO THE DEBTORS' OBJECTION TO
THE CLAIM FILED BY HARTFORD FIRE INSURANCE COMPANY (CLAIM NO. 7)**

       1.       On February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim Filed by Hartford Fire Insurance Company (Claim No. 7)* (the "Objection") [Docket No. 719, and re-filed at Docket No. 728 on February 6, 2017], and attached as Exhibit A thereto, a proposed order granting the Objection (the "Proposed Order").

       2.       On February 3, 2017, the Debtors filed the *Notice of Debtors' Objection to the Claim Filed by Hartford Fire Insurance Company (Claim No. 7)* (the "Notice") [Docket No. 719].

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61030952_2

3. On February 3, 2017, the Debtors served the Notice, Objection and Proposed Order as set forth in the *Affidavit of Service* [Docket No. 748].

4. Pursuant to the Notice, responses to the Objection were due no later than February 16, 2017 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

5. The undersigned certifies that the Debtors have not received any answer, objection or other responsive pleading with respect to the Objection and that no such answer, objection or other responsive pleading has appeared on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

6. There having been no answer, objection, or other responsive pleadings filed by the Response Deadline, the Debtors will submit to the Court for entry a proposed order sustaining the Objection substantially in the form that was attached to the Objection without a hearing.

Dated: February 24, 2017  
      New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors  
and Debtors in Possession*