ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                            :            Chapter 11
:
Gawker Media LLC, *et al.*,[1]                   :            Case No. 16-11700 (SMB)
:
                    Debtors.                     :            (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION
TO THE CLAIM OF THE NEW YORK STATE DEPARTMENT
OF LABOR, UNEMPLOYMENT INSURANCE DIVISION (CLAIM NO. 10)**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on July 25, 2016, the New York State Department of Labor, Unemployment Insurance Division (the "NYS Dep't of Labor") filed Claim No. 10 against Gawker Media LLC ("Gawker Media").

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim of the New York State Department of Labor, Unemployment*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61049896_1

*Insurance Division (Claim No. 10)* [Docket No. 724, and re-filed at Docket No. 733 on February 6, 2017] (the "Claim Objection").

**PLEASE TAKE FURTHER NOTICE** that on February 13, 2017, the NYS Dep't of Labor sent a letter to the Bankruptcy Court withdrawing Claim No. 10. Accordingly, the Claim Objection is moot.

**PLEASE TAKE FURTHER NOTICE** that Gawker Media hereby withdraws the Claim Objection.

| | |
|---|---|
| Dated: February 24, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |