ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO THE CLAIM OF THE COMPTROLLER OF MARYLAND (CLAIM NO. 316)

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on October 12, 2016, the Comptroller of Maryland (the "Comptroller") filed Claim No. 316 against Gawker Media LLC ("Gawker Media").

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim of the Comptroller of Maryland (Claim No. 316)* [Docket No. 725, and re-filed at Docket No. 734 on February 6, 2017] (the "Claim Objection").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61046838_1

**PLEASE TAKE FURTHER NOTICE** that on February 7, 2017, the Comptroller filed with Prime Clerk a Withdrawal of Claim regarding Claim No. 316. Accordingly, the Claim Objection is moot.

**PLEASE TAKE FURTHER NOTICE** that Gawker Media hereby withdraws the Claim Objection.

Dated: February 24, 2017
       New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-2-

61046838_1