ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :    Case No. 16-11700 (SMB)
                                                       :
                    Debtors.                           :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

# NOTICE OF SCHEDULING OF OMNIBUS HEARING

**PLEASE TAKE NOTICE** that pursuant to the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93] (the "Case Management Order"), the following omnibus hearing date has been scheduled in these above-captioned cases:

| Date | Time |
|---|---|
| April 18, 2017 | 10:00 a.m. (prevailing Eastern time) |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61067094_1

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the omnibus hearing date.

**PLEASE TAKE FURTHER NOTICE** that copies of any motions scheduled for hearing on the omnibus date may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 24, 2017
       New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*