UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :    Case No. 16-11700 (SMB)
                                        :
            Debtors.                    :    (Jointly Administered)
                                        :
------------------------------------------------------x

## FOURTH SUPPLEMENTAL DECLARATION OF GREGG M. GALARDI IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ROPES & GRAY LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE

I, Gregg M. Galardi, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.      I am an attorney at law and a member of the law firm of Ropes & Gray LLP ("Ropes & Gray"), which maintains offices as 1211 Avenue of the Americas, New York, New York 10036.  I am the lead attorney from Ropes & Gray working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York.  There are no disciplinary proceedings pending against me.

2.      On June 20, 2016, the Debtors (as defined below) filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

1

*Date* [Docket No. 57] (the "Retention Application").[2] In support of the Retention Application, the Debtors submitted the *Declaration of Gregg M. Galardi in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* (the "Original Declaration"), which was attached to the Retention Application as Exhibit B.

3. On July 6, 2016, I submitted a supplemental declaration (the "First Supplemental Declaration") on behalf of Ropes & Gray to supplement the Original Declaration.

4. On July 14, 2016, the Court entered the *Order Authorizing the Employment and Retention of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 101] (the "Retention Order"), which authorized the employment and retention of Ropes & Gray as counsel to Gawker Media LLC, Gawker Media Group, Inc. and Kinja Kft., as debtors and debtors in possession (collectively, the "Debtors"), in the Chapter 11 Cases.

5. On July 21, 2016, I submitted a second supplemental declaration (the "Second Supplemental Declaration") on behalf of Ropes & Gray to supplement the Original Declaration and the First Supplemental Declaration.

6. On August 19, 2016, I submitted a third supplemental declaration (the "Third Supplemental Declaration, and together with the Original Declaration, the First Supplemental Declaration, and the Second Supplemental Declaration, the "Galardi Declarations").

7. In connection with the Retention Application and the Retention Order, I submit this fourth supplemental declaration (this "Fourth Supplemental Declaration") to provide

---

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed in the Retention Application.

additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order.  Unless otherwise stated in this Fourth Supplemental Declaration, I have personal knowledge of the facts set forth herein

8. In the Original Declaration, I disclosed Ropes & Gray's billing rates in effect at that time for matters related to these chapter 11 cases.  I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Ropes & Gray must provide notice of changes to its billing rates during these chapter 11 cases.

9. In accordance with ordinary practice, some billing rates for professionals and paraprofessionals changed effective as of January 1, 2017.  The rates changed due to rate increases or promotion.  The billing rates set forth below will take effect as of February 1, 2017 for Ropes & Gray's work on these chapter 11 cases:

| **Billing Category** | **Range** |
|---|---|
| Partners / Principals | $960 – $1,550 |
| Counsel | $560 – $1,420 |
| Associates | $490 – $955 |
| Paraprofessionals | $190 – $430 |

10. The Debtors have been informed of the rate changes disclosed herein and have consented to such changes.  Further, the Office of the United States Trustee has been informed of the rate changes disclosed herein and has no objection to such changes.

11. The foregoing constitutes a supplemental statement of Ropes & Gray pursuant to section 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 and Local Rule 2014-1.

3

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 28, 2017
      New York, New York

_____
Gregg M. Galardi