ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                              :

In re                                     :         Chapter 11
                                            :

Gawker Media LLC, *et al.*,[1]     :         Case No. 16-11700 (SMB)
                                            :

                Debtors.         :         (Jointly Administered)
                                            :
---------------------------------------------------------x

**SUPPLEMENTAL DECLARATION IN FURTHERANCE OF
ORDER GRANTING DEBTORS' APPLICATION PURSUANT TO
BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (I) RETAIN
OPPORTUNE LLP TO PROVIDE THE DEBTORS WITH A CHIEF
RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL,
AND (II) DESIGNATE WILLIAM D. HOLDEN AS CHIEF RESTRUCTURING
<u>OFFICER FOR THE DEBTORS, NUNC PRO TUNC TO THE PETITION DATE</u>**

       Pursuant to 28 U.S.C. § 1746, I, William D. Holden, hereby declare as follows under the penalty of perjury to the best of my knowledge, information, and belief:

       1.      I am a Managing Director with Opportune LLP, a Texas limited liability partnership ("<u>Opportune</u>"), a financial advisory and consulting services firm with its principal

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61140025_1

office located at 711 Louisiana, Suite 3100, Houston, Texas 77022.  The information included in this supplemental declaration (the "Supplemental Declaration") concerning Opportune is based upon my personal knowledge.

2. On June 20, 2016, the Debtors filed the *Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 55] (the "Retention Application"). In support of the Retention Application, the Debtors submitted the *Declaration of William D. Holden in Support of Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 55-C] (the "Original Declaration").  In the Original Declaration, I disclosed Opportune's billing rates in effect at that time for matters related to these chapter 11 cases.

3. I make this Supplemental Declaration in furtherance of paragraph 9 of the *Order Granting the Debtors' Application for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date*, entered on July 14, 2016 [Docket No. 98].

4. The standard hourly rate ranges for Opportune professionals set forth below will take effect as of February 1, 2017 for Opportune's work on these chapter 11 cases:

61140025_1

| Partners | $835.00 |
| --- | --- |
| Managing Directors | $715.00 |
| Directors | $605.00 |
| Managers | $540.00 |
| Senior Consultants | $420.00 |
| Consultants | $350.00 |
| Administrative Professionals | $250.00 |

5. The Debtors have been informed of the rate changes disclosed herein and have consented to such changes. Further, the Office of the United States Trustee has been informed of the rate changes disclosed herein and has no objection to such changes.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 28, 2017
New York, New York

William D. Holden
Managing Director
Opportune LLP

61140025_1