

**In re Gawker Media LLC (16-11700)- Daulerio Objection Adjournment and Response Deadline Extension**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
02/27/2017 10:45 AM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Sturm, Joshua", "Agudelo, Jonathan", "david@marburger-law.com"

Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "david@marburger-law.com" <david@marburger-law.com>

Dear Chambers of the Honorable Judge Bernstein:

On November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493]. A hearing was scheduled on the Objection for December 29, 2016 at 10:00 a.m. (ET), and the original response deadline was set for December 12, at 4:00 p.m. (ET). Such hearing has since been adjourned and is currently scheduled for March 7, 2017 at 10:00 a.m. with a response deadline of February 28, 2017 at 4:00 p.m.

As discussed with Chambers earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to April 18, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline to April 11, 2017 at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

Respectfully submitted,
W. Alex McGee

**William A. McGee**
ROPES & GRAY LLP
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

*Granted*
*SMB*
*3/2/17*

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.