

**In re Gawker Media LLC (16-11700)- National Union Fire Claim Objection Adjournment and Response Deadline Extension**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
02/27/2017 11:16 AM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Agudelo, Jonathan", "kevin.larner@aig.com"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "kevin.larner@aig.com" <kevin.larner@aig.com>

Dear Chambers,

On February 6, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 730]. A hearing is currently scheduled on the Objection for March 7, 2017 at 10:00 a.m. with a response deadline of March 1, at 5:00 p.m.

As discussed with Chambers earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to April 18, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline to April 11, 2017 at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

Respectfully submitted,
W. Alex McGee

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

*Granted.*
*SMB*
*3/2/17*

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.