UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                :
In re                             :           Chapter 11
                                :
Gawker Media LLC, *et al.*,[1]       :           Case No. 16-11700 (SMB)
                                :
              Debtors.       :           (Jointly Administered)
                                :
------------------------------------------------------x

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS (SATISFIED CLAIMS)**

Upon the objection (the "Objection")[2] of the above-caption debtors (collectively, the "Debtors"), for entry of an order (this "Order") disallowing and expunging the Satisfied Claims set forth on **Schedule 1** attached hereto; and upon the Holden Declaration; and the Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Objection is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Objection and the Holden Declaration; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

61095289_1

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The relief requested in the Objection is granted to the extent provided herein.

2. Each of the Satisfied Claims identified on the attached Schedule 1 are hereby disallowed and expunged in their entirety for the reasons set forth in the Objection.

3. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to cause the Claims Register to be amended to reflect the terms of this Order.

4. The disallowance and expunging of the Satisfied Claims shall not create, and is not intended to create, any rights in favor of, or enhance the status of, any claim held by any person or entity.

5. Entry of this Order is without prejudice to the Debtors' right to object to any other claims in these chapter 11 cases or to further object to the Satisfied Claims (to the extent such Satisfied Claims are not disallowed and expunged pursuant to this Order) on any grounds whatsoever, at a later date.

6. This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Schedule 1 annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Schedule 1 annexed hereto.

7. Notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures [Docket No. 93], and the Local Bankruptcy Rules of this Court are satisfied by such notice.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order.

10. This Order shall be a final order with respect to each of the Satisfied Claims identified on <u>Schedule 1</u>, annexed hereto, as if each such Satisfied Claim had been individually objected to.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: <u>March 2nd</u>, 2017
      New York, New York

                                                  <u>/s/ STUART M. BERNSTEIN</u>
                                                  THE HONORABLE STUART M. BERNSTEIN
                                                  UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

# Satisfied Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company of New York, Inc. Bankruptcy Group 4 Irving Place, Room 1875-S New York, NY 10003 | 16-11700 (SMB) | Gawker Media LLC | N/A | 13 | 8/12/2016 | $672.64 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |
| 2 | Consolidated Edison Company of New York, Inc. Bankruptcy Group 4 Irving Place, Room 1875-S New York, NY 10003 | 16-11700 (SMB) | Gawker Media LLC | N/A | 34 | 8/31/2016 | $1,132.64 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |
| 3 | Datadog, Inc. Datadog Air Attn: Lauren Mergamen 620 8th Ave, Floor 45 New York, NY 10018 | 16-11700 (SMB) | Gawker Media LLC | N/A | 322 | 11/10/2016 | $2,618.58 | Claim was fully satisfied by UniModa pursuant to the Sale Order. |
| 4 | IPFS Corporation 30 Montgomery Street Suite 1000 Jersey City, NJ 07302 | 16-11719 (SMB) | Gawker Media Group, Inc. | N/A | 38 | 9/8/2016 | $41,266.12 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |

---

[1] See Paragraphs 16-17 of the Objection.

61095289_1

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 5 | Maples & Calder<br>PO Box 309<br>Ugland House<br>121 South Church St<br>George Town, Grand Cayman KY1-1104<br>Cayman Islands | 16-11719 (SMB) | Gawker Media Group, Inc. | N/A | 72 | 9/23/2016 | $7,044.90 | Claim was fully satisfied by UniModa pursuant to the Sale Order. |
| 6 | Merrill Corporation<br>One Merrill Circle<br>St. Paul, MN 55108 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 79 | 9/26/2016 | $11,305.29 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |
| 7 | Morrison Cohen LLP<br>Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York, NY 10022 | 16-11700 (SMB) | Gawker Media LLC | 391174 | N/A | N/A | $115,379.48 | Claim was fully satisfied by UniModa pursuant to the Sale Order. |
| 8 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO BOX 5300<br>Albany, NY 12205-0300 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 5 | 7/5/2016 | $11,864.59 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |
| 9 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO BOX 5300<br>Albany, NY 12205-0300 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 329 | 11/21/2016 | $511,253.40 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |

61095289_1

| NO. | CLAIMANT | CASE NUMBER | DEBTOR NAME | SCH NO. | CLAIM NO. | DATE FILED | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE[1] |
|---|---|---|---|---|---|---|---|---|
| 10 | New York State Department of Taxation and Finance Bankruptcy Section PO BOX 5300 Albany, NY 12205-0300 | 16-11700 (SMB) | Gawker Media, LLC | N/A | 334 | 1/17/2017 | $9,275.66 | Claim was fully satisfied by the Debtors in accordance with one or more orders of the Court. |