**Hearing Date and Time: April 18, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
-------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING
ON DEBTORS' OBJECTION TO THE CLAIMS
OF ALADAR BALDAUF (CLAIM NOS. 326 AND 332)**

**PLEASE TAKE NOTICE** that on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332)* [Docket No. 723, and re-filed at Docket No. 732 on February 6, 2017] (the "Baldauf Objection") in respect of claim nos. 326 and 332 filed by Aladar Baldauf.

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Baldauf Objection was set as February 28, 2017 at 4:00 p.m. (ET) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61175317_1

**PLEASE TAKE FURTHER NOTICE** that the Debtors received an informal response from Mr. Baldauf in respect of the Baldauf Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Baldauf Objection was scheduled for March 7, 2017 at 10:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Hearing is hereby adjourned to **April 18, 2017 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may seek to modify or supplement the relief requested in the Baldauf Objection.

Dated: March 3, 2017
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropegray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*

-2-