ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
           Debtors.                                   :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR MARCH 7, 2017 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that, with the Court's permission, the hearing scheduled for March 7, 2017 at 10:00 a.m. (prevailing Eastern Time) (the "March Omnibus Hearing") has been cancelled. The following matters scheduled for the March Omnibus Hearing have been adjourned to **April 18, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York:

1. *Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 341];

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61175360_2

2. *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294, and 295 Filed by Albert James Daulerio* [Docket No. 493];

3. *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 730]; and

4. *Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332)* [Docket No. 732].

Furthermore, the Court has entered orders on the docket granting the following claim objections that were scheduled for the March Omnibus Hearing:

5. *Debtors' Fifth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 717];

6. *Debtors' Sixth Omnibus Objection to Claims (Amended And Superseded Claims)* [Docket No. 718];

7. *Debtors' Objection to the Claim Filed by Hartford Fire Insurance Company (Claim No. 7)* [Docket No. 728];

8. *Debtors' Objection to the Claims of Federal Insurance Company (Claim Nos. 43 and 44)* [Docket No. 729]; and

9. *Debtors' Objection to the Claim of Innovid Inc. (Claim No. 35)* [Docket No. 731].

Furthermore, the Debtors have filed notices of withdrawal on the docket regarding the following claim objections that were scheduled for the March Omnibus Hearing:

10. *Debtors' Objection to the Claim of the New York State Department of Labor, Unemployment Insurance Division (Claim No. 10)* [Docket No. 733]; and

11. *Debtors' Objection to the Claim of the Comptroller of Maryland (Claim No. 316)* [Docket No. 734].

*[Remainder of page intentionally left blank]*

61175360_2

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 3, 2017　　　　　　　　　　　　*/s/ Gregg M. Galardi*
　　　　New York, New York　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　　　　Gregg M. Galardi
　　　　　　　　　　　　　　　　　　　　　　D. Ross Martin
　　　　　　　　　　　　　　　　　　　　　　Jonathan M. Agudelo
　　　　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036-8704
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 596-9000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 596-9090
　　　　　　　　　　　　　　　　　　　　　　gregg.galardi@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　　ross.martin@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　　jonathan.agudelo@ropesgray.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtors*
　　　　　　　　　　　　　　　　　　　　　　*and Debtors in Possession*

61175360_2