**SIMPSON THACHER & BARTLETT LLP**
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 596-9090

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gawker Media LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION IN FURTHERANCE OF ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SIMPSON THACHER & BARTLETT LLP AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
PURSUANT TO SECTIONS 328(a), 330 AND 1103(a) OF THE BANKRUPTCY CODE
EFFECTIVE *NUNC PRO TUNC* TO JUNE 24, 2016**

I, Sandeep Qusba, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney at law and a member of the law firm of Simpson Thacher & Bartlett LLP ("***Simpson Thacher***"), which maintains offices at 425 Lexington Avenue, New York, NY 10017. I am a member in good standing of the Bar of the State of New York and am

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC's and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

admitted to practice before the Supreme Court of New York and the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2. On July 26, 2016, the Committee (defined below) filed the *Application of the Official Committee of Unsecured Creditors of Gawker Media LLC, et al., for Entry of an Order Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Simpson Thacher & Bartlett LLP Effective Nunc Pro Tunc to June 24, 2016* [Docket No. 134] (the "**Retention Application**").[2] In support of the Retention Application, the Committee submitted the *Declaration of Sandeep Qusba* (the "**Qusba Declaration**"), which was attached to the Retention Application as **Exhibit C**.

*3.* On August 17, 2016, the Court entered the *Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code Effective Nunc Pro Tunc to June 24, 2016* [Docket No. 184] (the "**Retention Order**"), which authorized the employment and retention of Simpson Thacher as counsel to the Official Committee of Unsecured Creditors of Gawker Media LLC, *et al.* (the "**Committee**") in the Chapter 11 Cases.

4. In connection with the Retention Application and the Retention Order, I submit this supplemental declaration (this "**Supplemental Declaration**") to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

---

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed in the Retention Application.

5. In its Retention Application and Qusba Declaration, Simpson Thacher disclosed its billing rates in effect at that time for matters related to these chapter 11 cases. I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, Simpson Thacher must provide notice of changes to its billing rates during these chapter 11 cases.

6. In accordance with ordinary practice, some billing rates for professionals and paraprofessionals changed effective as of January 1, 2017. The rates changed due to rate increases or promotion. The billing rates set forth below will take effect as of February 1, 2017 for Simpson Thacher's work on these chapter 11 cases:

| Billing Category | Range |
| --- | --- |
| Partners | $1,135 – $1,490 |
| Senior Counsel | $1,115 |
| Counsel | $1,080 |
| Associates | $510 – $1,040 |
| Paraprofessionals | $220 – $380 |

7. The Committee has been informed of the rate changes disclosed herein and has consented to such changes. Further, the Office of the United States Trustee has been informed of the rate changes disclosed herein and has no objection to such changes.

8. The foregoing constitutes a supplemental statement of Simpson Thacher pursuant to section 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 and Local Rule 2014-1.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 6, 2017
New York, New York

Sandeep Qusba