SIMPSON THACHER & BARTLETT LLP
Sandeep Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel to the Official Committee*
*of Unsecured Creditors of Gawker Media LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                      :    Chapter 11
                                                           :
Gawker Media LLC, *et al.*,[1]                             :    Case No. 16-11700 (SMB)
                                                           :
                    Debtors.                               :    (Jointly Administered)
                                                           :
------------------------------------------------------------x

**EIGHTH MONTHLY STATEMENT OF**
**SIMPSON THACHER & BARTLETT LLP FOR**
**FEES FOR PROFESSIONAL SERVICES RENDERED AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
<u>**PERIOD FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**</u>

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

| | |
|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** |
| | **Counsel to the Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **August 17, 2016 (*nunc pro tunc* to June 24, 2016) [Docket No. 184]** |
| **Period for Which Fees and Expenses are Incurred:** | **February 1, 2017 through and including February 28, 2017** |
| **Fees Incurred:** | **$14,615.50** |
| **Expenses Incurred:** | **$0.00** |
| **Total Fees and Expenses Due:** | **$14,615.50** |

**This is a Monthly Fee Statement.**

## SUMMARY

1.      Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), attorneys for the Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), hereby submits this statement of fees (the "**Monthly Statement**") for the period from February 1, 2017 through and including February 28, 2017 (the "**Compensation Period**") in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] (the "**Interim Compensation Order**"). Simpson Thacher requests interim allowance and payment of compensation in the amount of $11,692.40 (80% of $14,615.50) of fees on account of reasonable and necessary professional services rendered to the Committee by Simpson Thacher during the Compensation Period.

**FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD**

2.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Simpson Thacher professional and paraprofessional that provided services to the Committee during the Compensation Period. During the Compensation Period, the blended hourly billing rate of Simpson Thacher partners is approximately $1,375.00 and associates is approximately $512.26.

3.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Simpson Thacher professionals in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth detailed time records of Simpson Thacher professionals for the Compensation Period.

3

# NOTICE

5. Pursuant to the Interim Compensation Order, notice of this statement will be provided: (i) the Debtors, Gawker Media LLC, 114 Fifth Avenue, 2d Floor, New York, NY 10011, Attn. Heather Dietrick (heather@gawker.com) and William D. Holden (profinvoices@gawker.com); (ii) counsel for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel to US VC Partners LP, as Prepetition Second Lien Lender, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: David Heller (david.heller@lw.com) & Keith A. Simon, 885 Third Avenue, New York, New York 10022, Attn: Keith A. Simon (keith.simon@lw.com); and (v) counsel to Cerberus Business Finance, LLC, as DIP Lender, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (adam.harris@srz.com).

Dated: March 7, 2017
      New York, New York

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: */s/ Sandeep Qusba*
    Sandeep Qusba
    William T. Russell, Jr.

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: squsba@stblaw.com
E-mail: wrussell@stblaw.com

**EXHIBIT A**

**Timekeeper Summary**

| Name of Professional | Title | Department | Year of Admission | Hourly Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| William T. Russell Jr | Partner | Litigation | 1991 | $1,375.00 | 3.70 | $5,087.50 |
| Julia E. Heald | Associate | Litigation | 2016 | $615.00 | 0.40 | $246.00 |
| Jonathan E. Endean | Associate | Corporate | N/A | $510.00 | 18.20 | $9,282.00 |

## EXHIBIT B

### Task Code Summary

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 002724-0006 | Case Administration | 1.80 | $1,650.00 |
| 002724-0007 | Claims Administration and Objections | 1.20 | $1,650.00 |
| 002724-0010 | Employment and Fee Applications | 17.30 | $9,947.50 |
| 002724-0025 | Non-STB Fee Applications | 2.00 | $2,058.00 |

