

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

8 March 2017

<u>Via CM/ECF</u>

Hon. Stuart M. Bernstein
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 723
New York, New York 10004

Re:    In re: Gawker Media, LLC. | Case No. 16-11700

Dear Judge Bernstein:

As the Court is aware, my firm is counsel to Claimants Got News, LLC, and Charles C. Johnson in the above referenced matter, who filed Proofs of Claim Nos. 223 & 298. On February 14, 2017, we appeared before the Court to argue the Stage One issues raised in the supplemental briefing. See Docket Nos. 703, 707, 745, and 755.

Following the argument, counsel for Claimants and Debtor met with Your Honor in chambers, wherein the Court inquired whether the parties would be amenable to mediating their dispute.

The parties have discussed the matter and the dispute will not be mediated or otherwise settled at this time.  Thus, the dispute remains before the Court.

Thank you for your attention to this matter.

Sincerely,

Jay Marshall Wolman

cc:    Gregg M. Galardi
       D. Ross Martin
       Peter Walkingshaw