**Response Date and Time: April 7, 2017 at 4:00 p.m. (Eastern Time)**
**Hearing Date and Time: April 18, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
                                                 :
In re                                            :    Chapter 11
                                                 :
Gawker Media LLC, *et al.*,[1]                   :    Case No. 16-11700 (SMB)
                                                 :
                Debtors.                         :    (Jointly Administered)
                                                 :
-------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**GAWKER MEDIA'S (I) OBJECTION TO IRS CLAIMS PURSUANT**
**TO BANKRUPTCY CODE SECTION 502(B) AND (II) MOTION**
**FOR A DETERMINATION OF 2013, 2014 AND 2015 FEDERAL TAX**
**LIABILITY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 505(A)**

**PLEASE TAKE NOTICE** that on February 17, 2017, the Debtors filed *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(B) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(B) and 505(A)* [Docket No. 769] (the "IRS Objection").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the IRS Objection was set as March 13, 2017 at 4:00 p.m. (ET) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61233885_1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the IRS Objection was scheduled for March 22, 2017 at 10:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Response Deadline is hereby extended to **April 7, 2017 at 4:00 p.m. (prevailing Eastern Time)**; and (ii) the Hearing is hereby adjourned to **April 18, 2017 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may seek to modify or supplement the relief requested in the IRS Objection.

| | |
|---|---|
| Dated: March 9, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:   (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br><br>*Counsel to the Debtors<br>and Debtors in Possession* |