ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :    Case No. 16-11700 (SMB)
                                        :
              Debtors.                  :    (Jointly Administered)
                                        :
-------------------------------------------------------x

## NOTICE OF TIME CHANGE FOR MATTERS SCHEDULED ON MARCH 22, 2017

**PLEASE TAKE NOTICE** that the hearing originally scheduled for March 22, 2017 at 10:00 a.m. (prevailing Eastern Time) has been rescheduled to **March 22, 2017 at 11:00 a.m. (prevailing Eastern Time),** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, with respect to the following matters:

1. Case Conference

2. *Gawker Media's (I) Objection to NYC Claim Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Final Determination of Tax Liability for 2013, 2014 and 2015 NYC Taxes Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 770].

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61508752_1

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

<table>
<tr><td>Dated: March 16, 2017<br>New York, New York</td><td><i>/s/ Gregg M. Galardi</i><br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br><i>Counsel to the Debtors<br>and Debtors in Possession</i></td></tr>
</table>

61508752_1