**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                              :
In re                                         :       Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :       Case No. 16-11700 (SMB)
                                              :
                    Debtors.                  :       (Jointly Administered)
                                              :
-------------------------------------------------------x

## <u>ORDER GRANTING GAWKER MEDIA'S OBJECTION TO NYC CLAIM</u>

Upon the objection and motion (collectively, the "<u>Objection</u>") of Gawker Media LLC

("<u>Gawker Media</u>"), as a debtor and debtor in possession in the above-captioned cases (the

"<u>Bankruptcy Cases</u>"), for entry of an order (the "<u>Order</u>") allowing NYC Claim No. 330 in a

reduced amount and determining Gawker Media's NYC taxes for the tax years 2013, 2014 and

2015; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157, 1334, and 2201(a) and 11 U.S.C. §§ 105(a), 106 and 505(a); and the Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that

venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the

best interests of Gawker Media's estate, its creditors, and other parties in interest; and the Court

having found that Gawker Media provided appropriate notice of the Objection and the

opportunity for a hearing on the Objection under the circumstances; and the Court having

reviewed the Objection and having heard the statements in support of the relief requested therein

at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      Gawker Media's Objection is sustained as set forth herein.  All capitalized terms used but not defined herein shall have the meanings attributed to such terms in the Objection.

2.      Gawker Media has no NYC tax liability for the tax years 2013 and 2014.

3.      Gawker Media's NYC tax liability for the tax year 2015 totals $9,250.

4.      The NYC Claim is reduced and allowed in the amount of $9,250.

5.      Prime Clerk, as the Court-appointed claims agent in the Bankruptcy Cases, is hereby authorized and directed to make such revisions to the Claims Register as are necessary to reflect the reduction and partial disallowance of the NYC Claim at Claim No. 330.

6.      Gawker Media is authorized to take all actions necessary to implement this Order.

7.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.


SO ORDERED.

New York, New York
Dated: March 17th, 2017

                                        /s/ STUART M. BERNSTEIN
                                        THE HONORABLE STUART M BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE


61509685_2