ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re                            :    Chapter 11
                                 :
Gawker Media LLC, *et al.*,[1]   :    Case No. 16-11700 (SMB)
                                 :
          Debtors.               :    (Jointly Administered)
                                 :
---------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
MARCH 22, 2017 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:          March 22, 2017 at 11:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                        United States Bankruptcy Court for the Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green, Courtroom No. 723
                        New York, New York 10004

Copies of Motions:      A copy of each pleading can be viewed on the Court's website at
                        www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                        agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                        information may be obtained by calling Prime Clerk toll free at 855-639-
                        3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

61554196_2

**CASE CONFERENCE**

    **Related Document:**

    a.    Notice of (I) Entry of Order Confirming the Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft. and (II) Occurrence of the Effective Date [Docket No. 825]

    **Status:**  **The Effective Date under the Plan occurred on March 17, 2017. The Plan Administrator intends to make distributions pursuant to the Plan this week.**

**ADJOURNED MATTERS**

1.    Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

    **Response Deadline:**  April 11, 2017

    **Responses Received:** None.

    **Related Documents:**

    a.    Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 344]

    b.    Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

    c.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 438]

    d.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 618]

    e.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 687]

    f.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 738]

    g.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 797]

**Status:** **This matter has been adjourned to the hearing on April 18, 2017 at 10:00 a.m.**

2.    Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

**Response Deadline:**  April 11, 2017

**Responses Received:**  None.

**Related Documents:**

    a.    Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

    b.    Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

    c.    Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 735]

    d.    Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 799]

**Status:** **This matter has been adjourned to the hearing on April 18, 2017 at 10:00 a.m.**

3.    Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh P.A. (Claim No. 32) [Docket No. 730]

**Response Deadline:**  April 11, 2017

**Responses Received:** None.

**Related Documents:**

    a.    Declaration of William D. Holden in Support of the Debtors' Objections to Certain Claims [Docket No. 726]

    b.    Notice of Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 798]

**Status: This matter has been adjourned to the hearing on April 18, 2017 at 10:00 a.m.**

4.    Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332) [Docket No. 732]

**Response Deadline**: February 28, 2017

**Responses Received**: The Debtors received an informal response from Mr. Baldauf.

**Related Documents**:

    a.    Declaration of William D. Holden in Support of the Debtors' Objections to Certain Claims [Docket No. 726]

    b.    Notice of Adjournment of Hearing on Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332) [Docket No. 800]

**Status: This matter has been adjourned to the hearing on April 18, 2017 at 10:00 a.m.**

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

5. Notice of Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 769]

   **Response Deadline:** April 7, 2017

   **Responses Received:** None.

   **Related Documents:**

   a. Notice of Adjournment of Hearing on Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(b) [Docket No. 813]

   **Status:** **This matter has been adjourned to the hearing on April 18, 2017 at 10:00 a.m.**

Dated: March 20, 2017
       New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to Plan Administrator
for the Debtors*