## Exhibit A

### Timekeeper Summary

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Freel, Michael | Manager | State & Local Tax | $ 410.00 | 3.75 | $ 1,537.50 |
| LiRosi, Paul | Director | Tax | $ 460.00 | 18.25 | $ 8,395.00 |
| Neri, Joseph | Supervisor | Tax | $ 275.00 | 4.00 | $ 1,100.00 |
| Rhodes, Michael | Partner | Audit & Accounting | $ 600.00 | 4.00 | $ 2,400.00 |
| Ruvere, Eugene | Partner | State & Local Tax | $ 500.00 | 0.25 | $ 125.00 |
| Total Compensation | | | $ 448.18 | 30.25 | $ 13,557.50 |

## SUMMARY BY LEVEL

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $ 594.12 | 4.25 | 2,525.00 |
| Directors | $ 460.00 | 18.25 | 8,395.00 |
| Managers | $ 410.00 | 3.75 | 1,537.50 |
| Supervisors | $ 275.00 | 4.00 | 1,100.00 |
| **Total Fees Incurred** | | **30.25** | **13,557.50** |