# Exhibit B

## Task Code Summary

## TASK CODE SUMMARY

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 300 | Taxes - General | 26.25 | $ 11,895.00 |
| 613 | SALT Professionals | 4.00 | $ 1,662.50 |
| TOTAL | | 30.25 | $ 13,557.50 |