## Exhibit C

## Time Detail

Mar 02, 2017                    Citrin Cooperman & Company, LLP
Billing Worksheet
Client - Client Code
For the Period: 2/1/2017 - 2/28/2017
WIP Approved ( 2/28/2017 )

| WIP - 0 - Gawker Media - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 613 SALT Professionals | Freel, Michael | 2/1/2017 | vm from MD DOR rep re: bankruptcy claim; review payroll and census reports re: IL and PA claims, calls to IL DOR re: same; discuss with Eugene R. | $ 410.00 | 1.50 | $ 615.00 |
| taxes | 613 SALT Professionals | Freel, Michael | 2/2/2017 | calls to IL, PA and NY tax departments re: bankruptcy claims; discuss issues with reps and notes to file; summary e-mail re: findings and next steps to take to Sarah A. @ Opportune and Eugene R. and related follow up e-mails from/to Eugene | $ 410.00 | 2.25 | $ 922.50 |
| Cons | 300 Tax General | LiRosi, Paul | 2/23/2017 | meeting with opportune to discuss tax audit and various tax compliance questions around retained earnings and book income | $ 460.00 | 4.00 | $ 1,840.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/3/2017 | reviewed memo from IRS and provided Lynn and Will with required information i.e. tax trial balances, in addition responded to various emails regarding tax transmittal request | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/7/2017 | various emails with the members for Opportune. Provided various tax schedule for IRS audit, and reconcialtion of Retained Earnings statements | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/8/2017 | followd up with Opportune on tax info sent for audit | $ 460.00 | 0.25 | $ 115.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/11/2017 | reivew email from Ryan Riddle on TB reconcilation of assets/liabilities on tax return. provided him with a response regarding to the amended tax return that was filed | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/14/2017 | discussion regarding tax audits with opportune, regarding book to tax entries | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/15/2017 | review of IDR request for tax audit/reconciled book to tax information for Opportune/reviewed various AJE's to conform PBC TB vs adjusted Book income on F/S | $ 460.00 | 2.00 | $ 920.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| taxes | 300 Tax General | LiRosi, Paul | 2/16/2017 | review of Ryan Riddles email for questions that the IRS agent had on accrued royalty expense, and reconcile for him taxable income on schedule M-1/M-2 adjustments - for 2013, 2014, 2015 | $ 460.00 | 2.50 | $ 1,150.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/17/2017 | call with Ryan on royalty fee | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/17/2017 | meeting with Mike on status update for tax audits | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/18/2017 | email to Ryan on responses to various IDR requests | $ 460.00 | 0.50 | $ 230.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/24/2017 | review with Joe Neri on 2013-2015 book/tax reconcilation for IRS audit in addtion to reconcile book income from TB to book income on tax return for those respective years. | $ 460.00 | 3.25 | $ 1,495.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/27/2017 | email to Ryan Riddle on book income reconciliation | $ 460.00 | 1.00 | $ 460.00 |
| taxes | 300 Tax General | LiRosi, Paul | 2/28/2017 | upload and review 2013 pre amended tax return TB to provide to Opportune | $ 460.00 | 0.75 | $ 345.00 |
| taxes | 300 Tax General | Neri, Joseph | 2/24/2017 | Review retained earnings discrepancy per financials and tax return; Discussion, review, and reconciliation with P. LiRosi | $ 275.00 | 4.00 | $ 1,100.00 |
| taxes | 300 Tax General | Rhodes, Michael | 2/23/2017 | Meeting with Opportune to discuss tax audit and respond to questions on historical tax returns | $ 600.00 | 4.00 | $ 2,400.00 |
| taxes | 613 SALT Professionals | Ruvere, Eugene | 2/1/2017 | Discussions with staff regarding progress on state assessment claim issues. | $ 500.00 | 0.25 | $ 125.00 |
| | | | | | | 30.25 | $ 13,557.50 |



# CITRINCOOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY 10011*

Invoice No.   758981
Date          03/17/2017
Client No.    42254.0

---

FOR PROFESSIONAL SERVICES RENDERED DURING FEBRUARY 2017 AS FOLLOWS:

TAX ADVISORY SERVICES
    M. RHODES          4.00 HRS @ $600/HR        $   2,400.00
    P. LIROSI            18.25 HRS @ $460/HR            8,395.00
    J. NERI             4.00 HRS @ $275/HR            1,100.00

STATE CLAIM ISSUES
    E. RUVERE          0.25 HRS @ $500/HR              125.00
    M. FREEL           3.75 HRS @ $410/HR           1,537.50

                                            Total This Invoice    $   13,557.50

**Payment due upon receipt.**

Please include this page or make reference to the invoice number and client number on your check.
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.