# **Exhibit A**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Gregg Galardi | Partner | 1990 | 1998 | 1,320.00 | 77.80 | $102,696.00 |
| D. Ross Martin | Partner | 1995 | 2004 | 1,260.00 | 6.20 | $7,812.00 |
| Gabrielle Hirz | Senior Attorney | 2007 | | 785.00 | 42.00 | $32,970.00 |
| Joshua Sturm | Associate | 2006 | | 955.00 | 48.90 | $46,699.50 |
| Jonathan Agudelo | Associate | 2009 | | 925.00 | 86.60 | $80,105.00 |
| Shaw Kaneyasu-Speck | Associate | 2010 | | 925.00 | 2.50 | $2,312.50 |
| William A. McGee | Associate | 2014 | | 670.00 | 30.20 | $20,234.00 |
| Peter Walkingshaw | Associate | 2014 | | 670.00 | 18.90 | $12,663.00 |
| Sam Ashuraey | Associate | 2016 | | 500.00 | 3.50 | $1,750.00 |
| Ani-Rae Lovell | Associate | 2016 | | 490.00 | 35.80 | $17,542.00 |
| William Allen | Paralegal | | | 430.00 | 7.40 | $3,182.00 |
| Roberto Gonzalez | Paralegal | | | 375.00 | 6.80 | $2,550.00 |
| Meir Weinberg | Paralegal | 2009 | | 325.00 | 19.20 | $6,240.00 |
| **TOTAL:** | | | | | **385.80** | **$336,756.00*** |

* Does not reflect reduction of $938.75 applied to travel time.

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,315.57 | 84.00 | $110,508.00 |
| Associates | $798.35 | 268.40 | $214,276.00 |
| Paraprofessionals/Staff | $358.44 | 33.40 | $11,972.00 |
| Blended Attorney Rate | $921.63 | | |
| **Total Fees Incurred** | | **385.80** | **$336,756.00*** |

* Does not reflect reduction of $938.75 applied to travel time.