**Exhibit B**

**Task Code Summary**

## TASK CODE SUMMARY

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 0002 | Reporting (MOR / SEC) | 1.20 | $1,149.50 |
| 0004 | Litigation | 6.90 | $8,634.00 |
| 0005 | Tax Matters | 119.20 | $114,354.00 |
| 0006 | Asset / Lien & Recovery Analysis | 0.60 | $792.00 |
| 0008 | R&G Retention & Fee Applications | 13.90 | $11,385.00 |
| 0013 | Claims | 130.70 | $101,438.00 |
| 0014 | Travel | 2.50 | $1,877.50 |
| 0016 | Other Retention & Fee Applications | 12.60 | $9,922.00 |
| 0017 | Executory Contracts / Leases | 14.20 | $14,201.50 |
| 0018 | Plan and Disclosure Statement | 34.30 | $37,001.00 |
| 0019 | Hearings | 22.50 | $14,534.50 |
| 0020 | Administration | 20.80 | $14,441.00 |
| 0021 | Business Operations / Strategic Planning | 0.40 | $528.00 |
| 0023 | Creditor & Shareholder Inquiries | 2.40 | $3,010.00 |
| 0024 | Corporate Matters | 2.50 | $2,312.50 |
| 0025 | Employee Benefits Issues | 0.20 | $264.00 |
| 0026 | Relief from Stay & Adequate Protection | 0.90 | $911.50 |
| **TOTAL:** | | **385.80** | **$336,756.00*** |

* Does not reflect reduction of $938.75 applied to travel time.