# Exhibit C

## Disbursement Summary

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---:|
| Computer Assisted Research | $9,123.77 |
| Courier Service | $124.94 |
| CourtCall Charges | $144.00 |
| Library Fees | $25.00 |
| Miscellaneous | $58.94 |
| Photocopy | $270.40 |
| Tabs and Binding | $13.08 |
| Transcript of Testimony | $383.50 |
| **Total:** | **$10,143.63** |