## <u>Exhibit D</u>

**Time Detail**

# ROPES & GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 1067350
Invoice Date: March 20, 2017
Federal Tax ID: 04-2233412

GK Media
c/o Opportune LLP
Attn: William D. Holden
10 East 53rd Street, 33rd Floor
New York, NY 10022

FOR PROFESSIONAL SERVICES rendered through February 28, 2017.

| | | | |
|---|---|---|---:|
| 112782-0002 Services | Reporting (MOR/SEC) | $ | 1,149.50 |
| 112782-0004 Services | Litigation | $ | 8,634.00 |
| 112782-0005 Services | Tax Matters | $ | 114,354.00 |
| 112782-0006 Services | Asset/Lien & Recovery Analysis | $ | 792.00 |
| 112782-0008 Services | R&G Retention & Fee Applications | $ | 11,385.00 |
| 112782-0013 Services | Claims | | 101,438.00 |
| 112782-0014 Travel | | | |
| Total Services | | | 1,877.50 |
| Adjustment to Travel Services | | | -938.75 |
| Services Due | | $ | 938.75 |
| 112782-0016 Services | Other Retention & Fee Applications | $ | 9,922.00 |
| 112782-0017 Services | Executory Contracts/Leases | $ | 14,201.50 |
| 112782-0018 Services | Plan and Disclosure Statement | $ | 37,001.00 |
| 112782-0019 Services | Hearings | $ | 14,534.50 |
| 112782-0020 Services | Administration | $ | 14,441.00 |

Our Reference #: 112782

Joint Group: 112782.0217

**ROPES & GRAY**

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

| | | | |
|---|---|---|---|
| 112782-0021 | Business Operations/Strategic Planning Services | $ | 528.00 |
| 112782-0023 | Creditor & Shareholder Inquiries Services | $ | 3,010.00 |
| 112782-0024 | Corporate Matters Services | $ | 2,312.50 |
| 112782-0025 | Employee Benefits Issues Services | $ | 264.00 |
| 112782-0026 | Relief from Stay & Adequate Protection Services | $ | 911.50 |
| **Total Fees** | | $ | 335,817.25 |

**Disbursements and Charges**

| | |
|---|---|
| Computer Assisted Research | 9,123.77 |
| Courier Service | 124.94 |
| Court Fees | 144.00 |
| Library Fees | 25.00 |
| Miscellaneous | 58.94 |
| Photocopy | 270.40 |
| Tabs and Binding | 13.08 |
| Transcript of Testimony | 383.50 |
| Total Disbursements and Charges | $ 10,143.63 |
| **TOTAL** | $ 345,960.88 |

| **Payment Instructions** | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund & Domestic Wire Transfers:** | **International Wire Transfers:** |
| Ropes & Gray LLP Mail Code: 11104 P.O. Box 11839 Newark, NJ 07101-8138 | Ropes & Gray LLP c/o Citibank, N.A 153 East 53rd Street New York, NY 10043 ABA No.: 021-000-089 Account No: 4997537106 | Ropes & Gray LLP c/o Citibank, N.A 111 Wall Street New York, NY 10005 Swift Code: CITIUS33 Account No: 4997537106 |

ROPES & GRAY LLP

Invoice No.: 1067350
Page 3
Reporting (MOR/SEC)

**File No.: 112782-0002 Reporting (MOR/SEC)**

| Detail of Services | | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/01/17 | Agudelo, J. | 0.40 | Emails with UST office, client regarding fees. | 370.00 |
| 02/06/17 | Galardi, G. | 0.10 | Address MOR change. | 132.00 |
| 02/06/17 | Agudelo, J. | 0.70 | Emails with client regarding December MOR (0.4); review same (0.2); confer with G. Galardi regarding same (0.1). | 647.50 |
| | **Total Hours** | **1.20** | **Total Amount $** | **1,149.50** |

ROPES & GRAY LLP

File No.: 112782-0004 Litigation

| | **Detail of Services** | | |
|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/03/17 | Galardi, G. | 0.20 | Address 2004 motion (0.2). | 264.00 |
| 02/06/17 | Galardi, G. | 0.20 | Address 2004 motion adjournment. | 264.00 |
| 02/06/17 | Agudelo, J. | 0.30 | Email with M. Weinberg regarding Rule 2004 adjournment (0.1); email to chambers regarding same (0.2). | 277.50 |
| 02/07/17 | Galardi, G. | 0.60 | Review and finalize Bollea settlement documents. | 792.00 |
| 02/07/17 | Agudelo, J. | 0.50 | Emails with RG team regarding 2004 motion adjournment (0.2); email with Skadden regarding same (0.1); email to Court regarding Fette settlement (0.2). | 462.50 |
| 02/08/17 | Galardi, G. | 1.70 | Follow-up re: content removal (0.4); review potential settlement (0.4); address 2004 and possible settlement issues with independents (0.5); call with Bollea counsel re: same (0.4). | 2,244.00 |
| 02/10/17 | Galardi, G. | 0.50 | Call with Independent director and plan administrator re: potentialsettlement (0.4); follow-up re: same with counsel for Bollea and Thiel (0.5). | 660.00 |
| 02/13/17 | Agudelo, J. | 0.40 | Emails with client regarding litigation correspondence received (0.2); due diligence regarding same (0.2). | 370.00 |
| 02/17/17 | Galardi, G. | 0.40 | Address inquiries re: Gawker.com articles and issues. | 528.00 |
| 02/21/17 | Galardi, G. | 0.20 | Address issues re: Terrill articles. | 264.00 |
| 02/22/17 | Galardi, G. | 1.20 | Follow-up re: Terrill lawyer re: articles (0.3); call with Skadden re: Thiel 2004 and settlement agreement (0.4); send revised email to client and others re: Thiel status and issues (0.5). | 1,584.00 |
| 02/23/17 | Galardi, G. | 0.40 | Call and follow-up email with Harder counsel re: 2004 motion. | 528.00 |
| 02/24/17 | Galardi, G. | 0.10 | Address Terrill articles. | 132.00 |
| 02/27/17 | Galardi, G. | 0.20 | Follow-up re: Terrill issues. | 264.00 |
| | **Total Hours** | **6.90** | **Total Amount $** | **8,634.00** |

