# Exhibit E

# Expense Detail

|  | **Detail of Disbursements** |  |
|---|---|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 11.81 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 0.54 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 0.27 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 11.43 |
| 02/08/17 | Paid To: Westlaw Per: Lovell | 341.55 |
| 02/09/17 | Paid To: Westlaw Per: Lovell | 1,813.32 |
| 02/10/17 | Paid To: Westlaw Per: Lovell | 320.85 |
| 02/10/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,078.47 |
| 02/11/17 | Paid To: Westlaw Per: Lovell | 156.63 |
| 02/13/17 | Paid To: Westlaw Per: Lovell | 347.76 |
| 02/15/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 1,980.99 |
| 02/16/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 204.93 |
| 02/17/17 | Paid To: Westlaw Per: Weinberg | 683.10 |
| 02/22/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 546.48 |
| 02/22/17 | Lexis Research | 888.72 |
| 02/24/17 | Paid To: Westlaw Per: Ashuraey | 115.92 |
| 02/24/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 204.93 |
| 02/25/17 | Paid To: Westlaw Per: HIRZ,GABRIELLE | 136.62 |
| 02/28/17 | Paid To: Westlaw Per: AGUDELO,JONATHAN | 279.45 |
|  | Computer Assisted Research | 9,123.77 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 12/14/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK – US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK | 42.95 |
| 12/15/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK – US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK | 9.00 |
| 02/10/17 | Invoice No: 570384656 Trk#: 785536975750 Paid to: Fedex per 00764 Ship To: Hon Judge Stuart M Bernstein | 19.02 |
| 02/13/17 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & gray 1211 ave of the americas NO CONTACT new york ny 1 CTN ; US bankruptcy Court 1 Bowling Green room 723 stuart be rnstein NY, NY 20 LBS | 34.95 |
| 02/17/17 | Invoice No: 571130120 Trk#: 785609985197 Paid to: Fedex per 00764 Ship To: Honorable Judge Stuart M Bernstein | 19.02 |
|  | Courier Service | 124.94 |

**Court Fees – CourtCall Charges**

| Date | Description | Amount |
|---|---|---|
| 02/07/17 | 02/03/17 - William R Allen - Court Fee - Court Conference Appearance for Gawker Media LLC - Court: CCALL ID#8108132    LOS ANGELES CA | 51.00 |

Our Reference #: 112782-0026

Joint Group: 112782.0217

**Detail of Disbursements**

| | | | |
|---|---|---|---|
| 02/20/17 | CourtCall Charges | | 93.00 |
| | | Court Fees | 144.00 |

**Library Fees**

| Date | Description | | Amount |
|---|---|---|---|
| 02/01/17 | Library Fees - Paid to: WISCONSIN TECHSEARCH - UNIVERSITY OF WISC- Dictionary Definition -UW | | 25.00 |
| | | Library Fees | 25.00 |

**Miscellaneous**

| Date | Description | | Amount |
|---|---|---|---|
| 02/23/17 | 02/17/17 - Jonathan M Agudelo - WIFI service for work during flight | | 24.99 |
| 02/27/17 | 02/21/17 - Jonathan M Agudelo - Using the wifi service for doing work during Delta flight | | 33.95 |
| | | Miscellaneous | 58.94 |

**Photocopy**

| Date | Description | | Amount |
|---|---|---|---|
| 02/13/17 | 2,704 BW Copies at $0.10/page | | 270.40 |
| | | Photocopy | 270.40 |

**Tabs and Binding**

| Date | Description | | Amount |
|---|---|---|---|
| 02/13/17 | Tabs and Binding | | 11.04 |
| 02/17/17 | Tabs and Binding | | 0.24 |
| 02/17/17 | Tabs and Binding | | 1.80 |
| | | Tabs and Binding | 13.08 |

**Transcript of Testimony**

| Date | Description | | Amount |
|---|---|---|---|
| 02/16/17 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- Omnibus Meaning Transcript | | 383.50 |
| | | Transcript of Testimony | 383.50 |

| | | |
|---|---|---|
| **Total Disbursements** | **$** | **10,143.63** |

Our Reference #: 112782-0026

Joint Group: 112782.0217