AKIN GUMP STRAUSS HAUER & FELD LLP
Abid Qureshi
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8000
Facsimile: (212) 872-1002

*Counsel to the Special Committee*
*of the Board of Directors of Gawker Media Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                           : ss.:
COUNTY OF NEW YORK   )

DAGMARA KRASA-BERSTELL

1.  Deponent is not a party to this action, is over 18 years of age, and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

2.  On March 17, 2017, I caused a true and correct copy of the *Revised Notice of Presentment of First and Final Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP as Counsel to the Special Committee of the Board of Directors of Gawker Media Group, Inc. for the Period of August 3, 2016 Through and Including January 31, 2017* [ECF No. 826], to be served via email on the parties listed on

---

[1] The last four digits of the taxpayer identification number of the "Debtors" are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

the annexed Exhibit A.

3. On March 17, 2017, I caused a true and correct copy of the *Revised Notice of Presentment of First and Final Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP as Counsel to the Special Committee of the Board of Directors of Gawker Media Group, Inc. for the Period of August 3, 2016 Through and Including January 31, 2017* [ECF No. 826], to be served via first class mail, postage prepaid on the parties listed on the annexed Exhibit B.

Dated: New York, New York
March 22, 2017

*[Signature]*
DAGMARA KRASA-BERSTELL

Sworn to before me this 22nd day of March 2017

*[Signature]*
Mildred Andino
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 2018

MILDRED ANDINO
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 20 18

2

**EXHIBIT A**

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. | Tgaa@bbslaw.com<br>tom@bbslaw.com |
| Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com |
| Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq. | astrehle@brownrudnick.com<br>jwexler@brownrudnick.com |
| Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq. | rnies@csglaw.com<br>mcaruso@csglaw.com |
| Clare Locke LLP | Attn: Joseph R. Oliveri | joe@clarelocke.com |
| Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. | dtabak@cohengresser.com<br>mspatz@cohengresser.com |
| Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq. | acelli@ecbalaw.com |
| Gawker Media LLC | Attn: William D. Holden, Chief Restructuring Officer & Heather Dietrick, Esq. | WHolden@opportune.com<br>heather@gawker.com |
| Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | charder@hmafirm.com |
| Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | trevor.hoffmann@haynesboone.com |
| Houlihan Lokey, Inc. | Attn: Reid Snellenbarger | RSnellenbarger@HL.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Latham & Watkins LLP | Attn: David S. Heller, Esq. | david.heller@lw.com |
| Latham & Watkins LLP | Attn: Keith A. Simon, Esq. | keith.simon@lw.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina, Esq. | Marc.Zelina@lw.com |
| Locke Lord, LLP | Attn: Casey B. Howard | choward@lockelord.com |
| Locke Lord, LLP | Attn: Jonathan W. Young | jonathan.young@lockelord.com |
| Locke Lord, LLP | Attn: Michael B. Kind | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | sdnyecf@dor.mo.gov |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com |
| Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. | adam@pollacksharan.com |
| Prime Clerk LLC | Attn: Benjamin J. Steele | gawkerinfo@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq. | asm@pryormandelup.com<br>lr@pryormandelup.com |

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq. | tmartin@putneylaw.com<br>bmaisto@putneylaw.com |
| Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq. | ecf@randazza.com |
| Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. | arheaume@riemerlaw.com |
| Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. | sfox@riemerlaw.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. | Gregg.Galardi@ropesgray.com<br>Kristina.Alexander@ropesgray.com<br>michael.winograd@ropesgray.com |
| Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | slevine@saul.com<br>dpatel@saul.com |
| Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | adam.harris@srz.com<br>frederic.ragucci@srz.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | bankruptcynoticeschr@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Silicon Valley Bank | Attn: Jocelyn Hartmann | jhartmann@svb.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. | squsba@stblaw.com<br>wrussell@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |
| Special Bankruptcy Counsel | Attn: Enid Nagler Stuart | Enid.Stuart@ag.ny.gov |
| Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov |

| NAME | ATTENTION | EMAIL |
|---|---|---|
| US Attorney for Southern District of New York | Attn:  Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov |
| US VC Partners LP | Attn:  Mr. A. Jung | ajung@columbusnova.com |
| Writers Guild of America East, Inc. | Attn:  Ann Burdick, Esq. | aburdick@wgaeast.org |

**EXHIBIT B**

| | |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York Honorable Stuart M. Bernstein One Bowling Green      Room 723 New York NY 10004** | **United States Trustee Southern District of New York Attn:  Greg M. Zipes, Esq. & Susan Arbeit, Esq. US Federal Office Building 201 Varick St. Room 1006 New York NY 10014** |
| **Securities & Exchange Commission – NY Office Attn:  Bankruptcy Dept. Brookfield Place 200 Vesey St., Ste. 400 New York NY 10281-1022** | **US Attorney for Southern District of New York Attn:  Bankruptcy Division 86 Chambers St.,    3rd Floor New York NY 10007** |
| **New York State Department of Taxation & Finance Special Bankruptcy Counsel Attn:  Enid Nagler Stuart 120 Broadway, 24th Floor New York NY 10271** | **IRS Insolvency Section Internal Revenue Service Attn:  Centralized Insolvency Operation 2970 Market St. PhiladelphiaPA 19104-5016** |
| **IRS Insolvency Section Internal Revenue Service Attn:  Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346** | **Securities & Exchange Commission Attn:  Secretary of the Treasury 100 F St., NE Washington DC 20549** |