

**COMPTROLLER** *of* **MARYLAND**
*Serving the People*

**Peter Franchot**
*Comptroller*

**Daniel C. Riley, Jr.**
*Director*
Compliance Division

**Robert Scheerer**
*Deputy Director*
Compliance Division

February 7, 2017

Gawker Media LLC
Claims Processing Center
c/o Prime Clerk LLC
830 Third Avenue, 3rd Floor
New York, NY 10022

RECEIVED
FEB 13 2017

    RE:    Gawker Media LLC
            Case No.:    16-11700-SMB
            Claim No.:   316

Dear Sir or Madam:

    Enclosed are an original Withdrawal of Proof of Claim and a copy. Please file the enclosed withdrawal on behalf of the Comptroller of Maryland. Please date stamp the copy and return it to us.

    Thank you for your cooperation. Should you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Kimberly B. Stephens, Esq.
Compliance Division
(410) 767-1562
kstephens@comp.state.md.us

cc:    Clerk's Office, U.S. Bankruptcy Court
       Southern District of New York

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GAWKER MEDIA, LLC

Debtor

CASE NUMBER: 16-11700 (SMB)

CHAPTER: 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITHDRAWAL OF CLAIM

Please withdraw **Claim No. 316** filed on behalf of the State of Maryland, Comptroller of Maryland, dated 10/12/16, in the amount of $1,989.00.

COMPTROLLER OF MARYLAND

_____
Kimberly B. Stephens, Bar No. 28572
Compliance Division – Room 410
301 W. Preston Street
Baltimore, MD 21201
410-767-1562

ATTORNEY FOR THE
COMPTROLLER OF MARYLAND

Date: February 7, 2017