

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Roberta Reardon, *Commissioner*

UNEMPLOYMENT INSURANCE DIVISION

February 13, 2017

Clerk of Court
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY  10004-1408

Re: GAWKER MEDIA LLC
ER# 51-74676
BANKRUPTCY# 16-11700

Dear Sir:

We hereby withdraw our Unliquidated Claim which was dated 7/20/16.

Very truly yours,

Debbie Anziano
UI Employer Compliance Agent 2
(518)485-1999

DA:da



IA 37.1 WD (6-12)

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Roberta Reardon, *Commissioner*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ARRANGMENT# 16-11700

UNLIQUIDATED CLAIM FOR
UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DUE –
PRIORITY CLAIM

CLERK OF COURT
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

IN THE MATTER OF:
GAWKER MEDIA LLC
ER# 51-74676

DEBTOR

1. **Debbie Anziano** is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

2. The debtor is justly and truly liable to the New York State Department of Labor for unpaid unemployment insurance contributions in an amount unknown at the present time.

3. The New York State Department of Labor will file a claim and assessments in these proceedings as soon as the necessary information can be obtained to fix and determine the debt. Such claim is capable of liquidation or of reasonable assessment, and such liquidation or assessment will not unduly delay the proceedings herein.

4. The New York State Department of Labor claims **priority** for the payment of such unemployment insurance contributions as are due.

5. There are no setoffs or counterclaims.

6. Correspondence regarding this claim should be forwarded to the New York State Department of Labor, Insolvency Unit, at the address indicated above.

**Dated: 07/20/16**

Commissioner of Labor

*Debbie Anziano*

By: Debbie Anziano
UI Employer Compliance Agent 2
Unemployment Insurance Division

IA 38U (6-12)

RECEIVED FEB 17 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

Telephone (518) 485-1999     nysdol@labor.state.ny.us     Fax (518) 457-3256

NYS Department of Labor, State Office Campus, Building # 12, Room # 256, Albany, NY 12240