

**In re Gawker Media LLC (16-11700)- Rule 2004 Motion Adjournment and Objection Deadline Request**

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
03/29/2017 02:40 PM
Cc:
"Martin, D. Ross", "Galardi, Gregg", "Agudelo, Jonathan", "robert.weber@skadden.com", "anthony.clark@skadden.com", "Wendlandt, Dalila Argaez", "Kohn, Samuel", "'Daniel H. Tabak'"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "robert.weber@skadden.com" <robert.weber@skadden.com>, "anthony.clark@skadden.com" <anthony.clark@skadden.com>, "Wendlandt, Dalila Argaez" <Dalila.Wendlandt@ropesgray.com>, "Kohn, Samuel" <SKohn@chadbourne.com>, "'Daniel H. Tabak'" <dtabak@cohengresser.com>

Dear Chambers,

On October 11, 2016, the Debtors filed a Rule 2004 Motion [Docket No. 341]. A hearing was originally scheduled on the Motion for November 3, 2016 at 10:00 a.m. with an objection deadline of October 27, at 4:00 p.m. Such hearing has since been adjourned multiple times and is currently scheduled for April 18, 2017 at 10:00 a.m. with an objection deadline of April 11, 2017 at 4:00 p.m.

As discussed with Chambers earlier today, the Debtors hereby request permission to (i) adjourn the hearing on the Motion to April 25, 2017, at 10:00 a.m. and (ii) extend the objection deadline to April 18, 2017, at 4:00 p.m. Counsel to each of the parties referenced in the Motion (cc'd here) have agreed to the adjournment and the extension of the Objection Deadline.

*Granted*
*SMB*
*3/29/17*

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated objection deadline.

Best,
Alex

**William A. McGee**
ROPES & GRAY LLP
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.