## **Exhibit A**

### **January Monthly Compensation and Staffing Report**



April 3, 2017

**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from January 1, 2017 through January 31, 2017.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



| Invoice To: | | | Invoice # | Date | **Amount Due** |
|---|---|---|---|---|---|
| **Gawker Media LLC** | | | 15339 | 4/3/2017 | $    253,272.18 |
| c/o Opportune LLP | | | | | |
| 10 East 53rd Street, 33rd Floor | | | | | |
| New York, New York  10022 | | | | | |
| *Attn: Scott Tillman* | | | | | |

**SUMMARY OF CHARGES FOR PROJECT SCOOP**                                    **Amount**

Time Charges for service rendered January 1, 2017 through January 31, 2017 *(1)*          $    248,943.00

Expenses                                                                                      4,329.18

**TOTAL AMOUNT DUE**                                                              $    253,272.18

*(1)*  **Summary of Time Charges by Resource**

| Resource | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 120.20 | $ | 665.00 | $ | 79,933.00 |
| Lynn Loden | *Managing Director* | 58.00 | | 665.00 | | 38,570.00 |
| Rose Huynh | *Director* | 2.00 | | 500.00 | | 1,000.00 |
| Sarah Abdel-Razek | *Manager* | 178.10 | | 400.00 | | 71,240.00 |
| Ryan Riddle | *Manager* | 60.40 | | 400.00 | | 24,160.00 |
| Christine Del Valle | *Manager* | 2.50 | | 400.00 | | 1,000.00 |
| Alicia Hou | *Senior Consultant* | 40.20 | | 400.00 | | 16,080.00 |
| Maggie Dreyer | *Senior Consultant* | 41.90 | | 400.00 | | 16,760.00 |
| Bryan Stahl | *Senior Consultant* | 0.50 | | 400.00 | | 200.00 |
| **Total Time Charges** | | | | | $ | 248,943.00 |

**Payment Instruction**

**Wire Transfer:**

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD JANUARY 1, 2017 - JANUARY 31, 2017*



## SUMMARY OF SERVICES

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period. Attached are time descriptions summarized by day which further describe the professional services performed.

1. Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

2. Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

3. Management of liquidity including oversight and approval of expenditures and cash payments.

4. Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

5. Participated in negotiations with various creditors to reach settlements.

6. Traveled to Budapest to work with local accountants and law firms on reporting, audit, and tax matters.

7. Working through 2016 federal, state, and city tax returns including examination of monthly books and records.

8. Prepared analysis to respond to requests and hold meetings and calls with IRS.

## SUMMARY OF EXPENSES

| | | |
|---|---|---:|
| Travel Expenses | $ | 3,615.65 |
| Meals and Entertainment | | 396.63 |
| Miscellaneous Expenses | | 196.00 |
| Telephone Charges | | 120.90 |
| Parking | | 0.00 |
| **Total Expenses** | **$** | **4,329.18** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Mon | 1/2/17 | 1.20 | $ 665 | $ 798.00 | Conference call and follow up regarding disbursements to equity holders. |
| Tue | 1/3/17 | 4.70 | $ 665 | $ 3,125.50 | Preparing for catch up call with Ropes. Executing POA and responding to Budapest on audit related matters. Coordinating travel plans and agenda for upcoming trip to Budapest. Addressing final flow of funds and reserve analysis. Conference call with Ropes discussing strategic matters. Working through steps required for settlement agreements. Reviewing thread and analysis on proposed tax treatments for certain equity holders. |
| Wed | 1/4/17 | 1.10 | $ 665 | $ 731.50 | Responding to multiple threads of correspondence on tax matters. |
| Thu | 1/5/17 | 4.10 | $ 665 | $ 2,726.50 | Preparing packages to be couriered over to Budapest. Opening and reviewing Gawker mail from holiday period. Reviewing and resolving multiple vendor issues. Preparation for call with Univision regarding Hungarian Agreements. |
| Fri | 1/6/17 | 6.30 | $ 665 | $ 4,189.50 | Preparation for and call with Univision regarding Hungarian contracts. Preparation for, and call with UCMS and Ropes to discuss Hungarian Tax Audit. Preparation for and call regarding the settlement obligations. Preparation for and call regarding equity holder distributions. |
| Mon | 1/9/17 | 0.70 | $ 665 | $ 465.50 | Responding to email correspondence regarding various tax matters. |
| Tue | 1/10/17 | 4.20 | $ 665 | $ 2,793.00 | Sending out demand letters to legal counsel. Developing process for interested subsequent bidders. Researching and working through severance claim issues. Coordinating and preparing for 505 tax call. Working through 211 Elizabeth St. Lease issues.  Working through final analysis and conditions to going effective. |
| Wed | 1/11/17 | 3.40 | $ 665 | $ 2,261.00 | Working through final matters to go effective. Resolving access matters. |
| Thu | 1/12/17 | 8.30 | $ 665 | $ 5,519.50 | Working through tax and distribution matters. Preparation for and call with teams to discuss the distribution of content and associated process. Preparation for and call with Ropes regarding tax matters and setting strategy for emergence. Review and execution of declaration and claims. |
| Fri | 1/13/17 | 3.70 | $ 665 | $ 2,460.50 | Preparation of material for upcoming trip to Budapest. |
| Sun | 1/15/17 | 6.10 | $ 665 | $ 4,056.50 | 50% of Travel Time (New York to Budapest). |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/16/17 | 7.80 | $ 665 | $ 5,187.00 | Meetings with Opportune and Ropes Team prior to meeting with Budapest team. Meeting with local Hungarian accountants and lawyers. Evening Meeting with UCMS, Jaszlovsky, Ropes and Opportune. |
| Tue | 1/17/17 | 7.60 | $ 665 | $ 5,054.00 | Meetings with UCMS, Jalsolvzsky and Ropes at UCMS Offices. Follow up discussion post day's meetings.  Coordination of calls regarding MarkMonitor. |
| Wed | 1/18/17 | 5.90 | $ 665 | $ 3,923.50 | Meeting with Peter Szaza at Gizmodo Media Group and T. Plunkett regarding multiple administrative matters. Following up on multiple administrative matters in Budapest. Group meeting with UCMS regarding year end entries. |
| Thu | 1/19/17 | 8.70 | $ 665 | $ 5,785.50 | 50% of travel time from Budapest to NYC. Review and analysis of shareholder disbursements. |
| Fri | 1/20/17 | 3.50 | $ 665 | $ 2,327.50 | Preparation for call with Ropes on various strategic matters. Review of CapShare and shareholders. |
| Sat | 1/21/17 | 0.60 | $ 665 | $ 399.00 | Review of tax analysis. |
| Mon | 1/23/17 | 5.80 | $ 665 | $ 3,857.00 | Preparation, call and follow up with Opportune Tax Team regarding tax analysis. Preparation, follow up and call with Ropes regarding allocation of value among Series B and Series A holders. Working through matters related to employee W2's. Review and commenting to Univision Agreements. |
| Tue | 1/24/17 | 5.20 | $ 665 | $ 3,458.00 | Reviewing, commenting and executing on Severance Agreement. Calls and follow up regarding domain registration for Gawker.com. Review and updates to Hungarian/Univision Agreements. Conference call and follow up on revised waterfall and tax allocation analysis. |
| Wed | 1/25/17 | 6.10 | $ 665 | $ 4,056.50 | Preparation, participation and follow up on regards to Board Call. Coordination call with UK Unit Holders and follow up. Review of multiple work streams ongoing. Preparation for and calls regarding claims register. Working through multiple issues related to real estate and leases. |
| Thu | 1/26/17 | 7.90 | $ 665 | $ 5,253.50 | Preparation and participation in court hearing. Follow up calls and discussions regarding sub tenants and assignment of leases. Addressing multiple tax matters. Preparation for and calls regarding trademark infringement matters. Addressing multiple issues related to claims outstanding. Session with forensic IT team on content removal. Various administrative matters. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Fri | 1/27/17 | 4.10 | $ 665 | $ 2,726.50 | Working with tenants at 210 Elizabeth regarding various assignment alternatives. Conference calls and working sessions regarding outstanding litigation related to copyright infringement. |
