

**In re Gawker Media LLC (16-11700)- IRS Claim Objection Response Deadline Extension**
McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
04/04/2017 06:52 PM
Cc:
"Galardi, Gregg", "Agudelo, Jonathan", "Sturm, Joshua", "Hirz, Gabrielle", "Andrew.Krause@usdoj.gov"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>, "Hirz, Gabrielle" <Gabrielle.Hirz@ropesgray.com>, "Andrew.Krause@usdoj.gov" <Andrew.Krause@usdoj.gov>

Dear Chambers of the Honorable Judge Bernstein:

On February 17, 2017, the Debtors filed *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014, and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 769]. A hearing is currently scheduled on the Objection for April 18, 2017 at 10:00 a.m. with a response deadline of April 7, 2017 at 4:00 p.m.

Counsel to the claimant (cc'd here) has requested and the Debtors have agreed to extend the response deadline to April 11, 2017 at 4 p.m., pending the Court's grant of permission. The Debtors hereby request permission to extend the response deadline to April 11, 2017 at 4 p.m.

Please reach out to me if you have any questions. Thank you.

Respectfully submitted,
W. Alex McGee

*Granted*
*SMB*
*4/5/17*

**William A. McGee**
ROPES & GRAY LLP
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.