

In re Gawker Media LLC (16-11700)- IRS Claim Objection Adjournment and Response Deadline Extension

McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
04/10/2017 03:49 PM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Sturm, Joshua", "Hirz, Gabrielle", "Agudelo, Jonathan", "Andrew.Krause@usdoj.gov"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>, "Hirz, Gabrielle" <Gabrielle.Hirz@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "Andrew.Krause@usdoj.gov" <Andrew.Krause@usdoj.gov>

Dear Chambers of the Honorable Judge Bernstein:

On February 17, 2017, the Debtors filed *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014, and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 769]. A hearing is currently scheduled on the Objection for April 18, 2017 at 10:00 a.m. with a response deadline of April 11, 2017 at 4:00 p.m.

As discussed with Chambers earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to July 18, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to extend the response deadline to July 5, 2017 at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

Respectfully submitted,
W. Alex McGee


**William A. McGee**
ROPES & GRAY LLP
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

*Granted:*
*SMB*
*4/12/17*

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.