Objection Deadline: April 27, 2017 at 4:00 p.m. (ET)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re                                         :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
:
Debtors.                       :    (Jointly Administered)
:
-------------------------------------------------------x

**NOTICE OF FILING OF MONTHLY COMPENSATION
AND STAFFING REPORT OF OPPORTUNE LLP FOR
THE PERIOD FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

**PLEASE TAKE NOTICE** that on June 20, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors With a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 55], with the United States

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that on July 14, 2016, the Bankruptcy Court entered the *Order Granting Debtors' Application Pursuant to Bankruptcy Code Sections 105(a) and 363(b) for Entry of an Order Authorizing the Debtors to (I) Retain Opportune LLP to Provide the Debtors With a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate William D. Holden as Chief Restructuring Officer for the Debtors, Nunc Pro Tunc to the Petition Date* (the "Opportune Retention Order") [Docket No. 98].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Opportune Retention Order, Opportune LLP hereby files its monthly compensation and staffing report for the period from February 1, 2017 through February 28, 2017 (the "February Monthly Compensation and Staffing Report") in the form attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the February Monthly Compensation and Staffing Report must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the following parties no later than **April 27, 2017 at 4:00 p.m. (ET)**: (a) the Plan Administrator for the Debtors, Opportune LLP, 10 East 53rd Street, 33rd Floor, New York, NY 10022  Attn: William D. Holden, Chief Restructuring Officer (profinvoices@gawker.com); (b) counsel for the Plan Administrator for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); and (c) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes and Susan Arbeit.

**PLEASE TAKE FURTHER NOTICE** that all compensation and staffing listed in the February Monthly Compensation and Staffing Report will be subject to review by the Bankruptcy Court in the event an objection is properly filed and served in accordance with the above procedures.

Dated: April 12, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*