## Exhibit A

**February Monthly Compensation and Staffing Report**



April 11, 2017


**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from February 1, 2017 through February 28, 2017.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



| Invoice To: | | Invoice # | Date | Amount Due |
|---|---|---|---|---|
| **Gawker Media LLC** | | 15516 | 4/11/2017 | $    326,341.72 |
| c/o Opportune LLP | | | | |
| 10 East 53rd Street, 33rd Floor | | | | |
| New York, New York  10022 | | | | |
| *Attn: Scott Tillman* | | | | |

### SUMMARY OF CHARGES FOR PROJECT SCOOP

| | Amount |
|---|---|
| Time Charges for service rendered February 1, 2017 through February 28, 2017 *(1)* | $    310,330.00 |
| Expenses | 16,011.72 |
| **TOTAL AMOUNT DUE** | $    326,341.72 |

*(1)* **Summary of Time Charges by Resource**

| Resource | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 90.60 | $    715.00 | $    64,779.00 |
| Lynn Loden | *Managing Director* | 36.80 | 715.00 | 26,312.00 |
| Rose Huynh | *Director* | 7.00 | 605.00 | 4,235.00 |
| Sarah Abdel-Razek | *Manager* | 170.90 | 540.00 | 92,286.00 |
| Ryan Riddle | *Manager* | 111.60 | 540.00 | 60,264.00 |
| Alicia Hou | *Senior Consultant* | 37.10 | 420.00 | 15,582.00 |
| Maggie Dreyer | *Senior Consultant* | 61.20 | 420.00 | 25,704.00 |
| Vance Glaser | *Consultant* | 50.40 | 420.00 | 21,168.00 |
| **Total Time Charges** | | | | $    310,330.00 |

---

**Payment Instruction**

**Wire Transfer:**

Cadence Bank

1108 Hwy 182 East

Starkville, MS  39759

ABA#: 062206295

Account#: 30327951

Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD FEBRUARY 1, 2017 - FEBRUARY 28, 2017*



## SUMMARY OF SERVICES

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period.
Attached are time descriptions summarized by day which further describe the professional services performed.

1. Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

2. Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

3. Management of liquidity including oversight and approval of expenditures and cash payments.

4. Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

5. Working through 2016 federal, state, and city tax returns including examination of monthly books and records.

6. Prepared analysis to respond to requests and hold meetings and calls with IRS.

7. Prepared audit procedures over equity shares to verify holders and contact information in preparation for equity distributions upon emergence.

