UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                              Chapter 11

Gawker Media LLC, *et al.*,[1]                                     Case No. 16-11700 (SMB)

         Debtors.                                        (Jointly Administered)

---------------------------------------------------------x

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF GAWKER MEDIA GROUP, INC. FOR THE PERIOD OF AUGUST 3, 2016 THROUGH AND INCLUDING JANUARY 31, 2017

Upon the *Revised Notice of Presentment of First and Final Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP* ("Akin Gump") *as Counsel to the Special Committee of the Board of Directors of Gawker Media Group, Inc.* (the "Special Committee") *for the Period of August 3, 2016 Through and Including January 31, 2017* [Docket No. 826] filed on March 17, 2017 (the "Application"),[2] pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1(a) of the Local Bankruptcy Rules for the Southern District of New York and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated July 13, 2016 [Docket No. 94], the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases,* effective February 5, 2013, and the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code*

---

[1] The last four digits of the taxpayer identification number of the "Debtors" are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning(s) ascribed to such terms in the Applications.

*by Attorneys in Larger Chapter 11 Cases*, seeking entry of an order (a) allowing Akin Gump final compensation for professional services rendered to the Special Committee during the period from August 3, 2016 through and including January 31, 2017 (the "Compensation Period") in the aggregate amount of $87,580.50, representing 115.50 hours of professional and paraprofessional services, (b) allowing Akin Gump payment for reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $653.91 and (c) authorizing and directing the Debtors to pay to Akin Gump a total of $88,234.41, representing an amount equal to this award of fees and expenses incurred in connection with professionals services provided by Akin Gump to the Special Committee during the Compensation Period; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Application was good and sufficient under the circumstances and that no other or further notice need be given; and no objections having been received; and for the reasons set forth more fully in the Application; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application is granted and the fees and expenses of Akin Gump for the Compensation Period are approved on a final basis, in the amount of $88,234.41, comprising $87,580.50 in respect of services rendered by Akin Gump to the Special Committee during the Compensation Period and $653.91 in expenses incurred by Akin Gump in connection with its representation of the Special Committee during the Compensation Period.

2.    The Debtors are authorized and directed to pay promptly to Akin Gump the amount of $88,234.41, which represents $87,580.50 in fees and $653.91 in expenses outstanding

2

and unpaid to Akin Gump for services rendered and expenses incurred during the Compensation Period.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes airing from or related to the implementation of this Order.

Dated: New York, New York

April 12th, 2017

_/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Case No.: 16-11700 (SMB)          **CURRENT INTERIM FEE PERIOD**          Schedule A

Case Name: Gawker Media LLC, et al.     August 3, 2016 Through and Including January 31, 2017

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | March 17, 2017 First and Final Application | $87,580.50 | $0.00 | $87,580.50 | $0.00 | $87,580.50 | $653.91 | $653.91 |

DATE ON WHICH ORDER WAS SIGNED: 4/12/17          INITIALS: SMB  USBJ

Case No.: 16-11700 (SMB)  **FINAL FEE APPLICATION TOTALS**  Schedule B

Case Name: Gawker Media LLC, et al,  August 3, 2016 Through and Including January 31, 2017

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | $87,580.50 | $0.00 | $653.91 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: __4/12/17__    INITIALS: _SMB__USBJ_