AKIN GUMP STRAUSS HAUER & FELD LLP
Abid Qureshi
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8000
Facsimile: (212) 872-1002

*Counsel to the Special Committee*
*of the Board of Directors of Gawker Media Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                                    Chapter 11

Gawker Media LLC, *et al.*,[1]                              Case No. 16-11700 (SMB)

            Debtors.                                                 (Jointly Administered)
---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                             : ss.:
COUNTY OF NEW YORK   )

   DAGMARA KRASA-BERSTELL

  1. Deponent is not a party to this action, is over 18 years of age, and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

  2. On April 13, 2017, I caused a true and correct copy of the *Order Granting First and Final Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP as Counsel to the Special Committee of the Board of Directors of Gawker Media Group, Inc. for the Period of August 3, 2016 Through and Including January 31, 2017* [ECF No. 857], to be served via email on the parties listed on the annexed Exhibit A.

---

[1] The last four digits of the taxpayer identification number of the "Debtors" are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66, 1062 Budapest, Hungary.

3. On April 13, 2017, I caused a true and correct copy of the *Order Granting First and Final Application for Allowance of Compensation and Reimbursement of Expenses by Akin Gump Strauss Hauer & Feld LLP as Counsel to the Special Committee of the Board of Directors of Gawker Media Group, Inc. for the Period of August 3, 2016 Through and Including January 31, 2017* [ECF No. 857], to be served via first class mail, postage prepaid on the parties listed on the annexed Exhibit B.

Dated: New York, New York
April 13, 2017

*[signature]*
DAGMARA KRASA-BERSTELL

Sworn to before me this 13th
day of April 2017

*[signature]*

Mildred Andino
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 2018

MILDRED ANDINO
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 2018

2

**EXHIBIT A**

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. | Tgaa@bbslaw.com<br>tom@bbslaw.com |
| Binder & Schwartz LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com |
| Brown Rudnick LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq. | astrehle@brownrudnick.com<br>jwexler@brownrudnick.com |
| Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq. | rnies@csglaw.com<br>mcaruso@csglaw.com |
| Clare Locke LLP | Attn: Joseph R. Oliveri | joe@clarelocke.com |
| Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. | dtabak@cohengresser.com<br>mspatz@cohengresser.com |
| Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq. | acelli@ecbalaw.com |
| Gawker Media LLC | Attn: William D. Holden, Chief Restructuring Officer & Heather Dietrick, Esq. | WHolden@opportune.com<br>heather@gawker.com |
| Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | charder@hmafirm.com |
| Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | trevor.hoffmann@haynesboone.com |
| Houlihan Lokey, Inc. | Attn: Reid Snellenbarger | RSnellenbarger@HL.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Latham & Watkins LLP | Attn: David S. Heller, Esq. | david.heller@lw.com |
| Latham & Watkins LLP | Attn: Keith A. Simon, Esq. | keith.simon@lw.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina, Esq. | Marc.Zelina@lw.com |
| Locke Lord, LLP | Attn: Casey B. Howard | choward@lockelord.com |
| Locke Lord, LLP | Attn: Jonathan W. Young | jonathan.young@lockelord.com |
| Locke Lord, LLP | Attn: Michael B. Kind | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | sdnyecf@dor.mo.gov |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com |
| Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. | adam@pollacksharan.com |
| Prime Clerk LLC | Attn: Benjamin J. Steele | gawkerinfo@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq. | asm@pryormandelup.com<br>lr@pryormandelup.com |

| NAME | ATTENTION | EMAIL |
|---|---|---|
| Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq. | tmartin@putneylaw.com<br>bmaisto@putneylaw.com |
| Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq. | ecf@randazza.com |
| Riemer & Braunstein LLP | Attn: Alexander Rheaume, Esq. | arheaume@riemerlaw.com |
| Riemer & Braunstein LLP | Attn: Steven E. Fox, Esq. | sfox@riemerlaw.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. | Gregg.Galardi@ropesgray.com<br>Kristina.Alexander@ropesgray.com<br>michael.winograd@ropesgray.com |
| Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | slevine@saul.com<br>dpatel@saul.com |
| Schulte Roth & Zabel LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | adam.harris@srz.com<br>frederic.ragucci@srz.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | bankruptcynoticeschr@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Silicon Valley Bank | Attn: Jocelyn Hartmann | jhartmann@svb.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Esq. & William T. Russell, Jr., Esq. | squsba@stblaw.com<br>wrussell@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Shana.Elberg@skadden.com |
| Special Bankruptcy Counsel | Attn: Enid Nagler Stuart | Enid.Stuart@ag.ny.gov |
| Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov |

| NAME | ATTENTION | EMAIL |
|---|---|---|
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov |
| US VC Partners LP | Attn: Mr. A. Jung | ajung@columbusnova.com |
| Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | aburdick@wgaeast.org |

3

# EXHIBIT B

**Securities & Exchange Commission**
**Attn: Secretary of the Treasury**
**100 F St., NE**
**Washington DC 20549**

**United States Trustee**
**Southern District of New York**
**Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.**
**US Federal Office Building**
**201 Varick St. Room 1006**
**New York NY 10014**

**Securities & Exchange Commission – NY Office**
**Attn: Bankruptcy Dept.**
**Brookfield Place**
**200 Vesey St., Ste. 400**
**New York NY 10281-1022**

**US Attorney for Southern District of New York**
**Attn: Bankruptcy Division**
**86 Chambers St., 3rd Floor**
**New York NY 10007**

**New York State Department**
**of Taxation & Finance**
**Special Bankruptcy Counsel**
**Attn: Enid Nagler Stuart**
**120 Broadway, 24th Floor**
**New York NY 10271**

**IRS Insolvency Section**
**Internal Revenue Service**
**Attn: Centralized Insolvency Operation**
**2970 Market St.**
**PhiladelphiaPA 19104-5016**

**IRS Insolvency Section**
**Internal Revenue Service**
**Attn: Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia PA 19101-7346**