ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
            :
In re       :    Chapter 11
            :
Gawker Media LLC, *et al.*,[1]    :    Case No. 16-11700 (SMB)
            :
      Debtors.    :    (Jointly Administered)
            :
---------------------------------------------------------x

**DECLARATION OF GREGG M. GALARDI SUBMITTING**
**CERTAIN DOCUMENTATION RECEIVED FROM ALADAR BALDAUF**

I, Gregg M. Galardi, make this Declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1. I am a partner of the firm of Ropes & Gray LLP, counsel to the Plan Administrator for the Debtors (the "Debtors") in the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2. I submit this declaration in connection with documentation received from Aladar Baldauf. I have personal knowledge of the matters set forth herein.

3. On March 16, 2017 at 7:21 p.m. (ET), I received an email with an attachment from "Vállalkozók Szövetsége." The email was signed by Aladar Baldauf. The email and the attachment are attached hereto as **Exhibit A**.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.


Dated: April 14, 2017
       New York, New York

                                            */s/ Gregg M. Galardi*
                                            Gregg M. Galardi