# **EXHIBIT A**

Email with Attachment from Vállalkozók Szövetsége
March 16, 2017 at 7:21 p.m. (ET)

| | |
|---|---|
| **From:** | Vállalkozók Szövetsége <ugyintezes.azonnal@gmail.com> |
| **Sent:** | Thursday, March 16, 2017 7:21 PM |
| **To:** | Galardi, Gregg; Walkingshaw, Peter; Agudelo, Jonathan |
| **Subject:** | Kinja 2x35.000 USD (Baldauf) |
| **Attachments:** | Kinja-US2.pdf |

**Importance:** High

Victor,
Mr Garaldi,

Please, find enclosed my statement/respond regarding the claim in case of Kinja Kft.

Do I have to mail by post, too?

Please, advice.

Sincerely

Aladár Baldauf

-------- Továbbított üzenet --------
 **Tárgy:**Re: Kinja 2x35.000 USD (Baldauf)
 **Dátum:**Thu, 2 Mar 2017 00:02:05 +0000
 **Feladó:**Inquiries <inquiries@PrimeClerk.com>
**Címzett:**Vállalkozók Szövetsége <ugyintezes.azonnal@gmail.com>
    **CC:**Galardi, Gregg <Gregg.galardi@ropesgray.com>, Gawker Info <gawkerinfo@PrimeClerk.com>, Inquiries <inquiries@PrimeClerk.com>

-------- Továbbított üzenet --------
 **Tárgy:**RE: Kinja 2x35.000 USD
 **Dátum:**Thu, 2 Mar 2017 14:48:41 +0000
 **Feladó:**Galardi, Gregg <Gregg.Galardi@ropesgray.com>
**Címzett:**Vállalkozók Szövetsége <ugyintezes.azonnal@gmail.com>
    **CC:**Will Holden (WHolden@opportune.com) <WHolden@opportune.com>, Sarah Abdel-Razek

1

(SRazek@opportune.com) <SRazek@opportune.com>, Agudelo, Jonathan <Jonathan.Agudelo@ropesgray.com>

Aladar,

Thank you for your inquiry below.  Prime Clerk LLC is the appointed notice and claims agent in the chapter 11 cases of Gawker Media, LLC.

On 02/03/2017, objections were filed against both of your claims (No. 326 and No. 332).  Please refer to the Notice of Objection on both claims (see below):

### Creditor Data Details for Claim # 326

**Creditor**
Baldauf, Aladar

**Debtor Name**
Gawker Hungary Kft. (f/k/a Kinja Kft.)

**Schedule Number**

**Date Filed**
11/15/2016

**Claim Number**
326

**Proof of Claim**
View PDF ✉ Email PDF

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $35,000.00 | $35,000.00 | Pending Objection |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $35,000.00 | $35,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 02/03/2017 | Notice of Objection to Claims Notice of Debtors O… | | | No Liability | Pending |

2

### Creditor Data Details for Claim # 332

**Creditor**
Baldauf, Aladar

**Debtor Name**
Gawker Hungary Kft. (f/k/a Kinja Kft.)

**Schedule Number**

**Date Filed**
11/30/2016

**Claim Number**
332

**Proof of Claim**
View PDF   Email PDF

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | $35,000.00 | $35,000.00 | Pending Objection |
| Total | $0.00 | $35,000.00 | $35,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 02/03/2017 | Notice of Objection to Claims Notice of Debtors O... | | | | No Liability Pending |

You may view the notices by searching your claims on our website here:

https://cases.primeclerk.com/gawker/Home-ClaimInfo

The notices outline the procedures to respond to the objections. **If you wish to respond to the Debtors' objections, you must follow these procedures and *E*-mails cannot be taken as a response to the objections.** You may wish to consult with a legal advisor for further assistance.

Please contact us if you have further questions about the restructuring.

