UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                    :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]           :    Case No. 16-11700 (SMB)
:
         Debtors.          :    (Jointly Administered)
:
------------------------------------------------------x

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT FOR THE PERIOD JANUARY 1, 2017 THROUGH MARCH 31, 2017

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
        William D. Holden
        Plan Administrator for the Debtors

Debtors' Address and Phone Number:      Debtors' Attorney's Address
                                       and Phone Number:

c/o Opportune LLP                        Ropes & Gray LLP
Attn: William D. Holden                  Attn: Gregg M. Galardi
10 East 53rd Street, 33rd Floor          1211 Avenue of the Americas
New York, NY 10022                       New York, NY 10010
Phone: 212-388-4000                      Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Schedule of Disbursements by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | January 2017 Disbursements[1] | February 2017 Disbursements[1] | March 2017 Disbursements[1] | Total Q1 2017 | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $6,801,094.00 | $1,999,592.87 | $2,242,249.36 | $11,042,936.23 | $13,000.00 |
| 16-11718 | Gawker Hungary Kft. [2] | $133,999.00 | $30,053.84 | $757,830.37 | $921,883.21 | $4,875.00 |
| 16-11719 | Gawker Media Group, Inc. | $0.00 | $0.00 | $16,877,645.71 | $16,877,645.71 | $20,000.00 |
| | **Total** | **$6,935,093.00** | **$2,029,646.71** | **$19,877,725.44** | **$28,842,465.15** | **$37,875.00** |

[1] Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and non-operating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

[2] Includes an account held in Hungary denominated in Hungarian Forint ("HUF").  HUF denominated amounts were converted to USD using an exchange rate of 0.0037.

61910840_1