UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

**SPECIAL NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that non-parties Harder Mirell & Abrams LLP and Charles J. Harder, Esq. (collectively, the "Harder Firm"), hereby appear in these chapter 11 cases by counsel, Chadbourne & Parke LLP, solely for purposes of contesting the Debtors' *Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* [Docket No. 341], and demand, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below. An e-mail address is included and notice by e-mail is affirmatively acknowledged as being acceptable:

Samuel S. Kohn
James A. Copeland
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
E-mail: *skohn@chadbourne.com*
    *jcopeland@chadbourne.com*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

CPAM: 10800807.3

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, chapter 11 plan, or any other document which in any way affect the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of the Harder Firm to the jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) the Harder Firm's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Harder Firm's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Harder Firm's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, or defenses to which the Harder Firm is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, and defenses, the Harder Firm expressly reserves.

Dated:  New York, New York
        April 18, 2017

>                   Respectfully submitted,
>
>                   **CHADBOURNE & PARKE LLP**
>
>                   By: */s/ James A. Copeland*
>                       Samuel S. Kohn
>                       *skohn@chadbourne.com*
>                       James A. Copeland
>                       *jcopeland@chadbourne.com*
>                       1301 Avenue of the Americas
>                       New York, New York 10019-6022
>                       Tel.: (212) 408-5100
>                       Fax: (212) 541-5369
>
>                   *Attorneys for the Harder Firm*