<u>**Presentment Date and Time: April 28, 2017 at 4:00 p.m.**</u>

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :    Case No. 16-11700 (SMB)
                                                    :
                Debtors.                            :    (Jointly Administered)
                                                    :
---------------------------------------------------x

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING DEBTORS'
OBJECTION TO THE CLAIMS OF ALADAR BALDAUF (CLAIM NOS. 326 AND 332)**

**PLEASE TAKE NOTICE** that on February 6, 2017, the above-captioned debtors (the "<u>Debtors</u>") filed the *Debtors' Objection to the Claims of Aladar Baldauf (Claim Nos. 326 and 332)* [Docket No. 732] (the "<u>Objection</u>"), with a proposed order attached as Exhibit A to the Objection. The response deadline in respect of the relief sought in the Objection was on February 28, 2017, pursuant to the *Notice of Debtors' Objection to the Claims of Aladar Baldaduf (Claim Nos. 326 and 332)* [Docket No. 723].

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

62220722_2

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2017, counsel to the Plan Administrator for the Debtors filed the *Declaration of Gregg M. Galardi Submitting Certain Documentation Received from Aladar Baldauf* [Docket No. 859].

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2017, a hearing on the Objection (the "Hearing") was held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that at the Hearing, the Court stated that it would enter the proposed order and directed the Debtors to submit the proposed order on 10 days' notice.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is the proposed order (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a blackline of the Proposed Order against the proposed order submitted with the Objection.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present to the Court the Proposed Order for signature on April 28, 2017 at 4:00 p.m.

| | |
|---|---|
| Dated: April 18, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |