# Exhibit F

I#: 2016176296 BK: 19224  PG: 1232, 06/10/2016 at 12:10 PM, RECORDING 10
KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK:
CLKPR08


I#: 2016174890 BK: 19223  PG: 748, 06/09/2016 at 03:54 PM, RECORDING 4    KEN
BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK:
CLKPR08



### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,
    Plaintiff,

vs.

GAWKER MEDIA, LLC, NICK DENTON,
and A.J. DAULERIO,
    Defendants.

_____/

Case No. 12012447 CI-011

### FINAL JUDGMENT

Pursuant to the jury verdict rendered in this action and the Court's Permanent Injunction

Order issued on this same date, IT IS ADJUDGED that:

1.    Plaintiff, Terry Gene Bollea, shall recover from Defendants, Gawker Media, LLC,

114 Fifth Avenue, 2nd Floor, New York, NY 10011, FEIN xx-xxx▉, Nicholas Guido Denton,

76 Crosby Street, #2B, New York, NY 10012, SSN▉ and Albert J. Daulerio, 17

Kingsland Ave., Apt. 4F, Brooklyn, NY 11211-1596, SSN▉ *jointly and severally*,

the sum of $115,000,000.00, which shall bear interest at the rate of 4.78% per year, *for which let

execution issue forthwith.*

2.    Plaintiff, Terry Gene Bollea, shall also recover from Defendant, Gawker Media,

LLC, 114 Fifth Avenue, 2nd Floor, New York, NY 10011, FEIN xx-xxx▉ f

$15,000,000.00 for punitive damages, which shall bear interest at the rate of 4.78% per year, *for

which let execution issue forthwith.*

3.    Plaintiff, Terry Gene Bollea, shall also recover from Defendant, Nicholas Guido

Denton, 76 Crosby Street, #2B, New York, NY 10012, SSN▉ the sum of

$10,000,000.00 for punitive damages, which shall bear interest at the rate of 4.78% per year, *for

which let execution issue forthwith.*

Re-record to include exhibits A + B

PINELLAS COUNTY FL OFF. REC. BK   19223   PG   749

4. Plaintiff, Terry Gene Bollea, shall also recover from Defendant, Albert J. Daulerio, 17 Kingsland Ave., Apt. 4F, Brooklyn, NY 11211-1596, SSN ████████ the sum of $100,000.00 for punitive damages, which shall bear interest at the rate of 4.78% per year, *for which let execution issue forthwith.*

5. Contemporaneously with this Final Judgment, the Court has entered a Permanent Injunction Order, which is incorporated herein by reference. In accordance with the findings of fact and conclusions of law set forth in that Order, Gawker Defendants are hereby enjoined from directly or indirectly publicly posting, publishing, exhibiting, broadcasting, or disclosing the audio or visual contents of: (1) the one minute forty-one second (1:41) video excerpt ("Gawker Video"); and (2) any portion of the full length 30-minute video from which the 1:41 Gawker Video was excerpted and edited that depicts Mr. Bollea naked or engaged in sexual activity.

6. Defendants, Gawker Media, LLC, Nick Denton, and A.J. Daulerio, shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the Plaintiff's attorney within twenty-one (21) days from the date of this final judgment, unless this final judgment is satisfied or post-judgment discovery is stayed.

7. Defendant, Gawker Media, LLC, shall complete under oath the Fact Information Sheet in the form attached hereto as **Exhibit A**, including all required attachments.

8. Defendants, Nick Denton and A.J. Daulerio, shall complete under oath the Fact Information Sheet in the form attached hereto as **Exhibit B**, including all required attachments.

9. The Court reserves jurisdiction over the subject matter of this action and the parties hereto: to award costs to the Plaintiff, as the prevailing party in this action; to determine entitlement to and the amount of attorneys' fees to be awarded to any party in this case; to

PINELLAS COUNTY FL OFF. REC. BK  19223  PG  750

determine whether any violations of this Court's Protective Orders have occurred and, if so, to determine whether sanctions and/or contempt are appropriate; to modify or grant additional permanent injunctive relief upon the conclusion of any appellate proceedings, including but not limited to the return of surreptitious video of Plaintiff to the Plaintiff or his counsel and/or the permanent deletion of such material, that is within the possession, custody and/or control of Defendants; and to enter further orders that are proper to compel compliance with and enforce the provisions of this Final Judgment and the Permanent Injunction.

