# Exhibit G

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA

**TERRY GENE BOLLEA professionally
known as HULK HOGAN,**

Plaintiff,

vs.

**GAWKER MEDIA, LLC aka GAWKER
MEDIA; NICK DENTON; A.J.
DAULERIO,**

Defendants.

_____/

Case No. 12012447CI-011

### VERDICT

What is the total amount of punitive damages, if any, which you find, by the greater weight of the evidence, should be assessed against defendant[s]?

Gawker Media, LLC      $ _15M_

Nick Denton      $ _10M_

A.J. Daulerio      $ _100K_

If you elect not to assess punitive damages against a defendant, you should enter a zero (0) as the amount of damages, and sign and date the verdict form.

SO SAY WE ALL, this _21_ day of _March_, 2016.

_____
FOREPERSON

```
FILED

MAR 2 1 2016

KEN BURKE
CLERK CIRCUIT COURT
```