UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gawker Media LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

**ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF
SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of the application of Simpson Thacher & Bartlett LLP, counsel to the Official Committee of Unsecured Creditors retained in the above-caption chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "Debtors") for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during the interim period commencing October 1, 2016 through January 31, 2017 [Docket No. 834] (the "Second Interim Fee Application"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to all pleadings related to the Second Interim Fee Application; and a hearing having been held before this Court to consider the Second Interim Fee Application on April 18, 2017 (the "Hearing"); and based upon the record of the Hearing; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC's and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2

      ORDERED, that the Second Interim Fee Application is granted on an interim basis to the extent set forth in **Schedule A**.

New York, New York,
Dated: April 18th, 2017

                        /s/ STUART M. BERNSTEIN
                        HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Interim Allowance of Second Interim Fee Application of Simpson Thacher & Bartlett LLP**

| | Application | | Interim Fees | | Interim Expenses | |
|---|---|---|---|---|---|---|
| | **Date Filed / Dkt. No.** | **Period Covered** | **Requested** | **Allowed** | **Requested** | **Allowed** |
| Simpson Thacher & Bartlett LLP | 3/21/17 Dkt. No. 834 | Oct. 1, 2016 – Jan. 31, 2017 | $558,350.50 | $558,350.50 | $41,209.16 | $41,209.16 |

April 18th. 2017         SMB