UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
Gawker Media LLC, *et al.*,[1]                                 :     Case No. 16-11700 (SMB)
                                                               :
                                 Debtors.                      :     (Jointly Administered)
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

  I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

  On April 14, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming the Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary KFT. and (II) Occurrence of Effective Date [Docket No. 825]


Dated: April 19, 2017

                             Sebastian V. Higgins

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on April 19, 2017, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                  **MARK M BROWN**
             **NOTARY PUBLIC-STATE OF NEW YORK**
                 **No. 02BR6305738**
              **Qualified in New York County**
            **My Commission Expires June 09, 2018**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 2914476 | JapanCrate | Attn. General Counsel | 1841 MARKET STREET | 3RD FLOOR | San Francisco | CA | 94103 |
| 2678947 | Mercado, A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 2678130 | NVE, Inc. | 9944 SANTA MONICA BLVD #1 | | | BEVERLY HILLS | CA | 90212-1607 |