## EXHIBIT C

### Attorney Information

| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Susan Buckley | Partner | 1978 | Media Litigation | $800 | 105.10 | $84,080.00 |
| Kevin J. Burke | Partner | 1981 | Litigation | 800 | 1.60 | $1,280.00 |
| Joel H. Levitin | Partner | 1987 | Bankruptcy & Restructuring | 800 | 34.70 | $27,760.00 |
| Julia K. Wood | Associate | 2013 | Litigation | 462 | 1.30 | $600.60 |
| | | | | | | |
| **TOTAL** | | | | | 142.70 | $113,720.60 |

Blended Hourly Rate: $796.92

---

[1] As disclosed in the Cahill Retention Application, Cahill is charging special discounted hourly rates, well below Cahill's usual and customary rates, that were agreed upon for this matter. The discount amounts to approximately $41,600.00 for the Fee Period.