## EXHIBIT E

### Summary by Project Category for the Fee Period

| Project Category | Total Hours Billed | Amount |
|---|---|---|
| Retention Issues | 33.50 | $26,800.00 |
| Mail Media Litigation | 68.10 | $54,040.60 |
| Fee Applications | 41.10 | $32,880.00 |
| TOTAL | 142.70 | $113,720.60 |

Summary by Project Category by Billing Period

| First Monthly Fee Statement | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 29.10 | $23,280.00 |
| Mail Media Litigation | 10.60 | $8,277.20 |
| Fee Applications | 0 | 0 |
| TOTAL | 39.70 | $31,557.20 |

| August Monthly Fee Statement | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 4.40 | $3,520.00 |
| Mail Media Litigation | 12.20 | $9,760.00 |
| Fee Applications | 15.20 | $12,160.00 |
| TOTAL | 31.80 | $25,440.00 |

| September Monthly Fee Statement | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 0 | 0 |
| Mail Media Litigation | 5.30 | $4,240.00 |
| Fee Applications | 3.90 | $3,120.00 |
| TOTAL | 9.20 | $7,360.00 |

| October Monthly Fee Statement | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 0 | 0 |
| Mail Media Litigation | 15.50 | $12,163.40 |
| Fee Applications | 7.80 | $6,240.00 |
| TOTAL | 23.30 | $18,403.40 |

| November Invoice | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 0 | 0 |
| Mail Media Litigation | 16.00 | $12,800.00 |
| Fee Applications | 11.10 | $8,880.00 |
| TOTAL | 27.10 | $21,680.00 |

| December Invoice | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 0 | 0 |
| Mail Media Litigation | 7.00 | $5,600.00 |
| Fee Applications | 3.10 | $2,480.00 |
| TOTAL | 10.10 | $8,080.00 |

| January/February Invoice | | |
|---|---|---|
| Project Category | Total Hours Billed | Amount |
| Retention Issues | 0 | 0 |
| Mail Media Litigation | 1.5 | $1,200.00 |
| Fee Applications | 0 | 0 |
| TOTAL | 1.5 | $1,200.00 |