## EXHIBIT F

### Summary of Actual and Necessary Expenses for the Fee Period[1]

| Service Description | Amount |
|---|---|
| Air Freight Delivery Charge | $19.46 |
| Computer Service Reports | $637.50 |
| Court Costs | $80.51 |
| Local Transportation | $120.91 |
| Reproduction | $14.70 |
| Word Processing | 113.75 |
| | |
| **Total** | $986.83 |

---

[1] Cahill submits that these expenses are reasonable and economical, are the type of expenses that are customarily charged to Cahill's non-bankruptcy clients, and reflect the actual amounts billed to, or paid by, Cahill on behalf of the Debtors.