**Chadbourne & Parke LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.408.1060
Facsimile: 212.957.5369
Samuel S. Kohn
James A. Copeland

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On April 18, 2017, I caused to be filed *Objection of Harder Mirell & Abrams LLP and Charles J. Harder, Esq. to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

CPAM: 12270395.1

(Docket No. 869) which was served utilizing the Court's Case Management/Electronic Case Filing system upon all registered users involved in the above-captioned case.

      3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

*/s/ David M. Bava*  
David M. Bava

Sworn to before me this  
20th day of April 2017

*/s/ Francisco Vazquez*  
     Notary Public

**Francisco Vazquez**  
**Notary Public, State of New York**  
**No. 31-6013920**  
**Qualified in New York County**  
**Commission Expires Dec. 27, 2018**

CPAM: 12270395.1