**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Daniel H. Tabak
Mark Spatz

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:                                              :    Chapter 11
                                                    :
Gawker Media LLC et al.,                            :    Case No. 16-11700 (SMB)
                    Debtors.                       :
                                                    :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF SERVICE

Brittany Gonzalez, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cohen & Gresser LLP, 800 Third Avenue, 21st Floor, New York, New York 10022.

On April 18, 2017, at approximately 4:09 p.m. deponent served a true and correct copy of:

1. *Objection of Terry G. Bollea to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures* (Docket No. 871), and

2. *Declaration of Shane B. Vogt in Opposition to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures with Exhibits A-H* (Docket No. 872)

upon all parties in this action registered for ECF via the CM/ECF system, which will send an email notification (Notice of Electronic Filing) to all parties registered for ECF, which constitutes service of such filing.

_____
Brittany Gonzalez

Sworn to before me this
21st, day of April 2017

_____
Notary Public

JEFFREY J. SHERMAN
Notary Public, State of New York
No. 01SH6079080
Qualified in New York County
Commission Expires August12, 20__18__

2