ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
        Debtors.                                      :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**AMENDED AGENDA FOR HEARING TO BE HELD
APRIL 25, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)[2]**

Date and Time:        April 25, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
                      United States Bankruptcy Court for the Southern District of New York
                      Alexander Hamilton Custom House
                      One Bowling Green, Courtroom No. 723
                      New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
                      www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                      agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                      information may be obtained by calling Prime Clerk toll free at 855-639-
                      3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] *New material added since the filing of the original agenda [Docket No. 882] is listed in italics in this amended agenda.*

62323729_1

**CONTESTED MATTER**

1.  Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 341]

    **Response Deadline:** April 18, 2017

    **Responses Received:**

    a.  Objection of Harder Mirell & Abrams LLP and Charles J. Harder, Esq. to Motion Objection of Harder Mirell & Abrams LLP and Charles J. Harder, Esq. to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 869]

    b.  Objection of Peter Thiel and Thiel Capital LLC to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 870]

    c.  Objection of Terry G. Bollea to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 871]

    d.  Declaration of Shane B. Vogt in Opposition to Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 872]

    **Related Documents:**

    a.  Amended Declaration of D. Ross Martin in Support of the Motion of the Debtors for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Plan Issues and Potential Causes of Action, and to Establish Discovery Response and Dispute Procedures [Docket No. 344]

    b.  Notice of Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 387]

    c.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 438]

    d.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 618]

    e.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 687]

    f.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 738]

    g.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 797]

    h.    Notice of Further Adjournment of Hearing on Debtors' Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 844]

    i.    *Omnibus Reply in Support of Motion for Leave Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Conduct Discovery Concerning Potential Causes of Action and to Establish Discovery Response and Dispute Procedures [Docket No. 883].*

**Status:** This matter is going forward.

Dated: April 24, 2017
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to Plan Administrator for the Debtors*