Hearing Date and Time: May 25, 2017 at 10:00 a.m. (ET)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
          Debtors.                   :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**NOTICE OF HEARING ON FINAL FEE APPLICATIONS
OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the applications for final allowance of compensation and reimbursement of expenses (the "Final Fee Applications") filed by certain professionals retained in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 94] and the

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary KFT* [Docket No. 638], will be held before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), on **May 25, 2017, at 10:00 a.m. (prevailing Eastern Time)**. The Final Fee Applications and the amounts requested therein are set forth as follows:

| Applicant | Nature of Representation | Compensation Period | Fees Requested to be Allowed | Expenses Requested to be Allowed |
|---|---|---|---|---|
| Mourant Ozannes [Docket No. 678] | Special Counsel to the Committee as to Cayman Islands Law | July 18, 2016 – January 5, 2017 | $28,420.00 | $0.00 |
| Reczicza Dentons Europe LLP [Docket No. 690] | Special Counsel to the Committee as to Hungarian Law | July 1, 2016 – January 13, 2017 | $7,681.50 | $177.29 |
| Cahill Gordon & Reindel LLP [Docket No. 875] | Special Litigation Counsel for the Debtors | June 10, 2016 – March 17, 2017 | $113,720.60 | $986.83 |

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the Final Fee Applications to be heard at the Hearing.

| | |
|---|---|
| Dated: May 4, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>joshua.sturm@ropesgray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |