UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
Gawker Media LLC, *et al.*,[1]                                 :    Case No. 16-11700 (SMB)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 4, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 889]

Dated: May 9, 2017

/s/ Hassan Alli-Balogun
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 9, 2017, by Hassan Alli-Balogun, proved to me based on satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

SRF 15812

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>633 Menlo Avenue<br>Suite 100<br>Menlo Park CA 94025 | Tgaa@bbslaw.com<br>tom@bbslaw.com | Email |
| Counsel to Terry Gene Bollea | Binder & Schwartz, LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq.<br>366 Madison Avenue<br>6th Floor<br>New York NY 10017 | efisher@binderschwartz.com<br>jjimenez@binderschwartz.com | Email |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick, LLP | Attn: Andrew P. Strehle, Esq., & Jill C. Wexler, Esq.<br>One Financial Center<br>Boston MA 02111 | astrehle@brownrudnick.com<br>jwexler@brownrudnick.com | Email |
| Counsel to Harder Mirell & Abrams LLP and Charles J.Harder, Esq | Chadbourne & Parke LLP | Attn: Samuel S. Kohn & James A. Copeland<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | skohn@chadbourne.com<br>jcopeland@chadbourne.com | Email |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to Mail Media | Clare Locke, LLP | Attn: Joseph R. Oliveri<br>902 Prince Street<br>Alexandria VA 22314 | joe@clarelocke.com | Email |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq.<br>800 Third Avenue<br>New York NY 10022 | dtabak@cohengresser.com<br>mspatz@cohengresser.com | Email |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue<br>10th Floor<br>New York NY 10020 | acelli@ecbalaw.com | Email |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq.<br>132 S Rodeo Dr.<br>Ste 301<br>Beverley Hills CA 90212 | charder@hmafirm.com | Email |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq.<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | trevor.hoffmann@haynesboone.com | Email |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger<br>111 South Wacker Dr.<br>37th Floor<br>Chicago IL 60606 | RSnellenbarger@HL.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: David S. Heller, Esq.<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | david.heller@lw.com | Email |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York NY 10022 | keith.simon@lw.com | Email |
| Counsel to Univision Communications, Inc. | Latham & Watkins, LLP | Attn: Marc A. Zelina, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | Marc.Zelina@lw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard<br>Brookfield Place, 200 Vesey Street<br>20th Floor<br>New York NY 10281 | choward@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young<br>111 Huntington Avenue<br>Boston MA 02199 | jonathan.young@lockelord.com | Email |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind<br>111 S. Wacker Drive<br>Chicago IL 60606-4410 | michael.kind@lockelord.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen, LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq.<br>909 Third Avenue<br>New York NY 10022-4784 | bankruptcy@morrisoncohen.com<br>rdakis@morrisoncohen.com | Email |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq.<br>15 Maiden Lane<br>Suite 1400<br>New York NY 10038 | adam@pollacksharan.com | Email |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq.<br>J. Logan Rappaport, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | asm@pryormandelup.com<br>lr@pryormandelup.com | Email |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq.<br>Barbara M. Maisto, Esq.<br>521 Fifth Avenue<br>New York NY 10175 | tmartin@putneylaw.com<br>bmaisto@putneylaw.com | Email |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq.<br>100 Pearl Street<br>14th Floor<br>Hartford CT 06103 | ecf@randazza.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq.<br>3 Center Plaza<br>Boston MA 02108 | arheaume@riemerlaw.com | Email |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq.<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Cerberus Business Finance, LLC (DIP Lender) | Schulte Roth & Zabel, LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq.<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>frederic.ragucci@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 2 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin, LLP | Attn: Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann<br>275 Grove Street<br>Suite 2-200<br>Newton MA 02466 | jhartmann@svb.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Robert.Weber@skadden.com<br>Anthony.Clark@skadden.com | Email |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg<br>Four Times Square<br>New York NY 10036 | Shana.Elberg@skadden.com | Email |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart<br>120 Broadway<br>24th Floor<br>New York NY 10271 | Enid.Stuart@ag.ny.gov | Email |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell, LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq.<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein<br>One Bowling Green<br>Room 723<br>New York NY 10004 | | First Class Mail |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St., Room 1006<br>New York NY 10014 | susan.arbeit@usdoj.gov<br>greg.zipes@usdoj.gov | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Postpetiton Lender/Second Lien Lender | US VC Partners, LP | Attn: Mr. A. Jung<br>90 Third Avenue<br>19th Floor<br>New York NY 10022 | ajung@columbusnova.com | Email |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq.<br>250 Hudson Street<br>Ste 700<br>New York NY 10013 | aburdick@wgaeast.org | Email |

In re Gawker Media LLC, et al.
Case No. 16-11700 (SMB)

Page 3 of 3