**Exhibit B-1**
**Summary of Time Billed and Expenses Incurred by Project Category**
**for the Second Compensation Period**

61561150_9

**EXHIBIT B-1**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

**Summary of Time Billed and Expenses Incurred by Project Category**
**For the Second Compensation Period of October 1, 2016 Through March 17, 2017**

| Matter Number | Matter Description | Hours | | Fees | | Total Expenses Requested | Total Compensation Requested |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Requested | | |
| 02 | Reporting (MOR/SEC) | 20-32 | 10.50 | $17,064-$27,964 | $8,931.00 | $0.00 | $8,931.00 |
| 04 | Litigation | 758-894 | 341.20 | $529,941-$639,641 | $304,076.50 | $0.00 | $304,076.50 |
| 05 | Tax Matters | 418-823 | 543.60 | $403,026-$799,026 | $499,779.50 | $0.00 | $499,779.50 |
| 06 | Asset/Lien & Recovery Analysis | 31-56 | 12.50 | $31,374-$57,574 | $13,078.00 | $0.00 | $13,078.00 |
| 08 | R&G Retention & Fee Applications | 125-250 | 273.60 | $96,500-$193,000 | $192,899.00 | $0.00 | $192,899.00 |
| 11 | Investigations | 19-47 | 8.60 | $22,400-$54,300 | $6,858.50 | $0.00 | $6,858.50 |
| 12 | Sales | 51-105 | 23.20 | $41,454-$87,104 | $20,118.50 | $0.00 | $20,118.50 |
| 13 | Claims | 1,017-1,877 | 1,505.00 | $727,980-$1,326,980 | $1,033,749.00 | $0.00 | $1,033,749.00 |
| 14 | Travel | 77-135 | 105.00 | $76,625-$133,625 | $47,704.50 | $0.00 | $47,704.50 |
| 15 | Debtor-In-Possession/Cash Collateral | 23-33 | 0.00 | $17,084-$24,484 | $0.00 | $0.00 | $0.00 |
| 16 | Employment and Fee Applications | 183-263 | 102.80 | $122,035-$177,835 | $73,188.50 | $0.00 | $73,188.50 |

-1-

61561150_9

**EXHIBIT B-1**

# IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

**Summary of Time Billed and Expenses Incurred by Project Category**
**For the Second Compensation Period of October 1, 2016 Through March 17, 2017**

| Matter Number | Matter Description | Hours | | Fees | | Total Expenses Requested | Total Compensation Requested |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Requested | | |
| 17 | Executory Contracts/Leases | 111-186 | 92.20 | $84,029-$147,829 | $76,176.50 | $0.00 | $76,176.50 |
| 18 | Plan and Disclosure Statement | 874-1,279 | 968.40 | $762,893-$1,141,893 | $824,154.50 | $0.00 | $824,154.50 |
| 19 | Hearings | 77-136 | 63.60 | $76,000-$127,500 | $50,911.00 | $0.00 | $50,911.00 |
| 20 | Administration | 345-510 | 259.30 | $208,029-$303,129 | $138,237.50 | $130,560.16 | $268,797.66 |
| 21 | Business Operations/Strategic Planning | 132-213 | 33.70 | $144,604-$248,504 | $39,618.00 | $0.00 | $39,618.00 |
| 22 | Committee Matters/Meetings | 71-116 | 99.00 | $76,200-$125,000 | $74,133.00 | $0.00 | $74,133.00 |
| 23 | Creditor & Shareholder Inquiries | 30-70 | 12.80 | $32,500-$76,600 | $14,182.50 | $0.00 | $14,182.50 |
| 24 | Corporate Matters | 102-167 | 29.30 | $79,566-$131,366 | $24,071.00 | $0.00 | $24,071.00 |
| 25 | Employee Benefits Issues | 26-43 | 1.80 | $20,155-$33,655 | $1,830.00 | $0.00 | $1,830.00 |
| 26 | Relief from Stay & Adequate Protection | 81-114 | 51.60 | $56,342-$81,342 | $35,443.00 | $0.00 | $35,443.00 |
| | TOTAL | 4,571-7,349 | 4,537.70 | $3,625,801-$5,938,351 | $3,479,140.00 | $130,560.16 | $3,609,700.16 |

-2-

61561150_9