**<u>Exhibit B-2</u>**
**Summary of Time Billed and Expenses Incurred by Project Category**
**for the Full Compensation Period**

**EXHIBIT B-2**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Time Billed and Expenses Incurred by Project Category
### For the Full Compensation Period of June 10, 2016 Through March 17, 2017

| Matter Number | Matter Description | Hours | | Fees | | Total Expenses Requested | Total Compensation Requested |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Requested | | |
| 02 | Reporting (MOR/SEC) | 99-111 | 67.20 | $86,844.50-$97,744.50 | $59,768.50 | $0.00 | $59,768.50 |
| 04 | Litigation | 2224-2360 | 1,702.20 | $1,681,674-$1,791,374 | $1,299,889.00 | $6,149.24 | $1,306,038.24 |
| 05 | Tax Matters | 496-901 | 579.90 | $479,326-$875,326 | $541,277.00 | $0.00 | $541,277.00 |
| 06 | Asset/Lien & Recovery Analysis | 31-56 | 13.00 | $31,374-$57,574 | $13,220.50 | $0.00 | $13,220.50 |
| 08 | R&G Retention & Fee Applications | 158-283 | 458.00 | $117,861.50-$214,361.50 | $310,348.50 | $0.00 | $310,348.50 |
| 11 | Investigations | 19-47 | 9.70 | $22,400-$54,300 | $8,211.50 | $0.00 | $8,211.50 |
| 12 | Sales | 1365-1419 | 990.00 | $1,121,048-$1,166,698 | $836,704.00 | $0.00 | $836,704.00 |
| 13 | Claims | 1105-1965 | 1,648.00 | $793,880.50-$1,392,880.50 | $1,132,569.50 | $0.00 | $1,132,569.50 |
| 14 | Travel | 107-165 | 123.80 | $108,284-$165,284 | $55,181.75 | $0.00 | $55,181.75 |
| 15 | Debtor-In-Possession/Cash Collateral | 312-322 | 309.30 | $256,219-$263,619 | $252,397.00 | $1,350.41 | $253,747.41 |
| 16 | Employment and Fee Applications | 496-576 | 484.20 | $348,445.50-$404,245.50 | $354,318.50 | $0.00 | $354,318.50 |
| 17 | Executory Contracts/Leases | 425-500 | 327.55 | $309,469.25-$373,269.25 | $234,497.75 | $0.00 | $234,497.75 |

-1-

**EXHIBIT B-2**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Time Billed and Expenses Incurred by Project Category
### For the Full Compensation Period of June 10, 2016 Through March 17, 2017

| Matter Number | Matter Description | Hours | | Fees | | Total Expenses Requested | Total Compensation Requested |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Requested | | |
| 18 | Plan and Disclosure Statement | 1371-1776 | 1,427.20 | $1,192,556-$1,571,556 | $1,228,840.00 | $0.00 | $1,228,840.00 |
| 19 | Hearings | 107-166 | 166.80 | $104,413-$155,913 | $143,890.50 | $0.00 | $143,890.50 |
| 20 | Administration | 920-1085 | 580.95 | $566,958.75-$662,058.75 | $343,152.25 | $173,091.76 | $516,244.01 |
| 21 | Business Operations/Strategic Planning | 461-542 | 259.50 | $440,551.50-$544,451.50 | $256,188.50 | $0.00 | $256,188.50 |
| 22 | Committee Matters/Meetings | 185-230 | 192.20 | $189,876-$238,676.00 | $166,004.50 | $0.00 | $166,004.50 |
| 23 | Creditor & Shareholder Inquiries | 30-70 | 17.00 | $32,500-$76,600 | $17,604.50 | $0.00 | $17,604.50 |
| 24 | Corporate Matters | 219-284 | 115.50 | $170,597.50-$222,397.50 | $89,008.50 | $0.00 | $89,008.50 |
| 25 | Employee Benefits Issues | 93-110 | 58.90 | $78,221-$91,721.00 | $53,341.50 | $0.00 | $53,341.50 |
| 26 | Relief from Stay & Adequate Protection | 129-162 | 94.00 | $88,532-$113,532 | $64,185.00 | $0.00 | $64,185.00 |
| | TOTAL | 10,352-13,130 | 9,624.90 | $8,221,032-$10,533,582 | $7,460,598.75 | $180,591.41 | $7,641,190.16 |

61561150_9