# Exhibit C
## Summary of Time Billed by Attorneys and Paraprofessionals
## for the Second and the Full Compensation Period

61561150_9

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed by Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| **Partners** | | | | | | | | |
| Leo Arnaboldi III | Tax Admitted in 1986 | $1,400.00 | $1,500.00 | 1 | 44.80 | $62,720.00 | 61.50 | $86,100.00 |
| Tony Horspool | Business Restructuring Admitted in 1991 | $1,360.00 | $1,180.00 | 1 | 2.00 | $2,720.00 | 2.00 | $2,720.00 |
| Daniel Martin | Business Restructuring Admitted in 2000 | $1,260.00 | $1,080.00 | 1 | 7.40 | $9,324.00 | 7.40 | $9,324.00 |
| Gregg Galardi | Business Restructuring Admitted in 1990 | $1,230.00 | $1,320.00 | 1 | 658.10 | $800,803.50 | 1,164.50 | $1,422,261.00 |
| D. Ross Martin | Business Restructuring Admitted in 1995 | $1,170.00 | $1,260.00 | 1 | 399.20 | $459,724.50 | 577.10 | $667,867.50 |
| David B. Hennes | Litigation Admitted in 1995 | $1,165.00 | $1,250.00 | 1 | - | - | 102.80 | $119,762.00 |
| James DeGraw | Corporate General Admitted in 1992 | $1,060.00 | $1,130.00 | 1 | - | - | 2.70 | $2,862.00 |

---

[1] As of February 1, 2017, the rates of timekeepers working on Ropes & Gray's representation of the Debtors increased according to the firm's customary annual rate adjustments that would normally have occurred on January 1, 2017. Ropes & Gray notified the Court and the Debtors of these customary rate increases and received approval from the Debtors for the same prior to their taking effect. *See Fourth Supplemental Declaration of Gregg M. Galardi in Support of Debtors' Application for Entry of an Order Authorizing the Retention of Ropes & Gray LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 786].

**EXHIBIT C**

### IN RE: GAWKER MEDIA, LLC, ET AL.
### CASE NO. 16-11700-SMB

**Summary of Hours Billed By Professionals and Paraprofessionals**

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| Jonathan P. Gill | Corporate General Admitted in 1998 | $1,030.00 | $1,080.00 | 1 | 3.50 | $3,605.00 | 219.60 | $226,188.00 |
| Peter Ebb | Labor & Employment Admitted in 1990 | $990.00 | $1,050.00 | 1 | - | - | 3.10 | $3,069.00 |
| Dalila Argaez Wendlandt | Litigation Admitted in 2001 | $970.00 | $1,030.00 | 1 | 102.40 | $99,328.00 | 143.70 | $139,389.00 |
| Joanne De Silva | Corporate General Admitted in 1991 | $920.00 | $990.00 | 1 | - | - | 66.90 | $61,548.00 |
| Kathleen S. Gregor | Tax Admitted in 2005 | $920.00 | $975.00 | 1 | 3.80 | $3,420.00 | 3.80 | $3,420.00 |
| Alexandra Alperovich | Tax Admitted in 2004 | $900.00 | $960 | 1 | - | - | 5.50 | $4,950.00 |
| | | | | **Total Partners** | 1,221.20 | $1,441,645.00 | 2,360.60 | $2,749,460.50 |
| **Counsel** | | | | | | | | |
| Deidre Johnson | Litigation Admitted in 1998 | $900.00 | $960.00 | 1 | - | - | 5.60 | $5,040.00 |
| Evan Gourvitz | Litigation Admitted in 1999 | $895.00 | $955.00 | 1 | 3.20 | $2,864.00 | 3.20 | $2,864.00 |
| Justin Florence | Litigation Admitted in 2007 | $895.00 | $955.00 | 1 | 57.70 | $51,641.50 | 60.90 | $54,505.50 |
| Michael S. Winograd | Litigation Admitted in 2001 | $885.00 | $960.00 | 1 | 2.30 | $2,035.50 | 314.50 | $277,049.25 |

