# Exhibit D
## Customary and Comparable Compensation Disclosures

61561150_9

**EXHIBIT D**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

## Customary and Comparable Compensation Disclosures

The blended hourly rate for all Ropes & Gray non-bankruptcy domestic timekeepers (including both professionals and paraprofessionals) (the "Non-Bankruptcy Blended Rate") during the 12-month period beginning April 1, 2016 and ending April 1, 2017 (the "Comparable Period") was, in the aggregate, approximately $622.22 per hour.[1]

The blended hourly rate for all Ropes & Gray timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Second Compensation Period was approximately $748.14 per hour.[2]

The blended hourly rate for all Ropes & Gray timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Full Compensation Period was approximately $735.37 per hour.

A detailed comparison of these rates is as follows:

| Position at Ropes & Gray | Second Compensation Period | | Full Compensation Period | |
|---|---|---|---|---|
| | Non-Bankruptcy Blended Rate | Blended Hourly Rate in Application | Non-Bankruptcy Blended Rate | Blended Hourly Rate in Application |
| Partner | $997.54 | $1,172.55 | $997.54 | $1,138.51 |
| Counsel | $755.95 | $815.53 | $755.95 | $735.28 |
| Associate | $560.79 | $633.78 | $560.79 | $649.87 |
| Paraprofessionals | $227.03 | $319.71 | $227.03 | $281.17 |
| Grand Total | $622.22 | $748.14 | $622.22 | $735.37 |

---

[1] In calculating the Non-Bankruptcy Blended Rate, Ropes & Gray excluded all billing data of Ropes & Gray's timekeepers that practice primarily in Ropes & Gray's Business Restructuring Group. Ropes & Gray calculated the Non-Bankruptcy Blended Rates by dividing the total dollar amount billed by Ropes & Gray domestic timekeepers during Comparable Period by the total number of hours billed by Ropes & Gray domestic timekeepers during the Comparable Period.

[2] Ropes & Gray calculated the blended rate for timekeepers who billed to the Debtors by dividing the total dollar amount billed by such timekeepers during the applicable compensation period by the total number of hours billed by such timekeepers during such compensation period.

61561150_9