**Exhibit E**
**Budget for the Second Compensation Period**

61561150_9

**EXHIBIT E**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

**Ropes & Gray Cumulative Budget For the Second Compensation Period of October 1, 2016 through March 17, 2017**

| Matter Number | Matter Description | Cumulative Hours Budgeted | Cumulative Fees Budgeted |
|---|---|---|---|
| 02 | Reporting (MOR/SEC) | 20-32 | $17,064-$27,964 |
| 04 | Litigation | 758-894 | $529,941-$639,641 |
| 05 | Tax Matters | 418-823 | $403,026-$799,026 |
| 06 | Asset/Lien & Recovery Analysis | 31-56 | $31,374-$57,574 |
| 08 | R&G Retention & Fee Applications | 125-250 | $96,500-$193,000 |
| 11 | Investigations | 19-47 | $22,400-$54,300 |
| 12 | Sales | 51-105 | $41,454-$87,104 |
| 13 | Claims | 1,017-1,877 | $727,980-$1,326,980 |
| 14 | Travel | 77-135 | $76,625-$133,625 |
| 15 | Debtor-In-Possession/Cash Collateral | 23-33 | $17,084-$24,484 |
| 16 | Employment and Fee Applications | 183-263 | $122,035-$177,835 |
| 17 | Executory Contracts/Leases | 111-186 | $84,029-$147,829 |
| 18 | Plan and Disclosure Statement | 874-1,279 | $762,893-$1,141,893 |
| 19 | Hearings | 77-136 | $76,000-$127,500 |
| 20 | Administration | 345-510 | $208,029-$303,129 |
| 21 | Business Operations/Strategic Planning | 132-213 | $144,604-$248,504 |
| 22 | Committee Matters/Meetings | 71-116 | $76,200-$125,000 |
| 23 | Creditor & Shareholder Inquiries | 30-70 | $32,500-$76,600 |
| 24 | Corporate Matters | 102-167 | $79,566-$131,366 |
| 25 | Employee Benefits Issues | 26-43 | $20,155-$33,655 |
| 26 | Relief from Stay & Adequate Protection | 81-114 | $56,342-$81,342 |
| | TOTAL | 4,571-7,349 | $3,625,801-$5,938,351 |

61561150_9

**EXHIBIT E-1**

**IN RE: GAWKER MEDIA, LLC, ET AL.**
**CASE NO. 16-11700-SMB**

**Ropes & Gray Budget For October 1 – October 31, 2016**

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 6 | $4,364.00 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 572 | $383,241.00 |
| 05 | Tax | 48 | $50,026.00 |
| 06 | Asset / Lien & Recovery Analysis | 11 | $10,074.00 |
| 08 | R&G Retention & Fee Applications | 0 | $0.00 |
| 11 | Investigations | 0 | $0.00 |
| 12 | Sales | 19 | $15,004.00 |
| 13 | Claims Administration and Objections | 402 | $292,980.00 |
| 14 | Travel | 14 | $14,625.00 |
| 15 | Financing and Cash Collateral | 13 | $9,684.00 |
| 16 | Employment and Fee Applications | 103 | $60,235.00 |
| 17 | Executory Contracts/Leases | 51 | $32,829.00 |
| 18 | Plan and Disclosure Statement | 244 | $200,893.00 |
| 19 | Hearings | 0 | $0.00 |
| 20 | Case Administration | 110 | $67,829.00 |
| 21 | Business Operations | 68 | $70,004.00 |
| 22 | Meetings and Communications with Creditors | 56 | $61,200.00 |
| 23 | Creditor & Shareholder Inquiries | 0 | $0.00 |
| 24 | Corporate Matters | 46 | $35,066.00 |
| 25 | Employee Issues | 10 | $7,555.00 |
| 26 | Relief from Stay and Adequate Protection | 58 | $40,042.00 |
| | TOTAL | 1,831.00 | $1,355,651.00 |

