# Exhibit F
## Staffing Plan for the Second Compensation Period

61561150_9

**EXHIBIT F**

# IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

### Ropes & Gray Staffing Plan For the Compensation Period of October 2016 through March 2017

**Staffing Plan – October 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 7 | 5 | $1,101.00 |
| Counsel | 2 | 2 | $798.00 |
| Associates | 18 | 15 | $640.40 |
| Paralegals and Staff | 8 | 6 | $321.00 |

**Staffing Plan – November 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 8 | 6 | $1,101.00 |
| Counsel | 2 | 3 | $893.00 |
| Associates | 20 | 15 | $715.00 |
| Paralegals and Staff | 10 | 8 | $321.00 |

**Staffing Plan – December 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 6 | 5 | $1,232.00 |
| Counsel | 3 | 3 | $825.00 |
| Associates | 20 | 12 | $715.00 |
| Paralegals and Staff | 10 | 5 | $321.00 |

61561150_9

**EXHIBIT F**

# IN RE: GAWKER MEDIA, LLC, ET AL.
# CASE NO. 16-11700-SMB

## Ropes & Gray Staffing Plan For the Compensation Period of October 2016 through March 2017

**Staffing Plan – January 2017**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 6 | 4 | $1,232.00 |
| Counsel | 3 | 1 | $825.00 |
| Associates | 16 | 9 | $715.00 |
| Paralegals and Staff | 7 | 3 | $321.00 |

**Staffing Plan – February 2017**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 5 | 2 | $1,200.00 |
| Counsel | 2 | 0 | $895.00 |
| Associates | 11 | 8 | $700.00 |
| Paralegals and Staff | 5 | 3 | $345.00 |

**Staffing Plan – March 1 – March 21, 2017**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Actual Number of Timekeepers to Work on the Matter During the Budgeted Period | Estimated Average Hourly Rate |
|---|---|---|---|
| Partners | 4 | 1 | $1,332.00 |
| Counsel | 2 | 2 | $885.00 |
| Associates | 10 | 6 | $700.00 |
| Paralegals and Staff | 5 | 2 | $345.00 |

61561150_9