**<u>Exhibit G</u>**
**Expense Summary for the Second and the Full Compensation Period**

61561150_9

**EXHIBIT G**

**IN RE: GAWKER MEDIA, LLC, ET AL.**
**CASE NO. 16-11700-SMB**

Ropes & Gray Expenses Summary for the
Second Compensation Period of October 1, 2016 through March 17, 2017

| EXPENSES | AMOUNTS |
|---|---:|
| Air/Rail Travel | $16,000.00 |
| Certified Copy | $203.00 |
| Color Photocopy | $249.50 |
| Computer Assisted Research | $101,697.58 |
| Courier Service | $548.36 |
| CourtCall Charges | $274.00 |
| Court Fees | $95.00 |
| Document Retrieval | $5.00 |
| Filing Fees | $400.00 |
| Hotel | $1,700.00 |
| Library Fees | $313.52 |
| Messenger Service | $264.62 |
| Miscellaneous | $58.94 |
| Photocopy | $3,092.00 |
| Print and Design | $1,176.24 |
| Tabs and Binding | $191.94 |
| Taxi/Car Service | $316.40 |
| Telephone | $72.00 |
| Transcript of Testimony | $3,902.06 |
| Total: | $130,560.16 |

-1-

61561150_9

**EXHIBIT G**

## IN RE: GAWKER MEDIA, LLC, ET AL.
## CASE NO. 16-11700-SMB

Ropes & Gray Expenses Summary for the
Full Compensation Period of June 10, 2016 through March 17, 2017

| EXPENSES | AMOUNTS |
|---|---|
| Air/Rail Travel | $16,000.00 |
| Certified Copy | $203.00 |
| Color Photocopy | $1,257.60 |
| Computer Assisted Research | $125,025.14 |
| Courier Service | $2,422.29 |
| CourtCall Charges | $836.00 |
| Court Fees | $95.00 |
| Document Retrieval | $5.00 |
| Filing Fees | $3,834.00 |
| Good Standing Certificate | $248.88 |
| Hotel | $1,700.00 |
| Library Fees | $313.52 |
| Lien Searches | $1,312.50 |
| Messenger Service | $264.62 |
| Miscellaneous | $58.94 |
| Photocopy | $8,160.79 |
| Postage | $45.90 |
| Print and Design | $1,176.24 |
| Recording Fees | $310.00 |
| Registered Agent | $574.00 |
| Tabs and Binding | $527.34 |
| Taxi/Car Service | $316.40 |
| Telephone | $72.00 |
| Transcript of Testimony | $14,257.25 |
| USPTO Charge – Recording | $1,575.00 |
| Total: | $180,591.41 |

61561150_9