## Exhibit G-1
### Detail of Expenses and Disbursements for the Second Compensation Period

ROPES & GRAY LLP

| Detail of Disbursements |
|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 07/18/16 | Computer Assisted Research - Pacer 07/18/16 - US courts AO dba Pacer Service Center | 4.00 |
| 08/09/16 | Computer Assisted Research - Pacer 08/09/16 - US courts AO dba Pacer Service Center | 3.40 |
| 10/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 21.55 |
| 10/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 2.53 |
| 10/02/16 | Paid To:  Westlaw Per:  Roche | 2,196.96 |
| 10/03/16 | Paid To:  Westlaw Per:  Roche | 736.92 |
| 10/04/16 | Paid To:  Westlaw Per:  Walkingshaw | 231.15 |
| 10/04/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 327.06 |
| 10/04/16 | Paid To:  Westlaw Per:  PS | 17.25 |
| 10/05/16 | Paid To:  Westlaw Per:  Soutter | 478.17 |
| 10/05/16 | Paid To:  Westlaw Per:  Walkingshaw | 150.42 |
| 10/05/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 614.79 |
| 10/06/16 | Paid To:  Westlaw Per:  PS | 75.21 |
| 10/07/16 | Paid To:  Westlaw Per:  Walkingshaw | 747.27 |
| 10/07/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 1,540.77 |
| 10/08/16 | Paid To:  Westlaw Per:  Walkingshaw | 265.65 |
| 10/10/16 | Paid To:  Westlaw Per:  Walkingshaw | 204.93 |
| 10/13/16 | Paid To:  Westlaw Per:  Roche | 1,861.62 |
| 10/13/16 | Paid To:  Westlaw Per:  Walkingshaw | 136.62 |
| 10/13/16 | Paid To:  Westlaw Per:  Weinberg | 204.93 |
| 10/14/16 | Paid To:  Westlaw Per:  Roche | 1,303.41 |
| 10/14/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 857.67 |
| 10/14/16 | Lexis Research | 46.48 |
| 10/17/16 | Paid To:  Westlaw Per:  Walkingshaw | 313.95 |
| 10/18/16 | Paid To:  Westlaw Per:  Sullivan | 1,132.29 |
| 10/20/16 | Paid To:  Westlaw Per:  Florence | 273.24 |
| 10/21/16 | Lexis Research | 92.96 |
| 10/24/16 | Paid To:  Westlaw Per:  Jones | 122.13 |
| 10/24/16 | Paid To:  Westlaw Per:  Roche | 1,994.10 |
| 10/25/16 | Paid To:  Westlaw Per:  Jones | 191.13 |
| 10/25/16 | Paid To:  Westlaw Per:  Roche | 908.04 |
| 10/25/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 136.62 |
| 10/25/16 | Lexis Research | 96.32 |
| 10/25/16 | Lexis Research | 44.24 |
| 10/26/16 | Lexis Research | 201.04 |
| 10/27/16 | Paid To:  Westlaw Per:  Jones | 258.75 |
| 10/27/16 | Paid To:  Westlaw Per:  Lovell | 136.62 |
| 10/27/16 | Paid To:  Westlaw Per:  Simpson | 136.62 |
| 10/27/16 | Paid To:  Westlaw Per:  McGee | 150.42 |
| 10/27/16 | Lexis Research | 53.20 |
| 10/28/16 | Paid To:  Westlaw Per:  Lovell | 340.17 |
| 10/28/16 | Paid To:  Westlaw Per:  Jones | 68.31 |
| 10/28/16 | Paid To:  Westlaw Per:  Siegle | 40.71 |
| 10/28/16 | Paid To:  Westlaw Per:  Ghodke | 68.31 |
| 10/28/16 | Paid To:  Westlaw Per:  Simpson | 109.02 |

| | **Detail of Disbursements** | | |
|---|---|---|---|
| 10/28/16 | Paid To: Westlaw Per: Walkingshaw | | 546.48 |
| 10/28/16 | Paid To: Westlaw Per: PS | | 136.62 |
| 10/28/16 | Lexis Research | | 885.36 |
| 10/28/16 | Lexis Research | | 443.52 |
| 10/29/16 | Paid To: Westlaw Per: Simpson | | 382.26 |
| 10/29/16 | Paid To: Westlaw Per: McGee | | 75.21 |
| 10/29/16 | Lexis Research | | 637.28 |
| 10/29/16 | Lexis Research | | 266.56 |
| 10/30/16 | Lexis Research | | 98.56 |
| 10/30/16 | Lexis Research | | 44.24 |
| 10/30/16 | Paid To: Westlaw Per: Lovell | | 614.79 |
| 10/30/16 | Paid To: Westlaw Per: Siegle | | 774.87 |
| 10/30/16 | Paid To: Westlaw Per: Ghodke | | 115.92 |
| 10/30/16 | Paid To: Westlaw Per: Simpson | | 273.24 |
| 10/30/16 | Paid To: Westlaw Per: Walkingshaw | | 81.42 |
| 10/31/16 | Paid To: Westlaw Per: HIRZ,GABRIELLE | | 244.26 |
| 10/31/16 | Paid To: Westlaw Per: Weinberg | | 491.97 |
| | | Computer Assisted Research | 25,009.51 |

**Courier Service**

| Date | Description | | Amount |
|---|---|---|---|
| 10/14/16 | Invoice No: 557755356 Trk#: 784281960089 Paid to: Fedex per 00764 Ship To: Honorable Judge Stuart M Bern | | 18.05 |
| 10/14/16 | Invoice No: 557755222 Trk#: 784282673320 Paid to: Fedex per 26815 Ship To: Ross Martin | | 26.16 |
| | | Courier Service | 44.21 |

**Court Fees**

| Date | Description | | Amount |
|---|---|---|---|
| 10/25/16 | 10/14/16 - William R Allen - Court Fee - CourtCall - Court: CCALL ID#7881831 LOS ANGELES    CA | | 44.00 |
| | | Court Fees | 44.00 |

**Filing Fees**

| Date | Description | | Amount |
|---|---|---|---|
| 10/05/16 | 09/29/16 - Meir C Weinberg - Filing Fee - Court Filing Fee - Court: COURTS/USBC-NY-SECF NEW YORK    NY | | 200.00 |
| 10/18/16 | 10/13/16 - Meir C Weinberg - Filing Fee - Court Filing Fee - Court: COURTS/USBC-NY-SECF NEW YORK    NY | | 200.00 |
| | | Filing Fee | 400.00 |

