# Exhibit B

**Gawker Media LLC,** *et al*
**TIMEKEEPER SUMMARY**
**For the Period March 1 - March 17, 2017**

| NAME OF PROFESSIONAL | TITLE | DEPT. | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Freel, Michael | Manager | State & Local Tax | $ 412.00 | 2.75 | $ 1,133.00 |
| LiRosi, Paul | Director | Tax | $ 462.00 | 2.25 | $ 1,039.50 |
| Total Compensation | | | $ 434.50 | 5.00 | $ 2,172.50 |

**Gawker Media LLC,** *et al*
**SUMMARY BY LEVEL**
**For the Period March 1 - March 17, 2017**

| TOTALS | BLENDED HOURLY RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Directors | $ 462.00 | 2.25 | 1,039.50 |
| Managers | $ 412.00 | 2.75 | 1,133.00 |
| **Total Fees Incurred** | | 5.00 | 2,172.50 |

**Gawker Media LLC, *et al***
TASK CODE SUMMARY
For the Period March 1 - March 17, 2017

| SERVICE CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 300 | Taxes - General | 2.25 | $ 1,039.50 |
| 613 | SALT Professionals | 2.75 | $ 1,133.00 |
| TOTAL | | 5.00 | $ 2,172.50 |

Apr 21, 2017
Billing Worksheet
Client - Client Code
For the Period: 3/1/2017 - 3/17/2017

| WIP - 0 - Gawker Media - | Description | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| taxes | 400 Tax Audits | LiRosi,Pau | 3/1/2017 | review of 2014 officers compensation and reconciliation to tax return - provided Opportune with back up and emails | $ 462.00 | 1.50 | $ 693.00 |
| taxes | 400 Tax Audits | LiRosi,Pau | 3/3/2017 | email with Ryan Riddle on tax adjustments and officers comp. | $ 462.00 | 0.75 | $ 346.50 |
| taxes | 613 SALT Professionals | Freel,Mich | 3/14/2017 | review e-mail from Sarah @ Opportune re: IL payroll tax bankruptcy claim; pull notes and review files re: same; follow up e-mails from/to Eugene R.; review 2015 and 2014 401(k) Caseware files for prior payroll provider; calls to IL bankruptcy unit and Dept. of Rev. rep;summarye-mail to Sarah re: same and next steps to take | $ 412.00 | 2.75 | $ 1,133.00 |
|  |  |  |  |  |  | 5.00 | $ 2,172.50 |



# CITRIN COOPERMAN

Please remit payment to:
529 Fifth Avenue
New York, NY 10017
P. 212.697.1000

*Gawker Media*
*114 Fifth Avenue, Floor 2*
*New York, NY  10011*

*Invoice No.    784340*
*Date            04/30/2017*
*Client No.      42254.0*

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 17, 2017 AS FOLLOWS:

TAX ADVISORY SERVICES
    P. LIROSI                   2.25 HRS @ $462/HR                    $    1,039.50
    M. FREEL                  2.75 HRS @ $412/HR                        1,133.00

                                              Total This Invoice       $    2,172.50

**Payment due upon receipt.**
Please include this page or make reference to the invoice number and client number on your check.
Remit payment to our NY address at: 529 Fifth Avenue, New York, NY 10017.