**<u>Exhibit C</u>**

**Statement of Fees by Matter**

| MATTER | TOTAL HOURS BILLED | | TOTAL FEES | | PORTION ATTRIBUTED TO NON-DEBTOR DEFENDANTS | | TOTAL FEES FOR DEBTORS | |
|---|---|---|---|---|---|---|---|---|
| | SECOND COMP. PERIOD | FULL COMP. PERIOD | SECOND COMP. PERIOD | FULL COMP. PERIOD | SECOND COMP. PERIOD | FULL COMP. PERIOD | SECOND COMP. PERIOD | FULL COMP. PERIOD |
| *General* (00923-000) | --- | 43.50 | --- | $19,690.50 | --- | $0.00 | --- | $19,690.50 |
| *Bollea I* (00923-002) | 49.20 | 265.60 | $20,750.50 | $111,902.50 | $3,112.58 | $16,785.38 | $17,637.92 | $95,117.13 |
| *Williams* (00923-005) | .10 | .80 | $49.00 | $337.00 | $0.00 | $0.00 | $49.00 | $337.00 |
| *Terrill* (00923-010) | 59.10 | 114.40 | $25,836.00 | $48,995.00 | $3,875.40 | $7,349.25 | $21,960.90 | $41,645.75 |
| *Johnson* (00923-008) | .20 | .90 | $103.00 | $373.50 | $15.45 | $56.03 | $87.55 | $317.48 |
| *Huon* (00923-012) | 24.50 | 26.90 | $11,243.00 | $12,254.00 | $1,686.45 | $1,838.10 | $9,556.55 | $10,415.90 |
| *Bollea II* (00923-014) | 1.10 | 5.80 | $556.50 | $2,909.50 | $0.00 | $0.00 | $556.50 | $2,909.50 |
| *Ayyadurai* (00923-015) | 77.60 | 183.80 | $33,931.50 | $80,880.50 | $5,089.73 | $12,132.08 | $28,841.78 | $68,748.43 |
| *Bankruptcy Matters* (00923-017) | 32.40 | 190.70 | $15,959.00 | $92,260.50 | $0.00 | $0.00 | $15,959.00 | $92,260.50 |
| *Retention/Fee Applications* (00923-018) | 86.00 | 216.50 | $37,717.50 | $100,708.00 | $0.00 | $0.00 | $37,717.50 | $100,708.00 |
| **TOTALS:** | **330.20** | **1,154.30** | **146,146.00** | **470,311.00** | **$13,779.61** | **$38,160.84** | **$132,366.40** | **$432,150.18** |