**<u>Exhibit D</u>**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS | SECOND INTERIM COMP. PERIOD | | FULL COMP. PERIOD | |
|---|---|---|---|---|---|---|---|---|
| | | | | | HOURS | FEES | HOURS | FEES |
| Seth D. Berlin | Senior Partner | 1991 | $515.00 | *General, Bollea I, Terrill, Bankruptcy, Fee Application* | 46.80 | $24,102.00 | 186.40 | $95,996.00 |
| Michael Berry | Partner | 2000 | $490.00 | *Bollea I, Fee Application* | 10.60 | $5,194.00 | 93.10 | $45,619.00 |
| Katherine M. Bolger | Senior Partner | 1999 | $515.00 | *Terrill, Ayyadurai,* | 64.30 | $33,114.50 | 150.20 | $77,353.00 |
| Chad R. Bowman | Partner | 2003 | $490.00 | *Bankruptcy, Fee Application, Huon* | 43.60 | $21,364.00 | 92.90 | $45,521.00 |
| Jay Ward Brown | Senior Partner | 1992 | $515.00 | *Huon* | .30 | $154.50 | 3.60 | $1,854.00 |
| Lee Levine | Senior Partner | 1980 | $515.00 | *Huon* | .40 | $206.00 | .40 | $206.00 |
| Nathan E. Siegel | Senior Partner | 1992 | $515.00 | *Bankruptcy* | 6.20 | $3,193.00 | 37.40 | $19,261.00 |
| Alia Smith | Partner | 2001 | $490.00 | *Bollea I, Bankruptcy* | --- | --- | 7.30 | $3,577.00 |
| Rachel F. Strom | Partner | 2007 | $490.00 | *Ayyadurai* | --- | --- | 4.00 | $1,960.00 |

D-1

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS | SECOND INTERIM COMP. PERIOD | | FULL COMP. PERIOD | |
|---|---|---|---|---|---|---|---|---|
| | | | | | HOURS | FEES | HOURS | FEES |
| Michael Sullivan | Senior Partner | 1980 | $515.00 | *General, Bollea I, Terrill, Ayyadurai, Bankruptcy, Bollea II, Johnson* | --- | --- | 16.90 | $8,703.50 |
| Matthew E. Kelley | Mid-Level Associate | 2012 | $380.00 | *Huon* | 7.70 | $2,926.00 | 9.20 | $3,496.00 |
| Jeremy A. Kutner | Mid-Level Associate | 2014 | $380.00 | *Ayyadurai* | 15.7 | $5,966.00 | 65.30 | $24,814.00 |
| Adam Lazier | Mid-Level Associate | 2016 | $380.00 | *Terrill* | 26.30 | $9,994.00 | 65.30 | $24,814.00 |
| Maxwell S. Mishkin | Junior Associate | 2014 | $330.00 | *Bollea I* | 3.50 | $1,155.00 | 13.40 | $4,422.00 |
| Paul Safier | Senior Associate | 2009 | $405.00 | *Bollea I* | 27.50 | $11,137.50 | 166.10 | $67,270.50 |
| Thomas Sullivan | Senior Associate | 2009 | $405.00 | *Ayyadurai* | 2.00 | $810.00 | 2.00 | $810.00 |
| Shaina Ward | Senior Associate | 2009 | $405.00 | *Fee Application* | 56.00 | $22,680.00 | 81.70 | $33,088.50 |
| Scott Bailey | Paralegal | N/A | $215.00 | *Terrill,* | 12.50 | $2,687.50 | 14.90 | $3,160.50 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | HOURLY RATE | MATTERS | SECOND INTERIM COMP. PERIOD | | FULL COMP. PERIOD | |
|---|---|---|---|---|---|---|---|---|
| | | | | | HOURS | FEES | HOURS | FEES |
| Brian Earl | Paralegal | N/A | $215.00 | *Terrill, Ayyadurai* | 2.70 | $580.50 | 2.70 | $580.50 |
| Cynthia A. Lindsay | Paralegal | N/A | $215.00 | *Terrill, Ayyadurai, Bankruptcy* | --- | --- | 7.80 | $1,677.00 |
| Rebecca N. Pottash | Paralegal | N/A | $215.00 | *General, Bollea I* | --- | --- | 7.20 | $1,548.00 |
| Ryan Relyea | Paralegal | N/A | $215.00 | *Bollea I, Terrill, Bankruptcy,* | 4.10 | $881.50 | 21.30 | $4,579.50 |
| **TOTALS:** | | | | | **330.20** | **$146,146.00** | **1,048.90** | **$470,311.00** |

| TOTALS | BLENDED HOURLY RATE | | TOTAL HOURS BILLED | | TOTAL COMPENSATION | |
| --- | --- | --- | --- | --- | --- | --- |
| | SECOND COMP. PERIOD | FULL COMP. PERIOD | SECOND COMP. PERIOD | FULL COMP. PERIOD | SECOND COMP. PERIOD | FULL COMP. PERIOD |
| Partners | $507.86 | $505.00 | 172.20 | 592.20 | $87,328.00 | $300,050.50 |
| Associates | $383.57 | $383.57 | 138.70 | 403.00 | $54,668.50 | $158,715.00 |
| Paraprofessionals | $215.00 | $215.00 | 19.30 | 53.70 | $4,149.50 | $11,545.50 |
| All Attorneys | $445.71 | $444.29 | 310.90 | 995.20 | $141,996.50 | $458,765.50 |
| All Timekeepers | $368.81 | $367.86 | 330.20 | 1,048.90 | $146,146.00 | $470,311.00 |
| **TOTALS:** | | | **330.20** | **1,048.90** | **$146,146.00** | **$470,311.00** |

D-4