**<u>Exhibit F</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| CATEGORY | EXPENSES | |
|---|---|---|
| | SECOND COMP. PERIOD | FULL COMP. PERIOD |
| Electronic Document Management Services | $10,574.49 | $17,028.60 |
| Local Counsel | $931.25 | $931.25 |
| Transcript Fees | $2,146.76 | $2,146.76 |
| Litigation Support Vendors | $10.89 | (-$39.11[14]) |
| Court Fees | $100.00 | $100.00 |
| Travel | --- | $1,917.04 |
| Filing Fees | --- | $45.00 |
| Court Calls | --- | $109.00 |
| Experts | --- | $650.00 |
| **TOTALS:** | **$13,763.38** | **$22,888.54** |

---

[14] This amount is a credit to the Debtors.