# Exhibit G

**Disbursement Detail**

**Second Interim Compensation Period**

| Date | Name | Amount | Matter | Category | Description |
| --- | --- | --- | --- | --- | --- |
| 10/12/16 | Integreon | $2,103.74 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 10/12/16 | New York City Bar Association | $10.89 | *Terrill* | Litigation Support Vendors | Legal Research |
| 11/1/16 | Courts USDC | $100.00 | *Ayyadurai* | Court Fees | Pro Hac Vice Fee- K. Bolger |
| 11/16/16 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 12/07/2016 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 01/11/2017 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 02/14/2017 | Integreon | $918.09 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 03/09/2017 | Integreon | $918.09 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |

| Date | Name | Amount | Matter | Category | Description |
|---|---|---|---|---|---|
| 01/17/2017 | Veritext | $142.80 | *Terrill* | Transcript Fees | 12/13/2016 case #16 before Judge Bernstein |
| 03/17/2017 | Lynch Thompson | $931.25 | *Huon* | Local Counsel | Local Counsel Fees |
| 02/01/2017 | Automated Transcription Services | $1,603.96 | *Williams* | Transcript Fees | Copies of hearing transcript |
| 02/01/2017 | Automated Transcription Services | $400.00 | *Williams* | Transcript Fees | Copies of hearing transcript Williams v MLB Network |

**Full Compensation Period**

| Date | Name | Amount | Matter | Category | Description |
|---|---|---|---|---|---|
| 6/10/16 | Paul Safier | $28.95 | *Bollea I* | Travel | Taxi in Tampa, FL for court hearing |
| 6/10/16 | Paul Safier | $202.27 | *Bollea I* | Travel | Hotel lodging in Tampa, FL for court hearing |
| 6/10/16 | Michael Berry | $14.95 | *Bollea I* | Travel | Internet fees |
| 6/10/16 | Michael Berry | $239.20 | *Bollea I* | Travel | Hotel lodging in Tampa, FL for court hearing |
| 6/10/16 | Michael Berry | $97.75 | *Bollea I* | Travel | Rental car service |
| 6/10/16 | Attendees: Michael Berry & Paul Safier | $40.00 | *Bollea I* | Travel | Meals |
| 6/10/16 | Michael Berry | $8.57 | *Bollea I* | Travel | Meals |
| 6/10/16 | Michael Berry | $51.81 | *Bollea I* | Travel | Taxi from airport after attending court hearing |

| 6/10/16 | Michael Berry | $2.94 | *Bollea I* | Travel | Meals |
|---|---|---|---|---|---|
| 6/26/16 | ProShred | -$50.00 | *Bollea I* | Litigation Support Vendors | Refund of deposit for shredding services |
| 6/30/16 | Integreon | $2,103.74 | *Bollea I* | Litigation Support Vendors | Data management services |
| 6/30/16 | Integreon | $142.90 | *Terrill* | Litigation Support Vendors | Data management services |
| 7/11/16 | The Center for Forensic Economic Studies | $650.00 | *Williams* | Experts | Document review |
| 7/18/16 | Michael Berry | $244.00 | *Bollea I* | Travel | Amtrak ticket from PA to NYC to attend bankruptcy hearing |
| 7/19/16 | Michael Berry | $28.00 | *Bollea I* | Travel | Parking fees in NY for court hearing |
| 7/19/16 | Seth Berlin | $442.10 | Bankruptcy Matters | Travel | Airfare to NY for bankruptcy court hearing |
| 7/19/16 | Seth Berlin | $181.00 | Bankruptcy Matters | Travel | Amtrak from NY after bankruptcy court hearing |
| 7/19/16 | Seth Berlin | $56.05 | Bankruptcy Matters | Travel | Taxi from airport in connection with travel for bankruptcy court hearing |
| 7/19/16 | Seth Berlin | $203.88 | Bankruptcy Matters | Travel | Taxi from home to airport – round trip in connection with bankruptcy court hearing |
| 7/19/16 | Seth Berlin | $1.70 | Bankruptcy Matters | Travel | Meals |
| 7/19/16 | Attendees: Seth Berlin, Michael Berry, Heather Dietrick, & Courtenay | $46.25 | Bankruptcy Matters | Travel | Meals |

G-3

| | O'Connor | | | | |
|---|---|---|---|---|---|
| 7/19/16 | Attendees: Seth Berlin & Michael Berry | $22.00 | Bankruptcy Matters | Travel | Meals |
| 7/19/16 | Seth Berlin | $5.62 | Bankruptcy Matters | Travel | Food purchase in connection with bankruptcy appearance travel |
| 7/31/16 | Integreon | $2,103.74 | *Bollea I* | Litigation Support Vendors | Data management services |
| 8/9/16 | Seth Berlin | $44.00 | Bankruptcy Matters | Court Calls | Courtcall Appearance |
| 8/18/16 | Michael Sullivan | $65.00 | Bankruptcy Matters | Court Calls | Courtcall Appearance |
| 09/01/16 | Nassau County | $45.00 | General | Filing Fee | Motion Fee |
| 09/07/2016 | Integreon | $2,103.74 | *Bollea I* | Litigation Support Vendors | Data management services |
| 10/12/16 | Integreon | $2,103.74 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 10/12/16 | New York City Bar Association | $10.89 | *Terrill* | Litigation Support Vendors | Legal Research |
| 11/1/16 | Courts USDC | $100.00 | *Ayyadurai* | Court Fees | Pro Hac Vice Fee- K. Bolger |
| 11/16/16 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management | Relativity data hosting & user license |

| | | | | Services | |
|---|---|---|---|---|---|
| 12/07/2016 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 01/11/2017 | Integreon | $2,211.52 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 02/14/2017 | Integreon | $918.09 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 03/09/2017 | Integreon | $918.09 | *Bollea I* | Electronic Document Management Services | Relativity data hosting & user license |
| 01/17/2017 | Veritext | $142.80 | *Terrill* | Transcript Fees | 12/13/2016 case #16 before Judge Bernstein |
| 03/17/2017 | Lych Thompson | $931.25 | *Huon* | Local Counsel | Local Counsel Fees |
| 02/01/2017 | Automated Transcription Services | $1,603.96 | *Williams* | Transcript Fees | Copies of hearing transcript |
| 02/01/2017 | Automated Transcription Services | $400.00 | *Williams* | Transcript Fees | Copies of hearing transcript Williams v MLB Network |

G-5