# Exhibit B

## Time Detail

THOMAS & LOCICERO
601 South Boulevard
Tampa, FL 33606
813-984-3060
Federal Tax I.D. No.: 20-3966788

Gawker Media, LLC
114 5th Avenue
2nd Floor
New York NY 10011-5611

Page: 1
October 20, 2016
Account No:    474-000001
Statement No:    175472

Attn: William Holden

Terry Bollea v. Gawker Media LLC

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/2016 | REF | Attend hearing on motion for stay of judgment and update clients re same. | 320.00 | 4.00 | 1,280.00 |
| | JJM | Review notice and related materials to ensure they are ready for filing (.9); conduct numerous phone calls with clerk of Pinellas County and clerk of Second DCA re notice of appeal, need for case number, and possible emergency motion for stay (1.2); review and respond to emails and phone calls from counsel at hearing (2.0). | 365.00 | 4.10 | 1,496.50 |
| 06/16/2016 | GDT | Review emails from S. Vogt to T. McCreary regarding stay of proceedings and cancellation of hearing (.1); review M. Berry email confirming application of bankruptcy stay (.1); review email from Circuit Court Clerk's office regarding preparation of the record on appeal--forward to M. Berry, P. Safier and S. Berlin (.2); review M. Berry's email regarding (.1); review email from T. McCreary regarding decision regarding June status hearing (.1). | 495.00 | 0.60 | 297.00 |
| 06/17/2016 | GDT | Review and respond to emails (.1); review K. Brown's emails regarding the (.1); review email from M. Berry regarding (.1). | 495.00 | 0.30 | 148.50 |
| 06/23/2016 | GDT | Review Order from Second DCA regarding stay of proceedings and need to report to the Court in 120 days. | 495.00 | 0.10 | 49.50 |
| | | For Current Services Rendered | | 9.10 | 3,271.50 |

Gawker Media, LLC  Page 2
October 20, 2016
Account No: 474-000001
Statement No: 175472

Terry Bollea v. Gawker Media LLC

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregg Thomas | 1.00 | $495.00 | $495.00 |
| Rachel E Fugate | 4.00 | 320.00 | 1,280.00 |
| James J McGuire | 4.10 | 365.00 | 1,496.50 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 06/10/2016 | Riesdorph Reporting Group, Inc. - Attendance at hearing before The Honorable Pamela A.M. Campbell on 6/10/16, rough draft and transcript of hearing. | 997.00 |
| 06/10/2016 | Rachel E. Fugate - Travel expenses re hearing on 6/10/16. | 89.33 |
| 06/15/2016 | Clerk of Court, Pinellas County - Filing fee. | 121.00 |
| 06/15/2016 | Clerk, Second District Court of Appeal - Filing fee for new Appeal. | 300.00 |
| 06/30/2016 | Copy charges for June 2016 (714 @ .07). | 49.98 |
| 07/25/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to Bajo Cuva Cohen & Turkel on 7/25/16. | 14.00 |
| 07/25/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Second District Court of Appeals in Lakeland, FL, on 7/25/16. | 65.00 |
| 07/26/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Pinellas County Courthouse on 7/26/16. | 28.50 |
| 07/27/2016 | The Florida Bar - Pro Hac Vice admission fees for Seth Berlin, Paul Safier, and Michael Berry. | 750.00 |
| 07/29/2016 | Second District Court of Appeal - Pro Hac Vice fee for S. Berlin, P. Safier, and M. Berry. | 305.00 |
| 07/31/2016 | Copy charges for July 2016 (501 @ .07). | 35.07 |
| 08/09/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to the Pinellas County Courthouse on 8/9/16. | 24.50 |
| 08/11/2016 | Riesdorph Reporting Group, Inc. - Attendance at hearing before The Honorable Pamela A.M. Campbell on 8/11/16 and transcript of hearing. | 457.00 |
| 08/11/2016 | Rachel E. Fugate - Travel expenses to attend hearing in St. Petersburg, FL, on 8/11/16. | 29.15 |
| 08/23/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to Ken Turkel, Bajo Cuva Cohen & Turkel, P.A., on 8/23/16. | 14.00 |
| 08/23/2016 | Faithful Xpress - Courier service from Thomas & LoCicero to JP Morgan Chase on 8/23/16. | 14.00 |
| 08/31/2016 | Copy charges for August 2016 (972 @ .07). | 68.04 |
| 09/30/2016 | Copy charges for September 2016 (35 @ .07). | 2.45 |
| | Total Expenses | 3,364.02 |
| | Total Current Work | 6,635.52 |
| | Balance Due | $6,635.52 |

