# Exhibit C

## Expense Detail

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNTS |
|---|---|
|  |  |
| Courier Service | $160.00 |
| CourtCall Charges | $81.00 |
| Filing Fees | $1,476.00 |
| Travel | $118.48 |
| Photocopy | $155.54 |
|  |  |
|  |  |
|  |  |
| Transcript of Testimony | $1,454.00 |
|  |  |
| **Total:** | **$3,445.02** |