# Exhibit D

## Blended Rate Comparison Table

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $367.82 | 17.4 | $6,400.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Fees Incurred |  | 17.4 | $6,400.00 |