## Exhibit E

**Timekeeper Summary**

## TIMEKEEPER SUMMARY

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | |
|---|---|---|---|---|---|---|---|
| Gregg D. Thomas | Partner | Litigation | 1976 | $495.00 | 3.7 | $1,831.50 | |
| Rachel E. Fugate | Partner | Litigation | 1998 | $320.00 | 9.6 | $3,072.00 | |
| James J. McGuire | Partner | Litigation | 1993 | $365.00 | 4.1 | $1,496.50 | |
| | | | | | | | |
| | | | | | | | |