## Exhibit A

**Certification of Compliance**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                :

In re                                            :        Chapter 11
                                                :

Gawker Media LLC, *et al.*,[1]            :        Case No. 16-11700 (SMB)
                                                :

               Debtors.             :        (Jointly Administered)
                                                :
------------------------------------------------------x

**CERTIFICATION UNDER LOCAL GUIDELINES IN RESPECT OF THE FIRST APPLICATION OF BRANNOCK & HUMPHRIES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 10, 2016, THROUGH SEPTEMBER 30, 2016**

I, Steven L. Brannock, hereby certify that:

1.      I am a partner with the applicant firm, Brannock & Humphries ("B&H"), Special Litigation Counsel for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. (f/k/a Kinja Kft.) ("Gawker Hungary" and collectively with Gawker Media and GMGI, the "Debtors").

2.      In accordance with Rule 2016-1(a) of the Local Bankruptcy Rules for the Southern District of New York and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective February 5, 2013 (the "Local Guidelines"), this certification is made with respect to B&H's Second Interim and Final Application for Allowance and Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through March 17, 2017.

3.      Pursuant to Paragraph B.1 of the Local Guidelines, I certify that:

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

      a.    I have read the Application;

      b.    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements requested are consistent with the Local Guidelines;

      c.    The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by B&H and generally accepted by B&H's clients; and

      d.    In providing reimbursable services, B&H does not make a profit on such services, whether performed by B&H in-house or through a third party.

4.    With respect to B.2 of the Local Guidelines, I certify that B&H has previously provided a monthly statement of B&H's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the terms of the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 94] entered in these cases.

5.    With respect to section B.3 of the Local Guidelines, I certify that: (i) the Debtors, (ii) the U.S. Trustee, and (iii) the Committee have been provided with a copy of the Application concurrently with the filing thereof and will have at least fourteen (14) days' notice of the date set for objections to the Application.

Dated: May 16, 2017

          **/s/Steven L. Brannock**
          Steven L. Brannock
          BRANNOCK & HUMPHRIES
          1111 W. Cass Street, Suite 200
          Tampa, Florida 33606
          Telephone: (813) 223-4300
          Facsimile: (813) 262-0604
          sbrannock@bhappeals.com

          *Special Litigation Counsel to the Debtors and Debtors in Possession*