**Exhibit B**

**December-March Summary**

**TOTAL TIMEKEEPER SUMMARY (DECEMBER 1, 2016 – MARCH 17, 2017)**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION[1] |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 4.1 | $1,947.50 | $1,676.75 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 4.5 | $630.00 | $571.20 |
| Courtney L. Phillips | Paralegal | Appellate | N/A | $60.00 | 0.2 | $12.00 | $10.20 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REQUESTED COMPENSATION[2] |
|---|---|---|---|---|
| Partners and Counsel | $475.00 | 4.1 | $1,947.50 | $1,676.75 |
| Paraprofessionals/Staff | $136.60 | 4.7 | $642.00 | $581.70 |
| Total Fees Incurred | | 8.8 | $2,589.50 | $2,258.45 |

---

[1] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Litigation Matter.
[2] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Litigation Matter.

**GAWKER MEDIA LITIGATION MATTER TIMEKEEPER SUMMARY (DECEMBER 1, 2016 – MARCH 17, 2017)**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 3.8 | $1,805.00 | $1,534.25 |
| Sarah U. DePerto | Paralegal | Appellate | N/A | $140.00 | 2.8 | $392.00 | $333.20 |
| Courtney L. Phillips | Paralegal | Appellate | N/A | $60.00 | 0.2 | $12.00 | $10.20 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION (85% OF TOTAL) |
|---|---|---|---|---|
| Partners and Counsel | $475.00 | 3.8 | $1,805.00 | $1,534.25 |
| Paraprofessionals/Staff | $134.67 | 3.0 | $404.00 | $343.40 |
| Total Fees Incurred | | 6.8 | $2,209.00 | $1,877.65 |

**GAWKER BANKRUPTCY RETENTION MATTER TIMEKEEPER SUMMARY (DECEMBER 1, 2016 – MARCH 17, 2017)**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 0.3 | $142.50 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 1.7 | $238.00 |

| TOTALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $475.00 | 0.3 | $142.50 |
| Paraprofessionals/Staff | $140.00 | 1.7 | $238.00 |
| Total Fees Incurred | | 2.0 | $380.50 |