## Exhibit C

**Time Detail**

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| Services: | | | | | |
| 6/10/2016 | CCB | Before leaving for hearing, emails with P. Safier and P. Padovano regarding ███████ ████████████████████████ █████████████████████████ (.7); travel to/from St. Petersburg for hearing and attend hearing on motion for stay pending appeal, bond, and other post-trial discovery issues, including work at courthouse with R. Fugate, M. Berry, and P. Safier to work on notice of appeal, emergency stay pending appeal (7.7); follow-up upon return to office about amending suggestion of bankruptcy to correct filing date(.2). | 8.60 | $400.00 | $3,440.00 |
| 6/10/2016 | PJP | Review motion for stay and provisional motion for stay (1.8); prepare comments and revisions ██████████ (.4); Phone Conference with Seth, Paul, Nathan & Ceci re: ██████████████████ (.4). | 2.60 | $475.00 | $1,235.00 |
| 6/10/2016 | CLP | Review email from C. Berman and call trial counsel regarding ████████████████. | 0.10 | $60.00 | $6.00 |
| 6/13/2016 | SUD | Office conference with C. Berman regarding ████████████████████ ██████████████████████████. | 0.20 | $140.00 | $28.00 |
| 6/14/2016 | CCB | Receipt and review of DCA suggestion of bankruptcy filing. | 0.10 | $400.00 | $40.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 6/17/2016 | CCB | Telephone conference with P. Safier regarding ██████ (.2); locate article by Second DCA judge about impact of bankruptcy filing on appellate proceedings and ██████ ██████ (.1). | 0.30 | $400.00 | $120.00 |
| 6/20/2016 | SLB | Conference regarding ██████ ██████ ██████ ██████. | 0.80 | $475.00 | $380.00 |
| 6/22/2016 | SLB | Review, analysis and revision of agreed stay order and ██████ (.6); extensive conference regarding ██████ ██████ (.6). | 1.20 | $475.00 | $570.00 |
| 6/22/2016 | SUD | Email with S. Brannock regarding ██████ ██████ ██. | 0.30 | $140.00 | $42.00 |
| 6/27/2016 | SLB | Review and revise draft stay order (.3); conference with trial counsel regarding ██ (.2). | 0.50 | $475.00 | $237.50 |
| 6/29/2016 | CCB | Correspondence with P. Safier regarding ██████ ██████ ██████ ██. | 0.30 | $400.00 | $120.00 |
| 7/6/2016 | SUD | Telephone conferences with P. Safier regarding ██████. | 0.20 | $140.00 | $28.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/6/2016 | SLB | Various conferences with trial counsel regarding ███████ ████████ . | 0.40 | $475.00 | $190.00 |
| 7/11/2016 | SUD | Telephone conference with Paul Safier regarding ███████ (.1); email Paul Safier regarding ███ ████████ (.1). | 0.20 | $140.00 | $28.00 |
| 7/14/2016 | SLB | Consider strategy in connection with ███ ██████████ (.3); review ██████ ██████████ (.2). | 0.50 | $475.00 | $237.50 |
| 9/12/2016 | SLB | Preparation for and participation in strategy conferences regarding ██████ ████████ ████████ (1.0); review draft proposed stipulations concerning appellate timing issues in the Second DCA (.8). | 1.80 | $475.00 | $855.00 |
| 9/13/2016 | SLB | Further strategy conferences among the team regarding ████████ ██████████ (.8); preparation for conferences and review of draft stipulations (.5). | 1.30 | $475.00 | $617.50 |
| 9/14/2016 | SLB | Exchange email correspondence regarding ██████████ ████████ ████ . | 0.30 | $475.00 | $142.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016

**Invoice Num:** 4344

**Billing Through:** Sep 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/14/2016 | SUD | Office conference with S. Brannock regarding ███████ ████████████████████. | 0.10 | $140.00 | $14.00 |
| 9/15/2016 | SLB | Consider strategy relating to ████████ ███████████ (.2); exchange emails regarding ████ (.2). | 0.30 | $475.00 | $142.50 |
| 9/29/2016 | SLB | Conference regarding ██████████ ████████████████████████ ████ (.5); consideration of issues relating to ████████████████████████ ████ (.7). | 1.20 | $475.00 | $570.00 |

|  |  |
|--|--|
| **Total Service Amount:** | **$9,043.50** |
| **Amount Due This Invoice:** | **$9,043.50** |
| | *This invoice is due upon receipt* |

