# **Exhibit D**

## **Task Code Summary**

## TASK CODE SUMMARY

| DESCRIPTION | HOURS | AMOUNT |
|---|---:|---:|
| Litigation | 30.6 | $10,545.53 |
| B&H Retention & Fee Applications | 54.8 | $16,886.00 |
| **TOTAL:** | **85.4** | **$27,431.53** |