## Exhibit E

## Expense Detail

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016
**Invoice Num:** 4345
**Billing Through:** Sep 30, 2016

**Gawker Media, LLC vs. Bollea, et al.**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 6/10/2016 | | Hearing - Mileage | | | $23.98 |
| 6/10/2016 | | Hearing - Parking | | | $4.00 |
| 6/30/2016 | | Photocopy charges | | | $49.60 |
| 7/31/2016 | | Online Research | | | $99.46 |
| | | | | **Total Expenses:** | **$177.04** |
| | | | | **Amount Due This Invoice:** | **$177.04** |

*This invoice is due upon receipt*

We appreciate your business.

**Brannock & Humphries**

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Oct 18, 2016
**Invoice Num:** 4343
**Billing Through:** Sep 30, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 8/8/2016 | | CourtCall - Telephonic Hearing Appearance | | | $65.00 |
| 8/16/2016 | | CourtCall - Telephonic Hearing Appearance | | | $44.00 |
| | | | | **Total Expenses:** | **$109.00** |
| | | | | **Amount Due This Invoice:** | **$109.00** |

*This invoice is due upon receipt*

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

# Invoice

**Invoice Date:** Nov 17, 2016
**Invoice Num:** 4412
**Billing Through:** Oct 31, 2016

**Gawker Media, LLC vs. Bollea, et al.**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 10/31/2016 | | Online Research | | | $3.20 |
| | | | | **Total Expenses:** | **$3.20** |
| | | | | **Amount Due This Invoice:** | **$3.20** |

*This invoice is due upon receipt*

We appreciate your business.

# Brannock & Humphries

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** Nov 17, 2016
**Invoice Num:** 4410
**Billing Through:** Oct 31, 2016

## Gawker - Bankruptcy

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 10/22/2016 | Fed Ex (1 of 2) | | | | $24.83 |
| 10/22/2016 | Fed Ex (2 of 2) | | | | $24.83 |
| 10/31/2016 | Online Research | | | | $4.50 |
| 10/31/2016 | Court Call - Credit | | | | -$14.00 |

| | |
|---|---|
| **Total Expenses:** | **$40.16** |
| **Amount Due This Invoice:** | **$40.16** |

*This invoice is due upon receipt*

We appreciate your business.

**Brannock & Humphries**

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

# Invoice

**Invoice Date:** Dec 8, 2016
**Invoice Num:** 4458
**Billing Through:** Nov 30, 2016

**Gawker - Bankruptcy**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 11/10/2016 | | Fed Ex (2 of 2) | | | $24.89 |
| 11/10/2016 | | Fed Ex (1 of 2) | | | $24.89 |
| 11/24/2016 | | Fed Ex (1 of 2) | | | $24.89 |
| 11/24/2016 | | Fed Ex (2 of 2) | | | $24.89 |
| 11/30/2016 | | Photocopy charges | | | $46.40 |
| | | | | **Total Expenses:** | **$145.96** |
| | | | | **Amount Due This Invoice:** | **$145.96** |

*This invoice is due upon receipt*

We appreciate your business.

**Brannock & Humphries**

1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300 Fax: (813) 262-0604
www.BHAppeals.com

# Invoice

William Holden
Gawker Media LLC
114 Fifth Avenue
2nd Floor
New York, NY 10011

**Invoice Date:** May 9, 2017
**Invoice Num:** 4690
**Billing Through:** Mar 17, 2017

**Gawker - Bankruptcy**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Reimbursable Expenses:** | | | | | |
| 12/23/2016 | Fed Ex | | | | $25.07 |
| 12/23/2016 | Fed Ex | | | | $25.07 |
| | | | | **Total Expenses:** | **$50.14** |
| | | | | **Amount Due This Invoice:** | **$50.14** |

*This invoice is due upon receipt*

We appreciate your business.