# Exhibit F

**Blended Rate Comparison Table**

**Blended Rates for First Interim Compensation Period**

| Position at B&H | Blended Hourly Rate First Interim Compensation Period | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Shareholders | $458.51 | $463.96 |
| Associates | N/A | $254.72 |
| Paraprofessionals | $137.93 | $127.12 |
| **TOTAL** | **$389.52** | **$356.27** |

**Blended Rates for Second Interim Compensation Period**

| Position at B&H | Blended Hourly Rate for Second Interim Compensation Period | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Shareholders | $475.00 | $481.44 |
| Associates | N/A | $304.55 |
| Paraprofessionals | $138.34 | $108.46 |
| **TOTAL** | **$213.00** | **$365.19** |

**Blended Rates for Full Compensation Period**

| Position at B&H | Blended Hourly Rate for Full Compensation Period | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Shareholders | $475.00 | $480.82 |
| Associates | N/A | $302.07 |
| Paraprofessionals | $138.39 | $110.48 |
| **TOTAL** | **$300.24** | **$369.39** |

- During the Full Compensation Period, the majority of the work was done by one of B&H's shareholders and B&H's senior paralegal. None of the work was done by associate attorneys, which lowered the overall Non-Bankruptcy blended hourly rate. The Non-Bankruptcy blended hourly rate for just shareholders and paraprofessionals was approximately $412.99, compared to the blended hourly rate for this Application, which is approximately $300.24.

- Much of our work during the time covered by this application, has been on strategic and other matters that required partner participation. If the stay had been lifted and the appeal had proceeded to briefing, we expect the blended rate to go down as more work would have been shifted to associates.

- Due to the settlement negotiations that took place, and the fact that B&H's work shifted from preparing for an appeal of the final judgment entered in the Florida Litigation, the bulk of the work completed during the Second Interim Compensation Period was done by B&H's senior paralegal who was responsible for learning the ins and outs of requesting compensation in this Court, including the Court's rules and requirements, and how to meet those requirements.