## **Exhibit G**

**Timekeeper Summary**

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | TITLE | DEPT. | YEAR OF ADMISSION | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION | REDUCED COMPENSATION[1] |
|---|---|---|---|---|---|---|---|
| Steven L. Brannock | Shareholder | Appellate | 1981 | $475.00 | 42.1 | $19,997.50 | $18,964.38 |
| Philip J. Padovano | Shareholder | Appellate | 1973 | $475.00 | 2.6 | $1,235.00 | $1,049.75 |
| Ceci Culpepper Berman | Shareholder | Appellate | 2000 | $400.00 | 9.3 | $3,720.00 | $3,162.00 |
| Sarah DePerto | Paralegal | Appellate | N/A | $140.00 | 30.7 | $4,298.00 | $4,216.10 |
| Courtney Phillips | Paralegal | Appellate | N/A | $60.00 | 0.7 | $42.00 | $39.30 |

---

[1] Reduced to reflect the 85% allocation of time between Gawker Media and the individual defendants on the Gawker Media Matter.