# Exhibit "A"

BUSH ROSS, P.A.
Jeffrey W. Warren
1801 N. Highland Avenue
Tampa, Florida 33602
Telephone: (813) 224-9255
Facsimile: (813) 223-9620

*Special Florida Litigation Conflicts Counsel
to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
: 
In re                                    :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]           :    Case No. 16-11700 (SMB)
:
          Debtors.                       :    (Jointly Administered)
:
-----------------------------------------------------x

**DECLARATION OF JEFFREY W. WARREN IN SUPPORT OF THE
FINAL APPLICATION OF BUSH ROSS, P.A. AS SPECIAL FLORIDA LITIGATION
CONFLICTS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED INCURRED
FOR THE PERIOD FROM OCTOBER 28, 2016 THROUGH MARCH 17, 2017**

I, Jeffrey W. Warren, being duly sworn, state the following under penalty of perjury:

1.  I am a partner and currently President of the law firm of Bush Ross, P.A. ("**Bush Ross**"), located at 1801 N. Highland Avenue. Tampa, FL 33602. I am a member in good standing of the Bar of the State of Florida. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

63D0130.DOCX

2. I have read the foregoing fee application (the "**Fee Application**").[2] To the best of my knowledge, information, and belief, the statements contained in the Fee Application are true and correct. In addition, I believe that the Fee Application generally complies in all material respects with Local Rule 2016-1, the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "**US Trustee Guidelines**"), and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

3. In connection therewith, I hereby certify that:

a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees sought in the Fee Application are generally permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) the fees sought in the Fee Application are billed at the rates customarily employed by Bush Ross and generally accepted by Bush Ross's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;[3]

c) Bush Ross did not increase hourly rates from those disclosed in the Retention Application during the Fee Period;

d) in providing a reimbursable expense, Bush Ross does not make a profit on that expense, whether the service is performed by Bush Ross in-house or through a third party;

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.
[3] In light of Bush Ross's limited role in the bankruptcy cases and the costs associated with having to produce relevant information, Bush Ross respectfully requests a waiver of any requirement to provide further information about customary and comparable compensation, as referenced in the US Trustee Guidelines.

e) in accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between Bush Ross and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, or Local Rules; and

f) all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 16, 2017
Tampa, Florida

/s/ Jeffrey W. Warren
Jeffrey W. Warren
*Special Florida Litigation Conflicts Counsel
to the Debtors and Debtors in Possession*

63D0130.DOCX