# Exhibit "C"

| Attorney Information | | | | | | |
|---|---|---|---|---|---|---|
| Attorney | Position | Year First Admitted to Bar | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Jeffrey W. Warren | Partner | 1972 | Restructuring | $500 | 14.7 | $7,350.00 |
| Karen S. Cox | Partner | 1984 | Restructuring | $375 | .7 | $262.50 |
| **TOTALS** | | | | | **15.4** | **$7,612.50** |

Blended Hourly Rate: $494.32