# Exhibit "D"

# BUSH|ROSS
ATTORNEYS AT LAW

Mailing Address:
Post Office Box 3913
Tampa, FL 33601-3913
(813) 224-9255
Tax ID No. 59-2753805

Gawker Media LLC
Attn: Ross D. Martin
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10022

May 16, 2017
**Invoice Number 814987**

For Professional Services Rendered   through 05/16/17

CLIENT:   016707 - Gawker Media Group, Inc.
Re:       00007 Fee/Employment Applications

10/28/16

| | | | | |
|---|---|---|---|---|
| MGL | B110 | A103 | Draft Declaration of Jeffrey W. Warren in Support of Debtors' Application Pursuant to Sections 327(e), 328(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Entry of An Order Authorizing the Retention and Employment of Bush Ross, P.A. as Special Counsel | 0.60 75.00 |
| MGL | B110 | A102 | Review local rules for the U.S. Bankruptcy Court, Southern District of New York and Trustee's Guidelines regarding employment and compensation of professionals; edit Declaration of Jeff Warren in Support of Application for Employment. | 0.80 100.00 |
| JWW | B160 | A103 | review conflict search results (.2); review and analysis of retention issues for case, including Local Rules and filings by other professionals (1); prepare draft of engagement letter as special counsel (.5); draft and revise Declaration to comply with expected local custom and practise (1.5) | 3.20 1,600.00 |

10/29/16

| | | | | |
|---|---|---|---|---|
| JWW | B160 | A103 | revise draft of Declaration (.5); e-mail correspondence to and from R Martin regarding draft of engagement letter and Declaration (.2) | 0.70 350.00 |

| Client Ref:   016707 - 00007 | May 16, 2017 |
|---|---:|
| **Invoice Number 814987** | **Page 2** |

| Date / Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---:|---:|
| 10/30/16 JWW | B160 | A103 | revise Declaration to correct references to Section 327(e) (.5); e-mail correspondence to R Martin regarding revision of Declaration (.2) | 0.70 | 350.00 |
| 12/15/16 MGL | B160 | A103 | Confer with Attorney Jeff Warren regarding necessity of First Monthly Statement of Bush Ross for Fees and Expenses (.2); review and analyze Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Doc. 94) (.3); review and analyze billing records and categorize and calculate according to Bankruptcy Rule 9006(a) (.4); draft First Monthly Statement of Bush Ross, P.A. of Fees for Professional Services Rendered and Disbursements Incurred as Special Florida Litigation Conflicts Counsel for the Debtors and Debtors in Possession for the Period from October 29, 2016 through November 30, 2016 (1.5) | 2.40 | 300.00 |
| 12/19/16 MGL | B160 | A105 | Confer with Attorney Jeff Warren regarding edits to and status of First Monthly Statement of Bush Ross, P.A. of Fees for Professional Services Rendered and Disbursements Incurred as Special Florida Litigation Conflicts Counsel for the Debtors and the Debtors in Possession for the Period from October 29, 2016 through November 30, 2016. | 0.40 | 50.00 |

### Summary of Fees

| | | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MGL | Maria Linares | 125.00 | 4.20 | 525.00 |
| JWW | Jeffrey W. Warren | 500.00 | 4.60 | 2,300.00 |
| **Total Fees for Professional Services** | | | | **$2,825.00** |

Client Ref:    016707 - 00007                                        May 16, 2017
**Invoice Number 814987**                                            **Page 3**

                        **AMOUNT DUE FOR THIS INVOICE**                         **$2,825.00**

# BUSH|ROSS
ATTORNEYS AT LAW

Mailing Address:
Post Office Box 3913
Tampa, FL 33601-3913
(813) 224-9255
Tax ID No. 59-2753805

Gawker Media LLC
Attn: Ross D. Martin
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, NY 10022

May 16, 2017
**Invoice Number 815114**

For Professional Services Rendered through 05/16/17

CLIENT: 016707 - Gawker Media Group, Inc.
Re:     00013 Litigation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/16 | MGL | Confer with Attorney Jeff Warren regarding NY bankruptcy and court filings | 0.30 | 37.50 |
| 10/28/16 | MGL | Review and analyze NY bankruptcy case and pertinent filings. | 0.60 | 75.00 |
| 11/16/16 | JWW | review pleadings and material to prepare for hearing and Meeting with R Martin | 2.00 | 1,000.00 |
| 11/17/16 | JWW | prepare for and meet with R Martin regarding Monday hearing with Judge Campbell (2.5); revise Declaration for retention and transmit to R Martin (.3); e-mail correspondence from R Martin regarding retention hearing (.1; telephone from J Vine regarding hearing (1); review Response filed by J Vine (1); correspondence to and from R Martin regarding concern over stay argument by Vine (.2); correspondence to and from J Vine regarding stay argument (.2) | 5.30 | 2,650.00 |
| 11/23/16 | JWW | e-mail correspondence from and to R Martin regarding efforts to resolve issues in state court (.2) | 0.20 | 100.00 |
| 11/30/16 | KSC | Review correspondence regarding status report due in appeal and docket in appeal, directions to assistant regarding preparing notice of appearance in appeal and review of status report and notices in advance of filing. | 0.50 | 187.50 |
| 11/30/16 | JWW | review docket of appeal (.1); draft and revise Status Report to 2nd DCA (1); correspondence to R Martin regarding proceeding (.2); review drafts of notices of appearance (.1); correspondence to and from R Martin regarding filing report (.1) | 1.40 | 700.00 |

| Client Ref: 016707 - 00013 | | | May 16, 2017 |
|---|---|---|---|
| **Invoice Number 815114** | | | **Page 2** |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/16 | JWW | e-mail correspondence from R Martin regarding scheduling discussion with S Baena and instructions to M Linares to arrange conference call (.2); | 0.20 | 100.00 |
| 12/01/16 | JWW | participate in conference call with S Baena and R Martin to discuss state court issues and update efforts to resolve matters | 0.60 | 300.00 |
| 12/10/16 | JWW | e-mail correspondence from R Martin and review e-mail correspondence among counsel confirming resolution with A Daulerio (.1) | 0.10 | 50.00 |
| 12/14/16 | KSC | Review of orders of Second District Court of Appeal and follow up regarding future status reports | 0.20 | 75.00 |
| 02/07/17 | JWW | review report on dismissal status to 2nd DCA (.1), conference with K Cox regarding filings with 2nd DCA (.1); review notice of voluntary dismissal of appeal (.1) | 0.30 | 150.00 |

**Total Fees for Professional Services**                                     $5,425.00

                                       **AMOUNT DUE FOR THIS INVOICE**        $5,425.00