

**In re Gawker Media LLC (16-11700)- Daulerio Objection Adjournment and Response Deadline Extension**
McGee, Alex
to:
bernstein.chambers@nysb.uscourts.gov
05/17/2017 11:31 AM
Cc:
"Galardi, Gregg", "Martin, D. Ross", "Sturm, Joshua", "Agudelo, Jonathan", "david@marburger-law.com"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com> Sort List...
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>, "Agudelo, Jonathan" <Jonathan.Agudelo@ropesgray.com>, "david@marburger-law.com" <david@marburger-law.com>

Dear Chambers of the Honorable Judge Bernstein:

On November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493]. A hearing is currently scheduled on the Objection for May 25, 2017 at 10:00 a.m. (ET) with a response deadline of May 18, 2017 at 4:00 p.m. (ET).

As discussed with Chambers yesterday, the Debtors will be filing a notice to adjourn the hearing on the Objection to June 20, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline to June 13, 2017 at 4:00 p.m. (ET).

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

*Granted 5/17/17 SMB*

Respectfully submitted,
W. Alex McGee

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.