Hearing Date and Time: June 29, 2017 at 10:00 a.m. (ET)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                                   :
In re                                              :    Chapter 11
                                                   :
Gawker Media LLC, *et al.*,[1]                     :    Case No. 16-11700 (SMB)
                                                   :
                Debtors.                           :    (Jointly Administered)
                                                   :
---------------------------------------------------x

**NOTICE OF HEARING ON SECOND INTERIM AND FINAL APPLICATION OF
LEVINE SULLIVAN KOCH & SCHULZ, LLP AS SPECIAL LITIGATION COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JUNE 10, 2016 THROUGH MARCH 17, 2017**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the *Second and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 Through March 17, 2017* [Docket No. 900] (the "Final Fee Application") pursuant to the *Order Establishing Procedures for Interim*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

62986073_1

*Compensation and Reimbursement of Expenses for Professionals* [Docket No. 94] and the *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary KFT* [Docket No. 638], will be held before the Honorable Stuart M. Bernstein, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), on **June 29, 2017, at 10:00 a.m. (prevailing Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Application and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

    [*Remainder of this page intentionally left blank.*]

-3-

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the Final Fee Application to be heard at the Hearing.

Dated: May 18, 2017  /s/ Gregg M. Galardi
      New York, New York  ROPES & GRAY LLP
    Gregg M. Galardi
    D. Ross Martin
    Joshua Y. Sturm
    Jonathan M. Agudelo
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone:  (212) 596-9000
    Facsimile:   (212) 596-9090
    gregg.galardi@ropesgray.com
    ross.martin@ropesgray.com
    joshua.sturm@ropesgray.com
    jonathan.agudelo@ropesgray.com

    *Counsel to the Plan Administrator*
    *for the Debtors*