Hearing Date and Time: June 20, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                                  :    Chapter 11
:
Gawker Media LLC, *et al.*,1                           :    Case No. 16-11700 (SMB)
:
                    Debtors.                           :    (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING
ON CERTAIN FINAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE** that on May 4, 2017, the Debtors filed the *Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 889], with respect to the applications for final allowance of compensation and reimbursement of expenses filed by (i) Mourant Ozannes [Docket No. 678] (the "Mourant Application"), (ii) Reczicza Dentons Europe LLP [Docket No. 690] (the "Reczicza Dentons Application"), (iii) Cahill Gordon & Reindel LLP [Docket No. 875] (the "Cahill Gordon

---

1 The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

62963413_3

Application"), scheduling a hearing on the Mourant Application, the Reczicza Dentons Application and the Cahill Gordon Application for May 25, 2017 at 10:00 a.m. (ET) (the "May 25 Hearing").

**PLEASE TAKE FURTHER NOTICE** that on May 8, 2017, Simpson Thacher & Bartlett LLP filed the *Final Application of Simpson Thacher & Bartlett LLP, Counsel to the Official Committee of Unsecured Creditors, for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* [Docket No. 892], scheduling a hearing on the Final Fee Applications for June 6, 2017 at 10:00 a.m. (ET) (the "June 6 Hearing").

**PLEASE TAKE FURTHER NOTICE** that on May 9, 2017, Deloitte Financial Advisory Services LLP filed the *Second Interim and Final Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for The Period from June 28, 2016 through March 17, 2017* [Docket No. 893], scheduling a hearing on the Final Fee Applications for June 15, 2017 at 10:00 a.m. (ET) (the "June 15 Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, each of the May 25 Hearing, the June 6 Hearing and the June 15 Hearing is hereby adjourned to **June 20, 2017 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing")**.**

[*Remainder of this page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the Final Fee Applications to be heard at the Hearing.

Dated: May 18, 2017  
      New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Joshua Y. Sturm  
Jonathan M. Agudelo  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
joshua.sturm@ropegray.com  
jonathan.agudelo@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*