# Exhibit A

## March Monthly Compensation and Staffing Report



May 24, 2017

**Scott Tillman**
Independent Board Member
Gawker Media LLC
c/o Opportune LLP
10 East 53rd Street, 33rd Floor
New York, New York  10022

**RE: GAWKER MEDIA LLC ET AL, CHAPTER 11 CASE # 1:16-BK-11700 –
MONTHLY STATEMENT FOR OPPORTUNE LLP**

Dear Sir:

In accordance with our engagement letter dated June 6, 2016, please find a copy of our invoice for services rendered and expenses incurred as the Debtor's restructuring advisor and William D. Holden as Chief Restructuring Officer in these Chapter 11 cases from March 1, 2017 through March 17, 2017.  Also enclosed is supporting time and expense detail relating to the period.

Very truly yours,

/s/ William D. Holden

**William D. Holden**
*Managing Director*

Enclosures.



| Invoice To: | Invoice # | Date | Amount Due |
|---|---|---|---|
| **Gawker Media LLC**<br>c/o Opportune LLP<br>10 East 53rd Street, 33rd Floor<br>New York, New York  10022<br><br>*Attn: Scott Tillman* | 15732 | 5/24/2017 | $ 191,887.51 |

| SUMMARY OF CHARGES FOR PROJECT SCOOP | Amount |
|---|---|
| Time Charges for service rendered March 1, 2017 through March 17, 2017 *(1)* | $ 173,448.50 |
| Expenses | 18,439.01 |
| **TOTAL AMOUNT DUE** | **$ 191,887.51** |

*(1)* **Summary of Time Charges by Resource**

| Resource | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| William Holden | *Chief Restructuring Officer* | 69.70 | $ 715.00 | $ 49,835.50 |
| Lynn Loden | *Managing Director* | 34.40 | 715.00 | 24,596.00 |
| Rose Huynh | *Director* | 1.00 | 605.00 | 605.00 |
| Sarah Abdel-Razek | *Manager* | 101.90 | 540.00 | 55,026.00 |
| Ryan Riddle | *Manager* | 37.10 | 540.00 | 20,034.00 |
| Alicia Hou | *Senior Consultant* | 27.60 | 420.00 | 11,592.00 |
| Maggie Dreyer | *Senior Consultant* | 11.90 | 420.00 | 4,998.00 |
| Vance Glaser | *Consultant* | 13.60 | 420.00 | 5,712.00 |
| Bryan Stahl | *Consultant* | 2.50 | 420.00 | 1,050.00 |
| **Total Time Charges** | | | | **$ 173,448.50** |

**Payment Instruction**

**Wire Transfer:**

Cadence Bank
1108 Hwy 182 East
Starkville, MS  39759
ABA#: 062206295
Account#: 30327951
Account Name: Opportune LLP

Please reference: Gawker Media Group, Inc.

**Opportune LLP**
**SUMMARY OF SERVICES AND EXPENSES**
*FOR THE PERIOD MARCH 1, 2017 - MARCH 17, 2017*



**SUMMARY OF SERVICES**

Below is a summary of tasks performed by the Opportune team and does not encompass all work incurred over the period. Attached are time descriptions summarized by day which further describe the professional services performed.

1. Assisted Debtor's counsel with the preparation of materials and appeared in court as necessary.

2. Helped prepare various reporting requirements for bankruptcy court and creditor constituencies.

3. Management of liquidity including oversight and approval of expenditures and cash payments.

4. Responsibility for all day-to-day finance, accounting, treasury, human resources, and information technology functions including maintenance of books and records and processing of payments to vendors and professionals.

5. Prepared analysis to respond to requests and hold meetings and calls with IRS.

6. Prepared audit procedures over equity shares to verify holders and contact information in preparation for equity distributions upon emergence.

