# <u>EXHIBIT A</u>

Stipulation and Order

63428154_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                 :

In re                                  :        Chapter 11
                                                 :

Gawker Media LLC, *et al.*,[1]     :        Case No. 16-11700 (SMB)
                                                 :

                 Debtors.     :        (Jointly Administered)
                                                   :
-------------------------------------------------------x

## STIPULATION AND ORDER BETWEEN THE PLAN ADMINSITRATOR AND CERTAIN RELEASED EMPLOYEES AND INDEPENDENT CONTRACTORS REGARDING PROOFS OF CLAIM

     William D. Holden, as Plan Administrator (the "Plan Administrator") for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary," and collectively with Gawker Media and GMGI, the "Debtors") and each of the claimants identified in Schedule 1 to this stipulation (collectively, the "Employee and Independent Contractor Claimants," and together with the Plan Administrator, the "Parties") by and through their respective counsel, hereby enter into this stipulation (the "Stipulation and Order") for an agreed order regarding the Proofs of Claim (as defined below).

### Recitals

     WHEREAS, Gawker Media filed a petition for relief under chapter 11 of the Bankruptcy Code on June 10, 2016 and GMGI and Gawker Hungary filed for petitions for relief under chapter 11 of the Bankruptcy Code on June 12, 2016 (the petition dates collectively, the "Petition Date");

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

WHEREAS, each of the Employee and Independent Contractor Claimants timely filed proofs of claim arising prior to the Petition Date against one or more of the Debtors, as set forth in Schedule 1 (collectively, the "<u>Proofs of Claim</u>"), asserting Claims[2] for Debtor Indemnification Obligations;

WHEREAS, on October 31, 2016, the Debtors filed an omnibus claims objection to the Proofs of Claim filed by the Employee and Independent Contractor Claimants against Gawker Hungary, pursuant to the *Debtors' First Omnibus Objection to Claims (No Liability Gawker Hungary Kft. (f/k/a Kinja Kft.) Indemnification Claims*) [Docket No. 394] (the "<u>Omnibus Claims Objection</u>");

WHEREAS, the Employee and Independent Contractor Claimants are considered Released Employees and Independent Contractors, as such term is defined in the *Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 638, Exhibit 1] (as may be subsequently amended or modified, the "<u>Plan</u>");

WHEREAS, pursuant to section 9.05 of the Plan, each Employee and Independent Contractor Claimant is a beneficiary of a certain third-party release contained therein because each Employee or Independent Contractor Claimant (i) voted in favor of the Plan and (ii) waived and released any and all of its Claims against the Debtors for Debtor Indemnification Obligations, except for any Claims based on amounts already due and owing as of the Effective Date as defined in the Plan;

WHEREAS, on December 22, 2016, the Court confirmed the Plan pursuant to the *Findings of Fact and Conclusions of Law, and Order Confirming Amended Joint Chapter 11*

---

[2]    Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Plan.

*Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 638];

WHEREAS, the Effective Date was March 17, 2017;

WHEREAS, the Parties desire to memorialize the Proofs of Claim that were waived and released pursuant to the Plan;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND SO ORDERED THAT:**

1.      Each of the Proofs of Claim set forth on Schedule 1 was waived and released as of the Effective Date (collectively, the "Released Claims").

2.      Prime Clerk LLC, as claims agent in the Debtors' chapter 11 cases, is authorized to reflect the waiver and releases of the Proofs of Claim on the claims register in accordance with this Stipulation and Order.

3.      The Omnibus Claims Objection is resolved as moot. The Debtors will file a notice of withdrawal of the Omnibus Claims Objection within 15 days following the Court entering an approving of the Stipulation and Order.

4.      Nothing contained herein precludes the Employee and Independent Contractor Claimants from enforcing any Claims against the Debtors for Debtor Indemnification Obligations already due and owing as of the Effective Date.

5.      The Court shall retain exclusive jurisdiction over all matters pertaining to the

implementation, interpretation, and enforcement of this Stipulation and Order.

