Status Conference Date and Time: July 18, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                              :   Chapter 11
:
Gawker Media LLC, *et al.*,[1]                     :   Case No. 16-11700 (SMB)
:
       Debtors.                        :   (Jointly Administered)
:
------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference regarding the chapter 11 cases of Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft. was scheduled for June 29, 2017 at 10:00 am (prevailing Eastern Time) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Status Conference has been adjourned to **July 18, 2017 at 10:00 a.m. (Eastern Time)**.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

63496755_1

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Status Conference.

Dated: June 9, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropegray.com
jonathan.agudelo@ropesgray.com

*Counsel to the Debtors
and Debtors in Possession*