ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
           Debtors. : (Jointly Administered)
:
-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
JUNE 20, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time: | June 20, 2017 at 10:00 A.M. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Stuart M. Bernstein<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 723<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323. |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

63594196_3

**UNCONTESTED MATTER**

1. Final Fee Application of Mourant Ozannes of Fees for Professional Services Rendered and Disbursements Incurred as Special Counsel as to Cayman Islands Law for the official Committee of Unsecured Creditors for the Period from July 18 2016 through January 5 2017 [Docket No. 678]

   **Response Deadline:** January 26, 2017

   **Responses Received**: None.

   **Related Documents**:

   a. Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 889]

   b. Notice of Adjournment of Hearing on Certain Final Fee Applications [Docket No. 910]

   **Status:** This matter is going forward

2. Final Fee Application of Reczicza Dentons Europe LLP of Fees for Professional Services Rendered and Disbursements Incurred as Special Counsel for the Official Committee of Unsecured Creditors for the Period from July 1, 2016 through January 13, 2017 [Docket No. 690]

   **Response Deadline:** February 10, 2017

   **Responses Received**: None.

   **Related Documents**:

   a. Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 889]

   b. Notice of Adjournment of Hearing on Certain Final Fee Applications [Docket No. 910]

   **Status:** This matter is going forward

3. Final Application of Cahill Gordon & Reindel LLP as Special Litigation Counsel to the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 10, 2016 Through March 17, 2017 [Docket No. 875]

   **Response Deadline:** May 15, 2017

   **Responses Received**: None.

   **Related Documents**:

   a. Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 889]

   b. Notice of Adjournment of Hearing on Certain Final Fee Applications [Docket No. 910]

   **Status: This matter is going forward**

4. Second Interim and Final Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from June 28, 2016 through March 17, 2017 [Docket 893]

   **Response Deadline:** June 8, 2017

   **Responses Received**: None.

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Certain Final Fee Applications [Docket No. 910]

   **Status: This matter is going forward**

5. Second and Final Fee Application of Ropes & Gray LLP, Attorneys for the Debtors and Debtors In Possession, for the Period From June 10, 2016 Through and Including March 17, 2017 [Docket No. 898]

   **Response Deadline:** June 15, 2017 (United States Trustee); June 8, 2017 (All other parties in interest).

   **Responses Received**: None.

63594196_3

**Related Documents**:

    a.    Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 911]

**Status:** **This matter is going forward.**

6.    Final Fee Application of Citrin Cooperman & Company, LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred As Independent Auditor and Accounting Services Provider for the Debtors and Debtors In Possession for the Period from June 10, 2016 Through March 17, 2017 [Docket No. 899]

**Response Deadline:** June 8, 2017

**Responses Received**: None.

**Related Documents**:

    a.    Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 911]

**Status:** **This matter is going forward.**

7.    Final Application of Thomas & Locicero as Special Litigation Counsel to the Debtors and Debtors In Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through September 30, 2016 [Docket No. 901]

**Response Deadline:** June 8, 2017

**Responses Received**: None.

**Related Documents**:

    a.    Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 911]

**Status:** **This matter is going forward.**

8. Final Application of Bush Ross, P.A. as Special Florida Litigation Conflicts Counsel for the Debtors and Debtors In Possession for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 28, 2016 through March 17, 2017 [Docket No. 903]

   **Response Deadline:** June 8, 2017

   **Responses Received**: None.

   **Related Documents**:

   a. Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 911]

   **Status: This matter is going forward.**

**ADJOURNED MATTERS**

9. Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

   **Response Deadline:** May 18, 2017

   **Responses Received:** None.

   **Related Documents:**

   a. Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

   b. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

   c. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 735]

   d. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 799]

   e. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 853]

  f. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 907]

  g. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 921]

**Status:** **This matter has been adjourned to the hearing on July 18, 2017 at 10:00 a.m.**

Dated: June 16, 2017
  New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropesgray.com
jonathan.agudelo@ropesgray.com

*Counsel to Plan Administrator
for the Debtors*