**Hearing Date and Time: July 18, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                   :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]          :    Case No. 16-11700 (SMB)
:
          Debtors.     :    (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON COMBINED MONTHLY AND
FINAL FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY FEE
PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017; AND
(II) THE FINAL FEE PERIOD FROM JUNE 10, 2016 THROUGH MARCH 17, 2017**

     **PLEASE TAKE NOTICE** that on May 15, 2017, Prime Clerk LLC filed the *Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Period from June 10, 2016 through March 17, 2017* [Docket No. 897] (the "Prime Clerk Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Prime Clerk Application was scheduled for June 20, 2017 at 10:00 a.m. (Eastern Time) (the "Hearing"). *See Notice of Hearing on Final Fee Application of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 911].

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, (i) the Hearing is hereby adjourned to **July 18, 2017 at 10:00 a.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the Prime Clerk Application to be heard at the Hearing.

| | |
|---|---|
| Dated: June 19, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>D. Ross Martin<br>Joshua Y. Sturm<br>Jonathan M. Agudelo<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile:   (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br>joshua.sturm@ropegray.com<br>jonathan.agudelo@ropesgray.com<br><br>*Counsel to the Plan Administrator<br>for the Debtors* |

-2-