Ropes & Gray LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                             :      Chapter 11
                                                  :
Gawker Media LLC, *et al.*,[1]                    :      Case No. 16-11700 (SMB)
                                                  :
          Debtors.                                :      (Jointly Administered)
                                                  :
------------------------------------------------------x

     PLEASE TAKE NOTICE that Dalila Argaez Wendlandt, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for the Plan Administrator for the Debtors.[2]

     PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Dalila Argaez Wendlandt, Esq., and does not impact the representation of the Plan Administrator for the Debtors by other Ropes & Gray LLP attorneys in the above-captioned matter.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] The Plan Administrator for Debtors is William D. Holden.

1

63768007_1

| | |
|---|---|
| Dated: June 28, 2017<br>New York, New York | */s/ Dalila Argaez Wendlandt*<br>ROPES & GRAY LLP<br>Dalila Argaez Wendlandt<br>Gregg M. Galardi<br>D. Ross Martin<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>ross.martin@ropesgray.com<br><br>*Counsel to the Plan Administrator for the Debtors* |

2

63768007_1