RANDAZZA LEGAL GROUP, PLLC
Jay M. Wolman
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

*Attorney for Claimants,*
*Charles C. Johnson and Got News LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
GAWKER MEDIA LLC,[1]                            :
                                                :   Case No.: 16-11700 (SMB)
            Debtors.                            :
-----------------------------------------------------------x

## NOTICE OF SCHEDULING OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference has been scheduled before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York on **July 25, 2017 at 10:00 AM (Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference is scheduled in furtherance of the Request for Status Conference Pursuant to Local Rule 9076-1(b) [Dkt. No. 926] filed on June 16, 2017, by Claimants Charles C. Johnson and Got News, LLC (collectively, "Claimants"), for the purposes, as set forth therein, of addressing the following matters:

(a) Discovery, Briefing, and Hearing for the Stage Two matters described in the January 25, 2017 Order [Dkt. No. 703]; and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Lft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

- 2 -

(b) The Establishment and Funding of the GN/Johnson Claims Reserve pursuant to the December 22, 2016 Order Confirming Amended Joint Chapter 11 Plan of Liquidation [Dkt. No. 638].

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Status Conference.

|  |  |
|---|---|
| Dated: June 29, 2017. | Respectfully Submitted, |
|  | */s/ Jay M. Wolman* |
|  | Jay M. Wolman (JW0600) |
|  | RANDAZZA LEGAL GROUP, PLLC |
|  | 100 Pearl Street, 14th Floor |
|  | Hartford, CT 06103 |
|  | Tele:  702-420-2001 |
|  | Fax:   305-437-7662 |
|  | Email: ecf@randazza.com |
|  | *Attorney for Charles C. Johnson and Got News LLC* |