**Page 1**

```
 1    UNITED STATES BANKRUPTCY COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    Case No.  16-11700-smb

 4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5    In the Matter of:

 6

 7    GAWKER MEDIA, LLC,

 8              Debtor.

 9    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10

11                   U.S. Bankruptcy Court

12                   One Bowling Green

13                   New York, NY  10004

14

15                   June 20, 2017

16                   10:15 am

17

18

19

20

21    B E F O R E :

22    HON STUART M. BERNSTEIN

23    U.S.  BANKRUPTCY JUDGE

24

25    ECRO: K. SU
```

Page 2

1    Hearing re:  Final Fee Application of Mourant Ozannes of

2    Fees for Professional Services Rendered and Disbursements

3    Incurred as Special Counsel as to Cayman Islands Law for the

4    Official Committee of Unsecured Creditors for the period

5    from July 18,2016 through January 5,2017, period: 7/18/2016

6    to 1/5/2017, fee: $28,420, expenses: $.

7

8    Hearing re:  Final Fee Application of Reczicza Dentons

9    Europe LLP of Fees for Professional Services Rendered and

10   Disbursements Incurred as Special Counsel for the Official

11   Committee of Unsecured Creditors for the Period from July

12   1,2016 through January 13,2017, period: 7/1/2016 to

13   1/13/2017, fee: $7,681.50, expenses: $177.29.

14

15   Hearing re:  Application for Final Professional Compensation

16   for Cahill Gordon & Reindel LLP

17

18   Hearing re:  Final Application of Simpson Thacher & Bartlett

19   LLP, For Approval and Final Allowance of Compensation for

20   Services Rendered and the Reimbursement of Expenses Incurred

21   for Official Committee of Unsecured Creditors of Gawker

22   Media LLC, et al., period: 6/24/2016 to 3/17/2017, fee:

23   $1,797,065.75, expenses: $64,937.60.

24

25

Page 3

1    Hearing re:  Application for Final Professional Compensation

2    for Deloitte Financial Advisory Services LLP, Other

3    Professional, period: 6/28/2016 to 3/17/2017, fee:

4    $893,991.00, expenses: $1,096.03.

5

6    Hearing re:  Second and Final Fee Application of Ropes &

7    Gray LLP, Attorneys for the Debtors and Debtors in

8    Possession, for the Period from June 10,2016 Through and

9    Including March 17,2017, period: 6/10/2016 to 3/17/2017,

10   fee: $7,460,598.75, expenses: $180,591.41.

11

12   Hearing re:  Final Fee Application of Citrin Cooperman &

13   Company, LLP for Compensation for Professional Services

14   Rendered and Reimbursement of Expenses Incurred as

15   Independent Auditor and Accounting Services Provider for the

16   Debtors and Debtors in Possession for the Period from

17   June 10, 2016 Through March 17,2017, period: 6/10/2016 to

18   3/17/2017, fee: $187,455.50, expenses: $0.00.

19

20   Hearing re:  Final Application of Thomas & LoCicero PL as

21   Special Litigation Counsel to the Debtors and Debtors in

22   Possession, for Allowance of Compensation and for the

23   Reimbursement of Expenses for the Period from June 10,2U16

24   Through September 30,2016, period: 6/1U/2016 to 9/30/2016,

25   fee: $5,440.00, expenses: $3,445.02.

Page 4

1    Hearing re:  Final Application of Bush Ross, P.A. as Special

2    Florida Litigation Conflicts Counsel for the Debtors and

3    Debtors in Possession for Allowance of Compensation for

4    Professional Services Rendered and Reimbursement of Expenses

5    Incurred for the Period from October 28, 2016 Through March

6    17, 2017, Special Counsel, period: 10/28/2016 to 3/17/2017,

7    fee: $8,250.00, expenses: $0.00.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 5

1    A P P E A R A N C E S :

2

3    ROPES & GRAY LLP

4         Attorneys for the Debtor

5         1211 Avenue of the Americas

6         New York, NY 10036

7

8    BY:  GREGG GALARDI

9

10   CAHILL GORDON & REINDEL LLP

11        Special Counsel

12        80 Pine Street

13        New York, NY 10005

14

15   BY:  JOEL H. LEVITIN

16        SUSAN BUCKLEY

17

18   SIMPSON THACHER & BARTLETT LLP

19        Attorneys for the Official Unsecured Creditors'

20        Committee

21        425 Lexington Avenue

22        New York, NY 10017

23

24   BY:  SANDY QUSBA

25

```
 1    UNITED STATES DEPARTMENT OF JUSTICE

 2         Attorney for the U.S. Trustee

 3         201 Varick Street, Suite 1006

 4         New York, NY 10014

 5

 6    BY:  RICHARD C. MORRISSEY

 7

 8    ALSO PRESENT TELEPHONICALLY:

 9

10    LOGAN RAPPAPORT

11    JOHN DOYLE

12    ALEX MCGEE

13    JEFFREY W. WARREN

14    BETHANY RECHT

15

16

17

18

19

20

21

22

23

24

25
```

