ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
Jonathan M. Agudelo
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :    Case No. 16-11700 (SMB)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

## NOTICE OF WITHDRAWAL

     **PLEASE TAKE NOTICE** that Jonathan M. Agudelo, of the firm Ropes & Gray LLP, hereby withdraws as counsel for the Plan Administrator for the above-captioned debtors, and requests to be removed from all notice and service lists in this case.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Jonathan M. Agudelo, and does not impact the representation of the Plan Administrator by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: July 7, 2017　　　　　　　　　　　　*/s/ Jonathan M. Agudelo*
　　　　New York, New York　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　　　Gregg M. Galardi
　　　　　　　　　　　　　　　　　　　　　D. Ross Martin
　　　　　　　　　　　　　　　　　　　　　Joshua Y. Sturm
　　　　　　　　　　　　　　　　　　　　　Jonathan M. Agudelo
　　　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036-8704
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 596-9000
　　　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 596-9090
　　　　　　　　　　　　　　　　　　　　　gregg.galardi@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　ross.martin@ropesgray.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to the Plan Administrator*
　　　　　　　　　　　　　　　　　　　　　*for the Debtors*