

In re Gawker Media LLC (16-11700)- Daulerio Objection Adjournment and Response Deadline Extension

McGee, Alex

to:
bernstein.chambers@nysb.uscourts.gov
07/12/2017 11:10 AM
Cc:
"Galardi, Gregg", "Sturm, Joshua", David Marburger
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Sturm, Joshua"
<Joshua.Sturm@ropesgray.com>, David Marburger <david@marburger-law.com>

Dear Chambers of the Honorable Judge Bernstein:

On November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493]. A hearing is currently scheduled on the Objection for July 18, 2017 at 10:00 a.m. (ET) with a response deadline of July 11, 2017 at 4:00 p.m. (ET).

As discussed with Chambers earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to August 15, 2017 at 10:00 a.m. (ET). In connection with the adjournment, the Debtors hereby request permission to update the response deadline to August 8, 2017 at 4:00 p.m. (ET).

*Granted*
*SMB*
*7/12/17*

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

Respectfully submitted,
W. Alex McGee

**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.



In re Gawker Media LLC (16-11700)- National Union Fire Claim Objection Adjournment and Response Deadline Extension

McGee, Alex

to:
bernstein.chambers@nysb.uscourts.gov
07/12/2017 11:11 AM

Cc:
"Galardi, Gregg", "Larner, Kevin J", "Sturm, Joshua"
Hide Details
From: "McGee, Alex" <William.McGee@ropesgray.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Larner, Kevin J" <Kevin.Larner@aig.com>, "Sturm, Joshua" <Joshua.Sturm@ropesgray.com>

Dear Chambers of the Honorable Judge Bernstein:

On February 6, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 730]. A hearing is currently scheduled on the Objection for July 18, 2017 at 10:00 a.m. (ET) with a response deadline of July 11, 2017 at 4:00 p.m. (ET).

As discussed with Chambers earlier today, the Debtors will be filing a notice to adjourn the hearing on the Objection to September 19, 2017 at 10:00 a.m. (ET).  In connection with the adjournment, the Debtors hereby request permission to update the response deadline to September 12, 2017 at 4:00 p.m. (ET).

*Granted
SMB
7/12/17*

Upon Your Honor's grant of permission, we will file the Notice of Adjournment, including the updated response deadline. Thank you.

Respectfully submitted,
W. Alex McGee


**William A. McGee**
**ROPES & GRAY LLP**
T +1 617 951 7480
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
William.McGee@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.