ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
: 
In re : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO COMBINED MONTHLY AND**
**FINAL FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE**
**ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY**
**FEE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017; AND**
**(II) THE FINAL FEE PERIOD FROM JUNE 10, 2016 THROUGH MARCH 17, 2017**

1.  On May 15, 2017, Prime Clerk LLC ("Prime Clerk") filed the *Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017* [Docket No. 897] (the "Application").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

63990101_4

2. On May 16, 2017, Prime Clerk served the Application as set forth in the *Affidavit of Service* [Docket No. 912].

3. On May 18, 2017, the Plan Administrator filed the *Notice of Hearing on Final Fee Applications of Professionals for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 911] (the "Hearing Notice"), scheduling a hearing on the Application for June 20, 2017, at 10:00 a.m. (Eastern Time) (as adjourned from time to time, the "Hearing").

4. On May 18, 2017, the Plan Administrator served the Hearing Notice as set forth in the *Affidavit of Service* [Docket No. 913].

5. Objections to the Application were due no later than June 8, 2017 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

6. On June 19, 2017, the Plan Administrator filed a notice adjourning the Hearing to July 18, 2017, at 10:00 a.m. (Eastern Time). *See Notice of Adjournment of Hearing on Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017* [Docket No. 930] (the "Adjournment Notice").

7. On May 18, 2017, the Plan Administrator served the Adjournment Notice as set forth in the *Affidavit of Service* [Docket No. 932].

8. The undersigned certifies that the Plan Administrator has not received any answer, objection or other responsive pleading with respect to the Final Fee Application, that Prime Clerk has represented that it has not received any answer, objection or other responsive pleading with

63990101_4

respect to the Final Fee Application and that no such answer, objection or other responsive pleading has appeared on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

9.      There having been no answer, objection, or other responsive pleadings filed by the Objection Deadline, Prime Clerk and the Plan Administrator respectfully requests that the Court enter the proposed order granting the Final Fee Application, annexed hereto as **Exhibit A**.

Dated: July 14, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com

*Counsel to the* Plan Administrator
*for the Debtors*

63990101_4

# EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
:
In re                                                                  :         Chapter 11
:
Gawker Media LLC, *et al.*,[1]                                :         Case No. 16-11700 (SMB)
:
         Debtors.                                  :         (Jointly Administered)
:
-----------------------------------------------------x

### ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF
### FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the applications of certain professionals for professional services rendered and expenses incurred in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "Debtors") during the period commencing June 10, 2016 through March 17, 2017 [Docket Nos. 897, 902] (collectively, the "Final Fee Applications"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Final Fee Applications are granted to the extent set forth in the attached **Schedule A** and **Schedule B**.

New York, New York
Dated: _____, 2017

                                                    _____
                                                    THE HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

63990101_4

Case No.: 16-11700
Case Name: In re Gawker Media LLC, *et al.*

**CURRENT FEE PERIOD**
**(as indicated in Column (2) below)**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to Be Paid for Current Fee Period | (6) Fees to Be Paid for Prior Fee Period[1] | (7) Total Fees to Be Paid | (8) Interim Expenses Requested | (9) Expenses to Be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Prime Clerk LLC | 5/15/17 Dkt No. 897 (Oct. 1, 2016 – Mar. 17, 2017)[2] | $35,187.15 | $35,187.15 | $35,187.15 | $2,892.43 | $38,079.58 | $0.00 | $0.00 |
| Brannock & Humphries | 5/16/17 Dkt No. 902 (Oct. 1, 2016 – Mar. 17, 2017) | $7,793.05 | $7,793.05 | $7,793.05 | $9,819.24[3] | $17,612.29 | $239.46 | $239.46 |

DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: _____USBJ

---

[1] Represents amounts requested for the First Interim Fee Period (June 10 – September 30, 2016) that were not allowed on an interim basis pursuant to an agreement with the UST or as otherwise ordered by the court.

[2] Includes amounts requested in Prime Clerk's fee application for fees incurred during the period from January 1, 2017 through January 31, 2017, which were not previously included in a monthly fee statement and are hereby approved and allowed.

[3] Pursuant to the *Order Granting First Interim Fee Applications of Certain Special Litigation Counsel for the Debtors for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 648] the court allowed 50 percent of the fee amounts requested by Brannock & Humphries for the period from June 10, 2016 through September 30, 2016. However, to the extent Brannock & Humphries had already received payment in excess of the amounts allowed on an interim basis, the Court did not require that it disgorge any such fees.

63990101_4

Case No.: 16-11700             **FINAL FEE APPLICATION TOTALS**             **Schedule B**
Case Name: In re Gawker Media LLC, *et al.*       **(June 10, 2016 – March 17, 2017)**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| Prime Clerk LLC [Docket No. 897] | $93,035.80 | $93,035.80 | $114.07 | $114.07 |
| Brannock & Humphries [Docket No. 902] | $27,431.53 | $27,431.53 | $525.50 | $525.50 |

DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: \_\_\_\_\_USBJ

63990101_4