Ropes & Gray LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                              :

In re                           :          Chapter 11
                              :

Gawker Media LLC, *et al.*,[1]     :          Case No. 16-11700 (SMB)
                              :

               Debtors.      :          (Jointly Administered)
                              :

------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**JULY 18, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:      July 18, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
                     United States Bankruptcy Court for the Southern District of New York
                     Alexander Hamilton Custom House
                     One Bowling Green, Courtroom No. 723
                     New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**CASE CONFERENCE**

**UNCONTESTED MATTERS**

1.    Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017 [Docket No. 897]

**Response Deadline:**  June 8, 2017.

**Responses Received**: None.

**Related Documents**:

   a.    Notice of Hearing on Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 911]

   b.    Notice of Adjournment of Hearing on Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017 [Docket No. 930]

   c.    Certificate of No Objection To Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017 [Docket No. 954]

**Status:** **This matter is going forward.**

2.    Second Interim and Final Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through March 17, 2017 [Docket No. 902]

**Response Deadline:**  June 8, 2017

**Responses Received**: None.

**Related Documents**:

a.  Notice of Hearing on Second Interim and Final Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through March 17, 2017 [Docket No. 908]

b.  Certificate of No Objection To Second Inteirm and Final Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors In Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, Through March 17, 2017 [Docket No. 953]

**Status:** This matter is going forward.

## ADJOURNED MATTERS

3.  Notice of Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

**Response Deadline:**  August 8, 2017

**Responses Received:** None.

**Related Documents:**

a.  Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

b.  Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

c.  Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 735]

d.  Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 799]

e.  Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 853]

    f.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 907]

    g.     Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 921]

    h.     Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 950]

**Status:** **This matter has been adjourned to the hearing on August 15, 2017 at 10:00 a.m.**

4.     Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh P.A. (Claim No. 32) [Docket No. 730]

**Response Deadline:**  September 12, 2017

**Responses Received:** None.

**Related Documents:**

    a.     Declaration of William D. Holden in Support of the Debtors' Objections to Certain Claims [Docket No. 726]

    b.     Notice of Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 798]

    c.     Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 852]

    d.     Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 906]

    e.     Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 951]

**Status:** **This matter has been adjourned to the hearing on September 19, 2017 at 10:00 a.m.**

63968646_3

5.      Notice of Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy
Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015
Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)
[Docket No. 769]

**Response Deadline:** August 8, 2017

**Responses Received:** None.

**Related Documents:**

a.      Notice of Adjournment of Hearing on Gawker Media's (I) Objection to
IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion
for a Determination of 2013, 2014 and 2015 Federal Tax Liability
Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No.
813]

b.      Notice of Further Adjournment of Hearing on Gawker Media's (I)
Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and
(II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax
Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)
[Docket No. 856]

c.      Notice of Further Adjournment of Hearing on Gawker Media's (I)
Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and
(II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax
Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)
[Docket No. 945]

**Status:** **This matter has been adjourned to the hearing on August 15, 2017
at 10:00 a.m.**

6.      Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as
Special Litigation Counsel for the Debtors and Debtors In Possession for
Allowance of Compensation and for the Reimbursement of Expenses for the
Period from June 10, 2016 through March 17, 2017 [Docket No. 900]

**Response Deadline:** June 8, 2017

**Responses Received:** None.

**Related Documents:**

a.      Notice of Hearing on Second Interim and Final Application of Levine
Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the

63968646_3

Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 909]

b.      Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No.919]

c.      Notice of Further Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 952]

**Status:** **This matter has been adjourned to the hearing on July 25, 2017 at 10:00 a.m.**

Dated: July 14, 2017
        New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropegray.com

*Counsel to the Plan Administrator*
*for the Debtors*

63968646_3