UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                    :
In re                               :      Chapter 11
                                    :
Gawker Media LLC, et al.,[1]        :      Case No. 16-11700 (SMB)
                                    :
            Debtors.                :      (Jointly Administered)
                                    :
---------------------------------------------------------x

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD APRIL 1, 2017 THROUGH JUNE 30, 2017

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:     _____
            William D. Holden
            Plan Administrator for the Debtors

Debtors' Address and Phone Number:        Debtors' Attorney's Address
                                          and Phone Number:

c/o Opportune LLP                         Ropes & Gray LLP
Attn: William D. Holden                   Attn: Gregg M. Galardi
10 East 53rd Street, 33rd Floor           1211 Avenue of the Americas
New York, NY 10022                        New York, NY 10010
Phone: 212-388-4000                       Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**Error! Unknown document property name.**

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | April 2017 Disbursements | May 2017 Disbursements | June 2017 Disbursements | Total Q2 2017 | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $ 1,869,850.24 | $ 933,599.32 | $ 389,712.55 | **$ 3,193,162.11** | $10,400.00 |
| 16-11718 | Gawker Hungary Kft.† | $ 9,420.70 | $ 1,137.41 | $ 29,121.31 | **$ 39,679.42** | $ 650.00 |
| 16-11719 | Gawker Media Group, Inc. | $ 2,369.38 | $ 0.00 | $ 3,877,146.00 | **$ 3,879,515.38** | $10,400.00 |
| | **Total** | **$ 1,881,640.32** | **$ 934,736.73** | **$ 4,295,979.86** | **$ 7,112,356.91** | **$21,450.00** |

* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0037.