ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :    Case No. 16-11700 (SMB)
                                                       :
         Debtors.                                      :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joshua Y. Sturm, Esq., request admission, *pro hac vice*, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft., the Debtors in the above-referenced cases.

I certify that I am a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York, and am admitted to practice before the United States District Court for the District of Massachusetts and the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Dated:  July 14, 2017
       Boston, Massachusetts

       ROPES & GRAY LLP

By: _____
Joshua Y. Sturm, Esq.
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile:  (617) 951-7050
E-mail: *Joshua.sturm@ropesgray.com*

Counsel to the Plan Administrator for the Debtors

63990000_1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re:                                       :    Chapter 11
                                             :
Gawker Media LLC, *et al.*,[1]               :    Case No. 16-11700 (SMB)
                                             :
          Debtors.                           :    (Jointly Administered)
                                             :
---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joshua Y. Sturm, Esq., to be admitted, *pro hac vice*, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft., the Debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York, and am admitted to practice before the United States District Court for the District of Massachusetts and the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, it is hereby

**ORDERED**, that Joshua Y. Sturm, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Dated: _____, 2017
      New York, New York

                                                                                                                   _____
                                                                                                                   THE HONORABLE STUART M. BERNSTEIN
                                                                                                                   UNITED STATES BANKRUPTCY JUDGE