Status Conference Date and Time: July 25, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :   Case No. 16-11700 (SMB)
                                                      :
                 Debtors.                             :   (Jointly Administered)
                                                      :
------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference regarding the chapter 11 cases of Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft. was scheduled for June 29, 2017 at 10:00 am (prevailing Eastern Time) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that, on June 9, 2017, the Debtors filed the *Notice of Adjournment of Status Conference* [Docket No. 920], adjourning the Status Conference to July 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Status Conference has been further adjourned to **July 25, 2017 at 10:00 a.m. (Eastern Time)**.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64010071_2

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Status Conference.

Dated: July 17, 2017  
       New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Joshua Y. Sturm  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
joshua.sturm@ropegray.com

*Counsel to the Plan Administrator for the Debtors*