**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
:
In re                                                                    :          Chapter 11
:
Gawker Media LLC, *et al.*,[1]                            :          Case No. 16-11700 (SMB)
:
                                        Debtors.        :          (Jointly Administered)
:
------------------------------------------------------x

### ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF
### FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the applications of certain professionals for professional services rendered and expenses incurred in the above-captioned chapter 11 cases of Gawker Media LLC and certain of its affiliates (collectively, the "Debtors") during the period commencing June 10, 2016 through March 17, 2017 [Docket Nos. 897, 902] (collectively, the "Final Fee Applications"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Final Fee Applications are granted to the extent set forth in the attached **Schedule A** and **Schedule B**.

New York, New York
Dated: July 17, 2017

/s/ STUART M. BERNSTEIN
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.
**Error! Unknown document property name.**

**Case No.:** 16-11700

**Case Name:** In re Gawker Media LLC, *et al.*

**Schedule A**

**CURRENT FEE PERIOD**
**(as indicated in Column (2) below)**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to Be Paid for Current Fee Period | (6) Fees to Be Paid for Prior Fee Period[1] | (7) Total Fees to Be Paid | (8) Interim Expenses Requested | (9) Expenses to Be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Prime Clerk LLC | 5/15/17 Dkt No. 897 (Oct. 1, 2016 – Mar. 17, 2017)2 | $35,187.15 | $35,187.15 | $35,187.15 | $2,892.43 | $38,079.58 | $0.00 | $0.00 |
| Brannock & Humphries | 5/16/17 Dkt No. 902 (June 10, 2016 – Mar. 17, 2017) | $7,793.05 | $7,793.05 | $7,793.05 | $9,819.24[3] | $17,612.29 | $239.46 | $239.46 |

DATE ON WHICH ORDER WAS SIGNED: July 17, 2017     INITIALS: SMB__USBJ

---

[1] Represents amounts requested for the First Interim Fee Period (June 10 – September 30, 2016) that were not allowed on an interim basis pursuant to an agreement with the UST or as otherwise ordered by the court.

2 Includes amounts requested in Prime Clerk's fee application for fees incurred during the period from January 1, 2017 through January 31, 2017, which were not previously included in a monthly fee statement and are hereby approved and allowed.

[3] Pursuant to the *Order Granting First Interim Fee Applications of Certain Special Litigation Counsel for the Debtors for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 648] the court allowed 50 percent of the fee amounts requested by Brannock & Humphries for the period from June 10, 2016 through September 30, 2016. However, to the extent Brannock & Humphries had already received payment in excess of the amounts allowed on an interim basis, the Court did not require that it disgorge any such fees.

**Error! Unknown document property name.**

**Case No.:** 16-11700
**Case Name:** In re Gawker Media LLC, *et al.*

<u>**FINAL FEE APPLICATION TOTALS**</u>
**(June 10, 2016 – March 17, 2017)**

**Schedule B**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Allowed | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Allowed |
|---|---|---|---|---|
| Prime Clerk LLC<br>[Docket No. 897] | $93,035.80 | $93,035.80 | $114.07 | $114.07 |
| Brannock & Humphries<br>[Docket No. 902] | $27,431.53 | $27,431.53 | $525.50 | $525.50 |

DATE ON WHICH ORDER WAS SIGNED: _July 17th, 2017__              INITIALS: _SMB__USBJ

Error! Unknown document property name.