ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
Gawker Media LLC, *et al.*,[1]                      :    Case No. 16-11700 (SMB)
                                                    :
           Debtors.                                 :    (Jointly Administered)
                                                    :
----------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR JULY 18, 2017 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that, with the Court's permission, the hearing scheduled for July 18, 2017 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that the following matters scheduled for the Hearing have been adjourned to **July 25, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York:

- *Case Conference*
- *Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017* [Docket No. 900]

**PLEASE TAKE FURTHER NOTICE** that the following matters scheduled for the Hearing have been adjourned to **August 15, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York:

- *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio* [Docket No. 493]

- *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 769]

**PLEASE TAKE FURTHER NOTICE** that the following matter scheduled for the Hearing has been adjourned to **September 19, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York:

- *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh P.A. (Claim No. 32)* [Docket No. 730]

**PLEASE TAKE FURTHER NOTICE** that the Court has entered an order on the docket approving the following fee applications that were scheduled for the Hearing:

- *Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses for (I) the Monthly Fee Period from January 1, 2017 through January 31, 2017; and (II) the Final Fee Period from June 10, 2016 through March 17, 2017* [Docket No. 897]

- *Second Interim and Final Application of Brannock & Humphries as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016, through March 17, 2017* [Docket No. 902]

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 17, 2017
      New York, New York

/s/ *Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com

*Counsel to the Plan Administrator
for the Debtors*