ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                    :

In re                             :        Chapter 11
                                    :

Gawker Media LLC, *et al.*,[1]     :        Case No. 16-11700 (SMB)
                                    :

         Debtors.          :        (Jointly Administered)
                                    :
------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
JULY 25, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:        July 25, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                             United States Bankruptcy Court for the Southern District of New York
                             Alexander Hamilton Custom House
                             One Bowling Green, Courtroom No. 723
                             New York, New York 10004

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at
                             www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                             agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                             information may be obtained by calling Prime Clerk toll free at 855-639-
                             3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64035572_3

**STATUS CONFERENCE**

1. Debtors' Omnibus Objection to Proofs of Claim Nos. 54, 223, and 246 Filed by Charles C. Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 396]

   **Response Deadline:** November 14, 2016

   **Responses Received:**

   a. Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

   b. Response to Debtor's Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 745]

   **Related Documents:**

   a. Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

   b. Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

   c. Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

   d. Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 604]

   e. Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 697]

   f. Scheduling Order Regarding Debtors' Objections to Proofs of Claim of Got News LLC and Charles Johnson [Docket No. 703]

   g. Debtor's Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 707]

    h.    Debtor Gawker Media's Reply in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 755]

    i.    Request for Status Conference Pursuant to Local Rule 9076-1(b) [Docket No. 926]

    j.    Notice of Scheduling of Status Conference [Docket No. 939]

**Status: The status conference on this matter is going forward.**

2. Debtors' Omnibus Objection to Proofs of Claim Nos. 53, 202, and 298 Filed by Got News LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c), Pursuant to Bankruptcy Rules 9014 and 7012 [Docket No. 397]

**Response Deadline:** November 14, 2016

**Responses Received:**

    a.    Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC [Docket No. 452]

    b.    Response to Debtor's Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 745]

**Related Documents:**

    a.    Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 501]

    b.    Declaration of D. Ross Martin in Support of the Debtors' Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson [Docket No. 502]

    c.    Notice of Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 523]

    d.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 604]

    e.    Notice of Further Adjournment of Hearing on Debtor Gawker Media LLC's Objections to Proofs of Claim Filed by Got News LLC and Charles C. Johnson [Docket No. 697]

    f.    Scheduling Order Regarding Debtors' Objections to Proofs of Claim of Got News LLC and Charles Johnson [Docket No. 703]

    g.    Debtor's Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 707]

    h.    Debtor Gawker Media's Reply in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC [Docket No. 755]

    i.    Request for Status Conference Pursuant to Local Rule 9076-1(b) [Docket No. 926]

    j.    Notice of Scheduling of Status Conference [Docket No. 939]

**Status: The status conference on this matter is going forward.**

**UNCONTESTED MATTERS**

3.    Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 900]

**Response Deadline:** July 7, 2017

**Responses Received**: None.

**Related Documents**:

    a.    Notice of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 909]

    b.    Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No.919]

  c. Notice of Further Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 952]

**Status: This matter is going forward.  The parties are working out the terms of a settlement to be presented to the Court at the Hearing.**

Dated: July 21, 2017
   New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com
joshua.sturm@ropegray.com

*Counsel to the Plan Administrator for the Debtors*

-5-