Hearing Date and Time: September 19, 2017 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 : Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        : Case No. 16-11700 (SMB)
                                                      :
                Debtors.                              : (Jointly Administered)
                                                      :
------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO PROOFS OF CLAIM NOS. 293, 294 AND 295 FILED BY ALBERT JAMES DAULERIO

**PLEASE TAKE NOTICE** that on November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493] (the "Daulerio Objection").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the Daulerio Objection was set as December 12, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Daulerio Objection was scheduled for December 29, 2016 at 10:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Debtors extended the Response Deadline to December 19, 2016, at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2016, the Debtors filed the *Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 627], (i) extending the Response Deadline to January 19, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to January 26, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on January 18, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 688], (i) extending the Response Deadline to February 7, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to February 14, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on February 6, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 735], (i) extending the Response Deadline to February 28, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to March 7, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on March 3, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 799], (i) extending the

Response Deadline to April 11, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to April 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on April 11, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 853], (i) extending the Response Deadline to May 18, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to May 25, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 907], (i) extending the Response Deadline to June 13, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to June 20, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 9, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 921], (i) extending the Response Deadline to July 11, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to July 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 950], (i) extending the Response Deadline to August 8, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to August 15, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Hearing is hereby further adjourned to **September 19, 2017 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Plan Administrator will file an agenda before the Hearing, which may seek to modify or supplement the relief requested in the Daulerio Objection.

Dated: August 11, 2017  
       New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
D. Ross Martin  
Joshua Y. Sturm  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone:  (212) 596-9000  
Facsimile:   (212) 596-9090  
gregg.galardi@ropesgray.com  
ross.martin@ropesgray.com  
joshua.sturm@ropegray.com  

*Counsel to the Plan Administrator for the Debtors*

-4-