ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
<u>AUGUST 15, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)</u>**

Date and Time:      August 15, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**CASE CONFERENCE**

**UNCONTESTED MATTERS**

1.    Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 900]

**Response Deadline:**  July 7, 2017

**Responses Received**: None.

**Related Documents**:

a.    Notice of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 909]

b.    Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No.919]

c.    Notice of Further Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 952]

d.    Notice of Further Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors In Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 968]

**Status**: **This matter is going forward.**

**ADJOURNED MATTERS**

2.    Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

**Response Deadline:**  August 8, 2017

**Responses Received:** None.

**Related Documents:**

a.      Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

b.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

c.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 735]

d.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 799]

e.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 853]

f.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 907]

g.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 921]

h.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 950]

i.      Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 971]

**Status:** **This matter has been adjourned to the hearing on September 19, 2017 at 10:00 a.m.**

3.      Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 769]

**Response Deadline:** August 8, 2017

**Responses Received:** None.

**Related Documents:**

a.      Notice of Adjournment of Hearing on Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 813]

b.      Notice of Further Adjournment of Hearing on Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 856]

c.      Notice of Further Adjournment of Hearing on Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 945]

d.      Notice of Further Adjournment of Hearing on Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a) [Docket No. 967]

**Status:** **The Plan Administrator and the IRS filed a Stipulation and Order [Docket No. 965] to be presented to the Court for signature on August 21, 2017 at 4:00 p.m.  Pending the Court's entry of the Stipulation and Order, this matter has been adjourned to the hearing on September 19, 2017 at 10:00 a.m.**

Dated: August 11, 2017               */s/ Gregg M. Galardi*
      New York, New York          ROPES & GRAY LLP
                                Gregg M. Galardi
                                D. Ross Martin
                                Joshua Y. Sturm
                                1211 Avenue of the Americas
                                New York, NY 10036-8704
                                Telephone:  (212) 596-9000
                                Facsimile:   (212) 596-9090
                                gregg.galardi@ropesgray.com
                                ross.martin@ropesgray.com
                                joshua.sturm@ropegray.com

                                *Counsel to the Plan Administrator*
                                *for the Debtors*

64366989_3