Hearing Date and Time: September 19, 2017 at 10:00 a.m. (prevailing Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re : Chapter 11
:
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
:
        Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON SECOND INTERIM AND FINAL APPLICATION OF LEVINE SULLIVAN KOCH & SCHULZ, LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 10, 2016 THROUGH MARCH 17, 2017**

**PLEASE TAKE NOTICE** that on May 16, 2017, the Plan Administrator filed the

*Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special*

*Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation*

*and for the Reimbursement of Expenses for the Period from June 10, 2016 Through March 17,*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

*2017* [Docket No. 900] (the "LSKS Application") on behalf of Levine Sullivan Koch & Schulz, LLP.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the LSKS Application was set as June 8, 2017 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the LSKS Application was scheduled for June 29, 2017 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing"). *See Notice of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 Through March 17, 2017* [Docket No. 909].

**PLEASE TAKE FURTHER NOTICE** that, on June 9, 2017, the Plan Administrator filed the *Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 Through March 17, 2017* [Docket No. 919], (i) extending the Objection Deadline to July 7, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to July 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2017, the Plan Administrator filed the *Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the*

64413163_2

*Period from June 10, 2016 Through March 17, 2017* [Docket No. 952], adjourning the Hearing to July 25, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2017, the Plan Administrator filed the *Notice of Adjournment of Hearing on Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 Through March 17, 2017* [Docket No. 968], adjourning the Hearing to August 15, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval the Hearing is hereby adjourned to **September 19, 2017 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the LSKS Application to be heard at the Hearing.

Dated: August 14, 2017　　　　　　　　　*/s/ Gregg M. Galardi*
　　　　New York, New York　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　Gregg M. Galardi
　　　　　　　　　　　　　　　　　　　　D. Ross Martin
　　　　　　　　　　　　　　　　　　　　Joshua Y. Sturm
　　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036-8704
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 596-9000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 596-9090
　　　　　　　　　　　　　　　　　　　　gregg.galardi@ropesgray.com
　　　　　　　　　　　　　　　　　　　　ross.martin@ropesgray.com
　　　　　　　　　　　　　　　　　　　　joshua.sturm@ropegray.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Plan Administrator*
　　　　　　　　　　　　　　　　　　　　*for the Debtors*

64413163_2