**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                         :
In re:                                        :    Case No. 16-11700 (SMB)
                                           :
Gawker Media LLC, *et al.*,[1]      :    Chapter 11
                                         :
                  Debtors.     :    Jointly Administered
------------------------------------------------------------ x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, Thomas G. Hentoff, respectfully request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Gizmodo Media Group, LLC in the above-referenced bankruptcy proceeding.

       I certify that I am a member in good standing of the bars in the District of Columbia and in the State of Pennsylvania.

       I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: August 21, 2017

Washington, D.C.

                                                 WILLIAMS & CONNOLLY LLP

                                               /s/ Thomas G. Hentoff
                                               Thomas G. Hentoff

                                               725 Twelfth St. NW
                                               Washington, DC 20005
                                               Phone: (202) 434-5804
                                               Fax: (202) 434-5029

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Email: thentoff@wc.com

*Counsel for Gizmodo Media Group, LLC*

16-11700-smb    Doc 980    Filed 08/21/17    Entered 08/21/17 12:25:11    Main Document
Pg 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Case No. 16-11700 (SMB)
                                                             :
Gawker Media LLC, et al.,[1]                                 :    Chapter 11
                                                             :
                              Debtors.                       :    Jointly Administered
------------------------------------------------------------ x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas G. Hentoff, to be admitted, *pro hac vice*, to represent Gizmodo Media Group, LLC, (the "Client") in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and in the State of Pennsylvania, it is hereby

ORDERED, that Thomas G. Hentoff, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

                                                               Hon. Stuart M. Bernstein
                                                              U.S. Bankruptcy Judge

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.