**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                  :

In re:                                         :       Chapter 11

Gawker Media LLC, *et al.*,[1]              :       Case No. 16-11700 (SMB)

                    Debtors.           :       (Jointly Administered)
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, Adam E. Malatesta, respectfully request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Gizmodo Media Group, LLC in the above-referenced bankruptcy proceeding.

       I certify that I am a member in good standing of the bar of the State of California.

       I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: August 21, 2017                          LATHAM & WATKINS LLP

                                                    /s/ Adam E. Malatesta
                                                    Adam E. Malatesta

                                                    355 South Grand Avenue, Suite 100
                                                   Los Angeles, California 90071-1560
                                                     Telephone: (213) 485-1243
                                                    Facsimile: (213) 891-8763
                                                    Email: adam.malatesta@lw.com

                                                   *Counsel for Gizmodo Media Group, LLC*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.