16-11700-smb    Doc 984-1    Filed 08/21/17    Entered 08/21/17 16:35:38    Proposed Order    Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
                      Debtors. : Jointly Administered
------------------------------------------------------------- x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Peter M. Gilhuly, to be admitted, *pro hac vice*, to represent Gizmodo Media Group, LLC in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

ORDERED, that Peter M. Gilhuly is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding to represent Gizmodo Media Group, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2017
       New York, New York

                                                               HONORABLE STUART M. BERNSTEIN
                                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.