**Exhibit E**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Gawker Media LLC, *et al.*,[1]                               :    Case No. 16-11700 (SMB)
                                                             :
                          Debtors.                           :    (Jointly Administered)
------------------------------------------------------------ x

**ORDER APPROVING MOTION OF GIZMODO MEDIA GROUP, LLC TO ENFORCE THE SALE ORDER AND TO BAR CERTAIN PLAINTIFFS FROM PROSECUTING THEIR STATE COURT ACTIONS**

Upon consideration of the Motion of Gizmodo Media Group, LLC ("GMG") to enforce the Sale Order and the APA and to bar Pregame and Busack from prosecuting the claims and causes of action asserted against GMG in the Civil Suit (the "Motion"),[2] the Court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and any hearing thereon was sufficient, proper, and adequate; and (iv) upon the record herein and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Accordingly, the Court hereby ORDERS that:

1.    The Motion is GRANTED in all respects; and

2.    Pregame and Busack shall immediately take all necessary action, at their sole cost and expense, to effectuate the dismissal with prejudice of the causes of action asserted against GMG in the civil action captioned *PREGAME LLC d/b/a PREGAME.COM, a Nevada limited*

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

[2]    Defined terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

*liability company and RANDALL JAMES BUSAK [sic], professionally known as RJ BELL, Plaintiffs, against Gizmodo Media Group, LLC, a Delaware Corporation, Ryan Goldberg and DOES 1-20, Inclusive, Defendants*, Index No. 155710/2017, pending in the Supreme Court for the State of New York, County of New York (the "<u>Civil Suit</u>"), including signing and filing such pleadings as are necessary and appropriate in furtherance thereof; and

       3.      Pregame and Busack are each hereby directed to immediately cease and refrain from any further acts to prosecute or continue the claims and causes of action asserted against GMG in the Civil Suit (whether in the Supreme Court for the State of New York or any other court) or to, in any other manner, seek to enforce such claims and causes of action against GMG; and

       4.      GMG is hereby awarded its costs and attorneys' fees incurred in connection with the preparation, filing, and arguing of the Motion and defending the underlying Civil Suit.  Such fees shall be assessed against Pregame and Busack for their knowing violations of the Sale Order and the APA.

Dated: _____, 2017  
       New York, New York

                                                    _____  
                                                  HONORABLE STUART M. BERNSTEIN  
                                                  UNITED STATES BANKRUPTCY JUDGE