**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Case No. 16-11700 (SMB)
                                                             :
Gawker Media LLC, *et al.*,[1]                               :   Chapter 11
                                                             :
                           Debtors.   :   Jointly Administered
------------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas G. Hentoff, to be admitted, *pro hac vice*, to represent Gizmodo Media Group, LLC, (the "Client") in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and in the State of Pennsylvania, it is hereby

ORDERED, that Thomas G. Hentoff, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **August 21st, 2017**

**New York**, New York

                                              **/s/ STUART M. BERNSTEIN**
                                              Hon. Stuart M. Bernstein
                                              U.S. Bankruptcy Judge

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.