UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In re                                       :        Chapter 11
                                                        :
Gawker Media LLC, *et al.*,[1]            :        Case No. 16-11700 (SMB)
                                                         :
                    Debtors.        :        (Jointly Administered)
                                                         :
-------------------------------------------------------x

**STIPULATION AND ORDER BETWEEN THE PLAN
ADMINISTRATOR AND THE IRS REGARDING
DETERMINATION OF 2013, 2014 AND 2015 FEDERAL TAX LIABILITY**

The Plan Administrator for Gawker Media LLC ("Gawker Media"), as a debtor and debtor in possession in the above-referenced jointly administered bankruptcy cases (the "Bankruptcy Cases") and the United States of America, Department of Treasury, Internal Revenue Service (the "IRS" and together with Gawker Media, the "Parties") by and through their respective counsel, hereby enter into this stipulation (the "Stipulation and Order") for an agreed order regarding the IRS Claims (as defined below).

**Recitals**

WHEREAS, Gawker Media filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on June 10, 2016;

WHEREAS, the IRS filed Claim Nos. 317, 323, and 333 against Gawker Media with respect to claims for taxes due during the 2014 and 2015 tax years (collectively, the "Original IRS Claims");

---

[1]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

**Error! Unknown document property name.**

WHEREAS, Gawker Media filed *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and (II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 769] (the "Objection");

WHEREAS, after multiple adjournments of the hearing on the Objection, the IRS has now completed its audit for the 2014 and 2015 tax years and determined that no tax is due for such tax years;

WHEREAS, on June 30, 2017, the IRS further amended the Original IRS Claims by filing Claim No. 338 in the amount of $10,153.35 (the "Late Fee Claim") for fees related to Gawker Media's late filing of its tax return for the 2015 tax year;

WHEREAS the Late Fee Claim also removed the liabilities previously asserted in the Original IRS Claims for the 2014 and 2014 tax years, and superseded the Original IRS Claims;

WHEREAS, Gawker Media is willing to agree to pay the Late Fee Claim;

WHEREAS, the Parties therefore wish to stipulate to the withdrawal of the Objection and agree to the payment in full of the Late Fee Claim;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND SO ORDERED THAT:**

1. The Objection is deemed withdrawn.

2. Gawker Media is authorized and directed to pay the Late Fee Claim in the amount of $10,153.35 to the IRS within 14 days of entry of this Stipulation and Order.

3. Prime Clerk LLC, as claims agent in the Bankruptcy Cases, is authorized and directed to amend the claims register to remove the Original IRS Claims (Claim Nos. 317, 323, and 333 only) as having been superseded by the Late Fee Claim .

**Error! Unknown document property name.**

4. Prime Clerk LLC, as claims agent in the Bankruptcy Cases, is authorized and directed to amend the claims register to reflect that the Late Fee Claim (Claim No. 338 only) is satisfied.

5. The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Stipulation and Order.

| | |
|---|---|
| Dated: August 4, 2017<br>New York, New York | Dated: August 4, 2017<br>New York, New York |
| */s/ Gregg M. Galardi*<br>Gregg M. Galardi<br>D. Ross Martin<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:  (212) 596-9090<br><br>*Counsel for the Plan Administrator*<br>*for the Debtors* | */s/ Andrew E. Krause*<br>Andrew E. Krause<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2769<br>Facsimile: (212) 637-2786<br><br>*Counsel for the Internal Revenue Service* |

SO ORDERED:

Date: August 22, 2017

New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Error! Unknown document property name.**