UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.,*[1]                  :    Case No. 16-11700 (SMB)
                                                :
            Debtors.                            :    (Jointly Administered)
-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                       )  SS:
COUNTY OF ESSEX        )

Dipesh Patel, being duly sworn, deposes, and says:

1.  I am an associate with the Saul Ewing LLP.

2.  On August 21, I caused true and accurate copy of Ryan Goldberg's *Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action* to be served upon the following entities in the manner indicated below:

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York 10014

HARDER MIRELL & ABRAMS LLP
Attn: Charles J. Harder, Esq.
132 S. Rodeo Dr., Suite 301
Beverley Hills, CA 90212

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Randall Busack (aka RJ Bell)
c/o Harder Mirell & Abrams LLP
Attn: Charles J. Harder, Esq.
132 S. Rodeo Dr., Suite 301
Beverley Hills, CA 90212

Pregame LLC dba Pregame.com
Attn: Randall J. Busack
5860 S. Pecos Rd. #400
Las Vegas, NV 89120

TARTER KRINSKY & DROGIN LLP
Attn: Mark J. Rosenberg, Esq. and Joel H. Rosner, Esq.
1350 Broadway
New York, New York 10018

**VIA EMAIL**
Those entities listed on the Master Service List dated August 2, 2017.

**VIA CM/ECF**
Those entities that have entered an appearance in these proceedings under Fed. R. Bankr. P. 2002.

By: _____
Dipesh Patel

Subscribed and sworn to before
me this 22nd day of August, 2017.

_____
Judah Gillman
Notary Public, State of New Jersey
My commission expires:

JUDAH H. GILLMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/20/2020