Jonathan L. Flaxer, Esq.
Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                              :
                                                   :    Chapter 11
Gawker Media LLC, *et al.*                         :
                                                   :    Case No. 16-11700 (SMB)
                                                   :
                Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Pregame LLC d/b/a Pregame.com and Randall James Busack a/k/a RJ Bell, by and through their undersigned counsel, hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and hereby request, pursuant to Bankruptcy Rules 2002 and 9010 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this proceeding, whether sent by the Clerk of the Court, the trustee, or any creditor, committee, or party in interest, be given and served upon the undersigned representatives at the following address and telephone number:

        Jonathan L. Flaxer, Esq.
        Michael S. Weinstein, Esq.
        GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
        711 Third Avenue
        New York, New York 10017
        Tel. No. (212) 907-7300
        Fax No. (212) 754-0330

2863856.2

Email: jflaxer@golenbock.com
mweinstein@golenbock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notices, applications, complaints, demands, disclosures, hearings, motions, objections, orders, petitions, pleadings, answering or reply papers, requests, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to the proceeding, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced proceeding and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, or other writing or conduct is intended or shall be deemed to constitute a waiver of any: (i) right to contest to the personal jurisdiction of the Bankruptcy Court; (ii) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (iii) right to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

2863856.2

|  |  |
|---|---|
| Dated: New York, New York<br>September 1, 2017 | GOLENBOCK EISEMAN ASSOR BELL<br>& PESKOE LLP<br><br>By: /s/ Jonathan L. Flaxer<br>Jonathan L. Flaxer, Esq.<br>Michael S. Weinstein, Esq.<br>711 Third Avenue<br>New York, New York 10017<br>(212) 907-7300<br><br>*Counsel to Pregame LLC d/b/a Pregame.com and Randall James Busack a/k/a RJ Bell* |

2863856.2