ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                  :

In re                                            :        Chapter 11

Gawker Media LLC, *et al.*,[1]            :        Case No. 16-11700 (SMB)

                   Debtors.            :        (Jointly Administered)
                                                :
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**DEBTORS' OBJECTION TO THE CLAIMS OF THE IRS**

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the United States of America, Department of Treasury, Internal Revenue Service (the "IRS") has filed Claim Nos. 317, 323, 333 and 338 against Gawker Media LLC ("Gawker Media").

      **PLEASE TAKE FURTHER NOTICE** that on February 17, 2017, Gawker Media filed *Gawker Media's (I) Objection to IRS Claims Pursuant to Bankruptcy Code Section 502(b) and*

---

[1]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64924196_1

*(II) Motion for a Determination of 2013, 2014 and 2015 Federal Tax Liability Pursuant to Bankruptcy Code Sections 502(b) and 505(a)* [Docket No. 769] (the "Claim Objection").

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2017, the Court entered the *Stipulation and Order Between the Plan Administrator and the IRS Regarding Determination of 2013, 2014 and 2015 Federal Tax Liability* [Docket No. 990] (the "Stipulation and Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Paragraph 1 of the Stipulation and Order, the Claim Objection is deemed withdrawn.

**PLEASE TAKE FURTHER NOTICE** that Gawker Media hereby formally withdraws the Claim Objection.

Dated: September 15, 2017
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
joshua.sturm@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*