Hearing Date and Time: **October 24, 2017 at 10:00 a.m. (Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
 :
In re : Chapter 11
 :
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
 :
        Debtors. : (Jointly Administered)
 :
-------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF HEARING ON
DEBTORS' OBJECTION TO THE CLAIM OF NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. (CLAIM NO. 32)**

**PLEASE TAKE NOTICE** that on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 721, and re-filed at Docket No. 730 on February 6, 2017] (the "National Union Objection").

**PLEASE TAKE FURTHER NOTICE** that, the response deadline for the National Union Objection was set as February 16, 2017 at 4:00 p.m. (ET) (the "Response Deadline").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64888518_2

**PLEASE TAKE FURTHER NOTICE** that a hearing on the National Union Objection was scheduled for March 7, 2017 at 10:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Debtors extended the Response Deadline to March 1, 2017 at 5:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on March 3, 2017, the Debtors filed the *Notice of Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 798], (i) extending the Response Deadline to April 11, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to April 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on April 11, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 852], (i) extending the Response Deadline to May 18, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to May 25, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 906], (i) extending the Response Deadline to July 11, 2017 at 4:00 p.m. (prevailing Eastern Time); and (ii) adjourning the Hearing to July 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2017, the Debtors filed the *Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 951], (i) extending the Response Deadline to September 12, 2017 at 4:00 p.m. (prevailing Eastern

Time); and (ii) adjourning the Hearing to September 19, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Hearing is hereby further adjourned to **October 24, 2017 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Plan Administrator will file an agenda before the Hearing, which may seek to modify or supplement the relief requested in the National Union Objection.

Dated: September 15, 2017  
New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
Joshua Y. Sturm  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone:  (212) 596-9000  
Facsimile:   (212) 596-9090  
gregg.galardi@ropesgray.com  
joshua.sturm@ropegray.com  

*Counsel to the Plan Administrator  
for the Debtors*

64888518_2