ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                                     :
In re:                                               :    Chapter 11
                                                     :
Gawker Media LLC, *et al.*,[1]                       :    Case No. 16-11700 (SMB)
                                                     :
            Debtors.                                 :    (Jointly Administered)
                                                     :
-----------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William A. McGee, Esq., request admission, *pro hac vice*, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft., the Debtors in the above-referenced cases.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64936958_2

Dated: September 18, 2017
New York, New York

ROPES & GRAY LLP

By: /s/ William A. McGee
William A. McGee, Esq.
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7480
Facsimile: (617) 235-9769
E-mail: William.mcgee@*ropesgray.com*

*Counsel to the Plan Administrator
for the Debtors*

64936958_2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
Gawker Media LLC, *et al.*,[1]                           :    Case No. 16-11700 (SMB)
                                                         :
                    Debtors.                             :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William A. McGee, Esq., to be admitted, *pro hac vice*, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft., the Debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts.

**ORDERED**, that William A. McGee, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, to represent the Plan Administrator for Gawker Media LLC, Gawker Media Group, Inc., and Gawker Hungary Kft. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2017
          New York, New York

                                    _____
                                    THE HONORABLE STUART M. BERNSTEIN
                                    UNITED STATE BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64936958_2