# **EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
Gawker Media LLC, *et al.,*                                 :    Case No. 16-11700 (SMB)
                                                            :
              Debtors.                                      :    (Jointly Administered)
-------------------------------------------------------x

**[PROPOSED] ORDER GRANTING MOTION OF PROPOSED *AMICI CURIAE*
SOCIETY OF PROFESSIONAL JOURNALISTS,
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,
AND 19 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE
<u>MEMORANDUM OF LAW AS *AMICI CURIAE*</u>**

Upon consideration of the Motion of Proposed *Amici Curiae* Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as *Amici Curiae* ("the Motion") filed September 22, 2017, and any responses or objections thereto,

**IT IS ORDERED** as follows:

1.      Movants are granted leave to participate as *Amici Curiae*.

2.      The proposed *Amicus* Memorandum of Law, attached as Exhibit 1 to the Motion, shall be deemed filed and served in accordance with the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates (Dkt. No. 93).


Date: _____

                                                            _____
                                                            Honorable Stuart M. Bernstein
                                                            United States Bankruptcy Judge