**Hearing Date: September 28, 2017 at 10:00 A.M. EST**
**Return Date: September 26, 2017 at 4:00 P.M. EST**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x
:
In re                                           :    Chapter 11
                                                :
Gawker Media LLC, *et al.,*                     :    Case No. 16-11700 (SMB)
                                                :
           Debtors.                             :    (Jointly Administered)
-------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF PROPOSED *AMICI CURIAE*
SOCIETY OF PROFESSIONAL JOURNALISTS,
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,
AND 19 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE
<u>MEMORANDUM OF LAW AS *AMICI CURIAE*</u>**

PLEASE TAKE NOTICE that upon the Motion of the Society of Professional Journalists, the Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as *Amici Curiae* ("the Motion"), a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, on September 28, 2017 at 10:00 A.M. EST, or as soon thereafter as counsel can be heard, to consider the Motion. The Motion is on file with the Clerk of the Bankruptcy Court and may be examined during normal business hours. The proposed *Amicus* Memorandum of Law, which is intended to provide perspective from members of the press on the First Amendment and policy values served by enforcing the sale order and Chapter 11 Plan and in support of injunction, is attached to the Motion as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be in writing, shall state with particularity the reasons for the response, and shall be filed with the United States Bankruptcy Court, Southern District of New York, electronically in accordance

611352904.1

with General Order M-399 (which can be found, along with the User's Manual for the Electronic Case Filing System, at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served upon Baker & Hostetler LLP, 1050 Connecticut Ave. NW, Washington, DC, 20036, Attention: Mark I. Bailen, so as to be actually received by September 26, 2017.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served, the relief sought in the Motion may be granted and the Court may enter an appropriate order.

September 22, 2017

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Mark I. Bailen*
Bruce W. Sanford
Mark I. Bailen
Christopher J. Giaimo
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
mbailen@bakerlaw.com
Phone: (202) 861-1500
Fax: (202) 861-1783

*Counsel for Amici Curiae*

611352904.1