# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                                  :

In re                                         :        Chapter 11
                                             :

Gawker Media LLC, *et al.*,         :        Case No. 16-11700 (SMB)
                                           :

                Debtors.         :        (Jointly Administered)
------------------------------------------------------x

**[PROPOSED] ORDER GRANTING APPLICATION OF SOCIETY OF PROFESSIONAL JOURNALISTS, REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 19 OTHER MEDIA ORGANIZATIONS TO SHORTEN NOTICE PERIOD WITH RESPECT TO THEIR MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW AS *AMICI CURIAE***

Upon the application ("Application to Shorten") of The Society of Professional Journalists, The Reporters Committee for Freedom of the Press, and 19 other media organization to (collectively, "*Amici*") for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rules 9006-1(b) and 9077-1(a) of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), shortening the notice period with respect to *Amici's* Motion for Leave to File Memorandum of Law as Amicus Curiae; upon all documentation filed in connection with the Application to Shorten, including any objections thereto; and notice of the Application to Shorten having been properly and sufficiently provided; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS ORDERED as follows:

1.     The Application to Shorten is GRANTED as set forth herein.

2.     The Court will consider the Motion at a hearing scheduled for September 28, 2017 at 10:00 a.m. (Eastern) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge,

at Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, located at One Bowling Green, New York, NY 10004-1408.

3. A copy of this Order, together with the Motion (with exhibits) shall be served within one business day of entry in accordance with the Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates (ECF Doc. No. 93), and such service shall be deemed good and sufficient notice of the relief requested in the Motion.

4. Objections or responses to the Motion, if any, must be in writing, filed with the Court and served shall be served upon *Amici*' counsel, Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, D.C. 20036 attention: Mark I. Bailen, so as to be actually received on or before September 26, 2017 (the "Objection Deadline"). If no objections are timely filed and served, the relief requested in the Motion may be granted by the Court without further hearing or notice.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Date: _____

                                 _____
                                 Honorable Stuart M. Bernstein
                                 United States Bankruptcy Judge