UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                            :
In re                                       :      Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :      Case No. 16-11700 (SMB)
                                            :
              Debtors.                      :      (Jointly Administered)
                                            :
------------------------------------------------------x

# ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION OF LEVINE SULLIVAN KOCH & SCHULZ, LLP FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Second Interim and Final Application of Levine Sullivan Koch & Schulz, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 10, 2016 through March 17, 2017 [Docket No. 900] (the "LSKS Application"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Final Fee Applications are granted to the extent set forth in the attached **Schedule A** and **Schedule B**.

New York, New York
Dated: September 25, 2017

                                  **/s/ STUART M. BERNSTEIN**
                                  THE HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

64495441_4

Case No.: 16-11700  
Case Name: In re Gawker Media LLC, *et al.*

**CURRENT FEE PERIOD**  
(as indicated in Column (2) below)

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to Be Paid for Current Fee Period | (6) Fees to Be Paid for Prior Fee Period[1] | (7) Total Fees to Be Paid | (8) Interim Expenses Requested | (9) Expenses to Be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Levine Sullivan Koch & Schulz, LLP | 5/15/17 Dkt No. 900 (Oct. 1, 2016 – Mar. 17, 2017)[2] | $146,146.00 | $146,146.00 | $146,146.00 | $15,014.61 | $161,160.61 | $13,763.38 | $13,763.38 |

DATE ON WHICH ORDER WAS SIGNED: __9/25/2017__        INITIALS: __SMB__ USBJ

---

[1] Represents amounts requested for the First Interim Fee Period (June 10 – September 30, 2016) that were not allowed on an interim basis pursuant to an agreement with the UST or as otherwise ordered by the court.

[2] Includes amounts requested in Levine Sullivan Koch & Schulz, LLP's fee application for fees incurred during the period from December 1, 2016 through March 17, 2017, which were not previously included in a monthly fee statement and are hereby approved and allowed.

64495441_4

Case No.: 16-11700  
Case Name: In re Gawker Media LLC, *et al.*

**FINAL FEE APPLICATION TOTALS**  
**(June 10, 2016 – March 17, 2017)**

Schedule B

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| Levine Sullivan Koch & Schulz, LLP [Docket No. 900] | $432,150.18 | $432,150.18 | $22,888.54 | $22,888.54 |

DATE ON WHICH ORDER WAS SIGNED: __6/25/2017__    INITIALS: __SMB__ USBJ

64495441_4