UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*, | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

I, **Gracemary Curbelo**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On September 25, 2017, prior to 5:00 p.m., New York time, I served the following documents:

- *Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as Amici Curiae;*

- *Memorandum of Law of Amici Curiae Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations in Support of Enforcement of the Sale Order and Chapter 11 Plan;*

- *[Proposed] Order Granting Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as Amici Curiae;*

and

- *Application of Society of Professional Journalists, Reporters Committee for Freedom of the Press and 19 Other Media Organizations to Shorten*

> *Notice Period with Respect to their Motion for Leave to File Memorandum of Law as Amici Curiae; and*

- *Order Granting Application of Society of Professional Journalists, Reporters Committee for Freedom of the Press and 19 Other Media Organizations to Shorten Notice Period with Respect to their Motion for Leave to File Memorandum of Law as Amici Curiae entered on September 25, 2017* **(ECF No. 1013, hereafter, the "Order").**

in accordance with the Order by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

*/s/ Gracemary Curbelo*
Gracemary Curbelo

Sworn to before me this
25th day of September, 2017

*/s/Angeline Chan*
Notary Public

Angeline Chan
Notary Public, State of New York
No. 01CH6292789
Qualified in New York County
Commission Expires: Nov. 4, 2017

# SCHEDULE A

Counsel for Gizmodo Media Group, LLC:

1. Latham & Watkins:
    a. Peter Gilhuly - Peter.Gilhuly@lw.com
    b. Adam Malatesta - Adam.Malatesta@lw.com
    c. Shawn Hansen - Shawn.Hansen@lw.com

2. Williams & Connolly LLP:
    a. Thomas Hentoff - THentoff@wc.com

Counsel for Ryan Goldberg:

1. Saul Ewing Arnstein & Lehr LLP:
    a. Sharon Levine - slevine@saul.com
    b. Dipesh Patel - dpatel@saul.com

Counsel for Pregame LLC and Randall James Busak:

1. Golenbock Eiseman Assor Bell & Peskoe LLP:
    a. Jonathan Flaxer – jflaxer@golenbock.com
    b. Michael Weinstein – mweinstein@golenbock.com

Counsel to the Plan Administrator:

1. Ropes & Gray LLP:
    a. Gregg Galardi - gregg.galardi@ropesgray.com
    b. Joshua Sturm - Joshua.sturm@ropesgray.com