ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                        :

In re                                     :          Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]        :          Case No. 16-11700 (SMB)
                                        :
             Debtors.             :          (Jointly Administered)
                                        :
-------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
SEPTEMBER 28, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:       September 28, 2017 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
                                 United States Bankruptcy Court for
                                 the Southern District of New York
                                 Alexander Hamilton Custom House
                                 One Bowling Green, Courtroom No. 723
                                 New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

65020684_2

**UNCONTESTED MATTERS**

1. Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as Amici Curiae [Docket No.1010]

   **Response Deadline:**  Objections or responses, if any, may be asserted orally at the hearing.

   **Responses Received**: N/A

   **Related Documents**:

   a. Notice of Hearing on Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters Committee for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law As Amici Curiae [Docket No. 1011]

   b. Application of Society of Professional Journalists, Reporters Committee for Freedom of the Press and 19 Other Media Organizations to Shorten Notice Period With Respect to their Motion for Leave to File Memorandum of Law as Amici Curiae [Docket No. 1012]

   c. Order Granting Application of Society of Professional Journalists, Reporters Committee for Freedom of the Press and 19 Other Media Organizations to Shorten Notice Period With Respect to their Motion for Leave to File Memorandum of Law as Amici Curiae [Docket No. 1013]

   **Status: This matter is going forward.**

**CONTESTED MATTERS**

2. Motion of Ryan Goldberg (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 981]

   **Response Deadline:**  September 5, 2017

**Responses Received:**

a.  Objection of Pregame LLC and Randall James Busak to Motions of (1) Gizmodo Media Group, LLC [Dkt. No. 985] and (2) Ryan Goldberg [Dkt. No. 981], Seeking to Enforce Orders of This Court and Bar Prosecution of A State Court Action and In Response to the Joinder of the Plan Administrator [Dkt. No. 997] to Such Motions [Docket No. 1006]

**Related Documents:**

b.  Joinder and Reservation of Rights By the Plan Administrator to the Motions of Ryan Goldberg and Gizmodo Media Group, LLC to Enforce the Sale Order and the Confirmation Order and Bar Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 997]

c.  Reply of Ryan Goldberg to Objection to Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 1014]

**Status:** **This matter is going forward.**

3.  Motion of Gizmodo Media Group, LLC to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 985]

    **Response Deadline:**  September 5, 2017

    **Responses Received:**

    a.  Objection of Pregame LLC and Randall James Busak to Motions of (1) Gizmodo Media Group, LLC [Dkt. No. 985] and (2) Ryan Goldberg [Dkt. No. 981], Seeking to Enforce Orders of This Court and Bar Prosecution of A State Court Action and In Response to the Joinder of the Plan Administrator [Dkt. No. 997] to Such Motions [Docket No. 1006]

    **Related Documents:**

    b.  Joinder and Reservation of Rights By the Plan Administrator to the Motions of Ryan Goldberg and Gizmodo Media Group, LLC to Enforce the Sale Order and the Confirmation Order and Bar

    Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 997]

c. Reply In Support of Motion of Gizmodo Media Group, LLC to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 1015]

**<u>Status:</u>** **This matter is going forward.**

<br>

| | |
|---|---|
| Dated: September 26, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropegray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |

-4-