**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
:
In re                                  :    Chapter 11
:
Gawker Media LLC, *et al.,*[1]          :    Case No. 16-11700 (SMB)
:
        Debtors.    :    (Jointly Administered)
------------------------------------------------------x

# CERTIFICATION OF SERVICE

I, Dipesh Patel, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an associate with the law firm of Saul Ewing Arnstein & Lehr LLP.

2. On September 25, 2017, I caused a true and accurate copy of Ryan Goldberg's *Reply to the Objection to Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action* to be served upon the following entities in the manner indicated below:

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Greg Zipes and Susan Arbeit
201 Varick Street, Suite 1006
New York, New York 10014

HARDER MIRELL & ABRAMS LLP
Attn: Charles J. Harder, Esq.
132 S. Rodeo Dr., Suite 301
Beverley Hills, CA 90212

Randall Busack (aka RJ Bell)
c/o Harder Mirell & Abrams LLP
Attn: Charles J. Harder, Esq.
132 S. Rodeo Dr., Suite 301
Beverley Hills, CA 90212

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Pregame LLC dba Pregame.com
Attn: Randall J. Busack
5860 S. Pecos Rd. #400
Las Vegas, NV 89120

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
Attn: Jonathan L. Flaxer, Esq. and Michael S. Weinstein, Esq.
711 Third Avenue
New York, NY 10017

**VIA EMAIL**

Those entities listed on the Master Service List dated September 6, 2017.

**VIA CM/ECF**

Those entities that have entered an appearance in these proceedings
under Fed. R. Bankr. P. 2002.

Dated: September 27, 2017

By: */s/Dipesh Patel*
Dipesh Patel