UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
Gawker Media LLC, *et al.,*[1]                  :     Case No. 16-11700 (SMB)
                                                :
            Debtors.                            :     (Jointly Administered)
                                                :
------------------------------------------------------x

**SCHEDULING ORDER RELATED TO MOTION OF RYAN GOLDBERG (I) TO ENFORCE ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION AND (II) TO BAR AND ENJOIN CREDITORS FROM PROSECUTING THEIR STATE COURT ACTION**

In connection with the Motion of Ryan Goldberg ("Goldberg") [Dkt. No. 981] (the "Motion"), the objection of Pregame LLC and Randall James Busack (collectively, the "Plaintiffs") to the Motion [Dkt. No. 1006], Goldberg's response to Plaintiffs' objection [Dkt. No. 1014], and the hearing held on the Motion on September 28, 2017, the Court hereby ORDERS that:

1. Plaintiffs and Goldberg shall complete discovery on or before November 30, 2017, unless otherwise directed by the Court.

2. a pre-trial conference is scheduled for December 12, 2017 at 10:00 a.m.

Dated: **October 2, 2017**
    New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.