UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
Gawker Media LLC, *et al.*,[1]      :    Case No. 16-11700 (SMB)
                                    :
        Debtors.                    :    (Jointly Administered)
                                    :
---------------------------------------------------x

## SCHEDULING ORDER RELATED TO MOTION OF RYAN GOLDBERG (I) TO ENFORCE ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION AND (II) TO BAR AND ENJOIN CREDITORS FROM PROSECUTING THEIR STATE COURT ACTION

In connection with the Motion of Ryan Goldberg ("Goldberg") [Dkt. No. 981] (the "Motion"), the objection of Pregame LLC and Randall James Busack (collectively, the "Plaintiffs") to the Motion [Dkt. No. 1006], Goldberg's response to Plaintiffs' objection [Dkt. No. 1014], and the hearing held on the Motion on September 28, 2017, the Court hereby ORDERS that:

1.     Plaintiffs and Goldberg shall complete discovery on or before November 30, 2017, unless otherwise directed by the Court.

2.     a pre-trial conference is scheduled for December 12, 2017 at 10:00 a.m.

Dated: **October 2, 2017**
       New York, New York                /s/ STUART M. BERNSTEIN
                                         HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

93634.1 10/02/2017

United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 16-11700-smb
Gawker Media, LLC                                                   Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: changreen           Page 1 of 3          Date Rcvd: Oct 02, 2017
                              Form ID: pdf001           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
```
db         +Gawker Media, LLC,   114 5th Ave.,    2nd Floor,   New York, NY 10011-5611
aty        +Adam M. Adler,    Prime Clerk LLC,    830 Third Avenue,    9th Floor,   New York, NY 10022-6569
aty        +Akin Gump Strauss Hauer & Feld LLP,    One Bryant Park,    New York, NY 10036-6728
aty        +Thomas G. Hentoff,    Williams & Connolly LLP,    725 Twelfth Street NW,
             Washington, DC 20005-5901
cr        #+Albert James Daulerio,    c/o Marburger Law LLC,    14650 Detroit Avenue,    Suite 450,
             Cleveland, OH 44107,    UNITED STATES OF AMERICA 44107-4270
cr         +Fastly, Inc.,    Bialson, Bergen & Schwab,    2600 El Camino Real,    Suite 300,
             Palo Alto, CA 94306-1720
intp       +Gawker Media Group, Inc.,    114 5th Ave.,    2nd Floor,   New York, NY 10011-5611
unk         Harder Mirell & Abrams LLP and Charles J. Harder,,    c/o Chadbourne & Parke LLP,
             1301 Avenue of the Americas,    New York, NY 10019-6022
cr         +Ian Fette,   c/o Pryor & Mandelup LLP,    675 Old Country Road,    Westbury, NY 11590-4503
cr         +Meanith Huon,    PO Box 441,   Chicago, IL 60690,    UNITED STATES 60690-0441
cr         +Mitchell Williams,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
             Attn: Robert E. Nies, Esq.,    West Orange, NJ 07052-3686
cr         +Morrison Cohen LLP,    909 Third Avenue,    Nerw York, NY 10022-4784
cr         +Parse.ly, Inc.,    c/o Cooley LLP,    1114 Avenue of the Americas,    New York, NY 10036-7703
cna        +Prime Clerk LLC,    830 3rd Avenue,    9th Floor,   New York, NY 10022-6569
unk        +Saul Ewing LLP,    1037 Raymond Boulevard,    Suite 1520,   Newark, NJ 07102-5429
unk        +Society of Professional Journalists, Reporters Com,    Mark I. Bailen,    Baker Hostetler LLP,
             1050 Connecticut Avenue, N.W.,    Washington, DC 20036-5318
intp       +St. Paul/Travelers,    Putney, Twombly, Hall & Hirson LLP,    521 Fifth Avenue,
             New York, NY 10175-0010
cr         +Unimerica Life Insurance Company of New York,    c/o Shipman & Goodwin LLP,
             One Constitution Plaza,    Hartford, CT 06103-1803
cr         +UnitedHealthcare Insurance Company of New York,    c/o Shipman & Goodwin LLP,
