

Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

Date: October 9, 2017
Letter ID: L1896114304


PRIME CLERK LLC
830 3RD AVE FL 9
NEW YORK NY 10036

## Bankruptcy Claim Withdrawal

Debtor: GAWKER MEDIA, LLC
Bankruptcy Case Number: 16-11700-SMB

The claim filed by us in the above bankruptcy has been satisfied.

Please withdraw our claim number 339, filed on June 12, 2017, in the amount of $214.38.

/s/ Malia Cole, Bankruptcy Unit
Personal Tax and Compliance
(503) 798-0593

cc: Bankruptcy Court


RECEIVED
OCT 10 2017
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK