ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
Gawker Media LLC, *et al.*,[1]                           :    Case No. 16-11700 (SMB)
                                                         :
         Debtors.                                        :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD
OCTOBER 24, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time: | October 24, 2017 at 10:00 A.M. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Stuart M. Bernstein<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 723<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323. |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

65503494_3

**UNCONTESTED MATTERS**

1. Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 493]

    **Response Deadline:** August 8, 2017

    **Responses Received:** None.

    **Related Documents:**

    a. Notice of Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 627]

    b. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 688]

    c. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 735]

    d. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 799]

    e. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 853]

    f. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 907]

    g. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 921]

    h. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 950]

    i. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 971]

    j. Notice of Further Adjournment of Hearing on Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 filed by Albert James Daulerio [Docket No. 1003]

    **Status: The Debtors believe that the objection has been resolved and anticipate withdrawing the objection prior to the hearing. If the objection is not withdrawn, the Debtors will seek approval from Chambers to adjourn the hearing on this matter.**

2.    Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh P.A. (Claim No. 32) [Docket No. 730]

**Response Deadline:** September 12, 2017

**Responses Received**: None.

**Related Documents:**

a. Declaration of William D. Holden in Support of the Debtors' Objections to Certain Claims [Docket No. 726]

b. Notice of Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 798]

c. Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 852]

d. Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 906]

e. Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 951]

f. Notice of Further Adjournment of Hearing on Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32) [Docket No. 1004]

    **Status: This matter is going forward.**

Dated: October 20, 2017
New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
joshua.sturm@ropegray.com

*Counsel to the Plan Administrator for the Debtors*