ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
: 
In re : Chapter 11
 :
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
 :
Debtors. : (Jointly Administered)
 :
---------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR OCTOBER 24, 2017 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that, with the Court's permission, the hearing scheduled for October 24, 2017 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed By Albert James Daulerio* [Docket No. 493] scheduled for the Hearing has been adjourned to **November 30, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

65541153_2

2

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh P.A. (Claim No. 32)* [Docket No. 730] scheduled for the Hearing has been adjourned to **January 30, 2018, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 23, 2017
      New York, New York

*/s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
ross.martin@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*