UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                            :
                                                 :       Chapter 11
Gawker Media LLC, *et al.*                       :
                                                 :       Case No. 16-11700 (SMB)
                                                 :
                Debtors.                         :       (Jointly Administered)
---------------------------------------------------------------X

## MOTION TO ADMIT DILAN A. ESPER *PRO HAC VICE*

I, Dilan A. Esper, Esq., a member in good standing in the bar in the State of California, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein to represent Randall James Busack a/k/a RJ Bell and Pregame LLC d/b/a Pregame.com in the above referenced case and any adversary proceedings related thereto. My contact information is as follows:

    Applicant's Name: Dilan A. Esper, Esq.
    Firm Name: Harder Mirell & Abrams LLP
    Address: 132 S. Rodeo Drive, Fourth Floor
    City/State/Zip: Beverly Hills, California 90212
    Phone Number: (424) 203-1600
    Email: desper@hmafirm.com

I am also admitted to practice in the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit.

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 31, 2017

                      Respectfully submitted,

                      By: /s/ Dilan A. Esper
                      Dilan A. Esper, CA Bar #
                      Harder Mirell & Abrams LLP
                      132 S. Rodeo Drive, Fourth Floor
                      Beverly Hills, California 90212
                      Phone: (424) 203-1600
                      desper@hmafirm.com

                      *Co-Counsel for Randall James Busack and Pregame LLC*

1577548.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                                          :
                                                               :   Chapter 11
Gawker Media LLC, *et al.*                                     :
                                                               :   Case No. 16-11700 (SMB)
                                                               :
                                      Debtors.                 :   (Jointly Administered)
---------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Dilan A. Esper, Esq., a member in good standing of the bar in the State of California, to be admitted, *pro hac vice*, to represent Randall James Busack a/k/a RJ Bell and Pregame LLC d/b/a Pregame.com in the above referenced chapter 11 cases and any related adversary proceedings, and it appearing that such request should be granted, according it is hereby

**ORDERED**, that Dilan A. Esper, Esq., is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:                  , 2017
       New York, New York

                                                                _____
                                                                United States Bankruptcy Judge

2

1577548.1