```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
Gawker Media LLC, et al.,[1]                           :    Case No. 16-11700 (SMB)
                                                       :
                    Debtors.                           :    (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD JULY 1, 2017 THROUGH SEPTEMBER 30, 2017

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
         William D. Holden
         Plan Administrator for the Debtors

Debtors' Address and Phone Number:            Debtors' Attorney's Address
                                              and Phone Number:

c/o Opportune LLP                             Ropes & Gray LLP
Attn: William D. Holden                       Attn: Gregg M. Galardi
10 East 53rd Street, 33rd Floor               1211 Avenue of the Americas
New York, NY 10022                            New York, NY 10010
Phone: 212-388-4000                           Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | Total Q3 2017 | Quarterly Trustee Fees |
|---|---|---|---|
| 16-11700 | Gawker Media LLC | $ 2,100,220.40 | $ 9,750.00 |
| 16-11718 | Gawker Hungary Kft.† | $ 19,250.46 | $ 650.00 |
| 16-11719 | Gawker Media Group, Inc. | $ 1,608.87 | $ 325.00 |
|  | **Total** | **$ 2,121,079.73** | **$ 10,725.00** |

---

\* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0037.