**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Thomas G. Hentoff, Esq. (admitted *pro hac vice*)
Chelsea Kelly, Esq.
Email: thentoff@wc.com
　　　　ckelly@wc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
In re:　　　　　　　　　　　　　　　　　　　　　　　　　 :　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
Gawker Media LLC, *et al.*,[1]　　　　　　　　　　　　 :　　Case No. 16-11700 (SMB)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　Debtors.　　　　　　　　　　　 :　　(Jointly Administered)
------------------------------------------------------------- x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Williams & Connolly LLP[2] hereby submits this Notice

of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules

2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") appears

herein as counsel to Ryan Goldberg and Gizmodo Media Group, LLC, and requests that all

---

[1]　　The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

[2]　　On August 21, 2017, the Court granted Thomas G. Hentoff's motion to be admitted *pro hac vice* to appear as counsel for Gizmodo Media Group, LLC in this proceeding. *See* Order [Dkt. 986]. Mr. Hentoff continues to appear as counsel for Gizmodo Media Group, LLC, and now also appears as counsel for Ryan Goldberg in this proceeding. Chelsea Kelly appears as counsel for both clients as well.

notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

**WILLIAMS & CONNOLLY LLP**
Thomas G. Hentoff, Esq.
Chelsea Kelly, Esq.
725 Twelfth Street NW
Washington, DC 20005
Phone: 202-434-5000
Fax: 202-434-5029
Email: thentoff@wc.com
ckelly@wc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notices, applications, complaints, demands, disclosures, hearings, motions, objections, orders, petitions, pleadings, answering or reply papers, requests, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to the proceeding, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced proceeding and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, or other writing or conduct is intended or shall be deemed to constitute a waiver of any: (i) right to contest the personal jurisdiction of the Bankruptcy Court; (ii) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (iii) right to trial by jury in any proceeding as to any

and all matters so triable herein or in any case, controversy or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: Washington, D.C.
November 10, 2017

          WILLIAMS & CONNOLLY LLP

          By: /s/ Chelsea Kelly
              Thomas G. Hentoff (admitted *pro hac vice*)
              Chelsea Kelly

              For Matters in New York:
              1330 Avenue of the Americas
              Suite 23A
              New York, NY 10019

              725 Twelfth St. NW
              Washington, DC 20005
              Phone: (202) 434-5000
              Fax: (202) 434-5029
              Email: thentoff@wc.com
                    ckelly@wc.com

              *Counsel for Ryan Goldberg and Gizmodo Media Group, LLC*