WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Thomas G. Hentoff, Esq. (admitted *pro hac vice*)
Chelsea Kelly, Esq.
Email: thentoff@wc.com
        ckelly@wc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
Gawker Media LLC, *et al.*,[1]                             :   Case No. 16-11700 (SMB)
                                                           :
            Debtors.                                       :   (Jointly Administered)
---------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I, Chelsea Kelly, hereby certify that:

1.  I am an associate at the law firm of Williams & Connolly LLP, counsel for Ryan Goldberg and Gizmodo Media Group, LLC.

2.  On November 10, 2017, true and correct copies of Williams & Connolly LLP's Notice of Appearance and Demand for Service of Papers, in the above-captioned proceeding were caused to be served in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93] via

---

[1]    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

electronic mail on the parties on the Master Service List[2] attached hereto as **Exhibit A** and by First Class U.S. Mail and/or electronic mail as indicated on the parties listed on the service list attached hereto as **Exhibit B**.

Dated:     Washington, D.C.
           November 10, 2017

                                                    Respectfully Submitted,

                                            By: _____
                                                    Chelsea Kelly

---

[2] I added Mr. Dilan A. Esper's contact information to Exhibit A, as he filed a Notice of Appearance in this proceeding on October 31, 2017. *See* Notice [Dkt. 1039]. Mr. Esper was served along with the other recipients listed in Exhibit A.

# EXHIBIT A

# MASTER SERVICE LIST

In re Gawker Media LLC, et al.
Master Service List
Case No. 16-11700 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. | 633 Menlo Avenue | Suite 100 | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Tgaa@bbslaw.com; tom@bbslaw.com |
| Counsel to Terry Gene Bollea | Binder & Schwartz, LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. | 366 Madison Avenue | 6th Floor | New York | NY | 10017 | | 212-510-7008 | 212-510-7299 | efisher@binderschwartz.com; jjimenez@binderschwartz.com |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick, LLP | Attn: Andrew P. Strehle, Esq. | One Financial Center | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | astrehle@brownrudnick.com |
| Counsel to Harder Mirell & Abrams LLP and Charles J.Harder, Esq | Chadbourne & Parke LLP | Attn: Samuel S. Kohn & James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | skohn@chadbourne.com; jcopeland@chadbourne.com |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq. | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2012 | 973-530-2212 | rnies@csglaw.com; mcaruso@csglaw.com |
| Counsel to Mail Media | Clare Locke, LLP | Attn: Joseph R. Oliveri | 902 Prince Street | | Alexandria | VA | 22314 | | 202-628-7405 | | joe@clarelocke.com |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. | 800 Third Avenue | | New York | NY | 10022 | | 212-957-7600 | 212-957-4514 | dtabak@cohengresser.com; mspatz@cohengresser.com |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq. | 600 Fifth Avenue | 10th Floor | New York | NY | 10020 | | 212-763-5000 | 212-763-5001 | acelli@ecbalaw.com |
| Debtors | Gawker Media, LLC | Attn: William D. Holden, Chief Restructuring Officer & Heather Dietrick, Esq. | 10 East 53rd Street | 33rd Floor | New York | NY | 10020 | | | | WHolden@opportune.com; heather@gawker.com |
| Counsel to Pregame LLC d/b/a Pregame.com and Randall James Busack a/k/a RJ Bell | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq. & Michael S. Weinstein, Esq. | 711 Third Avenue | | New York | NY | 10017 | | 212-907-7300 | 212-754-0330 | jflaxer@golenbock.com; mweinstein@golenbock.com |
| Counsel to Pregame LLC d/b/a Pregame.com and Randall James Busack a/k/a RJ Bell | Harder Mirell & Abrams LLP | Attn: Dilan A. Esper, Esq. | 132 S Rodeo Dr. | 4th Floor | Beverley Hills | CA | 90212 | | 424-203-1600 | | desper@hmafirm.com |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | 132 S Rodeo Dr. | Ste 301 | Beverley Hills | CA | 90212 | | 424-203-1600 | | charder@hmafirm.com |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | | 212-659-4993 | 212-884-9558 | trevor.hoffmann@haynesboone.com |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger | 111 South Wacker Dr. | 37th Floor | Chicago | IL | 60606 | | 312-456-4722 | | RSnellenbarger@HL.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: David S. Heller, Esq. | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | david.heller@lw.com |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: Keith A. Simon, Esq. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | keith.simon@lw.com |
| Counsel to Univision Communications, Inc. | Latham & Watkins, LLP | Attn: Marc A. Zelina, Esq. | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | Marc.Zelina@lw.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard | Brookfield Place, 200 Vesey Street | 20th Floor | New York | NY | 10281 | | 212-812-8342 | | choward@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young | 111 Huntington Avenue | | Boston | MA | 02199 | | 617-239-0367 | 855-595-1190 | jonathan.young@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind | 111 S. Wacker Drive | | Chicago | IL | 60606-4410 | | 312-443-0700 | 312-443-0336 | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | PO Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen, LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | 909 Third Avenue | | New York | NY | 10022-4784 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. | 15 Maiden Lane | Suite 1400 | New York | NY | 10038 | | 212-619-5800 | | adam@pollacksharan.com |
| Claims Agent | Prime Clerk, LLC | Attn: Benjamin J. Steele | 830 3rd Ave | Floor 9 | New York | NY | 10022 | | 855-639-3375 | | gawkerinfo@PrimeClerk.com; serviceqa@primeclerk.com |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq. | J. Logan Rappaport, Esq. | 675 Old Country Road | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com; lr@pryormandelup.com |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq. | Barbara M. Maisto, Esq. | 521 Fifth Avenue | New York | NY | 10175 | | 212-682-0020 | 212-682-9380 | tmartin@putneylaw.com; bmaisto@putneylaw.com |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq. | 100 Pearl Street | 14th Floor | Hartford | CT | 06103 | | 702-420-2001 | 305-437-7662 | ecf@randazza.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq. | 3 Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | | arheaume@riemerlaw.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq. | Times Square Tower | Seven Times Square, Suite 2506 | New York | NY | 10036 | | 212-789-3100 | 212-789-3195 | sfox@riemerlaw.com |
| Counsel to Debtors | Ropes & Gray, LLP | Attn: Gregg M. Galardi, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9821 | 646-728-1712 | Gregg.Galardi@ropesgray.com; Kristina.Alexander@ropesgray.com; michael.winograd@ropesgray.com |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | | 973-286-6700 | 973-286-6821 | slevine@saul.com; dpatel@saul.com |
| Counsel to Cerberus Business Finance, LLC (DIP Lender) | Schulte Roth & Zabel, LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com; frederic.ragucci@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St., NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov; SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | Brookfield Place | 200 Vesey St., Ste. 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin, LLP | Attn: Eric S. Goldstein, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann | 275 Grove Street | Suite 2-200 | Newton | MA | 02466 | | | | jhartmann@svb.com |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-3000 | 302-651-3001 | Robert.Weber@skadden.com; Anthony.Clark@skadden.com |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-3000 | 302-651-3001 | Robert.Weber@skadden.com; Anthony.Clark@skadden.com |

