**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Daniel H. Tabak
Mark Spatz

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
:
In re:                                                    :    Chapter 11
:
Gawker Media LLC et al.,                                  :
:    Case No. 16-11700 (SMB)
                                      Debtor.             :
:
:
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, D. NICOLE PASCHAL, hereby certify that:

1.   I am an attorney with the law firm of Cohen & Gresser LLP, counsel for Terry G. Bollea ("Creditor").

2.   On November 22, 2017, the following documents were electronically filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned case:

**Objection Of Terry G. Bollea, Charles J. Harder, Esq., and Harder, Mirell & Abrams LLP to Plan Administrator's Proposed Order Pursuant To Rule 2004 Of The Federal Rules Of Bankruptcy Procedure Authorizing The Plan Administrator To Conduct Discovery Concerning Potential Causes Of Action And To Establish Discovery Response And Dispute Procedures. (related document(s)[936]) filed by**

1660439.1

**Daniel H. Tabak on behalf of Terry G. Bollea. (Attachments: # (1) Exhibit 1 - Plan Administrator's Proposed Form of Order relating to 2004 Discovery # (2) Exhibit 2 - Corrected Memorandum Decision Granting in Part and Denying in Part Rule 2004 Motion # (3) Exhibit 3 - Revised Gawker 2004 Proposed Order # (4) Exhibit 4 - Comparison of Proposed Forms of 2004 Order) (Tabak, Daniel) (Entered: 11/22/2017).**

3. All parties on the Bankruptcy Court's electronic service list in this case were served with the above-referenced documents through email so as to be actually received on November 22, 2017.

4. In addition, on November 27, 2017, I caused an employee of my firm to deliver a true and correct copy of the above-referenced documents to the Clerk of the Bankruptcy Court for transmittal to the Office of the United States Trustee, pursuant to Local Bankruptcy Rule 9070-1.

Dated: November 27, 2017
New York, New York

                                                          ___/s/D. Nicole Paschal_____
                                                          D. Nicole Paschal