ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                             :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                    :    Case No. 16-11700 (SMB)
:
        Debtors.                 :    (Jointly Administered)
:
------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' OMNIBUS OBJECTION TO PROOFS OF CLAIM NOS. 293, 294 AND 295 FILED BY ALBERT JAMES DAULERIO

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Albert James Daulerio ("Mr. Daulerio") filed three proofs of claim (Nos. 293, 294, and 295).

**PLEASE TAKE FURTHER NOTICE** that on November 28, 2016, the Debtors filed the *Debtors' Omnibus Objection to Proofs of Claim Nos. 293, 294 and 295 Filed by Albert James Daulerio* [Docket No. 493] (the "Objection").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

65078286_2

**PLEASE TAKE FURTHER NOTICE** that on November 28, 2017, the Court entered the *Stipulation and Order Between the Plan Administrator and Albert James Daulerio Regarding Proofs of Claim Nos. 293, 294, and 295* [Docket No. 1052] (the "Stipulation and Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Paragraph 2 of the Stipulation and Order, the Objection is deemed withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby formally withdraw the Objection.

| | |
|---|---|
| Dated: November 28, 2017<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropesgray.com<br><br>*Counsel to the Plan Administrator<br>for the Debtors* |