UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                     :
                                                          :       Chapter 11
Gawker Media LLC, *et al.*                                :
                                                          :       Case No. 16-11700 (SMB)
                                                          :
                    Debtors.                              :       (Jointly Administered)
-----------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Dilan A. Esper, Esq., a member in good standing of the bar in the State of California, to be admitted, *pro hac vice*, to represent Randall James Busack a/k/a RJ Bell and Pregame LLC d/b/a Pregame.com in the above referenced chapter 11 cases and any related adversary proceedings, and it appearing that such request should be granted, according it is hereby

**ORDERED**, that Dilan A. Esper, Esq., is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: **December 5, 2017**
          New York, New York                              **/s/ STUART M. BERNSTEIN**
                                                          United States Bankruptcy Judge

.7                                            1

1591576.1