# Exhibit A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
               Debtors. : (Jointly Administered)
------------------------------------------------------------ x

**ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF
<u>GIZMODO MEDIA GROUP, LLC</u> TO ENFORCE THE SALE ORDER**

Upon the motion (the "<u>Motion</u>") dated August 21, 2017 of Gizmodo Media Group, LLC ("<u>Gizmodo</u>") to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting their State Court Actions [Dkt. No. 985]; and upon the objection to the Motion by Pregame LLC d/b/a Pregame.com and Randall James Busack, professionally known as RJ Bell dated September 15, 2017 [Dkt. No. 1006] (the "<u>Objection</u>"); and upon Gizmodo's reply to the Objection dated September 25, 2017 [Dkt. No. 1015]; and upon the record of the hearing on the Motion held on September 28, 2017; and upon the Memorandum Decision Regarding Motion to Enforce the Sale Order of this Court dated December 12, 2017 [Dkt. No. 1063] (the "<u>Decision</u>");[2] and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted in part and denied in part in accordance with and for the reasons set forth in the Decision, and, therefore, the Plaintiffs are enjoined from asserting

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Decision.

-2-

any claims against Gizmodo, including in any state court, arising from the publication of the allegedly defamatory Article on June 23, 2016.

Dated: _____, 2017
       New York, New York

                                                                                                              _____
                                                                                         HONORABLE STUART M. BERNSTEIN
                                                                                         UNITED STATES BANKRUPTCY JUDGE