UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                                    Case No. 16-11700-SMB

GAWKER MEDIA, LLC,                                        Chapter 11

      Debtor(s).                                        Honorable Stuart M. Bernstein

_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

TO:  Clerk of the Court                  Gregg M. Galardi
      US Bankruptcy Court            1211 Avenue of the Americas
      One Bowling Green, Room 5    New York, NY 10036
      New York, NY 10004

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Juandisha M. Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                            BILL SCHUETTE
                                            Attorney General

                                            */s/ Juandisha M. Harris*
                                            Juandisha M. Harris   (P62978)
                                            Assistant Attorney General
                                            Cadillac Place, Ste. 10-200
                                            3030 W. Grand Blvd.
                                            Detroit, MI 48202
                                            Telephone: (313) 456-0140
                                            E-Mail: harrisj12@michigan.gov

Dated: December 19, 2017