UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                          Case No. 16-11700-SMB

GAWKER MEDIA, LLC,                              Chapter 11

        Debtor(s).                         Honorable Stuart M. Bernstein
_____/

## PROOF OF SERVICE

The undersigned certifies that on December 19, 2017, a copy of the Notice of Appearance, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036

                                                /s/ *Patricia A. Klein*
                                                Patricia A. Klein
                                                Legal Secretary
                                                Juandisha M. Harris  (P62978)
                                                Cadillac Place, Ste. 10-200
                                                3030 W. Grand Blvd.
                                                Detroit, MI  48202
                                                Telephone: (313) 456-0140
                                                E-mail: harrisj12@michigan.gov

Dated: December 19, 2017