# EXHIBIT B

## Comparison of Proposed Counter-Order and Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :   Chapter 11
Gawker Media LLC, *et al.*,[1]                              :
                                                            :   Case No. 16-11700 (SMB)
                                                            :   (Jointly Administered)
                     Debtors.                               :
------------------------------------------------------------X

### ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF GIZMODO MEDIA GROUP, LLC TO ENFORCE THE SALE ORDER

Upon the motion (the "**Motion**") dated August 21, 2017 of Gizmodo Media Group, LLC ("**Gizmodo**") to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting their State Court Actions [Dkt. No. 985]; and upon the objection to the Motion by Pregame LLC d/b/a Pregame.com and Randall James Busack, professionally known as RJ Bell dated September 15, 2017 [Dkt. No. 1006] (the "**Objection**"); and upon Gizmodo's reply to the Objection dated September 25, 2017 [Dkt. No. 1015]; and upon the record of the hearing on the Motion held on September 28, 2017; and upon the Memorandum Decision Regarding Motion to Enforce the Sale Order of this Court dated December 17, 2017 [Dkt. No. 1063] (the "**Decision**");[2] and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted in part and denied in part in accordance with and for the reasons set forth in the Decision~~, and, therefore, the Plaintiffs are enjoined from asserting any claims against Gizmodo, including in any state court, arising from the publication of the allegedly defamatory Article on June 23, 2016~~.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a/ Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Decision.

1

Dated: New York, New York
       December ___, 2017

                                        _____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

Document comparison by Workshare Compare on Wednesday, December 20, 2017 6:51:38 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS11/imanage/2933001/1 |
| Description | #2933001v1<imanage> - Gawker - Order Granting Motion in Part and Denying in Part (Gizmodo Proposed Order) |
| Document 2 ID | interwovenSite://DMS11/imanage/2928893/1 |
| Description | #2928893v1<imanage> - Gawker - Order Granting Motion in Part and Denying in Part |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 3 |
| Deletions | 4 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 7 |