UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                           :
                                                                :   Chapter 11
Gawker Media LLC, *et al.*,[1]                                   :
                                                                :   Case No. 16-11700 (SMB)
                                                                :   (Jointly Administered)
                            Debtors.                            :
---------------------------------------------------------------X

**ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF GIZMODO MEDIA GROUP, LLC TO ENFORCE THE SALE ORDER**

Upon the motion (the "**Motion**") dated August 21, 2017 of Gizmodo Media Group, LLC ("**Gizmodo**") to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting their State Court Actions [Dkt. No. 985]; and upon the objection to the Motion by Pregame LLC d/b/a Pregame.com and Randall James Busack, professionally known as RJ Bell dated September 15, 2017 [Dkt. No. 1006] (the "**Objection**"); and upon Gizmodo's reply to the Objection dated September 25, 2017 [Dkt. No. 1015]; and upon the record of the hearing on the Motion held on September 28, 2017;  and upon the Memorandum Decision Regarding Motion to Enforce the Sale Order of this Court dated December 17, 2017 [Dkt. No. 1063] (the "**Decision**"); [2] and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted to the extent of enjoining Pregame LLC d/b/a Pregame.com and Randall James Busack from asserting any claims against Gizmodo, as defined

---

[1] The last four digits of the taxpayer identification number of the debtors are:  Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a/ Kinja Kft.) (5056).   Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Decision.

1

2928893.1

in the Decision, derived from Gawker's pre-sale publication of the Article as defined in the Decision, and is denied with respect to any independent claims that arose based upon the post-sale actions by or conduct of Gizmodo.

Dated: New York, New York
       December 26, 2017

                               /s/ *Stuart M. Bernstein*
                                STUART M. BERNSTEIN
                            United States Bankruptcy Judge