Jonathan L. Flaxer, Esq.
Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel to Pregame LLC and Randall James Busack*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                    :
                                                         :   Chapter 11
Gawker Media LLC, *et al.*,                              :
                                                         :   Case No. 16-11700 (SMB)
                                                         :   (Jointly Administered)
                           Debtors.                      :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

JODI SAVITSKY, being duly sworn, deposes and says:

I am over the age of 18 years, not a party to this proceeding and reside in Queens County. On January 31, 2018, I caused to be served on the below NOTICE OF MOTION IN LIMINE TO EXCLUDE EXPERT (DKT. NO. 1073) AND EXHIBITS in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93] via electronic mail on the following address(es):

Thomas G. Hentoff
Williams & Connolly LLP
THentoff@wc.com
Counsel for Ryan Goldberg

2956702.1

| | |
|---|---|
| Dipesh Patel<br>Saul Ewing Arnstein & Lehr LLP<br>dipesh.patel@saul.com<br>Counsel for Ryan Goldberg | Sharon Levine<br>Saul Ewing Arnstein & Lehr LLP<br>slevine@saul.com<br>Counsel for Ryan Goldberg |

_____
Jodi Savitsky

Sworn to before me this
1st day of February, 2018

_____
Notary Public

ANNE M. McGRATH
Notary Public, State of New York
No. 43-4783221
Qualified in Richmond County
Commission Expires March 30, 20_19_

2956702.1