**WILLIAMS & CONNOLLY LLP**
For Matters in New York:
650 Fifth Avenue, Suite 1500
New York, NY 10019

725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Thomas G. Hentoff, Esq. (admitted *pro hac vice*)
Chelsea T. Kelly, Esq.
Email: thentoff@wc.com
          ckelly@wc.com

*Counsel for Ryan Goldberg and Gizmodo Media Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Chelsea Kelly, hereby certify that:

1. I am an associate at the law firm of Williams & Connolly LLP, counsel for Ryan Goldberg and Gizmodo Media Group, LLC.

2. On February 7, 2018, true and correct copies of Ryan Goldberg's Memorandum

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

of Law in Opposition to Motion *in Limine* to Exclude Expert [Dkt. 1077], in the above-captioned proceeding were caused to be served in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Dkt. 93] via electronic mail on the parties listed below:

<u>Golenbock Eiseman Assor Bell & Peskoe LLP</u>
Jonathan L. Flaxer (jflaxer@golenbock.com)
Michael S. Weinstein (mweinstein@golenbock.com)

<u>Harder Mirell & Abrams LLP</u>
Dilan A. Esper (desper@hmafirm.com)

<u>Ropes & Gray LLP</u>
Gregg M. Galardi (gregg.galardi@ropesgray.com)
Joshua Y. Sturm (Joshua.sturm@ropesgray.com)
David Hennes (David.Hennes@ropesgray.com)
Elizabeth Bierut (Elizabeth.Bierut@ropesgray.com)

Dated:    Washington, D.C.
          February 9, 2018

Respectfully Submitted,

By: _____
Chelsea T. Kelly