SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg
Jason N. Kestecher

   - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)

*Attorneys for Peter Thiel and Thiel Capital LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| Reorganized Debtors. | : |

## CERTIFICATE OF SERVICE

       I, Jason N. Kestecher, an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby certify that on February 9, 2018, I caused the following documents to be served via electronic mail upon the parties on the service list attached hereto as Exhibit A.

- Thiel Parties' Motion To Extend Certain Deadlines Under Rule 2004 Order (Dkt. 1080)

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Reorganized Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden (the "Plan Administrator"), 10 East 53rd Street, 33rd Flr., New York NY 10020.

Additionally, on February 12, 2018 I caused the foregoing documents (Docket No. 1080) to be served via first class U.S. mail upon the parties on the service list attached hereto as Exhibit B.

Furthermore, on February 12, 2018 I caused the foregoing documents (Docket No. 1080) to be served via overnight mail upon the parties on the service list attached hereto as Exhibit C.

Dated: New York, New York
       February 12, 2018

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: */s/ Jason N. Kestecher*
Shana A. Elberg
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

 - and -

Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*

# EXHIBIT A

# (VIA ELECTRONIC MAIL)

In re Gawker Media LLC, et al.
Master Service List
Case No. 16-11700 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Fastly, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq. | 633 Menlo Avenue | Suite 100 | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Tgaa@bbslaw.com tom@bbslaw.com |
| Counsel to Terry Gene Bollea | Binder & Schwartz, LLP | Attn: Eric B. Fisher, Esq. & Jessica L. Jimenez, Esq. | 366 Madison Avenue | 6th Floor | New York | NY | 10017 | | 212-510-7008 | 212-510-7299 | efisher@binderschwartz.com jjimenez@binderschwartz.com |
| Counsel to Superdry Wholesale, LLC and Superdry Retail, LLC | Brown Rudnick, LLP | Attn: Andrew P. Strehle, Esq. | One Financial Center | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | astrehle@brownrudnick.com |
| Counsel to Harder Mirell & Abrams LLP and Charles J.Harder, Esq | Chadbourne & Parke LLP | Attn: Samuel S. Kohn & James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | skohn@chadbourne.com jcopeland@chadbourne.com |
| Counsel to Mitchell Williams | Chiesa Shahinian & Giantomasi, PC | Attn: Robert E. Nies, Esq. & Michael R. Caruso, Esq. | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2012 | 973-530-2212 | rnies@csglaw.com mcaruso@csglaw.com |
| Counsel to Mail Media | Clare Locke, LLP | Attn: Joseph R. Oliveri | 902 Prince Street | | Alexandria | VA | 22314 | | 202-628-7405 | | joe@clarelocke.com |
| Counsel to Terry G. Bollea | Cohen & Gresser, LLP | Attn: Daniel H. Tabak, Esq. & Mark Spatz, Esq. | 800 Third Avenue | | New York | NY | 10022 | | 212-957-7600 | 212-957-4514 | dtabak@cohengresser.com mspatz@cohengresser.com |
| Counsel to unnamed claimants | Emery Celli Brinckerhoff & Abady, LLP | Attn: Andrew G. Celli, Jr., Esq. | 600 Fifth Avenue | 10th Floor | New York | NY | 10020 | | 212-763-5000 | 212-763-5001 | acelli@ecbalaw.com |
| Debtors | Gawker Media, LLC | Attn: William D. Holden, Chief Restructuring Officer & Heather Dietrick, Esq. | 10 East 53rd Street | 33rd Floor | New York | NY | 10020 | | | | WHolden@opportune.com heather@gawker.com |
| Counsel to Pregame LLC d/b/a Pregame.com and Randall James Busack a/k/a RJ Bell | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq. & Michael S. Weinstein, Esq. | 711 Third Avenue | | New York | NY | 10017 | | 212-907-7300 | 212-754-0330 | jflaxer@golenbock.com, mweinstein@golenbock.com |
| Counsel to Terry Gene Bollea (Top 50 Creditor) | Harder Mirell & Abrams | Attn: Charles J. Harder, Esq. | 132 S Rodeo Dr. | Ste 301 | Beverley Hills | CA | 90212 | | 424-203-1600 | | charder@hmafirm.com |
| Counsel to 114 Fifth Avenue Owner LLC | Haynes and Boone, LLP | Attn: Trevor Hoffmann, Esq. | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | | 212-659-4993 | 212-884-9558 | trevor.hoffmann@haynesboone.com |
