**Norton Rose Fulbright US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.408.1060
Facsimile: 212.541.5369
Samuel S. Kohn
James A. Copeland

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Gawker Media LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On February 13, 2018, I caused to be filed *Joinder of Charles J. Harder Esq. and Harder Mirell & Abrams LLP to Thiel Parties' Motion to Extend Certain Deadlines Under Rule 2004 Order* (Docket No. 1082) (the "Harder Joinder") which was served utilizing the Court's Case Management/ Electronic Case Filing system upon all registered users involved in the above-captioned case as well as by electronic mail on the parties listed on Schedule A.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

CPAM: 13316916.1

3. Additionally, on February 13, 2018, I caused the Harder Joinder to be served by first class mail of the United States Postal Service upon the parties on the service list attached hereto as Schedule B.

4. Furthermore, on February 13, 2018, I caused the Harder Joinder to be served by overnight mail upon the party on the service list attached hereto as Schedule C.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                                  */s/ David M. Bava*  
                                                                   David M. Bava

Sworn to before me this  
13th day of February 2018

*/s/ Francisco Vazquez*  
       Notary Public

**Francisco Vazquez**  
**Notary Public, State of New York**  
**No. 31-6013920**  
**Qualified in New York County**  
**Commission Expires Dec. 27, 2018**

CPAM: 13316916.1

## SCHEDULE A – E-MAIL SERVICE

tgaa@bbslaw.com
tom@bbslaw.com
efisher@binderschwartz.com
jjimenez@binderschwartz.com
astrehle@brownrudnick.com
rnies@csglaw.com
mcaruso@csglaw.com
joe@clarelocke.com
dtabak@cohengresser.com
mspatz@cohengresser.com
acelli@ecbalaw.com
wholden@opportune.com
heather@gawker.com
jflaxer@golenbock.com
mweinstein@golenbock.com
charder@hmafirm.com
trevor.hoffmann@haynesboone.com
rsnellenbarger@hl.com
mimi.m.wong@irscounsel.treas.gov
mimi.m.wong@irscounsel.treas.gov
david.heller@lw.com
keith.simon@lw.com
marc.zelina@lw.com
choward@lockelord.com
jonathan.young@lockelord.com
michael.kind@lockelord.com
sdnyecf@dor.mo.gov
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
adam@pollacksharan.com
gawkerinfo@primeclerk.com
serviceqa@primeclerk.com
asm@pryormandelup.com
lr@pryormandelup.com
tmartin@putneylaw.com
bmaisto@putneylaw.com
ecf@randazza.com
arheaume@riemerlaw.com
sfox@riemerlaw.com
gregg.galardi@ropesgray.com
kristina.alexander@ropesgray.com
michael.winograd@ropesgray.com
slevine@saul.com
dpatel@saul.com

CPAM: 13316916.1

adam.harris@srz.com
frederic.ragucci@srz.com
secbankruptcy@sec.gov
nyrobankruptcy@sec.gov
secbankruptcy-ogc-ado@sec.gov
bankruptcynoticeschr@sec.gov
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
jhartmann@svb.com
robert.weber@skadden.com
anthony.clark@skadden.com
robert.weber@skadden.com
anthony.clark@skadden.com
shana.elberg@skadden.com
shana.elberg@skadden.com
enid.stuart@ag.ny.gov
torkinm@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
susan.arbeit@usdoj.gov
greg.zipes@usdoj.gov
david.jones6@usdoj.gov
jeffrey.oestericher@usdoj.gov
joseph.cordaro@usdoj.gov
carina.schoenberger@usdoj.gov
ajung@columbusnova.com
aburdick@wgaeast.org

## **SCHEDULE B – FIRST CLASS MAIL SERVICE**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, NY 10014
Attn:  Greg M. Zipes, Esq.
         Susan Arbeit, Esq.


Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attn:  Gregg M. Galardi, Esq.
         Michael S. Winograd, Esq.,
         Kristina K. Alexander, Esq.

CPAM: 13316916.1

## **SCHEDULE C – OVERNIGHT MAIL SERVICE**

United States Bankruptcy Court
Southern District of New York
Honorable Stuart M. Bernstein
United States Bankruptcy Judge
One Bowling Green, Room 723
New York, NY 10004