Hearing Date: March 8, 2018 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: March 1, 2018 at 4:00 p.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg
Jason N. Kestecher

   - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)

*Attorneys for Peter Thiel and Thiel Capital LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                : Chapter 11
                                      :
GAWKER MEDIA LLC, et al.[1]           : Case No. 16-11700 (SMB)
                                      :
                                      :
          Reorganized Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF HEARING ON THIEL PARTIES' MOTION TO EXTEND CERTAIN DEADLINES UNDER RULE 2004 ORDER

**PLEASE TAKE NOTICE** that on February 9, 2018, Peter Thiel and Thiel Capital LLC (together, the "Thiel Parties")[2] filed the Thiel Parties' Motion To Extend Certain

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Reorganized Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden (the "Plan Administrator"), 10 East 53rd Street, 33rd Flr., New York NY 10020.

[2] In submitting this Notice of Hearing, the Thiel Parties do not waive or consent to this Court's jurisdiction or the entry of final judgments in any matter or proceeding in which this Court is not constitutionally or statutorily authorized to do so, and reserve all rights.

Deadlines Under Rule 2004 Order (Docket No. 1080) (the "Motion"). You have previously been served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), on **March 8, 2018 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, must be made in writing and (a) filed with the Bankruptcy Court no later than **4:00 p.m. (Prevailing Eastern Time) on March 1, 2018** (the "Objection Deadline") and (b) served so as to be actually received by counsel to the Thiel Parties, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attn: Shana A. Elberg (Shana.Elberg@skadden.com), Jason N. Kestecher (Jason.Kestecher@skadden.com), and 920 N. King Street, Wilmington, Delaware 19801, Anthony W. Clark (anthony.clark@skadden.com), Robert A. Weber (Robert.Weber@skadden.com).

Dated: February 15, 2018
      New York, New York

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

By: */s/ Shana A. Elberg*
Shana A. Elberg
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

 - and -

Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*

3