| | |
|---|---|
| From: | "Weber, Robert A" <Robert.Weber@skadden.com> |
| To: | "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov> |
| Cc: | "'Michael.Winograd@ropesgray.com'" <Michael.Winograd@ropesgray.com>, "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Kohn, Samuel" <samuel.kohn@nortonrosefulbright.com>, "Walkingshaw, Peter" <Peter.Walkingshaw@ropesgray.com>, "Copeland, James (james.copeland@nortonrosefulbright.com)" <james.copeland@nortonrosefulbright.com>, "Clark, Anthony W" <Anthony.Clark@skadden.com>, "Elberg, Shana A" <Shana.Elberg@skadden.com>, "Kestecher, Jason N" <Jason.Kestecher@skadden.com> |
| Date: | Tuesday, March 06, 2018 09:13AM |
| Subject: | In re Gawker Media LLC (16-11700) |

Your Honor,

We write regarding the Thiel Parties' motion to extend certain discovery deadlines (Docket No. 1080), currently set for hearing this Thursday, March 8. The motion was joined by Charles J. Harder and his firm (Docket No. 1082) and opposed by the Plan Administrator (Docket No. 1084). As the parties advised Your Honor's Chambers yesterday afternoon, they are discussing a possible resolution of the motion. In that regard, the parties have agreed, subject to Your Honor's approval, to adjourn the motion to the hearing in these cases scheduled for April 5, 2018 at 10 a.m., or to another date thereafter at the convenience of the Court.

Please let us know if the Court has any questions or requires any additional information.

Respectfully,

Robert A. Weber
Skadden, Arps, Slate, Meagher & Flom LLP
920 King Street
Wilmington, Delaware 19801
(302) 651-3144

*[Handwritten note: The matter is adjourned to April 12, 2018 @ 10:00 a.m. SMB 3/6/18]*

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================