ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                           :   Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :   Case No. 16-11700 (SMB)
                                                :
            Debtors.                            :   (Jointly Administered)
                                                :
------------------------------------------------------x

**AGENDA FOR PRE-TRIAL HEARING TO BE HELD
MARCH 21, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time: | March 21, 2018 at 10:00 A.M. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Stuart M. Bernstein<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 723<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323. |

---

1 The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

67947335_3

**CONTESTED MATTERS**

1. Motion of Ryan Goldberg (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 981]

   **Response Deadline:** September 5, 2017

   **Responses Received:**

   a. Objection of Pregame LLC and Randall James Busak to Motions of (1) Gizmodo Media Group, LLC [Dkt. No. 985] and (2) Ryan Goldberg [Dkt. No. 981], Seeking to Enforce Orders of This Court and Bar Prosecution of A State Court Action and In Response to the Joinder of the Plan Administrator [Dkt. No. 997] to Such Motions [Docket No. 1006]

   b. Reply of Ryan Goldberg to Objection to Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 1014]

   **Related Documents:**

   c. Joinder and Reservation of Rights By the Plan Administrator to the Motions of Ryan Goldberg and Gizmodo Media Group, LLC to Enforce the Sale Order and the Confirmation Order and Bar Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 997]

   d. Scheduling Order Related to Motion of Ryan Goldberg (I) To Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) To Bar and Enjoin Creditors from Prosecuting Their State Court Action [ Docket No. 1028]

   e. Transcript regarding Hearing Held on 09/28/17 at 10:20 AM RE: Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters Coalition for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as Amici Curiae; Motion of Ryan Goldberg to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action; Motion of Gizmodo Media Group, LLC to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting Their State Court Actions [Docket No. 1032]

   **Status: This matter is going forward.**

2. Motion In Limine to Exclude Expert [Docket No. 1073]

   **Response Deadline:** February 7, 2018

   **Responses Received:**

67947335_3

      a.    Memorandum of Law in Opposition to Motion In Limine to Exclude Expert [Docket No. 1077]

**Status:** **This matter is going forward.**

3.    Joint Pre-Trial Order [Docket No. 1089]

Dated: March 19, 2018  
      New York, New York

*/s/ Gregg M. Galardi*  
ROPES & GRAY LLP  
Gregg M. Galardi  
Joshua Y. Sturm  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
gregg.galardi@ropesgray.com  
joshua.sturm@ropegray.com

*Counsel to the Plan Administrator for the Debtors*

-3-

67947335_3