UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re                                                  :   Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]                         :   Case No. 16-11700 (SMB)
                                                       :
                        Debtors.                       :   (Jointly Administered)
                                                       :
------------------------------------------------------x

### POST-CONFIRMATION QUARTERLY SUMMARY REPORT
### FOR THE PERIOD OCTOBER 1, 2017 THROUGH DECEMBER 31, 2017

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
William D. Holden
Plan Administrator for the Debtors

Debtors' Address and Phone Number:

c/o Opportune LLP
Attn: William D. Holden
10 East 53rd Street, 33rd Floor
New York, NY 10022
Phone: 212-388-4000

Debtors' Attorney's Address
and Phone Number:

Ropes & Gray LLP
Attn: Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10010
Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | October 2017 Disbursements | November 2017 Disbursements | December 2017 Disbursements | Total Q4 2017 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $(447,753.34) | ($164,271.11) | ($306,787.47) | $(918,811.92) | $4,875.00 |
| 16-11718 | Gawker Hungary Kft.† | $(5,860.52) | $(6,911.81) | $(1,887.54) | $(14,659.86) | $325.00 |
| 16-11719 | Gawker Media Group, Inc. | $(1,232.90) | $0.00 | $0.00 | $(1,232.90) | $325.00 |
|  | Total | $(454,846.76) | $(171,182.92) | $(308,675.01) | $(934,704.68) | $5,525.00 |

* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0037.