Pre-Trial Hearing Date and Time: April 9, 2018 at 10:00 a.m. (Eastern Time)

ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for
the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                         :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF PRE-TRIAL HEARING

**PLEASE TAKE NOTICE** that the Pre-Trial Hearing on the *Motion of Ryan Goldberg (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action* [Docket No. 981] was scheduled for March 21, 2018 at 10:00 am (prevailing Eastern Time) (the "Pre-Trial Hearing").

**PLEASE TAKE FURTHER NOTICE** that, with Court approval, the Pre-Trial Hearing has been adjourned to **April 9, 2018 at 10:00 a.m. (Eastern Time)**.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

68104075_1

-2-

**PLEASE TAKE FURTHER NOTICE** that the Pre-Trial Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Pre-Trial Hearing.

| | |
|---|---|
| Dated: March 28, 2018<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropegray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |