**SAUL EWING ARNSTEIN & LEHR LLP**
Sharon L. Levine
Dipesh Patel
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200

- and -

1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6713
Facsimile: (973) 286-6821

*Attorneys for Ryan Goldberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                           :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]                   :    Case No. 16-11700 (SMB)
:
Debtors.                        :    (Jointly Administered)
:
------------------------------------------------------x

**NOTICE OF TRIAL AND HEARING ON**
**MOTION *IN LIMINE* OF PREGAME LLC, D/B/A PREGAME.COM AND**
**RANDALL JAMES BUSACK TO EXCLUDE EXPERT**

**PLEASE TAKE NOTICE** that on August 21, 2017, Ryan Goldberg filed the *Motion of Ryan Goldberg (I) To Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) To Bar and Enjoin Creditors From Prosecuting Their State Court Action* [Docket No. 981] (the "Enforcement Motion").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

**PLEASE TAKE NOTICE** that on January 31, 2018, Pregame LLC, d/b/a Pregame.com and Randall James Busack filed their *Motion in Limine to Exclude Expert* [Docket No. 1073] ("Motion *in Limine*").

**PLEASE TAKE NOTICE** that a trial on the Enforcement Motion and a hearing on the Motion *in Limine* were set for March 21, 2018 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE NOTICE** that the Hearing is hereby scheduled on **April 9, 2018 at 10:00 a.m. (prevailing Eastern Time).**

Dated: March 28, 2018    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/Dipesh Patel*
Sharon L. Levine
Dipesh Patel
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
sharon.levine@saul.com
dipesh.patel@saul.com

-and-

1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6713

*Attorneys for Ryan Goldberg*