ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Plan Administrator for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
                Debtors.                              :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**AGENDA FOR PRE-TRIAL HEARING TO BE HELD**
**APRIL 9, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:            April 9, 2018 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:      The Honorable Judge Stuart M. Bernstein
                          United States Bankruptcy Court for the Southern District of New York
                          Alexander Hamilton Custom House
                          One Bowling Green, Courtroom No. 723
                          New York, New York 10004

Copies of Motions:        A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

68236544_3

**CONTESTED MATTERS**

1. Motion in Limine to Exclude Expert [Docket No. 1073].

    **Response Deadline:** February 7, 2018

    **Responses Received:**

    a. Memorandum of Law in Opposition to Motion in Limine to Exclude Expert [Docket No. 1077].

    **Status: This matter is going forward.**

2. Motion of Ryan Goldberg (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 981].

    **Response Deadline:** September 5, 2017

    **Responses Received:**

    a. Objection of Pregame LLC and Randall James Busak to Motions of (1) Gizmodo Media Group, LLC [Dkt. No. 985] and (2) Ryan Goldberg [Dkt. No. 981], Seeking to Enforce Orders of This Court and Bar Prosecution of A State Court Action and In Response to the Joinder of the Plan Administrator [Dkt. No. 997] to Such Motions [Docket No. 1006].

    b. Reply of Ryan Goldberg to Objection to Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Docket No. 1014].

    **Related Documents:**

    a. Joinder and Reservation of Rights By the Plan Administrator to the Motions of Ryan Goldberg and Gizmodo Media Group, LLC to Enforce the Sale Order and the Confirmation Order and Bar Certain Plaintiffs from Prosecuting their State Court Actions [Docket No. 997].

    b. Scheduling Order Related to Motion of Ryan Goldberg (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting Their State Court Action [Docket No. 1028].

    c. Transcript regarding Hearing Held on 09/28/17 at 10:20 AM RE: Motion of Proposed Amici Curiae Society of Professional Journalists, Reporters

    Coalition for Freedom of the Press, and 19 Other Media Organizations for Leave to File Memorandum of Law as Amici Curiae; Motion of Ryan Goldberg to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action; Motion of Gizmodo Media Group, LLC to Enforce the Sale Order and to Bar Certain Plaintiffs from Prosecuting Their State Court Actions [Docket No. 1032].

  d. Notice of Adjournment of Trial and Hearing on Motion in Limine of Pregame LLC, d/b/a Pregame.Com and Randall James Busack to Exclude Expert [Docket No. 1075].

    **Status:** **This matter is going forward.**

3. Joint Pre-Trial Order [Docket No. 1089].

Dated: April 6, 2018
  New York, New York

    */s/ Gregg M. Galardi*
    ROPES & GRAY LLP
    Gregg M. Galardi
    Joshua Y. Sturm
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone: (212) 596-9000
    Facsimile: (212) 596-9090
    gregg.galardi@ropesgray.com
    joshua.sturm@ropegray.com

    *Counsel to the Plan Administrator for the Debtors*