**Rescheduled Hearing Date: May 1, 2018 at 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg
Jason N. Kestecher

   - and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)

*Attorneys for Peter Thiel and Thiel Capital LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| | : |
|       Reorganized Debtors. | : |

**NOTICE OF RESCHEDULING OF THIEL PARTIES' MOTION TO EXTEND
CERTAIN DEADLINES UNDER RULE 2004 ORDER**

**PLEASE TAKE NOTICE** that, on February 9, 2018, Peter Thiel and Thiel Capital LLC (together, the "Thiel Parties") filed the *Thiel Parties' Motion To Extend Certain Deadlines under Rule 2004 Order* (Docket No. 1080) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Hearing") on the Motion, which was previously scheduled for **April 12, 2018 at 10:00 a.m. (Prevailing Eastern Time)**,

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Reorganized Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden (the "Plan Administrator"), 10 East 53rd Street, 33rd Flr., New York NY 10020.

has been rescheduled to **May 1, 2018 at 10:00 a.m. (Prevailing Eastern Time)**, by consent of the parties and approved by the Bankruptcy Court (defined below). The Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), unless otherwise ordered by the Bankruptcy Court.

Dated: April 11, 2018
       New York, New York

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Jason N. Kestecher*
Shana A. Elberg
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*