UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :
                                                   :      Chapter 11
Gawker Media LLC, *et al.*,[1]                     :
                                                   :      Case No. 16-11700 (SMB)
                                                   :      (Jointly Administered)
                         Debtors.                  :
------------------------------------------------------------X

# ORDER GRANTING MOTION IN LIMINE

Upon the motion (the "**Motion**") dated January 31, 2018 of Pregame LLC d/b/a Pregame.com and Randall James Busack, professionally known as RJ Bell to exclude the testimony of the expert witness Chad Milton [Dkt. No. 1073]; and upon the objection to the Motion dated February 7, 2018 [Dkt. No. 1077] by Ryan Goldberg; and upon the record of the hearing on the Motion held on April 9, 2018 (the "**Hearing**"), and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is granted for the reasons stated on the record at the Hearing.

**Dated:  New York, New York
        April 23, 2018**

                                           /s/ STUART M. BERNSTEIN
                                          **HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE**

---

[1]    The last four digits of the taxpayer identification number of the debtors are:  Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a/ Kinja Kft.) (5056).  Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022.  Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

2996294.1