R OPES & G RAY LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
In re:                                  :    Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]          :    Case No. 16-11700 (SMB)
                                        :
           Debtors.                     :    (Jointly Administered)
                                        :
-------------------------------------------------------x

**PLAN ADMINISTRATOR'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(C) SHORTENING NOTICE PERIOD AND SCHEDULING HEARING WITH RESPECT TO PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING RELEASE AGREEMENT WITH THIEL PARTIES**

William D. Holden as the Plan Administrator (as defined below) for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. ("Gawker Hungary") (collectively, the "Debtors"), hereby submits this motion (the "Motion to Shorten Time") for expedited consideration of *Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties* (the "Motion to Approve Release Agreement"). In support of this Motion to Shorten Time, the Plan Administrator respectfully represents as follows:

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056).  The offices of the Debtors are located at 10 East 53rd Street, New York, NY 10022.

**RELIEF REQUESTED**

1. Contemporaneously with the filing of this Motion to Shorten Time, the Plan Administrator filed the Motion to Approve Release Agreement, seeking the entry of an order under Federal Rule of Bankruptcy Procedure 9019 (the "Bankruptcy Rules"), (a) approving that certain release agreement dated April 24, 2018 (the "Release Agreement") by and among Peter Thiel ("Mr. Thiel"), Thiel Capital LLC ("Thiel Capital", and together with Mr. Thiel, the "Thiel Parties"), the Debtors, and William D. Holden, solely in his capacity as plan administrator for the Debtors (the "Plan Administrator"), and (b) authorizing the Plan Administrator to take any and all actions reasonably necessary to consummate the Release Agreement and perform all obligations contemplated therein. Through this Motion to Shorten Time, the Plan Administrator respectfully requests that the Motion to Approve Release Agreement be heard at the next hearing scheduled in these Chapter 11 cases on **May 1, 2018, at 10:00 a.m. (prevailing Eastern Time)**, and that the Court set the objection deadline for the Motion to Approve Release Agreement for **April 30, 2018, at 12:00 p.m. (prevailing Eastern Time)**.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction to consider the Motion to Shorten Time pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these cases and this Motion to Shorten Time in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are Bankruptcy Rule 9006(c) and 9006-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules").

## BASIS FOR RELIEF

3.      Local Bankruptcy Rule 9006-1(b) requires that "all other motions," which do not otherwise require a longer notice period under the Bankruptcy Rules, "shall be served at least fourteen (14) days before the return date."

4.      The Plan Administrator believes that the Release Agreement will facilitate the ongoing process to sell the Gawker.com Assets and resolve all claims between the Thiel Parties, the Debtors, and the Plan Administrator. Further, the Release Agreement will terminate the Plan Administrator's ongoing discovery pursuant to the December 4, 2017 order authorizing the issuance of subpoenas in connection with the October 11, 2016 motion filed by the Debtors seeking discovery of the Thiel Parties, among others, regarding possible claims that the Debtors might have against Mr. Thiel and/or others in connection with the reported financing by Mr. Thiel of litigation against the Debtors and others. The Plan Administrator believes that the Release Agreement will significantly reduce the administrative and economic burden placed on this Court, the Debtors, the Plan Administration, the Thiel Parties, and other parties-in-interest. As such, the Plan Administrator believes that the earlier the Motion to Approve Release Agreement can be heard, the more it will inure to the benefit of the Debtors, their estates, and other parties-in-interest.

5.      Further, the Plan Administrator believes that the Release Agreement will pave the way for a sale of the Gawker.com Assets (as defined in the Bollea Settlement) pursuant to Bankruptcy Code section 363(b)(1). The Debtors believe that the earlier the Motion to Approve Release Agreement can be heard, the earlier the sale process can begin, resulting in benefits to be realized by the Debtors, their estates, the prospective buyer, and other parties-in-interest.

6.      Further, the Plan Administrator submits that no party will be prejudiced by the shortened notice period given that the Plan Administrator seeks the Motion to Approve Release

Agreement to be heard on May 1, 2018, *i.e.*, the same date on which the *Thiel Parties' Motion To Extend Certain Deadlines Under Rule 2004 Order* [Docket No. 1080] will be heard by the Court to consider granting the relief requested therein. The Plan Administrator respectfully submits that all parties to whom the notice of the Motion to Approve Release Agreement need be given have already been provided with the notice of the hearing on May 1, 2018.

## NOTICE

7.      Notice of this Motion is being given to: (a) the Office of the United States Trustee for the Southern District of New York; (b) the Internal Revenue Service; (c) the United States Attorney for the Southern District of New York; (d) Charles J. Harder, Esq.; (e) Harder LLP; (f) counsel to Peter Thiel and Thiel Capital LLC; (g) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (h) all other parties in interest in accordance with the procedures set forth in the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93].

## NO PRIOR REQUEST

8.      No previous request for the relief sought herein has been made by the Plan Administrator to this or any other court.

*[Remainder of page intentionally left blank]*

## CONCLUSION

WHEREFORE, the Plan Administrator respectfully requests that the Court approve this Motion to Shorten Time and schedule the hearing on the Motion to Approve Release Agreement as requested herein, and grant the Debtors such other and further relief as may be just and proper.

Dated: April 25, 2018
New York, New York

/s/ *Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
         Kimberly.Kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*

-5-