ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
:
In re                                         :        Chapter 11
:
Gawker Media LLC, *et al.*,[1]                :        Case No. 16-11700 (SMB)
:
        Debtors.              :        (Jointly Administered)
:
--------------------------------------------------------x

## AGENDA FOR HEARING TO BE HELD
## MAY 1, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)

Date and Time:       May 1, 2018 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing: The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

68327216_4

**UNCONTESTED MATTERS**

1.  Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1105].

    **Response Deadline**: April 30, 2018 at 12:00 p.m.

    **Responses Received**:  None as of April 27, 2018

    **Related Documents**:

    a.  Plan Administrator's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(c) Shortening Notice Period and Scheduling Hearing with Respect to Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1106].

    b.  Notice of Hearing on Plan Administrator's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(c) Shortening Notice Period and Scheduling Hearing with Respect to Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1107].

    **Status: This matter is going forward.**

**CONTESTED MATTERS**

1.  Thiel Parties' Motion to Extend Certain Deadlines Under Rule 2004 Order [Docket No. 1080].

    **Response Deadline:** February 19, 2018

    **Responses Received:**

    a.  Plan Administrator's Objection to Thiel Parties' Motion to Extend Certain Deadlines under Rule 2004 Order [Docket No. 1084].

    **Related Documents:**

    a.  Joinder of Charles J. Harder Esq. and Harder Mirell & Abrams LLP to Thiel Parties' Motion to Extend Certain Deadlines under Rule 2004 Order [Docket No. 1082].

    b.  Notice of Hearing on Thiel Parties' Motion to Extend Certain Deadlines under Rule 2004 Order [Docket No. 1085].

68327216_4

    c.    Memorandum Endorsed Order [Docket No. 1088].

**Status:** **This matter has been adjourned by mutual agreement of all parties. The Plan Administrator and the Thiel Parties have reached a consensual resolution. If the Court enters an order granting the relief requested in the Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties, the relief requested in the Thiel Parties' Motion to Extend Certain Deadlines Under Rule 2004 Order will become moot.**

Dated: April 27, 2018
New York, New York

    /s/ Gregg M. Galardi
    ROPES & GRAY LLP
    Gregg M. Galardi
    Joshua Y. Sturm
    Kimberly J. Kodis
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone: (212) 596-9000
    Facsimile: (212) 596-9090
    gregg.galardi@ropesgray.com
    joshua.sturm@ropegray.com

*Counsel to the Plan Administrator for the Debtors*