Rescheduled Hearing Date: May 31, 2018 at 10:00 a.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg
Jason N. Kestecher

- and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)

*Attorneys for Peter Thiel and Thiel Capital LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | : Case No. 16-11700 (SMB) |
| Reorganized Debtors. | : |

# NOTICE OF ADJOURNMENT OF THIEL PARTIES' MOTION TO EXTEND CERTAIN DEADLINES UNDER RULE 2004 ORDER [Docket No. 1080]

**PLEASE TAKE NOTICE** that, on February 9, 2018, Peter Thiel and Thiel Capital LLC (together, the "Thiel Parties") filed the *Thiel Parties' Motion To Extend Certain Deadlines under Rule 2004 Order* (Docket No. 1080) (the "Motion to Extend").

**PLEASE TAKE FURTHER NOTICE** that the Motion and the Hearing are being adjourned pending the Court's consideration of the Plan Administrator's Motion For Entry Of

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Reorganized Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden (the "Plan Administrator"), 10 East 53rd Street, 33rd Flr., New York NY 10020.

An Order Pursuant To Federal Rule Of Bankruptcy Procedure 9019 Approving Release Agreement With Thiel Parties [Docket No. 1105] (the "Rule 9019 Motion"), which is scheduled for hearing on **May 17, 2018 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if the Rule 9019 Motion is granted, the Motion to Extend will be withdrawn; and if the Rule 9019 Motion is denied, the parties will ask the Court to set a hearing date on the Motion to Extend not less than fourteen (14) days following the date of the hearing on the Rule 9019 Motion.

Dated: April 27, 2018
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ *Jason N. Kestecher*
Shana A. Elberg
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

 - and -

Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*