## Exhibit B

Redline of Modified Release Agreement Language

Section 3. <u>Actions Against Certain Parties</u>. Subject to the Gawker Entities' and the Plan Administrator's compliance with this Agreement, each of the Thiel Parties, for himself or itself and on behalf of the Thiel Releasing Persons, agrees that they shall not bring, cause any third party to bring **or continue to bring**, otherwise authorize any third party's bringing of **or continuation of**, or provide funding to any third party for the purpose of bringing ~~or~~**,** funding, **or continuing** any claim (including any derivative claim on behalf of any person), action, cause of action, suit, arbitration, proceeding, controversy or demand, or commencing, instituting or causing to be commenced, any suit, proceeding or manner of action of any kind arising out of ~~or~~**,** connected with**, or relating to** the Gawker Entities ~~or their~~**, the Acquired Assets (as defined in that certain Asset Purchase Agreement by and among the Debtors and UniModa, LLC, dated August 17, 2016 (the "APA")), or the Gawker Entities'** respective businesses, including, without limitation, any and all actions, activities, assets or liabilities, whether known or unknown, suspected or unsuspected, absolute or contingent, direct or indirect or nominally or beneficially possessed or claimed by either of the Thiel Parties, whether the same be in administrative proceedings, in arbitration, at law, in equity or mixed, which any person ever had, now has or hereafter may have, in respect of any and all action, liabilities or obligations taken, entered into or incurred on or prior to the date hereof and in respect of any event occurring or circumstances existing on or prior to the date hereof, whether or not relating to claims pending on, or asserted after, the date hereof, against:

3.1. any buyer or licensee of the Gawker.com Assets in the sale and licensing processes currently ongoing, or any subsequent buyer or licensee of the Gawker.com Assets (each, a "Buyer" or "Licensee", as applicable), in their capacity as such, in connection with any action related to the Gawker.com Assets taken on or prior to the date hereof; or

3.2. **Gizmodo Media Group, LLC,** any of the Gawker Entities**,** or any current or former employee or independent contractor thereof, in their capacity as such, **arising under or out of,** in connection with ~~any action related to~~**, or in any way relating to the Gawker Entities, the Acquired Assets,** the Gawker.com Assets ~~taken on or prior to the date hereof~~**, the ownership, sale, or operation of the Acquired Assets or the Gawker.com Assets, and the Gawker Entities' business**.