**Objection Deadline: May 21, 2018 at 4:00 p.m. (prevailing Eastern Time)**
**Presentment Date and Time: May 24, 2018 at 4:00 p.m. (prevailing Eastern Time)**
**Hearing Date and Time (if needed): May 31, 2018 at 10:00 a.m. (prevailing Eastern Time)**

ROPES & GRAY LLP
Gregg M. Galardi
Michael Winograd
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                      :
In re                                 :        Chapter 11
                                      :
Gawker Media LLC, *et al.*,[1]        :        Case No. 16-11700 (SMB)
                                      :
                    Debtors.          :        (Jointly Administered)
                                      :
------------------------------------------------------x

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN THE PLAN ADMINISTRATOR, CHARLES JOHNSON, AND GOT NEWS, LLC, REFERRING THE CLAIMS OF GOT NEWS LLC AND CHARLES JOHNSON TO MEDIATION

**PLEASE TAKE NOTICE** that, William D. Holden, as the plan administrator

(the "Plan Administrator") for Gawker Media LLC ("Gawker Media"), Gawker Media

Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary"), the debtors and

debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11

cases (the "Chapter 11 Cases") and Got News LLC ("GotNews") and Charles Johnson

("Johnson", and together with GotNews, the "Creditors"; and together with the Debtors,

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). The Debtors' mailing addresses are c/o The Boathouse Group, LLC, 44 Lynden Street, Rye, NY 10580, Attn: William D. Holden.

the "Parties") by and through their respective counsel desire to mediate the potential resolution of the GotNews/Johnson Claims;[2]

PLEASE TAKE FURTHER NOTICE that, the Parties will present the *Stipulation and Order Between the Plan Administrator, Charles Johnson, and Got News, LLC, Referring the Claims of Got News LLC and Charles Johnson to Mediation*, substantially in the form attached hereto as **Exhibit A** (the "Stipulation and Order"), for signature to the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court"), Courtroom 723, One Bowling Green, New York, NY 10004 on **May 24, 2018 at 4:00 p.m. (prevailing Eastern Time)**;

PLEASE TAKE FURTHER NOTICE that, responses or objections (the "Objections") to the Stipulation and Order, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), shall set forth the basis for the response or objection, a blackline showing the changes to the Stipulation and Order and the specific grounds for such changes, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with a hard copy delivered directly to chambers and served so as to be actually received no later than **May 21, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), upon (i) the Plan Administrator for the Debtors, Attn: William D. Holden

---

[2] Capitalized terms not defined herein will have the meaning ascribed to them in the Stipulation and Order (defined below).

(wholden@boathouse-LLC.com); (ii) counsel to the Plan Administrator for the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Greg Zipes & Susan Arbeit; (iv) counsel for the IRS, United States Attorney's Office Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007, Attn: Andrew E. Krause; and (v) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002;

**PLEASE TAKE FURTHER NOTICE** that, if any timely Objections are filed to the Stipulation and Order and the Plan Administrator and objecting parties (the "Objecting Parties") are unable to consensually resolve such Objection(s), a hearing will be held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, NY 10004, on **May 31, 2018 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"); and

*[Remainder of page intentionally left blank.]*

**PLEASE TAKE FURTHER NOTICE** that, the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Plan Administrator will file an agenda before the Hearing, which may modify or supplement the matters to be heard at the Hearing.

Dated: May 10, 2018
New York, New York

*/s/  Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Michael Winograd
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
michael.winograd @ropesgray.com

*Counsel to the Plan Administrator*
*for the Debtors*

-4-

# **EXHIBIT A**

Stipulation and Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :        Case No. 16-11700 (SMB)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
--------------------------------------------------------x

**STIPULATION AND ORDER BETWEEN THE PLAN ADMINISTRATOR, CHARLES
JOHNSON, AND GOT NEWS, LLC, REFERRING THE
CLAIMS OF GOT NEWS LLC AND CHARLES JOHNSON TO MEDIATION**

The Plan Administrator for Gawker Media LLC ("Gawker Media"), Gawker Media

Group, Inc. ("GMGI"), and Gawker Hungary Kft. ("Gawker Hungary" and together with

Gawker Media and GMGI, the "Debtors"), in the above-referenced jointly administered

bankruptcy cases (the "Bankruptcy Cases") and Got News LLC ("GotNews") and Charles

Johnson ("Johnson", and together with GotNews, the "Creditors"; and together with the Debtors,

the "Parties") by and through their respective counsel, hereby enter into this stipulation (the

"Stipulation and Order") for an agreed order regarding the GotNews/Johnson Claims (as defined

below).

