

In re Gawker Media, LLC, et al., Case No.: 16-11700 (SMB) (Jointly Administered),
Responses to Counter-Proposed Findings of Fact and Conclusions of Law
Patel, Dipesh
to:
'bernstein.chambers@nysb.uscourts.gov'
05/14/2018 08:21 AM
Cc:
"Levine, Sharon L.", "'Hentoff, Tom'", 'Dilan Esper', 'Jonathan Flaxer', 'Michael Weinstein'
Hide Details
From: "Patel, Dipesh" <Dipesh.Patel@saul.com> Sort List...
To: "'bernstein.chambers@nysb.uscourts.gov'" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Levine, Sharon L." <Sharon.Levine@saul.com>, "'Hentoff, Tom'" <THentoff@wc.com>, 'Dilan Esper' <desper@harderllp.com>, 'Jonathan Flaxer' <jflaxer@golenbock.com>, 'Michael Weinstein' <mweinstein@golenbock.com>

Dear Judge Bernstein:

This firm represents Ryan Goldberg ("Goldberg") in the above-referenced bankruptcy matters. Pursuant to this Court's instructions on April 9, 2018, Goldberg's deadline to respond to Pregame LLC, d/b/a Pregame.com and Randall James Busack's ("Respondents") answers to Goldberg's proposed findings of fact and conclusions of law is Wednesday, May 16, 2018.

Pursuant to the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93], Goldberg respectfully requests an increase in the response page limit from 20 pages to 40 pages. A page increase will allow Goldberg to appropriately respond to each of Respondents' counter-proposed findings of fact and conclusions of law in a clear, paragraph by paragraph format.

We thank the Court for its consideration in this matter, and we are available to discuss any questions the Court may have.
Respectfully submitted,
Dipesh Patel
Dipesh Patel
Saul Ewing Arnstein & Lehr LLP
Direct: 973-286-6718
Mobile: 908-296-0998
dipesh.patel@saul.com

*Granted*
*SMB*
*5/14/18*

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~~+