ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                   :     Chapter 11
                                        :
Gawker Media LLC, *et al.*,[1]           :     Case No. 16-11700 (SMB)
                                        :
          Debtors.                      :     (Jointly Administered)
                                        :
------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**MAY 17, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:          May 17, 2018 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Stuart M. Bernstein
                        United States Bankruptcy Court for the Southern District of New York
                        Alexander Hamilton Custom House
                        One Bowling Green, Courtroom No. 723
                        New York, New York 10004

Copies of Motions:      A copy of each pleading can be viewed on the Court's website at
                        www.nysb.uscourts.gov and the website of the Debtors' notice and claims
                        agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
                        information may be obtained by calling Prime Clerk toll free at 855-639-
                        3375 or internationally at 1-917-651-0323.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, LLC, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, New York 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, LLC, Attn: William D. Holden, 44 Lynden Street, Rye, New York 10580.

69129301_3

1. Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1105].

   **Response Deadline**: May 10, 2018 at 4:00 p.m.

   **Responses Received**:

   a. Response of Gizmodo Media Group, LLC to Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule Of Bankruptcy Procedure 9019 Approving Release Agreement With Thiel Parties [Docket No. 1119].

   **Related Documents**:

   b. Notice of Hearing on Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1114].

   **Status**: This matter is going forward.

| | |
|---|---|
| Dated:  May 15, 2018<br>New York, New York | _/s/ Gregg M. Galardi_<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>Kimberly J. Kodis<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:  (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropesgray.com<br>kimberly.kodis@ropesgray.com<br><br>*Counsel to the Plan Administrator for the Debtors* |