ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
Gawker Media LLC, *et al.*,[1]      :    Case No. 16-11700 (SMB)
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
-------------------------------------------------------x

## ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING RELEASE AGREEMENT WITH THIEL PARTIES

Upon the motion (the "Motion")[2] of the Plan Administrator (as defined below) for the debtors in the above-captioned cases (collectively, the "Debtors") for entry of an order (the "Order"): (a) approving that certain release agreement dated April 24, 2018 by and among Peter Thiel ("Mr. Thiel"), Thiel Capital LLC ("Thiel Capital", and together with Mr. Thiel, the "Thiel Parties"), the Debtors, and William D. Holden, solely in his capacity as plan administrator for the Debtors (the "Plan Administrator") attached hereto as **Exhibit 1** (the "Release Agreement"), and (b) authorizing the Plan Administrator to take any and all actions reasonably necessary to consummate the Release Agreement and perform all obligations contemplated therein; and the

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The offices of the Debtors are located at 10 East 53rd Street, New York, NY 10022.
[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Rule 9019, the Debtors are authorized to enter into and perform under the Release Agreement, and the Release Agreement is hereby approved in its entirety.

3. The Debtors are authorized to enter into the Release Agreement and take any and all actions required or reasonably necessary or appropriate to effectuate the terms of the Release Agreement.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 17, 2018**
**New York, New York**

                                                 **/s/ STUART M. BERNSTEIN**
                                                 **HONORABLE STUART M. BERNSTEIN**
                                                 **UNITED STATES BANKRUPTCY JUDGE**