SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Shana A. Elberg
Jason N. Kestecher

- and -

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)

*Attorneys for Peter Thiel and Thiel Capital LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GAWKER MEDIA LLC, et al.[1] | Case No. 16-11700 (SMB) |
| Reorganized Debtors. | |

# NOTICE OF WITHDRAWAL OF THIEL PARTIES' MOTION TO EXTEND AND CANCELLATION OF HEARING THEREON

**PLEASE TAKE NOTICE** that, on February 9, 2018, Peter Thiel and Thiel Capital LLC (together, the "Thiel Parties") filed the *Thiel Parties' Motion To Extend Certain Deadlines Under Rule 2004 Order* [Docket No. 1080] (the "Motion to Extend").

---

[1] The last four digits of the taxpayer identification number of the debtors (the "Reorganized Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The mailing address for Gawker Media LLC and Gawker Media Group, Inc. are c/o Opportune LLP, Attn. William D. Holden, Chief Restructuring Officer, 10 East 56th Street, 33rd Flr., New York, NY 10020, and the mailing address for Kinja Kft. is c/o Opportune LLP, Attn. William D. Holden (the "Plan Administrator"), 10 East 53rd Street, 33rd Flr., New York, NY 10020.

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2018, the Court entered the *Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties* [Docket No. 1127] (the "Order").

**PLEASE TAKE NOTICE** that entry of the Order has rendered the Motion to Extend moot. Therefore, the Thiel Parties hereby withdraw the Motion to Extend without prejudice.

**PLEASE TAKE FURTHER NOTICE** that, the hearing on the Motion, which was previously scheduled for **May 31, 2018 at 10:00 a.m. (Prevailing Eastern Time)**, has been cancelled.

Dated: May 23, 2018
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Jason N. Kestecher*
Shana A. Elberg
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

 - and -

Anthony W. Clark (admitted *pro hac vice*)
Robert A. Weber (admitted *pro hac vice*)
920 N. King Street
Wilmington, Delaware 19801
(302) 651-3000

*Attorneys for Peter Thiel and Thiel Capital LLC*