UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                           :
                                                 :
GAWKER MEDIA LLC, *et al.*,                      :      Chapter 11
                                                 :      Case No. 16-11700 (SMB)
                                    Debtor.      :
-------------------------------------------------X

## ORDER APPOINTING MEDIATOR AND ALTERNATE MEDIATOR

Upon the *Stipulation and Order Between The Plan Administrator, Charles Johnson, and Got News, LLC, Referring the Claims of Got News LLC and Charles Johnson to Mediation*, dated May 29, 2018 (ECF Doc. # 1133), it is hereby

ORDERED, that Frank Maas, Esq. is appointed as the mediator and Kenneth P. Silverman, Esq. is appointed as the alternate mediator; and it is further

ORDERED that the terms of this Court's *Procedures Governing Mediation of Matters and the Use of Early Neutral Evaluation and Mediation/Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings* (*see* Local Bankr. R. 9019-1) shall govern the conduct of the mediation.

Dated:   New York, New York
         May 29, 2018

                                       /s/ *Stuart M. Bernstein*
                                       STUART M. BERNSTEIN
                                       United States Bankruptcy Judge

TO:

Gregg M. Galardi, Esq.
gregg.galardi@ropesgray.com

Jay Marshall Wolman, Esq.
jmw@randazza.com