ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re:                                       :    Chapter 11
:
Gawker Media LLC, *et al.*,[1]               :    Case No. 16-11700 (SMB)
:
Debtors.                          :    (Jointly Administered)
:
------------------------------------------------------x

## NOTICE OF FILING OF AMENDMENT TO
## STALKING HORSE ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on May 29, 2018, William D. Holden, as the plan administrator (the "Plan Administrator") for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. ("Gawker Hungary"), the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Plan Administrator's Motion For (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Plan Administrator's, on Behalf of the Debtors, Entry Into the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assignment of*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056).  The offices of the Debtors are located at 44 Lynden Street, Rye, New York 10580.

*Certain Contracts and (II) an Order (A) Authorizing the Sale of the Debtors' Gawker.com Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Plan Administrator, on Behalf of the Debtors, to Assign Certain Executory Contracts of the Debtors* [Docket No. 1135] (the "Motion"), which included as Exhibit C thereto a stalking horse asset purchase agreement (the "Stalking Horse APA") with Didit Holdings, LLC, as buyer (the "Stalking Horse Bidder").

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as **Exhibit A** hereto a true and correct copy of Section 1.02 of the Disclosure Schedules (as defined in the Stalking Horse APA), which sets forth the Excluded Assets (as defined in the Stalking Horse APA).

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as **Exhibit B** hereto a true and correct copy of Amendment 1 to the Stalking Horse APA.

Dated: June 18, 2018
      New York, New York

/s/ *Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
      Joshua.Sturm@ropesgray.com
      Kimberly.Kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*