## **Exhibit A**

Section 1.02 of the Disclosure Schedules

**Section 1.02    Excluded Assets.**

Google G Suite Business Accounts and associated applications
Bank accounts
Service agreements with professionals
American Express accounts
Cloud storage account(s)
Slack, Basecamp or other communications/messaging platform accounts
Shares of VOX Media, Inc.
Intercompany assets
Shares of equity or partnership interests
Historical books and records (including but not limited to QuickBooks and NetSuite)
The following potential claims and causes of action:
> Any and all claims and causes of action arising out of or related to the Assets (or the proceeds thereof), including but not limited to any claims and causes of action against Peter Thiel individually and Thiel Capital LLC.

67022791_5