## **Exhibit B**

Amendment 1 to the Stalking Horse APA

# AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT

This **AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT**, entered into as of June 4, 2018 (this "Amendment"), amends that certain Asset Purchase Agreement, dated as of May 29, 2018, by and among Gawker Media Group, Inc., a Cayman Island exempted company ("Holdco"), Gawker Media LLC, a Delaware limited liability company ("GM LLC"), Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft., a Hungarian corporation ("Gawker Hungary", and together with Holdco and GM LLC, "Sellers"), and Didit Holdings, LLC, a Delaware limited liability company ("Buyer") (the "Asset Purchase Agreement").

**WHEREAS**, during the period between the date the Asset Purchase Agreement was entered into and the date hereof, Peter Thiel ("Mr. Thiel") and Thiel Capital LLC (together with Mr. Thiel, the "Thiel Parties") have requested an amendment to the Asset Purchase Agreement in accordance with the terms of that certain Release Agreement, dated as of April 24, 2018, by and among Sellers, the Thiel Parties and William D. Holden, solely in his capacity as plan administrator for Sellers; and

**WHEREAS**, pursuant to Section 9.08 of the Asset Purchase Agreement, Sellers and Buyer desire to amend the Asset Purchase Agreement in connection with the Thiel Parties' request;

**NOW, THEREFORE**, in consideration of these premises, the covenants set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, agree as follows:

1. Certain Definitions. Section 1.02 of the Disclosure Schedules (as defined in the Asset Purchase Agreement) is hereby amended and replaced in its entirety with the following:

    Google G Suite Business Accounts and associated applications
    Bank accounts
    Service agreements with professionals
    American Express accounts
    Cloud storage account(s)
    Slack, Basecamp or other communications/messaging platform accounts
    Intercompany assets
    Shares of equity or partnership interests
    Historical books and records (including but not limited to QuickBooks and NetSuite)
    All of Sellers' rights, title and interest in and to the following potential claims and causes of action:
    
    Any and all claims and causes of action arising out of or related to the Assets (or the proceeds thereof), including but not limited to any Claims (as defined in that certain Release Agreement, dated as of April 24, 2018, by and among Sellers, Peter Thiel, Thiel Capital LLC and William D. Holden, solely in his capacity as plan administrator for Sellers (the "Release Agreement")) and any similar or derivative causes of action

       against Peter Thiel, Thiel Capital LLC or their Released Persons (as defined in the Release Agreement).

2. <u>Entire Agreement</u>. The Asset Purchase Agreement and this Amendment constitute the entire agreement of the parties hereto with respect to the subject matter thereof and hereof and supersede all prior agreements, both written and oral, by the parties with respect to the subject matter thereof.

3. <u>General</u>. This Amendment may be executed in any number of counterparts (including by facsimile, .pdf or other electronic means), all of which together shall constitute a single original instrument. The Asset Purchase Agreement, as hereby amended, shall remain in full force and effect. The provisions set forth in Article 9 (Miscellaneous) of the Asset Purchase Agreement are deemed incorporated by reference herein, *mutatis mutandis*.

[*remainder of page intentionally left blank*]

69472023_3

The parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

SELLERS

GAWKER MEDIA GROUP, INC.

By: _____
Name: William D. Holden
Title: Authorized Signatory

GAWKER MEDIA LLC

By: _____
Name: William D. Holden
Title: Authorized Signatory

GAWKER HUNGARY, KFT. "v.a."

By: _____
Name: William D. Holden
Title: Authorized Signatory

[*Signature Page to Amendment No. 1 to Asset Purchase Agreement*]

BUYER                             DIDIT HOLDINGS, LLC
                                  By: did-it.com, LLC, its sole member

                                  By _____
                                  Name: Bert E. Brodsky
                                  Title: Manager

[Signature Page to Amendment No. 1 to Asset Purchase Agreement]