ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
|   |   |   |
|---|---|---|
|   | : |   |
| In re | : | Chapter 11 |
|   | : |   |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
|   | : |   |
| Debtors. | : | (Jointly Administered) |
|   | : |   |

------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**JUNE 20, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Date and Time:       June 20, 2018 at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing: The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at
www.nysb.uscourts.gov and the website of the Debtors' notice and claims
agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further
information may be obtained by calling Prime Clerk toll free at 855-639-
3375 or internationally at 1-917-651-0323.

---

1    The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker
Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker
Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, LLC, Attn: William D. Holden, Plan
Administrator, 44 Lynden Street, Rye, New York 10580. Gawker Hungary Kft.'s mailing address is c/o The
Boathouse Group, LLC, Attn: William D. Holden, 44 Lynden Street, Rye, New York 10580.

69650328_3

1.      Plan Administrator's Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Plan Administrator's, on behalf of the Debtors, Entry into the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assignment of Certain Contracts and (II) an Order (A) Authorizing the Sale of the Debtors' Gawker.com Assets Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Plan Administrator, on Behalf of the Debtors, to Assign Certain Executory Contracts of the Debtors [Docket No. 1135].

**Response Deadline**: June 12, 2018 at 4:00 p.m.

**Responses Received**:  None.

**Related Documents**:

Notice of Filing of Amendment to Stalking Horse Asset Purchase Agreement [Docket No. 1139].

**Status**: **This matter is going forward.**

Dated:  June 18, 2018
New York, New York

*/s/  Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
gregg.galardi@ropesgray.com
joshua.sturm@ropesgray.com
kimberly.kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*

2

69650328_3