ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
In re:                                                      :     Chapter 11
:
Gawker Media LLC, *et al.*,[1]             :     Case No. 16-11700 (SMB)
:
    Debtors.                                  :     (Jointly Administered)
-------------------------------------------------------x

## NOTICE OF AUCTION

**PLEASE TAKE NOTICE** that, on May 29, 2018, William D. Holden, as the plan administrator (the "Plan Administrator") for Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. ("Gawker Hungary"), the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") the *Plan Administrator's Motion For (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Plan Administrator's, on Behalf of the Debtors, Entry Into the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assignment of Certain Contracts and (II) an Order (A) Authorizing the Sale of the Debtors' Gawker.com Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Plan Administrator, on Behalf of the Debtors, to Assign Certain Executory Contracts of the Debtors* [Docket No. 1135] (the "Bid Procedures Motion").[2]

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056).  The offices of the Debtors are located at 44 Lynden Street, Rye, New York 10580.

[2] Capitalized terms used in this Notice of Auction and not otherwise defined herein shall have the same meaning given to them in the Bid Procedures Motion.

-2-

**PLEASE TAKE FURTHER NOTICE** that, on June 21, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving certain bidding procedures attached thereto as Exhibit 1 (the "Bidding Procedures") [Docket No. 1141].

**PLEASE TAKE FURTHER NOTICE** that, the Debtors have Qualified Bids and will commence an auction for the Purchased Assets on **July 12, 2018, at 10:00 a.m. (prevailing Eastern Time)** at the offices of counsel to the Plan Administrator: Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036.

**PLEASE TAKE FURTHER NOTICE**, that copies of the Bid Procedures Motion, Bidding Procedures Order, and other documents related thereto are available free of charge on the website of the Debtors' noticing and claims agent, Prime Clerk, at https://cases.primeclerk.com/gawker/Home-Index.

Dated: July 11, 2018
New York, New York

        */s/ Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
      Joshua.Sturm@ropesgray.com
      Kimberly.Kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*