ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
: Chapter 11
In re: :
: Case No. 16-11700 (SMB)
Gawker Media LLC, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
: **Re: Docket Nos. 1135, 1141, 1143, 1146, 1147**
---------------------------------------------------x

## NOTICE OF (I) SUCCESSFUL BIDDER AND BACK-UP BIDDER, (II) FILING OF TRANSCRIPT OF AUCTION HELD ON JULY 12, 2018 AND (III) REVISED SALE ORDER

**PLEASE TAKE NOTICE** that, on May 29, 2018, the Plan Administrator of Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. ("Gawker Hungary"), the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the *Plan Administrator's Motion for (I) an Order (A) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (B) Authorizing and Approving the Plan Administrator's, on Behalf of the Debtors, Entry into the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The offices of the Debtors are located at 44 Lynden Street, Rye, New York 10580.

*Procedures for Assignment of Certain Contracts and (II) an Order (A) Authorizing the Sale of the Debtors' Gawker.Com Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Plan Administrator, on Behalf of the Debtors, to Assign Certain Executory Contracts of the Debtors* [Docket No. 1135] (the "Bid Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on June 21, 2018, the Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Breakup Fee and Expense Reimbursement, (II) Approving Notice Procedures, (III) Scheduling a Sale Hearing and (IV) Approving Procedures for Assignment of Certain Contracts* [Docket No. 1141] (the "Bid Procedures Order") granting certain relief requested by the Bid Procedures Motion as set forth therein and scheduling an auction (the "Auction") for the sale of the Gawker.com Assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, on June 22, 2018, the Plan Administrator filed and served the *Notice of Assignment of Executory Contracts in Connection with Sale* [Docket No. 1143].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, on June 27, 2018, the Plan Administrator served the *Notice of (A) Solicitation of Bids to Purchase Substantially all of the Gawker.com Assets, (B) Auction and (C) Sale Hearing* [Docket No. 1146].

**PLEASE TAKE FURTHER NOTICE** that, on July 11, 2018, the Plan Administrator filed the Notice of Auction [Docket No. 1147].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the Auction was conducted on July 12, 2018, at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036.

---

[2] Capitalized terms used in this Notice and not otherwise defined herein shall have the same meaning given to them in the Bid Procedures Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, at the conclusion of the Auction, the Plan Administrator designated the bid submitted by BDG GMGI Acquisition, Inc. as the Successful Bid and the bid submitted by Online Logo Maker LLC as the Back-Up Bid.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, a hearing to consider the approval of the sale of the Gawker.com Assets free and clear of all liens, claims and encumbrances will be held on **July 17, 2018, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004 (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 14 of the Bid Procedures Order, counterparties to the Debtors' Assigned Contracts shall be permitted to object at the Sale Hearing to the assignment of an Assigned Contract on the basis that the Debtors have not carried their burden to provide adequate assurance of future performance by the Stalking Horse Bidder or Back-Up Bidder as required by section 365 of the Bankruptcy Code.**

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as **Exhibit A** hereto a true and correct copy of the transcript of Auction.

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator submits as **Exhibit B** hereto a revised proposed Sale Order, updated to reflect the terms of the Successful Bid and the Back-Up Bid (the "Revised Proposed Sale Order").

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator submits as **Exhibit C** hereto a redline showing changes between the Revised Proposed Sale Order and the proposed Sale Order filed as Exhibit B to the Bid Procedures Motion.

Dated: July 16, 2018
      New York, New York

           /s/ *Gregg M. Galardi*
ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
       Joshua.Sturm@ropesgray.com
       Kimberly.Kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*