Page 1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    In re:

                                    Chapter 11

6    GAWKER MEDIA LLC, et al.,       Case No. 16-11700(SMB)

7                       Debtors.

     ---------------------------------------x

8

9                       July 12, 2018

10                      10:14 a.m.

11

12            SALES AUCTION PROCEEDINGS,

13    held at the offices of Ropes & Gray LLP,

14    1211 Avenue Of The Americas, New York, New

15    York, New York, before Abner D. Berzon, a

16    Registered Professional Reporter,

17    Certified Realtime Reporter and Notary

18    Public of the State of New York.

19

20

21

22

23

24

25

Page 2

```
 1
 2    A P P E A R A N C E S :
 3
 4
      ROPES & GRAY LLP
 5    1211 Avenue Of The Americas
      38th Floor
 6    New York, New York 10036-8704
          Attorneys for Plan Administrator
 7          to the Debtors
 8    By: GREGG M. GALARDI, ESQ.
          gregg.galardi@ropesgray.com
 9        JOSHUA STURM, ESQ.
          joshua.sturm@ropesgray.com
10        KIMBERLY KODIS, ESQ.
          kimberly.kodis @ropesgray.com
11        DAVID SANDYK, ESQ.
          david.sandyk@ropesgray.com
12
13   (Via telephone)
      GUNDERSON DETTMER
14    One Bush Plaza, Suite 1200
      San Francisco, California 94104
15        Attorneys for Bustle Digital Media
16    BY: JOSH COOK, ESQ.
          jcook@gunder.com
17
18
19    COHEN & GRESSER LLP
      800 Third Avenue, 21st Floor
20    New York, New York 10022
          Attorneys for Gawker Media
21        Contingent Proceeds creditor
22    BY: DANIEL H. TABAK, ESQ.
          dtabak@choengresser.com
23        SRI KUEHNLENZ, ESQ.
          skuehnlenz@cohengresser.com
24
      (Appearances continued on following
25    page.)
```

Page 3

```
 1
 2   A P P E A R A N C E S   (Continued):
 3
 4   A L S O    P R E S E N T :
 5
     Representing the Plan Administrator for
 6   the Debtors:
 7   WILLIAM D. HOLDEN
     wholden@boathouse-LLC.com
 8      The Boathouse Group, LLC
        44 Lynden Street
 9      Rye, New York 10580
10
11
12   Representing Didit Holdings, LLC:
13      KEVIN LEE, Executive Chairman
14
15
     Representing Online Logo Maker:
16
        GEORGE PAPADEAS
17
18
19   Representing Bustle Digital Media:
20      BRYAN GOLDBERG
        CHRISTINE CONSTANTINE, ESQ.,
21          In-house counsel
        DEBORAH SCHWARTZ,
22      JAMIE REYNOLDS
23
24   (Appearances continued on following page.)
25
```

1

2    A P P E A R A N C E S   (Continued):

3

4    A L S O    P R E S E N T :

5

6       MICHAEL BENISON, Law Clerk,
            Ropes & Gray
7       MARK MACIUCH, Law Clerk,
            Ropes & Gray
8       JOSHUA TROPER, Law Clerk,
            Ropes & Gray
9       SCOTT YOUSEY, Law Clerk,
            Ropes & Gray
10

11      JAEWON BAEK, Intern
             Cohen & Gresser
12

13              *      *      *

14

15

16

17

18

19

20

21

22

23

24

25

1              PROCEEDINGS

2              MR. GALARDI:  On the record.

3      It's Greg Galardi on  behalf of the

4      Plan Administrator, Will Holden, who

5      is two seats to my left.

6              Today is the time and place for

7      the commencement of an Auction with

8      respect to what has been defined as

9      the Gawker Assets.

10             Just to get some formalities out

11     of the way, I will ask the court

12     reporter to mark a series of documents

13     just so that it's in the auction

14     transcript, and the auction transcript

15     will be submitted to the court in

16     support of the sale process and that

17     arms-length transaction has occurred.

18             The documents that I will submit

19     to the court reporter, hopefully in

20     the order in which they will be

21     submitted is, first, there is an Order

22     Docket No. 1141 that was filed on June

23     21st, '18, which is the Order

24     Authorizing and Approving the Bidding

25     Procedures, Breakup Fee and Expense

Page 6

1              PROCEEDINGS

2     Reimbursement, Approving Notice

3     Procedures, Scheduling a Sale Hearing,

4     and Approving Procedures for the

5     Assignment of Certain Contracts.  That

6     order approved Didit as the stalking

7     horse bidder with various bid

8     protections of an expense

9     reimbursement and a breakup fee, and

10    that will be Exhibit 1.

11            (Exhibit 1, Order Docket No.

12    1141 filed on June 21, 2018, marked

13    for identification, this date.)

14            MR. GALARDI:  Exhibit 2 will be

15    the actual Bid Procedures that we will

16    comply with today, obviously subject

17    to modifications if we need to make

18    modifications, but those Bid

19    Procedures are also part of Docket

20    1141, but it's dash 1, filed on the

21    same date, June 21, 2018.  That will

22    be Exhibit 2.

23            (Exhibit 2, Bidding Procedures,

24    Docket No. 1141-1, filed on June

25    21, 2018, marked for identification,

Page 7

1                     PROCEEDINGS

2        this date.)

3            MR. GALARDI:  Exhibit 3 is

4        Docket No. 1143 filed on 6/22/18,

5        which was the Notice of Assignment of

6        Executory Contracts in Connection with

7        the Gawker Sale of Assets.  That will

8        be Exhibit 3.

9            (Exhibit 3, Notice of Assignment

10       of Executory Contracts in Connection

11       with the Gawker Sale of Assets, Docket

12       No. 1143 filed on 6/22/18, marked for

13       identification, this date.)

14           MR. GALARDI:  My understanding

15       is that all bidders are assuming the

16       same contracts and taking on the same

17       contracts, so we shouldn't have any

18       issues with respect to that.  Should

19       that change, I'd ask the bidders to

20       advise me otherwise.

21           The fourth document will be

22       Docket No. 1146, which is the Notice

23       of Solicitation of Bids to Purchase

24       Substantially all of the Gawker Assets

25       Auction and Sale Procedures that was

Page 8

1                    PROCEEDINGS

2         approved pursuant to the Bid

3         Procedures Order mentioned earlier,

4         but it is the actual notice by which

5         we solicited and scheduled today for

6         today's auction.

7              (Exhibit 4, Notice of

8         Solicitation of Bids to Purchase

9         Substantially all of the Gawker Assets

10        Auction and Sale Procedures, Docket

11        No. 1146, marked for identification,

12        this date.)

13             MR. GALARDI:  In addition,

14        people should have and seen -- it was

15        one on the docket Docket No. 1135-3,

16        which was Exhibit Z, but is now going

17        to be Exhibit 5, I believe I'm up to,

18        which was the Stalking Horse APA

19        submitted by Didit Holdings.  It had a

20        purchase price of $1,131,60, and that

21        is the document on which we've

22        solicited higher or otherwise better

23        bids.

24             (Exhibit 5, Stalking Horse APA

25        submitted by Didit Holdings, Docket

Page 9

1              PROCEEDINGS

2        No. 1135-3, marked for identification,

3        this date.)

4            MR. GALARDI:  For the record, we

5        did in fact, and there was a bid

6        deadline established in that document,

7        and in the solicitation procedures,

8        that required bids -- I believe it was

9        by this Monday -- to be submitted by

10       the deadline.  Within the deadline, we

11       did receive a bid from BDG/GMGI

12       Acquisition, Inc.  That bid was in the

13       proper amount of an Overbid and was in

14       the purchase price of $1.3 million.

15            During the course of the period

16       of time between then and last evening,

17       we had negotiations with them to try

18       to revise their document, because I

19       wanted to make the two Asset Purchase

20       Agreements look exactly the same.

21       That was with respect to, as my

22       recollection -- and it may not be all

23       of the details -- one was to make sure

24       that the purchase price was not that

25       they took on the liability to pay the

Page 10

1                    PROCEEDINGS

2        Stalking Horse if they are the higher

3        bidder, but, rather, we get the cash

4        and pass it through.  The second one

5        was to make sure that the archive

6        agreement was acceptable to them as it

7        was with the Stalking Horse Bidder.

