**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
Gawker Media LLC, *et al.*,[1]                                 :    Case No. 16-11700 (SMB)
                                                               :
                      Debtors.                                 :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### POST-CONFIRMATION QUARTERLY SUMMARY REPORT
### FOR THE PERIOD APRIL 1, 2018 THROUGH JUNE 30, 2018

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
William D. Holden
Plan Administrator for the Debtors

Debtors' Address and Phone Number:

c/o The Boathouse Group
Attn: William D. Holden
44 Lynden Street
Rye, NY 10580
Phone: 917-400-1200

Debtors' Attorney's Address
and Phone Number:

Ropes & Gray LLP
Attn: Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10010
Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

70167122_1

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | April 2018 Disbursements | May 2018 Disbursements | June 2018 Disbursements | Total Q2 2018 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $85,354.38 | $368,364.60 | $740,683.88 | **$1,194,402.86** | **$11,944.03** |
| 16-11718 | Gawker Hungary Kft.† | $706.26 | $2,529.79 | $2,320.79 | **$5,556.85** | **$325.00** |
| 16-11719 | Gawker Media Group, Inc. | $25.20 | $26.20 | $0.00 | **$51.40** | **$325.00** |
|  | **Total** | **$86,085.84** | **$370,920.59** | **$743,004.67** | **$1,200,011.11** | **$12,594.03** |

\* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, UST Fees, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.00385 in April, 0.00366 in May, and 0.00355 in June.

70167122_1