Jonathan L. Flaxer, Esq.  
Michael S. Weinstein, Esq.  
Golenbock Eiseman Assor Bell  
& Peskoe LLP  
711 Third Avenue  
New York, New York 10017  
(212) 907-7300  

Dilan A. Esper  
HARDER LLP  
132 S. Rodeo Dr., 4th Floor  
Beverly Hills, California 90212  
(424) 203-1600  

**Settlement Date: August 14, 2018 at 12:00 Noon**  
**Objections Due Date: August 14, 2018 at 9:00 A.M.**

*Co-Counsel to Pregame LLC and Randall James Busak*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x  
In re:                                                    :  
                                                          :   Chapter 11  
    Gawker Media LLC, *et al.*,[1]                    :  
                                                          :   Case No. 16-11700 (SMB)  
                      Debtors.       :   (Jointly Administered)  
------------------------------------------------------------x  

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that the undersigned will present, for settlement and signature, the proposed Order annexed hereto as Exhibit "A" (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in his Chambers at the United States Bankruptcy Court, One Bowling Green – Room 723, New York, New York 10004, on August 14, 2018 at 12:00 Noon (the "Settlement Date").

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

3061482.1

**PLEASE TAKE FURTHER NOTICE** that comments and/or objections to the proposed Order, together with a counter-proposed Order, if any, must be (a) filed with the Bankruptcy Court, One Bowling Green, New York, New York 10004, no later than 9:00 A.M., on August 14, 2018 (with a copy delivered directly to Chambers), and (b) served on the undersigned so as to be actually received no later than 9:00 A.M. on August 14, 2018.

**PLEASE TAKE FURTHER NOTICE** that unless comments and/or objections and a counter-proposal are timely received, the proposed Order may be signed.

Dated: New York, New York
August 8, 2018

> GOLENBOCK EISEMAN ASSOR BELL
> & PESKOE LLP
> 711 Third Avenue
> New York, New York 10017
> (212) 907-7300
>
> By   /s/ Jonathan L. Flaxer
>        Jonathan L. Flaxer, Esq.
>
> Dilan A. Esper
> HARDER LLP
> 132 S. Rodeo Dr., 4th Floor
> Beverly Hills, California 90212
> (424) 203-1600
>
> *Co-Counsel to Pregame LLC and Randall James Busak*

TO:   SAUL EWING ARNSTEIN & LEHR LLP
      1270 Avenue of the Americas, Suite 2005
      New York, New York 10020

      Attn: Dipesh Patel, Esq.

      WILLIAMS & CONNOLLY LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005

      Attn: Thomas G. Hentoff, Esq.

3061482.1