UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :
                                                    :         Chapter 11
    Gawker Media LLC, *et al.*,                 :
                                                    :         Case No. 16-11700 (SMB)
                       Debtors.        :         (Jointly Administered)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

      **Anne McGrath**, being duly sworn, deposes and says:

1.     I am over eighteen years of age, am not a party to this action and reside within Staten Island, New York.

2.     On August 9, 2018, I caused to be served, true and correct copies of the *Notice of Settlement of Order* upon:

Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas
Suite 2005
New York, New York 10020
Attn: Dipesh Patel, Esq.
dipesh.patel@saul.com

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Attn: Thomas G. Hentoff, Esq.
thentoff@wc.com

by depositing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service and by e-mailing an electronic copy to the e-mail address set forth after each of their names.

                                                     _____
                                                           Anne McGrath

Sworn to before me this
9th day of August, 2018.

_____
Notary Public

IYESHA WHITE
Notary Public, State of New York
No. 01WH6235779
Qualified in Queens County
Commission Expires Feb. 14, 20__