# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GAWKER MEDIA LLC, *et al.,*<br><br>                       Debtor(s). | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Shawn M. Christianson, of Buchalter, a Professional Corporation, counsel for Oracle America, Inc., successor in interest to NetSuite Inc., requests to be removed from the CM/ECF noticing list and any other service list related to the above-referenced case.

                                                                BUCHALTER, A Professional Corporation

Dated: August 16, 2018                      By:   /s/ Shawn M. Christianson
                                                    Shawn M. Christianson, Esq.
                                                      55 Second Street, 17th Floor
                                                    San Francisco, CA 94105
                                                    Telephone: (415) 227-0900
                                                    Facsimile:   (415) 227-0770

                                                    Attorneys for Oracle America, Inc.

BN 33805232V1

**In re: Gawker**
**Case No. 16-11700**

## CERTIFICATE OF SERVICE

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

    On **August 16, 2018**, I served the foregoing document described as:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**
I hereby certify that on the **August 16, 2018,** I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system. All parties or their counsel of record registered as ECF Filers and/or signed up to receive Notice of Electronic Filing will be served by the CM/ECF system.

**[ ]**    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed on **August 16, 2018**, at San Francisco, California.


Hallina Pohyar                            /s/ Hallina Pohyar_____