**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :
                                                    :      Chapter 11
    Gawker Media LLC, *et al.*,[1]              :
                                                    :      Case No. 16-11700 (SMB)
               Debtors.      :      (Jointly Administered)
---------------------------------------------------------------x

**ORDER DENYING RYAN GOLDBERG'S MOTION (I) TO ENFORCE**
**ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION**
**AND (II) TO BAR AND ENJOIN CREDITORS FROM PROSECUTING**
**THEIR STATE COURT ACTION**

Upon the motion (the "Motion") dated August 21, 2017 of Ryan Goldberg ("Goldberg") to (I) Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting their State Court Action [Dkt. No. 981]; and upon the objection to the Motion by Pregame LLC d/b/a Pregame.com and Randall James Busack, professionally known as RJ Bell dated September 15, 2017 [Dkt. No. 1006] (the "Objection"); and upon Goldberg's reply to the Objection dated September 25, 2017 [Dkt. No. 1014]; and upon the record of the hearing on the Motion held on September 28, 2017; and upon the record of the trial held before the Court on April 9, 2018 with respect to the Motion; and upon the Memorandum Decision Denying Motion to Enjoin Plaintiffs from Continuing State Court Action Against Ryan Goldberg of this Court dated August 3, 2018 [Dkt. No. 1158] (the "Decision"); and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

3059530.2

**ORDERED** that the Motion is denied in accordance with and for the reasons set forth in the Decision.

Dated: New York, New York
August **16th**, 2018

                                      **/s/ STUART M. BERNSTEIN**
                                        Honorable Stuart M. Bernstein
                                        United States Bankruptcy Judge