ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                                     :   Chapter 11
                                                            :
Gawker Media LLC, *et al.*,[1]                :   Case No. 16-11700 (SMB)
                                                            :
          Debtors.                                  :   (Jointly Administered)
                                                            :
------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO PROOF OF CLAIM
NO. 32 FILED BY NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that, on August 31, 2016, National Union Fire Insurance Co. of Pittsburgh, PA ("National Union") filed a proof of claim (No. 32) (the "Claim") against the debtors in the above-captioned chapter 11 cases (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 721, and re-filed at Docket No. 730 on February 6, 2017] (the "Objection").

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). The Debtors' mailing addresses are c/o The Boathouse Group, LLC, 44 Lynden Street, Rye, NY 10580, Attn: William D. Holden.

70678899_3

**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2018, National Union withdrew the Claim.

**PLEASE TAKE FURTHER NOTICE** that, William D. Holden, as the plan administrator for the Debtors, hereby formally withdraws the Objection on behalf of the Debtors.

| | |
|---|---|
| Dated: August 29, 2018<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropesgray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |