Ropes & Gray LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator
for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                          :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR SEPTEMBER 6, 2018 AT 10:00 A.M.**

     **PLEASE TAKE NOTICE** that, on August 31, 2016, National Union Fire Insurance Co. of Pittsburgh, PA ("National Union") filed a proof of claim (No. 32) (the "Claim") against the debtors in the above-captioned chapter 11 cases (the "Debtors").

     **PLEASE TAKE FURTHER NOTICE** that, on February 3, 2017, the Debtors filed the *Debtors' Objection to the Claim of National Union Fire Insurance Company of Pittsburgh, P.A. (Claim No. 32)* [Docket No. 721, and re-filed at Docket No. 730 on February 6, 2017] (the "Objection").

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). The Debtors' mailing addresses are c/o The Boathouse Group, LLC, 44 Lynden Street, Rye, NY 10580, Attn: William D. Holden.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Objection was scheduled to be heard by the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York (the "Court") on September 6, 2018, at 10:00 a.m. (prevailing Eastern Time) [Docket No. 1136] (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2018, National Union withdrew the Claim.

**PLEASE TAKE FURTHER NOTICE** that, William D. Holden, as the plan administrator for the Debtors, formally withdrew the Objection on behalf of the Debtors [Docket No. 1166].

**PLEASE TAKE FURTHER NOTICE** that, the matter having been resolved, and no other matters having been scheduled to be heard by the Court in the above-captioned chapter 11 cases at the Hearing, the Hearing is hereby **cancelled**.

| | |
|---|---|
| Dated: August 31, 2018<br>New York, New York | */s/ Gregg M. Galardi*<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Kimberly J. Kodis<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Gregg.Galardi@ropesgray.com<br>            Kimberly.Kodis@ropesgray.com<br><br>*Counsel to the Plan Administrator<br>for the Debtors* |

70754579_1