**SAUL EWING ARNSTEIN & LEHR LLP**
Dipesh Patel
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818

*Attorneys for Ryan Goldberg*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
    Gawker Media LLC, *et al.*,[1]                   :
                                                               :   Case No. 16-11700 (SMB)
                      Debtors.  :
---------------------------------------------------------------x

## NOTICE OF APPEAL

      Ryan Goldberg ("Goldberg"), a party-in-interest in the above-captioned chapter 11 cases, hereby appeals to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the Bankruptcy Court for the Southern District of New York's (i) *Order Denying Ryan Goldberg's Motion (I) to Enforce Order Confirming Amended Joint Chapter 11 Plan of Liquidation and (II) to Bar and Enjoin Creditors from Prosecuting Their State Court Action*, entered on August 21, 2018, (the "Order") [Dkt. No. 1165] and (ii) *Memorandum Decision Denying Motion to Enjoin Plaintiffs from Continuing State Court Action Against Ryan Goldberg*, dated August 3, 2018, (the "Decision") [Dkt. No. 1158]. Copies of the Order and the Decision are attached, respectively, as Exhibits A and B.

---

[1]     The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

The names of the parties to the Order and the Decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| Appellant Ryan Goldberg | **SAUL EWING ARNSTEIN & LEHR LLP**<br>Dipesh Patel<br>1270 Avenue of the Americas, Suite 2005<br>New York, NY 10020<br>Telephone: (212) 980-7200<br>Facsimile: (973) 286-6818<br><br>**WILLIAMS & CONNOLLY LLP**<br>Thomas G. Hentoff<br>Chelsea T. Kelly<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000 |
| Pregame LLC, d/b/a Pregame.com | **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**<br>Jonathan L. Flaxer<br>Michael S. Weinstein<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 907-7300<br><br>**HARDER LLP**<br>Dilan A. Esper<br>132 S. Rodeo Dr., 4th Floor<br>Beverly Hills, California 90212<br>Telephone: (424) 203-1600 |
| Randall James Busak, professionaly known as RJ Bell | **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**<br>Jonathan L. Flaxer<br>Michael S. Weinstein<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 907-7300<br><br>**HARDER LLP**<br>Dilan A. Esper<br>132 S. Rodeo Dr., 4th Floor<br>Beverly Hills, California 90212<br>Telephone: (424) 203-1600 |

This Notice of Appeal is accompanied by the prescribed fee.

Dated: September 4, 2018  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Dipesh Patel*
Dipesh Patel
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818
dipesh.patel@saul.com

-and-

**WILLIAMS & CONNOLLY LLP**
Thomas G. Hentoff (admitted *pro hac vice*)
Chelsea T. Kelly
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
thentoff@wc.com
ckelly@wc.com

*Attorneys for Ryan Goldberg*