**SAUL EWING ARNSTEIN & LEHR LLP**
Dipesh Patel
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818

*Attorneys for Ryan Goldberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
    Gawker Media LLC, *et al.,*[1]                          :
                                                               :    Case No. 16-11700 (SMB)
                           Debtors.              :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Dipesh Patel, pursuant to 28 U.S.C. § 1746, certify as follows:

    1.    I am an associate with the law firm of Saul Ewing Arnstein & Lehr LLP.

    2.    On September 4, 2018, I caused a true and accurate copy of the *Notice of Appeal* to be served upon the following parties in the manner indicated below:

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
Jonathan L. Flaxer
Michael S. Weinstein
711 Third Avenue
New York, New York 10017
Email: jflaxer@golenbock.com
Email: mweinstein@golenbock.com

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

**HARDER LLP**
Dilan A. Esper
132 S. Rodeo Dr., 4th Floor
Beverly Hills, California  90212
Email:  desper@harderllp.com

Dated:  September 5, 2018                    By:  */s/Dipesh Patel*
                                                  Dipesh Patel