HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James C. Fitzpatrick
Christopher K. Kiplok
Karen M. Chau
Erin E. Diers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GAWKER MEDIA LLC, *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 16-11700 (SMB) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Hughes Hubbard & Reed LLP hereby submits this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") appears herein as counsel to Ryan Goldberg, and requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

**HUGHES HUBBARD & REED LLP**
James C. Fitzpatrick, Esq.
Christopher K. Kiplok, Esq.
Karen M. Chau, Esq.
Erin E. Diers, Esq.
One Battery Park Plaza
New York, NY 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  james.fitzpatrick@hugheshubbard.com
chris.kiplok@hugheshubbard.com
karen.chau@hugheshubbard.com
erin.diers@hugheshubbard.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notices, applications, complaints, demands, disclosures, hearings, motions, objections, orders, petitions, pleadings, answering or reply papers, requests, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to the proceeding, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced proceeding and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, or other writing or conduct is intended or shall be deemed to constitute a waiver of any: (i) right to contest the personal jurisdiction of the Bankruptcy Court; (ii) right to have final orders in non-core matters entered only after de novo review by a United States District Court; (iii) right to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter or

proceeding subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   New York, New York
         September 18, 2018

                    HUGHES HUBBARD & REED LLP

                    By: /s/  James C. Fitzpatrick
                        James C. Fitzpatrick
                        Christopher K. Kiplok
                        Erin E. Diers
                        Karen M. Chau
                  One Battery Park Plaza
                  New York, New York 10004
                  Telephone:  (212) 837-6000
                  Facsimile:  (212) 422-4726
                  Email:  james.fitzpatrick@hugheshubbard.com
                            chris.kiplok@hugheshubbard.com
                            karen.chau@hugheshubbard.com
                            erin.diers@hugheshubbard.com

                  *Attorneys for Ryan Goldberg*