HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

*Attorneys for Ryan Goldberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

GAWKER MEDIA LLC, *et al.*[1]

                Debtors.

Chapter 11
Case No. 16-11700 (SMB)

## CERTIFICATE OF SERVICE

I, Karen M. Chau, hereby certify that:

1.      I am an associate at the law firm of Hughes Hubbard & Reed LLP, counsel for Ryan Goldberg.

2.      On September 18, 2018, I caused true and accurate copies of Appellant's Statement of Issues Presented on Appeal and Designation of the Record on Appeal (Docket No. 1177) to be served on the below parties via both electronic mail and first class mail.

Jonathan L. Flaxer
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue
New York, New York 10017
Email:  jflaxer@golenbock.com

---

1.    The last four digits of the taxpayer identification number of the debtors (the "Debtors") are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Michael S. Weinstein
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue
New York, New York 10017
Email: mweinstein@golenbock.com

Dilan A. Esper
Harder LLP
132 S. Rodeo Dr., 4th Floor
Beverly Hills, California 90212
Email: desper@hmafirm.com

Dated:   New York, New York
September 19, 2018

Respectfully Submitted,

By: