**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Gawker Media, LLC                          CASE NO.: 16–11700–smb

fdba  Gawker Sales, LLC
fdba  Gawker Entertainment, LLC
fdba  Blogwire, Inc.
fdba  Gawker Technology, LLC

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
20–3040492

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 4, 2018, document number 1168, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18–cv–8252 assigned to the Honorable Alison J. Nathan.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: October 20, 2018                          Vito Genna
                                                 Clerk of the Court