# Notice Recipients

District/Off: 0208−1   User:   Date Created: 10/20/2018
Case: 16−11700−smb   Form ID: tranapl   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   James C. Fitzpatrick   managingattorney@hugheshubbard.com
aty   Jonathan L. Flaxer   jflaxer@golenbock.com

TOTAL: 2