UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
Gawker Media LLC, *et al.*,[1]              :    Case No. 16-11700 (SMB)
                                            :
           Debtors.                         :    (Jointly Administered)
                                            :
------------------------------------------------------x

### POST-CONFIRMATION QUARTERLY SUMMARY REPORT
### FOR THE PERIOD JULY 1, 2018 THROUGH SEPTEMBER 30, 2018

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
William D. Holden
Plan Administrator for the Debtors

Debtors' Address and Phone Number:

c/o The Boathouse Group
Attn: William D. Holden
44 Lynden Street
Rye, NY 10580
Phone: 917-400-1200

Debtors' Attorney's Address
and Phone Number:

Ropes & Gray LLP
Attn: Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10010
Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Plan Administrator, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Gawker Hungary Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

71566436_1

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | July 2018 Disbursements | August 2018 Disbursements | September 2018 Disbursements | Total Q3 2018 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $1,916,543.80 | $291,742.76 | $61,272.57 | $2,269,559.13 | $22,695.59 |
| 16-11718 | Gawker Hungary Kft.† | $89,128.35 | $105.17 | $2,523.79 | $91,757.31 | $975.00 |
| 16-11719 | Gawker Media Group, Inc. | $50.91 | $3,356.45 | $2,711.98 | $6,119.34 | $325.00 |
|  | Total | $2,005,723.06 | $295,204.38 | $66,508.34 | $2,367,435.78 | $23,995.59 |

\*   Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

†   Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of [.0036 in July, 0.0036 in August, and 0.0036 in September.

71566436_1