UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

*In re*:

GAWKER MEDIA LLC, *et al*,

                Debtors.

-------------------------------------------------------x

Chapter 11

Case No.: 16-11700 (SMB)

(Jointly Administered)

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned, PRYOR & MANDELUP, L.L.P. , hereby withdraws its appearance in the above-captioned cases on behalf of Creditor Ian Fette and requests that PRYOR & MANDELUP, L.L.P. be removed from the Master Service List in these cases.

Dated: Westbury, New York
       November 15, 2018

                                        PRYOR & MANDELUP, L.L.P.
                                        Attorneys for East Island Aviation Services Inc.

                By:    */s/A. Scott Mandelup*
                          A. Scott Mandelup
                          675 Old Country Road
                          Westbury, New York  11590
                          Telephone: 516-997-0999
                          Facsimile: 516-333-7333
                          E-mail: asm@pryormandelup.com