UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

*In re*:

GAWKER MEDIA LLC, *et al,*

                Debtors.

------------------------------------------------------x

Chapter 11

Case No.: 16-11700 (SMB)

(Jointly Administered)

### AMENDED NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned, PRYOR & MANDELUP, L.L.P. , hereby withdraws its appearance in the above-captioned cases on behalf of Creditor Ian Fette and requests that PRYOR & MANDELUP, L.L.P. be removed from the Master Service List in these cases.

Dated: Westbury, New York
       November 15, 2018

                                  PRYOR & MANDELUP, L.L.P.
                                  Attorneys for Ian Fette

                By:    ***/s/A. Scott Mandelup***
                               A. Scott Mandelup
                               675 Old Country Road
                               Westbury, New York  11590
                               Telephone: 516-997-0999
                               Facsimile: 516-333-7333
                               E-mail: asm@pryormandelup.com