**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Chelsea Kelly, Esq.
Email: ckelly@wc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                                  :

In re:                                                       :        Chapter 11
                                                       :
Gawker Media LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)
                                                       :
                         Debtors.         :        (Jointly Administered)
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE**, that Chelsea Kelly, an attorney at Williams & Connolly LLP, hereby withdraws as counsel of record for Gizmodo Media Group, LLC and Ryan Goldberg, and requests to be removed from all notice and service lists in this case.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Chelsea Kelly, and does not impact the representation of Gizmodo Media Group, LLC and Ryan Goldberg by other Williams & Connolly LLP attorneys in the above-captioned matter.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

Dated: Washington, D.C.  
November 16, 2018

WILLIAMS & CONNOLLY LLP

By: */s/ Chelsea Kelly*  
    Chelsea Kelly

*For Matters in New York*  
650 Fifth Ave., Suite 1500  
New York, NY 10019

725 Twelfth St. NW  
Washington, DC 20005  
Phone: (202) 434-5297  
Fax: (202) 434-5029  
Email: ckelly@wc.com

*Counsel for Gizmodo Media Group, LLC and Ryan Goldberg*