**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Thomas G. Hentoff, Esq. (admitted *pro hac vice*)
Chelsea Kelly, Esq.
Email: thentoff@wc.com
　　　　ckelly@wc.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
　　　　　　　　　　　　　　　　　　　　　　　　　　:
In re:　　　　　　　　　　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　:
Gawker Media LLC, *et al.*,[1]　　　　　　　　　　　:　　Case No. 16-11700 (SMB)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Debtors.　　　　　　　　　　　:　　(Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Chelsea Kelly, hereby certify that:

1.　　I am an associate at the law firm of Williams & Connolly LLP.

2.　　On November 16, 2018, true and correct copies of the Notice of Withdrawal of Appearance of Chelsea Kelly, in the above-captioned proceeding were caused to be served in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93] via electronic mail on the parties on

---

[1]　　The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10020. Gawker Hungary Kft's mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10020.

the Master Service List[2] attached hereto as **Exhibit A** and by First Class U.S. Mail and/or electronic mail as indicated on the parties listed on the service list attached hereto as **Exhibit B**.

Dated:   Washington, D.C.
         November 16, 2018

Respectfully Submitted,

By: _____
Chelsea Kelly

---

[2] I added Mr. Dilan A. Esper's contact information to Exhibit A, as he filed a Notice of Appearance in this proceeding on October 31, 2017. *See* Notice [Dkt. 1039]. Mr. Esper was served along with the other recipients listed in Exhibit A.