# **EXHIBIT B**

SERVICE LIST

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Sandy Qusba, Esq. and William T. Russell, Esq.
squsba@stblaw.com
wrussell@stblaw.com
*Counsel to the Official Committee of Unsecured Creditors*
(Served by first class mail and electronic mail)

Harder Mirell & Abrams LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA 90212
Attn: Charles J. Harder, Esq. and Dilan A. Esper, Esq.
charder@hmafirm.com
desper@hmafirm.com
(Served by first class mail and electronic mail)

Randall Busack (aka RJ Bell)
c/o Harder Mirell & Abrams LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA 90212
Attn: Charles J. Harder, Esq. and Dilan A. Esper, Esq.
charder@hmafirm.com
desper@hmafirm.com
(Served by first class mail and electronic mail)

Pregame LLC dba Pregame.com
5860 S. Pecos Rd. #400
Las Vegas, NV 89120
Attn: Randall J. Busack
(Served by first class mail)

Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue
New York, NY 10017
Attn: Jonathan L. Flaxer, Esq. and Michael S. Weinstein, Esq.
jflaxer@golenbock.com
mweinstein@golenbock.com
(Served by first class mail and electronic mail)

United States Trustee William K. Harrington
U.S. Federal Office Building
201 Varick St., Room 1006

New York, NY 10014
Attn: Greg M. Zipes, Esq. and Susan Arbeit, Esq.
(Served by first class mail)