ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re                                                              :    Chapter 11
                                                                   :
Gawker Media LLC, *et al.*,[1]                       :    Case No. 16-11700 (SMB)
                                                                   :
                    Debtors.                              :    (Jointly Administered)
                                                                   :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that William A. McGee, of the firm Ropes & Gray LLP, hereby withdraws as counsel for the Plan Administrator for the above-captioned debtors, and requests to be removed from all notice and service lists in this case.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[1] The last four digits of the taxpayer identification number of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). The Debtors' mailing addresses are c/o The Boathouse Group, LLC, 44 Lynden Street, Rye, NY 10580, Attn: William D. Holden.

73777104_1

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to William A. McGee, and does not impact the representation of the Plan Administrator by other Ropes & Gray LLP attorneys in the above-captioned matter.

| | |
|---|---|
| Dated: January 18, 2019<br>New York, New York | /s/ Gregg M. Galardi<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropesgray.com<br><br>*Counsel to the Plan Administrator*<br>*for the Debtors* |