UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GAWKER MEDIA, LLC

                              Debtors,

RYAN GOLDBERG,

                              Appellant,

        - against -

PREGAME LLC, *et al.*,

                              Appellees.

JAN 2 4 2019

Case No. 18-CV-08252 (AJN)

**STIPULATION AND ORDER
FOR DISMISSAL OF APPEAL**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, appellant Ryan Goldberg and appellees Pregame LLC, d/b/a Pregame.com and Randall James Busack, known professionally as RJ Bell, by and through their undersigned counsel, hereby stipulate that the above-captioned appeal should be dismissed with prejudice and without costs to any party. All fees in this appeal have been paid.

Dated: January 23, 2019

_____
Christopher K. Kiplok
James C. Fitzpatrick
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
james.fitzpatrick@hugheshubbard.com
chris.kiplok@hugheshubbard.com

*Attorneys for the Appellant*

_____
Dilan A. Esper
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
(424) 203-1600
desper@harderllp.com

*Attorney for the Appellees*

**SO ORDERED** this ___ day of _____ 2019

_____
Alison J. Nathan
UNITED STATES DISTRICT JUDGE