**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

### POST-CONFIRMATION QUARTERLY SUMMARY REPORT
### FOR THE PERIOD OCTOBER 1, 2018 THROUGH DECEMBER 31, 2018

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
William D. Holden
Plan Administrator for the Debtors

Debtors' Address and Phone Number:

c/o The Boathouse Group
Attn: William D. Holden
44 Lynden Street
Rye, NY 10580
Phone: 917-400-1200

Debtors' Attorney's Address
and Phone Number:

Ropes & Gray LLP
Attn: Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10010
Phone: 212-596-9000

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580.

73816675_1

Schedule of Disbursements[*] by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | October 2018 Disbursements | November 2018 Disbursements | December 2018 Disbursements | Total Q4 2018 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $68,003.53 | $190,822.50 | $129,868.53 | $388,694.56 | **$4,875.00** |
| 16-11718 | Gawker Hungary Kft.[†] | $3,659.37 | $94.42 | $97.39 | $3,851.18 | **$325.00** |
| 16-11719 | Gawker Media Group, Inc. | $419.16 | $2,101.77 | $2,501,568.79 | $2,504,089.72 | **$25,040.90** |
|  | **Total** | **$72,082.06** | **$193,018.69** | **$2,631,534.71** | **$2,896,635.46** | **$30,240.90** |

[*] Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

[†] Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.00364 in October, 0.00356 in November, and 0.00359 in December.

73816675_1