ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
       Kimberly.Kodis@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                             :

In re:                                     :        Chapter 11

Gawker Media LLC, *et al.*,[1]          :        Case No. 16-11700 (SMB)

               Debtors.        :        (Jointly Administered)
                                                           :
------------------------------------------------------x

## NOTICE OF CANCELLATION OF HEARING
## SCHEDULED FOR MARCH 14, 2019 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that, on February 25, 2019, William D. Holden, as the plan administrator (the "Plan Administrator") for the Debtors, filed the *Plan Administrator's Motion, on Behalf of the Debtors, for Entry of Order Authorizing Destruction of Books and Records* [Docket No. 1191] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, responses or objections to the Motion were due on or before 4:00 p.m. (prevailing Eastern Time) on March 7, 2019 (the "Objection Deadline").

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The offices of the Debtors are located at 44 Lynden Street, Rye, New York 10580.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

74831279_2

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator did not receive any answer, objection or other responsive pleading with respect to the Motion, and that no such answer, objection or other responsive pleading appeared on the Bankruptcy Court's docket in the above-captioned chapter 11 cases by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2019, the Plan Administrator filed the *Certificate of No Objection to Plan Administrator's Motion, on Behalf of the Debtors, for Entry of Order Authorizing Destruction of Books and Records* [Docket No. 1193].

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2019, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the order granting the Motion [Docket No. 1194] (the "Order").

**PLEASE TAKE FURTHER NOTICE THAT**, the Court having entered the Order, the hearing on the Motion previously scheduled for March 14, 2019 at 10:00 a.m. (prevailing Eastern Time) is cancelled.

Dated: March 11, 2019
      New York, New York

           */s/ Gregg M. Galardi*
           ROPES & GRAY LLP
           Gregg M. Galardi
           Kimberly J. Kodis
           1211 Avenue of the Americas
           New York, New York 10036-8704
           Telephone: (212) 596-9000
           Facsimile: (212) 596-9090
           Email: Gregg.Galardi@ropesgray.com
                    Kimberly.Kodis@ropesgray.com

           *Counsel to the Plan Administrator for the Debtors*

74831279_2