UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
Gawker Media LLC, *et al.*,[1]                          :    Case No. 16-11700 (SMB)
                                                        :
        Debtors.                              :    (Jointly Administered)
                                                        :
-------------------------------------------------------x

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## FOR THE PERIOD JANUARY 1, 2019 THROUGH MARCH 31, 2019

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____
        William D. Holden
        Plan Administrator for the Debtors

| Debtors' Address and Phone Number: | Debtors' Attorney's Address and Phone Number: |
|---|---|
| c/o The Boathouse Group<br>Attn: William D. Holden<br>44 Lynden Street<br>Rye, NY 10580<br>Phone: 917-400-1200 | Ropes & Gray LLP<br>Attn: Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10010<br>Phone: 212-596-9000 |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580.

73816675_1

## Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | January 2019 Disbursements | February 2019 Disbursements | March 2019 Disbursements | Total Q1 2019 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $85,659.63 | $73,367.62 | $28,070.59 | $187,097.84 | **$1,625.00** |
| 16-11718 | Gawker Hungary Kft.† | $339.47 | $151.06 | $152.83 | $643.36 | **$325.00** |
| 16-11719 | Gawker Media Group, Inc. | $81,672.09 | $243.11 | $26.72 | $81,941.92 | **$975.00** |
| | **Total** | **$167,671.19** | **$73,761.79** | **$28,250.14** | **$269,683.12** | **$2,925.00** |

\* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0036 in January, 0.0036 in February, and 0.0036 in March.

73816675_1