ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
Gawker Media LLC, *et al.*,[1]                  :   Case No. 16-11700 (SMB)
                                                :
          Debtors.                              :   (Jointly Administered)
                                                :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Peter H. Walkingshaw, of the firm Ropes & Gray LLP, hereby withdraws as counsel for the Plan Administrator for the above-captioned debtors, and requests to be removed from all notice and service lists in this case.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580.

-2-

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Peter H. Walkingshaw, and does not impact the representation of the Plan Administrator by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: May 22, 2019
    New York, New York

        */s/ Gregg M. Galardi*
        ROPES & GRAY LLP
        Gregg M. Galardi
        Joshua Y. Sturm
        1211 Avenue of the Americas
        New York, NY 10036-8704
        Telephone: (212) 596-9000
        Facsimile: (212) 596-9090
        gregg.galardi@ropesgray.com
        joshua.sturm@ropesgray.com

        *Counsel to the Plan Administrator*
        *for the Debtors*