ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
Roy G. Dixon
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Gawker Media LLC, *et al.*,[1] | : | Case No. 16-11700 (SMB) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF FILING OF PLAN ADMINISTRATOR AGREEMENT

**PLEASE TAKE NOTICE** that, on November 8, 2016, Gawker Media LLC ("Gawker Media"), Gawker Media Group, Inc. ("GMGI"), and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. ("Gawker Hungary"), the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Notice of Filing of Solicitation Version of the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 427] (the "Solicitation Version of the Amended Disclosure Statement"), which included as Exhibit A thereto the *Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc., Gawker Media LLC, and Gawker Hungary Kft.* (the "Plan").

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The Debtors' (as defined herein) mailing addresses are c/o AlixPartners, Attn: William D. Holden, 909 Third Avenue, 30th Floor, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that, on November 30, 2016, the Debtors filed the *Notice of Filing of Plan Supplement to the Debtors' Amended Joint Chapter 11 Plan of Liquidation for Gawker Media Group, Inc. Gawker Media LLC, and Gawker Hungary Kft.* [Docket No. 516] (the "Plan Supplement"), which included as Exhibit A thereto a Form of Plan Administrator Agreement (the "Plan Administrator Agreement").

**PLEASE TAKE FURTHER NOTICE** that, on December 22, 2016, the Court entered an order confirming the Plan [Docket No. 638], which, among other things, approved the Debtors' entry into the Plan Administrator Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on March 17, 2017, the Debtors and Opportune LLP (including its affiliates, "Opportune") executed the Plan Administrator Agreement (the "2017 Plan Administrator Agreement"), which (i) specified the services (the "Services") to be provided by Opportune for the Debtors, and (ii) provided that Opportune would make William D. Holden available to serve as the plan administrator for the Debtors (the "Plan Administrator").

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2018, the Plan Administrator and Opportune executed the Termination of Plan Administrator Agreement, effective as of May 1, 2018, which provided, among other things, that the 2017 Plan Administrator Agreement was of no further force and effect (the "Termination Agreement").

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2018, the Debtors and Boathouse Group, LLC ("Boathouse") executed the Plan Administrator Agreement (the "2018 Plan Administrator Agreement") which provided, among other things, (i) that Boathouse would perform the Services for the Debtors previously provided by Opportune, (ii) Mr. Holden would

continue to serve as Plan Administrator for the Debtors, and (iii) terms for additional Services to be performed in connection with the sale of the Debtors' remaining assets.

**PLEASE TAKE FURTHER NOTICE** that, Mr. Holden, who has served as the Plan Administrator for the Debtors since the effectiveness of the Plan, is now a member of AlixPartners, LLP ("AlixPartners") and separated from Boathouse.

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2019, the Debtors and AlixPartners executed the Plan Administrator Agreement (the "2019 Plan Administrator Agreement") which provided, among other things, (i) that AlixPartners would perform the Services for the Debtors previously provided by Boathouse, and (ii) Mr. Holden would continue to serve as Plan Administrator for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as **Exhibit A** hereto a true and correct copy of the 2018 Plan Administrator Agreement.

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as **Exhibit B** hereto a true and correct copy of the 2019 Plan Administrator Agreement.

*[Remainder of page intentionally left blank]*

-4-

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator hereby submits as

**Exhibit C** the Termination Agreement.

Dated: July 18, 2019
      New York, New York

                                                /s/ *Gregg M. Galardi*
                                       ROPES & GRAY LLP
                                       Gregg M. Galardi
                                       Kimberly J. Kodis
                                       Roy G. Dixon
                                       1211 Avenue of the Americas
                                       New York, NY 10036-8704
                                       Telephone: (212) 596-9000
                                       Facsimile: (212) 596-9090
                                       Email: Gregg.Galardi@ropesgray.com
                                                 Kimberly.Kodis@ropesgray.com
                                                 Roy.Dixon@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*