ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
Roy G. Dixon
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re: : Chapter 11
: 
Gawker Media LLC, *et al.*,[1] : Case No. 16-11700 (SMB)
: 
        Debtors. : (Jointly Administered)
------------------------------------------------------x

**POST-CONFIRMATION QUARTERLY SUMMARY REPORT
FOR THE PERIOD APRIL 1, 2019 THROUGH JUNE 30, 2019**

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: *Wm. Holden*
           William D. Holden
           Plan Administrator for the Debtors

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The Debtors' (as defined herein) mailing addresses are c/o AlixPartners, Attn: William D. Holden, 909 Third Avenue, 30th Floor, New York, NY 10022.

-2-

| Debtors' Address and Phone Number: | Debtors' Attorney's Address and Phone Number: |
|---|---|
| c/o AlixPartners,<br>Attn: William D. Holden<br>909 Third Avenue, 30th Floor<br>New York, NY 10022<br>Phone: 917-400-1200 | Ropes & Gray LLP<br>Attn: Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: 212-596-9000 |

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | April 2019 Disbursements | May 2019 Disbursements | June 2019 Disbursements | Total Q2 2019 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $ 122,881.70 | $ 77,264.46 | $ 792,356.09 | $ 992,502.25 | $ 4,875.00 |
| 16-11718 | Gawker Hungary Kft.† | $ 6,794.25 | $ - | $ - | $ 6,794.25 | $ 325.00 |
| 16-11719 | Gawker Media Group, Inc. | $ 3,728.46 | $ 383.86 | $ 808,861.53 | $ 812,973.85 | $ 4,875.00 |
|  | Total | $ 133,404.41 | $ 77,648.32 | $ 1,601,217.62 | $ 1,812,270.35 | $ 10,075.00 |

---

\* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

† Includes an account held in Hungary denominated in Hungarian Forint ("HUF"). HUF denominated amounts were converted to USD using an exchange rate of 0.0035 in April.