ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
Roy G. Dixon
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
         Kimberly.Kodis@ropesgray.com
         Roy.Dixon@ropesgray.com

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
Gawker Media LLC, *et al.*,[1]                        :    Case No. 16-11700 (SMB)
                                                      :
                      Debtors.                        :    (Jointly Administered)
                                                      :
------------------------------------------------------x

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR AUGUST 27, 2019 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that, on July 25, 2019, William D. Holden, as the plan administrator (the "Plan Administrator") for the Debtors, filed the *(Non-Substantive) Omnibus Objection of the Plan Administrator, on Behalf of the Debtors, to Certain Claims* [Docket No. 1202] (the "Omnibus Objection").[2]

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056).  The Debtors' mailing addresses are c/o AlixPartners, Attn: William D. Holden, 909 Third Avenue, 30th Floor, New York, NY 10022.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, responses or objections to the Omnibus Objection were due on or before 4:00 p.m. (prevailing Eastern Time) on August 20, 2019 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator did not receive any answer, objection or other responsive pleading with respect to the Omnibus Objection, and that no such answer, objection or other responsive pleading appeared on the Court's docket in the above-captioned chapter 11 cases by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, on August 26, 2019, the Plan Administrator filed the *Certificate of No Objection to (Non-Substantive) Omnibus Objection of the Plan Administrator, on Behalf of the Debtors, to Certain Claims* [Docket No. 1209].

**PLEASE TAKE FURTHER NOTICE** that, on August 26, 2019, the Court entered the order sustaining the Omnibus Objection [Docket No. 1210] (the "Order").

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE THAT**, the Court having entered the Order, the hearing on the Omnibus Objection previously scheduled for August 27, 2019 at 10:00 a.m. (prevailing Eastern Time) is cancelled.

Dated: August 26, 2019
      New York, New York

                                       */s/ Gregg M. Galardi*
                                       ROPES & GRAY LLP
                                       Gregg M. Galardi
                                       Kimberly J. Kodis
                                       Roy G. Dixon
                                       1211 Avenue of the Americas
                                       New York, New York 10036-8704
                                       Telephone: (212) 596-9000
                                       Facsimile: (212) 596-9090
                                       Email:  Gregg.Galardi@ropesgray.com
                                                   Kimberly.Kodis@ropesgray.com
                                                   Roy.Dixon@ropesgray.com

                                       *Counsel to the Plan Administrator for the Debtors*