ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
Roy G. Dixon
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                   :

In re:                              :        Chapter 11

Gawker Media LLC, *et al.*,[1]        :        Case No. 16-11700 (SMB)

             Debtors.        :        (Jointly Administered)
------------------------------------------------------x

**FINAL POST-CONFIRMATION QUARTERLY SUMMARY REPORT
FOR THE PERIOD JULY 1, 2019 THROUGH SEPTEMBER 30, 2019**

The above-named Debtors hereby file their post-confirmation quarterly summary report in accordance with the Guidelines established by the United States Trustee and Federal Rule of Bankruptcy Procedure 2015.

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:    *Wm. Holden*
              William D. Holden
              Plan Administrator for the Debtors

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056).  The Debtors' (as defined herein) mailing addresses are c/o AlixPartners, Attn:  William D. Holden, 909 Third Avenue, 30th Floor, New York, NY 10022.

77639696_1

-2-

| Debtors' Address and Phone Number: | Debtors' Attorney's Address and Phone Number: |
|---|---|
| c/o AlixPartners<br>Attn: William D. Holden<br>909 Third Avenue, 30th Floor<br>New York, NY 10022<br>Phone: 917-400-1200 | Ropes & Gray LLP<br>Attn: Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: 212-596-9000 |

Schedule of Disbursements* by Legal Entity and Estimated Quarterly Trustee Fees

| Case No. | Case Name | July 2019 Disbursements | August 2019 Disbursements | September 2019 Disbursements | Total Q3 2019 Disbursements | Quarterly Trustee Fees |
|---|---|---|---|---|---|---|
| 16-11700 | Gawker Media LLC | $ 67,400.77 | $ 748,843.00 | $ - | $ 816,243.77 | $ 4,875.00 |
| 16-11718 | Gawker Hungary Kft. | $ - | $ - | $ - | $ - | $ 325.00 |
| 16-11719 | Gawker Media Group, Inc. | $ 25.75 | $2,143,381.13 | $ - | $ 2,143,406.88 | $ 21,434.07 |
|  | **Total** | **$ 67,426.52** | **$2,892,224.13** | **$ -** | **$ 2,959,650.65** | **$ 26,634.07** |

\* Represents all disbursements including operating disbursements (payroll, production, taxes, insurance, utilities, etc.) and nonoperating disbursements (restructuring fee, financing fees, interest, etc.). Excludes intracompany and intercompany disbursements.

77639696_1