CLARE LOCKE LLP
Joseph Ronald Oliveri
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7405
*Counsel to Creditor Mail Media, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the firm Clare Locke LLP and attorney Joseph Ronald Oliveri, Esq. of the firm Clare Locke LLP, hereby withdraw their appearance as counsel for Creditor Mail Media, Inc. in the above-captioned cases, and request to be removed from all notice and service lists in the above-captioned cases.

Dated: October 15, 2019

Respectfully submitted,

  */s/ Joseph R. Oliveri*
Joseph R. Oliveri (admitted *pro hac vice*)
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7405
joe@clarelocke.com

*Counsel to Creditor Mail Media, Inc.*

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, NY 10580.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2019, I caused a true and correct copy of the foregoing Notice of Withdrawal to be served electronically on all parties that are registered for electronic service in the above-captioned matter through the Court's CM/ECF system.

    */s/ Joseph R. Oliveri*
Joseph R. Oliveri
*Counsel to Creditor Mail Media, Inc.*