# Exhibit B

## Closing Report

77648948_2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                  :        Chapter 11
                                        :
Gawker Media LLC, et al.,[1]            :        Case No. 16-11700 (SMB)
                                        :
                Debtors.                :        (Jointly Administered)
                                        :

------------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$9,928,281.11    FEE for ATTORNEY for DEBTORS

$11,060,889.65   OTHER PROFESSIONAL FEES and ALL EXPENSES

$451,825.38      TRUSTEE FEE (if applicable)

___N/A___        FEE for ATTORNEY for TRUSTEE (if applicable)

___n.2___        % DIVIDEND PAID/TO BE PAID[2]

___N/A___        FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

___YES___        INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

___N/A___        OTHER: (explain)

DATE:                                   APPLICANT: William D. Holden

                                        BY  *Wm. Holden*

10/2/19

---

[1] The last four digits of the taxpayer identification numbers of the Debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary, Kft. "v.a." (5056). The offices of the Debtors are located at c/o Alix Partners, Attn: William D. Holden, 909 Third Avenue, 30th Floor, New York, New York 10022.

[2] Creditors received one hundred (100) percent on account of their respective allowed claims, and equity holders received a total of $42,715,852.59 across four separate distributions.

77648948_2