ROPES & GRAY LLP
Gregg M. Galardi
Kimberly J. Kodis
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                                     :
In re:                                               :    Chapter 11
                                                     :
Gawker Media LLC, et al.,[1]                         :    Case No. 16-11700 (SMB)
                                                     :
                    Debtors.                         :    (Jointly Administered)
-----------------------------------------------------x

## AFFIDAVIT OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH NOVEMBER 6, 2019

I, WILLIAM D. HOLDEN, being duly sworn, hereby declare as follows:

1.  I served as the plan administrator (the "Plan Administrator") for Gawker Media LLC, Gawker Media Group, Inc. and Gawker Hungary, Kft. "v.a.", f/k/a Kinja, Kft. (collectively, the "Former Debtors" and each, a "Former Debtor"), as debtors and debtors in possession in the chapter 11 cases of *Gawker Media, LLC, et al.*, previously pending in the United States Bankruptcy Court for the Southern District of New York under case number 16-11700. As Plan Administrator, I was responsible for, among other things, completing and submitting post-confirmation quarterly summary reports in accordance with the Guidelines established by the United States Trustee and the Federal Rule of Bankruptcy Procedure 2015. A final decree for each Former Debtor was entered on November 6, 2019, and each of the Former Debtors' cases was closed as of November 6, 2019.

---

[1] The last four digits of the taxpayer identification numbers of the Former Debtors (as defined herein) are: Gawker Media LLC (0492), Gawker Media Group, Inc. (3231) and Gawker Hungary, Kft. "v.a." (5056). The offices of the Former Debtors were located at c/o Alix Partners, Attn: William D. Holden, 909 Third Avenue, 30th Floor, New York, New York 10022.

2. Each Former Debtor had total disbursements for the period of October 1, 2019 through November 6, 2019 of $0.00.

[*Remainder of this page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 4, 2019          Signed: _____*Wm. Holden*_____
                                         William D. Holden