## EXHIBIT C

### Time Detail

**Timekeeper Category: 002724-0006  -  Case Administration**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/10/2017 | Heald, Julia E. | Review docket and update case calendar | 0.30 | $184.50 |
| 2/11/2017 | Endean, Jonathan E. | Corres. re: Shiva Ayyadurai expenses | 0.30 | $153.00 |
| 2/13/2017 | Endean, Jonathan E. | Corres. re: Shiva Ayyadurai reimbursement | 0.30 | $153.00 |
| 2/14/2017 | Endean, Jonathan E. | Emailed Ropes re: Effective Date | 0.20 | $102.00 |
| 2/16/2017 | Endean, Jonathan E. | Corres. w/ D. Tabak re: Effective Date | 0.30 | $153.00 |
| 2/17/2017 | Endean, Jonathan E. | Rev. corres w/ Cmty re: Effective Date | 0.10 | $51.00 |
| 2/23/2017 | Endean, Jonathan E. | Corres. w/ Shiva & assistant re: W-9 | 0.20 | $102.00 |
| 2/28/2017 | Heald, Julia E. | Review docket and update case calendar | 0.10 | $61.50 |
| **Totals:** | | | **1.80** | **$960.00** |

**Timekeeper Category: 002724-0007  -  Claims Administration and Objections**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/22/2017 | Russell Jr, William T. | Review claims objection (.6) review 2/14 hearing transcript (.6) | 1.20 | $1,650.00 |
| **Totals:** | | | **1.20** | **$1,650.00** |

**Timekeeper Category: 002724-0010  -  Employment and Fee Applications**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/14/2017 | Endean, Jonathan E. | Prep. Jan. fee statement (0.7); prep 2nd interim fee app. (3.0) | 3.70 | $1,887.00 |
| 2/15/2017 | Endean, Jonathan E. | Prep. and filed 7th Fee Statement | 0.80 | $408.00 |
| 2/15/2017 | Endean, Jonathan E. | Prep. 2nd Interim Fee App. | 0.70 | $357.00 |
| 2/16/2017 | Endean, Jonathan E. | Prep. and filed 7th Fee app (2.0); prep. second interim fee app (2.5) | 4.50 | $2,295.00 |
| 2/17/2017 | Endean, Jonathan E. | Prep. second interim fee app. | 2.20 | $1,122.00 |
| 2/22/2017 | Endean, Jonathan E. | Prep. 2nd interim fee app | 0.30 | $153.00 |
| 2/22/2017 | Russell Jr, William T. | Review and revise draft STB fee app | 0.60 | $825.00 |
| 2/23/2017 | Endean, Jonathan E. | Prep. 2nd interim fee app | 0.40 | $204.00 |
| 2/23/2017 | Russell Jr, William T. | Revise draft fee app and emails Endean re same | 0.40 | $550.00 |
| 2/24/2017 | Endean, Jonathan E. | Prep. 2nd interim fee app (1.1); Call w/ J. Mon re: same (0.4) | 1.80 | $918.00 |
| 2/28/2017 | Endean, Jonathan E. | Reviewed expenses and fees for 2nd Interim Fee App. | 1.60 | $816.00 |
| 2/28/2017 | Russell Jr, William T. | Emails t/cs J. Endean re STB fee app issues | 0.30 | $412.50 |
| **Totals:** | | | **17.30** | **$9,947.50** |

| **Timekeeper Category: 002724-0025  -  Non-STB Fee Applications** ||||||
|---|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Amount** ||
| 2/3/2017 | Endean, Jonathan E. | Rev. Deloitte interim fee statement | 0.10 | $51.00 ||
| 2/4/2017 | Russell Jr, William T. | Review Deloitte fee app | 0.40 | $550.00 ||
| 2/8/2017 | Endean, Jonathan E. | Filed Deloitte fourth interim fee statement | 0.20 | $102.00 ||
| 2/9/2017 | Endean, Jonathan E. | Provided payment details for Debtors to pay professionals | 0.30 | $153.00 ||
| 2/22/2017 | Russell Jr, William T. | Review Ropes fee app and emails STB team re same | 0.40 | $550.00 ||
| 2/23/2017 | Endean, Jonathan E. | Corres. w/ A. Bathgate (Mourant) re: fees | 0.20 | $102.00 ||
| 2/23/2017 | Russell Jr, William T. | Review Akin fee app and emails STB team re same (.4) | 0.40 | $550.00 ||
| **Totals:** ||| **2.00** | **$2,058.00** ||