ROPES & GRAY LLP

**File No.: 112782-0005 Tax Matters**

| | | | | |
|---|---|---|---|---|
| | | **Detail of Services** | | |

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/17 | Sturm, J. | 0.20 | Correspondence with G. Hirz regarding status of IRS objection (0.2). | 191.00 |
| 02/02/17 | Agudelo, J. | 0.20 | Emails with J. Sturm, G. Hirz regarding tax claim objections (0.2). | 185.00 |
| 02/02/17 | Hirz, G. | 1.60 | Conference call with G. Galardi and J. Sturm regarding draft pleading concerning tax issues (0.6); discuss implementation of comments with J. Sturm (0.3); begin revising draft pleading in accordance with G. Galardi's comments (0.7). | 1,256.00 |
| 02/02/17 | Sturm, J. | 1.90 | Correspondence with J. Agudelo, G. Galardi and A. McGee regarding hearing dates for IRS objection (0.3); call with G. Galardi regarding IRS objection (0.4); call with G. Galardi and G. Hirz regarding comments to IRS objection (0.7); prepare for, and follow up call with G. Hirz regarding same (0.5). | 1,814.50 |
| 02/03/17 | Galardi, G. | 0.30 | Follow-up re: IRS issues and objection (0.3). | 396.00 |
| 02/05/17 | Sturm, J. | 0.10 | Correspondence with G. Hirz regarding IRS objection. | 95.50 |
| 02/06/17 | Hirz, G. | 2.50 | Complete revisions to tax pleading and send to J. Sturm (2.5). | 1,962.50 |
| 02/06/17 | Sturm, J. | 1.50 | Review IRS Objection changes per G. Galardi comments. | 1,432.50 |
| 02/07/17 | Hirz, G. | 0.10 | Communicate by emails with J. Sturm regarding draft tax pleading (0.1). | 78.50 |
| 02/07/17 | Sturm, J. | 3.10 | Revisions to IRS Objection (2.4); research regarding same (0.7). | 2,960.50 |
| 02/08/17 | Hirz, G. | 1.40 | Review mark-up of tax pleading by J. Sturm and send to G. Galardi for review (0.8); conference call with RG team, client regarding tax issues (0.6). | 1,099.00 |
| 02/08/17 | Sturm, J. | 0.90 | Confer with G. Galardi regarding IRS objection (0.2); call and correspondence with G. Hirz regarding same and NY claim (0.3); review New York proof of claim and related matters (0.4). | 859.50 |
| 02/10/17 | Hirz, G. | 4.20 | Conference call with client regarding tax issues (0.6); conference call with G. Galardi, J. Sturm, W. Holden, and S. Abdel-Razek regarding draft agreement (1.2); research on tax issues (1.3); draft fact section for new version of tax pleading and send to client for review (1.1). | 3,297.00 |
| 02/10/17 | Sturm, J. | 0.80 | Review NYC Dept. of finance claim (0.3); correspondence with Ropes team regarding same (0.2); correspondence with G. Hirz regarding background of IRS claim | 764.00 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | objections (0.3). | |
| 02/12/17 | Galardi, G. | 0.30 | Review and analyze annotated email from Hungary re: status of audit and other issues. | 396.00 |
| 02/13/17 | Hirz, G. | 1.90 | Conference call with R&G team and client regarding tax issues (0.3); revise facts of tax pleading and send to Opportune for review (1.6). | 1,491.50 |
| 02/13/17 | Sturm, J. | 2.00 | Calls and correspondence with G. Hirz regarding 505 motion status (0.3); review revisions to same (0.3); comments on same (0.8); correspondence with G. Hirz regarding comments (0.6). | 1,910.00 |
| 02/14/17 | Galardi, G. | 2.40 | Review and comment significantly on IRS Claims objection. | 3,168.00 |
| 02/14/17 | Agudelo, J. | 0.20 | Emails with J. Sturm, A. McGee regarding IRS claim objection. | 185.00 |
| 02/14/17 | Hirz, G. | 1.40 | Revise tax pleading in accordance with comments by G. Galardi and J. Sturm (1.4). | 1,099.00 |
| 02/14/17 | McGee, W. | 0.80 | Research service of objection on IRS (0.6); correspondence with J. Sturm regarding the same (0.2). | 536.00 |
| 02/14/17 | Sturm, J. | 2.60 | Correspondence with A. McGee regarding service of IRS Objection (0.2); review research regarding same (0.3); Review revisions to IRS claim objection (0.5); review G. Galardi comments regarding same (0.6); correspondence with G, Hirz regarding incorporating comments (1.0). | 2,483.00 |
| 02/15/17 | Galardi, G. | 2.30 | Begin reviewing and revising the NYC tax claim objection and reviewing relevant documentation. | 3,036.00 |
| 02/15/17 | Galardi, G. | 0.60 | Address revisions to IRS claims objection (0.6). | 792.00 |
| 02/15/17 | Agudelo, J. | 0.50 | Telephone conference with client regarding tax form preparation (0.3); confer with G. Galardi regarding same (0.2). | 462.50 |
| 02/15/17 | Hirz, G. | 6.70 | Confer with G. Galardi and J. Sturm to discuss tax pleading (0.5); draft tax pleading regarding NYC claim (3.5); revise tax pleading regarding IRS in accordance with comments from G. Galardi (2.7). | 5,259.50 |
| 02/15/17 | Sturm, J. | 5.80 | Confer with G. Galardi and G. Hirz regarding G. Galardi comments to tax objection (0.4); review and incorporate G. Galardi comments to same (2.2); correspondence with G. Hirz regarding finalizing and circulating draft of same (0.4); finalizing and circulating draft objection to client (0.4); review draft NYC claims objection (0.7); correspondence with Ropes | 5,539.00 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | and Opportune teams regarding same (0.4); correspondence with Opportune regarding filing of 2016 returns (0.3); correspondence with G. Hirz regarding 505(b) request procedures (0.5); research regarding same (0.5). | |
| 02/16/17 | Galardi, G. | 1.80 | Review and make further revisons to IRS objection (0.6); review and make further revisions to NYC objection (0.7); call with Independent director and Opportune re: tax objections and related matters (0.5). | 2,376.00 |
| 02/16/17 | Agudelo, J. | 0.20 | Emails with J. Sturm, A. McGee regarding objection to IRS claim (0.2). | 185.00 |
| 02/16/17 | Hirz, G. | 7.00 | Complete revisions of tax pleading regarding IRS in accordance with comments by J. Sturm and G. Galardi (2.6); revise tax pleading regarding NYC to correspond with revisions to IRS claim (3.6); conference call with R&G team, client regarding tax issues (0.8). | 5,495.00 |
| 02/16/17 | Sturm, J. | 5.50 | Review schedule of anticipated tax filings (0.2); Prepare for, call with client regarding IRS and NYC claim objection (1.2); revisions to same (0.8); revisions to tax claim objections per call (1.5); correspondence with Opportune regarding same (0.3); revisions to NYC objection (1.0); circulating same to Opportune and W. Holden (0.5). | 5,252.50 |
| 02/17/17 | Galardi, G. | 1.80 | Review draft claims objections, including non NY/IRS tax objections (0.6); review and finalize IRS tax objection (0.5); review and finalize IRS tax objection (0.7). | 2,376.00 |
| 02/17/17 | Agudelo, J. | 0.20 | Emails with RG team regarding service of tax claim objections (0.2). | 185.00 |
| 02/17/17 | Hirz, G. | 4.70 | Complete final revisions of NYC and IRS tax pleadings (4.4); discuss finalization and filing of NYC and IRS tax pleadings with G. Galardi and J. Sturm (0.3). | 3,689.50 |
| 02/17/17 | McGee, W. | 3.40 | Review and revise objection to NYC tax claim (0.8); correspondence with prime clerk regarding filing of objections and service of the same (0.2); review G. Galardi edits to IRS tax claim (0.6); confer with court regarding filing of objection (0.1); further revisions to IRS and NYC tax objections (1.7). | 2,278.00 |
| 02/17/17 | Sturm, J. | 4.00 | Review G. Galardi comments to tax claim objections (0.7); call with G. galardi, G. Hirz regarding same (0.3); call with G. Galardi | 3,820.00 |

ROPES & GRAY LLP

| | **Detail of Services** | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | regarding revisions (0.3); incorporating G. Galardi comments (1.0); finalizing and coordinating filing of tax claim objections (2.0). | |
| 02/17/17 | Weinberg, M. | 1.20 | Cite-check IRS and NYC claim objections. | 390.00 |
| 02/21/17 | Hirz, G. | 0.40 | Discuss process for additional tax pleadings with J. Sturm via email (0.4). | 314.00 |
| 02/21/17 | Sturm, J. | 0.20 | Correspondence with G. Hirz regarding tax motion. | 191.00 |
| 02/22/17 | Agudelo, J. | 0.10 | Emails with A. McGee, J. Sturm regarding 505 motions. | 92.50 |
| 02/22/17 | Hirz, G. | 7.00 | Conference call with J. Sturm regarding additional tax pleadings (0.4); complete first draft of supplemental tax pleadings (6.6). | 5,495.00 |
| 02/22/17 | Sturm, J. | 0.90 | Call with G. Hirz regarding additional tax pleading (0.5); research regarding same (0.4). | 859.50 |
| 02/23/17 | Galardi, G. | 5.10 | Review and analyze numerous cases and articles re: tax issues (3.2); analyze and develop further strategy re: same (1.1); begin outlining strategy for additional tax pleadings (0.8). | 6,732.00 |
| 02/23/17 | Agudelo, J. | 0.80 | Confer with G. Galardi, J. Sturm regarding IRS claim issues. | 740.00 |
| 02/23/17 | Sturm, J. | 3.30 | Comment on draft tax pleading (1.9); correspondence with G. Hirz regarding same (0.7); confer with G. Galardi and G. Hirz regarding same (0.7). | 3,151.50 |
| 02/24/17 | Galardi, G. | 6.60 | Continue to review and analyze case law re: tax pleading (2.9); analyze additional tax issues and case law (1.4); initial review and comment on pleading (0.6); call with client and Opportune re: issues and strategy (0.8); follow-up on outline/approach re: tax pleadings (0.9). | 8,712.00 |
| 02/24/17 | Agudelo, J. | 1.40 | Call with client, RG team regarding tax pleadings and go forward strategy (1.0); confer with S. Ashuraey regarding research on same (0.4). | 1,295.00 |
| 02/24/17 | Ashuraey, S. | 2.30 | Confer with J Agudelo re: tax issues research (0.3); perform research regarding same (2.0). | 1,150.00 |
| 02/24/17 | Hirz, G. | 1.70 | Draft correspondence regarding tax issues (1.4); phone call with J. Sturm regarding developments affecting tax issues (0.3). | 1,334.50 |
| 02/24/17 | Sturm, J. | 1.70 | Confer with G. Hirz regarding tax pleading (0.4); call with Opportune regarding same (1.0); correspondence with G. Galardi regarding draft motion (0.3). | 1,623.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 02/25/17 | Galardi, G. | 1.20 | Review and analyze tax memo (0.5); follow-up re: same and case law (0.6). | 1,584.00 |
| 02/25/17 | Hirz, G. | 0.80 | Exchange emails with G. Galardi regarding tax research (0.8). | 628.00 |
| 02/27/17 | Galardi, G. | 0.60 | Work on tax pleading issues (0.6). | 792.00 |
| 02/27/17 | Galardi, G. | 0.90 | Call with AUSA re: Tax claim objections (0.4); follow-up re: same and issues (0.5). | 1,188.00 |
| 02/27/17 | Sturm, J. | 0.50 | Call with G. Galardi regarding tax pleading (0.2); confer with G. Hirz regarding same (0.3). | 477.50 |
| 02/28/17 | Galardi, G. | 5.80 | Work on additional tax pleading (3.6); review cases re: same (1.5); call with Opportune re: facts and background documentation (0.7). | 7,656.00 |
| 02/28/17 | Hirz, G. | 0.30 | Respond to email with G. Galardi relating to tax issues (0.1); speak briefly by phone with A. Krause regarding objection to claim (0.2). | 235.50 |
| 02/28/17 | Sturm, J. | 1.30 | Correspondence with G. Galardi and G. Hirz regarding status of tax return filing (0.3); correspondence with same regarding request letters (0.3); review case law related to tax law issues (0.5); review correspondence regarding IRS claim (0.2). | 1,241.50 |
| 02/28/17 | Weinberg, M. | 0.20 | Gather tax pleadings precedent for G. Galardi. | 65.00 |
| | **Total Hours** | **119.20** | **Total Amount $** | **114,354.00** |