| Mon | 1/30/17 | 8.10 | $ 665 | $ 5,386.50 | Multiple calls correspondence and working sessions to develop strategy on non-residential property leases. Continued correspondence regarding assignment of property leases. Review of proposed motions regarding assignment of property leases. |
| Tue | 1/31/17 | 5.10 | $ 665 | $ 3,391.50 | Review of drafted motions and correspondence with Ropes and Landlord. Review of financials, follow up calls and conferences with tax personnel. Review and execution of various administrative Hungarian agreements. |
| **Total Holden** | | **120.20** | | **$ 79,933.00** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/3/17 | 0.70 | $ 665 | $ 465.50 | Correspondence with Ropes and Opportune Restructuring Team on document requests for Hungarian tax audit and planning for trip to Budapest. |
| Fri | 1/6/17 | 0.70 | $ 665 | $ 465.50 | Call with Kinja tax accountants in Hungary, Opportune Restructuring Team and Ropes and Gray on upcoming trip, Hungarian tax audit, and points to accomplish in Budapest. |
| Tue | 1/10/17 | 0.80 | $ 665 | $ 532.00 | Call with Ropes and Gray on timing of 2016 tax return filing. Call with Opportune Restructuring Team on 2016 tax return. |
| Wed | 1/11/17 | 0.90 | $ 665 | $ 598.50 | Correspondence with counsel on events leading to pending matters before the court. |
| Thu | 1/12/17 | 1.30 | $ 665 | $ 864.50 | Tax return planning calls with Ropes and Gray and internal meeting to commence 2016 accelerated filing. Created list of immediate steps to take and assignment to staff. |
| Fri | 1/13/17 | 7.80 | $ 665 | $ 5,187.00 | Review of royalty determination, accelerated filing of 2016 income tax return, and mechanics of closing of the books in the US and Hungary. |
| Sun | 1/15/17 | 3.40 | $ 665 | $ 2,261.00 | Preparation for meeting with Kinja's accountants in Budapest (UCMS Group Hungary Kft.) to present timing required for US bankruptcy estate resolution. Detailed review of previous transaction documents in regard to royalty. Review prior year and current year accounting journal entries and intercompany funding waterfall. |
| Mon | 1/16/17 | 4.40 | $ 665 | $ 2,926.00 | Initial meeting in Budapest at UCMS' office presenting overview of intercompany accounting entries required to reflect Univision purchase of assets pursuant to court order for US and Hungarian accounting and tax effect. Discussion basis of accounting under US and Hungarian Generally Accepted Accounting Principles (GAAP) and relevant International Financial Accounting Standards (IFRS) as modified for private entities under the Hungarian Accounting Act. Initial discussions with in-country legal counsel as to treatment and requirements under Hungarian contract, bankruptcy and tax law. |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/17/17 | 10.50 | $ 665 | $ 6,982.50 | Participation in second meeting with UCMS and Hungarian legal counsel in Budapest with Ropes & Gray and Opportune and support personnel examining detailed transaction steps under US and Hungarian/IFRS GAAP. Described treatment of each payment to creditors and other claimants at closing and prior to year end in accordance with court order approving plan with an emphasis on the US income tax treatment. Discussion and plan of appropriate documentation of each transaction as proper evidence for Hungarian purposes in accordance with plan. Respond to questions as to likely US GAAP and tax treatment under current GAAP and US income tax law. Agreed to approach and assigned documentation tasks. Gained understanding of Hungarian statutory audit requirements and required documentation. |
| Wed | 1/18/17 | 9.70 | $ 665 | $ 6,450.50 | Attendance and participation in final meeting in Budapest with Hungarian accountants (UCMS group), Ropes & Gray, and Opportune LLP representatives responding to subsequent Hungarian GAAP and income tax questions as to the appropriate treatment of individual payments in accordance with the plan of reorganization. Began preparation of Hungarian financial statement footnotes needed to present to Hungarian auditors for statutory audit required to accompany 2016 Hungarian income tax filings in accordance with the plan of reorganization. Discuss and identify documents needed to present to US Internal Revenue Service for scheduled meeting in New York on January 26. Correspond with IRS officials as to matters to be discussed in this upcoming meeting related to their examination. |
| Mon | 1/23/17 | 2.40 | $ 665 | $ 1,596.00 | Review of detailed updated financial model for technical effect of various scenarios in anticipation of Board call. Conference call with Opportune Restructuring Team to walk through latest version to assess tax technical quality of items presented. |
| Wed | 1/25/17 | 3.20 | $ 665 | $ 2,128.00 | Detailed review of various documents in preparation of IRS meeting in New York on Thursday to discuss information needed for continuing IRS examination of 2014- 2015 tax years. |
| Thu | 1/26/17 | 6.30 | $ 665 | $ 4,189.50 | IRS meeting to discuss (with IRS agent) document requests. Discussion related to demand of sales and use tax status with Opportune Restructuring Team. Discussion on timing of adjusting journal entries needed to close 2016 US books to correspond with sister Kinja Hungarian books. Additional drafting of Hungarian financial statement footnote. |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 1/27/17 | 2.80 | $ 665 | $ 1,862.00 | Power of Attorney work for NY City and State. Call with City on open tax claim and audit questions. Review additional documents needed and timing for IRS information requests. Discuss 2016 tax return progress and open items with tax staff in Houston. US tax filings for GMGI as a result of year-end activity. |
| Mon | 1/30/17 | 1.40 | $ 665 | $ 931.00 | IRS and State of New York audit correspondence. Year-end closing correspondence on books and records for 2016 filings. |
| Tue | 1/31/17 | 1.70 | $ 665 | $ 1,130.50 | Preliminary review of 12/31/2016 GMLLC closing. Call to discuss with tax staff and instructions to staff on effect of 2016 Form 1120. |
| **Total Loden** | | **58.00** | | **$ 38,570.00** | |