## SUMMARY OF EXPENSES

| | | |
|---|---|---:|
| Travel Expenses | $ | 13,890.46 |
| Meals and Entertainment | | 1,671.71 |
| Miscellaneous Expenses | | 0.00 |
| Telephone Charges | | 449.55 |
| Parking | | 0.00 |
| **Total Expenses** | **$** | **16,011.72** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/1/17 | 2.90 | $ 715 | $ 2,073.50 | Reviewing and sending out multiple agreements to Budapest. |
| Thu | 2/2/17 | 1.40 | $ 715 | $ 1,001.00 | Various administrative matters for Gawker estate. Emails correspondence regarding equity process with equity holders. |
| Fri | 2/3/17 | 1.30 | $ 715 | $ 929.50 | Various administrative matters for Gawker estate. Review of equity distribution calculations. |
| Mon | 2/6/17 | 5.90 | $ 715 | $ 4,218.50 | Working through various matters on subtenants at 210 Elizabeth Street. Addressing insurance related matters with DeWitt. Review of MOR and provided comments. |
| Tue | 2/7/17 | 10.20 | $ 715 | $ 7,293.00 | Coordinating the collection of COI from sub-tenants. Working through letter and mail merge to be sent to equity regarding W-9's and equity holdings. Rebuilding equity waterfall model to ensure accuracy with underlying documents. |
| Wed | 2/8/17 | 9.90 | $ 715 | $ 7,078.50 | Coordinating various matters relating to Hungarian Audit. Working through new data files on Capitalization Table. Call with Ropes and Gray regarding intercompany agreements. Completing analysis on share allocation and waterfall analysis for equity holders. |
| Thu | 2/9/17 | 5.30 | $ 715 | $ 3,789.50 | Working through various issues related to Elizabeth St. lease assignment. Working with revised equity holders' analysis and communication materials. |
| Fri | 2/10/17 | 10.10 | $ 715 | $ 7,221.50 | Review of the intercompany agreement. Conference call and follow up on agreement with creditors. Revision of letter to preferred equity holders and coordination of call with Prime Clerk. Updating of revised waterfall and communication of information. Preparation and conference call with various parties on equity holder communications, intercompany agreements, and Elizabeth St. leases. Various communications and analysis related to sublease assignments. |
| Sun | 2/12/17 | 1.90 | $ 715 | $ 1,358.50 | Review and turning comments on communications to equity holders. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 2/13/17 | 9.40 | $ 715 | $ 6,721.00 | Review and comment to Intercompany Allocation Agreement. Reconciliation exercises to Disclosure Statement. Review and comment to Transition Services and Reimbursement Agreement. Call and other communications with former General Counsel to work through changes to equity letter. Call with Ropes and Gray regarding final version of intercompany agreement. Turn of changes to letter to equity holders. Review of final intercompany agreement and turn of changes. Supporting audit requests related to PEO's. Responding to inbound questions regarding edits to equity holder letter and review of the final intercompany agreement. |
| Tue | 2/14/17 | 7.10 | $ 715 | $ 5,076.50 | Preparation for court hearing and attending court hearing. Review of inbound questions from equity holders. Addressing matters related to W2's and 1099's. Coordinating responses to Hungarian agreements. Follow up regarding assignment of leases. |
| Wed | 2/15/17 | 3.10 | $ 715 | $ 2,216.50 | Meetings and other communications regarding the support required for audit and the timing of filing returns. Various calls regarding the preparation and delivery of 1099s. |
| Thu | 2/16/17 | 3.10 | $ 715 | $ 2,216.50 | Working through various matters related to Hungarian audit. Review of and execution of claims stipulation. Coordinating schedules to go effective across all constituents. Review and sign-off of Hungarian account balance confirmations. |
| Fri | 2/17/17 | 3.20 | $ 715 | $ 2,288.00 | Resolving issues related to AOL assignment matter.  Researching various tax matters for outstanding tax claims.  Review of 505 Motion and signoff.  Addressing issues related to takedown requests. |
| Tue | 2/21/17 | 1.30 | $ 715 | $ 929.50 | Responding to inbound questions and requests related to Preferred Equity Holdings. Researching employee matters related to equity. |
| Wed | 2/22/17 | 5.40 | $ 715 | $ 3,861.00 | Working with multiple parties to confirm schedule for filing taxes and subsequent actions. Addressing issues related to subtenant insurance. Review and arranging for the removal of articles subject to settlement agreements. Working through Audit matters.  Meeting with Board Members. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Thu | 2/23/17 | 3.80 | $ 715 | $ 2,717.00 | Calls & emails regarding the filing of taxes in Hungary. Correspondence regarding individual equity ownerships. Coordinating and sending out correspondence to holders that have not returned forms. Conference call with Opportune Tax group regarding outstanding tax matters. |
| Fri | 2/24/17 | 3.40 | $ 715 | $ 2,431.00 | Executing and sending off Hungarian tax documents. Call with Ropes and follow up regarding effective date movement. Responding to requests for declaration on 2017 business plan. Working on various shareholder questions. |
| Mon | 2/27/17 | 1.90 | $ 715 | $ 1,358.50 | Due diligence calculation of strike price on Series A preferred Options. Worked on file merge for equity distribution. |
| **Total Holden** | | **90.60** | | **$ 64,779.00** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/1/17 | 0.40 | $ 715 | $    286.00 | Correspondence regarding transaction cost treatment with Opportune Tax Team. |
| Thu | 2/2/17 | 0.70 | $ 715 | $    500.50 | Correspondence regarding transaction cost treatment and other federal return matters with Opportune Tax Team. |
| Tue | 2/7/17 | 1.80 | $ 715 | $  1,287.00 | Initial review of 2016 income tax return. |
| Wed | 2/8/17 | 3.30 | $ 715 | $  2,359.50 | Reviewed intercompany documents. Conference call with New York City auditor on document requests. Discussion with Tax Team regarding tax return. |
| Thu | 2/9/17 | 2.40 | $ 715 | $  1,716.00 | Reviewed intercompany documents. Request for prompt determination mechanism from IRS. |
| Fri | 2/10/17 | 1.60 | $ 715 | $  1,144.00 | Conference call with IRS agent and case manager on IDRs. Continued to review intercompany documents. |
| Mon | 2/13/17 | 1.40 | $ 715 | $  1,001.00 | Tax return review. Proposed adjustments to various analysis. |
| Tue | 2/14/17 | 1.80 | $ 715 | $  1,287.00 | Review IDRs in preparation for IRS call to finalize requests and meet deadlines. |
| Wed | 2/15/17 | 3.80 | $ 715 | $  2,717.00 | Reviewed accrual of professional fees. IRS call regarding prior years accounting numbers for income tax return. Schedule response plan with Opportune Restructuring Team. Review suggested IRS exam status for Ropes and Gray. Discussion on 1099s. |
| Thu | 2/16/17 | 2.30 | $ 715 | $  1,644.50 | Tax return review. Review of draft motion for accuracy. Review proposed responses to IRS Information Document Requests. |
| Fri | 2/17/17 | 2.60 | $ 715 | $  1,859.00 | Review final motion for income tax effect. Review responses from Citrin to IRS Information Document Requests. |
| Thu | 2/23/17 | 2.20 | $ 715 | $  1,573.00 | Reviewed alternative minimum tax and transaction costs. Worked on 2016 federal tax filing. |
| Fri | 2/24/17 | 4.10 | $ 715 | $  2,931.50 | Reviewed transaction cost analysis and other book tax differences. Reviewed state taxes. Conference call with Ropes and Gray various tax matters. |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**


Opportune

| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Sat | 2/25/17 | 2.70 | $ 715 | $ 1,930.50 | Review Internal Revenue Manual and BNA790 for various procedures. |
| Sun | 2/26/17 | 1.80 | $ 715 | $ 1,287.00 | Review draft of federal tax filing for 2016 for GMLLC. |
| Mon | 2/27/17 | 0.70 | $ 715 | $ 500.50 | Review IRS audit questions and start information gathering and prepare analysis. |
| Tue | 2/28/17 | 3.20 | $ 715 | $ 2,288.00 | Correspondence on data gathered to date related to pending IRS document requests. Reviewed 2016 Form 1099-MISC documents. |
| **Total Loden** | | **36.80** | | **$ 26,312.00** | |