Regards,

Victor

**Victor G. Vazquez**
vvazquez@primeclerk.com
**Prime Clerk**

3

830 Third Avenue, 9th Floor
New York, NY 10022
646-660-9677 office
[primeclerk.com](http://primeclerk.com)

*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
For more information click here: http://primeclerk.com/raising-the-bar/

```
--
Bizalmas információ: A jelen e-mailben foglalt információ személyre
szóló és bizalmas, amelyet kizárólag a címzett használhat fel.
A címzetten kívül, akinek esetlegesen ezen e-mail a birtokába
jut, tartalmát nem használhatja fel, nem változtathatja meg, nem
másolhatja le, illetve semmilyen egyéb módon nem rendelkezhet
vele. Amennyiben nem Ön a címzettje ennek az üzenetnek, kérjük,
azonnal értesítse a feladót és szíveskedjen rendszeréből az
üzenetet valamint az ahhoz csatolt dokumentumokat törölni.

Confidentiality Note: This email is intended only for the
person(s) or entity(ies) to which it is addressed and may
contain information that is privileged, confidential or
otherwise protected from disclosure. Any review, retransmission
or other use of, or taking of any action in reliance upon this
information by anyone other than the intended recipient(s) is
prohibited. If you have received this e-mail in error, please
notify the sender immediately and destroy the entire message.
```



Mentes a vírusoktól. www.avast.com

Mentes a vírusoktól. www.avast.com

4

# Baldauf Aladár

1139–Budapest, Semmelweis u. 5.
Tel.: +3670 3989160

**To whom it may concern**

Budapest, February 27, 2017

Dear Madam,
Dear Sir,

A claim against Kinja Kft. has maintained.

Online newspaper of Kinja used own personal photo about me without any licence or authority (Infringement of the right of personal portrayal).
I brought a lawsuit in Budapest, Hungary according to the official address of debtor. Because among others copyright violated by Kinja. The judgement-at-law is beneficiary to me by Budapest-Capital Regional Court of Appeal (Fővárosi Ítélőtábla). Judgment date: April 26, 2016, no.: 1.Pf.21.458/2015/4/II.
Date of Claim: September 30, 2015.
My rights to my personal portrayal of the image using material produced by me without permission. Therefore the rights violated by Kinja Kft.
The court ordered the defendant to immediately remove the image. The decision of the Court based on – not limited to – the Hungarian **Act V of 2013 on the Civil Code** of 2:51. §. (1) a).

In case of Kinja Kft. with the judgment became final on 30 September 2015, however, the picture removed from the website only after the decision is six months, which is another violation.

I demanded written on 05/03/2016 and 2016 11/16/2016 Kinja to provide information on things or services affected by the infringement of production, distribution and performance of the participants, with the unlawful use of business relations; enrichment obtained by the infringement of reimbursement; grievance and awards, as well as reimbursement of the actual law and legal costs, etc.

The **Act V of 2013 on the Civil Code of Hungary** provides:

Section 2:42:

*[Protection of rights relating to personality]*

(1) Everyone is entitled to freely practice his personality rights within the framework of the law and within the rights of others, and to not be impeded in exercising such right by others.

(2) Human dignity and the related personality rights must be respected by all. Personality rights are protected under this Act.

Section 2:43

*[Specific personality rights]*

The following, in particular, shall be construed as violation of personality rights:

g) any breach of the right to facial likeness and recorded voice.

Section 2:48

*[Right to facial likeness and recorded voice]*

(1) The consent of the person affected shall be required for producing or using his/her likeness or recorded voice.

The following clearly state that „**the rules on liability for damages shall apply, with the proviso that apart from the fact of the infringement no other harm has to be verified for entitlement to restitution**." The above mentioned judgment of Budapest-Capital Regional Court of Appeal (Fővárosi Ítélőtábla) ruled that it was unlawful to use the picture.

Thereafter, the legislation reads as follows:

SANCTIONS FOR VIOLATIONS OF RIGHTS RELATING TO PERSONALITY

Section 2:51

*[Sanctions independent of attributability]*

(1) A person whose personality rights have been violated shall have the right to demand within the term of limitation - based on the infringement - as appropriate by reference to the circumstances of the case:

a) a court ruling establishing that there has been an infringement of rights;

b) to have the infringement discontinued and the perpetrator restrained from further infringement;

c) that the perpetrator make appropriate restitution and that the perpetrator make an appropriate public disclosure for restitution at his own expense;

d) the termination of the injurious situation and the restoration of the previous state, and to have the effects of the infringement nullified or deprived of their unlawful nature;

e) that the perpetrator or his successor surrender the financial advantage acquired by the

infringement according to the principle of unjust enrichment.