    **DONE and ORDERED,** in chambers, in St. Petersburg, Pinellas County, Florida, this

___7___ day of ___June___, 2016.

                                Pamela A. M. Campbell
                                Circuit Court Judge

Copies to:

The Attached Service List

PINELLAS COUNTY FL OFF. REC. BK   19223   PG   751

## BOLLEA v. GAWKER
Case No: 12 012447 CI 11

### Service List

| | |
|---|---|
| Alia L. Smith, Esquire | asmith@lskslaw.com |
| Allison M. Steele, Esquire | asteele@rahdertlaw.com |
| Barry A. Cohen, Esquire | bcohen@tampalawfirm.com |
| Charles D. Tobin, Esquire | charles.tobin@hklaw.com |
| Charles J. Harder, Esquire | charder@hmafirm.com |
| David R. Houston, Esquire | dhouston@houstonatlaw.com |
| Douglas E. Mirell, Esquire | dmirell@hmafirm.com |
| Gregg D. Thomas, Esquire | gthomas@tlolawfirm.com |
| Jennifer J. McGrath, Esquire | jmcgrath@hmafirm.com |
| Kenneth G. Turkel, Esquire | kturkel@bajocuva.com |
| Michael Berry, Esquire | mberry@lskslaw.com |
| Michael D. Sullivan, Esquire | msullivan@lskslaw.com |
| Michael W. Gaines, Esquire | mgaines@tampalawfirm.com |
| Paul J. Safier, Esquire | psafier@lskslaw.com |
| Rachel E. Fugate, Esquire | rfugate@tlolawfirm.com |
| Seth D. Berlin, Esquire | sberlin@lskslaw.com |
| Shane B. Vogt, Esquire | svogt@bajocuva.com |
| Terri DeLeo | teri.deleo@bajocuva.com |
| Timothy J. Conner, Esquire | timothy.conner@hklaw.com |
| Robert Rogers, Esquire | Robert.rogers@hklaw.com |
| James Case | jamescase@aol.com |

PINELLAS COUNTY FL OFF. REC. BK    19224    PG    1236

IN THE CIRCUIT COURT IN AND FOR THE SIXTH
JUDICIAL CIRCUIT OF PINELLAS COUNTY, FLORIDA
Circuit Case No. 12 012447 CI 11


TERRY GENE BOLLEA, professionally
known as Hulk Hogan,
          Plaintiff,

v.

GAWKER MEDIA, LLC; NICK
DENTON
and A.J. DAULERIO


FACT INFORMATION SHEET - Gawker Media


Name of entity: _____

Name and title of person filling out this form: _____

Telephone number: _____

Place of business: _____

Mailing address (if different): _____

Gross/taxable income reported for federal income tax purposes last three years:

$_____/$_____$_____/$_____$_____/$_____.

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes?    ____ Yes ____ No

Average number of employees per month _____.

Name of each shareholder, member, or partner owning 5% or more of the entity's common
stock, preferred stock, or other equity interest:

_____

_____

_____


Names of officers, directors, members, or partners: _____

_____

Checking account at: _____ Account # _____


Savings account at: _____ Account # _____

Does the entity own any vehicles?    _____ Yes    _____ No

For each vehicle please state:

Year/Make/Model: _____ Color: _____.

Vehicle ID No: _____ Tag No: _____ Mileage: _____

Names on Title: _____ Present Value: $ _____

Loan Owed to: _____

Balance on Loan: $ _____

Monthly Payment: $ _____

Does the entity own any real property?    ____ Yes ____ No

If yes, please state the address(es): _____.