-2-

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| James Wright | Business Restructuring Admitted in 2005 | $885.00 | $925.00 | 1 | - | - | 5.10 | $4,513.50 |
| Thomas Burke | Corporate General Admitted in 1995 | $850.00 | $910.00 | 1 | - | - | 2.90 | $2,465.00 |
| Erica Han | Corporate General Admitted in 2005 | $695.00 | $745.00 | 1 | 9.90 | $7,070.50 | 26.10 | $18,329.50 |
| | | | | **Total Counsel** | **73.10** | **$63,611.50** | **418.30** | **$364,766.75** |
| **Associates** | | | | | | | | |
| Joshua Sturm | Business Restructuring Admitted in 2007 | $895.00 | $955.00 | 1 | 458.30 | $412,798.25 | 713.60 | $640,799.50 |
| Kristina K. Alexander | Business Restructuring Admitted in 2010 | $865.00 | - | 0 | - | - | 349.60 | $300,111.75 |
| Marc B. Roitman | Business Restructuring Admitted in 2010 | $865.00 | $940.00 | 1 | - | - | 140.80 | $121,792.00 |
| Matthew Tolve | Litigation Admitted in 2009 | $865.00 | $940.00 | 1 | 16.00 | $11,245.00 | 16.00 | $11,245.00 |
| Jonathan Agudelo | Business Restructuring Admitted in 2010 | $820.00 | $925.00 | 1 | 607.60 | $508,185.25 | 1,235.20 | $1,021,669.25 |
| Lindita Bresa | Corporate General Admitted in 2009 | $820.00 | $925.00 | 1 | - | - | 66.90 | $54,858.00 |

-3-

61561150_9

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| Shaw Kaneyasu-Speck | Corporate General Admitted in 2011 | $820.00 | $925.00 | 1 | 24.50 | $20,352.50 | 166.60 | $136,874.50 |
| Kevin Zaragoza | Tax Admitted in 2011 | $820.00 | $925.00 | 1 | 25.20 | $20,664.00 | 36.20 | $29,684.00 |
| Claire Rosa | Tax Admitted in 2010 | $810.00 | $925.00 | 1 | - | - | 3.90 | $3,159.00 |
| Mark Cianci | Litigation Admitted in 2010 | $765.00 | $865.00 | 1 | - | - | 12.30 | $9,409.50 |
| Jennifer Cormier | Labor & Employment Admitted in 2012 | $765.00 | $865.00 | 1 | 1.20 | $1,038.00 | 8.30 | $6,469.50 |
| Meredith Parkinson | Business Restructuring Admitted in 2011 | $765.00 | $865.00 | 1 | 8.80 | $6,732.00 | 8.80 | $6,732.00 |
| Gabrielle Hirz | Tax Admitted in 2007 | $735.00 | $785.00 | 1 | 262.30 | $184,438.00 | 262.30 | $184,438.00 |
| Simone L. F. Waterbury | Litigation Admitted in 2006 | $725.00 | $775.00 | 1 | - | - | 6.10 | $4,422.50 |
| Taras Czebiniak | Corporate General Admitted in 2013 | $705.00 | - | 0 | - | - | 25.10 | $17,695.50 |
| Paul Kellogg | Litigation Admitted in 2011 | $705.00 | $825.00 | 1 | - | - | 61.90 | $43,639.50 |
| Elisa Durrette | Corporate General Admitted in 2013 | $695.00 | $815.00 | 1 | - | - | 18.80 | $13,066.00 |