**EXHIBIT E-2**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

## Ropes & Gray Budget For November 1 – November 30, 2016

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 4 - 8 | $3,600 - $7,200 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 150 - 250 | $112,500 - $187,500 |
| 05 | Tax | 100 - 200 | $120,000 - $250,000 |
| 06 | Asset / Lien & Recovery Analysis | 0 | $0.00 |
| 08 | R&G Retention & Fee Applications | 25 - 50 | $20,000 - $40,000 |
| 11 | Investigations | 5 - 15 | $6,000 - $18,000 |
| 12 | Sales | 10 - 30 | $8,100 - 24,300 |
| 13 | Claims Administration and Objections | 200 - 450 | $135,000 - $300,000 |
| 14 | Travel | 8 - 16 | $9,500 - $19,000 |
| 15 | Financing and Cash Collateral | 5 - 10 | $3,700 - $7,400 |
| 16 | Employment and Fee Applications | 20 - 40 | $15,000 - $30,000 |
| 17 | Executory Contracts/Leases | 30 - 60 | $25,000 -$50,000 |
| 18 | Plan and Disclosure Statement | 200 - 400 | $176,000 - $365,000 |
| 19 | Hearings | 10 - 20 | $11,000 - $22,000 |
| 20 | Case Administration | 100 - 150 | $65,000 - $100,000 |
| 21 | Business Operations | 35 - 65 | $40,000 - $80,000 |
| 22 | Meetings and Communications with Creditors | 5 - 15 | $5,600 - $16,800 |
| 23 | Creditor & Shareholder Inquiries | 10 - 20 | $9,000 - $18,000 |
| 24 | Corporate Matters | 25 - 50 | $17,500 - $33,000 |
| 25 | Employee Issues | 5 - 10 | $3,800 - $7,600 |
| 26 | Relief from Stay and Adequate Protection | 10 - 20 | $6,800 - $13,600 |
| | TOTAL | 957-1,879 | $793,200-$1,589,400 |

61561150_9

**EXHIBIT E-3**

**IN RE: GAWKER MEDIA, LLC, ET AL.**
**CASE NO. 16-11700-SMB**

**Ropes & Gray Budget For December 1 – December 31, 2016**

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 4 - 6 | $3,600 - $5,400 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 15 - 30 | $12,400 - $25,000 |
| 05 | Tax | 70 - 130 | $60,000 - $111,000 |
| 06 | Asset / Lien & Recovery Analysis | 10 - 20 | $10,000 - $20,000 |
| 08 | R&G Retention & Fee Applications | 35 - 70 | $25,000 - $50,000 |
| 11 | Investigations | 5 - 10 | $6,000 - $12,000 |
| 12 | Sales | 15 - 30 | $12,150 - $25,000 |
| 13 | Claims Administration and Objections | 150 - 325 | $108,000 - $234,000 |
| 14 | Travel | 15 - 30 | $12,500 - $25,000 |
| 15 | Financing and Cash Collateral | 5 - 10 | $3,700 - $7,400 |
| 16 | Employment and Fee Applications | 20 - 40 | $15,000 - $30,000 |
| 17 | Executory Contracts/Leases | 10 - 20 | $9,000 - $18,000 |
| 18 | Plan and Disclosure Statement | 325 - 425 | $283,000 - $370,000 |
| 19 | Hearings | 40 - 60 | $26,000 - $39,000 |
| 20 | Case Administration | 40 - 80 | $20,000 - $40,000 |
| 21 | Business Operations | 10 - 30 | $12,300 - $36,900 |
| 22 | Meetings and Communications with Creditors | 10 - 30 | $9,400 - $29,000 |
| 23 | Creditor & Shareholder Inquiries | 5 - 15 | $5,600 - $17,000 |
| 24 | Corporate Matters | 10 - 20 | $8,500 - $17,000 |
| 25 | Employee Issues | 5 - 10 | $3,800 - $7,600 |
| 26 | Relief from Stay and Adequate Protection | 5 - 10 | $3,300 - $6,500 |
| | TOTAL | 804-1,401 | $649,250-$1,125,800 |

61561150_9

**EXHIBIT E-4**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Ropes & Gray Budget For January 1 – January 31, 2017

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 2 - 4 | $1,800 - $3,600 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 10 - 20 | $8,300 - $17,000 |
| 05 | Tax | 100 - 200 | $86,000 - $169,000 |
| 06 | Asset / Lien & Recovery Analysis | 5 - 15 | $5,000 - $15,000 |
| 08 | R&G Retention & Fee Applications | 25 - 50 | $20,000 - $40,000 |
| 11 | Investigations | 5 - 10 | $6,000 - $12,000 |
| 12 | Sales | 5 - 15 | $4,200 - $12,500 |
| 13 | Claims Administration and Objections | 100 - 400 | $70,000 - $280,000 |
| 14 | Travel | 30 - 50 | $30,000 - $50,000 |
| 15 | Financing and Cash Collateral | 0 | $0.00 |
| 16 | Employment and Fee Applications | 15 - 30 | $13,700 - $20,600 |
| 17 | Executory Contracts/Leases | 5 - 10 | $4,500 - $9,000 |
| 18 | Plan and Disclosure Statement | 50 - 100 | $46,000 - $92,000 |
| 19 | Hearings | 15 - 30 | $26,000 - $39,000 |
| 20 | Case Administration | 50 - 80 | $27,500 - $40,000 |
| 21 | Business Operations | 10 - 30 | $12,000 - $36,000 |
| 22 | Meetings and Communications with Creditors | 0 - 5 | $0 - $6,000 |
| 23 | Creditor & Shareholder Inquiries | 5 - 15 | $5,600 - $17,000 |
| 24 | Corporate Matters | 10 - 20 | $9,000 - $18,000 |
| 25 | Employee Issues | 2 - 4 | $1,600 - $3,200 |
| 26 | Relief from Stay and Adequate Protection | 5 - 15 | $3,800 - $11,400 |
| | TOTAL | 449-1,103 | $381,000-$891,300 |