**Messenger Service**

| Date | Description | | Amount |
|---|---|---|---|
| 10/28/16 | Messenger Service - Paid to: WESTERN MESSENGER SERVICE, INC DBA WESTERN ATTORNEY SERVICE - Superior San Francisco 400 Mcallister Street San Francisco ; Ropes & Gray LLP 3 Embarcadero Center San Francisco | | 122.89 |
| 10/28/16 | Messenger Service - Paid to: WESTERN MESSENGER SERVICE, INC DBA WESTERN ATTORNEY SERVICE - Appeals CA 1st Dist-San Franci 350 Mcallister Street San Francisco ; Ropes & Gray LLP 3 Embarcadero Center San Francisco | | 63.49 |
| | | Messenger Service | 186.38 |

ROPES & GRAY LLP

| Detail of Disbursements |
|---|

**Print and Design**

| Date | Description | Amount |
|---|---|---|
| 07/16/16 | Print and Design - Paid to: WILLIAMS LEA INC. - Blowback Reassembly | 862.42 |
| | Print and Design | 862.42 |

**Tabs and Binding**

| Date | Description | Amount |
|---|---|---|
| 10/14/16 | Tabs and Binding | 0.90 |
| 10/14/16 | Tabs and Binding | 2.10 |
| 10/14/16 | Tabs and Binding | 3.30 |
| 10/14/16 | Tabs and Binding | 2.88 |
| 10/14/16 | Tabs and Binding | 13.68 |
| 10/14/16 | Tabs and Binding | 3.00 |
| 10/14/16 | Tabs and Binding | 6.00 |
| 10/14/16 | Tabs and Binding | 3.60 |
| 10/14/16 | Tabs and Binding | 1.62 |
| 10/14/16 | Tabs and Binding | 6.00 |
| 10/17/16 | Tabs and Binding | 5.58 |
| 10/17/16 | Tabs and Binding | 6.00 |
| 10/19/16 | Tabs and Binding | 0.96 |
| | Tabs and Binding | 55.62 |

**Transcript of Testimony**

| Date | Description | Amount |
|---|---|---|
| 08/08/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - original transcript | 99.75 |
| 10/14/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original Transcript | 492.67 |
| | Transcript of Testimony | 592.42 |

**Total Disbursements     $     27,194.56**

ROPES & GRAY LLP

| | **Detail of Disbursements** | |
|---|---|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 11/01/16 | Lexis Research | 139.44 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 47.99 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 10.23 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 3.70 |
| 11/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 0.35 |
| 11/02/16 | Paid To:  Westlaw Per:  Walkingshaw | 1,025.34 |
| 11/02/16 | Lexis Research | 2.24 |
| 11/03/16 | Paid To:  Westlaw Per:  Simpson | 136.62 |
| 11/03/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 68.31 |
| 11/04/16 | Paid To:  Westlaw Per:  Lovell | 231.15 |
| 11/04/16 | Paid To:  Westlaw Per:  Jones | 68.31 |
| 11/04/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 136.62 |
| 11/06/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 313.95 |
| 11/07/16 | Paid To:  Westlaw Per:  Jones | 68.31 |
| 11/07/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 313.95 |
| 11/08/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 531.99 |
| 11/09/16 | Paid To:  Westlaw Per:  ASHURAEY,SAM | 136.62 |
| 11/09/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 730.02 |
| 11/10/16 | Paid To:  Westlaw Per:  Lovell | 341.55 |
| 11/10/16 | Paid To:  Westlaw Per:  Jones | 68.31 |
| 11/10/16 | Paid To:  Westlaw Per:  ASHURAEY,SAM | 313.95 |
| 11/10/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,880.94 |
| 11/11/16 | Paid To:  Westlaw Per:  ASHURAEY,SAM | 68.31 |
| 11/11/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 856.29 |
| 11/12/16 | Paid To:  Westlaw Per:  Sturm | 204.93 |
| 11/13/16 | Lexis Research | 44.24 |
| 11/14/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,236.48 |
| 11/16/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 313.95 |
| 11/17/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 491.28 |
| 11/18/16 | Paid To:  Westlaw Per:  Simpson | 204.93 |
| 11/18/16 | Paid To:  Westlaw Per:  Simpson | 40.71 |
| 11/19/16 | Paid To:  Westlaw Per:  Lovell | 136.62 |
| 11/19/16 | Paid To:  Westlaw Per:  Siegle | 162.84 |
| 11/19/16 | Paid To:  Westlaw Per:  Ghodke | 505.77 |
| 11/19/16 | Lexis Research | 13.44 |
| 11/20/16 | Paid To:  Westlaw Per:  Lovell | 546.48 |
| 11/20/16 | Paid To:  Westlaw Per:  Siegle | 231.15 |
| 11/20/16 | Paid To:  Westlaw Per:  Ghodke | 827.31 |
| 11/21/16 | Paid To:  Westlaw Per:  Florence | 211.83 |
| 11/21/16 | Paid To:  Westlaw Per:  Lovell | 68.31 |
| 11/21/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 136.62 |
| 11/21/16 | Lexis Research | 1.12 |
| 11/22/16 | Paid To:  Westlaw Per:  Lovell | 204.93 |
| 11/22/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 546.48 |