**We accept Visa, MasterCard, Discover, and American Express.**

THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL 33606
813-984-3060
Federal Tax I.D. No.: 20-3966788

Gawker Media, LLC
114 5th Avenue
2nd Floor
New York  NY  10011-5611

Attn: William Holden

Page: 1
October 20, 2016
Account No:    474-000006
Statement No:    175473

Bankruptcy

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 06/10/2016 | GDT | Telephone conferences regarding. | 495.00 | 0.40 | 198.00 |
| | REF | Meet and confer with LSKS team, bankruptcy counsel and client re | 320.00 | 4.80 | 1,536.00 |
| 06/20/2016 | GDT | Review Terry Bollea's notice of filing two Orders from the Bankruptcy Court in the Southern District of New York. | 495.00 | 0.10 | 49.50 |
| 06/28/2016 | GDT | Emails to and from S. Berlin (.1); telephone with S. Berlin regarding (.1). | 495.00 | 0.20 | 99.00 |
| 07/19/2016 | GDT | Review emails to and from counsel from Ropes and Gray. | 495.00 | 0.10 | 49.50 |
| 07/25/2016 | GDT | Review Order from Bankruptcy Court regarding stay. | 495.00 | 0.10 | 49.50 |
| 08/05/2016 | REF | Conference call with bankruptcy counsel re | 320.00 | 0.50 | 160.00 |
| 08/08/2016 | GDT | Attend hearing telephonically on retention motions in Gawker Bankruptcy. | 495.00 | 0.20 | 99.00 |
| 08/09/2016 | GDT | Attend Gawker bankruptcy hearing by telephone. | 495.00 | 0.80 | 396.00 |
| 08/16/2016 | GDT | Review emails regarding scheduling hearing before Bankruptcy Court. | 495.00 | 0.10 | 49.50 |
| 08/18/2016 | GDT | Telephonic attendance at retention hearing in Bankruptcy Court in the Southern District of New York. | 495.00 | 0.30 | 148.50 |

Gawker Media, LLC  October 20, 2016
Account No: 474-000006
Statement No: 175473

Bankruptcy

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 09/14/2016 | GDT | Review email from M. Berry and attached stipulation regarding lifting of the bankruptcy stay to proceed to an appeal in the Second DCA (.2); office conference with R. Fugate (.1); email to M. Berry (.1). | 495.00 | 0.40 | 198.00 |
|  | REF | Review stipulation re lifting stay in bankruptcy proceeding and confer with G. Thomas | 320.00 | 0.30 | 96.00 |
|  |  | For Current Services Rendered |  | 8.30 | 3,128.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregg Thomas | 2.70 | $495.00 | $1,336.50 |
| Rachel E Fugate | 5.60 | 320.00 | 1,792.00 |

Expenses

| 08/09/2016 | CourtCall - Conference call fee for hearing on 8/9/16. | 44.00 |
|---|---|---|
| 08/18/2016 | CourtCall - Conference call fee for hearing on 8/18/16. | 37.00 |
|  | Total Expenses | 81.00 |
|  | Total Current Work | 3,209.50 |
|  | Balance Due | $3,209.50 |

**We accept Visa, MasterCard, Discover, and American Express.**