**Staff Summary**

| Name | Code | Hours | Rate | Amount |
|------|------|-------|------|--------|
| **Ceci Berman** | CCB | 9.30 | $400.00 | $3,720.00 |
| **Courtney L. Phillips** | CLP | 0.10 | $60.00 | $6.00 |
| **Philip J. Padovano** | PJP | 2.60 | $475.00 | $1,235.00 |
| **Sarah DePerto** | SUD | 1.00 | $140.00 | $140.00 |
| **Steven L. Brannock** | SLB | 8.30 | $475.00 | $3,942.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 7/5/2016 | SUD | Review ▮▮▮▮▮▮ (.2); conference with S. Brannock regarding ▮▮▮ (.1); review motion for entry of order authorizing retention (.2); conference with S. Brannock regarding ▮▮▮ (.1). | 0.60 | $140.00 | $84.00 |
| 7/14/2016 | SUD | Run conflict check relevant to bankruptcy retention (1.7); conference with S. Brannock regarding ▮▮▮ (.2); review items needed to complete retention application (.1); conference with S. Brannock and S. Ehrhard regarding ▮▮▮ (.1). | 2.10 | $140.00 | $294.00 |
| 7/15/2016 | SUD | Continue bankruptcy conflict check (1.9); review draft retention application (.3); conference with S. Brannock regarding ▮▮▮ (.1); email S. Ehrhard regarding ▮▮▮▮▮▮▮ (.1). | 2.40 | $140.00 | $336.00 |
| 7/18/2016 | SLB | Continue to work on the motion papers relating to Brannock & Humphries retention as counsel. | 0.80 | $475.00 | $380.00 |
| 7/19/2016 | SLB | Continued work on the retention motions. | 1.40 | $475.00 | $665.00 |
| 7/19/2016 | SUD | Revise retention application (.5); conference with S. Brannock regarding ▮▮▮ (.1). | 0.60 | $140.00 | $84.00 |
| 7/21/2016 | SLB | Continued work on retention motions and applications. | 0.80 | $475.00 | $380.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/22/2016 | SLB | Edit, proof and review retention application. | 1.50 | $475.00 | $712.50 |
| 7/27/2016 | CLP | Review emails from S. Brannock regarding ▮▮▮▮▮ (.1); email S. Brannock regarding ▮▮▮▮▮ (.1). | 0.20 | $60.00 | $12.00 |
| 8/1/2016 | SLB | Work on issues relating to ▮▮▮▮▮ (.4); review retention applications(.8); various conferences regarding ▮▮▮▮▮ (.3); consideration of issues raised by the retention(.2). | 1.70 | $475.00 | $807.50 |
| 8/6/2016 | SLB | Conference regarding ▮▮▮▮▮ . | 0.30 | $475.00 | $142.50 |
| 8/8/2016 | SLB | Preparation for bankruptcy retention hearing including various conferences with bankruptcy counsel and co-counsel regarding ▮▮▮▮▮ (1.1); review retention materials prior to the hearing (.7). | 1.80 | $475.00 | $855.00 |
| 8/8/2016 | SUD | Telephone conference with Ropes lawyer regarding ▮▮▮▮▮ and conference with S. Brannock regarding ▮▮▮▮▮ . | 0.10 | $140.00 | $14.00 |
| 8/9/2016 | SLB | Prepare for (.8) and participation in hearing on retention of counsel for the appeal (1.3). | 2.10 | $475.00 | $997.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 8/12/2016 | SLB | Various conferences with co-counsel regarding ███████ (.5); review of potential agreements regarding fee applications (.6). | 1.10 | $475.00 | $522.50 |
| 8/15/2016 | SLB | Various conferences with co-counsel regarding ███████. | 0.70 | $475.00 | $332.50 |
| 8/16/2016 | SLB | Review of correspondence regarding ███████ (.5); various conferences regarding ███████ (.4); prepare for upcoming bankruptcy retention hearing (.4). | 1.30 | $475.00 | $617.50 |
| 8/17/2016 | SLB | Continued participation in conferences regarding ███████ (.7); preparation for retention hearing including review of agreements and retention application (1.5). | 2.20 | $475.00 | $1,045.00 |
| 8/18/2016 | SLB | Prepare for (.5) and attend (1.5) Gawker bankruptcy retention hearing. | 2.00 | $475.00 | $950.00 |
| 8/29/2016 | SLB | Conference with co-counsel regarding ███████. | 0.40 | $475.00 | $190.00 |
| 9/13/2016 | SLB | Conference regarding ███████ (.3) and ███████ (.1). | 0.40 | $475.00 | $190.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