7. Prepared effective day flow of funds analysis and made distributions to creditors and equity holders

**SUMMARY OF EXPENSES**

| | |
|---|---:|
| Travel Expenses | $ 16,954.55 |
| Meals and Entertainment | 1,333.06 |
| Miscellaneous Expenses | 3.35 |
| Telephone Charges | 135.05 |
| Parking | 13.00 |
| **Total Expenses** | **$ 18,439.01** |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 2.80 | $ 715 | $ 2,002.00 | Preparation and discussion regarding equity distributions. Call with J. Duncan regarding equity distributions. Discussion and analysis on various tax matters. |
| Thu | 3/2/17 | 7.40 | $ 715 | $ 5,291.00 | Addressing W2 and 1099 matters. Responding to multiple questions from preferred equity holders. Researching updates to CapShare. Final review of tax returns and execution. Preparation and meeting with Ropes and Gray on various tax matters. |
| Fri | 3/3/17 | 1.20 | $ 715 | $ 858.00 | Review of Equity Holders Database and follow up. |
| Mon | 3/6/17 | 2.10 | $ 715 | $ 1,501.50 | Responding to questions from Equity Holders. Working through issues related to 1099s and W2s. Review of updated waterfall. |
| Tue | 3/7/17 | 6.90 | $ 715 | $ 4,933.50 | Review and execution of assignment agreement. Delivering tax 505 letters. Investigating and addressing Hungarian 2013-2015 tax audit matters. Travel time from NYC to Budapest (billed at 50%). |
| Wed | 3/8/17 | 10.70 | $ 715 | $ 7,650.50 | Travel time from NYC to Budapest (billed at 50%). Reviewing all underlying documents and calculations in relationship to the license agreement between GMLLC and GH. |
| Thu | 3/9/17 | 12.20 | $ 715 | $ 8,723.00 | Preparation, meetings and follow up in regards to Hungarian taxing authority requests. |
| Fri | 3/10/17 | 9.30 | $ 715 | $ 6,649.50 | Travel time from Budapest to NYC (billed at 50%). Review and execution of January MOR. |
| Mon | 3/13/17 | 7.20 | $ 715 | $ 5,148.00 | Review of correspondence from UCMS regarding tax matters. Setting up workstreams to respond to Hungarian taxing authorities. Researching Cayman Island PO BOX matter. Creating and updating final list of distributable amounts for 1st Gawker Distribution. Call with Ropes regarding effective date mechanics and associated follow up. Review of settlement agreement. Contacting the landlord on lease settlement agreements. Responding to indemnity question. |

**Gawker Media LLC - Time Summary**
**William Holden, Managing Director / Chief Restructuring Officer**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 3/14/17 | 1.20 | $ 715 | $ 858.00 | Review and response to Univision regarding various employee matters. Review of correspondence regarding upcoming hearing. |
| Wed | 3/15/17 | 2.40 | $ 715 | $ 1,716.00 | Working through UK Trust Matters. Review and payment of tax matter. Evaluating and addressing matters related to equity distribution. |
| Thu | 3/16/17 | 2.20 | $ 715 | $ 1,573.00 | Review and execution of Hungarian Advance Tax payment authorization. Review of payments to professionals. Setting up calls for Hungarian Taxing Authorities. Review of stock certificates for individual holders. |
| Fri | 3/17/17 | 4.10 | $ 715 | $ 2,931.50 | Preparation, participation and follow up on call to develop documents for Hungarian Taxing Authorities. Review and editing of Hungarian tax declaration. Finalizing and approving Plan Administrator Agreement. |
| **Total Holden** | | **69.70** | | **$ 49,835.50** | |