Dated: June 2, 2017                         June 2, 2017
New York, New York                          New York, New York


*/s/ Gregg M. Galardi*                       */s/ Sharon L. Levine*
Gregg M. Galardi                            Sharon L. Levine
D. Ross Martin                              Dipesh Patel
ROPES & GRAY LLP                            SAUL EWING LLP
1211 Avenue of the Americas                 555 Fifth Avenue
New York, New York  10036-8704              Suite 1700
Telephone:  (212) 596-9000                  New York, NY 10017
Facsimile:  (212) 596-9090                  Telephone: (973) 286-6713
                                            Facsimile: (973) 286-6821


*Counsel to the Plan Administrator for*      *Attorneys for Employee and Independent*
*the Debtors*                                *Contractor Claimants*


SO ORDERED:


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## **SCHEDULE 1**

Released Claims

| | SCHEDULE 1: RELEASED CLAIMS | | | |
|---|---|---|---|---|
| | **Name and Address** | **Debtor Name** | **Sch/Claim #** | **Total Current Claim Amount** |
| 1 | Aguilar, Mario<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 74 | Unliquidated |
| 2 | Aguilar, Mario<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 208 | Unliquidated |
| 3 | Aguilar, Mario<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 102 | Unliquidated |
| 4 | Alzona, Angelica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 166 | Unliquidated |
| 5 | Alzona, Angelica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 217 | Unliquidated |
| 6 | Alzona, Angelica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 156 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 7 | Ballaban, Michael<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 211 | Unliquidated |
| 8 | Ballaban, Michael<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 225 | Unliquidated |
| 9 | Ballaban, Michael<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 283 | Unliquidated |
| 10 | Biddle, Sam Faulkner<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 136 | Unliquidated |
| 11 | Biddle, Sam Faulkner<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 147 | Unliquidated |
| 12 | Biddle, Sam Faulkner<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 184 | Unliquidated |
| 13 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Media LLC | 56 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 14 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Hungary Kft. | 57 | Unliquidated |
| 15 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Hungary Kft. | 84 | Unliquidated |
| 16 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Media LLC | 95 | Unliquidated |
| 17 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Hungary Kft. | 109 | Unliquidated |
| 18 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Media Group, Inc. | 58 | Unliquidated |
| 19 | Bluestone, Gabrielle<br>233 Broadway Suite 2702<br>New York, NY 10279 | Gawker Media Group, Inc. | 77 | Unliquidated |
| 20 | Bluestone, Gabrielle<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 68 | Unliquidated |
| 21 | Bluestone, Gabrielle<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 176 | Unliquidated |
| 22 | Burke, Timothy<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 232 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 23 | Burke, Timothy<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 303 | Unliquidated |
| 24 | Burke, Timothy<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 214 | Unliquidated |
| 25 | Burneko, Albert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 198 | Unliquidated |
| 26 | Burneko, Albert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 270 | Unliquidated |
| 27 | Burneko, Albert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 251 | Unliquidated |
| 28 | Carmichael, Emma<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 103 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 29 | Carmichael, Emma<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 132 | Unliquidated |
| 30 | Carmichael, Emma<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 170 | Unliquidated |
| 31 | Carmon, Irin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 189 | Unliquidated |
| 32 | Carmon, Irin<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 113 | Unliquidated |
| 33 | Carmon, Irin<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 193 | Unliquidated |
| 34 | Cook, John<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 97 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 35 | Cook, John<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 230 | Unliquidated |
| 36 | Collins, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 253 | Unliquidated |
| 37 | Collins, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 179 | Unliquidated |
| 38 | Collins, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 259 | Unliquidated |
| 39 | Cook, John<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 99 | Unliquidated |
| 40 | Cook, James J.<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 123 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 41 | Cook, James J.<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 207 | Unliquidated |
| 42 | Cook, James J.<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 154 | Unliquidated |
| 43 | Darbyshire, Gabrielle<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 111 | Unliquidated |
| 44 | Darbyshire, Gabrielle<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 262 | Unliquidated |
| 45 | Darbyshire, Gabrielle<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 277 | Unliquidated |
| 46 | Davies, Madeleine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 139 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 47 | Davies, Madeleine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 151 | Unliquidated |
| 48 | Davies, Madeleine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 297 | Unliquidated |
| 49 | de Souza, Veronica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 210 | Unliquidated |
| 50 | de Souza, Veronica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 279 | Unliquidated |
| 51 | de Souza, Veronica<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 187 | Unliquidated |
| 52 | Dietrick, Heather<br>34 8th Avenue<br>Apt. 5B<br>New York, NY 10014 | Gawker Media LLC | 50 | Unliquidated |
| 53 | Dietrick, Heather<br>34 8th Avenue, Apt. 5B<br>New York, NY 10014 | Gawker Media Group, Inc. | 94 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 54 | Dietrick, Heather<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 263 | Unliquidated |
| 55 | Dietrick, Heather<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 300 | Unliquidated |
| 56 | Dietrick, Heather<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 256 | Unliquidated |
| 57 | Donohue, Lacey<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 125 | Unliquidated |
| 58 | Donohue, Lacey<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 76 | Unliquidated |