Page 7

1            P R O C E E D I N G S

2            MR. GALARDI:  Good morning, Your Honor.  Greg

3    Galardi, on behalf of the Gawker Debtors.  Today's hearing

4    is one adjourned matter, and then there are eight fee

5    applications, final fee applications on for here.  Four are

6    Debtor professionals, four are committee professionals.  Any

7    issues that have been raised by the U.S. Trustee have been

8    resolved.  And there has not been a modification to the

9    amounts.  I can take them in the order of the agenda, I can

10   take them by group, or I can take them by Your Honor's

11   questions with respect to the applications.

12           THE COURT:  You can do them by group.

13           MR. GALARDI:  Okay.  Your Honor, with respect to

14   the four Debtor's professionals, you have Cahill Gordon,

15   which is on the agenda as Number 3.  Their final application

16   is for $113,720, expenses of $986, and total payment

17   requested after having applied certain of the payments is

18   $47,658.03.  They were special council to resolve a

19   settlement.  They were before Your Honor, approved on an

20   interim basis.  Their initial fees and representatives,

21   Cahill Gordon are in the courtroom today.

22           THE COURT:  Actually, I have a question about the

23   cases.  As I understand it, in Gawker Media LLC, all the

24   creditors have been paid in full, other than I guess Mr.

25   Bollea's interest in that --

Page 8

```
 1            MR. GALARDI:  In that creditor --

 2            THE COURT:  Contingent --

 3            MR. GALARDI:  Right.

 4            THE COURT:  Creditor trust, and also I guess

 5   GotNews and Johnson, but their claim has been capped, and

 6   that's been escrowed.

 7            MR. GALARDI:  Correct.  Your Honor actually asked

 8   them to call a status conference in referring to Johnson.

 9   The money has been put aside for the following claims.

10   Bollea's been paid in full, the 31 million plus the

11   contingent interest, I think it's 45 percent in creditor

12   recoveries.

13            THE COURT:  He's got an $84 million claim.

14            MR. GALARDI:  He's got an $84 million claim,

15   correct.  Then with respect to Johnson, there's money been

16   put aside.  There's also been put aside reserves, and Mr.

17   Holden is here for any administrative tax claims, Your

18   Honor.  So all of those creditors, other than Mr. Bollea,

19   will be paid in full, with Mr. Bollea having a share of the

20   percentage, that is correct.

21            THE COURT:  He's got a contingent claim at this

22   point.

23            MR. GALARDI:  Correct.  And then all the creditors

24   at the other companies, Gawker Hungary have been paid in

25   full, and all the creditors up at GM LLC have been paid in
```

Page 9

1  full.  And there has been a distribution to equity, and

2  there'll be more distributions to equity, depending on how

3  all the monies come out.

4          THE COURT:  Okay.

5          MR. GALARDI:  All right, so with respect to

6  Cahill, Your Honor, counsel is here, should you have any

7  questions.  The Debtor's Mr. Holden is in the courtroom,

8  have reviewed the applications as of the U.S. Trustee, and

9  would ask that Your Honor approve that fee application.

10          THE COURT:  Does anyone want to be heard?

11          MR. MORRISSEY:  Your Honor, Richard Morrissey --

12          THE COURT:  Why don't you go through all of them?

13          MR. MORRISSEY:  Okay, that's fine.

14          THE COURT:  And then I'll ask if there are any

15  objections.

16          MR. GALARDI:  Sure.  Your Honor, the next one is

17  Ropes & Gray.  Ropes & Gray has a second interim fee

18  application for just under $3.5 million and expenses of

19  $130.  The total fees that are being asked to approve on a

20  final basis are $7.46 million, and the total payment

21  requested in this that has been held back is just under

22  $1,974,850.77.  Again, we've worked with the U.S. Trustee,

23  given him all the financial data, and there were no

24  objections.

25          The next professional that has been retained is

Page 10

1    Citrin Cooperman.  They have a final fee application of

2    $187,455.  For that, they are seeking payment today of

3    $28,663.54 on a final basis, again, no objections.  They

4    were the accounting firm that helped with a number of the

5    accounting issues that were resolved, but inter-estate

6    issues and within the estate.

7          There are two local counsels that were involved in

8    the Bollea action, and taking certain steps.  The first one

9    is Thomas & LoCicero.  They have final fee requests of

10   $5440, and expenses of $3445, and they're seeing $1088 on a

11   final basis that has not been paid, and Bush Ross PA, which

12   has got $8250 on the final application, no expenses, and

13   seeking just under $4000 on the final.