             One Constitution Plaza,    Hartford, Co 06103-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 02 2017 19:48:26      United States Trustee,
             Office of the United States Trustee,    U.S. Federal Office Building,
             201 Varick Street, Room 1006,    New York, NY 10014-9449
unk        +E-mail/Text: bankruptcy-notification@google.com Oct 02 2017 19:48:23      Google Inc.,
             1600 Amphitheater Parkway,    Mountainview, CA 94043-1351
cr         +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Oct 02 2017 19:48:47      Liquidity Solutions, Inc.,
             Liquidity Solutions, Inc.,    1 University Plaza, Suite 312,    Hackensack, NJ 07601,
             UNITED STATES 07601-6205
cr         +E-mail/Text: ecfnotices@dor.mo.gov Oct 02 2017 19:48:23      Missouri department of revenue,
             Bankruptcy Unit,    PO Box 475,   301 W High St.,    Jefferson City, MO 65101-1517
intp       +E-mail/Text: tross@trcmllc.com Oct 02 2017 19:48:35      TR Capital Management, LLC,
             PO Box 633,   Woodmere, NY 11598-0633
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Ropes & Gray LLP
cr          114 Fifth Avenue Owner LLC
cr          204-210 Elizabeth Street LLC,    Pollack & Sharan LLP,    15 Maiden Lane #1400,   New York
crcm        Ashley Terrill
sp          Brannock & Humphries
sp          Bush Ross, P.A.
cr          Charles C. Johnson
op          Citrin Cooperman & Company, LLP
cr          Comptroller of Maryland
fa          Deloitte Financial Advisory Services LLP
intp        Gizmodo Media Group, LLC
unk         Goodness
cr          Got News LLC
op          Houlihan Lokey Capital, Inc.
unk         J. Doe 1
unk         J. Doe 2
intp        Kinja Kft.
sp          Levine Sullivan Koch & Schulz, LLP
cr          Mail Media Inc.
cr          Matt Novak
cr          NYS Department of Labor
cr          NYS Department of Tax and Finance
cr          Newmark & Co. Real Estate, Inc.
crcm        Official Committee of Unsecured Creditors of Gawke
op          Opportune LLP
intp        Peter Thiel
op          Plan Administrator for the Debtors
unk         Pregame LLC Pregame.com
cr          Publicis Media Agencies
```

```
District/off: 0208-1           User: changreen              Page 2 of 3                   Date Rcvd: Oct 02, 2017
                               Form ID: pdf001              Total Noticed: 24

                ***** BYPASSED RECIPIENTS (continued) *****
unk             Randall James Busack
cr              Ryan Goldberg
unk             SD Redmond
crcm            Shiva Ayyadurai
intp            Silicon Valley Bank,   c/o Riemer & Braunstein-S.Fox,    7 Times Square, Ste. 2506,    New York
intp            Special Committee of the Board of Directors of Gaw
intp            Superdry Wholesale, LLC and Superdry Retail, LLC
cr              Terry G. Bollea
intp            Thiel Capital LLC
sp              Thomas & LoCicero PL
cr              US VC Partners, LP
intp            Univision Communications Inc.
unk             Various Creditors/Writers
intp            Writers Guild of America East, Inc.,   Writers Guild of America East, Inc.,
                 250 Hudson Street, Suite 700
cr              XP Vehicles Group
unk             ZDGM LLC
                                                                                                TOTALS: 45, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              A. Scott Mandelup    on behalf of Creditor Ian  Fette asm@pryormandelup.com
              Adam  Pollack    on behalf of Creditor    204-210 Elizabeth Street LLC adam@pollacksharan.com
              Adam E Malatesta    on behalf of Interested Party    Gizmodo Media Group, LLC adam.malatesta@lw.com,
               adam--malatesta-8393@ecf.pacerpro.com
              Andrew G. Celli, Jr.    on behalf of Unknown J.  Doe 1 acelli@ecbalaw.com