In re Gawker Media LLC, et al.
Master Service List
Case No. 16-11700 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Shana.Elberg@skadden.com |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Shana.Elberg@skadden.com |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart | 120 Broadway | 24th Floor | New York | NY | 10271 | | 212-416-8666 | 212-416-8672 | Enid.Stuart@ag.ny.gov |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell, LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | torkinm@sullcrom.com gluecksteinb@sullcrom.com kranzleya@sullcrom.com |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Honorable Stuart M. Bernstein | One Bowling Green | Room 723 | New York | NY | 10004 | | | | |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | US Federal Office Building | 201 Varick St., Room 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | susan.arbeit@usdoj.gov greg.zipes@usdoj.gov |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers St. | 3rd Fl | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov |
| Postpetiton Lender/Second Lien Lender | US VC Partners, LP | Attn: Mr. A. Jung | 90 Third Avenue | 19th Floor | New York | NY | 10022 | | | | ajung@columbusnova.com |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | 250 Hudson Street | Ste 700 | New York | NY | 10013 | | 212-767-7844 | 212-582-1909 | aburdick@wgaeast.org |

# EXHIBIT B
# SERVICE LIST

SERVICE LIST

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Sandy Qusba, Esq. and William T. Russell, Esq.
squsba@stblaw.com
wrussell@stblaw.com
*Counsel to the Official Committee of Unsecured Creditors*
(Served by first class mail and electronic mail)

Harder Mirell & Abrams LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA 90212
Attn: Charles J. Harder, Esq. and Dilan A. Esper, Esq.
charder@hmafirm.com
desper@hmafirm.com
(Served by first class mail and electronic mail)

Randall Busack (aka RJ Bell)
c/o Harder Mirell & Abrams LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA 90212
Attn: Charles J. Harder, Esq. and Dilan A. Esper, Esq.
charder@hmafirm.com
desper@hmafirm.com
(Served by first class mail and electronic mail)

Pregame LLC dba Pregame.com
5860 S. Pecos Rd. #400
Las Vegas, NV 89120
Attn: Randall J. Busack
(Served by first class mail)

Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue
New York, NY 10017
Attn: Jonathan L. Flaxer, Esq. and Michael S. Weinstein, Esq.
jflaxer@golenbock.com
mweinstein@golenbock.com
(Served by first class mail and electronic mail)

United States Trustee William K. Harrington
U.S. Federal Office Building
201 Varick St., Room 1006

New York, NY 10014
Attn: Greg M. Zipes, Esq. and Susan Arbeit, Esq.
(Served by first class mail)