| Investment Banker to the Debtors | Houlihan Lokey, Inc. | Attn: Reid Snellenbarger | 111 South Wacker Dr. | 37th Floor | Chicago | IL | 60606 | | 312-456-4722 | | RSnellenbarger@HL.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: David S. Heller, Esq. | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | david.heller@lw.com |
| Counsel to US VC Partners, LP | Latham & Watkins, LLP | Attn: Keith A. Simon, Esq. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | keith.simon@lw.com |
| Counsel to Univision Communications, Inc. | Latham & Watkins, LLP | Attn: Marc A. Zelina, Esq. | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | Marc.Zelina@lw.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Casey B. Howard | Brookfield Place, 200 Vesey Street | 20th Floor | New York | NY | 10281 | | 212-812-8342 | | choward@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Jonathan W. Young | 111 Huntington Avenue | | Boston | MA | 02199 | | 617-239-0367 | 855-595-1190 | jonathan.young@lockelord.com |
| Counsel to Starcom Worldwide, Inc. | Locke Lord, LLP | Attn: Michael B. Kind | 111 S. Wacker Drive | | Chicago | IL | 60606-4410 | | 312-443-0700 | 312-443-0336 | michael.kind@lockelord.com |
| Missouri Department of Revenue, Bankruptcy Unit | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | PO Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel to Morrison Cohen LLP (Top 50 Creditor) | Morrison Cohen, LLP | Attn: Joseph T. Moldovan, Esq. & Robert K. Dakis, Esq. | 909 Third Avenue | | New York | NY | 10022-4784 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com rdakis@morrisoncohen.com |
| Counsel to 204-210 Elizabeth Street, LLC | Pollack & Sharan, LLP | Attn: Adam Paul Pollack, Esq. | 15 Maiden Lane | Suite 1400 | New York | NY | 10038 | | 212-619-5800 | | adam@pollacksharan.com |
| Claims Agent | Prime Clerk, LLC | Attn: Benjamin J. Steele | 830 3rd Ave | Floor 9 | New York | NY | 10022 | | 855-639-3375 | | gawkerinfo@PrimeClerk.com serviceqa@primeclerk.com |
| Counsel to Ian Fette | Pryor & Mandelup, LLP | Attn: A. Scott Mandelup, Esq. | J. Logan Rappaport, Esq. | 675 Old Country Road | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com lr@pryormandelup.com |
| Counsel for St. Paul Fire & Marine Insurance Co. ("Travelers") | Putney, Twombly, Hall & Hirson, LLP | Attn: Thomas A. Martin, Esq. | Barbara M. Maisto, Esq. | 521 Fifth Avenue | New York | NY | 10175 | | 212-682-0020 | 212-682-9380 | tmartin@putneylaw.com bmaisto@putneylaw.com |
| Counsel to Charles C. Johnson and Got News, LLC | Randazza Legal Group, PLLC | Attn: Jay M. Wolman, Esq. | 100 Pearl Street | 14th Floor | Hartford | CT | 06103 | | 702-420-2001 | 305-437-7662 | ecf@randazza.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Alexander Rheaume, Esq. | 3 Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | | arheaume@riemerlaw.com |
| Counsel to Silicon Valley Bank | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq. | Times Square Tower | Seven Times Square, Suite 2506 | New York | NY | 10036 | | 212-789-3100 | 212-789-3195 | sfox@riemerlaw.com |
| Counsel to Debtors | Ropes & Gray, LLP | Attn: Gregg M. Galardi, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq. | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9821 | 646-728-1712 | Gregg.Galardi@ropesgray.com Kristina.Alexander@ropesgray.com michael.winograd@ropesgray.com |
| Counsel to unnamed claimants | Saul Ewing, LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | | 973-286-6700 | 973-286-6821 | slevine@saul.com dpatel@saul.com |
| Counsel to Cerberus Business Finance, LLC (DIP Lender) | Schulte Roth & Zabel, LLP | Attn: Frederic Ragucci, Esq. & Adam Harris, Esq. | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com frederic.ragucci@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St., NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | Brookfield Place | 200 Vesey St., Ste. 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to UnitedHealthcare Insurance Company of New York and Unimerica Life Insurance Company of New York | Shipman & Goodwin, LLP | Attn: Eric S. Goldstein, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Prepetiton Lender/First Lien Lender | Silicon Valley Bank | Attn: Jocelyn Hartmann | 275 Grove Street | Suite 2-200 | Newton | MA | 02466 | | | | jhartmann@svb.com |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-3000 | 302-651-3001 | Robert.Weber@skadden.com Anthony.Clark@skadden.com |