**Recitals**

WHEREAS, prior to the petition dates in the Bankruptcy Cases, Creditors commenced a

lawsuit captioned *Johnson v. Gawker Media LLC* [Superior Court of California, County of

Fresno, Case No. 15 CECG 3734] (the "California Case") against Debtors and other non-Debtor

parties in the Superior Court of California, Fresno County (the "California State Court");

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker
Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). The Debtors' mailing addresses are
c/o The Boathouse Group, LLC, 44 Lynden Street, Rye, NY 10580, Attn: William D. Holden.

WHEREAS, based on the same allegations in the California Case, GotNews filed Proofs of Claim Nos. 53, 202 and 298 (the "GotNews Claims"), and Johnson filed Proofs of Claim Nos. 54, 223 and 246 (the "Johnson Claims", and together with the GotNews Claims, the "GotNews/Johnson Claims"), against the Debtors in the Bankruptcy Cases;

WHEREAS, on October 31, 2016, the Debtors filed the *Debtors' First Omnibus Objection to Proofs of Claim filed by Charles Johnson, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 396] (the "Johnson Claims Objection"), regarding the Johnson Claims;

WHEREAS, on October 31, 2016, the Debtors filed the *Debtors' First Omnibus Objection to Proofs of Claim filed by GotNews LLC, and Motion to Apply Fed. R. Civ. P. 12(b)(6) and 12(c) Pursuant to Bankruptcy Rules 9014 and 7012* [Docket No. 397] (the "GotNews Claims Objection", and together with the Johnson Claims Objection, the "Claims Objections"), regarding the GotNews Claims;

WHEREAS, on November 16, 2016, the Creditors filed the *Opposition to Omnibus Objections to Proofs of Claim as to Charles C. Johnson and Got News LLC* [Docket No. 452] (the "GotNews/Johnson Response");

WHEREAS, on November 29, 2016, the Debtors filed their *Reply in Support of Omnibus Objections to Proofs of Claim of Got News LLC and Charles C. Johnson* [Docket No. 501] (the "Debtors' Reply");

WHEREAS, the Court held an initial hearing on the Claims Objections on December 1, 2016, and ordered that the parties meet and confer and propose a scheduling order for further proceedings in the contested matters commenced by the Claims Objections;

2

WHEREAS, the Creditors objected to confirmation of the Debtors' *Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 576] (the "Plan"), such objection was settled as set forth in the *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 638] (the "Confirmation Order"), and the parties agreed that the Claimants' aggregate recovery, if any, on the remaining GotNews/Johnson Claims could not exceed $1.5 million, for which the Debtors established a reserve, Confirmation Order ¶ 82;

WHEREAS, on January 24, 2017, the Court entered the *Scheduling Order Regarding Debtors' Objections to Proofs of Claim of Got News LLC and Charles Johnson* [Docket No. 703] (the "Stage One Scheduling Order"), establishing a briefing schedule to determine the issues of (i) whether GotNews/Johnson Claims are "personal injury tort" claims within the meaning of 28 U.S.C. § 157(b)(2)(B) and (ii) whether the California anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16 applies to the Claims Objections, and if so in what manner.

WHEREAS, on January 25, 2017, Debtors filed the *Debtor's Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC* [Docket No. 707].

WHEREAS on February 8, 2017, the Creditors filed the *Response to Debtors' Supplemental Brief in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC* [Docket No. 745].

WHERAS on February 10, 2017, Gawker Media filed the *Debtor Gawker Media's Reply in Further Support of its Omnibus Objections to Claims of Charles C. Johnson and Got News LLC* [Docket No. 755].

69053477_5

WHEREAS, on August 21, 2017 the Court issued its *Memorandum Decision Regarding Stage One Issues* [Docket No. 979], determining that (i) the GotNews/Johnson Claims are not "personal injury tort" claims and (ii) that the special motion procedure embodied in the California anti-SLAPP statute is not applicable to the Claims Objections. The Court reserved the issue of whether the fee-shifting provisions of the California anti-SLAPP are severable and applicable to the Claims Objections.