8             They have complied with that.

9        We filed -- we gave to the bidders, as

10       we were required to by notice last

11       night, we gave to each of the

12       Qualified Bidders a copy of the

13       document, as well as a copy of the

14       redline to the Stalking Horse

15       Agreement.

16            Then, I would also note that, as

17       of yesterday morning, we received a

18       bid, and this was after the bid

19       deadline, and we'll talk about this

20       very shortly, but -- and then we'll

21       get the role of Mr. Bollea's counsel

22       in all of this -- but we did receive

23       interest inclination and then

24       ultimately an Asset Purchase Agreement

25       and a deposit.

Page 11

1          PROCEEDINGS

2              Let me backtrack.  With respect

3          to BDG -- or the acquisition of Bustle

4          is what we will call them going

5          forward -- from Bustle we received not

6          only the Asset Purchase Agreement, but

7          20 percent deposit, as required by the

8          Solicitation Procedures.  The Didit

9          bid had a 10 percent deposit as was

10         required at the time of the Stalking

11         Horse deal.

12             In addition, yesterday we

13         received a bid after the bid deadline

14         set forth in the Solicitation

15         Procedures for Online Logo Maker, LLC,

16         to submit a bid.  During the course of

17         the day, we got them to mark up the

18         Asset Purchase Agreement and also post

19         a 20 percent deposit on their purchase

20         price.  That document, again, was

21         circulated to bidders last night,

22         along with their blackline, and after

23         discussing with the Plan Administrator

24         modification of the Procedure Orders

25         to allow them to be a Qualified Bid

Page 12

1                    PROCEEDINGS
2        and then also to discuss with
3        Mr. Bollea -- which I'll give some
4        background about -- whether or not we
5        should qualify that bid despite it was
6        filed after or given to us after the
7        bid deadline, the parties with the
8        economic stake in this transaction
9        agreed to extend the bid deadline and
10       let Online Logo Maker, because of the
11       20 percent deposit and a substantially
12       same agreement, participate in today's
13       auction.
14            Some background that people may
15       or may not be aware of.  One is, we
16       have a settlement agreement with
17       Mr. Bollea, as a result of many things
18       that had gone on during the course of
19       the case.  As a result of that
20       settlement agreement, and pursuant to
21       the terms of the agreement, we are
22       required to consult with Mr. Bollea or
23       his counsel regarding the course of
24       the conduct of this auction procedures
25       modifications and no material

Page 13

1                    PROCEEDINGS

2          modification of those procedures could

3          be made without Mr. Bollea's consent.

4          They are consultation rights.  They

5          are not veto rights, consent right or

6          otherwise, but we have tried to get

7          agreement between the parties.  That

8          is why we consulted with him regarding

9          the bid deadline, as he is -- as

10         counsel has represented, he has a 45

11         percent stake, 45 percent stake in the

12         proceeds of the transaction.

13              In addition, the Plan

14         Administrator has kept what I will

15         call the former equity holder, but now

16         the 55 percent stakeholders, apprised

17         of the auction process.  I should say

18         for the record Mr. Holden, who is the

19         Plan Administrator, does not need

20         their consent, does not need to

21         consult with them by technical terms,

22         but has consulted with them.  I would

23         also note for the record that some of

24         them do not want the auction to sell

25         the assets, believing that a higher

Page 14

PROCEEDINGS

1
2       and better value may be obtained if we
3       took this asset off of the market.
4       That is not to say we intend to do so.
5       We hope to have a very good auction.
6           The Plan Administrator is here
7       to proceed, I believe Mr. Bollea is
8       here to proceed, and both Mr. Bollea
9       and the Plan Administrator believe
10      that a sale at this time is in the
11      highest and best interest of the
12      estates.
13          With that, what I would like to
14      do is, first turning to Didit, I would
15      like, for the sake of the court
16      reporter and for Didit, to advise who
17      is the representative here and who
18      will be speaking and bidding today on
19      behalf of Didit.
20          MR. LEE:  Kevin Lee, Executive
21      Chairman of Didit.
22          MR. GALARDI:  Okay.  With
23      respect to Bustle, I would ask them to
24      identify who is the representative
25      that will be speaking here today on

Page 15

PROCEEDINGS

1         PROCEEDINGS

2    behalf of Bustle.  That does not

3    preclude other people from speaking,

4    but it just makes it easier for when

5    we have bids to turn to a certain

6    person.

7         MR. GOLDBERG:  Me, Bryan

8    Goldberg.

9         MR. GALARDI:  And finally, with

10   respect to Online Logo Maker, LLC, who

11   is present for Online Logo Maker and

12   will be bidding on behalf of Online

13   Logo Maker.

14        MR. PAPADEAS:  George Papadeas.

15        MR. GALARDI:  George, can you

16   spell your last name, please.

17        MR. PAPADEAS:  P-a-p-a-, d-, as

18   in David, e-a-, s, as in Sam.

19        MR. GALARDI:  Okay.  Thank you.

20        Now, before commencing with the

21   auction, I would like to note a few

22   things of importance.  One, is

23   pursuant to the Stalking Horse bid,

24   the Stalking Horse did not agree to

25   serve as a Back-up Bidder with respect

Page 16

1                    PROCEEDINGS

2          to if it comes in second in this

3          auction.

4               With respect to the Bid

5          Procedures, it was a requirement that,

6          in order to put in a Qualified Bid --

7          and we understand this, there's not a

8          specific provision in the agreement --

9          that both Bustle and Online Logo have

10         agreed that, if they are the second

11         place bidder, they will stand behind

12         the Successful Bid.

13              So the first thing is I will

14         turn to Bryan Goldberg to confirm that

15         they are prepared to stand behind, if

16         they are not the Successful Bidder,

17         but if they are the second bidder,

18         they are prepared to be approved as a

19         second bidder and to close in the

20         event that the first bidder does not

21         close.  Obviously, on a reasonable

22         time-frame.

23              MR. GOLDBERG:  Yeah.  This is

24         Bryan Goldberg and I was just going to

25         follow up on the time-frame there.

PROCEEDINGS

1

2         MR. GALARDI:  I think it will be

3     within seven days.

4         MR. GOLDBERG:  Okay.  Then it's

5     agreed.

6         MR. GALARDI:  With respect --

7     and I'll make it the condition, that

8     it's seven days.

9         With respect to -- and I may

10    have to clarify that because I want to

11    get the date by which they have to

12    close, and so it would be only seven

13    days longer than any closing set forth

14    in each of your agreements, which I

15    think is probably 14 days or something

16    like that.

17        Is that fine with you.

18        MR. GOLDBERG:  14 days is fine.

19        MR. GALARDI:  With respect to

20    Online, George Papadeas --

21        MR. PAPADEAS:  Correct.

22        MR. GALARDI:  -- would you

23    confirm that you would stand behind it

24    if you are the second place bidder?

25        MR. PAPADEAS:  George Papadeas,

```
                                        Page 18
 1                    PROCEEDINGS
 2        I confirm.
 3             MR. GALARDI:  Now, with that
 4        confirmation, what we will do is, just
 5        to put people on a level playing
 6        field, for Didit to understand for
 7        future bidding, we are going to give
 8        that a $25,000, or essentially one bid
 9        increment, value for standing behind.
10        So whether I call it a deduction from
11        your bid when you go to make your next
12        bid, or otherwise, think of it as
13        $25,000, crass, we're going to put it
14        right into cash.  Okay?
15             MR. LEE:  Uh-hum.
16             MR. GALARDI:  Now, the second
17        aspect of this that I want to note is
18        different in the deals are the follow:
19        As I mentioned at the outset, Didit
20        had a 10 percent deposit and both
21        Bustle and Online have 20 percent
22        deposits.  What we would expect at the
23        conclusion, and ask persons to
24        confirm, that, whatever the highest
25        and best bid is of the first and
```

1                    PROCEEDINGS

2        second bidder, we would ask those

3        bidders to, within one business day of

4        the conclusion of the auction and our

5        pronouncement that it's highest and

6        best, to deposit the 20 percent of

7        whatever the final purchase price is,

8        and that will be one of the conditions

9        that we will ask for at the end of

10       this auction, but I wanted to know now

11       if there were any objections to that

12       from any of the bidders to move the

13       deposit up to 20 percent for all

14       bidders in the event that they are the

15       highest and Successful Bid or they are

16       the Back-up Bidder.