ROPES & GRAY LLP

**File No.: 112782-0006 Asset/Lien & Recovery Analysis**

| Detail of Services | | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/09/17 | Galardi, G. | 0.60 | Address affirmative claims for estate (0.6). | 792.00 |
| | **Total Hours** | **0.60** | **Total Amount  $** | **792.00** |

ROPES & GRAY LLP

**File No.: 112782-0008 R&G Retention & Fee Application**

| | | | | |
|---|---|---|---|---|
| **Detail of Services** | | | | |

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/07/17 | Galardi, G. | 0.40 | Begin working on January fee statement. | 528.00 |
| 02/07/17 | Agudelo, J. | 0.40 | Emails with M. Alkaitis regarding January invoice (0.2); emails with G. Galardi regarding same (0.4); review invoice in connection with fee submission (1.0). | 370.00 |
| 02/08/17 | Agudelo, J. | 1.50 | Review invoice in connection with fee statement (1.2); confer with M. Alkaitis regarding same (0.3). | 1,387.50 |
| 02/09/17 | Agudelo, J. | 0.20 | Emails with finance team regarding monthly fee statement. | 185.00 |
| 02/10/17 | Galardi, G. | 0.60 | Review revised time detail and categorization and expense back-up. | 792.00 |
| 02/10/17 | Agudelo, J. | 0.40 | Emails with M. Alkaitis regarding fee statement (0.3); emails with G. Galardi regarding same (0.1). | 370.00 |
| 02/16/17 | Galardi, G. | 0.60 | Review comments and questions re: January invoice and detail (0.6). | 792.00 |
| 02/16/17 | Agudelo, J. | 4.80 | Final review of invoice in connection with monthly fee statement (2.8); confer with RG team regarding invoice, fee statement, and filing (2.0). | 4,440.00 |
| 02/16/17 | Weinberg, M. | 3.80 | Draft and revise R&G January fee statement (3.4); e-file and coordinate service of same (0.4). | 1,235.00 |
| 02/27/17 | Galardi, G. | 0.90 | Emails with trustee re: rates (0.2); review supplemental declaration (0.4); emails with Board (0.3). | 1,188.00 |
| 02/28/17 | Weinberg, M. | 0.30 | E-file and coordinate service of R&G supplemental declaration. | 97.50 |
| | **Total Hours** | **13.90** | **Total Amount  $** | **11,385.00** |