**Gawker Media LLC - Time Summary**
**Rose Huynh, Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/31/17 | 2.00 | $ 500 | $ 1,000.00 | Performed tax research and participated in tax discussion. |
| **Total Huynh** | | **2.00** | | **$ 1,000.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/2/17 | 0.80 | $ 400 | $ 320.00 | Call with Ropes and Gray, Board Members, Opportune, J. Duncan and Cole Schotz to discuss the alternatives and implications on estate and distributions re: N. Denton making employee's whole for common stock purchased in lieu of salary out of his equity distributions. |
| Tue | 1/3/17 | 8.30 | $ 400 | $ 3,320.00 | Call with Ropes and Gray and Opportune to discuss status update and open items to be completed in order to go effective next week. Working on the GM LLC November monthly close including booking accruals and reconciling QuickBooks to bank accounts. Starting the November MOR. |
| Wed | 1/4/17 | 8.10 | $ 400 | $ 3,240.00 | Continuing to work on the November close and finalizing the November stand-alone financial statements for all three entities including creating the consolidating statements. Completing the first draft of the November MOR. |
| Thu | 1/5/17 | 8.60 | $ 400 | $ 3,440.00 | Call with UCMS Hungary to walk through the November financial statements on line by line item. Working session with W. Holden (Opportune) to walk through the latest version of the November MOR in details. Finalizing the November MOR and circulating to Ropes and Gray for filing. Following up with 210 Elizabeth landlord to obtain the invoices for January rent. Prepare the rent checks and mail out. Open mail and collect all checks received including federal tax refund checks and mailing all checks to SVB for deposit. Preparing analysis for and initiating the Univision daily wire. Setting up wires for insurance payments. |
| Fri | 1/6/17 | 7.70 | $ 400 | $ 3,080.00 | Call with Univision to discuss the status of Hungary reimbursement agreements and U.S. transition services agreement invoices. Call with UCMS Hungary, Ropes and Gray and Opportune to go through the process for the Hungarian tax audit starting next week. Call with Ropes and Gray and Bollea counsel to walk through effective day mechanics including details on content to be removed from the web and delivered to Bollea counsel per the settlement agreement. Call with Citirin to discuss the additional tax work streams and work to be performed by Citrin including the information they will require to complete their work. Various emails with Concur regarding post-close charges that need to be covered by Univision. Responding to payment inquiry from Onix. Correspondence with SVB to ensure new accounts for reserves are accessible through online banking. Circulating the most recent version of equity holders to the Board and Ropes and Gray. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/9/17 | 3.60 | $ 400 | $ 1,440.00 | Responding to inquiries on professional fess. Call with R. Riddle (Opportune) on certain documents requested for purposes of tax return preparation. Correspondence with A. Hou (Opportune) regarding her work streams. Updating QuickBooks for some December entries. |
| Tue | 1/10/17 | 8.50 | $ 400 | $ 3,400.00 | Call with Ropes and Gray regarding certain tax open items. Follow up call with L. Loden (Opportune) to further discuss timing of certain deliverables requested for preparation of tax return. Starting to work through the Kinja sale / transaction adjusting entries including certain entries consistent with the Plan. Continuing to work on the December books and records. |
| Wed | 1/11/17 | 8.90 | $ 400 | $ 3,560.00 | Continuing to develop the list of adjusting entries required to be booked at Gawker Hungary to reflect the sale and the plan or reorganization including reconciling all intercompany accounts. Call with J. Weber (Univision) to walk through the sale closing journal entries in NetSuite and reconcile to the list of Gawker Hungary entries to be booked. Call with Ropes and Gray to discuss the agenda for Hungary trip as well as open tax items.  Setting up and processing payments for November for restructuring professionals pursuant to the court order. Preparing analysis for and initiating the Univision daily wire. Call with Ropes and Gray to discuss equity distributions mechanics. Call with W. Holden (Opportune) to walk through a status update and key work streams. |
| Thu | 1/12/17 | 9.10 | $ 400 | $ 3,640.00 | Call with Bollea counsel, Ropes and Gray and Opportune to discuss certain requirements per the settlement agreement upon emerging from bankruptcy. Call with Ropes and Gray and Opportune to discuss key topics to be covered in Hungary next week including overview of timing of tax returns and entries to be booked at Gawker Hungary. Working session with W. Holden (Opportune) to walk him in detail through the journal entries to be booked at Gawker Hungary and reconciliation to Gawker Media LLC books. Call with ConEdison to pay open invoices at 210 Elizabeth and set up account for recurring billing to avoid services interruptions. Review of analysis of open claims provided from Univision and circulating to Ropes and Gray. |
| Sun | 1/15/17 | 7.20 | $ 400 | $ 2,880.00 | Travel from NYC to Hungary through France (50% billable). |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/16/17 | 4.10 | $ 400 | $ 1,640.00 | In person meeting with Opportune, Ropes and Gray, UCMS and Jalovzsky to discuss details high level mechanics of the sale transactions and entries required to be booked at Hungary including supporting documents required to support the amounts and entries. |
| Tue | 1/17/17 | 7.90 | $ 400 | $ 3,160.00 | In person meeting with Opportune, Ropes and Gray, UCMS and Jalovzsky to continue to discuss details and mechanics of the sale transactions and entries required to be booked at Hungary including supporting documents required to support the amounts and entries. Further in depth conversations regarding Hungarian taxes and statutory audits. Responding to various Ropes and Gray emails. Review of information provided by a shareholder and comparing to our records including response to his inquiry. |
| Wed | 1/18/17 | 6.60 | $ 400 | $ 2,640.00 | In person meeting with Opportune, Ropes and Gray and UCMS to walk through the journal entries to be booked in detail including responding to various inquiries UCMS had regarding the transaction details. Reconciling their books to the entries to ensure they have a thorough understanding of the flow of the transaction. Discussing timing of closing the annual books and requirements for the statutory audit and notes to the financial statements. |
| Thu | 1/19/17 | 8.50 | $ 400 | $ 3,400.00 | Travel from Hungary to NYC through France (50% billable). |
| Fri | 1/20/17 | 5.30 | $ 400 | $ 2,120.00 | Working through updating the waterfall analysis for settlements and payments made through 12/31 including reconciling cash balances per entity. Revising the estimates for the reserves. Circulating analysis to Opportune and Ropes and Gray. Call with Ropes and Gray to walk through revised waterfall analysis, shareholder letter to be circulated and overview of key take aways from the Hungary meetings. |
| Sat | 1/21/17 | 2.40 | $ 400 | $ 960.00 | Creating tax analysis on potential allocation of value between Gawker Media and Gawker Hungary. Circulating analysis to internal Opportune team. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/23/17 | 9.70 | $ 400 | $ 3,880.00 | Correspondence with Univision on employee W2's mailed to us. Stamping all W2s to mail to employees. Call with Opportune tax team to walk through tax reserve calculation model and underlying assumptions. Updating the waterfall analysis and tax reserve model. Working session with W. Holden (Opportune) to review updated waterfall and circulating updated versions to Ropes and Gray. Call with Ropes and Gray to discuss the equity distributions calculation for Series B preferred shareholders. Starting to work through the December monthly close including booking entries in QuickBooks. Creating the rent invoices for 210 Elizabeth and circulating to subtenants. |