**Gawker Media LLC - Time Summary**
**Rose Huynh, Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|--------------|-------------|
| Wed | 2/1/17 | 1.10 | $ 605 | $ 665.50 | Reviewed and updated overview of Gawker. |
| Thu | 2/2/17 | 0.60 | $ 605 | $ 363.00 | Performed tax research regarding certain motions to be filed. |
| Wed | 2/8/17 | 1.20 | $ 605 | $ 726.00 | Team meeting related to tax return to be filed. |
| Thu | 2/9/17 | 0.30 | $ 605 | $ 181.50 | Researched on Gawker historical data. |
| Mon | 2/13/17 | 1.10 | $ 605 | $ 665.50 | Reviewed and advised on the New York City return filings. |
| Wed | 2/15/17 | 1.30 | $ 605 | $ 786.50 | Reviewed tax return and researched certain tax rules. |
| Thu | 2/16/17 | 1.40 | $ 605 | $ 847.00 | Reviewed tax return draft in with Opportune Tax Team. |
| **Total Loden** | | **7.00** | | **$ 4,235.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/1/17 | 10.30 | $ 540 | $ 5,562.00 | Preparing the 210 Elizabeth rent checks and mailing out. Numerous emails with UCMS addressing questions on the December entries to be book for Gawker Hungary. Preparing analysis of bank balances by debtor as of 12/31/2016 as requested by the UST including obtaining all the supporting bank statements. Circulating analysis to Ropes and Gray. Creating the sub tenant rent invoices for 210 Elizabeth and circulating to tenants. Following up on January unpaid rent for 210 Elizabeth. Call with 210 Elizabeth subtenant to address questions on January rent payment. Preparing and mailing the check for the UST Q4 fees. Compiling invoices for certain transaction costs and providing details explanation on the nature of the invoices per Opportune tax request. Working through intercompany proof to ensure all three entities reconcile. Working through the Gawker Hungary December financials from a U.S. perspective for the December Monthly Operating Report. |
| Thu | 2/2/17 | 9.70 | $ 540 | $ 5,238.00 | Call with UCMS to walk through the updated draft of the Gawker Hungary December financial statements after adjusting entries were booked. Drafting follow up email and open items for UCMS and circulating. Following up with Univision on claims assumed as part of the sale and anticipated satisfaction date. Follow up with Citrin on their research regarding various small tax claims filed. Call with Ropes and Gray to discuss the claim objections. Call with NetSuite to obtain details on the version of our accounting software per IRS request. Working through the FY2016 consolidating financial statements and circulating first draft to Opportune team. Starting the December Monthly Operating Report. |
| Fri | 2/3/17 | 4.20 | $ 540 | $ 2,268.00 | Correspondence with Ropes and Gray on intercompany agreement between Gawker Media and Gawker Hungary. Continuing to work through the December Monthly Operating Report. Responding to inquiries on employee compensation information for FY2016 from FCG Advisors. Follow up with Univision on certain open claims to be settled. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 2/6/17 | 10.80 | $ 540 | $ 5,832.00 | Inquiring about corporate income tax payment timing in Hungary. Call with Opportune tax team to discuss FY2016 financial statements questions relating to the income tax preparation. Continuing to work through the December MOR. Working session with W. Holden (Opportune) to walk through the final version of the December Monthly Operating Report. Finalizing the December MOR and circulating to Ropes and Gray for filing. Responding to questions regarding the FY2016 transaction costs from Opportune Tax team. Drafting letter to the Government in relation to an HR violation received. |
| Tue | 2/7/17 | 7.10 | $ 540 | $ 3,834.00 | Compiling the December bank statements per U.S. Trustee request and circulating to Ropes and Gray to distribute. Correspondence with Univision and Opportune tax team on 1099 preparation for independent contractors. Correspondence with Opportune tax regarding the IDR requests from the IRS representatives and going through documents to address requests provided by Citrin. Reviewing various emails between Citrin and Opportune tax regarding IRS requests. Following up on draft letter to be circulated to shareholders. Correspondence with Opportune tax regarding upcoming calls and meetings with IRS representatives. Correspondence with Univision on various W-2 issues that require ADP involvement. Working through Hungary support request list for the auditors. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 2/8/17 | 10.40 | $ 540 | $    5,616.00 | Various emails to update the former employee on the status of amended W-2.  Responding to inquiries from Deloitte regarding timing of payments of their monthly fee statements. Call with UCMS to walk through the intercompany matrix supporting calculations for FY2015 and FY2016 in an effort to reconcile to the Gawker Hungary local books and records. Working with Ropes and Gray to prepare a summary of the LSKS invoices and payments post-petition to date. Call with Ropes and Gray and Opportune to walk through the draft of the intercompany agreement. Continuing to work through preparing all the support requested from Gawker Hungary for their auditors as they work through the audit for FY2016. Preparing responses and supporting documents to address questions from Opportune tax as they work through the FY2016 tax return. Responding to Opportune tax inquiries on the nature of the bank accounts in the U.S. Following up with subtenants on delayed rental payments. Review of Opportune' s November invoices and providing comments to A. Hou (Opportune) to finalize the invoice. |
| Thu | 2/9/17 | 9.10 | $ 540 | $    4,914.00 | Call with ADP to follow up on missing a former employee's W-2 and walking through iReports platform to obtain soft copy for the former employee. Preparing analysis to identify restructuring professional payments due including correspondence with Ropes and Gray to confirm amounts. Setting up the payments and working with W. Holden (Opportune) to ensure they are processed. Updating the professional fees invoices tracker with the latest filed invoices. Review of certain sections of the wind-down services agreement with Univision to identify responsibility for 1099 preparation. Correspondence with Opportune tax on the 1099 preparation. Continuing to work through the Hungary items audit requested and items requested from Opportune tax for the U.S. tax return preparation. Circulating the finalized November invoice to Ropes and Gray for filing. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Fri | 2/10/17 | 8.70 | $ 540 | $    4,698.00 | Call with Opportune and the IRS representatives to discuss the open items. Call with Prime Clerk and Opportune to discuss the equity distribution communication letter. Call with Ropes and Gray to walk through the latest draft of the intercompany agreement. Follow up with Univision regarding the status of various claims assumed by them as part of the sale close. Correspondence with tax regarding various open tax claims. Updating the waterfall analysis to revise the UCC reserve amount and prepare for circulation to second lien lender. Initiating wire for administrative claim settlement. Providing Opportune tax with all the IDRs received from the IRS to date. Providing details regarding the make-whole settlements and payments to date to Opportune tax. Preparing the shared professional fee costs appendix for the intercompany agreement and circulating to Ropes and Gray. Follow up with Ropes and Gray on the status of the November invoice filing. Responding to Opportune tax inquiries on book treatment for make-whole at all three entities. |