Section 2:52

*[Restitution]*

(1) Any person whose rights relating to personality had been violated shall be entitled to restitution for any non-material violation suffered.

(2) As regards the conditions for the obligation of payment of restitution - such as the definition of the person liable for the restitution payable and the cases of exemptions - the rules on liability for damages shall apply, with the proviso that apart from the fact of the infringement no other harm has to be verified for entitlement to restitution.

Section 2:53

*[Liability for damages]*

Any person who suffers any damage from the violation of his personality rights shall have the right to demand compensation from the infringer in accordance with the provisions on liability for damages resulting from unlawful actions.

Publishing unauthorized pictures according to the current legislation infringed my copyright as well by Kinja according to the **Act LXXVI of 1999 on Copyright**.

According this act Kinja should have asked permission (in writing) to use the images for publishing.

Act LXXVI of 1999 on Copyright

Article 4

(1) Copyright shall belong to the person who has created the work (author).

(2) Without prejudice to the rights of the author of the original work, the adaptation, arrangement or translation of another author's work shall be under copyright protection, provided that it is of individual and original nature.

*Making the work public*

Article 10

(1) The author shall decide whether his work may be made public.

(2) Before making the work public, any information on its substantial content may be provided for the public only subject to the author's consent.

*General provisions relating to economic rights*

Article 16

(1) By virtue of copyright protection, the author shall have the exclusive right to use his entire work or an identifiable part thereof in any tangible or intangible form and to authorise each and every such use. Unless otherwise

stipulated in this Act, authorisation may be obtained for the use of the work by a licence agreement.

(6) A use shall be deemed unauthorised, in particular, if no authorisation has been given therefor by provisions of any act or by the author in a contract, or if the user makes use of the work beyond the limitations of his authorisation.

Article 23

(1) The author shall have the exclusive right to distribute his work and to authorise others therefor. Making accessible to the public of the original copy or the reproduced copies of the work through putting into circulation or offering for putting into circulation shall be regarded as distribution.

(2) The distribution shall, in particular, imply the assignment of ownership and the rental of the copy of the work as well as the importation of the copy of the work into the country with the purpose of putting it into circulation. The possession of an infringing copy of a work for commercial purposes shall also be regarded as an infringement of the right of distribution if the possessor is aware of, or, with proper circumspection in the given case, should be aware of, the fact that the copy is the result of infringement.

*Civil law consequences*

Article 94

(1) If his rights are infringed, the author may – in accordance with the circumstances of the case – have recourse to the civil law remedies as follows, claiming:

c) that the infringer make amends for his action by a statement or in some other appropriate manner, and, if necessary, that such amends should be given appropriate publicity by and at the expense of the infringer;

d) that the infringer provide information on parties taking part in the production, distribution or performance of goods or services affected by the infringement, as well as on business relationships established for the infringing acts;

e) the recovery of the enrichment achieved via the infringement;

f) the injurious state of affairs be terminated, the antecedent state of affairs be restored, the seizure of materials and devices used exclusively or primarily for the infringement, as well as the seizure of goods resulted from the infringement or the delivery thereof to a particular person, or the recall or definitive removal thereof from commercial circulation, or the destruction thereof.

(2) In the event of copyright infringement, the author may also claim damages under the

rules of civil liability. In the event of infringement of moral rights specified in this Act, the author may demand relief for moral damages in accordance with the provisions on general rules of civil law.

As can be seen from the above, it violated a number of laws, when Kinja used my owned image without permission.

My claim is correct legally and not exaggerated.

Obviously, the extent of the claim is appropriate scope of the infringement, but the US is much higher claims accepted by the court cases on this subject.

The referred document(s) submitted.

The referred law(s):
– **Act LXXVI of 1999 on Copyright** of Hungary
(sorce of law: official website of Hungarian Intellectual Property Office
http://www.hipo.gov.hu/English/jogforras/hungarian_copyright_act.pdf
– **Act V of 2013 on the Civil Code** of Hungary
(source of law: https://tdziegler.files.wordpress.com/2014/06/civil_code.pdf

I request the honorable court to take into consideration, I take part in the procedure(s) without legal representation in the United States.

Sincerely yours,

Aladar Baldauf