EXHIBIT A

Please check if the entity owns the following:

_____ Boat

_____ Camper

_____ Stocks/bonds

_____ Other real property

_____ Other personal property

Please attach copies of the following:

1.      Copies of state and federal income tax returns for the past 3 years.

2.      All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

3.      All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

4.      All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

5.      Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6.      Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7.      Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8.      Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9.      Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

---

Judgment Debtor's Designated
Representative/Title

PINELLAS COUNTY FL OFF. REC. BK 19224 PG 1238

STATE OF FLORIDA
COUNTY OF ....................

Sworn to (or affirmed) and subscribed before me this _____ day of _____ (year) by
(name of person making statement).

_____
Notary Public State of Florida
My Commission expires: ....................

Personally known _____ OR Produced identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL
ATTACHMENTS, TO THE PLAINTIFF'S JUDGMENT CREDITOR OR THE
PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS
FORM WITH THE CLERK OF THE COURT.**

PINELLAS COUNTY FL OFF. REC. BK 19224 PG 1239

IN THE CIRCUIT COURT IN AND FOR THE SIXTH JUDICIAL CIRCUIT OF
PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA, professionally
known as Hulk Hogan,
     Plaintiff,

v.

                                        Circuit Case No. 12 012447 CI 11

GAWKER MEDIA, LLC; NICK DENTON;
and A.J. DAULERIO,
     Defendants.

FACT INFORMATION SHEET - A.J. Daulerio

Full Legal Name: _____

Nicknames or Aliases: _____

Residence Address: _____

Mailing Address (if different): _____

Telephone Numbers: (Home) _____

(Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $ _____ per _____ . Average Paycheck: $ _____ per _____

Average Commissions or Bonuses: $ _____ per _____

Commissions or bonuses are based on _____

Other Personal Income: $ _____ from _____

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate: _____

Driver's License Number: _____

Marital Status: _____ Spouse's Name: _____

*****************************************************************************

*Spouse Related Portion*

Spouse's Address (if different): _____

Spouse's Social Security Number: _____ Birthdate: _____

Spouse's Employer: _____

Spouse's Average Paycheck or Income: $ _____ per _____

Other Family Income: $ _____ per _____ (Explain details on back of this sheet or an additional sheet
if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds,
savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

*****************************************************************************

Names and Ages of All Your Children (and addresses if not living with you): _____

Child Support or Alimony Paid: $ _____ per _____

Names of Others You Live With: _____

Who is Head of Your Household? _____ You _____ Spouse _____ Other Person

Checking Account at: _____ Account # _____

Savings Account at: _____ Account # _____

For Real Estate (land) You Own or Are Buying: _____

EXHIBIT B

PINELLAS COUNTY FL OFF. REC. BK   19224   PG   1240

Address: _____
All Names on Title: _____
Mortgage Owed to: _____
Balance Owed: _____
Monthly Payment: $ _____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of
this sheet or an additional sheet if necessary. Also provide the same information on any other
property you own or are buying.)

For All Motor Vehicles You Own or Are Buying: _____
Year/Make/Model: _____ Color: _____
Vehicle ID #: _____ Tag No: _____ Mileage: _____
Names on Title: _____ Present Value: $ _____
Loan Owed to: _____
Balance on Loan: $ _____
Monthly Payment: $ _____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or
aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100
to any person in the last year? If your answer is "yes," describe the property, market value, and
sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $ _____
Name and Address of Person Owing Money: _____
Reason money is owed: _____

Please attach copies of the following:

   a.      Your last pay stub.

   b.      Your last 3 statements for each bank, savings, credit union, or other financial
account.

   c.      Your motor vehicle registrations and titles.

   d.      Any deeds or titles to any real or personal property you own or are buying, or
leases to property you are renting.

   e.      Your financial statements, loan applications, or lists of assets and liabilities
submitted to any person or entity within the last 3 years.

   f.      Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING
ANSWERS ARE TRUE AND COMPLETE.

EXHIBIT B

PINELLAS COUNTY FL OFF. REC. BK  19224  PG  1241

_____
Judgment Debtor

STATE OF FLORIDA
COUNTY OF ....................

Sworn to (or affirmed) and subscribed before me this _____ day of _____ (year) by (name of person making statement)

_____
Notary Public State of Florida
My Commission expires: ....................

Personally known _____ OR Produced Identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF COURT.**

EXHIBIT B