-4-

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| Stacy A. Dasaro | Business Restructuring Admitted in 2014 | $635.00 | - | 0 | - | - | 392.10 | $248,539.00 |
| S. Alexandra de Padua | Corporate General Admitted in 2014 | $635.00 | $755.00 | 1 | - | - | 40.60 | $25,781.00 |
| Sara Perkins Jones | Litigation Admitted 2012 | $625.00 | $745.00 | 1 | 17.80 | $11,125.00 | 17.80 | $11,125.00 |
| Emerson Siegle | Litigation Admitted 2013 | $625.00 | $745.00 | 1 | 50.50 | $31,562.50 | 65.70 | $41,062.50 |
| Elizabeth Bierut | Litigation Admitted in 2014 | $550.00 | $680.00 | 1 | 56.50 | $31,075.00 | 344.20 | $189,310.00 |
| Aleksandr Imas | Corporate General Admitted in 2014 | $550.00 | - | 0 | - | - | 5.70 | $3,135.00 |
| Hannah Jenkins | Corporate General Admitted in 2014 | $550.00 | $670.00 | 1 | 6.40 | $3,520.00 | 98.00 | $53,900.00 |
| Matthew Cable | Corporate General Admitted in 2014 | $540.00 | $670.00 | 1 | - | - | 14.30 | $7,722.00 |
| William A. McGee | Business Restructuring Admitted in 2015 | $540.00 | $670.00 | 1 | 425.60 | $234,975.00 | 667.40 | $365,547.00 |
| Edward Roche | Litigation Admitted 2014 | $540.00 | $670.00 | 1 | 19.70 | $10,638.00 | 58.30 | $31,482.00 |
| Peter Walkingshaw | Litigation Admitted in 2014 | $540.00 | $670.00 | 1 | 275.30 | $147,370.00 | 340.20 | $182,416.00 |

-5-

61561150_9

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| David Soutter | Litigation Admitted in 2013 | $540.00 | $670.00 | 1 | 4.90 | $2,646.00 | 4.90 | $2,646.00 |
| Hanah Kim | Corporate General Admitted in 2016 | $470.00 | $590.00 | 1 | - | - | 94.10 | $44,227.00 |
| Lucy Corrigan | Corporate General Admitted in 2015 | $470.00 | $590.00 | 1 | - | - | 14.90 | $7,003.00 |
| Kathryn M. Roulett | Litigation Admitted in 2016 | $470.00 | $590.00 | 1 | - | - | 3.70 | $1,739.00 |
| James Sullivan | Corporate General Admitted in 2016 | $470.00 | $590.00 | 1 | - | - | 57.20 | $26,884.00 |
| Saqib M. Hussain | Litigation Admitted in 2015 | $455.00 | $485.00 | 1 | - | - | 46.00 | $20,930.00 |
| Averell Sutton | Corporate General Admitted in 2014 | $365.00 | $390.00 | 1 | 104.50 | $38,142.50 | 143.30 | $52,304.50 |
| Mary Kwan | Corporate General Admitted in 2016 | $340.00 | $365.00 | 1 | - | - | 11.40 | $3,876.00 |
| Sam Ashuraey | Business Restructuring Admitted in 2016 | $335.00 | $500.00 | 1 | 14.20 | $5,829.50 | 14.20 | $5,829.50 |
| Isha Ghodke | Litigation Admitted in 2016 | $335.00 | $500.00 | 1 | 70.40 | $23,584.00 | 70.40 | $23,584.00 |
| Andrew Simpson | Litigation Admitted in 2016 | $335.00 | $500.00 | 1 | 113.10 | $37,888.50 | 113.10 | $37,888.50 |

-6-

61561150_9

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department and Year Admitted | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases[1] | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| Ani-Rae Lovell | Litigation Admitted in 2016 | $325.00 | $490.00 | 1 | 237.00 | $82,687.00 | 237.00 | $82,687.00 |
| Richard Wheeler | Corporate General Admitted in 1998 | $245.00 | $265.00 | 1 | - | - | 7.50 | $1,837.50 |
| Kevin Walsh | Contract Attorney Admitted in 2014 | $215.00 | $230.00 | 1 | - | - | 10.10 | $2,171.50 |
| | | | | **Total Associates** | **2,799.80** | **$1,826,496.00** | **6,004.50** | **$4,079,692.50** |

| Name | Department/Role | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| **Paraprofessionals** | | | | | | | | |
| William Allen | Paralegal | $400.00 | $430.00 | 1 | 134.10 | $53,462.00 | 139.60 | $55,662.00 |
| Kathleen Kennedy | Litigation Technology Specialist | $390.00 | $420.00 | 1 | 4.80 | $1,872.00 | 4.80 | $1,872.00 |
| Marc K. Duffy | Managing Clerk | $370.00 | $370.00 | 0 | - | - | 7.00 | $2,590.00 |
| Linda Borrino | Paralegal | $360.00 | $385.00 | 1 | - | - | 2.30 | $828.00 |
| David Kolpin | Senior Research Librarian | $360.00 | $385.00 | 1 | - | - | 2.30 | $828.00 |
| Roberto Gonzalez | Paralegal | $350.00 | $375.00 | 1 | 117.70 | $41,442.50 | 229.20 | $80,467.50 |
| Melissa Karasavidis | Paralegal | $345.00 | $370.00 | 1 | - | - | 3.00 | $1,035.00 |