61561150_9

**EXHIBIT E-5**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

### Ropes & Gray Budget For February 1 – February 28, 2017

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 2 - 4 | $1,800 - $3,600 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 6 - 12 | $7,200 - $14,400 |
| 05 | Tax | 60 - 170 | $50,000 - $150,000 |
| 06 | Asset / Lien & Recovery Analysis | 3 - 6 | $3,600 - $7,200 |
| 08 | R&G Retention & Fee Applications | 10 - 20 | $7,000 - $14,000 |
| 11 | Investigations | 2 - 8 | $2,000 - $7,500 |
| 12 | Sales | 2 - 6 | $2,000 - $5,000 |
| 13 | Claims Administration and Objections | 125 - 225 | $90,000 - $160,000 |
| 14 | Travel | 5 - 15 | $5,000 - $15,000 |
| 15 | Financing and Cash Collateral | 0 | $0.00 |
| 16 | Employment and Fee Applications | 10 - 20 | $6,000 - $12,000 |
| 17 | Executory Contracts/Leases | 10 - 30 | $7,700 - $23,000 |
| 18 | Plan and Disclosure Statement | 30 - 60 | $30,000 - $60,000 |
| 19 | Hearings | 7 - 16 | $8,000 - $17,500 |
| 20 | Case Administration | 30 - 60 | $18,000 - $36,000 |
| 21 | Business Operations | 5 - 12 | $5,000 - $15,000 |
| 22 | Meetings and Communications with Creditors | 0 - 5 | $0 - $6,000 |
| 23 | Creditor & Shareholder Inquiries | 5 - 10 | $6,000 - $12,000 |
| 24 | Corporate Matters | 6 - 16 | $5,000 - $15,000 |
| 25 | Employee Issues | 2 - 4 | $1,600 - $3,200 |
| 26 | Relief from Stay and Adequate Protection | 3 - 6 | $2,400 - $4,800 |
| | TOTAL | 323-705 | $258,300-$581,200 |

61561150_9

**EXHIBIT E-6**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Ropes & Gray Budget For March 1 – March 21, 2017

| Matter Number | Matter Description | Hours Budgeted | Fees Budgeted |
|---|---|---|---|
| 02 | Reporting | 2 - 4 | $1,900 - $3,800 |
| 04 | Litigation: Contested Matters and Adversary Proceedings | 5 - 10 | $6,300-$12,500 |
| 05 | Tax | 40 - 75 | $37,000 - $69,000 |
| 06 | Asset / Lien & Recovery Analysis | 2 - 4 | $2,700 - $5,300 |
| 08 | R&G Retention & Fee Applications | 30 - 60 | $24,500 - $49,000 |
| 11 | Investigations | 2 - 4 | $2,400 - $4,800 |
| 12 | Sales | 0 - 5 | $0 - $5,300 |
| 13 | Claims Administration and Objections | 40 - 75 | $32,000 - $60,000 |
| 14 | Travel | 5 - 10 | $5,000 - $10,000 |
| 15 | Financing and Cash Collateral | 0 | $0.00 |
| 16 | Employment and Fee Applications | 15 - 30 | $12,100 - $25,000 |
| 17 | Executory Contracts/Leases | 5 - 15 | $5,000 - $15,000 |
| 18 | Plan and Disclosure Statement | 25 - 50 | $27,000 - $54,000 |
| 19 | Hearings | 5 - 10 | $5,000 - $10,000 |
| 20 | Case Administration | 15 - 30 | $9,700 - $19,300 |
| 21 | Business Operations | 4 - 8 | $5,300 - $10,600 |
| 22 | Meetings and Communications with Creditors | 0 - 5 | $0 - $6,000 |
| 23 | Creditor & Shareholder Inquiries | 5 - 10 | $6,300 - $12,600 |
| 24 | Corporate Matters | 5 - 15 | $4,500 - $13,300 |
| 25 | Employee Issues | 2 - 5 | $1,800 - $4,500 |
| 26 | Relief from Stay and Adequate Protection | 0 - 5 | $0 - $5,000 |
| | TOTAL | 207-430 | $188,500-$395,000 |