### Detail of Disbursements

| | | |
|---|---|---:|
| 11/23/16 | Paid To:  Westlaw Per:  Lovell | 68.31 |
| 11/23/16 | Paid To:  Westlaw Per:  Walkingshaw | 306.36 |
| 11/25/16 | Paid To:  Westlaw Per:  Lovell | 143.52 |
| 11/25/16 | Paid To:  Westlaw Per:  Ghodke | 628.59 |
| 11/25/16 | Lexis Research | 150.64 |
| 11/26/16 | Paid To:  Westlaw Per:  McGee | 150.42 |
| 11/26/16 | Lexis Research | 144.48 |
| 11/27/16 | Paid To:  Westlaw Per:  Siegle | 109.02 |
| 11/27/16 | Lexis Research | 132.72 |
| 11/28/16 | Paid To:  Westlaw Per:  Lovell | 409.86 |
| 11/28/16 | Paid To:  Westlaw Per:  Dias | 13,123.11 |
| 11/28/16 | Paid To:  Westlaw Per:  O'Neill | 1,561.73 |
| 11/28/16 | Paid To:  Westlaw Per:  Nunez | 224.25 |
| 11/28/16 | Paid To:  Westlaw Per:  McGee | 75.21 |
| 11/28/16 | Paid To:  Westlaw Per:  Parkinson | 553.38 |
| 11/28/16 | Paid To:  Westlaw Per:  Walkingshaw | 68.31 |
| 11/28/16 | Paid To:  Westlaw Per:  Siegle | 325.68 |
| 11/28/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 204.93 |
| 11/28/16 | Paid To:  Westlaw Per:  Dias | 9,453.00 |
| 11/28/16 | Paid To:  Westlaw Per:  O'Neill | 747.70 |
| 11/28/16 | Paid To:  Westlaw Per:  PS | 69.00 |
| 11/28/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,639.44 |
| 11/28/16 | Paid To:  Westlaw Per:  Weinberg | 68.31 |
| 11/28/16 | Lexis Research | 44.24 |
| 11/29/16 | Paid To:  Westlaw Per:  PS | 68.31 |
| 11/29/16 | Paid To:  Westlaw Per:  Dias | 68.31 |
| 11/29/16 | Paid To:  Westlaw Per:  Weinberg | 68.31 |
| 11/29/16 | Lexis Research | 136.08 |
| | Computer Assisted Research | 44,367.13 |

**Courier Service**

| Date | Description | Amount |
|---|---|---:|
| 06/17/16 | Reversal from Cancelled Voucher 1393817 | -40.00 |
| 08/01/16 | Courier Service - Paid To: City Expeditor - CITY EXPEDITOR INC. | 20.00 |
| 09/16/16 | Reversal from Cancelled Voucher 1416696 | -19.10 |
| 09/23/16 | Reversal from Cancelled Voucher 1418765 | -47.41 |
| | Courier Service | -86.51 |

**CourtCall Charges**

| Date | Description | Amount |
|---|---|---:|
| 11/11/16 | CourtCall Charges | 58.00 |
| | CourtCall Charges | 58.00 |

**Library Fees**

| Date | Description | Amount |
|---|---|---:|
| 11/17/16 | Library Fees - Paid to: WEST PAYMENT CENTER - WCX TIER 2 STATE TRIAL COURT FEE | 288.52 |
| | Library Fees | 288.52 |

**Messenger Service**

| Date | Description | Amount |
|---|---|---:|
| 11/03/16 | Messenger Service - Paid to: WESTERN MESSENGER SERVICE, INC DBA WESTERN ATTORNEY SERVICE - Superior San Francisco 400 Mcallister Street | 78.24 |

ROPES & GRAY LLP

|  |  |
| :---: | :---: |
| **Detail of Disbursements** |  |

San Francisco ; Ropes & Gray LLP 3 Embarcadero Center San Francisco

|  |  |
| ---: | ---: |
| Messenger Service | 78.24 |

**Photocopy**

| Date | Description | Amount |
| --- | --- | ---: |
| 11/02/16 | 23 Pages of Photocopy @ $.10/page | 2.30 |
| 11/02/16 | 10 Pages of Photocopy @ $.10/page | 1.00 |
| 11/07/16 | 2095 BW Copies ($.10 per page) | 209.50 |
| 11/07/16 | 1256 BW Copies ($0.10 per page) | 125.60 |
| 11/07/16 | 1864 BW Copies/$.10 per page | 186.40 |
| 11/07/16 | 74 Color Photocopy ($.10/page) | 74.00 |
| 11/07/16 | 175 Color Photocopy ($.10/page) | 175.50 |
| 11/30/16 | 10 Pages of Photocopy ($.10/page) | 1.00 |
|  | Photocopy | 775.30 |

**Print and Design**

| Date | Description | Amount |
| --- | --- | ---: |
| 10/04/16 | Print and Design - Paid to: WILLIAMS LEA INC. - Blowback Reassembly | 313.82 |
|  | Print and Design | 313.82 |

**Tabs and Binding**

| Date | Description | Amount |
| --- | --- | ---: |
| 11/07/16 | Tabs and Binding | 3.30 |
| 11/07/16 | Tabs and Binding | 0.36 |
| 11/07/16 | Tabs and Binding | 1.26 |
| 11/07/16 | Tabs and Binding | 0.48 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 3.00 |
| 11/16/16 | Tabs and Binding | 3.00 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 0.24 |
| 11/16/16 | Tabs and Binding | 3.00 |
|  | Tabs and Binding | 15.12 |

**Transcript of Testimony**

| Date | Description | Amount |
| --- | --- | ---: |
| 11/07/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- original Transcript | 528.92 |
|  | Transcript of Testimony | 528.92 |

|  |  |  |
| ---: | :---: | ---: |
| **Total Disbursements** | **$** | **46,338.54** |

ROPES & GRAY LLP

### Detail of Disbursements

**Certified Copy**

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/16 | Certified Copy - Paid to: CT CORPORATION SYSTEM - Cert Copy of Certificate of Inc | 203.00 |
| | Certified Copy | 203.00 |