## Invoice

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 9/16/2016 | SUD | Prepare draft fee filings for submission to bankruptcy court (0.4); email with S. Brannock regarding ▮ (0.1). | 0.50 | $140.00 | $70.00 |
| 9/19/2016 | SUD | Review bills and continue bankruptcy fee filings (1.2); conference with S. Brannock regarding ▮ (0.3); conference with S. Ehrhard regarding billing reports (0.1); telephone conference with Alex McGee regarding ▮▮▮▮▮▮▮▮ (0.1); email Seth Berlin, Mike Berry and Paul Safier regarding ▮▮▮▮ (0.1). | 1.80 | $140.00 | $252.00 |
| 9/19/2016 | SLB | Work on issues relating to the fee retention and fee submission. | 0.50 | $475.00 | $237.50 |
| 9/20/2016 | SLB | Continued work on retention and fee submission issues including redacting of fee entries and preparation of additional materials necessary for the bankruptcy filing. | 1.30 | $475.00 | $617.50 |
| 9/20/2016 | SUD | Edit monthly statement (0.8); various conferences with S. Brannock regarding ▮ (0.4); telephone conference with Alex McGee regarding ▮▮▮▮▮▮ (0.2). | 1.40 | $140.00 | $196.00 |
| 9/21/2016 | SLB | Various conferences regarding ▮▮▮▮▮▮ (.3); work on bankruptcy submissions relating to payment (.9). | 1.20 | $475.00 | $570.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/21/2016 | SUD | Email Ropes & Gray regarding ▮▮▮▮▮ ▮▮▮▮▮ (0.1); conference with S. Brannock regarding ▮▮▮▮▮ (0.1); revise draft monthly statement and email Michael Berry regarding ▮▮▮▮▮ (0.2). | 0.40 | $140.00 | $56.00 |
| 9/23/2016 | SLB | Work on issues relating the retention in Gawker including review of court's order approving the retention. | 0.30 | $475.00 | $142.50 |
| 9/23/2016 | SUD | Telephone conference with Alex McGee regarding ▮▮▮▮▮ (0.1); review and discuss ▮▮ with S. Brannock (0.2). | 0.30 | $140.00 | $42.00 |
| 9/29/2016 | SUD | Office conference with S. Brannock regarding ▮▮▮▮▮ and email to Ropes & Gray regarding ▮▮. | 0.10 | $140.00 | $14.00 |
| 9/29/2016 | SLB | Conference regarding ▮▮▮▮▮ and regarding ▮▮▮▮▮ ▮▮▮. | 0.30 | $475.00 | $142.50 |

**Total Service Amount:** $11,951.50

**Amount Due This Invoice:** $11,951.50

*This invoice is due upon receipt*

### Staff Summary

| | | | | |
|---|---|---|---|---|
| Courtney L. Phillips | CLP | 0.20 | $60.00 | $12.00 |
| Sarah DePerto | SUD | 10.30 | $140.00 | $1,442.00 |
| Steven L. Brannock | SLB | 22.10 | $475.00 | $10,497.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 19, 2016

**Invoice Num:** 4348

**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4411

**Billing Through:** Oct 31, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 10/14/2016 | SUD | Email S. Brannock regarding ███████ ███████████████. | 0.10 | $140.00 | $14.00 |
| | | | **Total Service Amount:** | | **$14.00** |
| | | | **Amount Due This Invoice:** | | **$14.00** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | | |
|--|--|--|--|--|--|
| **Sarah DePerto** | | SUD | 0.10 | $140.00 | $14.00 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4409