**Gawker Media LLC - Time Summary**
**Lynn Loden, Managing Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 6.10 | $ 715 | $ 4,361.50 | Review and edit responses to IRS on data gathered for pending 2014-2015 IRS exam. Detailed review of US tax filings. |
| Thu | 3/2/17 | 7.70 | $ 715 | $ 5,505.50 | Tax return detailed review (Federal, State and City) with updates. Sign and file returns. Review reconciliations to prior financial statements and tax filings. Review planned responses to IRS for documents to deliver on Friday. Meeting at Ropes and Gray to update counsel on tax proceedings and respond to questions. |
| Fri | 3/3/17 | 3.30 | $ 715 | $ 2,359.50 | Preparation for and participation in meeting with IRS auditor in NY office presenting requested documents and providing information as to content and statutory authority for positions stated. |
| Sat | 3/4/17 | 1.90 | $ 715 | $ 1,358.50 | Travel from Houston/ NYC for IRS matters (billed at 50%). |
| Mon | 3/6/17 | 2.10 | $ 715 | $ 1,501.50 | Preparation for IRS document meeting tomorrow. Review efiling tax return issues. |
| Tue | 3/7/17 | 2.70 | $ 715 | $ 1,930.50 | Teleconference with IRS. Review of efiling of tax returns. Review Ropes and Gray correspondence for tax related content. |
| Thu | 3/9/17 | 1.30 | $ 715 | $ 929.50 | Reviewed efiling tax returns. |
| Mon | 3/13/17 | 0.70 | $ 715 | $ 500.50 | Reviewed tax reporting requirements for interim distributions. |
| Tue | 3/14/17 | 2.70 | $ 715 | $ 1,930.50 | Reviewed tax reporting requirements for interim distributions. |
| Wed | 3/15/17 | 3.00 | $ 715 | $ 2,145.00 | Reviewed state and city minimum tax updates. |
| Thu | 3/16/17 | 1.10 | $ 715 | $ 786.50 | Reviewed state and city minimum tax updates. |
| Fri | 3/17/17 | 1.80 | $ 715 | $ 1,287.00 | Form questions and discussion on motions to go effective. Discussion on state and city compliance. |
| **Total Loden** | | **34.40** | | **$ 24,596.00** | |