| 59 | Donohue, Lacey<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 186 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 60 | Draper, Kevin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 205 | Unliquidated |
| 61 | Draper, Kevin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 274 | Unliquidated |
| 62 | Draper, Kevin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 185 | Unliquidated |
| 63 | Dries, Kate<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 107 | Unliquidated |
| 64 | Dries, Kate<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 219 | Unliquidated |
| 65 | Dries, Kate<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 199 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 66 | Drummond, Katherine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 110 | Unliquidated |
| 67 | Drummond, Katherine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 143 | Unliquidated |
| 68 | Drummond, Katherine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 280 | Unliquidated |
| 69 | Escobedo Shepherd, Julianne<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 104 | Unliquidated |
| 70 | Escobedo Shepherd, Julianne<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 159 | Unliquidated |
| 71 | Escobedo Shepherd, Julianne<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 255 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 72 | Faircloth, George Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 266 | Unliquidated |
| 73 | Faircloth, Georgia Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 224 | Unliquidated |
| 74 | Faircloth, Georgia Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 254 | Unliquidated |
| 75 | Feinberg, Ashley<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 137 | Unliquidated |
| 76 | Feinberg, Ashley<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 238 | Unliquidated |
| 77 | Feinberg, Ashley<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 178 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 78 | Finger, Robert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 145 | Unliquidated |
| 79 | Finger, Robert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 216 | Unliquidated |
| 80 | Finger, Robert<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 114 | Unliquidated |
| 81 | George, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 101 | Unliquidated |
| 82 | George, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 192 | Unliquidated |
| 83 | George, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 131 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 84 | Goldberg, Ryan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 247 | Unliquidated |
| 85 | Goldberg, Ryan<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 235 | Unliquidated |
| 86 | Goldberg, Ryan<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 272 | Unliquidated |
| 87 | Haisley, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 152 | Unliquidated |
| 88 | Haisley, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 260 | Unliquidated |
| 89 | Haisley, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 181 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 90 | Hardigree, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 70 | Unliquidated |
| 91 | Hardigree, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 194 | Unliquidated |
| 92 | Hardigree, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 244 | Unliquidated |
| 93 | Henry, Alan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 121 | Unliquidated |
| 94 | Henry, Alan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 215 | Unliquidated |
| 95 | Henry, Alan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 245 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 96 | Hope, Clover<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 281 | Unliquidated |
| 97 | Hope, Clover<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 301 | Unliquidated |
| 98 | Hope, Clover<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 129 | Unliquidated |
| 99 | Howard, Gregory<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 203 | Unliquidated |
| 100 | Howard, Gregory<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 241 | Unliquidated |
| 101 | Howard, Gregory<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 252 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 102 | Juzwiak, Rich<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 135 | Unliquidated |
| 103 | Juzwiak, Rich<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 201 | Unliquidated |
| 104 | Juzwiak, Rich<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 265 | Unliquidated |
| 105 | Kalaf, Samer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 133 | Unliquidated |
| 106 | Kalaf, Samer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 196 | Unliquidated |
| 107 | Kalaf, Samer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 115 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 108 | Keyser, Hannah<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 112 | Unliquidated |
| 109 | Keyser, Hannah<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 167 | Unliquidated |
| 110 | Keyser, Hannah<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 73 | Unliquidated |
| 111 | King, James<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 221 | Unliquidated |
| 112 | King, James<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 234 | Unliquidated |
| 113 | King, James<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 273 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 114 | Kleeman, Sophie<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 146 | Unliquidated |
| 115 | Kleeman, Sophie<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 157 | Unliquidated |
| 116 | Kleeman, Sophie<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 153 | Unliquidated |
| 117 | Klosowski, Thorin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 162 | Unliquidated |
| 118 | Klosowski, Thorin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 144 | Unliquidated |
| 119 | Klosowski, Thorin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 264 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 120 | Laffoon, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 164 | Unliquidated |
| 121 | Laffoon, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 227 | Unliquidated |
| 122 | Laffoon, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 177 | Unliquidated |
| 123 | Ley, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 75 | Unliquidated |
| 124 | Ley, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 119 | Unliquidated |
| 125 | Ley, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 175 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 126 | Magary, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 122 | Unliquidated |
| 127 | Magary, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 71 | Unliquidated |