14         Those are the four Debtor's professionals, and

15   again, there have been no objections to those.  That is

16   seeking payment of, I think Your Honor had five percent

17   holdback from the interim period, and then the final fees

18   that have not been paid, with resect to the second interim

19   period, which really ran from I think the last fee

20   application of the first interim period was through

21   September.  So this is really October, November, December,

22   and then through the effective date, which was March 17th of

23   2017.

24         THE COURT:  Are you done?

25         MR. GALARDI:  Yes.

Page 11

1           THE COURT:  I'll hear the committee's fee

2    application.

3           MR. GUSBA:  Good morning, Your Honor.  Sandy

4    Gusba, Simpson, Thacher & Bartlett, counsel for the

5    official.  Thank you, unsecured creditors' committee.  And

6    we are here, Your Honor, for four final fee apps.

7           First, for my firm, Simpson, Thacher & Bartlett,

8    we are requesting in approval of an aggregate amount of

9    roughly $1.7 million in fees and $80,000 or so in expenses

10   in the aggregate, and this -- and allowance and

11   authorization for payment with respect to five percent of a

12   holdback from the first interim fee application, and

13   thereafter, monthly fee statements from I believe February

14   through March, mid-March, which is the effective date of the

15   Chapter 11 plan.  We have also likewise had conversations

16   with the U.S. Trustee, and responded to any questions they

17   had to their satisfaction, I believe, and there have not

18   been any objections.

19          In addition to Simpson Thacher's final fee

20   application, Your Honor, we have two co-counsel, one was a

21   Hungarian counsel, Mourant -- excuse me, Cayman counsel,

22   Mourant.  They principally focused their attention on lien

23   review issues in connection with the DIP financing and the

24   prepetition liens, et cetera, and their final fee

25   application is approximately $28,420, which includes

Page 12

1   expenses as well.

2          And then Your Honor, lastly Dentons, which was our

3   Hungarian counsel.  I'm not going to try to pronounce the

4   first name of the firm, I'll just go with Dentons.  And

5   their final fee app was $7680.50, with expense of $177.29.

6   Dentons was principally there to help us with some inter-

7   company analysis, et cetera.  Because if you recall, there

8   were three principal players here, and as far as the

9   corporate structure chart was concerned, and one of them was

10  the Hungarian entity.

11         And then lastly, Your Honor, our financial

12  advisor, with respect to, is Deloitte, and we're here for

13  their final fee application as well, of roughly $893,991

14  with expenses of approximately $1096.03.

15         THE COURT:  All right.  Does anyone want to be

16  heard?

17         MR. MORRISSEY:  Your Honor, Richard Morrissey for

18  the U.S. Trustee.  The U.S. Trustee has discussed certain of

19  the fee applications, as counsel has stated, and the U.S.

20  Trustee has no objection.

21         THE COURT:  All right, then the applications are

22  granted, you can submit an order.

23         MR. GALARDI:  Thank you, Your Honor.

24         MR. GUSBA:  Thank you, Your Honor.

25         MR. GALARDI:  Your Honor, the final matter that

Page 13

1   was on the agenda was I think adjourned, but it's the AJ

2   Daulerio matter, and the only basis for the adjournment is

3   as we adjourned the Levine Sullivan fee application, it's

4   tied up in that, because one of the claims is a

5   reimbursement for Levine Sullivan's fees, and we're working

6   on that to resolve that.  So that will all, I think those

7   are, for the July 19th hearing, our next hearing.  And there

8   will be a status conference at that hearing as well.  I

9   think it's July 18th, Your Honor.

10          THE COURT:  It's July 18th.  Did I schedule a

11   status conference in the request by Got News and Johnson?

12          MR. GALARDI:  No, his date was -- he was

13   unavailable July 18th.  I got an email yesterday and

14   suggested a few dates.  It may be before or after, I have

15   not heard back from them.  Again, the status conference on

16   that, Your Honor asked the question, the funds are in

17   reserve for him in the full amount, and then the only issue

18   I think, is Your Honor has under consideration the personal

19   injury matter.

20          THE COURT:  And then the 2004 exam.

21          MR. GALARDI:  And you have the 2004.  Thank you,

22   Your Honor.

23          THE COURT:  Thank you very much.

24          MR. GUSBA:  Thank you, Your Honor.

25          (Whereupon these proceedings were concluded at

**Page 14**

1    **10:24 AM)**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 15

1                            I N D E X

2

3                           RULINGS

4                                                Page        Line

5

6

7    Fee Applications Granted                    12          22

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions

212-267-6868                www.veritext.com              516-608-2400

Page 16

1                        C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5     Sonya Ledanski          Digitally signed by Sonya Ledanski Hyde
                              DN: cn=Sonya Ledanski Hyde, o=Veritext,
6     Hyde                    ou, email=digital@veritext.com, c=US
                              Date: 2017.06.21 14:35:10 -04'00'
7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20     Veritext Legal Solutions

21     330 Old Country Road

22     Suite 300

23     Mineola, NY 11501

24

25     Date:  June 21, 2017