              Ann  Burdick    on behalf of Interested Party    Writers Guild of America East, Inc.
               aburdick@wgaeast.org
              Anthony M. Vassallo    on behalf of Creditor Ashley  Terrill amvassallo@gmail.com,
               tony@amvasslaw.com
              Barbara M. Maisto    on behalf of Interested Party    St. Paul/Travelers bmaisto@putneylaw.com
              Camille C. Bent    on behalf of Unknown    Society of Professional Journalists, Reporters Committee
               for Freedom of the Press and 19 Other Media Organizations cbent@bakerlaw.com,
               bhlitdocket@bakerlaw.com
              Casey B. Howard    on behalf of Creditor    Publicis Media Agencies choward@lockelord.com
              Christopher J. Giaimo, Jr.    on behalf of Unknown    Society of Professional Journalists,
               Reporters Committee for Freedom of the Press and 19 Other Media Organizations
               cgiaimo@clarkhill.com
              D. Ross Martin    on behalf of Debtor    Gawker Media, LLC ross.martin@ropesgray.com
              Daniel H. Tabak    on behalf of Creditor Terry G. Bollea dtabak@cohengresser.com,
               managingclerksoffice@cohengresser.com,autodocket@edocketspro.com,autodocket@cohengresser.com
              David L. Marburger    on behalf of Creditor Albert James Daulerio david@marburger-law.com,
               tina@marburger-law.com
              Dipesh  Patel    on behalf of Creditor Matt  Novak dpatel@saul.com
              Elise S. Frejka    on behalf of Financial Advisor    Deloitte Financial Advisory Services LLP
               efrejka@frejka.com
              Enid Nagler Stuart    on behalf of Creditor    NYS Department of Tax and Finance
               enid.stuart@ag.ny.gov,  paulina.stamatelos@ag.ny.gov
              Eric  Fisher    on behalf of Creditor Terry G. Bollea efisher@binderschwartz.com,
               docket@binderschwartz.com
              Eric  Goldstein    on behalf of Creditor    Unimerica Life Insurance Company of New York
               egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;jmanning@goodwin.com
```

```
District/off: 0208-1          User: changreen              Page 3 of 3              Date Rcvd: Oct 02, 2017
                              Form ID: pdf001              Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Greg M. Zipes    on behalf of U.S. Trustee    United States Trustee greg.zipes@usdoj.gov
              Gregg M. Galardi    on behalf of Attorney    Ropes & Gray LLP gregg.galardi@ropesgray.com
              Henry G. Swergold     on behalf of Interested Party Alex   Shiffman hswergold@platzerlaw.com,
               hswergold@platzerlaw.com
              James Alan Copeland    on behalf of Unknown     Harder Mirell & Abrams LLP and Charles J. Harder,
               Esq. james.copeland@nortonrosefulbright.com
              Jason Rappaport    on behalf of Financial Advisor    Deloitte Financial Advisory Services LLP
               jrappaport@frejka.com, jrapps@gmail.com
              Jay Marshall Wolman    on behalf of Creditor    Got News LLC jmw@randazza.com, ecf@randazza.com
              Jessica L Jimenez    on behalf of Creditor Terry G. Bollea jjimenez@binderschwartz.com
              Joel H. Levitin    on behalf of Debtor    Gawker Media, LLC JLevitin@cahill.com,
               MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com
              Jonathan L. Flaxer    on behalf of Unknown Pregame LLC   Pregame.com jflaxer@golenbock.com,
               jsavitsky@golenbock.com;mweinstein@golenbock.com
              Joseph Ronald Oliveri    on behalf of Creditor    Mail Media Inc. joe@clarelocke.com,
               file@clarelocke.com
              Joseph Thomas Moldovan    on behalf of Creditor    Morrison Cohen LLP bankruptcy@morrisoncohen.com