**In re Gawker Media LLC, et al.**
Master Service List
Case No. 16-11700 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Anthony W. Clark, Robert A. Weber | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | 302-651-3000 | 302-651-3001 | Robert.Weber@skadden.com Anthony.Clark@skadden.com |
| Counsel to Peter Thiel | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Shana.Elberg@skadden.com |
| Counsel to Thiel Capital, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Shana A. Elberg | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Shana.Elberg@skadden.com |
| Counsel to the New York State Department of Taxation & Finance | Special Bankruptcy Counsel | Attn: Enid Nagler Stuart | 120 Broadway | 24th Floor | New York | NY | 10271 | | 212-416-8666 | 212-416-8672 | Enid.Stuart@ag.ny.gov |
| Counsel to ZDGM LLC (Stalking Horse Bidder) | Sullivan & Cromwell, LLP | Attn: Michael H. Torkin, Esq., Brian D. Glueckstein, Esq., & Alexa J. Kranzley, Esq. | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | torkinm@sullcrom.com gluecksteinb@sullcrom.com kranzleya@sullcrom.com |
| United States Trustee Southern District of New York | United States Trustee William K. Harrington | Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq. | US Federal Office Building | 201 Varick St., Room 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | susan.arbeit@usdoj.gov greg.zipes@usdoj.gov |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers St. | 3rd Fl | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov |
| Postpetiton Lender/Second Lien Lender | US VC Partners, LP | Attn: Mr. A. Jung | 90 Third Avenue | 19th Floor | New York | NY | 10022 | | | | ajung@columbusnova.com |
| Writers Guild of America East, Inc., Union | Writers Guild of America East, Inc. | Attn: Ann Burdick, Esq. | 250 Hudson Street | Ste 700 | New York | NY | 10013 | | 212-767-7844 | 212-582-1909 | aburdick@wgaeast.org |

2

## EXHIBIT B

### (VIA FIRST CLASS U.S. MAIL)

| United States Trustee William K. Harrington<br>Attn: Greg M. Zipes, Esq. & Susan Arbeit, Esq.<br>US Federal Office Building<br>201 Varick St., Room 1006<br>New York, NY 10014 | Ropes & Gray, LLP<br>Attn: Gregg M. Galardi, Esq., Michael S. Winograd, Esq., & Kristina K. Alexander, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

# EXHIBIT C

# (VIA OVERNIGHT MAIL)

| United States Bankruptcy Court for the Southern District of New York Honorable Stuart M. Bernstein One Bowling Green, Room 723 New York, NY 10004 | |