WHEREAS, the Stage One Scheduling Order provided that "[p]roceedings after decision of the aforementioned matters shall be subject to further order or this Court, on agreement or application of the Parties."

WHEREAS, on April 20, 2018, Creditors served upon Gawker Media:

(1) Creditors Charles C. Johnson and Got News, LLC's First Set of Requests for Admission to Debtor Gawker Media, LLC;

(2) Creditors Charles C. Johnson and Got News, LLC's First Set of Requests for Production of Documents to Debtor Gawker Media, LLC; and,

(3) Creditors Charles C. Johnson and Got News, LLC's First Set of Interrogatories to Debtor Gawker Media, LLC.

WHEREAS, Debtors desire a stay of discovery pending resolution of the Claims Objections, and desires a protective order based on their certain objections to discovery being taken under the Scheduling Order (the "Discovery Dispute"), to which stay Creditors do not assent and to which protective order and objections Creditors oppose.

WHEREAS, the Parties have conferred in good faith, pursuant to Local Rule 7007-1(a), to resolve the Discovery Dispute, but have been unable to reach an agreement.

69053477_5

WHEREAS, the Parties further desire to mediate the potential resolution of the GotNews/Johnson Claims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND SO ORDERED THAT:**

1.      Effective May 10, 2018, the GotNews/Johnson Claims and the Claims Objections, including without limitations all discovery requests and deadlines in connection therewith, are stayed in their entirety until such date as set forth below (the "GotNews/Johnson Claims Stay").

2.      Pursuant to Local Rule 9019-1 and Section 1.2 of the Procedures Governing Mediation of Matters and the Use of Early Neutral Evaluation and Mediation/Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings ("Mediation Procedures"), the GotNews/Johnson Claims shall be and are hereby referred to mediation.

3.      Pursuant to Section 2.2(A) of the Mediation Procedures, the Court shall appoint a mediator and alternate mediator.

4.      Pursuant to Section 3.1 of the Mediation Procedures, the Parties shall schedule the mediation conference for a single day, to be held in New York City, New York.  The parties shall endeavor to schedule the one day mediation between June 11, 2018 and June 22, 2018, inclusive.

5.      For purposes of this Stipulation and Order, the mediation shall be deemed concluded upon (a) the Court's approval of a timely-filed stipulated order or judgment or motion, fully resolving the Johnson/GotNews Claims and the Claims Objections, pursuant to Section 3.4 of the Mediation Procedures; or (b) the filing of a final report by the Mediator stating that the mediation ended in an impasse, in whole or in part, pursuant to Section 3.4 of the Mediation Procedures.

69053477_5

6.    In the event mediation is unsuccessful and therefore concludes pursuant to Paragraph 5(b) above:

    a.  The GotNews/Johnson Claims Stay shall continue for fourteen days following the conclusion of mediation (i.e., the date the mediator's report is filed).

    b.  If the Plan Administrator moves for a stay and/or protective order regarding discovery and/or the discovery requests, or files a similar motion, however fashioned (the "Stay Motion"), during the fourteen day period following the conclusion of the mediation, the GotNews/Johnson Claims Stay shall remain in effect and continue through the resolution of the Stay Motion by the Plan Administrator.

    c.  The Parties shall confer regarding the schedule to resolve the GotNews/Johnson Claims and the Claims Objections, and within 21 days following the conclusion of the mediation pursuant to Paragraph 5(b) above, shall jointly submit their proposed schedule(s), noting any disagreement on such submission, to the Court.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Stipulation and Order.

Dated: May 10, 2018

/s/ *Gregg M. Galardi*_____
Gregg M. Galardi
Michael Winograd
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel for the Plan Administrator*
*for the Debtors*

/s/ *Jay M. Wolman*_____
Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Telephone: (702) 420-2001
Facsimile: (305) 437-7662
ecf@randazza.com

*Counsel for Creditors*

69053477_5

SO ORDERED:

Dated: _____, 2018

_____

THE HONORABLE STUART M. BERNSTEIN

UNITED STATES BANKRUPTCY JUDGE