17               Any issue from Didit?

18               MR. LEE:  No.

19               MR. GALARDI:  Any issue from

20       Bustle?

21               MR. GOLDBERG:  No.

22               MR. GALARDI:  And any issue from

23       Online?

24               MR. PAPADEAS:  No.

25               MR. GALARDI:  Thank you.

Page 20

1                         PROCEEDINGS

2             With all of those clarifications

3       on the record, and based upon our

4       review of the documents, and as

5       consistent with what we sent out as

6       the, quote, "baseline bid", we will

7       declare at this stage the highest and

8       best bid the bid by Bustle.  Basic

9       reasons:  Though the document is

10      essentially -- and there are no real

11      economic issues -- in light of the

12      fact that Online Logo came in later,

13      and we actually know less about them,

14      we are going to say that they are the

15      second place bid at this particular

16      point in time and the bid of Bustle at

17      $1.3 million is the highest and best

18      to commence the actual live auction.

19             What we will propose to do is to

20      move through the auction in the

21      following order:

22             Since BD-- since Bustle is

23      highest bid, Online is what we'll call

24      a close second, and Didit is now

25      third, we would proceed with bid

Page 21

PROCEEDINGS

1

2     increments starting with Didit and

3     then turn to Online and then back to

4     Bustle.  That would be the order.  We

5     will play the two-pass rule.  You can

6     pass once.  If you pass twice, you're

7     deemed out for the rest of the

8     auction; there's no coming back in,

9     there's no knock.  Okay?  You will get

10    one pass.  Okay?

11          MR. LEE:  One clarification:  In

12    our conversations about the Bidding

13    Procedures, it was my counsel's

14    interpretation that there wasn't going

15    to be a two-pass rule; that we

16    essentially have the right to match

17    whatever the final bid was.

18          MR. GALARDI:  We'll go back to

19    the agreement.  I thought we got rid

20    of the match right, but that's --

21          MR. LEE:  That's possible.  You

22    know, it's gone through a lot of red

23    lines.

24          MR. GALARDI:  We did get rid of

25    the match rights.  So that's why we're

```
                                              Page 22

 1                    PROCEEDINGS

 2       back to a two-pass rule.

 3              MR. LEE:  Yes.  Alright.  Thank

 4       you.

 5              MR. GALARDI:  The other

 6       aspect -- and I want to be absolutely

 7       clear on the record, because this is

 8       the thing that Judge Bernstein -- and

 9       you can read this -- will ask me again

10       and again and again -- okay? -- everyone

11       should understand -- we are looking at

12       net value to the estate.  In that

13       analysis, and why you had to place the

14       Overbids you placed, was if Didit is

15       not the highest and best bid, we will

16       have to deduct from your purchase

17       price to assess the value to the

18       estate a $150,000.  That will become

19       relevant the next bid that Didit

20       makes.  I will be as clear as I can

21       possibly be on the record.  If people

22       want to ask how we value it, we should

23       understand how we value it.  If Didit

24       wants to waive that benefit, it can do

25       so and we can all play on a level
```

Page 23

PROCEEDINGS

1

2     playing field, but that's something

3     that Didit can do with respect to its

4     bid, but, right now, when I

5     calculate -- so, for example, when I

6     calculate the Bustle bid at $1.3

7     million, I'm really looking at net

8     value to the estate of 1.150 value to

9     the estate.

10          So when I ask Didit to Overbid,

11     that's the next number that they're

12     going to have to go up 25 on net value

13     to the estate.  So whether you call it

14     a crooked ladder or otherwise, I just

15     want everybody to have that

16     understanding so we have no issue

17     trying understand that at the end of

18     the auction.

19          So, with that, what I will do is

20     ask if there are any questions about

21     the procedures for the auction, ask if

22     there are any issues that people want

23     to discuss, and what I will take is if

24     there are no questions and if anybody

25     makes a bid, they agree to the

```
                                              Page 24

 1                    PROCEEDINGS
 2       procedures that I have outlined in
 3       this long dialogue with myself, and
 4       then proceed to bidding.
 5             MS. SCHWARTZ:  I have one
 6       question.  Will there be a place for
 7       us to confer?
 8             MR. GALARDI:  There is a place,
 9       actually for you, a room right over
10       here.  You can break out at any time.
11       Look, sometimes people -- and this
12       auction I think is going to go quickly
13       and smoothly.  There are many auction
14       where you spend the next three hours
15       negotiating the agreement.  The
16       agreements are all clean right now, in
17       our view, they're all substantially
18       the same, so, break out at any time to
19       decide strategy, bids, next bids,
20       whatever you want to do, and now is
21       sometimes the time to bid, but, given
22       that we have Didit here and the bid is
23       to them, I would ask Didit whether you
24       would like to take time to consult
25       with yourself, Kevin, or whether you
```

Page 25

1                    PROCEEDINGS
2        would like to have -- sometimes I have
3        to do that -- and/or whether you would
4        like to make an Overbid.
5             The bid to you would be, as
6        mentioned, 1.15 million, plus I have
7        deducted you 25 for the not Back-up
8        Bidder.  So if you want to confirm
9        you're the Back-up Bidder, then you
10       would have to go to 1.175, if I do the
11       calculation correctly.
12            MR. LEE:  Can you reclarify
13       the -- oh, the deduction.  Yeah, I got
14       it.  I had to process that.
15            MR. GALARDI:  So if you
16       basically say, "I'll agree to be the
17       Back-up Bidder, that's 25 now I don't
18       have to worry about anymore.
19            MR. LEE:  Right.
20            MR. GALARDI:  Once you do that,
21       then we're back to we're just a clear
22       25,000 Overbid, which a 25,000 Overbid
23       on net value to the estate, by my
24       calculation, would be 1.175.
25            MR. LEE:  Okay.

```
                                            Page 26
 1                    PROCEEDINGS
 2           MR. GALARDI:  Okay.  What can
 3      I -- so the bid is to you.  What would
 4      you like to do?
 5           MR. LEE:  I'm going to pass.
 6           MR. GALARDI:  Okay.  Now, going
 7      to Online, since your bid is 1.3, all
 8      you would need to do is bid 1.325 to
 9      be a successful Overbid.
10           MR. LEE:  Online?
11           MR. PAPADEAS:  I'll bid.
12           MR. GALARDI:  So you'll confirm,
13      George, that the bid is 1.325 from
14      Online Logo?
15           MR. PAPADEAS:  Correct.
16           MR. GALARDI:  So now I turn to
17      Bustle, and for them to Overbid that
18      bid, they would have to be 1.350.  And
19      you're more than free to consult,
20      stop, whatever you'd like to do.
21           MR. GOLDBERG:  We bid.
22           MR. GALARDI:  So I confirm that
23      Bustle has now bid 1.350.
24           Turning now to Didit, since we
25      added 50, got to add 75.
```

Page 27

1                   PROCEEDINGS

2        A.      So now it's 1.225, I think it

3    is, but let me just...

4              So I got to subtract 150.  Yeah,

5    I'm right.  1 point -- you'd have to bid 1

6    point -- $1,250,000.

7              MR. LEE:  We'll pass.

8              MR. GALARDI:  So Stalking Horse

9        is now out.  Bid goes back to Online.

10             George, bid to you would be

11       1.375.

12             MR. PAPADEAS:  May I consult?

13             MR. GALARDI:  You may consult.

14             MR. PAPADEAS:  How much time do

15       I have?

16             MR. GALARDI:  Take what you

17       need.

18             MR. PAPADEAS:  Reasonable.

19             MR. GALARDI:  Reasonable amount

20       of time.  At this point, moving so

21       quickly, I'm not worried about it.

22             We're off the record.

23             (Time noted:  10:35 a.m.)

24             (Brief recess.)

25             (Time noted:  10:42 a.m.)

Page 28

1                    PROCEEDINGS

2              MR. PAPADEAS:  Just to

3        confirm --

4              MR. GALARDI:  The bid to you

5        currently, to be an Overbid, you would

6        have to bid 1.375.

7              MR. PAPADEAS:  Okay.  So right

8        now, the highest bid is 1.35, the

9        second highest bid is 1.325, just to

10       confirm; correct?

11             MR. GALARDI:  Correct.  And you

12       would be that Back-up Bidder.

13             MR. PAPADEAS:  We'll pass.

14             MR. GALARDI:  That's one pass.

15       Now we go to you.  I think,

16       strategically, you'll pass, but I

17       would never want to Overbid yourself.

18             MR. GOLDBERG:  Correct.

19             MR. GALARDI:  I got it.

20             Okay.  It's back to you.  Are

21       you done?

22             MR. PAPADEAS:  We'll pass again.

23             MR. GALARDI:  Then we're done.

24       Here's what I want to do as a result

25       of that:  So we pronounce the auction

Page 29

1                    PROCEEDINGS

2       is now concluded.  I will mark as the

3       highest and best offer submitted at

4       this auction the bid by BDG/GMGI

5       Acquisition.  The change to the Asset

6       Purchase Agreement that is simply

7       required by them is to simply increase

8       their number to 1.350, and to post a

9       deposit -- I can even do 20 percent of

10      that, I believe -- to 2 point --

11      $270,000, which is probably $14,000

12      more than what you had.