ROPES & GRAY LLP

**File No.: 112782-0013 Claims**

| | Detail of Services | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/17 | Galardi, G. | 0.30 | Address copyright claim settlement | 396.00 |
| 02/01/17 | Agudelo, J. | 1.70 | Email with AOL counsel regarding outstanding claims (0.1); confer with A. McGee regarding claim objections (0.2); analyze Sadowski claim (0.6); call, emails with E. Durrette regarding same (0.3); telephone conference with counsel for Sadowski regarding same (0.2); email with same regarding same (0.3). | 1,572.50 |
| 02/02/17 | Galardi, G. | 2.60 | Emails re: Copyright claim and settlement status (0.4); review and comment on IRS claim objection (1.1); call re: same and next steps (0.6); address Daulerio objection (0.3); review and comment on additional no liability objection (0.3); address employee fee request (0.2). | 3,432.00 |
| 02/02/17 | Agudelo, J. | 5.60 | Confer with G. Galardi regarding Sadowski claim (0.2); emails with same regarding same (0.2); email to counsel regarding same (0.4); emails with S. Abdel regarding status update on claims reconciliation process (0.4); call with S. Abdel regarding same (0.1); update chart in connection with same (0.7); email to Google counsel regarding claims (0.3); emails with G. Galardi, client regarding settled claims (0.3); email to AOL counsel regarding claims (0.2); emails with client regarding claim objections (0.2); edit various claim objections (1.7); confer with A. McGee regarding same (0.5); emails with G. Galardi regarding same (0.2). | 5,180.00 |
| 02/02/17 | McGee, W. | 3.30 | Confer with J. Agudelo regarding additional claim objections (0.2); draft form of objection for no liability claims (0.7); correspondence with court regarding adjournment of objection to Daulerio claim (0.2); draft fifth omnibus objection to satisfied claims (0.5); revise the same per edits from J. Agudelo (0.3); revise form of objection to no liability claims per J. Agudelo edits (0.3); correspondence with J. Agudelo and G. Galardi regarding same (0.2); correspondence with PrimeClerk regarding claims objections (0.1); draft omnibus objection to kentucky department of revenue claim (0.8). | 2,211.00 |
| 02/02/17 | Weinberg, M. | 0.90 | Draft 5th omnibus objection to satisfied claims (0.5); review filed state tax claims for | 292.50 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| | | | J. Agudelo (0.2); draft notice of adjournment of Daulerio objection (0.2). | |
| 02/03/17 | Galardi, G. | 1.60 | Follow-up re: Hudson settlement claims (0.4); review claims objections for filing (0.6); review Baldauf claim objection (0.6). | 2,112.00 |
| 02/03/17 | Agudelo, J. | 7.10 | Draft Baldauf claim objection (2.5); emails with RG team regarding same (0.5); edit additional claim objections prepared by A. McGee (1.2); confer with same regarding same (0.6); emails, telephone conference with client regarding same (0.4); confer with A. McGee regarding same (1.0); emails with G. Galardi regarding same (0.5); emails with AOL counsel regarding AOL claim (0.2); emails with Prime Clerk regarding service (0.2). | 6,567.50 |
| 02/03/17 | McGee, W. | 5.20 | Correspondence with team regarding no liability objections (0.2); revise draft of objection to Kentucky tax claim (0.3); review rules relating to service of claims objections (0.6); revise omnibus objection to satisfied claims (0.3); further revise omnibus objection to superseded claims (0.9); revise no liability objections (0.6); confer with J. Agudelo regarding the same (0.3); correspondence with PrimeClerk regarding the same (0.2); draft no liability objection to Maryland Tax Claim (0.3); draft no liability objection to NYS labor claim (0.2); revise declaration in support of no liability objections (0.4); further revise no liability objections in preparation for filing (0.9). | 3,484.00 |
| 02/03/17 | Allen, W. | 2.20 | Email with A. McGee regarding filing of "Notice of Debtors' Fifth Omnibus Objection to Claims (Satisfied Claims)" (0.2); pre-filing review of same (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claim of Hartford Fire Insurance Company (Claim No. 7)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claims of Federal Insurance Company (Claim Nos. 43 and 44)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)" (0.1); filing | 946.00 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claim of Innovid Inc. (Claim No. 35)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claim Of the New York State Department of Labor, Unemployment Insurance Division (Claim No. 10)" (0.1); filing of same (0.1); pre-filing review of "Notice of Debtors' Objection to the Claim of the Comptroller of Maryland (Claim No. 316)" (0.1); filing of same (0.1); pre-filing review of "Declaration of William D. Holden in Support of the Debtors' Objections to Certain Claims" (0.1); filing of same (0.1). | |
| 02/03/17 | Weinberg, M. | 1.10 | Draft omnibus claim objections (1.0); correspond with A. McGee regarding same (0.1). | 357.50 |
| 02/06/17 | Galardi, G. | 1.90 | Address Sadowski claim, including review of offer of judgment and numerous settlement offer emails (0.7); review emails re: Baldauf claim and objection (0.4); follow-up re: XP Vehicles order and claims (0.5); follow-up re: employee fee claim (0.3). | 2,508.00 |
| 02/06/17 | Agudelo, J. | 1.90 | Draft offer of judgment re Sadowski claims (0.7); emails with G. Galardi, Sadowski counsel regarding same (0.5); call with same regarding same (0.4); review, email with M. Weinberg regarding Daulerio claim objection adjournment (0.2); email to G. Galardi regarding Baldauf claim (0.1). | 1,757.50 |
| 02/06/17 | Weinberg, M. | 1.10 | E-file claim objections (0.7); correspond with clerk regarding same (0.1); correspond with R. Allen regarding same (0.2); correspond with J. Agudelo regarding same (0.1). | 357.50 |
| 02/07/17 | Galardi, G. | 0.80 | Review miscellanous claims orders (0.2); review final XP submission and related transcript (0.6). | 1,056.00 |
| 02/07/17 | Agudelo, J. | 0.70 | Email to Prime Clerk regarding claims register (0.1); review certificates of no objection regarding claim objections (0.2); emails with G. Galardi, M. Weinberg regarding same (0.2); email to Court regarding same (0.2). | 647.50 |
| 02/07/17 | Weinberg, M. | 0.50 | Draft certificate of no objection for 3rd | 162.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | omnibus claim objection (0.2); draft certificate of no objection for 4th omnibus claim objection (0.1); finalize proposed orders of same (0.2). | |
| 02/08/17 | Agudelo, J. | 0.10 | Email to M. Weinberg regarding Johnson response regarding claim objections. | 92.50 |
| 02/08/17 | Lovell, A. | 4.40 | Read Johnson's Response in Johnson claim litigation (1.5); research case law for reply brief in Johnson claim (2.8); confer with P. Walkingshaw regarding next steps for reply in Johnson claim (0.1). | 2,156.00 |
| 02/08/17 | Walkingshaw, P. | 3.90 | Review Johnson opposition brief regarding procedural issues (1.1); confer with R. Martin regarding brief in reply to same (1.1); research in support of reply brief (1.6); confer with A. Lovell regarding same (0.1). | 2,613.00 |
| 02/09/17 | Galardi, G. | 1.90 | Review and analyze Johnson response (1.1); begin working on revisions to Reply (0.9); address Broker claim (0.1); finalize Sadowsky claim settlement (0.3); review and respond to emails re: Terrill and Ayadurai settlements and issues (0.3); review claims register (0.2). | 2,508.00 |
| 02/09/17 | Agudelo, J. | 1.40 | Email with G. Galardi regarding Sadowski claim (0.1); email to Sadowski attorney regarding same (0.2); emails with H. Baer regarding claims register (0.2); review same (0.4); review settlement agreement for Sadowski claims (0.2); email to G. Galardi regarding same (0.1); review Weinstein claim (0.2); email to same regarding same (0.3). | 1,295.00 |
| 02/09/17 | Lovell, A. | 8.10 | Research legislative history and case law for reply in Johnson claim (4.5); edit drafts of reply briefs (3.6). | 3,969.00 |
| 02/09/17 | Walkingshaw, P. | 11.00 | Outline reply to Johnson opposition brief regarding procedural issues (3.2); research in support of Johnson reply (3.6); revise Johnson reply (4.2). | 7,370.00 |
| 02/10/17 | Galardi, G. | 2.60 | Review, revise and finalize Johnson supplemental reply (2.3); review revised Sadowski settlement (0.3). | 3,432.00 |
| 02/10/17 | Martin, D. | 5.70 | Revisions to johnson reply brief. | 7,182.00 |
| 02/10/17 | Agudelo, J. | 2.50 | Emails with Google counsel regarding claims (0.2); emails with client regarding outstanding claims to be satisfied by Univision (0.2); confer with client regarding NYC dept of finance claim (0.2); emails with G. Hirz and J. Sturm regarding same (0.3); emails with A. Weinstein, Prime Clerk | 2,312.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | regarding claim withdrawals (0.4); markup Sadowski settlement agreement (0.4); email to G. Galardi regarding same (0.1); email to client regarding same (0.1); email to Sadowski counsel regarding same (0.1); review Fette settlement agreement and stipulation (0.3); emails with Fette attorney regarding same (0.1); emails with client regarding same (0.2). | |
| 02/10/17 | Lovell, A. | 7.20 | Edits regarding drafts of reply in Johnson claim (7.1); speak with P. Walkingshaw re same (0.1). | 3,528.00 |
| 02/10/17 | Walkingshaw, P. | 3.30 | Revise reply to Johnson opposition brief regarding procedural issues (3.2); confer with A. Lovell regarding same (0.1). | 2,211.00 |
| 02/10/17 | Allen, W. | 1.00 | Email with P. Walkingshaw regarding filing of "Debtor Gawker Media's Reply in Further Support of Its Omnibus Objections to Claims of Charles C. Johnson and GotNews LLC" (0.4); pre-filing review of same (0.3); filing of same (0.3). | 430.00 |
| 02/11/17 | Allen, W. | 1.00 | Assisting in preparing a binders of documents concerning the GotNews and C. Johnson claims objections (0.4), email with copy center regarding printing of same (0.3), emails with A. Lovell re same (0.3). | 430.00 |
| 02/13/17 | Galardi, G. | 2.30 | Address I/C and Employee claims requests (0.6); review and revise IRS claims objection (1.7). | 3,036.00 |
| 02/13/17 | Agudelo, J. | 1.20 | Update employee claim stipulation (0.3); emails with G. Galardi regarding same (0.2); emails with M. Weinberg regarding schedules for same (0.2); emails with employee counsel regarding same (0.3); telephone conferences with D. Patel regarding same (0.2). | 1,110.00 |
| 02/13/17 | Walkingshaw, P. | 0.40 | Confer with A. Lovell regarding oral argument regarding procedural issues in Johnson litigation. | 268.00 |
| 02/13/17 | Weinberg, M. | 0.20 | Prepare claims schedule for J. Agudelo. | 65.00 |
| 02/14/17 | Galardi, G. | 0.20 | Finalize Sadowski settlement. | 264.00 |
| 02/14/17 | Agudelo, J. | 0.70 | Emails with G. Galardi, Prime Clerk regarding Weinstein claims (0.2); emails with client regarding Google claims (0.2); email to Sadowski counsel regarding settlement agreement revisions (0.3). | 647.50 |
| 02/14/17 | Lovell, A. | 0.30 | Confer with P. Walkingshaw about outcome of hearing (0.3). | 147.00 |
| 02/14/17 | Walkingshaw, P. | 0.30 | Confer with A. Lovell regarding oral argument regarding procedural issues in | 201.00 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| | | | Johnson litigation. | |
| 02/15/17 | Galardi, G. | 0.80 | Address I/C and employee stipulation (0.5); address Starcom stipulation (0.3). | 1,056.00 |
| 02/15/17 | Agudelo, J. | 4.90 | Emails with G. Galardi, A. McGee regarding AIG claim (0.2); telephone conference with client regarding Sadowski claim (0.1); edit settlement agreement (0.2); email to Sadowski counsel regarding same (0.2); emails with employee counsel regarding stipulation (0.3); confer with G. Galardi regarding same (0.4); review Starcom claim (0.3); separate telephone conferences with counsel regarding same (0.5); confer with G. Galardi regarding same (0.2); draft stipulation regarding same (0.5); circulate same to Starcom counsel (0.1); emails with Tillman regarding proofs of claim (0.3); email to Plunkett regarding same (0.2); emails with Kidder regarding same (0.4); email to Google counsel regarding same (0.2); review claims register in connection with forthcoming claim objections (0.8); emails with client regarding same (0.2). | 4,532.50 |
| 02/15/17 | McGee, W. | 1.40 | Correspondence to court regarding national union objection response deadline (0.3); confer with J. Agudelo regarding additional no liability claim objections (0.5); review sale order in connection with the same (0.3); draft the same (0.3). | 938.00 |
| 02/15/17 | Weinberg, M. | 0.10 | Prepare signature page for Sadwoski settlement agreement for J. Agudelo. | 32.50 |
| 02/16/17 | Galardi, G. | 0.30 | Review emails re: Employee claims for numerous sources. | 396.00 |
| 02/16/17 | Agudelo, J. | 0.80 | Emails with employee counsel regarding claims (0.2); confer with G. Galardi regarding same (0.2); emails with J. Sturm regarding same (0.3); email with client regarding Sadowski settlement agreement (0.1). | 740.00 |
| 02/16/17 | McGee, W. | 7.10 | Correspondence with J. Sturm regarding tax objection (0.1); research in connection with objection to executory contract claims (2.3); draft objection to ole media claim (2.6); confer with J. Agudelo regarding the same (0.2); review and revise draft of objection to IRS claim (1.4); review and revise draft of objection to NYC tax claim (0.5). | 4,757.00 |
| 02/17/17 | Galardi, G. | 1.00 | Review analysis of remaining claims and proposal of next steps (0.6); review Ole Media claim (0.4). | 1,320.00 |