| Tue | 1/24/17 | 10.10 | $ 400 | $ 4,040.00 | Correspondence with UCMS on certain December transactions and treatment in the books and records. Processing certain operating payments. Working session with W. Holden (Opportune) on the Hungarian agreements with GMG. Starting the intercompany matrix with the final royalty balances. Call with Ropes and Gray to walk through the revised waterfall including the new reserves for potential allocation of value. Revising the waterfall based on comments on the call and recirculating to the Opportune and Ropes and Gray team. Call and correspondence with Ropes and Gray on the drafting of the intercompany agreement between GMLLC and Gawker Hungary. Continuing to book December transactions in QuickBooks to close the books. Various correspondence with Opportune Tax Team on tax return, 1099s, and timing of certain work streams. |
| Wed | 1/25/17 | 8.20 | $ 400 | $ 3,280.00 | Board update call with Opportune and Ropes and Gray to go through the revised waterfall and tax reserve analysis. Correspondence with UCMS on interest on intercompany loans and back up for historic calculations. Call with Ropes and Gray to walk through the items to be included in the intercompany agreement between Gawker Media LLC and Gawker Hungary Kft. Review of open questions from IRS audit and preparing responses in advance of tomorrow's meeting. Call with Ropes and Gray to go through the claims register and address open claims and action points. Correspondence with Ropes and Gray on draft December financials. Continuing to work through the intercompany matrix and reconciling each entity's books and records to one another. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 1/26/17 | 11.20 | $ 400 | $ 4,480.00 | Second meeting with the IRS re: 2014 and 2015 audit to walk through questions and discuss additional requests and timing. Follow up with Univision on open questions regarding company offices in 2014 and 2015. Coordinating with Opportune Tax Team to finalize the request for transcript of tax return as requested by Ropes and Gray. Call with Ropes and Gray to discuss the options for the 210 Elizabeth leases. Responding to various inquiries from Ropes and Gray on open invoices. Following up with Univision on open trade payables assumed by them as part of the sale including requesting estimates for settlements of claims. Correspondence with UCMS on additional GMG expenses covered by Gawker that need to be incorporated in reimbursement agreement. Circulating second IDR received from IRS to Citrin to assist with certain requests. Circulating Power of Attorney documents to obtain required signatures. Correspondence with Univision finance team regarding 1099 preparation for domestic and international independent contractors. |
| Fri | 1/27/17 | 10.30 | $ 400 | $ 4,120.00 | Working through the intercompany matrix to finalize the royalty and service fee balances for FY2016 and calculating the interest payable on the notes and open trade payables. Working through 210 Elizabeth P&L analysis to identify the profit sharing amounts due to the landlord on a monthly basis. Circulating analysis to Ropes and Gray. Various correspondence with Opportune tax on details surrounding the CN debt and 1099 information requested. Continuing to work through December close and finalization of FY2016 balances. |
| Sat | 1/28/17 | 1.10 | $ 400 | $ 440.00 | Various emails including responding to Ropes and Gray inquiry on 210 Elizabeth street analysis, following up with Ropes and Gray on UST fees for Q4 2016, correspondence with UCMS on invoices to be paid and setting up call to go through FY2016 financials. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 1/30/17 | 12.10 | $ 400 | $ 4,840.00 | Continuing to work through finalizing the books and records and closing the books for FY2016. Performing a full reconciliation of all professional fees in FY2016 including reversing all accruals and booking actuals to true up the balances in the books and records. Finalizing the first draft of GMLLC FY2016 financials and circulate internally to the Opportune team. Working session with W. Holden (Opportune) to walk him through the professional fees analysis. Responding to various inquiries on 210 Elizabeth lease from Opportune and Ropes and Gray teams. Preparing analysis for and initiating the Univision daily wire. Starting review of Gawker Hungary statements including identifying missing December entries to be booked. |
| Tue | 1/31/17 | 9.80 | $ 400 | $ 3,920.00 | Call with UCMS to walk through the adjustments to December entries including walking through the intercompany matrix and adjusted royalty and service fee amounts. Creating invoices for the expenses being allocated to Gawker Hungary based on the allocation including professional fees invoice and stalking horse break up fee and expense reimbursements. Circulating the invoices to UCMS to book the appropriate entries. Call with ADP to work on creating a custom report summarizing all the 1099 payments made to individuals in FY2016 to be used to prepare individuals' 1099s. Correspondence with Opportune tax regarding 1099 preparation. Call with Opportune Tax to go through the first draft of the FY2016 GMLLC financial statements and discuss timeline for tax return preparation. Working through a reconciliation of the Univision wires against all receipts received post sale to finalize the amount payable to Univision at year-end. Working through GMGI stand-alone financial statements for FY2016 and booking December entries. |
| **Total Abdel-Razek** | | **178.10** | | **$ 71,240.00** | |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/3/17 | 1.80 | $ 400 | $ 720.00 | Initiated creation of compliance request for 2016 returns. |
| Wed | 1/4/17 | 3.40 | $ 400 | $ 1,360.00 | Hungarian Audit research and other 2016 E&P results for Kinja. |
| Thu | 1/5/17 | 2.10 | $ 400 | $ 840.00 | Hungarian Audit research and other 2016 E&P results for Kinja. |
| Fri | 1/6/17 | 3.60 | $ 400 | $ 1,440.00 | Call with local advisors regarding Hungary audit and 1099 research for required filing. |
| Mon | 1/9/17 | 1.10 | $ 400 | $ 440.00 | Form 1099 filing discussion with Opportune Restructuring Team. |
| Tue | 1/10/17 | 2.10 | $ 400 | $ 840.00 | Hungarian audit/tax issue discussions. 505 motion discussion/call with Ropes & Gray. |
| Mon | 1/16/17 | 4.60 | $ 400 | $ 1,840.00 | Research relating to tax rules for filing and additional information received uploaded into online data room. |
| Tue | 1/17/17 | 5.20 | $ 400 | $ 2,080.00 | Research related to tax filing and began planning tax return templates. |
| Wed | 1/18/17 | 4.30 | $ 400 | $ 1,720.00 | Researched Subpart F and Investment in U.S. property ordering rules to be credited against E&P. |
| Thu | 1/19/17 | 5.10 | $ 400 | $ 2,040.00 | Researched E&P Ordering Rules. Tax return template discussions with staff. Research tax rules related to income pickup to U.S. shareholders flowing through a foreign pass through entity. |
| Fri | 1/20/17 | 4.40 | $ 400 | $ 1,760.00 | Began creation of tax return workpaper templates for planned 1120 filing in mid February. |
| Sun | 1/22/17 | 2.20 | $ 400 | $ 880.00 | First review of tax allocation with comments to Opportune Restructuring Team. |
| Mon | 1/23/17 | 5.90 | $ 400 | $ 2,360.00 | Call with Opportune Restructuring Team to discuss tax allocation. Meeting with staff to discuss return preparation.  Researched related to controlled foreign partnership. |
| Tue | 1/24/17 | 4.30 | $ 400 | $ 1,720.00 | Clarified Subpart F research with team, audit documentation preparation, and controlled foreign partnership deemed dividend reporting rules. |
| Wed | 1/25/17 | 3.30 | $ 400 | $ 1,320.00 | 1099-MISC discussions with follow up to entire team stating foreign income ramifications from filing multiple chains of tax forms. |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 1/26/17 | 3.10 | $ 400 | $    1,240.00 | Calls with team and discussions with staff to decide preparation schedule. Created excel template for Form 8865. |
| Fri | 1/27/17 | 3.90 | $ 400 | $    1,560.00 | Further discussions on data, subpart F reporting and Form 1099-Misc. Continued work on 8865 Excel template. |
| **Total Riddle** | | **60.40** | | **$    24,160.00** | |