| Mon | 2/13/17 | 9.20 | $ 540 | $    4,968.00 | Review of the latest draft of the intercompany agreement in preparation for call with Ropes and Gray. Purchasing HUF to set up wire funding to Gawker Hungary Kft. Call with Ropes and Gray and Opportune to go through the latest draft of the equity distribution communication. Call with Prime Clerk to discuss the preferred shareholders communication letter. Working session with W. Holden (Opportune) to walk through the intercompany agreement numbers. Providing Ropes and Gray with certain revisions to the numbers in the intercompany agreement. Call with Ropes and Gray to perform final walk through of the intercompany agreement. Correspondence with 210 Elizabeth subtenant to request outstanding security deposit. Multiple calls with Opportune tax team to address questions on FY2016 numbers as part of their tax return preparation. Working through certain analysis requested by Opportune tax team required for tax return preparation. Circulating Gawker Hungary stand alone financials to Opportune tax. Reaching out to UCMS to request certain information for Opportune tax. Reaching out to certain shareholders to obtain information requested by Opportune tax. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 2/14/17 | 10.70 | $ 540 | $ 5,778.00 | Review of IRS requested information due tomorrow and working with Opportune tax team to prepare the necessary analysis. Review of the completed by Opportune tax for FY2014 payroll reconciliation requested by the IRS. Dealing with the EEO violation received including resetting access to obtain our online profile. Follow up with Univision to obtain updated contact information for certain preferred equity shareholders. Working through open claims follow up with Univision and Ropes and Gray. Providing Opportune tax with more responses on their open inquiries relating to income tax return preparation. Following up with subtenant on security deposit. Providing UCMS with the executed transition services agreements. Working on analysis of expected unpaid restructuring professional fees by March 15th per Opportune tax request. Various emails regarding the communication letter sent out to preferred equity shareholders. |
| Wed | 2/15/17 | 10.30 | $ 540 | $ 5,562.00 | Call with IRS representatives to discuss latest IDRs received. Internal Opportune call to discuss plan for the preparation of responses for the IDRs. Finalizing analysis of unpaid professional fees by March 15th. Transmitting certain responses to IRS on account of certain IDRs. Call with J.Weber (Univision) to discuss IRS questions and set up an in-person meeting to walk through key requests. Various calls with Opportune tax to address question on FY2016 numbers and IRS IDRs. Follow up with UCMS on status of tax returns and audit. Providing Gawker Hungary auditors with certain requested contracts. Correspondence with Citirin to set up an in-person meeting to go through certain IRS questions. Coordinating with Opportune team to provide UCMS with certain requested information for purposes of the ongoing audit. Various discussions on process to complete the 1099s. Responding to certain inquiries from Opportune tax on the intercompany amounts. Responding to inquiries received from UCC Financial Adviser. Correspondence on timing of the U.S. federal, state and city tax returns. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Thu | 2/16/17 | 9.40 | $ 540 | $ 5,076.00 | Setting up a payment run for certain restructuring professionals and vendors. Preparing analysis for and initiating Univision wire to sweep cash receipts received on their behalf. Completing the intercompany audit confirmations for Hungarian auditors and circulating to audit team. Reviewing the tax objections and 505 motions for the federal and city claims. Following up with subtenants on outstanding deposits. Reviewing and responding to various emails from UCMS in Hungary relating to FY2016 financials. Correspondence with Opportune tax regarding certain trial balance variances identified during the IRS audit. Correspondence with Citrin to finalize meetings to discuss outstanding IRS requests. Responding to inquiries from various former employees on timing of 1099s. Call with Ropes and Gray and Opportune to walk through the latest drafts of the tax objections and 505 motions. |
| Fri | 2/17/17 | 3.60 | $ 540 | $ 1,944.00 | Various emails with Opportune internal team on 1099 process including information required and timing. Review of various emails from Ropes and Gray on final drafts of tax objections and additional objections to certain claims to be filed today. Call with Ropes and Gray to discuss certain objections to be filed today. Call with W. Holden (Opportune) to provide update on certain claim objections to be filed today. Correspondence with Univision on certain assumed and unpaid accounts payables. |
| Mon | 2/20/17 | 3.90 | $ 540 | $ 2,106.00 | Various ADP calls to transfer administrative access to Opportune in order to obtain certain employee data for 1099 preparation. Preparing and sending certain wires for vendors. |
| Tue | 2/21/17 | 10.20 | $ 540 | $ 5,508.00 | Correspondence with Univision and Ropes and Gray on certain open claims and AOL contract assignment. Review and approval of invoices in Hungary due for payment. Responding to former employees inquiries on 1099 timing. Correspondence with Opportune tax on 1099 preparation process. Correspondence with Univision regarding W9s for certain vendors. Finalizing the Opportune December invoice for filing. Various calls with ADP to follow up on administrator access set up and walk through set up of online account. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/22/17 | 10.60 | $ 540 | $ 5,724.00 | Meeting with Univision to work through the IRS audit requests including reconciling the books and records to the financial statements and working through the vendor list for 1099 preparation. Calls with ADP to obtain the required information for individual 1099s. Circulating the final data to Opportune team to work through the 1099 preparation. Working through responses to the Gawker Hungary audit question including providing supporting documents and audit confirmations. Circulating various historic records to Opportune team for purposes of their tax preparation. |
| Thu | 2/23/17 | 9.30 | $ 540 | $ 5,022.00 | Meeting with Citrin Cooperman and Univision to work through the IRS audit requests. Working through the retained earnings FY13 - FY15 reconciliation requested by the IRS and circulating open items to Citrin Cooperman for further analysis. Review of email chain with UCMS on tax return filing process. Review of prior year audit adjustments included in the tax return but not reflected in the books and records. Working through the payroll reconciliation for FY2015. |
| Fri | 2/24/17 | 6.50 | $ 540 | $ 3,510.00 | Call with Ropes and Gray to discuss effective date timing and updates on 505 motions. Circulating latest versions of waterfall and tax analysis. Finalizing the payroll reconciliation requested by the IRS and circulating to IRS representative. Various correspondence with Opportune tax regarding 1099s preparation for individuals. |
| Mon | 2/27/17 | 7.30 | $ 540 | $ 3,942.00 | Going through Gawker Media received mail including addressing Unemployment Insurance notices received from the New York State Department of Labor. Review of correspondence received from the IRS. Call with Univision Payroll contact to discuss the employee records prior to the sale close and address W2 and 1099 follow up questions. Correspondence with Opportune tax team on approach for IRS request responses. Call with HR representatives at Univision regarding historic records requested and circulating the information requested subsequently. Working through requested information for tax return preparation. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 2/28/17 | 9.60 | $ 540 | $ 5,184.00 | Various emails with Ropes and Gray on tax matters. Call with Ropes and Gray to discuss status of the IRS audit, key open items and 505 motions. Preparing analysis for and initiating Univision wire. Review of correspondence with UCC advisors. Various calls with Opportune tax team on IRS audit and tax return preparation status for 2016. Correspondence with IRS on scheduling meetings and open requests. Call with L. Loden (Opportune) on various tax matters. Initial review of historic retained earnings roll received by Citrin Cooperman. Providing former employees with 1099s. Working on preparing IRS requested documents and analysis. |