-7-

61561150_9

**EXHIBIT C**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Summary of Hours Billed By Professionals and Paraprofessionals

| Name | Department/Role | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases | Second Comp Period | | Full Comp Period | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| Charles R. Brustman | Managing Clerk | $335.00 | $335.00 | 0 | - | - | 4.00 | $1,340.00 |
| Paul Lang | Managing Clerk | $335.00 | $335.00 | 0 | - | - | 10.90 | $3,651.50 |
| Mark Callahan | Paralegal | $310.00 | $335.00 | 1 | - | - | 4.70 | $1,457.00 |
| Peggy Burns | Paralegal | $300.00 | $320.00 | 1 | - | - | 6.00 | $1,800.00 |
| Joseph A. D'Imperio | Senior Designer | $295.00 | $310.00 | 1 | 6.30 | $1,858.50 | 13.20 | $3,894.00 |
| Carson Dottin | Senior Designer | $295.00 | $295.00 | 0 | - | - | 8.90 | $2,625.50 |
| Meir Weinberg | Paralegal | $285.00 | $325.00 | 1 | 130.10 | $38,114.50 | 256.00 | $73,996.00 |
| Charles D. Brustman | Paralegal | $270.00 | $290.00 | 1 | - | - | 24.30 | $6,223.50 |
| La-Toya Graham | Paralegal | $260.00 | $290.00 | 1 | - | - | 33.80 | $8,723.00 |
| Patrice Gramberg | Paralegal | $230.00 | $245.00 | 1 | - | - | 19.80 | $4,554.00 |
| Robert Baxter | Paralegal | $220.00 | - | 0 | - | - | 3.50 | $770.00 |
| Thomas Doherty | Litigation Support Technician | $215.00 | $230.00 | 1 | 14.50 | $3,117.50 | 14.50 | $3,117.50 |
| Doron Greene | Senior Designer | $215.00 | $230.00 | 1 | 12.00 | $2,580.00 | 18.00 | $3,870.00 |
| Fuk Chau Hon | Litigation Support Technician | $215.00 | $230.00 | 1 | - | - | 5.60 | $1,204.00 |
| Jessica Dias | Paralegal | $205.00 | $220.00 | 1 | 11.10 | $2,275.50 | 14.10 | $2,890.50 |
| Amanda Nunez | Paralegal | $205.00 | $235.00 | 1 | 3.50 | $717.50 | 3.50 | $717.50 |
| Caroline O'Neill | Paralegal | $205.00 | $220.00 | 1 | 9.50 | $1,947.50 | 12.50 | $2,562.50 |

-8-

**EXHIBIT C**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

**Summary of Hours Billed By Professionals and Paraprofessionals**

| Name | Department/Role | Hourly Billing Rate at Case Inception | Hourly Billing Rate in this Application | Number of Rate Increases | Second Comp Period | | Full Comp Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Worked | Fees Incurred | Hours Worked | Fees Incurred |
| | | | Total Paraprofessionals | | 443.60 | $147,387.50 | 841.50 | $266,679.00 |
| | | | Total for All Professionals | | 4,537.70 | $3,479,140.00 | 9,624.90 | $7,460,598.75 |

|  | Second Comp Period | Full Comp Period |
|---|---|---|
| Total Billed Hours for Attorneys | 4,094.10 | 8,783.40 |
| Total Billed Hours for Paraprofessionals | 443.60 | 841.50 |
| Total Billed Hours | 4,537.70 | 9,624.90 |
| Total Fees Requested | $3,479,140.00 | $7,460,598.75 |
| Blended Rate for All Timekeepers | $748.14 | $735.37 |
| Blended Rate for Attorneys | $795.28 | $781.00 |

-9-