**Computer Assisted Research**

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 45.47 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 50.14 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 14.80 |
| 12/01/16 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 0.96 |
| 12/02/16 | Paid To:  Westlaw Per:  Florence | 75.21 |
| 12/02/16 | Paid To:  Westlaw Per:  Simpson | 90.39 |
| 12/02/16 | Paid To:  Westlaw Per:  Walkingshaw | 68.31 |
| 12/04/16 | Paid To:  Westlaw Per:  Walkingshaw | 115.92 |
| 12/06/16 | Paid To:  Westlaw Per:  Parkinson | 1,092.96 |
| 12/07/16 | Lexis Research | 13.44 |
| 12/08/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 450.57 |
| 12/08/16 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 748.65 |
| 12/08/16 | Lexis Research | 44.24 |
| 12/09/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 478.17 |
| 12/09/16 | Paid To:  Westlaw Per:  Weinberg | 177.33 |
| 12/09/16 | Lexis Research | 88.48 |
| 12/10/16 | Paid To:  Westlaw Per:  DZM | 68.31 |
| 12/12/16 | Paid To:  Westlaw Per:  Walkingshaw | 348.45 |
| 12/12/16 | Paid To:  Westlaw Per:  DZM | 136.62 |
| 12/13/16 | Paid To:  Westlaw Per:  Tolve | 218.04 |
| 12/14/16 | Paid To:  Westlaw Per:  Tolve | 245.64 |
| 12/15/16 | Paid To:  Westlaw Per:  Walkingshaw | 396.06 |
| 12/18/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 545.10 |
| 12/19/16 | Paid To:  Westlaw Per:  Lovell | 204.93 |
| 12/19/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 204.93 |
| 12/20/16 | Paid To:  Westlaw Per:  Walkingshaw | 366.39 |
| 12/20/16 | Paid To:  Westlaw Per:  Lovell | 136.62 |
| 12/20/16 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 204.93 |
| 12/21/16 | Paid To:  Westlaw Per:  Lovell | 409.86 |
| 12/21/16 | Paid To:  Westlaw Per:  Walkingshaw | 477.48 |
| 12/22/16 | Paid To:  Westlaw Per:  Lovell | 68.31 |
| 12/25/16 | Paid To:  Westlaw Per:  Walkingshaw | 422.97 |
| 12/26/16 | Paid To:  Westlaw Per:  Walkingshaw | 218.04 |
| 12/27/16 | Paid To:  Westlaw Per:  Lovell | 96.60 |
| 12/27/16 | Paid To:  Westlaw Per:  Walkingshaw | 271.86 |
| 12/29/16 | Paid To:  Westlaw Per:  Lovell | 1,213.71 |
| 12/29/16 | Paid To:  Westlaw Per:  Walkingshaw | 543.72 |
| 12/30/16 | Paid To:  Westlaw Per:  Florence | 273.24 |
| 12/30/16 | Paid To:  Westlaw Per:  Lovell | 531.99 |

ROPES & GRAY LLP

| | Detail of Disbursements | |
|---|---|---|

| | Computer Assisted Research | 11,158.84 |
|---|---|---|

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 09/12/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray LLP 1211 6th Avenue C-3 For Delivery of Boxes New york ; US Bankruptcy Court One Bowling Green Court Room 723 New york | 24.95 |
| 09/20/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 6th Ave No Contact Ny, Ny ; US Courthouse 1 Bowling Green -# 723 Stuart Bernstein Ny , Ny | 19.00 |
| 09/21/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray LLP 1211 6th Avenue C-3 For Delivery of Boxes New york ; US Bankruptcy Court One Bowling Green Court Room 723 New york | 9.00 |
| 09/30/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 6th Avenue C-3 New york ; Us courthouse 500 Pearl St Daniel patrick Ny, Ny | 9.00 |
| 10/05/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK 1 E;US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK 0LBS | 34.95 |
| 10/19/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK 1 E;U.S.BANKRUPTCY COURT 1 BOWLING GREEN COURTROOM NO.723 NY,NY 2 LBS | 9.00 |
| 11/02/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray 1211 AVE OF AMERICAS DARLENE 212-596-9554 NY, NY 1 ENV ; US BANKRUPTCY COURT 1 BOWLING GREEN RM 723 STUART BERNSTEIN NY,NY | 34.95 |
| 11/02/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray LLP 1211 6TH  AVE OF AMERICAS DARLENE 212-596-9554 NY, NY 1 ENV ; US BANKRUPTCY COURT ONE BOWLING GREEN NO CONTACT NEW YORK 1 LBS | 14.00 |
| 11/04/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS-Ropes & Gray 1211 AVE OF THE AMERICAS C-3 NEW YORK  ; HOR.STUART BERNSTEIN US BANKRUPTCY COURT 1 BOWLING GREEN RM 723 NY,NY | 9.00 |
| 11/30/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - 1211 AVE OF THE AMERICAS NO CONTACT NEW YORK NY : 1 BOWLING GREEN-ROOM 723 JUDGE STEWART BERNSTEIN NY, NY | 34.95 |
| 12/02/16 | Invoice No: 562924018 Trk#: 777784021559 Paid to: Fedex per 00705 Ship | 15.56 |
| 12/07/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK 1 ENVELOPS(s) ; OPPORTUNE LLP 10 EAST 53RD ST 33 FL NEW YORK 2 LBS | 9.00 |
| 12/08/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK ; US COURTHOUSE 1 BOWLING GREEN STUART BERNSTEIN NY, NY 0 LBS | 9.00 |
| 12/09/16 | Invoice No: 563796716 Trk#: 784846464935 Paid to: Fedex per 00764 Ship To: Hon  Judge Stuart M  Bernstein | 18.08 |
| 12/09/16 | Invoice No: 563796716 Trk#: 784836117069 Paid to: Fedex per 00705 Ship To: | 12.83 |

| Detail of Disbursements | |
|---|---|

| | Honorable Judge Stuart M Bern | |
|---|---|---|
| 12/09/16 | Invoice No: 563796623 Trk#: 777836043429 Paid to: Fedex per 00705 Ship | 12.83 |
| 12/09/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & Gray 1211 AVE OF THE AMERICAS C3/212-596-9355 NEW YORK ; JUDGE STUART M. BERNSTEIN ONE BOWLING GREEN COURTROOM 723 NEW YORK 0 LBS | 9.00 |
| 12/16/16 | Invoice No: 564472603 Trk#: 784929710602 Paid to: Fedex per 56317 Ship | 55.32 |
| | Courier Service | 340.42 |

**CourtCall Charges**

| Date | Description | Amount |
|---|---|---|
| 12/22/16 | CourtCall Charges - GAWKER MEDIA, LLC/ 16-11700 | 86.00 |
| 12/27/16 | CourtCall Charges - GAWKER MEDIA, LLC / 16-11700 | 37.00 |
| | CourtCall Charges | 123.00 |

**Document Retrieval**

| Date | Description | Amount |
|---|---|---|
| 10/28/16 | Document Retrieval - CSC/CORPORATION SERVICE COMPANY | 5.00 |
| | Document Retrieval | 5.00 |