**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 10/10/2016 | SLB | Work on the various administrative filings connected with the fee submission. | 0.80 | $475.00 | $380.00 |
| 10/12/2016 | SUD | Review bills and prepare monthly statement (0.9); conference with S. Brannock regarding ▮ (0.1). | 1.00 | $140.00 | $140.00 |
| 10/13/2016 | SUD | Telephone conference with Ropes & Gray regarding ▮ (0.2); conference with S. Brannock regarding ▮ (0.1). | 0.30 | $140.00 | $42.00 |
| 10/14/2016 | SUD | Email Jonathan Agudelo regarding ▮ . | 0.10 | $140.00 | $14.00 |
| 10/17/2016 | SUD | Review fee application. | 0.10 | $140.00 | $14.00 |
| 10/19/2016 | SLB | Finalize bankruptcy fee package (.3); various conferences with the trial and bankruptcy team regarding ▮ (.2). | 0.50 | $475.00 | $237.50 |
| 10/19/2016 | SUD | Revise and finalize monthly fee application (0.6); telephone conference with Ropes & Gray regarding ▮ (0.1); email Ropes & Gray regarding ▮ (0.1). | 0.80 | $140.00 | $112.00 |
| 10/20/2016 | SUD | Make various revisions to monthly fee application (0.3); draft service letters and email regarding ▮ (0.2). | 0.50 | $140.00 | $70.00 |
| 10/24/2016 | SUD | Email Ropes & Gray regarding ▮ . | 0.10 | $140.00 | $14.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016

**Invoice Num:** 4409

**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | | **Total Service Amount:** | | **$1,023.50** |
| | | | **Amount Due This Invoice:** | | **$1,023.50** |
| | | | | | *This invoice is due upon receipt* |

**Staff Summary**

| | | | | | |
|---|---|---|---|---|---|
| **Sarah DePerto** | | SUD | 2.90 | $140.00 | $406.00 |
| **Steven L. Brannock** | | SLB | 1.30 | $475.00 | $617.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Dec 8, 2016

**Invoice Num:** 4456

**Billing Through:** Nov 30, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 11/1/2016 | SLB | Receipt and review of Second DCA order on the briefing schedule; exchange emails with the trial court team regarding ▮▮▮ ▮▮▮▮▮. | 0.30 | $475.00 | $142.50 |
| 11/2/2016 | SLB | Various conferences regarding ▮▮▮▮ ▮▮▮▮; consideration of ▮▮▮▮. | 0.70 | $475.00 | $332.50 |
| 11/8/2016 | SLB | Various strategy conferences regarding ▮▮ ▮▮▮▮▮▮▮ ▮▮. | 0.60 | $475.00 | $285.00 |
| 11/18/2016 | SLB | Various conferences regarding ▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮. | 0.40 | $475.00 | $190.00 |
| 11/30/2016 | SLB | Various conferences regarding ▮▮▮ ▮▮▮▮▮▮▮; review of the draft status report. | 0.40 | $475.00 | $190.00 |

|  |  |
|---|---|
| **Total Service Amount:** | **$1,140.00** |
| **Amount Due This Invoice:** | **$1,140.00** |
| | *This invoice is due upon receipt* |

**Staff Summary**

| | | | | | |
|---|---|---|---|---|---|
| **Steven L. Brannock** | SLB | 2.40 | $475.00 | $1,140.00 | |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Dec 8, 2016