**Gawker Media LLC - Time Summary**
**Rose Huynh, Director**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Thu | 3/9/17 | 1.00 | $ 605 | $ 605.00 | Reviewed high level tax return workpapers. |
| **Total Loden** | | **1.00** | | **$ 605.00** | |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 11.70 | $ 540 | $ 6,318.00 | Continuing to work through compiling documents to respond to IRS IDRs. Working session with Opportune tax to walk through responses compiled for the IRS due Friday including supporting files. Working session with Opportune tax to walk through a draft of the FY2016 tax return to be filed tomorrow. Responding to inquiries from Opportune tax on items in the financials as part of the process to preparing the final return including providing supporting documents for the inquiries. Working session with Opportune team on the equity distributions model. Call with J. Duncan and Opportune to walk through inquiries on the equity distribution model and waterfall. Responding to follow up questions from former employees on W2s and 1099s including circulating soft copies of the tax documents. Correspondence with Univision on process to handling employee inquiries on tax information (W2s and 1099s). |
| Thu | 3/2/17 | 10.40 | $ 540 | $ 5,616.00 | Follow up and correspondence with Univision on remaining information for 1099s in order for Opportune to prepare the forms. Responding to Gawker Hungary audit questions. Correspondence with representative at TriNet to obtain payroll information requested by the IRS. Correspondence with Opportune tax on book to tax reconciliation for the IRS. Working sessions with L. Loden (Opportune) to finalize the tax return and submitting it at the post office. Meeting at Ropes and Gray to discuss 505 motions, revised waterfall analysis, go-forward plan for each debtor and responses to the IRS due tomorrow. Correspondence with IRS representative to finalize detail for tomorrow's submission of the IDR responses. |
| Fri | 3/3/17 | 6.40 | $ 540 | $ 3,456.00 | Working through the additional information provided by Univision on the 1099s. Updating the amounts paid in FY2016 with amounts paid subsequent to the sale. Providing Opportune team with the data to start preparing the second round of 1099s to be mailed. Working session with L. Loden (Opportune) to finalize the documents to be submitted to the IRS. Meeting with IRS representative to submit the files due and walk him through the items being submitted. Responding to Ropes and Gray inquiries on certain open claims. Starting the January MOR. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Mon | 3/6/17 | 10.70 | $ 540 | $ 5,778.00 | Correspondence with Univision on J. Weber work streams per TSA agreement. Correspondence with internal Opportune team on batch 2 of 1099s preparation. Creating a revised waterfall analysis based on current cash balances and cash flow estimates and circulating to Opportune and Ropes and Gray. Call with Ropes and Gray to go through latest version of waterfall analysis. Correspondence with Ropes and Gray on unsatisfied tax claims. Call with ADP to obtain the amended version of a former employee's W-2 and circulating to the employee. Responding to freelancer inquiries and circulating soft copies of certain 1099s as requested. Review of various emails re: employee matters and division between Univision and Opportune responsibilities. Creating the invoices for the March rent and circulating to subtenants. Review of January invoice and providing comments. |
| Tue | 3/7/17 | 9.40 | $ 540 | $ 5,076.00 | In-person meeting with IRS representatives to go through all the information provided Friday of last week and responding to follow up questions. Call with Ropes and Gray to discuss effective date mechanics and Hungarian tax authority meetings this week. Reviewing and approving invoices due for payment in Hungary. Booking January entries in QuickBooks. Working through the January MOR. Correspondence with Univision on missing 1099 information. Correspondence with Opportune team to prepare second batch of ready 1099s. Following up with restructuring professionals that did not file invoices to obtain January accrual estimates. Requesting bank statements from Rabobank. Inquiry to UCMS on January corporate income taxes payment. Correspondence with A. Hou (Opportune) to outline required work on missing 1099 to gather the necessary information. |
| Wed | 3/8/17 | 6.20 | $ 540 | $ 3,348.00 | Finalizing the January balances and closing the GMGI and GMLLC books. Continuing to work through the January MOR. Review of Gawker Hungary January financial statements provided by UCMS and circulating follow up questions. Following up with Univision on open claims assumed as part of the sale. Responding to Opportune team inquiries on intercompany balances and agreements. |
| Thu | 3/9/17 | 2.40 | $ 540 | $ 1,296.00 | Continuing to work through January MOR. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Fri | 3/10/17 | 3.60 | $ 540 | $ 1,944.00 | Finalizing January MOR and circulating to W. Holden (Opportune) for review. Review of responses from UCMS on January monthly financials and providing further follow up questions. Various calls with W. Holden (Opportune) regarding January MOR due today. Follow up with BMS on bank statements. Correspondence with A. Hou (Opportune) on bank statements for the UST. Correspondence with Ropes and Gray on MOR. |
| Mon | 3/13/17 | 9.60 | $ 540 | $ 5,184.00 | Preparing analysis to determine restructuring professional payments due. Correspondence with Ropes and Gray to confirm no objections received on planned professional payments. Initiating the professional payments and walking W. Holden (Opportune) to approve payments. Call with Ropes and Gray to discuss effective date timing and mechanics. Following up with Univision on open items requested including 1099 information and status update on certain payables assumed as part of the sale. Correspondence with ADP on account management and timing of termination of services. Responding to former employee questions on 1099 and providing soft copy of the 1099 mailed. Drafting responses to various open items from Opportune tax team. |
| Tue | 3/14/17 | 5.60 | $ 540 | $ 3,024.00 | Correspondence with Opportune tax team to coordinate for the Gawker hearing and testimony next week. Following up with Univision on open items. Correspondence with TriNet (former payroll provider) to obtain proof of payment for payroll taxes remitted to Illinois during Q4 2015. Providing an update to Ropes and Gray on the Illinois tax claim. Correspondence with A. Hou (Opportune) to discuss the work needed on the 1099 information outstanding. Following up on outstanding rent payments from subtenants. |