| 128 | Magary, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 250 | Unliquidated |
| 129 | Marchman, Tim<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 106 | Unliquidated |
| 130 | Marchman, Tim<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 195 | Unliquidated |
| 131 | Marchman, Tim<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 174 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 132 | Merlan, Anna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 66 | Unliquidated |
| 133 | Merlan, Anna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 200 | Unliquidated |
| 134 | Merlan, Anna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 248 | Unliquidated |
| 135 | Moskovitz, Diana<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 169 | Unliquidated |
| 136 | Moskovitz, Diana<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 140 | Unliquidated |
| 137 | Moskovitz, Diana<br>Sharon L. Levine, Esq.<br>Saul Ewing LLP<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 209 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 138 | Nolan, Hamilton<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 118 | Unliquidated |
| 139 | Nolan, Hamilton<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 228 | Unliquidated |
| 140 | Nolan, Hamilton<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 180 | Unliquidated |
| 141 | Novak, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 183 | Unliquidated |
| 142 | Novak, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 237 | Unliquidated |
| 143 | Novak, Matt<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 138 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 144 | O'Conner, Brendan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 158 | Unliquidated |
| 145 | O'Connor, Brendan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 222 | Unliquidated |
| 146 | O'Connor, Brendan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 229 | Unliquidated |
| 147 | Orin, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 142 | Unliquidated |
| 148 | Orin, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 204 | Unliquidated |
| 149 | Orin, Andrew<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 148 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 150 | Ouellette, Jennifer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 130 | Unliquidated |
| 151 | Ouellette, Jennifer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 289 | Unliquidated |
| 152 | Ouellette, Jennifer<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 285 | Unliquidated |
| 153 | Pareene, Alexander<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 220 | Unliquidated |
| 154 | Pareene, Alexander<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 261 | Unliquidated |
| 155 | Pareene, Alexander<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 172 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 156 | Petchesky, Barry<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 236 | Unliquidated |
| 157 | Petchesky, Barry<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 271 | Unliquidated |
| 158 | Petchesky, Barry<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 160 | Unliquidated |
| 159 | Redford, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 120 | Unliquidated |
| 160 | Redford, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 206 | Unliquidated |
| 161 | Redford, Patrick<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 150 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 162 | Rothkopf, Joanna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 78 | Unliquidated |
| 163 | Rothkopf, Joanna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 134 | Unliquidated |
| 164 | Rothkopf, Joanna<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 124 | Unliquidated |
| 165 | Ryan, Erin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 141 | Unliquidated |
| 166 | Ryan, Erin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 218 | Unliquidated |
| 167 | Ryan, Erin<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 190 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 168 | Sargent, Jordan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 226 | Unliquidated |
| 169 | Sargent, Jordan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 231 | Unliquidated |
| 170 | Sargent, Jordan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 127 | Unliquidated |
| 171 | Scocca, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 100 | Unliquidated |
| 172 | Scocca, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 155 | Unliquidated |
| 173 | Scocca, Tom<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 126 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 174 | Shechet, Eleanor<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 165 | Unliquidated |
| 175 | Shechet, Eleanor<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 213 | Unliquidated |
| 176 | Shechet, Eleanor<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 105 | Unliquidated |
| 177 | Stout, Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 69 | Unliquidated |
| 178 | Stout, Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 108 | Unliquidated |
| 179 | Stout, Kelly<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 182 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 180 | Totilo, Stephen<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 173 | Unliquidated |
| 181 | Totilo, Stephen<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 258 | Unliquidated |
| 182 | Totilo, Stephen<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 128 | Unliquidated |
| 183 | Trendacosta, Katharine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 90 | Unliquidated |
| 184 | Trendacosta, Katharine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 161 | Unliquidated |
| 185 | Trendacosta, Katharine<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 243 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 186 | Trotter, Joseph Keenan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 239 | Unliquidated |
| 187 | Trotter, Joseph Keenan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 249 | Unliquidated |
| 188 | Trotter, Joseph Keenan<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 171 | Unliquidated |
| 189 | Turton, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 117 | Unliquidated |
| 190 | Turton, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 163 | Unliquidated |
| 191 | Turton, William<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 188 | Unliquidated |

| | Name and Address | Debtor Name | Sch/Claim # | Total Current Claim Amount |
|---|---|---|---|---|
| 192 | Woolley, Sam<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Hungary Kft. | 197 | Unliquidated |
| 193 | Woolley, Sam<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media LLC | 257 | Unliquidated |
| 194 | Woolley, Sam<br>Saul Ewing LLP<br>Attn: Sharon L. Levine, Esq.<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102 | Gawker Media Group, Inc. | 233 | Unliquidated |