              Keith A. Simon    on behalf of Creditor    US VC Partners, LP keith.simon@lw.com,
               chefiling@lw.com;beth.arnold@lw.com
              Kenneth G. Turkel    on behalf of Defendant Terry Gene   Bollea kturkel@bajocuva.com,
               teri.deleo@bajocuva.com;lisa.meriwether@bajocuva.com;garnold@bajocuva.com
              Latonia C Williams    on behalf of Creditor    Unimerica Life Insurance Company of New York
               lwilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Marc A. Zelina    on behalf of Interested Party    Univision Communications Inc. marc.zelina@lw.com
              Mark D. Spatz    on behalf of Creditor Terry G. Bollea mspatz@cohengresser.com,
               managingclerks@cohengresser.com,autodocket@edocketspro.com,autodocket@cohengresser.com
              Meanith Huon    on behalf of Creditor Meanith   Huon huon.meanith@gmail.com
              Melissa N Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NY_ECF_Notices@BuckleyMadole.com
              Michael Torkin    on behalf of Unknown    ZDGM LLC
               s&cmanagingclerk@sullcrom.com;michael-torkin-0356@ecf.pacerpro.com
              Michael A Sabella    on behalf of Unknown    Society of Professional Journalists, Reporters
               Committee for Freedom of the Press and 19 Other Media Organizations msabella@bakerlaw.com
              Michael R. Caruso    on behalf of Creditor Mitchell   Williams mcaruso@csglaw.com, ecf@csglaw.com
              Michael S Winograd    on behalf of Plaintiff    Gawker Media, LLC michael.winograd@ropesgray.com,
               CourtAlert@ropesgray.com;David.Hennes@ropesgray.com;Elizabeth.Bierut@ropesgray.com
              Peter M. Gilhuly    on behalf of Interested Party    Gizmodo Media Group, LLC peter.gilhuly@lw.com,
               peter-gilhuly-1776@ecf.pacerpro.com
              Rafael Vergara    on behalf of Unknown    Google Inc. vergarar@whiteandwilliams.com
              Robert E. Nies    on behalf of Creditor Mitchell   Williams rnies@csglaw.com
              Sandeep Qusba    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               Gawker Media LLC, et al. squsba@stblaw.com
              Sarah K. Kam    on behalf of Creditor    Newmark & Co. Real Estate, Inc. skam@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com
              Seth Van Aalten    on behalf of Creditor    Parse.ly, Inc. svanaalten@cooley.com
              Shana Elberg    on behalf of Interested Party    Thiel Capital LLC Shana.Elberg@skadden.com,
               wendy.lamanna@skadden.com;lindsay.spellman@skadden.com;jose.salguero@skadden.com
              Shane B. Vogt    on behalf of Defendant Terry Gene   Bollea shane.vogt@bajocuva.com,
               garnold@bajocuva.com;lisa.meriwether@bajocuva.com;teri.deleo@bajocuva.com
              Sharon L. Levine    on behalf of Creditor Matt   Novak slevine@saul.com
              Shawn P. Hansen    on behalf of Interested Party    Gizmodo Media Group, LLC shawn.hansen@lw.com,
               shawn-hansen-4402@ecf.pacerpro.com
              Steven A. Ginther    on behalf of Creditor    Missouri department of revenue sdnyecf@dor.mo.gov
              Thomas A. Martin    on behalf of Interested Party    St. Paul/Travelers tmartin@putneylaw.com
              Thomas G. Hentoff    on behalf of Attorney Thomas G. Hentoff thentoff@wc.com
              Thomas M. Gaa    on behalf of Creditor    Fastly, Inc. tgaa@bbslaw.com, yessenia@bbslaw.com
              Trevor R. Hoffmann    on behalf of Creditor    114 Fifth Avenue Owner LLC
               trevor.hoffmann@haynesboone.com, ishmael.kamara@haynesboone.com
              William T. Russell, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors of Gawker Media LLC, et al. wrussell@stblaw.com
                                                                                             TOTAL: 56
```