13             MS. SCHWARTZ:  Right.

14             MR. GALARDI:  Will, do we really

15      care about going through the brain

16      damage of doing that?

17             MR. HOLDEN:  That's fine.

18             MR. GALARDI:  Given that, let's

19      not go through the brain damage of

20      increasing that deposit.

21             MS. SCHWARTZ:  Okay.

22             MR. GALARDI:  That will be --

23      and I'll mark as this exhibit --

24             MS. KODIS:  6.

25             MR. GALARDI:  -- 6, the Asset

1              PROCEEDINGS

2      Purchase Agreement, noting that the

3      only change to this agreement noted by

4      Bustle, that the purchase price is now

5      1.350.  Then I will mark and put into

6      the transcript the bid by Online Logo

7      Maker.  That bid was at $1.325

8      million.  We will mark that as

9      Exhibit 7, noting again, that the only

10     change to that document from the one

11     submitted and circulated last night is

12     that they will -- I think the best

13     thing is to just have people cross out

14     the number, put the new number in,

15     initial it, before you leave the room

16     today, and note that that's the only

17     other change.

18              (Exhibit 6, Asset Purchase

19     Agreement, marked for identification,

20     this date.)

21              (Exhibit 7, bid by Online Logo

22     Maker, marked for identification, this

23     date.)

24              MR. GALARDI:  We will proceed at

25     the Sale Hearing to get affirmation

Page 31

1                        PROCEEDINGS

2          and approval by court of both the bid

3          and the -- and the second bidder in

4          case.  What we will do -- and now I'm

5          going to defer to David.  David, what

6          is the closing time period after the

7          Sale Hearing that is in these

8          documents?  Do you as the bidders know

9          what day you have to close by?  Is it

10         within 15 days or within 20 days.

11              MR. STURM:  I think it was 20,

12         but we --

13              MR. GALARDI:  Let me ask the

14         question:  What days is our sale

15         hearing.

16              MS. KODIS:  17th.

17              MR. GALARDI:  17th.  Assuming

18         the court affirms and enters an order

19         approving that, you have the 14-day

20         stay period, unless you want to close

21         early.  So 14 days from the 17th gives

22         me July 31st, so let's call it August

23         1st or 2nd.

24              What I would like to do is the

25         following:  Have the winning bidder

Page 32

1                    PROCEEDINGS

2          agree that they will close no later

3          than August 2nd, unless you have an

4          issue with that.  And then the Back-up

5          Bidder stay open till the 9th, absent

6          that closing.  That's consistent with

7          the seven days.

8                Does that work for the now the

9          highest and best bid?

10               MS. SCHWARTZ:  It does.

11               MR. GALARDI:  Does that work for

12         Online?

13               MR. PAPADEAS:  It does.

14               MR. GALARDI:  Okay.  So we --

15         that will be part of the Asset

16         Purchase Agreements.  We'll make a

17         note on that.

18               And obviously if you want to

19         close earlier, that's fine, all power

20         to you, we'll happily close without a

21         final order.  That's -- I don't think

22         anybody's going to stay this thing,

23         so...

24               Dan, anything from your

25         perspective?  Is this all good for

1                    PROCEEDINGS

2        Mr. Bollea and satisfied your

3        consultation rights.

4             MR. TABAK:  This is all good for

5        Mr. Bollea.  His consultation rights

6        have been satisfied.

7             MR. GALARDI:  Anybody have any

8        questions.

9             MR. GOLDBERG:  Just -- just a

10       quick question.  What is on the public

11       record and when does that transpire?

12            MR. GALARDI:  So -- good

13       question.  There is -- we have not

14       filed the Asset Purchase Agreements on

15       the public record, other than the

16       Stalking Horse Agreement.  What would

17       be my normal procedure at this point

18       would be to file a copy of the Asset

19       Purchase Agreement with the new number

20       in it, designating it as the

21       Successful Bid, a copy of the Online

22       agreement with the same thing, with

23       the two changes we made, the dates and

24       the numbers on the record, saying that

25       we will be seeking approval of that as

1              PROCEEDINGS
2        the Back-up Bidder.
3              The documents that have never
4        been on the public record -- and, by
5        the way, the transcript becomes a
6        public record.
7              MR. GOLDBERG:  Immediately?
8              MR. GALARDI:  It will be a
9        public record.  We will submit it in
10       as evidence of the --
11             MR. GOLDBERG:  You have a time
12       line on that?
13             MR. GALARDI:  Again, we like to
14       do -- given that the hearing is the
15       17th and today is the 12th, ideally
16       all of this would go on the record
17       tomorrow.
18             MR. GOLDBERG:  So we should
19       anticipate that the press, etcetera,
20       will know about this by tomorrow.
21             MR. GALARDI:  Correct, unless we
22       go and wait till Monday.  And,
23       frankly, the press is going to call us
24       all day today and probably call you
25       guys all day, although we haven't

Page 35

1                      PROCEEDINGS

2       given the names out.  So we can work

3       with you, but --

4              MR. HOLDEN:  Right.

5              MR. GALARDI:  -- but the ideal

6       process is for me to file Notice of

7       Completion of Auction, Successful Bid,

8       Back-up Bidder, APAs, so the court has

9       those today.  We have an agenda

10      deadline of probably Monday, anyway.

11      So we'll have to have it on no later

12      than Monday.

13             MR. GOLDBERG:  Got it.

14             MR. GALARDI:  And then the only

15      other documents that have not seen the

16      light of day were filed, and I will

17      defer to you, is we've not filed the

18      schedules with the agreement.  I don't

19      have a confidentiality issue with

20      those, but, if you do, we cannot file

21      them or file them.  The only people I

22      know that have seen them are the

23      bidders and Mr. Thiel and Mr. Bollea.

24             MR. GOLDBERG:  And there's legal

25      reason that -- are we not to talk to

Page 36

1                    PROCEEDINGS
2        the press?  Is that at our discretion?
3            MR. GALARDI:  You can talk to
4        the press.
5            MR. HOLDEN:  You're still under
6        confidentiality.  So what I'd like to
7        do is I'd like to coordinate after
8        this how -- who and how and all that
9        works.
10           MR. GOLDBERG:  Sure.
11           MR. HOLDEN:  And we can do that
12       as soon as we walk out of here.
13           MR. GALARDI:  But, again, you're
14       under confidentiality, but that you
15       are the bidder and this is your
16       document, it's fine.  I don't think we
17       have any other restrictions other than
18       giving out certain information.
19           MR. GOLDBERG:  Yeah, I'd just
20       like to be clear.  We can talk
21       afterwards.
22           MR. HOLDEN:  Understood.
23           MR. GALARDI:  Understood.  So
24       what I would do then is why don't we
25       conclude the auction, do the quick

Page 37

1                    PROCEEDINGS

2        mark-up of the two documents.

3              If you also want to discuss the

4        press, then maybe the three of you

5        guys, and whoever else has to be here,

6        go discuss, coordinate the statements

7        with respect to the press, and then

8        that is it.

9              Any questions/concerns about the

10       conduct of the auction?

11             I appreciate -- Kevin, I

12       appreciate your efforts and waiting

13       and patience and all of that over this

14       process and serving as the Stalking

15       Horse.  I very much appreciate it and

16       your counsel's efforts.

17             Thank you.  That concludes it.

18             (Time noted:  10:51 a.m.)

19

20

21

22

23

24

25

Page 38

1

2              C E R T I F I C A T I O N

3

4

5

6              I, ABNER D. BERZON, a

7        Registered Professional Reporter and

8        Certified Realtime Reporter, do hereby

9        certify that the foregoing is a true

10       and accurate transcription of my

11       stenographic notes

12              I further certify that I am not

13       employed by nor related to any party

14       to this action.

15

16

17

18       _____

         ABNER D. BERZON, RPR, CRR

19       Notary Public, State of New York

         No. 01BE6303311

20       Qualified in New York County

         Commission Expires 5/12/22

21

22

23

24

25

Page 39

1

2                    E X H I B I T S

3

4

5    NO.              DESCRIPTION              PAGE

6    EXHIBIT 1                              6

7        Order Docket No. 1141 filed on

8        June 21, 2018

9    EXHIBIT 2                              6

10       Bidding Procedures, Docket

11       No. 1141-1, filed on

12       June 21, 2018

13   EXHIBIT 3                              7

14       Notice of Assignment of

15       Executory Contracts in Connection

16       With the Gawker Sale of Assets,

17       Docket No. 1143 filed on 6/22/18

18   EXHIBIT 4                              8

19       Notice of Solicitation of Bids

20       to Purchase Substantially all

21       of the Gawker Assets Auction and

22       Sale Procedures, Docket No. 1146

23

24       (Exhibits Continued on following page.)