16-11700-smb    Doc 831-4    Filed 03/20/17    Entered 03/20/17 20:03:28    Exhibit D -
Time Detail    Pg 19 of 39

ROPES & GRAY LLP

Invoice No.: 1067350
Page 18
Claims

| | | | **Detail of Services** | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| 02/17/17 | Agudelo, J. | 1.80 | Edit Ole Media claim objection (0.4); confer with A. McGee regarding same (0.3); emails with G. Galardi, A. McGee regarding claims status (0.7); confer with A. McGee regarding additional claim objections and supporting documentation for filing today (0.4). | 1,665.00 |
| 02/17/17 | Ashuraey, S. | 1.20 | Proofread Notices of Objection, Objections, and Proposed Orders being filed today. | 600.00 |
| 02/17/17 | McGee, W. | 1.00 | Correspondence with S. Abdel-Razek regarding claim objections (0.1); call with same regarding same (0.2); draft no liability objection to Pennsylvania claim (0.4); confer with team regarding the same (0.3). | 670.00 |
| 02/17/17 | McGee, W. | 1.10 | Revise ole media claim objection (1.1). | 737.00 |
| 02/17/17 | Allen, W. | 2.70 | Email with A. McGee regarding filing of "Notice of Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)" (0.2); pre-filing review of same (0.5); filing of same (0.3); email with A. McGee regarding filing of "Notice of Gawker Media's (I) Objection to NYC Claim Pursuant to Bankruptcy Code Section 502(b) and (II) Motion For a Final Determination of Tax Liability for 2013, 2014 and 2015 NYC Taxes Pursuant to Bankruptcy Code Sections 502(b) and 505(a)" (0.2); pre-filing review of same (0.3); filing of same (0.2); email with A. McGee regarding filing of "Notice of Debtors' Objection to the Claim of the Pennsylvania Department of Revenue (Claim No. 314)" (0.1); pre-filing review of same (0.2); filing of same (0.2); email with A. McGee regarding filing of "Notice of Debtors' Objection to the Claim of Ole Media Management L.P. (Claim No. 88)" (0.1); pre-filing review of same (0.2); filing of same (0.2). | 1,161.00 |
| 02/21/17 | McGee, W. | 0.40 | Prepare certificates of no objection for various claims objections. | 268.00 |
| 02/21/17 | Weinberg, M. | 0.70 | Draft certificates of no objection to claim objections. | 227.50 |
| 02/22/17 | McGee, W. | 1.00 | Review and revise certificates of no objection for claim objections (0.7); correspondence with team regarding the same (0.3). | 670.00 |

ROPES & GRAY LLP

| | | | | |
|---|---|---|---|---|
| **Detail of Services** | | | | |

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 02/22/17 | Weinberg, M. | 0.70 | Draft notices of withdrawal of claim objections (0.4); revise certificates of no objection for claim objections (0.3). | 227.50 |
| 02/23/17 | Agudelo, J. | 0.30 | Email with S. Kidder regarding proof of claim (0.2); emails with Google regarding same (0.1). | 277.50 |
| 02/23/17 | McGee, W. | 0.30 | Review and revise notices of withdrawal of claim objections. | 201.00 |
| 02/23/17 | Weinberg, M. | 0.20 | Prepare notices of withdrawal of claim objections and certificates of no objection for filing. | 65.00 |
| 02/24/17 | Weinberg, M. | 2.00 | Revise notices of withdrawal of claim objections and certificates of no objection (0.5); e-file and coordinate service of same (1.0); gather as-filed copies of same (0.5). | 650.00 |
| 02/27/17 | Martin, D. | 0.50 | Email galardi re sealed claim. | 630.00 |
| 02/27/17 | Agudelo, J. | 0.30 | Emails with A. McGee regarding Daulerio claims objection (0.1); emails with RG team regarding AIG claims objection (0.2). | 277.50 |
| 02/27/17 | McGee, W. | 1.20 | Prepare proposed orders in connection with certificates of no objection for claim objections (0.7); correspondence to court regarding the same (0.2); correspondence with court regarding adjournment of Daulerio objection (0.2); correspondence to court regarding adjournment of National Union Fire claim objection (0.2). | 804.00 |
| 02/27/17 | Weinberg, M. | 0.40 | Draft notices of adjournment for claim objections. | 130.00 |
| 02/28/17 | Weinberg, M. | 0.30 | Correspondence with R&G team regarding claims report. | 97.50 |

| | **Total Hours** | **130.70** | **Total Amount  $** | **101,438.00** |
|---|---|---|---|---|

ROPES & GRAY LLP

**File No.: 112782-0014 Travel**

| | Detail of Services | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/14/17 | Agudelo, J. | 1.50 | Travel to/from bankruptcy court hearing. | 1,387.50 |
| 02/14/17 | Lovell, A. | 1.00 | Travel to and from Gawker/Johnson hearing (1.0). | 490.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total Hours** | | **2.50** | Total Amount $ | 1,877.50 |
| | | | Travel billed at 50% Discount | -938.75 |
| | | | **Total Due** $ | **938.75** |

ROPES & GRAY LLP

**File No.: 112782-0016 Other Retention & Fee Applications**

| | | | | |
|---|---|---|---|---|
| **Detail of Services** | | | | |

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/03/17 | Agudelo, J. | 0.10 | Email with Prime Clerk regarding fee application. | 92.50 |
| 02/08/17 | Galardi, G. | 0.80 | Calls and emails with Deloitte counsel re: fees payments (0.4); address LSKS settlement issues (0.4). | 1,056.00 |
| 02/08/17 | Agudelo, J. | 0.30 | Emails with client, M. Weinberg regarding debtor professional expenses. | 277.50 |
| 02/08/17 | Weinberg, M. | 0.60 | Review LSKS fee statements and applications (0.4); correspond with J. Agudelo and S. Abdel-Razek regarding same (0.2). | 195.00 |
| 02/09/17 | Galardi, G. | 0.40 | Review Akin fee application at client's request. | 528.00 |
| 02/09/17 | Agudelo, J. | 0.70 | Emails with client regarding Committee professionals expenses (0.6); emails with Simpson Thacher regarding same (0.1). | 647.50 |
| 02/09/17 | Weinberg, M. | 0.30 | Review Deloitte fee statements and applications (0.2); correspond with J. Agudelo and S. Abdel-Razek regarding same (0.1). | 97.50 |
| 02/10/17 | Agudelo, J. | 0.80 | Emails with client regarding Dentons fee application (0.2); review Opportune fee submission (0.2); confer with G. Hirz regarding same (0.2); telephone conference with client regarding same (0.2). | 740.00 |
| 02/10/17 | Weinberg, M. | 0.20 | Draft cover for Opportune November fee statement. | 65.00 |
| 02/13/17 | Galardi, G. | 0.20 | Address Opportune holdback request issues. | 264.00 |
| 02/13/17 | Agudelo, J. | 0.40 | Confer with G. Hirz, client regarding Opportune fee submission (0.3); emails with client regarding professional fees to date (0.1). | 370.00 |
| 02/13/17 | McGee, W. | 0.50 | Review payments in connection with first interim fee applications (0.4); correspondence with S. Abdel-Razek regarding the same (0.1). | 335.00 |
| 02/14/17 | Agudelo, J. | 0.30 | Confer with G. Hirz regarding Opportune fee submission (0.2); confer with client regarding same (0.1). | 277.50 |
| 02/14/17 | McGee, W. | 0.80 | Correspondence with S. Abdel-Razek regarding fee applications (0.3); review chart of unpaid professional fees (0.4); follow-up correspondence with S. Abdel-Razek regarding the same (0.1). | 536.00 |
| 02/15/17 | Agudelo, J. | 0.30 | Review Opportune revised November submission (0.2); emails with M. Weinberg regarding filing of same (0.1). | 277.50 |