**Gawker Media LLC - Time Summary**
**Christine Del Valle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 1/12/17 | 0.60 | $ 400 | $      240.00 | Client Service Plan meeting with Opportune Tax Team. |
| Mon | 1/16/17 | 1.90 | $ 400 | $      760.00 | Coordinate, research, and set up POA New York City and New York State. |
| **Total Del Valle** | | **2.50** | | **$   1,000.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/3/17 | 7.80 | $ 400 | $ 3,120.00 | Updated equity holder listing with additional information from ADP. Reviewed waterfall analysis of equity payout amounts to each type of shareholder. Correspondence with TriNet to retrieve additional shareholder information. Reviewed additional signed agreements for historical purchase of equity. |
| Wed | 1/4/17 | 8.10 | $ 400 | $ 3,240.00 | Conference call with P. LiRosi (Citrin) related to all documents necessary for equity distribution from a tax perspective. Correspondence with TriNet to obtain additional shareholder information. Updated equity holder listing with new information. Correspondence with Opportune New York Team regarding shareholder information verification and timeline of distribution. |
| Thu | 1/5/17 | 8.30 | $ 400 | $ 3,320.00 | Finalized November invoice. Updated professional fees tracker and reviewed invoices. Comparison analysis between CapShare and updated listing of shareholder information including number of shares outstanding. Reviewed prior year Citrin audit work papers related to equity. |
| Fri | 1/6/17 | 8.50 | $ 400 | $ 3,400.00 | Conference call with Citrin and Opportune Restructuring Team in regards to tax analysis to be performed by Citrin for equity distribution.  Correspondence on tax forms needed related to domestic and foreign individuals. Correspondence related to historical Kinja financial statements for tax purposes and sent to Citrin. Compiled listing of all open work streams to provide update to the team. |
| Mon | 1/9/17 | 4.20 | $ 400 | $ 1,680.00 | Conference all with PrimeClerk regarding equity distribution process and template to fill out to start verification process. Call with S. Abdel- Razek (Opportune) for update on work streams completed and timeline. |
| Tue | 1/10/17 | 2.10 | $ 400 | $ 840.00 | Correspondence with PrimeClerk regarding missing shareholder information. Tracked down shareholder information from Estate files. |
| Wed | 1/11/17 | 1.20 | $ 400 | $ 480.00 | Correspondence with Ropes and Gray regarding obtaining copies of professional invoices for tax purposes. Correspondence with PrimeClerk regarding equity status. |
| **Total Hou** | | **40.20** | | **$    16,080.00** | |