**Total Abdel-Razek**      170.90            $    92,286.00

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 2/6/17 | 7.70 | $ 540 | $ 4,158.00 | Worked on information request for GMLLC and Kinja and personal information request on U.S. shareholders. Correspondence with IRS agent, correspondence with New York City auditor regarding information request. Conference call with Opportune Restructuring Team regarding 1099. |
| Tue | 2/7/17 | 7.20 | $ 540 | $ 3,888.00 | Various correspondence regarding New York City audit. Citrin book to book adjustment schedule review, questions to Citrin. Research tax rules regarding certain deductions. |
| Wed | 2/8/17 | 6.90 | $ 540 | $ 3,726.00 | Contacted IRS agent to discuss transcript request and IDRs. Set up call with Ropes and Gray to discuss the same. Meeting to discuss first draft of Gawker tax return. Performed research on tax rules regarding income, U.S. accounts and loan pledges. Coordinated information requests with New York Restructuring Team. Began draft dividend inclusion. |
| Thu | 2/9/17 | 7.10 | $ 540 | $ 3,834.00 | Worked on dividend inclusion memorandum. Reviewed Transaction Cost Analysis performed by team to give comments. Coordinated audit responses to meet deadlines. |
| Fri | 2/10/17 | 6.80 | $ 540 | $ 3,672.00 | Continued to work dividend inclusion memorandum. Conference call with IRS agents to discuss current state of audit and information requests. Research for and conference call regarding drafting intercompany agreement. Worked on additional information request to Citrin Cooperman. |
| Mon | 2/13/17 | 7.60 | $ 540 | $ 4,104.00 | Prep and call with Ropes and Gray team and Opportune Restructuring Team to discuss finalizing intercompany agreement, 505 motion discussions, federal and state tax returns, billing, and dividend inclusion memorandum. Correspondence with IRS on IDRs. Drafted questions to Hungarian accountants. |
| Tue | 2/14/17 | 6.80 | $ 540 | $ 3,672.00 | IRS IDR discussions with Tax Team. Correspondence with Citrin Cooperman on prior year documentation, draft 505 motion review, federal tax filings, and Form 1099s. |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**