**Photocopy**

| Date | Description | Amount |
|---|---|---|
| 12/01/16 | 2 Pages of Photocopy ($0.10 per page) | 0.20 |
| 12/05/16 | 1 Pages of Photocopy ($0.10 per page) | 0.10 |
| 12/05/16 | 5617 BW Copies ($0.10 per page) | 561.70 |
| 12/05/16 | 3108 BW Copies ($0.10 per page) | 310.80 |
| 12/05/16 | 820  BW Copies ($.10 per page) | 82.00 |
| 12/09/16 | 2 Pages of Photocopy ($0.10 per page) | 0.20 |
| 12/12/16 | 3 Pages of Photocopy ($0.10 per page) | 0.30 |
| 12/12/16 | 30 Pages of Photocopy ($.10 per page) | 3.00 |
| 12/12/16 | 5 Pages of Photocopy ($.10 per page) | 0.50 |
| 12/13/16 | 4975 BW Copies ($.10 per page) | 497.50 |
| 12/14/16 | 6 Pages of Photocopy ($0.10 per page) | 0.60 |
| 12/14/16 | 12 Pages of Photocopy ($0.10 per page) | 1.20 |
| 12/14/16 | 42 Pages of Photocopy ($0.10 per page) | 4.20 |
| 12/14/16 | 6 Pages of Photocopy ($0.10 per page) | 0.60 |
| 12/14/16 | 36 Pages of Photocopy ($0.10 per page) | 3.60 |
| 12/14/16 | 18 Pages of Photocopy ($0.10 per page) | 1.80 |
| 12/19/16 | 170  BW Copies ($0.10 per page) | 17.00 |
| | Photocopy | 1,485.30 |

**Tabs and Binding**

| Date | Description | Amount |
|---|---|---|
| 12/05/16 | Tabs and Binding | 1.08 |
| 12/05/16 | Tabs and Binding | 33.00 |
| 12/05/16 | Tabs and Binding | 19.92 |
| 12/05/16 | Tabs and Binding | 0.78 |
| 12/05/16 | Tabs and Binding | 10.50 |
| 12/07/16 | Tabs and Binding | 3.00 |
| 12/07/16 | Tabs and Binding | 0.18 |
| 12/08/16 | Tabs and Binding | 6.00 |
| 12/08/16 | Tabs and Binding | 0.48 |

ROPES & GRAY LLP

| Detail of Disbursements | | |
|---|---|---|

| 12/13/16 | Tabs and Binding | 3.06 |
| 12/13/16 | Tabs and Binding | 3.00 |
| 12/13/16 | Tabs and Binding | 4.80 |
| 12/19/16 | Tabs and Binding | 7.80 |
| | Tabs and Binding | 93.60 |

**Telephone**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 12/20/16 | 12/09/16 - Court call charges | 72.00 |
| | Telephone | 72.00 |

**Transcript of Testimony**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 12/05/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Transcript form Claims objection Hearing 12/01/2016 | 942.27 |
| 12/15/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original Transcript | 906.05 |
| 12/20/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- Original with 2 Certified Transcripts | 297.05 |
| 12/30/16 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original Transcript | 48.40 |
| | Transcript of Testimony | 2,193.77 |

|  | **Total Disbursements** | **$** | **15,674.93** |
|---|---|---|---|

ROPES & GRAY LLP

| Detail of Disbursements |
|---|

**Air/Rail Travel**

| Date | Description | Amount |
|---|---|---|
| 01/09/17 | 01/04/17 - Gabrielle G Hirz - Airfare - Travel to Budapest for meetings - Ticket Number: 2207934835506 - Airline: Other - Start Date: 01/13/2017 | 7,000.00 |
| 01/12/17 | 01/02/17 - Gregg M Galardi - Airfare - Roundtrip airfare to Budapest for meetings - Ticket Number: 0577934183304 - Airline: Other - Start Date: 01/13/2017 | 9,000.00 |
| | Air/Rail Travel | 16,000.00 |

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 10/03/16 | Computer Assisted Research - Pacer 10/03/16 - US courts AO dba Pacer Service Center | 0.60 |
| 10/04/16 | Computer Assisted Research - Pacer 10/04/16 - US courts AO dba Pacer Service Center | 1.00 |
| 10/04/16 | Computer Assisted Research - Pacer 10/04/16 - US courts AO dba Pacer Service Center | 2.50 |
| 10/05/16 | Computer Assisted Research - Pacer 10/05/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/05/16 | Computer Assisted Research - Pacer 10/05/16 - US courts AO dba Pacer Service Center | 2.20 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 1.10 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 0.70 |
| 10/07/16 | Computer Assisted Research - Pacer 10/07/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/10/16 | Computer Assisted Research - Pacer 10/10/16 - US courts AO dba Pacer Service Center | 2.70 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 0.30 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.30 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.80 |
| 10/11/16 | Computer Assisted Research - Pacer 10/11/16 - US courts AO dba Pacer Service Center | 4.90 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 5.20 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 1.60 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 18.80 |
| 10/12/16 | Computer Assisted Research - Pacer 10/12/16 - US courts AO dba Pacer Service Center | 0.50 |
| 10/13/16 | Computer Assisted Research - Pacer 10/13/16 - US courts AO dba Pacer Service Center | 3.00 |
| 10/13/16 | Computer Assisted Research - Pacer 10/13/16 - US courts AO dba Pacer Service Center | 76.80 |
| 10/14/16 | Computer Assisted Research - Pacer 10/14/16 - US courts AO dba Pacer Service Center | 4.80 |

ROPES & GRAY LLP

| | Detail of Disbursements | |
|---|---|---|
| 10/18/16 | Computer Assisted Research - Pacer 10/18/16 - US courts AO dba Pacer Service Center | 0.20 |
| 10/18/16 | Computer Assisted Research - Pacer 10/18/16 - US courts AO dba Pacer Service Center | 4.30 |
| 10/19/16 | Computer Assisted Research - Pacer 10/19/16 - US courts AO dba Pacer Service Center | 3.30 |
| 10/19/16 | Computer Assisted Research - Pacer 10/19/16 - US courts AO dba Pacer Service Center | 0.50 |
| 10/20/16 | Computer Assisted Research - Pacer 10/20/16 - US courts AO dba Pacer Service Center | 8.60 |
| 10/20/16 | Computer Assisted Research - Pacer 10/20/16 - US courts AO dba Pacer Service Center | 10.00 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 3.60 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 9.80 |
| 10/21/16 | Computer Assisted Research - Pacer 10/21/16 - US courts AO dba Pacer Service Center | 3.10 |
| 10/22/16 | Computer Assisted Research - Pacer 10/22/16 - US courts AO dba Pacer Service Center | 3.30 |
| 10/27/16 | Computer Assisted Research - Pacer 10/27/16 - US courts AO dba Pacer Service Center | 6.90 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 0.70 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 3.20 |
| 10/28/16 | Computer Assisted Research - Pacer 10/28/16 - US courts AO dba Pacer Service Center | 6.40 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 0.80 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 0.20 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 9.50 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 13.70 |
| 10/31/16 | Computer Assisted Research - Pacer 10/31/16 - US courts AO dba Pacer Service Center | 4.40 |
| 11/01/16 | Computer Assisted Research - Pacer 11/01/16 - US courts AO dba Pacer Service Center | 0.60 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 3.00 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 0.20 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 2.10 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 5.70 |
| 11/02/16 | Computer Assisted Research - Pacer 11/02/16 - US courts AO dba Pacer Service Center | 5.00 |
| 11/04/16 | Computer Assisted Research - Pacer 11/04/16 - US courts AO dba Pacer Service | 6.00 |