**Invoice Num:** 4457

**Billing Through:** Nov 30, 2016

## Gawker - Bankruptcy

**Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/2/2016 | SUD | Draft fee application (2.2); telephone conference with Alex McGee regarding ██████ (0.2); conference with S. Brannock regarding ██ (0.2). | 2.60 | $140.00 | $364.00 |
| 11/2/2016 | SLB | Work on bankruptcy fee report. | 0.50 | $475.00 | $237.50 |
| 11/3/2016 | SUD | Continue drafting first fee application (2.9); conferences with S. Brannock regarding ██ (0.2). | 3.10 | $140.00 | $434.00 |
| 11/4/2016 | SUD | Email and telephone conference with Alex McGee regarding ████████ (0.6); continue preparation of fee application (2.6); various conference with S. Brannock regarding ██ (0.3) | 3.50 | $140.00 | $490.00 |
| 11/7/2016 | SUD | Review edits to fee application, make additional revisions, and gather exhibits to same (0.2); email Ropes & Gray regarding ████████ (0.2); conference with S. Brannock regarding ████████ (0.1); draft correspondence to court and trustee enclosing unredacted copies of fee application (0.1). | 0.60 | $140.00 | $84.00 |
| 11/7/2016 | SLB | Edit, proof, and revise application for fees in the bankruptcy court(.9); various conferences regarding ██ (.3). | 1.20 | $475.00 | $570.00 |
| 11/8/2016 | SUD | Revise letters to Judge and Trustee enclosing first fee application (0.1); conference with S. Ehrhard regarding ████ ████████ (0.1). | 0.20 | $140.00 | $28.00 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

**Invoice Date:** Dec 8, 2016

**Invoice Num:** 4457

**Billing Through:** Nov 30, 2016

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 11/15/2016 | SUD | Telephone conference with Corinne Capps regarding ▮▮▮ (0.2); review billing program regarding ▮▮▮ (0.2). | 0.40 | $140.00 | $56.00 |
| 11/16/2016 | SUD | Prepare second monthly fee statement (0.5); email LEDES billing information to US Trustee (0.1). | 0.60 | $140.00 | $84.00 |
| 11/17/2016 | SUD | Finalize second monthly fee statement (0.5); conference with S. Brannock regarding ▮▮▮ (0.1). | 0.60 | $140.00 | $84.00 |
| 11/18/2016 | SLB | Work on new fee application and summary of fees for the bankruptcy court. | 1.40 | $475.00 | $665.00 |
| 11/18/2016 | SUD | Finalize monthly fee statement and email to Ropes and Gray. | 0.20 | $140.00 | $28.00 |
| 11/21/2016 | SLB | Finalize summary for the bankruptcy court. | 0.30 | $475.00 | $142.50 |
| 11/21/2016 | CLP | Office conference with  S. DePerto regarding ▮▮▮ .1); pull document for file and save; scan letters enclosing second monthly statement and process for FedEx(.1). | 0.20 | $60.00 | $12.00 |
| 11/30/2016 | SUD | Email S. Brannock regarding ▮▮▮ . | 0.10 | $140.00 | $14.00 |
| 11/30/2016 | SLB | Various conferences regarding ▮▮▮ ; conference regarding ▮▮▮ . | 0.50 | $475.00 | $237.50 |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Dec 8, 2016

**Invoice Num:** 4457

**Billing Through:** Nov 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | | | **Total Service Amount:** | **$3,530.50** |
| | | | | **Amount Due This Invoice:** | **$3,530.50** |
| | | | | | *This invoice is due upon receipt* |

**Staff Summary**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| **Courtney L. Phillips** | | CLP | 0.20 | $60.00 | $12.00 |
| **Sarah DePerto** | | SUD | 11.90 | $140.00 | $1,666.00 |
| **Steven L. Brannock** | | SLB | 3.90 | $475.00 | $1,852.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Jan 12, 2017

**Invoice Num:** 4502

**Billing Through:** Dec 31, 2016

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 12/5/2016 | SLB | Various conferences regarding ███████. | 0.40 | $475.00 | $190.00 |
| 12/6/2016 | CLP | Review email from S. Brannock, send draft motion to withdraw as counsel of record(.1); finalize draft motion, file and serve(.1). | 0.20 | $60.00 | $12.00 |
| 12/6/2016 | SLB | Various conferences with the trial team regarding ███████. | 0.30 | $475.00 | $142.50 |

**Total Service Amount:** $344.50

**Amount Due This Invoice:** $344.50

*This invoice is due upon receipt*

### Staff Summary

| | | | | |
|---|---|---|---|---|
| **Courtney L. Phillips** | CLP | 0.20 | $60.00 | $12.00 |
| **Steven L. Brannock** | SLB | 0.70 | $475.00 | $332.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