**Gawker Media LLC - Time Summary**
**Sarah Abdel-Razek, Manager**
**Restructuring**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/15/17 | 8.90 | $ 540 | $ 4,806.00 | Correspondence with Univision on open items. Correspondence with A. Hou (Opportune) on missing information re: 1099s. Corresponded with BMS to discuss potential equity distributions process through their platform. Correspondence with SVB to discuss process to make equity distributions through our online banking. Responding to Opportune tax questions. Preparing the check for NYC taxes and sending via certified mail. Making payments to certain vendors and board member fees. Correspondence with Univision on payroll forms and tax filings process. Responding to inquiries on bank statements and coordinating with Opportune team to provide the requested statements to Ropes and Gray. |
| Thu | 3/16/17 | 10.20 | $ 540 | $ 5,508.00 | Call with Opportune tax on NYC claims and 2015 and 2016 taxes. Working through 1099 batch 3 for individuals including updating amounts for payments made subsequent to the sale close (outside of the NetSuite system) and circulating to Opportune team for preparation and mailing. Preparing analysis for and initiating the Univision wire for receipts received on their behalf in our bank accounts. Various calls with SVB contact to discuss new service set up to be used for equity distributions. Call with BMS to feasibility of using platform for equity distributions. Call with A. Hou (Opportune) to discuss process to prepare for equity distributions. Responding to Ropes and Gray on inquiries regarding 210 Elizabeth rent payments. Call with G. Hirz (Ropes and Gray) to discuss the NYC tax claim. Circulating the final Opportune January invoice to board member and providing copy to Ropes and Gray for filing. Setting up wire request to transfer cash from Rabobank to SVB. Completing the forms received from SVB to set up the services to be used for equity distribution checks. |
| Fri | 3/17/17 | 6.80 | $ 540 | $ 3,672.00 | Call with Univision, Opportune, UCMS and board member to discuss Hungarian personnel work streams as per the request of Hungarian tax authorities. Responding to inquiries on 1099s and providing soft copies of mailed version. Following up with TriNet on payroll tax paid in Q4 2015. Responding to Ropes and Gray inquiries on certain open claims. Correspondence with SVB on set up of the new services. Providing certain requested vendor invoices to Ropes and Gray as requested. Review of email correspondence regarding going effective and plan administrator agreements. |
| **Total Abdel-Razek** | | **101.90** | | **$ 55,026.00** | |

**Gawker Media LLC - Time Summary**
**Ryan Riddle, Manager**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 7.80 | $ 540 | $ 4,212.00 | GMLLC Corporate tax filing prep and changes, meeting with NYC Restructuring Team to walkthrough progress on IRS IDRs. Worked on 2014 and 2015 book to tax tie out with updated TB info from previous tax preparer. E-filing requirement research. |
| Thu | 3/2/17 | 5.40 | $ 540 | $ 2,916.00 | Final tax return changes. Updated Asset Acquisition Statement. Sent files to NYC for processing. |
| Fri | 3/3/17 | 3.10 | $ 540 | $ 1,674.00 | Updated workpapers support and state filing support updates. |
| Mon | 3/6/17 | 2.60 | $ 540 | $ 1,404.00 | NYC Estimated Tax calculations. Investment in U.S. property memo revisions. Walk-through on foreign royalty payment reporting requirements. Form 1099 review. |
| Tue | 3/7/17 | 0.60 | $ 540 | $ 324.00 | Tax Form preparation and review. |
| Wed | 3/8/17 | 2.10 | $ 540 | $ 1,134.00 | Tax Form review, final e-filing of 2016 Federal and NY returns. |
| Fri | 3/10/17 | 1.50 | $ 540 | $ 810.00 | Discussion with Restructuring Team related to international tax. |
| Mon | 3/13/17 | 4.20 | $ 540 | $ 2,268.00 | First draft of responses to questions from Greenmount, NYC first installment payment for 2017, and first reviewed of GMGI tax return information. |
| Tue | 3/14/17 | 3.10 | $ 540 | $ 1,674.00 | Review of NYC first installment payment. Discussion on foreign return. |
| Wed | 3/15/17 | 3.30 | $ 540 | $ 1,782.00 | Discussion on equity with investors. Information request to NYC team for GMGI return. |
| Thu | 3/16/17 | 2.30 | $ 540 | $ 1,242.00 | Foreign filing preparations. Royalty calculation discussion with Restructuring Team. |
| Fri | 3/17/17 | 1.10 | $ 540 | $ 594.00 | GMGI Return discussion with Opportune Restructuring Team. |
| **Total Riddle** | | **37.10** | | **$ 20,034.00** | |