25

Page 40

1

2           E X H I B I T S (Continued)

3

4

5    NO.              DESCRIPTION              PAGE

6    EXHIBIT 5                               8

7       Stalking Horse APA submitted

8       by Didit Holdings, Docket

9       No. 1135-3

10   EXHIBIT 6                               30

11      Asset Purchase Agreement

12   EXHIBIT 7                               30

13      Bid by Online Logo Maker

14

15

16

17

18

19

20

21

22

23

24

25

[& - apas]                                                                        Page 1

| **&** |
| --- |
| **&**   1:13 2:4,19 4:6 4:7,8,9,11 |

| **0** |
| --- |
| **01be6303311** 38:19 |

| **1** |
| --- |
| **1**   6:10,11,20 27:5,5 39:6 |
| **1,131,60**   8:20 |
| **1,250,000**   27:6 |
| **1.15**   25:6 |
| **1.150**   23:8 |
| **1.175**   25:10 |
| **1.175.**   25:24 |
| **1.225**   27:2 |
| **1.3**   9:14 20:17 23:6 26:7 |
| **1.325**   26:8,13 28:9 30:7 |
| **1.35**   28:8 |
| **1.350**   29:8 |
| **1.350.**   26:18,23 30:5 |
| **1.375.**   27:11 28:6 |
| **10**   11:9 18:20 |
| **10022**   2:20 |
| **10036-8704**   2:6 |
| **10580**   3:9 |
| **10:14**   1:10 |
| **10:35**   27:23 |
| **10:42**   27:25 |
| **10:51**   37:18 |
| **11**   1:5 |
| **1135-3**   8:15 9:2 40:9 |
| **1141**   5:22 6:12,20 39:7 |
| **1141-1**   6:24 39:11 |

| **1143**   7:4,12 39:17 |
| --- |
| **1146**   7:22 8:11 39:22 |
| **12**   1:9 |
| **1200**   2:14 |
| **1211**   1:14 2:5 |
| **12th**   34:15 |
| **14**   17:15,18 31:19 31:21 |
| **14,000**   29:11 |
| **15**   31:10 |
| **150**   27:4 |
| **150,000**   22:18 |
| **16-11700**   1:6 |
| **17th**   31:16,17,21 34:15 |
| **18**   5:23 |
| **1st**   31:23 |

| **2** |
| --- |
| **2**   6:14,22,23 29:10 39:9 |
| **20**   11:7,19 12:11 18:21 19:6,13 29:9 31:10,11 |
| **2018**   1:9 6:12,21 6:25 39:8,12 |
| **21**   6:12,21,25 39:8 39:12 |
| **21st**   2:19 5:23 |
| **25**   23:12 25:7,17 |
| **25,000**   18:8,13 25:22,22 |
| **270,000**   29:11 |
| **2nd**   31:23 32:3 |

| **3** |
| --- |
| **3**   7:3,8,9 39:13 |
| **30**   40:10,12 |
| **31st**   31:22 |
| **38th**   2:5 |

| **4** |
| --- |
| **4**   8:7 39:18 |
| **44**   3:8 |
| **45**   13:10,11 |

| **5** |
| --- |
| **5**   8:17,24 40:6 |
| **5/12/22**   38:20 |
| **50**   26:25 |
| **55**   13:16 |

| **6** |
| --- |
| **6**   29:24,25 30:18 39:6,9 40:10 |
| **6/22/18**   7:4,12 39:17 |

| **7** |
| --- |
| **7**   30:9,21 39:13 40:12 |
| **75**   26:25 |

| **8** |
| --- |
| **8**   39:18 40:6 |
| **800**   2:19 |

| **9** |
| --- |
| **94104**   2:14 |
| **9th**   32:5 |

| **a** |
| --- |
| **a.m.**   1:10 27:23,25 37:18 |
| **abner**   1:15 38:6,18 |
| **absent**   32:5 |
| **absolutely**   22:6 |
| **acceptable**   10:6 |
| **accurate**   38:10 |
| **acquisition**   9:12 11:3 29:5 |
| **action**   38:14 |
| **actual**   6:15 8:4 20:18 |

| **add**   26:25 |
| --- |
| **added**   26:25 |
| **addition**   8:13 11:12 13:13 |
| **administrator**   2:6 3:5 5:4 11:23 13:14,19 14:6,9 |
| **advise**   7:20 14:16 |
| **affirmation**   30:25 |
| **affirms**   31:18 |
| **agenda**   35:9 |
| **agree**   15:24 23:25 25:16 32:2 |
| **agreed**   12:9 16:10 17:5 |
| **agreement**   10:6,15 10:24 11:6,18 12:12,16,20,21 13:7 16:8 21:19 24:15 29:6 30:2,3 30:19 33:16,19,22 35:18 40:11 |
| **agreements**   9:20 17:14 24:16 32:16 33:14 |
| **al**   1:6 |
| **allow**   11:25 |
| **alright**   22:3 |
| **americas**   1:14 2:5 |
| **amount**   9:13 27:19 |
| **analysis**   22:13 |
| **anticipate**   34:19 |
| **anybody**   23:24 33:7 |
| **anybody's**   32:22 |
| **anymore**   25:18 |
| **anyway**   35:10 |
| **apa**   8:18,24 40:7 |
| **apas**   35:8 |

**appearances** 2:24 3:24
**appreciate** 37:11 37:12,15
**apprised** 13:16
**approval** 31:2 33:25
**approved** 6:6 8:2 16:18
**approving** 5:24 6:2,4 31:19
**archive** 10:5
**arms** 5:17
**aspect** 18:17 22:6
**assess** 22:17
**asset** 9:19 10:24 11:6,18 14:3 29:5 29:25 30:18 32:15 33:14,18 40:11
**assets** 5:9 7:7,11 7:24 8:9 13:25 39:16,21
**assignment** 6:5 7:5,9 39:14
**assuming** 7:15 31:17
**attorneys** 2:6,15 2:20
**auction** 1:12 5:7 5:13,14 7:25 8:6 8:10 12:13,24 13:17,24 14:5 15:21 16:3 19:4 19:10 20:18,20 21:8 23:18,21 24:12,13 28:25 29:4 35:7 36:25 37:10 39:21
**august** 31:22 32:3
**authorizing** 5:24

**avenue** 1:14 2:5,19
**aware** 12:15

**b**

**b** 39:2 40:2
**back** 15:25 19:16 21:3,8,18 22:2 25:7,9,17,21 27:9 28:12,20 32:4 34:2 35:8
**background** 12:4 12:14
**backtrack** 11:2
**baek** 4:11
**bankruptcy** 1:2
**based** 20:3
**baseline** 20:6
**basic** 20:8
**basically** 25:16
**bd** 20:22
**bdg** 9:11 11:3 29:4
**behalf** 5:3 14:19 15:2,12
**believe** 8:17 9:8 14:7,9 29:10
**believing** 13:25
**benefit** 22:24
**benison** 4:6
**bernstein** 22:8
**berzon** 1:15 38:6 38:18
**best** 14:11 18:25 19:6 20:8,17 22:15 29:3 30:12 32:9
**better** 8:22 14:2
**bid** 6:7,15,18 8:2 9:5,11,12 10:18,18 11:9,13,13,16,25 12:5,7,9 13:9 15:23 16:4,6,12 18:8,11,12,25

19:15 20:6,8,8,15 20:16,23,25 21:17 22:15,19 23:4,6,25 24:21,22 25:5 26:3,7,8,11,13,18 26:21,23 27:5,9,10 28:4,6,8,9 29:4 30:6,7,21 31:2 32:9 33:21 35:7 40:13
**bidder** 6:7 10:3,7 15:25 16:11,16,17 16:19,20 17:24 19:2,16 25:8,9,17 28:12 31:3,25 32:5 34:2 35:8 36:15
**bidders** 7:15,19 10:9,12 11:21 19:3,12,14 31:8 35:23
**bidding** 5:24 6:23 14:18 15:12 18:7 21:12 24:4 39:10
**bids** 7:23 8:8,23 9:8 15:5 24:19,19 39:19
**blackline** 11:22
**boathouse** 3:7,8
**bollea** 12:3,17,22 14:7,8 33:2,5 35:23
**bollea's** 10:21 13:3
**brain** 29:15,19
**break** 24:10,18
**breakup** 5:25 6:9
**brief** 27:24
**bryan** 3:20 15:7 16:14,24
**bush** 2:14