ROPES & GRAY LLP

| | | | **Detail of Services** | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
| 02/15/17 | Weinberg, M. | 0.30 | Revise and finalize Opportune November fee statement notice (0.1); e-file and coordinate service of Opportune November fee statement (0.2). | 97.50 |
| 02/16/17 | Agudelo, J. | 0.10 | Email to Citrin regarding monthly fee statement. | 92.50 |
| 02/16/17 | McGee, W. | 0.20 | Correspondence with S. Abdel-Razek regarding fee statements. | 134.00 |
| 02/17/17 | Agudelo, J. | 0.10 | Email with Citrin, A. McGee regarding Citrin fee statement. | 92.50 |
| 02/17/17 | McGee, W. | 0.60 | Review Citrin Cooperman monthly fee statement (0.4); correspondence with Citrin and Ropes team regarding the same (0.2). | 402.00 |
| 02/17/17 | Allen, W. | 0.50 | Email with A. McGee regarding filing of "Sixth Monthly Statement of Citrin Cooperman & Company, LLP of Fees for Professional Services Rendered and Disbursements Incurred as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession for the Period from January 1, 2017 through January 31, 2017" (0.1), pre-filing review of same (0.2); filing of same (0.2). | 215.00 |
| 02/22/17 | Galardi, G. | 0.20 | Review Opportune invoice. | 264.00 |
| 02/22/17 | Agudelo, J. | 0.70 | Review Opportune December fee submission (0.3); confer with G. Hirz regarding same (0.1); call with client regarding same (0.2); email with M. Weinberg regarding notice and filing (0.2). | 647.50 |
| 02/22/17 | Weinberg, M. | 0.30 | Draft cover for Opportune December fee statement (0.1); e-file and coordinate service of same (0.2). | 97.50 |
| 02/24/17 | Galardi, G. | 0.20 | Review Akin fee request. | 264.00 |
| 02/27/17 | Agudelo, J. | 0.30 | Review Opportune and Ropes retention orders (0.2); confer with G. Galardi regarding same in connection with fee increases (0.1). | 277.50 |
| 02/28/17 | Galardi, G. | 0.20 | Address Opportune declaration. | 264.00 |
| 02/28/17 | Agudelo, J. | 1.00 | Emails with M. Weinberg regarding Opportune rate notice increase (0.2); brief research regarding same (0.2); edit draft declaration (0.3); emails with G. Galardi, W. Holden regarding same (0.2); emails with M. Weinberg regarding filing of declarations (0.1). | 925.00 |
| 02/28/17 | Weinberg, M. | 1.20 | Draft supplemental declaration regarding Opportune retention application (0.8); correspond with J. Agudelo regarding same (0.2); e-file and coordinate service of same (0.2). | 390.00 |

ROPES & GRAY LLP

| Detail of Services | | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | **Total Hours** | **12.60** | **Total Amount   $** | **9,922.00** |

ROPES & GRAY LLP

**File No.: 112782-0017 Executory Contracts/Leases**

| | Detail of Services | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/17 | Agudelo, J. | 0.10 | Email with Superdry regarding motion to assign leases/subleases. | 92.50 |
| 02/07/17 | Agudelo, J. | 0.20 | Confer with W. Holden regarding Elizabeth Street assignment issues (0.2). | 185.00 |
| 02/09/17 | Galardi, G. | 0.60 | Address landlord and subtenant assignment issues for 2/14 hearing. | 792.00 |
| 02/09/17 | Agudelo, J. | 1.90 | Review landlord at 210 Elizabeth Street letter(0.2); email to G. Galardi regarding same (0.3); confer with G. Galardi regarding same (0.2); call with landlord counsel regarding same (0.2); call with W. Holden regarding same (0.2); emails with G. Galardi, W. Holden regarding same (0.4); review lease in connection with landlord points (0.2); emails to same regarding same (0.2). | 1,757.50 |
| 02/10/17 | Galardi, G. | 0.70 | Continue to address landlord insurance and security issues (0.4) address proposed order (0.3). | 924.00 |
| 02/10/17 | Agudelo, J. | 2.00 | Edit 210 Elizabeth Street order (0.4); confer with G. Galardi regarding same (0.4); calls with landlord regarding same (0.4); confer with client regarding same (0.5); emails with landlord regarding insurance issues (0.3). | 1,850.00 |
| 02/13/17 | Galardi, G. | 0.40 | Review revised lease assignment orders. | 528.00 |
| 02/13/17 | Agudelo, J. | 2.10 | Emails with client regarding 210 Elizabeth Street assignment issues (1.0); email to landlord regarding same (0.2); confer with G. Galardi regarding assignment issues (0.4); call with landlord counsel regarding assignment issues (0.2); emails with same regarding same (0.5). | 1,942.50 |
| 02/14/17 | Galardi, G. | 0.20 | Address assignment of lease issues. | 264.00 |
| 02/14/17 | Agudelo, J. | 0.90 | Revise assignment order (0.2); emails with landlord counsel regarding same (0.2); emails with client regarding same and ancillary issues with assignment (0.2); submit proposed order to chambers (0.2); emails with R. Gonzalez regarding hard copies for court (0.1). | 832.50 |
| 02/15/17 | Agudelo, J. | 0.50 | Confer with G. Galardi regarding Elizabeth Street lease assignment (0.2); email to client regarding same (0.1); review subleases in connection with same (0.2). | 462.50 |
| 02/16/17 | Galardi, G. | 0.30 | Review and respond re: Superdry default issues. | 396.00 |

ROPES & GRAY LLP

| | Detail of Services | | | | |
|---|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/16/17 | Agudelo, J. | 1.20 | Emails with client regarding Elizabeth Street sublease (0.2); draft letter to subtenant regarding same (0.5); email to G. Galardi regarding same (0.2); email with landlord counsel regarding assignment order (0.1); email to Superdry counsel regarding same (0.2). | 1,110.00 |
| 02/17/17 | Galardi, G. | 0.30 | Review and respond to emails re: GMG issues. | 396.00 |
| 02/22/17 | Galardi, G. | 0.20 | Address open Elizabeth street issue. | 264.00 |
| 02/22/17 | Agudelo, J. | 0.40 | Confer with G. Galardi regarding Elizabeth Street assignment (0.2); call, email to landlord counsel regarding same (0.2). | 370.00 |
| 02/27/17 | Agudelo, J. | 2.20 | Review/edit Elizabeth Street assignments (2.0); email to G. Galardi regarding same (0.2). | 2,035.00 |

|  | **Total Hours** | **14.20** | **Total Amount** $ | **14,201.50** |
|---|---|---|---|---|