**Gawker Media LLC - Time Summary**
**Maggie Dreyer, Senior Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 1/10/17 | 2.20 | $ 400 | $ 880.00 | Transaction Cost Analysis workbook preparation. |
| Thu | 1/12/17 | 4.10 | $ 400 | $ 1,640.00 | Transaction Cost Analysis workbook preparation. |
| Tue | 1/17/17 | 5.40 | $ 400 | $ 2,160.00 | Transaction Cost Analysis workbook preparation. |
| Wed | 1/18/17 | 2.40 | $ 400 | $ 960.00 | Transaction Cost Analysis workbook preparation. |
| Thu | 1/19/17 | 4.60 | $ 400 | $ 1,840.00 | Transaction Cost Analysis workbook preparation. |
| Mon | 1/23/17 | 3.30 | $ 400 | $ 1,320.00 | Penalties and interest calculation. Transaction Cost Analysis workbook preparation. |
| Wed | 1/25/17 | 5.20 | $ 400 | $ 2,080.00 | Dealing with tax transcript issues. Continued to work on Transaction Cost Analysis. |
| Thu | 1/26/17 | 3.90 | $ 400 | $ 1,560.00 | Calls with New York State and New York City regarding tax transcript information. Transaction Cost Analysis workbook preparation. |
| Fri | 1/27/17 | 3.40 | $ 400 | $ 1,360.00 | Dealing with federal transcript request issues. Updated Transaction Cost Analysis for review. |
| Mon | 1/30/17 | 5.30 | $ 400 | $ 2,120.00 | Transaction Cost Analysis workbook preparation. Dealing with additional transcript request issues. |
| Tue | 1/31/17 | 2.10 | $ 400 | $ 840.00 | Transaction Cost Analysis workbook preparation and call with Opportune Restructuring Team to go over analysis. |
| **Total Dreyer** | | **41.90** | | **$ 16,760.00** | |