OPPORTUNE

| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 2/15/17 | 8.20 | $ 540 | $ 4,428.00 | Conference call with IRS regarding audit request deadlines and progress. Correspondence with Hungarian accountants regarding requests. Continued tax return preparations. Call with Citrin Cooperman accountants regarding prior year data. |
| Thu | 2/16/17 | 7.60 | $ 540 | $ 4,104.00 | Call with Citrin Cooperman Team to discuss retained earning rollforward. Reviewed Transaction Cost Analysis. Continued tax return preparation discussions and review. Additional correspondence with IRS. Conference call with Ropes and Gray regarding tax requests. Form 1099 prep discussion with team. |
| Tue | 2/21/17 | 9.10 | $ 540 | $ 4,914.00 | Form 1099 follow-up with team. Tax filing review. Travel time to New York City (billed at 50%).  Coordinating meetings with previous Gawker accountants and former controller. |
| Wed | 2/22/17 | 8.10 | $ 540 | $ 4,374.00 | Meeting in New York City to meet with former Gawker controller to discuss books from prior years. Continued review of federal and state filings. Form 1099 discussions. |
| Thu | 2/23/17 | 6.60 | $ 540 | $ 3,564.00 | Meeting at Citrin Cooperman discuss book tie outs and retained earnings from 2014 and 2015.  Discussions with Opportune Restructuring Team on return positions and filing for motions. Transaction cost analysis discussion with Tax Team and additional Form 1099 work. |
| Fri | 2/24/17 | 4.40 | $ 540 | $ 2,376.00 | Tax memorandum updates for comments. Additional follow-up on tax return workpaper updates. Discussion with Tax Team on state filings. |
| Sat | 2/25/17 | 6.40 | $ 540 | $ 3,456.00 | Travel from New York City to Houston (billed at 50%). Reviewed and comments on federal workpapers. |
| Mon | 2/27/17 | 5.20 | $ 540 | $ 2,808.00 | Form 1099 discussion with Opportune Tax Team. IRS correspondence regarding audit requests. Tax return changes and workpaper updates. |
| Tue | 2/28/17 | 5.90 | $ 540 | $ 3,186.00 | GMLLC corporate tax filing prep and updates. Conference call with IRS agent to discuss delivery of requested information. Worked on retained earnings reconciliation. |
| **Total Riddle** | | **111.60** | | **$ 60,264.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Tue | 2/7/17 | 1.10 | $ 420 | $      462.00 | Reviewed equity distribution workbook and made updates. |
| Wed | 2/8/17 | 1.80 | $ 420 | $      756.00 | Correspondence with Prime Clerk regarding prior equity holder data. Finished updating equity distribution workbook. |
| Thu | 2/9/17 | 2.20 | $ 420 | $      924.00 | Finalized November invoice with comments from S. Abdel- Razek. Organized IDRs for organizing audit purposes. Updated equity holder information in CapTable. |
| Fri | 2/10/17 | 4.80 | $ 420 | $    2,016.00 | Conference call with Prime Clerk regarding equity distribution and sending out letters to each equity holder. Worked with Prime Clerk making updates to equity holder information. |
| Sun | 2/12/17 | 0.30 | $ 420 | $      126.00 | Various correspondence to obtain updated equity holder information from former Gawker employees. |
| Mon | 2/13/17 | 6.20 | $ 420 | $    2,604.00 | Various calls regarding equity distribution process with Prime Clerk and Opportune Restructuring Team. Discussions regarding finding missing equity holder information. Calls with Ropes and Gray regarding professional fees. Correspondence with UCMS regarding royalty fee calculations and prepared analysis to send. |
| Tue | 2/14/17 | 6.40 | $ 420 | $    2,688.00 | Worked with Prime Clerk in finalizing the list of equity holder distribution list. Researched estate files to find contact information for 3 individuals. Reviewed invoices for professional to be paid and prepared analysis. |
| Wed | 2/15/17 | 8.10 | $ 420 | $    3,402.00 | Conference call with IRS representative, Opportune Tax Team, and Opportune Restructuring Team regarding audit requests and setting deadlines. Discussion around each IDR presented. Call with Opportune Tax to draft plan on gathering all requests and meeting deadline. Worked with Prime Clerk on equity holders that they were to able to reach through email. Compiled all professional fee invoices to date to send to Hungary for calculation of their share. |
| Thu | 2/16/17 | 1.20 | $ 420 | $      504.00 | Continued to work with Prime Clerk ensuring all equity holder list information is complete. |
| Tue | 2/21/17 | 2.20 | $ 420 | $      924.00 | Updated professional fees tracker for new invoices filed. Finalized December invoice with review comments. |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**