ROPES & GRAY LLP

| | Detail of Disbursements | |
|---|---|---|
| | Center | |
| 11/04/16 | Computer Assisted Research - Pacer 11/04/16 - US courts AO dba Pacer Service Center | 3.10 |
| 11/07/16 | Computer Assisted Research - Pacer 11/07/16 - US courts AO dba Pacer Service Center | 0.30 |
| 11/07/16 | Computer Assisted Research - Pacer 11/07/16 - US courts AO dba Pacer Service Center | 28.50 |
| 11/08/16 | Computer Assisted Research - Pacer 11/08/16 - US courts AO dba Pacer Service Center | 0.60 |
| 11/08/16 | Computer Assisted Research - Pacer 11/08/16 - US courts AO dba Pacer Service Center | 6.20 |
| 11/10/16 | Computer Assisted Research - Pacer 11/10/16 - US courts AO dba Pacer Service Center | 11.80 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 2.30 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 4.60 |
| 11/14/16 | Computer Assisted Research - Pacer 11/14/16 - US courts AO dba Pacer Service Center | 2.70 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 2.00 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 8.80 |
| 11/16/16 | Computer Assisted Research - Pacer 11/16/16 - US courts AO dba Pacer Service Center | 29.70 |
| 11/17/16 | Computer Assisted Research - Pacer 11/17/16 - US courts AO dba Pacer Service Center | 13.80 |
| 11/18/16 | Computer Assisted Research - Pacer 11/18/16 - US courts AO dba Pacer Service Center | 21.20 |
| 11/19/16 | Computer Assisted Research - Pacer 11/19/16 - US courts AO dba Pacer Service Center | 0.30 |
| 11/22/16 | Computer Assisted Research - Pacer 11/22/16 - US courts AO dba Pacer Service Center | 23.20 |
| 11/23/16 | Computer Assisted Research - Pacer 11/23/16 - US courts AO dba Pacer Service Center | 12.80 |
| 11/28/16 | Computer Assisted Research - Pacer 11/28/16 - US courts AO dba Pacer Service Center | 27.80 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.10 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.40 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 22.30 |
| 11/29/16 | Computer Assisted Research - Pacer 11/29/16 - US courts AO dba Pacer Service Center | 0.70 |
| 11/30/16 | Computer Assisted Research - Pacer 11/30/16 - US courts AO dba Pacer Service Center | 9.90 |
| 12/01/16 | Computer Assisted Research - Pacer 12/01/16 - US courts AO dba Pacer Service Center | 3.20 |
| 12/02/16 | Computer Assisted Research - Pacer 12/02/16 - US courts AO dba Pacer Service Center | 12.70 |

| | **Detail of Disbursements** | |
|---|---|---|
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 7.80 |
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 0.90 |
| 12/05/16 | Computer Assisted Research - Pacer 12/05/16 - US courts AO dba Pacer Service Center | 5.40 |
| 12/06/16 | Computer Assisted Research - Pacer 12/06/16 - US courts AO dba Pacer Service Center | 6.80 |
| 12/09/16 | Computer Assisted Research - Pacer 12/09/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/09/16 | Computer Assisted Research - Pacer 12/09/16 - US courts AO dba Pacer Service Center | 3.50 |
| 12/11/16 | Computer Assisted Research - Pacer 12/11/16 - US courts AO dba Pacer Service Center | 6.10 |
| 12/12/16 | Computer Assisted Research - Pacer 12/12/16 - US courts AO dba Pacer Service Center | 2.90 |
| 12/12/16 | Computer Assisted Research - Pacer 12/12/16 - US courts AO dba Pacer Service Center | 3.50 |
| 12/13/16 | Computer Assisted Research - Pacer 12/13/16 - US courts AO dba Pacer Service Center | 1.00 |
| 12/14/16 | Computer Assisted Research - Pacer 12/14/16 - US courts AO dba Pacer Service Center | 0.30 |
| 12/14/16 | Computer Assisted Research - Pacer 12/14/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/15/16 | Computer Assisted Research - Pacer 12/15/16 - US courts AO dba Pacer Service Center | 3.20 |
| 12/19/16 | Computer Assisted Research - Pacer 12/19/16 - US courts AO dba Pacer Service Center | 0.10 |
| 12/20/16 | Computer Assisted Research - Pacer 12/20/16 - US courts AO dba Pacer Service Center | 15.90 |
| 12/21/16 | Computer Assisted Research - Pacer 12/21/16 - US courts AO dba Pacer Service Center | 3.10 |
| 12/22/16 | Computer Assisted Research - Pacer 12/22/16 - US courts AO dba Pacer Service Center | 3.00 |
| 12/23/16 | Computer Assisted Research - Pacer 12/23/16 - US courts AO dba Pacer Service Center | 3.30 |
| 12/26/16 | Computer Assisted Research - Pacer 12/26/16 - US courts AO dba Pacer Service Center | 0.40 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 2.10 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 3.30 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.60 |
| 12/27/16 | Computer Assisted Research - Pacer 12/27/16 - US courts AO dba Pacer Service Center | 0.20 |
| 12/28/16 | Computer Assisted Research - Pacer 12/28/16 - US courts AO dba Pacer Service Center | 3.30 |

16-11700-smb    Doc 898-9    Filed 05/16/17    Entered 05/16/17 15:42:33    Exhibit G-1-
Detail of Expenses    Pg 16 of 21
ROPES & GRAY LLP