---

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Jan 12, 2017

**Invoice Num:** 4501

**Billing Through:** Dec 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 12/1/2016 | SLB | Conference regarding ████████ ████████. | 0.30 | $475.00 | $142.50 |
| 12/19/2016 | SUD | Draft monthly fee statement (0.4); email Ropes & Gray regarding same (0.1). | 0.50 | $140.00 | $70.00 |
| 12/20/2016 | SUD | Revise and finalize monthly fee statement (0.2); conference with S. Brannock regarding ████████ (0.1); review order on first fee application (0.3); telephone conference with Ropes & Gray regarding ████████ (0.2); draft letters to Court and US Trustee enclosing monthly fee statement (0.2). | 1.00 | $140.00 | $140.00 |

**Total Service Amount:** $352.50

**Amount Due This Invoice:** $352.50

*This invoice is due upon receipt*

### Staff Summary

| | | | | |
|--|--|--|--|--|
| **Sarah DePerto** | SUD | 1.50 | $140.00 | $210.00 |
| **Steven L. Brannock** | SLB | 0.30 | $475.00 | $142.50 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Jan 12, 2017

**Invoice Num:** 4505

**Billing Through:** Jan 12, 2017

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 1/11/2017 | SLB | Receipt and review of correspondence from counsel regarding ████████ (.3); conference with co-counsel regarding ████ (.3); internal conference regarding ████████ (.1). | 0.50 | $475.00 | $237.50 |

|  |  |  |  | **Total Service Amount:** | **$237.50** |
|--|--|--|--|--|--|
|  |  |  |  | **Amount Due This Invoice:** | **$237.50** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | | |
|--|--|--|--|--|--|
| **Steven L. Brannock** | SLB | 0.50 | $475.00 | $237.50 | |

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Feb 9, 2017

**Invoice Num:** 4550

**Billing Through:** Jan 31, 2017

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 1/13/2017 | SUD | Review file regarding ███████ ████████ (2.3); email S. Brannock regarding ████████ (.3). | 2.60 | $140.00 | $364.00 |

| | | | | Total Service Amount: | **$364.00** |
|--|--|--|--|------------------------|-------------|
| | | | | Amount Due This Invoice: | **$364.00** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | |
|--|--|--|--|--|
| **Sarah DePerto** | SUD | 2.60 | $140.00 | $364.00 |

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

## Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** May 9, 2017

**Invoice Num:** 4689

**Billing Through:** Mar 17, 2017

## Gawker Media, LLC vs. Bollea, et al.

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 2/3/2017 | SLB | Conference regarding ███████ ██████ (.2); emails to the trial team regarding ████ (.1). | 0.30 | $475.00 | $142.50 |
| 2/6/2017 | SLB | Further conversations among the trial team concerning ████████████. | 0.70 | $475.00 | $332.50 |
| 2/9/2017 | SLB | Various conferences regarding ████████ ████████████. | 0.30 | $475.00 | $142.50 |
| 3/15/2017 | SUD | Review and revise letters to Martin and Marburger regarding ████████████. | 0.20 | $140.00 | $28.00 |
| 3/15/2017 | SLB | Work on issues relating to ███████ ████████ (.1); compose letter to the client ████████████ (.3). | 1.30 | $475.00 | $617.50 |

**Total Service Amount:** $1,263.00

**Amount Due This Invoice:** $1,263.00

*This invoice is due upon receipt*

### Staff Summary

| | | | | |
|---|---|---|---|---|
| **Sarah DePerto** | SUD | 0.20 | $140.00 | $28.00 |
| **Steven L. Brannock** | SLB | 2.60 | $475.00 | $1,235.00 |

We appreciate your business.

## Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** May 9, 2017

**Invoice Num:** 4691

**Billing Through:** Mar 17, 2017

### Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Services:** | | | | | |
| 2/9/2017 | SUD | Email bankruptcy counsel regarding ████ ████████. | 0.10 | $140.00 | $14.00 |
| 3/15/2017 | SUD | Email to bankruptcy counsel regarding ████████. | 0.10 | $140.00 | $14.00 |

| | |
|---|---|
| **Total Service Amount:** | **$28.00** |
| **Amount Due This Invoice:** | **$28.00** |

*This invoice is due upon receipt*

**Staff Summary**

| | | | | |
|---|---|---|---|---|
| **Sarah DePerto** | SUD | 0.20 | $140.00 | $28.00 |

We appreciate your business.