**Gawker Media LLC - Time Summary**
**Alicia Hou, Senior Consultant**
**Corporate Finance**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 2.40 | $ 420 | $ 1,008.00 | Conference call with J. Duncan regarding equity distribution. Internal Opportune discussion on preferred shares calculations. Updated equity share holder information. |
| Fri | 3/3/17 | 0.70 | $ 420 | $ 294.00 | Researched share holder history related to an individual inquiry. |
| Mon | 3/6/17 | 2.20 | $ 420 | $ 924.00 | Continued to update equity holder information. Researched into individual share documents in the estate folders. |
| Tue | 3/7/17 | 3.10 | $ 420 | $ 1,302.00 | Researched missing 1099 information for equity distribution in NetSuite. Updated professional fee tracker for MOR. Correspondence with Prime Clerk related to certain individual share holders. |
| Wed | 3/8/17 | 5.20 | $ 420 | $ 2,184.00 | Finalized January Opportune invoice with comments from S. Abdel-Razek (Opportune). Gathered royalty fees information for Hungarian tax authorities. Correspondence with 1099 individuals for tax information. Correspondence with Prime Clerk for updated W-9 and share confirmations received up to date. |
| Thu | 3/9/17 | 1.30 | $ 420 | $ 546.00 | Continued to follow up on missing information for 1099s. |
| Fri | 3/10/17 | 3.20 | $ 420 | $ 1,344.00 | Correspondence with S. Abdel- Razek (Opportune) regarding bank statements for UST. Conference call with PrimeClerk regarding the equity distribution process. |
| Mon | 3/13/17 | 1.60 | $ 420 | $ 672.00 | Correspondence with legacy GMLLC employees to obtain missing 1099 information. Correspondence with W. Holden (Opportune) related to fee analysis. |
| Wed | 3/15/17 | 2.20 | $ 420 | $ 924.00 | Correspondence with Prime Clerk regarding updates in W-9 and equity confirmation process. Correspondence with individuals regarding 1099 information to make updates. |
| Thu | 3/16/17 | 2.30 | $ 420 | $ 966.00 | Correspondence with S. Abdel- Razek (Opportune) regarding equity distribution process. Correspondence with SVB regarding payment process options for equity distribution. |
| Fri | 3/17/17 | 3.40 | $ 420 | $ 1,428.00 | Conference call with Opportune Restructuring and Hungarian personnel from both Kinja and UCMS regarding Hungarian tax authority questions. Completed updates to missing 1099 information. Worked on royalty fee analysis. |
| **Total Hou** | | **27.60** | | **$ 11,592.00** | |

**Gawker Media LLC - Time Summary**
**Maggie Dreyer, Senior Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Tue | 3/7/17 | 0.90 | $ 420 | $ 378.00 | Working on Federal filing signature pages. |
| Wed | 3/8/17 | 2.70 | $ 420 | $ 1,134.00 | Clearing efile diagnostics and efiling returns. Also setting up template for Foreign Forms. |
| Mon | 3/13/17 | 1.20 | $ 420 | $ 504.00 | First installment estimated payment preparation. |
| Thu | 3/16/17 | 7.10 | $ 420 | $ 2,982.00 | NY/NYC extension payment research and new efiling of returns. |
| **Total Dreyer** | | **11.90** | | **$ 4,998.00** | |