**business** 19:3
**bustle** 2:15 3:19 11:3,5 14:23 15:2 16:9 18:21 19:20 20:8,16,22 21:4 23:6 26:17,23 30:4

**c**

**c** 2:2 3:2 4:2 38:2,2
**calculate** 23:5,6
**calculation** 25:11 25:24
**california** 2:14
**call** 11:4 13:15 18:10 20:23 23:13 31:22 34:23,24
**care** 29:15
**case** 1:6 12:19 31:4
**cash** 10:3 18:14
**certain** 6:5 15:5 36:18
**certified** 1:17 38:8
**certify** 38:9,12
**chairman** 3:13 14:21
**change** 7:19 29:5 30:3,10,17
**changes** 33:23
**chapter** 1:5
**choengresser.com** 2:22
**christine** 3:20
**circulated** 11:21 30:11
**clarification** 21:11
**clarifications** 20:2
**clarify** 17:10
**clean** 24:16
**clear** 22:7,20 25:21 36:20

**clerk** 4:6,7,8,9
**close** 16:19,21
  17:12 20:24 31:9
  31:20 32:2,19,20
**closing** 17:13 31:6
  32:6
**cohen** 2:19 4:11
**cohengresser.com**
  2:23
**comes** 16:2
**coming** 21:8
**commence** 20:18
**commencement**
  5:7
**commencing**
  15:20
**commission** 38:20
**completion** 35:7
**complied** 10:8
**comply** 6:16
**concerns** 37:9
**conclude** 36:25
**concluded** 29:2
**concludes** 37:17
**conclusion** 18:23
  19:4
**condition** 17:7
**conditions** 19:8
**conduct** 12:24
  37:10
**confer** 24:7
**confidentiality**
  35:19 36:6,14
**confirm** 16:14
  17:23 18:2,24
  25:8 26:12,22
  28:3,10
**confirmation** 18:4
**connection** 7:6,10
  39:15

**consent** 13:3,5,20
**consistent** 20:5
  32:6
**constantine** 3:20
**consult** 12:22
  13:21 24:24 26:19
  27:12,13
**consultation** 13:4
  33:3,5
**consulted** 13:8,22
**contingent** 2:21
**continued** 2:24 3:2
  3:24 4:2 39:24
  40:2
**contracts** 6:5 7:6
  7:10,16,17 39:15
**conversations**
  21:12
**cook** 2:16
**coordinate** 36:7
  37:6
**copy** 10:12,13
  33:18,21
**correct** 17:21
  26:15 28:10,11,18
  34:21
**correctly** 25:11
**counsel** 3:21 10:21
  12:23 13:10
**counsel's** 21:13
  37:16
**county** 38:20
**course** 9:15 11:16
  12:18,23
**court** 1:2 5:11,15
  5:19 14:15 31:2
  31:18 35:8
**crass** 18:13
**creditor** 2:21
**crooked** 23:14

**cross** 30:13
**crr** 38:18
**currently** 28:5

**d**

**d** 1:15 3:7 15:17
  38:6,18
**damage** 29:16,19
**dan** 32:24
**daniel** 2:22
**dash** 6:20
**date** 6:13,21 7:2
  7:13 8:12 9:3
  17:11 30:20,23
**dates** 33:23
**david** 2:11 15:18
  31:5,5
**david.sandyk** 2:11
**day** 11:17 19:3
  31:9,19 34:24,25
  35:16
**days** 17:3,8,13,15
  17:18 31:10,10,14
  31:21 32:7
**deadline** 9:6,10,10
  10:19 11:13 12:7
  12:9 13:9 35:10
**deal** 11:11
**deals** 18:18
**deborah** 3:21
**debtors** 1:7 2:7 3:6
**decide** 24:19
**declare** 20:7
**deduct** 22:16
**deducted** 25:7
**deduction** 18:10
  25:13
**deemed** 21:7
**defer** 31:5 35:17
**defined** 5:8
**deposit** 10:25 11:7
  11:9,19 12:11

  18:20 19:6,13
  29:9,20
**deposits** 18:22
**description** 39:5
  40:5
**designating** 33:20
**despite** 12:5
**details** 9:23
**dettmer** 2:13
**dialogue** 24:3
**didit** 3:12 6:6 8:19
  8:25 11:8 14:14
  14:16,19,21 18:6
  18:19 19:17 20:24
  21:2 22:14,19,23
  23:3,10 24:22,23
  26:24 40:8
**different** 18:18
**digital** 2:15 3:19
**discretion** 36:2
**discuss** 12:2 23:23
  37:3,6
**discussing** 11:23
**district** 1:3
**docket** 5:22 6:11
  6:19,24 7:4,11,22
  8:10,15,15,25 39:7
  39:10,17,22 40:8
**document** 7:21
  8:21 9:6,18 10:13
  11:20 20:9 30:10
  36:16
**documents** 5:12
  5:18 20:4 31:8
  34:3 35:15 37:2
**doing** 29:16
**dtabak** 2:22

**e**

**e** 2:2,2 3:2,2,4,4
  4:2,2,4,4 15:18
  38:2 39:2 40:2

**earlier** 8:3 32:19
**early** 31:21
**easier** 15:4
**economic** 12:8
  20:11
**efforts** 37:12,16
**employed** 38:13
**enters** 31:18
**equity** 13:15
**esq** 2:8,9,10,11,16
  2:22,23 3:20
**essentially** 18:8
  20:10 21:16
**established** 9:6
**estate** 22:12,18
  23:8,9,13 25:23
**estates** 14:12
**et** 1:6
**etcetera** 34:19
**evening** 9:16
**event** 16:20 19:14
**everybody** 23:15
**evidence** 34:10
**exactly** 9:20
**example** 23:5
**executive** 3:13
  14:20
**executory** 7:6,10
  39:15
**exhibit** 6:10,11,14
  6:22,23 7:3,8,9
  8:7,16,17,24 29:23
  30:9,18,21 39:6,9
  39:13,18 40:6,10
  40:12
**exhibits** 39:24
**expect** 18:22
**expense** 5:25 6:8
**expires** 38:20
**extend** 12:9

**f**

**f** 38:2
**fact** 9:5 20:12
**fee** 5:25 6:9
**field** 18:6 23:2
**file** 33:18 35:6,20
  35:21
**filed** 5:22 6:12,20
  6:24 7:4,12 10:9
  12:6 33:14 35:16
  35:17 39:7,11,17
**final** 19:7 21:17
  32:21
**finally** 15:9
**fine** 17:17,18
  29:17 32:19 36:16
**first** 5:21 14:14
  16:13,20 18:25
**floor** 2:5,19
**follow** 16:25 18:18
**following** 2:24
  3:24 20:21 31:25
  39:24
**foregoing** 38:9
**formalities** 5:10
**former** 13:15
**forth** 11:14 17:13
**forward** 11:5
**fourth** 7:21
**frame** 16:22,25
**francisco** 2:14
**frankly** 34:23
**free** 26:19
**further** 38:12
**future** 18:7

**g**

**galardi** 2:8 5:2,3
  6:14 7:3,14 8:13
  9:4 14:22 15:9,15
  15:19 17:2,6,19,22

18:3,16 19:19,22
  19:25 21:18,24
  22:5 24:8 25:15
  25:20 26:2,6,12,16
  26:22 27:8,13,16
  27:19 28:4,11,14
  28:19,23 29:14,18
  29:22,25 30:24
  31:13,17 32:11,14
  33:7,12 34:8,13,21
  35:5,14 36:3,13,23
**gawker** 1:6 2:20
  5:9 7:7,11,24 8:9
  39:16,21
**george** 3:16 15:14
  15:15 17:20,25
  26:13 27:10
**give** 12:3 18:7
**given** 12:6 24:21
  29:18 34:14 35:2
**gives** 31:21
**giving** 36:18
**gmgi** 9:11 29:4
**go** 18:11 21:18
  23:12 24:12 25:10
  28:15 29:19 34:16
  34:22 37:6
**goes** 27:9
**going** 8:16 11:4
  16:24 18:7,13
  20:14 21:14 23:12
  24:12 26:5,6
  29:15 31:5 32:22
  34:23
**goldberg** 3:20
  15:7,8 16:14,23,24
  17:4,18 19:21
  26:21 28:18 33:9
  34:7,11,18 35:13
  35:24 36:10,19