ROPES & GRAY LLP

Plan and Disclosure Statement

File No.: 112782-0018 Plan and Disclosure Statement

| | Detail of Services | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/03/17 | Sturm, J. | 0.20 | Review correspondence with Opportune regarding intercompany settlement agreement (0.2). | 191.00 |
| 02/03/17 | Sturm, J. | 0.40 | Correspondence with J. Agudelo regarding plan treatment (0.2); review cap table regarding same (0.2). | 382.00 |
| 02/07/17 | Galardi, G. | 1.10 | Review draft intercompany agreement and begin working on edits. | 1,452.00 |
| 02/07/17 | Sturm, J. | 0.20 | Correspondence with G. Galardi regarding intercompany settlement draft. | 191.00 |
| 02/08/17 | Galardi, G. | 4.80 | Review, analyze and comment on draft intercompany allocation agreement (1.7); call with Opportune re: same and strategy (0.9); begin revising intercompany agreement per call and strategy (2.2). | 6,336.00 |
| 02/08/17 | Galardi, G. | 1.80 | Complete initial revisions to Intercompany agreement. | 2,376.00 |
| 02/08/17 | Sturm, J. | 3.20 | Review G. Galardi revisions to intercompany agreement (0.5); confer with G. Galardi regarding same (0.2); calls with Opportune regarding same (0.7); revisions to intercompany agreement per G. Galardi comments (1.8). | 3,056.00 |
| 02/09/17 | Galardi, G. | 2.20 | Review, revise and make addtional significant changes to Intercompany allocation agreement (1.9); calls and emails re: same (0.3). | 2,904.00 |
| 02/09/17 | Agudelo, J. | 0.30 | Emails with G. Galardi, client regarding plan distribution waterfall. | 277.50 |
| 02/09/17 | Hirz, G. | 0.30 | Review draft inter-company agreement (0.3). | 235.50 |
| 02/09/17 | Sturm, J. | 4.30 | Revisions to Intercompany Settlement Agreement (2.9); correspondence with G. Galardi regarding same (0.3); review and revise based on G. Galardi edits (0.8); circulate same to Opportune (0.3). | 4,106.50 |
| 02/10/17 | Galardi, G. | 1.10 | Finalize draft of intercompany agreement (0.7); calls re: same (0.4). | 1,452.00 |
| 02/10/17 | Sturm, J. | 1.30 | Call with Opportune regarding intercompany settlement (0.6); revisions to same (0.5); correspondence with G. Galardi regarding same (0.2). | 1,241.50 |
| 02/13/17 | Galardi, G. | 1.10 | Call re: intercompany agreement with independent director (0.4) review and revise intercompany agreement per call (0.7). | 1,452.00 |

ROPES & GRAY LLP

| | | | Detail of Services | | |
|---|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/13/17 | Sturm, J. | 3.00 | Revisions to intercompany settlement agreement (1.5); call and correspondence with S. Abdel-Razek regarding same (0.4); call regarding same with Opportune and S. Tillman (0.4); revisions to agreement (0.4); circulating same to Opportune and S. Tillman (0.3). | 2,865.00 |
| 02/24/17 | Galardi, G. | 0.40 | Review and comment on outline for plan related pleading (0.4). | 528.00 |
| 02/24/17 | Agudelo, J. | 2.20 | Draft outline of plan related pleading (1.6); research regarding same (0.6). | 2,035.00 |
| 02/27/17 | Agudelo, J. | 1.40 | Begin drafting plan related pleading. | 1,295.00 |
| 02/28/17 | Agudelo, J. | 5.00 | Draft plan related pleading (3.9); emails with S. Ashuraey regarding research for same (0.4); brief research regarding same (0.4); emails with M. Weinberg, Prime Clerk regarding data in connection with same (0.3). | 4,625.00 |

|  | **Total Hours** | **34.30** |  | **Total Amount** | **$** | **37,001.00** |

ROPES & GRAY LLP

**File No.: 112782-0019 Hearings**

| Detail of Services | | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/11/17 | Lovell, A. | 5.00 | Prepare re: argument for Johnson claim hearing (5.0). | 2,450.00 |
| 02/13/17 | Agudelo, J. | 2.50 | Preparation for tomorrow's hearing. | 2,312.50 |
| 02/13/17 | Lovell, A. | 6.60 | Prepare for claims hearing oral argument with R. Martin (4.5); speak with R. Allen concerning hearing preparations (0.2); read Johnson materials for hearing (1.5); speak with P. Walkingshaw regarding hearing preparations (0.4). | 3,234.00 |
| 02/13/17 | Weinberg, M. | 0.40 | Prepare hearing binder for J. Agudelo (0.3); arrange telephonic line for hearing with Courtcall for A. McGee (0.1). | 130.00 |
| 02/14/17 | Galardi, G. | 1.40 | Telephonic attendance at hearing (0.8); follow-up re: next steps on Johnson and PI matters (0.6). | 1,848.00 |
| 02/14/17 | Agudelo, J. | 2.80 | Prepare for bankruptcy court hearing today (0.3); attendance at hearing (2.0); confer post-hearing with G. Galardi, R. Martin regarding next steps (0.3); email to client regarding same (0.2). | 2,590.00 |
| 02/14/17 | Lovell, A. | 3.20 | Prepare for hearing (0.5); attend Gawker/Johnson claim hearing (2.7). | 1,568.00 |
| 02/14/17 | McGee, W. | 0.60 | Telephonic attendance at omnibus hearing. | 402.00 |
| | **Total Hours** | **22.50** | **Total Amount $** | **14,534.50** |

ROPES & GRAY LLP

**File No.: 112782-0020 Administration**

| Detail of Services | | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/06/17 | Agudelo, J. | 1.60 | Emails with RG team regarding Friday filings (0.2); research precedent in connection with Rule 2019 order (0.4); draft proposed Rule 2019 order (0.7); email to G. Galardi regarding same (0.3). | 1,480.00 |
| 02/06/17 | Weinberg, M. | 0.60 | Draft 5th notice of adjournment regarding 2004 motion (0.2); e-file and coordinate service of same (0.2); e-file and coordinate service of MOR (0.2). | 195.00 |
| 02/07/17 | Agudelo, J. | 0.60 | Email to Chambers regarding XP Rule 2019 order (0.4); emails with R. Gonzalez regarding hard copy materials for court (0.2). | 555.00 |
| 02/07/17 | Gonzalez, R. | 1.00 | Work with litigation tech support to prepare an unencrypted dick containing documents being sent to the court house via Federal Express. | 375.00 |
| 02/07/17 | Weinberg, M. | 0.50 | E-file 5th notice of adjournment regarding 2004 motion (0.2); draft certificate of no objection for Fette 9019 motion (0.2); finalize proposed order of same (0.1). | 162.50 |
| 02/08/17 | Agudelo, J. | 0.60 | Emails with Prime Clerk, G. Galardi regarding Rule 2019 order (0.1); telephone conference with chambers regarding hearing next week (0.2); emails with RG team regarding same (0.3). | 555.00 |
| 02/09/17 | Agudelo, J. | 0.20 | Emails with R. Gonzalez regarding agenda for February 14 hearing. | 185.00 |
| 02/09/17 | Gonzalez, R. | 1.40 | Prepare draft agenda for 2/14 hearing. | 525.00 |
| 02/10/17 | Galardi, G. | 0.10 | Review and comment on Agenda. | 132.00 |
| 02/10/17 | Agudelo, J. | 1.20 | Revise agenda for Feb. 14 hearing (0.5); confer with G. Galardi regarding same (0.3); emails with M. Weinberg, R. Gonzalez regarding filing, service of same (0.2); emails with M. Weinberg regarding orders entered today (0.2). | 1,110.00 |
| 02/10/17 | Gonzalez, R. | 1.10 | Revise agenda for 2/14 hearing to reflect newly filed documents (0.4); prepare documents to be used for hearing binder (0.5); prepare binder instructions, binder cover and spine sheets for copy center (0.2). | 412.50 |
| 02/10/17 | Weinberg, M. | 0.30 | E-file and coordinate service of hearing agenda (0.2); gather recently entered orders for J. Agudelo (0.1). | 97.50 |
| 02/11/17 | Agudelo, J. | 0.20 | Emails with A. Lovell regarding February 14 hearing. | 185.00 |
| 02/13/17 | Galardi, G. | 0.40 | Review amended agenda and follow-up re: hearing. | 528.00 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/13/17 | Agudelo, J. | 1.20 | Update agenda for tomorrow's hearing (0.2); email to G. Galardi regarding same (0.2); emails with M. Weinberg regarding filing same (0.2); review binders (0.1); confer with R. Gonzalez, A. Lovell regarding materials for hearing (0.3); confer with G. Galardi regarding tomorrow's hearing (0.2). | 1,110.00 |
| 02/13/17 | Gonzalez, R. | 1.30 | Perform quality control measures on binders created for the 12/14 hearing (0.7); prepare binder index (0.3); prepare and monitor the binders delivered to the court (0.3). | 487.50 |
| 02/13/17 | Weinberg, M. | 0.20 | Finalize, e-file, and coordinate service of amended hearing agenda. | 65.00 |
| 02/14/17 | Gonzalez, R. | 1.00 | Work with litigation tech support to prepare an unencrypted dick containing documents being sent to the court house via Federal Express. | 375.00 |
| 02/16/17 | Agudelo, J. | 1.00 | Draft budget (0.8); email to G. Galardi regarding same (0.2). | 925.00 |
| 02/17/17 | Agudelo, J. | 0.50 | Emails with client regarding Univision request regarding accounts payable (0.2); review proposed documentation relating to same (0.2); email with client regarding SL Green request (0.1). | 462.50 |
| 02/21/17 | Galardi, G. | 0.30 | Review and revise February budget. | 396.00 |
| 02/22/17 | Galardi, G. | 0.30 | Address issues on scheduling objections and motions. | 396.00 |
| 02/22/17 | Agudelo, J. | 0.90 | Review several CNOs (0.2); emails regarding same with A. McGee and M. Weinberg (0.2); confer with G. Galardi regarding case status, budget (0.3); confer with A. McGee regarding hearing dates (0.2). | 832.50 |
| 02/22/17 | McGee, W. | 0.30 | Confer with court regarding hearing date (0.1); correspondence with Ropes team regarding the same (0.2). | 201.00 |
| 02/23/17 | McGee, W. | 0.40 | Confer with court regarding scheduling of omnibus hearing date (0.2); correspondence to court regarding adjournment of Rule 2004 motion (0.2). | 268.00 |
| 02/23/17 | Weinberg, M. | 0.40 | Draft notice of omnibus hearing date (0.1); draft notice of adjournment of 2004 motion (0.2); calendar upcoming dates for team (0.1). | 130.00 |
| 02/24/17 | Galardi, G. | 0.20 | Finalize amended budget. | 264.00 |
| 02/24/17 | Agudelo, J. | 0.90 | Review several certificates of no objection, withdrawals, comments to A. McGee regarding same (0.2); update budget (0.5); email to G, Galardi regarding same (0.2). | 832.50 |