**Gawker Media LLC - Time Summary**
**Bryan Stahl, Senior Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Thu | 1/12/17 | 0.50 | $ 400 | $     200.00 | Client Service Plan meeting with Opportune Tax Team. |
| **Total Stahl** | | **0.50** | | **$     200.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD JANUARY 1, 2017 - JANUARY 31, 2017*



| Date | Amount | Professional | Expense Type | Description |
|------|--------|--------------|--------------|-------------|
| 12/7/16 | $   12.10 | Alicia Hou | Travel Expenses | Hou, Alicia / Tolls to Houston airport |
| 1/4/17 | 43.96 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 1/4/17 | 120.90 | Sarah Abdel-Razek | Telephone Charges | Abdel-Razek, Sarah / December cell phone overage for work |
| 1/6/17 | 1,763.16 | William Loden | Travel Expenses | Loden, William / Hotel in Budapest |
| 1/15/17 | 55.79 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Uber from home to airport |
| 1/16/17 | 10.01 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Snacks and water |
| 1/16/17 | 41.20 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Travel team meal |
| 1/16/17 | 5.00 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Hotel tips |
| 1/16/17 | 6.82 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Taxi from hotel to UCMS office |
| 1/16/17 | 22.66 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Taxi from airport to hotel in Budapest |
| 1/17/17 | 293.26 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Travel team dinner (Ropes and Opportune) |
| 1/17/17 | 17.22 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Snacks and water |
| 1/19/17 | 1,561.54 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Hotel in Budapest |
| 1/19/17 | 18.70 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Uber from airport to home |
| 1/23/17 | 34.94 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Team dinner (W. Holden and S. Abdel- Razek) |
| 1/23/17 | 53.87 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late uber home from work |
| 1/23/17 | 14.40 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Ubers to and from post office for work |
| 1/23/17 | 196.00 | Sarah Abdel-Razek | Miscellaneous Expenses | Abdel-Razek, Sarah / Stamps to mail employee W2s |
| 1/25/17 | 57.65 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Later uber home for work |
| **Total** | **$   4,329.18** | | | |