Opportune

| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/22/17 | 2.80 | $ 420 | $     1,176.00 | Finalized January invoice with review comments. Prepared schedule of all monthly GMLLC, GMGI, and Kinja bank balances. Made updates to equity holder contact information. |
| **Total Hou** | | **37.10** | | **$     15,582.00** | |

**Gawker Media LLC - Time Summary**
**Maggie Dreyer, Senior Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Wed | 2/1/17 | 2.10 | $ 420 | $ 882.00 | Worked on Transaction Cost Analysis workbook updates. |
| Thu | 2/2/17 | 2.20 | $ 420 | $ 924.00 | Worked on Transaction Cost Analysis workbook updates. |
| Fri | 2/3/17 | 3.10 | $ 420 | $ 1,302.00 | Worked on Transaction Cost Analysis workbook updates. |
| Mon | 2/6/17 | 4.40 | $ 420 | $ 1,848.00 | Worked on federal tax filing draft and workpapers. |
| Tue | 2/7/17 | 6.40 | $ 420 | $ 2,688.00 | Federal tax filing draft and workpapers. Reviewed Transaction Cost Analysis workbook. |
| Wed | 2/8/17 | 4.10 | $ 420 | $ 1,722.00 | Federal tax filing preparation and made updates to Transaction Cost Analysis. |
| Thu | 2/9/17 | 2.20 | $ 420 | $ 924.00 | NYC return and  federal tax filing preparation. |
| Fri | 2/10/17 | 4.10 | $ 420 | $ 1,722.00 | Conference call with IRS and Ropes and Gray. Pulling information requests for counsel and IRS. |
| Mon | 2/13/17 | 3.10 | $ 420 | $ 1,302.00 | Review of federal tax filing and provided comments to staff for updates. |
| Tue | 2/14/17 | 5.20 | $ 420 | $ 2,184.00 | Prepping payroll reconciliation for IRS audit. Going through IRS audit requests for follow up questions and information. |
| Thu | 2/16/17 | 4.10 | $ 420 | $ 1,722.00 | Conference call with the IRS and Opportune Tax Team. Pulling items for Ropes and Gray and IRS. Call with Ropes and Gray regarding motion to be filed. |
| Fri | 2/17/17 | 0.60 | $ 420 | $ 252.00 | Prepping the 1099 workbook. |
| Wed | 2/22/17 | 7.10 | $ 420 | $ 2,982.00 | Working on audit responses for IRS. Meeting with Univision employees. |
| Thu | 2/23/17 | 8.30 | $ 420 | $ 3,486.00 | Meeting with Citrin Cooperman regarding audits and support needed. Working on retained earnings roll, reviewing New York return, reviewing federal tax filing book to tax for audit for both 2014 and 2015 tax years. |
| Fri | 2/24/17 | 4.20 | $ 420 | $ 1,764.00 | Reviewing federal tax workpapers for the tax audit for 2014 and 2015 tax years. Reviewing New York returns and updating workpapers/reconciliations related to the review. |
| **Total Stahl** | | **61.20** | | **$ 25,704.00** | |

**Gawker Media LLC - Time Summary**
**Vance Glaser, Consultant**
**Tax Services**


Opportune

| Day | Date | Time | Rate | Cost Incurred | Description |
|-----|------|------|------|---------------|-------------|
| Mon | 2/6/17 | 5.10 | $ 420 | $ 2,142.00 | Worked on transaction analysis workbook. |
| Tue | 2/7/17 | 10.10 | $ 420 | $ 4,242.00 | Worked on transaction analysis workbook and federal workbook. |
| Wed | 2/8/17 | 7.10 | $ 420 | $ 2,982.00 | Worked on federal and state workbook. Started  returns in GoSystems. |
| Thu | 2/9/17 | 3.10 | $ 420 | $ 1,302.00 | Update returns in Gosystems. Work on property memorandum. |
| Mon | 2/13/17 | 2.90 | $ 420 | $ 1,218.00 | Prepare updates to return and added to workbook template for schedule. Recalculate 2220 and update Federal/NY return. |
| Tue | 2/14/17 | 2.40 | $ 420 | $ 1,008.00 | Prepare BS/IS in workbook and return. Update for various comments from team members. |
| Wed | 2/15/17 | 1.40 | $ 420 | $ 588.00 | Update return with new information and review comments. Update federal tax filing to get ready for review. |
| Thu | 2/16/17 | 3.70 | $ 420 | $ 1,554.00 | Update federal workbook.  Team meeting to discuss returns and next steps to take.  Start updating federal tax filing for final review. |
| Fri | 2/17/17 | 0.70 | $ 420 | $ 294.00 | Finish updating federal tax filing and workbook for review comments. |
| Mon | 2/20/17 | 0.60 | $ 420 | $ 252.00 | Continued return/workbook updates. |
| Wed | 2/22/17 | 1.60 | $ 420 | $ 672.00 | Update return and workbook for New York and New York City. Send copies from GoSystems to Opportune Restructuring Team. |
| Thu | 2/23/17 | 6.80 | $ 420 | $ 2,856.00 | Prepare mapping for 2014 and 2015 IRS audit. Prepare audit workpapers for 2014 and 2015 IRS audit. |
| Fri | 2/24/17 | 0.30 | $ 420 | $ 126.00 | Research on state filing requirements. |
| Mon | 2/27/17 | 4.40 | $ 420 | $ 1,848.00 | Final updates to Gawker return. Prepare 8594s. Research and prepare AMT form 4626. Worked on support for AMT/NOL Carryover. |
| Tue | 2/28/17 | 0.20 | $ 420 | $ 84.00 | Update/upload workbook and returns. |
| **Total Stahl** | | **50.40** | | **$ 21,168.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD FEBRUARY 1, 2017 - FEBRUARY 28, 2017*