Invoice No.: 1061678
Page 39

| | **Detail of Disbursements** | |
|---|---|---|
| | Center | |
| 01/01/17 | Paid To:  Westlaw Per:  Walkingshaw | 1,282.02 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 13.48 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 1.06 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 14.05 |
| 01/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 2,127.59 |
| 01/03/17 | Paid To:  Westlaw Per:  Lovell | 163.53 |
| 01/09/17 | Paid To:  Westlaw Per:  Lovell | 115.92 |
| 01/11/17 | Paid To:  Westlaw Per:  Lovell | 184.23 |
| 01/12/17 | Paid To:  Westlaw Per:  Lovell | 734.85 |
| 01/13/17 | Paid To:  Westlaw Per:  Lovell | 341.55 |
| 01/17/17 | Paid To:  Westlaw Per:  Walkingshaw | 68.31 |
| 01/17/17 | Paid To:  Westlaw Per:  Lovell | 204.93 |
| 01/18/17 | Paid To:  Westlaw Per:  Walkingshaw | 293.25 |
| 01/19/17 | Paid To:  Westlaw Per:  Walkingshaw | 47.61 |
| 01/22/17 | Paid To:  Westlaw Per:  Walkingshaw | 258.75 |
| 01/22/17 | Paid To:  Westlaw Per:  Lovell | 300.15 |
| 01/23/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 478.17 |
| 01/24/17 | Paid To:  Westlaw Per:  Lovell | 1,535.94 |
| 01/25/17 | Paid To:  Westlaw Per:  Lovell | 436.77 |
| 01/26/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,179.21 |
| 01/26/17 | Lexis Research | 45.36 |
| 01/27/17 | Paid To:  Westlaw Per:  Ashuraey | 95.22 |
| 01/27/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 320.85 |
| 01/27/17 | Lexis Research | 96.88 |
| 01/28/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 68.31 |
| | Computer Assisted Research | 10,989.79 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 09/14/16 | Courier Service - Paid To: Deluxe Del - DELUXE DELIVERY SYSTEMS, INC. | 30.51 |
| 01/06/17 | Invoice No: 566609827 Trk#: 785171282319 Paid to: Fedex per 55550 Ship To: Walter Sanders | 18.25 |
| 01/25/17 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS- 1211 6th Ave of the Americas C3 Newyork-1 Bowling Green Court Room No.723 Newyork | 38.44 |
| | Courier Service | 87.20 |

**Hotel**

| Date | Description | Amount |
|---|---|---|
| 01/20/17 | 01/18/17 - Gregg M Galardi - Lodging - Lodging in Budapest | 850.00 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Lodging - Budapest | 850.00 |
| | Hotel | 1,700.00 |

**Photocopy**

| Date | Description | Amount |
|---|---|---|
| 01/04/17 | 11 Pages of Photocopy ($.10 per page) | 1.10 |
| 01/23/17 | 22 Pages of Photocopy ($.10 per page) | 2.20 |

ROPES & GRAY LLP

| **Detail of Disbursements** | |
|---|---:|

| 01/24/17 | 6 Pages of Photocopy ($.10 per page) | 0.60 |
| 01/25/17 | 6 Pages of Photocopy ($.10 per page) | 0.60 |
| 01/27/17 | 8060 BW Copies ($.10 per page) | 806.00 |
| | Photocopy | 810.50 |

**Tabs and Binding**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/10/17 | Tabs and Binding | 1.56 |
| 01/10/17 | Tabs and Binding | 6.00 |
| 01/27/17 | Tabs and Binding | 6.96 |
| | Tabs and Binding | 14.52 |

**Taxi/Car Service**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/13/17 | Requested By: Gregg M Galardi From: 515 E 72 St, NYC, NY To: JFK Airport, Jamaica, NY Office: NYC Car Voucher: 1100326 | 85.91 |
| 01/18/17 | Requested By: Gregg M Galardi From: JFK Airport, Jamaica, NY To: 515 E 72 St, NYC, NY Office: NYC Car Voucher: 1103240 | 97.04 |
| 01/20/17 | 01/17/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Taxi to Office - Merchant: Taxi Szamla - Travel Type: Out of Town | 10.34 |
| 01/20/17 | 01/15/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Taxi to hotel - Merchant: Szamla Taxi - Travel Type: Out of Town | 7.96 |
| 01/20/17 | 01/17/17 - Gregg M Galardi - Taxi/Car Service - Taxi while in Budapest - From/To: Office back to hotel - Merchant: Szamla Taxi - Travel Type: Out of Town | 13.78 |
| 01/24/17 | 01/13/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: BOS/BOS - Merchant: CAR SERVICE      East Weymouth      MA - Travel Type: To/From Airport | 34.80 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: Airport - Merchant: TAXI 2000 BUDAPEST - Travel Type: To/From Airport | 26.47 |
| 01/24/17 | 01/19/17 - Gabrielle G Hirz - Taxi/Car Service - Travel to Budapest for meetings - From/To: BOS/BOS - Merchant: BOS TAXI 1173 090105 LONG ISLAND C NY - Travel Type: To/From Airport | 40.10 |
| | Taxi/Car Service | 316.40 |

**Transcript of Testimony**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 01/27/17 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO. - Original with 2 Certified Transcripts | 203.45 |
| | Transcript of Testimony | 203.45 |