**Gawker Media LLC - Time Summary**
**Vance Glaser, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Thu | 3/2/17 | 4.10 | $ 420 | $ 1,722.00 | Final changes for actual filing of return. Clean up workbook. |
| Fri | 3/3/17 | 0.50 | $ 420 | $ 210.00 | Organize documents for returns. |
| Tue | 3/7/17 | 0.10 | $ 420 | $ 42.00 | Gather and send final return to New York. |
| Wed | 3/8/17 | 4.80 | $ 420 | $ 2,016.00 | Get return ready for e-file. Research e-file requirements. Clear diagnostics. Create e-file statements. Create Foreign Filing Template. |
| Fri | 3/10/17 | 2.10 | $ 420 | $ 882.00 | Create and file 1042 Extension. |
| Mon | 3/13/17 | 0.90 | $ 420 | $ 378.00 | Check e-file of extension of forms and documents. Create trial balance for Foreign filing. |
| Wed | 3/15/17 | 1.10 | $ 420 | $ 462.00 | Put Filed Extensions with e-file acceptances from GoSystems. Double check to ensure all 3/15 are extended properly. Input information for foreign filing. |
| **Total Glaser** | | **13.60** | | **$ 5,712.00** | |

**Gawker Media LLC - Time Summary**
**Bryan Stahl, Consultant**
**Tax Services**



| Day | Date | Time | Rate | Cost Incurred | Description |
|---|---|---|---|---|---|
| Wed | 3/1/17 | 0.50 | $ 420 | $ 210.00 | Research related to returns to be filed. |
| Wed | 3/1/17 | 1.20 | $ 420 | $ 504.00 | Working with Tax Team regarding returns. |
| Mon | 3/6/17 | 0.80 | $ 420 | $ 336.00 | Preparing explanations and documents for filing. |
| **Total Stahl** | | **2.50** | | **$ 1,050.00** | |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD MARCH 1, 2017 - MARCH 17, 2017*