**good** 14:5 32:25
  33:4,12
**gray** 1:13 2:4 4:6,7
  4:8,9
**greg** 5:3
**gregg** 2:8
**gregg.galardi** 2:8
**gresser** 2:19 4:11
**group** 3:8
**gunder.com** 2:16
**gunderson** 2:13
**guys** 34:25 37:5

**h**

**h** 2:22 39:2 40:2
**happily** 32:20
**hearing** 6:3 30:25
  31:7,15 34:14
**held** 1:13
**higher** 8:22 10:2
  13:25
**highest** 14:11
  18:24 19:5,15
  20:7,17,23 22:15
  28:8,9 29:3 32:9
**holden** 3:7 5:4
  13:18 29:17 35:4
  36:5,11,22
**holder** 13:15
**holdings** 3:12 8:19
  8:25 40:8
**hope** 14:5
**hopefully** 5:19
**horse** 6:7 8:18,24
  10:2,7,14 11:11
  15:23,24 27:8
  33:16 37:15 40:7
**hours** 24:14
**house** 3:21
**hum** 18:15

**[ideal - obviously]**                                                        Page 5

| i | k | m | n |
|---|---|---|---|
| **ideal** 35:5 | **kept** 13:14 | 30:6,21 40:13 | **n** 2:2 3:2,4 4:2,4 |
| **ideally** 34:15 | **kevin** 3:13 14:20 | **long** 24:3 | 38:2 |
| **identification** 6:13 | 24:25 37:11 | **longer** 17:13 | **name** 15:16 |
| 6:25 7:13 8:11 9:2 | **kimberly** 2:10 | **look** 9:20 24:11 | **names** 35:2 |
| 30:19,22 | **kimberly.kodis** | **looking** 22:11 23:7 | **need** 6:17 13:19,20 |
| **identify** 14:24 | 2:10 | **lot** 21:22 | 26:8 27:17 |
| **immediately** 34:7 | **knock** 21:9 | **lynden** 3:8 | **negotiating** 24:15 |
| **importance** 15:22 | **know** 19:10 20:13 | | **negotiations** 9:17 |
| **inclination** 10:23 | 21:22 31:8 34:20 | **m** | **net** 22:12 23:7,12 |
| **increase** 29:7 | 35:22 | **m** 2:8 | 25:23 |
| **increasing** 29:20 | **kodis** 2:10 29:24 | **maciuch** 4:7 | **never** 28:17 34:3 |
| **increment** 18:9 | 31:16 | **maker** 3:15 11:15 | **new** 1:3,14,14,15 |
| **increments** 21:2 | **kuehnlenz** 2:23 | 12:10 15:10,11,13 | 1:18 2:6,6,20,20 |
| **information** 36:18 | | 30:7,22 40:13 | 3:9 30:14 33:19 |
| **initial** 30:15 | **l** | **mark** 4:7 5:12 | 38:19,20 |
| **intend** 14:4 | **l** 3:4 4:4 | 11:17 29:2,23 | **night** 10:11 11:21 |
| **interest** 10:23 | **ladder** 23:14 | 30:5,8 37:2 | 30:11 |
| 14:11 | **law** 4:6,7,8,9 | **marked** 6:12,25 | **normal** 33:17 |
| **intern** 4:11 | **leave** 30:15 | 7:12 8:11 9:2 | **notary** 1:17 38:19 |
| **interpretation** | **lee** 3:13 14:20,20 | 30:19,22 | **note** 10:16 13:23 |
| 21:14 | 18:15 19:18 21:11 | **market** 14:3 | 15:21 18:17 30:16 |
| **issue** 19:17,19,22 | 21:21 22:3 25:12 | **match** 21:16,20,25 | 32:17 |
| 23:16 32:4 35:19 | 25:19,25 26:5,10 | **material** 12:25 | **noted** 27:23,25 |
| **issues** 7:18 20:11 | 27:7 | **media** 1:6 2:15,20 | 30:3 37:18 |
| 23:22 | **left** 5:5 | 3:19 | **notes** 38:11 |
| | **legal** 35:24 | **mentioned** 8:3 | **notice** 6:2 7:5,9,22 |
| **j** | **length** 5:17 | 18:19 25:6 | 8:4,7 10:10 35:6 |
| **jaewon** 4:11 | **level** 18:5 22:25 | **michael** 4:6 | 39:14,19 |
| **jamie** 3:22 | **liability** 9:25 | **million** 9:14 20:17 | **noting** 30:2,9 |
| **jcook** 2:16 | **light** 20:11 35:16 | 23:7 25:6 30:8 | **number** 23:11 |
| **josh** 2:16 | **line** 34:12 | **modification** | 29:8 30:14,14 |
| **joshua** 2:9 4:8 | **lines** 21:23 | 11:24 13:2 | 33:19 |
| **joshua.sturm** 2:9 | **live** 20:18 | **modifications** 6:17 | **numbers** 33:24 |
| **judge** 22:8 | **llc** 1:6 3:8,12 | 6:18 12:25 | |
| **july** 1:9 31:22 | 11:15 15:10 | **monday** 9:9 34:22 | **o** |
| **june** 5:22 6:12,21 | **llc.com** 3:7 | 35:10,12 | **o** 3:4 4:4 38:2 |
| 6:24 39:8,12 | **llp** 1:13 2:4,19 | **morning** 10:17 | **objections** 19:11 |
| | **logo** 3:15 11:15 | **move** 19:12 20:20 | **obtained** 14:2 |
| | 12:10 15:10,11,13 | **moving** 27:20 | **obviously** 6:16 |
| | 16:9 20:12 26:14 | | 16:21 32:18 |

**occurred** 5:17
**offer** 29:3
**offices** 1:13
**oh** 25:13
**okay** 14:22 15:19
  17:4 18:14 21:9
  21:10 22:10 25:25
  26:2,6 28:7,20
  29:21 32:14
**once** 21:6 25:20
**online** 3:15 11:15
  12:10 15:10,11,12
  16:9 17:20 18:21
  19:23 20:12,23
  21:3 26:7,10,14
  27:9 30:6,21
  32:12 33:21 40:13
**open** 32:5
**order** 5:20,21,23
  6:6,11 8:3 16:6
  20:21 21:4 31:18
  32:21 39:7
**orders** 11:24
**outlined** 24:2
**outset** 18:19
**overbid** 9:13
  23:10 25:4,22,22
  26:9,17 28:5,17
**overbids** 22:14

**p**

**p** 2:2,2 3:2,2,4 4:2
  4:2,4 15:17,17
**page** 2:25 3:24
  39:5,24 40:5
**papadeas** 3:16
  15:14,14,17 17:20
  17:21,25,25 19:24
  26:11,15 27:12,14
  27:18 28:2,7,13,22
  32:13

**part** 6:19 32:15
**participate** 12:12
**particular** 20:15
**parties** 12:7 13:7
**party** 38:13
**pass** 10:4 21:5,6,6
  21:10,15 22:2
  26:5 27:7 28:13
  28:14,16,22
**patience** 37:13
**pay** 9:25
**people** 8:14 12:14
  15:3 18:5 22:21
  23:22 24:11 30:13
  35:21
**percent** 11:7,9,19
  12:11 13:11,11,16
  18:20,21 19:6,13
  29:9
**period** 9:15 31:6
  31:20
**person** 15:6
**persons** 18:23
**perspective** 32:25
**place** 5:6 16:11
  17:24 20:15 22:13
  24:6,8
**placed** 22:14
**plan** 2:6 3:5 5:4
  11:23 13:13,19
  14:6,9
**play** 21:5 22:25
**playing** 18:5 23:2
**plaza** 2:14
**please** 15:16
**plus** 25:6
**point** 20:16 27:5,6
  27:20 29:10 33:17
**possible** 21:21
**possibly** 22:21

**post** 11:18 29:8
**power** 32:19
**preclude** 15:3
**prepared** 16:15,18
**present** 15:11
**press** 34:19,23
  36:2,4 37:4,7
**price** 8:20 9:14,24
  11:20 19:7 22:17
  30:4
**probably** 17:15
  29:11 34:24 35:10
**procedure** 11:24
  33:17
**procedures** 5:25
  6:3,4,15,19,23
  7:25 8:3,10 9:7
  11:8,15 12:24
  13:2 16:5 21:13
  23:21 24:2 39:10
  39:22
**proceed** 14:7,8
  20:25 24:4 30:24
**proceedings** 1:12
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1
**proceeds** 2:21
  13:12
**process** 5:16 13:17
  25:14 35:6 37:14
**professional** 1:16
  38:7