ROPES & GRAY LLP

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/24/17 | McGee, W. | 0.40 | Draft omnibus hearing notice (0.2); draft notice of adjournment for rule 2004 motion (0.1); correspondence with primeclerk regarding service of the same (0.1). | 268.00 |
| 02/24/17 | Weinberg, M. | 0.20 | E-file and coordinate service of notice of omnibus hearing date. | 65.00 |
| 02/27/17 | Galardi, G. | 0.20 | Address budget for March (0.2). | 264.00 |
| 02/27/17 | Agudelo, J. | 0.10 | Review A. McGee email to chambers regarding orders. | 92.50 |
| 02/27/17 | McGee, W. | 0.20 | Confer with court regarding upcoming omnibus hearing and status of items to be heard. | 134.00 |
| 02/27/17 | Gonzalez, R. | 1.00 | Work with litigation tech support to prepare an unencrypted disk containing documents being sent to the court house via Federal Express. | 375.00 |

|  | **Total Hours** | **20.80** | **Total Amount** | **$  14,441.00** |

ROPES & GRAY LLP

**File No.: 112782-0021 Business Operations/Strategic Planning**

| Detail of Services | | | | |
|---|---|---|---|---|

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 02/21/17 | Galardi, G. | 0.20 | Address IP inquiry from Will Holden. | 264.00 |
| 02/22/17 | Galardi, G. | 0.20 | Address miscellaneous plan matters including effective date issues. | 264.00 |
| | **Total Hours** | **0.40** | **Total Amount  $** | **528.00** |

ROPES & GRAY LLP

**File No.: 112782-0023 Creditor & Shareholder Inquiries**

| Detail of Services | | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/07/17 | Agudelo, J. | 0.40 | Review letter to equity (0.2); email to client, R&G team regarding same (0.2). | 370.00 |
| 02/10/17 | Galardi, G. | 0.90 | Review and comment on Equity communication. | 1,188.00 |
| 02/12/17 | Galardi, G. | 0.30 | Address Ayadurai request for expense (0.1); review and respond to email re: shareholder letters (0.2). | 396.00 |
| 02/13/17 | Galardi, G. | 0.30 | Comment on equity letter. | 396.00 |
| 02/14/17 | Galardi, G. | 0.10 | Finalize Ayadurai expense claim. | 132.00 |
| 02/18/17 | Galardi, G. | 0.20 | Address inquiry re photo from E. Yellin. | 264.00 |
| 02/23/17 | Galardi, G. | 0.20 | Emails with Nick Denton and others re: status of distributions and next steps. | 264.00 |
| | **Total Hours** | **2.40** | **Total Amount $** | **3,010.00** |

ROPES & GRAY LLP

**File No.: 112782-0024 Corporate Matters**

| Detail of Services | | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/13/17 | Kaneyasu-Speck, S. | 0.80 | Review Hungary services agreements (0.5); provide comments to W. Holden (0.3). | 740.00 |
| 02/24/17 | Kaneyasu-Speck, S. | 1.70 | Draft summary of gawker.com license issues for W. Holden (1); review organizational documents in connection with equity related query from W. Holden (0.7). | 1,572.50 |
| | **Total Hours** | **2.50** | **Total Amount $** | **2,312.50** |

ROPES & GRAY LLP

**File No.: 112782-0025 Employee Benefits Issues**

| Detail of Services | | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/15/17 | Galardi, G. | 0.20 | Follow-up re: EEO-1 claim issue (0.2). | 264.00 |
| | **Total Hours** | **0.20** | **Total Amount  $** | **264.00** |

ROPES & GRAY LLP

**File No.: 112782-0026 Relief from Stay & Adequate Protection**

| Detail of Services | | | | |
|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/07/17 | Galardi, G. | 0.20 | Review Travelers Stipulation. | 264.00 |
| 02/07/17 | Agudelo, J. | 0.50 | Emails w counsel for Travelers regarding lift stay stipulation (0.1); emails with court regarding same (0.4). | 462.50 |
| 02/10/17 | Agudelo, J. | 0.10 | Email to T. Martin regarding lift stay stipulation. | 92.50 |
| 02/16/17 | Agudelo, J. | 0.10 | Emails with T. Martin regarding lift stay stipulation/order. | 92.50 |
| | **Total Hours** | **0.90** | **Total Amount $** | **911.50** |

ROPES & GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

**Timekeeper Fee Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Galardi, Gregg | 77.80 | 1,320.00 | 102,696.00 |
| Martin, D. Ross | 6.20 | 1,260.00 | 7,812.00 |
| Agudelo, Jonathan | 86.60 | 925.00 | 80,105.00 |
| Ashuraey, Sam | 3.50 | 500.00 | 1,750.00 |
| Hirz, Gabrielle | 42.00 | 785.00 | 32,970.00 |
| Kaneyasu-Speck, Shaw | 2.50 | 925.00 | 2,312.50 |
| Lovell, Ani-Rae | 35.80 | 490.00 | 17,542.00 |
| McGee, William A. | 30.20 | 670.00 | 20,234.00 |
| Sturm, Joshua Y. | 48.90 | 955.00 | 46,699.50 |
| Walkingshaw, Peter | 18.90 | 670.00 | 12,663.00 |
| Allen, William | 7.40 | 430.00 | 3,182.00 |
| Gonzalez, Roberto | 6.80 | 375.00 | 2,550.00 |
| Weinberg, Meir | 19.20 | 325.00 | 6,240.00 |
| **Total Hours** | **385.80** | **Total Amount $** | **336,756.00*** |

* Please note that this total excludes the 50% reduction (-$938.75) for Travel, billed on matter 112782-0014.

ROPES & GRAY
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 1067350
Invoice Date: March 20, 2017
Federal Tax ID: 04-2233412

GK Media
c/o Opportune LLP
Attn: William D. Holden
10 East 53rd Street, 33rd Floor
New York, NY 10022

_____

| | | |
|---|---|---:|
| Services | $ | 336,756.00 |
| Adjustment to Services | | -938.75 |
| Total Services | | 335,817.25 |
| Total Disbursements and Charges | | 10,143.63 |
| TOTAL DUE THIS INVOICE | $ | 345,960.88 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund & Domestic Wire Transfers:** | **International Wire Transfers:** |
| Ropes & Gray LLP<br>Mail Code: 11104<br>P.O. Box 11839<br>Newark, NJ 07101-8138 | Ropes & Gray LLP<br>c/o Citibank, N.A<br>153 East 53rd Street<br>New York, NY 10043<br><br>ABA No.: 021-000-089<br>Account No: 4997537106 | Ropes & Gray LLP<br>c/o Citibank, N.A<br>111 Wall Street<br>New York, NY 10005<br><br>Swift Code: CITIUS33<br>Account No: 4997537106 |

Our Reference #: 112782

Joint Group: 112782.0217