| Date | Amount | Professional | Expense Type | Description |
|---|---|---|---|---|
| 12/13/16 | $    112.81 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 12/16/16 | 9,548.26 | William Holden | Travel Expenses | Holden, William / Round Trip NYC / BUD |
| 12/21/16 | 27.74 | William Holden | Telephone Charges | Holden, William / Cell Phone Overage |
| 1/2/17 | 85.68 | Alicia Hou | Telephone Charges | Hou, Alicia / Cell phone incremental usage (Dec & Jan) |
| 1/5/17 | 76.52 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 1/10/17 | 1,112.85 | William Holden | Travel Expenses | Holden, William / Hotel in Budapest - 4 Nights |
| 1/15/17 | 132.00 | William Holden | Travel Expenses | Holden, William / Taxi to Airport |
| 1/15/17 | 9.95 | William Holden | Travel Expenses | Holden, William / Inflight internet service for work |
| 1/16/17 | 1,157.55 | William Holden | Meals and Entertainment | Holden, William / Dinner for 15 (Company and Advisors) |
| 1/18/17 | 12.45 | William Holden | Meals and Entertainment | Holden, William / Travel breakfast |
| 1/18/17 | 166.92 | William Holden | Meals and Entertainment | Holden, William / Travel dinner in Budapest (for 3) |
| 1/18/17 | 24.12 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 1/18/17 | 18.65 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 1/18/17 | 14.92 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 1/19/17 | 18.31 | William Holden | Meals and Entertainment | Holden, William / Travel breakfast |
| 1/19/17 | 358.63 | William Holden | Travel Expenses | Holden, William / Hotel in Budapest |
| 1/19/17 | 62.84 | William Holden | Travel Expenses | Holden, William / Taxi from airport to office |
| 1/19/17 | 27.57 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 1/21/17 | 183.65 | William Holden | Telephone Charges | Holden, William / Cell Phone - International Travel |
| 1/24/17 | 19.44 | William Holden | Meals and Entertainment | Holden, William / Overtime meal |
| 1/26/17 | 102.59 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 1/30/17 | 13.15 | William Holden | Meals and Entertainment | Holden, William / Overtime meal |
| 1/30/17 | 18.56 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Overtime meal |
| 1/30/17 | 78.99 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 1/30/17 | 48.57 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night cab home |
| 1/30/17 | 78.99 | William Holden | Travel Expenses | Holden, William / Late night taxi home |
| 1/31/17 | 13.10 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Overtime meal |
| 2/1/17 | 47.84 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/6/17 | 22.75 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Overtime meal (SAR, WDH) |
| 2/6/17 | 59.48 | Alicia Hou | Telephone Charges | Hou, Alicia / Cell phone incremental usage (Feb.) |
| 2/8/17 | 42.03 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/14/17 | 35.41 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/15/17 | 48.79 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/16/17 | 48.38 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/21/17 | 673.38 | Ryan Riddle | Travel Expenses | Riddle, Ryan / Roundtrip NYC/ Houston |
| 2/21/17 | 45.98 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/21/17 | 46.05 | Ryan Riddle | Travel Expenses | Riddle, Ryan / Taxi from airport to hotel |
| 2/22/17 | 9.32 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel breakfast |
| 2/22/17 | 48.28 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/23/17 | 9.66 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel breakfast |
| 2/23/17 | 132.34 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel team dinner |
| 2/24/17 | 11.51 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel breakfast |
| 2/24/17 | 14.10 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel lunch |
| 2/24/17 | 52.55 | Ryan Riddle | Meals and Entertainment | Riddle, Ryan / Travel dinner |
| 2/24/17 | 936.51 | Ryan Riddle | Travel Expenses | Riddle, Ryan / Hotel in NYC (3 nights) |
| 2/24/17 | 20.76 | Ryan Riddle | Travel Expenses | Riddle, Ryan / Taxi from office to lodging |
| 2/25/17 | 39.22 | Ryan Riddle | Travel Expenses | Riddle, Ryan / Uber from lodging to Airport |
| 2/27/17 | 49.57 | Sarah Abdel-Razek | Travel Expenses | Abdel-Razek, Sarah / Late night taxi home |
| 2/27/17 | 93.00 | Sarah Abdel-Razek | Telephone Charges | Abdel-Razek, Sarah / Cell Phone (Int'l usage - Hungary) |
| **Total** | **$    16,011.72** | | | |