| | **Total Disbursements** | **$** | **30,121.86** |
|---|---|---|---:|

| **Detail of Disbursements** |
|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 11.81 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 0.54 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 0.27 |
| 02/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - Courtlink Product usage | 11.43 |
| 02/08/17 | Paid To:  Westlaw Per:  Lovell | 341.55 |
| 02/09/17 | Paid To:  Westlaw Per:  Lovell | 1,813.32 |
| 02/10/17 | Paid To:  Westlaw Per:  Lovell | 320.85 |
| 02/10/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,078.47 |
| 02/11/17 | Paid To:  Westlaw Per:  Lovell | 156.63 |
| 02/13/17 | Paid To:  Westlaw Per:  Lovell | 347.76 |
| 02/15/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 1,980.99 |
| 02/16/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 204.93 |
| 02/17/17 | Paid To:  Westlaw Per:  Weinberg | 683.10 |
| 02/22/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 546.48 |
| 02/22/17 | Lexis Research | 888.72 |
| 02/24/17 | Paid To:  Westlaw Per:  Ashuraey | 115.92 |
| 02/24/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 204.93 |
| 02/25/17 | Paid To:  Westlaw Per:  HIRZ,GABRIELLE | 136.62 |
| 02/28/17 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 279.45 |
| | Computer Assisted Research | 9,123.77 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 12/14/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK – US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK | 42.95 |
| 12/15/16 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - ROPES & GRAY LLP 1211 6TH AVENUE C-3 FOR DELIVERY OF BOXES NEW YORK – US BANKRUPTCY COURT ONE BOWLING GREEN COURT ROOM 723 NEWYORK | 9.00 |
| 02/10/17 | Invoice No: 570384656 Trk#: 785536975750 Paid to: Fedex per 00764 Ship To: Hon  Judge Stuart M Bernstein | 19.02 |
| 02/13/17 | Courier Service - Paid to: LUCKY 2 LOGISTICS, LLC D/B/A SDS GLOBAL LOGISTICS - Ropes & gray 1211 ave of the americas NO CONTACT new york ny 1 CTN ; US bankruptcy Court 1 Bowling Green room 723 stuart be rnstein NY, NY 20 LBS | 34.95 |
| 02/17/17 | Invoice No: 571130120 Trk#: 785609985197 Paid to: Fedex per 00764 Ship To: Honorable Judge Stuart M  Bernstein | 19.02 |
| | Courier Service | 124.94 |

**Court Fees – CourtCall Charges**

| Date | Description | Amount |
|---|---|---|
| 02/07/17 | 02/03/17 - William R Allen - Court Fee - Court Conference Appearance for Gawker Media LLC - Court: CCALL ID#8108132    LOS ANGELES CA | 51.00 |

ROPES & GRAY LLP

Invoice No.: 1067330
Page 38
Relief from Stay & Adequate Protection

| | | |
|---|---|---|
| **Detail of Disbursements** | | |

| 02/20/17 | CourtCall Charges | 93.00 |
|---|---|---|
| | Court Fees | 144.00 |

**Library Fees**

| Date | Description | Amount |
|---|---|---|
| 02/01/17 | Library Fees - Paid to: WISCONSIN TECHSEARCH - UNIVERSITY OF WISC- Dictionary Definition -UW | 25.00 |
| | Library Fees | 25.00 |

**Miscellaneous**

| Date | Description | Amount |
|---|---|---|
| 02/23/17 | 02/17/17 - Jonathan M Agudelo - WIFI service for work during flight | 24.99 |
| 02/27/17 | 02/21/17 - Jonathan M Agudelo - Using the wifi service for doing work during Delta flight | 33.95 |
| | Miscellaneous | 58.94 |

**Photocopy**

| Date | Description | Amount |
|---|---|---|
| 02/13/17 | 2,704 BW Copies at $0.10/page | 270.40 |
| | Photocopy | 270.40 |

**Tabs and Binding**

| Date | Description | Amount |
|---|---|---|
| 02/13/17 | Tabs and Binding | 11.04 |
| 02/17/17 | Tabs and Binding | 0.24 |
| 02/17/17 | Tabs and Binding | 1.80 |
| | Tabs and Binding | 13.08 |

**Transcript of Testimony**

| Date | Description | Amount |
|---|---|---|
| 02/16/17 | Transcript of Testimony - Paid to: VERITEXT NEW YORK REPORTING CO.- Omnibus Meaning Transcript | 383.50 |
| | Transcript of Testimony | 383.50 |

| **Total Disbursements** | **$** | **10,143.63** |
|---|---|---|

ROPES
& GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

### Timekeeper Fee Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Galardi, Gregg | 77.80 | 1,320.00 | 102,696.00 |
| Martin, D. Ross | 6.20 | 1,260.00 | 7,812.00 |
| Agudelo, Jonathan | 86.60 | 925.00 | 80,105.00 |
| Ashuraey, Sam | 3.50 | 500.00 | 1,750.00 |
| Hirz, Gabrielle | 42.00 | 785.00 | 32,970.00 |
| Kaneyasu-Speck, Shaw | 2.50 | 925.00 | 2,312.50 |
| Lovell, Ani-Rae | 35.80 | 490.00 | 17,542.00 |
| McGee, William A. | 30.20 | 670.00 | 20,234.00 |
| Sturm, Joshua Y. | 48.90 | 955.00 | 46,699.50 |
| Walkingshaw, Peter | 18.90 | 670.00 | 12,663.00 |
| Allen, William | 7.40 | 430.00 | 3,182.00 |
| Gonzalez, Roberto | 6.80 | 375.00 | 2,550.00 |
| Weinberg, Meir | 19.20 | 325.00 | 6,240.00 |
| **Total Hours** | **385.80** | **Total Amount $** | **336,756.00*** |

\* Please note that this total excludes the 50% reduction (-$938.75) for Travel, billed on matter 112782-0014.

Our Reference #: 112782

Joint Group: 112782.0217

ROPES & GRAY LLP

| Detail of Disbursements | | |
|---|---|---|

### Computer Assisted Research

| Date | Description | Amount |
|---|---|---|
| 03/01/17 | Paid To:  Westlaw Per:  Walkingshaw | 267.72 |
| 03/01/17 | Paid To:  Westlaw Per:  Sturm | 47.61 |
| 03/01/17 | Paid To:  Westlaw Per:  Ashuraey | 531.30 |
| 03/01/17 | Paid To:  Westlaw Per:  AGUDELO,JONATHAN | 181.47 |
| 03/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 10.43 |
| 03/01/17 | Computer Assisted Research - Paid to: RELX INC. dba. LEXISNEXIS, A DIVISION OF RELX INC. - CourtLink Product Usage | 10.01 |
| | Computer Assisted Research | 1,048.54 |

### Courier Service

| Date | Description | Amount |
|---|---|---|
| 03/03/17 | Invoice No: 572646297 Trk#: 785738956064 Paid to: Fedex per 00764 Ship To: Honorable Judge Stuart M  Bern | 19.05 |
| 03/17/17 | Invoice No: 574080240 Trk#: 785857599112 Paid to: Fedex per 00764 Ship To: Honorable Judge Stuart M  Bern | 19.05 |
| | Courier Service | 38.10 |

**Total Disbursements  $      1,086.64**