| Date | Amount | Professional | Expense Type | Description |
|---|---|---|---|---|
| 1/14/17 | $ 79.00 | William Loden | Travel Expenses | Loden, William / Transportation from airport to hotel |
| 1/14/17 | 39.00 | William Loden | Travel Expenses | Loden, William / Taxi to Houston airport (IAH) |
| 1/15/17 | 18.00 | William Loden | Meals and Entertainment | Loden, William / Layover meal in Frankfurt |
| 1/15/17 | 69.00 | William Loden | Meals and Entertainment | Loden, William / Travel meal |
| 1/16/17 | 71.00 | William Loden | Meals and Entertainment | Loden, William / Travel meal |
| 1/16/17 | 87.00 | William Loden | Meals and Entertainment | Loden, William / Travel dinner |
| 1/16/17 | 20.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/16/17 | 20.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/17/17 | 67.00 | William Loden | Meals and Entertainment | Loden, William / Travel meal |
| 1/17/17 | 20.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/17/17 | 20.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/18/17 | 41.00 | William Loden | Meals and Entertainment | Loden, William / Travel breakfast |
| 1/18/17 | 127.00 | William Loden | Meals and Entertainment | Loden, William / Travel meal with Opportune Team (4 people) |
| 1/18/17 | 20.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/18/17 | 35.00 | William Loden | Travel Expenses | Loden, William / Taxi to UCMS |
| 1/19/17 | 39.00 | William Loden | Travel Expenses | Loden, William / Taxi ride to UCMS |
| 1/19/17 | 79.00 | William Loden | Travel Expenses | Loden, William / Transportation from hotel to airport |
| 1/20/17 | 12.00 | William Loden | Meals and Entertainment | Loden, William / Layover meal in Frankfurt |
| 1/20/17 | 6.00 | William Loden | Meals and Entertainment | Loden, William / Travel meal |
| 1/20/17 | 81.82 | William Loden | Travel Expenses | Loden, William / Cab IAH to Woodcrest |
| 1/22/17 | 1,976.00 | William Loden | Travel Expenses | Loden, William / Airfare IAH BUD |
| 1/22/17 | 59.00 | William Loden | Travel Expenses | Loden, William / United Club pass: long-layover |
| 1/25/17 | 926.20 | William Loden | Travel Expenses | Loden, William / Airfare Houston to NYC roundtrip |
| 1/25/17 | 121.99 | William Loden | Travel Expenses | Loden, William / Taxi from airport to hotel |
| 1/26/17 | 56.82 | William Loden | Meals and Entertainment | Loden, William / Travel dinner |
| 1/27/17 | 38.71 | William Loden | Meals and Entertainment | Loden, William / Lunch at airport |
| 1/27/17 | 52.00 | William Loden | Meals and Entertainment | Loden, William / Travel breakfast |
| 1/27/17 | 761.66 | William Loden | Travel Expenses | Loden, William / 2 nights hotel in NYC |
| 1/27/17 | 92.99 | William Loden | Travel Expenses | Loden, William / Taxi from midtown to airport |
| 1/27/17 | 67.70 | William Loden | Travel Expenses | Loden, William / Taxi to airport |
| 1/27/17 | 77.00 | William Loden | Travel Expenses | Loden, William / Taxi from airport to home |
| 1/27/17 | 8.99 | William Loden | Travel Expenses | Loden, William / Inflight Wi-Fi for work |
| 2/6/17 | 13.00 | William Holden | Parking | Holden, William / Parking in NYC |
| 2/21/17 | 135.05 | William Holden | Telephone Charges | Holden, William / Incremental cellphone charge |
| 2/22/17 | 375.00 | William Holden | Meals and Entertainment | Holden, William / Team meal with team |
| 3/2/17 | 21.30 | Sarah Abdel-Razek | Meals and Entertainment | Abdel-Razek, Sarah / Overtime meal |
| 3/7/17 | 8.71 | Maggie Dreyer | Meals and Entertainment | Dreyer, Maggie / Travel lunch |
| 3/7/17 | 9.64 | Maggie Dreyer | Meals and Entertainment | Dreyer, Maggie / Travel meal |
| 3/7/17 | 43.92 | Maggie Dreyer | Meals and Entertainment | Dreyer, Maggie / Travel meal |
| 3/7/17 | 574.60 | Maggie Dreyer | Travel Expenses | Dreyer, Maggie / Flight New York City/Houston roundtrip |
| 3/7/17 | 959.47 | Maggie Dreyer | Travel Expenses | Dreyer, Maggie / Hotel in NYC |
| 3/7/17 | 40.80 | Maggie Dreyer | Travel Expenses | Dreyer, Maggie / Taxi to office |
| 3/7/17 | 102.32 | Maggie Dreyer | Travel Expenses | Dreyer, Maggie / Taxi to hotel |
| 3/8/17 | 54.23 | William Holden | Meals and Entertainment | Holden, William / Dinner in Budapest |
| 3/8/17 | 9,644.56 | William Holden | Travel Expenses | Holden, William / Roundtrip from NYC to BUD |
| 3/8/17 | 144.00 | William Holden | Travel Expenses | Holden, William / Taxi to airport |
| 3/8/17 | 22.85 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 3/9/17 | 157.21 | William Holden | Meals and Entertainment | Holden, William / Dinner in Budapest with Counsel |
| 3/9/17 | 6.82 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 3/10/17 | 7.04 | William Holden | Meals and Entertainment | Holden, William / Breakfast in Amsterdam |
| 3/10/17 | 780.86 | William Holden | Travel Expenses | Holden, William / Hotel in Budapest |

**Gawker Media LLC - Expense Detail**
*FOR THE PERIOD MARCH 1, 2017 - MARCH 17, 2017*



| Date | Amount | Professional | Expense Type | Description |
|---|---|---|---|---|
| 3/10/17 | 86.67 | William Holden | Travel Expenses | Holden, William / Taxi from airport to home |
| 3/10/17 | 29.37 | William Holden | Travel Expenses | Holden, William / Taxi in Budapest |
| 3/10/17 | 7.93 | William Holden | Travel Expenses | Holden, William / Travel lunch |
| 3/13/17 | 10.48 | William Holden | Meals and Entertainment | Holden, William / Travel dinner |
| 3/15/17 | 9.95 | William Holden | Travel Expenses | Holden, William / Inflight Wi-Fi for work |
| 3/15/17 | 3.35 | Sarah Abdel-Razek | Miscellaneous Expenses | Abdel-Razek, Sarah / Mailing tax documents |
| **Total** | **$ 18,439.01** | | | |