**pronounce** 28:25
**pronouncement**
  19:5
**proper** 9:13
**propose** 20:19
**protections** 6:8
**provision** 16:8
**public** 1:18 33:10
  33:15 34:4,6,9
  38:19
**purchase** 7:23 8:8
  8:20 9:14,19,24
  10:24 11:6,18,19
  19:7 22:16 29:6
  30:2,4,18 32:16
  33:14,19 39:20
  40:11
**pursuant** 8:2
  12:20 15:23
**put** 16:6 18:5,13
  30:5,14

**q**

**qualified** 10:12
  11:25 16:6 38:20
**qualify** 12:5
**question** 24:6
  31:14 33:10,13
**questions** 23:20,24
  33:8 37:9
**quick** 33:10 36:25
**quickly** 24:12
  27:21
**quote** 20:6

**r**

**r** 2:2 3:2,4 4:2,4
  38:2
**read** 22:9
**real** 20:10
**really** 23:7 29:14

**[realtime - successful]**                                                                 Page 7

**realtime** 1:17 38:8
**reason** 35:25
**reasonable** 16:21
  27:18,19
**reasons** 20:9
**receive** 9:11 10:22
**received** 10:17
  11:5,13
**recess** 27:24
**reclarify** 25:12
**recollection** 9:22
**record** 5:2 9:4
  13:18,23 20:3
  22:7,21 27:22
  33:11,15,24 34:4,6
  34:9,16
**red** 21:22
**redline** 10:14
**regarding** 12:23
  13:8
**registered** 1:16
  38:7
**reimbursement**
  6:2,9
**related** 38:13
**relevant** 22:19
**reporter** 1:16,17
  5:12,19 14:16
  38:7,8
**representative**
  14:17,24
**represented** 13:10
**representing** 3:5
  3:12,15,19
**required** 9:8 10:10
  11:7,10 12:22
  29:7
**requirement** 16:5
**respect** 5:8 7:18
  9:21 11:2 14:23
  15:10,25 16:4

17:6,9,19 23:3
  37:7
**rest** 21:7
**restrictions** 36:17
**result** 12:17,19
  28:24
**review** 20:4
**revise** 9:18
**reynolds** 3:22
**rid** 21:19,24
**right** 13:5 18:14
  21:16,20 23:4
  24:9,16 25:19
  27:5 28:7 29:13
  35:4
**rights** 13:4,5 21:25
  33:3,5
**role** 10:21
**room** 24:9 30:15
**ropes** 1:13 2:4 4:6
  4:7,8,9
**ropesgray.com**
  2:8,9,10,11
**rpr** 38:18
**rule** 21:5,15 22:2
**rye** 3:9

**s**

**s** 2:2 3:2,4,4 4:2,4
  4:4 15:18 39:2
  40:2
**sake** 14:15
**sale** 5:16 6:3 7:7
  7:11,25 8:10
  14:10 30:25 31:7
  31:14 39:16,22
**sales** 1:12
**sam** 15:18
**san** 2:14
**sandyk** 2:11
**satisfied** 33:2,6

**saying** 33:24
**scheduled** 8:5
**schedules** 35:18
**scheduling** 6:3
**schwartz** 3:21
  24:5 29:13,21
  32:10
**scott** 4:9
**seats** 5:5
**second** 10:4 16:2
  16:10,17,19 17:24
  18:16 19:2 20:15
  20:24 28:9 31:3
**seeking** 33:25
**seen** 8:14 35:15,22
**sell** 13:24
**sent** 20:5
**series** 5:12
**serve** 15:25
**serving** 37:14
**set** 11:14 17:13
**settlement** 12:16
  12:20
**seven** 17:3,8,12
  32:7
**shortly** 10:20
**signature** 38:18
**simply** 29:6,7
**skuehnlenz** 2:23
**smb** 1:6
**smoothly** 24:13
**solicitation** 7:23
  8:8 9:7 11:8,14
  39:19
**solicited** 8:5,22
**soon** 36:12
**southern** 1:3
**speaking** 14:18,25
  15:3
**specific** 16:8

**spell** 15:16
**spend** 24:14
**sri** 2:23
**stage** 20:7
**stake** 12:8 13:11
  13:11
**stakeholders**
  13:16
**stalking** 6:6 8:18
  8:24 10:2,7,14
  11:10 15:23,24
  27:8 33:16 37:14
  40:7
**stand** 16:11,15
  17:23
**standing** 18:9
**starting** 21:2
**state** 1:18 38:19
**statements** 37:6
**states** 1:2
**stay** 31:20 32:5,22
**stenographic**
  38:11
**stop** 26:20
**strategically** 28:16
**strategy** 24:19
**street** 3:8
**sturm** 2:9 31:11
**subject** 6:16
**submit** 5:18 11:16
  34:9
**submitted** 5:15,21
  8:19,25 9:9 29:3
  30:11 40:7
**substantially** 7:24
  8:9 12:11 24:17
  39:20
**subtract** 27:4
**successful** 16:12
  16:16 19:15 26:9
  33:21 35:7

| | | |
|---|---|---|
| **suite** 2:14 | **transaction** 5:17 | **w** |
| **support** 5:16 | 12:8 13:12 | |
| **sure** 9:23 10:5 | **transcript** 5:14,14 | **wait** 34:22 |
| 36:10 | 30:6 34:5 | **waiting** 37:12 |
| **t** | **transcription** | **waive** 22:24 |
| | 38:10 | **walk** 36:12 |
| **t** 3:4 4:4 38:2,2 | **transpire** 33:11 | **want** 13:24 17:10 |
| 39:2 40:2 | **tried** 13:6 | 18:17 22:6,22 |
| **tabak** 2:22 33:4 | **troper** 4:8 | 23:15,22 24:20 |
| **take** 23:23 24:24 | **true** 38:9 | 25:8 28:17,24 |
| 27:16 | **try** 9:17 | 31:20 32:18 37:3 |
| **talk** 10:19 35:25 | **trying** 23:17 | **wanted** 9:19 19:10 |
| 36:3,20 | **turn** 15:5 16:14 | **wants** 22:24 |
| **technical** 13:21 | 21:3 26:16 | **way** 5:11 34:5 |
| **telephone** 2:13 | **turning** 14:14 | **we've** 8:21 35:17 |
| **terms** 12:21 13:21 | 26:24 | **wholden** 3:7 |
| **thank** 15:19 19:25 | **twice** 21:6 | **william** 3:7 |
| 22:3 37:17 | **two** 5:5 9:19 21:5 | **winning** 31:25 |
| **thiel** 35:23 | 21:15 22:2 33:23 | **work** 32:8,11 35:2 |
| **thing** 16:13 22:8 | 37:2 | **works** 36:9 |
| 30:13 32:22 33:22 | **u** | **worried** 27:21 |
| **things** 12:17 15:22 | | **worry** 25:18 |
| **think** 17:2,15 | **uh** 18:15 | **x** |
| 18:12 24:12 27:2 | **ultimately** 10:24 | |
| 28:15 30:12 31:11 | **understand** 16:7 | **x** 1:4,7 39:2 40:2 |
| 32:21 36:16 | 18:6 22:11,23 | **y** |
| **third** 2:19 20:25 | 23:17 | |
| **thought** 21:19 | **understanding** | **yeah** 16:23 25:13 |
| **three** 24:14 37:4 | 7:14 23:16 | 27:4 36:19 |
| **till** 32:5 34:22 | **understood** 36:22 | **yesterday** 10:17 |
| **time** 5:6 9:16 | 36:23 | 11:12 |
| 11:10 14:10 16:22 | **united** 1:2 | **york** 1:3,14,15,15 |
| 16:25 20:16 24:10 | **v** | 1:18 2:6,6,20,20 |
| 24:18,21,24 27:14 | | 3:9 38:19,20 |
| 27:20,23,25 31:6 | **value** 14:2 18:9 | **yousey** 4:9 |
| 34:11 37:18 | 22:12,17,22,23 | **z** |
| **today** 5:6 6:16 8:5 | 23:8,8,12 25:23 | |
| 14:18,25 30:16 | **various** 6:7 | **z** 8:16 |
| 34:15,24 35:9 | **veto** 13:5 | |
| **today's** 8:6 12:12 | **view** 24:17 | |
| **tomorrow** 34:17 | | |
| 34:20 | | |